AO 440 (Del Rev. 10/01) Summons in a Civil Action

# United States District Court

District of __DELAWARE__

LG.PHILIPS LCD CO., LTD.,

    Plaintiff,

v.

CHI MEI OPTOELECTRONICS CORPORATION; AU OPTRONICS CORPORATION; AU OPTRONICS CORPORATION AMERICA; TATUNG COMPANY; TATUNG COMPANY OF AMERICA, INC.; AND VIEWSONIC CORPORATION,

    Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-726-JJF

TO:    AU Optronics Corporation
        c/o Secretary of State of the State of Delaware
        John G. Townsend Building, Duke of York Street
        Dover, DE 19901

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Richard D. Kirk, Esq.
Ashley B. Stitzer, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19801
302-655-5000 (phone)
302-658-6395 (fax)

an answer to the complaint which is hereby served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. An answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                     FEB 1 3 2007
CLERK                                               DATE

_[signature]_
(By) DEPUTY CLERK

644911-1

AO 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE Feb 15 2007 |
| NAME OF SERVER (PRINT) Jack Fairfull | TITLE Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Secretary of State of Delaware 401 Federal Street Dover DE 19901. Service Accepted by Karen Charbonneau at 12:05 pm

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2-15-07
               Date

Signature of Server: Jack Fairfull

Address of Server: 15 East North Street Dover DE 19901

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

644909-1