IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> CHI MEI OPTOELECTRONICS CORPORATION; AU OPTRONICS CORPORATION; AU OPTRONICS CORPORATION AMERICA; TATUNG COMPANY; TATUNG COMPANY OF AMERICA, INC.; AND VIEWSONIC CORPORATION, <br><br> Defendants. | Civil Action No. 06-726(JJF) |

**NOTICE OF SERVICE ON DEFENANT
TATUNG COMPANY
PURSUANT TO 10 DEL.C.§3104**

Plaintiff L.G. Philips LCD Co., Ltd. ("LG. Philips") hereby provides notice pursuant to

10 Del.C.§3104 as follows:

Defendant Tatung Company ("Tatung") is a Taiwanese  Corporation with its principal

place of business located at 22 Chungshan N. Road., Section 3, Taipei, Taiwan.

On February 16, 2007, we caused to be mailed to Tatung Company, by registered mail,

return receipt requested, a notice letter, a copy of which is attached hereto as Exhibit A, and

made a part hereof, together with copies of the Summons and the Complaint for Patent

Infringement and Demand for Trial by Jury as served upon the Secretary of State of Delaware.

The Summons together with the Return of Service is attached hereto, and made a part hereof as

Exhibit B. The notice letter and copies of the complaint were contained in the same envelope at the time of its mailing on February 16, 2007.

Attached hereto and made a part hereof as Exhibits C is the usual receipts given by the United States Post Office at the time of mailing to Tatung Company Corporation on February 16, 2007, of the registered letter containing the Summons and Complaint.

February 20, 2007                    THE BAYARD FIRM

                                     /s/ Richard D. Kirk (rk0922)
                                     Richard D. Kirk (rk0922)
                                     Ashley B. Stitzer (as3891)
                                     222 Delaware Avenue
                                     Suite 900
                                     Post Office Box 25130
                                     Wilmington, Delaware  19899-5130
                                     rkirk@bayardfirm.com
                                     astitzer@bayardfirm.com
                                     (302) 655-5000
                                     Counsel for Plaintiff
                                     LG.PHILIPS LCD CO., LTD.

OF COUNSEL:

Gaspare J. Bono
Matthew T. Bailey
R. Tyler Goodwyn
Lora A. Brzezynski
Cass W. Christenson
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC 20006
(202) 496-7500

# EXHIBIT A

# THE BAYARD FIRM
### A T T O R N E Y S

222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899
ZIP CODE FOR DELIVERIES: 19801

m MERITAS LAW FIRMS WORLDWIDE
www.bayardfirm.com
302-655-5000
(FAX) 302-658-6395

WRITER'S DIRECT ACCESS

(302) 429-4208
rkirk@bayardfirm.com

February 16, 2007

REGISTERED MAIL
RETURN RECEIPT REQUESTED

Tatung Company
22 Chungshan N Rd.
Section 3
LG II 10451 Taipei, Taiwan

      RE:   *LG.Philips LCD Co., Ltd. v. Chi Mei Optoelectronics Corporation, et al.*
               *C.A. No. 06-726 (D.Del.)*

Ladies and Gentlemen:

In accordance with the provisions of 10 <u>Del</u>. <u>C</u>. § 3104, we enclose copies of the Summons and the Complaint for Patent Infringement and Demand for Jury Trial served upon Tatung Company by serving the Secretary of State of Delaware. Such service was made on February 15, 2007.

Under the provisions of 10 <u>Del</u>. <u>C</u>. § 3104, service of summons and the complaint upon the Secretary of State of Delaware is as effectual to all intents and purposes as if it had been made upon you personally within the State of Delaware.

We suggest you deliver these papers immediately to your attorney.

Very truly yours,

Richard D. Kirk

RDK/tn
Enclosures
File No. 31066-3

646418-1

EXHIBIT B

AO 440 (Del Rev  10/01) Summons in a Civil Action

# United States District Court

|  | District of | **DELAWARE** |
|---|---|---|

LG.PHILIPS LCD CO., LTD.,

                Plaintiff,

      v.

CHI MEI OPTOELECTRONICS CORPORATION; AU
OPTRONICS CORPORATION; AU OPTRONICS
CORPORATION AMERICA; TATUNG COMPANY;
TATUNG COMPANY OF AMERICA, INC.; AND
VIEWSONIC CORPORATION,

                Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:  06-726-JJF

TO:    Tatung Company
        c/o Secretary of State of the State of Delaware
        John G. Townsend Building, Duke of York Street
        Dover, DE  19901

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Richard D. Kirk, Esq.
Ashley B. Stitzer, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19801
302-655-5000 (phone)
302-658-6395 (fax)

an answer to the complaint which is hereby served upon you, within _____ *20* _____ days after service of this
summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint.  An answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

PETER T. DALLEO

_____                FEB 1 3 2007

CLERK                                                DATE

*Evette Watson*

(By) DEPUTY CLERK

644905-1

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE _Feb 15 2007_ |
| NAME OF SERVER (*PRINT*) _Jack Fairfull_ | TITLE _Process Server_ |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: _Secretary of State of Delaware 401 Fedual Street Dover DC 19901 Service accepted by Kotea Charbonneau at 12:05 pm_

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:_____

_____

☐ Returned unexecuted:_____

_____

_____

☐ Other (*specify*):_____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _2/15/07_
_____Date_____

_____Jack Fairfull_____
*Signature of Server*

_15 East North Street Dover DE 19901_
*Address of Server*

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

644911-1

# EXHIBIT C



Registered No. RA243001735US

Date Stamp

To Be Completed By Post Office

| Reg. Fee $ | $7.90 | Special Delivery | $ |
| Handling Charge | $0.00 | Return Receipt | $ $0.00 |
| Postage $ | $8.05 | Restricted Delivery | $ $0.00 |
| Received by | | | |

Customer Must Declare Full Value $ $0.00

With Postal Insurance
Without Postal Insurance

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is Limited. (See Reverse)

To Be Completed By Customer
(Please Print)
All Entries Must Be in Ballpoint or Typed

FROM  The Bayard Firm
222 Delaware Avenue, Suite #900
Wilmington, DE 19801

TO  Tatung Company
Lai Hsing Chen Nicholas Chin
No. 22 Chungshan N. Rd. Section 3
Taipei, Taiwan

PS Form 3806,
February 1995
Receipt for Registered Mail    (Customer Copy)
(See Information on Reverse)