IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD., <br><br>         Plaintiff, <br><br> v. <br><br> CHI MEI OPTOELECTRONICS CORPORATION; AU OPTRONICS CORPORATION; AU OPTRONICS CORPORATION AMERICA; TATUNG COMPANY; TATUNG COMPANY OF AMERICA, INC.; AND VIEWSONIC CORPORATION, <br><br>         Defendants. | Civil Action No. 06-726(JJF) |

**NOTICE OF SERVICE ON DEFENANT**
**TATUNG COMPANY AMERICA, INC.**
**PURSUANT TO 10 DEL.C.§3104**

Plaintiff L.G. Philips LCD Co., Ltd. ("LG. Philips") hereby provides notice pursuant to

10 Del.C.§3104 as follows:

Defendant Tatung Company of America, Inc. ("Tatung America") is a California

Corporation, with its principal place of business located at 2850 El Presidio Street, Long Beach,

California 90810.

On February 16, 2007, we caused to be mailed to Tatung America, by registered mail,

return receipt requested, a notice letter, a copy of which is attached hereto as Exhibit A, and

made a part hereof, together with copies of the Summons and the Complaint for Patent

Infringement and Demand for Trial by Jury as served upon the Secretary of State of Delaware.

The Summons together with the Return of Service is attached hereto, and made a part hereof as

646471-1

Exhibit B. The notice letter and copies of the complaint were contained in the same envelope at the time of its mailing on February 16, 2007.

Attached hereto and made a part hereof as Exhibits C is the usual receipts given by the United States Post Office at the time of mailing to Tatung America on February 16, 2007, of the registered letter containing the Summons and Complaint.

February 20, 2007                    THE BAYARD FIRM

                                      /s/ Richard D. Kirk (rk0922)
                                      Richard D. Kirk (rk0922)
                                      Ashley B. Stitzer (as3891)
                                      222 Delaware Avenue
                                      Suite 900
                                      Post Office Box 25130
                                      Wilmington, Delaware  19899-5130
                                      rkirk@bayardfirm.com
                                      astitzer@bayardfirm.com
                                      (302) 655-5000
                                      Counsel for Plaintiff
                                      LG.PHILIPS LCD CO., LTD.

OF COUNSEL:

Gaspare J. Bono
Matthew T. Bailey
R. Tyler Goodwyn
Lora A. Brzezynski
Cass W. Christenson
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC 20006
(202) 496-7500

646471-1

# EXHIBIT A

# THE BAYARD FIRM
### A T T O R N E Y S

222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899
ZIP CODE FOR DELIVERIES: 19801

MERITAS LAW FIRMS WORLDWIDE
www.bayardfirm.com
302-655-5000
(FAX) 302-658-6395
WRITER'S DIRECT ACCESS

(302) 429-4208
rkirk@bayardfirm.com

February 16, 2007

REGISTERED MAIL
RETURN RECEIPT REQUESTED

Tatung Company of America, Inc.
2850 El Presidio Street
Long Beach, California 90810

      RE:    *LG.Philips LCD Co., Ltd. v. Chi Mei Optoelectronics Corporation, et al.*
               *C.A. No. 06-726 (D.Del.)*

Ladies and Gentlemen:

In accordance with the provisions of 10 Del. C. § 3104, we enclose copies of the Summons and the Complaint for Patent Infringement and Demand for Jury Trial served upon Tatung Company of America, Inc. by serving the Secretary of State of Delaware. Such service was made on February 15, 2007.

Under the provisions of 10 Del. C. § 3104, service of summons and the complaint upon the Secretary of State of Delaware is as effectual to all intents and purposes as if it had been made upon you personally within the State of Delaware.

We suggest you deliver these papers immediately to your attorney.

             Very truly yours,

             Richard D. Kirk

RDK/ABS
Enclosures
File No. 31066-3

# EXHIBIT B

AO 440 (Del Rev. 10/01) Summons in a Civil Action

# United States District Court

_____     **District of**          **DELAWARE**          _____

LG.PHILIPS LCD CO., LTD.,

               Plaintiff,

      v.

CHI MEI OPTOELECTRONICS CORPORATION; AU
OPTRONICS CORPORATION; AU OPTRONICS
CORPORATION AMERICA; TATUNG COMPANY;
TATUNG COMPANY OF AMERICA, INC.; AND
VIEWSONIC CORPORATION,

               Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:  06-726-JJF

TO:    Tatung Company of America, Inc.
       c/o Secretary of State of the State of Delaware
       John G. Townsend Building, Duke of York Street
       Dover, DE  19901

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Richard D. Kirk, Esq.
Ashley B. Stitzer, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19801
302-655-5000 (phone)
302-658-6395 (fax)

an answer to the complaint which is hereby served upon you, within _____ _20_ _____ days after service of this
summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint.  An answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

PETER T. DALLEO
_____
CLERK

_Evette Wales_
(By) DEPUTY CLERK

DATE          FEB 1 3 2007

644907-1

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | Feb 15 2007 |

| NAME OF SERVER (*PRINT*) Jack Fairfull | TITLE Process Server |
|---|---|

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Secutary of State of Delaware 401 Federal Street Dover DE 19901. Service Accepted by Karen Charbonneau At 12:05 pm

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:_____

_____

☐ Returned unexecuted:_____

_____

_____

☐ Other (specify):_____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/15/07
           *Date*

_Jack Fairfull_
*Signature of Server*

15 East Ninth Street Dover DE 19901
*Address of Server*

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

644905-1

# EXHIBIT C

