IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

LG.PHILIPS LCD CO., LTD.,

                Plaintiff,

v.

CHI MEI OPTOELECTRONICS
CORPORATION; AU OPTRONICS
CORPORATION; AU OPTRONICS
CORPORATION AMERICA; TATUNG
COMPANY; TATUNG COMPANY OF
AMERICA, INC.; AND VIEWSONIC
CORPORATION,

                Defendants.

Civil Action No. 06-726(JJF)

**NOTICE OF SERVICE ON DEFENANT**
**CHI MEI OPTOELECTRONICS CORPORATION**
**PURSUANT TO 10 DEL.C.§3104**

Plaintiff L.G. Philips LCD Co., Ltd. ("LG. Philips") hereby provides notice pursuant to

10 Del.C.§3104 as follows:

Defendant Chi Mei Optoelectronics ("Chi Mei") is a Taiwanese  Corporation with its

principal place of business located at 2F, No. 1, Chi –Yeh Road, Tainan Science Based Industrial

Park, Hsinshih Hsiang , Tainan Hsien 710 , TAIWAN 74147, ROC.

On February 16, 2007 , we caused to be mailed to Chi Mei Optoelectronics, by registered

mail, return receipt requested, a notice letter, a copy of which is attached hereto as Exhibit A,

and made a part hereof, together with copies of the Summons and the Complaint for Patent

Infringement and Demand for Trial by Jury as served upon the Secretary of State of Delaware.

The Summons together with the Return of Service is attached hereto, and made a part hereof as

Exhibit B. The notice letter and copies of the complaint were contained in the same envelope at the time of its mailing on February 16, 2007.

Attached hereto and made a part hereof as Exhibits C is the usual receipts given by the United States Post Office at the time of mailing to Chi Mei Optoelectronics on February 16, 2007, of the registered letter containing the Summons and Complaint.


February 20, 2007                    THE BAYARD FIRM


                                     /s/ Richard D. Kirk(rk0922)
                                     Richard D. Kirk (rk0922)
                                     Ashley B. Stitzer (as3891)
                                     222 Delaware Avenue
                                     Suite 900
                                     Post Office Box 25130
                                     Wilmington, Delaware  19899-5130
                                     rkirk@bayardfirm.com
                                     astitzer@bayardfirm.com
                                     (302) 655-5000
                                     Counsel for Plaintiff
                                     LG.PHILIPS LCD CO., LTD.

OF COUNSEL:

Gaspare J. Bono
Matthew T. Bailey
R. Tyler Goodwyn
Lora A. Brzezynski
Cass W. Christenson
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC 20006
(202) 496-7500

646443-1

EXHIBIT A

# THE BAYARD FIRM
## A T T O R N E Y S

222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899
ZIP CODE FOR DELIVERIES: 19801

MERITAS LAW FIRMS WORLDWIDE
www.bayardfirm.com
302-655-5000
(FAX) 302-658-6395
WRITER'S DIRECT ACCESS

(302) 429-4208
rkirk@bayardfirm.com

February 16, 2007

REGISTERED MAIL
RETURN RECEIPT REQUESTED

Chi Mei Optoelectronics Corporation
2F, No. 1, Chi-Yeh Road
Tainan Science Based Industrial Park
Hsinshih Hsiang, Tainan Hsien 710
TAIWAN 74147, R.O.C.

      RE:   *LG.Philips LCD Co., Ltd. v. Chi Mei Optoelectronics Corporation, et al.*
                  *C.A. No. 06-726 (D.Del.)*

Ladies and Gentlemen:

In accordance with the provisions of 10 Del. C. § 3104, we enclose copies of the Summons and the Complaint for Patent Infringement and Demand for Jury Trial served upon Chi Mei Optoelectronics Corporation by serving the Secretary of State of Delaware. Such service was made on February 15, 2007.

Under the provisions of 10 Del. C. § 3104, service of summons and the complaint upon the Secretary of State of Delaware is as effectual to all intents and purposes as if it had been made upon you personally within the State of Delaware.

We suggest you deliver these papers immediately to your attorney.

Very truly yours,

Richard D. Kirk

RDK/tn
Enclosures
File No. 31066-3

646414-1

EXHIBIT B

AO 440 (Del Rev. 10/01) Summons in a Civil Action

# United States District Court

District of _____ __**DELAWARE**__ _____

LG.PHILIPS LCD CO., LTD.,

           Plaintiff,

    v.

CHI MEI OPTOELECTRONICS CORPORATION; AU
OPTRONICS CORPORATION; AU OPTRONICS
CORPORATION AMERICA; TATUNG COMPANY;
TATUNG COMPANY OF AMERICA, INC.; AND
VIEWSONIC CORPORATION,

           Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-726-JJF

TO:    Chi Mei Optoelectronics Corporation
       c/o Secretary of State of the State of Delaware
       John G. Townsend Building, Duke of York Street
       Dover, DE 19901

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Richard D. Kirk, Esq.
Ashley B. Stitzer, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19801
302-655-5000 (phone)
302-658-6395 (fax)

an answer to the complaint which is hereby served upon you, within ____20____ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint. An answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

PETER T. DALLEO

_____
CLERK

Evette Watson
_____
(By) DEPUTY CLERK

FEB 1 3 2007
_____
DATE

644909-1

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | Feb 15 2007 |
| NAME OF SERVER (*PRINT*) Jack Fairfull | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Secratary of State of Delaware 4ll Federal Street Dover DE 19901 Service Accepted by Karen Charbonnau at 12:05 pm

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:_____

_____

☐ Returned unexecuted:_____

_____

_____

☐ Other (specify):_____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    2/15/07
          Date

_Jack Fairfull_
Signature of Server

_15 East Ninth Street Dover DE 19901_
Address of Server

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

644912-1

EXHIBIT C

