IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG. PHILIPS LCD CO., LTD., | ) |
| | ) |
| Plaintiff, | ) C.A. No. 06-726 (JJF) |
| | ) |
| v. | ) |
| | ) |
| CHI MEI OPTOELECTRONICS CORPORATION; AU OPTRONICS CORPORATION; AU OPTRONICS CORPORATION OF AMERICA; TATUNG COMPANY; TATUNG COMPANY OF AMERICA, INC.; AND VIEWSONIC CORPORATION, | ) ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel and subject to the approval of the Court, that the time within which Defendant Chi Mei Optoelectronics Corporation shall answer, move or otherwise respond to Plaintiff LG. Philips LCD Co., Ltd.'s Complaint is extended through and including April 6, 2007.

| THE BAYARD FIRM | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: /s/ Richard D. Kirk | By: /s/ David E. Moore |
| Richard D. Kirk (#0922) | Philip A. Rovner (#3215) |
| Ashley B. Stitzer (#3891) | David E. Moore (#3983) |
| 222 Delaware Avenue | Hercules Plaza |
| Suite 900 | P. O. Box 951 |
| P. O. Box 25130 | Wilmington, DE 19899 |
| Wilmington, DE 19899-5130 | (302) 984-6000 |
| (302) 655-5000 | provner@potteranderson.com |
| rkirk@bayardfirm.com | dmoore@potteranderson.com |
| astitzer@bayardfirm.com | |
| | *Attorneys for Defendant* |
| *Attorneys for Plaintiff* | *Chi Mei Optoelectronics Corporation* |
| *LG. Philips LCD Co., Ltd.* | |

SO ORDERED, this _____ day of _____, 2007

_____
United States District Judge