IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LG. PHILIPS LCD CO., LCD | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action 06-726-JJF |
| | ) | |
| CHI MEI OPTOELECTRONICS CORPORATION; AU OPTRONICS CORPORATION; AU OPTRONICS CORPORATION AMERICA; TATUNG COMPANY; TATUNG COMPANY OF AMERICA, INC.; AND VIEWSONIC CORPORATION, | ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## ENTRY OF APPEARANCE

PLEASE ENTER the appearance of Edmond D. Johnson as counsel for Defendant ViewSonic Corporation in this action.

Dated: April 4, 2007

_____
Edmond D. Johnson (DE Bar #2257)
Thomas H. Kovach (DE Bar #3964)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE  19899-1709
(302) 777-6500

Attorneys for Defendant ViewSonic Corporation

#8462647 v1

## CERTIFICATE OF SERVICE

I, Edmond D. Johnson, hereby certify that on the 4th day of April, 2007, I caused a copy of the foregoing *Entry of Appearance* to be filed with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

| | |
|---|---|
| Richard D. Kirk, Esquire | Frederick Cottrell, III, Esquire |
| Ashley B. Stitzer, Esquire | Anne Shea Gaza, Esquire |
| The Bayard Firm | Richards Layton & Finger PA |
| 222 Delaware Avenue, Suite 900 | One Rodney Square |
| P.O. Box 25130 | P.O. Box 551 |
| Wilmington, DE 19899 | Wilmington, DE 19899 |

Edmond D. Johnson (DE Bar #2257)