IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LG. PHILIPS LCD CO., LCD | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action 06-726-JJF |
| | ) | |
| CHI MEI OPTOELECTRONICS CORPORATION; AU OPTRONICS CORPORATION; AU OPTRONICS CORPORATION AMERICA; TATUNG COMPANY; TATUNG COMPANY OF AMERICA, INC.; AND VIEWSONIC CORPORATION, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of John N. Zarian, Samia E. McCall, Matthew D. Thayne and J. Walter Sinclair of Stoel Rives LLP to represent defendant ViewSonic Corporation in the above matter. Pursuant to this Court's Standing Order effective January 1, 2005, I hereby certify that the annual fee for *pro hac* admission for John N. Zarian, Samia E. McCall, Matthew D. Thayne and J. Walter Sinclair of Stoel Rives LLP is being submitted in connection with this motion.

Dated: April 4, 2007

Edmond D. Johnson (DE Bar #2257)
Thomas H. Kovach (DE Bar #3964)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE  19899-1709
(302) 777-6500

Attorneys for Defendant ViewSonic Corporation

#8462493 v1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar(s) of Idaho, California, and Washington DC, and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am familiar with this Court's Local Rules.

Dated: April 3, 2007              STOEL RIVES LLP

                                  _____
                                  John N. Zarian
                                  Stoel Rives LLP
                                  101 S. Capitol Blvd., Suite 1900
                                  Boise, ID 83702
                                  Telephone: (208) 387-4213

                                  Attorneys for Defendant ViewSonic Corporation

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar(s) of Idaho, Texas, Virginia, and Washington DC, and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am familiar with this Court's Local Rules.

Dated: April 3, 2007                          STOEL RIVES LLP


                                              /s/ Samia E. McCall
                                              Samia E. McCall
                                              Stoel Rives LLP
                                              101 S. Capitol Blvd., Suite 1900
                                              Boise, ID  83702
                                              Telephone: (208) 387-4217

                                              Attorneys for Defendant ViewSonic Corporation

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar(s) of Utah, and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am familiar with this Court's Local Rules.

Dated: April 3, 2007                    STOEL RIVES LLP

_____
Matthew D. Thayne
Stoel Rives LLP
One Utah Center
201 South Main Street, Suite 1100
Salt Lake City, UT 84111

Telephone: 801-578-6924

Attorneys for Defendant ViewSonic Corporation

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar(s) of Idaho, Utah, and Washington, and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am familiar with this Court's Local Rules.

Dated: April 3, 2007              STOEL RIVES LLP


                                  /s/ J. Walter Sinclair
                                  J. Walter Sinclair
                                  Stoel Rives LLP
                                  101 S. Capitol Blvd., Suite 1900
                                  Boise, ID 83702
                                  Telephone: (208) 387-4248

                                  Attorneys for Defendant ViewSonic Corporation

## CERTIFICATE OF SERVICE

I, Edmond D. Johnson, hereby certify that on the 4th day of April, 2007, I caused a copy of the foregoing *Motion and Order for Admission Pro Hac Vice* to be filed with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Richard D. Kirk, Esquire
Ashley B. Stitzer, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

Frederick Cottrell, III, Esquire
Anne Shea Gaza, Esquire
Richards Layton & Finger PA
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Edmond D. Johnson (DE Bar #2257)

#8462493 v1