IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG. PHILIPS LCD CO., LCD </br></br> Plaintiff, </br></br> v. </br></br> CHI MEI OPTOELECTRONICS CORPORATION; AU OPTRONICS CORPORATION; AU OPTRONICS CORPORATION AMERICA; TATUNG COMPANY; TATUNG COMPANY OF AMERICA, INC.; AND VIEWSONIC CORPORATION, </br></br> Defendants. | Civil Action 06-726-JJF </br></br> DEMAND FOR JURY TRIAL |

**DEFENDANT VIEWSONIC CORPORATION'S MOTION TO STAY AND MOTION TO DISMISS, OR, IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT**

Defendant ViewSonic Corporation ("ViewSonic"), by and through its undersigned counsel, hereby moves for a stay with respect to each of the three claims for relief asserted against ViewsSonic in this case. ViewSonic also moves, pursuant to Rule 12(b)(6), for dismissal of each of the claims for relief against ViewSonic. Alternatively, Viewsonic moves, pursuant to Rule 12(e), for a more definite statement.

The grounds for these Motions are set out in ViewSonic's accompanying Brief filed herewith, as well as the accompanying Declaration of Edmond D. Johnson filed herewith in support of ViewSonic's Motion to Stay.

Dated: April 6, 2007

Edmond D. Johnson (DE Bar #2257)
Thomas H. Kovach (DE Bar #3964)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE  19899-1709
(302) 777-6500

#8477740 v1

-2-

-And-

John N. Zarian
Samia E. McCall
Matthew D. Thayne
STOEL RIVES LLP
101 S. Capitol Blvd.
Suite 1900
Boise, ID  83702
(208) 389-9000


Attorneys for Defendant ViewSonic Corporation

## CERTIFICATE OF SERVICE

I, Edmond D. Johnson, hereby certify that on the 6th day of April, 2007, I caused a copy of the foregoing to **Defendant ViewSonic Corporation's Motions To Stay And/Or Dismiss, Or, In The Alternative, For A More Definite Statement** be filed with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Richard D. Kirk, Esquire
Ashley B. Stitzer, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

Frederick Cottrell, III, Esquire
Anne Shea Gaza, Esquire
Richards Layton & Finger PA
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

David Ellis Moore, Esquire
Potter Anderson & Corroon, LLP
Hercules Plaza,
1313 N. Market St., 6th Fl.
P.O. Box 951
Wilmington, DE 19899-0951

Edmond D. Johnson (DE Bar #2257)

#8477740 v1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG. PHILIPS LCD CO., LCD | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action 06-726-JJF |
| | ) |
| CHI MEI OPTOELECTRONICS CORPORATION; | ) DEMAND FOR JURY TRIAL |
| AU OPTRONICS CORPORATION; AU | ) |
| OPTRONICS CORPORATION AMERICA; | ) |
| TATUNG COMPANY; TATUNG COMPANY OF | ) |
| AMERICA, INC.; AND VIEWSONIC | ) |
| CORPORATION, | ) |
| | ) |
| Defendants. | ) |

## ORDER

WHEREAS, defendant ViewSonic Corporation ("Viewsonic") having moved this Court for (1) a stay with respect to each of the three claims for relief against ViewSonic, (2) dismissal of each of the claims for relief against ViewSonic pursuant to Rule 12(b)(6), and, alternatively, (3) a more definite statement pursuant to Rule 12(e);

WHEREAS, the Court having fully considered the briefs and arguments in support of and in opposition to the foregoing motions, and,

WHEREAS, good cause having been shown for the relief sought.

IT IS HEREBY ORDERED this _____ day of _____, 2007, that ViewSonic's motions are GRANTED as follows:

_____

_____.

_____
Honorable Joseph J. Farnan, Jr.