IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG. PHILIPS LCD CO., LCD ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CHI MEI OPTOELECTRONICS CORPORATION; ) <br> AU OPTRONICS CORPORATION; AU ) <br> OPTRONICS CORPORATION AMERICA; ) <br> TATUNG COMPANY; TATUNG COMPANY OF ) <br> AMERICA, INC.; AND VIEWSONIC ) <br> CORPORATION, ) <br> ) <br> Defendants. ) | Civil Action 06-726-JJF <br><br> DEMAND FOR JURY TRIAL |

### NOTICE OF MOTION TO STAY OR DISMISS

PLEASE TAKE NOTICE that Defendant ViewSonic Corporation requests the Court to hear its Motion to Stay or Dismiss on May 4, 2007 at 10:00 a.m.

Dated: April 9, 2007

Edmond D. Johnson (DE Bar #2257)
Thomas H. Kovach (DE Bar #3964)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
(302) 777-6500

Attorneys for Defendant ViewSonic Corporation

Of Counsel:

John N. Zarian
Samia E. McCall
Matthew D. Thayne
STOEL RIVES LLP
101 S. Capitol Blvd.
Suite 1900
Boise, ID 83702
(208) 389-9000

## CERTIFICATE OF SERVICE

I, Edmond D. Johnson, hereby certify that on the 9th day of April, 2007, I caused a copy of the foregoing to *Notice of Motion for Defendant ViewSonic Corporation's Motions To Stay And/Or Dismiss, Or, In The Alternative, For A More Definite Statement* be filed with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Richard D. Kirk, Esquire
Ashley B. Stitzer, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

Frederick Cottrell, III, Esquire
Anne Shea Gaza, Esquire
Richards Layton & Finger PA
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

David Ellis Moore, Esquire
Potter Anderson & Corroon, LLP
Hercules Plaza,
1313 N. Market St., 6th Fl.
P.O. Box 951
Wilmington, DE 19899-0951

Edmond D. Johnson (DE Bar #2257)