IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD.,<br><br>           Plaintiff,<br><br>    v.<br><br>CHI MEI OPTOELECTRONICS CORPORATION,<br>AU OPTRONICS CORPORATION,<br>AU OPTRONICS CORPORATION AMERICA,<br>TATUNG COMPANY,<br>TATUNG COMPANY OF AMERICA, INC., and<br>VIEWSONIC CORPORATION,<br><br>           Defendants. | C.A. No. 06-726-JJF |

## STIPULATION AND ORDER REGARDING BRIEFING

IT IS HEREBY STIPULATED by and between the plaintiff, LG.Philips LCD Co., Ltd. ("LG.Philips"), and defendant Chi Mei Optoelectronics Corporation ("CMO"), subject to the approval of the Court, that the time within which LG.Philips shall serve and file an answering brief and declarations, if any, in opposition to CMO's Motion to Dismiss for Lack of Personal Jurisdiction and Insufficiency of Service of Process (D.I. 19) be extended to and including May 22, 2007 (extended from April 20, 2007).

[REMAINDER OF PAGE LEFT BLANK INTENTIONALLY]

| | |
|---|---|
| THE BAYARD FIRM | POTTER ANDERSON & CORROON LLP |
| /s/ *Richard D. Kirk (rk0922)* | /s/ *Philip A. Rovner (pr3215)* |
| Richard D. Kirk (#0922)<br>Ashley B. Stitzer (#3891)<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19899-5130<br>(302) 655-5000<br>rkirk@bayardfirm.com<br>astitzer@bayardfirm.com | Philip A. Rovner (#3215)<br>David E. Moore (#3983)<br>1313 North Market Street<br>Wilmington, DE 19899-0951<br>(302) 984-6000<br>provner@potteranderson.com<br>dmoore@potteranderson.com |
| OF COUNSEL:<br>MCKENNA LONG & ALDRIDGE LLP<br>Gaspare J. Bono<br>Matthew T. Bailey<br>R. Tyler Goodwyn<br>Lora A. Brzezynski<br>Cass W. Christenson<br>1900 K Street, NW<br>Washington, DC 20006<br>(202) 496-7500 | OF COUNSEL:<br>JONES DAY<br>Kenneth R. Adamo<br>Robert C. Kahrl<br>Arthur P. Licygiewicz<br>North Point<br>901 Lakeside Avenue<br>Cleveland, OH 44114-1190<br>(216) 586-3939 |
| *Attorneys for Plaintiff,*<br>*LG.Philips LCD Co., Ltd.* | *Attorneys for Defendant*<br>*Chi Mei Optoelectronics Corporation* |

SO ORDERED this _____ day of _____, 2007.

_____
United States District Judge

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on April 10, 2007, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Edmond D. Johnson, Esquire
Thomas H. Kovah, Esquire
Pepper Hamilton LLP
1313 Market Street, Suite 5100
PO Box 1709
Wilmington, DE 19899-1709

Karen L. Pascale, Esquire
John W. Shaw, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

Philip A. Rovner, Esquire
Dave E. Moore, Esquire
Potter Anderson & Corroon LLP
1313 North Market Street
Wilmington, DE 19899-0951

The undersigned counsel further certifies that copies of the foregoing document were sent by email to the above counsel on April 10, 2007, and will be sent by hand on April 10, 2007, and were sent by email on April 10, 2007, and will be sent by first class mail on April 10, 2007, to the following non-registered participants:

John N. Zarian
Samia McCall
Matthew D. Thayne
J. Walter Sinclair
Stoel Rives LLP
101 S. Capitol Blvd., Suite 1900
Boise, ID 83702

Vincent K. Yip
Peter J. Wied
Jay C. Chiu
Hua Chen
Paul, Hastings, Janofsky & Walker LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, CA 90071

656846-1

Kenneth R. Adamo
Robert C. Kahrl
Arthur P. Licygiewicz
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190

Jonathan Hangartner
X-Patents, APC
5670 La Jolla Blvd.
La Jolla, CA 92037

/s/ Richard D. Kirk (rk922)
Richard D. Kirk

656846-1