IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-726-JJF |
| ) | |
| CHI MEI OPTOELECTRONICS CORPORATION, ) | |
| AU OPTRONICS CORPORATION, ) | |
| AU OPTRONICS CORPORATION AMERICA, ) | |
| TATUNG COMPANY, ) | |
| TATUNG COMPANY OF AMERICA, INC., and ) | |
| VIEWSONIC CORPORATION, ) | |
| ) | |
| Defendants. ) | |

**STIPULATION AND AGREEMENT NOT TO CONTEST PERSONAL JURISDICTION OR SUFFICIENCY OF PROCESS OR SUFFICIENCY OF SERVICE OF PROCESS AND TO EXTEND TIME TO RESPOND TO THE COMPLAINT**

IT IS HEREBY STIPULATED by and between the plaintiff, LG.Philips LCD Co., Ltd. ("LG.Philips"), and the defendants AU Optronics Corporation and AU Optronics Corporation America (collectively, the "AUO Entities"), as follows:

(1) The AUO Entities agree not to contest either personal jurisdiction or sufficiency of process or sufficiency of service of process; and

(2) The time for the AUO Entities to move, answer, or otherwise plead in response to the Complaint is extended to and including June 5, 2007.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

656823-1

| | |
|---|---|
| THE BAYARD FIRM | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| /s/ *Richard D. Kirk* | /s/ *Karen L. Pascale* |
| Richard D. Kirk (#0922)<br>Ashley B. Stitzer (#3891)<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19899-5130<br>(302) 655-5000<br>*rkirk@bayardfirm.com*<br>*astitzer@bayardfirm.com* | John W. Shaw (#3362)<br>Karen L. Pascale (#2903)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801<br>(302) 571-6600<br>*jshaw@ycst.com*<br>*kpascale@ycst.com* |
| OF COUNSEL: | OF COUNSEL: |
| MCKENNA LONG & ALDRIDGE LLP<br>Gaspare J. Bono<br>Matthew T. Bailey<br>R. Tyler Goodwyn<br>Lora A. Brzezynski<br>Cass W. Christenson<br>1900 K Street, NW<br>Washington, DC 20006<br>(202) 496-7500 | PAUL HASTINGS JANOFSKY & WALKER LLP<br>Vincent K. Yip<br>Peter J. Wied<br>Jay C. Chiu<br>Hua Chen<br>515 South Flower Street, 25th Floor<br>Los Angeles, CA 90071<br>(213) 683-6000 |
| *Attorneys for Plaintiff,*<br>*LG.Philips LCD Co., Ltd.* | *Attorneys for Defendants*<br>*AU Optronics Corporation and*<br>*AU Optronics Corporation America* |

SO ORDERED this _____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE

656823-1

## CERTIFICATE OF SERVICE

I, Karen L. Pascale, Esquire, hereby certify that on April 11, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Richard D. Kirk [rkirk@bayardfirm.com]
>Ashley B. Stitzer [astitzer@bayardfirm.com]
>THE BAYARD FIRM
>222 Delaware Avenue, Suite 900
>P.O. Box 25130
>Wilmington, DE 19899-5130
>(302) 655-5000
>    *Attorneys for Plaintiff, LG.Philips LCD Co., Ltd.*

>Philip A. Rovner [provner@potteranderson.com]
>David E. Moore [dmoore@potteranderson.com]
>POTTER, ANDERSON & CORROON
>6th Floor, Hercules Plaza
>1313 N. Market Street
>Wilmington, DE 19801
>    *Attorneys for Defendant Chi Mei Optoelectronics Corporation*

>Edmond D. Johnson [johnsone@pepperlaw.com]
>PEPPER HAMILTON LLP
>1313 Market Street, Suite 5100
>P.O. Box 1709
>Wilmington, DE 19899-1709
>    *Attorneys for Defendant ViewSonic Corporation*

I further certify that I caused a copy of the foregoing document to be served by e-mail and hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

*By E-mail*

Gaspare J. Bono [gbono@mckennalong.com]
Matthew T. Bailey [mbailey@mckennalong.com]
R. Tyler Goodwyn, IV [tgoodwyn@mckennalong.com]
Lora A. Brzezynski [lbrzezynski@mckennalong.com]
Cass W. Christenson [cchristenson@mckennalong.com]
MCKENNA LONG & ALDRIDGE LLP
1900 K Street, NW
Washington, DC 20006
(202) 496-7500
 *Attorneys for Plaintiff, LG.Philips LCD Co., Ltd.*

Kenneth R. Adamo [kradamo@jonesday.com]
Robert C. Kahrl [rckahrl@jonesday.com]
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190
(216) 586-3939
 *Attorneys for Defendant Chi Mei Optoelectronics Corporation*

John N. Zarian [jnzarian@stoel.com]
Samia E. McCall [semccall@stoel.com]
Matthew D. Thayne [mdthayne@stoel.com]
STOEL RIVES LLP
101 S. Capitol Blvd., Suite 1900
Boise, ID 83702
(208) 389-9000
 *Attorneys for Defendant ViewSonic Corporation*

YOUNG CONAWAY STARGATT & TAYLOR LLP

April 11, 2007

/s/ *Karen L. Pascale*
John W. Shaw (No. 3362) *[jshaw@ycst.com]*
Karen L. Pascale (No. 2903) *[kpascale@ycst.com]*
The Brandywine Building
1000 West St., 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Phone: 302-571-6600
 *Attorneys for Defendants*
 *AU Optronics Corporation and*
 *AU Optronics Corporation America*

2