IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LG.PHILIPS LCD CO., LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-726-JJF |
| | ) | |
| CHI MEI OPTOELECTRONICS CORPORATION, | ) | |
| AU OPTRONICS CORPORATION, | ) | |
| AU OPTRONICS CORPORATION AMERICA, | ) | |
| TATUNG COMPANY, | ) | |
| TATUNG COMPANY OF AMERICA, INC., and | ) | |
| VIEWSONIC CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

### STIPULATION TO AGREE NOT TO CONTEST PERSONAL JURISDICTION OR SUFFICIENCY OF PROCESS OR SUFFICIENCY OF SERVICE OF PROCESS AND TO EXTEND TIME TO RESPOND TO THE COMPLAINT

IT IS HEREBY STIPULATED by the plaintiff, LG.Philips LCD Co., Ltd. ("LG.Philips"), and defendants Tatung Company and Tatung Company of America, Inc. (collectively, the "Tatung Entities"), as follows:

(1) The Tatung Entities agree not to contest either personal jurisdiction or sufficiency of process or sufficiency of service of process; and

(2) The time for the Tatung Entities to move, answer, or otherwise plead in response to the Complaint is extended to and including June 5, 2007.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

| | |
|---|---|
| THE BAYARD FIRM | BUCHANAN INGERSOLL & ROONEY |
| /s/ Richard D. Kirk | /s/ William E. Manning |
| Richard D. Kirk (#0922) | William E. Manning, Esquire (#697) |
| Ashley B. Stitzer (#3891) | Jennifer M. Becnel-Guzzo, Esquire (#4492) |
| 222 Delaware Avenue, Suite 900 | The Brandywine Building |
| P.O. Box. 25130 | 1000 West Street, Suite 1410 |
| Wilmington, DE 19899-5130 | Wilmington, DE 19801 |
| (302) 655-5000 | (302) 552-4200 |
| rkirk@bayardfirm.com | william.manning@bipc.com |
| astitzer@bayardfirm.com | jennifer.becnelguzzo@bipc.com |
| | |
| OF COUNSEL: | OF COUNSEL: |
| MCKENNA LONG & ALDRIDGE LLP | Bryan J. Sinclair |
| Gaspare J. Bono | Karineh Khachatourian |
| Matthew T. Bailey | 333 Twin Dolphin Drive |
| R. Tyler Goodwyn | Redwood Shores, CA 94065-1418 |
| Lora A. Brzezynski | (650) 622-2300 |
| Cass W. Christenson | |
| 1900 K Street, NW | *Attorneys for Defendants* |
| Washington, DC 20006 | *Tatung Company and Tatung Company of* |
| (202) 496-7500 | *America, Inc.* |
| | |
| *Attorneys for Plaintiff,* | |
| *LG.Philips LCD Co., Ltd.* | |

SO ORDERED this _____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE

#1006885-v1

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on April 23, 2007, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Edmond D. Johnson
Thomas H. Kovah
Pepper Hamilton LLP
1313 Market Street, Suite 5100
PO Box 1709
Wilmington, DE 19899-1709

Karen L. Pascale
John W. Shaw
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

Philip A. Rovner
Dave E. Moore
Potter Anderson & Corroon LLP
1313 North Market Street
Wilmington, DE 19899-0951

William E. Manning
Jennifer M. Becnel-Guzzo
Buchanan Ingersoll & Rooney
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801

The undersigned counsel further certifies that copies of the foregoing document were sent by email to the above counsel on April 23, 2007, and will be sent by hand on April 23, 2007, and were sent by email on April 23, 2007, and will be sent by first class mail on April 23, 2007, to the following non-registered participants:

John N. Zarian
Samia McCall
Matthew D. Thayne
J. Walter Sinclair
Stoel Rives LLP
101 S. Capitol Blvd., Suite 1900
Boise, ID 83702

Vincent K. Yip
Peter J. Wied
Jay C. Chiu
Hua Chen
Paul, Hastings, Janofsky & Walker LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, CA 90071

656846-1

| | |
|---|---|
| Kenneth R. Adamo<br>Robert C. Kahrl<br>Arthur P. Licygiewicz<br>Jones Day<br>North Point<br>901 Lakeside Avenue<br>Cleveland, OH  44114-1190 | Bryan J. Sinclair<br>Karineh Khachatourian<br>333 Twin Dolphin Drive<br>Redwood Shores, CA  94065-1418 |

/s/ Richard D. Kirk (rk922)
Richard D. Kirk

656846-1