**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| LG.PHILIPS LCD CO., LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-726-JJF |
| | ) | |
| CHI MEI OPTOELECTRONICS CORPORATION, | ) | |
| AU OPTRONICS CORPORATION, | ) | |
| AU OPTRONICS CORPORATION AMERICA, | ) | |
| TATUNG COMPANY, | ) | |
| TATUNG COMPANY OF AMERICA, INC., and | ) | |
| VIEWSONIC CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

## ENTRY OF APPEARANCE

PLEASE ENTER the appearance of Jennifer M. Becnel-Guzzo for Defendants Tatung

Company and Tatung Company of America, Inc. in this action.

BUCHANAN INGERSOLL & ROONEY

William E. Manning, Esquire (#697)
Jennifer M. Becnel-Guzzo, Esquire (#4492)
1000 West Street, Suite 1410
Wilmington, DE 19801
(302) 552-4200
william.manning@bipc.com
jennifer.becnelguzzo@bipc.com
*Attorneys for Defendants Tatung Company and*
*Tatung Company of America, Inc.*

Date: April 25, 2007