IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> CHI MEI OPTOELECTRONICS CORPORATION, <br> AU OPTRONICS CORPORATION, <br> AU OPTRONICS CORPORATION AMERICA, <br> TATUNG COMPANY, <br> TATUNG COMPANY OF AMERICA, INC., and <br> VIEWSONIC CORPORATION, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 06-726-JJF <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**ENTRY OF APPEARANCE**

PLEASE ENTER the appearance of William E. Manning for Defendants Tatung Company and Tatung Company of America, Inc. in this action.

BUCHANAN INGERSOLL & ROONEY

*/s/ Jennifer M. Becnel-Guzzo*
William E. Manning, Esquire (#697)
Jennifer M. Becnel-Guzzo, Esquire (#4492)
1000 West Street, Suite 1410
Wilmington, DE 19801
(302) 552-4200
william.manning@bipc.com
jennifer.becnelguzzo@bipc.com
*Attorneys for Defendants Tatung Company and Tatung Company of America, Inc.*

Date: April 25, 2007

#1006943-v1