IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-726-JJF |
| ) | |
| CHI MEI OPTOELECTRONICS CORPORATION, ) | |
| AU OPTRONICS CORPORATION, ) | |
| AU OPTRONICS CORPORATION AMERICA, ) | |
| TATUNG COMPANY, ) | |
| TATUNG COMPANY OF AMERICA, INC., and ) | |
| VIEWSONIC CORPORATION, ) | |
| ) | |
| Defendants. ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 of the United States District Court for the District of Delaware and the attached certification, counsel moves the admission pro hac vice of Bryan J. Sinclair, Esquire, to represent Defendants Tatung Company and Tatung Company of America, Inc. in this matter.

BUCHANAN INGERSOLL & ROONEY

*(signature)*
William E. Manning, Esquire (#697)
Jennifer M. Becnel-Guzzo, Esquire (#4492)
1000 West Street, Suite 1410
Wilmington, DE 19801
(302) 552-4200
william.manning@bipc.com
jennifer.becnelguzzo@bipc.com
*Attorneys for Defendants Tatung Company and Tatung Company of America, Inc.*

Date: May 1, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-726-JJF |
| | ) |
| CHI MEI OPTOELECTRONICS CORPORATION, | ) |
| AU OPTRONICS CORPORATION, | ) |
| AU OPTRONICS CORPORATION AMERICA, | ) |
| TATUNG COMPANY, | ) |
| TATUNG COMPANY OF AMERICA, INC., and | ) |
| VIEWSONIC CORPORATION, | ) |
| | ) |
| Defendants. | ) |

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5 of the United States District Court for the District of Delaware, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of California and the District of Columbia and pursuant to Local Rule 83.6 of the United States District Court for the District of Delaware submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Bryan J. Sinclair, Esquire
BUCHANAN INGERSOLL & ROONEY
333 Twin Dolphin Drive
Redwood Shores, CA 94065-1418
(650) 622-2300

April 30 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-726-JJF |
| | ) |
| CHI MEI OPTOELECTRONICS CORPORATION, | ) |
| AU OPTRONICS CORPORATION, | ) |
| AU OPTRONICS CORPORATION AMERICA, | ) |
| TATUNG COMPANY, | ) |
| TATUNG COMPANY OF AMERICA, INC., and | ) |
| VIEWSONIC CORPORATION, | ) |
| | ) |
| Defendants. | ) |

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that the application filed by Buchanan Ingersoll & Rooney, counsel for Defendants Tatung Company and Tatung Company of America, Inc., for an order admitting Bryan J. Sinclair, Esquire, to practice in this action *pro hac vice*, is GRANTED.

Date: _____, 2007     _____
                               United States District Judge