IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG. PHILIPS LCD CO., LCD<br><br>Plaintiff,<br><br>v.<br><br>CHI MEI OPTOELECTRONICS CORPORATION;<br>AU OPTRONICS CORPORATION; AU<br>OPTRONICS CORPORATION AMERICA;<br>TATUNG COMPANY; TATUNG COMPANY OF<br>AMERICA, INC.; AND VIEWSONIC<br>CORPORATION,<br><br>Defendants. | Civil Action 06-726-JJF<br><br>DEMAND FOR JURY TRIAL |

## DEFENDANT VIEWSONIC CORPORATION'S
## MOTION TO STAY

Defendant ViewSonic Corporation ("Viewsonic"), by and through its undersigned counsel, hereby moves for a partial stay of this litigation as to each of the three claims for relief asserted against ViewsSonic in the operative Amended Complaint.

This Motion is supported by ViewSonic's accompanying Memorandum filed concurrently herewith, as well as the Declaration of Edmond D. Johnson (Docket No. 25) filed on April 6, 2007.

Dated: May 1, 2007

_____
Edmond D. Johnson (DE Bar #2257)
Thomas H. Kovach (DE Bar #3964)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE  19899-1709
(302) 777-6500

#8533260 v1

-2-

    -And-

    John N. Zarian
    Samia E. McCall
    Matthew D. Thayne
    STOEL RIVES LLP
    101 S. Capitol Blvd.
    Suite 1900
    Boise, ID  83702
    (208) 389-9000

    Attorneys for Defendant ViewSonic
    Corporation

#8533260 v1

**CERTIFICATE OF SERVICE**

I, Edmond D. Johnson, hereby certify that on the 1st day of May, 2007, I caused a copy of the foregoing *Defendant Viewsonic Corporation's Motion To Stay* to be filed with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Richard D. Kirk, Esquire
Ashley B. Stitzer, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

Karen L. Pascale, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Bldg., 17th Fl.
1000 West Street
Wilmington, DE 19801

David Ellis Moore, Esquire
Potter Anderson & Corroon, LLP
Hercules Plaza,
1313 N. Market St., 6th Fl.
P.O. Box 951
Wilmington, DE 19899-0951

William E. Manning, Esquire
Jennifer M. Becnel-Guzzo, Esquire
Buchanan Ingersoll & Rooney PC
1000 West Street, Suite 1410
P.O. Box 1397
Wilmington, DE 19899-1397

Edmond D. Johnson (DE Bar #2257)

#8533260 v1