IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG. PHILIPS LCD CO., LCD<br><br>        Plaintiff,<br><br>v.<br><br>CHI MEI OPTOELECTRONICS CORPORATION;<br>AU OPTRONICS CORPORATION; AU<br>OPTRONICS CORPORATION AMERICA;<br>TATUNG COMPANY; TATUNG COMPANY OF<br>AMERICA, INC.; AND VIEWSONIC<br>CORPORATION,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)   Civil Action 06-726-JJF<br>)<br>)   DEMAND FOR JURY TRIAL<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT VIEWSONIC CORPORATION'S
MOTION FOR A MORE DEFINITE STATEMENT**

Defendant ViewSonic Corporation ("Viewsonic"), by and through its undersigned counsel, hereby moves, pursuant to Rule 12(e), for a more definite statement of each of the claims for relief asserted against ViewSonic in the operative Amended Complaint.

This Motion is supported by ViewSonic's accompanying Memorandum filed concurrently herewith, as well as the Declaration of Edmond D. Johnson (Docket No. 25) filed on April 6, 2007.

Dated: May 1, 2007

                                            Edmond D. Johnson (DE Bar #2257)
                                            Thomas H. Kovach (DE Bar #3964)
                                            PEPPER HAMILTON LLP
                                            Hercules Plaza, Suite 5100
                                            1313 N. Market Street
                                            P.O. Box 1709
                                            Wilmington, DE  19899-1709
                                            (302) 777-6500

#8533282 v1

-2-

-And-

John N. Zarian
Samia E. McCall
Matthew D. Thayne
STOEL RIVES LLP
101 S. Capitol Blvd.
Suite 1900
Boise, ID  83702
(208) 389-9000

Attorneys for Defendant ViewSonic Corporation

#8533282 v1

**CERTIFICATE OF SERVICE**

I, Edmond D. Johnson, hereby certify that on the 1st day of May, 2007, I caused a copy of the foregoing *Defendant Viewsonic Corporation's Motion For A More Definite Statement* to be filed with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

| | |
|---|---|
| Richard D. Kirk, Esquire<br>Ashley B. Stitzer, Esquire<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19899 | David Ellis Moore, Esquire<br>Potter Anderson & Corroon, LLP<br>Hercules Plaza,<br>1313 N. Market St., 6th Fl.<br>P.O. Box 951<br>Wilmington, DE 19899-0951 |
| Karen L. Pascale, Esquire<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Bldg., 17th Fl.<br>1000 West Street<br>Wilmington, DE 19801 | William E. Manning, Esquire<br>Jennifer M. Becnel-Guzzo, Esquire<br>Buchanan Ingersoll & Rooney PC<br>1000 West Street, Suite 1410<br>P.O. Box 1397<br>Wilmington, DE 19899-1397 |

                                                    /s/ Edmond D. Johnson
                                                    Edmond D. Johnson (DE Bar #2257)