IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG. PHILIPS LCD CO., LCD<br><br>        Plaintiff,<br><br>v.<br><br>CHI MEI OPTOELECTRONICS CORPORATION;<br>AU OPTRONICS CORPORATION; AU<br>OPTRONICS CORPORATION AMERICA;<br>TATUNG COMPANY; TATUNG COMPANY OF<br>AMERICA, INC.; AND VIEWSONIC<br>CORPORATION,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action 06-726-JJF<br>)<br>) DEMAND FOR JURY TRIAL<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION TO DISMISS

Defendant ViewSonic Corporation ("Viewsonic"), by and through its undersigned counsel, hereby moves, pursuant to Rule 12(b)(6), for dismissal of each of the claims for relief asserted against ViewSonic in the operative Amended Complaint.

This Motion is supported by ViewSonic's accompanying Memorandum filed concurrently herewith, as well as the Declaration of Edmond D. Johnson (Docket No. 25) filed on April 6, 2007.

Dated: May 1, 2007

                                                _____
                                                Edmond D. Johnson (DE Bar #2257)
                                                Thomas H. Kovach (DE Bar #3964)
                                                PEPPER HAMILTON LLP
                                                Hercules Plaza, Suite 5100
                                                1313 N. Market Street
                                                P.O. Box 1709
                                                Wilmington, DE  19899-1709
                                                (302) 777-6500

-2-

-And-

John N. Zarian
Samia E. McCall
Matthew D. Thayne
STOEL RIVES LLP
101 S. Capitol Blvd.
Suite 1900
Boise, ID  83702
(208) 389-9000

Attorneys for Defendant ViewSonic Corporation

## CERTIFICATE OF SERVICE

I, Edmond D. Johnson, hereby certify that on the 1st day of May, 2007, I caused a copy of the foregoing *Defendant Viewsonic Corporation's Motion To Dismiss* to be filed with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Richard D. Kirk, Esquire
Ashley B. Stitzer, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

Karen L. Pascale, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Bldg., 17th Fl.
1000 West Street
Wilmington, DE 19801

David Ellis Moore, Esquire
Potter Anderson & Corroon, LLP
Hercules Plaza,
1313 N. Market St., 6th Fl.
P.O. Box 951
Wilmington, DE 19899-0951

William E. Manning, Esquire
Jennifer M. Becnel-Guzzo, Esquire
Buchanan Ingersoll & Rooney PC
1000 West Street, Suite 1410
P.O. Box 1397
Wilmington, DE 19899-1397

Edmond D. Johnson (DE Bar #2257)

#8533334 v1