# THE BAYARD FIRM
A T T O R N E Y S

222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899
ZIP CODE FOR DELIVERIES: 19801

MERITAS LAW FIRMS WORLDWIDE

www.bayardfirm.com
302-655-5000
(FAX) 302-658-6395

WRITER'S DIRECT ACCESS

RICHARD D. KIRK
302-429-4208
rkirk@bayardfirm.com

FILED ELECTRONICALLY AND BY HAND

May 8, 2007

The Honorable Joseph J. Farnan, Jr.
U.S. District Court for the District of Delaware
844 North King Street, Lock Box 18
Wilmington, DE 19801

Re:   *LG.Philips LCD Co., Ltd. v. Chi Mei Optoelectronics Corporation, et al.,*
      C.A. No. 06-726-JJF

Dear Judge Farnan:

I write on behalf of the plaintiff, LG.Philips LCD Co., Ltd. ("LPL"). On May 1, 2007, defendant ViewSonic Corporation ("ViewSonic") filed three motions responding to the Amended Complaint. They were a Motion to Stay (D.I. 37), a Motion for More Definite Statement (D.I. 39), and a Motion to Dismiss for Failure to State a Claim (D.I. 41). The first two of these motions were noticed for presentation on June 1, 2007.

With respect to the Motion for More Definite Statement (D.I. 39), LPL will file its answering brief on May 18, 2007. With respect to the Motion to Dismiss for Failure to State a Claim (D.I. 41), LPL and ViewSonic intend to file a stipulated briefing schedule shortly. However, with respect to the Motion to Stay (D.I. 37), LPL finds that it needs more time for its answering brief than the normal time provided under the Local Rules. Although non-dispositive, this motion is nonetheless substantive. Moreover, LPL is responding at this same time to another significant motion in this case filed by another defendant, Chi Mei Optoelectronics.

LPL respectfully requests an extension until May 30, 2007 to file and serve its answering brief. If the Court wishes me to put this request in the form of a motion I will. However, I did not do so because the response time we seek to extend will pass before such a motion could be presented on June 1, 2007.

Respectfully submitted,

*/s/ Richard D. Kirk*
Richard D. Kirk (rk0922)

:rdk
cc:  Clerk of the Court (by hand)
     Counsel as shown on the attached certificate

659453-1

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on May 8, 2007, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

| | |
|---|---|
| Edmond D. Johnson<br>Thomas H. Kovach<br>Pepper Hamilton LLP<br>1313 Market Street, Suite 5100<br>PO Box 1709<br>Wilmington, DE  19899-1709 | Karen L. Pascale<br>John W. Shaw<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE  19899-0391 |
| Philip A. Rovner<br>Dave E. Moore<br>Potter Anderson & Corroon LLP<br>1313 North Market Street<br>Wilmington, DE  19899-0951 | William E. Manning<br>Jennifer M. Becnel-Guzzo<br>Buchanan Ingersoll & Rooney<br>The Brandywine Building<br>1000 West Street, Suite 1410<br>Wilmington, DE  19801 |

The undersigned counsel further certifies that copies of the foregoing document were sent by email to the above counsel on May 8, 2007, and will be sent by hand on May 8, 2007, and were sent by email on May 8, 2007, and will be sent by first class mail on May 8, 2007, to the following non-registered participants:

| | |
|---|---|
| John N. Zarian<br>Samia McCall<br>Matthew D. Thayne<br>J. Walter Sinclair<br>Stoel Rives LLP<br>101 S. Capitol Blvd., Suite 1900<br>Boise, ID  83702 | Vincent K. Yip<br>Peter J. Wied<br>Jay C. Chiu<br>Paul, Hastings, Janofsky & Walker LLP<br>515 South Flower Street<br>Twenty-Fifth Floor<br>Los Angeles, CA   90071 |

656846-1

| | |
|---|---|
| Kenneth R. Adamo | Bryan J. Sinclair |
| Robert C. Kahrl | Karineh Khachatourian |
| Arthur P. Licygiewicz | Buchanan Ingersoll & Rooney |
| Jones Day | 333 Twin Dolphin Drive |
| North Point | Redwood Shores, CA  94065-1418 |
| 901 Lakeside Avenue | |
| Cleveland, OH  44114-1190 | |

/s/ Richard D. Kirk (rk922)
Richard D. Kirk

656846-1