# Pepper Hamilton LLP
#### Attorneys at Law

Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
302.777.6500
Fax 302.421.8390

Edmond D. Johnson
direct dial: 302.777.6539
direct fax: 302.691.4739
johnsone@pepperlaw.com

May 9, 2007

The Honorable Judge Joseph J. Farnan, Jr.
United States District Court for the
 District of Delaware
844 N. King Street, Lock Box 27
Wilmington, DE 19801

      Re:    L.G. Philips LCD Co., LCD v.
                   Chi Mei Optoelectronics Corp.; C.A. 06-726-JJF

Dear Judge Farnan:

      I write in response to Mr. Kirk's letter in the referenced matter, which letter was served yesterday.

      Mr. Kirk's proposal would prejudice my client unfairly. Mr. Kirk has proposed that the time within which he must file his answering brief on ViewSonic's motion to stay be extended to May 30, 2007. However, that would eliminate ViewSonic's opportunity to reply.

      The history of this motion is as follows. The motion was originally filed on April 9 as one of three motions to be heard on the Court's May 4 motion day. Mr. Kirk contacted counsel and asked for more time in which to respond to the motions. Consequently, on April 30 ViewSonic withdrew its three pending motions and re-filed them on May 1, set for hearing on the Court's June 1 motion day. That filing date would make Mr. Kirk's brief due on May 15, or 35 days after the motion was originally filed. That schedule would have allowed ViewSonic only one week for its reply, while Mr. Kirk would have had 35 days to prepare his answering brief.

      Now, Mr. Kirk wants 52 days to prepare his answering brief, leaving ViewSonic no opportunity to reply. That would be inequitable, to say the least.

**Pepper Hamilton LLP**
Attorneys at Law

The Honorable Judge Joseph J. Farnan, Jr.
Page 2
May 9, 2007

   Mr. Kirk correctly points out that there are several pending motions filed by ViewSonic, including the foregoing motion to stay, a motion for a more definite statement, and a motion to dismiss. As a dispositive motion, ViewSonic's motion to dismiss will be heard on a longer briefing schedule to be agreed upon by the parties subject to the approval of the Court. Under the Court's standing order, however, the other two motions are on a separate schedule, and set to be heard within 30 days of filing.

   ViewSonic recognizes that all three of its pending motions are logically inter-related. Perhaps all of these issues could be resolved by permitting the parties to set a briefing schedule for the three motions so that they can all be heard together.

   Counsel are available for consultation if the Court has any questions.

                Respectfully,

                Edmond D. Johnson

EDJ/asc

cc: Clerk of the Court (by hand)
   Counsel as shown on the attached certificate

#8552342 v1

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on May 9, 2007, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Richard D. Kirk
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

Karen L. Pascale
John W. Shaw
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

Philip A. Rovner
Dave E. Moore
Potter Anderson & Corroon LLP
1313 North Market Street
Wilmington, DE 19899-0951

William E. Manning
Jennifer M. Becnel-Guzzo
Buchanan Ingersoll & Rooney
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801

The undersigned counsel further certifies that copies of the foregoing document were sent by email to the above counsel on May 9, 2007, and were sent by email on May 9, 2007, to the following non-registered participants:

John N. Zarian
Samia McCall
Matthew D. Thayne
J. Walter Sinclair
Stoel Rives LLP
101 S. Capitol Blvd., Suite 1900
Boise, ID 83702

Vincent K. Yip
Peter J. Wied
Jay C. Chiu
Paul, Hastings, Janofsky & Walker LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, CA 90071

#8552762 v1

| | |
|---|---|
| Kenneth R. Adamo<br>Robert C. Kahrl<br>Arthur P. Licygiewicz<br>Jones Day<br>North Point<br>901 Lakeside Avenue<br>Cleveland, OH 44114-1190 | Bryan J. Sinclair<br>Karineh Khachatourian<br>Buchanan Ingersoll & Rooney<br>333 Twin Dolphin Drive<br>Redwood Shores, CA 94065-1418 |

/s/ Edmond D. Johnson
Edmond D. Johnson (Id# 2257)

#8552762 v1