# THE BAYARD FIRM
A T T O R N E Y S

222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899
ZIP CODE FOR DELIVERIES: 19801

MERITAS LAW FIRMS WORLDWIDE

www.bayardfirm.com
302-655-5000
(FAX) 302-658-6395

WRITER'S DIRECT ACCESS

RICHARD D. KIRK
302-429-4208
rkirk@bayardfirm.com

**FILED ELECTRONICALLY AND BY HAND**

May 9, 2007

The Honorable Joseph J. Farnan, Jr.
U.S. District Court for the District of Delaware
844 North King Street, Lock Box 18
Wilmington, DE 19801

      Re:   *LG.Philips LCD Co., Ltd. v. Chi Mei Optoelectronics Corporation, et al.,*
             C.A. No. 06-726-JJF

Dear Judge Farnan:

      I write on behalf of the plaintiff, LG.Philips LCD Co., Ltd. ("LPL") in response to Mr. Johnson's letter of today. I apologize to the Court and counsel if my letter of yesterday created the impression that I wanted to deprive ViewSonic of an opportunity to reply.

      My intention was simply to obtain sufficient time for LPL to respond to ViewSonic's Motion to Stay (D.I. 37), and that the presentation of that motion would necessarily be postponed to the Court's July motions day (or to some interim date if more convenient to the Court). My request could have been clearer.

                                          Respectfully submitted,

                                          Richard D. Kirk (rk0922)

:rdk
cc:  Clerk of the Court (by hand)
      Counsel as shown on the attached certificate

659595-1

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on May 9, 2007, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Edmond D. Johnson
Thomas H. Kovach
Pepper Hamilton LLP
1313 Market Street, Suite 5100
PO Box 1709
Wilmington, DE  19899-1709

Karen L. Pascale
John W. Shaw
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391

Philip A. Rovner
Dave E. Moore
Potter Anderson & Corroon LLP
1313 North Market Street
Wilmington, DE  19899-0951

William E. Manning
Jennifer M. Becnel-Guzzo
Buchanan Ingersoll & Rooney
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE  19801

The undersigned counsel further certifies that copies of the foregoing document were sent by email to the above counsel on May 9, 2007, and will be sent by hand on May 9, 2007, and were sent by email on May 9, 2007, and will be sent by first class mail on May 9, 2007, to the following non-registered participants:

John N. Zarian
Samia McCall
Matthew D. Thayne
J. Walter Sinclair
Stoel Rives LLP
101 S. Capitol Blvd., Suite 1900
Boise, ID  83702

Vincent K. Yip
Peter J. Wied
Jay C. Chiu
Paul, Hastings, Janofsky & Walker LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, CA  90071

656846-1

Kenneth R. Adamo  
Robert C. Kahrl  
Arthur P. Licygiewicz  
Jones Day  
North Point  
901 Lakeside Avenue  
Cleveland, OH 44114-1190  

Bryan J. Sinclair  
Karineh Khachatourian  
Buchanan Ingersoll & Rooney  
333 Twin Dolphin Drive  
Redwood Shores, CA 94065-1418  

/s/ Richard D. Kirk (rk922)  
Richard D. Kirk  

656846-1