IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG. PHILIPS LCD CO., LCD<br><br>        Plaintiff,<br><br>v.<br><br>CHI MEI OPTOELECTRONICS CORPORATION;<br>AU OPTRONICS CORPORATION; AU<br>OPTRONICS CORPORATION AMERICA;<br>TATUNG COMPANY; TATUNG COMPANY OF<br>AMERICA, INC.; AND VIEWSONIC<br>CORPORATION,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action 06-726-JJF<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION AND ORDER REGARDING BRIEFING

IT IS HEREBY STIPULATED by and between the plaintiff LG. Phillips LCD Co., LTd. ("LG.Philips"), and defendant ViewSonic Corporation ("ViewSonic"), subject to the approval of the Court, that the time within which LG. Philips shall serve and file an answering brief in opposition to ViewSonic's Motion to Dismiss for Failure to State a Claim (D.I. 41) shall be June 15, 2007 and the time within which ViewSonic shall serve and file its Reply Brief shall be extended to July 13, 2007.

[REMAINDER OF PAGE LEFT BLANK INTENTIONALLY]

#8533428 v1

-2-

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk (DE Bar # 0922)
Ashley B. Stitzer (DE Bar #3891)
THE BAYARD FIRM
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
(302) 655-5000


OF COUNSEL:

MCKENNA LONG & ALDRIDGE LLP
Gaspare J. Bono
Matthew T. Bailey
R. Tyler Goodwyn
Lora A. Brzezynski
Cass W. Christenson
1900 K Street, NW
Washington, DC 20006
(202) 496-7500

*Attorneys for Plaintiff,*
*LG.Philips LCD Co., Ltd.*

/s/ Edmond D. Johnson (ej 2257)
Edmond D. Johnson (DE Bar #2257)
Thomas H. Kovach (DE Bar #3964)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE  19899-1709
(302) 777-6500


OF COUNSEL:

STOEL RIVES LLP
John N. Zarian
Samia E. McCall
Matthew D. Thayne
101 S. Capitol Blvd.
Suite 1900
Boise, ID  83702
(208) 389-9000


*Attorneys for Defendant*
*ViewSonic Corporation*

#8533428 v1

# CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on May 16, 2007, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Edmond D. Johnson
Thomas H. Kovach
Pepper Hamilton LLP
1313 Market Street, Suite 5100
PO Box 1709
Wilmington, DE 19899-1709

Karen L. Pascale
John W. Shaw
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

Philip A. Rovner
Dave E. Moore
Potter Anderson & Corroon LLP
1313 North Market Street
Wilmington, DE 19899-0951

William E. Manning
Jennifer M. Becnel-Guzzo
Buchanan Ingersoll & Rooney
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801

The undersigned counsel further certifies that copies of the foregoing document were sent by email to the above counsel on May 16, 2007, and will be sent by hand on May 16, 2007, and were sent by email on May 16, 2007, and will be sent by first class mail on May 16, 2007, to the following non-registered participants:

John N. Zarian
Samia McCall
Matthew D. Thayne
J. Walter Sinclair
Stoel Rives LLP
101 S. Capitol Blvd., Suite 1900
Boise, ID 83702

Vincent K. Yip
Peter J. Wied
Jay C. Chiu
Paul, Hastings, Janofsky & Walker LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, CA 90071

656846-1

Kenneth R. Adamo  
Robert C. Kahrl  
Arthur P. Licygiewicz  
Jones Day  
North Point  
901 Lakeside Avenue  
Cleveland, OH  44114-1190  

Bryan J. Sinclair  
Karineh Khachatourian  
Buchanan Ingersoll & Rooney  
333 Twin Dolphin Drive  
Redwood Shores, CA  94065-1418  

/s/ Richard D. Kirk (rk922)  
Richard D. Kirk  

656846-1