IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD., | |
| Plaintiff, | |
| v. | Civil Action No. 06-726-JJF |
| CHI MEI OPTOELECTRONICS CORPORATION; AU OPTRONICS CORPORATION; AU OPTRONICS CORPORATION AMERICA; TATUNG COMPANY; TATUNG COMPANY OF AMERICA, INC.; AND VIEWSONIC CORPORATION, | |
| Defendants. | |

## PRAECIPE

PLEASE ISSUE A SUMMONS for the First Amended Complaint Against Chi Mei Optoelectronics USA, Inc. to the following:

Chi Mei Optoelectronics USA, Inc.
c/o Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE 19808

May 22, 2007                          THE BAYARD FIRM

                                      /s/ Richard D. Kirk (rk0922)
                                      Richard D. Kirk
OF COUNSEL:                           Ashley B. Stitzer
Gaspare J. Bono                       222 Delaware Avenue, Suite 900
Matthew T. Bailey                     P.O. Box 25130
Lora A. Brzezynski                    Wilmington, DE 19899-5130
Cass W. Christenson                   rkirk@bayardfirm.com
McKenna Long & Aldridge LLP           (302) 655-5000
1900 K Street, NW                     Counsel for Plaintiff
Washington, DC 20006                  LG.PHILIPS LCD CO., LTD.
(202) 496-7500

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on May 22, 2007, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Edmond D. Johnson
Thomas H. Kovach
Pepper Hamilton LLP
1313 Market Street, Suite 5100
PO Box 1709
Wilmington, DE 19899-1709

Karen L. Pascale
John W. Shaw
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

Philip A. Rovner
Dave E. Moore
Potter Anderson & Corroon LLP
1313 North Market Street
Wilmington, DE 19899-0951

William E. Manning
Jennifer M. Becnel-Guzzo
Buchanan Ingersoll & Rooney
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801

The undersigned counsel further certifies that copies of the foregoing document were sent by email to the above counsel on May 22, 2007, and will be sent by hand on May 22, 2007, and were sent by email on May 22, 2007, and will be sent by first class mail on May 22, 2007, to the following non-registered participants:

John N. Zarian
Samia McCall
Matthew D. Thayne
J. Walter Sinclair
Stoel Rives LLP
101 S. Capitol Blvd., Suite 1900
Boise, ID 83702

Vincent K. Yip
Peter J. Wied
Jay C. Chiu
Paul, Hastings, Janofsky & Walker LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, CA 90071

656846-1

| | |
|---|---|
| Kenneth R. Adamo | Bryan J. Sinclair |
| Robert C. Kahrl | Karineh Khachatourian |
| Arthur P. Licygiewicz | Buchanan Ingersoll & Rooney |
| Jones Day | 333 Twin Dolphin Drive |
| North Point | Redwood Shores, CA  94065-1418 |
| 901 Lakeside Avenue | |
| Cleveland, OH  44114-1190 | |

/s/ Richard D. Kirk (rk922)
Richard D. Kirk