UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> CHI MEI OPTOELECTRONICS CORPORATION, et al. <br><br> Defendants. | Civil Action No. 06-726 (JJF) |

### DECLARATION OF MICHAEL R. TIERNEY, JR.

I, Michael R. Tierney, Jr., declare under penalty of perjury as follows:

1.  I have personal knowledge of the facts stated in this declaration, and if called as a witness, could competently testify to them.

2.  I am employed as an attorney at the offices of McKenna Long & Aldridge LLP, located at 1900 K. Street, NW, Washington, DC 20006.

3.  I am familiar with the ViewSonic VX700 LCD monitor with serial number A23032217476 purchased by Mr. Roger Greenbank in Delaware on July 11, 2003. I inspected that monitor at the offices of McKenna Long & Aldridge LLP in Washington, DC. My inspection of the ViewSonic VX700 LCD monitor confirmed that the monitor contained an LCD module manufactured by Chi Mei Optoelectronics Corp. ("CMO").

4. I am familiar with the ViewSonic VX800 LCD monitor with serial number A28030700598 purchased by Mr. Mark Donaldson in Delaware on July 12, 2003. I inspected that monitor at the offices of McKenna Long & Aldridge LLP in Washington, DC. My inspection of the ViewSonic VX800 LCD monitor confirmed that the monitor contained an LCD module manufactured by CMO.

5. I am familiar with the Iiyana Pro Lite LCD monitor with serial number 25077M2601058 that Mr. Donaldson purchased on August 22, 2003 in Delaware. I inspected that monitor at the offices of McKenna Long & Aldridge LLP in Washington, DC. My inspection of the Iiyana Pro Lite LCD monitor confirmed that the monitor contained an LCD module manufactured by CMO.

6. I am familiar with the Tatung L17AMTN-U01 LCD monitor with serial number 6SA322680010 that Mr. Lewis Hines purchased on September 8, 2003 in Delaware. I inspected that monitor at the offices of McKenna Long & Aldridge LLP. My inspection of the Tatung L17AMTN- U01 LCD monitor confirmed that the monitor contained an LCD module manufactured by CMO.

7. I am familiar with the VX700 LCD monitor with serial number A23033100054 that Mr. Gary Gray purchased on October 22, 2003 in Delaware. I inspected that monitor at the offices of McKenna Long & Aldridge LLP. My inspection of the VX700 LCD monitor confirmed that the monitor contained an LCD module manufactured by CMO.

8.      I am familiar with the ViewSonic N2000 LCD TV with serial number C110042100347 that Mr. Dominic Desderio purchased on April 6, 2005 in Delaware. I inspected that monitor at the offices of McKenna Long & Aldridge LLP. My inspection of the ViewSonic N2000 LCD TV confirmed that the monitor contained an LCD module manufactured by CMO.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 22nd day of May, 2007.

_____
Michael R. Tierney, Jr.

# CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on May 22, 2007, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Edmond D. Johnson
Thomas H. Kovach
Pepper Hamilton LLP
1313 Market Street, Suite 5100
PO Box 1709
Wilmington, DE  19899-1709

Karen L. Pascale
John W. Shaw
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391

Philip A. Rovner
Dave E. Moore
Potter Anderson & Corroon LLP
1313 North Market Street
Wilmington, DE  19899-0951

William E. Manning
Jennifer M. Becnel-Guzzo
Buchanan Ingersoll & Rooney
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE  19801

The undersigned counsel further certifies that copies of the foregoing document were sent by email to the above counsel on May 22, 2007, and will be sent by hand on May 22, 2007, and were sent by email on May 22, 2007, and will be sent by first class mail on May 22, 2007, to the following non-registered participants:

John N. Zarian
Samia McCall
Matthew D. Thayne
J. Walter Sinclair
Stoel Rives LLP
101 S. Capitol Blvd., Suite 1900
Boise, ID  83702

Vincent K. Yip
Peter J. Wied
Jay C. Chiu
Paul, Hastings, Janofsky & Walker LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, CA  90071

656846-1

| | |
|---|---|
| Kenneth R. Adamo<br>Robert C. Kahrl<br>Arthur P. Licygiewicz<br>Jones Day<br>North Point<br>901 Lakeside Avenue<br>Cleveland, OH  44114-1190 | Bryan J. Sinclair<br>Karineh Khachatourian<br>Buchanan Ingersoll & Rooney<br>333 Twin Dolphin Drive<br>Redwood Shores, CA  94065-1418 |

/s/ Richard D. Kirk (rk922)
Richard D. Kirk

656846-1