UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

LG.PHILIPS LCD CO., LTD.,

    Plaintiff,

v.

CHI MEI OPTOELECTRONICS CORPORATION, et al.

    Defendants.   Civil Action No. 06-726 (JJF)

## DECLARATION OF LEWIS W. HYDEN, II

I, Lewis W. Hyden, II, declare under penalty of perjury as follows:

1. I have personal knowledge of the facts stated in this declaration, and if called as a witness, could competently testify to them.

2. I am a resident of the State of Maryland, with offices in the State of Delaware, and my mailing address is P.O. Box 7942, Newark, DE 19714.

3. I am the President of Hyden & Associates, Inc. Roger Greenbank, Mark Donaldson, Lewis Hines, Gary Gray, and Dominic Desderio are subcontractor associates of Hyden & Associates, Inc.

4. At my direction, on July 11, 2003, Mr. Roger Greenbank purchased a ViewSonic VX700 LCD monitor with serial number A23032217476 from Fry's Electronics Outpost.com's website from his residence at 401 Crest Road,

Wilmington, Delaware 19803. On July 12, 2003, Fry's Electronics Outpost.com sent Mr. Greenbank an e-mail to inform him that the ViewSonic VX700 LCD monitor he had purchased from Fry's Electronics Outpost.com had been shipped to his residence in Wilmington, Delaware. On July 14, 2003 Mr. Greenbank received the VX700 LCD monitor at his residence in Wilmington, Delaware. At my direction, on July 14, 2003, Mr. Greenbank shipped the ViewSonic VX700 LCD monitor to the law firm of McKenna Long & Aldridge in Washington, D.C.

5. At my direction, on July 12, 2003, Mr. Mark Donaldson, a resident of Delaware whose address is 10 Inverness Court, Linden Heath, Wilmington, Delaware 19808, purchased a ViewSonic VX800 LCD monitor with serial number A28030700598 from the CompUSA.com website. CompUSA.com sent an e-mail confirming the shipment to his Delaware address on July 14, 2003. This monitor was received by Mr. Donaldson at his address in Delaware on July 17, 2003.

6. At my direction, on August 22, 2003, Mr. Donaldson purchased the Iiyama Pro Lite LCD monitor with serial number 25077M2601058 from the Office Depot on-line website and had it shipped to his address in Delaware. Office Depot On-line sent Mr. Donaldson an e-mail on August 20, 2003 confirming the purchase and delivery to Delaware. He received the Iiyama Pro Lite LCD monitor at his address in Delaware on August 26, 2003 and, at my

direction, sent it to the Washington D.C. offices of McKenna Long & Aldridge LLP on August 27, 2003.

7.  At my direction, on September 8, 2003, Mr. Lewis Hines, a resident of Delaware whose address is P.O. Box 7942, Newark, DE 19714, purchased a Tatung L17AMTN-V01 LCD monitor with serial number 6SA322680010 at the retail location of Avnet Applied Computing in Delaware. The Tatung L17AMTN-V01 LCD monitor was sent to him at 104 E. Pembrey Drive, Wilmington, Delaware 19803. At my direction, on September 16, 2003, Mr. Hines sent the L17AMTN-V03 LCD monitor to the Washington, D.C. offices of McKenna Long & Aldridge LLP.

8.  At my direction, on October 22, 2003, Mr. Gary Gray, whose address is 12 E. Savannah Drive, Bear, Delaware 19701, purchased a ViewSonic VX700 LCD with serial number A23033100054 from the on-line website of Fry's Electronics Outpost.com. The VX700 LCD monitor was sent to Mr. Gray's address in Delaware.

9.  At my direction, on April 6, 2005 Mr. Dominic Desderio purchased a ViewSonic N2000 LCD TV with serial number C110042100347 from the retail location of CompUSA at 4211 Concord Pike, Wilmington, Delaware 19803.

10. I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 21st day of May, 2007.

_____
Lewis W. Hyden, II

DC::50478797.1

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on May 22, 2007, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Edmond D. Johnson
Thomas H. Kovach
Pepper Hamilton LLP
1313 Market Street, Suite 5100
PO Box 1709
Wilmington, DE 19899-1709

Karen L. Pascale
John W. Shaw
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

Philip A. Rovner
Dave E. Moore
Potter Anderson & Corroon LLP
1313 North Market Street
Wilmington, DE 19899-0951

William E. Manning
Jennifer M. Becnel-Guzzo
Buchanan Ingersoll & Rooney
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801

The undersigned counsel further certifies that copies of the foregoing document were sent by email to the above counsel on May 22, 2007, and will be sent by hand on May 22, 2007, and were sent by email on May 22, 2007, and will be sent by first class mail on May 22, 2007, to the following non-registered participants:

John N. Zarian
Samia McCall
Matthew D. Thayne
J. Walter Sinclair
Stoel Rives LLP
101 S. Capitol Blvd., Suite 1900
Boise, ID 83702

Vincent K. Yip
Peter J. Wied
Jay C. Chiu
Paul, Hastings, Janofsky & Walker LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, CA 90071

656846-1

| | |
|---|---|
| Kenneth R. Adamo<br>Robert C. Kahrl<br>Arthur P. Licygiewicz<br>Jones Day<br>North Point<br>901 Lakeside Avenue<br>Cleveland, OH  44114-1190 | Bryan J. Sinclair<br>Karineh Khachatourian<br>Buchanan Ingersoll & Rooney<br>333 Twin Dolphin Drive<br>Redwood Shores, CA  94065-1418 |

/s/ Richard D. Kirk (rk922)
Richard D. Kirk

656846-1