UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD., | |
| Plaintiff, | |
| v. | Civil Action No. 06-726 (JJF) |
| CHI MEI OPTOELECTRONICS CORPORATION, et al. | |
| Defendants. | |

## DECLARATION OF LORA A. BRZEZYNSKI, ESQ. IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND FOR INSUFFICIENCY OF SERVICE

I, Lora A. Brzezynski, Esq. declare under penalty of perjury as follows:

1.    I am a partner with the law firm of McKenna Long & Aldridge LLP. I have personal knowledge of the facts stated in this declaration, and if called as a witness, could competently testify to them. I make this declaration in support of Plaintiff's Answering Brief in Opposition to Defendant Chi Mei Optoelectronics Corporation's ("CMO") Motion to Dismiss for Lack of Personal Jurisdiction and for Insufficiency of Service.

2.    Attached as Exhibit 1 is a true and correct copy of relevant portions of CMO's website, located at www.cmo.com.tw/cmo/english/index.jsp, which states that CMO "is one of the leading TFT-LCD manufacturers in the world." and "[i]n the last few years, CMO has even established itself as the world's leading supplier of large-size LCD TV panel." CMO's website also states that it has "already become a leading player in the global TFT-LCD industry" and that CMO plays a "key role . . . in the global

optoelectronics supply chain." The website also states that, at present, CMO has "15,878 employees."

3.      Attached as Exhibit 2 is a true and correct copy of an Office Depot sales summary produced by Office Depot in response to a Subpoena issued in <u>Commissariat À L'Energie Atomique v. Chi Mei Optoelectronics Corp., et al.</u>, Case No., 03-484-KAJ (D. Del.) (filed May 19, 2003), a true and correct copy of which is also attached with this exhibit.

4.      Attached as Exhibit 3 is a true and correct copy of a CDW Corporation sales summary produced by CDW in response to a Subpoena issued in <u>Commissariat À L'Energie Atomique v. Chi Mei Optoelectronics Corp., et al.</u>, Case No., 03-484-KAJ (D. Del.) (filed May 19, 2003), a true and correct copy of which is also attached with this exhibit.

5.      Attached as Exhibit 4 is a true and correct copy of a September 27, 2001 article from IDG News Service.

6.      Attached as Exhibit 5 is a true and correct copy of DisplaySearch's LCD Monitor Strategy Report, Part 2, 2002, reporting that IDTech "positions [CMO] to win more U.S. and Japanese business by leveraging IBM's relationships" and "the IBM sales force has begun selling panels produced by [CMO], resulting in broader distribution for [CMO]."

7.      Attached as Exhibit 6 is a true and correct copy of the Certificate of Incorporation for IDTech USA, showing that it was incorporated in Delaware.

2

8.    Attached as Exhibit 7 is a true and correct copy of a January 7, 2007 Sony Press Release, indicating that CMO sold the IDTech manufacturing facilities to Sony Corporation.

9.    Attached as Exhibit 8 is a true and correct copy of the Certificate of Incorporation and Name Change, showing that at the time of the sale of IDTech to Sony, CMO retained ownership of IDTech and changed the name of the entity to Chi Mei Optoelectronics USA, Inc.

10.    Attached as Exhibit 9 is a true and correct copy of a business card, showing that CMO's employee Anny Yuan, works in the offices of CMO USA at 101 Metro Drive, in San Jose, California.

11.    Attached as Exhibit 10 is a true and correct copy of Delaware Corporate Records & Business Registrations report for CMO USA.

12.    Attached as Exhibit 11 is a true and correct copy of CMO's 2006 Financial Statement.

13.    Attached as Exhibit 12 is a true and correct copy of CMO USA's Rule 7.1 Statement filed in Anvik Corporation v. Chi Mei Optoelectronics Corp., et al., Case No. 07-0821 SCR (S.D.N.Y), which states that CMO Japan "owns 100% of CMO USA" and that CMO owns 100% of CMO Japan."

14.    Attached as Exhibit 13 is a true and correct copy of a February 13, 2007 press release regarding iZ3D, LLC.

3

15.    Attached as Exhibit 14 is a true and correct copy of the Delaware
Corporate Records & Business Registrations report on iZ3D, showing that iZ3D is a U.S.
entity incorporated in the State of Delaware.

16.    Attached as Exhibit 15 is a true and correct copy of the Stipulation and
Order filed in <u>Commissariat À L'Energie Atomique v. Chi Mei Optoelectronics Corp., et
al.</u>, Case No., 03-484-KAJ (D. Del.) (filed May 19, 2003), showing that CMO consented
to jurisdiction in Delaware (D.I. 375).

17.    Attached as Exhibit 16 is a true and correct copy of CMO's October 2003
Offering Circular.

18.    Attached as Exhibit 17 is a true and correct copy of United States Patent
and Trademark Office ("USPTO") status reports for trademarks "Chi Mei" and "CMO".

19.    Attached as Exhibit 18 is a true and correct copy of the Complaint without
exhibits filed in <u>Chi Mei Optoelectronics, Corp. v. LG.Philips LCD Co., Ltd. et al.</u>, Case
No. 07-0176 TJW (E.D. Tex.) (filed May 4, 2007).

20.    Attached as Exhibit 19 is a true and correct copy of the docket for
<u>Commissariat À L'Energie Atomique v. Chi Mei Optoelectronics, Corp.</u>, Case No. 03-
05812 SBA, (N.D. Cal.) (filed December 23, 2003).

21.    Attached as Exhibit 20 is a true and correct copy of the docket for <u>Anvik
Corporation v. Chi Mei Optoelectronics Corp., et al.</u>, Case No. 07-0821 SCR (S.D.N.Y)
(filed February 2, 2007) ("Anvik")

22.    Attached as Exhibit 21 is a true and correct copy of CMO's Answer in the
<u>Anvik</u> case.

4

23.     Attached as Exhibit 22 is a true and correct copy of pertinent pages from the web-site dedicated to the Standard Panels Working Group ("SPWG"), www.spwg.org.

24.     Attached as Exhibit 23 is a true and correct copy of excerpts from the website of an entity known as DisplaySearch, a display-related market research firm.

25.     Attached as Exhibit 24 is a true and correct copy of CMO's Redacted Answering Brief in Opposition to Plaintiff Commissariat À L'Energie Atomique's Motion for Partial Summary Judgment on the Issues of Direct Infringement and Inducement to Infringe filed in Commissariat À L'Energie Atomique v. Chi Mei Optoelectronics Corp., et al., Case No., 03-484-KAJ (D. Del.).

26.     Attached as Exhibit 25 is a true and correct copy of printouts from Dell Corporation's website.

27.     Attached as Exhibit 26 is a true and correct copy of customs shipment detail and bills of lading, showing shipments into the United States by CMO.

28.     Attached as Exhibit 27 is a true and correct copy of printouts from Acer America's website (www.acer.com/us), which cites to numerous retailers within the United States that offer Acer LCD monitors for sale.

29.     Attached as Exhibit 28 is a true and correct copy of printouts from Iiyama North America's website, www.iiyama.com, showing several retailers within the United States that offer Iiyama's LCD monitors for sale.

30.     Attached as Exhibit 29 is a true and correct copy of the DisplaySearch Quarterly Large-Area TFT LCD Shipment Report, Fourth Quarter 2006.

5

31.     Attached as Exhibit 30 is a true and correct copy of the DisplaySearch Quarterly Desktop Monitor Shipment and Forecast Report, Second Quarter 2006.

32.     Attached as Exhibit 31 is a true and correct copy of website printouts from Viewsonic.

33.     Attached as Exhibit 32 is a true and correct copy of website printouts from Samsung USA and Samsung Semiconductor, Inc.

34.     Attached as Exhibit 33 is a true and correct copy of website printouts from IBM.

35.     Attached as Exhibit 34 is a true and correct copy of website printouts from Hewlett Packard.

36.     Attached as Exhibit 35 is a true and correct copy of website printouts from NEC-Mitsubishi.

37.     Attached as Exhibit 36 is a true and correct copy of website printouts from eBay, showing numerous offers for sale in the United States of CMO products.

38.     Attached as Exhibit 37 is a true and correct copy of website printouts from Best Buy.

39.     Attached as Exhibit 38 is a true and correct copy of website printouts from Circuit City.

40.     Attached as Exhibit 39 is a true and correct copy of website printouts from CompUSA.

41.     Attached as Exhibit 40 is a true and correct copy of website printouts from Office Depot.

42.    Attached as Exhibit 41 is a true and correct copy of website printouts from Staples.

43.    Attached as Exhibit 42 is a true and correct copy of website printouts from RadioShack.

44.    Attached as Exhibit 43 is a true and correct copy of website printouts from OfficeMax.

45.    Attached as Exhibit 44 is a true and correct copy of website printouts from Wal-sMart.

46.    Attached as Exhibit 45 is a true and correct copy of website printouts from Sears.

47.    Attached as Exhibit 46 is a true and correct copy of the DisplaySearch Quarterly Global TV Shipment and Forecast Report, Second Quarter 2006.

48.    Attached as Exhibit 47 is a true and correct copy of the DisplaySearch FPD Producer Profile Report, 2002, Part II.

49.    Attached as Exhibit 48 is a true and correct copy of the DisplaySearch Monitor, June 30, 2003, Volume 8, Issue 7.

50.    Attached as Exhibit 49 is a true and correct copy of the DisplaySearch Quarterly Desktop Monitor Shipment and Forecast Report, Q2, 2003.

51.    Attached as Exhibit 50 is a true and correct copy of the Notice of Service on Defendant Chi Mei Optoelectronics Corporation pursuant to 10 Del. C. § 3104.

52.    Attached as Exhibit 51 is a true and correct copy of an excerpt from the United States Census Bureau's Statistical Abstract of the United States: 2007.

53.    Attached as Exhibit 52 is a true and correct copy of an excerpt from the

Delaware: 2002, 2002 Economic Census, issued May 2005 by the United States

Department of Commerce.


I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 22nd day of May, 2007.

_____
Lora A. Brzezynski

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on May 22, 2007, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Edmond D. Johnson
Thomas H. Kovach
Pepper Hamilton LLP
1313 Market Street, Suite 5100
PO Box 1709
Wilmington, DE 19899-1709

Karen L. Pascale
John W. Shaw
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

Philip A. Rovner
Dave E. Moore
Potter Anderson & Corroon LLP
1313 North Market Street
Wilmington, DE 19899-0951

William E. Manning
Jennifer M. Becnel-Guzzo
Buchanan Ingersoll & Rooney
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801

The undersigned counsel further certifies that copies of the foregoing document were sent by email to the above counsel on May 22, 2007, and will be sent by hand on May 22, 2007, and were sent by email on May 22, 2007, and will be sent by first class mail on May 22, 2007, to the following non-registered participants:

John N. Zarian
Samia McCall
Matthew D. Thayne
J. Walter Sinclair
Stoel Rives LLP
101 S. Capitol Blvd., Suite 1900
Boise, ID 83702

Vincent K. Yip
Peter J. Wied
Jay C. Chiu
Paul, Hastings, Janofsky & Walker LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, CA 90071

Kenneth R. Adamo
Robert C. Kahrl
Arthur P. Licygiewicz
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH  44114-1190

Bryan J. Sinclair
Karineh Khachatourian
Buchanan Ingersoll & Rooney
333 Twin Dolphin Drive
Redwood Shores, CA  94065-1418

/s/ Richard D. Kirk (rk922)
Richard D. Kirk

656846-1

# EXHIBIT 1



   

About CMO

Products and Service

Technology

Investors

Career

  

Simple
Humanity

CMO

Message from the
Chairman
Company Profile
Management Profile
CMO News
News Archive
Management Philosophy
Milestones
S.H.E. Policy
Global Citizenship
Download
Contact Us



Message from the Chairman

The evolution of digital technology has given birth to new digital application products that have made life more convenient and more enjoyable for people all over the world. All digital products require a display interface of some kind in order to show their content; as a result, display interface technology has become a major focus of attention within the IT and electronics sector, with several different technologies vying for dominance. Companies have allocated substantial resources to develop new technologies and applications, working to give humanity as a whole a higher level of visual enjoyment. Among these various different technologies, Thin Film Transistor Liquid Crystal Display (TFT-LCD) products have the advantage of being slim and lightweight with low energy consumption and low radiation; these advantages have enabled TFT-LCD to establish itself as the mainstream display technology.

Chi Mei Optoelectronics ("CMO") is one of the leading TFT-LCD manufacturers in the world. In the last few years, CMO has even established itself as the world's leading supplier of large-size LCD TV panel. Mr. Hsu Wen-Lung, the founder of the Chi Mei Group has worked tirelessly to promote the development of the TFT-LCD industry and of the global plastics and chemical industries as a whole, in line with his vision of making products that combine high quality with low cost available to the ordinary consumer. In the early 1990s, Chi Mei Corporation ("CMC") benefited from the growth of the consumer electronics and IT industry; CMC's high-quality, low-cost plastics and chemical products made a major contribution to the rapid growth of the global IT industry, and CMC established itself as the world's largest ABS producer. CMO was

http://www.cmo.com.tw/cmo/english/about/about_01.htm

5/14/2007

established in 1998 with the aim of boosting the penetration rate of LCD products. With the stimulus provided by the worldwide trend towards digitalization, CMO has already become a leading player in the global TFT-LCD industry.

CMO has continued to invest aggressively with the aim of enhancing its competitiveness. CMO has demonstrated particular vigor in its next-generation fab planning . It is expected that the capacity will be increased outstandingly every year in the period of 2005-2007. The rapid pace of innovation in production technology is matched by equally rapid progress in display technology, always with the aim of satisfying consumers with superior LCD TV picture quality.

The formation of industry clusters is an important means for industries to increase their competitiveness. The supply chain in the TFT-LCD industry is an extremely complex one; the question of how to achieve more efficient supply chain integration so as to improve overall performance is of key importance to TFT-LCD panel makers. CMO has for some time now been working aggressively to build an TFT-LCD industry cluster in the Tainan Science-based Industrial Park. Chi Mei's affiliates began work on the establishment of a 250-hectare "LCD TV and Supporting Industries Industrial Zone" adjacent to the Tainan Science-based Industrial Park. The new zone and the existing optoelectronics companies within the Park will complement one another, helping to enhance the competitiveness of the optoelectronics industry as a whole. Given the key role that CMO plays in the global optoelectronics supply chain, it has a heavy responsibility in this respect. It is our earnest hope that other companies in the industry will work with CMO to help us create a better future for all mankind.









About CMO

Products and Service

Technology

Investors

Career

Uniquely
Beautiful

Product
& Service

Monitor Applications

NB PC Applications

LCD TV Applications

Special Applications

CMO & IDTech Service

Log-in

Quality Management

Global Service & Support
Management



Monitor Applications

CMO provides a full lineup of monitor panels in sizes of 17", 19", 20.1", 21",24" and wide screen panels with leading technology and design capability. Our products are featured with wide view, fast response, high brightness, high contrast and high saturation, which are setting higher standards in the industry.

As a panel industry pioneer, we are devoted to new technology development and had successfully brought the fast response time down to less than 8ms. CMO will bring you a new experience on monitor panels with its leading product features.

Product Specification :

| " 17 " | " 19 " | " 20.1 " | " 22 " |
| " 24 " | " 30 " | | |



 **CHI MEI** OPTOELECTRONICS



Uniquely Beautiful

Product & Service

- About CMO
- Products and Service
- Technology
- Investors
- Career

Monitor Applications
NB PC Applications
LCD TV Applications
Special Applications
CMO & IDTech Service
Log-in
Quality Management
Global Service & Support
Management



NB PC Applications

CMO provides a full lineup of NB panels in sizes of 12", 14", 15" and 12.1" to 17" wide screen panels with leading technology and design capability. Our products are featured with wide view, high brightness, low power consumption and low weight, which are setting higher standards in the industry.

As a panel industry pioneer, we are devoted to new technology development and to provide total solution NB panel as our goal. CMO will bring you a new experience on NB panels with its leading product features.

Product Specification :

| " 12.1 " | " 13.3 " | " 14.1 " | " 15 " |
|----------|----------|----------|--------|
| " 15.4 " | " 17 " |  |  |

Copyright © 2004 Chi Mei Optoelectronics. All Rights Reserved



**CHI MEI**
OPTOELECTRONICS



Uniquely
Beautiful



Product
& Service

About CMO
Products and Service
Technology
Investors
Career

Monitor Applications
NB PC Applications
LCD TV Applications
Special Applications
CMO & IDTech Service
Log-in
Quality Management
Global Service & Support
Management



LCD TV Applications

CMO is one of the world's top three suppliers of LCD panels for televisions, and has the C32goal of promoting the universal use of LCD televisions around the world. It has already launched 56" LCD TV panels in highest resolution in the world, and successfully produced products under 50". CMO will continue to meet the needs of consumers in this age of high-definition digital television (HDTV) by providing products with industry-leading high resolution,high contrast,super wide viewing angle,and fast response in the future.

| Product Specification | | | |
|---|---|---|---|
| " V150V1 " | " V201B1 " | " V201V1 " | " V201V2 " |
| " V230W1 " | " V270B1 " | " V320B1 " | " V370H1 " |
| " V420H1 " | " V470H1 " | " V562D1 " | |

http://www.cmo.com.tw/cmo/english/product/product_03.jsp                    5/15/2007





**Uniquely Beautiful**

Product & Service

- About CMO
- Products and Service
- Technology
- Investors
- Career

Monitor Applications
NB PC Applications
LCD TV Applications
Special Applications
CMO & IDTech Service
Log-in
Quality Management
Global Service & Support
Management



Special Applications

-- IAAV (Industry , Amusement, Avionics & Vehicle Applications)

CMO provides of industry,amusement, avionics and vehicle panels in sizes of 7' to 15'' with leading technology and robust design capability. Our products are featured with wide view,high brightness,super high contrast, low weight and wide operating temperature, which are setting higher standards in the industry.

