# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> CHI MEI OPTOELECTRONICS CORPORATION, et al. <br><br> Defendants. | Civil Action No. 06-726 (JJF) |

## EXHIBITS 21-33 TO DECLARATION OF LORA A. BRZEZYNSKI, ESQ. IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND FOR INSUFFICIENCY OF SERVICE OF PROCESS

THE BAYARD FIRM

Richard D. Kirk
Ashley B. Stitzer
222 Delaware Avenue, 9th Floor
P.O. Box 25130
Wilmington, DE 19899-5130
(302) 655-5000
rkirk@bayardfirm.com

Attorneys for Plaintiff LG.Philips LCD Co., Ltd.

OF COUNSEL:
Gaspare J. Bono
Song K. Jung
R. Tyler Goodwyn, IV
Lora A. Brzezynski
McKenna Long & Aldridge LLP
1900 K Street, N.W.
Washington, D.C. 20006
(202) 496-7500

May 22, 2007

# EXHIBIT 21

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT IF NEW YORK

| | |
|---|---|
| Anvik Corporation, | |
| Plaintiff, | |
| v. | 07 Civ. 0821 (SCR) |
| Chi Mei Optoelectronics and Chi Mei Optoelectronics USA, Inc., | Filed Electronically |
| Defendants. | |

## CHI MEI OPTOELECTRONICS' ANSWER TO COMPLAINT

Chi Mei Optoelectronics ("CMO") for its answer to the averments in the Complaint of Anvik Corporation ("Anvik") responds as follows. Unless specifically admitted below, CMO denies each and every allegation contained in the Complaint.

### Nature of the Action

1.    CMO admits that the Complaint purports to state a cause of action under the Patent Laws of the United States, but denies the remaining averments in paragraph 1. CMO also denies that the Complaint states a valid cause of action.

2.    CMO is without knowledge or information sufficient to form a belief as to the truth of the averments of paragraph 2 of the Complaint, and, therefore, denies the same.

3.    CMO is without knowledge or information sufficient to form a belief as to the truth of the averments of paragraph 3 of the Complaint, and, therefore, denies the same.

4.      CMO admits that what appears to be copies of U.S. Patent Nos. 4,924,257 ("the '257 patent"), 5,285,236 ("the '236 patent"), 5,291,240 ("the '240 patent"), 5,721,606 ("the '606 patent"), and 5,897,986 ("the '986 patent") are attached to the Complaint as Exhibits A through E, respectively. CMO also admits that the first page of Exhibit A identifies a Kantilal Jain as an inventor, and the first pages of Exhibits B through E each identify a Kanti Jain as an inventor. CMO is without knowledge or information sufficient to form a belief as to the truth of the remaining averments of paragraph 4 of the Complaint, and, therefore, denies the same.

5.      CMO admits that the 2005 CMO Annual Report states that Net Sales for CMO in 2005 were 152.8 Billion New Taiwan Dollars. CMO denies the remaining averments of paragraph 5 of the Complaint.

6.      CMO denies the averments of paragraph 6 of the Complaint.

7.      CMO denies the averments of paragraph 7 of the Complaint.

8.      CMO denies the averments of paragraph 8 of the Complaint.

9.      CMO denies the averments of paragraph 9 of the Complaint.

10.     CMO denies the averments of paragraph 10 of the Complaint.

## The Parties

11.     CMO is without knowledge or information sufficient to form a belief as to the truth of the averments of paragraph 11 of the Complaint, and, therefore, denies the same.

12.     CMO admits that the CMO Global Headquarters are located at No. 3, Sec. 1, Huanshi Rd., Southern Taiwan Science Park, Sinshih Township, Tainan County,

74147 Taiwan R.O.C., but denies the remaining averments of paragraph 12 of the

Complaint.

13.    CMO admits that Chi Mei Optoelectronics USA, Inc. ("CMO USA") is a

Delaware corporation having its principal place of business at 101 Metro Drive, Suite

510, San Jose, CA 95110-1343, but denies the remaining averments of paragraph 13 of

the Complaint.

## Jurisdiction and Venue

14.    CMO admits that jurisdiction over the subject matter of this action is

based on Title 28, United States Code §§ 1331 and 1338.

15.    CMO denies the averments of paragraph 15 of the Complaint.

16.    CMO denies the averments of paragraph 16 of the Complaint.

## Count I

17.    In response to the averments contained in Paragraph 17 of the Amended

Complaint, CMO repeats and re-alleges its responses to the averments contained in

Paragraphs 1 through 16 as though fully set forth herein.

18.    CMO admits that the Complaint purports to state a claim arising under the

Patent Laws of the United States, and that the Complaint alleges willful infringement of a

United States patent.  CMO, however, denies that the Complaint states a valid claim and

denies the remaining averments of paragraph 18 of the Complaint.

19.    CMO admits that what appears to be a copy of the '257 patent is attached

to the Complaint as Exhibit A.  CMO also admits that from the first page of Exhibit A,

the title of the '257 patent appears to be "Scan and Repeat High Resolution Projection

Lithography System" and the date of issue appears to be May 8, 1990.  CMO is without

3

knowledge or information sufficient to form a belief as to the truth of the remaining averments of paragraph 19 of the Complaint, and, therefore, denies the same.

20.     CMO is without knowledge or information sufficient to form a belief as to the truth of the averments of paragraph 20 of the Complaint, and, therefore, denies the same.

21.     CMO denies the averments of paragraph 21.

22.     CMO denies the averments of paragraph 22.

23.     CMO denies the averments of paragraph 23.

24.     CMO denies the averments of paragraph 24.

25.     CMO denies the averments of paragraph 25.

26.     CMO denies the averments of paragraph 26.

### Count II

27.     In response to the averments contained in Paragraph 27 of the Amended Complaint, CMO repeats and re-alleges its responses to the averments contained in Paragraphs 1 through 26 as though fully set forth herein.

28.     CMO admits that the Complaint purports to state a claim arising under the Patent Laws of the United States, and that the Complaint alleges willful infringement of a United States patent.  CMO, however, denies that the Complaint states a valid claim and denies the remaining averments of paragraph 28 of the Complaint.

29.     CMO admits that what appears to be a copy of the '236 patent is attached to the Complaint as Exhibit B.  CMO also admits that from the first page of Exhibit B, the title of the '236 patent appears to be "Large-Area, High-Throughput, High-Resolution Projection Imaging System" and the date of issue appears to be February 8, 1994.  CMO

is without knowledge or information sufficient to form a belief as to the truth of the remaining averments of paragraph 29 of the Complaint, and, therefore, denies the same.

30.    CMO is without knowledge or information sufficient to form a belief as to the truth of the averments of paragraph 30 of the Complaint, and, therefore, denies the same.

31.    CMO denies the averments in paragraph 31.

32.    CMO denies the averments in paragraph 32.

33.    CMO denies the averments in paragraph 33.

34.    CMO denies the averments in paragraph 34.

35.    CMO denies the averments in paragraph 35.

36.    CMO denies the averments in paragraph 36.

### Count III

37.    In response to the averments contained in Paragraph 37 of the Amended Complaint, CMO repeats and re-alleges its responses to the averments contained in Paragraphs 1 through 36 as though fully set forth herein.

38.    CMO admits that the Complaint purports to state a claim arising under the Patent Laws of the United States, and that the Complaint alleges willful infringement of a United States patent. CMO, however, denies that the Complaint states a valid claim and denies the remaining averments of paragraph 38 of the Complaint.

39.    CMO admits that what appears to be a copy of the '240 patent is attached to the Complaint as Exhibit C. CMO also admits that from the first page of Exhibit C, the title of the '240 patent appears to be "Nonlinearity-Compensated Large-Area Patterning System" and the date of issue appears to be March 1, 1994. CMO is without

knowledge or information sufficient to form a belief as to the truth of the remaining averments of paragraph 39 of the Complaint, and, therefore, denies the same.

40.     CMO is without knowledge or information sufficient to form a belief as to the truth of the averments of paragraph 40 of the Complaint, and, therefore, denies the same.

41.     CMO denies the averments in paragraph 41.

42.     CMO denies the averments in paragraph 42.

43.     CMO denies the averments in paragraph 43.

44.     CMO denies the averments in paragraph 44.

45.     CMO denies the averments in paragraph 45.

46.     CMO denies the averments in paragraph 46.

## Count IV

47.     In response to the averments contained in Paragraph 47 of the Amended Complaint, CMO repeats and re-alleges its responses to the averments contained in Paragraphs 1 through 46 as though fully set forth herein.

48.     CMO admits that the Complaint purports to state a claim arising under the Patent Laws of the United States, and that the Complaint alleges willful infringement of a United States patent.  CMO, however, denies that the Complaint states a valid claim and denies the remaining averments of paragraph 48 of the Complaint.

49.     CMO admits that what appears to be a copy of the '606 patent is attached to the Complaint as Exhibit D.  CMO also admits that from the first page of Exhibit D, the title of the '606 patent appears to be "Large-Area, High-Throughput, High-Resolution, Scan-and-Repeat, Projection Patterning System Employing Sub-Full Mask"

and the date of issue appears to be February 24, 1998. CMO is without knowledge or information sufficient to form a belief as to the truth of the remaining averments of paragraph 49 of the Complaint, and, therefore, denies the same.

50.    CMO is without knowledge or information sufficient to form a belief as to the truth of the averments of paragraph 50 of the Complaint, and, therefore, denies the same.

51.    CMO denies the averments in paragraph 51.

52.    CMO denies the averments in paragraph 52.

53.    CMO denies the averments in paragraph 53.

54.    CMO denies the averments in paragraph 54.

55.    CMO denies the averments in paragraph 55.

56.    CMO is without knowledge or information sufficient to form a belief as to the truth of the averments of paragraph 56 of the Complaint, and, therefore, denies the same.

## Count V

57.    In response to the averments contained in Paragraph 57 of the Amended Complaint, CMO repeats and re-alleges its responses to the averments contained in Paragraphs 1 through 56 as though fully set forth herein.

58.    CMO admits that the Complaint purports to state a claim arising under the Patent Laws of the United States, and that the Complaint alleges willful infringement of a United States patent. CMO, however, denies that the Complaint states a valid claim and denies the remaining averments of paragraph 58 of the Complaint.

59.     CMO admits that what appears to be a copy of the '986 patent is attached to the Complaint as Exhibit E.  CMO also admits that from the first page of Exhibit E, the title of the '986 patent appears to be "Projection Patterning of Large Substrates Using Limited-Travel X-Y Stage" and the date of issue appears to be April 27, 1999.  CMO is without knowledge or information sufficient to form a belief as to the truth of the remaining averments of paragraph 59 of the Complaint, and, therefore, denies the same.

60.     CMO is without knowledge or information sufficient to form a belief as to the truth of the averments of paragraph 60 of the Complaint, and, therefore, denies the same.

61.     CMO denies the averments in paragraph 61.

62.     CMO denies the averments in paragraph 62.

63.     CMO denies the averments in paragraph 63.

64.     CMO denies the averments in paragraph 64.

65.     CMO denies the averments in paragraph 65.

66.     CMO denies the averments in paragraph 66.

## DEFENSES

CMO continues to investigate the defenses available and reserves the right to amend its answer to assert additional defenses as the investigation proceeds.  Further answering the Complaint, CMO asserts the following defenses.

### First Defense

1.     Anvik's Complaint fails to state a claim upon which relief can be granted.

### Second Defense

2.     The claims of the '257, '236, '240, '606 and '986 patents are invalid for failure to comply with the conditions for patentability specified in Title 35 of the United States Code, including but not limited to 35 U.S.C. §§ 102, 103, and 112.

### Third Defense

3.     Prosecution history estoppel bars and/or limits Anvik's assertion of the '257, '236, '240, '606 and '986 patents against CMO.

### Fourth Defense

4.     Anvik's damages claims are barred, at least in part, by failure to comply with the requirements of 35 U.S.C. §§ 286 and/or 287.

### Fifth Defense

5.     Anvik is not listed as an owner on the '257, '236, and '606 and patents (Complaint, Exhibits A, B and D) so that on information and belief, it does not have standing to bring this action with respect to those patents.

### Sixth Defense

6.     Anvik is not entitled to recover damages for any past infringement, if any, under the doctrine of laches and/or unclean hands, and its claims, if valid, are barred by the doctrine of estoppel because of the unreasonable delay in bringing suit, after Anvik knew of should have known of any accused infringement. This delay has materially prejudiced CMO at least in part because Anvik's failure to bring the '257, '236, '240, '606 and '986 patents to the attention of CMO at a time when Anvik would have been expected to do so, at least in part induced CMO to continue manufacture components or use manufacturing methods that it otherwise could have modified.

**Seventh Defense**

7.     As set forth in paragraphs 8 – 24 below, on information and belief, the '257 patent and the '236 patent are each unenforceable due to inequitable conduct.

8.     A purported benefit of the claimed invention of the '257 patent is "to provide complementary exposures in an overlap region between the areas exposed by adjacent scans in such a way that the exposure dose distribution received in the overlap region is seamless, and such that the exposure dose delivered across the entire substrate is uniform." '257 patent, claim 1.

9.     The '257 patent specification states that "the entire exposure is seamless because (a) the doses provided by hexagons 36 and 38 taper in opposite directions in the overlapping region, and (b) the doses taper to zero at apex a," as shown in Figure 3 of the patent, below:



FIG. 3

10.     However, the inventor, Dr. Kanti Jain, knew of prior art which disclosed this aspect of the alleged invention, and, on information and belief, willfully and with the

intent to deceive the U.S. Patent and Trademark Office ("USPTO"), did not disclose such art to the USPTO.

11.    For example, at least three years before Dr. Jain filed the application for the '257 patent, Dr. David Markle published "Submicron 1:1 Optical Lithography."  In that article, published as part of the Semiconductor Equipment and Materials Institute program in Tokyo, Japan in December 1985, and republished in the periodical Semiconductor International (May 1986), Dr. Markle disclosed a technique of delivering a seamless exposure dose across an entire substrate, using a remarkably similar figure:



12.    On information and belief, Dr. Jain knew of Dr. Markle's disclosure long before the application for the '257 patent was filed.  In 1986, Dr. Jain published an article entitled "Advances in Excimer Laser Microlithography," which cited and discussed Dr. Markle's "Submicron 1:1 Optical Lithography," and particularly Dr. Markle's presentation of two-dimensional subfield scanning.

11

13.    Dr. Markle's article and teachings were highly material to the prosecution of the '257 patent, and, on information and belief, would have been viewed as significant by a reasonable examiner.  Dr. Markle's article is not cumulative of other art of record in the application for the '257 patent.  Rather, in combination with the other art of record, Dr. Markle's article (i) establishes a prima facie case of unpatentability of one or more claims of the '257 patent; and/or (ii) refutes or is inconsistent with the arguments made in favor of the patentability of the '257 patent.  On information and belief, Dr. Jain knew, or was reckless in not knowing, of the high materiality of Dr. Markle's article to the patentability of the '257 patent.

14.    Because Dr. Jain failed to cite this material prior art to the USPTO during the prosecution of the '257 patent, the '257 patent is unenforceable due to inequitable conduct.

15.    Furthermore, on information and belief, the '236 patent was obtained through inequitable conduct, and is thus unenforceable.  According to its specification, the '236 patent is purportedly patentable over the prior art (Dr. Jain's own '257 patent), because, while both relate to "seamlessly" joining together adjacent image fields, "[t]his invention discloses a projection imaging system in which the objective of seamless exposure for large-area, high-resolution, high-throughput patterning is achieved using a single, integrated stage assembly for both mask and substrate."  '236 patent, col. 2, lns. 52-57.

16.    This aspect of the alleged invention is disclosed in figure 1 of the '236 patent:



Fig. 1

17.    However, the named inventor of the '236 patent, Dr. Kanti Jain, knew of prior art disclosing this claimed feature and its use for "seamless" scanning, and, on information and belief, willfully and with the intent to deceive the USPTO, refrained from disclosing such art to the USPTO.

18.    Fifteen years before the filing of the application for the '236 patent, for example, Dr. Martin Feldman patented a lithography system for seamless scanning that used a single integrated stage assembly for mask and substrate, as shown in figure 1 of his U.S. Patent No. 3,819,265 ("the '265 patent"):

13

## FIG. 1



19.    The '265 patent also disclosed the use of a polygon-shaped illumination region, as illustrated in the figures below, to deliver a uniform and seamless exposure dosage over the substrate:



FIG. 10                    FIG. 11

20.    On information and belief, Dr. Jain and his counsel, Carl C. Kling, knew of the '265 patent before the '236 patent issued.

21.    Dr. Jain is also the inventor of U.S. Patent No. 5,291,240, which was under prosecution at the same time, and by the same counsel, Mr. Kling. The '240 patent was filed on October 27, 1992, and issued on March 1, 1994. The '236 patent was filed on September 30, 1992, and issued on February 8, 1994. On information and belief, the '240 patent and the '236 patent were not being reviewed by the same examiner.

22.    During the prosecution of the '240 patent, in September 1993, the examiner of that application cited the Feldman '265 patent as relevant art. The Feldman '265 patent, as noted above, discloses the combination of seamless scanning and unitary stage structure that Dr. Jain claimed to be novel in his application for the '236 patent.

23.    The '265 patent was highly material to the prosecution of the '236 patent, and, on information and belief, would have been viewed as significant by a reasonable examiner. The '265 patent is not cumulative of other art of record in the application for the '236 patent. Rather, in combination with the other art of record, the '265 patent (i) establishes a prima facie case of unpatentability of one or more claims; and/or (ii) refutes or is inconsistent with the arguments made in favor of the patentability of the '236 patent. After learning of the '265 patent, Dr. Jain and Mr. Kling continued to prosecute the '236 patent without disclosing the '265 patent to the examiner of the application for the '236 patent. On information and belief, Dr. Jain and Mr. Kling knew, or were reckless in not knowing, the high materiality of the '265 patent to the patentability of the '236 patent.

24.     Because Dr. Jain and Mr. Kling failed to cite this material prior art to the USPTO during the prosecution of the '236 patent, the '236 patent is unenforceable due to inequitable conduct.

**WHEREFORE**, CMO prays that the Court enter judgment as follows:

(a) that the Complaint be dismissed with prejudice;

(b) that CMO does not infringe and has not infringed any claim of the '257, '236, '240, '606 and '986 patents;

(c) that the '257, '236, '240, '606 and '986 patents are invalid;

(d) that the '257, '236, '240, '606 and '986 patents are unenforceable;

(e) that CMO be awarded its costs and attorneys fees under, *inter alia*, 35 U.S.C. § 285; and

(f) that CMO be awarded such further legal and equitable relief as the Court may deem just and proper.

Dated:  May 15, 2007                    FISH & RICHARDSON P.C.


By:  s/ Michael F. Autuoro
     Michael F. Autuoro (MA 2932)
     Citigroup Center - 52nd Floor
     153 East 53rd Street
     New York, NY 10022-4611
     Tel.: (212) 765-5070
     Fax.: (212) 258-2291

     William J. Marsden, Jr.
     Raymond N. Scott, Jr.
     919 N. Market Street, Suite 1100
     P.O. Box 1114
     Wilmington, DE 19899
     Tel.: (302) 652-5070
     Fax.: (302) 652-0607

     Richard A. Sterba
     1425 K Street, N.W.
     Suite 1100
     Washington, D.C. 20005
     Tel.: (202) 783-5070
     Fax.: (202) 783-2331


     *Attorneys for Defendants*
     *Chi Mei Optoelectronics, and Chi Mei*
     *Optoelectronics USA, Inc.*

80030374.doc

17

# EXHIBIT 22



# *Standard Panels Working Group*

SPWG

## About the Standard Panels Working Group

The SPWG was formed in May of 1999 by procurement and engineering executives at Compaq Computer Corp., Dell Computer Corp., Hewlett-Packard Company, IBM Corp. and Toshiba Corp. These companies combined to account for more than 50% notebook PC market share. DisplaySearch was asked to coordinate and facilitate the meetings.

Historically, since notebook PC displays lacked mechanical compatibility, notebook PC producers were often forced to use different interface cables, plastic or magnesium enclosures, bezels, bracket assemblies and EMI shields for each panel adopted. As a result, notebook PC producers underwent significant tooling costs when adopting different panels. In addition, the associated documentation and logistical issues resulting from these different configurations were staggering. As a result, the significant tooling costs and the associated impact on delivery schedules eliminated many panel suppliers from being considered as potential second sources.

The original purpose of the SPWG was to establish TFT LCD mechanical and electrical standards in order to:

- Improve display availability so that TFT LCD designs from multiple suppliers can be quickly implemented without significant modification to packaging, interface design and tooling;
- Reduce development cycles and inventory costs;
- Reduce quantity of TFT LCD part numbers;
- Improve utilization of engineering resources at TFT LCD producers;
- Reduce obstacles to design wins for TFT LCD producers.

Through SPWG Standards, v1.0 and v2.0, electrical and mechanical standards were set for 13.3", 14.1" and 15.0" TFT LCDs were agreed to by all major TFT LCD producers. (To see the endorsing companies and quotes from executives at currently endorsing companies, click the Endorsements link below). Since the SPWG standards were established, almost 60% of the TFT LCDs used in the notebook PC market have shifted to SPWG compatibility, saving the industry an estimated $100 million annually.

When initially introduced, many feared that the SPWG concept would lead to the "commoditization" of display in the notebook PC industry. In fact, notebook PC displays are MUCH more differentiated today than a few years ago, with a wide array of pixel formats, viewing angle technologies, brightness and power capabilities, color depth, and other performance characteristics. This diversification in display performance, all with "standard" mechanical and interface specifications as described by the SPWG, is precisely what the SPWG founders envisioned.

Interestingly, the notebook PC industry continues to diversify, with larger and wider displays entering the market at a fast pace. These new form factors are newly being addressed by the SPWG. Additionally, in

cooperation with the Extended Battery Life Working Group (EBL-WG), the SPWG is additionally working to improve notebook PC specifications related to display power measurement and control.

In July 2003, industry veterans Mark Fihn and Paul Salisbury (both of whom were actively involved in the initial SPWG efforts), began a process to help rejuvenate the SPWG, adding new form factors and additional mechanical, interface, and measurement specifications.   A broad range of companies are supportive of the SPWG effort and are crucial for the development and review of these new and additional standards.  In September 2004, Larry Mabe joined Mark and Paul in the continuing evolution of the SPWG process.

**SPWG Home**      **About the SPWG**      **News/Press**    **Specifications** **Endorsements**      **Contact**



# Standard Panels Working Group

SPWG

**SPWG Home**    **About the SPWG**    **News/Press**    **Specifications**    **Endorsements**    **Contact SPWG**

## SPWG Endorsements

Endorsement of the SPWG efforts is a simple show of support for the standardization efforts related to the displa membership requirements associated with such endorsement. There are also no obligations associated with end endorsing companies will be sincere in their efforts to help further the industry-wide efforts to improve LCD suppl that result from standardization. Note that endorsement of the SPWG does not imply any specific support to the general statement of support for the standardization of the displays used in notebook PCs.

Endorsing companies get the opportunity to participate in the standardization process. Providing timely inputs ar critical to the successful implementation of the SPWG standards efforts.

Companies that choose not to endorse the SPWG standards are free to utilize the standards, but by not participa companies may find themselves in a reactionary mode, rather than proactively helping to improve industry-wide c

Any company that newly wishes to endorse the SPWG is encouraged to do so by contacting Mark Fihn, Paul Sal

## Display Manufacturers

| | |
|---|---|
| **AUO** | *The Industry Standard Panels proposed by SPWG is a giant step forward significantly improve product development and panel-supply efficiency fo at Acer Display Technology strongly endorse SPWG's new standard.*<br>**Hui Hsiung, Executive Vice President, Marketing and Sales** |
| BOEhydis | |
| **CHI MEI OPTOELECTRONICS** | *Standardization is the first step towards an open market for TFT LCDs, w end customers.*<br>**Dr. Jeff Hsu, Vice President** |
| CPT TFT CRT PDP | |
| HannStar | |
| | *We at Hitachi support your effort of panel standardization, in which all LC* |

| | |
|---|---|
| **HITACHI** Inspire the Next | *technologies.* <br> **H. Kondo, Dept. Manager, Sales Engineering** |
| **IDTech** New Visualization | *For our OEM notebook panels, we have been participating in the industry interface definition for future panels. We are happy to support this effort b* <br> **Takahisa Hashimoto, General Manager** |
| **InnoLux** | *InnoLux is happy to endorse SPWG.  A good panel standard will help eve create and innovate.* <br> **H. C. Tuan, President** |
| **LG. PHILIPS LCD** | *LG.Philips LCD Co. Ltd. extends its warm welcome to the SPWG's propo that the portable PC industry and FPD industry have jointly achieved. The to improved efficiency for both industries.* <br> **Davis Lee, Marketing Director** |
| **MITSUBISHI ELECTRIC** | *The SPWG's efforts to standardize and simplify packaging, interface des OEM/ODM customers. By incorporating a standard panel into the industr benefits of a particular vendor, such as module front-of-screen performar compromises due to mechanical limitations. An additional benefit of the S better alignment of available supply to actual demand, thereby reducing t* <br> **Dale H. Maunu , Director of Marketing** |
| **Quanta Display** | *Quanta supports the SPWG's efforts to set mechanical and electrical disp be beneficial to the industry as well as our company.* <br> **Barry Lam, Chairman and President** |
| **wise view** SAMSUNG | *Samsung remains committed to continuous improvements of displays in standardization is beneficial and appreciate their work. As the world lead improving flat panel displays."* <br> **Pablo Temprano, Senior Manager** |
| **SHARP** | *Sharp is proud to participate with the Standard Panels Working Group in LCD's for the notebook PC industry. This effort will create efficiencies tha* <br> **Masaya Hijikigawa , Corporate Executive Director and Gro** |
| **SVA NEC** | |
| **toppoly** | *Toppoly supports the efforts of SPWG in developing standards for displa will greatly benefit from such efforts.* <br> **Ying Chang, Senior Vice President** |
| **TORiSAN** | *Tottori SANYO supports the SPWG's efforts in panel standardization. We efficiency of our industry as a whole.* <br> **Masayoshi Fukuda, Director and GM** |
| Ltsplay | *As a leader in the TFT LCD industry, Toshiba views the LCD standardiza commodity LCDs. These standardization efforts will help fuel the continue* <br> **Steve Vrablik, LCD Business Development Director** |
| | |

**UNIPIXEL**
SIMPLY SUPERIOR

| | **Notebook PC Companies** |
|---|---|
| **acer** | Acer fully endorses this initiative to bring greater flexibility to the noteboo standards and industry-wide collaborations on several fronts. Acer has p. new initiative to define a series of standards for LCD interface to noteboo<br><br>**Dixon Cheng, SVP and GM, Mobile Systems Business Unit** |
| **AOpen** | |
| **Arima** | In light of the potential advantages for both TFT LCD vendors and PC co mechanical standardization.<br><br>**Arthur Su, Vice President** |
| **ASUS** | We at ASUSTeK think the SPWG is a good idea. Ensuring LCD vendors same path.<br><br>**Vincent Liu, Notebook PC Product Manager** |
| **CLEVO** | |
| **COMPAL** | As one of the major notebook PC OEM/ODM suppliers in the world, Com component, standardization will favor not only the manufacturers but also major motivation for notebook PC growth. Compal will request that its cu standard.<br><br>**Ray Chen, President** |
| **ECS** | |
| **FIC** | The development of a standard document for mechanical dimensions and procurement of these panels for our company. The advantages that wou that will be realized in electrical design should lead to a substantial reduc the competitive stance of our LCD suppliers. First International Compute comply with the requirements stated in this standard.<br><br>**Horace Tsiang, CEO** |
| **Gateway** | |
| **Inventec** | Inventec, as a major notebook PC manufacturer in Taiwan, would like to Standardization is the reason why the PC industry has been so successf standard will reduce the cost of manufacturing, logistics and service. It w reduce the total cost of ownership which is a major motivation for notebo<br><br>**Tom Cho, President** |
| **Quanta Computer** | Quanta supports the SPWG's efforts to set mechanical and electrical dis be beneficial to the industry as well as our company.<br><br>**Barry Lam, Chairman and President** |
| **SHARP** | |

| | |
|---|---|
| **TOSHIBA** | |
| **Twinhead** | |
| **UNIWILL** | |
| **wistron** | |
| | *LCD Connector Manufacture* |
| **BizLink** | In an effort to provide cost effective standardization and universal compa non-compatible solutions, BizLink fully supports and endorses the activiti<br><br>**Bill Kuypers, Director of Marketing** |
| **CONNECTER** | |
| **DAI-ICHI SEIKO** | |
| **DDK** | |
| A<br>F C I | |
| **FOXCONN**® | |
| **HRS** | |
| **HOSIDEN** | |
| **I-PEX** | I-PEX recognizes the leadership of SPWG in standardization of TFT-LCD application.<br><br>**Ike Sakurai, Product Marketing Senior Manager** |
| **JAE** | JAE recognizes the LCD and system manufacturer's need for standardiz to be supporters of the Standard Panels Working Group initiative, which |

| Logo | Endorsement |
|------|-------------|
| | *Natsuki Kawabe, General Manager, Product Marketing Divi* |
| **JST** | |
| *FFC* | *Jui Fang fully supports the SPWG's efforts to integrate display standards that do not exist today and will benefit to the industry.*<br><br>**K. W. Chen, General Manager** |
| **KST** | *KST is quite honored and pleased to take part in the Standard Panels W reap no little benefit. KST hereby fully supports and deeply appreciates th*<br><br>**R. F. Chen, Executive Vice President** |
| **L K** JSK PRECISION TECHNOLOGY CO. LTD | |
| **Longwell** | *As a leading connector and cable manufacturer in LCD market, Longwell solution and will continue to support SPWG's innovative standard produc*<br><br>**Vincent Chen, Marketing Director** |
| **KEL** | |
| **LG Cable** | |
| **METHODE ELECTRONICS** | |
| **Pin** | *We, Pin Shine Industrial Co. Ltd., are pleased to join the SPWG since its procurement cost.*<br><br>**George Lin, Vice President** |
| **Rapid Conn** | *Rapid Conn supports the Standard Panels Working Group initiative as th*<br><br>**Turker Hidirlar, CEO** |
| **SINGATRON** ENTERPRISE CO. LTD | |
| **STM®** | *We at STM, a professional connector manufacturer, are pleased to endo used in Notebook PCs.*<br><br>**Wang Shun-Shiou, General Manager** |
| **STARCONN** | *Starconn recognizes that an industry-wide standard of display used in No manufactures in supply chain, price and performance. As a leading conne create innovative standard product for extra value for customers*<br><br>**Stephen Liou, Vice President, Marketing and RD/Engineerin** |
| **Ⓢ Sunridge Corporation** | *SPWG speaks volumes to the benefits of standardization, which is esser initiative, Sunridge Corp looks to contribute its share of effort with a full c backlight connectors, to complete interface cabling solutions.*<br><br>**Tony Su, President** |

| | |
|---|---|
| SUYIN CONNECTOR | |
| TD1 | TD1 conn is the loyal supporter & beneficiary of SPWG Spec. & standard changing 3C industrial, TD1 will provide the best quality & most cost effe manufacturer & end customers will always be the first priority to the TD1. to provide the best quality & service<br><br>**Steve Chaing, General Manager** |
| UJU ELECTRONICS | Uju Electronics, as a major LCD connector manufacturers in Korea, woul the SPWG efforts will favor not only the PC manufacturers but also end u more advanced products that are SPWG-compliant to helping our cu<br><br>**Y. B. Ro, President** |
| UNICORN ELECTRONICS | |

## LCD Component Suppliers

| | |
|---|---|
| **AMBIT** | Ambit is pleased to help the SPWG define inverter-related standards for will provide performance evaluations for TFT LCDs in combination with th<br><br>**David Wen, Director, Power R&D** |
| **AMD** | |
| **ATi** | As a leader in mobile graphics, ATI is proud to participate with our fellow important step in arriving at industry-wide, accepted benchmark for the n<br><br>**Phil Eilser, VP and GM, Mobile and Integrated Business Uni** |
| BiTEK | Being one of the major CCFL controller suppliers, BiTEK surely would lik<br><br>**Steve Chuang, Sales & Marketing** |
| **COMAX** | |
| CORNING | Corning remains committed to helping our customers reduce costs and in complexity and contribute to improved productivity and efficiency in the A work.<br><br>**Mark Beck, Worldwide Product Manager, Display Technolog** |
| ERG<br>Endicott Research Group, Inc. | |
| | Fairchild Semiconductor, the world's leading manufacturer of multi-marke |

| Logo | Endorsement |
|---|---|
| **FAIRCHILD** SEMICONDUCTOR® | Working Group to better enable participants in the notebook PC industry<br><br>**John Whalen, Staff Engineer** |
| **Forhouse** | |
| **Himax** | |
| **Honeywell** | Honeywell is proud to endorse SPWG's standardization activities. SPWG<br>environment, resolves industry-shared technical issues, and enables disp<br>products built upon well defined electrical and mechanical display panel r<br><br>**John Schmidt, Technical Staff Engineer** |
| **intel** | We welcome this industry effort which will help enhance the availability o<br><br>**Francis Truntzer, Strategic Planning Manager, Mobile and I** |
| **ITO** | Lack of standardization benefits only a few of the very top manufacturers<br>from it are seeing those benefits disappear as the manufacturing technolo<br>focused on bringing value to the end user.<br><br>**Peter Opdahl, CEO/President, ITO America** |
| **kontron** ... We Drive Your Display! | Kontron supports the SPWG effort to standardizing the mechanical and e<br>system costs and our customers will benefit from this. All new products o<br><br>**Dirk Finstel, CEO** |
| **Microsemi** | "As a leading CCFL technology developer, Microsemi endorses SPWG's<br>resources to be spent on those innovations that directly benefit the consu<br><br>**Paul Pickle, Marketing Vice President** |
| **mSilica** | |
| **nVIDIA** | |
| **NITTO DENKO** | |
| **OKI** | |
| **ON Semiconductor®** | |
| **Silicon Image** | |

| | |
|---|---|
| **TEXAS INSTRUMENTS** | |
| **THine ®** | THine Electronics, Inc. welcome the SPWG's effort which will accelerate effective fashion." <br> **Toshiyuki Sako, Director for Sales Strategy** |
| **TOPPAN** | |
| **WACOM** | Wacom is pleased to endorse SPWG efforts in LCD industry cooperation for such new product categories as Tablet PC and other computing table <br> **Steve Sedaker, OEM Sales Manager** |
| **YAMAICHI ELECTRONICS** | |
| **ZIPPY** | |

## LCD Support Organizations

| | |
|---|---|
| **ALL AMERICAN** <br> a leader in distribution technology | All American is pleased to be the first distributor to join the SPWG. Stand innovation, technology, and display performance. As the SPWG standar continued top notch TFTs, related components, support and solutions for <br> **Rob Dautel, Field Applications Engineer** |
| **APOLLO DISPLAY TECHNOLOGIES** <br> The LCD Specialists | Apollo Display Technologies is proud to support the SPWG work group. jointly work through the display standards which will benefit the entire ind panel electrical and mechanical engineering/designs as they relate to ou <br> **Richard McKay, Mgr. of Value Added Technology** |
| **CLAIRVOYANTE** | |
| **DFF** | DFF - the German Flat Panel Display Forum - is proud to endorse the SF FPD industry and research institutes we strongly believe that joining effor Community, cut costs, and reinforce competitiveness. <br> **Dr. Joerg Winkler, VDMA – The German Engineering Federa** |
| **Displaybank** | |
| **Displaylabor** <br> FH Pforzheim | The Display Lab at the University of Applied Sciences Pforzheim, Germa applied research and development, consulting, applications, talks, lecture and software. <br> **Karlheinz Blankenbach, Prof. Dr., University of Applied Sci** |
| | In supporting the DisplayMasters Programme run by the Universities of L Trent we have benefited from the involvement of industrial companies ai periods that supplement the intensive teaching programme, we have the the academic and industrial speakers. The questions from the students c are so many different glass sizes, pixel resolutions, and monitor options, |

| Logo | Endorsement |
|------|-------------|
| DisplayMasters | by short term obsolescence as products are overtaken by "next generatic increasingly difficult to answer the comment "but- that's stupid" which is t. and hope that a successful conclusion may seek to bring order into the p **Chris Williams, Chairman of the Industrial Steering Commit Technology, Systems & Applications** |
| DISPLAYSEARCH | The standardization of notebook PC display modules is a win for notebo manufacturers' perspective, it results in fewer part numbers, improved in life, reduced manufacturing and service costs and fewer obstacles to ach manufacturer, it results in reduced time to market, shorter development c costs. Ultimately the customer wins, with better availability and pricing as **Ross Young, President** |
| Displaytronix Inc. | Widespread adoption of the SPWG's efforts will provide significant benef costs of our customers. **Bob Wentworth, Vice President of Engineering** |
| UNIVERSITY OF DUNDEE | |
| Mobile PC EBL-WG | After the SPWG 2.0 specification was developed in September 2001, no members realized the need to update the specification to keep up with th EBL-WG, the SPWG 3.0 specification adds recommendations for integra right direction which will lead to matched 1:1 panel/inverter combination The SPWG 3.0 specification's adoption of the power measurement guide consistent measurement across the industry. **Kamal Shah, Chairman** |
| EPICENTRE | The EPICentre at the University of Abertay Dundee fully endorses the wc EPICentre has substantial experience in display metrology and the huma users are increasingly suspicious of display specifications or requiremen measurement so that fair comparisons can be made. In addition to this th from a display so that future improvements are targeted towards usability sound usability criteria are going to be increasingly important. The SPWC users and encouraging understanding of the standards, their limitations a **Dr. Colin M. Cartwright, School of Computing and Creative** |
| FLAT PANEL DISPLAYS | |
| INCLINE | Incline is pleased to endorse the SPWG goals and written guideline as e integration and maintenance costs. Standard electrical interface elemen maintenance costs. Adoption of the SPWG guideline will represent a sub **John Chapman, Director of Engineering** |
| INFO CATER | We at InfoCater look forward to supporting the SPWG's efforts to help st standardization will help enable the growth of this increasingly popular se **Geoff Palmer, President** |
| JPR Jon Peddie Research | |

| | |
|---|---|
| **meko** | Meko supports the standardization work of the SPWG. Meko believes tha isolation. Furthermore, we believe the saying "Standards Make Marc drivers that has established LCD as the current driving technology in the<br><br>**Bob Raikes, Principal** |
| **OPTRONIC LABORATORIES** | Optronic Laboratories is proud to endorse and support the efforts of the S specifically address the dynamic requirements of notebook displays, and way toward improving performance and reducing costs, making better dis<br><br>**Alexandre Y. Fong, Vice-President, Marketing and Sales** |
| **Pearson & Associates** INCORPORATED | Standardization goes a long way in helping keep the costs of manufactur<br><br>**Chuck Pearson, CEO** |
| **PORTRAIT DISPLAYS** | |
| **PHOTO RESEARCH**, INC. | |
| **RADIANT** IMAGING | Radiant Imaging, Inc. welcomes the SPWG's effort to aid in the standard and screen cosmetic defects is a necessary component to reduce supply as entire LCD systems.<br><br>**Dave Jenkins, Vice President of Sales and Marketing** |
| **Raylar** Design, Inc. | The SPWG's efforts to standardize the form, fit and function of flat panel procurement issues. Raylar Design, Inc. applauds the SPWG!<br><br>**Ray Page, Vice President** |
| **iSuppli** | Standardization of electrical and mechanical standards for notebook disp the end user - display performance.<br><br>**Paul Semenza, Executive Vice President** |
| **ukdn** | |
| **Veritas et Visus** | Veritas et Visus, publisher of the Display Standard, a newsletter about di efforts of the SPWG.<br><br>**Phillip Hill, Editor** |
| **WESTAR** DISPLAY TECHNOLOGIES | Westar Display Technologies offers performance improvement products for R&D and QA/QC, deliver universal display module testers, and offer u measurement and qualification services.<br><br>**Phillip A. Downen, Product Manager FPM Systems** |
| **WitsView** | WitsView Technology Corporation appreciates SPWG's years of contribu enhance an industry-wide production efficiency and technology improver are, as well, pleased to make effort to facilitate a continued industry grow<br><br>**Henry Wang, CEO** |

**SPWG Home    About the SPWG    News/Press    Specifications  Endorsements    Contact**



# Standard Panels Working Group
## Press Release

## Top Notebook PC and Flat Panel Display Producers Agree on Display Standard

AUSTIN, Texas, October 27, 1999 - The industry's top notebook PC and flat panel display (FPD) manufacturers today announced a mechanical and electrical standard for current and future notebook PC displays through the Standard Panels Working Group (SPWG). The SPWG consists of procurement and engineering executives from Compaq Computer Corp., Dell Computer Corp., Hewlett-Packard Company, IBM Corp. and Toshiba Corp. DisplaySearch, a leading FPD market research and consulting firm, has facilitated the meetings.

In a joint statement the group said, "We are extremely pleased that the PC and FPD industries have reached an agreement on this standard. This new standard should help improve notebook PC display availability and allow each of us to reduce our time to market, allowing us to spend more time on what our customers really care about - reliability, service, support and price. The standard should reduce the overabundance of custom display module designs that has forced notebook OEMs to modify their packaging, interface design and tooling nearly every time a new panel supplier or display module is adopted. It will lessen the development cycles, logistics and problems created by product obsolescence. For the flat panel display industry, the standard offers the potential to decrease the number of designs and part numbers, improve the utilization of engineering resources, and reduce inventory control and other obstacles to design wins."

According to DisplaySearch President Ross Young, "The standardization of notebook PC display modules is a win for notebook PC manufacturers, FPD manufacturers and users. From the FPD manufacturers' perspective, it results in fewer part numbers, improved inventory control, better utilization of engineering resources, longer product life, reduced manufacturing and service costs and fewer obstacles to achieving an increased number of design wins. For the notebook PC manufacturer, it results in reduced time to market, shorter development cycles, improved inventory control and reduced servicing and tooling costs. Ultimately the customer wins, with better availability and pricing as costs get squeezed out of the process."

The SPWG standard 1.0 can be found and downloaded at DisplaySearch's web site at http://www.displaysearch.com/SPWG. In addition to the SPWG members, the standard has been endorsed by leading notebook PC OEMs and FPD manufacturers including Acer Inc., Acer Display Technology Inc., Arima Computer Corp., Chi Mei Optoelectronics, Compal Electronics Inc., First International Computer Inc., HannStar Display Corp., Hitachi Ltd., Hyundai Electronics Industries Co. Ltd., IBM's Display Business Unit, Intel Corp., Inventec Corp, LG.Philips LCD Co. Ltd., Quanta Computer Inc., Quanta Display Inc., Samsung Electronics Co., Ltd., Sharp Corp., Toshiba America Electronic Components Inc. and Unipac Optoelectronics Corp. Additional companies are also expected to provide their support. Quotes from executives at endorsing companies can be found on the SPWG web site.

For more information, please contact Ross Young at 512-459-3128, FAX: 512-459-3127, email - info@displaysearch.com.

SPWG Home Page | About the SPWG | Press Release
Standard 1.0 | Endorsements | Quotes | FAQ

# EXHIBIT 23



**SEARCH**

**LOG·IN**   Email

ABOUT | PRODUCTS | FREE DATA | EVENTS | PRESS

WHO WE ARE | WHAT WE DO | OUR SOLUTIONS | OUR STAFF | PARTNERS |

PRICEWISE

 PANELTRACK

THE DISPLAYSEARCH
MONITOR®

DISPLAYSEARCH
IN THE NEWS

INDUSTRY CALENDAR

PRESENTATIONS
& TALKS

DOWNLOAD BROCHURE

JOIN OUR LIST

ADVERTISE WITH US

 DISPLAYSEARCH BLOG

DISPLAYSEARCH
CAREER
OPPORTUNITIES

AN NPD GROUP COMPANY



DISPLAYSEARCH
WORLDWIDE

 JAPAN

 KOREA

 TAIWAN

 CHINA

## Who We Are

Ross Young started DisplaySearch because the only reports available to the industry lacked sufficient depth and analysis, lacked industry experience, global perspective and a complete food chain approach. Thus, Young assembled an elite team extensive industry and market research experience, providing extensive contacts and innovative methodologies.

DisplaySearch's analysts have held key display-related positions at ABN AMRO Asset Management, Applied Komatsu Techno Apple Computer, AUO, Booz Allen and Hamilton, Brooks Automation, Compaq/Hewlett Packard, DaiNippon Printing, Fuh Hs Semiconductor, GCA, General Instrument, HannStar Display, Hitachi, Intevac, ITRI, Konka, LG Electronics, LG-Philips LCD, Mitsubishi Electric, Mitsubishi Electronics America, NEC Corporation, NEC-Mitsubishi, Nikkei Market Access, Oak Technology Displays, Panasonic AVC Networks, Photon Dynamics, Photonics Systems, Rambus, Rendition, SAMCO International, Samsu Samsung Semiconductor, Samsung Semiconductor, Seiko Epson, Sony, Techno Systems Research, Tokyo Electron Limited, Yamaha, Zenith Data Systems, 3Dfx, 3Dlabs and others. All of DisplaySearch's analysts have at least five years of display

- **Extensive language skills** that allow our analysts to survey, meet with manufacturers in their native language information that is useful. DisplaySearch analysts speak Japanese, Korean, Mandarin and Taiwanese.

- **Contacts at all layers of the FPD food chain**, including component manufacturers, equipment suppliers, FPD brands, distributors and retailers. Because DisplaySearch employees come from all layers of the FPD food chain, to contact all layers of the food chain, due to years of experience and contacts. As a result, DisplaySearch is ab results, ensuring more reliable and accurate data and analysis. DisplaySearch produces reports that cover all lay chain, including equipment/component shipments to panel shipments to OEM shipments to brand shipments to pricing data.

- **Worldwide breadth of coverage** provided by having analysts in Japan, Taiwan, South Korea, Hong Kong, mai United States, and representatives in Europe and Canada. Our quarterly reports track the global market rather t single region.

### At DisplaySearch, we pride ourselves on

- Striving to provide our customers with timely, accurate and precise information and analysis, addressing all of th of the FPD food chain, from equipment/component suppliers, to panel manufacturers, to OEMs, to brands, to dis

- The high quality and integrity of our analysts

- Being close to the market with analysts in seven different countries, covering the supply side and the demand s

- Updating all our forecasts on a frequent and regular basis

- Examining both supply and demand in every market we study

- Offering the industry's most credible and accurate market research

- Offering the option of customized services

- Being the primary source of display data for the financial community and the press

- Providing superior customer support

- Always being accessible to our customers

- Being flexible to meet the needs of our customers

### Our Analysts

**DisplaySearch analysts have worked in the following display-related fields:**

| | |
|---|---|
| CAD Systems | Mobile Phones |
| Consumer Electronics | Notebook PCs |
| Desktop Computers | PDAs |
| Disk Drives | PDPs |
| Digital Cameras | PMLCDs |
| Electronic Public Displays | Projection |
| FPD Equipment | Scanners, Printers, Copiers |
| FPD Marketing & Product Development | Semiconductor Equipment |
| FPD Sales | Strategic Planning |
| Graphics Workstations | Streaming Video |
| LCD Monitors | Technical Consulting |
| Management Consulting | TVs |
| Market Research | Video Boards |
| Medical Imaging Diagnostic Displays | Video Game Systems |
| | Videophones |

**And have held the following positions:**

| | |
|---|---|
| Board Member | President |
| Business Development Manager | Product Manager |
| CEO | Product/Strategic Marketing |
| COO | Production Engineer |
| CTO | Program Manager |
| Computer Engineering | Research & Product Manager |
| Corporate Spokesperson | Sales Lead Analyst |
| Database Marketing Manager | Senior Buyer |
| Display Engineering | Senior Industry Analyst |
| Display Procurement | Senior Product Marketing Engineer |
| General Manager | Systems Engineer |
| International Business Manager | VP of Sales and Marketing |
| Market Research | |

To find out how our DisplaySearch can assist your business, contact us at sales@displaysearch.com.

THE WORLDWIDE LEADER IN DISPLAY MARKET RESEARCH AND CONSULTING

© 2007 DisplaySearch • Si

DisplaySearch Web page - Why DisplaySearch



## The Worldwide Leader in FPD Market Research and Consulting



## Why DisplaySearch

DisplaySearch was founded due to dissatisfaction with reports from existing display-related market research firms. DisplaySearch's founder, Ross Young, believed existing English-language reports lacked sufficient depth and analysis due to their analysts' lack of industry experience, absence of Asian language skills, lack of a food chain approach, and excessive focus on the North American market. Thus, Young put together a team of analysts with:

- Extensive industry and market research experience providing extensive contacts and innovative methodologies. DisplaySearch's analysts have held key display-related positions at Brooks Automation, Compaq Computer, Dell Computer, Dell Ventures, Motorola, Nikkei Market Access, OWL Displays, Panasonic, Photon Dynamics, Samco International, Techno Systems Research, Texas Instruments and others. All of DisplaySearch's analysts have at least 7 years of display industry experience.

- Strong language skills, which allow our analysts to survey and meet with manufacturers in their native language to generate more useful information. DisplaySearch analysts speak Japanese and Korean.

- Diverse skill sets which produce access points in layers of the FPD food chain - component manufacturers, equipment suppliers, FPD manufacturers, OEMs, and brands. By contacting all layers in the food chain, DisplaySearch is able to verify survey results by contacting both the producers and buyers of displays and related products, resulting in more reliable and accurate data and analysis. DisplaySearch produces reports that cover all layers in the display food chain.

- A worldwide focus. DisplaySearch's quarterly reports track the global market rather than focus on a single region. DisplaySearch remains the only company providing worldwide LCD monitor shipments by region by size by supplier on a quarterly basis.

## DisplaySearch prides itself on:

- Striving to provide its customers with perfect information by accessing data in all layers of the FPD food chain, from component shipments to panel shipments to OEM shipments to brand shipments to sell-through.
- The high quality of its analysts.
- Being close to the market with analysts in three different countries.
- Updating all its forecasts on a quarterly basis.
- Examining both supply and demand in every market it studies.
- Offering the industry's most credible and accurate market research.
- Being the primary source of display data for the financial community and press.
- Providing superior customer support.
- Always being accessible to its customers.
- Being flexible to meet the needs of its customers.

## Our Analysts

**DisplaySearch analysts have worked in the following display-related fields:**

| | |
|---|---|
| Driver ICs | Market Research |
| FPD Equipment | Notebook PCs |
| FPD Marketing and Product Development | PDPs |
| FPD Sales | PMLCDs |
| Graphic Systems | Semiconductor Equipment |
| LCD Monitors | Strategic Planning |
| Management Consulting | Technical Consulting |

**And have held the following positions:**

| | |
|---|---|
| CEO | Product/Strategic Marketing |
| Computer Engineering | Production Engineer |
| Display Engineering | Program Manager |
| Display Procurment | Research and Product Manager |
| LCD Process Engineer | Sales and Marketing Manager |
| Management Consulting | Systems Engineer |
| Market Research | Technical Consultant to VCs |

**At the following companies:**

| | |
|---|---|
| Apple Computer | Kent State Liquid Crystal Institute |
| Booz Allen and Hamilton | Motorola |
| Brooks Automation | Nikkei Market Access |
| Casio | Ocular |
| Chi Mei Optoelectronics | OWL Displays |
| Compaq Computer | Panasonic |
| Dell Computer | Techno Systems Research |
| Fusion Semiconductor | Texas Instruments |
| GCA | Tokyo Electron Limited |
| HannStar Display | VisionTek |
| International Data Corp | Zenith |

## Media

**DisplaySearch analysts have been regularly quoted in major media and publications worldwide, including:**

| | | |
|---|---|---|
| Channel | Electronic Journal | Nikkei Microdevices |
| Computer Reseller News | Electronic News | Optoelectronics World |
| Computer Weekly | Information Display | PC Week |
| Electronic Buyer's News | Mobile Computing and Communications | PC World |
| Electronic Engineering Times | Nikkei Electronics | R&D Magazine |
| Semiconductor International | Solid State Technology | Wafer News Confidential |

DisplaySearch Webpage - Why DisplaySearch

| | | |
|---|---|---|
| The Wall Street Journal | Asahi Pasokon | Nikkei Sangyo Shinbun |
| The Economist | The Financial Times | The New York Times |
| Investor's Business Daily | The Los Angeles Times | US News and World Report |
| CNBC | Infrastructure | |

## Investment Analysts

DisplaySearch's data and analysis is used on a regular basis by investment analysts worldwide as part of their mainstay research. Investment companies relying on DisplaySearch intelligence include:

| | | |
|---|---|---|
| 3i | Daewoo Securities | JP Morgan Securities |
| Accenture | Deutsche Bank | Lehman Brothers |
| Adage Capital | Deutsche Securities | Maple Row |
| Archery Capital | Driehaus Capital Management | Merrill Lynch |
| Bain and Co. | Eastbourne Capital | Morgan Stanley Dean Witter |
| Banc of America Securities | Fidelity Investments | Pacific Edge Investment Management |
| Blue Ridge Capital | Gardner Lewis Asset Management | Perseus Development |
| Booz Allen and Hamilton | Gilder Gagnon Howe | Prudential Securities |
| Boston Consulting Group | GMT Capital | Salomon Smith Barney |
| Brahman Capital | Harvard Management | Ten Squared |
| CIBC World Markets | Hyundai Securities | Tyco Capital |
| Credit Lyonnais Securities Japan | Intecap | UBS Warburg |
| Credit Suisse First Boston | Joho Capital | Vaenta Core Pacific Securities |

To find out how our DisplaySearch can assist your business, contact us at sales@displaysearch.com.

Home | Why Market Research | Why DisplaySearch | Our Staff
Partners | Testimonials | Industry Links | Contact Us | Customer Log-In

Copyright DisplaySearch © 2003

---

*This page was last updated on:*
*on 07/23/2003 18:13:15*

DisplaySearch Webpage - Why Market Research



### The Worldwide Leader in FPD Market Research and Consulting

Home | Why Market Research | Why DisplaySearch | Our Staff
Partners | Testimonials | Industry Links | Contact Us | Customer Log-In

---

 **Will LCDs Achieve Total Dominance?**

## Why Market Research?

Market research can provide your organization with a thorough understanding of its market, customers and competitors, and can help your company establish a dominant position in its industry. It can increase your market share, boosting revenues by millions and market valuations by billions. It can also reduce your costs and time to market. In the flat panel display (FPD) industry, it is particularly critical due to the rapidly increasing number of markets adopting FPDs and the continued emergence of new display technologies. As a result, market intelligence and technical assessment are critical in order to validate, quantify and assess the opportunity of new markets and benefits of new technologies. However, many companies limit market research expenditures despite the fact that its insight can quickly help you gain a competitive advantage.

---

**Effective market intelligence allows you to:**

- **Identify and Prioritize Market Opportunities** - Market intelligence that studies all applications will allow organizations to quickly learn which markets are growing rapidly and which are declining. This will allow companies to make more informed decisions regarding prioritizing their target markets to meet their growth goals.

- **Create Credible Business Plans and Strategies** - By using credible market research, your business plans and strategies are more likely to be considered by senior management and investors.

- **Benchmark Your Company vs. the Competition** - Market research firms are best positioned to track supplier market share and customer satisfaction. External market share and customer satisfaction data can validate your firm's position in the market and determine your company's strengths and weaknesses. It will also allow your company to determine the strengths and weaknesses of its competition.

- **Obtain Future Product Requirements** - Insightful market intelligence, which surveys customers on their future product requirements, can ensure that your company has the right product with the right technology at the right time. It can also set future product specifications and enable your company to gain a time-to-market advantage.

- **Target the Right Customer** - Detailed market analysis can reveal which companies are experiencing the fastest growth and which are slowing down. Through supply chain analysis, it can also determine each customer's supplier relationships and which suppliers are gaining and losing ground.

- **Minimize Risk** - Market research will allow your company to determine whether a sufficient return can be achieved on a large facility investment or significant increase in your sales and marketing expenditures through providing accurate long-term pricing and shipment forecasts. It can alert you to problems in your current market so that you can effectively navigate around them and shape future trends rather than react to them.

- **Gain Leverage in Pricing Negotiations** - Market research can help you determine the health of the supply base, which can save your company millions in pricing negotiations. Knowledge of each supplier's current and future fab utilization as well as understanding of overall supply/demand trends can ensure that you are adequately prepared for pricing negotiations and can properly leverage market conditions to your advantage.

To find out how our market research can assist your business contact us at sales@displaysearch.com.

Home | Why Market Research | Why DisplaySearch | Our Staff
Partners | Testimonials | Industry Links | Contact Us | Customer Log-In

Copyright DisplaySearch © 2003

*This page was last updated on:*
*on 07/23/2003 18:14:09*

# EXHIBIT 24

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COMMISSARIAT À L´ENERGIE ATOMIQUE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD.; AU OPTRONICS CORPORATION; and CHI MEI OPTOELECTRONICS CORPORATION,<br><br>　　　　　Defendants. | C.A. No. 03-484 (KAJ)<br>(Consolidated Cases)<br><br>**REDACTED**<br><br>**FILED UNDER SEAL PURSUANT TO LOCAL RULE 26.2** |

### DEFENDANT CHI MEI OPTOELECTRONICS CORPORATION'S ANSWERING BRIEF IN OPPOSITION TO PLAINTIFF COMMISSARIAT A L'ENERGIE ATOMIQUE'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON THE ISSUES OF DIRECT INFRINGEMENT AND INDUCEMENT TO INFRINGE AGAINST DEFENDANT CHI MEI OPTOELECTRONICS CORPORATION

FISH & RICHARDSON P.C.
William J. Marsden, Jr. (#2247)
Sean P. Hayes (#4413)
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114

Michael J. McKeon
Fish & Richardson P.C.
1425 K Street, N.W., 11th Floor
Washington, DC 20005-2500

Katherine Moerke
Fish & Richardson P.C.
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402

Attorneys for Defendant
Chi Mei Optoelectronics Corporation

Dated: June 6, 2006

**TABLE OF CONTENTS**

Page

I.    NATURE AND STAGE OF THE PROCEEDINGS .............................................1

II.   SUMMARY OF THE ARGUMENT .................................................................1

III.  STATEMENT OF RELEVANT FACTS ...........................................................2

      A.    The '028 Patent ...................................................................................2

      B.    The '412 Patent ...................................................................................2

      C.    CMO's LCD Manufacturing and Distribution Practice............................2

IV.   LEGAL STANDARDS ......................................................................................3

      A.    Summary Judgment ............................................................................3

      B.    Direct Infringement.............................................................................4

      C.    Inducement of Infringement ................................................................4

V.    ARGUMENT.......................................................................................................5

      A.    Facts Material to Direct Infringement Are in Dispute
            and Preclude Summary Judgment to CEA...........................................5

      B.    Facts Material to Indirect Infringement Are in Dispute
            and Preclude Summary Judgment to CEA...........................................6

            1.    Genuine Disputes as to Facts Material to Direct
                  Infringement Preclude Summary Judgment to
                  CEA on Indirect Infringement. ......................................................6

            2.    Genuine Disputes as to Facts Regarding CMO's
                  LCD Manufacturing and Distribution Practice
                  Preclude Summary Judgment to CEA on Indirect
                  Infringement.................................................................................7

            3.    CEA's Sole Claim that CMO Knows the United
                  States Market & that Brands Are Infringing Is
                  Disputed. ......................................................................................7

            4.    The Evidence Does Not Show that CMO
                  Encourages Infringing Activities by Third
                  Parties..........................................................................................8

            5.    Genuine Disputes as to the Volume of CMO's
                  Sales in the United States Preclude Summary
                  Judgment to CEA on Indirect Infringement..................................10

i

## TABLE OF CONTENTS (cont'd)

Page

6.    Genuine Disputes as to CMO's Product and
Technical Support to OEMs and Brands in the
United States Preclude Summary Judgment to
CEA on Indirect Infringement. ...................................................11

C.    CEA's Reliance on MEMC Is Misplaced.................................................12

D.    CEA Relies on Distinguishable, Non-Binding Case Law
from the United States District Court for the Eastern
District of Texas...................................................................................13

VI.    CONCLUSION..................................................................................15

# TABLE OF AUTHORITIES

**Page(s)**

## CASES

*AK Steel Corp. v. Sollac and Ugine,*
    344 F.3d 1234 (Fed. Cir. 2003)........................................................................4

*Anderson v. Liberty Lobby, Inc.,*
    477 U.S. 242 (1986)..............................................................................3, 4

*Caterpillar, Inc. v. Deere & Co.,*
    224 F.3d 1374 (Fed.Cir.2000)........................................................................4

*Celotex Corp. v. Catrett,*
    477 U.S. 317 (1986)..............................................................................4, 5

*Chiuminatta Concrete Concepts, Inc. v. Cardinal Industrial, Inc.,*
    145 F.3d 1303 (Fed. Cir. 1988)........................................................................3

*Dowagiac Manufacturing Co. v. Minn. Moline Plow Co.,*
    235 U.S. 641 (1915)........................................................................4

*Epcon Gas System, Inc. v. Bauer Compressors, Inc.,*
    279 F.3d 1022 (Fed.Cir.2002)........................................................................5

*Golden Blount, Inc. v. Robert H. Peterson Co.,*
    438 F.3d 1354 (Fed. Cir. 2006)........................................................................7

*Knoll Pharm. Co., Inc. v. Teva Pharm. USA, Inc.,*
    367 F.3d 1381 (Fed. Cir 2004)........................................................................3

*MEMC Electric Materials, Inc. v. Mitsubishi Materials Silicon Corp.,*
    420 F.3d 1369 (Fed. Cir. 2005)........................................2, 3, 4, 13, 14

*Manville Sales Corp. v. Paramount System, Inc.,*
    917 F.2d 544 (Fed.Cir.1990)........................................................................5

*Minnesota Min. & Manufacturing Co. v. Chemque, Inc.,*
    303 F.3d 1294 (Fed. Cir. 2002)........................................................................5

*O2 Micro Int'l Ltd.  V. Sumida Corp.* No. 2:03-C 2006 WL. 981987 (E.D.
    Tex. April 12, 2006)........................................................................14, 15

*Rotec Industrial v. Mitsubishi Corp.,*
    215 F.3d 1246 (Fed.Cir.2000)........................................................................4

*Warner-Lambert Co. v. Apotex Corp.,*
    316 F.3d 1348 (Fed. Cir 2003)........................................................................5

## STATUTES

## <u>TABLE OF AUTHORITIES (cont'd)</u>

<u>Page(s)</u>

35 U.S.C. § 271 (a) ...................................................................................................1, 4

Fed. R. Civ. P. 56(e) ...................................................................................................11

## I.    NATURE AND STAGE OF THE PROCEEDINGS

This is a patent infringement litigation initiated by Commissariat à l'Energie Atomique ("Plaintiff" or "CEA") against defendants Chi Mei Optoelectronics ("CMO"), Samsung Electronics Co., Ltd. ("Samsung"), and AU Optronics Corporation ("AUO") (collectively, "Defendants"). The patents-in-suit are U.S. Patents Nos. 4,701,028 ("the '028 patent") and 4,889,412 ("the '412 patent"). The deadlines for fact and expert discovery have passed.

On May 22, 2006, CEA filed a partial summary judgment motion on the issues of CMO's direct infringement and inducement to infringe the patents-in-suit, pursuant to 35 U.S.C. § 271 (a) and (b). (*See* DI 723-725). Defendant CMO submits this answering brief in response to Plaintiff's Motion for Partial Summary Judgment on the Issues of Direct Infringement and Inducement to Infringe Against Defendant Chi Mei Optoelectronics Corporation. CMO and Defendant's have also filed several motions for summary judgment of non-infringement and invalidity (D.I. 675, 678, 691, 694 and 704).

On June 26, 2006, the Court will hear oral arguments on claim construction and motions for summary judgment.

## II.    SUMMARY OF THE ARGUMENT

CEA's summary judgment motion regarding direct infringement and inducement to infringe by CMO should be denied because genuine issues of material fact remain for trial with respect to the issues of direct infringement and inducement to infringe.

While CMO does not dispute that it has sold some units of the accused products directly to the United States, CMO denies that those units infringe. Indeed, CMO has filed summary judgment motions demonstrating why is it entitled to summary judgment of non-infringement (D.I. 678, 694 and 704.

CEA's motion for partial summary judgment that CMO induces infringement in the United States must also fail, because CEA has not shown the requisite knowledge and

intent to support such a finding. Furthermore, there are disputes of material fact that prevent entry of summary judgment. CEA's reliance on *MEMC Elec. Materials, Inc. v. Mitsubishi Materials Silicon Corp.*, 420 F.3d 1369 (Fed. Cir. 2005), is misplaced, and CEA's lone case law from the United States District Court for the Eastern District of Texas is not binding on this Court and is readily distinguished from the facts in this case.

## III.    STATEMENT OF RELEVANT FACTS

### A.    The '028 Patent

The '028 patent issued October 20, 1987, from an application filed May 16, 1985, and asserts priority back to May 18, 1984. The '028 patent is directed toward a liquid crystal cell for use in products with digital displays such as watches or electronic calculators. The '028 patent is discussed extensively in Defendant Chi Mei Optoelectronics Corp.'s Answering Brief in Opposition to Plaintiff Commissariat À L'Energie Atomique's Motion For Partial Summary Judgment, filed concurrently.

### B.    The '412 Patent

The '412 patent issued December 26, 1989, from an application filed February 17, 1987, and asserts priority back to February 28, 1986. The '412 patent is directed toward a liquid crystal cell that uses the electrically controlled birefringence effect and that has a compensating medium to improve the contrast of the cell, which can be used in the production of data display devices, such as matrix screens, and the construction of complex screens for color display purposes. The '412 patent is discussed extensively in Defendant Chi Mei Optoelectronics Corp.'s Answering Brief in Opposition to Plaintiff Commissariat À L'Energie Atomique's Motion For Partial Summary Judgment, filed concurrently.

### C.    CMO's LCD Manufacturing and Distribution Practice

The general practice by which CMO's LCD modules are incorporated into final LCD products that are sold world-wide by brand-name manufacturers involves several

steps and parties. CMO is a module supplier, and it manufactures modules according to specifications supplied to it by Original Equipment Manufacturers ("OEMs"). OEMs purchase modules from CMO and then integrate the modules into displays, which are then sold to brand-name entities ("Brands") that sell finished displays world-wide. For example, and as discussed below, CMO modules are incorporated into brand-name products, such as Hewlett-Packard ("HP"), Dell Corporation ("Dell"), and Viewsonic Corporation ("Viewsonic"). This practice has been described by CMO's witnesses and confirmed at the depositions of 30(b)(6) Brand witnesses.

## IV.    LEGAL STANDARDS

### A.    Summary Judgment

Summary judgment may be granted in a patent case "when there are no disputed issues of material fact." *Knoll Pharm. Co., Inc. v. Teva Pharm. USA, Inc.*, 367 F.3d 1381, 1384 (Fed. Cir. 2004) (per curiam) (citing *Chore-Time Equip., Inc. v. Cumberland Corp.*, 713 F.2d 774, 778-79 (Fed. Cir. 1983)). Summary judgment is appropriate only if, when the facts are viewed in the light most favorable to the nonmoving party and all doubts are resolved against the movant, there are no genuine issues of material fact and the moving party is entitled to judgment as a matter of law, *MEMC Elec. Materials, Inc. v. Mitsubishi Materials Silicon Corp.*, 420 F.3d 1369, 1373 (Fed. Cir. 2005), or, in other words, when "no 'reasonable jury could return a verdict for the nonmoving party.'" *Chiuminatta Concrete Concepts, Inc. v. Cardinal Indus., Inc.*, 145 F.3d 1303, 1307 (Fed. Cir. 1988) (quoting *Anderson v. Liberty Lobby, Inc.*, 477 U.S. 242, 248 (1986)).

The movant has the initial burden to prove that there are no genuine issues of material fact. *MEMC Elec. Materials*, 420 F.3d at 1373 (citing *Celotex Corp. v. Catrett*, 477 U.S. 317, 322-24 (1986)). If the movant makes this showing, then the burden of production shifts to the nonmovant to present specific evidence indicating there is a genuine issue for trial. *MEMC Elec. Materials*, 420 F.3d at 1373. "When ruling on a

motion for summary judgment, all of the nonmovant's evidence is to be credited, and all justifiable inferences are to be drawn in the nonmovant's favor." *Caterpillar, Inc. v. Deere & Co.*, 224 F.3d 1374, 1379 (Fed.Cir.2000); *see also AK Steel Corp. v. Sollac and Ugine*, 344 F.3d 1234, 1238 (Fed. Cir. 2003) ("The evidence of the nonmovant is to be believed, and all justifiable inferences are to be drawn in his favor." (quoting *Liberty Lobby,* 477 U.S. at 255).

### B.    Direct Infringement

"Except as otherwise provided in this title, whoever without authority makes, uses, offers to sell, or sells any patented invention, within the United States, or imports into the United States any patented invention during the term of the patent therefor, infringes the patent." 35 U.S.C. § 271(a).  It is well-established that section 271(a) is limited to infringing activities that occur within the United States. *See Rotec Indus. v. Mitsubishi Corp.*, 215 F.3d 1246, 1251 (Fed. Cir. 2000) ("These extraterritorial activities however, are irrelevant to the case before us, because '[t]he right conferred by a patent under our law is confined to the United States and its territories, and infringement of this right cannot be predicated of [sic] acts wholly done in a foreign country.'" (quoting *Dowagiac Mfg. Co. v. Minn. Moline Plow Co.*, 235 U.S. 641, 650 (1915)).

### C.    Inducement of Infringement

"Whoever actively induces infringement of a patent shall be liable as an infringer." 35 U.S.C. § 271(b).  To succeed on a claim of inducement, the patentee must first show that there has been direct infringement, *see Epcon Gas Sys., Inc. v. Bauer Compressors, Inc.*, 279 F.3d 1022, 1033 (Fed.Cir.2002), and "that the alleged infringer knowingly induced infringement and possessed specific intent to encourage another's infringement." *Minnesota Min. & Mfg. Co. v. Chemque, Inc.*, 303 F.3d 1294, 1304-5 (Fed. Cir. 2002) (citing *Manville Sales Corp. v. Paramount Sys., Inc.*, 917 F.2d 544, 553 (Fed.Cir.1990)).  "Mere knowledge of possible infringement by others does not amount

4

to inducement; specific intent and action to induce infringement must be proven."
*Warner-Lambert Co. v. Apotex Corp.*, 316 F.3d 1348, 1364 (Fed. Cir. 2003).

## V.    ARGUMENT

CEA is not entitled to summary judgment on the issues of direct infringement and inducement to infringe against Chi Mei as a matter of law. CEA's motion for summary judgment is predicated on CEA's distorted interpretation of the record. On a motion for summary judgment, the movant has the initial burden to prove that there are no genuine issues of material fact. If the movant meets its burden, then the burden shifts to the nonmoving party to establish that there are material facts at issue. The Court is to accept as true the assertions that the nonmovant makes.

CEA has not met its initial burden to show that there are no disputed issues of material fact. As demonstrated below, CMO identifies facts in the record that contradict the facts that CEA has introduced to support its motion for summary judgment. Such factual disputes preclude a finding of summary judgment. *See Celotex Corp*, 477 U.S. at 322. Accordingly, CEA's motion must be denied.

### A.    Facts Material to Direct Infringement Are in Dispute and Preclude Summary Judgment to CEA.

As a fundamental matter, CMO falsely claims that "CMO admits that it has directly infringed on CEA's patents," and "CMO admits that it has directly infringed CEA's patent by selling and importing its infringing modules in and into the United States." (D.I. 724 at 2). These assertions are baseless and untrue. CEA offers no citations in support of these assertions because there simply is no support. As is set forth in CMO and AUO's Joint Motion for Summary Judgment of Noninfringement (D.I. 706), as well as in CMO's responses to contention interrogatories and expert reports, CMO strongly denies that it infringes and believes it is entitled to summary judgment of no infringement.

5

**B.     Facts Material to Indirect Infringement Are in Dispute and Preclude Summary Judgment to CEA.**

CEA attempts to establish that CMO induces infringement by presenting "undisputed material evidence" that CMO "has continuously sold and offered to sell its infringing VA mode modules into distribution channels that it knew would ultimately carry those modules into the United States." (D.I. 724 at 18.) CMO disputes CEA's characterization of the evidence and asserts that genuine material issues of fact are in dispute.

To establish inducement of infringement, CEA must prove that CMO not only had knowledge of possible infringement by others but also that CMO had the specific intent and took action to induce infringement. Disputes of material fact preclude any such finding.

Direct infringement is a prerequisite for indirect infringement, but CEA has not demonstrated that the patents-in-suit have been directly infringed. Furthermore, in its attempt to show that CMO induces infringement in the United States by influencing Brands' actions throughout the module manufacturing and distribution process, CEA distorts the record. Thus, even CEA had established direct infringement, genuine disputes as to facts material to indirect infringement preclude summary judgment to CEA.

**1.     Genuine Disputes as to Facts Material to Direct Infringement Preclude Summary Judgment to CEA on Indirect Infringement.**

Direct infringement is a prerequisite for inducement. To prevail on its claim of inducement to infringe, CEA must prove that the products containing CMO LCD panels sold or imported into the United States meet every claim limitation of a valid and enforceable patent claim. *Golden Blount, Inc. v. Robert H. Peterson Co.*, 438 F.3d 1354, 1372 (Fed. Cir. 2006) ("It is horn-book law that '[l]iability for either active inducement

6

of infringement or contributory infringement is dependent upon the existence of direct

infringement.'") (*quoting Joy Techs., Inc. v. Flakt, Inc.*, 6 F.3d 770, 774 (Fed.Cir.1993)).

CEA has not proven direct infringement. Even if CEA had proven direct infringement,

however, summary judgment of inducement to infringe is improper because genuine

issues of material fact exist with respect to this issue.

> ### 2.    Genuine Disputes as to Facts Regarding CMO's LCD Manufacturing and Distribution Practice Preclude Summary Judgment to CEA on Indirect Infringement.

CEA incorrectly represents CMO's LCD manufacturing and distribution practice:

"Displays are not created and distributed in simple stepwise fashion, such that the Brand

contracts with the OEM to build a Display and then the OEM independently contracts

with Module manufacturers to obtain modules for those Displays. Rather, in actual

practice, CMO, the OEMs and the Brands are constantly coordinating their efforts with

each other and working to influence each other's decisions and activities." (D.I. 724 at

6.) CEA's assertion is directly contradicted by testimony from the Viewsonic third party

deponent,                **REDACTED**

(Hayes Decl. Ex. B at 9.[1]) Therefore, this is an issue that needs to be resolved at trial.

> ### 3.    CEA's Sole Claim that CMO Knows the United States Market & that Brands Are Infringing Is Disputed.

CEA has identified one, and only one, instance in which it claims that CMO was

aware that accused modules it was manufacturing for a Brand were to be sold in the

United States. CEA cites to an October 2, 1999 Long Term Agreement for LCDs

---

[1] That CMO does not control its customers or the ultimate destination of the products it
sells to them has been supported by sworn declarations from the outset of this case.
Weng-Hung Huang submitted a declaration in support of Chi Mei Optoelectronics
Corporation's Motion to Dismiss (D.I. 12) nearly three years ago, on July 15, 2003.
Mr. Huang stated then, and CMO has maintained, that "Chi Mei does not directly or
otherwise suggest to its customers – or its customer's customers – how or where they
should sell their products that contain Chi Mei products. Chi Mei does not control the
destination of these products." (D.I. 12 at paragraph 4) (emphasis added).

between Dell and CMO to allegedly prove "that CMO has known since 1999 that Dell sells its products containing CMO's VA mode modules in the United States." (D.I. 724 at 19.) A review of the Long Term Agreement and CMO's products, though, shows the flaws in this contention. Attachment #1 to the Long Term Agreement, paragraph 4, shows the volume of 14.1" LCD TFT panels that CMO agreed to provide to Dell for possible use with the United States government during the years 2000-2002. CMO, though, never sold 14.1" panels using VA technology to Dell. (Hayes Decl. at Ex. C.) Rather, the Long Term Agreement refers to CMO modules that incorporate twisted nematic ("TN") technology – technology that is not at issue in this case. (Hayes Decl. at Ex. C.) Accordingly, this Long Term Agreement does not establish that Dell was selling accused products in the United States, as CEA claims.[2]

### 4. The Evidence Does Not Show that CMO Encourages Infringing Activities by Third Parties.

CEA claims that "CMO actively participates in industry trade organizations in order to cement its ties to U.S. Brands and OEMs." (D.I. 724 at 8.) As support for this assertion, CEA cites to the deposition transcripts of Mr. Yang and Ms. Yuan. A review of the cited deposition transcript portions shows a completely different picture from what CEA suggests. When questioned about a Consumer Electronics Show in Las Vegas that he attended, Mr. Yang testified that (1) CMO had no booths at the show, (2) CMO did not give any presentations at the show, and (3) CMO did not distribute any documents or handouts at the show. (Hayes Decl. Ex. A at 31-32.) Likewise, during her deposition, Ms. Yuan was questioned about her attendance at the Consumer Electronics Show in Las Vegas. She did not recall actively participating in the show. Rather, she described why she attends these shows in the following way – "Basically, if I have time, I will go and just to see the show." (Hayes Decl. Ex. D at 109.)

---

[2] CEA complains that CMO did not produce this document during discovery: "Curiously, CMO did not produce the long term agreement in discovery. CEA was forced to obtain it from Dell through third party discovery." (D.I. 724 at 20.). The agreement was not produced, however, because it does not relate to accused products.

CEA also claims that "Yuan also stated that she has represented CMO at Society for Information Display ("SID") meetings in the United States." (D.I. 724 at 31.) However, the portion of Ms. Yuan's deposition transcript that CEA cites to provides the following, in direct contradiction to CEA's assertion:

> Q.    How about the Society for information Display?
> Ms. Moerke:    Objection; form, vague.
> The Witness:  Are you referring to SID show?
> BY MR. CONNOR:
> Q.    Yes.
> A.    I have not attended those.
> Q.    Never?
> A.    Correct.

(Hayes Decl. Ex. D at 97-98.)

CEA also claims that CMO intentionally induces others to infringe by "regularly ship[ping] samples of its modules, including VA mode modules, into the United States for promotional purposes," (D.I. 724 at 24.) To support this claim, CEA cites to the deposition transcript of Mr. Yang at 21-27. (See Hayes Decl. Ex. C at 21-27.) There is simply no support for CEA's claims in this citation. Mr. Yang never stated that the samples used VA technology. Furthermore, the only quantity provided by Mr. Yang, was that there were "[p]ossibly three pieces, five pieces, or ten pieces; something to that extent," sent to ID Tech USA in 2005. (Hayes Decl. Ex. A at 23.)

CMO does intermittently communicate directly with Brands. However, CMO does not control where the panels are ultimately sold once they are sold to OEMs or arrive at the Brands. (See e.g., Hayes Decl. Ex. E at 163) ("Q. Once CMO sends the panel to HP, does CMO have control as to where HP sells the product? A. No, of course not."). Furthermore, CEA's characterization that "Dell describes itself as a 'matchmaker' between OEMs and Module Suppliers" is misleading. (D.I. 724 at 7.) A review of Dell's

9

30(b)(6) deposition transcript shows that counsel for CEA introduced this term in its question in a transparent attempt to distort the Brands' roles. (Hayes Decl. Ex. F at 60.)

**5.     Genuine Disputes as to the Volume of CMO's Sales in the United States Preclude Summary Judgment to CEA on Indirect Infringement.**

CMO disputes the volume of sales of Displays incorporating the accused VA technology that CEA alleges it induces in the United States. CEA makes the following claims with respect to Dell, Viewsonic, and HP:

**REDACTED**

The deposition testimony of Dell, Viewsonic and HP's 30(b)(6) witnesses demonstrate that the volume of sales identified by CEA is speculative and does not constitute undisputed material facts. CEA's sales volumes are based upon speculation.

**REDACTED**

---

[3] CEA took the deposition of ViewSonic over CMO's objection that it occurred outside of the fact discovery period. This deposition should not be admissible at trial for this reason and cannot support a summary judgment request. Fed. R. Civ. P. 56(e).

10

REDACTED

CEA's calculations are speculative and based on estimates. Yet CEA is asking the Court to grant its motion making it "unnecessary for proof to be presented at trial as to CMO's direct sales in the United States *and CMO's inducement to infringe sales in the United States*." (D.I. 724 at 1)(emphasis added). As demonstrated above, CEA has not established undisputed material facts regarding the volume of Brands' sales that it claims CMO induces. Further evidence needs to be presented at trial for the jury to weigh and adjudicate.[4] Accordingly, for this reason, summary judgment on direct infringement is improper.

6.   **Genuine Disputes as to CMO's Product and Technical Support to OEMs and Brands in the United States Preclude Summary Judgment to CEA on Indirect Infringement.**

CEA claims that "CMO meets frequently with Brands to review product plans, market situations and specifications, among many other things." (D.I. 724 at 9.) To support this claim, CEA cites to Mr. Yang's deposition transcript at 268-81. (See Hayes

---

[4] CEA states in its opening brief that the sales data presented "are not a comprehensive listing of CMO's inducement, because CEA still has several third party subpoenas pending that will likely lead to further evidence of CMO's active inducement of infringement." (D.I. 724 at 37.) In CEA's own words, it has not yet developed a record to support its motion for summary judgment on the issue of inducement. CEA is still seeking third party discovery despite being over a full month past the discovery cutoff.

Decl. Ex. A at 268-281.)  A review of this portion of the transcript shows that Mr. Yang simply testified about business trips of CMO employees to the U.S.  The destinations of CMO employees was discussed, but there was no testimony that CMO employees reviewed product plans, market situations or specifications.  Furthermore, that CMO representatives may have visited the international headquarters of Brands in the United States is not sufficient to establish a concerted effort by CMO to encourage, direct, or influence the geographic distribution of products incorporating CMO panels as is required to demonstrate inducement.

CEA also cites to Ms. Yuan's deposition transcript at 39-42 for the proposition that "IDT San Jose Office is one of our offices." (D.I. 724 at 22.)  However, the next question and answer clarify Ms. Yuan's statement.  "Q.  So IDT is owned by CMO.  Is that what you're saying?" A. I don't know about that." (Hayes Decl. Ex. D at 22.)

As demonstrated by the examples above, the facts supporting CEA's claim are not "undisputed" facts that CEA has asserted to demonstrate that CMO induces infringement.  This is precisely the situation when summary judgment is inappropriate.  The parties disagree on material facts.  These issues should be presented to the jury for adjudication since it is not simply a matter of law for the Court to resolve.

## C.    CEA's Reliance on MEMC Is Misplaced

CEA relies on MEMC *Elec. Materials, Inc. v. Mitsubishi Materials Silicon Corp.*, 420 F.3d 1369 (Fed. Cir. 2005) throughout its brief to support its motion for partial summary judgment on the issue of inducement of infringement against CMO.  In its brief, CEA identifies four factors  that the Federal Circuit identified that support an inducement to infringe claim. *MEMC Elec. Materials,* 420 F.3d at 1379-80.  This case, though, cuts against CEA's motion for partial summary judgment on the issue of inducement to infringe and is distinguishable from the instant case.

In *MEMC*, the Federal Circuit reversed the district court's grant of summary judgment of non-infringement based on inducement of infringement.  In reversing the

12

district court's grant of summary judgment of non-infringement based on inducement of infringement and concluding that it "was not prepared to hold that a reasonable jury could not find intent to induce infringement," *Id.* at 1379, the Federal Circuit referenced e-mail communications between the defendant and the third party. The Court reasoned that "the series of e-mails between [the defendant] and [the third party] provide sufficient circumstantial evidence for a reasonable jury to conclude that *[the defendant] was not only aware of the potentially infringing activities in the United States by [the third party], but also that [the defendant] intended to encourage those activities.*" *Id.* at 1380 (emphasis added). In the instant case, CEA has not shown that CMO was aware of potentially infringing activities in the United States when it sold accused modules to OEMs. Likewise, CEA has not shown that CMO encouraged or took specific actions to induce infringement in the United States.

In addition, CEA is asking this Court to do exactly the opposite of what the Federal Circuit did in *MEMC* – namely to find that there are no issues of material fact and grant a motion for summary judgment for inducement of infringement on summary judgment. This is improper given the material issues of fact that exist, as highlighted throughout this brief, and the Federal Circuit's guidance on this issue. As was the case in *MEMC*, the introduction of evidence during trial for the jury to consider in this matter is necessary.

**D.    CEA Relies on Distinguishable, Non-Binding Case Law from the United States District Court for the Eastern District of Texas.**

CEA devotes three pages of its brief to rely upon a recent, non-binding decision in the United States District Court for the Eastern District of Texas to support its argument that CMO induces infringement. CEA cites to *O2 Micro Int'l Ltd. V. Sumida Corp.* No. 2:03-CV-07, 2006 WL 981987, slip op. (E.D. Tex. April 12, 2006), a case that CEA characterized as "strikingly similar to the facts and issue in the instant case," to support

13

its assertion that CMO induced infringement in the instant matter. (D.I. 724 at 37.) The *O2 Micro* case is clearly distinguishable from the instant case.

In *O2 Micro*, the defendant moved for judgment as a matter of law on a jury's finding of induced infringement because it sold inverter modules to an OEM outside the United States, which then sold the modules to Dell, who incorporated the infringing components into laptops sold in the U.S. *Id.* at *1. The court denied defendant's motion and concluded the evidence supported the jury's verdict. Like in *MEMC*, the Court, in reaching this conclusion, stated that "[t]he correspondence between [the defendant] and Dell provides evidence from which a jury could infer that [the defendant] knew its modules would be imported into the United States *and sought to meet Dell's specifications to exploit the domestic market.*" *Id.* at *2 (emphasis added). In *O2 Micro*, the defendant specifically worked with Dell to meet Dell's specifications to exploit the United States market.

In the instant case, CEA offered no evidence to show that CMO works directly with any of the Brands to provide modules to provide sales to the domestic market. In fact, CMO receives specifications from the intermediary OEMs for modules that are sold world-wide. CMO is generally unaware of and has no control over the final destination of its modules once they are sold to the OEMs. While there are some direct interactions between CMO and the Brands, there are no discussions regarding specific products to be sold in specific markets, including the United States. This critical difference makes this non-binding opinion inapposite to this case.

Likewise, in the instant case, CEA is asking the Court to grant its motion for partial summary judgment that CMO directly infringes and induces infringement of the patents-in-issue. In *O2 Micro*, the court determined that the evidence presented during trial supported the jury's verdict of induced infringement. Here, CEA is asking the Court to make a determination before trial that CMO induced infringement based on the scant and equivocal evidence introduced in its motion. As CMO's answering brief in

14

opposition to CEA's motion for partial summary judgment has shown, there is material evidence that conflicts with the evidence that CEA points to in support of its motion, and therefore summary judgment is not appropriate.

## VI.    CONCLUSION

For at least the foregoing reasons, CMO respectfully requests that the Court deny CEA's Motion for Partial Summary Judgment on the Issues of Direct Infringement and Inducement to Infringe Against Defendant Chi Mei Optoelectronics Corporation.

Dated:  June 6, 2006               FISH & RICHARDSON P.C.


By:  */s/ Sean P. Hayes*  _____
     William J. Marsden, Jr. (# 2247)
     (marsden@fr.com)
     Sean P. Hayes (#4413)
     (hayes@fr.com)
     919 N. Market Street, Suite 1100
     P.O. Box 1114
     Wilmington, DE  19899-1114
     (302) 652-5070

     Michael J. McKeon
     Fish & Richardson P.C.
     1425 K Street, N.W., 11th Floor
     Washington, DC  20005-2500
     (202) 783-5070

     Katherine Moerke
     Fish & Richardson P.C.
     3300 Dain Rauscher Plaza
     60 South Sixth Street
     Minneapolis, MN 55402
     (612) 335-5070

     Attorneys for Defendant
     Chi Mei Optoelectronics Corporation

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of June, 2006, a true and correct copy of

**Defendant Chi Mei's Answering Brief in Opposition to CEA's Motion for Partial**

**Summary Judgment on the Issues of Direct Infringement and Inducement to**

**Infringe Against Defendant Chi Mei** was caused to be served on the attorneys of record

at the following addresses as indicated:

**BY HAND AND EMAIL**
Richard D. Kirk, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE  19801

**BY FEDERAL EXPRESS AND EMAIL**
Gaspare J. Bono
Lora Brzezynski
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC 20006

**BY HAND AND EMAIL**
Gerard M O'Rourke
Womble Carlyle Sandridge & Rice, PLLC
222 Delaware Avenue
15th Floor
Wilmington, DE  19801

**BY HAND AND EMAIL**
Richard L. Horwitz
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street, 6th Floor
Wilmington, DE  19899

_/s/ Sean P. Hayes_
Sean P. Hayes

# EXHIBIT 25



| Unresolved Issue? |

Copyright 1999-2007 Dell Inc.

Choose A Country/Region  United States

Battery Recall | About Dell | Conditions of Sale & Site Terms | Unresolved Issues | NEW Privacy Policy | Contact Us | Site Map |    Feedback    ▲ Top

Large Text

sn DWW1

# Dell at a Glance

- Company Facts
- Products and Services
- Dell Financials
- Dell Worldwide
- Dell History

**The Company**

Dell Inc. listens to customers and delivers innovative technology and services they trust and value. Uniquely enabled by its direct business model, Dell sells more systems globally than any computer company, placing it No. 25 on the Fortune 500. Dell's climb to market leadership is the result of a persistent focus on delivering the best possible customer experience by directly selling standards-based computing products and services. Revenue for the last four quarters totaled $57.9 billion and the company employs approximately 78,700 team members around the globe.

Dell was founded in 1984 by Michael Dell, the longest-tenured executive to lead a company in the computer industry. The company is based on a simple concept: by selling computer systems directly to customers, Dell could best understand their needs and efficiently provide the most effective computing solutions to meet those needs. This direct business model eliminates retailers that add unnecessary time and cost, or can diminish Dell's understanding of customer expectations. The direct model allows the company to build every system to order and offer customers powerful, richly-configured systems at competitive prices. Dell also introduces the latest relevant technology much more quickly than companies with slow-moving, indirect distribution channels, turning over inventory in just five days on average.

**The Dell Effect**

For more than 20 years, Dell has revolutionized the industry to make computing accessible to customers around the globe, including businesses, institutional organizations and individual consumers. Because of Dell's direct model—and the industry's response to it—information technology is more powerful, easier to use and more affordable, giving customers the opportunity to take advantage of powerful new tools to improve their businesses and personal lives.

Dell has demonstrated this effect time and again as it enters new, standardized product categories, such as network servers, workstations, mobility products, printers and other electronic accessories. Nearly one out of every five standards-based computer system sold in the world today is a Dell. This global reach indicates our direct approach is relevant across product lines, regions and customer segments.

**Balancing Liquidity, Profitability and Growth**

Dell's high return to shareholders has been the result of a focused effort over time to balance growth with profitability and liquidity. Dell has consistently led its largest competitors in each of those categories.

You are here: ▦ USA

🖨 Printable Version          ▲ Top

Copyright 1999-2007 Dell Inc.

Battery Recall | About Dell | Conditions of Sale & Site Terms | Unresolved Issues | NEW Privacy Policy | Contact Us | Site Map | Feedback

http://www.dell.com/content/topics/global.aspx/corp/background/en/facts?c=us&l=en&s=corp&~section=000&~ck=mn (1 of 2)5/21/2007 21:28:27

Dell Direct Store



No Interest for 3 Months!* For new and existing best-qualified customers*. Limited time offer. ▶ Offer Details

## Discover Dell Direct Stores

**Face-to-face service. 150+ US locations. Bag-free shopping.**

Come see why we're America's favorite PC at a Dell™ Direct Store in a location near you!

Dell Direct Stores are mall kiosks - not franchises - with the same prices and promotions available on Dell.com. Experience Genuine Windows Vista™ firsthand on the latest Dell Notebooks and Desktops, or browse our selection of Dell Printers and TVs. It's all here. You can talk to a Dell expert face-to-face and find the perfect PC, TV, or Printer just for you. Then customize it, order it and have it shipped right to your home!

Stop by a Dell Direct Store today to see how easy PC and electronics shopping can be.

Or shop Notebooks, Desktops, Televisions, Printers, Handhelds and more - online right now!

## Start Shopping



▶ Desktops   ▶ Notebooks   ▶ TVs   ▶ Electronics & Accessories

## Dell Direct Store Featured Systems

## Find a Store - Details

If you are unable to view the Dell Direct Store locations using the map above, click below to download a PDF listing.
More Details

## Windows Vista



**The Wait Is Over**
Learn more about Genuine Windows Vista™.
More Details

## Introducing the NEW Dell Direct Store

## Advertised Systems

Enter the E-value code for the advertised system that interests you.
More Details



Dell Direct Store

You are here: ▦ USA > Home & Home Office



**Dimension E520**
- Intel® Core™ 2 E6320 Duo Processor (4MB L2 cache, 1.86GHz, 1066FSB)
- FREE Upgrade to Genuine Windows Vista™ Home Premium w/1GB memory
- 19 inch SP1908FP Silver Flat Panel Monitor w/TrueLife™ (Glossy Screen)
- FREE Shipping and Handling

⊕ **Customize It**

Starting at
**$1,328**
**$1,178**
After $150 Off
Instantly/
Offer Details

As low as **$36**/
month*


Apply
Now |

Learn More



**Inspiron E1405**
- Intel® Core™ DUO T2350 (1.86GHz, 2MB L2 Cache, 533MHz FSB)
- FREE Upgrade to Genuine Windows Vista™ Home Premium with 1GB of memory
- Centrino Mobile Technology
- 1GB DDR2 SDRAM at 533MHz, 2 Dimm
- FREE Shipping and Handling.

⊕ **Customize It**

Starting at
**$1,426**
**$1,226**
After $200 Off
Instantly/
Offer Details

As low as **$37**/
month*

Apply
Now |

Learn More

🖶 Printable Version

▲ Top

The Home & Home Office site and offers contained herein valid only for end users and not for resellers and/or online auctions. Pricing, specifications, availability and terms of offers may change without notice. Taxes, fees, shipping and handling and any applicable restocking charges are extra, and vary. Dell Home & Home Office new purchases only. Limit of 5 systems per customer please. Dell cannot be responsible for pricing or other errors, and reserves the right to cancel orders arising from such errors.

1 DELL PREFERRED ACCOUNT (DPA): Offered by CIT Bank to qualified U.S. residents with approved credit. Creditworthiness determined by lender. Taxes, fees, shipping, handling, and any other applicable charges are extra, and vary. Monthly payments based on pre-rebate price. Minimum monthly payments of $15 or 3% of account balance, whichever is greater. Qualifying for the Dell Preferred Account does not guarantee eligibility for No Interest or other promotional financing features. Qualifications vary by promotion.

NO INTEREST FOR 3 MONTHS PROMOTIONAL FEATURE: FOR BEST- QUALIFIED DPA CUSTOMERS, as determined by lender. Available on DPA purchases made from 04/26/2007 through 05/30/2007. Interest accrues during the promotional period and will be added to the account if balance not paid by 09/01/2007. Minimum monthly payments are required. For accounts not paid in full by 09/01/2007, account balance and new purchases will be subject to the Standard Rate (17.24% – 29.99% variable APR, which can increase or decrease, as of 02/28/2007, depending on creditworthiness).

Battery Recall | About Dell | Conditions of Sale & Site Terms | Unresolved Issues | NEW Privacy Policy | Contact Us | Site Map | Visit ID | 🄍 Feedback

Copyright 1999-2007 Dell Inc.

## Dell Direct Store

### Texas
*Dallas–Ft. Worth Area*
**NorthPark Center**
8687 N. Central Expressway
Dallas, TX 75225
214-747-3355
Located on the 2nd floor, between Skechers and MetroPark

## Dell Direct Store Kiosks

### Alabama
*Birmingham Area*
**Riverchase Galleria**
3000 Riverchase Galleria
Hoover, AL 35244
205-985-3599
Located outside of Banana Republic and Coach

### Arizona
*Phoenix Area*
**Chandler Fashion Center**
3111 W Chandler Blvd
Chandler, AZ 85226
480-963-1366
Located on Level 1 near the Sleep Number Store

### California
*Los Angeles Area*
**Los Cerritos Mall**
9027 Los Cerritos Center
Cerritos, CA 90703
562-402-7291
Near the Finish Line and Victoria's Secret

**Montebello Town Center**
2134 Montebello Town Center Drive
Montebello, CA 90640
323-869-1762
On 2nd floor in front of Macy's

**South Bay Galleria**
1815 Hawthorne Blvd
Redondo Beach, CA 90278
310-370-5816
On 3rd near the food court in front of KB Toys

**Westfield Santa Anita**
400 S. Baldwin Ave
Arcadia, CA 91007
626-447-7738
Outside of JC Penney and hallway towards food court

**Westfield Topanga**
6600 Topanga Canyon Blvd
Canoga Park, CA 91303
818-704-7738
Located on the 1st floor, outside of Nordstrom

**Westfield Valencia**
24201 West Valencia Blvd
Valencia, CA 91355
661-254-0635
On the 1st floor next to the food court

*Orange County Area*
**The Shops at Mission Viejo**
555 Shops at Mission Viejo
Mission Viejo, CA 92691
949-365-0437
Located on the lower level outside of Macy's

**Westfield MainPlace**
2800 N Main Street
Santa Ana, CA 92075
714-973-9054
Lower level between The Picture People and Hallmark

*Riverside Area*
**Ontario Mills**
One Mills Circle
Ontario, CA 91764
909-481-5018
Between the Rainforest Café and Dave & Busters

**The Promenade in Temecula**
40820 Winchester Road
Temecula, CA 92591
951-699-8570
On the lower level near Macy's

*Sacramento Area*
**Galleria at Roseville**
1151 Galleria Blvd
Roseville, CA 95678
916-771-4707
Outside of Macy's and Discovery Channel

*San Bernardino Area*
**Inland Center Mall**
500 Inland Center Drive
San Bernardino, CA 92408
909-884-7539
Near Gottschalks and Mastercuts

*San Diego Area*
**Westfield North County**
272 East Via Rancho Parkway
Escondido, CA 92025
760-737-8352
Located on the first floor in front of Macy's

*San Francisco Area*
**Stoneridge Shopping Center**
One Stoneridge Mall
Pleasanton, CA 94588
925-734-0620
On lower level outside of Sears and Starbucks

**Stonestown Mall**
3251 20th Ave
San Francisco, CA 94132
415-681-9692
On the main level near Fitness USA, Regis Hair
Salon and Sunshine Health

*San Jose Area*
**Westfield Oakridge**
925 Blossom Hill Road
San Jose, CA 95123
408-227-1845
Outside of Border's bookstore

**Westfield Valley Fair**
2855 Stevens Creek Blvd
Santa Clara, CA 95050
408-615-1090
Next to Sephora and Rockport Shoes

*Vallejo Area*
**Westfield Solano**
1350 Travis Blvd
Fairfield, CA 94533
707-438-7629
Outside of Mervyn's and See's Candies

## Colorado
*Denver Area*
**FlatIron Crossing**
1 West FlatIron Circle
Broomfield, CO 80021
303-410-4991
Located on the upper level between Gamestop
and Foot Locker

## Connecticut
*Danbury Area*
**Danbury Fair Mall**
7 Backus Avenue
Danbury, CT 06810
203-743-5492
Located on the first floor in front of Foot Locker
and The Gap

*Trumbull Area*
**Trumbull**
5065 Main St
Trumbull, CT 06611
203-373-1584
Located on the upper level outside of Lane
Bryant

## Delaware
*Newark Area*
**Christiana Mall**
715 Christiana Mall
Newark, DE 19702
302-368-3768
Located in the Lord and Taylor wing, in front of
Gap Kids

## Florida
*Jacksonville Area*
**The Avenues**
10300 Southside Blvd
Jacksonville, FL 32256
904-519-8157
Located near the Ruby Tuesday entrance next to
the escalators

*Miami-Ft. Lauderdale Area*
**Broward Mall**
8000 W Broward Blvd
Plantation, FL 33388
954-473-5889
Located near JC Penney and Hollister

**Dadeland Mall**
7535 N. Kendall Drive
Miami, FL 33156
786-268-4033
Located near Saks 5th Avenue and Tous

**Pembroke Lakes Mall**
11401 Pines Blvd
Pembroke Pines, FL 33026
954-441-1299
Next to JC Penney and Gap Kids

**The Mall at Wellington Green**
10300 W Forest Hill Blvd
Wellington, FL 33414
561-204-5671
Located near City Furniture and Helzberg
Diamonds

**Town Center at Boca Raton**
6000 Glades Road
Boca Raton, FL 33431
561-394-3274
Near Nordstrom's, inside from Legal Sea Food
and Bacio restaurants

*Orlando-Daytona Area*
**Altamonte Mall**
451 E Altamonte Ave
Altamonte Springs, FL 32701
407-265-2200
On the lower level in the Dillard's wing between
Limited Too and Aeropostale

**Orlando Fashion Square**
3201 E Colonial Dr
Orlando, FL 32803
407-897-3119
In the west concourse near Sears and Whitehall
Jewelers

**West Oaks Mall**
9401 W Colonial Dr
Ocoee, FL 34761
407-578-5939
Near the movie theater in the food court
between Cinnabon and Perfumania

*Sarasota Area*
**Westfield Southgate**
3501 South Tamiami Trail
Sarasota, FL 34239
941-365-8071
Located next to the Food Court

*Tampa Area*
**Westfield Brandon**
347 Brandon Town Center
Brandon, FL 33511
813-571-1890
Located on the West end by JC Penney

**Westfield Citrus Park**
8021 Citrus Park Town Center Mall
Tampa, FL 33625
813-792-5480
Located on the East end by Macy's

**Westfield Countryside**
27001 US 19 North
Clearwater, FL 33761
727-791-7930
On the lower level next to JC Penney

**Westshore Plaza**
250 Westshore Blvd
Tampa, FL 33609
813-281 0015
Located one the West end near JC Penney

# Georgia
*Atlanta Area*
**Lenox Square Mall**
3393 Peachtree Road NE
Altanta, GA 30326
404-504-9576
Between Abercrombie & Fitch and American
Eagle Outfitters

**North Point Mall**
1000 North Point Circle
Alpharetta, GA 30022
678-366-1813
Near White House/Black Market & Pottery Barn

**Town Center at Cobb**
400 Ernest W Barrett Pkwy Nw
Kennesaw, GA 30144
770-424-4670
In front of Finish Line

# Illinois
*Chicago Area*
**Northbrook Court**
2171 Northbrook Court
Northbrook, IL 60062
847-480-7886
On the 2nd floor in the middle of the mall near
Lord & Taylor

**Orland Square Mall**
W 151st Street and S La Grange Rd
Orland Park, IL 60462
708-364-9373
On the 2nd level in the middle of the mall
outside of JC Penney

**Westfield Fox Valley**
195 Fox Valley Center Dr.
Aurora, IL 60504
630-820-1002
Between Ruby Tuesday's and Panera Bread

**Westfield Hawthorn**
122 Hawthorn Center
Vernon Hills, IL 60061
847-680-0480
In the middle of the mall just off of center court

**Yorktown Center**
Highland + Butterfield
Lombard, IL 60148
630-495-3697
On the upper level outside of JC Penney

*St. Louis, MO Area*
**St. Clair Square**
134 St. Clair Square
Fairview Heights, IL 62208
618-624-3027
Located on the lower level next to Victoria's
Secret

# Indiana
*Indianapolis Area*
**Castleton Square**
6020 East 82nd Street
Indianapolis, IN 46250
317-570-1343
Located near Bombay Company and NY &
Company

**Greenwood Park**
1251 US Highway 31 N
Greenwood, IN 46142
317-888-0956
Located near Trade Secret and C.J. Banks

## Iowa
*Des Moines Area*
**Jordan Creek Town Center**
101 Jordan Creek Pkwy
West Des Moines, IA 50266
515-226-7930
Located outside of Cache

## Kansas
*Kansas City Area*
**Oak Park Mall**
11461 W 95th St
Overland Park, KS 66214
913-859-9590
Between Godiva Chocolatier and Buckle

*Wichita Area*
**Towne East Square**
7700 E Kellogg Dr N
Wichita, KS 67207
316-618-1957
Located on the lower level in the food court next
to Master Cuts & Sears

## Kentucky
*Cincinnati, OH Area*
**Florence Mall**
2028 Florence Mall
Florence, KY 41042
859-282-6941
Located on the upper level near the food court
and Victoria's Secret

*Lexington Area*
**Fayette Mall**
3401 Nicholasville Road
Lexington, KY 40503
859-273-5301
Located near JC Penny and Williams-Sonoma

*Louisville Area*
**Mall St. Matthews**
5000 Shelbyville Rd
Louisville, KY 40207
502-893-8164
Located near Express and Bath and Body Works

## Maryland
*Annapolis Area*
**Westfield Annapolis**
2002 Annapolis Mall
Annapolis, MD 21401
410-573-1908
Located right outside of Sears

*Baltimore Area*
**Arundel Mills**
7000 Arundel Mills Circle
Hanover, MD 21076
410-379-0297
Located between Best Buy and Medieval Times

**Towson Town Center**
825 Dulaney Valley Rd
Towson, MD 21204
410-296-1862
Located on the third level near Brookstone

*Washington, D.C. Area*
**White Flint**
11301 Rockville Pike
Kensington, MD 20895
301-255-0157
Located in center court near Kay's Jewlers

## Michigan
*Detroit Area*
**Lakeside Mall**
14000 Lakeside Circle
Sterling Heights, MI 48313
586-566-2549
On the lower level, near Sears at the base of the
escalator

**Twelve Oaks Mall**
27500 Novi Road
Novi, MI 48377
248-347-2875
On the lower level, near Sears at the base of the
escalator

*Ann Arbor Area*
**Briarwood Mall**
100 Briarwood Circle
Ann Arbor, MI 48108
Located off the center court in the Von Maur
wing near Aeropostale and The Body Shop

*Grand Rapids Area*
**Woodland Shopping Center**
3195 28th Street
Grand Rapids, MI 49512
616-949-5245
Between the Finish Line and GNC

## Minnesota
*Minneapolis Area*
**Rosedale Center**
10 Rosedale Center
Roseville, MN 55113
651-636-0217
Located on the lower level near Banana Republic
and Gap Maternity

**Southdale Center**
6601 France Avenue
Edina, MN 55435
952-285-4112
Located on the first floor outside of Victoria's
Secret, near the Information Desk

## Missouri

*Kansas City Area*
**Independence Center**
2035 Independence Center Dr.
Independence, MO 64057
816-795-0988
Located on the second level next to
Sprint/Nextel

*St. Louis Area*
**Saint Louis Galleria**
1155 Saint Louis Galleria
St. Louis, MO 63117
314-863-8975
Located on the lower level, between Restoration
Hardware & Dillard's

**Westfield West County**
80 West County Centre
Des Peres, MO 63131
314-822-5124
Located on Second level, across from Victoria Secret

## Nevada

*Las Vegas Area*
**Galleria at Sunset**
1300 W Sunset Rd
Henderson, NV 89014
702-435-5365
On the upper level in front of Dillard's

**Meadows Mall**
4300 Meadows Lane
Las Vegas, NV 89107
(702) 258-8579
Near Roland's and KB Toys

*Reno Area*
**Meadowood Mall**
5000 #1 Meadowood Mall Circle
Reno, NV 89502
775-825-5606
Near Things Remembered and Sharper Image

## New Hampshire

*Nashua Area*
**Pheasant Lane**
310 Daniel Webster Highway
Nashua, NH 03060
603-891-9620
Located on the lower level near Auntie Anne's

*Salem Area*
**The Mall at Rockingham Park**
99 Rockingham Park Blvd
Salem, NH 03079
603-893-0850
Located on the lower level near JC Penny

## New Jersey

*Bergen Area*
**Westfield Garden State Plaza**
1 Garden State Plaza
Paramus, NJ 07652
201-226-0186
Between Nordstrom and Lord & Taylor next to
Cingular Wireless

*Middlesex Area*
**Bridgewater Commons Mall**
400 Commons Way
Bridgewater, NJ 08807
908-526-3616
On the concourse level next to Williams-
Sonoma, Bose and Sharper Image

*Monmouth Area*
**Freehold Raceway Mall**
3710 Route 9
Freehold, NJ 07728
732-409-2646
On the lower level near the entrance to the
Nordstrom's wing

*Newark Area*
**Rockaway Townsquare**
301 Mt. Hope Avenue
Rockaway, NJ 07866
973-442-4032
On the 1st floor, Macy's wing

*Philadelphia, PA Area*
**Deptford Mall**
1750 Deptford Center Road
Deptford, NJ 08096
856-845-7920
Located on the upper level in the Lens Crafter's
hallway between lane Bryant and Regis Hair
Salon

*Woodbridge Area*
**Woodbridge Center**
250 Woodbridge Center Drive
Woodbridge, NJ 07085
732-634-6497
On the upper level between Claire's and
GameStop

## New York

*Albany Area*
**Crossgates Mall**
One Crossgates Mall Road
Albany, NY 12203
518-456-2754
Located on the second level next to Dick's

*Buffalo Area*
**Walden Galleria**
One Walden Galleria
Buffalo, NY 14225
716-683-5245
Located on the lower level in front of Sears

*New York City Area*
**Mall at The Source**
1504 Old Country Road
Westbury, NY 11590
516-542-5929
On the 2nd floor at the end of the food court

**Palisades Center**
1000 Palisades Center Drive
West Nyack, NY 10994
845-358-1704
On the 1st floor next to Best Buy and Dunkin Donuts

**Queens Center**
90-15 Queens Blvd
Elmhurst, NY 11373
718-592-8415
On the concourse level between Urban Outfitters and Time Warner

**Staten Island Mall**
2655 Richmond Avenue
Staten Island, NY 10314
718-698-4375
On the 1st level in front of Foot Locker

*Rochester Area*
**Eastview Mall**
7979 Pittsford-Victor Road
Victor, NY 14564
585-223-3680
In front of Motherhood Maternity

*Syracuse Area*
**Carousel Center**
9090 Carousel Center Drive
Syracuse, NY 13290
315-471-9635
On the 1st level in front of H&M

# North Carolina
*Charlotte Area*
**Carolina Place**
11025 Carolina Place Parkway
Pineville, NC 28134
704-542-7119
On the lower level in front of Belk

**Concord Mills**
8111 Concord Mills Blvd
Concord, NC 28027
704-979-0258
Mid mall in front of Burlington Coat Factory

*Winston-Salem/Greensboro Area*
**Four Seasons Town Centre**
400 Four Seasons Town Centre
Greensboro, NC 27407
336-299-6273
On the 1st floor between Abercrombie & Fitch and The Limited

**Hanes Mall**
3320 Silas Creek Pkwy
Winston-Salem, NC 27103
336-659-0898
Located on the lower level near the North Mall entrance of JC Penney

*Raleigh-Durham Area*
**Crabtree Valley Mall**
4325 Glenwood Ave
Raleigh, NC 27612
919-782-0878
Located on the lower level outside of Foot Locker and Build-a-Bear

**Streets at Southpoint**
6910 Fayetteville Rd
Durham, NC 27713
919-361-1090
Located on the lower level near the Main Street entrance and the Welcome Center

**Triangle Town Center**
5959 Triangle Town Boulevard
Raleigh, NC 27616
919-792-2540
Located on the upper level outside of Bath & Body Works and Perfumania

*Wilmington Area*
**Independence Mall**
3500 Oleander Dr
Wilmington, NC 28403
910-790-4564
Located off of Center Court and in front of Sunglass Hut

# Ohio
*Canton Area*
**Westfield Belden Village**
4230 Belden Village Mall
Canton, OH 44718
330-493-7184
Located in the Dillard's wing, near Victoria's Secret and Express

*Cincinnati Area*
**Kenwood Towne Centre**
7875 Montgomery Rd
Cincinnati, OH 45236
513-791-2793
On the 1st floor outside of Macy's

**Tri-County Mall**
11700 Princeton Pike
Cincinnati, OH 45246
513-671-1321
On the lower level near Starbuck's and Cingular

*Cleveland Area*
**Beachwood Place**
26300 Cedar Rd
Beachwood, OH 44122
216-292-1870
Located on the first level outside of Abercrombie & Fitch and The Limited

**Westfield Great Northern**
4954 Great Northern Mall
North Olmsted, OH 44070
440-734-2983
Located near JCPenney, outside of Forever 21

**Westfield SouthPark**
500 Southpark Center
Strongsville, OH 44136
440-572-1369
Located on the lower level, at the base of the escalator near Kaufmann's

*Columbus Area*
**Polaris Fashion Place**
1500 Polaris Parkway
Columbus, OH 43240
614-880-1178
On the lower level between Macy's and Saks Fifth Avenue at the California Pizza Kitchen entrance

**Easton Town Center**
160 Easton Town Center
Columbus, OH 43219
614-475-3116
Located in the Easton Station building, lower level, outside Footlocker

**Mall at Fairfield Commons**
2727 Fairfield Commons
Beaver Creek, OH 45431
937-431-9021
On the lower level in front of JC Penney

*Toledo Area*
**Westfield Franklin Park**
5001 Monroe Street
Toledo, OH 43623
419-472-2869
In the center of the mall between Vans and Rogers & Hollands Jewelers

# Oklahoma
*Oklahoma City Area*
**Penn Square Mall**
1900 NW Expressway St
Oklahoma City, OK 73118
405-848-7156
In front of the information desk

*Tulsa Area*
**Woodland Hills Mall**
7021 S Memorial Dr
Tulsa, OK 74133
918-459-0420
On the lower level near the information desk

# Oregon
*Portland Area*
**Lloyd Center Mall**
2201 Lloyd Center
Portland, OR 97232
503-281-2201
On the 2nd level outside of Barnes & Noble

# Pennsylvania
*Allentown Area*
**Lehigh Valley Mall**
250 Lehigh Valley Mall
Whitehall, PA 18052
610-264-1389
Located on the lower level outside Macy's

*Philadelphia Area*
**Montgomery Mall**
231 Montgomery Mall
North Wales, PA 19455
215-393-3195
Located on the lower level in front of Delia's

**Neshaminy Mall**
707 Neshaminy Mall
Bensalem, PA 19020
215-355-7157
Located near Express Men and Charlotte Russe

**Oxford Valley Mall**
2301 E Lincoln Highway
Langhorne, PA 19048
215-891-5147
Located on the first floor outside of Macy's and next to the Gap

**Plaza at King of Prussia**
160 N Gulph Rd
King of Prussia, PA 19406
610-992-1768
Located on the lower level of The Court of King of Prussia near Macy's

**Springfield Mall**
1250 Baltimore Pike
Springfield, PA 19064
610-544-3657
Located on the lower level outside Macy's, in front of Victoria's Secret

*Pittsburgh Area*
**Monroeville Mall**
145 Mall Circle Dr
Monroeville, PA 15146
412-380-1481
On the 2nd floor near Macy's

**South Hills Village**
301 South Hills Village
Pittsburgh, PA 15241
412-831-1470
On the 1st floor next to Macy's

**The Mall at Robinson**
100 Robinson Centre Drive
Pittsburgh, PA 15205
412-787-2198
In front of Eddie Bauer and Helzberg Diamonds

# Rhode Island
*Providence Area*
**Providence Place**
1 Providence Place
Providence, RI 02903
401-383-4010
Located on the upper level outside of Nordstrom

# South Carolina
*Columbia Area*
**Columbiana Centre**
100 Columbiana Circle
Columbia, SC 29212
803-781-6889
On the lower level next to J. Jill

*Greenville Area*
**Haywood Mall**
700 Haywood Road
Greenville, SC 29607
864-281-7440
On the lower level next to Ann Taylor and
Motherhood Maternity

# Tennessee
*Knoxville Area*
**West Town Mall**
7600 Kingston Pike
Knoxville, TN 37919
865-769-2703
Outside Ruby Tuesday's
*Memphis Area*
**Wolfchase Galleria**
2760 N. Germantown Parkway
Memphis, TN 38133
901-372-4903
On the lower level near Build-a-Bear and B.
Moss

*Nashville Area*
**Cool Springs Galleria Mall**
1800 Galleria Rd
Franklin, TN 37069
615-771-4089
 by Customer Service and Buckle, close to Sears

**Opry Mills**
433 Opry Mills Dr
Nashville, TN 37214
615-514-3355
Located near the Nike store and Gibson
Showcase

# Texas
*Austin Area*
**Barton Creek Square**
2901 S Capital of Texas Hwy
Austin, TX 78746
512-306-8198     On the 1st level between
Sears and the movie theater

**Galleria Dallas**
13350 Dallas Parkway
Dallas, TX 75240
972-386-6246
On the third level, west side above the skating
rink

**North East Mall**
1101 Melbourne St.
Hurst, TX 76053
817-595-1190
Between JC Penney and Saks Fifth Avenue

**Ridgmar Mall**
1888 Green Oaks Rd
Fort Worth, TX 76116
817-763-0780
On the lower level in front of Dillard's

**Stonebriar Centre**
2601 Preston Rd
Frisco, TX 75034
972-712-5844
On the lower level next to Starbucks

**The Parks at Arlington**
3811 South Cooper
Arlington, TX 76015
817-466-9070
On the lower level outside of Dillard's across
from JC Penney

**Town East Mall**
2063 Town East Blvd
Mesquite, TX 75150
972-279-0603
Between Buckle, Helzburg Diamonds and
Abercrombie & Fitch

*Houston Area*
**Baybrook Mall**
500 Baybrook Mall
Friendswood, TX 77546
281-461-4442
Located outside of Starbucks

**Houston Galleria**
5135 W. Alabama
Houston, TX 77056
713-623-4444
Next to the large water fountain in new wing of
the mall next to Brooks Brothers women

**Memorial City Mall**
900 S. Gessner
Houston, TX 77024
713-467-1988
Located outside of Hollister and Twenty One

**The Woodlands Mall**
1201 Lake Woodlands Drive
The Woodlands, TX 77380
281-298-8736
Located outside of Wet Seal and Lane Bryant

**Willowbrook Mall**
2000 Willowbrook Mall
Houston, TX 77070
281-807-9906
Outside of JC Penney

*San Antonio Area*
**Northstar Mall**
7400 San Pedro Ave
San Antonio, TX 78216
210-341-9117
Below the food court in the center of mall next
to Banana Republic

# Utah
*Salt Lake City Area*
**Fashion Place**
6191 S State Street
Murray, UT 84107
801-281-1975
Located on the lower level near Motherhood
Maternity

# Virginia
*Arlington Area*
**The Fashion Centre at Pentagon City**
1100 South Hayes Street
Arlington, VA 22202
703-418-1901
On the 3rd level near Circuit City Express

*Richmond Area*
**Chesterfield Towne Center**
11500 Midlothian Turnpike
Richmond, VA 23235
804-379-0483
Between Finks Jewelers and Redskins Official
Store

*Virginia Beach Area*
**Lynnhaven Mall**
701 Lynnhaven Parkway
Virginia Beach, VA 23452
757-431-0819
Located between DEMO and Jessica McClintock

*Washington, D.C. Area*
**Dulles Town Center**
21100 Dulles Town Circle
Dulles, VA 20166
703-430-9527
Located between Abercrombie Kids and Express

**Tysons Galleria**
2001 International Drive
McLean, VA 22102
703-734-1386
On Lower Level, in front of Macy's and Legal
Seafood

# Washington
*Seattle-Tacoma Area*
**Northgate Mall**
401 NE Northgate Way
Seattle, WA 98125
206-367-2051
Between the Rocky Mountain Chocolate Factory
and Hollister

**Tacoma Mall**
4502 S Steele
Tacoma, WA 98409
253-474-0479
Between Nordstrom and Mervyn's

**Westfield Southcenter**
633 Southcenter
Seattle, WA 98188
206-246-5239
In front of Mervyn's

# West Virginia
*Charleston Area*
**Charleston Town Center**
3000 Charleston Town Center
Charleston, WV 25389
304-344-1976
Located near Ann's Hallmark and Things
Remembered

# Wisconsin
*Appleton Area*
**Fox River Mall**
4301 West Wisconsin Avenue
Appleton, WI 54913
920-954-0126
Located between Macy's and Target

*Madison Area*
**West Towne Mall**
66 West Towne Mall
Madison, WI 53719
608-829-0175
Between Wilson's Leather and Mastercuts

*Milwaukee Area*
**Brookfield Square**
95 North Moorland Road
Brookfield, WI 53005
262-785-1769
Between Ann Taylor Loft and Windsor

**Mayfair Mall**
2500 North Mayfair Road
Wauwatosa, WI 53226
414-607-3832
On the 2nd level between Hollister and Pac Sun

Home & Home Office: Electronics, Software & Accessories

Buy Online or Call us: 1-800-449-3355

# Electronics, Software & Accessories

FREE Shipping on Select Electronics and Accessories! Limited time offer. ▶ Offer Details



## CELEBRATING 23 YEARS OF INNOVATION
ENJOY UP TO 23% OFF SELECT ELECTRONICS & ACCESSORIES
LIMITED TIME OFFER

▶ More Details

▶ Desktop Accessories
▶ Digital Cameras & Camcorders
▶ Memory & Storage
▶ Monitors
▶ Networking & Wireless
▶ TVs

▶ Notebook Accessories
▶ PC & Console Gaming
▶ Printers, Ink & Toner
▶ Projectors
▶ MP3, GPS, and Handhelds
▶ Software

### Savings Corner
Check Out This Week's Offers on Thousands of Electronics & Accessories
▶ More Details

### Parts & Upgrades

**Have a Dell Product You are Looking to Upgrade?**
Whether you need memory, storage, or replacement parts, we have you covered.
More Details

▶ Storage, Drives & Media

▶ Memory & Storage

### Accessories

▶ Ink and Toner for your Dell Printer
▶ Dell Gaming

▶ Surge Protection & Back-up (UPS)
▶ TVs & Home Theater

▶ Notebook Power
▶ Dell Download Center

### Additional Resources
▶ Shop by Brand
  View a list of all brands.
▶ Dell Financing
  Credit decision in seconds.
▶ E-Catalog
  Browse our Electronics and Accessories catalog for great products and offers.
▶ Dell Outlet
  Shop Dell Outlet for GREAT deals on refurbished electronics.
▶ As Advertised
  Find products As Seen on TV, in Newspapers and Dell Catalogs.

## Narrow Your Selection

Search Within Accessories

**Product Category**
▶ Desktop Accessories (2244)
▶ Digital Cameras & Camcorders (730)
▶ Handhelds, Tablet PCs, and GPS (278)
▶ Home Theater & Audio (585)
▶ Memory (1669)
▶ Monitors & Accessories (620)
▶ MP3 Players (257)
▶ Networking (2427)
▶ Notebook Accessories (1999)
▶ Notebook Power (154)
▶ Office Accessories (92)
▶ Parts & Upgrades (6210)
▶ PC & Console Gaming (1233)
▶ Printers, Ink & Toner (3211)
▶ Projectors & Accessories (586)
▶ Software (2240)
▶ Storage, Drives & Media (2190)
▶ Surge Protection & Back-up (UPS) (558)
▶ Televisions & Accessories (494)
▶ Training & Certification (199)

**Related Links**
▶ On Sale

## Shopping Tools

Parts & Upgrades for your Dell

# EXHIBIT 26



**CHI MEI - 2006**

SHIPMENT DETAIL REPORT

Date  5/22/2007

Page 1 of 47

| SHIPPER | CONSIGNEE | NOTIFY PARTY | SHIPMENT DETAIL | |
|---|---|---|---|---|
| CHI MEI CORPORATION<br>NO 59-1 SAN CHIA JEN TE VILLAGE<br>TAINAN COUNTY TAIWAN ROC | TO THE ORDER OF AMPTRON<br>INTERNATIONAL, INC. 17501<br>ROWLAND ST., CITY OF INDUSTRY,<br>CA91748, U.S.A. TEL (626)912-5789, | AMPOC FAR-EAST CO.,LTD<br>17F. NO.171, SUNG-TEH ROAD TAIPEI,<br>TAIWAN | **B/L Number:** YMLUW2090131<br>**Weight(Kg):** 9,152.00<br>**Teus :** 2.00<br>**Fgn Port of Load :** KAOHSIUNG<br>**U.S. Port of Arrival :** LOS ANGELES | **Arrival Date :** 01/07/2006<br>**Pieces :** 1,664<br>**Measure(cm) :** 55.00<br>**Est Value:** 145,055.00 |

Origin :   REPUBLIC OF CHINA
Carrier :   YANG MING LINE
Product Description :   DIGITAL DATA PROCESSING MACHINES  17" LCD MONITOR WITH SPEAKER  17V1
Marks and Numbers :   AMPTRON     LOS ANGELES, CA C/NO. 1-1,664     MADE IN TAIWAN //

| SHIPPER | CONSIGNEE | NOTIFY PARTY | SHIPMENT DETAIL | |
|---|---|---|---|---|
| CHI MEI OPTOELECTRONICS CORPORATION<br>SCIENCE-BASED INDUSTRIAL PARK NO. 1<br>HSINSHIH TAINAN<br>TAIWAN | WESTINGHOUSE DIGITAL ELECTRONICS, L<br>12150 MORA DR<br>SANTA FE SPRINGS CA 90670<br>UNITED STATES | WESTINGHOUSE DIGITAL ELECTRONICS, L<br>12150 MORA DR<br>SANTA FE SPRINGS CA 90670<br>UNITED STATES | **B/L Number:** OOLU04372200<br>**Weight(Kg):** 40,832.12<br>**Teus :** 7.78<br>**Fgn Port of Load :** NINGPO<br>**U.S. Port of Arrival :** LONG BEACH | **Arrival Date :** 01/19/2006<br>**Pieces :** 7,424<br>**Measure(cm) :** 6,951.00<br>**Est Value:** 565,611.00 |

Origin :   PEOPLES REP OF CHINA
Carrier :   ORIENT OVERSEAS CONTAINER LINE
Product Description :   17" LCD MONITOR FOR COMPUTER USE    17" LCD MONITOR FOR COMPUTER USE    17" LCD MONITOR FOR
                       COMPUTER USE    17" LCD MONITOR FOR COMPUTER USE    17" LCD MONITOR FOR COMPUTER USE
Marks and Numbers :   NO MARKS

| SHIPPER | CONSIGNEE | NOTIFY PARTY | SHIPMENT DETAIL | |
|---|---|---|---|---|
| CHI MEI OPTOELECTR4ONICS CORP<br>NO 1. CHI-YEH RD.<br>TAINAN SCIENCE-BASED IND. PARK<br>TAINAN | AMPTRON INTERNATIONAL INC<br>17501 ROWLAND ST<br>CITY OF INDUSTRY CA 91748<br>USA | ORDER | **B/L Number:** CHGHKALAX060<br>**Weight(Kg):** 8,852.99<br>**Teus :** 2.00<br>**Fgn Port of Load :** KAOHSIUNG<br>**U.S. Port of Arrival :** LOS ANGELES | **Arrival Date :** 01/22/2006<br>**Pieces :** 1,664<br>**Measure(cm) :** 0.00<br>**Est Value:** 140,316.00 |

Origin :   REPUBLIC OF CHINA
Carrier :   HAPAG LLOYD
Product Description :   LCD MONITOR
Marks and Numbers :   NO MARKS



**CHI MEI - 2006**

SHIPMENT DETAIL REPORT

Date  5/22/2007

Page 2 of 47

| SHIPPER | CONSIGNEE | NOTIFY PARTY | SHIPMENT DETAIL | |
|---|---|---|---|---|
| CHI MEI OPTOELECTRONICS CORPORATION | WESTINGHOUSE DIGITAL ELECTRONICS, L | WESTINGHOUSE DIGITAL ELECTRONICS, L | **B/L Number:** OOLU9077320 | **Arrival Date :** 01/22/2006 |
| SCIENCE-BASED INDUSTRIAL PARK NO. 1 | 12150 MORA DR | 12150 MORA DR | **Weight(Kg):** 7,045.83 | **Pieces :** 1,040 |
| HSINSHIH TAINAN | SANTA FE SPRINGS CA 90670 | SANTA FE SPRINGS CA 90670 | **Teus :** 2.00 | **Measure(cm) :** 1,558.00 |
| TAIWAN | UNITED STATES | UNITED STATES | **Fgn Port of Load :** KAOHSIUNG | **Est Value :** 111,673.00 |
| | | | **U.S. Port of Arrival :** LOS ANGELES | |

Origin : REPUBLIC OF CHINA
Carrier : ORIENT OVERSEAS CONTAINER LINE
Product Description : 19" LCD MONITOR FOR COMPUTER USE
Marks and Numbers : NO MARKS

| SHIPPER | CONSIGNEE | NOTIFY PARTY | SHIPMENT DETAIL | |
|---|---|---|---|---|
| CHI MEI OPTOELECTRONICS CORP | WESTINGHOUSE DIGITAL ELECTRONICS | WESTINGHOUSE DIGITAL ELECTRONICS | **B/L Number:** LTNV859609503 | **Arrival Date :** 01/31/2006 |
| NO 1-CHI-YEH ROAD TAINAN | LLC | LLC | **Weight(Kg):** 9,152.00 | **Pieces :** 1,664 |
| SCIENCE-BASED INDUSTRIAL PARK, | 12150 MORA DRIVE, | 12150 MORA DRIVE, | **Teus :** 2.00 | **Measure(cm) :** 55.00 |
| TAIWAN 74147 R O C | SANTA FE SPRING,CA 90670 | SANTA FE SPRING,CA 90670 | **Fgn Port of Load :** NINGPO | **Est Value :** 126,774.00 |
| | | | **U.S. Port of Arrival :** LOS ANGELES | |

Origin : PEOPLES REP OF CHINA
Carrier : LLOYD TRIESTINO
Product Description : MONITOR  17"LCD MONITOR  FOR COMPUTER USE  THE SAME  THE SAME  THE SAME
Marks and Numbers : NO MARKS

| SHIPPER | CONSIGNEE | NOTIFY PARTY | SHIPMENT DETAIL | |
|---|---|---|---|---|
| CHI MEI CORPORATION | EVERTEK COMPUTER CORP | CARMICHAEL INTERNATIONAL SERVICE | **B/L Number:** YMLUW2090136 | **Arrival Date :** 01/28/2006 |
| NO 59-1 SAN CHIA JEN TE VILLAGE | 1890 ORD WAY, OCEANSIDE, CA | 533 GLENDALE BLVD, LOS ANGELES, CA | **Weight(Kg):** 4,714.16 | **Pieces :** 862 |
| TAINAN COUNTY TAIWAN ROC | 92056, USA | 90026, USA | **Teus :** 1.00 | **Measure(cm) :** 25.00 |
| | | TEL:1-213-250-0186 FAX 1-213-250- | **Fgn Port of Load :** KAOHSIUNG | **Est Value :** 74,717.00 |
| | | | **U.S. Port of Arrival :** LOS ANGELES | |

Origin : REPUBLIC OF CHINA
Carrier : YANG MING LINE
Product Description : DIGITAL DATA PROCESSING MACHINES  17" LCD MONITOR  MODEL 17R1-ABN-W1  MODEL 729A-ABN-TF  MODEL
729A-AWN-TF
Marks and Numbers : ACTION      LOS ANGELES, CA C/NO  1-862      MADE IN TAIWAN //



**CHI MEI - 2006**

SHIPMENT DETAIL REPORT

Date  5/22/2007

| SHIPPER | CONSIGNEE | NOTIFY PARTY | SHIPMENT DETAIL | |
|---|---|---|---|---|
| CHI MEI OPTOELECTRONICS CORPORATION SCIENCE-BASED INDUSTRIAL PARK NO. 1 HSINSHIH TAINAN TAIWAN | WESTINGHOUSE DIGITAL ELECTRONICS, L 12150 MORA DR. SANTA FE SPRINGS CA 90670 UNITED STATES | WESTINGHOUSE DIGITAL ELECTRONICS, L 12150 MORA DR. SANTA FE SPRINGS CA 90670 UNITED STATES | **B/L Number:** OOLU8077590 **Weight(Kg):** 14,299.91 **Teus :** 4.00 **Fgn Port of Load :** KAOHSIUNG **U.S. Port of Arrival :** LOS ANGELES | **Arrival Date :** 01/29/2006 **Pieces :** 2,080 **Measure(cm) :** 3,116.00 **Est Value:** 226,647.00 |

Origin :  REPUBLIC OF CHINA
Carrier :  ORIENT OVERSEAS CONTAINER LINE
Product Description :  20" LCD MONITOR FOR COMPUTER USE   20" LCD MONITOR FOR COMPUTER USE
Marks and Numbers :  N/M

| SHIPPER | CONSIGNEE | NOTIFY PARTY | SHIPMENT DETAIL | |
|---|---|---|---|---|
| CHI MEI OPTOELECTRONICS CORPORATION SCIENCE-BASED INDUSTRIAL PARK NO. 1 HSINSHIH TAINAN TAIWAN | WESTINGHOUSE DIGITAL ELECTRONICS, L 12150 MORA DR. SANTA FE SPRINGS CA 90670 UNITED STATES | WESTINGHOUSE DIGITAL ELECTRONICS, L 12150 MORA DR. SANTA FE SPRINGS CA 90670 UNITED STATES | **B/L Number:** OOLU8077591 **Weight(Kg):** 28,184.21 **Teus :** 8.00 **Fgn Port of Load :** KAOHSIUNG **U.S. Port of Arrival :** LOS ANGELES | **Arrival Date :** 01/29/2006 **Pieces :** 4,160 **Measure(cm) :** 6,232.00 **Est Value:** 446,707.00 |

Origin :  REPUBLIC OF CHINA
Carrier :  ORIENT OVERSEAS CONTAINER LINE
Product Description :  19" LCD MONITOR FOR COMPUTER USE   19" LCD MONITOR FOR COMPUTER USE   19" LCD MONITOR FOR COMPUTER USE   19" LCD MONITOR FOR COMPUTER USE
Marks and Numbers :  N/M

| SHIPPER | CONSIGNEE | NOTIFY PARTY | SHIPMENT DETAIL | |
|---|---|---|---|---|
| CHI MEI OPTOELECTRONICS CORPORATION SCIENCE-BASED INDUSTRIAL PARK NO. 1 HSINSHIH TAINAN TAIWAN | WESTINGHOUSE DIGITAL ELECTRONICS, L 12150 MORA DR. SANTA FE SPRINGS CA 90670 UNITED STATES | WESTINGHOUSE DIGITAL ELECTRONICS, L 12150 MORA DR. SANTA FE SPRINGS CA 90670 UNITED STATES | **B/L Number:** OOLU8074590 **Weight(Kg):** 21,137.93 **Teus :** 6.00 **Fgn Port of Load :** KAOHSIUNG **U.S. Port of Arrival :** LOS ANGELES | **Arrival Date :** 01/16/2006 **Pieces :** 3,120 **Measure(cm) :** 4,674.00 **Est Value:** 335,027.00 |

Origin :  REPUBLIC OF CHINA
Carrier :  ORIENT OVERSEAS CONTAINER LINE
Product Description :  19" LCD MONITOR FOR COMPUTER USE   19" LCD MONITOR FOR COMPUTER USE   19" LCD MONITOR FOR COMPUTER USE
Marks and Numbers :  N/M N/M

 **CHI MEI - 2006**

SHIPMENT DETAIL REPORT

Date  5/22/2007                                                                                                                                      Page 4 of 47

| SHIPPER | CONSIGNEE | NOTIFY PARTY | SHIPMENT DETAIL |
|---|---|---|---|
| CHI MEI OPTOELECTRONICS CORPORATION<br>SCIENCE-BASED INDUSTRIAL PARK NO. 1<br>HSINSHIH TAINAN<br>TAIWAN | WESTINGHOUSE DIGITAL ELECTRONICS, L<br>12150 MORA DR.<br>SANTA FE SPRINGS CA 90670<br>UNITED STATES | WESTINGHOUSE DIGITAL ELECTRONICS, L<br>12150 MORA DR.<br>SANTA FE SPRINGS CA 90670<br>UNITED STATES | B/L Number: OOLU9074600   Arrival Date : 01/16/2006<br>Weight(Kg): 27,514.97   Pieces : 4,032<br>Teus : 6.00   Measure(cm) : 4,674.00<br>Fgn Port of Load : KAOHSIUNG   Est Value : 436,100.00<br>U.S. Port of Arrival : LOS ANGELES |

Origin :  REPUBLIC OF CHINA
Carrier :  ORIENT OVERSEAS CONTAINER LINE
Product Description :  19" LCD MONITOR FOR COMPUTER USE   19" LCD MONITOR FOR COMPUTER USE   19" LCD MONITOR FOR COMPUTER USE
Marks and Numbers :  N/M N/M

| SHIPPER | CONSIGNEE | NOTIFY PARTY | SHIPMENT DETAIL |
|---|---|---|---|
| CHI MEI CORPORATION<br>NO 59-1 SAN CHIA JEN TE VILLAGE<br>TAINAN COUNTY TAIWAN ROC | TO THE ORDER OF AMPTRON<br>INTERNATIONAL, INC 17501 ROWLAND<br>ST. CITY OF INDUSTRY, CA91748.<br>U.S.A. TEL (626)912-5789. | AMPOC FAR-EAST CO.,LTD<br>17F, NO 171, SUNG-TEH ROAD TAIPEI,<br>TAIWAN | B/L Number: YMLUW2090132   Arrival Date : 01/14/2006<br>Weight(Kg): 9,152.00   Pieces : 1,664<br>Teus : 2.00   Measure(cm) : 55.00<br>Fgn Port of Load : KAOHSIUNG   Est Value : 145,055.00<br>U.S. Port of Arrival : LOS ANGELES |

Origin :  REPUBLIC OF CHINA
Carrier :  YANG MING LINE
Product Description :  DIGITAL DATA PROCESSING MACHINES  17" LCD MONITOR WITH SPEAKER  17V1
Marks and Numbers :  AMPTRON       LOS ANGELES, CA C/NO. 1-1,664       MADE IN TAIWAN //

| SHIPPER | CONSIGNEE | NOTIFY PARTY | SHIPMENT DETAIL |
|---|---|---|---|
| CHI MEI OPTOELECTRONICS CORP<br>NO 1. CHI-YEH RD.<br>TAINAN SCIENCE-BASED IND. PARK<br>TAINAN | AMPTRON INTERNATIONAL INC<br>17501 ROWLAND ST<br>CITY OF INDUSTRY CA 91748<br>USA | ORDER | B/L Number: CHGHKALAX060   Arrival Date : 02/07/2006<br>Weight(Kg): 6,235.93   Pieces : 1,023<br>Teus : 1.45   Measure(cm) : 0.00<br>Fgn Port of Load : KAOHSIUNG   Est Value : 98,837.00<br>U.S. Port of Arrival : LOS ANGELES |

Origin :  REPUBLIC OF CHINA
Carrier :  HAPAG LLOYD
Product Description :  LCD MONITOR
Marks and Numbers :  NO MARKS



**CHI MEI - 2006**

SHIPMENT DETAIL REPORT

Date  5/22/2007

Page 5 of 47

| SHIPPER | CONSIGNEE | NOTIFY PARTY | SHIPMENT DETAIL |
|---|---|---|---|

CHI MEI OPTOELECTRONICS CORP
NO 1 CHI-YEH RD.
TAINAN SCIENCE-BASED IND. PARK
TAINAN

AMPTRON INTERNATIONAL INC
17501 ROWLAND ST
CITY OF INDUSTRY CA 91748
USA

ORDER

**B/L Number:** CHGHKALAX060    **Arrival Date:** 02/07/2006

**Weight(Kg):** 1,049.91    **Pieces:** 218

**Teus:** 0.24    **Measure(cm):** 0.00

**Fgn Port of Load:** KAOHSIUNG    **Est Value:** 16,641.00

**U.S. Port of Arrival:** LOS ANGELES

Origin :  REPUBLIC OF CHINA
Carrier :  HAPAG LLOYD
Product Description :  LCD MONITOR  TN,AUDIO,SILVER BLACK,POLYVIEW
Marks and Numbers :  NO MARKS

| SHIPPER | CONSIGNEE | NOTIFY PARTY | SHIPMENT DETAIL |
|---|---|---|---|

CHI MEI OPTOELECTRONICS CORP
NO 1 CHI-YEH ROAD TAINAN SCIENCE-
BASED INDUSTRIAL PARK,TAIWAN 74147
R.O.C

WESTINGHOUSE DIGITAL ELECTRONICS
LLC
12150 MORA DRIVE, SANTA FE
SPRING,CA 90670

WESTINGHOUSE DIGITAL ELECTRONICS
LLC
12150 MORA DRIVE, SANTA FE
SPRING,CA 90670

**B/L Number:** LTNV859609503    **Arrival Date:** 02/02/2006

**Weight(Kg):** 27,455.99    **Pieces:** 4,992

**Teus:** 6.00    **Measure(cm):** 165.00

**Fgn Port of Load:** NINGPO    **Est Value:** 380,323.00

**U.S. Port of Arrival:** LOS ANGELES

Origin :  PEOPLES REP OF CHINA
Carrier :  LLOYD TRIESTINO
Product Description :  MONITOR   MONITOR   MONITOR 17" LCD MONITOR  FOR COMPUTER USE
Marks and Numbers :  P/NO. 1/78-78/78 P/NO. 1/78-78/78 P/NO. 1/78-78/78 P/NO. 1/78-78/78 MADE IN CHINA

| SHIPPER | CONSIGNEE | NOTIFY PARTY | SHIPMENT DETAIL |
|---|---|---|---|

CHI MEI OPTOELECTRONICS CORP
NO 1  CHI-YEH RD
TAINAN SCIENCE-BASED IND. PARK
TAINAN

AMPTRON INTERNATIONAL INC
17501 ROWLAND ST
CITY OF INDUSTRY CA 91748
USA

ORDER

**B/L Number:** CHGHKALAX060    **Arrival Date:** 02/12/2006

**Weight(Kg):** 13,313.97    **Pieces:** 2,457

**Teus:** 3.09    **Measure(cm):** 0.00

**Fgn Port of Load:** KAOHSIUNG    **Est Value:** 211,020.00

**U.S. Port of Arrival:** LOS ANGELES

Origin :  REPUBLIC OF CHINA
Carrier :  HAPAG LLOYD
Product Description :  LCD MONITOR  POWER CORD   LCD MONITOR  POWER CORD
Marks and Numbers :  NO MARKS NO MARKS



**CHI MEI - 2006**

SHIPMENT DETAIL REPORT

Date  5/22/2007

Page 6 of 47

| SHIPPER | CONSIGNEE | NOTIFY PARTY | SHIPMENT DETAIL | |
|---|---|---|---|---|
| CHI MEI OPTOELECTRONICS CORPORATION SCIENCE-BASED INDUSTRIAL PARK NO. 1 HSINSHIH TAINAN TAIWAN | WESTINGHOUSE DIGITAL ELECTRONICS, L 12150 MORA DR SANTA FE SPRINGS CA 90670 UNITED STATES | WESTINGHOUSE DIGITAL ELECTRONICS, L 12150 MORA DR SANTA FE SPRINGS CA 90670 UNITED STATES | B/L Number : OOLU89079100 | Arrival Date : 02/12/2006 |
| | | | Weight(Kg) : 37,064.88 | Pieces : 5,474 |
| | | | Teus : 4.45 | Measure(cm) : 6,940.00 |
| | | | Fgn Port of Load : KAOHSIUNG | Est Value : 477,652.00 |
| | | | U.S. Port of Arrival : LOS ANGELES | |

Origin : REPUBLIC OF CHINA
Carrier : ORIENT OVERSEAS CONTAINER LINE
Product Description : 19" LCD TV FOR COMPUTER USE    19" LCD MONITOR FOR COMPUTER USE    19" LCD MONITOR FOR COMPUTER USE    19" LCD MONITOR FOR COMPUTER USE    19" LCD TV FOR COMPUTER USE
Marks and Numbers : N/M N/M

| SHIPPER | CONSIGNEE | NOTIFY PARTY | SHIPMENT DETAIL | |
|---|---|---|---|---|
| CHI MEI OPTOELECTRONICS CORP NO1 CHIYEH ROAD SINSHIH TOWNSHITAINAN SCIENCE PARK TAINAN COUNTYTAIWAN ROC | WESTINGHOUSE DIGITAL ELECTRONICS L 12150 MORA DRIVESANTA FE SPRING C90670 TEL NO15622369800 EXT116FAX NO15622369897 ATTNMS CHERHSU FINAL | ORDER | B/L Number : TOPOCDY06023 | Arrival Date : 02/23/2006 |
| | | | Weight(Kg) : 17,248.19 | Pieces : 3,008 |
| | | | Teus : 4.00 | Measure(cm) : 55.00 |
| | | | Fgn Port of Load : KAOHSIUNG | Est Value : 273,376.00 |
| | | | U.S. Port of Arrival : LOS ANGELES | |

Origin : REPUBLIC OF CHINA
Carrier : MAERSK SEALAND
Product Description : LCD MONITOR    LCD MONITOR
Marks and Numbers : AS ADDRESSED AS ADDRESSED

| SHIPPER | CONSIGNEE | NOTIFY PARTY | SHIPMENT DETAIL | |
|---|---|---|---|---|
| CHI MEI OPTOELECTRONICS CORPORATION SCIENCE-BASED INDUSTRIAL PARK NO. 1 HSINSHIH TAINAN TAIWAN | WESTINGHOUSE DIGITAL ELECTRONICS, L 12150 MORA DR SANTA FE SPRINGS CA 90670 UNITED STATES | WESTINGHOUSE DIGITAL ELECTRONICS, L 12150 MORA DR SANTA FE SPRINGS CA 90670 UNITED STATES | B/L Number : OOLU89079390 | Arrival Date : 02/26/2006 |
| | | | Weight(Kg) : 32,642.92 | Pieces : 4,768 |
| | | | Teus : 8.00 | Measure(cm) : 6,232.00 |
| | | | Fgn Port of Load : KAOHSIUNG | Est Value : 517,375.00 |
| | | | U.S. Port of Arrival : LOS ANGELES | |

Origin : REPUBLIC OF CHINA
Carrier : ORIENT OVERSEAS CONTAINER LINE
Product Description : 20" LCD MONITOR FOR COMPUTER USE    19" LCD MONITOR FOR COMPUTER USE    20" LCD MONITOR FOR COMPUTER USE    19" LCD MONITOR FOR COMPUTER USE
Marks and Numbers : NO MARKS



**CHI MEI - 2006**

SHIPMENT DETAIL REPORT

Date  5/22/2007

Page 7 of 47

| SHIPPER | CONSIGNEE | NOTIFY PARTY | SHIPMENT DETAIL | |
|---|---|---|---|---|
| CHI MEI OPTOELECTRONICS CORPORATION<br>SCIENCE-BASED INDUSTRIAL PARK NO. 1<br>HSINSHIH TAINAN<br>TAIWAN | WESTINGHOUSE DIGITAL ELECTRONICS, L<br>12150 MORA DR<br>SANTA FE SPRINGS CA 90670<br>UNITED STATES | WESTINGHOUSE DIGITAL ELECTRONICS, L<br>12150 MORA DR<br>SANTA FE SPRINGS CA 90670<br>UNITED STATES | **B/L Number:** OOLU89079442<br>**Weight(Kg):** 14,299.91<br>**Teus :** 4.00<br><br>**Fgn Port of Load :** KAOHSIUNG<br>**U.S. Port of Arrival :** LOS ANGELES | **Arrival Date :** 02/26/2006<br>**Pieces :** 2,080<br>**Measure(cm) :** 3,116.00<br>**Est Value:** 226,647.00 |

Origin : REPUBLIC OF CHINA
Carrier : ORIENT OVERSEAS CONTAINER LINE
Product Description : 20" LCD MONITOR FOR COMPUTER USE    20" LCD MONITOR FOR COMPUTER USE
Marks and Numbers : N/M

| SHIPPER | CONSIGNEE | NOTIFY PARTY | SHIPMENT DETAIL | |
|---|---|---|---|---|
| CHI MEI OPTOELECTRONICS CORP<br>NO.1. CHI-YEH RD<br>TAINAN SCIENCE-BASED IND. PARK<br>TAINAN | AMPTRON INTERNATIONAL INC<br>17501 ROWLAND ST<br>CITY OF INDUSTRY CA 91748<br>USA | ORDER | **B/L Number:** CHGHKELAX060<br>**Weight(Kg):** 15,975.05<br>**Teus :** 3.71<br><br>**Fgn Port of Load :** KAOHSIUNG<br>**U.S. Port of Arrival :** LOS ANGELES | **Arrival Date :** 03/04/2006<br>**Pieces :** 2,496<br>**Measure(cm) :** 0.00<br>**Est Value:** 253,197.00 |

Origin : REPUBLIC OF CHINA
Carrier : HAPAG LLOYD
Product Description : 19" LCD MONITOR    19" LCD MONITOR
Marks and Numbers : NO MARKS NO MARKS

| SHIPPER | CONSIGNEE | NOTIFY PARTY | SHIPMENT DETAIL | |
|---|---|---|---|---|
| CHI MEI OPTOELECTRONICS CORPORATION<br>SCIENCE-BASED INDUSTRIAL PARK NO. 1<br>HSINSHIH TAINAN<br>TAIWAN | WESTINGHOUSE DIGITAL ELECTRONICS, L<br>12150 MORA DR<br>SANTA FE SPRINGS CA 90670<br>UNITED STATES | WESTINGHOUSE DIGITAL ELECTRONICS, L<br>12150 MORA DR<br>SANTA FE SPRINGS CA 90670<br>UNITED STATES | **B/L Number:** OOLU89079783<br>**Weight(Kg):** 21,886.12<br>**Teus :** 6.00<br><br>**Fgn Port of Load :** KAOHSIUNG<br>**U.S. Port of Arrival :** LOS ANGELES | **Arrival Date :** 03/04/2006<br>**Pieces :** 3,528<br>**Measure(cm) :** 4,674.00<br>**Est Value:** 346,885.00 |

Origin : REPUBLIC OF CHINA
Carrier : ORIENT OVERSEAS CONTAINER LINE
Product Description : 19" LCD MONITOR FOR COMPUTER USE    19" LCD MONITOR FOR COMPUTER USE    19" LCD MONITOR FOR
COMPUTER USE
Marks and Numbers : N/M



**CHI MEI - 2006**

SHIPMENT DETAIL REPORT

Date  5/22/2007

Page 8 of 47

| SHIPPER | CONSIGNEE | NOTIFY PARTY | SHIPMENT DETAIL | |
|---|---|---|---|---|
| CHI MEI OPTOELECTRONICS CORPORATION<br>SCIENCE-BASED INDUSTRIAL PARK NO. 1<br>HSINSHIH TAINAN<br>TAIWAN | WESTINGHOUSE DIGITAL ELECTRONICS, L<br>12150 MORA DR.<br>SANTA FE SPRINGS CA 90670<br>UNITED STATES | WESTINGHOUSE DIGITAL ELECTRONICS, L<br>12150 MORA DR<br>SANTA FE SPRINGS CA 90670<br>UNITED STATES | **B/L Number:** OOLU8079780<br><br>**Weight(Kg):** 30,417.88<br><br>**Teus:** 8.00<br><br>**Fgn Port of Load:** KAOHSIUNG<br><br>**U.S. Port of Arrival:** LOS ANGELES | **Arrival Date:** 03/04/2006<br><br>**Pieces:** 4,768<br><br>**Measure(cm):** 6,232.00<br><br>**Est Value:** 482,109.00 |

Origin :  REPUBLIC OF CHINA
Carrier :  ORIENT OVERSEAS CONTAINER LINE
Product Description :  19" LCD MONITOR FOR COMPUTER USE    19" LCD MONITOR FOR COMPUTER USE    20" LCD MONITOR FOR
COMPUTER USE    20" LCD MONITOR FOR COMPUTER USE
Marks and Numbers :  NO MARKS

| SHIPPER | CONSIGNEE | NOTIFY PARTY | SHIPMENT DETAIL | |
|---|---|---|---|---|
| CHI MEI OPTOELECTRONICS CORPORATION<br>SCIENCE-BASED INDUSTRIAL PARK NO. 1<br>HSINSHIH TAINAN<br>TAIWAN | WESTINGHOUSE DIGITAL ELECTRONICS, L<br>12150 MORA DR.<br>SANTA FE SPRINGS CA 90670<br>UNITED STATES | WESTINGHOUSE DIGITAL ELECTRONICS, L<br>12150 MORA DR<br>SANTA FE SPRINGS CA 90670<br>UNITED STATES | **B/L Number:** OOLU8079782<br><br>**Weight(Kg):** 28,184.21<br><br>**Teus:** 8.00<br><br>**Fgn Port of Load:** KAOHSIUNG<br><br>**U.S. Port of Arrival:** LOS ANGELES | **Arrival Date:** 03/04/2006<br><br>**Pieces:** 4,160<br><br>**Measure(cm):** 6,232.00<br><br>**Est Value:** 446,707.00 |

Origin :  REPUBLIC OF CHINA
Carrier :  ORIENT OVERSEAS CONTAINER LINE
Product Description :  19" LCD MONITOR FOR COMPUTER USE    19" LCD MONITOR FOR COMPUTER USE    19" LCD MONITOR FOR
COMPUTER USE    19" LCD MONITOR FOR COMPUTER USE
Marks and Numbers :  N/M N/M N/M

| SHIPPER | CONSIGNEE | NOTIFY PARTY | SHIPMENT DETAIL | |
|---|---|---|---|---|
| CHI MEI OPTOELECTRONICS CORP<br>NO.1, CHI-YEH RD<br>TAINAN SCIENCE-BASED IND. PARK<br>TAINAN | AMPTRON INTERNATIONAL INC<br>17501 ROWLAND ST<br>CITY OF INDUSTRY CA 91748<br>USA | ORDER | **B/L Number:** CHGHKALAX060<br><br>**Weight(Kg):** 8,025.86<br><br>**Teus:** 1.86<br><br>**Fgn Port of Load:** KAOHSIUNG<br><br>**U.S. Port of Arrival:** LOS ANGELES | **Arrival Date:** 03/11/2006<br><br>**Pieces:** 1,424<br><br>**Measure(cm):** 0.00<br><br>**Est Value:** 127,206.00 |

Origin :  REPUBLIC OF CHINA
Carrier :  HAPAG LLOYD
Product Description :  LCD MONITOR WITH
Marks and Numbers :  NO MARKS



**CHI MEI - 2006**

SHIPMENT DETAIL REPORT

Date  5/22/2007                                                                                    Page 9 of 47

| SHIPPER | CONSIGNEE | NOTIFY PARTY | SHIPMENT DETAIL | |
|---|---|---|---|---|
| CHI MEI OPTOELECTRONICS CORPORATION SCIENCE-BASED INDUSTRIAL PARK NO. 1 HSINSHIH TAINAN TAIWAN | WESTINGHOUSE DIGITAL ELECTRONICS, L 12150 MORA DR. SANTA FE SPRINGS CA 90670 UNITED STATES | WESTINGHOUSE DIGITAL ELECTRONICS, L 12150 MORA DR. SANTA FE SPRINGS CA 90670 UNITED STATES | **B/L Number:** OOLU89069182 **Weight(Kg):** 26,740.02 **Teus :** 8.00 **Fgn Port of Load :** KAOHSIUNG **U.S. Port of Arrival :** LOS ANGELES | **Arrival Date :** 03/11/2006 **Pieces :** 4,368 **Measure(cm) :** 6,232.00 **Est Value :** 423,817.00 |

Origin :  REPUBLIC OF CHINA
Carrier :  ORIENT OVERSEAS CONTAINER LINE
Product Description :  19" LCD MONITOR FOR COMPUTER USE    19" LCD MONITOR FOR COMPUTER USE    19" LCD MONITOR FOR
COMPUTER USE    19" LCD MONITOR FOR COMPUTER USE
Marks and Numbers :  NO MARKS

| SHIPPER | CONSIGNEE | NOTIFY PARTY | SHIPMENT DETAIL | |
|---|---|---|---|---|
| CHI MEI OPTOELECTRONICS CORPORATION SCIENCE-BASED INDUSTRIAL PARK NO. 1 HSINSHIH TAINAN TAIWAN | WESTINGHOUSE DIGITAL ELECTRONICS, L 12150 MORA DR. SANTA FE SPRINGS CA 90670 UNITED STATES | WESTINGHOUSE DIGITAL ELECTRONICS, L 12150 MORA DR. SANTA FE SPRINGS CA 90670 UNITED STATES | **B/L Number:** OOLU89069183 **Weight(Kg):** 34,562.16 **Teus :** 10.00 **Fgn Port of Load :** KAOHSIUNG **U.S. Port of Arrival :** LOS ANGELES | **Arrival Date :** 03/11/2006 **Pieces :** 6,216 **Measure(cm) :** 7,700.00 **Est Value :** 547,704.00 |

Origin :  REPUBLIC OF CHINA
Carrier :  ORIENT OVERSEAS CONTAINER LINE
Product Description :  17" LCD MONITOR FOR COMPUTER USE    17" LCD MONITOR FOR COMPUTER USE    20" LCD MONITOR FOR
COMPUTER USE    7" LCD MONITOR FOR COMPUTER USE    17" LCD MONITOR FOR COMPUTER USE
Marks and Numbers :  NO MARKS

| SHIPPER | CONSIGNEE | NOTIFY PARTY | SHIPMENT DETAIL | |
|---|---|---|---|---|
| CHI MEI OPTOELECTRONICS CORPORATION SCIENCE-BASED INDUSTRIAL PARK NO. 1 HSINSHIH TAINAN TAIWAN | WESTINGHOUSE DIGITAL ELECTRONICS, L 12150 MORA DR. SANTA FE SPRINGS CA 90670 UNITED STATES | WESTINGHOUSE DIGITAL ELECTRONICS, L 12150 MORA DR. SANTA FE SPRINGS CA 90670 UNITED STATES | **B/L Number:** OOLU89069292 **Weight(Kg):** 17,324.86 **Teus :** 6.00 **Fgn Port of Load :** KAOHSIUNG **U.S. Port of Arrival :** LOS ANGELES | **Arrival Date :** 03/19/2006 **Pieces :** 2,520 **Measure(cm) :** 4,674.00 **Est Value :** 274,591.00 |

Origin :  REPUBLIC OF CHINA
Carrier :  ORIENT OVERSEAS CONTAINER LINE
Product Description :  20" LCD MONITOR FOR COMPUTER USE    20" LCD MONITOR FOR COMPUTER USE    20" LCD MONITOR FOR
COMPUTER USE
Marks and Numbers :  N/M N/M



**CHI MEI - 2006**

SHIPMENT DETAIL REPORT

Date  5/22/2007

| SHIPPER | CONSIGNEE | NOTIFY PARTY | SHIPMENT DETAIL | |
|---|---|---|---|---|
| CHI MEI OPTOELECTRONICS CORPORATION<br>SCIENCE-BASED INDUSTRIAL PARK NO  1<br>HSINSHIH TAINAN<br>TAIWAN | WESTINGHOUSE DIGITAL ELECTRONICS, L<br>12150 MORA DR<br>SANTA FE SPRINGS CA 90670<br>UNITED STATES | WESTINGHOUSE DIGITAL ELECTRONICS, L<br>12150 MORA DR<br>SANTA FE SPRINGS CA 90670<br>UNITED STATES | B/L Number: OOLU89069290<br>Weight(Kg): 28,886.12<br>Teus : 8 00<br><br>Fgn Port of Load : KAOHSIUNG<br>U.S. Port of Arrival : LOS ANGELES | Arrival Date : 03/19/2006<br>Pieces : 5,208<br>Measure(cm) : 6,232.00<br>Est Value : 457,832.00 |

Origin :  REPUBLIC OF CHINA
Carrier :  ORIENT OVERSEAS CONTAINER LINE
Product Description :  17"LCD MONITOR FOR COMPUTER USE   19" LCD MONITOR FOR COMPUTER USE   17"LCD MONITOR FOR
COMPUTER USE   17"LCD MONITOR FOR COMPUTER USE
Marks and Numbers :  NO MARKS

| SHIPPER | CONSIGNEE | NOTIFY PARTY | SHIPMENT DETAIL | |
|---|---|---|---|---|
| CHI MEI CORPORATION<br>NO 59-1 SAN CHIA VILLAGE,JEN TE<br>TOWNSHIP,TAINAN,TAIWAN | TO ORDER OF SHIPPER<br>TO ORDER OF SHIPPER | M. HOLLAND COMPANY<br>400 SKOKIE BLVD. SUITE 600<br>NORTHBROOK, IL 60062 | B/L Number: EISU0016000604<br>Weight(Kg): 16,539.02<br>Teus : 1 00<br><br>Fgn Port of Load : KAOHSIUNG<br>U.S. Port of Arrival : TACOMA | Arrival Date : 03/23/2006<br>Pieces : 22<br>Measure(cm) : 25 00<br>Est Value : 102,964.18 |

Origin :  REPUBLIC OF CHINA
Carrier :  EVERGREEN LINE
Product Description :  WONDERLITE PC RESIN  WONDERLITE PC RESIN  PC-110  LCD MONITOR MODE MODEL 743A-NBC-EN,  FREE
SAMPLE, NO COMMERCIAL VALUE  PURCHASE ORDER(S): 162386
Marks and Numbers :  M. HOLLAND M. HOLLAND 162386 CHICAGO, IL P/NO  1-16 C/NO  1-6 MADE IN TAIWAN R  O  C  THE SAME

| SHIPPER | CONSIGNEE | NOTIFY PARTY | SHIPMENT DETAIL | |
|---|---|---|---|---|
| CHI MEI OPTOELECTR4ONICS CORP<br>NO 1  CHI-YEH RD<br>TAINAN SCIENCE-BASED IND  PARK<br>TAINAN | AMPTRON INTERNATIONAL INC<br>17501 ROWLAND ST<br>CITY OF INDUSTRY CA 91748<br>USA | ORDER | B/L Number: CHGHKALAX060<br>Weight(Kg): 7,867.97<br>Teus : 1 83<br><br>Fgn Port of Load : KAOHSIUNG<br>U.S. Port of Arrival : LOS ANGELES | Arrival Date : 03/25/2006<br>Pieces : 1,152<br>Measure(cm) : 0 00<br>Est Value : 124,704.00 |

Origin :  REPUBLIC OF CHINA
Carrier :  HAPAG LLOYD
Product Description :  19 LCD MONITOR
Marks and Numbers :  NO MARKS



**CHI MEI - 2006**

SHIPMENT DETAIL REPORT

Date 5/22/2007

| SHIPPER | CONSIGNEE | NOTIFY PARTY | SHIPMENT DETAIL | |
|---|---|---|---|---|
| CHI MEI OPTOELECTRONICS CORP<br>ADD NO.1,CHI-YEH ROAD,TAINAN<br>SCIENCE-BASED INDUSTRIAL PARK.<br>TAIWAN 74147 R.O.C | WESTINGHOUSE DIGITAL ELECTRONICS,<br>LLC<br>12150 MORA DRIVE SANTA FE<br>SPRING,CA 90670 | WESTINGHOUSE DIGITAL ELECTRONICS,<br>LLC<br>12150 MORA DRIVE SANTA FE<br>SPRING,CA 90670 | B/L Number:ITMA859695789<br>Weight(Kg): 9,152.00<br>Teus : 2.00<br>Fgn Port of Load :NINGPO<br>U.S. Port of Arrival :LOS ANGELES | Arrival Date :03/24/2006<br>Pieces : 1,664<br>Measure(cm) : 55.00<br>Est Value: 126,774.00 |

Origin : PEOPLES REP OF CHINA
Carrier : NOT AVAILABLE
Product Description : 17"LCD MONITOR  17"LCD MONITOR  FOR COMPUTER USE
Marks and Numbers : P'NO. 1/26-26/26 P/NO. 1/26-26/26 MADE IN CHINA

| | CONSIGNEE | NOTIFY PARTY | SHIPMENT DETAIL | |
|---|---|---|---|---|
| CHI MEI OPTOELECTRONICS CORPORATION<br>SCIENCE-BASED INDUSTRIAL PARK NO. 1<br>HSINSHIH TAINAN<br>TAIWAN | WESTINGHOUSE DIGITAL ELECTRONICS, L<br>12150 MORA DR.<br>SANTA FE SPRINGS CA 90670<br>UNITED STATES | WESTINGHOUSE DIGITAL ELECTRONICS, L<br>12150 MORA DR.<br>SANTA FE SPRINGS CA 90670<br>UNITED STATES | B/L Number:OOLU89068873<br>Weight(Kg): 28,984.12<br>Teus : 8.00<br>Fgn Port of Load :KAOHSIUNG<br>U.S. Port of Arrival :LOS ANGELES | Arrival Date :03/25/2006<br>Pieces : 5,040<br>Measure(cm) : 6,232.00<br>Est Value: 459,385.00 |

Origin : REPUBLIC OF CHINA
Carrier : ORIENT OVERSEAS CONTAINER LINE
Product Description : 19" LCD MONITOR FOR COMPUTER USE  17" LCD MONITOR FOR COMPUTER USE  17" LCD MONITOR FOR
COMPUTER USE  17" LCD MONITOR FOR COMPUTER USE
Marks and Numbers : NO MARKS

| SHIPPER | CONSIGNEE | NOTIFY PARTY | SHIPMENT DETAIL | |
|---|---|---|---|---|
| CHI MEI OPTOELECTRONICS CORPORATION<br>SCIENCE-BASED INDUSTRIAL PARK NO. 1<br>HSINSHIH TAINAN<br>TAIWAN | WESTINGHOUSE DIGITAL ELECTRONICS, L<br>12150 MORA DR.<br>SANTA FE SPRINGS CA 90670<br>UNITED STATES | WESTINGHOUSE DIGITAL ELECTRONICS, L<br>12150 MORA DR.<br>SANTA FE SPRINGS CA 90670<br>UNITED STATES | B/L Number:OOLU89068871<br>Weight(Kg): 19,418.78<br>Teus : 8.00<br>Fgn Port of Load :KAOHSIUNG<br>U.S. Port of Arrival :LOS ANGELES | Arrival Date :03/25/2006<br>Pieces : 3,360<br>Measure(cm) : 6,232.00<br>Est Value: 307,779.00 |

Origin : REPUBLIC OF CHINA
Carrier : ORIENT OVERSEAS CONTAINER LINE
Product Description : 19" LCD MONITOR FOR COMPUTER USE  19" LCD MONITOR FOR COMPUTER USE  19" LCD MONITOR FOR
COMPUTER USE  17" LCD MONITOR FOR COMPUTER USE
Marks and Numbers : N/M N/M N/M

 **PIERS.com**
U.S. Waterborne Import Data

**CHI MEI - 2006**

SHIPMENT DETAIL REPORT

Date  5/22/2007

Page 12 of 47

| SHIPPER | CONSIGNEE | NOTIFY PARTY | SHIPMENT DETAIL |
|---|---|---|---|

CHI MEI OPTOELECTRONICS CORPORATION
SCIENCE-BASED INDUSTRIAL PARK NO. 1
HSINSHIH TAINAN
TAIWAN

WESTINGHOUSE DIGITAL ELECTRONICS, L
12150 MORA DR.
SANTA FE SPRINGS CA 90670
UNITED STATES

WESTINGHOUSE DIGITAL ELECTRONICS, L
12150 MORA DR.
SANTA FE SPRINGS CA 90670
UNITED STATES

B/L Number: OOLU89068870      Arrival Date : 03/25/2006
Weight(Kg): 33,140.20      Pieces : 5,712
Teus : 10.00      Measure(cm) : 7,790.00
Fgn Port of Load : KAOHSIUNG      Est Value : 525,257.00
U.S. Port of Arrival : LOS ANGELES

Origin :  REPUBLIC OF CHINA
Carrier :  ORIENT OVERSEAS CONTAINER LINE
Product Description :  17" LCD MONITOR FOR COMPUTER USE    20" LCD MONITOR FOR COMPUTER USE    17" LCD MONITOR FOR
COMPUTER USE    20" LCD MONITOR FOR COMPUTER USE    17" LCD MONITOR FOR
Marks and Numbers :  N/M N/M

| SHIPPER | CONSIGNEE | NOTIFY PARTY | SHIPMENT DETAIL |
|---|---|---|---|

CHI MEI CORPORATION
NO. 59-1 SAN CHIA JEN TE VILLAGE
TAINAN COUNTY TAIWAN ROC

TO ENTEC POLYMERS LLC
1900 SUMMIT TOWER BLVD. SUITE 900,
ORLANDO, FL 32810, USA PHONE
407-875-9595, FAX 407-875-5700

ENTEC POLYMERS LLC
1900 SUMMIT TOWER BLVD. SUITE 900,
ORLANDO, FL 32810, USA PHONE
407-875-9595, FAX 407-875-5700

B/L Number: YMLUW2090146      Arrival Date : 03/25/2006
Weight(Kg): 16,539.02      Pieces : 22
Teus : 1.00      Measure(cm) : 25.00
Fgn Port of Load : KAOHSIUNG      Est Value : 30,838.00
U.S. Port of Arrival : LOS ANGELES

Origin :  REPUBLIC OF CHINA
Carrier :  YANG MING LINE
Product Description :  ACRYLONITRILE-BUTADIENE-STYRENE (AB  ABS RESIN  PA-765 BK  PA-777D NAT  PA-756S BK  PA-727 BK  FREE
SAMPLE OF NO COMMERCIAL VALUE  17" LCD MONITOR MODEL 743A-NBC-EN
Marks and Numbers :  ENTEC POLYMERS      PLAINFIELD, IL 058095      P/NO. 1-16 C/NO. 1-6      MADE IN TAIWAN R.O.C. //

| SHIPPER | CONSIGNEE | NOTIFY PARTY | SHIPMENT DETAIL |
|---|---|---|---|

CHI MEI OPTOELECTRONICS CORPORATION
SCIENCE-BASED INDUSTRIAL PARK NO. 1
HSINSHIH TAINAN
TAIWAN

WESTINGHOUSE DIGITAL ELECTRONICS, L
12150 MORA DR.
SANTA FE SPRINGS CA 90670
UNITED STATES

WESTINGHOUSE DIGITAL ELECTRONICS, L
12150 MORA DR.
SANTA FE SPRINGS CA 90670
UNITED STATES

B/L Number: OOLU300168114      Arrival Date : 04/01/2006
Weight(Kg): 31,594.83      Pieces : 5,208
Teus : 10.00      Measure(cm) : 7,790.00
Fgn Port of Load : KAOHSIUNG      Est Value : 500,763.00
U.S. Port of Arrival : LOS ANGELES

Origin :  REPUBLIC OF CHINA
Carrier :  ORIENT OVERSEAS CONTAINER LINE
Product Description :  19"LCD MONITOR FOR COMPUTER USE    19"LCD MONITOR FOR COMPUTER USE    19"LCD MONITOR FOR
COMPUTER USE    17" LCD MONITOR FOR COMPUTER USE    19" LCD MONITOR FOR COMPUTER USE
Marks and Numbers :  N/M



**CHI MEI - 2006**

SHIPMENT DETAIL REPORT

Date  5/22/2007

Page 13 of 47

| SHIPPER | CONSIGNEE | NOTIFY PARTY | SHIPMENT DETAIL | |
|---|---|---|---|---|
| CHI MEI OPTOELECTRONICS CORPORATION SCIENCE-BASED INDUSTRIAL PARK NO  1 HSINSHIH TAINAN TAIWAN | WESTINGHOUSE DIGITAL ELECTRONICS, L 12150 MORA DR SANTA FE SPRINGS CA 90670 UNITED STATES | WESTINGHOUSE DIGITAL ELECTRONICS, L 12150 MORA DR SANTA FE SPRINGS CA 90670 UNITED STATES | B/L Number: OOLU300168114 | Arrival Date : 04/01/2006 |
| | | | Weight(Kg): 14,392.92 | Pieces : 2,088 |
| | | | Teus : 4.00 | Measure(cm) : 3,116.00 |
| | | | Fgn Port of Load : KAOHSIUNG | Est Value: 228,121.00 |
| | | | U.S. Port of Arrival : LOS ANGELES | |

Origin :  REPUBLIC OF CHINA
Carrier :  ORIENT OVERSEAS CONTAINER LINE
Product Description :  17" LCD MONITOR FOR COMPUTER USE   17" LCD MONITOR FOR COMPUTER USE
Marks and Numbers :  N/M

| SHIPPER | CONSIGNEE | NOTIFY PARTY | SHIPMENT DETAIL | |
|---|---|---|---|---|
| CHI MEI CORPORATION NO 59-1 SAN CHIA JEN TE VILLAGE TAINAN COUNTY TAIWAN ROC | TO THE ORDER OF AMPTRON INTERNATIONAL INC 17501 ROWLAND ST , CITY OF INDUSTRY, CA 91748, USA | AMPOC FAR-EAST CO , LTD 17F. NO 171,SUNG-TEH ROAD,TAIPEI, TAIWAN R O C | B/L Number: YMLUW2090149 | Arrival Date : 04/01/2006 |
| | | | Weight(Kg): 13,255.90 | Pieces : 2,144 |
| | | | Teus : 4.00 | Measure(cm) : 78.00 |
| | | | Fgn Port of Load : KAOHSIUNG | Est Value: 210,100.00 |
| | | | U.S. Port of Arrival : LOS ANGELES | |

Origin :  REPUBLIC OF CHINA
Carrier :  YANG MING LINE
Product Description :  DIGITAL DATA PROCESSING MACHINES    DIGITAL DATA PROCESSING MACHINES  17" LCD MONITOR WITH SPEAKER  17V1  19" LCD MONITOR WITH SPEAKER  937A  38 PLTS ( 2,144 SETS)
Marks and Numbers :  // // LOS ANGELES CA      P/NO 1-38 MADE IN TAIWAN     R.O.C. //

| SHIPPER | CONSIGNEE | NOTIFY PARTY | SHIPMENT DETAIL | |
|---|---|---|---|---|
| CHI MEI OPTOELECTRONICS CORPORATION SCIENCE-BASED INDUSTRIAL PARK NO  1 HSINSHIH TAINAN TAIWAN | WESTINGHOUSE DIGITAL ELECTRONICS, L 12150 MORA DR SANTA FE SPRINGS CA 90670 UNITED STATES | WESTINGHOUSE DIGITAL ELECTRONICS, L 12150 MORA DR SANTA FE SPRINGS CA 90670 UNITED STATES | B/L Number: OOLU300168138 | Arrival Date : 04/09/2006 |
| | | | Weight(Kg): 31,299.91 | Pieces : 5,712 |
| | | | Teus : 10.00 | Measure(cm) : 7,790.00 |
| | | | Fgn Port of Load : KAOHSIUNG | Est Value: 496,089.00 |
| | | | U.S. Port of Arrival : LOS ANGELES | |

Origin :  REPUBLIC OF CHINA
Carrier :  ORIENT OVERSEAS CONTAINER LINE
Product Description :  17" LCD MONITOR FOR COMPUTER USE   17" LCD MONITOR FOR COMPUTER USE    19" LCD MONITOR FOR COMPUTER USE    17" LCD MONITOR FOR COMPUTER USE   17" LCD MONITOR FOR COMPUTER USE
Marks and Numbers :  NO MARKS



**CHI MEI - 2006**

SHIPMENT DETAIL REPORT

Date  5/22/2007

Page 14 of 47

| SHIPPER | CONSIGNEE | NOTIFY PARTY | SHIPMENT DETAIL | |
|---|---|---|---|---|
| CHI MEI CORPORATION<br>NO 59-1 SAN CHIA JEN TE VILLAGE<br>TAINAN COUNTY TAIWAN ROC | TO ENTEC POLYMERS LLC<br>1900 SUMMIT TOWER BLVD  SUITE 900,<br>ORLANDO, FL 32810, USA PHONE<br>407-875-9595, FAX 407-875-5700 | ENTEC POLYMERS LLC<br>1900 SUMMIT TOWER BLVD  SUITE 900,<br>ORLANDO, FL 32810, USA PHONE<br>407-875-9595, FAX 407-875-5700 | **B/L Number:** YMLUW2090150<br>**Weight(Kg):** 16,640.20<br>**Teus :** 1.00 | **Arrival Date :** 04/09/2006<br>**Pieces :** 36<br>**Measure(cm) :** 25.00 |
| | | | **Fgn Port of Load :** KAOHSIUNG<br>**U.S. Port of Arrival :** LOS ANGELES | **Est Value :** 31,026.65 |

Origin :  REPUBLIC OF CHINA
Carrier :  YANG MING LINE
Product Description :  ACRYLONITRILE-BUTADIENE-STYRENE (AB  ABS RESIN  PA-747S H82A22B4  PA-747F BK  PA-717C  FREE
NAT  SAMPLE OF NO COMMERCIAL  VALUE . 17' LCD MONITOR MODEL 743A-NBC-EN
Marks and Numbers :  ENTEC POLYMERS     PLAINFIELD, IL 058728     P/NO  1-16 C/NO  1-20     MADE IN TAIWAN R.O.C  //

| SHIPPER | CONSIGNEE | NOTIFY PARTY | SHIPMENT DETAIL | |
|---|---|---|---|---|
| CHI MEI CORPORATION<br>NO 59-1 SAN CHIA JEN TE VILLAGE<br>TAINAN COUNTY TAIWAN ROC | TO THE ORDER OF TAINAN BUSINESS<br>BANK | ALLVAM TECHNOLOGY INC.<br>NO.95,CHIENKWO 1ST ROAD,LINGYA DIST<br>KAOHSIUNG,TAIWAN | **B/L Number:** YMLUW2090150<br>**Weight(Kg):** 17,055.81<br>**Teus :** 4.00 | **Arrival Date :** 04/09/2006<br>**Pieces :** 2,704<br>**Measure(cm) :** 100.00 |
| | | | **Fgn Port of Load :** KAOHSIUNG<br>**U.S. Port of Arrival :** LOS ANGELES | **Est Value :** 270,327.00 |

Origin :  REPUBLIC OF CHINA
Carrier :  YANG MING LINE
Product Description :  DIGITAL DATA PROCESSING MACHINES   DIGITAL DATA PROCESSING MACHINES  17 INCH LCD-MONITOR
(17VI(WITH DVI)  NO BRAND  (A GRADE PANEL)  19 INCH(WIDE) LCD-MONITOR  938D(WITH DVI)  CHIMEI BRAND
(A GRADE PANEL )  L/C NO. 6NRAF200022
Marks and Numbers :  ///ALLVAM     LOS ANGELES, CA C/NO  1-2,704     MADE IN TAIWAN R.O.C.  //

| SHIPPER | CONSIGNEE | NOTIFY PARTY | SHIPMENT DETAIL | |
|---|---|---|---|---|
| CHI MEI CORPORATION<br>NO 59-1 SAN CHIA JEN TE VILLAGE<br>TAINAN COUNTY TAIWAN ROC | TO THE ORDER OF AMPTRON<br>INTERNATIONAL, INC.<br>17501 ROWLAND ST, CITY OF<br>INDUSTRY, CA 91748, USA | AMPOC FAR-EAST CO.,LTD<br>17F,NO.171,SUNG-TEH ROAD,TAIPEI,<br>TAIWAN | **B/L Number:** YMLUW2090151<br>**Weight(Kg):** 7,903.81<br>**Teus :** 2.00 | **Arrival Date :** 04/09/2006<br>**Pieces :** 1,040<br>**Measure(cm) :** 50.00 |
| | | | **Fgn Port of Load :** KAOHSIUNG<br>**U.S. Port of Arrival :** LOS ANGELES | **Est Value :** 125,272.00 |

Origin :  REPUBLIC OF CHINA
Carrier :  YANG MING LINE
Product Description :  DIGITAL DATA PROCESSING MACHINES  19" LCD MONITOR WITH SPEAKER  937A  L/C NO.F6ATAE2721021USO
Marks and Numbers :  AMPTRON     LOS ANGELES, CA C/NO 1-1,040     MADE IN TAIWAN R.O.C. //


U.S. Wale the Import Data

**CHI MEI - 2006**

SHIPMENT DETAIL REPORT

Date  5/22/2007

| SHIPPER | CONSIGNEE | NOTIFY PARTY | SHIPMENT DETAIL | |
|---|---|---|---|---|
| CHI MEI OPTOELECTRONICS CORPORATION SCIENCE-BASED INDUSTRIAL PARK NO. 1 HSINSHIH TAINAN TAIWAN | WESTINGHOUSE DIGITAL ELECTRONICS, L 12150 MORA DR SANTA FE SPRINGS CA 90670 UNITED STATES | WESTINGHOUSE DIGITAL ELECTRONICS, L 12150 MORA DR SANTA FE SPRINGS CA 90670 UNITED STATES | B/L Number: OOLU300168145 | Arrival Date : 04/15/2006 |
| | | | Weight(Kg): 29,083.03 | Pieces : 4,872 |
| | | | Teus : 8.00 | Measure(cm) : 6,232.00 |
| | | | Fgn Port of Load : KAOHSIUNG | Est Value : 460,953.00 |
| | | | U.S. Port of Arrival : LOS ANGELES | |

Origin :  REPUBLIC OF CHINA
Carrier :  ORIENT OVERSEAS CONTAINER LINE
Product Description :  17" LCD MONITOR FOR COMPUTER USE   19" LCD MONITOR FOR COMPUTER USE   19" LCD MONITOR FOR
COMPUTER USE   19" LCD MONITOR FOR COMPUTER USE
Marks and Numbers :  NO MARKS

| SHIPPER | CONSIGNEE | NOTIFY PARTY | SHIPMENT DETAIL | |
|---|---|---|---|---|
| CHI MEI OPTOELECTRONICS CORP NO 1. CHI-YEH RD . TAINAN SCIENCE-BASED IND. PARK TAINAN | AMPTRON INTERNATIONAL INC 17501 ROWLAND ST CITY OF INDUSTRY CA 91748 USA | ORDER | B/L Number: CHGHKALAX060 | Arrival Date : 04/15/2006 |
| | | | Weight(Kg): 17,451.00 | Pieces : 3,396 |
| | | | Teus : 4.05 | Measure(cm) : 0.00 |
| | | | Fgn Port of Load : KAOHSIUNG | Est Value : 276,590.00 |
| | | | U.S. Port of Arrival : LOS ANGELES | |

Origin :  REPUBLIC OF CHINA
Carrier :  N Y K LINE
Product Description :  696 SETS OF 15" LCD MONITOR  1900 SETS OF 17" LCD MONITOR  500 SETS OF 19" LCD MONITOR  30  0SETS (FOC)
OF POWER CORD, SP-305 + IS-14, BL ACK, UL, 1800MM, GREEN 11  1664PKGS=1664SET   696 SETS OF 15" LCD
MONITOR  1900 SETS OF 17" LCD MONITOR  500 SETS OF 19" LCD MONITOR  30  0SETS (FOC) OF POWER CORD,
SP-305 + IS-14, BL ACK, UL, 1800MM, GREEN 11  1232PKGS=1232SET   696 SETS OF 15" LCD MONITOR  1900 SETS OF
17" LCD MONITOR  500 SETS OF 19" LCD MONITOR  30  0SETS (FOC) OF POWER CORD, SP-305 + IS-14, BL ACK, UL,
1800MM, GREEN 11  500PKGS=500SET
Marks and Numbers :  NO MARKS NO MARKS NO MARKS

| SHIPPER | CONSIGNEE | NOTIFY PARTY | SHIPMENT DETAIL | |
|---|---|---|---|---|
| CHI MEI CORPORATION NO 59-1 SAN CHIA JEN TE VILLAGE TAINAN COUNTY TAIWAN ROC | EVERTEK COMPUTER CORP 1809 ORD WAY, OCEANSIDE, CA 92056,USA | CARMICHAEL INTERNATIONAL SERVICES 533 GLENDALE BLVD. LOS ANGELES, CA 90026 TEL:1-213-353-0186 FAX:1-213-250-0710 | B/L Number: YMLUW2090152 | Arrival Date : 04/16/2006 |
| | | | Weight(Kg): 5,779.04 | Pieces : 1,120 |
| | | | Teus : 2.00 | Measure(cm) : 50.00 |
| | | | Fgn Port of Load : KAOHSIUNG | Est Value : 91,595.00 |
| | | | U.S. Port of Arrival : LOS ANGELES | |

Origin :  REPUBLIC OF CHINA
Carrier :  YANG MING LINE
Product Description :  DIGITAL DATA PROCESSING MACHINES  17" LCD MONITOR  MODEL 727A-ANA-EX
Marks and Numbers :  ACTION          LOS ANGELES,CA C/NO 1-1,120     MADE IN TAIWAN R O C  //



CHI MEI - 2006

SHIPMENT DETAIL REPORT

Date  5/22/2007

Page 16 of 47

| SHIPPER | CONSIGNEE | NOTIFY PARTY | SHIPMENT DETAIL | |
|---|---|---|---|---|
| CHI MEI CORPORATION<br>NO 59-1 SAN CHIA JEN TE VILLAGE<br>TAINAN COUNTY TAIWAN ROC | TO THE ORDER OF AMPTRON<br>INTERNATIONAL. INC<br>17501 ROWLAND ST., CITY OF INDUSTRY<br>CA 91748. USA TEL (626)912-5789 | AMPOC FAR-EAST CO., LTD.<br>17FL.,NO 171 SUNG-TEH ROAD,TAIPEI,<br>TAIWAN R O C | B/L Number:YMLUW2090152<br>Weight(Kg): 9,452.00<br>Teus : 2.00<br>Fgn Port of Load :KAOHSIUNG<br>U.S. Port of Arrival :LOS ANGELES | Arrival Date :04/16/2006<br>Pieces : 1.664<br>Measure(cm) : 50.00<br>Est Value: 145,055.00 |

Origin :  REPUBLIC OF CHINA

Carrier :  YANG MING LINE

Product Description :  DIGITAL DATA PROCESSING MACHINES  17" LCD MONITOR WITH SPEAKER  17V1

Marks and Numbers :  AMPTRON      LOS ANGELES, CA C/NO. 1-1,664      MADE IN TAIWAN R.O.C. //

| SHIPPER | CONSIGNEE | NOTIFY PARTY | SHIPMENT DETAIL | |
|---|---|---|---|---|
| CHI MEI OPTOELECTRONICS CORPORATION<br>SCIENCE-BASED INDUSTRIAL PARK NO. 1<br>HSINSHIH TAINAN<br>TAIWAN | WESTINGHOUSE DIGITAL ELECTRONICS, L<br>12150 MORA DR<br>SANTA FE SPRINGS CA 90670<br>UNITED STATES | WESTINGHOUSE DIGITAL ELECTRONICS, L<br>12150 MORA DR.<br>SANTA FE SPRINGS CA 90670<br>UNITED STATES | B/L Number:OOLU300168168<br>Weight(Kg): 24,273.14<br>Teus : 10.00<br>Fgn Port of Load :KAOHSIUNG<br>U.S. Port of Arrival :LOS ANGELES | Arrival Date :04/22/2006<br>Pieces : 4,200<br>Measure(cm) : 7,790.00<br>Est Value : 384,718.00 |

Origin :  REPUBLIC OF CHINA

Carrier :  ORIENT OVERSEAS CONTAINER LINE

Product Description :  19" LCD MONITOR FOR COMPUTER USE    19" LCD MONITOR FOR COMPUTER USE    19" LCD MONITOR FOR<br>COMPUTER USE    19" LCD MONITOR FOR COMPUTER USE    19" LCD MONITOR FOR COMPUTER USE

Marks and Numbers :  N/M

| SHIPPER | CONSIGNEE | NOTIFY PARTY | SHIPMENT DETAIL | |
|---|---|---|---|---|
| CHI MEI OPTOELECTRONICS CORPORATION<br>SCIENCE-BASED INDUSTRIAL PARK NO. 1<br>HSINSHIH TAINAN<br>TAIWAN | WESTINGHOUSE DIGITAL ELECTRONICS, L<br>12150 MORA DR<br>SANTA FE SPRINGS CA 90670<br>UNITED STATES | WESTINGHOUSE DIGITAL ELECTRONICS, L<br>12150 MORA DR.<br>SANTA FE SPRINGS CA 90670<br>UNITED STATES | B/L Number:OOLU300168168<br>Weight(Kg): 26,113.88<br>Teus : 10.00<br>Fgn Port of Load :KAOHSIUNG<br>U.S. Port of Arrival :LOS ANGELES | Arrival Date :04/22/2006<br>Pieces : 4,200<br>Measure(cm) : 7,790.00<br>Est Value: 413,893.00 |

Origin :  REPUBLIC OF CHINA

Carrier :  ORIENT OVERSEAS CONTAINER LINE

Product Description :  19" LCD MONITOR FOR COMPUTER USE    20" LCD MONITOR FPR CPMPUTER USE    20" LCD MONITOR FPR<br>CPMPUTER USE    19" LCD MONITOR FOR COMPUTER USE    19" LCD MONITOR FOR COMPUTER USE

Marks and Numbers :  NO MARKS



**CHI MEI - 2006**

SHIPMENT DETAIL REPORT

Date 5/22/2007

Page 17 of 47

---

| SHIPPER | CONSIGNEE | NOTIFY PARTY | SHIPMENT DETAIL |
|---|---|---|---|

CHI MEI OPTOELECTRONICS CORPORATION
SCIENCE-BASED INDUSTRIAL PARK NO. 1
HSINSHIH TAINAN
TAIWAN

WESTINGHOUSE DIGITAL ELECTRONICS, L
12150 MORA DR.
SANTA FE SPRINGS CA 90670
UNITED STATES

WESTINGHOUSE DIGITAL ELECTRONICS, L
12150 MORA DR.
SANTA FE SPRINGS CA 90670
UNITED STATES

B/L Number: OOLU300168168    Arrival Date : 04/22/2006

Weight(Kg): 26,714.16    Pieces : 4,536

Teus : 10.00    Measure(cm) : 7,790.00

Fgn Port of Load : KAOHSIUNG    Est Value : 423,407.00

U.S. Port of Arrival : LOS ANGELES

       **Origin** : REPUBLIC OF CHINA
      **Carrier** : ORIENT OVERSEAS CONTAINER LINE
**Product Description** : 19" LCD MONITOR FOR COMPUTER   19" LCD MONITOR FOR COMPUTER USE   19" LCD MONITOR FOR
               COMPUTER USE   19" LCD MONITOR FOR COMPUTER USE   19" LCD MONITOR FOR COMPUTER USE
**Marks and Numbers** : NO MARKS

---

| SHIPPER | CONSIGNEE | NOTIFY PARTY | SHIPMENT DETAIL |
|---|---|---|---|

CHI MEI OPTOELECTRONICS CORPORATION
SCIENCE-BASED INDUSTRIAL PARK NO. 1
HSINSHIH TAINAN
TAIWAN

WESTINGHOUSE DIGITAL ELECTRONICS, L
12150 MORA DR.
SANTA FE SPRINGS CA 90670
UNITED STATES

WESTINGHOUSE DIGITAL ELECTRONICS, L
12150 MORA DR.
SANTA FE SPRINGS CA 90670
UNITED STATES

B/L Number: OOLU300168168    Arrival Date : 04/22/2006

Weight(Kg): 7,294.92    Pieces : 1,176

Teus : 2.00    Measure(cm) : 1,558.00

Fgn Port of Load : KAOHSIUNG    Est Value : 115,621.00

U.S. Port of Arrival : LOS ANGELES

       **Origin** : REPUBLIC OF CHINA
      **Carrier** : ORIENT OVERSEAS CONTAINER LINE
**Product Description** : 19" LCD MONITOR FOR COMPUTER USE
**Marks and Numbers** : NO MARKS

---

| SHIPPER | CONSIGNEE | NOTIFY PARTY | SHIPMENT DETAIL |
|---|---|---|---|

CHI MEI OPTOELECTRONICS CORPORATION
SCIENCE-BASED INDUSTRIAL PARK NO. 1
HSINSHIH TAINAN
TAIWAN

WESTINGHOUSE DIGITAL ELECTRONICS, L
12150 MORA DR.
SANTA FE SPRINGS CA 90670
UNITED STATES

WESTINGHOUSE DIGITAL ELECTRONICS, L
12150 MORA DR.
SANTA FE SPRINGS CA 90670
UNITED STATES

B/L Number: OOLU300168145    Arrival Date : 04/29/2006

Weight(Kg): 14,589.84    Pieces : 2,352

Teus : 4.00    Measure(cm) : 3,116.00

Fgn Port of Load : KAOHSIUNG    Est Value : 231,242.00

U.S. Port of Arrival : LOS ANGELES

       **Origin** : REPUBLIC OF CHINA
      **Carrier** : ORIENT OVERSEAS CONTAINER LINE
**Product Description** : 19" LCD MONITOR FOR COMPUTER USE   19" LCD MONITOR FOR COMPUTER USE
**Marks and Numbers** : N/M



**CHI MEI - 2006**

SHIPMENT DETAIL REPORT

Date  5/22/2007

Page 18 of 47

| SHIPPER | CONSIGNEE | NOTIFY PARTY | SHIPMENT DETAIL | |
|---|---|---|---|---|
| CHI MEI OPTOELECTRONICS CORPORATION<br>SCIENCE-BASED INDUSTRIAL PARK NO  1<br>HSINSHIH TAINAN<br>TAIWAN | WESTINGHOUSE DIGITAL ELECTRONICS, L<br>12150 MORA DR.<br>SANTA FE SPRINGS CA 90670<br>UNITED STATES | WESTINGHOUSE DIGITAL ELECTRONICS, L<br>12150 MORA DR.<br>SANTA FE SPRINGS CA 90670<br>UNITED STATES | B/L Number : OOLU300168138<br><br>Weight(Kg) : 7,294.92<br><br>Teus : 2.00<br><br>Fgn Port of Load : KAOHSIUNG<br><br>U.S. Port of Arrival : LOS ANGELES | Arrival Date : 04/09/2006<br><br>Pieces : 1,176<br><br>Measure(cm) : 1,558.00<br><br>Est Value : 115,621.00 |

Origin :  REPUBLIC OF CHINA
Carrier :  ORIENT OVERSEAS CONTAINER LINE
Product Description :  19" LCD MONITOR FOR COMPUTER USE
Marks and Numbers :  NO MARKS

| SHIPPER | CONSIGNEE | NOTIFY PARTY | SHIPMENT DETAIL | |
|---|---|---|---|---|
| CHI MEI OPTOELECTRONICS CORPORATION<br>SCIENCE-BASED INDUSTRIAL PARK NO  1<br>HSINSHIH TAINAN<br>TAIWAN | WESTINGHOUSE DIGITAL ELECTRONICS, L<br>12150 MORA DR.<br>SANTA FE SPRINGS CA 90670<br>UNITED STATES | WESTINGHOUSE DIGITAL ELECTRONICS, L<br>12150 MORA DR.<br>SANTA FE SPRINGS CA 90670<br>UNITED STATES | B/L Number : OOLU300168372<br><br>Weight(Kg) : 21,901.09<br><br>Teus : 8.00<br><br>Fgn Port of Load : KAOHSIUNG<br><br>U.S. Port of Arrival : LOS ANGELES | Arrival Date : 05/20/2006<br><br>Pieces : 3,696<br><br>Measure(cm) : 6,232.00<br><br>Est Value : 347,122.00 |

Origin :  REPUBLIC OF CHINA
Carrier :  ORIENT OVERSEAS CONTAINER LINE
Product Description :  19" LCD MONITOR FOR COMPUTER USE    19" LCD MONITOR FOR COMPUTER USE    19" LCD MONITOR FOR
COMPUTER USE    19" LCD MONITOR FOR COMPUTER USE
Marks and Numbers :  NO MARKS

| SHIPPER | CONSIGNEE | NOTIFY PARTY | SHIPMENT DETAIL | |
|---|---|---|---|---|
| CHI MEI OPTOELECTRONICS CORPORATION<br>SCIENCE-BASED INDUSTRIAL PARK NO  1<br>HSINSHIH TAINAN<br>TAIWAN | WESTINGHOUSE DIGITAL ELECTRONICS, L<br>12150 MORA DR.<br>SANTA FE SPRINGS CA 90670<br>UNITED STATES | WESTINGHOUSE DIGITAL ELECTRONICS, L<br>12150 MORA DR.<br>SANTA FE SPRINGS CA 90670<br>UNITED STATES | B/L Number : OOLU300168372<br><br>Weight(Kg) : 24,273.14<br><br>Teus : 10.00<br><br>Fgn Port of Load : KAOHSIUNG<br><br>U.S. Port of Arrival : LOS ANGELES | Arrival Date : 05/20/2006<br><br>Pieces : 4,200<br><br>Measure(cm) : 7,790.00<br><br>Est Value : 384,718.00 |

Origin :  REPUBLIC OF CHINA
Carrier :  ORIENT OVERSEAS CONTAINER LINE
Product Description :  19" LCD MONITOR FOR COMPUTER USE    19" LCD MONITOR FOR COMPUTER USE    19" LCD MONITOR FOR
COMPUTER USE    19" LCD MONITOR FOR COMPUTER USE    19" LCD MONITOR FOR COMPUTER USE
Marks and Numbers :  N/M N/M



**CHI MEI - 2006**

SHIPMENT DETAIL REPORT

Date  5/22/2007

Page 19 of 47

| SHIPPER | CONSIGNEE | NOTIFY PARTY | SHIPMENT DETAIL | |
|---|---|---|---|---|
| CHI MEI OPTOELECTRONICS CORP<br>NO.1, CHI-YEH ROAD, SINSHIH<br>TOWNSHI<br>TAINAN SCIENCE PARK, TAINAN | WESTINGHOUSE DIGITAL ELECTRONICS, L<br>12150 MORA DRIVE,SANTA FE SPRING.<br>C<br>90670 TEL NO.1-562-236-9800 | ORDER | B/L Number:TOPOSGP060534<br>Weight(Kg): 5,377.04<br>Teus : 4.00<br>Fgn Port of Load :KAOHSIUNG<br>U.S. Port of Arrival :LOS ANGELES | Arrival Date :05/24/2006<br>Pieces : 1,240<br>Measure(cm) : 80.00<br>Est Value: 85,224.00 |

Origin :  REPUBLIC OF CHINA
Carrier :  MAERSK LINE
Product Description :  LCD MONITOR   LCD MONITOR
Marks and Numbers :  AS ADDRESSED AS ADDRESSED

| SHIPPER | CONSIGNEE | NOTIFY PARTY | SHIPMENT DETAIL | |
|---|---|---|---|---|
| CHI MEI OPTOELECTRONICS CORPORATION<br>SCIENCE-BASED INDUSTRIAL PARK NO  1<br>HSINSHIH TAINAN<br>TAIWAN | WESTINGHOUSE DIGITAL ELECTRONICS, L<br>12150 MORA DR<br>SANTA FE SPRINGS CA 90670<br>UNITED STATES | WESTINGHOUSE DIGITAL ELECTRONICS, L<br>12150 MORA DR.<br>SANTA FE SPRINGS CA 90670<br>UNITED STATES | B/L Number:OOLU300168372<br>Weight(Kg): 7,336.21<br>Teus : 2.00<br>Fgn Port of Load :KAOHSIUNG<br>U.S. Port of Arrival :LOS ANGELES | Arrival Date :05/31/2006<br>Pieces : 1,176<br>Measure(cm) : 1,558.00<br>Est Value: 116,275.00 |

Origin :  REPUBLIC OF CHINA
Carrier :  ORIENT OVERSEAS CONTAINER LINE
Product Description :  19" LCD MONITOR FOR COMPUTER USE
Marks and Numbers :  NO MARKS

| SHIPPER | CONSIGNEE | NOTIFY PARTY | SHIPMENT DETAIL | |
|---|---|---|---|---|
| CHI MEI OPTOELECTRONICS CORP<br>NO.1, CHI-YEH ROAD, SINSHIH<br>TOWNSHI<br>TAINAN SCIENCE PARK, TAINAN | WESTINGHOUSE DIGITAL ELECTRONICS, L<br>12150 MORA DRIVE,SANTA FE SPRING.<br>C<br>90670 TEL NO.1-562-236-9800 | ORDER | B/L Number:TOPOSGP060535<br>Weight(Kg): 5,377.04<br>Teus : 4.00<br>Fgn Port of Load :KAOHSIUNG<br>U.S. Port of Arrival :LOS ANGELES | Arrival Date :05/08/2006<br>Pieces : 1,240<br>Measure(cm) : 80.00<br>Est Value: 85,224.00 |

Origin :  REPUBLIC OF CHINA
Carrier :  MAERSK LINE
Product Description :  LCD MONITOR   LCD MONITOR
Marks and Numbers :  AS ADDRESSED AS ADDRESSED



**CHI MEI - 2006**

SHIPMENT DETAIL REPORT

Date  5/22/2007

Page 20 of 47

| SHIPPER | CONSIGNEE | NOTIFY PARTY | SHIPMENT DETAIL | |
|---|---|---|---|---|
| CHI MEI OPTOELECTRONICS CORP NO.1, CHI-YEH RD., TAINAN SCIENCE-BASED IND. PARK TAINAN 7417 | AMPTRON INTERNATIONAL INC 17501 ROWLAND ST CITY OF INDUSTRY CA 91748 USA | AMPTRON INTERNATIONAL INC 17501 ROWLAND ST CITY OF INDUSTRY CA 91748 USA | **B/L Number:** CHGHKALAX060 **Weight(Kg):** 8,555.81 **Teus :** 2.00 **Fgn Port of Load :** KAOHSIUNG **U.S. Port of Arrival :** LOS ANGELES | **Arrival Date :** 06/10/2006 **Pieces :** 2,312 **Measure(cm) :** 0.00 **Est Value:** 135,606.00 |

Origin :  REPUBLIC OF CHINA
Carrier :  N Y K LINE
Product Description :  17" LCD MONITOR  19" WIDE LCD MONITOR  (1 SET = 1 PACKAGE)  19" WIDE LCD MONITOR  19" WIDE LCD MONITOR  POWER CODE (1 SET = 1 PACKAGE)
Marks and Numbers :  NO MARKS NO MARKS

| SHIPPER | CONSIGNEE | NOTIFY PARTY | SHIPMENT DETAIL | |
|---|---|---|---|---|
| CHI MEI OPTOELECTRONICS CORP NO.1, CHI-YEH ROAD, SINSHIH TOWNSHI TAINAN SCIENCE PARK, TAINAN | WESTINGHOUSE DIGITAL ELECTRONICS, L 12150 MORA DRIVE,SANTA FE SPRING, C 90670 TEL NO 1-562-236-9800 | ORDER | **B/L Number:** TOPOSGP060633 **Weight(Kg):** 7,643.83 **Teus :** 4.00 **Fgn Port of Load :** KAOHSIUNG **U.S. Port of Arrival :** LOS ANGELES | **Arrival Date :** 06/14/2006 **Pieces :** 1,899 **Measure(cm) :** 110.00 **Est Value:** 121,151.00 |

Origin :  REPUBLIC OF CHINA
Carrier :  MAERSK LINE
Product Description :  LCD MONITOR   LCD MONITOR
Marks and Numbers :  AS ADDRESSED AS ADDRESSED

| SHIPPER | CONSIGNEE | NOTIFY PARTY | SHIPMENT DETAIL | |
|---|---|---|---|---|
| CHI MEI OPTOELECTRONICS CORPORATION SCIENCE-BASED INDUSTRIAL PARK NO. 1 HSINSHIH TAINAN TAIWAN | WESTINGHOUSE DIGITAL ELECTRONICS, L 12150 MORA DR SANTA FE SPRINGS CA 90670 UNITED STATES | WESTINGHOUSE DIGITAL ELECTRONICS, L 12150 MORA DR SANTA FE SPRINGS CA 90670 UNITED STATES | **B/L Number:** OOLU300168463 **Weight(Kg):** 7,336.21 **Teus :** 2.00 **Fgn Port of Load :** KAOHSIUNG **U.S. Port of Arrival :** LOS ANGELES | **Arrival Date :** 06/17/2006 **Pieces :** 1,176 **Measure(cm) :** 1,558.00 **Est Value:** 116,275.00 |

Origin :  REPUBLIC OF CHINA
Carrier :  ORIENT OVERSEAS CONTAINER LINE
Product Description :  19" LCD MONITOR FOR COMPUTER USE
Marks and Numbers :  NO MARKS



**CHI MEI - 2006**

SHIPMENT DETAIL REPORT

Date  5/22/2007

| SHIPPER | CONSIGNEE | NOTIFY PARTY | SHIPMENT DETAIL | |
|---|---|---|---|---|
| CHI MEI OPTELECTRONICS CORP<br>NO.1. CHI-YEH ROAD,SINSHIH TOWNSHIP<br>TAINAN SCIENCE PARK,TAINAN<br>COUNTY,TAIWAN R O C | WESTINGHOUSE DIGITAL ELECTRONICS<br>LLC<br>12150 MORA DRIVE,SANTA FE SPRING,<br>CA 90670 TEL NO 1-562-236-9800 | ORDER | B/L Number: TOPOSGP060633<br>Weight(Kg): 16,166.06<br>Teus : 6.00<br>Fgn Port of Load : KAOHSIUNG<br>U.S. Port of Arrival : LOS ANGELES | Arrival Date : 06/21/2006<br>Pieces : 2,595<br>Measure(cm) : 0.00<br>Est Value : 256,225.00 |

Origin :  REPUBLIC OF CHINA

Carrier :  MAERSK LINE

Product Description :  LCD MONITOR    LCD MONITOR    LCD MONITOR

Marks and Numbers :  AS ADDRESSED AS ADDRESSED AS ADDRESSED

| SHIPPER | CONSIGNEE | NOTIFY PARTY | SHIPMENT DETAIL | |
|---|---|---|---|---|
| CHI MEI OPTOELECTRONICS CORP<br>NO1 CHIYEH ROAD SINSHIH<br>TOWNSHITAINAN SCIENCE PARK TAINAN<br>COUNTYTAIWAN ROC | WESTINGHOUSE DIGITAL ELECTRONICS L<br>12150 MORA DRIVESANTA FE SPRING<br>C90670 TEL NO15622369800 EXT116FAX<br>NO15622369897 ATTNMS CHERHSU FINAL | ORDER | B/L Number: TOPOSGP060633<br>Weight(Kg): 19,417.88<br>Teus : 8.00<br>Fgn Port of Load : KAOHSIUNG<br>U.S. Port of Arrival : LOS ANGELES | Arrival Date : 06/21/2006<br>Pieces : 3,360<br>Measure(cm) : 110.00<br>Est Value : 307,765.00 |

Origin :  REPUBLIC OF CHINA

Carrier :  MAERSK LINE

Product Description :  LCD MONITER    LCD MONITOR    LCD MONITOR    LCD MONITOR

Marks and Numbers :  AS ADDRESSED AS ADDRESSED AS ADDRESSED AS ADDRESSED

| SHIPPER | CONSIGNEE | NOTIFY PARTY | SHIPMENT DETAIL | |
|---|---|---|---|---|
| CHI MEI OPTOELECTRONICS CORP<br>NO1 CHIYEH ROAD SINSHIH<br>TOWNSHITAINAN SCIENCE PARK TAINAN<br>COUNTYTAIWAN ROC | WESTINGHOUSE DIGITAL ELECTRONICS L<br>12150 MORA DRIVESANTA FE SPRING<br>C90670 TEL NO15622369800 EXT116FAX<br>NO15622369897 ATTNMS CHERHSU FINAL | ORDER | B/L Number: TOPOSGP060633<br>Weight(Kg): 24,283.12<br>Teus : 8.00<br>Fgn Port of Load : KAOHSIUNG<br>U.S. Port of Arrival : LOS ANGELES | Arrival Date : 06/21/2006<br>Pieces : 4,014<br>Measure(cm) : 110.00<br>Est Value : 384,876.00 |

Origin :  REPUBLIC OF CHINA

Carrier :  MAERSK LINE

Product Description :  LCD MONITOR    LCD MONITOR    LCD MONITOR    LCD MONITOR

Marks and Numbers :  AS ADDRESSED AS ADDRESSED AS ADDRESSED AS ADDRESSED



**CHI MEI - 2006**

SHIPMENT DETAIL REPORT

Date  5/22/2007

| SHIPPER | CONSIGNEE | NOTIFY PARTY | SHIPMENT DETAIL | |
|---|---|---|---|---|
| CHI MEI OPTOELECTRONICS CORP | AMPTRON INTERNATIONAL INC | AMPTRON INTERNATIONAL INC | B/L Number: CHGHKALAX060 | Arrival Date : 06/03/2006 |
| NO.1, CHI-YEH RD. | 17501A ROWLAND ST | 17501 ROWLAND ST | Weight(Kg): 8,667.88 | Pieces : 3,304 |
| TAINAN SCIENCE-BASED IND'L PARK | CITY OF INDUSTRY CA 91748 | CITY OF INDUSTRY CA 91748 | Teus : 2.01 | Measure(cm) : 0.00 |
| TAINAN | USA | USA | | |
| | | | Fgn Port of Load : KAOHSIUNG | Est Value: 137,382.00 |
| | | | U.S. Port of Arrival : LOS ANGELES | |

Origin :  REPUBLIC OF CHINA

Carrier :  N Y K LINE

Product Description :  17" LCD MONITOR, POWER CORD (FOC), CARTON (FO C).

Marks and Numbers :  NO MARKS

| SHIPPER | CONSIGNEE | NOTIFY PARTY | SHIPMENT DETAIL | |
|---|---|---|---|---|
| CHI MEI OPTOELECTRONICS CORP | AMPTRON INTERNATIONAL INC | ORDER | B/L Number: CHGHKALAX060 | Arrival Date : 06/24/2006 |
| NO.1, CHI-YEH RD. | 17501 ROWLAND ST | | Weight(Kg): 19,224.14 | Pieces : 4,888 |
| TAINAN SCIENCE-BASED IND  PARK | CITY OF INDUSTRY CA 91748 | | Teus : 4.47 | Measure(cm) : 0.00 |
| TAINAN | USA | | | |
| | | | Fgn Port of Load : KAOHSIUNG | Est Value: 304,694.00 |
| | | | U.S. Port of Arrival : LOS ANGELES | |

Origin :  REPUBLIC OF CHINA

Carrier :  HAPAG LLOYD

Product Description :  WIDE LCD MONITOR, LCD MONITOR, POWER CODE   WIDE LCD MONITOR, LCD MONITOR, POWER CODE
                      WIDE LCD MONITOR, LCD MONITOR, POWER CODE

Marks and Numbers :  NO MARKS NO MARKS NO MARKS

| SHIPPER | CONSIGNEE | NOTIFY PARTY | SHIPMENT DETAIL | |
|---|---|---|---|---|
| CHI MEI OPTOELECTRONICS CORP | AMPTRON INTERNATIONAL INC | AMPTRON INTERNATIONAL INC | B/L Number: SEWWNBSE0651 | Arrival Date : 07/07/2006 |
| NO.1 CHI-YEH ROAD, TAI NAN SCIENCE | 17501 ROWLAND ST | 17501 ROWLAND ST | Weight(Kg): 9,152.00 | Pieces : 1,664 |
| BASED INDUSTRIAL PARK | INDUSTRY CA 91748 | INDUSTRY CA  91748 | Measure(cm) : 0.00 | |
| TAINAN TAIWAN 74147 CN | US | TEL (626)912-5788 FAX (626)912-472 | | |
| | | | Fgn Port of Load : NINGPO | Est Value: 126,774.00 |
| | | | U.S. Port of Arrival : LOS ANGELES | |

Origin :  PEOPLES REP OF CHINA

Carrier :  N Y K LINE

Product Description :  L/C NO 6AGAH2MO55203  L17 LCD MONITOR (WESTINGHOUSE) QTY:1664SETS

Marks and Numbers :  AMPTRON LOS ANGELES USA P/NO. 1/26-26/26 MADE IN CHINA


U.S. Waterborne Import Data

**CHI MEI - 2006**

SHIPMENT DETAIL REPORT

Date  5/22/2007

| SHIPPER | CONSIGNEE | NOTIFY PARTY | SHIPMENT DETAIL | |
|---|---|---|---|---|
| CHI MEI OPTOELECTRONICS CORP<br>NO 1 CHI-YEH ROAD TAINAN<br>SCIENCE-BASED INDUSTRIAL PARK<br>TAINAN TAIWAN  74147 CN | AMPTRON INTERNATIONAL INC<br>17501 ROWLAND ST.,<br>INDUSTRY CA  91748<br>US | AMPTRON INTERNATIONAL INC.<br>17501 ROWLAND ST.,<br>INDUSTRY  CA  91748<br>TEL (626)912-5788 FAX (626)912-472 | B/L Number: SEWWNBSE0651<br>Weight(Kg): 7,528.13<br>Teus : 1.43<br>Fgn Port of Load : NINGPO<br>U.S. Port of Arrival : LOS ANGELES | Arrival Date : 07/12/2006<br>Pieces : 1,248<br>Measure(cm) : 0.00<br>Est Value : 104,280.00 |

Origin :  PEOPLES REP OF CHINA
Carrier :  N Y K LINE
Product Description :  L/C NO 6AGAH2M0*5394  1.19 WIDE LCD MONITOR  QTY:1248SETS
Marks and Numbers :  AMPTRON LOS ANGELES,USA P/NO. 1/26-26/26 MADE IN CHINA

| SHIPPER | CONSIGNEE | NOTIFY PARTY | SHIPMENT DETAIL | |
|---|---|---|---|---|
| CHI MEI OPTOELECTRONICS CORP<br>NO 1. CHI-YEH ROAD, SINSHIH<br>TOWNSHII<br>TAINAN SCIENCE PARK, TAINAN | WESTINGHOUSE DIGITAL ELECTRONICS, L<br>12150 MORA DRIVE, SANTA FE SPRING,<br>C<br>90670 TEL NO.1-562-236-9800 | ORDER | B/L Number: TOPOCIH060733<br>Weight(Kg): 7,643.83<br>Teus : 4.00<br>Fgn Port of Load : KAOHSIUNG<br>U.S. Port of Arrival : LOS ANGELES | Arrival Date : 07/12/2006<br>Pieces : 2,068<br>Measure(cm) : 110.00<br>Est Value : 121,151.00 |

Origin :  REPUBLIC OF CHINA
Carrier :  MAERSK LINE
Product Description :  LCD MONITOR   L 'D MONITOR
Marks and Numbers :  AS ADDRESSED AS ADDRESSED

| SHIPPER | CONSIGNEE | NOTIFY PARTY | SHIPMENT DETAIL | |
|---|---|---|---|---|
| CHI MEI OPTOELECTRONICS CORP<br>ADD /NO. I,CHI-YEH ROAD,TAINAN<br>SCIENCE-BASED INDUSTRIAL PARK,<br>TAIWAN 74147 R O C | WESTINGHOUSE DIGITAL ELECTRONICS,<br>LLC 12150 MORA DRIVE,<br>SANTA FE SPRING,CA 90670<br>TEL NO.1-562-236-9800 EXT 116 | WESTINGHOUSE DIGITAL ELECTRONICS,<br>LLC 12150 MORA DRIVE,<br>SANTA FE SPRING,CA 90670<br>TEL NO.1-562-236-9800 EXT 116 | B/L Number: TMA859695766<br>Weight(Kg): 30,323.96<br>Teus : 8.00<br>Fgn Port of Load : NINGPO<br>U.S. Port of Arrival : LOS ANGELES | Arrival Date : 07/14/2006<br>Pieces : 5,376<br>Measure(cm) : 174.00<br>Est Value : 420,051.00 |

Origin :  PEOPLES REP OF CHINA
Carrier :  ITALIA MARITIMMA S P A
Product Description :  17"LCD MONITOR   17"LCD MONITOR   17"LCD MONITOR   17"LCD MONITOR  17"LCD MONITOR THE SAME
                       THE SAME
Marks and Numbers :  P0 3669 P0 3669 P0 3669 P0 3669 P0 3669 P/NO. 1/84-84/84 MADE IN CHINA



**CHI MEI - 2006**

SHIPMENT DETAIL REPORT

Date  5/22/2007

Page 24 of 47

| SHIPPER | CONSIGNEE | NOTIFY PARTY | SHIPMENT DETAIL | |
|---|---|---|---|---|
| CHI MEI OPTOELECTRONICS CORP<br>NO.1, CHI-YEN ROAD, TAINAN SCIENCE-<br>BASED INDUSTRIAL PARK<br>TAINAN COUNTY TAIWAN R.O.C | WESTINGHOUSE DIGITAL ELECTRONICS,<br>LLC<br>12150 MORA DRIVE, SANTA FE SPRING,<br>CA 90670, UNITED STATES | WESTINGHOUSE DIGITAL ELECTRONICS,<br>LLC<br>12150 MORA DRIVE, SANTA FE SPRING,<br>CA 90670, UNITED STATES | **B/L Number:** ITMA851600115<br><br>**Weight(Kg):** 26,509.98<br><br>**Teus :** 10.00<br><br>**Fgn Port of Load :** KAOHSIUNG<br><br>**U.S. Port of Arrival :** LOS ANGELES | **Arrival Date :** 07/01/2006<br><br>**Pieces :** 3,944<br><br>**Measure(cm) :** 245.00<br><br>**Est Value:** 287,128.00 |

Origin :   REPUBLIC OF CHINA

Carrier :   ITALIA MARITIMMA S P A

Product Description :   19" LCD TV FOR COMPUTER USE   19" LCD TV FOR COMPUTER USE   19" LCD TV FOR COMPUTER USE   19" LCD TV FOR COMPUTER USE   19" LCD TV FOR COMPUTER USE   19" LCD TV FOR COMPUTER USE   19" LCD TV FOR COMPUTER USE   22" LCD MONITOR FOR COMPUTER USE  @ATTN TO  CHERYLHSU  THE SAME  THE SAME  THE SAME  THE SAME  THE SAME  THE SAME  THE SAME  THE SAME  THE SAME  THE SAME

Marks and Numbers :   WESTINGHOUSE WESTINGHOUSE WESTINGHOUSE WESTINGHOUSE

| SHIPPER | CONSIGNEE | NOTIFY PARTY | SHIPMENT DETAIL | |
|---|---|---|---|---|
| CHI MEI OPTOELECTRONICS CORP<br>ADD/NO.1, CHI-YEH ROAD, TAINAN<br>SCIENCE-BASED INDUSTRIAL PARK,<br>TAIWAN 74147 R O C | WESTINGHOUSE DIGITAL ELECTRONICS<br>LLC 12150 MORA DRIVE, SANTA FE<br>SPRINGS, CA 90670 AMERICA<br>TEL NO. 1-562-236-9800 EXT116 | WESTINGHOUSE DIGITAL ELECTRONICS<br>LLC 12150 MORA DRIVE,<br>SANTA FE SPRINGS, CA 90670 AMERICA<br>TEL NO. 1-562-236-9800 EXT116 | **B/L Number:** ITMA859695766<br><br>**Weight(Kg):** 28,224.14<br><br>**Teus :** 8.00<br><br>**Fgn Port of Load :** NINGPO<br><br>**U.S. Port of Arrival :** LOS ANGELES | **Arrival Date :** 07/28/2006<br><br>**Pieces :** 4,704<br><br>**Measure(cm) :** 205.00<br><br>**Est Value:** 390,964.00 |

Origin :   PEOPLES REP OF CHINA

Carrier :   ITALIA MARITIMMA S P A

Product Description :   MONITOR   MONITOR   MONITOR   MONITOR   19"LCD MONITOR FOR COMPUTER USE  THE SAME

Marks and Numbers :   P/O 3704 P/O 3704 P/O 3704 P/O 3704 P/NO. 1/84-84/84 MADE IN CHINA

| SHIPPER | CONSIGNEE | NOTIFY PARTY | SHIPMENT DETAIL | |
|---|---|---|---|---|
| CHI MEI OPTOELECTRONICS CORP<br>ADD/NO.1, CHI-YEH ROAD, TAINAN<br>SCIENCE-BASED INDUSTRIAL PARK,<br>TAIWAN 74147 R O C | WESTINGHOUSE DIGITAL ELECTRONICS<br>LLC 12150 MORA DRIVE, SANTA FE<br>SPRINGS, CA 90670 AMERICA<br>TEL NO. 1-562-236-9800 EXT116 | WESTINGHOUSE DIGITAL ELECTRONICS<br>LLC 12150 MORA DRIVE,<br>SANTA FE SPRINGS, CA 90670 AMERICA<br>TEL NO. 1-562-236-9800 EXT116 | **B/L Number:** ITMA859695766<br><br>**Weight(Kg):** 15,161.98<br><br>**Teus :** 4.00<br><br>**Fgn Port of Load :** NINGPO<br><br>**U.S. Port of Arrival :** LOS ANGELES | **Arrival Date :** 07/28/2006<br><br>**Pieces :** 2,688<br><br>**Measure(cm) :** 87.00<br><br>**Est Value:** 210,925.00 |

Origin :   PEOPLES REP OF CHINA

Carrier :   ITALIA MARITIMMA S P A

Product Description :   MONITOR   MONITOR   17"LCD MONITOR  FOR COMPUTER USE  THE SAME

Marks and Numbers :   P/O 3702 P/O 3702 P/O 3702 P/NO. 1/42-42/42 MADE IN CHINA



**CHI MEI - 2006**

SHIPMENT DETAIL REPORT

Date  5/22/2007                                                                                                      Page 25 of 47

| SHIPPER | CONSIGNEE | NOTIFY PARTY | SHIPMENT DETAIL | |
|---|---|---|---|---|
| CHI MEI OPTOELECTRONICS CORP ADD :NO 1.CHI-YEH ROAD,TAINAN SCIENCE-BASED INDUSTRY PARK, TAIWAN 74147 R O C | WESTINGHOUSE DIGITAL ELECTRONICS, LLC 12150 MORA DRIVE, SANTA FE SPRINGS,CA 90670 AMERICA | WESTINGHOUSE DIGITAL ELECTRONICS, LLC 12150 MORA DRIVE, SANTA FE SPRINGS,CA 90670 AMERICA | B/L Number:ITMA859695766  Arrival Date :08/04/2006 Weight(Kg): 7,581.22   Pieces : 1,344 Teus : 2.00   Measure(cm) : 43.00 Fgn Port of Load :NINGPO   Est Value: 105,016.00 U.S. Port of Arrival :LOS ANGELES | |

Origin :  PEOPLES REP OF CHINA
Carrier :  ITALIA MARITIMMA S P A
Product Description :  LCD MONITOR  17" LCD MONITOR  FOR COMPUTER USE  THE SAME
Marks and Numbers :  PO NO.3702 PO NO .702 P/NO. 1/21-21/21 MADE IN CHINA

| SHIPPER | CONSIGNEE | NOTIFY PARTY | SHIPMENT DETAIL | |
|---|---|---|---|---|
| CHI MEI OPTOELECTRONICS CORP NO 1 ,CHI-YEH ROAD , TAINAN SCIENCE-BASED INDUSTRIAL PARK , TAIWAN 74147 R O C | WESTINGHOUSE DIGITAL ELECTRONICS, LLC 12150 MORA DRIVE, SANTA FE SPRINGS,CA 90670 AMERICA | WESTINGHOUSE DIGITAL ELECTRONICS, LLC 12150 MORA DRIVE, SANTA FE SPRINGS,CA 90670 AMERICA | B/L Number:ITMA859695766  Arrival Date :08/04/2006 Weight(Kg): 10,920.15   Pieces : 1,680 Teus : 4.00   Measure(cm) : 68.00 Fgn Port of Load :NINGPO   Est Value: 151,267.00 U.S. Port of Arrival :LOS ANGELES | |

Origin :  PEOPLES REP OF CHINA
Carrier :  ITALIA MARITIMMA S P A
Product Description :  LCD MONITOR   LCD MONITOR  19""LCD MONITOR  FOR COMPUTER USE  THE SAME
Marks and Numbers :  PO NO.3703 PO NO . 703 PO NO.3703 P/NO. 1/42-42/42 MADE IN CHINA

| SHIPPER | CONSIGNEE | NOTIFY PARTY | SHIPMENT DETAIL | |
|---|---|---|---|---|
| CHI MEI OPTOELECTRONICS CORP NO 1 ,CHI-YEH RD TAINAN SCIENCE-BASED IND  PARK TAINAN | AMPTRON INTERNATIONAL INC 17531A RALL RD ST CITY OF INDUSTRY CA 91748 USA | AMPTRON INTERNATIONAL INC 17531A RALL RD ST CITY OF INDUSTRY CA 91748 USA | B/L Number:CHGHKALAX060  Arrival Date :08/12/2006 Weight(Kg): 7,570.78   Pieces : 1,248 Teus : 1.76   Measure(cm) : 0.00 Fgn Port of Load :KAOHSIUNG   Est Value: 119,993.00 U.S. Port of Arrival :LOS ANGELES | |

Origin :  REPUBLIC OF CHINA
Carrier :  N Y K LINE
Product Description :  WIDE LCD MONITOR
Marks and Numbers :  NO MARKS



**CHI MEI - 2006**

SHIPMENT DETAIL REPORT

Date  5/22/2007

| SHIPPER | CONSIGNEE | NOTIFY PARTY | SHIPMENT DETAIL | |
|---|---|---|---|---|
| CHI MEI OPTOELECTRONICS CORP NO.1 CHI-YEH ROAD,TAINAN SCIENCE-BASED INDUSTRIAL PARK, TAINAN TAIWAN 74147 CN | AMPTRON INTERNATIONAL,INC. 17531A RAILROAD ST., INDUSTRY CA 91748 US | AMPTRON INTERNATIONAL,INC 17531A RAILROAD ST., INDUSTRY CA 91748 TEL:(626)912-5789 FAX:(626)912-472 | B/L Number:SEWWNBSE0651 Weight(Kg): 7,799.91 Teus : 1.48 Fgn Port of Load :NINGPO U.S. Port of Arrival :LOS ANGELES | Arrival Date :08/09/2006 Pieces : 1,248 Measure(cm) : 0.00 Est Value: 108,045.00 |

Origin :  PEOPLES REP OF CHINA

Carrier :  N Y K LINE

Product Description :  L/C NO NNAH6M2BQ0044  19 WIDE LCD MONITOR  QTY:1248SETS  NO. OF ORIGINAL B/L. 3

Marks and Numbers :  AMPTRON LOS ANGELES,USA P/NO  1/26-26/26 MADE IN CHINA

| SHIPPER | CONSIGNEE | NOTIFY PARTY | SHIPMENT DETAIL | |
|---|---|---|---|---|
| CHI MEI OPTOELECTRONICS CORP NO 1. CHI-YEH RD TAINAN SCIENCE-BASED IND  PARK TAINAN | AMPTRON INTERNATIONAL INC 17531A RAILROAD ST CITY OF INDUSTRY CA 91748 USA | ORDER | B/L Number:CHGHKALAX060 Weight(Kg): 7,808.08 Teus : 1.81 Fgn Port of Load :KAOHSIUNG U.S. Port of Arrival :LOS ANGELES | Arrival Date :08/19/2006 Pieces : 1,603 Measure(cm) : 0.00 Est Value: 123,754.00 |

Origin :  REPUBLIC OF CHINA

Carrier :  N Y K LINE

Product Description :  19" WIDE LCD MONITOR  17" LCD MONITOR  POWER CORD (FOC)

Marks and Numbers :  NO MARKS

| SHIPPER | CONSIGNEE | NOTIFY PARTY | SHIPMENT DETAIL | |
|---|---|---|---|---|
| CHI MEI OPTOELECTRONICS CORP NO 1 CHI-YEH ROAD, TAINAN SCIENCE-BASED INDUSTRIAL PARK, TAINAN COUNTY HSIEN TAIWAN R O C | EVERTEK COMPUTER CORP 1890 ORD WAY,OCEANSIDE,CA92056, USA | CARMICHAEL INTERNATIONAL SERVICE 533 GLENDALE BLVD. LOS ANGELES, CA90026,USA TEL 1-213-250-0186 FAX 1-213-250-0710 ATTN:YON OR MARIA | B/L Number:APLU300228202 Weight(Kg): 5,720.05 Teus : 1.33 Fgn Port of Load :KAOHSIUNG U.S. Port of Arrival :LOS ANGELES | Arrival Date :08/19/2006 Pieces : 800 Measure(cm) : 0.00 Est Value: 90,660.00 |

Origin :  REPUBLIC OF CHINA

Carrier :  AMERICAN PRESIDENT LINES

Product Description :  800 PCS – 17 PLTS  9" LCD MONITOR

Marks and Numbers :  NO MARKS



**CHI MEI - 2006**

SHIPMENT DETAIL REPORT

| SHIPPER | CONSIGNEE | NOTIFY PARTY | SHIPMENT DETAIL |
|---|---|---|---|
| CHI MEI OPTOELECTRONICS CORP<br>ADD./NO.1,CHI-YEH ROAD,TAINAN<br>SCIENCE-BASED INDUSTRIAL PARK,<br>TAIWAN 74147 R O C | WESTINGHOUSE DIGITAL ELECTRONICS,<br>LLC<br>12150 MORA DRIVE<br>SANTA FE SPRINGS,CA 90670,AMERICA | WESTINGHOUSE DIGITAL ELECTRONICS,<br>LLC<br>12150 MORA DRIVE<br>SANTA FE SPRINGS,CA 90670,AMERICA | B/L Number:ITMMA859695770    Arrival Date :08/18/2006<br>Weight(Kg): 7,581 22    Pieces : 1,344<br>Teus : 2.00    Measure(cm) : 43.00<br>Fgn Port of Load :NINGPO    Est Value: 105,016 00<br>U.S. Port of Arrival : LOS ANGELES |

Origin :  PEOPLES REP OF CHINA

Carrier :  ITALIA MARITIMMA S P A

Product Description :  LCD MONITOR  17" LCD MONITOR  FOR COMPUTER USE  THE SAME

Marks and Numbers :  P/O 3702 P/O 3702 P/NO 1/21-21/21 MADE IN CHINA

| SHIPPER | CONSIGNEE | NOTIFY PARTY | SHIPMENT DETAIL |
|---|---|---|---|
| CHI MEI OPTOELECTRONICS CORP<br>ADD./NO.1,CHI-YEH ROAD,TAINAN<br>SCIENCE-BASED INDUSTRIAL PARK,<br>TAIWAN 74147 R O C | WESTINGHOUSE DIGITAL ELECTRONICS,<br>LLC<br>12150 MORA DRIVE<br>SANTA FE SPRINGS,CA 90670,AMERICA | WESTINGHOUSE DIGITAL ELECTRONICS,<br>LLC<br>12150 MORA DRIVE<br>SANTA FE SPRINGS,CA 90670,AMERICA | B/L Number:ITMMA859695770    Arrival Date :08/18/2006<br>Weight(Kg): 27,435 12    Pieces : 4,588<br>Teus : 8 00    Measure(cm) : 204 00<br>Fgn Port of Load :NINGPO    Est Value: 380,034 00<br>U.S. Port of Arrival : LOS ANGELES |

Origin :  PEOPLES REP OF CHINA

Carrier :  ITALIA MARITIMMA S P A

Product Description :  MONITOR FOR COMPUTER USE   MONITOR FOR COMPUTER USE   MONITOR FOR COMPUTER USE   MONITOR
FOR COMPUTER USE  19""LCD MONITOR  FOR COMPUTER USE  THE SAME

Marks and Numbers :  P/O 3704 P/O 3704 P O 3704 P/O,3704 P/NO 1/82-82/82 MADE IN CHINA

| SHIPPER | CONSIGNEE | NOTIFY PARTY | SHIPMENT DETAIL |
|---|---|---|---|
| CHI MEI OPTOELECTRONICS CORP<br>NO.1 CHI-YEH ROAD, TAINAN SCIENCE<br>TAINAN<br>TW | CMI DE MEXICO INTERNATIONAL S. DE<br>#7451-E, COLONIA PUENITE ALTO,<br>CHIHUAHUA<br>MX | CMI DE MEXICO INTERNATIONAL S. DE<br>#7451-E, COLONIA PUENITE ALTO,<br>CHIHUAHUA | B/L Number:MUIKKAOLAB16    Arrival Date :08/19/2006<br>Weight(Kg): 11,911 07    Pieces : 720<br>Teus : 2.42    Measure(cm) : 0 00<br>Fgn Port of Load :KAOHSIUNG    Est Value: 129,008 00<br>U.S. Port of Arrival : LOS ANGELES |

Origin :  REPUBLIC OF CHINA

Carrier :  ORIENT OVERSEAS CONTAINER LINE

Product Description :  LCD TV MODULE,V420H1-L05,42, 1920  (COLOR TELEVISION RECEIVERS AND PARTS, N O S.) (CARGO RECEIVING
DATE: AUG. 02, 20(6)  LCD TV MODULE,V420H1-L05,42, 1920  (COLOR TELEVISION RECEIVERS AND PARTS, N O S
) (CARGO RECEIVING DATE: AUG. 02, 2006)

Marks and Numbers :  CNTR NO OOLU705 5010/40" SEAL NO.OOLK029320 20PLTS(360PCS)/ 55,000CBM/5955 60KGS CNTR
NO.OOLU7153230/41" SEAL NO.OOLK029325 20PLTS(360PCS)/ 55,000CBM/5955 60KGS TOSHIBA MEXICO I/V
NO E4FX9580009 P/NO 1/140-40/140 MADE IN TAIWAN R O C  P/O PCM033201 P/N V33A00001500 CNTR
NO OOLU7095010/40" SEAL NO OOLK029320 20PLTS(360PCS)/ 55,000CBM/5955 60KGS CNTR NO OOLU7153230/40"
SEAL NO OOLK02/425 20PLTS(360PCS)/ 55 000CBM/5955 60KGS TOSHIBA MEXICO I/V NO E4FX9580009
P/NO 1/140-40/140 MADE IN TAIWAN R O C  P/O PCM033201 P/N V33A00001500



**CHI MEI - 2006**

SHIPMENT DETAIL REPORT

Date  5/22/2007

Page 28 of 47

| SHIPPER | CONSIGNEE | NOTIFY PARTY | SHIPMENT DETAIL | |
|---------|-----------|--------------|-----------------|--|
| CHI MEI OPTOELECTRONICS CORP<br>NO 1 CHI-YEH RD<br>TAINAN SCIENCE-BASED INDL PARK<br>TAINAN | AMPTRON INTL INC<br>17531 A RAILROAD ST<br>CITY OF INDUSTRY CA 91748<br>USA | AMPTRON INTL INC<br>17531 A RAILROAD ST<br>CITY OF INDUSTRY CA 91748<br>USA | B/L Number : CHGHKALAX060<br>Weight(Kg) : 9,042.20<br>Teus : 2.10<br>Fgn Port of Load : KAOHSIUNG<br>U.S. Port of Arrival : LOS ANGELES | Arrival Date : 08/26/2006<br>Pieces : 3,328<br>Measure(cm) : 0.00<br>Est Value : 143,315.00 |

Origin :  REPUBLIC OF CHINA
Carrier :  N Y K LINE
Product Description :  17" LCD MONITOR, POWER CODE(FOC)
Marks and Numbers :  NO MARKS

| SHIPPER | CONSIGNEE | NOTIFY PARTY | SHIPMENT DETAIL | |
|---------|-----------|--------------|-----------------|--|
| CHI MEI OPTOELECTRONICS CORP<br>NO 1 CHI-YEH ROAD,TAINAN<br>SCIENCE-BASED IND PARK<br>TAINAN  TAIWAN  74147 CN | AMPTRON INTERNATIONAL,INC<br>17531A RAIL ROAD ST .,<br>INDUSTRY CA  91748<br>US | AMPTRON INTERNATIONAL,INC<br>17531A RAIL ROAD ST .,<br>INDUSTRY CA  91748<br>TEL (626)912-5789 FAX (626)912-472 | B/L Number : SEWWNBSE0652<br>Weight(Kg) : 8,467.79<br>Teus : 1.61<br>Fgn Port of Load : NINGPO<br>U.S. Port of Arrival : LOS ANGELES | Arrival Date : 08/26/2006<br>Pieces : 1,344<br>Measure(cm) : 0.00<br>Est Value : 117,297.00 |

Origin :  PEOPLES REP OF CHINA
Carrier :  N Y K LINE
Product Description :  L/C NO.6NH2/03742.5172  19 WIDE LCD MONITOR  QTY:1,344SETS  NO OF ORIGINAL B/L:3
Marks and Numbers :  AMPTRON LOS ANGELES,USA P/NO. 1/24-24/24 MADE IN CHINA

| SHIPPER | CONSIGNEE | NOTIFY PARTY | SHIPMENT DETAIL | |
|---------|-----------|--------------|-----------------|--|
| CHI MEI OPTOELECTRONICS CORP<br>NO 1 CHI-YEH ROAD, TAINAN SCIENCE-<br>BASED INDUSTRIAL PARK  TAINAN<br>COUNTY  HSIEN TAIWAN, R O C | EVERTEK COMPUTER CORP<br>1899 ORD WAY,OCEANSIDE CA92056, USA | CARMICHAEL INTERNATIONAL SERVICE<br>533 GLENDALE BLVD. LOS ANGELES,<br>CA90026,USA TEL-1-213-250-0186 FAX<br>1-213-250-0710 ATTN:YON OR MARIA | B/L Number : APLU30029597<br>Weight(Kg) : 2,524.95<br>Teus : 0.58<br>Fgn Port of Load : KAOHSIUNG<br>U.S. Port of Arrival : LOS ANGELES | Arrival Date : 08/26/2006<br>Pieces : 352<br>Measure(cm) : 0.00<br>Est Value : 40,019.00 |

Origin :  REPUBLIC OF CHINA
Carrier :  AMERICAN PRESIDENT LINES
Product Description :  352 PCS = 8 PLTS  19" LCD MONITOR
Marks and Numbers :  NO MARKS

 **PIERS**.com
U.S. Water-to-one Import Data

**CHI MEI - 2006**

SHIPMENT DETAIL REPORT

Date  5/22/2007

| SHIPPER | CONSIGNEE | NOTIFY PARTY | SHIPMENT DETAIL | |
|---|---|---|---|---|
| CHI MEI OPTOELECTRONICS CORP<br>NO.I, CHI-YEH RD.,<br>TAINAN SCIENCE-BASED IND. PARK<br>TAINAN | AMPTRON INTERNATIONAL INC<br>17531S RAILROAD ST<br>CITY OF INDUSTRY CA 91748<br>USA | AMPTRON INTERNATIONAL INC<br>17531A RAILROAD ST<br>CITY OF INDUSTRY CA 91748<br>USA | **B/L Number:** CHGHKALAX060<br>**Weight(Kg):** 7,684.21<br>**Teus :** 1.78<br>**Fgn Port of Load :** KAOHSIUNG<br>**U.S. Port of Arrival :** LOS ANGELES | **Arrival Date :** 09/02/2006<br>**Pieces :** 1,280<br>**Measure(cm) :** 0.00<br>**Est Value:** 121,791.00 |

Origin :  REPUBLIC OF CHINA
Carrier :  N Y K LINE
Product Description :  19" WIDE LCD MONITOR , 17" LCD MONITOR
Marks and Numbers :  NO MARKS

| SHIPPER | CONSIGNEE | NOTIFY PARTY | SHIPMENT DETAIL | |
|---|---|---|---|---|
| CHI MEI OPTOELECTRONICS CORP<br>ADD / NO.I,CHI-YEH ROAD TAINAN<br>SCIENCE-BASED INDUSTRIAL PARK,<br>TAIWAN 74147 | WESTINGHOUSE DIGITAL ELECTRONICS,<br>LLC<br>12150 MORA DRIVE,SANTA FE<br>SPRING,CA 90670,AMERICA | WESTINGHOUSE DIGITAL ELECTRONICS,<br>LLC<br>12150 MORA DRIVE,SANTA FE<br>SPRING,CA 90670,AMERICA | **B/L Number:** ITMA859695771<br>**Weight(Kg):** 7,581.22<br>**Teus :** 2.00<br>**Fgn Port of Load :** NINGPO<br>**U.S. Port of Arrival :** LOS ANGELES | **Arrival Date :** 09/08/2006<br>**Pieces :** 1,344<br>**Measure(cm) :** 43.00<br>**Est Value:** 105,016.00 |

Origin :  PEOPLES REP OF CHINA
Carrier :  ITALIA MARITIMMA S P A
Product Description :  MONITOR  17"LCD MONITOR  FOR COMPUTER USE  THE SAME
Marks and Numbers :  P/NO  4500000014 P/NO  4500000014 P/NO  1/21-21/21 MADE IN CHINA

| SHIPPER | CONSIGNEE | NOTIFY PARTY | SHIPMENT DETAIL | |
|---|---|---|---|---|
| CHI MEI OPTOELECTRONICS CORP<br>ADD / NO.I,CHI-YEH ROAD TAINAN<br>SCIENCE-BASED INDUSTRIAL PARK,<br>TAIWAN 74147 | WESTINGHOUSE DIGITAL ELECTRONICS,<br>LLC<br>12150 MORA DRIVE,SANTA FE<br>SPRING,CA 90670,AMERICA | WESTINGHOUSE DIGITAL ELECTRONICS,<br>LLC<br>12150 MORA DRIVE,SANTA FE<br>SPRING,CA 90670,AMERICA | **B/L Number:** ITMA859695771<br>**Weight(Kg):** 14,063.97<br>**Teus :** 4.00<br>**Fgn Port of Load :** NINGPO<br>**U.S. Port of Arrival :** LOS ANGELES | **Arrival Date :** 09/08/2006<br>**Pieces :** 2,352<br>**Measure(cm) :** 104.00<br>**Est Value:** 194,816.00 |

Origin :  PEOPLES REP OF CHINA
Carrier :  ITALIA MARITIMMA S P A
Product Description :  MONITOR   MONITOR  19"LCD MONITOR  FOR COMPUTER USE  THE SAME
Marks and Numbers :  P/NO  4500000019 P/NO  4500000019 P/NO  4500000019 P/NO  1/42-42/42 MADE IN CHINA



**CHI MEI - 2006**

SHIPMENT DETAIL REPORT

Date  5/22/2007

| SHIPPER | CONSIGNEE | NOTIFY PARTY | SHIPMENT DETAIL | |
|---|---|---|---|---|
| CHI MEI OPTOELECTRONICS LTD NO 1 CHI-YEH ROAD,TAINAN SCIENCE BASED INDUSTRIAL PARK TAINAN COUNTY,TAIWAN | WESTINGHOUSE DIGITAL ELECTRONICS, LLC 12150 MORA DRIVE,SANTA FE SPRING,CA 90670,AMERICA TEL NO :1-562-236-9800 EXT:116 | WESTINGHOUSE DIGITAL ELECTRONICS, LLC 12150 MORA DRIVE,SANTA FE SPRING,CA 90670,AMERICA TEL NO :1-562-236-9800 EXT:116 | B/L Number :ITMA859695771  Arrival Date :09/08/2006 Weight(Kg) : 21,630.22  Pieces : 3,528 Teus : 6.00  Measure(cm) : 174.00 Fgn Port of Load :NINGPO  Est Value: 209,624.00 U.S. Port of Arrival :LOS ANGELES | |

Origin : PEOPLES REP OF CHINA
Carrier : ITALIA MARITTIMA S P A
Product Description : MONITOR   MONITOR   MONITOR 19"LCD MONITOR FOR COMPUTER USE  THE SAME  THE SAME  THE SAME
Marks and Numbers : WESTINGHOUSE WESTINGHOUSE WESTINGHOUSE WESTINGHOUSE USA C/NO :1-1176 PO NO 4500000019 MADE IN
CHINA

| SHIPPER | CONSIGNEE | NOTIFY PARTY | SHIPMENT DETAIL | |
|---|---|---|---|---|
| CHI MEI OPTOELECTRONICS CORP FACTORY NO 1 CHI-YEH ROAD, SCIENCE INDUSTRAL PARK TAINAN COUNTY TAIWA TAINAN  CN | WESTINGHOUSE DIGITAL ELECTRONICS LL 12150 MORA DRIVE, SANTA FE SPRING, CA 90670 SANTA FE SPRING CA 90670 US | WESTINGHOUSE DIGITAL ELECTRONICS L 12150 MORA DRIVE, SANTA FE SPRING, CA 90670 SANTA FE SPRING CA 90670 US | B/L Number :OBIGNBC1614778  Arrival Date :09/10/2006 Weight(Kg) : 3,385.21  Pieces : 640 Teus : 1.00  Measure(cm) : 0.00 Fgn Port of Load :BEILUN  Est Value: 46,892.00 U.S. Port of Arrival :LONG BEACH | |

Origin : PEOPLES REP OF CHINA
Carrier : MATSON NAVIGATION CO INC
Product Description : 17 LCD MONITOR
Marks and Numbers : P/O NO. MADE IN CHINA

| SHIPPER | CONSIGNEE | NOTIFY PARTY | SHIPMENT DETAIL | |
|---|---|---|---|---|
| CHI MEI OPTOELECTRONICS CORP NO 1 CHI-YEH ROAD, TAINAN SCIENCE-BASED INDUSTRIAL PARK TAINAN COUNTY, TAIWAN | WESTINGHOUSE DIGITAL ELECTRONICS, LLC 12150 MORA DRIVE, SANTA FE SPRING, CA 90670 | WESTINGHOUSE DIGITAL ELECTRONICS, LLC 12150 MORA DRIVE, SANTA FE SPRING, CA 90670 | B/L Number :ITMA851601069  Arrival Date :09/09/2006 Weight(Kg) : 3,817.15  Pieces : 634 Teus : 2.00  Measure(cm) : 55.00 Fgn Port of Load :KAOHSIUNG  Est Value: 60,500.00 U.S. Port of Arrival :LOS ANGELES | |

Origin : REPUBLIC OF CHINA
Carrier : ITALIA MARITIMMA S P A
Product Description : LCD MONITOR 19" LCD MONITOR FOR COMPUTER USE  17" LCD MONITOR FOR COMPUTER USE
α αPHONE 562-236-9800EXT.116  FAX 562-236-9897 THE SAME THE SAME  THE SAME  THE SAME THE SAME
THE SAME
Marks and Numbers : NO MARKS



**CHI MEI - 2006**

SHIPMENT DETAIL REPORT

Date  5/22/2007

Page 31 of 47

| SHIPPER | CONSIGNEE | NOTIFY PARTY | SHIPMENT DETAIL | |
|---|---|---|---|---|
| CHI MEI OPTOELECTRONICS CORP NO 1. CHI-YEH RD . TAINAN SCIENCE-BASED IND. PARK . TAINAN | AMPTRON INTERNATIONAL INC 17501 RAILROAD ST CITY OF INDUSTRY CA 91748 USA | AMPTRON INTERNATIONAL INC 17501 RAILROAD ST CITY OF INDUSTRY CA 91748 USA | B/L Number: CHGHKALAX060 Weight(Kg): 9,588.02 Teus : 2.23 Fgn Port of Load : KAOHSIUNG U.S. Port of Arrival : LOS ANGELES | Arrival Date : 09/23/2006 Pieces : 1,664 Measure(cm) : 0.00 Est Value : 151,966.00 |

Origin :  REPUBLIC OF CHINA
Carrier :  N Y K LINE
Product Description :  17' LCD MONITOR
Marks and Numbers :  NO MARKS

| SHIPPER | CONSIGNEE | NOTIFY PARTY | SHIPMENT DETAIL | |
|---|---|---|---|---|
| CHI MEI OPTOELECTRONICS CORP ADD : NO 1 CHI-YEH ROAD. TAINAN SCIENCE-BASED INDUSTRIAL PARK .TAIWAN 74147 | WESTINGHOUSE DIGITAL ELECTRONICS. LLC 12150 MORA DRIVE,SANTA FE SPRING. CA 90670 AMERICA TEL NO . | WESTINGHOUSE DIGITAL ELECTRONICS. LLC 12150 MORA DRIVE SANTA FE SPRING. CA 90670 AMERICA TEL NO . | B/L Number: ITMA859605771 Weight(Kg): 20,303.09 Teus : 6.00 Fgn Port of Load : NINGPO U.S. Port of Arrival : LOS ANGELES | Arrival Date : 09/22/2006 Pieces : 3,396 Measure(cm) : 154.00 Est Value : 281,240.00 |

Origin :  PEOPLES REP OF CHINA
Carrier :  ITALIA MARITIMMA S P A
Product Description :  LCD MONITOR    LCD MONITOR    LCD MONITOR  19"LCD MONITOR  FOR COMPUTER USE  THE SAME
Marks and Numbers :  P/O 4500000019 P/O 150000019 P/O 4500000019 P/O 4500000019 P/NO 1/61-61/61 MADE IN CHINA

| SHIPPER | CONSIGNEE | NOTIFY PARTY | SHIPMENT DETAIL | |
|---|---|---|---|---|
| CHI MEI OPTOELECTRONICS CORP NO 1 CHI-YEH ROAD.TAINAN SCIENCE-BASED INDUSTRIAL PARK . TAINAN  TAIWAN  74147 .CN | AMPTRON INTERNATIONAL.INC. 17531A RAILROAD ST.. INDUSTRY CA  91748 US | AMPTRON INTERNATIONAL.INC. 17531A RAILROAD ST.. INDUSTRY CA  91748 TEL:(626)912-5789 FAX:(626)912-472 | B/L Number: SEWWNBSE0652 Weight(Kg): 4,225.05 Teus : 1.00 Fgn Port of Load : NINGPO U.S. Port of Arrival : LOS ANGELES | Arrival Date : 09/15/2006 Pieces : 768 Measure(cm) : 0.00 Est Value : 58,526.00 |

Origin :  PEOPLES REP OF CHINA
Carrier :  N Y K LINE
Product Description :  1) 17 LCD MONITOR, QTY: 760 SETS  2) 17 LCD MONITOR (FREE OF CHARGE)  QTY: 8 SETS  L/C NO. 6AMMS2/00112
                      NO .OF ORIGINAL B/L  3
Marks and Numbers :  AMPTRON LOS ANGELES,USA P/NO. 1/12-12/12 MADE IN CHINA



**CHI MEI - 2006**

SHIPMENT DETAIL REPORT

Date  5/22/2007

| SHIPPER | CONSIGNEE | NOTIFY PARTY | SHIPMENT DETAIL | |
|---|---|---|---|---|
| CHI MEI OPTOELECTRONICS CORP NO.1.CHI-YEH ROAD,TAINAN SCIENCE-BASED IND PARK TAINAN TAIWAN 74147 CN | AMPTRON INTERNATIONAL,INC. 17531A RAILROAD ST.. INDUSTRY CA 91748 US | AMPTRON INTERNATIONAL,INC 17531A RAILROAD ST.. INDUSTRY CA 91748 TEL:(626)912-5789 FAX:(626)912-472 | B/L Number:SEWWNBSE0652 Weight(Kg): 8,489.11 Teus : 1.61 Fgn Port of Load :NINGPO U.S. Port of Arrival :LOS ANGELES | Arrival Date :09/29/2006 Pieces : 1,344 Measure(cm) : 0.00 Est Value: 117,592.00 |

Origin :  PEOPLES REP OF CHINA
Carrier :  N Y K LINE
Product Description :  19 LCD MONITOR  QTY:1,344SETS  L/C NO.6NH2/04232/1172  NO OF ORIGINAL B/L 3
Marks and Numbers :  AMPTRON LOS ANGELES,USA P/NO. 1/24-24/24 MADE IN CHINA

| SHIPPER | CONSIGNEE | NOTIFY PARTY | SHIPMENT DETAIL | |
|---|---|---|---|---|
| CHI MEI OPTOELECTRONICS CORP NO.1.CHI-YEH ROAD,TAINAN SCIENCE-BASED IND PARK TAINAN TAIWAN 74147 CN | AMPTRON INTERNATIONAL,INC. 17531A RAILROAD ST.. INDUSTRY CA 91748 US | AMPTRON INTERNATIONAL,INC 17531A RAILROAD ST.. INDUSTRY CA 91748 TEL:(626)912-5789 FAX:(626)912-472 | B/L Number:SEWWNBSE0652 Weight(Kg): 4,245.01 Teus : 1.00 Fgn Port of Load :NINGPO U.S. Port of Arrival :LOS ANGELES | Arrival Date :09/29/2006 Pieces : 672 Measure(cm) : 0.00 Est Value: 58,802.00 |

Origin :  PEOPLES REP OF CHINA
Carrier :  N Y K LINE
Product Description :  19 LCD MONITOR  QTY:672SETS  L/C NO.6NH2/04232/1172  NO OF ORIGINAL B/L 3
Marks and Numbers :  AMPTRON LOS ANGELES,USA P/NO. 1/12-12/12 MADE IN CHINA

| SHIPPER | CONSIGNEE | NOTIFY PARTY | SHIPMENT DETAIL | |
|---|---|---|---|---|
| CHI MEI OPTOELECTRONICS CORPORATION SCIENCE-BASED INDUSTRIAL PARK NO. 1 HSINSHIH TAINAN TAIWAN | ACER AMERICA CORPORATION 2641 ORCHARD PARKWAY SAN JOSE CA 95134 UNITED STATES | FRONTIER LOGISTICS 1700 NORTH ALAMEDA ST COMPTON CA 90222 UNITED STATES | B/L Number:OOLU300591639 Weight(Kg): 11,089.84 Teus : 2.00 Fgn Port of Load :NINGPO U.S. Port of Arrival :LOS ANGELES | Arrival Date :09/29/2006 Pieces : 1,890 Measure(cm) : 1,538.00 Est Value: 153,618.00 |

Origin :  PEOPLES REP OF CHINA
Carrier :  ORIENT OVERSEAS CONTAINER LINE
Product Description :  AL1916WA B-19" LCD COLOR MONITORS
Marks and Numbers :  PLT NO. 1-21 C/NO. 1-1890 MADE IN CHINA

 **CHI MEI - 2006**

SHIPMENT DETAIL REPORT

Date  5/22/2007

Page 33 of 47

| SHIPPER | CONSIGNEE | NOTIFY PARTY | SHIPMENT DETAIL | |
|---|---|---|---|---|
| CHI MEI OPTOELECTRONICS CORPORATION<br>SCIENCE-BASED INDUSTRIAL PARK NO. 1<br>HSINSHIH TAINAN<br>TAIWAN | ACER AMERICA CORPORATION<br>2641 ORCHARD PARKWAY<br>SAN JOSE CA 95134<br>UNITED STATES | FRONTIER LOGISTICS<br>1700 NORTH ALAMEDA ST.<br>COMPTON CA 90222<br>UNITED STATES | **B/L Number:** OOLU300591640<br>**Weight(Kg):** 11,089.84<br>**Teus :** 2.00 | **Arrival Date :** 09/29/2006<br>**Pieces :** 1,890<br>**Measure(cm) :** 1,538.00 |
| | | | **Fgn Port of Load :** NINGPO<br>**U.S. Port of Arrival :** LOS ANGELES | **Est Value :** 153,618.00 |

Origin :  PEOPLES REP OF CHINA

Carrier :  ORIENT OVERSEAS CONTAINER LINE

Product Description :  AL1916WA B-19" LCD COLOR MONITORS

Marks and Numbers :  PLT NO .1-21 C/NO .1-1890 MADE IN CHINA

| SHIPPER | CONSIGNEE | NOTIFY PARTY | SHIPMENT DETAIL | |
|---|---|---|---|---|
| CHI MEI OPTOELECTRONICS CORP<br>FACTORY NO 1 CHI-YEH ROAD.<br>TAINAN SCIENCE-BASED INDUSTRIAL<br>PARK,TAINAN COUNTY TAIWAN | WESTINGHOUSE DIGITAL ELECTRONICS,<br>LLC<br>12150 MORA DRIVE SANTA FE SPRING<br>CA 90670,AMERICA | WESTINGHOUSE DIGITAL ELECTRONICS.<br>LLC<br>12150 MORA DRIVE SANTA FE SPRING<br>CA 90670,AMERICA | **B/L Number:** ITMA859695771<br>**Weight(Kg):** 68,157.89<br>**Teus :** 26.00 | **Arrival Date :** 09/29/2006<br>**Pieces :** 10,920<br>**Measure(cm) :** 754.00 |
| | | | **Fgn Port of Load :** NINGPO<br>**U.S. Port of Arrival :** LOS ANGELES | **Est Value :** 944,130.00 |

Origin :  PEOPLES REP OF CHINA

Carrier :  ITALIA MARITIMMA S P A

Product Description :  LCD MONITOR    LCD MONITOR    LCD MONITOR    LCD MONITOR    LCD MONITOR    LCD MONITOR    LCD
MONITOR    LCD MONITOR    LCD MONITOR    LCD MONITOR    LCD MONITOR    LCD MONITOR    LCD
MONITOR  19"LCD MONITOR FOR COMPUTER USE @@@ ATTN MS CHERYL HSU  THE SAME

Marks and Numbers :  WESTINGHOUSE WESTINGHOUSE WESTINGHOUSE WESTINGHOUSE WESTINGHOUSE WESTINGHOUSE
WESTINGHOUSE WESTINGHOUSE WESTINGHOUSE WESTINGHOUSE WESTINGHOUSE WESTINGHOUSE
WESTINGHOUSE WESTINGHOUSE USA P/NO .1/21-21/21 PO NO.4500000111 MADE IN CHINA

| SHIPPER | CONSIGNEE | NOTIFY PARTY | SHIPMENT DETAIL | |
|---|---|---|---|---|
| CHI MEI OPTOELECTRONICS CORP<br>FACTORY NO 1 CHI-YEH ROAD.<br>TAINAN SCIENCE-BASED INDUSTRIAL<br>PARK,TAINAN COUNTY TAIWAN | WESTINGHOUSE DIGITAL ELECTRONICS.<br>LLC 12150 MORA DRIVE SANTA FE<br>SPRING CA 90670,AMERICA<br>TEL NO.1-562-236-9800 EXT-116 | WESTINGHOUSE DIGITAL ELECTRONICS.<br>LLC 12150 MORA DRIVE SANTA FE<br>SPRING CA 90670,AMERICA<br>TEL NO.1-562-236-9800 EXT-116 | **B/L Number:** ITMA859695772<br>**Weight(Kg):** 10,495.01 | **Arrival Date :** 09/29/2006<br>**Pieces :** 3,984<br>**Measure(cm) :** 86.00 |
| | | | **Fgn Port of Load :** NINGPO<br>**U.S. Port of Arrival :** LOS ANGELES | **Est Value :** 145,378.00 |

Origin :  PEOPLES REP OF CHINA

Carrier :  ITALIA MARITIMMA S P A

Product Description :  LCD MONITOR    LCD MONITOR  17"LCD MONITOR  FOR COMPUTER USE  THE SAME  THE SAME  THE SAME  THE
SAME  THE SAME  THE SAME  THE SAME  THE SAME

Marks and Numbers :  WESTINGHOUSE WESTINGHOUSE WESTINGHOUSE USA P/NO .1/21-21 PO NO 4500000108 MADE IN CHINA
WESTINGHOUSE USA P/NO .1/10-10/10 PO NO.4500000108 MADE IN CHINA


U.S. Waterborne Import Data

**CHI MEI - 2006**

SHIPMENT DETAIL REPORT

Date  5/22/2007

Page 34 of 47

---

| SHIPPER | CONSIGNEE | NOTIFY PARTY | SHIPMENT DETAIL | |
|---|---|---|---|---|
| CHI MEI OPTOELECTRONICS CORP ADD /NO.1,CHI-YEH ROAD TAINAN SCIENCE-BASED INDUSTRIAL PARK, TAIWAN 74147 | WESTINGHOUSE DIGITAL ELECTRONICS, LLC 12150 MORA DRIVE,SANTA FE SPRING,CA 90670,AMERICA TEL NO. 1-562-236-9800 EXT 116 | WESTINGHOUSE DIGITAL ELECTRONICS, LLC 12150 MORA DRIVE,SANTA FE SPRING,CA 90670,AMERICA TEL NO. 1-562-236-9800 EXT 116 | **B/L Number:** ITMA859695770 | **Arrival Date :** 09/01/2006 |
| | | | **Weight(Kg):** 11,191.02 | **Pieces :** 1,984 |
| | | | **Teus :** 2.12 | **Measure(cm) :** 64.00 |
| | | | **Fgn Port of Load :** NINGPO | **Est Value:** 155,019.00 |
| | | | **U.S. Port of Arrival :** LOS ANGELES | |

Origin :  PEOPLES REP OF CHINA
Carrier :  ITALIA MARITIMMA S P A
Product Description :  MONITOR    MONITOR 17",LCD MONITOR  FOR COMPUTER USE  THE SAME
Marks and Numbers :  P/O 3702 P/O 3702 P/O 3702 P/NO. 1/31-31/31 MADE IN CHINA

---

| SHIPPER | CONSIGNEE | NOTIFY PARTY | SHIPMENT DETAIL | |
|---|---|---|---|---|
| CHI MEI OPTOELECTRONIS CORP ADD /NO.1 CHI-YEH ROAD TAIWAN SCIENCE-BASED INDUSTRIAL PARK TAINAN COUNTRY TAIWAN | WESTINGHOUSE DIGITAL ELECTRONICS, LLC 12150 MORA DRIVE,SANTA FE SPRING,CA 90670 TEL NO 1-562-236-9800 EXT 116 | WESTINGHOUSE DIGITAL ELECTRONICS, LLC 12150 MORA DRIVE,SANTA FE SPRING,CA 90670 TEL NO 1-562-236-9800 EXT 116 | **B/L Number:** ITMA859695770 | **Arrival Date :** 09/01/2006 |
| | | | **Weight(Kg):** 21,630.22 | **Pieces :** 3,528 |
| | | | **Teus :** 6.00 | **Measure(cm) :** 174.00 |
| | | | **Fgn Port of Load :** NINGPO | **Est Value:** 299,624.00 |
| | | | **U.S. Port of Arrival :** LOS ANGELES | |

Origin :  PEOPLES REP OF CHINA
Carrier :  ITALIA MARITIMMA S P A
Product Description :  19" LCD MONITOR    19" LCD MONITOR    19" LCD MONITOR  19" LCD MONITOR  FOR COMPUTER USE  THE SAME THE SAME  THE SAME  THE SAME
Marks and Numbers :  WESTINGHOUSE WESTINGHOUSE WESTINGHOUSE WESTINGHOUSE USA C/NO. 1-1176 P O NO.4500000019 MADE IN CHINA

---

| SHIPPER | CONSIGNEE | NOTIFY PARTY | SHIPMENT DETAIL | |
|---|---|---|---|---|
| CHI MEI OPTOELECTRONICS CORP ADD /NO.1 CHI-YEH ROAD TAINAN SCIENCE-BASED INDUSTRIAL PARK, TAIWAN 74147 TEL NO. 886-6-5053888# | WESTINGHOUSE DIGITAL ELECTRONICS, LLC 12150 MORA DRIVE,SANTA FE SPRING CA 90670 AMERICA TEL NO.1-562-236- | WESTINGHOUSE DIGITAL ELECTRONICS, LLC 12150 MORA DRIVE,SANTA FE SPRING CA 90670 AMERICA TEL NO.1-562-236- | **B/L Number:** ITMA859695771 | **Arrival Date :** 09/16/2006 |
| | | | **Weight(Kg):** 6,691.92 | **Pieces :** 1,188 |
| | | | **Teus :** 2.00 | **Measure(cm) :** 39.00 |
| | | | **Fgn Port of Load :** NINGPO | **Est Value:** 92,697.00 |
| | | | **U.S. Port of Arrival :** LOS ANGELES | |

Origin :  PEOPLES REP OF CHINA
Carrier :  ITALIA MARITIMMA S P A
Product Description :  LCD MONITOR  17" LCD MONITOR  FOR COMPUTER USE  THE SAME
Marks and Numbers :  P/O 4500000014 P/O 4500000014 P/NO. 1/19-19/19 MADE IN CHINA



## CHI MEI - 2006

SHIPMENT DETAIL REPORT

Date  5/22/2007

Page 35 of 47

| SHIPPER | CONSIGNEE | NOTIFY PARTY | SHIPMENT DETAIL |
|---|---|---|---|
| CHI MEI OPTOELECTRONICS CORP<br>ADD /NO 1.CHI-YEH ROAD.TAINAN<br>SCIENCE-BASED INDUSTRIAL PARK.<br>TAIWAN 74147 | WESTINGHOUSE DIGITAL ELECTRONICS.<br>LLC<br>12150 MORA DRIVE.SANTA FE SPRING.<br>CA 90670 AMERICA, TEL NO.1-562-236 | WESTINGHOUSE DIGITAL ELECTRONICS.<br>LLC<br>12150 MORA DRIVE.SANTA FE SPRING.<br>CA 90670 AMERICA, TEL. NO.1-562-236 | B/L Number:ITMA859695771      Arrival Date :09/16/2006<br>Weight(Kg): 33,934.21      Pieces : 6,016<br>Teus : 6.46      Measure(cm) : 194.00<br>Fgn Port of Load :NINGPO      Est Value: 470,061.00<br>U.S. Port of Arrival :LOS ANGELES |

Origin :  PEOPLES REP OF CHINA
Carrier :  ITALIA MARITIMMA S P A
Product Description :  LCD MONITOR    LCD MONITOR    LCD MONITOR    LCD MONITOR    LCD MONITOR  17"LCD MONITOR FOR
COMPUTER USE THE SAME
Marks and Numbers :  P/O 4500000014 P/O 4500000014 P/O 4500000014 P/O 4500000014 P/O 4500000014 P/O 4500000014 P/NO. 1-94-94/94
MADE IN CHINA

| SHIPPER | CONSIGNEE | NOTIFY PARTY | SHIPMENT DETAIL |
|---|---|---|---|
| CHI MEI OPTOELECTRONICS CORP<br>FACTORY.NO 1.CHI-YEH ROAD.TAINAN<br>SCIENCE-BASED INDUSTRIAL PARK.<br>TAINAN COUNTY.TAIWAN | WESTINGHOUSE DIGITAL ELECTRONICS.<br>LLC<br>12150 MORA DRIVE.SANTA FE<br>SPRING.CA 90670 | WESTINGHOUSE DIGITAL ELECTRONICS.<br>LLC<br>12150 MORA DRIVE.SANTA FE<br>SPRING.CA 90670 | B/L Number:ITMA859695771      Arrival Date :09/16/2006<br>Weight(Kg): 10,495.01      Pieces : 1,984<br>Teus : 1.99      Measure(cm) : 86.00<br>Fgn Port of Load :NINGPO      Est Value: 145,378.00<br>U.S. Port of Arrival :LOS ANGELES |

Origin :  PEOPLES REP OF CHINA
Carrier :  ITALIA MARITIMMA S P A
Product Description :  MONITOR    MONITOR  17"LCD MONITOR  FOR COMPUTER USE  THE SAME  THE SAME  THE SAME  THE SAME
THE SAME  THE SAME  THE SAME  THE SAME
Marks and Numbers :  WESTINGHOUSE WESTINGHOUSE WESTINGHOUSE USA P/NO 1/10-10/10 PO NO.4500000014 MADE IN CHINA
WESTINGHOUSE USA P/NO. 1-21-21/21 PO NO 4500000014 MADE IN CHINA

| SHIPPER | CONSIGNEE | NOTIFY PARTY | SHIPMENT DETAIL |
|---|---|---|---|
| CHI MEI OPTOELECTRONICS CORP<br>FACTORY.NO 1.CHI-YEH ROAD.TAINAN<br>SCIENCE-BASED INDUSTRIAL PARK.<br>TAINAN COUNTY.TAIWAN | WESTINGHOUSE DIGITAL ELECTRONICS.<br>LLC<br>12150 MORA DRIVE.SANTA FE<br>SPRING.CA 90670 | WESTINGHOUSE DIGITAL ELECTRONICS.<br>LLC<br>12150 MORA DRIVE.SANTA FE<br>SPRING.CA 90670 | B/L Number:ITMA859695771      Arrival Date :09/16/2006<br>Weight(Kg): 43,160.16      Pieces : 7,224<br>Teus : 12.00      Measure(cm) : 348.00<br>Fgn Port of Load :NINGPO      Est Value: 597,859.00<br>U.S. Port of Arrival :LOS ANGELES |

Origin :  PEOPLES REP OF CHINA
Carrier :  ITALIA MARITIMMA S P A
Product Description :  19 LCD MONITOR    19 LCD MONITOR    19 LCD MONITOR    19 LCD MONITOR    19 LCD MONITOR    19 LCD
MONITOR  19"LCD MONITOR  17"LCD MONITOR  FOR COMPUTER USE  THE SAME  THE SAME  THE SAME  THE
SAME  THE SAME  THE SAME  THE SAME
Marks and Numbers :  WESTINGHOUSE WESTINGHOUSE WESTINGHOUSE WESTINGHOUSE WESTINGHOUSE WESTINGHOUSE
WESTINGHOUSE USA P/NO. 1/21-21/21 PO NO 4500000014 MADE IN CHINA WESTINGHOUSE USA P/NO. 1/21-21/21 PO
NO 4500000019 MADE IN CHINA

 **PIERS**.com
U.S. Waterborne Import Data

**CHI MEI - 2006**

SHIPMENT DETAIL REPORT

Date  5/22/2007

Page 36 of 47

---

| SHIPPER | CONSIGNEE | NOTIFY PARTY | SHIPMENT DETAIL |
|---|---|---|---|
| CHI MEI OPTOELECTRONICS CORP<br>ADD :NO 1,CHI-YEH ROAD,TAINAN<br>SCIENCE-BASED INDUSTRIAL PARK,<br>TAIWAN 74147 | WESTINGHOUSE DIGITAL ELECTRONICS,<br>LLC<br>12150 MORA DRIVE,SANTA FE SPRING,<br>CA 90670 AMERICA TEL NO 1-562-236 | WESTINGHOUSE DIGITAL ELECTRONICS,<br>LLC<br>12150 MORA DRIVE,SANTA FE SPRING,<br>CA 90670 AMERICA TEL NO 1-562-236 | **B/L Number:** ITMA859695771  **Arrival Date :** 09/16/2006<br>**Weight(Kg):** 35,158 80  **Pieces :** 5,880<br>**Teus :** 10.00  **Measure(cm) :** 261 00<br>**Fgn Port of Load :** NINGPO  **Est Value:** 487,024 00<br>**U.S. Port of Arrival :** LOS ANGELES |

        **Origin :**  PEOPLES REP OF CHINA
        **Carrier :**  ITALIA MARITIMMA S P A
  **Product Description :**  LCD MONITOR    LCD MONITOR    LCD MONITOR    LCD MONITOR    LCD MONITOR    19"LCD MONITOR  FOR
        COMPUTER USE  THE SAME
  **Marks and Numbers :**  P/O 4500000019 P/O 4500000019 P/O 4500000019 P/O 4500000019 P/O 4500000019 P/NO. 1/105-105/105
        MADE IN CHINA

---

| SHIPPER | CONSIGNEE | NOTIFY PARTY | SHIPMENT DETAIL |
|---|---|---|---|
| CHI MEI OPTOELECTRONICS CORP<br>NO 1 CHI-YEH ROAD, TAINAN SCIENCE-<br>BASED INDUSTRIAL PARK TAINAN<br>COUNTY HSIEN TAIWAN, R O C | EVERTEK COMPUTER CORP<br>1890 ORD WAY OCEANSIDE CA92056 USA | CARMICHAEL INTERNATIONAL SERVICE<br>533 GLENDALE BLVD LOS ANGELES CA<br>90026 USA TEL 1-213-250-0186 FAX 1-<br>213-250-0710 ATTN YON OR MARIA | **B/L Number:** APLU300235481  **Arrival Date :** 09/30/2006<br>**Weight(Kg):** 6,722.78  **Pieces :** 1,678<br>**Teus :** 1.56  **Measure(cm) :** 0 00<br>**Fgn Port of Load :** KAOHSIUNG  **Est Value:** 106,553 00<br>**U.S. Port of Arrival :** LOS ANGELES |

        **Origin :**  REPUBLIC OF CHINA
        **Carrier :**  AMERICAN PRESIDENT LINES
  **Product Description :**  1678 PCS = 18 PLTS  17"LCD MONITOR
  **Marks and Numbers :**  NO MARKS

---

| SHIPPER | CONSIGNEE | NOTIFY PARTY | SHIPMENT DETAIL |
|---|---|---|---|
| CHI MEI OPTOELECTRONICS CORP<br>NO 1 CHI-YEH ROAD, TAINAN SCIENCE-<br>BASED INDUSTRIAL PARK TAINAN<br>COUNTY HSIEN TAIWAN, R O C | EVERTEK COMPUTER CORP<br>1890 ORD WAY OCEANSIDE CA92056 USA | CARMICHAEL INTERNATIONAL SERVICE<br>533 GLENDALE BLVD LOS ANGELES CA<br>90026 USA TEL 1-213-250-0186 FAX 1-<br>213-250-0710 ATTN YON OR MARIA | **B/L Number:** APLU300236048  **Arrival Date :** 09/30/2006<br>**Weight(Kg):** 1,719.15  **Pieces :** 313<br>**Teus :** 0.39  **Measure(cm) :** 0 00<br>**Fgn Port of Load :** KAOHSIUNG  **Est Value:** 27,248 00<br>**U.S. Port of Arrival :** LOS ANGELES |

        **Origin :**  REPUBLIC OF CHINA
        **Carrier :**  AMERICAN PRESIDENT LINES
  **Product Description :**  17" LCD MONITOR  313 SET = 5 PLTS
  **Marks and Numbers :**  EVERTEK LOS ANGELES P/NO 1-5 MADE IN TAIWAN

 **CHI MEI - 2006**

SHIPMENT DETAIL REPORT

| SHIPPER | CONSIGNEE | NOTIFY PARTY | SHIPMENT DETAIL |
|---|---|---|---|
| CHI MEI OPTOELECTRONICS CORP NO 1 CHI-YEH ROAD, TAINAN SCIENCE-BASED INDUSTRIAL PARK, TAINAN COUNTY .HSIEN,TAIWAN  R O C | EVERTEK COMPUTER CORP 1890 ORD WAY OCEANSIDE CA92056 USA UNITED STATES TEL: 760-639-4500 ATTN JAMES | CARMICHAEL INTERNATIONAL SERVICE 533 GLENDALE BLVD LOS ANGELES CA 90026 USA TEL 1-213-250-0186 FAX 1-213-250-0710 ATTN YON OR MARIA | B/L Number: APLU300237940   Arrival Date : 10/12/2006<br>Weight(Kg): 8,607.99   Pieces : 1,199<br>Teus : 2.00   Measure(cm) : 0.00<br>Fgn Port of Load : KAOHSIUNG   Est Value: 136,433.00<br>U.S. Port of Arrival : LONG BEACH |

Origin :  REPUBLIC OF CHINA
Carrier :  AMERICAN PRESIDENT LINES
Product Description : 1199 PCS = 25 PLTS  19"LCD MONITOR
Marks and Numbers :  NO MARKS

| SHIPPER | CONSIGNEE | NOTIFY PARTY | SHIPMENT DETAIL |
|---|---|---|---|
| CHI MEI OPTOELECTRONICS CORP FACTORY NO 1 CHI-YEH ROAD, TAINAN SCIENCE-BASED INDUSTRIAL PARK,TAINAN COUNTY TAIWAN | WESTINGHOUSE DIGITAL ELECTRONICS, LLC 12150 MORA DRIVE SANTA FE SPRING CA 90670, TEL NO 1-562-236-9800 EXT 116 | WESTINGHOUSE DIGITAL ELECTRONICS, LLC 12150 MORA DRIVE SANTA FE SPRING CA 90670, TEL NO 1-562-236-9800 EXT 116 | B/L Number: ITMA859605772   Arrival Date : 10/13/2006<br>Weight(Kg): 49,768.15   Pieces : 9,408<br>Teus : 14.00   Measure(cm) : 406.00<br>Fgn Port of Load : NINGPO   Est Value: 689,394.00<br>U.S. Port of Arrival : LOS ANGELES |

Origin :  PEOPLES REP OF CHINA
Carrier :  ITALIA MARITIMMA S P A
Product Description :  LCD MONITOR   LCD MONITOR   LCD MONITOR   LCD MONITOR   LCD MONITOR   LCD MONITOR 17"LCD MONITOR 19"LCD MONITOR  FOR COMPUTER USE  THE SAME  THE SAME
Marks and Numbers :  WESTINGHOUSE WESTINGHOUSE WESTINGHOUSE WESTINGHOUSE WESTINGHOUSE WESTINGHOUSE WESTINGHOUSE USA P/NO. 1/21-21/21 PO NO. 4500000108 MADE IN CHINA

| SHIPPER | CONSIGNEE | NOTIFY PARTY | SHIPMENT DETAIL |
|---|---|---|---|
| CHI MEI OPTOELECTRONICS CORP ADD./NO 1.CHI-YEH ROAD.TAINAN SCIENCE-BASED INDUSTRIAL PARK. TAIWAN 74147 | WESTINGHOUSE DIGITAL ELECTRONICS, LLC 12150 MORA DRIVE SANTA FE SPRING CA 90670,AMERICA | WESTINGHOUSE DIGITAL ELECTRONICS, LLC 12150 MORA DRIVE SANTA FE SPRING CA 90670,AMERICA | B/L Number: ITMA859605772   Arrival Date : 10/13/2006<br>Weight(Kg): 2,599.82   Pieces : 400<br>Teus : 1.00   Measure(cm) : 24.00<br>Fgn Port of Load : NINGPO   Est Value: 36,013.00<br>U.S. Port of Arrival : LOS ANGELES |

Origin :  PEOPLES REP OF CHINA
Carrier :  ITALIA MARITIMMA S P A
Product Description :  LCD MONITOR 19" LCD MONITOR  FOR COMPUTER USE @@ ATTN:MS,CHERYL HSU
Marks and Numbers :  P/O:4500000111 P/O: 4500000111 P/NO. 1/10-10/10 MADE IN CHINA



| SHIPPER | CONSIGNEE | NOTIFY PARTY | SHIPMENT DETAIL | |
|---|---|---|---|---|
| CHI MEI OPTOELECTRONICS CORP FACTORY NO.1 CHI-YEH ROAD, TAINAN SCIENCE-BASED INDUSTRIAL PARK, TAINAN COUTY, TAIWAN | WESTINGHOUSE DIGITAL ELECTRONICS, LLC 12150 MORA DRIVE,SANTA FE SPRING,CA 90670 | WESTINGHOUSE DIGITAL ELECTRONICS, LLC 12150 MORA DRIVE,SANTA FE SPRING,CA 90670 | **B/L Number:** ITMA859695772 **Weight(Kg):** 23,467.79 **Teus :** 4.46 **Fgn Port of Load :** NINGPO **U.S. Port of Arrival :** LOS ANGELES | **Arrival Date :** 10/27/2006 **Pieces :** 3,760 **Measure(cm):** 260.00 **Est Value:** 325,078.00 |

Origin :  PEOPLES REP OF CHINA
Carrier :  ITALIA MARITIMMA S P A
Product Description :  LCD MONITOR   LCD MONITOR   LCD MONITOR   LCD MONITOR   LCD MONITOR  19"LCD MONITOR  FOR COMPUTER USE  @ @ ATTN:MS CHERYL HSU  THE SAME  THE SAME  THE SAME  THE SAME  THE SAME  THE SAME
Marks and Numbers :  WESTINGHOUSE WESTINGHOUSE WESTINGHOUSE WESTINGHOUSE WESTINGHOUSE WESTINGHOUSE USA P/NO  1/10-10/10 PO NO 4500000111 MADE IN CHINA WESTINGHOUSE USA P/NO  1/21-21/21 PO NO 4500000111 MADE IN CHINA

| SHIPPER | CONSIGNEE | NOTIFY PARTY | SHIPMENT DETAIL | |
|---|---|---|---|---|
| CHI MEI OPTOELECTRONICS CORP FACTORY NO.1 CHI-YEH ROAD,TAINAN SCIENCE-BASED INDUSTRIAL PARK, TAINAN COUNTY,TAIWAN | WESTINGHOUSE DIGITAL ELECTRONICS, LLC 12150 MORA DRIVE,SANTA FE SPRING, CA 90670 TEL NO.1-562-236-9800 | WESTINGHOUSE DIGITAL ELECTRONICS, LLC 12150 MORA DRIVE,SANTA FE SPRING, CA 90670 TEL NO.1-562-236-9800 | **B/L Number:** ITMA859695770 **Weight(Kg):** 107,491.83 **Teus :** 32.00 **Fgn Port of Load :** NINGPO **U.S. Port of Arrival :** LOS ANGELES | **Arrival Date :** 10/19/2006 **Pieces :** 17,472 **Measure(cm):** 928.00 **Est Value:** 1,488,988.00 |

Origin :  PEOPLES REP OF CHINA
Carrier :  ITALIA MARITIMMA S P A
Product Description :  LCD MONITOR   LCD MONITOR   LCD MONITOR   LCD MONITOR   LCD MONITOR   LCD MONITOR   LCD MONITOR   LCD MONITOR   LCD MONITOR   LCD MONITOR   LCD MONITOR   LCD MONITOR   LCD MONITOR 19"LCD MONITOR FOR COMPUTER USE  THE SAME  THE SAME  THE SAME
Marks and Numbers :  WESTINGHOUSE WESTINGHOUSE WESTINGHOUSE WESTINGHOUSE WESTINGHOUSE WESTINGHOUSE WESTINGHOUSE WESTINGHOUSE WESTINGHOUSE WESTINGHOUSE WESTINGHOUSE WESTINGHOUSE WESTINGHOUSE WESTINGHOUSE WESTINGHOUSE WESTINGHOUSE USA P/NO  PO NO. MADE IN CHINA

| SHIPPER | CONSIGNEE | NOTIFY PARTY | SHIPMENT DETAIL | |
|---|---|---|---|---|
| CHI MEI OPTOELECTRONICS CORP FACTORY NO.1 CHI-YEH ROAD TAINAN SCIENCE-BASED INDUSTRIAL PARK,TAINAN COUNTY. TAIWAN | WESTINGHOUSE DIGITAL ELECTRONICS, LLC 12150 MORA DRIVE,SANTA FE SPRINGS,CA 90670 | WESTINGHOUSE DIGITAL ELECTRONICS, LLC 12150 MORA DRIVE,SANTA FE SPRINGS,CA 90670 | **B/L Number:** ITMA859695770 **Weight(Kg):** 36,700.09 **Teus :** 14.00 **Fgn Port of Load :** NINGPO **U.S. Port of Arrival :** LOS ANGELES | **Arrival Date :** 11/10/2006 **Pieces :** 5,880 **Measure(cm):** 406.00 **Est Value:** 508,373.00 |

Origin :  PEOPLES REP OF CHINA
Carrier :  ITALIA MARITIMMA S P A
Product Description :  LCD MONITOR   LCD MONITOR   LCD MONITOR   LCD MONITOR   LCD MONITOR   LCD MONITOR 19" LCD MONITOR FOR COMPUTER USE  THE SAME  THE SAME  THE SAME  THE SAME  THE SAME  THE SAME THE SAME THE SAME THE SAME
Marks and Numbers :  WESTINGHOUSE WESTINGHOUSE WESTINGHOUSE WESTINGHOUSE WESTINGHOUSE WESTINGHOUSE WESTINGHOUSE USA P/NO  1/21-21/21 PO NO 45000000250 MADE IN CHINA WESTINGHOUSE USA P/NO  1/105-21/105 PO NO 45000000250 MADE IN CHINA



**CHI MEI - 2006**

SHIPMENT DETAIL REPORT

Date  5/22/2007

Page 39 of 47

| SHIPPER | CONSIGNEE | NOTIFY PARTY | SHIPMENT DETAIL | |
|---|---|---|---|---|
| CHI MEI OPTOELECTRONICS CORP FACTORY NO 1 CHI-YEH ROAD, TAINAN SCIENCE-BASED INDUSTRIAL PARK, TAINAN COUNTY  TAIWAN | WESTINGHOUSE DIGITAL ELECTRONICS, LLC 12150 MORA DRIVE,SANTA FE SPRINGS,CA 90670 | WESTINGHOUSE DIGITAL ELECTRONICS, LLC 12150 MORA DRIVE,SANTA FE SPRINGS,CA 90670 | B/L Number: ITMA859695770  Weight(Kg): 14,220.05  Teus : 4 00  Fgn Port of Load : NINGPO  U.S. Port of Arrival : LOS ANGELES | Arrival Date : 11/10/2006  Pieces : 2,688  Measure(cm) : 136 00  Est Value : 196,978 00 |

Origin :  PEOPLES REP OF CHINA
Carrier :  ITALIA MARITIMMA S P A
Product Description :  LCD MONITOR   LCD MONITOR  17" LCD MONITOR  FOR COMPUTER USE  THE SAME  THE SAME  THE SAME THE SAME  THE SAME  THE SAME  THE SAME
Marks and Numbers :  WESTINGHOUSE WESTINGHOUSE WESTINGHOUSE USA P/NO. 1/42-21/42 PO NO.4500000254 MADE IN CHINA WESTINGHOUSE USA P/NO  22/42-42/42 PO NO.4500000254 MADE IN CHINA

| SHIPPER | CONSIGNEE | NOTIFY PARTY | SHIPMENT DETAIL | |
|---|---|---|---|---|
| CHI MEI OPTOELECTRONICS CORP NO 1 CHI-YEH ROAD, TAINAN SCIENCE-BASED INDUSTRIAL PARK TAINAN TAIWAN  CN | AMPTRON INTERNATIONAL, INC 17531A RAILROAD ST INDUSTRY CA 91748 US | AMPOC FAR-EAST CO., LTD 17F, NO. 171, SUNG-TEH ROAD TAIPEI TAIWAN | B/L Number: SEWWNBSE0652  Weight(Kg): 4,965 06  Teus : 1 00  Fgn Port of Load : NINGPO  U.S. Port of Arrival : LOS ANGELES | Arrival Date : 11/09/2006  Pieces : 784  Measure(cm) : 0 00  Est Value : 68,777 00 |

Origin :  PEOPLES REP OF CHINA
Carrier :  N Y K LINE
Product Description :  19 LCD MONITOR QTY  784 SETS  NO SWPM
Marks and Numbers :  AMPTRON LOS ANGELES,USA P/NO. 1/14-14/14 MADE IN CHINA

| SHIPPER | CONSIGNEE | NOTIFY PARTY | SHIPMENT DETAIL | |
|---|---|---|---|---|
| CHI MEI OPTOELECTRONICS CORPORATION SCIENCE-BASED INDUSTRIAL PARK NO  1 HSINSHIH TAINAN TAIWAN | ACER AMERICA CORPORATION 2641 ORCHARD PARKWAY SAN JOSE CA 95134 UNITED STATES | FRONTIER LOGISTICS 1700 NORTH ALAMEDA ST. COMPTON CA 90222 UNITED STATES | B/L Number: OOLU300591914  Weight(Kg): 10,956 90  Teus : 2 00  Fgn Port of Load : NINGPO  U.S. Port of Arrival : LOS ANGELES | Arrival Date : 11/09/2006  Pieces : 1,890  Measure(cm) : 1,538 00  Est Value : 151,776 00 |

Origin :  PEOPLES REP OF CHINA
Carrier :  ORIENT OVERSEAS CONTAINER LINE
Product Description :  AL1916WA SD-19" LCD COLOR MONITORS
Marks and Numbers :  PLT NO. 1-21 C/NO. 1-1890 MADE IN CHINA

 **CHI MEI - 2006**

SHIPMENT DETAIL REPORT

Date  5/22/2007                                                                                                    Page 40 of 47

| SHIPPER | CONSIGNEE | NOTIFY PARTY | SHIPMENT DETAIL | |
|---|---|---|---|---|
| CHI MEI OPTOELECTRONICS CORP<br>NO.1, CHI-YEH RD.,<br>TAINAN SCIENCE-BASED IND  PARK<br>TAINAN | AMPTRON INTERNATIONAL INC<br>17531A RAILROAD ST.,<br>CITY OF INDUSTRY CA 91748<br>USA | ORDER | B/L Number: CHGHKALAX061<br>Weight(Kg): 16,342.11<br>Teus : 3.80<br>Fgn Port of Load : KAOHSIUNG<br>U.S. Port of Arrival : LOS ANGELES | Arrival Date : 11/12/2006<br>Pieces : 3,000<br>Measure(cm) : 0.00<br>Est Value : 259,015.00 |

Origin :  REPUBLIC OF CHINA
Carrier :  N Y K LINE
Product Description :  17" LCD MONITOR   17" LCD MONITOR
Marks and Numbers :  NO MARKS NO MARKS

| SHIPPER | CONSIGNEE | NOTIFY PARTY | SHIPMENT DETAIL | |
|---|---|---|---|---|
| CHI MEI OPTOELECTRONICS CORP<br>NO.1 CHI-YEH ROAD, SINSHIH TOWNSHIP,<br>TAINAN SCIENCE PARK,<br>TAINAN COUNTY,          TW | INGRAM MICRO INC<br>1600E ST. ANDREW PLACE SANTA ANA<br>LOS ANGELES CA 92799-5125     US | ORDER | B/L Number: EXDO681024173<br>Weight(Kg): 3,691.92<br>Teus : 1.00<br>Fgn Port of Load : KAOHSIUNG<br>U.S. Port of Arrival : LONG BEACH | Arrival Date : 11/16/2006<br>Pieces : 540<br>Measure(cm) : 25.00<br>Est Value : 58,515.00 |

Origin :  REPUBLIC OF CHINA
Carrier :  HYUNDAI
Product Description :  COMPUTER LCD MONITOR
Marks and Numbers :  NO MARKS

| SHIPPER | CONSIGNEE | NOTIFY PARTY | SHIPMENT DETAIL | |
|---|---|---|---|---|
| CHI MEI OPTOELECTRONICS CORPORATION<br>SCIENCE-BASED INDUSTRIAL PARK NO  1<br>HSINSHIH TAINAN<br>TAIWAN | ACER AMERICA CORPORATION<br>2641 ORCHARD PARKWAY<br>SAN JOSE CA 95134<br>UNITED STATES | FRONTIER LOGISTICS<br>1700 NORTH ALAMEDA ST.<br>COMPTON CA 90222<br>UNITED STATES | B/L Number: OOLU300342897<br>Weight(Kg): 9,570.78<br>Teus : 2.00<br>Fgn Port of Load : NINGPO<br>U.S. Port of Arrival : LOS ANGELES | Arrival Date : 11/15/2006<br>Pieces : 1,456<br>Measure(cm) : 1,577.00<br>Est Value : 132,575.00 |

Origin :  PEOPLES REP OF CHINA
Carrier :  ORIENT OVERSEAS CONTAINER LINE
Product Description :  AL2216W BD-22" LCD COLOR MONITORS
Marks and Numbers :  PLT NO  1-26 C/NO   -1456 MADE IN CHINA



**CHI MEI - 2006**

SHIPMENT DETAIL REPORT

Date  5/22/2007

| SHIPPER | CONSIGNEE | NOTIFY PARTY | SHIPMENT DETAIL | |
|---|---|---|---|---|
| CHI MEI OPTOELECTRONICS CORPORATION<br>SCIENCE-BASED INDUSTRIAL PARK NO. 1<br>HSINSHIH TAINAN<br>TAIWAN | ACER AMERICA CORPORATION<br>2641 ORCHARD PARKWAY<br>SAN JOSE CA 95134<br>UNITED STATES | FRONTIER LOGISTICS<br>1700 NORTH ALAMEDA ST<br>COMPTON CA 90222<br>UNITED STATES | **B/L Number:** OOLU300342910 **Arrival Date:** 11/15/2006<br>**Weight(Kg):** 9,570.78 **Pieces:** 1,456<br>**Teus:** 2.00 **Measure(cm):** 1,577.00<br>**Fgn Port of Load:** NINGPO **Est Value:** 132,575.00<br>**U.S. Port of Arrival:** LOS ANGELES | |

Origin : PEOPLES REP OF CHINA
Carrier : ORIENT OVERSEAS CONTAINER LINE
Product Description : AL2216WD BD-22" LCD COLOR MONITORS
Marks and Numbers : PLT NO. 1-26 C/NO. 1-1456 MADE IN CHINA

| SHIPPER | CONSIGNEE | NOTIFY PARTY | SHIPMENT DETAIL | |
|---|---|---|---|---|
| CHI MEI OPTOELECTRONICS CORP<br>NO.1 CHI-YEH ROAD,SINSHIH TOWNSHIP.<br>TAINAN SCIENCE PARK,<br>TAINAN COUNTY        TW | INGRAM MICRO LP<br>7451 NELSON ROAD<br>RICHMOND BC V6W 1L7        CA | ORDER | **B/L Number:** EXDO681024229 **Arrival Date:** 11/26/2006<br>**Weight(Kg):** 3,691.92 **Pieces:** 540<br>**Teus:** 1.00 **Measure(cm):** 25.00<br>**Fgn Port of Load:** KAOHSIUNG **Est Value:** 54,282.00<br>**U.S. Port of Arrival:** VANCOUVER BC | |

Origin : REPUBLIC OF CHINA
Carrier : EVERGREEN LINE
Product Description : COMPUTER LCD MONITOR
Marks and Numbers : INGRAM CANADA I/V NO.ELFO95B0085 P/NO.1/10-10/10 MADE IN TAIWAN R.O.C

| SHIPPER | CONSIGNEE | NOTIFY PARTY | SHIPMENT DETAIL | |
|---|---|---|---|---|
| CHI MEI OPTOELECTRONICS CORPORATION<br>SCIENCE-BASED INDUSTRIAL PARK NO. 1<br>HSINSHIH TAINAN<br>TAIWAN | ACER AMERICA CORPORATION<br>2641 ORCHARD PARKWAY<br>SAN JOSE CA 95134<br>UNITED STATES | FRONTIER LOGISTICS<br>1700 NORTH ALAMEDA ST<br>COMPTON CA 90222<br>UNITED STATES | **B/L Number:** OOLU300340451 **Arrival Date:** 12/03/2006<br>**Weight(Kg):** 30,754.08 **Pieces:** 5,670<br>**Teus:** 6.00 **Measure(cm):** 4,929.00<br>**Fgn Port of Load:** NINGPO **Est Value:** 426,009.00<br>**U.S. Port of Arrival:** LOS ANGELES | |

Origin : PEOPLES REP OF CHINA
Carrier : ORIENT OVERSEAS CONTAINER LINE
Product Description : AL1916WA B-19" LCD COLOR MONITORS   AL1916WA B-19" LCD COLOR MONITORS   AL1916WA B-19" LCD
COLOR MONITORS
Marks and Numbers : N/M PLT / NO.1/21-21/21 C/NO. 1-1890 MADE IN CHINA N/M



**CHI MEI - 2006**

SHIPMENT DETAIL REPORT

Date  5/22/2007

| SHIPPER | CONSIGNEE | NOTIFY PARTY | SHIPMENT DETAIL | |
|---|---|---|---|---|
| CHI MEI OPTOELECTRONICS CORPORATION<br>SCIENCE-BASED INDUSTRIAL PARK NO. 1<br>HSINSHIH TAINAN<br>TAIWAN | ACER AMERICA CORPORATION<br>2641 ORCHARD PARKWAY<br>SAN JOSE CA 95134<br>UNITED STATES | FRONTIER LOGISTICS<br>1700 NORTH ALAMEDA ST<br>COMPTON CA 90222<br>UNITED STATES | B/L Number: OOLU300340466<br>Weight(Kg): 9.570.78<br>Teus : 2.00<br>Fgn Port of Load : NINGPO<br>U.S. Port of Arrival : LOS ANGELES | Arrival Date : 12/03/2006<br>Pieces : 1.456<br>Measure(cm) : 1.577.00<br>Est Value: 132.575.00 |

       Origin :  PEOPLES REP OF CHINA
      Carrier :  ORIENT OVERSEAS CONTAINER LINE
Product Description :  AL2216W BD-22" LCD COLOR MONITORS
Marks and Numbers :  PLT NO. 1-26 C/NO. 1-1456 MADE IN CHINA

| SHIPPER | CONSIGNEE | NOTIFY PARTY | SHIPMENT DETAIL | |
|---|---|---|---|---|
| CHI MEI OPTOELECTRONICS CORPORATION<br>SCIENCE-BASED INDUSTRIAL PARK NO. 1<br>HSINSHIH TAINAN<br>TAIWAN | ACER AMERICA CORPORATION<br>2641 ORCHARD PARKWAY<br>SAN JOSE CA 95134<br>UNITED STATES | FRONTIER LOGISTICS<br>1700 NORTH ALAMEDA ST<br>COMPTON CA 90222<br>UNITED STATES | B/L Number: OOLU300340467<br>Weight(Kg): 9.570.78<br>Teus : 2.00<br>Fgn Port of Load : NINGPO<br>U.S. Port of Arrival : LOS ANGELES | Arrival Date : 12/03/2006<br>Pieces : 1.456<br>Measure(cm) : 1.577.00<br>Est Value: 132.575.00 |

       Origin :  PEOPLES REP OF CHINA
      Carrier :  ORIENT OVERSEAS CONTAINER LINE
Product Description :  AL2216W BD-22" LCD COLOR MONITORS
Marks and Numbers :  PLT NO. 1-26 C/NO. 1-1456 MADE IN CHINA

| SHIPPER | CONSIGNEE | NOTIFY PARTY | SHIPMENT DETAIL | |
|---|---|---|---|---|
| CHI MEI OPTOELECTRONICS CORPORATION<br>SCIENCE-BASED INDUSTRIAL PARK NO. 1<br>HSINSHIH TAINAN<br>TAIWAN | ACER AMERICA CORPORATION<br>2641 ORCHARD PARKWAY<br>SAN JOSE CA 95134<br>UNITED STATES | FRONTIER LOGISTICS<br>1700 NORTH ALAMEDA ST<br>COMPTON CA 90222<br>UNITED STATES | B/L Number: OOLU300340468<br>Weight(Kg): 9.570.78<br>Teus : 2.00<br>Fgn Port of Load : NINGPO<br>U.S. Port of Arrival : LOS ANGELES | Arrival Date : 12/03/2006<br>Pieces : 1.456<br>Measure(cm) : 1.577.00<br>Est Value: 132.575.00 |

       Origin :  PEOPLES REP OF CHINA
      Carrier :  ORIENT OVERSEAS CONTAINER LINE
Product Description :  AL2216W BD-22" LCD COLOR MONITORS
Marks and Numbers :  PLT NO. 1-26 C/NO. 1-1456 MADE IN CHINA



**CHI MEI - 2006**

SHIPMENT DETAIL REPORT

Date  5/22/2007

Page 43 of 47

---

| SHIPPER | CONSIGNEE | NOTIFY PARTY | SHIPMENT DETAIL |
|---|---|---|---|
| CHI MEI OPTOELECTRONICS CORPORATION<br>SCIENCE-BASED INDUSTRIAL PARK NO. 1<br>HSINSHIH TAINAN<br>TAIWAN | ACER AMERICA CORPORATION<br>2641 ORCHARD PARKWAY<br>SAN JOSE CA 95134<br>UNITED STATES | FRONTIER LOGISTICS<br>1700 NORTH ALAMEDA ST.<br>COMPTON CA 90222<br>UNITED STATES | **B/L Number:** OOLU300340469<br>**Weight(Kg):** 9,570.78<br>**Teus :** 2.00<br>**Fgn Port of Load :** NINGPO<br>**U.S. Port of Arrival :** LOS ANGELES | **Arrival Date :** 12/03/2006<br>**Pieces :** 1,456<br>**Measure(cm) :** 1,577.00<br>**Est Value:** 132,575.00 |

**Origin :** PEOPLES REP OF CHINA

**Carrier :** ORIENT OVERSEAS CONTAINER LINE

**Product Description :** AL2216W BD-22" LCD COLOR MONITORS

**Marks and Numbers :** PLT NO. 1-26 C/NO. -1456 MADE IN CHINA

---

| SHIPPER | CONSIGNEE | NOTIFY PARTY | SHIPMENT DETAIL |
|---|---|---|---|
| CHI MEI OPTOELECTRONICS CORPORATION<br>SCIENCE-BASED INDUSTRIAL PARK NO. 1<br>HSINSHIH TAINAN<br>TAIWAN | WESTINGHOUSE DIGITAL ELECTRONICS, L<br>12150 MORA DR<br>SANTA FE SPRINGS CA 90670<br>UNITED STATES | WESTINGHOUSE DIGITAL ELECTRONICS, L<br>12150 MORA DR.<br>SANTA FE SPRINGS CA 90670<br>UNITED STATES | **B/L Number:** OOLU300985294<br>**Weight(Kg):** 7,109.00<br>**Teus :** 2.00<br>**Fgn Port of Load :** NING BO<br>**U.S. Port of Arrival :** LOS ANGELES | **Arrival Date :** 12/06/2006<br>**Pieces :** 1,344<br>**Measure(cm):** 1,643.00<br>**Est Value:** |

**Origin :**

**Carrier :** ORIENT OVERSEAS CONTAINER LINE INC

**Product Description :** 17"LCD MONITOR FOR COMPUTER USE

**Marks and Numbers :** WESTINGHOUSE USA P/NO. 1/21-21/2 1 PO NO.4500000389 MADE IN CHINA

---

| SHIPPER | CONSIGNEE | NOTIFY PARTY | SHIPMENT DETAIL |
|---|---|---|---|
| CHI MEI OPTOELECTRONICS CORPORATION<br>SCIENCE-BASED INDUSTRIAL PARK NO. 1<br>HSINSHIH TAINAN<br>TAIWAN | WESTINGHOUSE DIGITAL ELECTRONICS, L<br>12150 MORA DR<br>SANTA FE SPRINGS CA 90670<br>UNITED STATES | WESTINGHOUSE DIGITAL ELECTRONICS, L<br>12150 MORA DR<br>SANTA FE SPRINGS CA 90670<br>UNITED STATES | **B/L Number:** OOLU300985295<br>**Weight(Kg):** 15,433.00<br>**Teus :** 6.00<br>**Fgn Port of Load :** NING BO<br>**U.S. Port of Arrival :** LOS ANGELES | **Arrival Date :** 12/06/2006<br>**Pieces :** 2,520<br>**Measure(cm):** 4,440.00<br>**Est Value:** |

**Origin :**

**Carrier :** ORIENT OVERSEAS CONTAINER LINE INC

**Product Description :** 19"LCD MONITOR FOR COMPUTER USE    19"LCD MONITOR FOR COMPUTER USE    19"LCD MONITOR FOR COMPUTER USE

**Marks and Numbers :** P/O.4500000390 P/N O.1/63-63/6 3 MADE IN CHINA N/M N/M



**CHI MEI - 2006**

SHIPMENT DETAIL REPORT

Date  5/22/2007

Page 44 of 47

| SHIPPER | CONSIGNEE | NOTIFY PARTY | SHIPMENT DETAIL | |
|---|---|---|---|---|
| CHI MEI OPTOELECTRONICS CORPORATION SCIENCE-BASED INDUSTRIAL PARK NO. 1 HSINSHIH TAINAN TAIWAN | ACER AMERICA CORPORATION 2641 ORCHARD PARKWAY SAN JOSE CA 95134 UNITED STATES | FRONTIER LOGISTICS 1700 NORTH ALAMEDA ST COMPTON CA 90222 UNITED STATES | B/L Number: OOLU300985319 Weight(Kg): 10,251.00 Teus : 2.00 Fgn Port of Load : NING BO U.S. Port of Arrival : LOS ANGELES | Arrival Date : 12/06/2006 Pieces : 1,890 Measure(cm) : 1,643.00 Est Value: |

Origin :
Carrier :  ORIENT OVERSEAS CONTAINER LINE INC
Product Description :  AL1916WA B-19"LCD COLOR MONITORS
Marks and Numbers :  PLT / NO. 1/21-21/21 C/NO. 1-1890 MADE IN CHINA

| SHIPPER | CONSIGNEE | NOTIFY PARTY | SHIPMENT DETAIL | |
|---|---|---|---|---|
| CHI MEI OPTOELECTRONICS CORP NO 1 CHI-YEH RD , TAINAN SCIENCE-BASED IND  PARK TAINAN | DELTA ELECTRONICS MEXICO S A DE ,C UNO PCNIENTE19955,COL CD IND NUEVA TWUANA 22500 | ALLEGHO INTL SERVICE  INC 19401 SOUTH MAIN STREET. SUITE 201 GARDENA CA 90248 USA | B/L Number: CHGHKAOLAX0 Weight(Kg): 24,697.82 Teus : 5.74 Fgn Port of Load : KAOHSIUNG U.S. Port of Arrival : LOS ANGELES | Arrival Date : 12/12/2006 Pieces : 3,083 Measure(cm) : 0.00 Est Value : 391,449.00 |

Origin :  REPUBLIC OF CHINA
Carrier :  MAERSK LINE
Product Description :  MONITOR   LCD TV MODULE V320B1-L06   MONITOR   LCD TV MODULE V320B1-L06   MONITOR   LCD TV
MODULE V320B1-L06   MONITOR   LCD TV MODULE V320B1-L06
Marks and Numbers :  NO MARKS NO MARKS NO MARKS NO MARKS

| SHIPPER | CONSIGNEE | NOTIFY PARTY | SHIPMENT DETAIL | |
|---|---|---|---|---|
| CHI MEI OPTOELECTRONICS CORP NO 1 CHI-YEH ROAD,SINSHIH TOWNSHIP, TAINAN SCIENCE PARK. TAINAN COUNTY.       TW | INGRAM MICRO INC 1600E ST. ANDREW PLACE SANTA ANA LOS ANGELES CA 92799-5125      US | ORDER | B/L Number: EXDO681024216 Weight(Kg): 3,691.92 Teus : 1.00 Fgn Port of Load : KAOHSIUNG U.S. Port of Arrival : NEW YORK | Arrival Date : 12/03/2006 Pieces : 540 Measure(cm) : 28.00 Est Value : 59,099.00 |

Origin :  REPUBLIC OF CHINA
Carrier :  HANJIN SHIPPING CO LTD
Product Description :  COMPUTER LCD MONITOR
Marks and Numbers :  NO MARKS

 **PIERS**.com
U.S. Waterborne Import Data

**CHI MEI - 2006**

SHIPMENT DETAIL REPORT

Date  5/22/2007

Page 45 of 47

| SHIPPER | CONSIGNEE | NOTIFY PARTY | SHIPMENT DETAIL | |
|---|---|---|---|---|
| CHI MEI OPTOELECTRONICS CORPORATION<br>SCIENCE-BASED INDUSTRIAL PARK NO. 1<br>HSINSHIH TAINAN<br>TAIWAN | WESTINGHOUSE DIGITAL ELECTRONICS, L<br>12150 MORA DR.<br>SANTA FE SPRINGS CA 90670<br>UNITED STATES | WESTINGHOUSE DIGITAL ELECTRONICS, L<br>12150 MORA DR.<br>SANTA FE SPRINGS CA 90670<br>UNITED STATES | **B/L Number:** OOLU300985359 | **Arrival Date :** 12/14/2006 |
| | | | **Weight(Kg):** 15,432.85 | **Pieces :** 2,520 |
| | | | **Teus :** 6.00 | **Measure(cm) :** 4,440.00 |
| | | | **Fgn Port of Load :** NINGPO | **Est Value:** 213,777.00 |
| | | | **U.S. Port of Arrival :** LOS ANGELES | |

　　　　Origin :  PEOPLES REP OF CHINA
　　　　Carrier :  ORIENT OVERSEAS CONTAINER LINE
Product Description :  19"LCD MONITOR FOR COMPUTER USE   19"LCD MONITOR FOR COMPUTER USE   19"LCD MONITOR FOR
　　　　　　　　　　 COMPUTER USE
Marks and Numbers :  N/M N/M P/O 450000 0390 P/NO. 1/63-63/6 3 MADE IN CHINA

| SHIPPER | CONSIGNEE | NOTIFY PARTY | SHIPMENT DETAIL | |
|---|---|---|---|---|
| CHI MEI OPTOELECTRONICS CORPORATION<br>SCIENCE-BASED INDUSTRIAL PARK NO. 1<br>HSINSHIH TAINAN<br>TAIWAN | WESTINGHOUSE DIGITAL ELECTRONICS, L<br>12150 MORA DR.<br>SANTA FE SPRINGS CA 90670<br>UNITED STATES | WESTINGHOUSE DIGITAL ELECTRONICS, L<br>12150 MORA DR.<br>SANTA FE SPRINGS CA 90670<br>UNITED STATES | **B/L Number:** OOLU300985360 | **Arrival Date :** 12/14/2006 |
| | | | **Weight(Kg):** 10,289.02 | **Pieces :** 1,680 |
| | | | **Teus :** 4.00 | **Measure(cm) :** 2,960.00 |
| | | | **Fgn Port of Load :** NINGPO | **Est Value:** 142,525.00 |
| | | | **U.S. Port of Arrival :** LOS ANGELES | |

　　　　Origin :  PEOPLES REP OF CHINA
　　　　Carrier :  ORIENT OVERSEAS CONTAINER LINE
Product Description :  19"LCD MONITOR FOR COMPUTER USE   19"LCD MONITOR FOR COMPUTER USE
Marks and Numbers :  P/O 4500000390 P/NO. 1/42-42/4 2 MADE IN CHINA N/M

| SHIPPER | CONSIGNEE | NOTIFY PARTY | SHIPMENT DETAIL | |
|---|---|---|---|---|
| CHI MEI OPTOELECTRONICS CORPORATION<br>SCIENCE-BASED INDUSTRIAL PARK NO. 1<br>HSINSHIH TAINAN<br>TAIWAN | WESTINGHOUSE DIGITAL ELECTRONICS, L<br>12150 MORA DR.<br>SANTA FE SPRINGS CA 90670<br>UNITED STATES | WESTINGHOUSE DIGITAL ELECTRONICS, L<br>12150 MORA DR.<br>SANTA FE SPRINGS CA 90670<br>UNITED STATES | **B/L Number:** OOLU300985361 | **Arrival Date :** 12/14/2006 |
| | | | **Weight(Kg):** 15,432.85 | **Pieces :** 2,520 |
| | | | **Teus :** 6.00 | **Measure(cm) :** 4,440.00 |
| | | | **Fgn Port of Load :** NINGPO | **Est Value:** 213,777.00 |
| | | | **U.S. Port of Arrival :** LOS ANGELES | |

　　　　Origin :  PEOPLES REP OF CHINA
　　　　Carrier :  ORIENT OVERSEAS CONTAINER LINE
Product Description :  19"LCD MONITOR FOR COMPUTER USE   19"LCD MONITOR FOR COMPUTER USE   19"LCD MONITOR FOR
　　　　　　　　　　 COMPUTER USE
Marks and Numbers :  N/M N/M P/O 450000 0390 P/NO. 1/63-63/6 3 MADE IN CHINA



**CHI MEI - 2006**

SHIPMENT DETAIL REPORT

Date 5/22/2007

Page 46 of 47

| SHIPPER | CONSIGNEE | NOTIFY PARTY | SHIPMENT DETAIL | |
|---------|-----------|--------------|-----------------|--|
| CHI MEI OPTOELECTRONICS CORPORATION SCIENCE-BASED INDUSTRIAL PARK NO. 1 HSINSHIH TAINAN TAIWAN | WESTINGHOUSE DIGITAL ELECTRONICS, L 12150 MORA DR SANTA FE SPRINGS CA 90670 UNITED STATES | WESTINGHOUSE DIGITAL ELECTRONICS, L 12150 MORA DR SANTA FE SPRINGS CA 90670 UNITED STATES | **B/L Number:** OOLU300985363<br>**Weight(Kg):** 20,578.04<br>**Teus:** 8.00<br>**Fgn Port of Load:** NINGPO<br>**U.S. Port of Arrival:** LOS ANGELES | **Arrival Date:** 12/14/2006<br>**Pieces:** 3,360<br>**Measure(cm):** 5,920.00<br>**Est Value:** 285,049.00 |

Origin : PEOPLES REP OF CHINA

Carrier : ORIENT OVERSEAS CONTAINER LINE

Product Description : 19"LCD MONITOR FOR COMPUTER USE   19"LCD MONITOR FOR COMPUTER USE   19"LCD MONITOR FOR COMPUTER USE   17"LCD MONITOR FOR COMPUTER USE

Marks and Numbers : P/O 4500000390 P/NO 1/84-84/84 4 MADE IN CHINA N/M N/M N/M

| SHIPPER | CONSIGNEE | NOTIFY PARTY | SHIPMENT DETAIL | |
|---------|-----------|--------------|-----------------|--|
| CHI MEI OPTOELECTRONICS CORPORATION SCIENCE-BASED INDUSTRIAL PARK NO. 1 HSINSHIH TAINAN TAIWAN | WESTINGHOUSE DIGITAL ELECTRONICS, L 12150 MORA DR SANTA FE SPRINGS CA 90670 UNITED STATES | WESTINGHOUSE DIGITAL ELECTRONICS, L 12150 MORA DR SANTA FE SPRINGS CA 90670 UNITED STATES | **B/L Number:** OOLU300591603<br>**Weight(Kg):** 3,472.78<br>**Teus:** 1.00<br>**Fgn Port of Load:** NINGPO<br>**U.S. Port of Arrival:** LOS ANGELES | **Arrival Date:** 12/20/2006<br>**Pieces:** 640<br>**Measure(cm):** 733.00<br>**Est Value:** 48,105.00 |

Origin : PEOPLES REP OF CHINA

Carrier : ORIENT OVERSEAS CONTAINER LINE

Product Description : 17"LCD MONITOR FOR COMPUTER USE

Marks and Numbers : P/O 4500000389 P/NO 1/10-10/10 MADE IN CHINA

| SHIPPER | CONSIGNEE | NOTIFY PARTY | SHIPMENT DETAIL | |
|---------|-----------|--------------|-----------------|--|
| CHI MEI OPTOELECTRONICS CORPORATION SCIENCE-BASED INDUSTRIAL PARK NO. 1 HSINSHIH TAINAN TAIWAN | WESTINGHOUSE DIGITAL ELECTRONICS, L 12150 MORA DR SANTA FE SPRINGS CA 90670 UNITED STATES | WESTINGHOUSE DIGITAL ELECTRONICS, L 12150 MORA DR SANTA FE SPRINGS CA 90670 UNITED STATES | **B/L Number:** OOLU300591629<br>**Weight(Kg):** 10,289.02<br>**Teus:** 4.00<br>**Fgn Port of Load:** NINGPO<br>**U.S. Port of Arrival:** LOS ANGELES | **Arrival Date:** 12/20/2006<br>**Pieces:** 1,680<br>**Measure(cm):** 2,960.00<br>**Est Value:** 142,525.00 |

Origin : PEOPLES REP OF CHINA

Carrier : ORIENT OVERSEAS CONTAINER LINE

Product Description : 19"LCD MONITOR FOR COMPUTER USE   19"LCD MONITOR FOR COMPUTER USE

Marks and Numbers : P/O 4500000390 P/NO 1/42-42/42 2 MADE IN CHINA N/M



**CHI MEI - 2006**

SHIPMENT DETAIL REPORT

Date  5/22/2007

| SHIPPER | CONSIGNEE | NOTIFY PARTY | SHIPMENT DETAIL | |
|---|---|---|---|---|
| CHI MEI OPTOELECTRONICS CORP. | ACER COMPUTEC MEXICO S.A. DE C.V. | ACER COMPUTEC MEXICO S.A. DE C.V. | B/L Number: HJSCKHHA09456 | Arrival Date : 12/20/2006 |
| NO.1, CHI-YEH ROAD, SINSHIH TOWNSHI | ADUANA INTERIOR DEL VALLE DE MEXIC | ADUANA INTERIOR DEL VALLE DE MEXI | Weight(Kg): 3,817.15 | Pieces : 12 |
| P.TAINAN SCIENCE PARK, TAINAN COUNT | | | Teus : 1.00 | Measure(cm) : 0.00 |
| | | | Fgn Port of Load : KAOHSIUNG | Est Value: 60,500.00 |
| | | | U.S. Port of Arrival : LONG BEACH | |

Origin :   REPUBLIC OF CHINA

Carrier :   HANJIN SHIPPING CO LTD

Product Description :   19" LCD MONITORS

Marks and Numbers :   NO MARKS

# TRADE Intelligence Information System

# CHI MEI - Shipment Detail

## Volume 0, 0 through Volume 5, 2003

Page 1
Printed 7-31-2003

| Shipper | Consignee | Notify Party | Shipment Details |
|---|---|---|---|

**CHI MEI CORP**
NO 13911
SAN CHIA, SAN CHA VLG
HSIANG, TAINAN HSHIN TAIWAN (TW)

*Carrier:* IISU - EVERGREEN INTERNATIONAL (U.S.A.) [EVER USEH UL : 0042N]
*Product Description:* PC-110 POLYCARBONATE; PC-110 POLYCARBONATE; [\* OKEAN FREIGHT PREPAID \*]; SHIPPERS LOAD & COUNT
POLYCARBONATE; IWC SAMPLES 1 (CM-205, CM-207 (CM-211-S LCD MONITORS)
NPL, NPL, N272R, CHICAGO, IL, DNO 1-16, DNO 1-6, CNO 1-5; MADE IN TAIWAN, R.O.C.; THE SAME, THE SAME
*Origin:* TAIWAN (TW) (ASIA)

*Notify Party:* DANZAS AEI
1201 LAZE INDUSTRIAL PKWY
BEREA, OH 44017-2930 (US)
Tel: 440-243-4566

*Bd. Number:* EISU101300144227
*Weight (kg):* 16,815.0
*TEU:* 1.0
*Port of Arrival:* TACOMA, WA
*Port of Embark:* KAOHSIUNG, TAIWAN (TW) (ASIA)

*Arrival Date:* 2/14/2003
*Pieces:* 27 PACKAGES OR : PC-110
*Measure (cm):* 35

---

**CHI MEI CORP**

*Carrier:* YMLU - YANG MING MARINE TRANSPORT CORP [MING ZENITH : 578 ]
*Product Description:* RESIN, NOS; ABS RESIN; (PA-765 NAT) (FREE SAMPLE OF NO COMMERCIAL VALUE
*Marks & Numbers:* ENTEC POLYMERS INC
STE 240
2301 MAITLAND CENTER PKWY
MAITLAND, FL 32751-4128 (US)
Tel: 407-875-9595
*Origin:* TAIWAN (TW) (ASIA)

*Notify Party:* ENTEC POLYMERS INC
STE 240
2301 MAITLAND CENTER PKWY
MAITLAND, FL 32751-4128 (US)
Tel: 407-875-9595

*Bd. Number:* YMLU217108479
*Weight (kg):* 16,670.0
*TEU:* 1.0
*Port of Arrival:* LOS ANGELES, CA
*Port of Embark:* KAOHSIUNG, TAIWAN (TW) (ASIA)

*Arrival Date:* 3/29/2003
*Pieces:* 32
*Measure (cm):* 35

---

**CHI MEI CORP**
5051808    5051820

*Carrier:* YMLU - YANG MING MARINE TRANSPORT CORP [MING WEST : 601]
*Product Description:* RESIN, NOS; ABS RESIN; (PA-765 NAT) (FREE SAMPLE OF NO COMMERCIAL VALUE
*Marks & Numbers:* ENTEC POLYMERS
CHICAGO, IL 031224
*Origin:* TAIWAN (TW) (ASIA)

*Notify Party:* ENTEC POLYMERS INC
STE 240
2301 MAITLAND CENTER PKWY
MAITLAND, FL 32751-4128 (US)
Tel: 407-875-9595
DNO 1-16, CNO 1-6    15" LCD MONITOR MODEL 1512-A1C-TA
MADE IN TAIWAN, R.O.C.; II

*Bd. Number:* YMLU217104108
*Weight (kg):* 16,670.0
*TEU:* 1.0
*Port of Arrival:* LOS ANGELES, CA
*Port of Embark:* KAOHSIUNG, TAIWAN (TW) (ASIA)

*Arrival Date:* 5/10/2003
*Pieces:* 22
*Measure (cm):* 35

---

**CHI MEI CORP**
5051808    5051820

*Carrier:* OOLU - ORIENT OVERSEAS CONTAINER LINE INC [LEVERKUSEN EXPRESS : 070E]
*Product Description:* AUSO6-15" LCD COLOR MONITOR(S) ]
*Marks & Numbers:* ACER, U.S.A., MADE IN TAIWAN, DNO 1/14-14/14
*Origin:* TAIWAN (TW) (ASIA)

*Notify Party:* FRONTIER LOGISTICS SERVICES
1700 N ALAMEDA ST
STE 1 E, COMPTON, CA 90222-4128 (US)
Tel: 310-604-8208 Fax: 310-604-8135

*Bd. Number:* OOLU335149930
*Weight (kg):* 5,292.0
*TEU:* 2.0
*Port of Arrival:* LOS ANGELES, CA
*Port of Embark:* KAOHSIUNG, TAIWAN (TW) (ASIA)

*Arrival Date:* 6/17/2003
*Pieces:* 1,344
*Measure (cm):* 708

---

**CHI MEI OPTOELECTRONICS CORP**
NO 1 CHI MI ROAD TAINAN SCIENCE
BASID INDUSTRIAL PARK TAINAN
COUNTRY TAIWAN

*Carrier:* PCSA - PACIFIC STAR EXPRESS CORP [OOCL SINGAPORE : 479 21]
*Product Description:* 15" LCD MINIMUM W.D. SUBASSEMBLY 20 PINS & BLACK COLOR  1-H (2) PCS PKGS
*Marks & Numbers:* IIYAMA, U.S.A., FV NO L1920237, P-NO 1-1

*Notify Party:* IIYAMA NORTH AMERICA INC
65 W STILER RD
WARMINSTER, PA 18974 (US)
Tel: 215-682-9050

*Bd. Number:* PCSNP0321411HH
*Weight (kg):* 95.0
*TEU:* 0.2
*Port of Arrival:* LOS ANGELES, CA
*Port of Embark:* KAOHSIUNG, TAIWAN (TW) (ASIA)

*Arrival Date:* 6/8/2003
*Pieces:* 21
*Measure:*

Copyright 1998, Trade Reporting and Data Exchange, Inc. (T.R.A.D.E., Inc.) 2355 Campus Drive, San Mateo, CA 94403, USA. This information may not be reproduced, translated, resold, or shared, in whole, or in part without prior written approval of T.R.A.D.E., Inc., subject to the terms and conditions of the agreement signed by the subscriber. For information call (650) 513-1940, or email us at mail@traderdata.com

# T R A D E
Intelligence
Information System

# CHI MEI - Shipment Detail

## Volume 0, 0 through Volume 5, 2003

Page 2
Printed 7.21.2003
%of %...

| Shipper | Consignee | Notify Party | Shipment Details | |
|---|---|---|---|---|
| CHI MEI OPTOELECTRONICS CORP.<br>NO 1 CHI YI 1ST ROAD TAINAN SCIENCE<br>BASD INDUSTRIAL PARK TAINAN<br>BASD INDUSTRIAL PARK TAINAN | IIYAMA TRANSPORT USA INC.<br>1021E 233RD ROAD STREET CARSON CA<br>90745 USA TEL NO: 310-5183077I.XT<br>FAX NO: 310-8304497I.XT | IIYAMA TRANSPORT USA INC.<br>1021E 233RD ROAD STREET CARSON (<br>90745 USA TEL NO: 310-5183077IEXT<br>FAX NO: 310-8304497I.XT<br>ATTN TO: ENDODON | *B/L Number:* NYKS47254I0315<br>*Weight (kg):* 430.0 | *Arrival Date:* 4/12/2003 |
| | | | *TEU:* 0.2 | *Pieces:* 101 |
| | | | | *Measure (cm):* 2 |

*Origin:* TAIWAN (TW) (ASIA)
*Carrier:* NYKS - NYK LINE (NIPPON YUSEN KAISHA) (NYK LIHRA - 0000)
*Product Description:* (2463) (115" LCD MONITOR W/D) (SUB+AUDIO & USA SPINSI) & GRAY COLOR)
*Marks & Numbers:* (2463)      IIYAMA, USA.

*Port of Arrival:* LOS ANGELES, CA
*Port of Embark:* KAOHSIUNG, TAIWAN (TW) (ASIA)

I/V NO.LF9203363, P/NO.1/2-2/2   MADE IN TAIWAN, R.O.C.

Copyright 1998, Trade Reporting and Data Exchange, Inc. (T.R.A.D.E, Inc.), 2755 Campus Drive, San Mateo, CA 94403, USA. This information may not be reproduced, translated, resold, or shared, in whole, or in part, without prior written approval of T.R.A.D.E., Inc., subject to the terms and conditions of the agreement signed by the subscriber. For information call (650) 513-0940 or email us at mail@tradeinfo.com

# CHI MEI - Shipment Detail

## Volume 0, 0 through Volume 5, 2003

| Shipper | Consignee | Notify Party |
|---|---|---|

CHI MEI CORP
NO 59-1
SAN CHIA SAN CHIA VLG
HSIANG, TAINAN HSIEN TAIWAN (TW)
    TAIWAN (TW) (ASIA)

DANZAS AEI
120 BLAZE INDUSTRIAL PKWY
BEREA, OH 44017-2930 (US)
Tel: 440-243-4566

    Origin:  EISU - EVERGREEN INTERNATIONAL (U S A) [EVER USEFUL : 0042A]

    *Product Description:*  Carrier:  PC-110 POLYCARBONATE═PC-110 POLYCARBONATE ═ ═ OCEAN FREIGHT PREPAID ═ ═ SH
    *Marks & Numbers:*  NPI; NPI; N2728; CHICAGO, IL; P/NO. 1-16; B/NO. 1-6; C/NO. 1-5; MADE IN TAIWAN, R.O.C.; THE SAME; THE

CHI MEI CORP



    TAIWAN (TW) (ASIA)

ENTEC POLYMERS INC
STE 240
2301 MAITLAND CENTER PKWY
MAITLAND, FL 32751-4128 (US)
Tel: 407-875-9595

ENTEC POLYMERS INC
STE 240
2301 MAITLAND CENTER PKWY
MAITLAND, FL 32751-4128 (US)
Tel: 407-875-9595

    Origin:  YMLU - YANG MING MARINE TRANSPORT CORP [MING WEST : 60E]

    *Product Description:*  Carrier:  RESIN, NOS═ABS RESIN═PA-765 NAT   FREE SAMPLE OF NO COMMERCIAL VALUE : ═15" L
    *Marks & Numbers:*  ENTEC POLYMERS     CHICAGO, IL; 031224          P/NO.1-16; C/NO.1-6          MADE IN TAIWAN; R.O.C.;

CHI MEI CORP



    TAIWAN (TW) (ASIA)

ENTEC POLYMERS INC
STE 240
2301 MAITLAND CENTER PKWY
MAITLAND, FL 32751-4128 (US)
Tel: 407-875-9595

ENTEC POLYMERS INC
STE 240
2301 MAITLAND CENTER PKWY
MAITLAND, FL 32751-4128 (US)
Tel: 407-875-9595

    Origin:  YMLU - YANG MING MARINE TRANSPORT CORP [MING ZENITH : 57E]

    *Product Description:*  Carrier:  RESIN, NOS═ABS RESIN═PA-747S H82A22B4 ═PA-717CK NAT═FREE SAMPLE OF NO COMME
    *Marks & Numbers:*  ENTEC POLYMERS     CHICAGO, IL; 032118          P/NO.1-16; C/NO.1-6          MADE IN TAIWAN; R.O.C.;

CHI MEI OPTOELECTRONICS CORP
SCIENCE-BASED INDUSTRIAL PARK NC
HSINSHIH TAINAN
TAIWAN
5051888     5 TAIWAN (TW) (ASIA)

ACER AMERICA CORP
2641 ORCHARD PKWY
SAN JOSE, CA 95134-2018 (US)
Tel: 408-922-5099

FRONTIER LOGISTICS SERVICES
1700 N ALAMEDA ST
STLEET, COMPTON, CA 90222-4128 (US)
Tel: 310-604-8208 Fax: 310-604-8135

    Origin:  OOLU - ORIENT OVERSEAS CONTAINER LINE INC [LEVERKUSEN EXPRESS : 070E]

    *Product Description:*  Carrier:  AL506-15" LCD COLOR MONITORS
    *Marks & Numbers:*  ACER; U.S.A.; MADE IN TAIWAN; P/NO.1/14-14/14

CHI MEI OPTOELECTRONICS CORP.
NO 1 CHI-YEH ROAD TAINAN SCIENCE
BASED INDUSTRIAL PARK TAINAN
COUNTRY TAIWAN

IIYAMA NORTH AMERICA INC
101B
65 W STREER RD
WARMINATER, PA 18974 (US)

TAIWAN (TW) (ASIA)       Tel: 215-682-9050
Origin: PCSA - PACIFIC STAR EXPRESS CORP [OOCL SINGAPORE  47E21]

Product Description:    Carrier:  15" LCD MONITOR W-D " SUB+AUDIO & EUROPE  2PINS & BLACK COLOR   1 PLT (21 PCS=PK
Marks & Numbers:  IIYAMA, U.S.A.; I-V NO:LF920527; P-NO:1-1

CHI MEI OPTOELECTRONICS CORP.  IIYAMA TRANPSORT USA INC.                    IIYAMA TRANPSORT USA INC.
NO.1 CHI-YEH ROAD TAINAN SCIENCE  1021E 233RD ROAD STREET CARSON CA         1021E 233RD ROAD STREET CARSON C,
BASD INDUSTRIAL PARK TAINAN        90745 USA TEL NO: 310-5185077EXT          90745 USA TEL NO: 310-5185077EXT
BASD INDUSTRIAL PARK TAINAN        FAX NO: 310-8304197EXT                    FAX NO: 310-8304197EXT
TAIWAN (TW) (ASIA)                                                          ATTN TO: ENDODON
Origin:  NYKS - NYK LINE (NIPPON YUSEN KAISHA) [NYK LIBRA  00005]

Product Description:    Carrier:  (2463) ☐15" LCD MONITOR W/D☐SUB+AUDIO & USA SPINS  & GRAY COLOR.
Marks & Numbers:  (2463)      IIYAMA; U.S.A.       I/V NO:LF9203363; P.NO.1'2-2'2    MADE IN TAIWAN; R.O.C.
Copyright 1998. Trade Reporting and Data Exchange, Inc. (T.R.A.D.E., Inc.), 2755 Campus Drive, San Mateo, CA  94403, USA.  This information ma

Page       1.00

59365238     Printed:     7/21/2003

### Shipment Details

B/L Number:  Weight (kg): 16,815.00     EISU0013001· Arrival Date: 2/14/2003
TEU: 1.00                    Pieces: 27.00
TACOMA, WA                  Measure (cm): 25.00
Port of Arrival:
Port of Embark: KAOHSIUNG, TAIWAN (TW) (ASIA)

HIPPER'S LOAD & COUNT  27 PACKAGES OF PC-110 POLYCARBONATE N/C SAMPLES.   CM-205  CM-207  CM-211  5 LCD MONITO
SAME

B/L Number:  Weight (kg): 16,670.00     YMLUW2171 Arrival Date: 3/29/2003
TEU: 1.00                    Pieces: 22.00
LOS ANGELES, CA             Measure (cm): 25.00
Port of Arrival:
Port of Embark: KAOHSIUNG, TAIWAN (TW) (ASIA)

CD MONITOR MODEL 1512-A1C-TA

B/L Number:  Weight (kg): 16,670.00     YMLUW2171 Arrival Date: 5/10/2003
TEU: 1.00                    Pieces: 22.00
LOS ANGELES, CA             Measure (cm): 25.00
Port of Arrival:
Port of Embark: KAOHSIUNG, TAIWAN (TW) (ASIA)

RCIAL VALUE    15" LCD MONITOR MODEL 1512-A1C-TA

B/L Number:  Weight (kg): 5,292.00     OOLU331493 Arrival Date: 6/17/2003
TEU: 2.00                    Pieces: 1,344.00
LOS ANGELES, CA             Measure (cm): 708.00
Port of Arrival:
Port of Embark: KAOHSIUNG, TAIWAN (TW) (ASIA)

B/L Number:  Weight (kg): 95.00     PCSAP305214 Arrival Date: 6/8/2003
TEU: 0.20                    Pieces: 21.00
LOS ANGELES, CA             Measure:
Port of Arrival:

*Port of Embark*: KAOHSIUNG, TAIWAN (TW) (ASIA)

GS

| | | | | | |
|---|---|---|---|---|---|
| | *B/L Number*: | *Weight (kg)*: 430.00 | NYKS472540 | *Arrival Date*: 4/12/2003 |
| A | | *TEU*: 0.20 | *Pieces*: 101.00 |
| | | LOS ANGELES, CA | *Measure (cm)*: 2.00 |
| | *Port of Arrival*: |
| | *Port of Embark*: | KAOHSIUNG, TAIWAN (TW) (ASIA) |

y not be reproduced, translated, resold, or shared, in whole, or in part, without prior written approval of T.R.

RS

TRADE Intelligence                        Bill of Lading Number: POCLTWN30022196

Port of Embarkation: KAOHSIUNG, TAIWAN (TW) (ASIA)
Port of Arrival    : OAKLAND, CA
Carrier            : POCL - P & O NEDLLOYD [OOCL CHINA : 255]
Country of Origin  : TAIWAN (TW) (ASIA)

- Shipment
Arrival Date: 04-JUL-02
Container? : Y                          Weight : 16936 KG
TEU Count  : 2                          Measure:

Shipper                                 - Consignee
ROUND-THE-WORLD LOGISTICS CORP          R F INTL INC
                                        SFO 21F AIRPORT BOULEVARD
                                        SOUTH SAN FRANCISCO, CA (US)
                                        Tel: 650-589-8150 Fax: 650-589-2524

Notify Parties

Notes
TEU Count estimated.

Commodity Information

Cntr: PONU3041647
Pieces: 1337

"ALL TIRES ON BOARD ARE NEW TIRES"  BICYCLE TIRES BICYCLE TUBES RIM STRIP 98P'
KGS=16BALES & 82 CTNS 98PKG 4.19CBM 1047KGS COMPUTER PARTS CUS P/O NO 251366 1
PLT=9CTNS 1PLT 0.85CBM 101KGS LINER PISTON, BOX 2WDC 5.13CBM 2085KGS
HS Code: 401320

MOTORCYCLE PART AND ACCESSORIES 414PKGS=4ROLLS & 410CTNS 414PKG 18.84CBM 6778K
S
S Code: 871411
S Code: 871419
S Code: 871491

TATUETTES OF WOOD
S Code: 4420
S Code: 442010

ABLEWARE OF WOOD VASE OF WOOD 2WDC 1.06CBM 110KGS
S Code: 4419

O BRAND LCD PANEL 1PLT=300PCS 1PLT 2.15CBM 258KGS SWITCHING POWER SUPPLIES 2
TN 1.79CBM 549KGS

) Copyright 1993-1998, Trade Reporting And Data Exchange, Inc.

TRADE Intelligence                    Bill of Lading Number: POCLTWN30022196

HS Code: 853120

CMO BRAND LCD PANEL  (REPLACEMENT)  1CTN=6PCS 1CTN 0.05CBM 7KGS
HS Code: 853120

SPORTING GOODS 257CTN 18.95CBM 2868KGS
HS Code: 9506


TEXTILE PIECE GOODS 114CTN 9.83CBM 1391KGS MOTORCYCLE PARTS AND ACCESSORIES 4P
LTS=81CTNS 4PLT 9.88CBM 1211KGS COMPUTER ACCESSORIES 13CTN 0.81CBM 118KGS COMP
UTER PARTS 18CTN 0.59CBM 413KGS PONL 02-906 INTERMODAL CERTIFICATION CONTAINER
 NUMBER: SEE ABOVE OR ATTACHED RIDER  GROSS WEIGHT  (INCLUDING PACKING MATERIA
LS): SEE ABOVE OR ATTACHED RIDER PERSON TENDERING(COMPANY):  ROUND THE-WORLD L
OGISTICS CORP BY:   DATE: 14/06/02 ELECTRONIC FORMAT INCORPORATION BY P&O NEDL
LOYD DATE: 14/06/02 FOR ABOVE 1 CONTAINERS
HS Code: 5906

 _ Marks and Numbers


Cntr: PONU3041647
       AS PER SHIPPER'S
       DOCUMENTS

(c) Copyright 1993-1998, Trade Reporting And Data Exchange, Inc.

TRADE Intelligence                    Bill of Lading Number: POCLTWN30022960

Port of Embarkation: KAOHSIUNG, TAIWAN (TW) (ASIA)
Port of Arrival     : OAKLAND, CA
Carrier             : POCL - P & O NEDLLOYD [OOCL SINGAPORE : 040]
Country of Origin   : TAIWAN (TW) (ASIA)

Shipment
Arrival Date: 25-JUL-02              Weight : 20381 KG
Container?  : Y                      Measure:
TEU Count   : 2

Shipper                              | Consignee
ROUND-THE-WORLD LOGISTICS CORP       | AIR POWER EXPRESS(SFO)INC
                                     | 1206 GRANDVIEW DR
                                     | SOUTH SAN FRANCISCO, CA 94080-4906
                                     | Tel: 650-873-7785 Fax: 650-873-8659

Notify Parties

Notes
TEU Count estimated.

Commodity Information

Cntr: PONU4761430
Pieces: 1146

ART PLACEMATS N COASTERS CATALOG & PRICE LIST TOILETRY BAGS 198CTN/3221KG/6.59
CBM PLASTIC OVERCAPS 26"X14 1/8" X 21 7/8"  22"X18 7/8" X 18 1/2"  22 1/4"X14
1/4"X14 1/ 4"  PLASTIC SPOONS 24 1/2"X16 1/2" X 17"  22 1/4" X 14 1/4"X14 1/4"
65CTN/681KG/6.80CBM COMPUTER PARTS CUS P/O NO 251385,251384,  251373 3P'KGS=
1PLT(14CTNS)+2CTNS 3PKG/202KG/1.66CBM
HS Code: 491110

CONNECTOR PARTS 169CTN/3048KG/4.96CBM POWER CENTER 300CTN/6000KG/16.98CBM CMO ←
RAND LCD PANEL 1PLT-30CTNS 1PLT/258KG/2.10CBM COMPONENTS FOR ASSEMBLY INTO CO
MPLETE UNITS 200CTN/3400KG/6.65CBM MP2000-NTSC 24CTN/240KG/1.54CBM PLUMBING IT
EMS 3PLTS=144CTNS 3PLT/3331KG/4.62CBM PONL02-906  EQUIPMENT SUBSTITUTION PERF
ORMED 40'HC REEFER SUBSTITUTED FOR 40'GP CONTAINER INTERMODAL CERTIFICATION CO
NTAINER NUMBER: SEE ABOVE OR ATTACHED RIDER  GROSS WEIGHT  (INCLUDING PACKING
MATERIALS): SEE ABOVE OR ATTACHED RIDER PERSON TENDERING(COMPANY):  ROUND THE-
WORLD LOGISTICS CORP BY:  DATE: 05/07/02 ELECTRONIC FORMAT INCORPORATION BY P
&O NEDLLOYD DATE: 05/07/02 FOR ABOVE 01 CONTAINERS

(C) Copyright 1993-1998, Trade Reporting And Data Exchange, Inc.

TRADE Intelligence                          Bill of Lading Number: POCLTWN30022960

HS Code: 870829

   Marks and Numbers

Cntr: PONU4761430
      AS PER SHIPPER'S
      DOCUMENT

(c) Copyright 1993-1998, Trade Reporting And Data Exchange, Inc.

# EXHIBIT 27



Home | Cont

--Select a :

**Where to buy**

United States

Products
Acer Technology
About Acer
Where to buy
Government Contracts
Acer Resellers Near You
Service & Support
Partner
News

**Buy from an Online Partner**



> TigerDirect.Com



> Buy.com



> NewEgg.Com



> CDW



> CDW-G



❯ Insight



❯ PC Connection



❯ Best Buy For Business



❯ Walmart.com



❯ Amazon.com



❯ Microcenter



❯ Ewiz



> Tech Depot

**Office DEPOT.**

> Office Depot



> Mwave.Com



> B&H Photo-Video



> J&R Electronics

*ZipZoomfly.com*

> ZipZoomFly.Com

Copyright© 2007 Acer Inc. All Rights Reserved

# EXHIBIT 28



**iiyama direct access**

Please select your iiyama model here:

[ - Select your model - ▾ ]

# What's new?
# Hot picks from iiyama.



### ProLite H431S | 17 inch

This high-performance 17-in LCD from iiyama delivers an ultra-fast 8-ms response time, features one DVI-D and one D-Sub signal input, and has a height-adjustable range of 110 mm. The core component of this rotating business-class LCD is a high-grade TN panel with a flicker-free resolution of 1.3 megapixels (1280 x 1024 pixels)....

**MSRP $ 304**





### ProLite H481S | 19 inch

The features that complement the excellent panel specification of the ProLite H481S make impressive reading. It has a native resolution of 1280 x 1024 and accompanying the ultra fast response time of 8msec is a contrast ratio of 700:1 and a brightness measurement of 300cd/m². The height of the display can be adjusted through...

**MSRP $ 392**



### ProLite H1900 | 19 inch

The 19in ProLite H1900 is an attractive option for use within DTP and pre-press environments. Professional graphics artists will value its six-axis colour control and user adjustable gamma levels for improved colour matching. The broad colour spectrum covers 72% of the NTSC standard and iiyama also includes new ii-style...

**MSRP $ 898**



### LPS130 | SVGA

The LPS 130 is perfectly suited for presentation and home cinema purposes. The projector offers image with the brightness of 1300 ANSI lumens, SVGA resolution (800x600), a contrast ratio of 350:1, D-Sub and Video/S-Video input connectors and a possibility of control with the use of a PC or a remote control. This product is...

**MSRP $ 578**

- privacy policy
- company profile
- terms & conditions
- exhibitions
- jobs

# Welcome to iiyama



iiyama is one of the world's leading manufacturers of colour monitors. Efficiency, performance, reliability and user comfort are all key to the development of iiyama products.

Our success has been acheived by the consistent evolution of high quality product and by bringing them to market at an accessible price.

From day one, the emphasis was not along standard lines of mass production, but rather to apply the human element at all stages of the manufacturing process. This philosophy is still central to everything that iiyama creates and our research and development is based on the concept of creating people friendly product. Utilising the most up to date technology has also become an essential element of our manufacturing process and consolidated purchasing and global resourcing has ensured that we retain our competitiveness without compromising quality or features. New products will not be introduced to market unless we are certain that they offer a real benefit to the user and match our infamous price / performance ratio.

# iiyama resellers

For more information on iiyama resellers, please contact us on
1-800-394-4335, fax to 215-682-9066, e-mail to ► sales.us@iiyama.com

| Company | Phone | Website/Shop |
|---|---|---|
| **DNS Technology** | 267-251-8701 | ► www.dns-tech.com |
| **Graphics Distribution, Inc.** | 877-715-0535 Ext. 8342 | ► www.gdius.com |
| **Wldgets, Inc.** | 800-722-8798 | ► www.widgetsinc.com |
| **Neutron USA** | 800-811-3265 | ► www.neutronexpress.com |

# RESELLERS ONLY

If you are interested in reselling iiyama products, please clik at the link
► Resellers area

# Resellers' Area

if you want to be a reseller of IIYAMA monitors, please contact:

General Manager - Joe Bevivino Warminster, PA    Tel: 800-394-4335 Ext. 207    Fax: 215-682-
                                                 9066             e-mail:
                                                 ► joebev@iiyama.com

**OR**

Sales Manager - Dave Cameron Warminster, PA    Tel: 800-394-4335 Ext. 203    Fax: 215-
                                               682-9066          e-mail:
                                               ► dcameron@iiyama.com

# EXHIBIT 29











# Quarterly Large-Area TFT LCD Shipment Report

## Q4'06
## Jan 8, 2007
(Slide 72 corrected)

Copyright @ 2007 DisplaySearch
All Worldwide Rights Reserved • Confidential

Q4'06 Large-Area TFT LCD Shipment Report

1



# Quarterly Large-Area TFT LCD Shipments

Copyright © 2007 DisplaySearch, an NPD Group Company

Every effort has been made to ensure the accuracy of this report. However, no responsibility will be accepted for the accuracy of the facts, analysis or forecasts or any part of this report. No reproduction of this document or any subset is to be made without the specific authorization of DisplaySearch. Excerpts for editorial use must be accompanied by full attribution. Additional copies are available at $500 excluding updates. Information or additional copies may be obtained from

# DisplaySearch
*AN NPD GROUP COMPANY*

1301 South Capital of Texas Highway • Suite B 125 • Austin TX 78746

Voice: 512/459-3126 • Fax: 512/459-3127

www.displaysearch.com  •  info@displaysearch.com

2

Copyright @ 2007 DisplaySearch
All Worldwide Rights Reserved • Confidential



Q4'06 Large-Area TFT LCD Shipment Report

# Contents

Section 1.0  Executive Summary ....... 4

Section 2.0  Methodology ....... 26

Section 3.1  Recent Results ....... 29

Section 3.2  Trend Analysis ....... 51

Section 4.0  Shipments & Revenues by Supplier ....... 61

Section 5.0  Notebook Display Shipments ....... 86

Section 6.0  Monitor Display Shipments ....... 149

Section 7.0  TV Display Shipments ....... 206

Section 8.0  Other Display Shipments ....... 265

3

Copyright @ 2007 DisplaySearch
All Worldwide Rights Reserved • Confidential

# Revenue by Supplier



- The top-5 suppliers decreased their combined large-area revenue share to 81% in Q3'06.

- SEC held on to the top spot with a 6% sales increase Q/Q and a 17% increase Y/Y.

- LPL retained second position in Q3'06 by raising sales 18% Q/Q and 3% Y/Y.

- AUO+QDI came in third place in Q3'06 on the strength of QDI Notebook display sales. Sales rose 13% Q/Q and 16% Y/Y.

- CMO sales rose 22% Q/Q and 19% Y/Y in Q3'06.

- CPT replaced Sharp at the #5 position in Q3'06 with a 6% share. CPT sales were up 15% Q/Q and 17% Y/Y.

## Top-5 Large-area Supplier Revenues and Combined Share
[ US$ millions, percentage ]



| | Q3'05 | Q4'05 | Q1'06 | Q2'06 | Q3'06 |
|---|---|---|---|---|---|
| SEC | 2,786 | 3,120 | 2,901 | 3,054 | 3,252 |
| LPL | 2,704 | 2,906 | 2,484 | 2,365 | 2,779 |
| AUO | 2,159 | 2,662 | 2,541 | 2,220 | 2,512 |
| CMO | 1,307 | 1,664 | 1,560 | 1,275 | 1,560 |
| CPT | 701 | 970 | 1,008 | 844 | 818 |
| Top-5 share | 78% | 81% | 81% | 83% | 81% |

Note that QDI sales have been combined with those of AUO to reflect their pending merger retroactively.

Q4'06 Large-Area TFT LCD Shipment Report

10

Copyright @ 2007 DisplaySearch
All Worldwide Rights Reserved • Confidential

# Top-5 Suppliers' Monitor Display Sales

- The top-5 suppliers have lost share in the Monitor module market in recent quarters. Chinese and other competitors have captured share. We expect this trend to continue.

- SEC sustained its sales lead in Q3'06 with a share of 20%. Monitor revenue grew 8% Q/Q but declined of 20% Y/Y.

- AUO (with QDI) was #2 with a 18% share in Q3'06. Sales rose 22% Q/Q but fell of 22% Y/Y.

- LPL sales rose 11% Q/Q but fell 44% Y/Y to stay #3 with a 15% share in Q3'06.

- CMO Monitor application sales grew 29% Q/Q and 6% Y/Y to give it a 12% share in Q3'06.

- CPT sales rose 15% Q/Q but fell 4% Y/Y to a 10% share.

## Top-5 Display Suppliers' Monitor Revenues and Shares
[ US$ millions, percentage of total Notebook application sales ]



Revenue: US$ millions

| | Q3'05 | Q4'05 | Q1'06 | Q2'06 | Q3'06 |
|---|---|---|---|---|---|
| CPT | 536 | 530 | 529 | 447 | 512 |
| CMO | 583 | 627 | 489 | 481 | 620 |
| LPL | 1,283 | 1,132 | 776 | 655 | 725 |
| AUO | 1,079 | 1,128 | 884 | 742 | 904 |
| SEC | 1,228 | 1,160 | 1,050 | 902 | 978 |
| Top-5 share | 78% | 78% | 78% | 77% | 75% |

The Monitor display market segment has become less concentrated with more rivalry as SVA NEC increased its output.

Q4'06 Large-Area TFT LCD Shipment Report

15

Copyright @ 2007 DisplaySearch
All Worldwide Rights Reserved • Confidential



# Top-5 Suppliers' TV Display Sales

- The top-5 suppliers have lost share in the TV panel market but they remain dominant.

- SEC (with S-LCD) kept its lead in Q3'06 with sales growth of 5% Q/Q and 99% Y/Y for a 30% revenue share.

- LPL grew TV panel sales 19% Q/Q and 74% Y/Y to a 24% share in Q3'06.

- AUO+QDI TV sales rose 14% Q/Q and 109% Y/Y to a 17% share, staying #3 in Q3'05.

- CMO captured a 13% share by growing sales 16% Q/Q and 37% Y/Y.

- Sharp captured an 11% share with flat sales Q/Q and a 1% decline from Q3'05.



## Top-5 TV Display Suppliers' Revenue and Share
[ US$ millions, percentage of total Notebook application sales ]



| Revenue: US$ millions | Q3'05 | Q4'05 | Q1'06 | Q2'06 | Q3'06 |
|---|---|---|---|---|---|
| SHP | 631 | 734 | 688 | 622 | 623 |
| CMO | 548 | 782 | 898 | 646 | 750 |
| AUO | 487 | 702 | 943 | 890 | 1,018 |
| LPL | 806 | 1,050 | 1,152 | 1,176 | 1,400 |
| SEC | 883 | 1,208 | 1,231 | 1,673 | 1,760 |
| Top-5 share | 97% | 97% | 96% | 96% | 94% |

The TV display market segment has become more concentrated as leaders allocate less capacity for Monitors and more capacity for TV modules. Technical leadership also concentrates market share.

**17**

Copyright @ 2007 DisplaySearch
All Worldwide Rights Reserved • Confidential

DISPLAYSEARCH
AN NPD GROUP COMPANY

# Unit Shipments by Supplier (1,000/month)

- New entrant Innolux posted the greatest year-on-year gain in Q3'06.
- AUO posted an impressive gain and hopes to better it in Q4'06.
- IDTech hopes to strenghten its large-panel business.

| TFT LCD Supplier | Shipments (1,000 units/month) | | | | | Y/Y Growth | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Q1'06 | Q2'06 | Q3'06 | Q4'06 | Q1'07 | Q1'06 | Q2'06 | Q3'06 | Q4'06 | Q1'07 |
| Fujitsu | 152.2 | 136.7 | 138.5 | 173.5 | 213.2 | -100% | -100% | -100% | - | - |
| Hitachi | 20.7 | 4.7 | 8.5 | 21.3 | 21.2 | -42% | -21% | -13% | -23% | 40% |
| IDTech | 50.7 | 60.5 | 51.5 | 81.0 | 67.3 | -80% | -94% | -84% | -35% | 2% |
| Mitsubishi | 82.0 | 71.2 | 72.9 | 72.6 | 70.5 | 54% | 104% | 47% | 24% | 33% |
| NEC | 72.0 | 52.0 | 49.0 | 51.0 | 69.0 | 19% | -4% | -14% | -17% | -14% |
| Sanyo Epson | 1,116.0 | 958.0 | 900.8 | 843.6 | 965.3 | -35% | -38% | 2% | -45% | -4% |
| Sharp | 417.3 | 319.9 | 348.8 | 416.0 | 415.4 | 50% | 18% | -28% | -14% | -14% |
| TMDisplay | 3,646.7 | 3,991.7 | 5,060.0 | 5,753.1 | 5,682.0 | 20% | -2% | 25% | -6% | 0% |
| LG.Philips LCD | 4,145.6 | 4,313.3 | 4,929.6 | 5,295.0 | 5,254.2 | 15% | 9% | 21% | 37% | 56% |
| Samsung | 3,132.8 | 3,355.5 | 4,199.8 | 6,024.0 | 5,700.7 | 37% | 30% | 54% | 22% | 27% |
| AU Optronics | 2,212.8 | 2,292.0 | 2,950.0 | 3,222.7 | 3,158.7 | 56% | 45% | 46% | 86% | 82% |
| Chi Mei | 1,755.0 | 1,910.7 | 2,078.7 | 2,318.3 | 2,102.7 | 42% | 33% | 47% | 32% | 43% |
| CPT | 899.0 | 953.0 | 1,069.0 | 1,202.7 | 1,163.3 | 89% | 56% | 23% | 50% | 20% |
| HannStar | 423.8 | 585.7 | 1,173.0 | 1,125.0 | 1,120.0 | 33% | 8% | 23% | 25% | 29% |
| Innolux | | | 1,129.3 | | | 473% | 150% | 250% | 167% | 164% |
| Quanta | 1,297.7 | 1,116.7 | | | | 50% | 16% | 6% | -100% | -100% |
| TPO | 125.0 | 48.3 | 101.7 | 111.7 | 90.0 | 39% | -67% | -43% | -12% | -28% |
| BOE | 720.2 | 524.4 | 690.9 | 790.3 | 796.9 | 156% | 12% | -13% | -2% | 11% |
| Infovision | | | | 40.0 | 100.0 | - | - | 37% | - | - |
| SVA-NEC | 465.0 | 692.0 | 780.0 | 848.3 | 888.3 | 1838% | 284% | 37% | 57% | 87% |
| Total | 20,733.8 | 21,386.3 | 25,731.3 | 28,390.2 | 27,858.6 | 44% | 28% | 29% | 30% | 34% |

63

Copyright © 2007 DisplaySearch
All Worldwide Rights Reserved • Confidential

Q4'06 Large-Area TFT LCD Shipment Report

# Unit Shipment Share and Growth

- LPL shipped the most units in Q3'06 as predicted by supplier targets.
- AUO may ship the most units in Q4'06 after its merger with Quanta Display.
- TPO shipments increased the most from Q2'06. It focused on Notebooks.

| TFT LCD Supplier | Shipment Share | | | | | Sequential Growth | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Q1'06 | Q2'06 | Q3'06 | Q4'06 | Q1'07 | Q1'06 | Q2'06 | Q3'06 | Q4'06 | Q1'07 |
| Fujitsu | | | | | | | | | | |
| Hitachi | 0.7% | 0.6% | 0.5% | 0.6% | 0.8% | -33% | -10% | 1% | 25% | 23% |
| IDTech | 0.1% | 0.0% | 0.0% | 0.1% | 0.1% | -37% | -77% | 83% | 150% | 0% |
| Mitsubishi | 0.2% | 0.3% | 0.2% | 0.3% | 0.2% | -22% | 19% | -15% | 57% | -17% |
| NEC | 0.4% | 0.3% | 0.3% | 0.3% | 0.3% | -7% | -13% | 2% | 0% | -3% |
| Sanyo Epson | 0.3% | 0.2% | 0.2% | 0.2% | 0.2% | -22% | -28% | -6% | 4% | 35% |
| Sharp | 5.4% | 4.5% | 3.5% | 3.0% | 3.5% | 14% | -14% | -6% | -6% | 14% |
| TMDisplay | 2.0% | 1.5% | 1.4% | 1.5% | 1.5% | -6% | -23% | 9% | 19% | 0% |
| LG.Philips LCD | 17.6% | 18.7% | 19.7% | 20.3% | 20.4% | -13% | 9% | 27% | 14% | -1% |
| Samsung | 20.0% | 20.2% | 19.2% | 18.7% | 18.9% | -4% | 4% | 14% | 7% | -1% |
| AU Optronics | 15.1% | 15.7% | 16.3% | 21.2% | 20.5% | -3% | 7% | 25% | 43% | -5% |
| Chi Mei | 10.7% | 10.7% | 11.5% | 11.4% | 11.3% | -9% | 4% | 29% | 9% | -2% |
| CPT | 8.5% | 8.9% | 8.1% | 8.2% | 7.5% | 13% | 9% | 9% | 12% | -9% |
| HannStar | 4.3% | 4.5% | 4.2% | 4.2% | 4.2% | -7% | 6% | 12% | 13% | -3% |
| Innolux | 2.0% | 2.7% | 4.6% | 4.0% | 4.0% | 1% | 38% | 100% | -4% | 0% |
| Quanta | 6.3% | 5.2% | 4.4% | | | 1% | -14% | 1% | -100% | |
| TPO | 0.6% | 0.2% | 0.4% | 0.4% | 0.3% | -1% | -61% | 110% | 10% | -19% |
| BOE | 3.5% | 2.5% | 2.7% | 2.8% | 2.9% | -11% | -27% | 32% | 14% | 1% |
| Infovision | | | | 0.1% | 0.4% | | | | | 150% |
| SVA-NEC | 2.2% | 3.2% | 3.0% | 3.0% | 3.1% | -14% | 49% | 13% | 9% | 2% |
| Total | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | -5% | 3% | 20% | 10% | -2% |

**Q4'06 Large-Area TFT LCD Shipment Report**

64

Copyright @ 2007 DisplaySearch
All Worldwide Rights Reserved • Confidential

DISPLAYSEARCH
AN NPD GROUP COMPANY



# Portion of Notebook Display Shipments

Q4'06 Large-Area TFT LCD Shipment Report

- IDT appeared to be unwinding its large-panel business but it plans a comeback.
- Hitachi is shifting its unit output to TV panels through IPS Alpha.
- QDI was the largest producer to concentrate on Notebook panel shipments.

| TFT Maker | Q1'06 | Q2'06 | Q3'06 | Q4'06 | Q1'07 |
|-----------|-------|-------|-------|-------|-------|
| Fujitsu | | | | | |
| Hitachi | 59.1% | 57.1% | 30.0% | 12.4% | 0.7% |
| IDTech | 91.8% | 57.1% | 74.2% | 65.7% | 61.3% |
| Mitsubishi | | | | | |
| NEC | | | | | |
| Sanyo Epson | 13.9% | | | | |
| Sharp | 16.7% | 18.3% | 17.8% | 18.4% | 15.5% |
| TMDisplay | 83.8% | 85.6% | 86.8% | 75.7% | 83.2% |
| LG.Philips LCD | 36.1% | 37.8% | 41.0% | 37.7% | 37.3% |
| Samsung | 34.9% | 31.7% | 31.6% | 31.6% | 32.4% |
| AU Optronics | 24.9% | 26.1% | 23.3% | 31.3% | 29.3% |
| Chi Mei | 18.4% | 17.5% | 20.1% | 20.7% | 18.9% |
| CPT | 21.4% | 21.8% | 14.4% | 14.2% | 13.4% |
| HannStar | 1.5% | 1.4% | 0.5% | 0.4% | 0.5% |
| Innolux | | | | | |
| Quanta | 72.3% | 66.9% | 62.1% | | |
| TPO | 34.4% | 37.9% | 55.7% | 80.6% | 100.0% |
| BOE | 27.8% | 30.6% | 19.5% | 11.7% | 10.0% |
| Infovision | | | | | |
| SVA-NEC | | | | | |
| Total | 29.8% | 28.2% | 26.9% | 26.1% | 25.3% |

67

Copyright: @ 2007 DisplaySearch
All Worldwide Rights Reserved • Confidential


DISPLAYSEARCH
AN NPD GROUP COMPANY

# Portion of Monitor Display Shipments

- New entrants and second-tier producers concentrated on shipping Monitor panels in Q2'06. They generally lack TV panel designs.

- AUO is the largest producer to concentrate on Monitor panel shipments.

| TFT Maker | Q1'06 | Q2'06 | Q3'06 | Q4'06 | Q1'07 |
|---|---|---|---|---|---|
| Fujitsu | | | | | |
| Hitachi | 2.3% | 2.2% | 2.2% | 2.3% | 1.4% |
| IDTech | 8.2% | 42.9% | 25.8% | 34.3% | 38.7% |
| Mitsubishi | 8.6% | 5.8% | 3.6% | 4.5% | 7.4% |
| NEC | 14.0% | 9.4% | 8.8% | 8.4% | 8.5% |
| Sanyo Epson | | | | | |
| Sharp | 5.8% | 5.0% | 3.3% | 2.4% | 2.1% |
| TMDisplay | | | | | |
| LG.Philips LCD | 39.8% | 38.6% | 35.0% | 34.7% | 37.5% |
| Samsung | 48.3% | 47.1% | 48.0% | 47.0% | 45.9% |
| AU Optronics | 52.1% | 50.1% | 50.8% | 43.9% | 43.9% |
| Chi Mei | 46.6% | 51.3% | 51.4% | 47.8% | 47.0% |
| CPT | 71.8% | 69.6% | 71.6% | 68.2% | 71.1% |
| HannStar | 98.4% | 98.4% | 99.5% | 99.5% | 99.3% |
| Innolux | 100.0% | 95.9% | 92.7% | 92.3% | 92.6% |
| Quanta | 13.8% | 18.8% | 21.1% | | |
| TPO | 65.6% | 62.1% | 44.3% | 19.4% | |
| BOE | 64.5% | 65.3% | 76.1% | 85.0% | 86.6% |
| Infovision | | | | 100.0% | 100.0% |
| SVA-NEC | 100.0% | 99.4% | 97.6% | 95.3% | 93.7% |
| Total | 48.0% | 49.5% | 50.7% | 49.5% | 49.8% |

68

Q4'06 Large-Area TFT LCD Shipment Report

Copyright @ 2007 DisplaySearch
All Worldwide Rights Reserved • Confidential

# Portion of TV Display Shipments

- ▪ Hitachi and Sharp increased the portion of their units sold for TV applications in Q3'06. Market leaders changed their shipment share only slightly.

- ▪ Overall, the share of shipments for TV applications is rising 77% a year.

| TFT Maker | Q1'06 | Q2'06 | Q3'06 | Q4'06 | Q1'07 |
|---|---|---|---|---|---|
| Fujitsu | | | | | |
| Hitachi | 12.3% | 22.4% | 57.0% | 76.7% | 79.1% |
| IDTech | | | | | |
| Mitsubishi | | | | | |
| NEC | | | | | |
| Sanyo Epson | | | | | |
| Sharp | 44.4% | 50.1% | 56.1% | 63.8% | 59.1% |
| TMDisplay | | | | | |
| LG.Philips LCD | 22.5% | 22.3% | 23.1% | 26.6% | 24.3% |
| Samsung | 16.9% | 21.2% | 20.3% | 21.5% | 21.6% |
| AU Optronics | 19.6% | 19.2% | 20.6% | 21.3% | 23.0% |
| Chi Mei | 33.2% | 28.6% | 27.4% | 31.3% | 33.9% |
| CPT | 6.8% | 8.5% | 14.0% | 17.7% | 15.5% |
| HannStar | 0.1% | 0.1% | 0.1% | 0.1% | 0.2% |
| Innolux | | | | | |
| Quanta | 13.9% | 14.3% | 16.8% | | |
| TPO | | | | | |
| BOE | 7.7% | 4.1% | 4.2% | 3.1% | 3.2% |
| Infovision | | | | | |
| SVA-NEC | 0.1% | 0.6% | 2.4% | 4.7% | 6.3% |
| Total | 18.0% | 18.5% | 19.3% | 21.5% | 21.7% |

69

Copyright @ 2007 DisplaySearch
All Worldwide Rights Reserved • Confidential



# Revenues by Supplier (US$ millions)

- AUO and LPL increased their shares in Q3'06 but SEC retained the lead.
- Supplier targets indicated these three leaders will strengthen their positions over the coming quarters.

| TFT LCD Supplier | Revenues ($US Million/Quarter) | | | | | Revenue Share | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Q1'06 | Q2'06 | Q3'06 | Q4'06 | Q1'07 | Q1'06 | Q2'06 | Q3'06 | Q4'06 | Q1'07 |
| Fujitsu | $104.3 | $87.6 | $113.6 | $159.5 | $206.5 | 0.8% | 0.7% | 0.8% | 1.0% | 1.4% |
| Hitachi | $15.4 | $7.6 | $9.1 | $19.4 | $20.0 | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% |
| IDTech | $30.5 | $34.5 | $29.0 | $43.1 | $33.5 | 0.2% | 0.3% | 0.2% | 0.3% | 0.2% |
| Mitsubishi | $59.1 | $44.3 | $43.9 | $41.7 | $38.6 | 0.5% | 0.4% | 0.3% | 0.3% | 0.3% |
| NEC | $41.5 | $30.6 | $27.5 | $27.6 | $35.9 | 0.3% | 0.3% | 0.2% | 0.2% | 0.2% |
| Sanyo Epson | $1,007.8 | $844.6 | $797.7 | $829.8 | $902.4 | 7.8% | 7.2% | 5.9% | 5.3% | 5.9% |
| Sharp | $191.3 | $128.7 | $135.8 | $167.7 | $155.8 | 1.5% | 1.1% | 1.0% | 1.1% | 1.0% |
| TMDisplay | $2,484.0 | $2,364.8 | $2,779.5 | $3,434.7 | $3,343.7 | 19.3% | 20.0% | 20.7% | 21.8% | 22.0% |
| LG.Philips LCD | $2,901.0 | $3,054.5 | $3,251.8 | $3,611.6 | $3,520.7 | 22.5% | 25.9% | 24.2% | 23.0% | 23.2% |
| Samsung | $1,925.9 | $1,737.0 | $2,063.7 | $2,979.6 | $2,799.7 | 14.9% | 14.7% | 15.4% | 18.9% | 18.4% |
| AU Optronics | $1,560.0 | $1,274.7 | $1,559.8 | $1,802.5 | $1,724.2 | 12.1% | 10.8% | 11.6% | 11.5% | 11.4% |
| Chi Mei | $797.2 | $711.5 | $818.0 | $1,051.5 | $913.3 | 6.2% | 6.0% | 6.1% | 6.7% | 6.0% |
| CPT | $447.3 | $399.7 | $435.1 | $510.9 | $464.8 | 3.5% | 3.4% | 3.2% | 3.2% | 3.1% |
| HannStar | $175.2 | $192.4 | $390.2 | $417.9 | $389.0 | 1.4% | 1.6% | 2.9% | 2.7% | 2.6% |
| Innolux | $615.5 | $483.4 | $447.9 | | | 4.8% | 4.1% | 3.3% | | |
| Quanta | $48.7 | $15.5 | $30.9 | $34.8 | $25.7 | 0.4% | 0.1% | 0.2% | 0.2% | 0.2% |
| TPO | $313.4 | $188.6 | $239.8 | $298.1 | $292.4 | 2.4% | 1.6% | 1.8% | 1.9% | 1.9% |
| BOE | | | | $14.7 | $34.6 | | | | 0.1% | 0.2% |
| Infovision | $167.3 | $205.8 | $243.2 | $290.5 | $278.6 | 1.3% | 1.7% | 1.8% | 1.8% | 1.8% |
| SVA-NEC | | | | | | | | | | |
| Total | $12,885.4 | $11,805.7 | $13,416.4 | $15,735.6 | $15,179.3 | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |

Copyright © 2007 DisplaySearch
All Worldwide Rights Reserved • Confidential

Q4'06 Large-Area TFT LCD Shipment Report



# Q2'06 Shipment Share by Supplier

- SEC shipment share peaked at 23.2% in Q1'04 but SEC still leads until AUO includes former QDI output.

- The top-5, with AUO+QDI, shipped 73% of Monitor display units Q3'06.



Q4'06 Large-Area TFT LCD Shipment Report

170

Copyright @ 2007 DisplaySearch
All Worldwide Rights Reserved • Confidential



# 19.0" 1440x900 Shipments by Supplier

- The unit share of this type was 1.2% in Q4'05 and targets indicate a share of 14.1% in Q4'06.

- This category has attracted 6 suppliers, lead by CMO.

| TFT LCD Supplier | Shipments (1,000 units/month) | | | | | Share | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Q1'06 | Q2'06 | Q3'06 | Q4'06 | Q1'07 | Q1'06 | Q2'06 | Q3'06 | Q4'06 | Q1'07 | |
| Fujitsu | | | | | | | | | | | |
| Hitachi | | | | | | | | | | | |
| IDTech | | | | | | | | | | | |
| Mitsubishi | | | | | | | | | | | |
| NEC | | | | | | | | | | | |
| Sanyo Epson | | | | | | | | | | | |
| Sharp | | | | | | | | | | | |
| TMDisplay | | | | | | | | | | | |
| LG.Philips LCD | | | | | | | | | | | |
| Samsung | 97.8 | 158.3 | 241.7 | 285.0 | 300.0 | 24.7% | 24.8% | 16.4% | 14.3% | 14.4% | |
| AU Optronics | | 3.3 | 160.0 | 366.7 | 303.3 | | 0.5% | 10.8% | 18.4% | 14.5% | |
| Chi Mei | 288.3 | 350.0 | 734.3 | 768.3 | 783.3 | 72.8% | 54.9% | 49.8% | 38.7% | 37.5% | |
| CPT | | | | | | | | | | | |
| HannStar | 10.0 | 111.0 | 178.3 | 253.3 | 253.3 | 2.5% | 17.4% | 12.1% | 12.7% | 12.1% | |
| Innolux | | 15.0 | 161.7 | 230.0 | 246.7 | | 2.4% | 11.0% | 11.6% | 11.8% | |
| Quanta | | | | | | | | | | | |
| TPO | | | | | | | | | | | |
| BOE | | | | | 200.0 | | | | 4.2% | 9.6% | |
| Infovision | | | | 84.3 | | | | | | | |
| SVA-NEC | | | | | | | | | | | |
| Total | 396.2 | 637.7 | 1,476.0 | 1,987.7 | 2,086.7 | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | |

Q4'06 Large-Area TFT LCD Shipment Report

Copyright @ 2007 DisplaySearch
All Worldwide Rights Reserved • Confidential

# Total 19.0" Shipments by Supplier

- The total 19" share of Monitor panel shipments was 34.9% in Q3'06 and this could increase to 36.8% in Q4'06. The SXGA format share will decline.
- HSD and AUO+QDI will lead 19" categories with SEC and CMO close behind.

| TFT LCD Supplier | Shipments (1,000 units/month) | | | | | Share | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Q1'06 | Q2'06 | Q3'06 | Q4'06 | Q1'07 | Q1'06 | Q2'06 | Q3'06 | Q4'06 | Q1'07 |
| Fujitsu | | | | | | | | | | |
| Hitachi | | | | | | | | | | |
| IDTech | | | | | | | | | | |
| Mitsubishi | | | | | | | | | | |
| NEC | 2.0 | 1.5 | 1.5 | 1.5 | 1.5 | 0.1% | 0.0% | 0.0% | 0.0% | 0.0% |
| Sanyo Epson | | | | | | | | | | |
| Sharp | | | | | | | | | | |
| TMDisplay | | | | | | | | | | |
| LG.Philips LCD | 391.0 | 479.0 | 534.3 | 715.0 | 809.0 | 13.4% | 13.8% | 11.7% | 13.8% | 15.4% |
| Samsung | 557.5 | 718.3 | 851.7 | 873.3 | 875.0 | 19.1% | 20.7% | 18.7% | 16.9% | 16.6% |
| AU Optronics | 690.0 | 703.3 | 969.0 | 1,140.0 | 1,040.0 | 23.7% | 20.3% | 21.3% | 22.0% | 19.7% |
| Chi Mei | 512.5 | 595.3 | 973.0 | 940.0 | 943.3 | 17.6% | 17.2% | 21.4% | 18.2% | 17.9% |
| CPT | 40.0 | 26.0 | 1.7 | | | 1.4% | 0.8% | 0.0% | | |
| HannStar | 690.0 | 828.0 | 1,001.7 | 1,141.7 | 1,103.3 | 23.7% | 23.9% | 22.0% | 22.1% | 20.9% |
| Innolux | 0.8 | 29.7 | 171.7 | 240.0 | 246.7 | 0.0% | 0.9% | 3.8% | 4.6% | 4.7% |
| Quanta | 7.0 | 12.0 | 1.7 | | | 0.2% | 0.3% | 0.0% | | |
| TPO | | | | | | | | | | |
| BOE | 26.0 | 72.1 | 48.7 | 114.0 | 235.0 | 0.9% | 2.1% | 1.1% | 2.2% | 4.5% |
| Infovision | | | | | | | | | | |
| SVA-NEC | | | | 6.7 | 13.3 | | | | 0.1% | 0.3% |
| Total | 2,916.8 | 3,465.3 | 4,554.8 | 5,172.2 | 5,267.2 | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| Q/Q Growth | | 19% | 31% | 14% | 2% | | | | | |

Copyright @ 2007 DisplaySearch
All Worldwide Rights Reserved • Confidential

190

Q4'06 Large-Area TFT LCD Shipment Report



# Q3'06 Shipment Share by Supplier

- Unit shares of the TV market are more concentrated than they are for PC.

- The top-5 producers, with AUO+QDI, shipped 91.6% of all TV display units in Q3'06 but their share may fall to 90% in Q1'07 as others compete.



Others 1.0%
Hitachi 1.6%
Quanta 3.8%
CPT 5.9%
Sharp 10.2%
Chi Mei 16.3%
AU Optronics 17.5%
Samsung 20.2%
LG.Philips LCD 23.6%

Q4'06 Large-Area TFT LCD Shipment Report

228

Copyright @ 2007 DisplaySearch
All Worldwide Rights Reserved • Confidential

# EXHIBIT 30

DisplaySearch
AN NPD GROUP COMPANY

# Q2'06 Quarterly Desktop Monitor Shipment and Forecast Report

## Final Edition
## July 24, 2006



[Associated Data Tables Published June 9, 2006]

Q2'06 Quarterly Desktop Monitor Shipment and Forecast Report

Copyright @ 2006 DisplaySearch
All Worldwide Right Reserved • Confidential



# Q2'06 Quarterly Desktop Monitor Shipment and Forecast Report

## Copyright © 2006 DisplaySearch

Every effort has been made to ensure the accuracy of this report. However, no responsibility will be accepted for the accuracy of the facts, analysis or forecasts or any part of this report. No reproduction of this document or any subset is to be made without the specific authorization of DisplaySearch. Excerpts for editorial use must be accompanied by full attribution. Information or additional copies may be obtained from

## DisplaySearch, An NPD Group Company
### 1301 South Capital of Texas Highway • Suite B 125 • Austin TX 78746
### Voice: 512/459-3126 • Fax: 512/459-3127
### www.displaysearch.com • info@displaysearch.com

2

Q2'06 Quarterly Desktop Monitor Shipment and Forecast Report

Copyright © 2006 DisplaySearch
All Worldwide Rights Reserved • Confidential

# Outline

1.0   Executive Summary ............................................................. slide 4

2.0   Methodology ...................................................................... slide 25

3.0   Desktop Monitor Shipment Results and Forecast .............. slide 44

4.0   LCD Monitor Shipment Results and Forecast .................... slide 82
      4.1   Current Quarter Brand Results
      4.2   History and Forecast

5.0   LCD PC Shipment Results and Forecast ........................... slide 236

6.0   OEM Shipment Results ...................................................... slide 261

7.0   TFT LCD Monitor Module Shipment Results and Forecast ... slide 279

8.0   CRT Monitor Shipment Results .......................................... slide 315
      8.1   Current Quarter Brand Results
      8.2   History and Forecast

Copyright @ 2006 DisplaySearch
All Worldwide Rights Reserved • Confidential

Q2'06 Quarterly Desktop Monitor Shipment and Forecast Report

3

DISPLAYSEARCH
AN NPD GROUP COMPANY

# LCD Q1'06 Regional Summary

## EMEA - #1 Regional Market Share in Q1'06 with 37.2% Share (⬇ significantly down from 44.6% in Q4'05)

- After seeing unit volume shipments soar to over 14M LCD monitors shipping into the EMEA region in Q4'05, **excessive inventories** and **seasonal weakness** combined to cause the EMEA market to plummet with sequential unit volumes falling -23.5% in Q1'06.
- Wide penetration did not help to overcome the significantly reduced 17" SXGA shipments with the shipment of all wide displays into EMEA only increasing from a 2.2% penetration rate in Q4'05 to a 3.9% penetration rate in Q1'06.
- Despite the severely depressed shipment total in Q1'06, the Y/Y shipment totals were actually up 15% from the same period last year and CRT shipments were down as well, indicating that the entire region struggled with total display shipments, not just LCD monitor shipments.
- While ALL of the top 15 vendors in our survey showed a Q/Q decline in unit volume shipments into EMEA, Samsung, Dell and HP showed some of the least drop offs in unit volume shipments and remained #1, #2 and #3 in the region respectively.
- Acer and LGE felt the most negative impact of the reduced demand in this region, showing -45% and -42% sequential declines in unit volume shipments respectively.

## North America - #2 Regional Market Share in Q1'06 with 31.1% Share (⬆ up from 30.5% in Q4'05)

- While seeing a seasonal downturn in Q1'06, falling -6.2% sequentially, the typical seasonal downturn for combined CE/IT market can range close to -17% from Q4 to Q1 thus seeming to indicate that the NA market is not yet fully saturated.
- 17" displays still accounted for 53% of the unit volume shipped into NA in Q1'06; 20"Wide displays became the 4th largest size category in this region (with only a 2.2% share, however).
- The top two players in the region, Dell and HP, both lost share in Q1'06 with unit volume shipments down -9% and -11% respectively.
- In a total market which fell -6.2% sequentially, of the top 5 players, Acer, Samsung and ViewSonic all gained share with Samsung's growth of 19% being the most significant.
- With Acer loading up its own stock as well as stock for new Retail outlets which it was again entering in Q4'05, its Q1'06 shipments were down after this initial loading period.
- Gateway's success in Q4'05 was not duplicated in Q1'06 when it joined the other top PC companies (Dell and HP as well as Acer which is now included in this bunch) as showing a seasonal let down in both unit volume shipments as well as revenue declines.

## Greater China - #3 Regional Market Share in Q1'06 with a 11.8% Share (⬆ up from 9.5% in Q3'05)

- Unlike NA and EMEA which showed negative sequential grow heading into Q1'06, China was a bright spot posting Q4/Q1 growth of 24.1%.
- Most of the growth in the China market came in the 17" SXGA segment which alone grew 27%.
- Lenovo remained the #1 market share leader in LCD monitors shipped into China in Q1'06 despite seeing a drop in unit volumes of -1% in a market which grew 24% sequentially.
- Samsung, the #2 player in the region for the quarter, increased shipments 63% Q/Q to grow its market share from 10.4% back up to 13.6% (close to where it was in Q2'05).
- Samsung shipped more than 2x 19" SXGA units into China in Q1'06 than it did in Q4'05!

Copyright @ 2006 DisplaySearch
All Worldwide Rights Reserved • Confidential

Q2'06 Quarterly Desktop Monitor Shipment and Forecast Report

13

DISPLAYSEARCH
AN NPD GROUP COMPANY

# Q1'06 Regional Summary

Q2'06 Quarterly Desktop Monitor Shipment and Forecast Report

## EMEA - #1 Regional Market Share in Q1'06 with 37.2% Share (⬇ significantly down from 44.6% in Q4'05)

- After seeing unit volume shipments soar to over 14M LCD monitors shipping into the EMEA region in Q4'05, **excessive inventories** and **seasonal weakness** combined to cause the EMEA market to plummet with sequential unit volumes falling -23.5% in Q1'06.

- Wide penetration did not help to overcome the significantly reduced 17" SXGA shipments with the shipment of all wide displays into EMEA only increasing from a 2.2% penetration rate in Q4'05 to a 3.9% penetration rate in Q1'06.

- Despite the severely depressed shipment total in Q1'06, the Y/Y shipment totals were actually up 15% from the same period last year and CRT shipments were down as well, indicating that the entire region struggled with total display shipments, not just LCD monitor shipments.

- While ALL of the top 15 vendors in our survey showed a Q/Q decline in unit volume shipments into EMEA, Samsung, Dell and HP showed some of the least drop offs in unit volume shipments and remained #1, #2 and #3 in the region respectively.

- Acer and LGE felt the most negative impact of the reduced demand in this region, showing -45% and -42% sequential declines in unit volume shipments respectively.

## North America - #2 Regional Market Share in Q1'06 with 31.1% Share (⬆ up from 30.5% in Q4'05)

- While seeing a seasonal downturn in Q1'06, falling -6.2% sequentially, the typical seasonal downturn for combined CE/IT market can range close to -17% from Q4 to Q1 thus seeming to indicate that the NA market is not yet fully saturated.

- 17" displays still accounted for 53% of the unit volume shipped into NA in Q1'06; 20"Wide displays became the 4th largest size category in this region (with only a 2.2% share, however).

- The top two players in the region, Dell and HP, both lost share in Q1'06 with unit volume shipments down -9% and -11% respectively.

- In a total market which fell -6.2% sequentially, of the top 5 players, Acer, Samsung and ViewSonic all gained share with Samsung's growth of 19% being the most significant.

- With Acer loading up its own stock as well as stock for new Retail outlets which it was again entering in Q4'05, its Q1'06 shipments were down after this initial loading period.

- Gateway's success in Q4'05 was not duplicated in Q1'06 when it joined the other top PC companies (Dell and HP as well as Acer which is now included in this bunch) as showing a seasonal let down in both unit volume shipments as well as revenue declines.

## Greater China - #3 Regional Market Share in Q1'06 with a 11.8% Share (⬆ up from 9.5% in Q3'05)

- Unlike NA and EMEA which showed negative sequential grow heading into Q1'06, China was a bright spot posting Q4/Q1 growth of 24.1%.

- Most of the growth in the China market came in the 17" SXGA segment which alone grew 27%.

- Lenovo remained the #1 market share leader in LCD monitors shipped into China in Q1'06 despite seeing a drop in unit volumes of -1% in a market which grew 24% sequentially.

- Samsung, the #2 player in the region for the quarter, increased shipments 63% Q/Q to grow its market share from 10.4% back up to 13.6% (close to where it was in Q2'05).

- Samsung shipped more than 2x 19" SXGA units into China in Q1'06 than it did in Q4'05!

88

Copyright: © 2006 DisplaySearch
All Worldwide Rights Reserved • Confidential

# LCD Monitor Shipment Share by Brand

- Samsung's growth in the NA market (still in the 17" SXGA size mostly but also in the larger and wider sizes as well) as well as its growth in Latin America and China, helped it to gain WW market share up to 12.4%, up from 10.3% in Q4'05.

| # | Brand | Q2'04 | Q3'04 | Q4'04 | Q1'05 | Q2'05 | Q3'05 | Q4'05 | Q1'06 |
|---|-------|-------|-------|-------|-------|-------|-------|-------|-------|
| 1 | DELL | 17.6% | 16.4% | 19.8% | 20.2% | 20.3% | 17.1% | 19.2% | 19.0% |
| 2 | SAMSUNG | 9.7% | 10.3% | 10.0% | 9.7% | 11.0% | 11.5% | 10.3% | 12.4% |
| 3 | HP | 10.1% | 9.4% | 9.1% | 8.2% | 9.4% | 8.6% | 9.7% | 9.7% |
| 4 | ACER | 4.1% | 4.2% | 6.2% | 6.7% | 7.0% | 7.0% | 8.6% | 7.1% |
| 5 | LGE | 4.6% | 5.9% | 6.1% | 6.2% | 5.7% | 5.9% | 5.4% | 5.1% |
| 6 | PHILIPS | 3.5% | 3.7% | 4.3% | 4.6% | 4.0% | 4.1% | 4.2% | 4.2% |
| 7 | VIEWSONIC | 3.1% | 2.9% | 3.6% | 3.1% | 3.2% | 3.5% | 3.2% | 3.9% |
| 8 | BENQ | 3.0% | 4.6% | 3.9% | 3.7% | 3.4% | 3.6% | 3.2% | 3.7% |
| 9 | LENOVO | 1.8% | 1.9% | 1.6% | 1.1% | 3.4% | 3.3% | 3.6% | 3.5% |
| 10 | FUJITSU | 3.1% | 3.0% | 2.9% | 2.5% | 2.1% | 2.1% | 2.1% | 2.1% |
| 11 | NEC DS | | | | | 2.1% | 2.1% | 2.2% | 1.9% |
| 12 | AOC | 1.1% | 1.5% | 1.3% | 1.0% | 1.1% | 1.5% | 1.2% | 1.8% |
| 13 | PROVIEW | 1.9% | 1.7% | 2.0% | 1.6% | 1.7% | 1.7% | 1.8% | 1.7% |
| 14 | SONY | 3.3% | 4.2% | 2.9% | 2.9% | 3.1% | 2.9% | 2.7% | 1.4% |
| 15 | GATEWAY | 1.0% | 0.9% | 0.8% | 0.9% | 1.2% | 1.2% | 1.6% | 1.4% |
| 16 | CMV | 1.5% | 1.5% | 1.8% | 1.4% | 1.3% | 1.2% | 1.3% | 1.2% |
| 17 | MAXDATA | 1.4% | 1.1% | 1.3% | 1.5% | 1.3% | 1.0% | 1.1% | 1.2% |
| 18 | HYUNDAI-IT | 1.5% | 0.9% | 1.0% | 1.0% | 1.1% | 1.1% | 1.3% | 0.9% |
| 19 | HANNSG | | | | | | | | 0.9% |
| 20 | SHARP | 1.3% | 1.2% | 1.1% | 1.1% | 1.1% | 0.9% | 0.8% | 0.8% |
| 21 | I-O DATA | 0.6% | 0.5% | 0.7% | 0.8% | 0.6% | 0.6% | 0.5% | 0.7% |
| 22 | MITSUBISHI | | | | | 0.7% | 0.7% | 0.5% | 0.7% |
| 23 | AG NEOVO | 0.3% | 0.5% | 0.6% | 0.6% | 0.7% | 0.6% | 0.9% | 0.7% |
| 24 | EIZO NANAO | 1.1% | 0.9% | 0.7% | 0.7% | 0.4% | 0.5% | 0.6% | 0.6% |
| 25 | NEC PC | 1.2% | 1.1% | 0.7% | 0.7% | 0.5% | 0.5% | 0.4% | 0.4% |
| 26 | CTX | 0.7% | 0.5% | 0.4% | 0.9% | 0.4% | 0.3% | 0.3% | 0.3% |
| 27 | WESTINGHOUSE | | | | | | | | 0.3% |
| 28 | APPLE | 0.5% | 0.3% | 0.3% | 0.4% | 0.3% | 0.3% | 0.4% | 0.3% |
| 29 | PLANAR | 0.5% | 0.4% | 0.3% | 0.4% | 0.3% | 0.3% | 0.3% | 0.3% |
| 30 | SLIMAGE | | | | 0.3% | 0.3% | 0.3% | 0.2% | 0.2% |
| - | WW OTHERS | 21.3% | 20.5% | 16.6% | 17.7% | 12.2% | 15.3% | 12.3% | 11.6% |
| | TOTAL | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |

Copyright © 2006 DisplaySearch
All Worldwide Rights Reserved • Confidential

Q2'06 Quarterly Desktop Monitor Shipment and Forecast Report

95

# Top 3 Customers for Each of the Top 15 OEMs in Q1'06

- With AOC showing three of the world's top 10 LCD monitor brand companies as part of their OEM customer base, especially with Dell, the world's top seller of LCD monitors, then their dominance in the OEM production seems self evident.

- With Dell OEM production requests down again from Q4'05 to Q1'06, falling under 2M for the quarter, with 4 of the 5 top OEM producers relying most heavily on Dell, it stands to reason that total LCD production was down ~12% for the quarter.

| Rank | Top 15 OEMs | #1 | Share | #2 | Share | #3 | Share | Others |
|------|-------------|------|-------|-----------|-------|-----------|-------|--------|
| 1 | AOC | Dell | 23.2% | Philips | 20.3% | HP | 16.0% | 40.5% |
| 2 | Samsung | Samsung | 99.5% | Dell | 0.4% | | | 0.1% |
| 3 | BenQ | Dell | 47.3% | Benq | 31.0% | HP | 20.3% | 1.3% |
| 4 | Foxconn | Dell | 40.1% | HP | 18.0% | Acer | 17.9% | 24.0% |
| 5 | LiteOn | Dell | 57.0% | HP | 20.3% | Lenovo | 6.4% | 16.3% |
| 6 | LGE | LGE | 77.2% | Apple | 4.4% | HP | 2.5% | 15.9% |
| 7 | Techview | Viewsonic | 35.0% | Acer | 30.8% | Hannsg | 9.1% | 25.1% |
| 8 | Proview | Proview | 30.2% | Gateway | 13.2% | Lenovo | 11.9% | 44.8% |
| 9 | CMV | CMV | 40.2% | Acer | 36.3% | Viewsonic | 6.9% | 16.6% |
| 10 | Compal | Acer | 43.1% | Eizo Nanao | 19.3% | Hannsg | 11.8% | 25.8% |
| 11 | Jean | Maxdata | 35.1% | Viewsonic | 18.5% | Hannsg | 9.8% | 36.6% |
| 12 | NEC DS | NEC DS | 92.9% | NEC PC | 6.2% | | | 0.9% |
| 13 | Hyundai IT | Hyundai It | 93.0% | | | | | 7.0% |
| 14 | Amtran | IO Data | 36.0% | Apple | 30.2% | Sony | 14.1% | 19.6% |
| 15 | Tatung | HP | 32.5% | Gateway | 17.8% | | | 49.7% |

Q1'06 Quarterly Desktop Monitor Shipment and Forecast Report

270

Copyright: @ 2006 DisplaySearch
All Worldwide Rights Reserved • Confidential

# Top 3 OEMs for Each of the Top 15 Brands in Q1'06

- Dell shifted orders a bit in Q1'06 and while still favoring BenQ, relied more heavily on AOC/TPV and shifted orders away from LiteOn (its #2 vendor last quarter) to Foxconn.

- While completely reliant on its own factory last quarter, the WW #2 brand showed to have had some of its 19" product produced for them by Compal.

- HP, which was heavily reliant on AOC/TPV in Q4'05, evened out its production mix between AOC, BenQ and Foxconn

- Acer's reduced orders to their OEMs had the most impact on CMV which was their #2 vendor in Q1'06, but not in the top 3 in Q1'06.

| Rank | Top 15 Brands | #1 | Share | #2 | Share | #3 | Share |
|------|---------------|------|--------|----------|--------|---------|--------|
| 1 | Dell | BenQ | 29.3% | AOC | 25.1% | Foxconn | 22.5% |
| 2 | Samsung | Samsung | 99.6% | Compal | 0.4% | | |
| 3 | HP | AOC | 34.2% | BenQ | 24.8% | Foxconn | 19.9% |
| 4 | Acer | Foxconn | 26.6% | Techview | 25.3% | Compal | 16.6% |
| 5 | LGE | LGE | 100.0% | | | | |
| 6 | Philips | AOC | 100.0% | | | | |
| 7 | Viewsonic | Techview | 53.1% | Foxconn | 27.0% | Jean | 7.1% |
| 8 | Benq | BenQ | 100.0% | | | | |
| 9 | Lenovo | AOC | 55.1% | Proview | 18.4% | LiteOn | 13.3% |
| 10 | Fujitsu | Others | 44.3% | Techview | 18.1% | AOC | 18.0% |
| 11 | NEC DS | NEC DS | 56.6% | AOC | 40.6% | LiteOn | 2.9% |
| 12 | AOC | AOC | 100.0% | | | | |
| 13 | Proview | Proview | 100.0% | | | | |
| 14 | Sony | Others | 56.0% | AOC | 32.8% | Amtran | 9.5% |
| 15 | Gateway | Proview | 55.4% | AOC | 32.1% | Tatung | 10.9% |

Q2'06 Quarterly Desktop Monitor Shipment and Forecast Report

271

Copyright © 2006 DisplaySearch
All Worldwide Rights Reserved • Confidential

# Top 3 TFT LCD Suppliers to the Top 15 OEMs for Q1'06

- The top OEM producer, AOC/TPV, was still very reliant on Taiwanese LCD panel producers two of their top three panel suppliers being HannStar and CPT, although Samsung was their #3 supplier for the quarter especially in 17" panels.

- Samsung remained heavily reliant on production from their sister company with 80.8% of their panels coming from AMLCD but with almost 7% of their panels coming from BOE

- BenQ remained closely aligned with AUO, but also was quite reliant on LG.PL and even Samsung (mainly for Samsung 24" WUXGA panels for Dell).

| Rank | Top 15 OEMs | #1 | Share | #2 | Share | #3 | Share |
|------|-------------|-----|-------|-----|-------|-----|-------|
| 1 | AOC | HannStar | 17.6% | CPT | 16.0% | Samsung | 13.3% |
| 2 | Samsung | Samsung | 80.8% | AU Optronics | 7.2% | BOE | 6.6% |
| 3 | BenQ | AU Optronics | 58.4% | LG.Philips | 20.5% | Samsung | 13.8% |
| 4 | Foxconn | Innolux | 35.9% | LG.Philips | 19.1% | Samsung | 17.9% |
| 5 | LiteOn | AU Optronics | 44.1% | CPT | 16.2% | Samsung | 14.8% |
| 6 | LGE | LG.Philips | 77.4% | Chi Mei | 7.8% | AU Optronics | 5.5% |
| 7 | Techview | Chi Mei | 21.7% | HannStar | 15.3% | AU Optronics | 14.3% |
| 8 | Proview | Chi Mei | 29.6% | CPT | 23.1% | AU Optronics | 14.3% |
| 9 | CMV | Chi Mei | 100.0% | | | | |
| 10 | Compal | HannStar | 37.4% | Toppoly | 28.9% | AU Optronics | 13.4% |
| 11 | Jean | HannStar | 44.3% | CPT | 39.9% | LG.Philips | 12.7% |
| 12 | NEC DS | SVA NEC | 60.9% | Samsung | 15.8% | NEC | 8.7% |
| 13 | Hyundai IT | Samsung | 51.4% | BOE | 45.9% | LG.Philips | 2.8% |
| 14 | Amtran | CPT | 38.3% | AU Optronics | 22.0% | Sharp | 15.3% |
| 15 | Tatung | CPT | 71.0% | LG.Philips | 15.5% | Chi Mei | 13.1% |

DISPLAYSEARCH
AN NPD GROUP COMPANY

Q2'06 Quarterly Desktop Monitor Shipment and Forecast Report

278

Copyright @ 2006 DisplaySearch
All Worldwide Rights Reserved • Confidential

# EXHIBIT 31

# ViewSonic



More Info...                    More Info...

**Brilliant 37" LCD HDTV – ViewSonic N3760w.**



The N3760w LCD HDTV brings dazzling high-definition pictures to life. Advanced ClearPicture™ electronics, HDMI and fast 8ms video response produce brilliant HD video, DVD movies and more. SRS TruSurround XT® audio sound completes your entertainment experience. Bring stunning entertainment home w  View More

**Ultra-portable, feature-rich projector**



The 3.9-pound PJ358 features 2,000 lumens and 1024x768 XGA for crisp, detailed images in any lighting situation. The USB flash drive lets you display JPEG and M-JPEG images without a PC. The direct off feature makes it easy to unplug it and take the PJ358 to your next presentation or home for family movie night. It's the feature-rich, affordable projector. .

View More

See the differen



access
**PARTNER PROGRAM**
Specials. Sign up. Login.
Click Here

### Awards and Press Center

- **New ViewSonic Displays Are Versatile, Adjustable And Integrate Media Options For Work And Play**
- **ViewSonic Expands Most Complete Widescreen LCD Portfolio With New Offerings**
- **VIEWSONIC SUPER SIZES DIGITAL CONTENT WITH World's First Fully-Featured, High Definition, DLP® Projector**

Quick Links

Take Me To A Produ



**With Integrated Ipod Dock**

- **ViewSonic Showcases The Latest In Display Products And Previews Technologies For The Future At CES 2007**
  - **ViewSonic Continues Market Share Momentum With Five New Projectors**
- **ViewSonic Turns On Ttrue High Definition With 1080p TVs**

# ViewSonic 

| View Cart | My Orders | My Account | Sign In |

**ViewSonic Store**

Home    Products    Support    Solutions    Company Info    Awards    Partner Programs    Where to Buy

Store Home | Feature Items | LCD Displays | Display Accessories | Projectors and Accessories | CRT
Monitors

LCD TV and Accessories | Projectors and Accessories | CRT

**Browse**

ViewSonic Store
**Feature Items**
LCD Displays
Display Accessories
LCD TV and Accessories
Projectors and Accessories
CRT Monitors
Extended Warranties
Wireless Presentation Gateways
ViewSonic Outlet

View Cart
My Orders
My Account
Sign In

Store Info
Warranty

**ViewSonic Store**

Welcome
**Guest**
Login

View Shopping Cart
No items




**FEATURE ITEMS**

Feature Items

Display Accessories



Projectors and Accessories

Extended Warranties

LCD Displays



LCD TV and Accessories



CRT Monitors

Wireless Presentation Gateways

*We Accept:*

VeriSign Secured
VERIFY

ViewSonic Outlet

ViewSonic Store

| Home | Products | Support | Company Info | Awards | Partner View | Where to Buy | Contact Us | Site Map | Search | Help |

*the choice of professionals*

For questions or assistance, call us at **1-877-BIRDS4U**. Comments/Suggestions? Click here to share your thoughts!
To buy **piece parts** for ViewSonic Products, please Click here
Specifications and pricing subject to change without notice. See your ViewSonic representative for complete details.

Copyright © ViewSonic Corporation 2000-2006. All rights reserved.

## Online Merchants – USA

ViewSonic's Online Resellers target the consumer market and small to medium sized businesses. They offer our full line of products in a convenient click-and-order online process, and our products arrive at your door just days later. They also provide phone and online customer support.

### United States Resellers

**Amazon.com**

**Club Mac**
800-217-9153

**Computers 4 Sure**
800-585-4080

**Gigabuys.com by Dell**
800-449-3355

**Hard Drives Northwest**
1-888-220-8964

**J&R**
800-806-1115

**Outpost.com**
800-688-7678

**PC Mall**
**Mac Mall**
1-800-863-3282

**Provantage**
1-800-336-1166

**Softchoice**
1.800.268.7638

**Buy.com**
1-800-800-0800

**CDW Computer Centers**
888-239-7220

**CompUSA**
800-653-3831

**Gateway Accessories Store**
800-GATEWAY

**Insight**
800-467-4448

**Onecall.com**
1-866-862-9544

**PC Connection**
**Mac Connection**
**Gov Connection**
888-213-1237

**PCNation**
800-969-5255

**RCS Computer Experience**

**Technology Integration Group**
Toll Free:
1-800-858-0549

Case 1:06-cv-00726-JJF    Document 62-12    Filed 05/22/2007    Page 7 of 13



**TechOnWeb.com**
1-800-456-5000

**Xi Computer**

**Zones & Mac Zones**
1-800-408-9663

**Tiger Direct**
1-800-800-8300

**ZipZoomFly**

**Newegg**
1-800-390-1119

****Note: All models are not available at all locations. Call your local retailer/reseller/dealer for product availability. Not all retailers/resellers/dealers participate in every ViewSonic promotion. For a list of participating or authorized retailers in our mail-in rebate program, go to www.ViewSonic.com/rebates. ****

back to top

Case 1:06-cv-00726-JJF    Document 62-12    Filed 05/22/2007    Page 8 of 13

# ViewSonic

**Local Retailers**

Here are the closest resellers within 50 miles.



© 2007 Where 2 Get It, Inc.

| Zoom | Reseller | Address | Distance |
|------|----------|---------|----------|
| ❶ | Staples The Office Superstore | 3640 Concord Pike<br>Wilmington DE 19803<br>(302) 477-1161<br>**Directions** | 3.54 |
| ❷ | Circuit City Superstore | 4130 Concord Pike | 3.94 |

Case 1:06-cv-00726-JJF    Document 62-12    Filed 05/22/2007    Page 9 of 13

| | | | |
|---|---|---|---|
| | | WILMINGTON DE 19803-1402<br>302 475-4081<br>**Directions** | |
| ❸ | COMPUSA | 4211 CONCORD PIKE<br>WILMINGTON DE 19803<br>302/479-7994<br>**Directions** | 3.97 |
| ❹ | OFFICE DEPOT | 1200 ROCKY RUN PKWY<br>WILMINGTON DE 19803<br>302/478-2600<br>**Directions** | 4.34 |
| ❺ | Staples The Office Superstore | 3200 Kirkwood Hwy<br>Wilmington DE 19808<br>(302) 633-4330<br>**Directions** | 7.29 |
| ❻ | Total Networking Solutions LLC | 7 Clifton<br>Pennsville NJ 8070<br>856.851.0128<br>**Directions** | 7.97 |
| ❼ | Staples The Office Superstore | 128 Sunset Blvd<br>New Castle DE 19720<br>(302) 395-3910<br>**Directions** | 9.14 |
| ❽ | Bj's Wholesale Club | 124 Sunset Blvd<br>New Castle DE 19720<br>(302) 324-8080<br>**Directions** | 9.16 |

next

Powered by **where2getit**.Copyright © 2007. All Rights Reserved.



# ViewSonic

**Local Retailers**

Here are the closest resellers within 50 miles.



| Zoom | Reseller | Address | Distance |
|---|---|---|---|
| 9 | Office Max | 106 Geoffrey Dr<br>Newark DE 19713<br>(302) 369-6997<br>**Directions** | 10.19 |
| 10 | Costco | 900 CENTER BLVD | 10.58 |

ViewSonic: Where To Buy: Store

|  | | | |
|---|---|---|---|
| | | NEWARK, DE 19702<br>302-8940511<br>**Directions** | |
| **11** | Circuit City Superstore | 700 Center Blvd<br>NEWARK DF 19702-3299<br>302 738-7003<br>**Directions** | 10.62 |
| **12** | Staples The Office Superstore | 124 Morton Ave<br>Folsom PA 19033<br>(610) 532-7187<br>**Directions** | 11.67 |
| **13** | Bj's Wholesale Club | 1260 E Woodland Ave<br>Springfield PA 19064<br>(610) 543-0312<br>**Directions** | 12.92 |
| **14** | Staples The Office Superstore | 751 W Sproul Rd<br>Springfield PA 19064<br>(610) 328-9239<br>**Directions** | 13.60 |
| **15** | Office Max | 400 S State Rd<br>Springfield PA 19064<br>(610) 544-5777<br>**Directions** | 13.81 |
| **16** | Circuit City Superstore | 400 S State Rd<br>SPRINGFIELD PA 19064-1243<br>610 544-7598<br>**Directions** | 13.81 |

**previous next**

Powered by **where2getit.**Copyright © 2007. All Rights Reserved.

# ViewSonic

**ViewSonic LCD Displays**



**Xtreme Digital Clarity.** ViewSonic Liquid Crystal Displays offer exciting new technologies, including ultra-fast 4ms response times and ultra-high resolution widescreens. Their slim panels and award-winning performance provide brilliant images and crisp text for all your viewing needs. All ViewSonic LCD displays deliver exceptional price/performance combinations to enhance your desktop while staying on budget. Experience Xtreme image quality where style, ease of use, and elite technology unite.

## ■ LCD Displays **The perfect LCD display for any occasion**

**X Series:**



| 19" | VX1935wm • VX1945wm • VX922 |
| 20" | VX2025wm • VX2035wm |
| 22" | VX2235wm • VX2245wm • VX2255wmb |
| 24" | VX2435wm |

Designed for consumers and enterprise, these stylish displays combine beauty and high technology in one sleek package.

**Pro Series:**



| 19" | VP920b • VP930b |
| 20" | VP2030b |
| 21" | VP2130b |

For top professional users. Designed for the most discriminating users requiring the highest screen performance and advance ergonomic features. Learn how to set up multi-panel displays.
**See More**

**Graphic Series:**



| 17" | VG730m |
| 19" | VG930m • VG1930wm |
| 20" | VG2021m • VG2030m • VG2030wm |
| 22" | VG2230wm |

Corporate and advanced graphics/gaming users,

**Value Series:**



| 15" | VA503b |
| 17" | VA702b • VA703b • VA712b • VA721 • VA730m • VA1703wb • VA1721wmb |
| 19" | VA902b • VA903b • VA912b • VA930m • VA1903wb • VA1912wb • |

start enjoying sharp text and crystal-clear image with an excellent price/performance combination and integrated multimedia.

**VA1930wm**

The price/performance solution for mixed data, graphics and video content, these full-featured displays deliver affordable performance without compromise. For a current list of product rebates, visit **ViewSonic.com/rebates**.

### Optiquest Series:



**17"  Q171b · Q7b**

**19"  Q19wb · Q191wb · Q9b**

**20"  Q20wb**

**22"  Q22wb**

Designed for value, Optiquest® LCD displays offer solid performance for users on a budget.

back to top

*Specifications and pricing subject to change without notice. Selections, offers and programs vary by country;*
*see your ViewSonic representative for complete details. Prices in U.S. dollars.*

# EXHIBIT 32

SAMSUNG's Digital World

Page 1 of 1



Select Country / Region

**SAMSUNG**

PRODUCTS | SUPPORT | FEATURES | PRODUCT REGISTRATION | PRESS CENTER | CART | ABOUT SAMSUNG | COMMUNITY | SEARCH

A little hope can make a big difference

Revolution in Clean
SilverCare Laundry

32" LCD TV
sweepstakes

**DigitAll**
magazine
SPRING 2007

**Download Center**
Download Drivers, Manuals,
Software and Firmware

› Service Location
› FAQ / Support

› Investor Relations
› Business Partners
› Careers

**Affiliated Companies**
SAMSUNG is proud to be
affiliated with these great
companies and partners.
more ›

**What's New**

SAMSUNG Develops Mobile Phone Memory Card with Record Storag…

Largest Number of DDR3 Memory Components and Modules Validat…

SAMSUNG Electronics Announces World's First 65nm-technology …

SAMSUNG Combines Performance, Style and Culinary Cachet With…

more ›

**Global Links**



› North America
  South America
  Asia-Pacific
  Europe
  Middle East
  Africa

PRIVACY | LEGAL | SITEMAP | CONTACT US
1995 - 2007 SAMSUNG All Rights Reserved

5/18/2007

http://www.samsung.com/

# SAMSUNG

PRODUCTS | SUPPORT | FEATURES | PRESS CENTER | ABOUT SAMSUNG

Select Country / Region



living in the
world of tomorrow now

▶ PRODUCT REGISTRATION   ▶ CART   COMMUNITY   ▶ SEARCH

Home

## PRODUCTS

**USA Products**

TV, Video & Audio

Computers & Related
Products

Home Appliances

Mobile Phones

Semiconductor

Networks

Professional Products

### Archived Models

Information on
archived CE and
Home Appliance
Models

### Receive Updates

On Samsung
Products and Offers

## USA Products

### Mobile Phones
Never a Dull Moment



### HDTV
Experience
True Clarity

### Printer and Multifunction
DigitAll Impression.
Simple and Powerful.



### Refrigerators
Keep Your Food As
Fresh As Can Be

**Mobile Phones**
- Phones
- Mobile Accessories

**TV, Video & Audio**
- TV
- Camcorder
- Blu-ray
- DVD Player
- MP3 Player
- Home Theater
- Digital Set Top Box
- Home Audio

**Semiconductor**
- Memory
- System LSI
- TFT LCD Modules
- Other Supporting Contents
  (US only)

**North American
Business Telephone Systems**
- CTI Applications
- Digital Telephone Systems
- Keyphones and VoIP
  Keyphones
- Mobility Solutions

**Computers & Related Products**
- Printer and
  Multifunction
- Monitor
- Ultra Mobile PC
- Large Format Displays
- Fax
- Hard Disk Drive
- Optical Disc Drive
- Digital Video Security
- Notebook PCs
- Ultra Portable Projector

**Networks**
- Broadband DSL
- Wireless Systems

**Home Appliances**
- Refrigerators
- Laundry
- Microwave Oven
- Air Conditioner

**Professional Products**
- Large Format Displays
- Custom Installer
- Incentive Programs
- Hospitality

· Voicemail and Auto
  Attendant Systems

## Global Business Products

**Semiconductor**

**Memory**
· DDR3 SDRAM
· DDR/DDR2 SDRAM
· XDR/RDRAM
· Mobile SDRAM
· SDRAM
· Graphics Memory
· OneDRAM™
· Consumer DRAM
· Fusion Memory
· NAND Flash
· NOR Flash
· OneNAND™
· Flex-OneNAND™
· Flash Software
· Flash SSD
· MMC
· UtRAM(PSRAM)
· High Speed SRAM
· MCP

**TFT LCD Modules**
· Notebook PC
· Monitor
· LCD TV
· Mobile Display
· DID

**System LSI**
· Strategic Foundry
· Analog
· ASIC
· Display Driver IC
· Digital Media
· Imaging Solutions
· EEPROM
· Flash Card Controller
· Microcontollers
· Mobile SoC
· Smart Card Controller
· Telephone

**Compressors**
· Recipro Compressor
· Rotary Compressor

**Telecommunication System**
· Mobile WiMAX
· CDMA
· WCDMA
· IMS
· Broadband Network
· IPTV
· Enterprise Network
· Home Gateway
· IP Phone

**Commercial Set Top Box**
· Digital Video Recorder
· Digital Satellite Receiver
· Digital Terrestrial Receiver
· Digital Cable Receiver

**Fiberoptics**
· Optical Fibers
· Fiber Optic Cables
· Interconnection Products

**CCTV**
· Cameras
· SmartDome Systems
· Monitors
· Network Security
· Controllers
· VCRs
· DVRs

**Storage Products**
· Hard Disk Drive
· Optical Disc Drive

top ▴

## Affiliated Company Products

You can find products of affiliated companies in the pull down menu below.

**SAMSUNG SDI**
- ⊡ Digital Display
- ⊡ Mobile Display & Energy

**SAMSUNG SDS**
- ⊡ Business Software

**SAMSUNG Techwin**
- ⊡ Camera
- ⊡ Semiconductor System

**SAMSUNG Electro Mechanics**
- ⊡ Electronic Components

**SAMSUNG Corporation**
- ⊡ IT Consumables

**SAMSUNG Corning**
- ⊡ LCD / CRT
- ⊡ PDP
- ⊡ Semiconductor / LD&LED

**Cheil Industries Inc**
- ⊡ Engineering plastics
- ⊡ Electronic Chemical Material

* The information on this page meets my needs.

Agree ⊂ ⊂ ⊂ ⊂ ⊂ Disagree

| ✦ Submit |

SAMSUNG's Digital World - Product Landing

PRIVACY | LEGAL | SITEMAP | **CONTACT US**
1995-2007 SAMSUNG All Rights Reserved

SAMSUNG's Digital World - TFT-LCD Modules Wiseview



PRODUCTS    SUPPORT    FEATURES    PRESS CENTER    ABOUT SAMSUNG

Select Country / Region

# TFT LCD MODULES

HOME    BUSINESS INFO    PRODUCT    PROMOTION    TECHNOLOGY    SUPPORT    EMAIL TO US

we're wherever you look

Home > Products > TFT LCD Modules

**Notebook PC**

**Monitor**



**LCD TV**




**Mobile Display**



**DID**



## News

+ For more TFT-LCD News

[Jan 08, 2007]  Samsung Exhibits Wide Range of Next-generation LCD Displays at CES 2007
[Jan 05, 2007]  Samsung Develops First Truly Double-sided LCD
[Nov 23, 2006]  Samsung Develops World's Slimmest Mobile LCD Screen - One More Durable and Ea...
[Nov 06, 2006]  S-LCD Held a "Topping Out" Ceremony to Celebrate a Major Milestone of the Con...
[Oct 18, 2006]  Samsung Electronics Showcases Diverse TFT-LCD Technologies at FPD Internation...

**TFT LCD Regional Sites**




- China
- Europe
- Japan
- Korea
- Taiwan
- USA

**World's Distributor Info**



See our world wide distributor information for TFT LCD

more →

**e-Brochure**

You can see all of new products catalogue here on internet

more →



c·Dance  Collaboration Partner
Collaboration  for B2B Strategy


**Surplus Equip. Sales**





**Recruiting**



http://www.samsung.com/products/tftlcd/index.htm

5/18/2007

SAMSUNG's Digital World - TFT-LCD Modules Wiseview

PRIVACY | LEGAL | SITEMAP   **CONTACT US**
1995 - 2007 SAMSUNG All Rights Reserved

Page 1 of 2

5/18/2007




**SAMSUNG**

# SEMICONDUCTOR USA

HOME | PRODUCTS | CORPORATE INFO | WHERE TO BUY | NEWS | EVENTS | EMPLOYMENT

PRODUCTS   SUPPORT   FEATURES   PRESS CENTER   ABOUT SAMSUNG

SEARCH

Select Country / Region





## Samsung Technology

- Memory
- System LSI
- TFT - LCD Panels
- Optical Media Solutions
> Hard Disk Drives



**Memory**



**System LSI & Foundry**



**TFT LCD Modules**



**Hard Disk Drive**



**Optical Disc Drive**

### Vista Cube Quest

**Samsung DRAM Memory**

Samsung Memory, the component technology that makes Vista come alive.



### Applications

- Computing / Peripherals
- Wireless Handsets
- Communications/Networking
- Consumer Electronics
- Commercial / Industrial




**What's New**



### Samsung Storage Power Lunch

Press and analysts are invited to join Samsung in New York City on June 19th. Announcements include new Hybrid Hard Drives and Solid State Drives as well as optical and hard disk drives. Hosted by Samsung's storage business, this media event will feature hands-on product demos and presentations. Media Registration

### News

Samsung Develops Mobile Phone Memory Card with Record Storage Capacity (May 17, 2007)

On the Road and Need to Burn? Samsung Introduces New Portable Front Slot Loading DVD Burner (May 16, 2007)

Largest Number of DDR3 Memory Components and Modules Validated to Work with Intel's DDR3 Chipsets (May 14, 2007)

SAMSUNG's Digital World - Semiconductor

Page 2 of 2

**Events**


SID
May 20-25, 2007



**Tech Trends**


FREE!
Newsletter

**e-Brochures**


Downloads

**Eco Product**

ECO
Material Data
Declaration Letter

PRIVACY | LEGAL | SITEMAP | **CONTACT US**
1996 - 2007 SAMSUNG All Rights Reserved



SAMSUNG's Digital World - Semiconductor | Where to Buy



| | Memory | System LSI | LCD Panels | Storage |
|---|---|---|---|---|
| **California – Southern** | | | | |
| **Infinity Sales (Los Angeles - San Fernando Valley)** 21800 Burbank Blvd., Suite 140 Woodland Hills, California 91367 (818) 444-0650 | ● | | | ● |
| **Infinity Sales (Orange County)** 3002 Dow Ave. Suite 306 Tustin, CA 92780 Phone (714) 669-8520 Fax (714) 838-6408 www.infinitysales.com/linecard.html | ● | | | ● |
| **Platinum Associates** 30 Corporate Park, Suite 106 Irvine, CA 92606 (949) 266-2900 www.platinumassoc.com | | ● | | |
| **Bestronics - San Diego & Imperial Co.** 16456 Bernardo Center Drive, Suite 368 San Diego, CA 92128 (858) 693-1111 www.bestronics.com | ● | | ● | ● |
| **Colorado** | | | | |
| **Front Range Marketing** 2601 31st St Boulder, CO 80301 (303) 443-4780 | ● | ● | ● | ● |
| **Connecticut** | | | | |
| **New Tech Solutions** 199 Castlewood Drive Kensington, CT 06037 (860) 656-7079 | ● | ● | ● | ● |
| **Delaware** | | | | |
| **Neptune Electronics** 11 Oval Drive #169 Islandia, NY 11749 (631) 234-2525 | ● | ● | ● | ● |
| **Florida** | | | | |
| **Dyne-A-Mark** 500 Winderley Place, Suite 222 Maitland, FL 32751 (407) 660-1661 www.dyneamark.com | ● | ● | ● | ● |
| **Georgia** | | | | |
| Rep One Associates, Inc. | | | | |

SAMSUNG's Digital World - Semiconductor | Where to Buy



3000 Langford Rd. Bldg. 300
Norcross, GA 30071
(770) 209-9242
www.repone.com

**Hawaii**

Infinity Sales (Los Angeles - San Fernando Valley)
21600 Burbank Blvd. Suite 140
Woodland Hills, CA 91367
Phone (818) 880-6480
www.infinitysales.com/linecard.html

Samsung Semiconductor, Inc.
(408) 544-4000

**Idaho**

**Front Range Marketing**
2601 31st St
Boulder, CO 80301
(303) 443-4780

**Illinois**

**Customer 1st**
2950 Metro Drive #101
Bloomington, MN 55425
(952) 851-7909
solutions@customer1st.com

**Beta Technology**
1009 Hawthorne Dr.
Itasca, IL 60143
(630) 250-9586

**Rathsburg**
340 W. Butterfield Rd. Ste. 3B
Elmhurst, IL 60126
(630) 516-8400

**Indiana**

**Bear VAI Technology**
6910 Treeline Drive, Unit H
Brecksville, OH 44141
(440) 526-1991
www.bearvai.com

**Rathsburg**
718 Adams Street Ste. D
Carmel, IN 46032
(317) 818-7055

**Iowa**

**Customer 1st**
1221 Park Place III NE , #H

| | Memory | System LSI | LCD Panels | Storage |
|---|---|---|---|---|
| Infinity Sales | ● | ● | ● | ● |
| Samsung Semiconductor, Inc. | | ● | | |
| Front Range Marketing | ● | ● | ● | ● top |
| Customer 1st | ● | | ● | ● |
| Beta Technology | ● | | ● | ● |
| Rathsburg | | ● | | |
| Bear VAI Technology | ● | | ● | ● |
| Rathsburg | | ● | | |



| | Memory | System LSI | LCD Panels | Storage |
|---|---|---|---|---|
| Cedar Rapids, IA 52402<br>(319) 393-1351<br>solutions@customer1st.com | ● | | ● | ● |
| **Rathsburg**<br>1904 Greentree Ct. NW<br>Cedar Rapids, IA 52405<br>(319) 364-5582 | | | | |
| **Kansas** | | | | |
| **Customer 1st**<br>2111 E. Crossroads Lane, Suite 202 #H<br>Olathe, KS 66062<br>(913) 390-9119<br>solutions@customer1st.com | ● | ● | ● | ● |
| **Rathsburg**<br>601 N. Mur-Len Rd. Ste. 2B<br>Olathe, KS 66062<br>(248) 615-4000 | | | | |
| **Kentucky** | | | | |
| **Bear VAI Technology**<br>11451 Overlook Dr<br>Fishers, IN 46038<br>(317) 570-0707<br>www.bearvai.com | ● | | ● | |
| **Rathsburg**<br>718 Adams Street Ste. D<br>Carmel, IN 46032<br>(317) 818-7055 | | ● | | |
| **Louisiana** | | | | |
| **ElectroSpec Sales**<br>101 W. Renner Road, Suite 400<br>Richardson, TX 75082<br>(972) 690-3774 | ● | ● | | |
| **Maine** | | | | |
| **New Tech Solutions**<br>1 Van de Graaff Drive 4th Floor<br>Burlington, MA 01803<br>(781) 229-8888 | ● | ● | ● | ● |
| **Maryland** | | | | |
| **Neptune Electronics**<br>21012 West Liberty Road<br>White Hall, MD 21161<br>(631) 234-2525 | ● | ● | ● | ● |
| **Massachusetts** | | | | |

5/18/2007



| | Memory | System LSI | LCD Panels | Storage |
|---|---|---|---|---|
| **New Tech Solutions**<br>1 Van de Graaff Drive 4th Floor<br>Burlington, MA 01803<br>(781) 229-8868 | | ● | ● | ● top ↑ |
| **Michigan** | | | | |
| **Bear VAI Technology – Western Michigan**<br>811 Ship Street, Suite 2012<br>St. Joseph, MI 49085<br>(440) 526-1991<br>www.bearvai.com | ● | | ● | |
| **Bear VAI Technology– Eastern Michigan**<br>17426 Willow Ridge<br>Northfield, MI 48168<br>(317) 570-0707<br>www.bearvai.com | ● | | ● | |
| **Rathsburg**<br>41100 Bridge St.<br>Novi, MI 48375<br>(248) 615-4000 | | ● | | |
| **Minnesota** | | | | |
| **Customer 1st #101**<br>2950 Metro Drive #101<br>Bloomington, MN 55425<br>(952) 851-7909<br>solutions@customer1st.com | ● | ● | ● | ● |
| **Rathsburg**<br>7601 E. Bush Lake Rd. Ste. 280<br>Bloomington, MN 55439<br>(952) 893-1400 | | ● | | |
| **Mississippi** | | | | |
| **Rep One Associates, Inc.**<br>7535 South Memorial Parkway<br>Huntsville, AL 35802<br>(256) 539-7371<br>www.repone.com | ● | ● | ● | ● |
| **Missouri** | | | | |
| **Customer 1st**<br>2950 Metro Drive #101<br>Bloomington, MN 55425<br>(952) 851-7909<br>solutions@customer1st.com | ● | ● | ● | ● |
| **Rathsburg**<br>41100 Bridge St.<br>Novi, MI 48375<br>(248) 615-4000 | | ● | | |

SAMSUNG's Digital World - Semiconductor | Where to Buy



| | Memory | System LSI | LCD Panels | Storage |
|---|---|---|---|---|
| **Montana** | | | | |
| Front Range Marketing<br>2601 31st St.<br>Boulder, CO 80301<br>(303) 443-4780 | ● | | | ● |
| **Nebraska** | | | | |
| Customer 1st<br>2111 E. Crossroads Lane, Suite 202 #H<br>Olathe, KS 66062<br>(913) 390-9119 | ● | | ● | ● |
| Rathsburg<br>601 N. Mur-Len Rd. Ste. 2B<br>Olathe, KS 66062<br>(248) 615-4000 | | ● | | |
| **Nevada – Southern** | | | | |
| Summit Sales<br>7802 E. Gray Rd., Suite #600<br>Scottsdale, AZ 85260<br>(480) 998-4850<br>www.summitsales.com | ● | ● | ● | ● |
| **Nevada – Northern** | | | | |
| I-Squared<br>224 Airport Parkway, Suite 150<br>San Jose, CA 95110<br>(408) 988-3400 | ● | ● | ● | ● |
| **New Hampshire** | | | | |
| New Tech Solutions<br>1 Van de Graaff Drive 4th Floor<br>Burlington, MA 01803<br>(781) 229-8888 | ● | ● | ● | ● |
| **New Jersey** | | | | |
| Neptune Electronics<br>11 Oval Drive #169<br>Islandia, NY 11749<br>(631) 234-2525 | ● | ● | ● | ● |
| **New Mexico** | | | | |
| Summit Sales<br>7802 E. Gray Rd., Suite #600<br>Scottsdale, AZ 85260<br>(480) 998-4850 | ● | | ● | ● |
| **New York City** | | | | |
| Neptune Electronics | | | | |

top

SAMSUNG's Digital World - Semiconductor | Where to Buy

| | Memory | System LSI | LCD Panels | Storage |
|---|---|---|---|---|
| 11 Oval Drive #169<br>Islandia, NY 11749<br>(631) 234-2525 | ● | ● | ● | ● |
| **New York - Western** | | | | |
| **New Tech Solutions**<br>1 Van de Graff Drive 4th Floor<br>Burlington, MA 01803<br>(781) 229-8888 | ● | ● | ● | ● |
| **North Carolina** | | | | |
| **Rep One Associates, Inc.**<br>5540 Centerview Dr. Suite 200<br>Raleigh, NC 27606<br>(919) 424-3804<br>www.repone.com | ● | | ● | ● |
| **North Dakota** | | | | |
| **Customer 1st**<br>2950 Metro Drive #101<br>Bloomington, MN 55425<br>(952) 851-7909<br>solutions@customer1st.com | ● | ● | ● | ● |
| **Rathsburg**<br>7801 E. Bush Lake Rd. Ste. 280<br>Bloomington, MN 55439<br>(952) 893-1400 | | ● | | |
| **Ohio** | | | | |
| **Bear VAI Technology**<br>6910 Treeline Drive, Unit H<br>Brecksville, OH 44141<br>(440) 526-1991<br>www.bearvai.com | ● | ● | ● | ● |
| **Rathsburg**<br>80 Eagle Valley Court<br>Broadview Heights, OH 44147<br>(440) 838-8100 | | ● | | |
| **Rathsburg**<br>7957 Washington Woods Drive<br>Dayton, OH 45459<br>(937) 291-4001 | | ● | | |
| **Oklahoma** | | | | |
| **ElectroSpec Sales**<br>101 W. Renner Road, Suite 400<br>Richardson, TX 75082<br>(972) 690-3774<br>www.electrospecsales.com | ● | ● | ● | ● |

top ▲

5/18/2007

SAMSUNG's Digital World - Semiconductor | Where to Buy

Page 8 of 12

5/18/2007



| | Memory | System LSI | LCD Panels | Storage |
|---|---|---|---|---|
| | | Foundry and ASIConly | | |
| **Oregon** | | | | |
| Advanced Technical Marketing, Inc.<br>4900 SW Griffith Dr. #155<br>Beaverton, OR 97005<br>(503) 643-8307<br>sales@atmisales.com | ● | | | |
| OMNIIIIIII<br>4677 Ort Ironsides Drive, Suite 250<br>Santa Clara, CA 95054<br>(408) 654-9501<br>vanaken@omnifoundry.com | | ● | | |
| Samsung Semiconductor, Inc.<br>(408) 544-4000 | ● | ● | ● | ● |
| **Pennsylvania - Eastern** | | | | |
| Neptune Electronics<br>11 Oval Drive #169<br>Islandia, NY 11749<br>(631) 234-2525 | ● | ● | ● | ● |
| **Pennsylvania - Western** | | | | |
| Bear VAI Technology<br>1975 Menold Dr.<br>Allison Park, PA 15101<br>(440) 526-1991<br>www.bearvai.com | ● | ● | ● | |
| Rathsburg<br>202 Markleton School Rd.<br>Markleton, PA 15551<br>(814) 926-9452 | | | | |
| Rathsburg<br>183 Bear Creek Drive<br>Prospect, PA 16052<br>(724) 865-9511 | | ● | | |
| **Rhode Island** | | | | |
| New Tech Solutions<br>1 Van de Graaff Drive 4th Floor<br>Burlington, MA 01803<br>(781) 229-8888 | ● | ● | ● | ● |
| **South Carolina** | | | | |
| Rep One Associates, Inc.<br>1805 Sardis Rd. North, Suite 134<br>Charlotte, NC 28270<br>(704) 846-5744<br>www.repone.com | ● | ● | ● | ● |

| | Memory | System LSI | LCD Panels | Storage |
|---|---|---|---|---|
| **South Dakota** | | | | |
| **Customer 1st**<br>2950 Metro Drive #101<br>Bloomington, MN 55425<br>(952) 851-7909<br>solutions@customer1st.com | • | | • | • |
| **Rathsburg**<br>7801 E. Bush Lake Rd. Ste. 280<br>Bloomington, MN 55439<br>(952) 893-1400 | | • | • | • |
| **Tennessee** | | | | |
| **Central Time Zone**<br>**Rep One Associates, Inc.**<br>7535 South Memorial Parkway<br>Huntsville, AL 35802<br>(256) 539-7371<br>www.repone.com | • | • | • | • |
| **Eastern Time Zone**<br>**Rep One Associates, Inc.**<br>3000 Langford Rd. Bldg. 300<br>Norcross, GA 30071<br>(770) 209-9242<br>www.repone.com | • | • | • | • |
| **Texas** | | | | |
| **ElectroSpec Sales**<br>101 W. Renner Road, Suite 400<br>Richardson, TX 75082<br>(972) 690-3774<br>www.electrospecsales.com | • | • | • | • |
| **ElectroSpec Sales Inc. (ESSi)**<br>13915 Burnet Road, Suite 304<br>Austin, TX 78728<br>(972) 690-3774<br>www.electrospecsales.com | • | • | • | • |
| **ElectroSpec Sales Inc. (ESSi)**<br>19715 Castlegap Court<br>Spring, TX 77379<br>(832) 717-3774<br>www.electrospecsales.com | • | • | • | • |
| **Texas – El Paso** | | | | |
| **Summit Sales**<br>7802 E. Gray Rd., Suite #600<br>Scottsdale, AZ 85260<br>(480) 998-4850<br>www.summitsales.com | • | • | • | • |
| **Utah** | | | | |

top •

| | Memory | System LSI | LCD Panels | Storage |
|---|---|---|---|---|
| Front Range Marketing<br>201 E. 5900 S., Suite 103<br>Murray, UT 84107<br>(801) 288-2500 | | | | ● |
| **Vermont** | | | | |
| New Tech Solutions<br>1 Van de Graaff Drive 4th Floor<br>Burlington, MA 01803<br>(781) 229-8888 | ● | ● | ● | ● |
| **Virginia** | | | | |
| Neptune Electronics<br>2245 Cortland Street<br>Waynesboro, VA 22980-2005<br>(631) 234-2525 | ● | ● | ● | ● |
| **Washington** | | | | |
| Advanced Technical Marketing, Inc.<br>8573 154th Ave. NE<br>Redmond, WA 98052<br>(425) 869-7636<br>sales@atmisales.com | ● | ● | ● | ● |
| OMIiiiiiiii<br>4677 Old Ironsides Drive, Suite 250<br>Santa Clara, CA 95054<br>(408) 654-9501 | | ● (Foundry and ASIC Only) | | |
| Samsung Semiconductor, Inc.<br>(408)544-4000 | | | | |
| **Washington D.C.** | | | | |
| Neptune Electronics<br>11 Oval Drive #169<br>Islandia, NY 11749<br>(631) 234-2525 | ● | ● | ● | ● |
| **West Virginia** | | | | |
| Neptune Electronics<br>11 Oval Drive #169<br>Islandia, NY 11749<br>(631) 234-2525 | ● | ● | ● | ● |
| **Wisconsin - Western** | | | | top ^ |
| Customer 1st<br>2950 Metro Drive #101<br>Bloomington, MN 55425<br>(952) 851-7909<br>solutions@customer1st.com | ● | | ● | ● |



SAMSUNG's Digital World - Semiconductor | Where to Buy

| | Memory | System LSI | LCD Panels | Storage |
|---|---|---|---|---|
| **Rathsburg**<br>2991 Arapaho Drive<br>Fitchburg, WI 53719<br>(608) 270-9050 | | ● | | |
| **Wisconsin - Eastern** | | | | |
| **Beta Technology**<br>20700 Watertown Rd #210<br>Waukesha, WI 53186<br>(262)798-7977 | ● | | ● | ● |
| **Rathsburg**<br>W204 S10387 North Shore Drive<br>Muskego, WI 53150<br>(262) 679-8250 | | ● | | |
| **Wyoming** | | | | |
| **Front Range Marketing**<br>2601 31st St<br>Boulder, CO 80301<br>(303) 443-4780 | ● | ● | ● | ● |
| **Canada - British Columbia** | | | | |
| **Advanced Technical Marketing, Inc.**<br>8573 154th Ave. NE<br>Redmond, WA 98052<br>(425) 869-7636<br>sales@atmisales.com | ● | ● | ● | ● |
| **Canada - Ontario** | | | | |
| **InTELaTECH, Inc.**<br>5225 Orbitor Drive, #2<br>Mississauga, Ontario<br>Canada L-4W 4Y8<br>(905) 629-0082<br>www.intelatech.com | ● | ● | ● | |
| **InTELaTECH, Inc.**<br>1755 St. Regis Blvd, Suite #220<br>Dollard-des Ormeaux, Quebec<br>Canada, H9B 2M9<br>(514) 421-5833<br>www.intelatech.com | ● | ● | ● | |
| **Canada - Quebec** | | | | |
| **InTELaTECH, Inc.**<br>1755 St. Regis Blvd, Suite #220<br>Dollard-des Ormeaux, Quebec.<br>Canada, H9B 2M9<br>(514) 421-5833<br>www.intelatech.com | ● | ● | ● | top ⊼ |
| **Canada - Alberta** | | | | |



InTELaTECH, Inc.
14939 Mt. McKenzie Dr. S. E.
Calgary, Alberta
Canada T2Z 2M6
(403) 277-7526
www.intelatech.com

### South America - Brazil

Digit-Tech Sales, Inc.
Av. Brigadeiro Faria Lima, 3729 5° andar – Itaim
BibiCEP
04538-905 – São Paulo – SP – Brasil
Tel: (+5511) 3443-6250 / 3443-6249 / 3443-6246
www.digit-tech.com
E-mail: sales@digit-tech.com

### Puerto Rico

Digit-Tech Sales, Inc.
14A Calle Carro
San German, P.R. 00683 – USA
PO Box 1945 (787) 892-4260
www.digit-tech.com
E-mail: sales@digit-tech.com

| | Memory | System LSI | LCD Panels | Storage |
|---|---|---|---|---|
| | ● | ● | ● | |
| | ● | ● | ● | |
| | | | | top ▴ |
| | ● | ● | ● | |

PRIVACY ¦ LEGAL ¦ SITEMAP ¦ CONTACT US
1995 - 2007 SAMSUNG All Rights Reserved



Select Country / Region

# SEMICONDUCTOR USA

• SEARCH [          ] GO

**HOME** | **PRODUCTS** | **CORPORATE INFO** | **WHERE TO BUY** | **NEWS** | **EVENTS** | **EMPLOYMENT**

## Sales

Semiconductor > Where to buy

Part Number Search [          ] - [          ] [Init C] | Tip | **Parametric Search >>**

## Where to Buy - Distributors

- ▸ **All American**
- ▸ **Arrow Electronics, Inc.**
- ▸ **JACO Electronics, Inc.**
- ▸ **EMPOWER Labs (EEPROM products only)**

### All American

**All American**
20875 Crossroads Circle Suite 950
Waukesha, WI 53186
TEL: 262-798-5007
FAX: 262-798-7055

**HUNTSVILLE**
4590 Corporate Dr. #115D
Huntsville, AL 35805
TEL: 256-837-1555
FAX: 256-837-7733

**PHOENIX**
4636 E University Dr. #155
Phoenix, AZ 85034
TEL: 480-966-0006
FAX: 480-966-0007

**TUSTIN**
14192 Chambers Rd.
Tustin, CA 92780
TEL: 714-573-5000
FAX: 714-573-5050

**CALABASAS**
26010 Mureau Rd. #120
Calabasas, CA 91302
TEL: 818-878-0555
FAX: 818-878-0533

**CYPRESS**
10805 Holder St. #100
Cypress, CA 90630
TEL: 714-229-8600
FAX: 714-229-8603

**SAN DIEGO**
6390 Greenwich Dr. #170
San Diego, CA 92122
TEL: 858-658-0200
FAX: 858-658-0201

**FREMONT**
48376 Milmont Drive
Fremont, CA 94538
TEL: 510-623-3660
FAX: 510-623-3666

**WHEATRIDGE**
4090 Youngfield St.
Wheatridge, CO 80033
TEL: 303-422-2304
FAX: 303-422-2529

**SAN JOSE**
230 Devcon Dr.
San Jose, CA 95112
TEL: 408-441-1300
FAX: 408-437-8970

**WESTMINSTER**
7577 West 103rd Ave. Ste. #204
Westminster, CO 80021
TEL: 303-222-0100
FAX: 303-222-0110

**NORCROSS**
6875 Jimmy Carter Blvd. #3100
Norcross, GA 30071
TEL: 770-441-7500
FAX: 770-441-3660

**MIAMI**
16115 NW 52nd Ave
Miami, FL 33014
TEL: 305-621-8282
FAX: 305-620-7831

**SCHAUMBURG**
1930 N. Thoreau Dr. Ste. #200
Schaumburg, IL 60173
TEL: 847-303-1995
FAX: 847-303-1996

**ALTAMONTE SPRINGS**
528 S. North Lake Blvd. Ste. #1040
Altamonte Springs, FL 32701
TEL: 407-261-1304
FAX: 407-261-1330

**COLUMBIA**
8310 Guilford Rd. Ste. A
Columbia, MD 21046
TEL: 410-309-6262
FAX: 410-309-6273

**MARLTON**
8 E Stow Rd. #100
Marlton, NJ 08053
TEL: 856-596-6666
FAX: 856-797-1700

**RALEIGH**
1121 Situs Court, Ste. #370
Raleigh, NC 27606
TEL: 919-851-6566
FAX: 919-851-8734

**WARRENVILLE HEIGHTS**
26650 Renaissance Pkwy Unit E5
Warrenville Heights, OH 44128
TEL: 216-514-0625
FAX: 216-514-0822

**MIAMI**
Headquater
16115 NW 52nd Ave.
Miami, FL 33014
TEL: 305-621-8282

**AUSTIN**
13706 Research Blvd Ste. #103
Austin, TX 78750
TEL: 512-335-2280
FAX: 512-335-2282

**CLEARWATER**
14450 46th St. #116
Clearwater, FL 33762
TEL: 727-532-9800
FAX: 727-538-5567

**DEERFIELD BEACH**
600 Fairway Dr. Ste. #101
Deerfield Beach, FL 33441
TEL: 954-429-2800
FAX: 954-429-0391

**BEDFORD**
19C Crosby Dr.
Bedford, MA 01730
TEL: 781-275-8888
FAX: 781-275-1982

**OVERLAND PARK**
7201 West 129th St. Ste. #150
Overland Park, KS 66213
TEL: 913-651-5900
FAX: 913-851-5905

**LIVONIA**
39201 Schoolcraft Rd. #B20
Livonia, MI 48150
TEL: 734-464-2202
FAX: 734-464-2433

**EDEN PRAIRIE**
6608 Flying Cloud Dr. Ste. #100
Eden Prairie, MN 55344
TEL: 612-944-2151
FAX: 612-944-9803

**HAUPPAUGE**
275B Marcus Blvd.
Hauppauge, NY 11788
TEL: 631-434-9000
FAX: 631-434-9394

**ROCHESTER**
333 Metro Park
Rochester, NY 14623
TEL: 716-292-6700
FAX: 716-292-6755

**BEAVERTON**
1815 NW 169th Pl. Ste. #1040
Beaverton, OR 97006
TEL: 503-531-3333
FAX: 503-531-3695

**RICHARDSON**
1711 International Pkwy, #101
Richardson, TX 75081
TEL: 972-231-5300
FAX: 972-437-0353

**MIDVALE**
6955 Union Park Center #101
Midvale, UT 84047
TEL: 801-565-8300
FAX: 801-565-9983

**MISSISSAUGA - CANADA**
6260 Dixie Rd North, Units 4, 5, & 6
Mississauga, ON L5T2E7
Canada
TEL: 905-670-5946
FAX: 905-670-5947

**BOTHELL**
11807 Nothcreek Pkwy So+B51 #112
Bothell, WA 98011
TEL: 425-806-4800
FAX: 425-806-9900

top ▴

## Arrow Electronics, Inc.

**Arrow-Zeus Corporate**
2900 Westchester, Ste. #401
Purchase, NY 19577-2508
TEL: 914-701-7400
FAX: 914-251-1583

**SAN JOSE**
6276 San Ignacio Ave. Ste. E
San Jose, CA 95119-1363
TEL: 408-629-4789
FAX: 408-629-4792

**IRVINE**
6 Cromwell Street Ste. #100
Irvine, CA 92618-1816
TEL: 949-581-4622
FAX: 949-454-4355

**WILMINGTON**
35 Upton Drive
Wilmington, MA 01887
TEL: 978-658-4776
FAX: 978-694-2199

**PURCHASE**
2900 Westchester, Ste. #401
Purchase, NY 19577-2508
TEL: 914-701-7400
FAX: 914-701-4282

**DAYTON**
2900 Westchester Drive, Suite 401
Dayton, OH 45458
TEL: 937-428-7317

**LAKE MARY**
37 Skyline Drive Bldg. D, Ste. 3101-3
Lake Mary, FL 32746
TEL: 407-333-3055
FAX: 407-333-9681

**ITASCA**
1164 Springlake Drive
Itasca, IL 60143
TEL: 630-595-9730
FAX: 630-595-9896

**COLUMBIA**
9800J Patuxent Woods Dr.
Columbia, MD 21046
TEL: 410-309-1541
FAX: 410-309-1560

**CARROLLTON**
3220 Commander Drive
Carrollton, Tx 75006
TEL: 972-380-4330
FAX: 972-447-2222

**MONTREAL - CANADA**
9800 Cavendish Boulevard
Montreal, Quebec,
Canada H4M 2V9
TEL: 514-421-7411

**Arrow Semiconductor Corporate**

**MELVILE**
25 Hub Drive
Melville, NY 11747
TEL: 516-391-1300
FAX: 516-391-4280

**MISSISSAUGA - CANADA**
171 Superior Boulevard
Mississauga, Ontario
CANADA, L5T 2L6
TEL: 905-565-4405
FAX: 905-565-4410

**CALABASAS**
Malibu Canyon Business Park
26677 W Agoura Rd.
Calabasas. CA 91302
TEL: 818-878-4345
FAX: 818-878-4352

**MILPITAS**
1680 McCandless Dr.
Milpitas, CA 92123
TEL: 408-441-4000
FAX: 408-441-4067

**ENGLEWOOD**
7459 S Lima Street
Englewood, CO 80112
TEL: 303-708-5299
FAX: 303-708-5280

**DEERFIELD BEACH**
400 Fairway Drive Ste. 101-104A
Deerfield Beach, FL 33441
TEL: 954-429-8200
FAX: 954-428-3991

**WILMINGTON**
35 Upton Drive
Wilmington, MA 01887-1018
TEL: 978-694-6650
FAX: 978-694-6652

**EDEN PRAIRIE**
7697 Anagram Dr.
Eden Prairie, MN 55344
TEL: 612-828-5300
FAX: 612-828-5420

**HAUPPAUGE**
220 Rabro Drive East
Hauppauge, NY 11788
TEL: 631-493-2200
FAX: 631-493-2240

**MELVILLE**
25 Hub Drive
Melville, NY 11747
TEL: 631-391-1300
FAX: 631-391-4280

**HORSHAM**
700 Business Center Dr.
Horsham, PA 19044
TEL: 215-956-4850
FAX: 215-956-4854

**BELLEVUE**
3310 146th Place SE Bldg. B-Ste A
Bellevue, WA 98007
TEL: 425-649-6238
FAX: 425-649-6249

**IRVINE**
6 Cromwell Street Ste. #100
Irvine, CA 92618
TEL: 949-454-4290
FAX: 949-454-4289

**SAN DIEGO**
9511 Ridgehaven Ct.
San Diego, CA 92123
TEL: 619-565-4800
FAX: 619-614-0054

**WALLINGFORD**
860 N Main St. Extension
Wallingford, CT 06492
TEL: 203-265-7741
FAX: 203-265-7988

**ITASCA**
1166 Springlake Dr.
Itasca, IL 60143
TEL: 630-285-6090
FAX: 630-285-6096

**COLUMBIA**
9800J Patuxent Woods Dr.
Columbia, MD 21046
TEL: 410-309-0899
FAX: 410-309-0898

**PINE BROOK**
Unit 1112
26 Chapin Road
Pine Brook, NJ 07058
TEL: 973-227-7960
FAX: 973-227-9246

**ROCHESTER**
3375 Brighton-Henrietta Townline Rd.
Rochester, NY 14623
TEL: 716-427-0300
FAX: 716-427-0735

**BEAVERTON**
9500 SW Nimbus Ave. Bldg E
Beaverton, OR 97008
TEL: 503-629-8090
FAX: 503-645-0611

**CARROLLTON**
3220 Commander Dr.
Carrollton, TX 75006
TEL: 972-250-5300
FAX: 972-930-1374

**BROOKFIELD**
200 N Patrick Blvd.
Brookfield, WI 53045
TEL: 414-792-0150
FAX: 414-792-0156

**Arrow-Bell Corporate**

**HUNTSVILLE**
4930 G Corporate Dr.
Huntsville, AL 35805
TEL: 256-864-3300
FAX: 256-864-3349

**MISSISSAUGA**
171 Superior Boulevard
Mississauga, Ontario
CANADA, L5T 2L6
TEL: 905-670-4291
FAX: 905-670-7781

**TEMPE**
1406 W 14th St. Ste 101
Tempe, AZ 85281
TEL: 602-966-6600
FAX: 602-966-4826

**CALABASAS**
Malibu Canyon Business Park
26677 W Agoura Rd.
Calabasas, CA 91302
TEL: 818-880-9686
FAX: 818-880-4687

**CHATSWORTH**
9131 Oakdale Avenue
Chatsworth, CA 91311
TEL: 818-775-1486

**IRVINE**
6 Cromwell St. Ste #100
Irvine, CA 92618
TEL: 949-587-0404
FAX: 949-454-4206

**MILPITAS**
1680 McCandless Dr. Bldg. 3
Milpitas, CA 95035
TEL: 408-453-1200
FAX: 408-441-4504

**ROCKLIN**
580 Menlo Dr. Ste #8
Rocklin, CA 95765
TEL: 916-624-9744
FAX: 916-624-9750

**SAN DIEGO**
9511 Ridgehaven Ct.
San Diego, CA 92123
TEL: 619-565-4800
FAX: 619-565-2959

**ENGLEWOOD**
7459 S Lima St.
Englewood, CO 80112
TEL: 303-645-8999
FAX: 303-645-8996

**WALLINGFORD**
860 N Main St. Extension
Wallingford, CT 06492
TEL: 203-265-7741
FAX: 203-265-7988

**ALTAMONTE SPRINGS**
650 S Northlake Blvd, Ste #400
Altamonte Springs, FL 32701
TEL: 407-261-2100
FAX: 407-339-0139

**DEERFIELD BEACH**
400 Fairway Drive Ste. #101-104A
Deerfield Beach, FL 33441
TEL: 954-429-8200
FAX: 954-428-3991

**DULUTH**
4250 River Green Pkwy, Ste. E
Duluth, GA 30096
TEL: 770-497-1300
FAX: 770-476-1493

**ITASCA**
1166 Springlake Dr.
Itasca, IL 60143
TEL: 630-250-0500
FAX: 630-250-0916

**INDIANAPOLIS**
5604 Fortune Circle S., Suite B
Indianapolis, IN 46241
TEL: 317 913-1100

**INDIANAPOLIS**
6982 Hillsdale Ct.
Indianapolis, IN 46250
TEL: 317-913-1100
FAX: 317-570-1344

**LENEXA**
9801 Legler Road
Lenexa, KS 66219
TEL: 913-541-9542
FAX: 913-752-2612

**WILMINGTON**
35 Upton Drive
Wilmington, MA 01887
TEL: 978-658-0900
FAX: 978-694-1724

**PLYMOUTH**
44720 Helm St.
Plymouth, MI 48170
TEL: 734-455-0850
FAX: 734-455-6656

**ST. LOUIS**
2380 Schuetz Road
St. Louis, MO 63146
TEL: 314-567-6888
FAX: 314-567-1164

**PINE BROOK**
26 Chapin Road. Unit 1112
Pine Brook, NJ 07058
TEL: 915-227-7960
FAX: 915-227-9246

**MELVILLE**
25 Hub Drive
Melville, NY 11747
TEL: 631-391-4256
FAX: 631-391-4280

**ENGLEWOOD**
373 Inverness Drive South
Englewood, CO 80112
TEL: 303-790-4500
FAX: 303-790-4532

**TULSA**
12111 E 51st St. Ste. #101
Tulsa, OK 74146
TEL: 918-252-7537
FAX: 918-254-0917

**HORSHAM**
700 Business Center Dr.
Horsham, PA 19044
TEL: 215-956-4800
FAX: 215-675-9875

**AUSTIN**
9233 Waterford Centre Blvd.
Austin, TX 75006
TEL: 512-835-4180
FAX: 512-231-5401

**HOUSTON**
Westgate Center, Bldg. B, Ste 190
19416 Park Row
Houston, TX 77084
TEL: 281-647-6868
FAX: 281-492-8722

**COLUMBIA**
9800J Patuxent Woods Dr.
Columbia, MD 21046
TEL: 410-309-0686
FAX: 410-309-0699

**EDEN PRAIRIE**
7697 Anagram Dr.
Eden Prairie, MN 55344
TEL: 612-828-5350
FAX: 612-828-5399

**RALEIGH**
3514 Bush Street
Raleigh, NC 27609
TEL: 919-876-3132
FAX: 919-878-9517

**HAUPPAUGE**
220 Rabro Drive East
Hauppauge, NY 11788
TEL: 631-851-2300
FAX: 631-851-2360

**ROCHESTER**
3375 Brighton-Henrietta Townline Rd.
Rochester, NY 14623
TEL: 716-427-0300
FAX: 716-427-0735

**SOLON**
6573E Cochran Road
Solon, OH 44139
TEL: 440-248-3990
FAX: 440-248-1106

**BEAVERTON**
9500 SW Nimbus Ave. Bldg E
Beaverton, OR 97008
TEL: 503-629-8090
FAX: 503-645-0611

**PITTSBURGH**
3245 Old Frankstown Rd.
Pittsburgh, PA 15239
TEL: 724-327-1130
FAX: 724-327-4181

**CARROLLTON**
3220 Commander Dr.
Carrollton, TX 77084
TEL: 972-380-6464
FAX: 972-248-7208

**SALT LAKE CITY**
2440 S 1070 W, Ste. A
Salt Lake City, UT 84119
TEL: 801-973-8555
FAX: 801-973-8909

**BELLEVUE**
3310 146th Place SE Bldg. B - Ste A
Bellevue, WA 98007
TEL: 425-643-9992
FAX: 425-643-9709

**BROOKFIELD**
200 N Patrick Blvd.
Brookfield, WI 53045
TEL: 414-792-0150
FAX: 414-792-0156

**DAYTON**
8149 Washington Church Dr.
Dayton, OH 45458
TEL: 937-428-7300
FAX: 937-428-7359

**CALGARY - CANADA**
#10 5920 11 Street, SE
Calgary, Alberta
Canada T2H 2M4
TEL: 403-259-6817
FAX: 403-259-8699

**DORVAL - CANADA**
1255 Trans-Canada Highway, Suite 100
Dorval, Quebec
Canada H9P 2V4
TEL: 514-421-7411
FAX: 514-421-7430

**EDMONTON - CANADA**
10630 172 Street
Edmonton, Alberta
Canada T5S 1H8
TEL: 403-483-6266
FAX: 403-484-8926

**KANATA - CANADA**
88 Hines Road
Kanata, Ontario
Canada K2K 2T8
TEL: 613-271-8200
FAX: 613-271-8203

**QUEBEC CITY - CANADA**
500 Avenue St. Jean Baptiste
Quebec City, Quebec
Canada G2E 5R9
TEL: 418-871-7500

**WINNIPEG - CANADA**
1515 King Edward Street
Winnipeg, Manitoba
Canada R3H 0R7
TEL: 204-632-1260
FAX: 204-633-6716

**BURNABY - CANADA**
8555 Commerce Court
Burnaby, British Columbia
Canada V5A 4N4
TEL: 604-421-2333
FAX: 604-421-5030

top ▴

---

## JACO Electronics, Inc.

**TEMPE**
521 S. 48th Street Ste. #104
Tempe, AZ 85281
TEL: 480-967-1114
TEL: 888-522-6520
FAX: 480-967-1144

**SAN DIEGO**
7940 Silverton Ave. Ste. #214
San Diego, CA 92126
TEL: 858-689-1082
FAX: 858-689-0190

**WESTLAKE VILLAGE**
2282 Townsgate Rd.
Westlake Village, CA 91361
TEL: 805-495-9998
FAX: 805-494-3864

**YORBA LINDA**
22815 Savi Ranch Parkway Ste. E
Yorba Linda, CA 92887
TEL: 714-283-8185
FAX: 714-283-8191

**SAN JOSE**
4010 Moorpark Ave. Ste. #201
San Jose, CA 95117
TEL: 408-261-6700
TEL: 800-696-0948
FAX: 408-261-6717

**DEERFIELD BEACH**
1191 E. Newport Center Dr.
Deerfield Beach, FL 33442
TEL: 954-425-0304
TEL: 800-776-5256
FAX: 954-425-8077

**SCHAUMBURG**
2030 Algonquin Road Suite #260
Schaumburg, IL 60115
TEL: 847-884-6620
TEL: 800-675-6993
FAX: 847-884-7515

**COLUMBIA**
10260 Old Columbia Rd.
Columbia, MD 21046
TEL: 410-995-6620
TEL: 800-394-5226
FAX: 410-995-6032

**RALEIGH**
5204 Greens Dairy Rd.
Raleigh, NC 27616
TEL: 919-876-7767
TEL: 800-768-2868
FAX: 919-876-6964

**BEAVERTON**
4900 SW Griffith Dr. Ste. #250
Beaverton, OR 97005
TEL: 503-626-1439
TEL: 800-245-5226
FAX: 509-626-0979

**RICHARDSON**
809 N Glenville Dr.
Richardson, TX 75081
TEL: 972-234-5565
FAX: 972-238-7068

**TEWKSBURY**
1053 East St.
Tewksbury, MA 01876
TEL: 978-640-0010
TEL: 800-225-0818
FAX: 978-640-0755

**MENDOTA HEIGHTS**
2401 Pilot Knob Rd. Suite #80
Mendota Heights, MN 5580
TEL: 651-452-7464
TEL: 800-844-5226
FAX: 651-452-7502

**HAUPPAUGE**
Corporate Office
145 Oser Ave.
Hauppauge, NY 11788
TEL: 631-215-5500
TEL: 800-989-5226
FAX: 631-215-5799

**AUSTIN**
280 A-Braker Lane
Austin, TX 78758
TEL: 512-835-0220
FAX: 512-339-9252

**WOODINVILLE**
17220 127th Place NE Ste. #300
Woodinville, WA 98072
TEL: 425-481-4837
TEL: 800-245-5226
FAX: 425-481-1664

top ▲

---

## EMPOWER Labs (EEPROM products only)

* EEPROM Products Only

**EMPOWER Lsbs**
2674 North First ST. Suite #200 San Jose, CA
95134
TEL: 408-321-7620
FAX: 408-321-7622

1995 - 2007 SAMSUNG. All Rights Reserved

Select Country / Region

# PRODUCTS

✔ PRODUCT REGISTRATION  🛒 CART  👥 COMMUNITY  🔍 SEARCH  [_____] **GO**

## Computers & Related Products

**Printer and Multifunction**

› Monitor

LCD - Digital

LCD - Analog

**Ultra Mobile PC**

**Fax**

**Large Format Display - PDP**

**Digital Video Security**

**Notebook PCs**

**Ultra Portable Projector**

Explore the Interactive Guide to Monitor



Calculate
**Cost of Ownership**



**Monitor application Software**
Magic Tune,
Magic Rotation &
Natural Color Expert



**Receive Updates**
On Samsung
Products and Offers

Certification

Section 508

TV,Monitor Disposal
Instructions

Home > USA Products > Computers & Related Products > Monitor



SAMSUNG MONITOR
a distinctive
view

Select Model  [Monitor Select Model]   **GO**

## Products

### News



SAMSUNG Introduces 20" LED BLU Monitor That Features Up To 114 Percent Of NTSC Color Gamut

SAMSUNG Introduces New Ultra-Wide, 30" LCD Monitor

SAMSUNG SyncMaster 931C Named Offical Monitor Of The 2006 World Cyber Games, The World's Largest Cyber Gaming Event, Featuring One Million Players And Competition From Six Continents

SAMSUNG Introduces Two High Performance Monitors. The SyncMaster 731BF And 931BF

### Awards



SAMSUNG Electronics America Wins InfoComm International and Rental & Staging Systems Magazine Product Award

The SyncMaster 711T wins PC News Weekly's prized "Editor's Choice" Award

SAMSUNG's SyncMaster 711T captures the 2005 Computer Shopper **SHOPPERS' CHOICE AWARD**

SAMSUNG'S SyncMaster 193P and 910T Receive CNET's "Editors' Top Monitors" Award

### Reviews



SAMSUNG SyncMaster 244T - Start Clearing Room on Your Desk

The SyncMaster 214T Garners Positive Reviews FromTechWeb

SAMSUNG'S SyncMaster 930MP Receives High-Praise From Network World

The SAMSUNG HL-R6768W Is Featured On Newsday.com



**LCD - Digital**
These displays deliver the highest quality images possible with dual analog and digital source input.



**LCD - Analog**
No matter what you require from your monitor, these TFT flat panel monitors will deliver to your satisfaction.

▸ **The information on this page meets my needs.**

**Agree** ○ ○ ○ ○ ○ **Disagree**            ◂Submit

PRIVACY | LEGAL | SITEMAP | **CONTACT US**
1995 - 2007 SAMSUNG. All Rights Reserved

# EXHIBIT 33



United States [change] | Terms of use

| Home | Products | Services & industry solutions | Support & downloads | My IBM |

Search



# All hands on deck

Align IT onboard with your business strategy, you can better navigate the marketplace.

→ Find out how

**Learn about**
- Business consulting
- Solutions by industry
- Medium business solutions
- IT services
- Software
- Systems, servers and storage
- Other hardware
- Financing

**Shop for**
- Special offers
- IT services
- Software
- Systems, servers and storage
- Workstations
- Printers
- Upgrades, accessories and parts
- IBM Certified Used Equipment
- Lenovo ThinkPads & ThinkCentres*

**Get support**
- Downloads and drivers
- Troubleshooting
- Product publications
- Training
- Open a service request
- Warranties and maintenance

**My IBM / My account**
- Shopping cart
- Orders and delivery
- Invoices and payments
- Contracts
- Inventory
- My interests

**Resources for Industries**

Small business
Medium business
Executives
Government
K-12 & higher education
Developers
IBM Business Partners
Accessibility

**About IBM**
News and newsletters
RSS feeds
Press room
Investor relations
Jobs at IBM
IBM Research
IBM and Lenovo*



→ **Privacy matters**
An interview with IBM's Chief Privacy Officer



→ **Dare to compare us**
Take a closer look and receive a gift

→ Latest on SOA
IMPACT 2007
Register today!

| About IBM | Privacy | Contact |



United States [change]    Terms of use

Home | Products | Services & industry solutions | Support & downloads | My IBM    Call 1-888-SHOP-IBM

# Ready to buy?

Ready to buy?

**Shopping help**
- Warranty info
- View cart
- Open saved carts
- Estimate shipping
- Estimate leasing
- Order status
- Returns policy
- Shopping guarantee
- Shopping help

**Related links**
- Medium business
- Small business
- Government
- Education



Use any of these tools to find what you need and check out fast.

**Responding to an ad?**
→ NavCode™
Enter the code from an advertised offer:

[          ] **Go**

**Safe Shopping**
→ Shopping guarantee
Your purchases on ibm. com are protected.

**Direct access**

### Want a great deal?
→ Promotions and featured products
→ IBM Certified Used Equipment
→ Clearance Corner

### Want a quote on IBM?
Receive a customized quote within 2 business days on IBM products and services.

→ Request a quote on demand

**Select from the following popular products and services**

[ Select a product and go ]    **Go**

Don't see your product here? Find it in *Products*.

About IBM    Privacy    Contact

Lenovo Products - - United States

# lenovo ™

United States

Home | Products | Support & downloads | About Lenovo | My account

🔍 Search

🛒 Cart

Call 1-866-96-THINK

Lenovo

## Products

**Notebooks**
- ThinkPad notebooks
- 3000 Family notebooks

**Desktops**
- ThinkCentre desktops
- 3000 Family desktops

**Accessories & upgrades**
- Audio & video
- Batteries & power adapters
- Cables & adapters
- Carrying cases
- Docks & port replicators
- Keyboards & mice
- Memory
- Monitors
- Printers
- Projectors
- Security
- Software
- Storage
- Video cards & monitor accessories
- Wireless & networking

**Services**
- ThinkVantage
- Lenovo Care

**Thin Clients & PC Blades**
- Neoware thin clients
- ClearCube PC blades





## Save up to 25%

on select ThinkPad notebooks during our Memorial Day Sale for a limited time.

⊙ Offer details

▸ Accessories & upgrades

▸ Notebooks



▸ Desktops



▸ Software



▸ Services



**Lenovo recommends Windows Vista™ Home Premium.**

## More ways to shop

**Lenovo Outlet**
Last chance to get award-winning technology for a great value.

**Buy today, ship today**
Order select PCs before 3 PM ET Monday-Friday, and we'll ship to you that same day.

**Vendor stores**
Shop products by Lenovo vendors

**Free e-mail updates**
Sign up to get the latest sale offers from Lenovo

**Shopping help**
- Warranty info
- Shopping guarantee
- Order status

Lenovo Products - United States

Take a quick survey    Print this page

**Related links**: Battery recall  |  Innovations  |  Accessibility

Terms of use  |  Privacy  |  Contact

Lenovo - ThinkVision L171 17.0in TFT LCD

**lenovo.** ™

United States

Call 1-866-96-THINK

Home | Products | Support & downloads | About Lenovo | My account | 🛒 Cart | Search

Products > Accessories & upgrades > Monitors > Flat Panel Essential >

# ThinkVision L171 17.0in TFT LCD



Lenovo recommends Windows Vista™ Business for business computing.

Lenovo recommends Windows Vista™ Home Premium for personal computing.

Web Price    $229.99*

Availability: **Ships within 3-4 weeks**

⬤ **Add to cart**

The Lenovo L171 monitor has an ultra slim bezel design that saves space and provides a near seamless view in a multiple-monitor configuration. The design attributes enhance usability and make the monitor intuitive, easy to use, and complements the design of Lenovo 3000 systems. The Lenovo L171 is best suited for general business applications such as word processing, spreadsheets, data entry, and business graphics.

**Features and Benefits:**

- 17-inch (430-mm) viewable image size
- Native resolution of 1280 x 1024
- Ultra slim bezel saves space
- Tilt stand for viewing comfort adjustments
- Direct access for automatic image setup and brightness for quick and easy monitor setup
- Attachment points for optional USB Soundbar (40Y7616)
- Analog attachment
- Internal power
- Kensington lock slot
- Meets 100 mm Video Electronics Standards Association (VESA) standard for mounting
- Detachable stand for wall or arm (sold separately) mounting
- Available in Business Black

VESA is a registered trademark of the Video Electronics Standards Association.

**General**

Model name         9227AC1
Description         ThinkVision L171 17.0in TFT LCD

Lenovo - ThinkVision L171 17.0in TFT LCD

**Product categories**

Audio and video (7)
Power & power protection (81)
Cables & adapters (17)
Carrying cases (27)
Docks & port replicators (13)
Keyboards & mice (26)
Memory (19)
Monitors (6)
Flat Panel Essential (4)
Flat Panel Performance (2)
Printers (43)
Projectors (19)
Security (13)
Services (49)
Software (15)
Storage (59)
Video cards & monitor
accessories (26)
Wireless & networking (27)

| | |
|---|---|
| Web Price | $229.99* |
| **Other info** | |
| Case color | Business black |
| Inputs | Analog |
| Limited Warranty[*] | Three Year |
| Tilt/swivel | Tilt only |
| Viewable display size | 17.0 |
| **Limited warranty[*]** | |
| Limited warranty period | Three Year |
| **Weight & dimensions** | |
| Depth | 6.4 in |
| Height | 15.2 in |
| Weight[2] | 10.8 lbs |
| Width | 14.6 in |
| **Packaging** | |
| Depth Box 1 Metric | 175 mm |
| Depth Box 1 US | 6.9 in |
| Height Box 1 Metric | 380 mm |
| Height Box 1 US | 15.0 in |
| Weight Box 1 Metric | 6 Kg |
| Weight Box 1 US | 13.2 LBS |
| Width Box 1 Metric | 438 mm |
| Width Box 1 US | 17.2 in |
| **Technical Information** | |
| Remote Control | |
| Supported Software Applications | Windows 2000 Windows XP Windows Vista Basic |
| **Display** | |
| Brightness | 300 cd/m2 |
| CRT Size in Inches | 17.0 |
| Case Color | Business black |
| Contrast Ratio | 500:1 |
| IBM Preset Modes | 16 |
| Maximum Pixel Frequency | 140 MHz |
| Maximum Resolution | 1280 x 1024 |
| Maximum Vertical Refresh Rate | 75 Hz |
| Minimum Horizontal Refresh Rate | 30 KHz |
| Monitor Type | Flat Panel LCD Essential |

Lenovo - ThinkVision L171 17.0in TFT LCD

| | |
|---|---|
| Preset Modes Text | 640 X 350 at 70 Hz 640 x 480 60, 72, 75Hz 720 x 400 at 70 Hz 800 x 600 at 60, 72, 75 1024 x 768 at 60, 70, 75Hz 1280 x 1024 at 60, 70, 75, 76Hz |
| Slowest Vertical Refresh Rate | 55 Hz |
| User Programmable Modes | 20 |
| Video Inputs | Analog |
| Viewable Image Size (Diagonal) Mm | 430.0 |
| Viewable image size (diagonal) inches | 17.0 |

**Environmental Information**

| | |
|---|---|
| Maximum Operating Humidity | 80 % |
| Maximum Operating Temperature | 35 C |
| Minimum Operating Humidity | 10 % |
| Minimum Operating Temperature | 10 C |

**Architecture**

| | |
|---|---|
| Depth Metric | 162 mm |
| Depth US | 6.4 in |
| Height Metric | 387 mm |
| Height US | 15.2 in |
| Weight Metric[2] | 4.9 Kg |
| Weight US[2] | 10.8 lbs |
| Width Metric | 371 mm |
| Width US | 14.6 in |

**Add to cart**

⊕ Take a quick survey    ✉ Email this page    🖨 Print this page

**Related links:** Shopping help | Warranty | Locate a reseller

**\*Pricing:** Does not include tax, shipping & handling or any recycling fees and is subject to change without notice. Reseller prices may vary. **Availability:** All offers subject to availability. Lenovo reserves the right to alter product offerings and specifications at any time, without notice. Lenovo is not responsible for photographic or typographic errors. **Warranty:** For a copy of applicable product warranties, write to: Warranty Information, P.O. Box 12195, RTP, NC, 27709, Attn: Dept 2PYA/B676. Lenovo makes no representation or warranty regarding third party products or services.

\*\*An estimated ship date will be posted on our order status site after your order is placed. Availability does not determine when your order will ship since inventory status may change before your order is final (following the receipt of any credit or payment authorization) as other orders are processed. Orders are normally held until all the products on the order are in inventory. To obtain the latest information about the availability of a specific part number, please call 1-866-96-THINK.

**\*\*\*Buy today, ship today program details:**

- The "Buy today, ship today" program applies to select Lenovo products only; it does not apply to non-listed systems, accessories, options or other products.
- Orders subject to product availability. Delivery date and costs will vary depending on delivery method chosen.
- Lenovo reserves the right to modify or withdraw this offer at any time without notice.
- Shipments may be delayed due to business closings or delays based upon weather or other circumstances beyond our control.

http://shop.lenovo.com/SEUILibrary/controller/catalog/workflow:item.detail?GroupID=38&Code=9227ACI&current-category-id=45P958351?BC47D7I91C5F0444?CFFZCD (3 of 4)5/18/2007 14:06:38

Lenovo - ThinkVision L171 17.0in TFT LCD

- Orders under the program must be properly completed by 3:00 PM Eastern Time. Orders completed after 3:00 PM or on weekends, ship the next business day. An order is considered properly completed when Lenovo has approved the customer's method of payment, including any necessary credit authorizations.
- Orders under the program must be placed by phone at 1-866-96-THINK or via the Web at www.lenovo.com/us/en/.

**Last chance/ Limited supply details:** These models cannot be reordered once they sell out. If we take your order on a product which sells out and the product can not be reordered, (1) Lenovo has the right to refuse or cancel any orders placed for the product, even if Lenovo has confirmed the order and charged your credit card; and (2) if Lenovo has charged your credit card but subsequently cancelled your order, Lenovo will promptly issue a credit to your credit card account.

The IBM Financing Advantage program is for commercial clients with **more than 25 employees** for acquisitions up to $300,000. Actual rates are based on a clients credit rating, financing terms, offering type, equipment type and options. Other restrictions may apply. Rates and offerings are subject to change, extension or withdrawal without notice. IBM Global Financing offerings are provided through IBM Credit LLC in the United States, IBM Canada Ltd. in Canada, and other IBM subsidiaries and division worldwide to qualified commercial and government customers. Lease options for businesses with **less than 25 employees** are offered and administered in the United States and Canada by third party providers and are not affiliated with IBM Credit LLC or IBM Canada Ltd offerings or programs. Minimum transaction size is $5,000 for businesses with fewer than 25 employees. All terms and conditions are provided by the third party providers and are not part of IBM Canada Ltd. offerings or programs.
IBM Financing Advantage

Terms of use  |  Privacy  |  Contact

HP United States - Computers. Laptops. Servers. Printers & more

**Select:** United States-English

**Search:**





more:
Home & Home Office
Products & Solutions

## HP & Shrek the Third™ photo contest

>> Enter to win great prizes and explore Shrek projects too!

>> Free HP & Shrek the Third™ Activity CD with select products

» Home & Home Office

» Small & Medium Business

» Large Enterprise Business

» Government, Health & Education

» Graphic Arts

Learn more, read the story, watch the videos, view the new HP TV spot and enter the photo contest...

See how HP Labs is ready to play in the gaming market

**HP & Windows Vista™**

Using this site means you accept its terms  |  Replacement programs & recalls  |  Contact HP

Privacy statement  |

© 2007 Hewlett-Packard Development Company, L. P.

http://www.hewlettpackard.com/5/18/2007 14:07:22