As a panel industry pioneer, we are devoted to new technology development and had successfully brought the super high brightness up to more than 450nit. CMO will bring you a new experience on industry, amusement, avionics and vehicle panels with it's leading product features

⊿ Find Products Spec

-- Medical Applications

CMO & IDTech had successfully developed a high brightness provides of medical panels in sizes of 18.1'' to 21.3'' with leading technology and robust design capability. Our products are featured with super high resolution, high brightness,super high contrast and high saturation, which are setting higher standards in the industry.

As a panel industry pioneer, we are devoted to new technology development and to provide total soltion medical panel as our goal. CMO will bring you a new experience on on demanding medical panels with its leading product features.

⊿ Find Products Spec



## CHI MEI
OPTOELECTRONICS



About CMO
Products and Service
Technology
Investors
Career

Uniquely Beautiful

Product & Service

Monitor Applications
NB PC Applications
LCD TV Applications
Special Applications
CMO & IDTech Service
Log-in
Quality Management
Global Service & Support
Management

Quality Management

Symbol of Quality



## Symbol of Quality

Quality Policy Statement

CMO is committed to Achieve Total Customer Satisfaction through continuous Improvement of Our Business.

Quality Mission Statement

To be the world-leading TFT-LCD company which delivers the Best Quality Products to our Customer - On Time, Competitive Price, Best Service, Global Logistics Support, Cutting-Edge Technology.

Quality Reliability Assurance



**Symbol of Quality**

Customer Satisfaction

Quality Policy          Quality Mission

Corporate Quality System

*Product Quality & Reliability Assurance Management*

**Continuous Improvement Process**
Customer → TME → OQC / FAB / SQE / PD → Supplier

**Product Design ⟷ Manufacturing ⟷ Suppliers**

**Internal Audit 、 Supplier Quality Management**

Quality Certification



| OHSAS18001 | ISO9001 | ISO14001 |



  

Monitor Applications
NB PC Applications
LCD TV Applications
Special Applications
CMO & IDTech Service
Log-in
Quality Management
Global Service & Support
Management

Global Service & Support Management
- Quality of Service



## Quality of Service

- Service Mission

CMO is Committed to Offer a Longterm Worldwide Total Customer Satisfaction Solution on a Real Time Basis and be Transparent and Flexible.

- Global Service & Support System





# CHI MEI
OPTOELECTRONICS

About CMO
Products and Service
Technology
Investors
Career

Sustainable Growth

Investor Relations

IR Legal Notice
Financials
Shareholder's Service
Investor Events
IR News
FAQ
Analyst Coverage
Contact IR
E-Mail Alert

Financials

↗ CMO Financial Summary

| | |
|---|---|
| Capital stock | NT$ 79,861,960,780 |
| Publicly listed common shares | 5,431,196,000 |
| Common shares issued through private placement | 1,055,000,000 |
| Preferred shares issued | 1,500,000,000 |
| Total outstanding shares | 7,986,196,078 |

↗ Annual Reports
↗ CMO Prospectus

↗ Monthly Sales and Shipment
↗ Quarterly Financial Results
↗ Investor Conference Presentation Materials

# Welcome to Chi Mei Optoelectronics





**CHI MEI** OPTOELECTRONICS

- About CMO
- Products and Service
- Technology
- Investors
- Career

Sustainable Growth

Investor Relations

IR Legal Notice
Financials
Shareholder's Service
Investor Events
IR News
FAQ
Analyst Coverage
Contact IR
E-Mail Alert

## Financials

↗ Monthly Sales and Shipment

| | 2006 | | 2007 | |
|---|---|---|---|---|
| | Sales(NT$1,000) | Shipment (units:1,000) | Sales (NT$1,000) | Shipment (units:1,000) |
| January | 16,706,331 | 2,203 | 15,673,732 | 2,819 |
| February | 14,674,963 | 2,226 | 15,419,737 | 2,919 |
| March | 17,090,971 | 2,556 | 16,390,654 | 3,275 |
| April | 13,018,447 | 2,249 | 17,595,128 | 3,561 |
| May | 12,111,678 | 2,320 | | |
| June | 12,163,148 | 2,534 | | |
| July | 11,755,872 | 2,564 | | |
| August | 17,460,159 | 3,232 | | |
| September | 19,568,207 | 3,415 | | |
| October | 20,072,410 | 3,499 | | |
| November | 20,108,071 | 3,458 | | |
| December | 15,750,068 | 2,993 | | |
| Total | 190,480,325 | 33,249 | 65,079,251 | 12,574 |

* Starting from 2003, sales revenue and shipment are disclosed in consolidated figures

↗ Quarterly Financial Results

# Welcome to Chi Mei Optoelectronics

| | First Quarter | Second Quarter | Third Quarter | Fourth Quarter |
|---|---|---|---|---|
| 2007 | Not Available | Not Available | Not Available | Not Available |
| 2006 | Download | Download  Download | Download | Download  Download |
| 2005 | Download | Download | Download | Download  Download |
| 2004 | Download | Download | Download | Download  Download |
| 2003 | Download | Download | Download | Download  Download |
| 2002 | Not Available | Download | Download | Download |
| 2001 | Not Available | Not Available | Not Available | Download |
| 2000 | Not Available | Not Available | Not Available | Download |

↗ CMO Hosted Investor Conference Presentation Materials

| | First Quarter | Second Quarter | Third Quarter | Fourth Quarter |
|---|---|---|---|---|
| 2007 | Download | Not Available | Not Available | Not Available |
| 2006 | Download | Download | Download | Download |
| 2005 | Download | Download | Download | Download |
| 2004 | Download | Download | Download | Download |
| 2003 | Download | Download | Download | Download |
| 2002 | Not Available | Not Available | Download | Not Available |

↗ CMO Investor Conference Call Scripts

| | First Quarter | Second Quarter | Third Quarter | Fourth Quarter |
|---|---|---|---|---|
| 2007 | Download | Not Available | Not Available | Not Available |
| 2006 | Download | Download | Download | Download |
| 2005 | Not Available | Download | Download | Download |

↗ Annual Reports

CMO Annual Reports

0012

Case 1:06-cv-00726-JJF    Document 60-2    Filed 05/22/2007    Page 14 of 41

Welcome to Chi Mei Optoelectronics

2005 Annual Report    2004 Annual Report    2003 Annual Report    2002 Annual Report

↗ CMO Prospectus



   

**CHI MEI** OPTOELECTRONICS

About CMO
Products and Service
Technology
Investors
Career

IR Legal Notice
Financials
Shareholder's Service
Investor Events
IR News
FAQ
Analyst Coverage
Contact IR
E-Mail Alert

**Shareholder's Service**

↗ Shareholders' Meetings

|      | Meeting Notice | Meeting Agenda | Meeting Results |
|------|----------------|----------------|-----------------|
|      | Download       |                |                 |
| 2006 | Download       | Download       | Download        |
|      | Download       |                |                 |
| 2007 | Download       | Download       | Not Available   |
| 2006 | Not Available  | Download       | Download        |

↗ Dividend History

| Year | Cash Dividends | | Stock Dividends | | | Cash Offering | AGM Date |
|------|------|------|------|------|------|------|------|
|  | Cash Dividends | Ex-Dividend Date | From Retained Earnings | From Capital Surplus | Ex-Dividend Date | Ex-Dividend Date | AGM Date |
| 2006 | 0.32 | 2006/08/01 | 0.48 | - | 2006/08/01 | - | 2006/06/23 |
| 2005 | 0.352138 | 2005/08/05 | 1.408554 | 0 | 2005/08/05 | - | 2005/05/13 |
| 2004 | 0.535 | 2004/08/05 | 1.07 | 0 | 2004/08/05 | - | 2004/06/15 |
| 2003 | 0 | - | 0.735 | 0.465 | 2003/06/18 | 2003/06/07 | 2003/05/19 |

↗ Common Stock Transfer Agent

**Chinatrust Stock Transfer Agent**

∘ Website: http://consumer.chinatrust.com.tw/cgi-bin/prod/ch/agency/index.jsp

∘ Address. 5F, No. 83, Sec 1, Chung Ching Nan Road, Taipei, Taiwan

∘ Tel:    +886 2 2311 1833
         +886 2 2361 3033

↗ GDR Contacts

Website:  www.adr.com

Contacts:  HK (Sales and Marketing)         Delaware (Operations)

Carine Kwan                        Sergio Montillo

E-mail :                           E-mail :

carine.mh.kwan@jpmorgan.com        sergio.montillo@jpmorgan.com

Tel: +852 2800 1819                Tel: +1 302 552 0253

↗ Stock Price
CMO stock price (TAIEX: 3009)



↗ Market Observation Post System







## CHI MEI
OPTOELECTRONICS

IR Legal Notice
Financials
Shareholder's Service
Investor Events
IR News
FAQ
Analyst Coverage
Contact IR
E-Mail Alert

IR News

↗ IR News

| Publish Date | Title |
|---|---|
| 2007/05/08 | Chi Mei Optoelectronics (3009 TT) Consolidated April 2007 Revenues of NT$17.6 Billion and Shipments of 3.56 Million |
| 2007/04/26 | Chi Mei Optoelectronics Announces Unaudited Unconsolidated First Quarter 2007 Net Sales of NT$ 47 Billion and Operating Margin of 1.3% |
| 2007/04/09 | Chi Mei Optoelectronics (3009 TT) Consolidated March 2007 Revenues of NT$16.4 Billion and Shipments of 3.28 Million |
| 2007/03/08 | Chi Mei Optoelectronics (3009 TT) Consolidated February 2007 Revenues of NT$15.4 Billion and Shipments of 2.92 Million |
| 2007/02/08 | Chi Mei Optoelectronics (3009 TT) Consolidated January 2007 Revenues of NT$15.7 Billion and Shipments of 2.82 Million |
| 2007/02/06 | Chi Mei Optoelectronics Announces Unaudited Unconsolidated Fourth Quarter 2006 Net Sales of NT$ 55 Billion and Gross Margin of 10.9% |
| 2007/01/09 | Chi Mei Optoelectronics (3009 TT) Consolidated December 2006 Revenues of NT$15.8 Billion and Shipments of 2.99 Million |
| 2006/12/05 | Chi Mei Optoelectronics (3009 TT) Consolidated November 2006 Revenues of NT$20 Billion and Shipments of 3.5 Million |
| 2006/11/08 | Chi Mei Optoelectronics (3009 TT) Consolidated October 2006 Revenues of NT$20 Billion and Shipments of 3.5 Million |
| 2006/10/26 | Chi Mei Optoelectronics Announces Unaudited Unconsolidated Third Quarter 2006 Net Sales of NT$ 48 Billion and Gross Margin of 4.6% |
| 2006/10/09 | Chi Mei Optoelectronics (3009 TT) Consolidated September 2006 Revenues of NT$19.6 Billion and Shipments of 3.4 Million |
| 2006/09/08 | Chi Mei Optoelectronics (3009 TT) Consolidated August 2006 Revenues of NT$17.5 Billion and Shipments of 3.23Million |
| 2006/08/11 | Chi Mei Optoelectronics Announces Unaudited Unconsolidated Second Quarter 2006 Net Sales of NT$ 36,395 Million and Operating Margin of 1.2% |
| 2006/08/09 | CMO 2006 Second Quarter Investor Conference Contingency Plans in Response to Typhoon Saomai |
| 2006/08/08 | Chi Mei Optoelectronics (3009 TT) Consolidated July 2006 Revenues of NT$11.8 Billion and Shipments of 2.56 Million |
| 2006/07/07 | Chi Mei Optoelectronics (3009 TT) Consolidated June 2006 Revenues of NT$12.2 Billion and Shipments of 2.53 Million |

| Date | Description |
|---|---|
| 2006/06/08 | Chi Mei Optoelectronics (3009 TT) Consolidated May 2006 Revenues of NT$12 Billion and Shipments of 2.32 Million |
| 2006/05/08 | **Chi Mei Optoelectronics (3009 TT) Consolidated April 2006 Revenues of NT$13 Billion and Shipments of 2.25 Million** |
| 2006/04/25 | Chi Mei Optoelectronics Announces Unaudited Unconsolidated First Quarter 2006 Net Income of NT$ 5.5 Billion and Operating Margin of 15.4% |
| 2006/04/07 | Chi Mei Optoelectronics (3009 TT) Consolidated March 2006 Revenues of NT$17.1 Billion and Shipments of 2.56 Million |
| 2006/03/08 | Chi Mei Optoelectronics (3009 TT) Consolidated February 2006 Revenues of NT$14.7 Billion and Shipments of 2.23 Million |
| 2006/02/13 | **The BOD Resolution to convene 2006 First Extraordinary Shareholder's Meeting** |
| 2006/02/09 | Chi Mei Optoelectronics Announces Unaudited Unconsolidated Fourth Quarter 2005 Revenues of NT$54.1 Billion and Gross Margin of 24.6% |
| 2006/02/08 | **Chi Mei Optoelectronics (3009 TT) Consolidated January 2006 Revenues of NT$16.7 Billion and Shipments of 2.2 Million** |
| 2006/01/09 | Chi Mei Optoelectronics (3009 TT) Consolidated December 2005 Revenues of NT$19.5 Billion and Shipments of 2.55 Million |
| 2005/12/08 | **Chi Mei Optoelectronics (3009 TT) Consolidated November 2005 Revenues of NT$18.65 Billion and Shipments of 2.55 Million** |
| 2005/11/08 | Chi Mei Optoelectronics (3009 TT) Consolidated October 2005 Revenues of NT$17.4 Billion and Shipments of 2.43 Million |
| 2005/11/03 | **Chi Mei Optoelectronics Unaudited Consolidated Third Quarter 2005 Revenues of NT$42.6 Billion and Gross Margin of 14.1 %** |
| 2005/10/20 | CMO Third Quarter 2005 Investor Conference Will Be Held on November 3 |
| 2005/10/07 | **Chi Mei Optoelectronics Consolidated September 2005 Revenues of NT$16.5 Billion and Shipments of 2.44 Million** |
| 2005/09/21 | Redeem the convertible notes |
| 2005/09/08 | **CMO Consolidated Aug 2005 Revenues of NT$14 Billion & Shipments of 2.15Million** |
| 2005/08/08 | CMO Announces July 2005 Monthly Sales Results |
| 2005/07/29 | **CMO Second Quarter, 2005 Investor Conference Press Release** |
| 2005/07/08 | Chi Mei Optoelectronics Monthly Sales Report – June 2005 |
| 2005/06/08 | Chi Mei Optoelectronics Monthly Sales Report – May 2005 |
| 2005/05/09 | Chi Mei Optoelectronics Monthly Sales Report – April 2005 |
| 2005/04/29 | **CMO First Quarter, 2005 Investor Conference Press Release** |
| 2005/04/08 | Chi Mei Optoelectronics Monthly Sales Report – March 2005 |
| 2005/03/08 | **Chi Mei Optoelectronics Monthly Sales Report – February 2005** |
| 2005/02/22 | Board Resolution to convene 2005 AGSM |
| 2005/02/14 | **Chi Mei Optoelectronics Monthly Sales Report – January 2005** |
| 2005/02/01 | CMO Fourth Quarter, 2004 Investor Conference Press Release |
| 2005/01/11 | **Chi Mei Optoelectronics Monthly Sales Report – December 2004** |
| 2005/01/06 | Notice of Redemption at the Option of Holders of Notes |
| 2004/12/08 | **Chi Mei Optoelectronics Monthly Sales Report – November 2004** |
| 2004/11/08 | Chi Mei Optoelectronics Monthly Sales Report – October 2004 |

| 2004/10/28 | CMO Third Quarter, 2004 Investor Conference Press Release |
| 2004/10/08 | Chi Mei Optoelectronics Monthly Sales Report – September 2004 |
| 2004/09/08 | Chi Mei Optoelectronics Monthly Sales Report – August 2004 |
| 2004/08/06 | Chi Mei Optoelectronics Monthly Sales Report – July 2004 |
| 2004/08/05 | Chi Mei Optoelectronics Announces Unaudited First Half 2004 Results |
| 2004/07/21 | Announcement on dividend record day and adjusted dividend payout ratio |
| 2004/07/16 | Clarification on Dividends Distribution Plan approved at the CMO shareholders' meeting |
| 2004/07/08 | Chi Mei Optoelectronics Monthly Sales Report – June 2004 |
| 2004/06/08 | Chi Mei Optoelectronics Monthly Sales Report – May 2004 |
| 2004/05/10 | Chi Mei Optoelectronics Monthly Sales Report – April 2004 |
| 2004/05/06 | CMO First Quarter, 2004 Investor Conference Press Release |
| 2004/04/08 | Chi Mei Optoelectronics Monthly Sales Report – March 2004 |
| 2004/03/23 | CMO Board approves dividend declaration & issuance of new shares |
| 2004/03/08 | Chi Mei Optoelectronics Monthly Sales Report – February 2004 |
| 2004/02/09 | Chi Mei Optoelectronics Monthly Sales Report – January 2004 |
| 2004/02/04 | CMO Fourth Quarter, 2003 Investor Conference Press Release |
| 2004/01/14 | Chi Mei Optoelectronics Secures NT$ 41.2 Billion Syndicate Loan |
| 2004/01/08 | Chi Mei Optoelectronics Monthly Sales Report – December 2003 |
| 2003/12/08 | Chi Mei Optoelectronics Monthly Sales Report – November 2003 |
| 2003/11/06 | Chi Mei Optoelectronics Monthly Sales Report – October 2003 |
| 2003/11/06 | CMO Third Quarter, 2003 Investor Conference Press Release |
| 2003/10/08 | Chi Mei Optoelectronics Monthly Sales Report – September 2003 |
| 2003/09/08 | Chi Mei Optoelectronics Monthly Sales Report – August 2003 |
| 2003/08/08 | Chi Mei Optoelectronics Monthly Sales Report – July 2003 |
| 2003/08/07 | CMO Second Quarter, 2003 Investor Conference Press Release |
| 2003/07/30 | CMO announces its preliminary results for 2Q and first six months |
| 2003/07/08 | Chi Mei Optoelectronics Monthly Sales Report – June 2003 |
| 2003/07/07 | CMO Second Quarter, 2003 Investor Conference Press Release |
| 2003/06/09 | Chi Mei Optoelectronics Monthly Sales Report – May 2003 |
| 2003/05/19 | CMO Holds 2003 AGM And Declares Stock Dividends of NT$ 1.2/share |
| 2003/04/24 | CMO Reports 2003 First Quarter and 2002 Annual Results |
| 2003/03/21 | CMO Board approves divident declaration & secondary offering |
| 2003/03/07 | CMO's ECB Offering will be available from March 7 |
| 2003/02/19 | CMO pushes for 2003 as the year of "Total Customer Satisfaction"... |
| 2003/01/27 | CMO receives MVA-Premium Panel Order From FDTC |
| 2003/01/18 | CMO wraps a successful year with CMO's Family Day |
| 2003/01/09 | CMO successfully attained approval status for Dell's QSA Audit |
| 2002/07/30 | CMO announces its preliminary earnings results for 2Q and first six months |

↗ Latest Events

| Publish Date | Title |
| --- | --- |

| | |
|---|---|
| 2007/04/12 | CMO First Quarter 2007 Investor Conference Will Be Held on April 26, 2007 |
| 2007/01/22 | CMO Fourth Quarter 2006 Investor Conference Will Be Held on February 6, 2007 |
| 2006/10/11 | CMO Third Quarter 2006 Investor Conference Will Be Held on October 26 |
| 2006/04/11 | CMO First Quarter 2006 Investor Conference Will Be Held on April 25 |
| 2006/01/19 | CMO Fourth Quarter 2005 Investor Conference Will Be Held on February 9 |
| 2005/10/20 | CMO Third Quarter 2005 Investor Conference Will Be Held on November 3 |
| 2005/07/15 | CMO Second Quarter 2005 Investor Conference Online Registration |
| 2005/04/18 | CMO First Quarter 2005 Investor Conference Online Registration |
| 2004/10/15 | CMO Q3 2004 Investor Conference Online Registration Reminder |
| 2004/07/20 | CMO 2004Q2 Investor Conference Online Registration Reminder |
| 2004/04/21 | CMO 2004Q1 Investor Conference Online Registration Reminder |
| 2004/03/29 | Board Resolution to convene 2004 AGSM |
| 2004/01/19 | CMO 2003Q4 Investor Conference Online Registration Reminder |
| 2003/10/20 | CMO 2003Q3 Investor Conference Online Registration Reminder |
| 2003/07/24 | CMO 2003Q2 Investor Conference Online Registration Reminder |
| 2003/07/11 | CMO 2003Q2 Investor Conference be will held on August 7th |
| 2003/05/05 | Notice of the Change of Venue for CMO's 2003 AGM |
| 2003/03/04 | CMO 2003 Regular Shareholder's Meeting will be held on May 19th |
| 2002/11/29 | CMO Temporary shareholder's meeting will be held on December 6 |

  

**Display Technology**
 - High Color Chromaticity
 - High Brightness Backlight
 - Fast Response LC + Special Driving
 - In-Plane Switching (IPS)
 - MVA/Super MVA
 - Natural Color Technology

**Process Technology**
 - Glass Polishing
 - High Resolution Process (HRP)
 - One Drop Fill (ODF)
 - Post Spacer Technology
 - WOA + COG
 - Spinless coating

**Product Technology**
 - Omni-View Plus[TM] Display
 - TFT-LCD TV

Glossary

Glass Polishing

With the market request on lighter and thinner mobile PC, glass polishing provides a good solution on reducing the weight and thickness of mobile PC's LCD Panel.

Glass polishing technique is used to polish the TFT (thin film transistor) and CF (color filter) glasses. It can reduce the weight and thickness of TFT & CF glasses. With the completion of glass polishing technique, CMO is ready to provide thinner and lighter panels for NB application.

The glass polishing process is performed after the cell assembly, panel Breakage, and LC Filling. After the Glass Polishing Process, the Module assembly can be performed to complete the LCD Module.



Copyright © 2004. Chi Mei Optoelectronics. All Right Reserved.

0020



**CHI MEI**
OPTOELECTRONICS



Challenge
The Impossible

Career

About CMO
Products and Service
Technology
Investors
Career

You and CMO
Employee Profile
Compensation & Benefits
Learning & Development
Recruiting News
Application Procedure
Apply Online



Employee Profile

**Rapid growth of CMO !**

CMO currently has around 15,878 employees. In 2007, we will continue to expand our R&D team and production personnels. There will be many positions open for job fields in liquid crystal materials, electronic circuitry design, mechanical design, new products development, and production-related fields. We believe that CMO has great prospects for the future.

Educational Background:



CMO has a consistent strategy of technological independence, production process integration, in-house color filter production, and LCD TV ready. Our employees are keys to implement CMO's strategy leading to a successful results. At present, 34.2% have high school level educations (most of these being assembly line workers) and 65.8% have post-secondary educations.

Age Distribution:



The average age of CMO employees is about 27.3. Youth and energy fills the working environment, and CMO values results and creativity from our employees.





About CMO
Products and Service
Technology
Investors
Career

IR Legal Notice
Financials
Shareholder's Service
Investor Events
IR News
FAQ
Analyst Coverage
Contact IR
E-Mail Alert

## Frequently Asked Questions

### Overview

1. Who is Chi Mei Optoelectronics (CMO)?

2. Where is CMO located?

3. Who comprises CMO's management team?

4. What is CMO's business philosophy?

5. How many employees does CMO have?

6. How many fabs does CMO operate and the capacity status?

7. What is CMO and IDTech global marketshare in the TFT-LCD industry?

8. What products do CMO and IDTech provide?

9. What is TFT LCD?

10. Who is IDTech?

### Investor Relations

1. What are CMO's monthly sales and shipments? When are they released?

2. When are CMO's Investor Conferences?

3. Where can I find CMO's quarterly financial results?

4. Will CMO distribute dividends this year?

5. How many CMO shares have been issued?

6. What is CMO's shareholder composition?

7. What is CMO's fiscal year?

8. When was CMO's initial public offering? Where to find the prospectus?

9. Who is CMO's common stock transfer agent?

10. How can I contact CMO Investor Relations?

11. How do I sign up for the mailing list?







| About CMO |
| Products and Service |
| Technology |
| Investors |
| Career |

IR Legal Notice
Financials
Shareholder's Service
Investor Events
IR News
FAQ
Analyst Coverage
Contact IR
E-Mail Alert

FAQ

**Overview**

What is CMO's business philosophy?

To CMO, business is not only for the pursuit of profit, the inner human spirits and ideals are at the heart of business operation. CMO with its industrial background, has inherited Chi Mei Corp.'s reliable practicality in pursuit of happiness for a harmonious interaction.

Copyright © 2004  Chi Mei Optoelectronics  All Right Reserved.

0024








About CMO
Products and Service
Technology
Investors
Career

IR Legal Notice
Financials
Shareholder's Service
Investor Events
IR News
FAQ
Analyst Coverage
Contact IR
E-Mail Alert

FAQ

## Overview

● What is TFT LCD?

TFT-LCD stands for Thin Film Transistor - Liquid Crystal Display. TFT-LCD is a much better display technology compared with CRT because of its reduced size and weight, lower power-consumption, greater clarity, and no radiation. For these reasons, it is gradually replacing CRTs and becoming the mainstream medium of displays.

0025

Copyright CM © 2004  Chi Mei Optoelectronics  All Rights Reserved







IR Legal Notice

Financials

Shareholder's Service

Investor Events

IR News

FAQ

Analyst Coverage

Contact IR

E-Mail Alert

FAQ

**Overview**

» What is CMO and IDTech global marketshare in the TFT-LCD industry?

Based on the DisplaySearch Quarterly Large-size Shipment Report for 1Q 2005, CMO is estimated to have a market share of 17.3% of the world's global TFT-LCD TV panels marketshare in 2004. As for the total large-sized TFT-LCD market, CMO and IDTech are estimated to have a marketshare of 10.0% in 2004.

0026





Sustainable Growth



Investor Relations

| | |
|---|---|
| About CMO | |
| Products and Service | |
| Technology | |
| Investors | |
| Career | |

IR Legal Notice

Financials

Shareholder's Service

Investor Events

IR News

FAQ

Analyst Coverage

Contact IR

E-Mail Alert

FAQ

**Overview**

■ What products do CMO and IDTech provide?

TFT-LCD panels for notebook computers, desktop computer monitors, LCD televisions, monochrome and high-resolution medical X-Ray monitors, and avionics.

Click here for Products and Services.

0027









IR Legal Notice

Financials

Shareholder's Service

Investor Events

IR News

FAQ

Analyst Coverage

Contact IR

E-Mail Alert

FAQ

## Overview

■ How many employees does CMO have?

At end of March 2005 about 13.000 Employees.

0028



**CHI MEI**
OPTOELECTRONICS



Sustainable Growth

Investor Relations

About CMO
Products and Service
Technology
Investors
Career

IR Legal Notice
Financials
Shareholder's Service
Investor Events
IR News
FAQ
Analyst Coverage
Contact IR
E-Mail Alert

FAQ

**Overview**

- Who comprises CMO's management team?

Chairman Ching-Siang Liao
President Jau-Yang Ho
Chief Technology Officer Biing-Seng Wu
Vice President Jack Lin
Vice President Chun-Hwa Hsu
Vice President Robert H. Chen
Vice President Chung-Tsung Yen
Click here for **Management Profile**

0029

Copyright © 2004 Chi Mei Optoelectronics. All right reserved.





IR Legal Notice
Financials
Shareholder's Service
Investor Events
IR News
FAQ
Analyst Coverage
Contact IR
E-Mail Alert

FAQ

## Overview

### Who is IDTech?

International Display Technology, or IDTech was created by Chi Mei Optoelectronics (CMO) and IBM Japan in 2001. In October 2004, IDTech became 100% owned by CMO. In January 2005, CMO announced to sell IDTech's Yasu Fab to Japan's Sony, including all of the production equipment, facilities, and personnel at IDTech's plant.

IDTech is a world leader in the design, development, and production of amorphous silicon thin film transistor liquid crystal (a-Si TFT LCD) displays. Among IDTech's leading edge products are the world's highest resolution TFT LCDs for medical displays, wide-angle view in-plane switching (IPS) display monitors, twisted nematic LCD notebook displays, and specialized TFT substrates.

0030





Sustainable
Growth

Investor
Relations

| About CMO |
| Products and Service |
| Technology |
| **Investors** |
| Career |

IR Legal Notice

Financials

Shareholder's Service

Investor Events

IR News

FAQ

Analyst Coverage

Contact IR

E-Mail Alert

FAQ

## Overview

- Who is Chi Mei Optoelectronics (CMO)?

CMO was incorporated in 1998. We are one of the leading TFT LCD manufacturers in the world. CMO's main business and core competence lies in the manufacturing, researching, and selling of TFT-LCD panels for applications such as notebook computers, desktop computer monitors, and LCD televisions.

Click here for **Company Profile**

0031

Copyright © 2004, Chi Mei Optoelectronics. All right Reserved.



Contact Us

CMO  MAP
CMO Global Headquarters
Address: No. 3, Sec. 1, Huanshi Rd., Southern Taiwan Science Park,
           Sinshih Township, Tainan County, 74147 Taiwan R.O.C.
Tel: +886 6 505 1888

CMO FAB I
Address: No. 1, Chiye Road, Southern Taiwan Science Park,
           Sinshih Township, Tainan County, 74147 Taiwan R.O.C.
Tel: +886 6 505 1881

CMO FAB II
Address: No. 2, Sec. 2, Huanshi Rd., Southern Taiwan Science Park,
           Shanhua Township, Tainan County, 74144 Taiwan R.O.C.
Tel: +886 6 505 1889

CMO FAB III
Address: No. 2, Sec. 2, Huanshi Rd., Southern Taiwan Science Park,
           Shanhua Township, Tainan County, 74144 Taiwan R.O.C.
Tel: +886 6 505 1890

CMO FAB IV
Address: No. 3, Sec. 1, Huanshi Rd., Southern Taiwan Science Park,
           Sinshih Township, Tainan County, 74147 Taiwan R.O.C.
Tel: +886 6 505 1891

CMO LCM A, B
Address: No. 12, Nanke 8th Rd., Southern Taiwan Science Park,
           Shanhua Township, Tainan County, 74144 Taiwan R.O.C.
Tel: +886 6 505 1880

Ningbo Chi Mei Optoelectronics Ltd.
Address: No. 16 YangZi River North Rd.
           Ningbo Export Processing Zone,315800,China
Tel: +86 574 8686 5999

Nanhai Chi Mei Optoelectronics Ltd.
Address: Xingye North Rd,

Naihai Science & Technology Industry Garden,

Naihai Foshan, Guangdong, 528325, China

Tel: +86 757 8520 9110

---

| | |
|---|---|
| Jack Lin | Eddie Chen |
| CMO Spokesperson | CMO Acting Spokesperson |
| Tel: +886 6 5051888 | Tel: +886 6 5051888 |
| | IR Line: +886 6 5053760 |
| | E-mail : ir@cmo.com.tw |

---

| | |
|---|---|
| Loreta Chen | Kevin Chang |
| CMO Public Relations | CMO Human Resource |
| Tel: +886 6 5051888 ext. 11202 | Tel: +886 6 5051888 ext. 11231 |
| E-mail : pr@cmo.com.tw | E-mail : cky@cmo.com.tw |

---

| | |
|---|---|
| Katy Chang | Sophia Luke |
| CMO Investor Relations | CMO Investor Relations |
| Tel: +886 2 25457290 ext. 315 | Tel: +886 6 5051888 ext. 11299 |
| E-mail : ir@cmo.com.tw | E-mail : ir@cmo.com.tw |

---

**CMO Taipei Sales Office**

Address:

6F, No. 161, Sec. 4th, Nan-King E. Rd. Taipei, 105, Taiwan

TEL: +886 2 25457290

FAX: +886 2 25457868

E-mail : sales@cmo.com.tw

---

**CMO Japan Co. Ltd.**

Address:

Nansei-Yaesu Bldg. 4F, 2-2-10 Yaesu, Chuo-ku,Tokyo 104-0028, JAPAN

TEL: +81 3 52557755

FAX: +81 3 52557756

---

**CMO Europe B.V.**

Address:

Jupiterstraat 106,

2132HE Hoofddorp,

The Netherlands

TEL: +31 235671050

FAX: +31 235671067

E-mail : info@cmo-eu.com

---

**CMO (Singapore) Pte Ltd.**

Address:

25 International Business Park

#04-20/21 German Centre

Singapore 609916

TEL: +65 6560 7528 (2 lines)

FAX: +65 6560 1708

---

**Chi Mei Optoelectronics USA Inc.**

Address:

101 Metro Drive Suite 510,

San Jose, CA 95110, United States

TEL: +1 408 5738438 (8IDT)

FAX: +1 408 5739438 (9IDT)

---

**Chi Mei Optoelectronics UK Ltd.**

Address:

Langstone Technology Park

Langstone Road

Havant

Hampshire

PO9 1SA

United Kingdom

TEL: +44 (0) 23 9244 5270

FAX: +44 (0) 23 9244 5280

---

**Chi Mei Optoelectronics Germany GmbH**

Address:

Hanns-Martin-Schleyer Strasse 9b-9c

47877 Willich-Munchheide

Germany

TEL: +49(0)2154-81478-0

FAX: +49(0)2154-81478-40



  

About CMO
Products and Service
Technology
**Investors**
Career

IR Legal Notice
Financials
Shareholder's Service
Investor Events
IR News
FAQ
Analyst Coverage
Contact IR
E-Mail Alert

IR News

**Latest News**

**CMO pushes for 2003 as the year of "Total Customer Satisfaction"...**

Chi Mei Optoelectronic (TSE:3009) Global Service & Support division (GSSD) officially reveals the new e-solution platform for customers and suppliers. The new e-solution platform will enable customers home and abroad to obtain service & support regarding to product-related affairs. GSSD will use the new platform to provide real time solution to supplier chain and customer chain after goods exit of CMO. CMO and GSSD is committed to offer a long term worldwide total customer satisfaction solution on a real time basis and be Transparent and Flexible. CMO hopes to push 2003 as a year of otal Customer Satisfaction, and CMO is also the first company in the industry to offer e-solutions of e-SIR, e-RMA, and e-Hub together.

Over the last few years, CMO gradually grown into a global enterprise and our operations has branched out in many parts of the world. Since early 2002, we have started in development in an e-solution platform that is centered on customer satisfaction. We hope this platform will bring better logistics, increase efficiency, and provide excellent service to CMO and CMO customers. CMO is focus on otal Customer Satisfaction?this symbolizes CMO aim toward becoming the world leading TFT-LCD company,?said CMO spokesmen Jeff Hsu.

e-solutions platform includes e-SIR, e-RMA and e-Hub three separate services. e-SIR (Service Information Records) provides customers with relevant product information and historical records regarding to specification, quality control, repair status, and others. e-RMA (Return Material Authorization) provides after service that includes products return and repair record, and the records involved in e-RMA will be used as the basis for further product improvement. e-HUB (logistic and flow tracking) is centered on tracking between material flow with the logistic center. Through e-HUB any parts or finished products can be tracked effectively about its current delivery status and location. There are total of five Logistics and Delivery Companies globally that are using our e-HUB system.

0035



  

IR Legal Notice
Financials
Shareholder's Service
Investor Events
IR News
FAQ
Analyst Coverage
Contact IR
E-Mail Alert

IR News

**Latest News**

**CMO successfully attained approval status for Dell's QSA Audit**

Chi Mei Optoelectronics (CMO) today announced the successful passage for Dell QSA audit. CMO became the first TFT-LCD company in Taiwan to pass such audit, and this represents a major achievement by CMO quality system personnel. Dell QSA audit is widely viewed by the industry to be one of the highest standard audit for procurement.

CMO has always been committed toward total customer satisfaction. The passage of Dell QSA audit meant CMO efforts, mindset, and direction on CMO quality system has paid off. CMO also became the first Taiwanese TFT-LCD company to attend such status, further improving our relationship with Dell. CMO will continue to pursuit the goal of becoming the top global TFT-LCD company by providing the best products and service to our customers.

QSA audit includes areas covered by ISO 9000 and demands excellence in quality and process control, it a must and the key criteria for Dell selection for its suppliers. Dell especially pointed out CMO strength in very aggressive mind to meet customer requirement and excellent process control system. QSA overall results indicated that CMO is a highly competitive world class TFT-LCD panel supplier by obtaining high scores on the QRA Audit.

0036

Welcome to Chi Mei Optoelectronics





IR Legal Notice

Financials

Shareholder's Service

Investor Events

IR News

FAQ

Contact IR

IR/PR Member's Area

Investor Events Notice

## Chi Mei Optoelectronics 2004 Fourth Quarter Investor Conference

Date:         Tuesday, February 1, 2005
Time:         2pm
Location:     Yong Foo Room, B3F, Westin Taipei
              133 Nanking East Road, Section 3, Taipei, Taiwan

Speakers（Mandarin）：

  Jau-Yang Ho    President

  Biing-Seng Wu    Chief Technology Officer

  Chun-Hwa Hsu    Vice-President, Sales

  Eddie Chen    Finance Director

Agenda：       2004 Fourth Quarter Company Financial and Sales Report
Live           Please go to the "Latest Events" section of our website (www.cmo.com.tw),
Webcast：      click on the microphone icon beside CMO Q4 2004 Investor Conference.
              （ CMO 2004 Fourth Quarter Investor Conference Webcast 🎤 ）
**************************************************************
Teleconference

Replay Dates:  From February 1, 2005 to February 4, 2005
Dial-In No:    Germany    08001825033
              Hong Kong    800 901 499
              Japan    00531250011 or 0120 941 639
              Singapore    8006163017
              Taiwan    00801615105
              United Kingdom    08007318027
              United States    18662145335
              International    +61 2 8235 5000
Conference ID：2470130

Speakers（English）：

  Biing-Seng Wu    Chief Technology Officer

  Eddie Chen    Finance Director

Copyright © 2004, Chi Mei Optoelectronics. All Rights Reserved.





**CMO**

**Contact Us**

>> Contact Us

**CMO Headquarters**

HQ Address: No. 1, Chi-Yeh Road, Tainan County, Tainan Science Based Industrial Park, Taiwan 74147, R.O.C

Tel: +886 6 5051888

–LCD2 Address: No. 2, Sec. 2, Huanshi Rd., Tainan County, Tainan Science Based Industrial Park, Taiwan 74144 R.O.C

Tel: +886 6 505 1889

LCM Address: No. 2, Sec. 2, Tainan Science Based Industrial Park, Taiwan 74144, ROC

Tel: +886 6 505 1880

Jeff Hsu
CMO Spokesperson
Tel: +886 6 5051888

Jack Lin
CMO Spokesperson
Tel: +886 6 5051888

Eddie Chen
CMO Investor Relations
Tel: +886 6 5051888
IR Line: +886 6 5053760
E-mail: ir@cmo.com.tw

Lorela Chen
CMO Public Relations
Tel: +886 6 5051888 ext. 11213
E-mail: pr@cmo.com.tw

Edward Jen
CMO Human Resource

0038

.CMO

Tel: +886 6 5051888 ext. 11235
E-mail: edward_jen@cmo.com.tw

**CMO Taipei Sales Office**

Address: 6F., No. 161, Sec. 4th, Nan-King E. Rd. Taipei, 105, Taiwan
- TEL:      +886 2 25457290
- FAX:      +886 2 25457868
- E-mail:   fiona_wu@cmo.com.tw

**CMO Tokyo Office**

Address: Nansei-Yaesu Bldg 2F 2-10, Yaesu 2 - Chome, Chou-ku, Tokyo
- TEL:      +81 3 52557755
- FAX:      +81 3 52557756

**IDTech Headquarters**

Address: 800, Ichimiyake, Yasu-cho, Yasu-gun, Siga-ken 520-2392 Japan
- TEL:      +81 77 5868450
- FAX:      +81 77 5868471

**IDTech Sales/Marketing/Development office**

Address: 1623-14, Shimoturuma, Yamato-shi, Kanagawa-ken 242-8502 Japan
- TEL:      +81 46 2152100
- FAX:      +81 46 2736972
- E-mail:   supportdesk@idtech.co.jp

**IDTech US (Sales office)**

Address: International Display Technology USA, Inc. 101 Metro Drive Suite 510, San Jose, CA 95110, United States
-

0039

Page 3 of 3

TEL:    +1 408 ⸱  ⸱38 (8IDT)
FAX:    +1 408 5/ J9438 (9IDT)

IDTech Europe office (Sales office)

Address: International Display Technology (Europe) Ltd.
1100 Parkway, Solent Industrial Park, Whiteley, Fareham, Hampshire PO15
7AB, United Kingdom

TEL:    +44 (0) 1 489 611802
FAX:    +44 (0) 1 489 611815

Copyright © 2003, Chi Mei Optoelectronics. All Right Reserved. | Site Map | Legal & Trademark Notice |

0040

http://www.cmo.com.tw/english/contactus.htm

# EXHIBIT 2

Retail Sales 2000-2005

00014

AO88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
# UNITED STATES DISTRICT COURT

DISTRICT OF _____ DELAWARE

COMMISSARIAT À L'ENERGIE ATOMIQUE

V.

DELL COMPUTER CORPORATION, et al.

**SUBPOENA IN A CIVIL CASE**

Case Number:[1]  C.A. No. 03-484-KAJ

TO:  OFFICE DEPOT, INC.
     Serve: Vic Polk, Jr., Esq., Bingham McCutchen, LLP
       150 Federal Street, Boston, MA 02110-1726

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☑ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION   See Attachment A hereto. | DATE AND TIME<br>4/16/2004 10:00 am |
|---|---|

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

See Attachment A hereto.

| PLACE   See Attachment A hereto. | DATE AND TIME<br>4/16/2004 10:00 am |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| _Gaspare J Bono_   Attorney for Plaintiff | 3/31/04 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Gaspare Bono, Esq., McKenna Long & Aldridge, LLP
1900 K Street, N.W., Washington, D.C. 20006

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

AO88 (Rev. 1/94) Subpoena in a Civil Case

## PROOF OF SERVICE

|  | DATE | PLACE |
|---|---|---|
| SERVED | 3/31/2004 | Bingham McCutchen, LLP<br>150 Federal Street, Boston, MA 02110-1726 |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| Vic Polk, Jr., Esq. | Via Overnight Delivery, By Agreement |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| Gaspare Bono, Esq. | Attorney for Plaintiff |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____3/31/2004_____
DATE

SIGNATURE OF SERVER

McKenna Long & Aldridge, LLP
ADDRESS OF SERVER

1900 K Street, N.W., Washington, D.C. 20006

---

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c)  PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(2)  (A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d) (2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to comply production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3)  (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i)  fails to allow reasonable time for compliance,
(ii)  requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c) (3) (B) (iii) of this rule, such a person may in order to attend

trial be commanded to travel from any such place within the state in which the trial is held, or

(iii)  requires disclosure of privileged or other protected matter and no exception or waiver applies, or
(iv)  subjects a person to undue burden.

(B) If a subpoena

(i)  requires disclosure of a trade secret or other confidential research, development, or commercial information, or
(ii)  requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or
(iii)  requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena, or, if the party in who behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d)  DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the mmmdemanding party to contest the claim.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COMMISSARIAT À L'ENERGIE ATOMIQUE,<br><br>Plaintiff,<br><br>v.<br><br>DELL COMPUTER CORPORATION, SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG ELECTRONICS CANADA, INC., SUN MICROSYSTEMS, INC., and VIEWSONIC CORPORATION,<br><br>Defendants. | Civil Action No. 03-484 (KAJ) |

## ATTACHMENT A TO RULE 45 SUBPOENA

Plaintiff Commissariat à L'Energie Atomique ("CEA"), by counsel submits this attachment to its Rule 45 Subpoena Duces Tecum issued to Best Buy Co. of Minnesota, Inc. ("Best Buy"), Circuit City Stores, Inc. ("Circuit City"), Office Depot, Inc. ("Office Depot"), Staples, Inc. ("Staples"), CompUSA Inc. ("CompUSA"), Costco Wholesale Corporation ("Costco"), Fry's Electronics, Inc. ("Fry's"), Amazon.Com, Inc. ("Amazon"), Buy.Com, Inc. ("Buy.Com"), PC Connection, Inc. ("PC Connection"), PC Connection Sales Corporation ("P.C. Connection Sales"), Cyberian Outpost, Inc. ("Cyberian Outpost"), Insight Enterprises, Inc. ("Insight"), and Sears, Roebuck & Co. ("Sears") (collectively "Retailers"). CEA requests that the Retailers provide, pursuant to Fed. R. Civ. P. 31(a)(1) and Fed. R. Civ. P. 45, answers to the written questions set forth in Section III below and produce, pursuant to Fed. R. Civ. P. 34 and Fed. R. Civ. P. 45, the documents set forth in Section IV below for inspection and copying on April 16, 2004

-1-

at 10:00 a.m. at McKenna Long & Aldridge LLP, 1900 K Street, N.W., Washington, D.C. 20006. In lieu of appearing for a deposition, the Retailers may provide sworn answers in written form and produce and deliver to the undersigned counsel copies of such documents.

## I.     DEFINITIONS

1.     "Plaintiff" refers to the Plaintiff in the above-captioned lawsuit.

2.     "Retailers," "you" and "your" means Best Buy, Circuit City, Office Depot, Staples, CompUSA, Costco, Fry's, Amazon, Buy.Com, PC Connection, PC Connection Sales, Cyberian Outpost, Insight, and Sears and all of their employees and other agents acting or purporting to act on their behalf.

3.     "Chi Mei" means Chi Mei Optoelectronics Corporation and all of its employees and other agents acting or purporting to act on its behalf.

4.     "Dell" means Dell Computer Corporation and all of its employees and other agents acting or purporting to act on its behalf.

5.     "Fujitsu" means Fujitsu Ltd., Fujitsu Display Technologies Corp., and Fujitsu Microelectronics America, Inc. and all of their employees and other agents acting or purporting to act on their behalf.

6.     "Samsung" means Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung Electronics Canada, Inc., and Samsung International Inc. and all of their employees and other agents acting or purporting to act on their behalf.

7.     "Sanyo" means Tottori Sanyo Electric Co., Ltd. and all of its employees and other agents acting or purporting to act on its behalf.

-2-

8.    "Sun" means "Sun Microsystems, Inc. and all of its employees and other agents acting or purporting to act on its behalf.

9.    "Viewsonic" means ViewSonic Corporation and all of its employees and other agents acting or purporting to act on its behalf.

10.    "The '028 Patent" means United States Letters Patent No. 4,701,028 entitled Liquid Crystal Cell Which Can Have A Homeotropic Structure With Compensated Birefringence Of Said Structure and naming Jean-Frederic Clerc and Jean-Claude Deutsch as inventors, attached as Exhibit A to the Plaintiff's Complaint in Civil Action No. 03-484-KAJ.

11.    "The '412 Patent" means United States Letters Patent No. 4,889,412 entitled Liquid Crystal Cell Using The Electrically Controlled Birefringence Effect And A Uniaxial Medium Of Negative Optical Anisotropy Usable Therein and naming Jean-Frederic Clerc, Jean-Claude Deutsch, Pierre Vaudaine and Sylvie Vey as inventors, attached as Exhibit B to the Plaintiff's Complaint in Civil Action No. 03-484-KAJ.

12.    The connectives "and", "or," and "and/or" shall be construed either disjunctively or conjunctively as necessary to bring within the scope of these requests all information that might otherwise be construed to be outside of their scope.

13.    "Any" means each and every.

14.    "Communication" means, without limitation, every manner or means of statement, utterance, notation, disclaimer, transfer or exchange of information between two of more persons of any nature whatsoever, by or to whomever, whether oral or written or whether face-to-face, by telephone, email, mail, personal delivery or otherwise, including but not limited to, letters, correspondence, conversations, memoranda,

-3-

dialogue, discussions, meetings, interviews, consultations, agreements and other understandings.

15.    "Compensation film" means at least any birefringent film either produced or commercially obtained by AOC Monitors, AU Optronics Corporation, BenQ America Corp., Chi Mei, Dell, Fujitsu, JVC Americas Corp., Panasonic Matsushita Electric Corporation of America, Samsung, Sharp Electronics Corporation, Sony Corporation, Sun, Tatung Company of America, Inc., Toshiba America, Inc., Sanyo, and ViewSonic and employed by the above companies in their TFT LCD modules.

16.    "Concern" and "concerning" are used in their broadest sense and embrace all matter relating to, referring to, describing, discussing, evidencing or constituting the referenced subject.

17.    "Discuss," "discussing," "relate to" "relating to," "support" or "supporting" means in any way directly or indirectly, in whole or in part, discussing, referring to, regarding, constituting, concerning, about, pertaining to, relating to, reflecting, considering, underlying, modifying, amending, confirming, mentioning, endorsing, evidencing, summarizing, memorializing, describing, discussing, analyzing, evaluating, representing, supporting, qualifying, terminating, revoking, canceling or negating.

18.    "Document" means all types of documents and things embraced within Federal Rules of Civil Procedure 34 and includes, without limitation, any writing and each original, or a copy in the absence of the original, and every copy bearing notes or markings not present on the original or copy, of the following items, however produced or reproduced, namely: books, accounting records of any nature whatsoever, agreements,

communications, correspondence, facsimiles, telegrams, cable, telexes, memoranda, recordings, studies, summaries or records of telephone conversations, summaries or records of personal conversations or interviews, diaries, letters, forecasts, statistical statements, graphs, laboratory or engineering reports and records, notebooks, charts, plans, sketches, drawings, video tapes, films, slides, information bearing photographic products of any nature whatsoever, photo-records, microfilms, tape recordings, minutes or records of meetings or conferences, expressions or statements of policy, lists of persons attending meetings or conferences, reports or summaries or interviews, reports or summaries of investigations, opinions or reports of consultants, patent studies, or opinions of counsel, records, reports or summaries of negotiations, sales literature of any nature whatsoever, brochures, catalogues, catalogue sheets, pamphlets, periodicals, advertisements, circulars or trade letters, press releases, trade releases, publicity releases, new product releases, reprints, drafts of any documents, working papers, indices, original or preliminary notes, computer printouts, floppy disks, hard drives, CD-ROM's, magnetic tapes and other data compilations from which information can be obtained or translated, if necessary by the defendant through detection devices into reasonably usable form. The term document also refers to any tangible object other than a document as described above, and includes objects of every kind and nature such as, but not limited to, prototypes, models, and specimens.

19.    "Identify" used in respect to a company or corporate entity means to set forth:

      (a)    the full name of the company;

      (b)    the full name of the division or office involved, if applicable; and

(c)    the address of the company and of the division or office involved, if applicable.

20.    "Identify" used in respect to a document or thing means:

(a)    to provide a brief description of such document or thing, including date, author, recipients type, and content or substance;

(b)    to identify the custodian of the document or thing;

(c)    to identify the place where the document or thing may be inspected; and

(d)    if a copy of the document has been supplied to Plaintiff, to so state and specifically identify the copy supplied by reference to production numbers or other identifying information.

21.    "Identify" used with respect to a natural person means to state:

(a)    the full name;

(b)    the present or last known business and residence addresses;

(c)    the last known employer or job affiliation; and

(d)    the last known occupation and business position or title held.

As to present or former government employees, state the government employer for each position held, the starting and ending date for each position, the job description and title for each position held. Also, state the person's responsibilities with regard to any contract specified in the written question.

22.    "LCD display product(s)" means TFT LCD products which employ wide viewing angle vertical alignment technology and includes any product sold by AOC Monitors, AU Optronics Corporation, BenQ America Corp., Chi Mei, Dell, Fujitsu, JVC

-6-

Americas Corp., Panasonic Matsushita Electric Corporation of America, Samsung, Sharp Electronics Corporation, Sony Corporation, Sun, Tatung Company of America, Inc., Toshiba America, Inc., Sanyo, and ViewSonic containing that technology, such as LCD modules, LCD computer monitors and LCD televisions.

23. "Linear polarizer" means at least the polarizer film either produced or commercially obtained by AOC Monitors, AU Optronics Corporation, BenQ America Corp., Chi Mei, Dell, Fujitsu, JVC Americas Corp., Panasonic Matsushita Electric Corporation of America, Samsung, Sharp Electronics Corporation, Sony Corporation, Sun, Tatung Company of America, Inc., Toshiba America, Inc., Sanyo, and ViewSonic and employed by the above companies in their TFT LCD modules.

24. "Module class" means the class or type of LCD module contained in a given LCD monitor.

25. "Part number" means the stock number, bar code or any other type of alpha-numeric sequence by which an item that is bought or sold can be identified.

26. "Patent-in-Suit" and "Patents-in-Suit" refers either individually or collectively to the '028 Patent and the '412 Patent.

27. "Person" means any natural person, firm, association, partnership, corporation, or other form of legal entity.

28. The use of the singular form of any word includes the plural and vice versa.

## II.    INSTRUCTIONS

For the purposes of these written questions and document requests only, the following instructions will apply:

1.     If the Retailers believe that any written question or document request contained in this set of written questions is unclear, unintelligible or because of its wording otherwise prohibits or prevents the Retailers from responding to that written question or document request, Plaintiff requests that the Retailers request immediate clarification of that written question or document request from Plaintiff.

2.     If in responding to any of these written questions the Retailers do not maintain the information in the format in which it has been requested, answer the written question in as detailed a basis as possible.

3.     If the Retailers contend that any of the information demanded by any of these written questions or document requests is privileged, set forth, with regard to all such information, the following:

> (a)     The nature of the privilege asserted;
>
> (b)     The subject matter to which the claim of privilege relates;
>
> (c)     In the case of information other than documents, the name(s) of the person(s) from whom such information was obtained and the name(s) of any person(s) to whom such information was communicated;
>
> (d)     In the case of an allegedly privileged document:
>
>> (i)     The date(s) on which it was produced and, if different, the date(s) on which it was transmitted, distributed, or otherwise provided to each person to whom it was transmitted, distributed, or otherwise produced;
>>
>> (ii)     The full name(s), address(es) and title(s) of the document's author(s) and addressee(s);

(iii)  The full name(s), address(es) and title(s) of all persons who received a copy of the document including, without limitations, all persons who received a blind copy of the document;

(iv)  The nature of the document (i.e., whether it is a letter, memorandum, tape, disk, etc.);

(v)  The content of the document; and

(vi)  The title of the document, if any.

4.  The term "state" when used in these written question or document request shall require, in addition to the recitation of each fact requested:

(a)  Identification of your source(s) of information concerning such fact, including the date on which you first received such information;

(b)  Identification of each document relating to, referring to or evidencing such fact;

(c)  Specification of each document which you intend to offer in evidence to prove each fact; and

(d)  Identification of each person so identified who you intend to call as a witness to testify concerning such fact.

5.  In answering these written questions, furnish such information as is available to the Retailers and their Affiliates, not merely such information as is of your personal knowledge. This means that the answering party is to furnish information which is known by or in the possession of its employees, representatives, or agents, including, without limitation, its attorney(s).

-9-

6.      In answering the written question or document request, words used in the singular shall include the plural and words used in the plural shall refer the singular as well. Gender is to be wholly disregarded, the neuter referring to the male and the female and the male referring to the female and the neuter.

7.      In answering any of the written question or document request, any ambiguity in construing either the written question or document request or a definition or instruction relevant to the inquiry contained in the written question or document request encountered, the answering party is to identify the matter deemed ambiguous and set forth the construction chosen or used in answering the written question or document request.

8.      The answer to each written questions shall be made separately and fully in writing under oath and the answers are to be signed by the persons making them.

## III.    DEPOSITION UPON WRITTEN QUESTIONS

### REQUEST NO. 1:

Describe with particularity the optical and physical characteristics of each of the linear polarizers in LCD display products, including but not limited to Samsung, Sanyo, Fujitsu, Chi Mei, Viewsonic, Dell and Sun LCD display products, sold by you, including but not limited to: i) identifying the orientation of the transmissive axes as they pertain to each polarizer's location on the module; and ii) identifying the transmission characteristics of the linear polarizer in a crossed and parallel orientation to a linearly polarized light at a specified wavelength in the middle of the visible spectrum.

### REQUEST NO. 2:

Describe with particularity the optical and physical characteristics of the compensation films in LCD display products, including but not limited to Samsung, Sanyo, Fujitsu, Chi Mei, Viewsonic, Dell and Sun LCD display products, sold by you, including but not limited to: i) identifying the in-plane retardation (*e.g.*, $d(n_x - n_y)$) of each compensation film at a specified wavelength in the middle of the visible spectrum; and ii) identifying the out-of-plane retardation (*e.g.*, $d(n_z - n_x)$) of each compensation film at a specified wavelength in the middle of the visible spectrum.

-10-

**REQUEST NO. 3:**

Describe with particularity the optical and physical characteristics of the liquid crystal layer in LCD display products sold, including but not limited to Samsung, Sanyo, Fujitsu, Chi Mei, Viewsonic, Dell and Sun LCD display products, by you, including but not limited to: i) identifying the refractive indices (*e.g.*, $n_o$ and $n_e$) of the liquid crystal in that liquid crystal layer at a specified wavelength in the middle of the visible spectrum; ii) identifying the birefringence (*i.e.*, the $\Delta n$) of the liquid crystal in that liquid crystal layer at a specified wavelength in the middle of the visible spectrum; and iii) identifying the thickness of that liquid crystal layer.

## IV.  REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS

**REQUEST NO. 1:**

All documents considered or reviewed in preparing your responses to the written questions in Section III above, regardless of whether those documents were identified or relied upon in responding to those written questions.

**REQUEST NO. 2:**

Documents sufficient to discern the optical and physical characteristics of the linear polarizers in LCD display products sold by you.

**REQUEST NO. 3:**

Documents sufficient to discern the part number and company or companies from which the linear polarizers in LCD display products sold by you are purchased.

**REQUEST NO. 4:**

Documents sufficient to discern the optical and physical characteristics of the compensation films in LCD display products sold by you.

**REQUEST NO. 5:**

Documents sufficient to discern the part number and company or companies from which the compensation films in LCD display products sold by you are purchased.

**REQUEST NO. 6:**

Documents sufficient to discern the optical and physical characteristics of the liquid crystal layer in LCD display products sold by you.

**REQUEST NO. 7:**

Documents sufficient to discern the thickness of the liquid crystal layer in LCD display products sold by you.

**REQUEST NO. 8:**

Documents sufficient to discern the part number and company or companies from which the liquid crystal in LCD display products sold by you is purchased.

DC:50269043.1

-12-

# EXHIBIT 3

| "Invoice Number" | "Item Number" | Item Description | "Customer Number" | Street Address | City | State | Zip Code | "Date of Invoice" |
|---|---|---|---|---|---|---|---|---|
| GI29526 | 360250 | SONY SDM-S81 MULTISCAN 18" LCD GRAY | 2179052 | N MARKET ST | WILMINGTON | DE | 19801-1807 | 7/16/2002 |
| GV28405 | 360250 | SONY SDM-S81 MULTISCAN 18" LCD GRAY | 6795280 | EAGLE WAY | DOVER AFB | DE | 19902-5201 | 9/25/2002 |
| GW98192 | 360250 | SONY SDM-S81 MULTISCAN 18" LCD GRAY | 6795280 | EAGLE WAY | DOVER AFB | DE | 19902-5201 | 10/3/2002 |
| GJ48749 | 403412 | VIEWSONIC VX800 VIEWPANEL 18IN LCD | 6130869 | PO BOX | WILMINGTON | DE | 19885-0001 | 7/23/2002 |
| HM15302 | 403412 | VIEWSONIC VX800 VIEWPANEL 18IN LCD | 6650149 | VESTALS PL | LANSDOWNE | VA | 20175-8420 | 12/30/2002 |
| HT91705 | 403412 | VIEWSONIC VX800 VIEWPANEL 18IN LCD | 6130869 | PO BOX | WILMINGTON | DE | 19885-0001 | 2/11/2003 |
| HT91734 | 403412 | VIEWSONIC VX800 VIEWPANEL 18IN LCD | 6130869 | PO BOX | WILMINGTON | DE | 19885-0001 | 2/11/2003 |
| JS93430 | 403412 | VIEWSONIC VX800 VIEWPANEL 18IN LCD | 0560004 | HERCULES RD | WILMINGTON | DE | 19808-1599 | 9/24/2003 |
| HV58476 | 403862 | VIEWSONIC VX700 17IN LCD TFT | 5557463 | VARITON DR | WILMINGTON | DE | 19810-3135 | 2/20/2003 |
| LD92285 | 438832 | VIEWSONIC VX700-2 LCD/ KB BUNDLE | 5557463 | VARITON DR | WILMINGTON | DE | 19810-3135 | 2/20/2003 |
| LO94406 | 552176 | ACER AL1714CW 17IN LCD WHITE | 8645564 | WOODLAND AVE | OCEAN VIEW | DE | 19970-9266 | 1/6/2004 |
| NZ38589 | 552176 | ACER AL1714CW 17IN LCD WHITE | 8691695 | NE 4TH ST | MILFORD | DE | 19963-1408 | 2/3/2004 |
| OE23141 | 552176 | ACER AL1714CW 17IN LCD WHITE | 0323468 | FIRST STATE BLVD | NEWPORT | DE | 19804-3560 | 7/23/2004 |
| OM71395 | 552176 | ACER AL1714CW 17IN LCD WHITE | 6960212 | HAUSEL RD | WILMINGTON | DE | 19801-5882 | 8/5/2004 |
| OR37784 | 552176 | ACER AL1714CW 17IN LCD WHITE | 3744154 | N ORANGE ST | WILMINGTON | DE | 19801-1741 | 8/30/2004 |
| OZ42635 | 552176 | ACER AL1714CW 17IN LCD WHITE | 1371268 | W 17TH ST | WILMINGTON | DE | 19805-1198 | 9/10/2004 |
| OZ08072 | 659530 | ACER AL1714CB 17IN LCD BLK | 6960212 | HAUSEL RD | WILMINGTON | DE | 19801-5882 | 9/27/2004 |
| PA21177 | 659530 | ACER AL1714CB 17IN LCD BLK | 5604169 | TUSKEGEE AVE | WILMINGTON | DE | 19809-3445 | 9/30/2004 |
| PR41426 | 659530 | ACER AL1714CB 17IN LCD BLK | 4032944 | TUSKEGEE AVE | WILMINGTON | DE | 19809-3445 | 10/4/2004 |
| PW53540 | 659530 | ACER AL1714CB 17IN LCD BLK | 4032944 | DENNY RD | WILMINGTON | DE | 19809-3445 | 11/18/2004 |
| PW53559 | 659530 | ACER AL1714CB 17IN LCD BLK | 1955203 | DENNY RD | WILMINGTON | DE | 19809-3445 | 12/2/2004 |
| QD52546 | 659530 | ACER AL1714CB 17IN LCD BLK | 4003758 | PO BOX | SAN FRANCISCO | CA | 94103-2533 | 12/21/2004 |
| QD58508 | 659530 | ACER AL1714CB 17IN LCD BLK | 4032944 | 11TH ST | WILMINGTON | DE | 19809-3445 | 12/21/2004 |
| QM56653 | 659530 | ACER AL1714CB 17IN LCD BLK | 2986392 | DENNY RD | WILMINGTON | DE | 19809-3445 | 1/18/2005 |
| QZ88364 | 659530 | ACER AL1714CB 17IN LCD BLK | 8449050 | DENNY RD | WILMINGTON | DE | 13202-1407 | 2/21/2005 |
| QZ81128 | 659530 | ACER AL1714CB 17IN LCD BLK | 7673026 | CONCORD PIKE | WILMINGTON | DE | 13202-1230 | 2/21/2005 |
| RI67401 | 659530 | ACER AL1714CB 17IN LCD BLK | 0679661 | WALTON ST | SYRACUSE | NY | 19801-3699 | 3/15/2005 |
| RJ35989 | 659530 | ACER AL1714CB 17IN LCD BLK | | E 8TH ST | WILMINGTON | DE | 19947-1852 | 9/6/2005 |
| RO94506 | 659530 | ACER AL1714CB 17IN LCD BLK | | S BEDFORD ST | GEORGETOWN | DE | | 3/31/2005 |
| KW22894 | 552176 | ACER AL1714CW 17IN LCD WHITE | 8607388 | 1144 PARK AVE (BRIAN VIERRA) | SAN JOSE | CA | 95126-2913 | 12/10/2003 |
| KY44335 | 552176 | ACER AL1714CW 17IN LCD WHITE | 8607388 | 1144 PARK AVE (BRIAN VIERRA) | SAN JOSE | CA | 95126-2913 | 12/16/2003 |

CDW 00001

| "Original Date of Order" | "Actual Ship to Zip Code" | "Actual Ship to State Code" |
|---|---|---|
| 7/16/2002 | 19801 | DE |
| 9/25/2002 | 19902 | DE |
| 9/25/2002 | 19902 | DE |
| 7/23/2002 | 19884 | DE |
| 12/30/2002 | 19803 | DE |
| 2/11/2003 | 19720 | DE |
| 2/11/2003 | 19720 | DE |
| 9/24/2003 | 19808 | DE |
| 2/20/2003 | 19810 | DE |
| 2/20/2003 | 19810 | DE |
| 1/6/2004 | 19970 | DE |
| 1/30/2004 | 19963 | DE |
| 7/23/2004 | 19709 | DE |
| 8/5/2004 | 19801 | DE |
| 8/30/2004 | 19806 | DE |
| 9/10/2004 | 19901 | DE |
| NULL | 19902 | DE |
| 9/30/2004 | 19902 | DE |
| 11/18/2004 | 19963 | DE |
| 12/3/2004 | 19963 | DE |
| NULL | 19909 | DE |
| 12/21/2004 | 19720 | DE |
| 12/21/2004 | 19906 | OH |
| 1/18/2005 | 44102 | OH |
| 2/21/2005 | 19809 | DE |
| 2/21/2005 | 19803 | DE |
| 3/15/2005 | 19958 | DE |
| 3/16/2005 | 19801 | DE |
| 3/31/2005 | 19947 | DE |
| 12/10/2003 | 95126 | CA |
| 12/16/2003 | 95126 | CA |

CDW 00002

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COMMISSARIAT À L'ENERGIE ATOMIQUE,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD.;<br>TOTTORI SANYO ELECTRONICS CO., LTD.;<br>FUJITSU DISPLAY TECHNOLOGY CORP.;<br>SHARP CORPORATION and AU OPTRONICS<br>CORPORATION,<br><br>Defendants. | CONSOLIDATED CASES<br><br>Civil Action No. 03-484 (KAJ) |

**PLAINTIFF COMMISSARIAT À L'ENERGIE ATOMIQUE'S**
<u>**NOTICE OF SERVICE OF SUBPOENA**</u>
**(CDW Corp.)**

TO:

Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon LLP
1313 N. Market St., 6th Fl.
Wilmington, DE 19801

Gerard M. O'Rourke, Esq.
Larry J. Hume, Esq.
Connolly, Bove, Lodge & Hutz LLP
1007 North Orange Street
Wilmington, DE 19801

Robert H. Richards, III, Esq.
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19801

William J. Marsden, Jr., Esq.
Fish & Richardson, P.C.
919 North Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114

Josy W. Ingersoll, Esq.
John W. Shaw, Esq.
Young, Conaway, Stargatt & Taylor
1000 West Street, 17th Floor
Wilmington, DE 19801

Karen L. Hagberg, Esq.
Sherman Kahn, Esq.
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104

579293v1

Robert W. Adams, Esq.                    Neil Sirota, Esq.
Nixon & Vanderhye, PC                    Baker Botts L.L.P.
1100 North Glebe Road, 8th Floor         30 Rockefeller Plaza
Arlington, VA 22201-4714                 New York, NY 10112


     PLEASE TAKE NOTICE that Plaintiff Commissariat à l'Energie Atomique ("CEA") is

serving CDW Corp. ("CDW") with a subpoena (the "Subpoena"), a copy of which is attached

hereto.  The Subpoena requires CDW to produce the documents listed in Exhibit A to the

Subpoena.

March 11, 2005                           THE BAYARD FIRM

                                         _____
                                         Richard D. Kirk (#922)
                                         222 Delaware Avenue – Suite 900
                                         Wilmington, DE 19899-5130
                                         (302) 655-5000
                                         Attorneys for plaintiff,
                                         Commissariat à l'Energie Atomique

OF COUNSEL:
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC 20006
(202) 496-7500

579293v1                                 2

AO88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ DELAWARE

COMMISSARIAT À L'ENERGIE ATOMIQUE

V.

CHI MEI OPTOELECTRONICS CORP., et al.

**SUBPOENA IN A CIVIL CASE**

Case Number:[1]  C.A. No. 03-484-KAJ

TO:  CDW Corporation
     SERVE: The Corp. Trust Co., Corporation Trust Center
     1209 Orange Street, Wilmington, DE 19801

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

     See Attachment A.

| PLACE    The Bayard Firm, 222 Delaware Avenue, 9th Floor, Wilmington, Delaware 19899 | DATE AND TIME |
|---|---|
|  | 3/30/2005  9:00 am |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

    Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *[signature]* | 3/11/2005 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Richard D. Kirk (#922), The Bayard Firm
222 Delaware Avenue - 9th Floor, P.O. Box 25130, Wilmington, DE 19899

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

## ATTACHMENT A TO RULE 45 SUBPOENA:
## DOCUMENTS TO BE PRODUCED BY CDW.COM

For purposes of this Attachment, CDW.com should use the following definitions for the terms used herein.

A.    "CDW.com" as used herein means CDW.com and any officer, director, employee, agent, representative, independent contractor, attorney, joint venturer, subsidiary, partner, affiliate, division, or retail store thereof.

B.    "CMO," as used herein means Chi Mei Optoelectronics Corporation, and any officer, director, employee, agent, representative, independent contractor, attorney, joint venturer, subsidiary, partner, affiliate, or division, including but not limited to International Display Technology, Inc. and International Display Technology USA, Inc.

C.    "CMO products" as used herein means any and all products made in whole or in part by or for CMO or in which CMO modules or panels are contained.

D.    "Communications" as used herein includes, but is not limited to e-mails, letters, correspondence, memoranda, dialogue, discussions, meetings, interviews, and consultations.

E.    "LCD Display Products" as used herein means liquid crystal display (LCD) products, such as LCD modules, LCD computer monitors and LCD televisions, including but not limited to (1) the Acer AL1714 monitor; (2) the Dell UltraSharp 1504FP monitor; (3) the Dell UltraSharp 1702FP monitor; (4) the Hewlett Packard HPL1820(P48290) monitor; (5) the Iiyama Pro Lite AS4611UT monitor; (6) the KOGi L5QX monitor; (7) the MAG 780 monitor; (8) the Northgate F173 monitor; (9) the Optiquest L17AMTN monitor; (10) the Sony SDM-S81 monitor; (11) the Sony KLV-20SP220 LCD TV; (12) the Tatung L17AMTN LCD monitor; (13) the ViewSonic VX500 monitor; (14) the ViewSonic VX700 monitor; (15) the ViewSonic VX800 monitor; and (16) the Westinghouse W33001 (30" TV).

The documents to be produced include the following:

1.    All documents reflecting the brand name, number, type, model, date, location, and dollar amount of any LCD Display Products that have been manufactured, imported, purchased,

distributed, shipped, sold, offered for sale, received and/or advertised by or for CDW.com in or to the state of Delaware since August 1998.

2.    Documents sufficient to determine the number, type, model, date, location, and dollar amount of sales and shipments of all LCD Display Products that customers purchased through any retail outlet in Delaware directly or indirectly owned or operated by CDW.com, for each month since August 1998.

3.    Documents sufficient to determine the number, type, model, date, location, and dollar amount of sales and shipments of all LCD Display Products that customers in Delaware purchased through any website directly or indirectly owned or operated by CDW.com, for each month since August 1998.

4.    All documents, including but not limited to contracts, agreements, requests for quotes, requests for proposals, letter agreements, product information, purchase orders, invoices, customs-related documents, shipping instructions, and/or bills of lading relating to the purchase of any LCD Display Products by or for CDW.com that have been made available for sale to customers in Delaware since August 1998.

5.    All documents, including but not limited to contracts, agreements, requests for quotes, requests for proposals, letter agreements, product information, purchase orders, invoices, customs-related documents, shipping instructions, and/or bills of lading relating to CMO and/or CMO products.

6.    All documents related to the Acer AL1714 (serial no. ETL18090093410084DPQ00; UPC no. 099802133026) that Brian Vierra purchased through CDW.com as referenced by the attached Exhibit 1, including but not limited to documents showing when, how, and from whom CDW.com received this monitor and any documents relating to the manufacture, purchase, importation, or distribution of this monitor.

7.    All documents related to the Acer AL1714 (serial no. ETL180900934100849PQ00; UPC no. 099802132026) that Brian Vierra purchased through CDW.com as referenced by the attached Exhibit 1, including but not limited to documents

2

showing when, how, and from whom CDW.com received this monitor and any documents relating to the manufacture, purchase, importation, or distribution of this monitor.

EXHIBIT 1 TO SUBPOENA

Order Submitted

Page 1 of 2

| Home | About CDW | Customer Support | View Cart | Log Off



**Mac Warehouse**

800 850 4239

Brands Hardware Software Networking Accessories Services

○ Mac ○ PC ◉ All

# Thank You

**Order Number: F565950**

Please print a copy of this page for your records.

**Order Information**

**Billed From Address:**
CDW Inc.
200 N. Milwaukee Ave
Vernon Hills, IL 60061

(800) 800-4239

**Shipping Address**
Brian Vierra
1144 Park Avenue
San Jose, CA 95126-

**Billing Address**
Brian Vierra
1144 Park Avenue
San Jose, CA 95126-

(408) 295-1017

**Payment Method**
Visa/MasterCard
***********5253

**Shipping Method**
FedEx Priority Overnight

| Product | CDW | Usually Ships | Qty | Unit Price | Ext. Price |
|---|---|---|---|---|---|
| ACER AL1714 17IN LCD 1280X1024 | 552176 | Same Day | 1 | $459.85 | $459.85 |
| | | | | **Sub-Total** | **$459.85** |
| | | | | Shipping: | $41.22 |
| | | | | Tax | $0.00 |
| | | | | **Grand Total** | **$501.07** |

**Security**
We employ 128-bit encryption technology to protect you from unauthorized use of the information you are sending to our server. You may omit your credit card number and an account manager will call for your payment information.

**International**
International orders can only be placed by customers that call via telephone to +001 847 465-6000. No international orders or order requests will be accepted by facsimile, postal mail, e-mail or the CDW web site.

ONLINE HELP

PRINTABLE VERSION

Copyright 2003 CDW Corporation

https://www.cdw.com/shop/checkout/orderSubmitted.asp?ck=5B6BE832A5F845EB86B64F6BCD575F3E    12/10/2003

Page 2 of 2

Order Submitted

Terms and Conditions of Use | Terms and Conditions of Sale | Privacy Pledge

12/10/2003

https://www.cdw.com/shop/checkout/orderSubmitted.asp?ok=5B6BE832A5F845EB86B64F6BCD575F3E

Checkout - Order Review

**CDW** *The Right Technology. Right Away.*

Mac Warehouse

Brands  Hardware  Software  Networking  Accessories  Services

| Home | About CDW | Customer Support | View Cart | Log Off

Page 1 of 2

SmartSearch™
Refine your Search

C Search

C Mac  C PC  (• All

800 860 4239

1 Shipping    2 Payment    (3) Place Order

**PLACE ORDER**

**Final Review**
.....................
Please review your order.
If everything is correct,
click the "Place This
Order" button and your
order will be processed.

ONLINE HELP

PRINTABLE VERSION

**Order Information**

**Billed From Address:**
CDW Inc.
200 N. Milwaukee Ave
Vernon Hills, IL 60061

(800) 800-4239

**Shipping Address**    [ Update ]
Attn: Brian Vierra
Brian Vierra
1144 Park Avenue
San Jose, CA 95126-

**Billing Address**
Brian Vierra
1144 Park Avenue
San Jose, CA 95126-

(408) 295-1017

**Payment Method**    [ Update ]
Visa/MasterCard
**********5253

**Shipping Method**    [ Update ]
FedEx Priority Overnight

| Product | CDW | Usually Ships | Qty | Unit Price | Ext. Price |
|---|---|---|---|---|---|
| ACER AL1714 17IN LCD 1280X1024 | 552176 | Same Day | 1 | $459.85 | $459.85 |
| [ Update Order Contents ] | | | | | |
| | | | | Sub-Total | $459.85 |
| | | | | Shipping: | $41.22 |
| | | | | Tax:* | $0.00 |
| | | | | **Grand Total** | $501.07 |

Place This Order

Copyright 2003 CDW Corporation

https://www.cdw.com/shop/checkout/review.asp

12/10/2003

Checkout - Order Review

Terms and Conditions of Use | Terms and Conditions of Sale | Privacy Pledge

https://www.cdw.com/shop/checkout/review.asp

Subj:      **CDW Shipment Confirmation**
Date:      12/11/2003 1:36:38 AM Pacific Standard Time
From:      natsch@cdw.com
To:        vierrainv@aol.com

------------------------------------------

This e-mail best viewed in a fixed font such as Courier.

BRIAN VIERRA

Your order has been processed and shipped from our Vernon Hills
distribution facility via FEDEX 10:30 Overnight

Order Number: F565950
P.O. Number:  WEB

It has been shipped to

BRIAN VIERRA
1144 PARK AVENUE
ATTN:BRIAN VIERRA
SAN JOSE CA 95126

=================================================================

| ORD. | SHIP | ITEM NO. DESCRIPTION | UNIT PRICE | EXT. PRICE |
|------|------|---------------------|------------|------------|
| 1 | 1 | 552176  ACER AL1714 17IN LCD 1280X1024 | 459.85 | 459.85 |
|   |   | MFG#: ET.L1809.009 | | |
|   |   | SER. NO.  3410084DPQ00 | | |

=================================================================

If you need any additional help or if I can be of future assistance,
please feel free to contact me.

Thank you for choosing CDW.

NATHAN SCHUSTER

Direct Line: 877-843-0600
Fax: 847-968-1982
natsch@cdw.com

=================================================================

ONLINE ORDER STATUS (log on required)
http://www.cdw.com/r.asp?n=12620

PERSONAL SERVICE ONLINE
Streamline your purchasing system, get volume pricing and more with a
free CDW@work extranet. Learn more: http://www.cdw.com/r.asp?n=17152

CDW(r)

Page 2 of 2

The Right Technology. Right Away.(tm)
www.cdw.com

Corporate headquarters:
200 N. Milwaukee Avenue
Vernon Hills, Illinois 60061
1-800-800-4239
Business Hours:
Monday-Friday, 7am-7:30pm
Saturday, 9am-5pm CT

All information subject to CDW's terms and policies.
For more details, contact a CDW account manager or go to
http://www.cdw.com/r.asp?n=17151

Checkout - Order Review

Page 1 of 2





| Home | About CDW | Customer Support | View Cart | Log Off

SmartSearch™
Refine your Search

○ Mac ○ PC ⦿ All      800 850 4239

Brands   Hardware   Software   Networking   Accessories   Services

**Final Review**
Please review your order.
If everything is correct,
click the "Place This
Order" button and your
order will be processed.

ONLINE HELP

PRINTABLE VERSION

PLACE ORDER

; Shipping   : ; Payment   ③ Place Order

**Order Information**

**Billed From Address:**
CDW Inc.
200 N. Milwaukee Ave
Vernon Hills, IL 60061

(800) 800-4239

**Shipping Address**    [ Update ]
Attn: Brian Vierra
Brian Vierra
1144 Park Avenue
San Jose, CA 95126-

**Billing Address**
Brian Vierra
1144 Park Avenue
San Jose, CA 95126-

(408) 295-1017 Ext. 12

**Payment Method**    [ Update ]
Visa/MasterCard
**********5253

**Shipping Method**    [ Update ]
FedEx Priority Overnight

| Product | CDW | Usually Ships | Qty | Unit Price | Ext. Price |
|---|---|---|---|---|---|
| ACER AL1714 17IN LCD 1280X1024 | 552176 | Same Day | 1 | $419.99 | $419.99 |
| [ Update Order Contents ] | | | | | |
| | | | | Sub-Total | $419.99 |
| | | | | Shipping: | $39.53 |
| | | | | Tax:* | $0.00 |
| | | | | **Grand Total** | $469.52 |

Place This Order

Copyright 2003 CDW Corporation

https://www.cdw.com/shop/checkout/review.asp

12/16/2003

Checkout - Order Review

Terms and Conditions of Use | Terms and Conditions of Sale | Privacy Pledge

12/16/2003

'Order Submitted



CDW *The Right Technology. Right Away.*

Mac Warehouse

| Home | About CDW | Customer Support | View Cart | Log Off

[SmartSearch™ Refine your Search]

800 850 4239

Brands  Hardware  Software  Networking  Accessories  Services

[🔍 Search]

○ Mac  ○ PC  ◉ All

# Thank You

Order Number: **F602144**

Please print a copy of this page for your records.

**Order Information**

**Billed From Address:**
CDW Inc.
200 N. Milwaukee Ave
Vernon Hills, IL 60061

(800) 800-4239

**Shipping Address**
Brian Vierra
Brian Vierra
1144 Park Avenue
San Jose, CA 95126-

**Billing Address**
Brian Vierra
1144 Park Avenue
San Jose, CA 95126-

(408) 295-1017 x12

**Payment Method**
Visa/MasterCard
**********5253

**Shipping Method**
FedEx Priority Overnight

| Product | CDW | Usually Ships | Qty | Unit Price | Ext. Price |
|---|---|---|---|---|---|
| ACER AL1714 17IN LCD 1280X1024 | 552176 | Same Day | 1 | $419.99 | $419.99 |
| | | | | **Sub-Total** | $419.99 |
| | | | | Shipping: | $39.53 |
| | | | | Tax | $0.00 |
| | | | | **Grand Total** | $459.52 |

[◀ Continue]

**Security**
We employ 128-bit encryption technology to protect you from unauthorized use of the information you are sending to our server. You may omit your credit card number and an account manager will call for your payment information.

**International**
International orders can only be placed by customers that call via telephone to +001 847 465-6000. No international orders or order requests will be accepted by facsimile, postal mail, e-mail or the CDW web site.

🖥 ONLINEHELP

🖨 PRINTABLE VERSION

Copyright 2003 CDW Corporation

Page 2 of 2

`Order Submitted

Terms and Conditions of Use | Terms and Conditions of Sale | Privacy Pledge

Page 1 of 2

Subj:     **CDW Shipment Confirmation**
Date:     12/17/2003 1:42:00 AM Pacific Standard Time
From:     natsch@cdw.com
To:       vierrainv@aol.com

---------------------------------------------------

This e-mail best viewed in a fixed font such as Courier.

BRIAN VIERRA

Your order has been processed and shipped from our Vernon Hills
distribution facility via FEDEX 10:30 Overnight

Order Number: F602144
P.O. Number:  WEB

It has been shipped to

BRIAN VIERRA
1144 PARK AVENUE
ATTN:BRIAN VIERRA
SAN JOSE CA 95126

=====================================================================
ORD.   SHIP   ITEM NO. DESCRIPTION              UNIT PRICE  EXT. PRICE
  1     1    552176  ACER AL1714 17IN LCD 1280X1024   419.99    419.99
               MFG#: ET.L1809.009
             SER. NO.  34100849PQ00

=====================================================================
If you need any additional help or if I can be of future assistance,
please feel free to contact me.

Thank you for choosing CDW.

NATHAN SCHUSTER

Direct Line: 877-843-0600
Fax: 847-968-1982
natsch@cdw.com

=====================================================================
ONLINE ORDER STATUS (log on required)
http://www.cdw.com/r.asp?n=12620

PERSONAL SERVICE ONLINE
Streamline your purchasing system, get volume pricing and more with a
free CDW@work extranet. Learn more: http://www.cdw.com/r.asp?n=17152

CDW(r)

Thursday, December 18, 2003 America Online: Vierrainv

The Right Technology. Right Away.(tm)
www.cdw.com

Corporate headquarters:
200 N. Milwaukee Avenue
Vernon Hills, Illinois 60061
1-800-800-4239
Business Hours:
Monday-Friday, 7am-7:30pm
Saturday, 9am-5pm CT

All information subject to CDW's terms and policies.
For more details, contact a CDW account manager or go to
http://www.cdw.com/r.asp?n=17151

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on March 11, 2005, he electronically filed

the foregoing document with the Clerk of the Court using CM/ECF, which will send

automatic notification of the filing to the following:

Richard L. Horwitz, Esq.                     Josy W. Ingersoll, Esquire
David E. Moore, Esq.                         John W. Shaw, Esquire
Potter Anderson & Corroon LLP                Young Conaway Stargatt & Taylor, LLP
1313 N. Market St., 6th Fl.                  The Brandywine Building
Wilmington, DE 19801                         1000 West Street, 17th Floor
                                             Wilmington, Delaware  19801

Gerard M. O'Rourke, Esq.                     William J. Marsden, Jr., Esq.
Larry J. Hume, Esq.                          Fish & Richardson, P.C.
Connolly, Bove, Lodge & Hutz LLP             919 North Market Street, Suite 1100
1007 North Orange Street                     P.O. Box 1114
Wilmington, DE  19801                        Wilmington, DE 19899-1114

Robert H. Richards, III, Esq.
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE  19801

The undersigned counsel further certifies that copies of the foregoing document

were sent by email and first class mail to the following non-registered participants:

Robert W. Adams, Esq.                        Karen L. Hagberg, Esq.
Nixon & Vanderhye, PC                        Sherman Kahn, Esq.
1100 North Glebe Road, 8th Floor             Morrison & Foerster LLP
Arlington, VA  22201-4714                    1290 Avenue of the Americas
                                             New York, NY  10104

Neil Sirota, Esq.
Baker Botts L.L.P.
30 Rockefeller Plaza
New York, NY  10112

Richard D. Kirk (ID No. 922)

574867v1

# EXHIBIT 4

# IBM, Chi Mei formally establish LCD joint venture

Martyn Williams, IDG News Service\Tokyo Bureau
September 27, 2001, 23:44

IBM Japan Ltd. and Taiwan's Chi Mei Corp. and Chi Mei Optoelectronics Corp. formally established a new company Thursday to take over ownership and running of IBM's LCD (liquid crystal display) manufacturing plant in Yasu, Japan.

The new company, International Display Technology, will begin operations on Monday, the three companies said in a statement.

The Yasu plant, which is part of IBM's Yasu campus, was one of two factories that produced LCD panels under a joint venture established by IBM Japan and Toshiba Corp. The joint venture was dissolved in August this year after Toshiba announced it would pull out of the venture to focus on mid-size and small-size panels. When the venture ended, Toshiba retained its LCD manufacturing plant in Himeji and the Yasu plant went back to IBM.

In July, IBM and the two Taiwanese companies first announced plans to form the new LCD manufacturing venture. The Chi Mei Group is the largest shareholder in the new company with 85 percent of the shares held between the two companies. IBM Japan holds the remaining 15 percent.

The Yasu plant is capable of producing 70,000 glass substrates, the material onto which LCD panels are built, per month. The substrates produced at the plant measure 550 by 650 millimeters. The plant is producing displays for notebook computers, which is an area Chi Mei where needs to expand its production capacity after it signed a deal with NEC Corp. earlier this year to supply the company with panels for its computers.

IBM Japan, in Tokyo, can be contacted at http://www.ibm.co.jp/. Chi Mei Optoelectronics, in Tainan, Taiwan, can be contacted at http://www.cmo.com.tw/.



SPONSOR

Get there with @ business on demand.

# EXHIBIT 5



# LCD Monitor Strategy Report



## Part 2

## DisplaySearch
## 2002

## 17.3        Chi Mei Optoelectronics (CMO)

- **History:**

Chi Mei Corp. was established in 1959. It was Taiwan's first manufacturer of acrylic sheets and is the world's leading supplier of ABS plastics for PCs. It is also the largest member of the $2 billion Chi Mei Group, which now includes 12 companies. Chi Mei chose to enter the display manufacturing business through the formation of Chi Mei Electronics (CME) in December 1997, and Chi Mei Optoelectronics (CMO) in August 1998. CME was focused on color filter manufacturing for STN and TFT LCDs, primarily targeting the domestic market. However, Chi Mei decided to merge the two companies under the CMO name in April 2000 in order to better leverage resources.

CMO sampled its first panels in October 1999 and began mass production in December on its 620 × 750 mm substrate line. Its second fab came online in Q3'01. CMO secured enough space in Tainan for up to three more TFT LCD fabs, which it plans to begin operating in Q4'03, 2005, and 2007, respectively, advancing its goal to become a major player in the TFT LCD market. CMO acquired TFT LCD expertise from ITRI, through key hires, through its Japanese consultant, and through a foundry agreement with Fujitsu. In June 2001, CMO and IBM announced an agreement to form a new company in Japan that includes IBM's TFT LCD development and manufacturing operations, and ownership of what is left of DTI – the 3rd gen Yasu fab. CMO acquired an 85% stake in the new company, called International Display Technology (IDTech). IBM owns the remaining 15% of IDTech and it began operations on October 1, 2001.

With Chi Mei having no direct sales presence in the U.S., and only a small presence in Japan despite its success to date there, the merger positions Chi Mei to win more U.S. and Japanese business by leveraging IBM's relationships. It will also allow Chi Mei to differentiate itself from its Taiwan competitors in the notebook PC market through high resolution and wide viewing angle capability. In addition, it gives Chi Mei an opportunity to compete in the large-area high resolution LCD monitor module market, which has been a significant focus for IBM. The IBM sales force has begun selling panels produced by Chi Mei, resulting in broader distribution for Chi Mei. The acquisition also gives Chi Mei access to IBM's TFT LCD device and production technology expertise, gathered from over 12 years of mass production. IBM's know-how will facilitate Chi Mei's efforts in establishing itself as a low cost leader in a commodity market, as well as providing Chi Mei with the technology to differentiate itself in high-end areas.

IBM began performing LCD-related R&D in 1980 and started working with Toshiba on TFT LCD R&D in 1986. In 1989, the two companies formed a manufacturing joint venture called Display Technology Inc. (DTI) with $167 million in capital. At DTI, the output was shared, while each company provided its own device technology. DTI's first fab began operation at Toshiba's Himeji facility in May 1991 and featured 300 × 400 mm substrates. A second line with 370 × 470 mm substrates began operation in June 1996. At the end of 1995, the companies jointly began operating a third line at IBM's Yasu factory, with 550 × 650 mm substrates. IBM also began licensing its TFT LCD technology. It

licensed its a-Si TFT technology to Taiwan's Acer Display in March 1998 and, in September 1998, announced that IBM and Toshiba together would license their technology and sell some of their first generation equipment at Himeji to China's Jilin Electronics. IBM and Toshiba announced the dissolution of their partnership in DTI in May 2001.

- **Organization:**
CMO is a Chi Mei Group company. Its president is Chi Mei Corp. Vice Chairman Mr. Liao. Other Chi Mei companies include Chi Mei Corp., Chi Mei Trading, Shinko Trading, Chi Mei Frozen Foods, Chi Lin Plastic, Arch Technology, Chi Mei Development Culture, Chi Mei Hospital, Chi Mei Culture Foundation, and Polychemical Engineering. CMO had $340 million in capital prior to its listing in Taiwan. Shareholders at one point included Chi Mei Corp., Mitsubishi Chemical (a long time partner), TF Techno (a Japanese technical consulting firm), and CMO employees. Prior to its listing on the TSE in late August, Chi Mei Corp. and its affiliates had a 64% share, employees and others had 33%, IBM had 1.8%, and the public had 1%. CMO intends to finance its new 5th gen fab through public listing in Taiwan and in the U.S. In Q1'02, it issued 78 million in preferred stock to raise NT$ 3.3 billion, then received a bank loan of NT$6 billion. CMO was listed in Taiwan on August 26, 2002, and its stock price declined from NT$63 to $59. The company is also hoping to raise NT$ 30 billion through listing on the NYSE.

- **Products:**
CMO currently produces large-area TFT LCDs for notebook PC and desktop monitor applications. It is expected to soon begin production of LCD TV modules, having recently announced 15" WXGA and 30" WXGA modules. In addition, it produces color filters for TFT LCD and STN LCDs. The Chi Mei group produces a variety of plastic materials, as well as other kinds of chemicals. It is also in the hospital, frozen food, engineering, storage, and import/export industries, and operates one of Taiwan's most famous cultural museums in Tainan province. It also has one subsidiary producing driver ICs, Himax Optoelectronics, and another building LCD monitors, Arch Tech.

- **Financial Performance:**
  CMO's revenues rose 65% in 2001 to $485 million, but it suffered a net loss of $118 million due to poor utilization and below-market prices. DisplaySearch's revenue figures differ from that of the company's in that we are assuming all of its panels are selling at market prices, while, in fact, CMO is selling a significant portion of its production below market prices through the company's foundry agreements, with Fujitsu and NEC accounting for the difference. In 2002, the company expects revenues to rise 40% vs. CMO's and IDTech's revenues for all of 2001, climbing to $1.55 billion with net income at over $300 million. In the first half of 2002, revenues reached $605 million, with net income of $169 million. Given the weak demand in the third quarter due to inventory issues, CMO's ability to meet its revenue forecast is questionable. On the other hand, given the company's focus on the high end of the market – large size, high resolution, and wide viewing angle products – it could instead exceed its net income forecast.

| Parameter | Units | 1998 | 1999 | 2000 | 2001 | 2002 (Forecast) |
|---|---|---|---|---|---|---|
| Revenues | Millions of $US | – | $4 | $294 | $485 | $1,549 |
| Growth | % | | | | | |
| DisplaySearch's Revenue Forecast | Millions of $US | | $4* | $332* | $578* | $1,821* |
| Growth | % | | | | | |
| Net Income | Millions of $US | – | N/a | $61 | -$118 | $304 |
| Growth | % | | | | | |
| IBM's AMLCD Revenues | Millions of $US | $430* | $636* | $745* | $525* | |
| Growth | % | | | | | |
| CMO's Capital Spending | Millions of $US | $72* | $300* | $248* | $505* | $133* |
| Growth | % | | | | | |

\* *DisplaySearch estimate*
\*\* *Compares 2002 CMO revenues with 2001 CMO and IDTech revenues.*

- **Target Markets:**
  Both CMO and IDTech have been 100% focused on large-area markets to date, as shown in the following table. From 1999 to 2001, both CMO and IBM were shifting their production towards LCD monitors, with IBM primarily focused on notebook PCs and CMO largely focused on LCD monitors. Their combined results reveal 57% of units and 63% of revenues are expected to be earned from the LCD monitor market in 2002. In 2002, the company is boosting production of 15", 17", and 19" LCD monitor modules, and expects to ship 100% of its 17" modules with MVA in 2003.

| IBM and CMO's Revenue Share | Large-Area | Small/Medium | Total |
|---|---|---|---|
| 1999 | 100% | 0% | 100% |
| 2000 | 100% | 0% | 100% |
| 2001 | 100% | 0% | 100% |
| 2002 | 100% | 0% | 100% |

*LCD Monitor Strategy Report*

| IBM's Units | Notebook PCs | LCD Monitors | Other | Total |
|---|---|---|---|---|
| 1999 | 97% | 3% | 0% | 100% |
| [redacted] | [redacted] | [redacted] | | [redacted] |
| 2001 | 86% | 13% | 1% | 100% |

| CMO's Units | Notebook PCs | LCD Monitors | Other | Total |
|---|---|---|---|---|
| 1999 | 0% | 100% | 0% | 100% |
| [redacted] | [redacted] | [redacted] | | [redacted] |
| 2001 | 42% | 58% | 0% | 100% |
| [redacted] | [redacted] | [redacted] | | [redacted] |

| IBM's Revenues | Notebook PCs | LCD Monitors | Other | Total |
|---|---|---|---|---|
| 1999 | 92% | 8% | 0% | 100% |
| [redacted] | [redacted] | [redacted] | | [redacted] |
| 2001 | 66% | 33% | 1% | 100% |

| CMO's Revenues | Notebook PCs | LCD Monitors | Other | Total |
|---|---|---|---|---|
| 1999 | 0% | 100% | 0% | 100% |
| [redacted] | [redacted] | [redacted] | | [redacted] |
| 2001 | 33% | 67% | 0% | 100% |
| [redacted] | [redacted] | [redacted] | | [redacted] |

*DisplaySearch estimate.

- **LCD Monitor Module Unit Shipments:**
  CMO experienced 315% LCD monitor module unit growth in 2001, with IBM/IDTech's shipments rising 69%. In 2002, CMO's shipments are expected to rise 141% vs. the combined CMO and IBM shipments in 2001 to 3.7 million units. In 2003, the company expects shipments to rise 61% to 6 million units.

| IBM's LCD Monitor Units (000s) | 1998 | 1999 | 2000 | 2001 |
|---|---|---|---|---|
| Units | 50 | 34 | 137 | 232 |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |

| CMO's LCD Monitor Units (000s) | 1999 | 2000 | 2001 | 2002* | 2003** |
|---|---|---|---|---|---|
| Units | 7 | 315 | 1,310 | 3,717 | 6,000 |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |

* DisplaySearch estimate
**CMO forecast

- **LCD Monitor Module Revenues:**
  CMO's LCD monitor module revenues are expected to rise 144% in 2002 vs. the combined revenues of CMO and IBM to over $1.3 billion. In 2002, CMO/IDTech is expected to allocate 47% of its LCD monitor module production to >15" LCD monitor modules, which is one of the highest ratios in the industry. IDTech is the leader in high resolution LCD monitor module shipments, and CMO is able to differentiate its products through its MVA technology at 15", 17", 19", and 20.1".

| IBM's LCD Monitor Revenues | 1998 | 1999 | 2000 | 2001 |
|---|---|---|---|---|
| $US Millions | $35 | $52 | $184 | $172 |
| Growth | | 48% | 255% | -7% |

| CMO's LCD Monitor Revenues | 1999 | 2000 | 2001 | 2002* |
|---|---|---|---|---|
| $US Millions | $4 | $145 | $387 | $1,364 |
| Growth | | 3545% | 167% | 252% |

* *DisplaySearch estimate*

- ## OEM Relationships:

  CMO has foundry agreements with NEC and Fujitsu. It supplies NEC with 14.1" notebook PC panels and Fujitsu with 15", 16", 17.4", and 19" monitor modules. In the case of Fujitsu, it will in some cases supply finished cells, with Fujitsu performing the module process. Its OEM LCD monitor module shipments by size by year are shown below. As indicated, its OEM shipments to Fujitsu have increased significantly each year, but have declined on a percentage of total shipments, falling from 71% of 1999 LCD monitor module shipments to 25% of 2002 LCD monitor module shipments. Its OEM shipments have increased at each size each year, but have declined on a percentage basis of total shipments at each size.

| 1999 | | | | | |
|---|---|---|---|---|---|
| Recipient | Producer | Size | # of Panels | CMO OEM Shipments | % of Total CMO Shipments |
| Fujitsu | CMO | 15" | 5,000 | 5,000 | 100% |
| Annual Total | | | 5,000 | 7,000 | 71% |

| 2000 | | | | | |
|---|---|---|---|---|---|
| Recipient | Producer | Size | # of Panels | CMO OEM Shipments | % of Total CMO Shipments |
| Fujitsu | CMO | 15" | 131,750 | 131,750 | 100% |
| ~~Fujitsu~~ | ~~CMO~~ | ~~17.4"~~ | ~~21,000~~ | ~~21,000~~ | ~~100%~~ |
| Annual Total | | | 152,750 | 315,250 | 48% |

| 2001 | | | | | |
|---|---|---|---|---|---|
| Recipient | Producer | Size | # of Panels | CMO OEM Shipments | % of Total CMO Shipments |
| Fujitsu | CMO | 15" | 339,000 | 769,500 | 44% |
| ~~Fujitsu~~ | ~~CMO~~ | ~~17.4"~~ | ~~158,100~~ | ~~537,000~~ | ~~89%~~ |
| Fujitsu | CMO | 19" | 3,000 | 3,000 | 100% |
| Annual Total | | | 500,100 | 1,309,500 | 38% |

| 2002 | | | | | |
|---|---|---|---|---|---|
| Recipient | Producer | Size | # of Panels | CMO OEM Shipments | % of Total CMO Shipments |
| Fujitsu | CMO | 15" | 285,000 | 1,974,750 | 14% |
| ~~Fujitsu~~ | ~~CMO~~ | ~~16"~~ | ~~131,000~~ | ~~655,025~~ | ~~100%~~ |
| Fujitsu | CMO | 17.x" | 188,400 | 1,062,525 | 18% |
| ~~Fujitsu~~ | ~~CMO~~ | ~~19"~~ | ~~296,500~~ | ~~296,500~~ | ~~100%~~ |
| Fujitsu | CMO | 20.1" | 11,700 | 22,200 | 53% |
| Annual Total | | | 912,600 | 3,716,850 | 25% |

# EXHIBIT 6

62284830394

62284830394
## CORPORATE RECORDS & BUSINESS REGISTRATIONS

This Record Last Updated:06/16/2002
Database Last Updated:12-04-2002
Update Frequency:Daily
Current Date:12/05/2002
Source:As reported by the Secretary of State or
other official source

### COMPANY INFORMATION

Name:INTERNATIONAL DISPLAY TECHNOLOGY USA, INC.
Address:1209 ORANGE STREET
WILMINGTON, DE 19801

### FILING INFORMATION

Filing Date:06/03/2002
State of Incorporation:Delaware
Duration:Perpetual
Status:IN EXISTENCE
Business Type:Foreign Corporation
Address Type:Mailing
Registration ID#:0800089846
Where Filed:SECRETARY OF STATE
1019 BRAZOS ST
AUSTIN, TX 78701

### REGISTERED AGENT INFORMATION

Agent Name:C T CORPORATION SYSTEM
Address:350 NORTH ST. PAUL ST.
DALLAS, TX 75201

### PRINCIPAL INFORMATION

Name:TAKAHISA HASHIMOTO
Title:Director
Address:800 ICHIMIYAKE YASU-CHO
SHIGA, JPN
Name:MASUYOSHI KIDA
Title:Director
Address:800 ICHIMIYAKE YASU-CHO
SHIGA, JPN
Name:HIROSHI WADA
Title:Director
Address:800 ICHIMIYAKE YASU-CHO
SHIGA, JPN

### AMENDMENT INFORMATION

Amendments:06/03/2002 Miscellaneous; APPLICATION
FOR CERTIFICATE OF AUTHORITY

Copr. © West 2002 No Claim to Orig. U.S. Govt. Works

# EXHIBIT 7

# SONY

Search [_____] [Go] [Advanced Search]  **Global**

⊞ Site Map  ⊞ Support / Contact Us

[About Sony Group ▼]

⊞ Electronics  ⊞ Games  ⊞ Music  ⊞ Movies  ⊞ Financial Services

| Sony Corp. Info | Investor Relations | Corporate Social Responsibility | Jobs |

**Sony Corp.Info**

## Press Releases

The following information is true and accurate at the time of publication.

January 07, 2005

Corporate Data

Organization Data

Executives

Press Releases

  2007

  2006

 ▸ 2005

  Archives

Financial Highlights

Affiliated Companies

Access & Map

Sony Design

History

Procurement Activities

SonyCorp.Info SiteMap

### SONY TO ACQUIRE IDTECH'S YASU LCD MANUFACTURING FACILITY
### Acquisition Will Serve As Second Manufacturing Base of Low-Temperature Polysilicon
### TFT LCD Display Panel for Mobile-Products

Chi Mei Optoelectronics
International Display Technology
Sony Corporation

Sony Corporation (hereafter Sony) and Chi Mei Optoelectronics (hereafter CMO) have agreed on the basic terms of a transaction whereby Sony will acquire CMO' s wholly-owned Japanese subsidiary, International Display Technology (hereafter IDTech).

Sony and CMO have agreed that Sony will purchase all the shares of a new company spun-off from IDTech. Sony plans to produce low-temperature polysilicon thin film transistor liquid crystal (LTPS-TFT-LCD) display panels in the new company. The acquisition price has been set at approximately 18.5 Billion Japanese Yen for all the shares of the new company and includes purchase of all of the production equipment, facilities, and personnel at IDTech's plant in Yasu-shi, Shiga prefecture, Japan.

IDTech is a world leader in the design, development, and production of amorphous silicon thin film transistor liquid crystal (a-Si TFT LCD) displays. Among IDTech's leading edge products are the world's highest resolution TFT LCDs for medical displays, wide-angle view in-plane switching (IPS) display monitors, twisted nematic LCD notebook displays, and specialized TFT substrates.

The IDTech facility will complement Sony's present LTPS-TFT-LCD manufacturing base, which was established in 1997 as the STLCD Corporation, a joint venture between Sony and Toyota Industries Corporation, for the production of LTPS TFT LCD display panels for mobile products, such as cell phones and cameras. A second production line at STLCD was completed in 2002 in which production was expanded to 40,000 (600x720mm) base plates per month; Sony expects to continue the expansion of production and its acquisition of IDTech is part of those plans.

Sony will make an investment for equipment and facility modification of approx. 27 Billion Yen level, leading to building a manufacturing facility with production capability of 25,000(550x650mm) base

plates /month. This will lead to further enhance the business in the field of LTPS-TFT-LCD display panel for use in mobile products, such as mobile phones. The name of the new company is due to be decided by the end of Mar.2005, when the necessary procedures for the acquisition and new company formation is planned to be completed. The commercial base mass production for LTPS-TFT-LCD display panel is scheduled to start from Apr. 2006.

CMO acquired IBM's Third Generation TFT LCD plant in 2001, and formed IDTech in a precedent-setting Taiwan-Japan joint venture. From this acquisition, CMO has successfully leveraged IDTech's leading technology, its skilled workforce, advanced management system, global logistics system and profitable customer base, which provided a strong starting base for CMO's LCD production in a very competitive industry. Since that time, CMO has been aggressively building its next generation fabs. in Taiwan, including a 5.5 Generation fab., which will begin mass production this year. Because of the fact that the new fabs. will operate with new state-of-the-art equipment and greater efficiency, to better manage its total production capacity, CMO ultimately agreed to sell IDTech's Yasu fab. to Sony.

CMO's Chairman, Mr. Liao Ching Siang stated:
"The sale of IDTech will in no way lessen our commitment to our customers, rather it will improve our customer relations because of improved efficiency. The sale to Sony was based on CMO and Sony's strong business relationship, particularly in the area of LCD business. We are glad we can help Sony to strengthen its production capacity in the mobile devices business. We firmly believe that IDTech's production capabilities together with Sony's world-class management and technology will fulfill Sony's plans."

Sony's Executive Deputy President and COO, Dr. Ryoji Chubachi stated:
"LTPS-TFT-LCD display panels are used in various mobile products such as video cameras, digital still cameras and mobile telephones and we expect the market to dramatically grow from now onwards as well. The basic agreement with CMO and IDTech this time leading to the acquisition of Yasu Business Facility, IDTech will further expand Sony's mobile display production and will strengthen the business. Through the succession of the personnel asset of Yasu Business Facility, we target to promptly launch Sony's 2nd manufacturing base following STLCD Corporation, leading to the supply of excellent products to customers in the world."

This agreement has been well-accepted by Toyota Industries Corporation as well, and initial capital participation by approximately 20% is being considered. From the cooperation by Toyota Industries Corporation, Sony will target the technology convergence of the new company and STLCD Corporation, leading to the build-up of an enhanced quality and production efficiency in the LTPS-TFT-LCD display panels production line to better satisfy the customers' needs.

«Outline of Yasu Business Facility, ID Tech» (as of December 2004)

| | |
|---|---|
| Address | : 800 Ichimiyake, Yasu-shi, Shiga Prefecture |
| Surface Area | : 20,021 m2 |
| Floor Area of Facility | : Office 3,269m2 (3 floors), Manufacturing 28,926 m2 (2 floors) |
| No. of employees | : Approx. 420 people |
| Main manufacturing products | : Large size Color TFT LCD Display Panel |

About Chi Mei Optoelectronics (CMO)

Chi Mei Optoelectronics, headquartered at Taiwan Science-based Industrial Park, Taiwan, is the world's leading TFT-LCD company. Its key products are large-size TFT-LCDs for notebook, desktop monitor, and TV applications. It now has one 3.5G fab., one 4G fab., and one 5G fab., which is the world's largest single fab. CMO currently has 12,000 employees.

For further information, please visit the company's website at http://www.cmo.com.tw

**About Sony Corporation**

Sony Corporation is a leading manufacturer of audio, video, game, communications, key device and information technology products for the consumer and professional markets. With its music, pictures, computer entertainment and on-line businesses, Sony is uniquely positioned to be the leading personal broadband entertainment company in the world. Sony recorded consolidated annual sales of approximately $72 billion for the fiscal year ended March 31, 2004.

Sony Global Web Site: http://www.sony.net/

About this Site    Terms of Use

Copyright 2007 Sony Corporation

# EXHIBIT 8

# Delaware

PAGE  1

### The First State

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED ARE TRUE AND CORRECT COPIES OF ALL DOCUMENTS ON FILE OF "CHI MEI OPTOELECTRONICS USA, INC." AS RECEIVED AND FILED IN THIS OFFICE.

THE FOLLOWING DOCUMENTS HAVE BEEN CERTIFIED:

CERTIFICATE OF INCORPORATION, FILED THE NINTH DAY OF MAY, A.D. 2002, AT 9 O'CLOCK A.M.

CERTIFICATE OF AMENDMENT, CHANGING ITS NAME FROM "INTERNATIONAL DISPLAY TECHNOLOGY USA, INC." TO "CHI MEI OPTOELECTRONICS USA, INC.", FILED THE TWENTY-SEVENTH DAY OF SEPTEMBER, A.D. 2006, AT 1:51 O'CLOCK P.M.

AND I DO HEREBY FURTHER CERTIFY THAT THE AFORESAID CERTIFICATES ARE THE ONLY CERTIFICATES ON RECORD OF THE AFORESAID CORPORATION, "CHI MEI OPTOELECTRONICS USA, INC.".

3520055  8100H

070561358

Harriet Smith Windsor
Harriet Smith Windsor, Secretary of State

AUTHENTICATION: 5673808

DATE: 05-14-07

STATE OF DELAWARE
SECRETARY OF STATE
DIVISION OF CORPORATIONS
FILED 09:00 AM 05/09/2002
020297115 – 3520055

# CERTIFICATE OF INCORPORATION

## OF

## INTERNATIONAL DISPLAY TECHNOLOGY USA, INC.

\* \* \* \* \*

FIRST: The name of the Corporation is International Display Technology USA, Inc.

SECOND: The address of its registered office in the State of Delaware is 2711 Centerville Road, Suite 400, City of Wilmington, County of New Castle, Delaware 19808. The name of its registered agent at such address is the Corporation Service Company.

THIRD: The purpose of the Corporation is to engage in any lawful act or activity for which corporations may be organized under the General Corporation Law of the State of Delaware as the same exists or may hereafter be amended ("Delaware Law").

FOURTH: The total number of shares of stock which the Corporation shall have authority to issue is 1,000, and the par value of each such share is $0.01, amounting in the aggregate to $10.00.

FIFTH: The name and mailing address of the incorporator are:

| Name | Mailing Address |
|------|-----------------|
| Morimasa Tonaki | 2780 Churchill Drive Hillsborough, CA 94010 |

SIXTH: The Board of Directors shall have the power to adopt, amend or repeal the bylaws of the Corporation.

SEVENTH: Election of directors need not be by written ballot unless the bylaws of the Corporation so provide.

EIGHTH: (1) A director of the Corporation shall not be liable to the Corporation or its stockholders for monetary damages for breach of fiduciary duty as a director to the fullest extent permitted by Delaware Law.

(2)(a)  Each person (and the heirs, executors or administrators of such person) who was or is a party or is threatened to be made a party to, or is involved in any threatened, pending or completed action, suit or proceeding, whether civil,

criminal, administrative or investigative, by reason of the fact that such person is or was a director or officer of the Corporation or is or was serving at the request of the Corporation as a director or officer of another corporation, partnership, joint venture, trust or other enterprise, shall be indemnified and held harmless by the Corporation to the fullest extent permitted by Delaware Law. The right to indemnification conferred in this ARTICLE EIGHTH shall also include the right to be paid by the Corporation the expenses incurred in connection with any such proceeding in advance of its final disposition to the fullest extent authorized by Delaware Law. The right to indemnification conferred in this ARTICLE EIGHTH shall be a contract right.

(b)     The Corporation may, by action of its Board of Directors, provide indemnification to such of the employees and agents of the Corporation to such extent and to such effect as the Board of Directors shall determine to be appropriate and authorized by Delaware Law.

(3)     The Corporation shall have power to purchase and maintain insurance on behalf of any person who is or was a director, officer, employee or agent of the Corporation, or is or was serving at the request of the Corporation as a director, officer, employee or agent of another corporation, partnership, joint venture, trust or other enterprise against any expense, liability or loss incurred by such person in any such capacity or arising out of his status as such, whether or not the Corporation would have the power to indemnify him against such liability under Delaware Law.

(4)     The rights and authority conferred in this ARTICLE EIGHTH shall not be exclusive of any other right which any person may otherwise have or hereafter acquire.

(5)     Neither the amendment nor repeal of this ARTICLE EIGHTH, nor the adoption of any provision of this Certificate of Incorporation or the bylaws of the Corporation, nor, to the fullest extent permitted by Delaware Law, any modification of law, shall eliminate or reduce the effect of this ARTICLE EIGHTH in respect of any acts or omissions occurring prior to such amendment, repeal, adoption or modification.

*NINTH*: The Corporation reserves the right to amend this Certificate of Incorporation in any manner permitted by Delaware Law and, with the sole exception of those rights and powers conferred under the above ARTICLE EIGHTH, all rights and powers conferred herein on stockholders, directors and officers, if any, are subject to this reserved power.

2

IN WITNESS WHEREOF, I have hereunto signed my name as of May 3, 2002.

Morimasa Tonaki

3

# STATE OF DELAWARE
## CERTIFICATE OF AMENDMENT
## OF CERTIFICATE OF INCORPORATION

The corporation organized and existing under and by virtue of the General Corporation Law of the State of Delaware ("DGCL") does hereby certify:

**FIRST:** That by unanimous consent of the Board of Directors of International Display Technology USA, Inc. (the "Corporation") pursuant to Section 141(f) of the DGCL, resolutions were duly adopted setting forth a proposed amendment of the Certificate of Incorporation of said corporation as follows:

**RESOLVED,** that the Certificate of Incorporation of the Corporation be amended by changing the name of the Corporation to "Chi Mei Optoelectronics USA, Inc." and all references to "International Display Technology USA, Inc." shall be changed to "Chi Mei Optoelectronics USA, Inc." in the Corporation's Certificate of Incorporation.

**SECOND:** That thereafter, the stockholders of the Corporation unanimously consented to the amendment.

**THIRD:** That said amendment was duly adopted in accordance with the provisions of Section 242 of the DGCL.

State of Delaware
Secretary of State
Division of Corporations
Delivered 01:51 PM 09/27/2006
FILED 01:51 PM 09/27/2006
SRV 060890710 - 3520055 FILE

IN WITNESS WHEREOF, said corporation has caused this certificate to be
signed this 26 day of *September* , 2006.

By: _____

Junichi Ishii, President

# EXHIBIT 9


# EXHIBIT 10



# State of Delaware
## The Official Website for the First State



Visit the Governor | General Assembly | Courts | Other Elected Officials | Federal: State &

State Directory | Help | Search Delaware :                          GO                          Citizen Services | Business Services |

**Department of State: Division of Corporations**

**HOME**
About Agency
Secretary's Letter
Newsroom
Frequent Questions
Related Links
Contact Us
Office Location

**SERVICES**
Pay Taxes
File UCC's
Delaware Laws Online
Name Reservation
General Information
Status
Validate Certificate

**INFORMATION**
Corporate Forms
Corporate Fees
UCC Forms and Fees
UCC Searches
Taxes
Expedited Services
Service of Process
Registered Agents
Get Corporate Status
Submitting a Request

Frequently Asked Questions   View Search Results

## Entity Details

### THIS IS NOT A STATEMENT OF GOOD STANDING

| | | | |
|---|---|---|---|
| File Number: | 3520055 | Incorporation Date / Formation Date: | 05/09/2002 (mm/dd/yyyy) |

Entity Name:     **CHI MEI OPTOELECTRONICS USA, INC.**

Entity Kind:     **CORPORATION**          Entity Type:  **GENERAL**

Residency:       **DOMESTIC**             State:  **DE**

### REGISTERED AGENT INFORMATION

Name:        **CORPORATION SERVICE COMPANY**

Address:     **2711 CENTERVILLE ROAD SUITE 400**

City:        **WILMINGTON**        County:   **NEW CASTLE**

State:       **DE**                Postal Code:  **19808**

Phone:       **(302)636-5401**

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like ○ Status ○ Status,Tax & History Information   Submit

Back to Entity Search

To contact a Delaware Online Agent click here.

site map | about this site | contact us | translate | delaware.gov

https://sos-res.state.de.us/tin/controller1