# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

LG.PHILIPS LCD CO., LTD.,

                Plaintiff,

      v.

CHI MEI OPTOELECTRONICS
CORPORATION, et al.

                Defendants.

Civil Action No.  06-726 (JJF)

**EXHIBITS 34-40 TO DECLARATION OF LORA A. BRZEZYNSKI, ESQ. IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND FOR INSUFFICIENCY OF SERVICE OF PROCESS**

THE BAYARD FIRM

Richard D. Kirk
Ashley B. Stitzer
222 Delaware Avenue, 9th Floor
P.O. Box 25130
Wilmington, DE 19899-5130
(302) 655-5000
rkirk@bayardfirm.com

Attorneys for Plaintiff LG.Philips LCD Co., Ltd.

OF COUNSEL:
Gaspare J. Bono
Song K. Jung
R. Tyler Goodwyn, IV
Lora A. Brzezynski
McKenna Long & Aldridge LLP
1900 K Street, N.W.
Washington, D.C.  20006
(202) 496-7500

May 22, 2007

# EXHIBIT 34

United States-English

| » HP Home | » Products & Services | » Support & Drivers | » Solutions | » How to Buy |

» Contact HP        Search: [_____] »



# Online Shopping

Buy HP and Compaq products direct from HP from the comfort of your computer.

» **Online Shopping**

Other ways to buy
  » Find retailers
  » Find resellers

### Buy direct from HP

**Home & Home Office**

» hpshopping.com
**888-999-4747**
HP & Compaq products

» HP Parts store
» HP Logo merchandise

**Small & Medium Business**

» Small & Medium Business store
**800-888-9909**
8:00am - 8:00pm ET

» HP Parts store
» HP Software store
» HP Business outlet - Refurbished & closeouts
» HP Logo merchandise

### Buy direct from HP

**Large Enterprise Business**

» HP.com Business to Business
**800-203-6748**
8:00am - 6:00pm ET

» HP Refurbished products
» HP Financial Services
» HP Parts store
» HP Software store

**Government, Health & Education**

» Public Sector, Health, & Education
**800-727-2472**

» Federal government
» State & Local government
» K-12 education
» Higher education
» Health

📄 **Printable version**

Privacy statement      Using this site means you accept its terms      Feedback to webmaster

© 2007 Hewlett-Packard Development Company, L.P.

HP Home & Home Office Store - Learn, Use & Create with HP Products

# Home & Home Office

United States—English    Search for:    in    Home & Home Office

» Order status    » My account
» Customer Service    » Sign-in

■ **My Cart**
0 items in My Cart

Buy online or call
1 (888) 999-4747

## Home & Home Office

- » Shop
- » Learn, use & create
- » Support & drivers



## HP & *Shrek the Third* ™

Explore ogre-the-top craft projects and enter to win amazing prizes!

» Begin your fairy tale.

Shrek is a registered trademark of DreamWorks Animation L.L.C. *Shrek the Third* TM & © 2007 DreamWorks Animation L.L.C.

» **Digital Photography Center**

Everything you need to take, print, share and create brilliant photos.

- » Print better photos

» **Everyday computing**

Get everything you need to know to select your next PC, desktop or notebook and keep it

### Just for you

**Exclusive savings on ink and toner**

» Join My Print Reward$

### HP e-newsletters sign up

- » Sign up for latest offers & deals
- » Sign up for product tips & project ideas

### Did you know?

**From your desktop to your doorstep**
» Print supplies ordering made easy

### Free online classes

Free online instructor-led classes, enroll anytime!

- » Digital photography
- » Home office
- » PC security

http://www.shopping.hp.com/webapp/shopping/home.do?display/Tab=learn/About&an/id=2082&jumpid=re_R602_prod/exp/hp.com/split/hhss/plearn (1 of 3)5/18/2007 14:09:35

HP Home & Home Office Store - Learn, Use & Create with HP Products

- » Take better running in top shape.
- photos

- » Desktop PC buying basics
- » Select a notebook PC

## » Everyday printing



Find buying guides, printing tips and tools to get the most out of your printer.

- » Printer buying guide
- » Compare ink refills with original HP ink

## » Digital Entertainment



Learn about the latest HP TV's and how to manage your music, video and other digital content from your living room.

- » Quick guide to HDTV types
- » HP's Digital Entertainment Center

- » Digital entertainment
- » Personal interest & hobbies
- **» View all classes**

## » Activity Center— Free print projects



Fuel your creative side with hundreds of free creative projects you can make using your HP printer

## » Snapfish— Order prints online

Upload and share digital photos with friends, get digital prints, create photo gifts and more.

- » Free online sharing
- » Personalized

HP Home & Home Office Store - Learn, Use & Create with HP Products

and supplies.    photo gifts

- » Make a
  greeting
  card
- » Create
  a custom
  photo
  album

More ways to shop ▲ | Shopping help ▲ | Offers & Rebates ▲ | E-newsletter & Catalog sign up ▲

Privacy statement | Using this site means you accept its terms | Terms and conditions of sale and service | Affiliate program | Site Map

© 2007 Hewlett-Packard Development Company, L.P.

http://www.shopping.hp.com/webapp/shopping/home.do?displayTab=learnAbout&aoid=2082&jumpid=re_R602_prodexp/hpcom/s/phi/hbos/pleam (3 of 3)5/18/2007 14:09:35

United States-English

| » HP Home | » Products & Services | » Support & Drivers | » Solutions | » How to Buy |
| --- | --- | --- | --- | --- |

» Contact HP          Search: [＿＿＿＿＿＿＿＿＿] »



# HP Retailers

Find authorized HP retailers near you.

» **HP Retailers**

**HP Retailers**

» Find HP retailers

  

**Printable version**

---

Privacy statement      Using this site means you accept its terms      Feedback to webmaster

© 2003 Hewlett-Packard Development Company, L.P.

United States-English



| » HP Home | » Products & Services | » Support & Drivers | » Solutions | » How to Buy |

» Contact HP

Search:

(•) Home & home office  ( ) All of HP US

# Search results

» **Home & Home Office**

**Find a local HP authorized retail store**
» Browse products
» HP Home & Home Office Store
**Find a store near you:**
» New search
» Revise search
    Show all results
» Locator help
» Locator support
» Offers & promotions

» Get support & troubleshooting
» Download drivers
» Register products

» Tips & Tricks straight to your inbox
» Learn about HP products
» Creative ideas & projects
» Digital Photography center
» Digital Entertainment center

## Search criteria

**Address entered:** Wilmington, DE
**Address searched:** Wilmington, DE
**Search radius:** 50 miles
**Total results:** 35 partner(s)

Displaying page 1 of 4

Sorted by distance

### Search results

CompUSA
Concord Sq Shopping Ctr
4211 Concord Pike
Wilmington, DE 19803-1403

» Best Buy
2201 Farrand Dr
Wilmington, DE 19808-5763

» Best Buy
4807 Concord Pike
Wilmington, DE 19803-1410

Wal-Mart
1000 E Pulaski Way
Elkton, MD 21921-6435

» Best Buy
642 Baltimore Pike

» Sort by partner name

»Partner map
**Distance:** 4.55 mi.
**Phone:** (302) 479-7994

»Partner map
**Distance:** 5.04 mi.
**Phone:** (302) 999-0495

»Partner map
**Distance:** 5.39 mi.
**Phone:** (302) 477-0305

»Partner map
**Distance:** 16.20 mi.
**Phone:** (410) 398-1070

»Partner map
**Distance:** 17.06 mi.

Find a Retail Store - Search Results - USA

Springfield, PA 19064-3030

**Phone:** (610) 604-7474

Wal-Mart
270 Indian Run St
Exton, PA 19341

»Partner map
**Distance:** 19.39 mi.
**Phone:** (610) 875-9053

Circuit City
128 Woodcutter St
Exton, PA 19341

»Partner map
**Distance:** 19.40 mi.
**Phone:** (610) 594-3594

» Best Buy
2300 S Christopher Columbus Blvd
Philadelphia, PA 19148-2897

»Partner map
**Distance:** 24.30 mi.
**Phone:** (888) 237-8289

Wal-Mart
Hwy 30/hwy 41
Parkesburg, PA 19365

»Partner map
**Distance:** 24.38 mi.
**Phone:** (610) 857-0500

» Best Buy
310 Goddard Blvd
King Of Prussia, PA 19406-2900

»Partner map
**Distance:** 25.23 mi.
**Phone:** (610) 265-7718

**Printable version**

Privacy statement

Using this site means you accept its terms
© 2007 Hewlett-Packard Development Company, L.P.

http://hp.via.infonow.net/usconsumer/jsp/Result.jsp

5/18/2007

Find a Retail Store - Search Results - USA

United States-English

| » HP Home | » Products & Services | » Support & Drivers | » Solutions | » How to Buy |

» Contact HP

Search:

◉ Home & home office  ○ All of HP US

**[hp invent]**

## » Home & Home Office

**Find a local HP authorized retail store**
» Browse products
» HP Home & Home Office Store

**Find a store near you:**
» New search
» Revise search
   Show all results
» Locator help
» Locator support
» Offers & promotions

» Get support & troubleshooting
» Download drivers
» Register products

» Tips & Tricks straight to your inbox
» Learn about HP products
» Creative ideas & projects
» Digital Photography center
» Digital Entertainment center

# Search results

## Search criteria

**Address entered:** Wilmington, DE
**Address searched:** Wilmington, DE
**Search radius:** 50 miles
**Total results:** 35 partner(s)

Displaying page 2 of 4

Sorted by distance

## Search results

» Best Buy
1851 Deptford Center Rd
Deptford, NJ 08096-5625

CompUSA
176 W Dekalb Pike
King Of Prussia, PA 19406-2327

Circuit City
102 Alan Wood Rd
Conshohocken, PA 19428-1135

» Best Buy
2010 Chemical Rd
Plymouth Meeting, PA 19462

Wal-Mart
3501 Rte 42
Turnersville, NJ 08012

» Sort by partner name

»Partner map
**Distance:** 25.23 mi.
**Phone:** (856) 374-0404

»Partner map
**Distance:** 25.97 mi.
**Phone:** (610) 992-1221

»Partner map
**Distance:** 27.77 mi.
**Phone:** (610) 828-0283

»Partner map
**Distance:** 27.85 mi.
**Phone:** (888) 290-1123

»Partner map
**Distance:** 27.90 mi.
**Phone:** (856) 629-3888

» Best Buy
2130 Route 70 W
Cherry Hill, NJ 08002

»Partner map
**Distance:** 34.08 mi.
**Phone:** (888) 237-8289

CompUSA
Eastgate Sq
1100 Nixon Dr
Mount Laurel, NJ 08054-1172

»Partner map
**Distance:** 34.20 mi.
**Phone:** (856) 231-8600

» Best Buy
Eastgate Sq
1420 Nixon St
Mount Laurel, NJ 08054-4261

»Partner map
**Distance:** 34.56 mi.
**Phone:** (856) 608-1600

Circuit City
1450 Nixon Dr
Mount Laurel, NJ 08054

»Partner map
**Distance:** 34.60 mi.
**Phone:** (856) 234-3433

» Best Buy
3849 S Delsea Dr
Vineland, NJ 08360

»Partner map
**Distance:** 35.25 mi.
**Phone:** (888) 237-8289

**Printable version**

Privacy statement

Using this site means you accept its terms

© 2007 Hewlett-Packard Development Company, L.P.

Find a Retail Store - Search Results - USA

United States-English

| » HP Home | » Products & Services | » Support & Drivers | » Solutions | » How to Buy |

» Contact HP

Search: ● Home & home office ○ All of HP US

**» Home & Home Office**

**Find a local HP authorized retail store**
» Browse products
» HP Home & Home Office Store

**Find a store near you:**
» New search
» Revise search
   Show all results
» Locator help
» Locator support
» Offers & promotions

» Get support & troubleshooting
» Download drivers
» Register products

» Tips & Tricks straight to your inbox
» Learn about HP products
» Creative ideas & projects
» Digital Photography center
» Digital Entertainment center

# Search results

**Search criteria**

**Address entered:** Wilmington, DE
**Address searched:** Wilmington, DE
**Search radius:** 50 miles
**Total results:** 35 partner(s)

Displaying page 3 of 4

Sorted by distance                    » Sort by partner name

**Search results**

» Best Buy
Fiesta Motor Inn
1130 Easton Rd
Willow Grove, PA 19090-1922
»Partner map
**Distance:** 36.51 mi.
**Phone:** (215) 784-7035

Circuit City
9733 E Roosevelt Blvd
Philadelphia, PA 19114
»Partner map
**Distance:** 36.86 mi.
**Phone:** (215) 464-1710

Wal-Mart
645 S Philadelphia Blvd
Aberdeen, MD 21001
»Partner map
**Distance:** 37.03 mi.
**Phone:** (410) 273-9200

CompUSA
1251 Knapp Rd
North Wales, PA 19454-1831
»Partner map
**Distance:** 37.13 mi.
**Phone:** (215) 616-5710

» Best Buy
801 Bethlehem Pike
»Partner map
**Distance:** 37.21 mi.

Find a Retail Store - Search Results - USA

North Wales, PA 19454-1424

**Phone:** (215) 855-3528

» Best Buy
9940 Roosevelt Blvd
Philadelphia, PA 19115-1705

»Partner map
**Distance:** 37.22 mi.
**Phone:** (215) 676-7206

» Best Buy
1165 N Dupont Hwy
Dover, DE 19901

»Partner map
**Distance:** 38.65 mi.
**Phone:** (302) 677-0200

CompUSA
103 Franklin Mills Blvd
Philadelphia, PA 19154-3138

»Partner map
**Distance:** 39.23 mi.
**Phone:** (215) 824-2888

Circuit City
1015 Main St
Warrington, PA 18976

»Partner map
**Distance:** 40.91 mi.
**Phone:** (215) 491-4432

Circuit City
680 Marketplace Dr
Bel Air, MD 21014

»Partner map
**Distance:** 45.12 mi.
**Phone:** (410) 838-5250

▤ **Printable version**

Privacy statement          Using this site means you accept its terms
© 2007 Hewlett-Packard Development Company, L.P.



Buy HP monitors direct from the HP Home & Home Office Store

# Home & Home Office

United States—English Search for: [keyword or OS code (OS: XXXX)] in [Home & Home Office]

» Order status
» Customer Service
» My account
» Sign-in

My Cart
0 items in My Cart

• » Shop
• » Learn, use & create
• » Support & drivers

» Home   » Desktops   » Notebooks   » Handhelds   » Printers   » Ink, Toner & Paper   » Photography   » Televisions   » Outlet   » See All

## HP monitors

FREE SHIPPING   on qualifying orders over $250   » See details

Buy online or call
1-888-999-4747

**Shop by**
• Monitors
  ○ » CRT
  ○ » LCD

**Sign up**
Sign up for e-mail updates
[Enter e-mail address]

Fri, May 18, 2007

Now accepting [PayPal]

[BBBOnline RELIABILITY PROGRAM]

Monitors : 10 matching results

**Narrow your results**

**Need a recommendation**
• » Customize a desktop PC
• » Extended service plans
• » Monitor accessories

Buy HP monitors direct from the HP Home & Home Office Store

Display type  CRT (2)  LCD (8)

Price after rebate  Under $200 (5)  $200-400 (5)

Display size  15 (1)  16 (1)  17 (3)  19 (3)  20 (1)  22 (1)

Brand  Compaq (1)  HP (9)

[Compare]  Sort by: **low price** | high price

Check all | Uncheck all



1.

☐ Compare
selected

Enlarge
Demo

[View »]

### HP v75c 17-inch CRT Monitor

**Price:** Only available when purchased with a qualifying customized PC

- 17" viewable area
- 1280 x 1024 maximum resolution
- .28 mm pixel pitch
- Sleek clean design with on screen display and tilt
- Color matches that of HP Pavilion desktop series



2.

☐ Compare
selected

Enlarge
Demo

[View »]

### Compaq FS7600e 17-inch Flat-Screen CRT Monitor

**Price: $149.99\***
(As low as $15/mo†)

- 16" viewable area
- 1280 x 1024 maximum resolution
- 0.25 to 0.28 mm pixel pitch
- External speakers
- One-year limited warranty



3.

☐ Compare
selected

Enlarge

[View »]

### HP vp15 15-inch Flat Panel Monitor

**Price: $170.00\***
(As low as $15/mo†)

- 15" viewable area
- 1024 x 768 maximum resolution
- .297 mm dot pitch
- Integrated speakers
- Adjustable tilt control for optimum viewing

Buy HP monitors direct from the HP Home & Home Office Store

4. ☐ Compare selected

Enlarge

View »

- One-year limited warranty

**HP w17e 17-inch Widescreen Flat Panel Monitor**

**Price: $180.00\***
(As low as $15/mo†)

- 17" viewable area
- 1440 x 900 maximum resolution, 0.255 mm dot pitch
- Integrated speakers
- Adjustable tilt and angle
- One-year limited warranty

5. ☐ Compare selected

Enlarge
Demo

View »

**HP w19b 19-inch wide Flat Panel LCD Monitor**

Price: $240.00
**Price after rebates: $190.00\***
(As low as $15/mo†)
You save: $50.00 (20.8%)\*\*

- 19" viewable area
- 1440 x 900 maximum resolution
- .285 mm pixel pitch
- Integrated speakers
- Adjustable tilt and angle
- Dual VGA and DVI-D inputs
- One-year limited warranty

 Save $50 with instant rebate

6. ☐ Compare selected

Enlarge

View »

**HP vp17 17-inch Flat Panel Monitor**

**Price: $200.00\***
(As low as $15/mo†)

- 17" viewable area
- 1280 x 1024 maximum resolution, 0.264 mm dot pitch
- Integrated speakers
- Adjustable tilt control for optimum viewing
- Dual inputs for true digital (DVI-D), traditional



Buy HP monitors direct from the HP Home & Home Office Store

- analog (VGA)
- One-year limited warranty

**7.**

☐ Compare selected



Enlarge
Demo

[ View » ]

### HP vs19e 19-inch Flat-Panel LCD Monitor

Price: $300.00
**Price after rebates: $200.00***
(As low as $15/mo†)
You save: $100.00 (33.3%)**

- 19" viewable area
- 1280 x 1024 maximum resolution
- .294 mm pixel pitch
- Integrated speakers
- Adjustable angle
- One-year limited warranty
- 💲 Save $100 with instant rebate

**8.**

☐ Compare selected

Enlarge

[ View » ]

### HP w1907 19-inch Widescreen Flat-Panel Monitor

**Price: $230.00***
(As low as $15/mo†)

- 19" viewable area
- 1440 x 900 maximum resolution, 0.285 mm dot pitch
- Integrated speakers
- Adjustable tilt control for optimum viewing
- Dual inputs supports true digital (DVI-D) and traditional analog (VGA)
- One-year limited warranty

**9.**

☐ Compare selected

Enlarge

[ View » ]

### HP w2007 20-inch Widescreen Flat-Panel Monitor

**Price: $280.00***
(As low as $15/mo†)

- 20.1" viewable area
- 1680 x 1050 maximum resolution, 0.285 mm dot pitch

http://www.shopping.hp.com/webapp/shopping/store_access.do?template_type=storefronts&category=display&candi=36040 (4 of 6)5/18/2007 14:14:55

Buy HP monitors direct from the HP Home & Home Office Store

10. ☐ Compare selected

Enlarge

View »

- Integrated speakers
- Adjustable tilt control for optimum viewing
- Dual inputs supports true digital (DVI-D) and traditional analog (VGA)
- One-year limited warranty

**HP w2207 22-inch Widescreen Flat-Panel Monitor**

**Price: $380.00\***

(As low as $15/mo†)

- 22" viewable area
- 1680 x 1050 maximum resolution, 0.282 mm dot pitch
- Integrated speakers
- Adjustable tilt control for optimum viewing
- Dual inputs supports true digital (DVI-D) and traditional analog (VGA)
- One-year limited warranty

1–10 of 10 results
Page: 1

Check all | Uncheck all

Compare   Sort by: **low price** | high price

\* Prices, specifications, availability and terms of offers may change without notice. Despite our best efforts, a small number of items may contain pricing, typography, or photography errors. Correct prices and promotions are validated at the time your order is placed. Please note these policies apply only to products sold by the HP Home & Home Office Store; reseller offers may vary.

† On your HP Home & Home Office Store credit card, subject to credit approval. Based only on the purchase price of this item. Taxes, shipping costs, additional purchases and other fees are not included in the monthly payment amount. A higher revised monthly payment amount will be calculated at checkout based on shipping preferences and zip code information.

‡ Intel's numbering is not a measurement of higher performance.

Celeron, Celeron Inside, Centrino, Centrino logo, Core Inside, Intel, Intel Core, Intel Inside, Intel SpeedStep, Intel Viiv, Intel Xeon, Itanium, Itanium Inside, Pentium, Pentium Inside, the Centrino logo, the Intel logo and the Intel Inside logo are trademarks or registered trademarks of Intel Corporation or its subsidiaries in the United States and other countries.

§ 1GB = One billion bytes when referring to hard drive capacity. Actual formatted capacity is less.

# Not all Windows Vista features are available for use on all Windows Vista Capable PCs. All Windows Vista Capable PCs will run the core experiences of Windows Vista, such as innovations in organizing and finding information, security and reliability. Some features available in premium editions of Windows Vista–like the new Windows Aero™ user interface–require advanced or additional hardware. Check www.windowsvista.com/getready for details.

†† Certain Windows Vista product features require advanced or additional hardware. See http://www.microsoft.com/windowsvista/getready/hardwarereqs.mspx and http://www.microsoft.com/windowsvista/getready/capable.mspx for details. Windows Vista Upgrade Advisor can help you determine which features of Windows Vista will run on your

Buy HP monitors direct from the HP Home & Home Office Store

computer. To download the tool, visit www.windowsvista.com/upgradeadvisor

J.D. Power and Associates Certified Technology Service and Support Program [SM], developed in conjunction with SSPA. For more information visit www.jdpower.com or thesspa.com.

**Printable version**

More ways to shop ▲     Shopping help ▲     Offers & Rebates ▲     E-newsletter & Catalog sign up ▲

Privacy statement | Using this site means you accept its terms | Terms and conditions of sale and service | Affiliate program |

Site Map

© 2007 Hewlett-Packard Development Company, L.P.

# EXHIBIT 35

Welcome to the NEC Display Solutions site



Copyright © 2007 NEC Display Solutions. All rights reserved. Prices posted are USD    Site Map | Privacy Policy | Terms of Use | Contact Us | Special Offers

http://www.necdisplay.com/

5/18/2007

Welcome to the NEC Display Solutions site

http://www.necdisplay.com/



**NEC** Empowered by Innovation

About NEC    Products    Solutions    Buy Now    Programs    Support    Press Room

search

## Retail Locations

**Whether you're looking for a local dealer or are interested in buying online through our direct marketing partners, we make it easy for you.**

Best Buy



BJ's

**Related Links**

support center
find accessories
product registration
solutions
special offers

Page 2 of 3

5/18/2007

NEC Display Solutions » Products » Retail



Fry's



Future Shop



Micro Center

NICRO CENTER®
The *Ultimate* Computer Store

Staples

NEC Display Solutions » Products » Retail



Copyright © 2007 NEC Display Solutions. All rights reserved. Prices posted are USD

Site Map  |  Privacy Policy  |  Terms of Use  |  Contact Us  |  Special Offers

MultiSync 46-inch Black LCD Monitor LCD4610-BK

# NEC  Empowered by Innovation

## MultiSync 46-inch Black LCD Monitor LCD4610-BK

NEC's MultiSync LCD4610-BK 46-inch LCD Monitor provides you with a diverse range of options to help you see your digital world clearly. CableComp technology equalizes the video signal to eliminate color halos on long cable runs. Its Screen saver function reduces the risk of image persistence for extended display life. Image flip allows you to properly display content originally prepared for alternative display technologies such as rear projection. The monitor features 6-axis color control engine that allows for precise and simplified color, color temperature and saturation adjustment. In addition, the Power save function puts the display in power management mode when a sync or input signal is lost. It offers DDC/CI connector that enables communication between the PC and monitor for display management, diagnostics and the remote control. Featuring user-friendly and efficient design, the MultiSync LCD4610-BK Monitor is ideal for users who desire to optimize their visual experience.

| Dealer | Dealer Product Description | In Stock | |
|---|---|---|---|
| CDW | NEC Display NEC MultiSync LCD4610-BK | Yes | SHOP ONLINE |
| Insight | NEC MultiSync LCD4610-BK - 46" LCD flat panel display | Yes | SHOP ONLINE |
| PCMall | NEC Displays MultiSync LCD4610 46" Large Screen LCD Display LCD4610-BK | Yes | SHOP ONLINE |
| PCConnection | NEC 46" MultiSync Analog Digital LCD Monitor Black NEC LCD4610-BK | Yes | SHOP ONLINE |
| ZONES | NEC Display NEC LCD4610-BK 46in Presentation display | Yes | SHOP ONLINE |
| 888-478-6161 MONITOR OUTLET.com | NEC, MULTISYNC LCD4610-BK BLACK 46" - Monitor Outlet, Inc. - Your source for Plasma TV's, LCD Displays, CRT Monitors and Flat TV's | Yes | SHOP ONLINE |

MultiSync 46-inch Black LCD Monitor LCD4610-BK

| Retailer | Description | | |
|---|---|---|---|
| amazon.com | NEC MultiSync LCD4610-BK 46" LCD Monitor (Black) | Yes | SHOP ONLINE |
| PROVANTAGE | MultiSync LCD4610-BK 46-inch LCD Flat Panel Display - Black | Yes | SHOP ONLINE |
| TheNerds.net | NEC Display Nec 46" LCD TV LCD4610-BK | Yes | SHOP ONLINE |
| COMPUTERS4SURE | NEC MultiSync LCD4610-BK - LCD flat panel display - 46" | Yes | SHOP ONLINE |
| PCNation | NEC Display 46IN LCD 800:1 1366X768 LCD4610-BK BLACK DVI-D VGA BNC RCA | Yes | SHOP ONLINE |
| TECH DEPOT | NEC MultiSync LCD4610-BK - LCD flat panel display - 46" | Yes | SHOP ONLINE |
| CDW Canada | NEC Display NEC MultiSync LCD4610-BK - 46" LCD flat panel display | Yes | SHOP ONLINE |
| New Egg | NEC Display Solutions LCD4610-BK Black 46" 8ms DVI Widescreen LCD S-Video Monitor 450 cd/m2 800:1 Built in Speakers - Retail | Yes | SHOP ONLINE |
| eCOST | NEC 46" Widescreen LCD Flat Panel Display - Black LCD4610-BK | Yes | SHOP ONLINE |
| Buy.com | NEC LCD4610-BK 46IN BK LCD 800:1 8MS DVI-D/S-VID - LCD4610-BK | Yes | SHOP ONLINE |

Copyright © 1999-2007.  All rights reserved.  Use of this page implies agreement to Channel Intelligence, Inc.  Terms of Service

EXHIBIT 36 – PART A

# EXHIBIT 36



ebɣ®

Sign in or register

Search | Advanced Search    Buy   Sell   My eBay   Community   Help

Site Map

eBay Categories ▼    eBay Motors    eBay Express

Java® TECHNOLOGY    POWERED BY ❖ Sun

◄= Back to list of items    Listed in category:    Computers & Networking > Monitors & Projectors > LCD/Flat Panel > 19-inch > Other

## Chi Mei Corporation CT-934D 19 inch LCD DVI 19"    Item number: 170112877661

Bidder or seller of this item? Sign in for your status    **Watch this item** in My eBay



◄|   ▶.  ▶|        1 of 2

View larger picture

| | | |
|---|---|---|
| Current bid: | **US $68.99** | Place Bid > |
| End time: | **May-23-07 16:41:01 PDT** (2 days 2 hours) | |
| Shipping costs: | **US $19.99** Standard Flat Rate Shipping Service Service to United States | |
| Ships to: | United States | |
| Item location: | New Hope, Pennsylvania, United States | |
| History: | 1 bid | |
| High bidder: | lerogers1 ( 124 ☆ ) | |

You can also:    Watch This Item

Get alerts via Text message, IM or Cell phone
Email to a friend

**Meet the seller**

Seller:      smickerr (
Feedback: **100% Posi**
Member.   since Dec-
            United Stat
         Read feedback co⌐
         Ask seller a questi⌐
·        Add to Favorite Se
         **View seller's othe**

**Buy safely**

1. **Check the seller's**
   Score: 165 | 100%
   Read feedback co⌐

2. **Check how you're**

   *PayPal* Up to $
            buyer p
            See eliₓ

**Listing and payment details:** Show

**Make no payments for 3 months**
and pay no interest if paid in 3 months on your first purchase over $50 with the PayPal Plus Credit Card  Plus  earn rewards on every purchase you make! Get the PayPal Plus Credit Card and use anywhere MasterCard is accepted
See details | **Apply now**

## Description



Stock Photo

*Item Specifics - Monitors*
Condition: **Used**

Average Rating: ⊠⊠⊠⊠ ½ from 1 reviews
See Reviews

⬇ Additional information

You are bidding on a used CMV CT-934D 19" LCD Monitor.  The monitor is in exce
condition (no scratches or scuffs) and in 100% working order.  It will come in the
original box with all original accessories (audio cable, dvi cable, and vga cable), qui
start guide, and CD.  The monitor does has 1 dead pixel in the top left corner of the
screen   When I bought it new it had it.  You really can't see it unless you really look
it.

Additional Information about Chi Mei Corporation CT-934D (Silver, Black) 19 inch Monitor

**Key Features**
| | |
|---|---|
| Size | 19 inch |
| Contrast Ratio | 500:1 |
| Aspect Ratio | 5:4 |
| Max. Resolution | 1280 x 1024 |
| Brightness | 320 cd/m² |
| Response Time | 8 ms |
| Dot Pitch | 0 294 mm |
| Color Depth | 24-bit (16 7M Colors) |
| Viewable Picture Size | 19 in |

**Technical Features**
| | |
|---|---|
| Form Factor | Desktop |
| Digital Video Input Standard | DVI-D |
| Synchronization Range - Vertical | 56 - 76 Hz |
| Synchronization Range - Horizontal | 30 - 82 kHz |
| Max Viewing Angle - Horizontal | 160 |
| Max. Viewing Angle - Vertical | 130 |
| Native (Recommended) Resolution | 1280 x 1024 |
| Audio Output | Speaker(s) |

**Dimensions**
| | |
|---|---|
| Height | 17 28 in |
| Width | 16.46 in |
| Depth | 8.27 in. |
| Weight | 11 24 lb |

**Miscellaneous**
| | |
|---|---|
| Power Consumption | 58 Watt |
| Other Features | VESA External Mounting |
| Exterior Color | Black, Silver |
| MPN | CT934D |

The seller. smickerr, assumes full responsibility for the content of this listing and the item offered

Select a picture

eBay: Chi Mei Corporation CT-934D 19 inch LCD DVI 19" (item 170112877661 end tim... Page 3 of 4

 

00026

The power of protection from AOL and eBay. Learn more

## Shipping and handling

**Ships to**
United States

Country: United States ▼

| Shipping and Handling | To | Service |
|---|---|---|
| US $19 99 | United States | Standard Flat Rate Shipping Service |

**Shipping insurance**
Included (in the shipping and handling cost)

## Return policy

Return policy not specified
Read item description for any reference to return policy

## Payment details

| Payment method | Preferred/Accepted | Buyer protection on |
|---|---|---|

eBay



**Seller Preferred**

*PayPal* **Up to $2,000** in buyer protection See eligibility

Learn about payment methods

**Seller's payment instructions**
I will only ship to CONFIRMED ADDRESSES with a paypal payment

## Take action on this item

Help

Item title: **Chi Mei Corporation CT-934D 19 inch LCD DVI 19"**

**Place a bid**

Current bid        US $68.99

Your maximum bid: US $ [        ]      (Enter US $69.99 **or more**)

                **Place Bid >**        You will confirm in the next step

eBay automatically bids on your behalf **up to** your maximum bid. Learn about bidding

You can also       Watch This Item

## Other options

⬅ Back to list of items  |  Report this item  |  Printer Version  |  Sell one like this

Seller assumes all responsibility for listing this item

eBay Pulse | eBay Reviews | eBay Stores | Half.com | eBay Express | Austria | China | France | Germany | Italy | Spain | United Kingdom | Popular Searches
Tickets at StubHub | Kijiji | PayPal | ProStores | Apartments for Rent | Shopping.com | Skype

About eBay | Announcements | Security Center | Policies | Site Map | Help

Copyright © 1995-2007 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. Use of this Web site constitutes acceptance of the eBay User Agreement and Privacy Policy

eBay official time



ebaY®

| Search | Advanced Search |   Buy   Sell   My eBay   Community   Help

Sign in or register                                                         Site Map

eBay Categories ▼   eBay Motors   eBay Express                    Java™  POWERED BY ❖ Sun
                                                                 TECHNOLOGY

◀— Back to list of items    Listed in    Computers & Networking > Desktop & Laptop Components > Screens,
                            category:     LCD Panel for Laptops > Other

## Chi Mei 15" XGA LCD N150X3-L05                    Item number: 290073319835

Buyer or seller of this item? Sign in for your status         Watch this item in My eBay

**Meet the seller**

Seller:    laptopas

                                                            ⭐ Powe
                                                               Selle

*=Buy It Now* price:  **US $189.99**     Buy It Now >    Feedback: **99.9% F**
                                                         Member:  since M:
Shipping costs: Calculate                                         States
Ships to:       Worldwide                                `  Read feedback
Item location:  Baltimore, Maryland, United              ›  Ask seller a que
                States                                      Add to Favorite
                                                         ›  View seller's oth
You can also:     Watch This Item                           Store | List
                                                         ›  Visit seller's Sto
                Get alerts via Text message or IM           ᶯLaptopAssa:
                Email to a friend

View larger picture

Listing and payment details:  Show

**Buy safely**

1. **Check the sell**
   Score: 1474 | 9⁹
   Read feedback

2. **Check how yo**

   *PayPal* **Up t**
            prot
            eligil

   Returns:  Selle

            14 Da

## Description

*Item Specifics - Item Condition*
Condition: **Used**

LaptopAssassin

# Laptop Assassin                Visit my eBay Store: ᶯ LaptopAssassin

Our Prices are Cut-throat

This is a tested and working Chi Mei fifteen inch XGA LCD.

N150X3-L05

Same day shipment for payments received before 3:00 PM Eastern Time. We ship on Saturday.

Fourteen day money back guarantee.



Powered by eBay Turbo Lister

S.



eBay: Chi Mei 15" XGA LCD N150X3-L05 (item 290073319835 end time Jun-16-07 15:...     Page 3 of 5

**Save on shipping**  This seller offers shipping discounts on combined purchases.







Dell Latitude C840 Inspiron 8200 15"
UXGA LCD ITUX97H

LG Philips 15" XGA LCD Toshiba
A40 A45 LP150X06

AU Optronics 14" XGA LCD
UB141X03 B141XN03

*BuyItNow*        US $219.99        *BuyItNow*        US $219.99        *BuyItNow*        US $199.99

 Visit seller's Store

## Shipping and handling

**Ships to**
Worldwide

Country: | United States ▼ |    Zip or postal code: [        ]    | Update |

| **Shipping and Handling** | **To** | **Service** |
| Enter zip code | United States | US Postal Service Priority Mail® |
| | | Estimated delivery 2-3 days* |

Shipping cannot be calculated for your area. You can contact the seller for additional shipping costs and services

Sellers are not responsible for service transit time. This information is provided by the carrier and excludes weekends and holidays. Note that transit times may vary, particularly during peak periods

**Shipping insurance**
Included (in the shipping and handling cost)

## Return policy

| **Item must be returned within:** | 14 Days |
| **Refund will be given as:** | Money Back |

| **Return Policy Details:** | Return anything within two weeks and you will receive a full refund. |
|---|---|

## Payment details

| **Payment method** | **Preferred/Accepted** | **Buyer protection on eBay** |
|---|---|---|
|  | Accepted | *PayPal* Up to $2,000 in buyer protection See eligibility |
| Money order/Cashiers check | Accepted | Not Available |
| Other - See Payment Instructions for payment methods accepted | Accepted | Not Available |

Learn about payment methods

**Seller's payment instructions**
Please contact us if you would like to pay via cashier's check or money order

## Take action on this item                                                    Help

Item title: **Chi Mei 15" XGA LCD N150X3-L05**

**Buy It Now**

*Buy It Now* price: US $189.99

Buy It Now >    You will confirm in the next step.

Purchase this item now without bidding  Learn about Buy It Now

You can also   Watch This Item

## Other options

← Back to list of items  |  Report this item  |  Printer Version  |  Sell one like this

Seller assumes all responsibility for listing this item

eBay Pulse | eBay Reviews | eBay Stores | Half.com | eBay Express | Austria | China | France | Germany | Italy | Spain | United Kingdom | Popular Searches

http://cgi.ebay.com/Chi-Mei-15-XGA-LCD-N150X3-L05_W0QQitemZ290073319835QQ...  5/21/2007

eBay: Chi Mei 15" XGA LCD N150X3-L05 (item 290073319835 end time Jun-16-07 15:...  Page 5 of 5

Tickets at StubHub | Kijiji | PayPal | ProStores | Apartments for Rent | Shopping.com | Skype

About eBay | Announcements | Security Center | Policies | Site Map | Help

Copyright © 1995-2007 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. Use of this Web site constitutes acceptance of the eBay User Agreement and Privacy Policy

eBay official time



Sign in or register                                                Site Map

eBay Categories ▾    eBay Motors    eBay Express

<<: Back to list of items    Listed in category: Computers & Networking > Laptops, Notebooks > Other Brands

## Systemax N243S8 laptop w/ Chi Mei N141X6-L01 LCD (as-is)

Item number: 280117251856

Seller of this item? Sign in for your status          Watch this item in My eBay



View larger picture

| | | |
|---|---|---|
| Starting bid: | **US $0.99** | Place Bid > |
| End time: | **May-28-07 08:00:27 PDT** (6 days 17 hours) | |
| Shipping costs: | **US $15.00** UPS Ground Service to United States (more services) | |
| Ships to: | United States | |
| Item location: | Elkhart, United States | |
| History: | 0 bids | |

You can also:    Watch This Item

Get alerts via Text message, IM or Cell phone
Email to a friend

### Meet the seller

Seller:  wintergreen
         **Power Seller** m

Feedback: 99.0% Posit
Member:  since Sep-2
         States

Read feedback com
Ask seller a question
Add to Favorite Selle
**View seller's other**

### Buy safely

1. **Check the seller's** Score: 8048 | 99 0% Read feedback com

2. **Check how you're**
   *PayPal* Up to $2 protectio eligibility

**Listing and payment details:** Show

## Description

*Item Specifics - PC Laptops*

| | | | |
|---|---|---|---|
| Brand: | **Systemax** | Hard Drive Capacity: | **0 GB** |
| Family: | -- | Screen Size: | **14 inches** |
| Processor Type: | **Intel Pentium 4** | Operating System: | **Not Included** |
| Processor Model: | -- | Primary Drive: | -- |
| Processor Speed: | -- | Condition: | **Used** |
| Memory (RAM): | -- | | |

# N243S8 Series Barebones Laptop MISSI
# the Optical Drive, CPU Fan, & Power Supply. (S



**This laptop has the following 14" LCD screen: Chi Mei Model:**

**This laptop is untested and is sold as is.**

**STOCK CODE = USEDNOTESYSMISC**

*THE BATTERY IS INCLUDED, BUT THE CON*
*UNKNOWN!!! THE BATTERY MODEL # IS: N243S9-P.*

**This units was a retail return, that was returned as de**
**is being sold as is. This system does not come with a**
**memory, or a hard drive. This laptop is also missing**
**Drive, CPU Heatsink and Fan, and the power supply.**
**has not been tested. This laptop also has minor scrat**
**plastic. Please look at our other auctions for parts to**
**items. This laptop is sold as is with no warranty ex**
**implied. Pictures are for reference only and may no**
**actual item. Base you purchase on manufacturer's p**
**and our description and not on the photos. There are**
**or exchanges on as is auctions.**

# Shipping

Shipping costs for this item is $15.00 and we ship within the 48 contiguous United States; there will be a
shipping to Alaska and Hawaii. No international orders. Local pick up available with $5.00 handling fee at
Indiana.

Our Method Of Shipping Is Exclusively UPS!

# Warranty

This item is being sold as is with no warranty expressed or implied

# Payment

We accept all forms of payment except American Express or personal checks
Payments must be received no later than 5 business days after the close of the auctio
If you have any questions  please contact us BEFORE you bid!!!

---

We accept all forms of payment except Discover, American Express, or personal checks. Paym
received no later than 5 business days after the close of the auction. If you have any questions,
us BEFORE you bid!!!

---



00009
The power of protection from AOL and eBay. Learn more

## Shipping and handling

### Ships to
United States

Country: | United States ▼ |

| Shipping and Handling | To | Service |
|---|---|---|
| US $15 00 | United States | UPS Ground<br>1 to 6 business days |
| US $5 00 | United States | Local Delivery/Pickup |

Seller are not responsible for service transit time. This information is provided by the carrier and excludes weekends and holidays and transit time may vary, particularly during peak periods

### Domestic handling time
Will usually ship within 3 business days of receiving cleared payment

### Shipping insurance
Not offered

## Return policy

Return policy not specified
Read item description for any reference to return policy

## Payment details

| Payment method | Preferred/Accepted | Buyer protection on eBay |
|---|---|---|
| PayPal VISA AMEX DISCOVER eCHECK | Seller Preferred | PayPal Up to $2,000 in buyer protection. See eligibility |
| Money order/Cashiers check | Accepted | Not Available |
| Visa/MasterCard, Discover | Accepted | See your credit card issuer's terms |
| Other - See Payment Instructions for payment methods accepted | Accepted | Not Available |

Learn about payment methods

**Seller's payment instructions**
We accept all forms of payment except personal check, Discover, or American Express.
Payments must be received no later than 5 business days after the close of the auction.
If you have any questions, please contact us BEFORE you bid!

## Take action on this item                                                    Help

Item title: **Systemax N243S8 laptop w/ Chi Mei N141X6-L01 LCD(as-is)**

**Place a bid**

Starting bid        **US $0.99**

Your maximum bid: US $ [         ]      (Enter US $0.99 **or more**)

              **Place Bid >**      You will confirm in the next step

eBay automatically bids on your behalf **up to** your maximum bid  Learn about bidding.

You can also    | Watch This Item |

## Other options

eBay: Systemax N243S8 laptop w/ Chi Mei N141X6-L01 LCD(as-is) (item 28011725185... Page 6 of 6

← Back to list of items | Report this item | Printer Version | Sell one like this

Seller assumes all responsibility for listing this item

eBay Pulse | eBay Reviews | eBay Stores | Half.com | eBay Express | Austria | China | France | Germany | Italy
| Spain | United Kingdom | Popular Searches
Tickets at StubHub | Kijiji | PayPal | ProStores | Apartments for Rent | Shopping.com | Skype

About eBay | Announcements | Security Center | Policies | Site Map | Help

Copyright © 1995-2007 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. Use of this
Web site constitutes acceptance of the eBay User Agreement and Privacy Policy

eBay official time

eb Y

Search | Advanced Search          **Buy   Sell   My eBay   Community   Help**

Sign in or register                                      Site Map

eBay Categories ▼    eBay Motors    eBay Express                    Java TECHNOLOGY   POWERED BY Sun

← Back to list of items      Listed in category:      Computers & Networking > Desktop & Laptop Components > Screens, LCD Panel for Laptops > Other

# NEW HP DV1000 14" WXGA LAPTOP LCD CHI MEI N140A1-L01

Item number: 180117830340

Seller of this item? Sign in for your status                    Watch this item in My eBay

View larger picture

**Meet the seller**

| | | |
|---|---|---|
| Starting bid: | **US $139.00** | Place Bid > |
| *Buy It Now* price: | **US $145.00** | Buy It Now > |
| End time: | **16 hours 35 mins** (May-22-07 06:57:43 PDT) | |
| Shipping costs: | Calculate | |
| Ships to: | Worldwide | |
| Item location: | North Fort Myers, Florida, United States | |
| History: | 0 bids | |

Seller:   laptoppa
Feedback: 98.9% P
Member:   since Ap
Read feedback c
Ask seller a ques
Add to Favorite S
View seller's othe
Visit seller's Stor
📁 LAPTOP PAF

**Buy safely**

1. **Check the selle**
   Score: 11146 | 9
   Read feedback c

2. **Check how you**
   *PayPal* Up tc
   prote

You can also:      Watch This Item

Get alerts via Text message, IM or Cell phone
Email to a friend

Listing and payment details:  Show

# Description

*Item Specifics - Item Condition*
   Condition: **New**



eBay User ID:
laptopparts wareh

May 21, 2007

**Member of SquareTrade**
**Bid with Confidence**
**Click to Learn Why**

SquareTrade « AP6 0

stwflwar



Online Store | FAQ | Service | Work Order | RMA Form | Contact Us

| **Product Description** | | |
|---|---|---|



| | | |
|---|---|---|
| **Manufacturer** | | VARIOUS |
| **Model** | | DV1000, V2000 SERIES |
| | | TOSHIBA M35 SERIES |
| | | GATEWAY 3500, M210, M250 SE |
| **Part #** | | N140A1-L01 |

Find more great
stuff
at my eBay Store

| | |
|---|---|
| **Description** | 14" WXGA WIDESCREE |
| **Warranty** | 30 day  NO EXTENDED WARRAN |
| **FAQ'S** | click here for FAQ's - Ro |
| **Comments** | These are in New condi |
| | on the display. Manufac |

**Questions? Comments?**

# SEND EMAIL

---

**LOOK!**

---

Not sure if this is the right model of LCD for your laptop, we have some helpful in
are getting the right product for your laptop. Visit HERE for more info, including s
you order the wrong product , you can exchange it , any additional shipping char
WILL NOT BE RESPONSIBLE IF YOU ORDER THE WRONG PRODUCT!!!!


Let LPWINC install it for you. This is the easiest way if you are unsure or feel unc
is how to have LPWINC install it for you.

  1  Call LPWINC toll free at 866-LCD-CPPS M-F 10am to 5pm EST, we will take
  2  Ship us your laptop in  a specially designed box for laptops.
  3  Once we receive it we will install your screen , contact you about payment a

This process takes 2-3 business days once we receive it , and then depending on
back as quickly as overnight. We charge labor to install plus the shipping charges
warranty.

---

**Payment Options**

---

Our preferred method of payment is PayPal. We also accept all major credit cards
to you within 1 day of auction close. If e-mail is not received within 3 days of auc
are final. Please read auction carefully before bidding. Unpaid auctions will result

**We Gladly Accept:**



---

**Shipping Options**

---

**We ship**



CLICK ON Map FOR ESTIMATED SHIPP



**Shipping is to any of the 48 states and CANADA Via UPS. Click HERE for UPS Standard to Canada poli**

**CUSTOMS, DUTIES, TAXES & IMPORT FEES**

International customers may be subject to import duties & taxes and/or brokerag
country. Your charge from LPW.INC includes only the cost of your item(s) and the
clearance and/or brokerage fees must be paid by you. We have no control over th
Customs policies vary widely from country to country so please contact your local
additional information.

We declare the actual purchase price of your product for insurance and customs p
item you purchased, or declare it as a warranty item or gift.

**ALL INTERNATIONAL ORDERS MUST INCLUDE PHONE#!!!!!!**

**We ship to PO boxes, Puerto Rico, Hawaii, and Alaska, shipping is the same charge.**

**WE DO NOT SHIP TO APOs AND FPOs.**

**We ONLY ship international VIA UPS Express. Email ebay@lpwinc.com for exact quote typically costs**

**ALL ITEMS ARE PROCESSED FOLLOWING PAYMENT , WE SHIP 90% OF ALL PACKAGES THE NEXT BUSI**

**SHIPPING CHARGES ARE NOT REFUNDABLE , MAKE SURE YOU HAVE THE RIGHT ITEM.**

**Return Pollicy**

- No return/exchange/warranty after 30 days. NO Exceptions!
- All items are security tagged. Tampering or removing this tag will void the v
- DOA products, Deviations, Short-shipments must be reported within 3 busir

- All returns must include a valid RMA# RMA Department
- RMA # only valid within 14 business days from issued date.
- Returned packages with an invalid or expired RMA# will not be accepted.
- Warranty/RMA number will be invalidated and a restocking fee will apply if i accessories.
- All defectives product will be replaced within warranty period.
- All refunds are subject to 15% restocking fee.
- Full refund of purchase price will be issued if replacement is not available fo
- No UPS pick up service for all return merchandize.
- To return an item purchased on an eBay auction you must use this RMA For
- Shipping/Return-shipping costs are not refundable.



Powered by eBay Turbo Lis

**WARRANTY**
**AVAILABLE** ▸▸

Up to 3 years added prot
Only pennies a day

SquareTrade © squaretrade warranty v2 0

Powered by eBay Turbo Lis



00024

The power of protection from AOL and et

**Find more items from the same seller. Bid or Buy Now!**





NEW DV1000 14.1" WXGA GLOSSY
LAPTOP LCD CLAA140WA01A

NEW DV1000 14.1" WXGA GLOSSY
LAPTOP LCD CLAA140WA01A

NEW DV10
373055-00

≡Buy It Now          US $205.00

≡Buy It Now          US $205.00

≡Buy It Now

 Visit seller's Store

## Shipping and handling

**Ships to**
Worldwide

| Country: | United States ▾ | Zip or postal code: | | Update |
|---|---|---|---|---|
| **Shipping and Handling** | **To** | **Service** | | |
| Enter zip code | United States | UPS Ground | | |

| Enter zip code | United States | UPS 2nd Day Air®<br>Guaranteed in * 2 days* |
| Enter zip code | United States | UPS Next Day Air Saver®<br>Guaranteed by next day* |

Shipping cannot be calculated for your area. You can contact the seller for additional shipping costs and services

*Sellers are not responsible for service transit time. This information is provided by the carrier and excludes weekends and holidays. Note that transit times may vary, particularly during peak periods

**Shipping insurance**
Included (in the shipping and handling cost)

## Return policy

Return policy not specified.
Read item description for any reference to return policy

## Payment details

| Payment method | Preferred/Accepted | Buyer protection on eBay |
| --- | --- | --- |
| PayPal | Seller Preferred | PayPal Up to $2,000 in buyer protection. See eligibility |
| Money order/Cashiers check | Accepted | Not Available |
| Visa/MasterCard, Amex, Discover | Accepted | See your credit card issuer's terms |
| Other - See Payment Instructions for payment methods accepted | Accepted | Not Available |

Learn about payment methods

**Seller's payment instructions**
ALL ITEMS GUARANTEED UNLESS NOTED ON EBAY AD, MUST RECEIVE AN RMA # BEFORE
RETURNING, BY C

## Take action on this item

Item title: **NEW HP DV1000 14" WXGA LAPTOP LCD CHI MEI N140A1-L01**

**Place a bid** _____

**Buy It Now** _____

*≡Buy It Now* price:**US $145.00**

Starting bid:    **US $139.00**

Your maximum bid:US $ ⎢

**Buy It Now >**

(Enter US $139 00 **or more**)

You will confirm in the ne

or

**Place Bid >**

You will confirm in the next step

eBay automatically bids on your behalf **up to** your
maximum bid
Learn about bidding

Purchase this item now without bidding
Learn about Buy It Now

You can also    ⎢ **Watch This Item** ⎢

**Other options**

⬅ Back to list of items  |  Report this item  |  Printer Version  |  Sell one like this

Seller assumes all responsibility for listing this item.

eBay Pulse | eBay Reviews | eBay Stores | Half.com | eBay Express | Austria | China | France | Germany | Italy
| Spain | United Kingdom | Popular Searches
Tickets at StubHub | Kijiji | PayPal | ProStores | Apartments for Rent | Shopping.com | Skype

About eBay | Announcements | Security Center | Policies | Site Map | Help

Copyright © 1995-2007 eBay Inc  All Rights Reserved  Designated trademarks and brands are the property of their respective owners  Use of this
Web site constitutes acceptance of the eBay User Agreement and Privacy Policy

eBay official time



eb Y®

Sign in or register

Search | Advanced Search

**Buy**  **Sell**  **My eBay**  **Community**  **Help**

Site Map

eBay Categories ▼    eBay Motors    eBay Express

Java TECHNOLOGY  POWERED BY ❖ Sun

◄ Back to list of items    Listed In category:    Computers & Networking > Desktop & Laptop Components > Screens, LCD Panel for Laptops > Other

# N154IL (L02) CHI MEI GLOSSY 15.4" LCD PANEL-NEW!!

Item number: 160117504542

Bidder or seller of this item? Sign in for your status

Watch this item in My eBay

View larger picture

| | | |
|---|---|---|
| Current bid: | **US $58.00** | Place Bid > |
| End time: | **May-22-07 17:45:00 PDT** (1 day 3 hours) | |
| Shipping costs: | **US $13.50** UPS Ground Service to United States | |
| Ships to: | United States | |
| Item location: | Deerfield, Illinois, United States | |
| History: | 5 bids | |
| High bidder: | david113065 ( 48 ☆ ) | |

You can also:    Watch This Item

Get alerts via Text message, IM or Cell phone
Email to a friend

**Meet the seller**

Seller:    cfidirect ( 2
             ⚡ Power Seller

Feedback: **99.8% Pos**
Member:   since Mar-
             United Stat

· Read feedback co
· Ask seller a questi
· Add to Favorite Se
· **View seller's othe**

**Buy safely**

1. **Check the seller's**
   Score: 22826 | 99 8
   Read feedback co

2. **Check how you're**

   *PayPal*  Up to $
             buyer p
             See eli

   Returns:  Seller ac
             returns
             30 Days

**Listing and payment details:  Show**

# Description

Description

*Item Specifics - Item Condition*
Condition: **New**

**YOU ARE BIDDING ON A BRAND NEW N154IL (L02)
15.4" WXGA GLOSSY LCD PANEL.**


**SPECIFICATIONS:**

**Manufacturer N154I1L0B: CHIMEI
Size N154I1L0B: 15.4"
Type N154I1L0B: LCD
Model N154I1L0B: TFT
Resolution N154I1L0B: WXGA**


**WE ACCEPT PAYPAL AND MONEY ORDERS/CASHIERS
ONLY.**


**WE SHIP UPS-GROUND $13.50.  PLEASE NO P.O.
BOXES, PUERTO RICO, CANADA, OR HAWAII.**

**THANK YOU AND GOOD LUCK!!**




eBay User ID:
cfidirect

May 21, 2007

**Member of SquareTrade
Bid with Confidence
Click to Learn Why**




Powered by eBay Turbo Lister



Thanks for
looking!
The power of protection from AOL and eBay. Learn more

## Shipping and handling

**Ships to**
United States

Country: United States ▼

| Shipping and Handling | To | Service |
| --- | --- | --- |
| US $13 50 | United States | UPS Ground<br>1 to 6 business days |

Seller is not responsible for service transit time. This information is provided by the carrier and excludes weekends and holidays. Note that transit times may vary, particularly during peak periods.

**Shipping insurance**
Not offered

## Return policy

| Item must be returned within: | 30 Days |
| --- | --- |
| Refund will be given as: | Exchange |
| Return policy details: | PAYPAL AND MONEY ORDERS ACCEPTED. NO PERSONAL CHECKS. ALL ITEMS SOLD COST $13.50 PER ITEM FOR SHIPPING NO MATTER HOW MANY ITEMS WON. NO EXCEPTIONS! RETURNS ACCEPTED WITH ORIGINAL PACKAGING WITHIN 30 DAYS FOR EXCHANGE |

## Payment details

| Payment method | Preferred/Accepted | Buyer protection on |
| --- | --- | --- |

**eBay**



| | **Seller Preferred** | *PayPal'* **Up to $2,000** in buyer protection <u>See eligibility</u> |
|---|---|---|
| Money order/Cashiers check | Accepted | Not Available |
| Other - See Payment Instructions for payment methods accepted | Accepted | Not Available |

Learn about payment methods

**Seller's payment instructions**
PAYPAL AND MONEY ORDERS ACCEPTED. NO PERSONAL CHECKS. ALL ITEMS SOLD COST
$13 50 PER ITEM FOR SHIPPING NO MATTER HOW MANY ITEMS WON. NO EXCEPTIONS!
RETURNS ACCEPTED WITH ORIGINAL PACKAGING WITHIN 30 DAYS FOR EXCHANGE

## Take action on this item                                                      Help

Item title: **N154IL (L02) CHI MEI GLOSSY 15.4" LCD PANEL-NEW!!**

**Place a bid**

Current bid        US $58 00

Your maximum bid: US $ [        ]     (Enter US $59 00 **or more**)

                    Place Bid >      You will confirm in the next step

eBay automatically bids on your behalf **up to** your maximum bid  Learn about bidding

You can also     Watch This Item

## Other options

← Back to list of items  |  Report this item  |  Printer Version  |  Sell one like this

Seller assumes all responsibility for listing this item

eBay Pulse | eBay Reviews | eBay Stores | Half.com | eBay Express | Austria | China | France | Germany | Italy
| Spain | United Kingdom | Popular Searches
Tickets at StubHub | Kijiji | PayPal | ProStores | Apartments for Rent | Shopping.com | Skype

About eBay | Announcements | Security Center | Policies | Site Map | Help

Copyright .: 1995-2007 ι Bay Inc  All Rights Reserved  Designated trademarks and brands are the property of their respective owners  Use of this
Web site constitutes acceptance of the eBay User Agreement and Privacy Policy

eBay official time

eBay: GLOSSY Chi Mei N154I1-L07 15.4" LCD WXGA wide screen (item 3001130248...  Page 1 of 4

eb**Y**®  Sign in or register

Search | Advanced Search    **Buy  Sell  My eBay  Community  Help**

Site Map

Java™ TECHNOLOGY  | POWERED BY ❖ Sun

eBay Categories ▼    eBay Motors    eBay Express

← Back to list of items

Listed in category:  Computers & Networking > Desktop & Laptop Components > Screens, LCD Panel for Laptops > Other

## GLOSSY Chi Mei N154I1-L07 15.4" LCD WXGA wide screen

Item number: 300113024821

Buyer or seller of this item? Sign in for your status

Watch this item in My eBay

⹃Buy It Now price:  **US $100.00**    **Buy It Now >**

immediate payment required

End time:        **May-26-07 10:18:09 PDT** (4 days 19 hours)
Shipping costs:  **US $10.00**
                 Standard Flat Rate Shipping Service
                 Service to United States
                 (more services)
Ships to:        United States, Europe
Item location:   Metairie, LA, United States

You can also:    Watch This Item

                 Get alerts via Text message or IM
                 Email to a friend

**Listing and payment details:  Show**

**Make no payments for 3 months**
and pay no interest if paid in 3 months on your first purchase over
$50 with the PayPal Plus Credit Card. Plus, earn rewards on every
purchase you make! Get the PayPal Plus Credit Card and use
anywhere MasterCard is accepted    See details | Apply now

### Meet the seller

Seller:   digital-dreaming
          ( 354 ☆ ) ⹃Power Seller me
Feedback: **100% Positive**
Member:   since Mar-09-05 in
          United States

Read feedback comments
Ask seller a question
Add to Favorite Sellers
**View seller's other items**

### Buy safely

1. **Check the seller's reputation**
   Score: 354 | 100% Positive
   Read feedback comments

2. **Check how you're protected**

   PayPal  Up to $2,000 in
           buyer protection.
           See eligibility

   Returns:  Seller accepts
             returns
             3 Days Money Back

## Description  (revised)

*Item Specifics - Item Condition*
   Condition: **Used**

Copyright 2007 by digital-dreaming  The text and pictures in this listing are protected under ebay and may not be
used without the owner's permission

PLEASE NOTE: PayPal is the only accepted payment method  Shipping may be delayed if you are unregistered with
PayPal, have an unconfirmed PayPal shipping address, or pay using an e-check  This is necessary for fraud
detection

      

For bids is one **Chi Mei** N154I1-L07 Rev  C1 **glossy 15.4-inch LCD** screen panel in very good condition as described below  It will work in a wide range of laptops that take a 15 4" WXGA 1280x800 resolution screen such as eMachines, Gateway, HP, Compaq and Toshiba, but please verify it is what you need before bidding

Condition:

- The backlight works great - images and text appear clear and bright
- The is one stuck red pixel (dot), most noticeable on a black background, located 2 5" from the bottom, 5" from the right
- There are two very tiny dead (always black) pixels, most noticeable on white/bright backgrounds, located  75" from the top, 5 5" from the right, and  25" from the top and 2" from the right
- There are about 5 very, very tiny stuck blue and green pixels in various places on the screen, visible on a black background - I had to examine the screen carefully to spot them  Probably they aren't even worth mentioning
- No scratches, nicks or stuck/dead pixels other than listed above were found

We could not get the small defects to show in photos - it would be useless to show what appears to be a perfect screen here, but note the defects are there when sitting in front of the screen, so do not expect a perfect screen although it is in great overall condition and most sellers don't mention such slight imperfections  The screen would make a great cost-effective replacement of a broken screen  Upon research, we've found brand new ones for $375, factory refurbished for $250, new "pulls" from new or used laptops for $170, and in used condition for $150 and up  We have priced this one very fairly, considering the small defects - please do not submit offers for less

The LCD will be packed carefully and shipped to you by USPS priority mail (2-3 day delivery), and we will send you the tracking/confirmation number after mailing the screen  **Shipping insurance is optional but highly suggested - it's inexpensive, and we can't be held responsible if the screen is lost or damaged in transport, so it will be your loss without insurance.**

      

Please, serious bidders only  Scammers and pranksters will be reported to ebay and/or PayPal  If you have no positive ebay feedback, one or more negative feedbacks within the last 12 months, or no feedback within the last 12 months, please contact me before bidding saying you intend to bid, else we can cancel your bid unless you choose to "buy-it-now"  Listings in ebay costs time and money  If the winner fails to pay, it will result in a report to ebay with a non-payment strike against the user and negative feedback  We will not ship to unconfirmed PayPal addresses if your ebay or PayPal account appears to be fraudulent, and will immediately report the transaction to PayPal  See the shipping terms for more information

If you have any questions, don't hesitate to ask! Bid with confidence - see our ebay <u>About Me page</u>

00028
<u>The power of protection from AOL and eBay. Learn more</u>

## Shipping and handling

### Ships to
United States, Europe

Country:  | United States    ▼ |

| Shipping and Handling | To | Service |
| --- | --- | --- |
| US $10 00 | United States | Standard Flat Rate Shipping Service |

**Domestic handling time**

Will usually ship within 3 business days of receiving cleared payment

**Shipping insurance**
Domestic: US $1.35 Optional
International: US $3.30 Optional

## Return policy

| | |
|---|---|
| **Item must be returned within:** | 3 Days |
| **Refund will be given as:** | Money Back |
| **Return policy details:** | The screen comes with a 3-day warranty. If it doesn't work for you, contact us within 3 days of its arrival to arrange for a return. Refunds do not include shipping costs. The warranty does not cover damaged caused by shipping such as cracks - you need to purchase the optional insurance to be covered for shipping damage. |

## Payment details

| **Payment method** | **Preferred/Accepted** | **Buyer protection on eBay** |
|---|---|---|
|  | Seller Preferred | *PayPal* Up to $2,000 in buyer protection See eligibility |

Learn about payment methods

## Take action on this item                                              Help

Item title: **GLOSSY Chi Mei N154I1-L07 15.4" LCD WXGA wide screen**

**Buy It Now** _____

*Buy It Now* price: US $100.00

          Buy It Now >     You will confirm in the next step
          (immediate payment required)

The seller requires you to make immediate payment to claim this item. You will be asked to do so with PayPal on the next page. Learn more

Purchase this item now without bidding. Learn about Buy It Now

You can also     Watch This Item

## Other options

← Back to list of items  |  Report this item  |  Printer Version  |  Sell one like this

Seller assumes all responsibility for listing this item

eBay Pulse | eBay Reviews | eBay Stores | Half.com | eBay Express | Austria | China | France | Germany | Italy | Spain | United Kingdom | Popular Searches
Tickets at StubHub | Kijiji | PayPal | ProStores | Apartments for Rent | Shopping.com | Skype

About eBay | Announcements | Security Center | Policies | Site Map | Help

Copyright © 1995-2007 eBay Inc All Rights Reserved  Designated trademarks and brands are the property of their respective owners  Use of this Web site constitutes acceptance of the eBay User Agreement and Privacy Policy

eBay official time



eBay Categories ▼     eBay Motors     eBay Express

◄─ Back to list of items

| Listed in category: | Computers & Networking > Desktop & Laptop Components > Screens, LCD Panel for Laptops > IBM |
|---|---|

# Chi Mei N121i3-L01 12.1" WXGA LCD Screen Lenovo 3000

Item number: 220114027595

Lenovo 3000-v100, Fujitsu Amilo Pro V3205, Warranted!

Seller of this item? Sign in for your status

Watch this item in My eBay

|  |  |  |
|---|---|---|
| Starting bid: | **US $149.00** | Place Bid > |
| *Buy It Now* price: | **US $154.00** | Buy It Now > |
| End time: | **May-26-07 15:44:23 PDT** (5 days 1 hour) | |
| Shipping costs: | Check item description and payment instructions or contact seller for details | |
| Ships to: | Worldwide | |
| Item location: | Redmond, WA, United States | |
| History: | 0 bids | |

View larger picture

You can also:     Watch This Item

Get alerts via Text message, IM or Cell phone
Email to a friend

**Meet the seller**

Seller:     falconpri
            ★ Power Seller
Feedback: **100% Po**
Member:   since Jar
           United S
Read feedback c
Ask seller a ques
Add to Favorite S
**View seller's otl**

**Buy safely**

1. **Check the selle**
   Score: 10616 | 1
   Read feedback c

2. **Check how you**
   *PayPal* Up to
          buye
          See c

**Listing and payment details:  Show**

**Make no payments for 3 months**
and pay no interest if paid in 3 months on your first purchase over $50 with the PayPal Plus Credit Card  Plus. earn rewards on every purchase you make! Get the PayPal Plus Credit Card and use anywhere MasterCard is accepted.   See details | **Apply now**

# Description

*Item Specifics - Item Condition*
   Condition: **Used**


May 21. 2007

eBay User ID:
**falconprince**

**Member of SquareTrade**
**Bid with Confidence**
**<u>Click to Learn Why</u>**
SquareTrade ⒼAP6 0

# 12.1" WSXGA+ LCD SCREEN CHI MEI N121i3-L01 FOR LENOVO 3000-V100 AND OTHER NOTEBOOKS - CLEAN, NO ISSUES, WARRANTED !

This is a used 12.1" WXGA LCD screen for Lenovo 3000-V100 series laptops. Also will fit other models, such as Fujitsu Amilo Pro V3205. Manufacturer part number is Chi Mei N121i3-L01. Resolution is 1280 x 800. The screen is in beautiful condition, bright and clear with no pixel issues or scratches. Please check this number against the screen you remove from your laptop for compatibility or make sure it cross references. **Warranted 100% no DOA and for 30 days!**

**Note: The "i" in the part number is shown in lower case because it looks so like an "L"**

**Suitable for these 12.1 wide-aspect laptops:**

- Lenovo 3000-V100
- Fujitsu Amilo Pro V3205

Winning bidder to pay $14.00 shipping and handling via USPS priority mail - Canada add $2 and overseas bidders pay $21 by Global Priority (3-5 days). PayPal preferred, but check or money order okay (checks will have to clear before item is shipped). Any questions, send me an email.

Y'all have a nice day.

Buy with confidence - I have been selling quality equipment on Ebay for more than eight years.

**Payment**

---



I accept the following forms of payment:

- PayPal
- Money Order
- Personal Check



Click to view supersized image



Click to view supersized image



Click to view supersized image

Prevent image theft and build your brand -
Vendio Image Watermarking



**Listing automation and FREE scheduled listings by Vendio.**

This auction has been viewed **172** times
Free counters provided by Vendio



## SquareTrade Warranty Available
### iPod, TV, Laptop, Cell Phone and More.

SquareTrade © square trade warranty v2.0



## Shipping and handling

**Services available**
Check item description and payment instructions or contact seller for details

**Ships to**
Worldwide

## Return policy

Return policy not specified
Read item description for any reference to return policy

## Payment details

| Payment method | Preferred/Accepted | Buyer protection on eBay |
|---|---|---|
| PayPal | Seller Preferred | PayPal Up to $2,000 in buyer protection See eligibility |
| Money order/Cashiers check | Accepted | Not Available |
| Personal check | Accepted | Not Available |

Learn about payment methods

**Seller's payment instructions**
PayPal is my preferred method of payment, so if this suits you then just click on the "Pay now with PayPal" logo of the completed auction. If you prefer another form of payment then please email me and we'll make arrangements. Thanks for bidding! Russ

## Take action on this item

**Item title: Chi Mei N121i3-L01 12.1" WXGA LCD Screen Lenovo 3000**

| **Place a bid** | **Buy It Now** |
| --- | --- |
| | *Buy It Now* price: **US $154.00** |
| Starting bid:    **US $149.00** | |
| Your maximum bid: US $ [          ] | **Buy It Now >** |
| (Enter US $149 00 **or more**) | You will confirm in the ne |
| **Place Bid >** | |
| You will confirm in the next step | |

or

eBay automatically bids on your behalf **up to** your maximum bid
Learn about bidding

Purchase this item now without bidding
Learn about Buy It Now

You can also     Watch This Item

## Other options

← Back to list of items  |  Report this item  |  Printer Version  |  Sell one like this

Seller assumes all responsibility for listing this item

eBay Pulse | eBay Reviews | eBay Stores | Half.com | eBay Express | Austria | China | France | Germany | Italy | Spain | United Kingdom | Popular Searches
Tickets at StubHub | Kijiji | PayPal | ProStores | Apartments for Rent | Shopping.com | Skype

About eBay | Announcements | Security Center | Policies | Site Map | Help

Copyright ⸱⸱ 1995-2007 eBay Inc  All Rights Reserved  Designated trademarks and brands are the property of their respective owners  Use of this Web site constitutes acceptance of the eBay User Agreement and Privacy Policy

eBay official time



eBay: Chi Mei 15.4" Laptop WXGA Glossy LCD Screen N154I1-L07 (item 2301330158... Page 1 of 4

| | Search | Advanced Search | | Buy  Sell  My eBay  Community  Help |

Sign in or register

Site Map

eBay Categories ▼    eBay Motors    eBay Express

Java™    POWERED BY ❖ Sun

← Back to list of items | Listed in category: | Computers & Networking > Desktop & Laptop Components > Screens, LCD Panel for Laptops > Other |

## Chi Mei 15.4" Laptop WXGA Glossy LCD Screen N154I1-L07

Item number: 230133015889

Seller of this item? Sign in for your status

Watch this item in My eBay

| | | | |
|---|---|---|---|
| Starting bid: | US $79.99 | Place Bid > | |

**Meet the seller**

Seller: parts4biz ( 10782 ☆ )

⭐ Power Seller

| End time: | May-26-07 10:31:45 PDT (4 days 20 hours) |
|---|---|
| Shipping costs: | US $20.00 |
| | Other (see description) |
| | Service to United States |
| Ships to: | United States |
| Item location: | Salt Lake City, UT, United States |
| History: | 0 bids |

Feedback: **98.5% Positive**

Member: since Jan-02-03 in United States

Read feedback comments

Ask seller a question

Add to Favorite Sellers

**View seller's other items**

You can also:    Watch This Item

Get alerts via Text message, IM or Cell phone
Email to a friend

**Buy safely**

1. **Check the seller's reputation**
   Score: 10782 | 98.5% Positive
   Read feedback comments

2. **Check how you're protected**

   PayPal **Up to $2,000** in buyer protection
   See eligibility

**Listing and payment details:    Show**

## Description



| **Item Is:** | Unused |
|---|---|
| **Condition:** | Box Is Factory Sealed |
| **Wear:** | Item Factory Sealed |
| **Note:** | No Warranty / See Our Guarantee |

Payment    Terms    Checkout    Shipping



**Chi Mei 15.4" Laptop WXGA Glossy LCD Screen N154I1-L07**

Click to enlarge:



**Manufacturer:** CHI MEI
**Part No:** N154I1-L07
**MSRP:** $375.00
**Description:** Chi Mei 15.4" Laptop WXGA Glossy LCD Screen N154I1-L07
**Includes:**

- Screen Only

**Features:**

- Resolution Pixels 1280 X 800
- 15.4" WXGA TFT LCD Display Screen
- Type Glossy
- Part Number N154I1-L07
- Retails for $375.00

**Please Note:** Item is unused, in open factory box. Please understand that everything you see in the picture is included, and nothing else. Thanks!

Buyer is to pay shipping and handling costs of **$20.00**. See below for details.

**Terms and Conditions**

**Bidding:**
To be sure your transaction is fun, safe, and successful please read and follow all TERMS and CONDITIONS of the product offering Absolutely no concessions will be made to price, shipping amount, shipping provider, or payment type.
WHO MAY BID:
All bidders with an eBay rating of 0 (with or without shades) must contact seller BEFORE bidding, or bids will not be honored. **WE DO NOT CLOSE AUCTIONS EARLY.** All sales listed on eBay will be completed through eBay! Buyer agrees to purchase exactly what is stated in the ad. Seller will not be held responsible for items assumed to be included in the auction. Any and all questions regarding items at auction must be resolved BEFORE bidding and seller will not be held responsible for questions not resolved before an auctions end
All bids indicate that PRIOR TO BIDDING buyer understands:

- What is being bid on
- Terms and conditions of auction
- Suitability of product for its purposes

All items have been researched to the best of the sellers ability and seller will not be held responsible for errors and/or omissions in technical data. All non-paying bidders will be charged a 25% restocking fee.

**Warranties:** No manufacturers warranties or support are offered on any item sold. See details below for sellers warranty. All items sold contain identification and have been verified by a third party to prevent fraud and protect both buyer and seller. All items not functioning as described in the auction at the time of purchase will be covered by a 15 day seller warranty. Buyer must notify seller within 2 days after receiving the item of any problem that may require a return and/or refund. UPON SELLERS APPROVAL items may be returned to the seller AT BUYERS EXPENSE and a REQUIRED Return Merchandise Authorization Number (RMA#) will be given. The item will then be tested to determine condition. If the item is not working properly and no signs of physical damage are visible, payment for the item will be refunded THERE WILL BE NO REFUNDS ON SHIPPING CHARGES. Seller reserves the right to replace, repair or issue a refund for the purchase price of any item at our sole discretion. Items returned to seller that do not meet the above criteria will not be refunded.
Seller's warranty DOES NOT cover:

- Items sold in as-is condition
- Buyers inability to install and/or use equipment due to lack of knowledge or experience.
- No expressed or implied warranties are offered with any item unless specified in the ad. All items are guaranteed against DOA, excluding items sold as is

Buyer's responsibility entails the transferring of ownership and/or warranty information when applicable. Seller is neither responsible for nor able to provide any information on the original owner/owners of any piece of equipment.

**Payment**

- Payment Arrangements must be made within 24 hours after auctions end
- We accept only PayPal.
- CREDIT CARDS and BANK TRANSFERS are accepted only through Paypal. www.paypal.com

eBay: Chi Mei 15 4" Laptop WXGA Glossy LCD Screen N154I1-L07 (item 2301330158...  Page 3 of 4

**Shipping & Handling**

Buyer is to pay shipping, handling, and Insurance costs of $20 00
**WE ONLY SHIP FEDEX**
**SHIPPING IS EXTRA FOR HAWAII AND ALASKA**
**WILL CALL IS NOT AVALIABLE**
**WE DO NOT SHIP INTERNATIONAL**
**WE DO NOT SHIP TO CANADA OR PUERTO RICO**

00005
The power of protection from AOL and eBay. Learn more

## Shipping and handling

### Ships to
United States

Country: United States

| Shipping and Handling | To | Service |
|---|---|---|
| US $20 00 | United States | Other (see description) |

**Shipping insurance**
Not offered

## Return policy

Return policy not specified
Read item description for any reference to return policy

## Payment details

| Payment method | Preferred/Accepted | Buyer protection on eBay |
|---|---|---|
|  | Seller Preferred | *PayPal* Up to $2,000 in buyer protection See eligibility |

Learn about payment methods

**Seller's payment instructions**
See Auction Description

eBay: Chi Mei 15.4" Laptop WXGA Glossy LCD Screen N154I1-L07 (item 2301330158...    Page 4 of 4

## Take action on this item

Help

Item title: **Chi Mei 15.4" Laptop WXGA Glossy LCD Screen N154I1-L07**

### Place a bid

Starting bid:       **US $79.99**

Your maximum bid:US $ [          ]        (Enter US $79 99 **or more**)

                    **Place Bid >**      You will confirm in the next step.

eBay automatically bids on your behalf **up to** your maximum bid  Learn about bidding

You can also    Watch This Item

## Other options

← Back to list of items  |  Report this item  |  Printer Version  |  Sell one like this

Seller assumes all responsibility for listing this item

eBay Pulse | eBay Reviews | eBay Stores | Half.com | eBay Express | Austria | China | France | Germany | Italy | Spain | United Kingdom | Popular Searches
Tickets at StubHub | Kijiji | PayPal | ProStores | Apartments for Rent | Shopping com | Skype

About eBay | Announcements | Security Center | Policies | Site Map | Help

Copyright © 1995-2007 eBay Inc  All Rights Reserved  Designated trademarks and brands are the property of their respective owners  Use of this Web site constitutes acceptance of the eBay User Agreement and Privacy Policy

eBay official time



Sign in or register                                                            Site Map

eBay Categories ▾     eBay Motors     eBay Express

| Search | Advanced Search |   Buy   Sell   My eBay   Community   Help

Java TECHNOLOGY   POWERED BY Sun

← Back to list of items     Listed in category:     Computers & Networking > Desktop & Laptop Components > Screens, LCD Panel for Laptops > Other

## N141I1-L03 LCD Display CHI-MEI DELL SONY HP COMPAQ

Item number: 170112266840

Buyer or seller of this item? Sign in for your status

Watch this item in My eBay



◀◁   ▶ ▷         1 of 2

View larger picture

**Buy It Now** price:  US $150.00     Buy It Now >

End time:          **8 hours 34 mins**
                   (May-21-07 22:52:00 PDT)

Shipping costs:    **US $10.00**
                   UPS Ground
                   Service to United States

Ships to:          United States

Item location:     Los Angeles, CA, United States

Quantity:          2 available

History:           Purchases

You can also:      Watch This Item

                   Get alerts via Text message or IM
                   Email to a friend

### Meet the seller

Seller:    john447
Feedback: **99.1%** F
Member:   since Ja
          United S
·  Read feedback
·  Ask seller a que
·  Add to Favorite
·  **View seller's o**

### Buy safely

1. **Check the selle**
   Score: 455 | 99
   Read feedback

2. **Check how you**
   *PayPal*  Up to
             buye
             See

Listing and payment details:   Show

## Description

*Item Specifics - Item Condition*
   Condition  **New**

This is brand NEW LCD 14.1" Panel made by CHI-MEI

**PAYMENT**

Paypal or Money Order

**WARRANTY**

eBay: N14lI1-L03 LCD Display CHI-MEI DELL SONY HP COMPAQ (item 17011226...    Page 2 of 4

90 days free replacement

**SHIPPING**

+ $10 Shipping and Handling ground service (no international shipping)

Select a picture






## Shipping and handling

### Ships to
United States

Country: United States ▾    Quantity: 1    Update

| Shipping and Handling | Each Additional Item | To | Service |
|---|---|---|---|
| US $10 00 | + $10 00 | United States | UPS Ground 1 to 6 business days |



### Shipping insurance
Not offered

## Return policy

Return policy not specified
Read item description for any reference to return policy

## Payment details

| Payment method | Preferred/Accepted | Buyer protection on eBay |
|---|---|---|
| **PayPal** (MasterCard, VISA, AMEX, DISC_VER, eCHECK) | Accepted | **PayPal** Up to $200 in buyer protection See eligibility |
| Money order/Cashiers check | Accepted | Not Available |
| Personal check | Accepted | Not Available |

Learn about payment methods

## Take action on this item                                                    Help

Item title: **N141I1-L03 LCD Display CHI-MEI DELL SONY HP COMPAQ**

**Buy It Now**

*Buy It Now* price: US $150.00

Your Quantity: **x** | 1

Buy It Now >     You will confirm in the next step

Purchase this item now without bidding  Learn about Buy It Now

You can also   Watch This Item

## Other options

← Back to list of items  |  Report this item  |  Printer Version  |  Sell one like this

Seller assumes all responsibility for listing this item

eBay Pulse | eBay Reviews | eBay Stores | Half.com | eBay Express | Austria | China | France | Germany | Italy | Spain | United Kingdom | Popular Searches
Tickets at StubHub | Kijiji | PayPal | ProStores | Apartments for Rent | Shopping.com | Skype

About eBay | Announcements | Security Center | Policies | Site Map | Help

Copyright © 1995-2007 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. Use of this Web site constitutes acceptance of the eBay User Agreement and Privacy Policy.

eBay official time



| | Search | Advanced Search | Buy | Sell | My eBay | Community | Help |

Sign in or register                                                              Site Map

eBay Categories ▾     eBay Motors     eBay Express                    Java™ TECHNOLOGY  POWERED BY ❖ Sun

⬅ Back to list of items     Listed in category:     Computers & Networking > Monitors & Projectors > LCD/Flat Panel > 19-inch > Other

# Chi Mei Corporation CT-934D (Silver, Black) 19 inch ... Item number: 270121689637

Seller of this item? Sign in for your status                    Watch this item in My eBay



View larger picture

| | |
|---|---|
| Starting bid: | **US $99.99**    Place Bid > |
| End time: | **May-25-07 06:28:35 PDT** (3 days 16 hours) |
| Shipping costs: | **US $19.99** US Postal Service Priority Mail® Service to United States |
| Ships to: | United States |
| Item location: | Scottsdale, Arizona, United States |
| History: | 0 bids |
| You can also: | Watch This Item |
| | Get alerts via Text message, IM or Cell phone Email to a friend |

**Meet the seller**

Seller:      rmccormicl

Feedback: 100% Posi
Member:   since Feb-
              United Stat

◦ Read feedback cor
◦ Ask seller a questic
  Add to Favorite Se
**View seller's othe**

**Buy safely**

1. **Check the seller's** Score: 254 | 100% Read feedback cor

2. **Check how you're**
   *PayPal* Up to $ buyer p See eli

Listing and payment details:   **Show**

## Description



Stock Photo
⬇ Additional information

*Item Specifics - Monitors*
Condition: Used

Average Rating: ⬛⬛⬛⬛⬛ 5 5 from 1 reviews
See Reviews

   I bought this from new egg a year or so ago for my wifes computer which we no longer have. It's ju

sitting in a box in the closet so I figured I'd through it on eBay. Works great, no scratches, includes cables and cords (including DVI). Acutally has very low response times so it's great for gaming. I played a little BF2 on it and it looked great.

Shipping is via USPS Priority Mail and will be $19.99.

Pay any way you like but Paypal is preferred. Personal checks must clear before item is shipped.

Please check feedback to see that I am a reasonable and responsible seller.


Powered by eBay Turbo Lister

Additional Information about Chi Mei Corporation CT-934D (Silver, Black) 19 inch Monitor

**Key Features**
| | |
|---|---|
| Size | 19 inch |
| Contrast Ratio | 500:1 |
| Aspect Ratio | 5:4 |
| Max Resolution | 1280 x 1024 |
| Brightness | 320 cd/m² |
| Response Time | 8 ms |
| Dot Pitch | 0 294 mm |
| Color Depth | 24-bit (16 7M Colors) |
| Viewable Picture Size | 19 in |

**Technical Features**
| | |
|---|---|
| Form Factor | Desktop |
| Digital Video Input Standard | DVI-D |
| Synchronization Range - Vertical | 56 - 76 Hz |
| Synchronization Range - Horizontal | 30 - 82 kHz |
| Max Viewing Angle - Horizontal | 160 |
| Max Viewing Angle - Vertical | 130 |
| Native (Recommended) Resolution | 1280 x 1024 |
| Audio Output | Speaker(s) |

**Dimensions**
| | |
|---|---|
| Height | 17 28 in |
| Width | 16.46 in |
| Depth | 8 27 in. |
| Weight | 11 24 lb |

**Miscellaneous**
| | |
|---|---|
| Power Consumption | 58 Watt |
| Other Features | VESA External Mounting |
| Exterior Color | Black, Silver |
| MPN | CT934D |

The seller, rmccormick13, assumes full responsibility for the content of this listing and the item offere(

Select a picture





00015

The power of protection from AOL and eBay. Learn more

## Shipping and handling

**Ships to**
United States

Country: United States ▾

| Shipping and Handling | To | Service |
|---|---|---|
| US $19.99 | United States | US Postal Service Priority Mail® |
| | | Estimated delivery 2-3 days* |

*Sellers are not responsible for service transit time. This information is provided by the carrier and excludes weekends and holidays. Note that transit times may vary, particularly during peak periods.

**Shipping insurance**
Not offered

## Return policy

Return policy not specified.
Read item description for any reference to return policy.

## Payment details

| Payment method | Preferred/Accepted | Buyer protection on eBay |
|---|---|---|

| **PayPal** | Seller Preferred | **PayPal** Up to $2,000 in buyer protection. See eligibility |
|---|---|---|
| Money order/Cashiers check | Accepted | Not Available |
| Personal check | Accepted | Not Available |
| Other - See Payment Instructions for payment methods accepted | Accepted | Not Available |

Learn about payment methods

## Take action on this item                                          Help

Item title: **Chi Mei Corporation CT-934D (Silver, Black) 19 inch ...**

**Place a bid**

Starting bid:      **US $99.99**

Your maximum bid: US $ [        ]      (Enter US $99.99 **or more**)

**Place Bid >**      You will confirm in the next step.

eBay automatically bids on your behalf **up to** your maximum bid  Learn about bidding

You can also      Watch This Item

## Other options

← Back to list of items  |  Report this item  |  Printer Version  |  Sell one like this

Seller assumes all responsibility for listing this item.

eBay Pulse | eBay Reviews | eBay Stores | Half.com | eBay Express | Austria | China | France | Germany | Italy | Spain | United Kingdom | Popular Searches
Tickets at StubHub | Kijiji | PayPal | ProStores | Apartments for Rent | Shopping.com | Skype

About eBay | Announcements | Security Center | Policies | Site Map | Help

Copyright © 1995-2007 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. Use of this Web site constitutes acceptance of the eBay User Agreement and Privacy Policy.

eBay official time



Sign in or register

Site Map

eBay Categories ▼    eBay Motors    eBay Express

Java TECHNOLOGY | POWERED BY ❖ Sun

← Back to list of items    Listed in category:    Computers & Networking > Monitors & Projectors > LCD/Flat Panel > 20-inch & Larger > Other

## Chi Mei 22" Widescreen LCD Monitor
Last Month's Winner of Customer Choice Award

Item number: 300099990833

**Buyer or seller of this item? Sign in** for your status

Watch this item in My eBay

Meet tl



Stock Photo

View larger picture

=BuyItNow price.  US $325.00    Buy It Now >

immediate payment required

*Best Offer*    Make Offer >

Make no payments for 3 months Apply

Shipping costs:  Calculate
Ships to:    United States
Item location:  Holly Springs, United States

You can also:    Watch This Item

Get alerts via Text message or IM
Email to a friend

Seller:
Feedbac
Member

Read
Ask se
Add tc
View s
Visit s
🖻 Dav

**Buy sa**
1. Chec
   Scor
   Reac
2. Chec
   *Pa*

**Listing and payment details:  Show**

## Description  (revised)



Stock Photo

*Item Specifics - Monitors*
Condition: New

See Reviews

**Note:** The seller of this item is away until December 31, 2008. You may purchase the item, but the
Learn more

## Davtec Custom Built Computers

**Visit my eBay Store:** 🖻 **Davtec Custom Built Computers**

eBay: Chi Mei 22' Widescreen LCD Monitor (item 300099990833 end time Jun-07-07 2...     Page 2 of 5

Monitors | Memory | Video Cards | Sound Cards | TV Cards

SALE   Items On Sale

**Store Search**

☐ in titles & descriptions

Search

**Store Categories**
Store home
Desktop PC's
■ Gaming Computers
   $500-$750
   $750-$1000
   $1000 and Up
■ Business Computers
   $500-$750
   $750-$1000
   $1000 and Up
■ Home Computers
   $500-$750
   $750-$1000
   $1000 and Up
Low Price Computers
Laptops
■ Acer
   $500-$750
   $750-$1000
   $1000 and Up
■ Toshiba
   $750-$1000
   $1000 and Up
■ Dell
   $500-$750
   $750-$1000
   $1000 and Up
■ Other Laptops
Add-ons
■ Monitors
■ Video Cards
See all categories

**Product Information**
Looking to go big on screen size and value, without breaking the bank? The Chime
widescreen heaven. Enjoy smooth video and fast gaming with a speedy 5ms respc
1050 pixels of WSXGA+ resolution, 330 candelas of searing brightness and a gene
space for true HD gaming and enough real estate to line up almost 2 full-sized doc

Looking to go big on screen size and value, without breaking the bank? The Chime
widescreen heaven. Enjoy smooth video and fast gaming with a speedy 5ms respc
1050 pixels of WSXGA+ resolution, 330 candelas of searing brightness and a gene
space for true HD gaming and enough real estate to line up almost 2 full-sized doc

A 170° horizontal and 160° vertical viewing angle, combined with tilt adjustment an
flexibility to view this king-sized screen from almost anywhere in the room. A brillia

**Key Features**
| | |
|---|---|
| Contrast Ratio | 800:1 |
| Aspect Ratio | 16:10 |
| Response Time | 5 ms |
| Dot Pitch | 0.282 mm |
| Viewable Picture Size | 22 in. |

**Technical Features**
| | |
|---|---|
| Digital Video Input Standard | DVI-D |
| Native (Recommended) Resolution | 1680 x 1050 |

**If you have any questions, contact Rosend@davtec.net or press this page.**

_____

On May-10-07 at 21:01:47 PDT, seller added the following informatio

This auction seller accepts auction payments from BidPay®! - Fr
**MasterCard.**

Click here to pay

BidPay.com

Seller BidPay ID: Davtec

_____



Stock Photo

Thanks for
looking!
The power of protection from AOL and eBay. Learn more

**Find more items from the same seller. Bid or Buy Now!**



ViewSonic 22" Widescreen
Black\Silver LCD Monitor

*Buy It Now*
*or Best Offer*     US $487.00



ViewSonic Black 22" Widescreen
LCD Monitor with Webcam

*Buy It Now*
*or Best Offer*     US $450.00



LG Flatron 22" Widescreen
Monitor

*Buy It Now*
*or Best Offer*     US $432.0

 Visit seller's Store

## Shipping and handling

### Ships to
United States

| Country: | United States ▾ | Zip or postal code: | | Update |

| Shipping and Handling | To | Service |
|---|---|---|
| Enter zip code | United States | UPS Ground<br>1 to 6 business days |
| Enter zip code | United States | UPS 3 Day Select$^{SM}$<br>Guaranteed in 1-3 days |
| Enter zip code | United States | UPS 2nd Day Air®<br>Guaranteed in 1-2 days |

Shipping cannot be calculated for your area. You can contact the seller for additional shipping costs and services.

*Sellers are not responsible for service transit time. This information is provided by the carrier and excludes weekends and holidays. Note that transit times may vary, particularly during peak periods.

**Domestic handling time**
Will usually ship within 3 business days of receiving cleared payment.

**Shipping insurance**
Optional (based on location and shipping service)

## Return policy

Return policy not specified
Read item description for any reference to return policy

## Payment details

| Payment method | Preferred/Accepted | Buyer protection on eBay |
| --- | --- | --- |
| PayPal [MasterCard VISA AMEX DISCOVER] | Seller Preferred | PayPal Up to $200 in buyer protection. See eligibility |

Learn about payment methods

## Take action on this item

Item title: **Chi Mei 22" Widescreen LCD Monitor**

| Buy It Now | Best Offer |
| --- | --- |
| *Buy It Now* price: **US $325.00** | Submit your best offer to the seller |
| Buy It Now > | Make Offer > |
| You will confirm in the next step | |
| (immediate payment required)     or | |
| The seller requires you to make immediate payment to claim this item. You will be asked to do so with PayPal on the next page. Learn more | |
| Purchase this item now without bidding Learn about Buy It Now | Present your highest offer to the seller Learn about Best Offer |

You can also     Watch This Item

## Other options

← Back to list of items  |  Report this item  |  Printer Version  |  Sell one like this

Seller assumes all responsibility for listing this item.

eBay Pulse | eBay Reviews | eBay Stores | Half.com | eBay Express | Austria | China | France | Germany | Italy
| Spain | United Kingdom | Popular Searches
Tickets at StubHub | Kijiji | PayPal | ProStores | Apartments for Rent | Shopping.com | Skype

About eBay | Announcements | Security Center | Policies | Site Map | Help

Copyright © 1995-2007 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. Use of this
Web site constitutes acceptance of the eBay User Agreement and Privacy Policy.

eBay official time



Search | Advanced Search     **Buy   Sell   My eBay   Community   Help**

Sign in or register                                                Site Map

eBay Categories ▾   eBay Motors   eBay Express

Java TECHNOLOGY   POWERED BY Sun

←. Back to list of items     Listed in category:     Computers & Networking > Desktop & Laptop Accessories > Cables, Connectors for Laptops > Dell

## M150X2-L01 LCD, CHI MEI, M150X2-L01, 15.0" TFT LCD REV

Item number: 6716613749

Buyer or seller of this item? Sign in for your status                    Watch this item in My eBay

*BuyItNow* price: **US $120.00**     Buy It Now >

Shipping costs: Calculate
Ships to:        Worldwide
Item location:   Coupland, Texas, United States
Quantity:        8 available
History:         Purchases

You can also:     Watch This Item

Get alerts via Text message or IM
Email to a friend

View larger picture

### Meet the seller

Seller:   lcdsuppli
          Power Seller

Feedback: 99.3% P
Member:   since No
          United S

- Read feedback c
- Ask seller a ques
- Add to Favorite S
- View seller's othe
  Store | List
- Visit seller's Stor
  LCDSupplier:

### Buy safely

1. **Check the selle**
   Score: 1244 | 99
   Read feedback c

2. **Check how you**
   *PayPal* Up to
   buye
   See (

## Description

### LCDSuppliers



Visit my eBay Store: LCDSuppliers

COMPUTERS | SERVERS | COMPUTER PARTS | SE
NOTEBOOKS



Description   Payment   Shipping

# Description

**M150X2-L01 LCD, CHI MEI, M150X2-L01, 15.0" TFT LCD**

**You are bidding on 1pc of**
**M150X2-L01 LCD, CHI MEI, M150X2-L01, 15.0" TFT LCD**

**Manufacturer:** CHI MEI    **Part Number:** M150X2-

**Specifications**

**Usage**
LCD, 15" TFT REV C3

**Condition**
NEW PULL

**Warranty**
10 Days Replacement Warranty
Our warranty does not cover Incompatibility or Physical D

# Payment

**We accept many forms of payment including, but not limited to:**

- PayPal (Visa, MasterCard, American Express, Discover, eChec
- Cashier's Check
- Money Order
- Personal/Company Checks
- Western Union Auction Payments via BidPay.com
- Wire Transfers (T/T)

*If you would like to use an alternate method of payment, please con
auction closes.



1   If using Paypal, we will only ship to confirmed addresses. If your address is NOT confirme
of payment or the auction will be cancelled.

2.  All orders paying with a company or personal check will be held 5-10 days in order to allov
actually shipped out.

3.  All orders using eCheck payments will be held for 3-5 days until we receive notification of

4   All electronic payments (PayPal) must be received within 5 days of the auction closing tim
comply, the auction will be cancelled and appropriate measures will be taken (i.e. feedbac

5   If you send payment by mail (Cashier's Check, Money Order, Personal/Company Checks,
received within 10 days of the auction close. If the winning bidder fails to comply, the auct
measures will be taken (i.e. feedback, non-paying bidder procedure)

6   ALL INTERNATIONAL BUYERS MUST SEND PAYMENT VIA WIRE TRANSFER FUNDS
OTHERWISE THEY MUST USE BIDPAY.COM. INTERNATIONAL MONEY ORDERS AF
BE AWARE THERE WILL BE A 14 DAY HOLD AFTER PAYMENT HAS BEEN DEPOSIT

# Shipping

1.  Most items are shipped via FedEx ground or UPS ground by default.

2   Items under 1 pound are sometimes (not always) shipped via USPS First Class Mail and I

3   Shipping and handling is calculated based upon the shipping destination. To determine th
destination, please use the eBay shipping calculator below.

4   A sales receipt and tracking # will be emailed to you if an email address is provided. Pleas
tracking information.

5   Typically, if payment is received by 8 A.M. CST, the item will ship out the same business (
A.M. CST, the item will ship the next business day

6   All items over $100 in value are required to be fully insured

7    If you win multiple items, we can combine shipping and handling fees  Please contact us f

8    We do ship to any international destinations outside the United States  Please contact us
     shipping quote  Shipping internationally can be expensive so please keep this in mind bef
     is not responsible for any duties or associated fees  We will not falsify any legal document
     duties  Please do not ask.

9    If the item is being shipped via UPS or FedEx, we can only ship to physical addresses wit
     excluded)  Please contact us if you have any questions regarding this matter

10   Local pick-ups are not available for any items sold on eBay

11   Items lost or damaged in transit must be taken up with the shipping company (FedEx, UP:
     not held responsible (however, we will try to help you in anyway possible)

12   Express shipping (3 Day, 2 Day, Overnight, Priority Overnight) is available upon request
     rates and delivery times

# Contact

### E-mail Address
ebay@lcdsuppliers.com

### AIM
LCDSuppliersjohn

ww\

### Phone Number
Voice +1 512 856 2319

FAX +1 512 692 2792

### Hours
Monday - Friday
9:00AM - 6:00PM

Saturday
9:00AM - 4:00PM

N

LCD

Co

## Returns

1    All returns MUST obtain an RMA number  If an item is sent back with out an RMA there w
     all the proper paperwork has been completed and approved

2.   Returns are available on defective items sold on eBay within 10 days of the auction closin
     our discretion as to which you will receive

3    There are no returns allowed on non-defective item  If an item is returned and is found no
     restocking fee

4    If original payment is sent via PayPal, the PayPal fees will be deducted from the total refu
     defective items (usually between 1 5%-3%, see PayPal's website under fees for more info

5    Original and return shipping and handling charges are not refundable

6    Any returned items must be received back in original packaging, exactly as they were ship

**RMA Address**
LCDSuppliers com, Inc.
307 Bldg B N. Austin Str
Coupland, TX 78615

**Feedback**

1    We reserve the right to cancel any bids from bidders with feedback of "0" or less. If you ha
     you're interested in one of our items, please contact us before bidding on the auction

2    We leave positive feedback for all transactions after receiving positive feedback from buye
     with the transaction

3.   We encourage you to leave positive feedback on our eBay account after receiving the iter
     you received, please contact us before leaving negative or neutral feed back on our accou

4    We encourage you to check out our feedback on eBay.

**Non-Paying Bidders**

1    We have a very strict procedure for non-paying bidders

2    Within 3 days of the auction close, you will receive a payment reminder from eBay.

3.   7 days later you will receive a non-paying warning from eBay.

4.   Shortly after, the auction will be cancelled and negative feedback will be left on your eBay

5.   10 days later we will apply for a transaction fee refund while adding your username to our

6    If eBay receives multiple accounts of non-paying status for a bidder, the account will be st

**Miscellaneous**

1    We reserve the right to cancel and close an auction at anytime with out prior notification.

2.   Any mention of warranties are fulfilled solely through manufacturer's or other third-party or

3.   We are not responsible for typographical errors in the auction listing

4    If the item you receive is not the same as the item described in the auction listing, please
     everything we can to make things right

5.   Please read through the entire auction listing, before placing a bid. If you don't agree with

Extended Warranties are available for the majority of the items we sell on eBay. Check out the lin

Copyright © 2004 LCDSuppliers com. Inc . All Rights Reserved



Powered by Selling Manager Pro

On Sep-21-05 at 21:25:30 PDT, seller added the following information:



eBay User ID:
**lcdsuppliers**

May 21, 2007

**Member of SquareTrade
Bid with Confidence
Click to Learn Why**

SquareTrade ⓒ AP6 0





FREE Counters and Services from Andale

## Save on shipping - buy additional items now from this seller's other listings!







**SL52Q CPU, PIII 933EB 256KB 133MHZ FCPGA**

**SL4K2 CPU, INTEL MOBILE PIII 750MHZ 256K**

**SL43R CPU, 500MHZ CELER MOBILE PROCESSOR**

*Buy It Now*     US $35.00

*Buy It Now*     US $25.00

*Buy It Now*     US $15.00

 Visit seller's Store

## Shipping and handling

Save on shipping - **buy additional items now from this seller's other listings!**

**Ships to**
Worldwide

Country: United States ▼     Zip or postal code: [          ]     Quantity: 1     Update

| Shipping and Handling | To | Service |
|---|---|---|
| Enter zip code | United States | UPS Ground<br>1 to 6 business days |
| Enter zip code | United States | UPS 2nd Day Air®<br>Guaranteed in 1-2 days |
| Enter zip code | United States | UPS Next Day Air Saver®<br>Guaranteed by next day |

Shipping cannot be calculated for your area. You can contact the seller for additional shipping costs and services

Add . . . . . . . . . . for service transit time. This information is provided by the carrier and excludes weekends and holidays
Note that transit time may vary, particularly during peak periods

**Shipping insurance**
Optional (based on location and shipping service)

## Return policy

Return policy not specified
Read item description for any reference to return policy

## Payment details



| Payment method | Preferred/Accepted | Buyer protection on eBay |
|---|---|---|
| PayPal | Seller Preferred | PayPal Up to $2,000 in buyer protection See eligibility |
| Money order/Cashiers check | Accepted | Not Available |
| Personal check | Accepted | Not Available |
| Other - See Payment Instructions for payment methods accepted | Accepted | Not Available |

Learn about payment methods

**Seller's payment instructions**
Email us with any questions or concerns that you may have. All returns must have an RMA number.

## Take action on this item                                    Help

Item title: **M150X2-L01 LCD, CHI MEI, M150X2-L01, 15.0" TFT LCD REV**

**Buy It Now**

=BuyItNow price: **US $120.00**

Your Quantity: **x** | 1

Buy It Now >     You will confirm in the next step

Purchase this item now without bidding  Learn about Buy It Now

You can also     Watch This Item

**Other options**

← Back to list of items  |  Report this item  |  Printer Version  |  Sell one like this

Seller assumes all responsibility for listing this item

eBay Pulse | eBay Reviews | eBay Stores | Half.com | eBay Express | Austria | China | France | Germany | Italy | Spain | United Kingdom | Popular Searches
Tickets at StubHub | Kijiji | PayPal | ProStores | Apartments for Rent | Shopping.com | Skype

About eBay | Announcements | Security Center | Policies | Site Map | Help

Copyright © 1995-2007 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. Use of this Web site constitutes acceptance of the eBay User Agreement and Privacy Policy

eBay official time

EXHIBIT 36 – PART B



Search | Advanced Search    **Buy**    **Sell**    **My eBay**    **Community**    **Help**

Sign in or register

Site Map

eBay Categories ▼    eBay Motors    eBay Express

⇐ Back to list of items

| Listed in category: | Computers & Networking > Desktop & Laptop Components > Screens, LCD Panel for Laptops > Other |

## N150X6-L01 Chi Mei 15.0 Inch XGA

Item number: 140094893369

**Buyer or seller of this item?** Sign in for your status

**Watch this item** in My eBay

| | | | **Meet the seller** |
|---|---|---|---|
| *Buy It Now* price: | US $145.00 | Buy It Now > | Seller:   m5techr |
| | immediate payment required | | Feedback: 98.8% F |
| | | | Member:  since M: |
| | | | United S |
| *Best Offer* | | Make Offer > | Read feedback |
| | | | Ask seller a que |
| | | | Add to Favorite |
| Shipping costs: | **FREE** | | View seller's oth |
| | Standard Flat Rate Shipping Service | | Store | List |
| | Service to United States | | Visit seller's Sto |
| Ships to: | United States | | M5 Technolo |
| Item location: | Fort Hood, TX, United States | | |

View larger picture

**Buy safely**

1. **Check the sell**
   Score: 81 | 98 8
   Read feedback

2. **Check how you**

| You can also: | Watch This Item |

Get alerts via Text message or IM
Email to a friend

PayPal   Up t
buye
See

Returns:   Seller
returr
7 Day

**Listing and payment details:** Show

**Make no payments for 3 months**
and pay no interest if paid in 3 months on your first purchase over $50 with the PayPal
Plus Credit Card  Plus  earn rewards on every purchase you make! Get the PayPal Plus
Credit Card and use anywhere MasterCard is accepted    See details | Apply now

## Description

*Item Specifics - Item Condition*
   Condition: **Used**

## M5 Technologies

**Visit my eBay Store:** M5 Technologies

Store Categories

Store home

# N150X6-L01 Chi Mei 15.0 Inch XGA

**Laptop Parts**
**Other Items**

• **Size:** 15.0"

• **Resolution:** XGA

• **Pixels:** 1024 x 768

**Condition:** Screen is in great condition.

## About our parts:

**All parts pulled from used systems, carefully tes
bags. All parts are guaranteed for 3 days DOA.
issue with an item please email us at ebay@m5t**

**All parts are intended to be installed by a certifi
a proof of a professional installation in order to**

**Please make sure that the part is compatible wit
purchasing. Please email us with any questions**

**We only accept PayPal, major credit cards or m**

**PayPal accounts must be USA registered, verifi
Otherwise you will not be able to pay.**

**Please make sure your payment is made within
don't receive your payment within given time fr
and will file for unpaid item dispute. This appli
exceptions will be made.**

**8.25% tax will be added to the total for TX resi**

**(FREE SHIPPING ON THIS ITEM!!!)**

**We ship via UPS only. All shipments are insure
hours. Excluding weekends and holidays.**

**Delivers within 3-5 business days. Excluding we
lost in transit contact us immediately.**

**We do not ship outside of 48 contiguous states.**

Canada, or other countries.

**We do not ship to PO boxes or to APO/FPO.**

**Items are normally shipped within 24-72 hours.**

**Shipping fee is located on top of this page.**

**Since all items are shipped individually we do n<sup>...</sup>**
**discounted shipping.**

---



00025

The power of protection from AOL and eBay. Learn more

**Find more items from the same seller. Bid or Buy Now!**



IBM LCD 05K9566 14.1 ", 1024 x 768 pixels

≡Buy It Now
or Best Offer    US $165.00



Acer Aspire 1350 Original Upper Case palm rest w/Mouse

≡Buy It Now
or Best Offer    US $45.00



Compaq Presario R4000 CF Heatsink 383676-001

≡Buy It Now
or Best Offer    US $65.0

 Visit seller's Store

## Shipping and handling

**Ships to**
United States

Country:  United States  ▼

| Shipping and Handling | To | Service |
| --- | --- | --- |
| FREE | United States | Standard Flat Rate Shipping Service |

**Shipping insurance**
Not offered

**Sales tax**

Seller charges sales tax for items shipped to: TX* (8 250%)
* Tax applies to subtotal + S&H for these states only

## Return policy

| Item must be returned within: | 7 Days |
| --- | --- |
| Refund will be given as: | Money Back |
| Return policy details: | Please contact us within seven days of arrival  E-mail address ebay@m5tech.net or 254-532-2219 |

## Payment details

| Payment method | Preferred/Accepted | Buyer protection on eBay |
|---|---|---|



Seller Preferred

 **Up to $2,000** in
buyer protection.
See eligibility

Learn about payment methods

## Take action on this item

Item title: **N150X6-L01 Chi Mei 15.0 Inch XGA**

**Buy It Now** _____

**Best Offer** _____

*≡Buy It Now* price: **US $145.00**

Submit your best offer to the seller

Buy It Now >

Make Offer >

You will confirm in the next step

(immediate payment required)        or

The seller requires you to make immediate
payment to claim this item. You will be asked to
do so with PayPal on the next page. Learn
more

Present your highest offer to the seller
Learn about Best Offer

Purchase this item now without bidding
Learn about Buy It Now

You can also      | Watch This Item |

## Other options

← Back to list of items  |  Report this item  |  Printer Version  |  Sell one like this

Seller assumes all responsibility for listing this item.

eBay Pulse | eBay Reviews | eBay Stores | Half.com | eBay Express | Austria | China | France | Germany | Italy
| Spain | United Kingdom | Popular Searches
Tickets at StubHub | Kijiji | PayPal | ProStores | Apartments for Rent | Shopping.com | Skype

About eBay | Announcements | Security Center | Policies | Site Map | Help

Copyright © 1995-2007 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. Use of this
Web site constitutes acceptance of the eBay User Agreement and Privacy Policy.

eBay official time



Sign in or register

Buy  Sell  My eBay  Community  Help

Site Map

eBay Categories ▼    eBay Motors    eBay Express

Java™ TECHNOLOGY    POWERED BY Sun

⬅ Back to list of items

| Listed In category: | Computers & Networking > Desktop & Laptop Components > Screens, LCD Panel for Laptops > Other |

# CHI MEI LCD 15" XGA+ DELL LATITUDE D505 N150X6-L01

Item number: 330115463286

**Buyer or seller of this item?** Sign in for your status

**Watch this item** in My eBay

=*Buy It Now* price: **US $155.00**    Buy It Now >

**Meet the seller**

Seller:    4dcomp

Feedback: **98.2%** F

Member:    since Ja
States

Read feedback

Ask seller a que

Add to Favorite

View seller's oth
Store | List

Visit seller's Sto
4D Compute

Shipping costs: **US $15.00**
Standard Flat Rate Shipping
Service
Service to United States

Ships to:    United States

Item location:    Fort Worth, Texas, United States

You can also:    Watch This Item

Get alerts via Text message or IM
Email to a friend

View larger pictue

Listing and payment details:  Show

**Buy safely**

1. **Check the sell**
Score: 1974 | 98
Read feedback

2. **Check how you**

*PayPal*  Up t
prote
eligi

## Description

## 4D Computer Parts Inc

Visit my eBay Store: 🔲 4D Computer Parts Inc

Store Categories

PLEASE READ CAREFULLY BEFORE PLACING A BID. IF YOU DO NOT AGREE TO ANY OF THE

Store home
AC Adapter
Bags and Cases
Consumer Electronics
CPU Cooling Fan
Desktop Memory

Flat Panel LCD Monitor
Laptop Battery
Laptop Keyboard
Laptop LCD
Laptop LCD Cable
Laptop Memory
Laptop Motherboard
Laptop Video Card
LCD Inverters
Optical Drives
PDA
PDA Accessories
Processors
Other Items

## CHI MEI LCD 15" XGA+ DELL LATITUDE D505 N150X6-L01



MANUFACTU
CHI MEI

PART NUMBI
N150X6-L01

SPECIFICAT
LCD will go wi

USAGE
Compatible M

Those models
some models
responsible fo

May also work
Toshiba, Sony
for LCD mode

*4dcomputerpa*

*\* PICTURED MAY NOT NOT BE THE ACTUAL AUCTION ITEM BUT CLEARLY REPRESENTS
IT*

TESTS
Completed Te

CONDITION
Used, good we

WARRANTY
30 Days Repla

### PAYMENT AND SHIPPING INFORMATION

U.S. Visa, MasterCard, Discover, Paypal, www bidpay com, Money Orders,
Cashiers Checks, Personal Checks (must clear prior to shipping) are accepted

Paypal payments preferred for U.S. buyers but we will only ship to paypal
confirmed shipping address. If your shipping address is not confirmed (only U.S
Canada and UK), your item will be held for 45 day after payment is cleared before
we ship. Credit card payments (U.S bidder only) are accepted by phone.

International buyers or APO Address must use www bidpay com or money order
We do not accept credit card payment for anywhere outside of the U.S

TX residents pay 8.25% tax.

Buyer pays a
US Item will I
number

Additional $1!
and APO addr

International
$N/A for USF
will provide a
to ship to Inte

For faster ship
paypal payme
for second day
Second day ar

Combined shi
payments will

Customer who
each Item

ALL PAYMENTS MUST BE RECEIVED WITHIN 5 BUSINESS DAYS

### CONTACT INFORMATION

| | |
|---|---|
| E-mail Address | sales@4dcor |
| RMA Department (Defective item return questions) | rma@4dcom |
| Phone Number | +1 817-531-3 |
| Hours | Monday - Frid |
| Mailing Address & Pick-up Location | 4D Computer |
| | 2500 Ludelle |
| | Fort Worth, T |

To insure prop
with any payn

### RETURN POLICY

**ALL RETURNS MAY BE SUBJECT OF 25% RESTOCKING FEE. SHIP**
**REFUNDABLE. CUSTOMER WILL BE RESPONSIBLE FOR ALL RETU**
shipment received  To obtain instruction to return any defective item, please contact the rma depa
yourself to this transaction  No bids shall be retracted, no transactions will be voided. We held no r
the part we sell is the part you need by matching the part numbers accordingly. If you are unsure

**THANK YOU FOR LOOKING AND GOOD LUCK WITH YOUR BIDDII**

        ☒ Money Orders and payment servi



Powered by Selling Manager P

---

On Jan-31-07 at 10:37:23 PST, seller added the following informatior

This auction seller accepts auction payments from BidPay®! - F
**MasterCard.**

Click here to pay.

BidPay com

Seller BidPay ID: 4dcompt

---

4dcomputerpa

00011
The power of protection from AOL and eE

**Find more items from the same seller. Bid or Buy Now!**





SHARP LAPTOP LCD DELL LATITUDE CPI A 13.3"TFT LQ13X02C

IBM 15" SXGA+ LAPTOP LCD DISPLAY 9H201 ITSX95E /B

SAMSUNG LAPTOP L( LTN154U1-

*=BuyItNow*     US $14.00

*=BuyItNow*     US $85.00

*=BuyItNow*

Time left:     13d 23h 58m

Time left:     3d 4h 53m

Time left:

Visit seller's Store

## Shipping and handling

### Ships to
United States

Country: United States

| Shipping and Handling | To | Service |
| --- | --- | --- |
| US $15 00 | United States | Standard Flat Rate Shipp |

### Shipping insurance
Not offered

### Sales tax

Seller charges sales tax for items shipped to: TX* (8 250%)
* Tax applies to subtotal + S&H for these states only

## Return policy

Return policy not specified
Read item description for any reference to return policy

## Payment details

| Payment method | Preferred/Accepted | Buyer protection |
| --- | --- | --- |
| | Accepted | PayPal Up to $ eligibilit |



| | | |
|---|---|---|
| Money order/Cashiers check | Accepted | Not Available |
| Personal check | Accepted | Not Available |
| Visa/MasterCard, Amex, Discover | Accepted | See your credit c |

Learn about payment methods

**Seller's payment instructions**
See item's description for details

## Take action on this item

Item title: **CHI MEI LCD 15" XGA+ DELL LATITUDE D505 N150X6-L01**

**Buy It Now**

*≡Buy It Now* price:   **US $155.00**

Buy It Now >     You will confirm in the next step

Purchase this item now without bidding  Learn about Buy It Now

You can also     Watch This Item

## Other options

← Back to list of items  |  Report this item  |  Printer Version  |  Sell one like this

Seller assumes all responsibility for listing this item

eBay Pulse | eBay Reviews | eBay Stores | Half com | eBay Express | Austria | China | France | Germany | Italy
Tickets at StubHub | Kijiji | PayPal | ProStores | Apartments for Rent | Shopping com | Skype

About eBay | Announcements | Security Center | Policies | Site Map | Help

Copyright © 1995-2007 eBay Inc All Rights Reserved  Designated trademarks and brands are the property of their respective owners  Use of this \
Policy

eBay official time



Sign in or register                                          Site Map

eBay Categories ▾    eBay Motors    eBay Express

← Back to list of items    Listed in category:    Computers & Networking > Desktop & Laptop Components > Screens, LCD Panel for Laptops > Other

# CHI MEI N140A1-L01 XBRITE LCD GATEWAY MX3225 ~ADEAL~

Item number: 150103811202

Buyer or seller of this item? Sign in for your status                    Watch this item in My eBay



View larger picture

| | |
|---|---|
| *Buy It Now* price: | **US $159.00**    Buy It Now > |
| *Best Offer* | Make Offer > |
| Shipping costs: | **US $15.00** (discount available) Standard Flat Rate Shipping Service Service to United States (more services) |
| Ships to: | United States |
| Item location: | Escondido, California, United States |
| You can also: | Watch This Item |

Get alerts via Text message or IM
Email to a friend

## Meet the seller

Seller:    adeal co me
Feedback:  99.7% P
Member:    since Se
           United S
           Read feedback c
           Ask seller a ques
           Add to Favorite S
           View seller's oth
           Store | List
           Visit seller's Stor
           Adealcom

## Buy safely

1. **Check the selle**
   Score: 58793 | 9
   Read feedback c

2. **Check how you**

   *PayPal*  Up t
             buye
             See

**Listing and payment details:  Show**

**Make no payments for 3 months**
and pay no interest if paid in 3 months on your first purchase over $50 with the PayPal Plus Credit Card  Plus  earn rewards on every purchase you make! Get the PayPal Plus Credit Card and use anywhere MasterCard is accepted    See details | Apply now

## Description  (revised)



| Gateway laptop parts | E100 | 200 | M200 | M300 | 400 | M400 | 450 |
| Emachines laptop parts | M600 | MX1000 | 3000 | ML3000 | MT3000 | MX3000 | 4000 |
| Desktop/Media Center | MP6000 | MT6000 | MX6000 | 7000 | MX7000 | 8000 | MP8000 | M |
| SOLO Series Parts | NX series | S-N7000 | Tablet PC | Profile PC | Legacy | AC Adapter | Battery | Ke |

eBay:

**Proud Recipient of**
*Best Feedback Award for Electronics*



eBay Seller Summit 2002

eBay Stores:

Search our eBay stores for Gateway Parts

[          ] [ Search ]

✓ titles and descriptions.

eBay Store Categories:

Picture for illustration purposes
Actual item not shown.





Gateway Laptop Parts

Laptop Parts & Accessories

Electronic Items

Controllers & Adapters

Desktop & Server Components

Drives and ROM

Networking Equipment

Miscellaneous

Apple/Mac

Memory/RAM



CHI MEI
OPTOELECTRONICS



N140A1 -L01    F

D5C12015AX20

## CHI MEI N140A1-L01 XBRITE LCD GATEW/

**CHI MEI model N140A1-L01, REV.1 or REV.2, XBF**

**This 14-inch WXGA TFT Active Matrix LCD is designed to wc notebooks**

It may also work on some other series notebooks  Please check

Note: Gateway uses several different LCD's in the same series n replacement LCD, you must remove the existing LCD to det

**Pulled from new working system. 100% Tested. (**

**LCD only. Does not include any other accesso**

Please add **$15.00** for Shipping and Handling withi

**(U.S. buyers only. We no longer ship orders o**



**Payment Information:**

We prefer Paypal Payments

 PayPal Buyer Prote

- We only accept US Paypal payments with a Confirmed Address
- We do not accept Paypal payments from Non-U S  users

If you wish to pay us directly with your credit cards (Master &
Credit Authorization Form and fax it back to us at 760-480-2?

Money Orders and Certified funds are also accepted  Person
accepted from US bidders only; and are subject to a (5) day I

Most orders will be shipped within 24 hours (usually on the s;
clearing.

**California Residents please add 7.75 % Sales Tax to the**

**Shipping Information:**

We ship via USPS, FedEX, UPS and DHL

Shipments are generally done within 24 hours of reciept of p;
placed on a weekend in which case your order will be shippe

**We no longer ship orders outside of the US due to exces
past.**

**Return Policy:**

Before you bid on this item, please ensure that you have veri
system by visiting the manufacturer's web site  We assumes
accept returns for items purchased that are not compatible w

Returns of product, other than with defect, are subject to a 2(
costs are non-refundable.

All returned equipment MUST be pre-approved and assignec
Authorization Number (RMA#)  Returns must be received wit
being issued or the RMA is void

Purchaser is responsible for all shipping costs on all merchar
exchange or warranty repairs  Please allow up to (5) busines
check out your returned item

All defective items being returned must be packed as if they '
to do so may invalidate both the RMA and the warranty  We ;
that are damaged during shipment or misused/abused by the

If the returned product is found NOT DEFECTIVE we will ret<
you at your expense for the return shipping costs and you wc
fee of $25.

**Frequently Asked Questions:**

**What is a new pull item?**
A new pull item is an item that was removed from an unsold n<
minor cosmetic scratches from removal or from bulk handling
sealed box and it has only been used when testing for quality
item may vary depending on the manufactured date of the sy

**Can I combine multiple orders?**
Yes, always happy to combine multiple orders  After the auct
and we will gladly combine shipping on multiple auctions wor

**Why won't you ship to an unconfirmed Paypal address?**
According to Paypal's Seller Protection Policy, we are constr
confirmed address only. Otherwise, Paypal will not guarantee

**Can I track my USPS shipments?**
Yes, you can do so at www.usps.com. Please note that USF
routing information. It will only inform you when the package
has been delivered

When there are no information available, it does not mean th
mailed. It just means that it has not been scanned in as havir
Priority is 99% on time, it is NOT a guaranteed 2-3 days deli
to (10) working days for the package to be delivered.

**When will I get my item?**
We are located in Escondido, CA. Orders to the west coast ty
business days, to the midwest typically take 3-6 business day
5-10 business days. Please keep in mind this is under norma
not take into consideration holidays and/or bad weather. We
additional fee, please contact us for details.

**The tracking information shows the package has been de
it. What's up?**
You may want to contact your local carrier to determine if the
where they may have left it. Frequently, if the carrier didn't fe
left in a reasonably secure location at your address, they will
neighbors or your Apartment Manager for safe keeping

**Do you offer a warranty/RMA on your products?**
Yes, absolutely! Please visit our customer service section for

**Can you ship COD?**
Sorry our warehouse is not currently setup to ship COD orde

**Can I pick the item up?**
We accept will-call orders by appointment only. Please conta

**Does shipping include insurance?**
All of our items are shipped insured, unless otherwise stated

**Can I ship to an alternate shipping address?**
Sorry, Paypal does not guarantee funds unless they are ship

**About Adeal**

### ADEAL
A division of Datum Point Internati
In Business since 1983

We are an International Computer Wholesaler, offers m
move excess inventory and over-runs. We specialize in
surplus, clearance, overstock, and refurbished computer

**Customer Service:**

We offer a warranty on all New, Used, or Refurbished items t
the USA. Unless otherwise specified, manufacturer warrantie
product warranties may be referred directly to the manufactu

Warranty Length: Unless otherwise specified, this item come
the shipment date. No warranty is offered to customers outsi

Coverage: This warranty only covers repair or replacement o
event that the product is non-repairable and the same produc
replace the product with a similar item or refund your money

Warranty does NOT cover misuse or mishandling of equipme
This warranty does NOT cover incompatibilities or the purcha
needs

Any shortages, missing or damaged items must be reported
shipment



1275 Simpson
Escondido, CA
E-mail: SALES(
Tel: 760 489 29
Fax: 760 480 27
Business Hours

Cor

Created by eBay Blackthorne ver. 3.1.75.0

Picture for illustration purposes only.
Actual item not shown.





N140A1 -L01   Rev C1

D5C12015AX20215

Thanks for
looking!
The power of protection from AOL and eBay. Learn more

**Save on shipping -** **buy additional items now from this seller's other listings!**



SHARP LQ150X1LH82 15" XGA LCD-MINOR FLAW *NR @7765

0 bids          US $49.00
Time left:          3d 44m

SAMSUNG LT121SU-121 12.1" TFT LCD SOLO 5300 @5010

≡Buy It Now
or Best Offer          US $119.00

COMPAQ PRESARIO 2100 VIDEO CABLE DDOKT7LC702~ADEAL~

≡Buy It Now          US $45.00

Visit seller's Store

## Shipping and handling

Save on shipping - **buy additional items now from this seller's other listings!**

**Ships to**
United States

Country: United States ▼

| Shipping and Handling | To | Service |
|---|---|---|
| US $15 00 | United States | Standard Flat Rate Shipping Service |
| US $36 00 | United States | UPS 2nd Day Air® Guaranteed in 1-2 days* |
| US $48 00 | United States | Overnight Flat Rate Shipping Service 1 business day* |

*Sellers are not responsible for service transit time This information is provided by the carrier and excludes weekends and holidays Note that transit times may vary particularly during peak periods

**Shipping insurance**
Included (in the shipping and handling cost)

**Sales tax**

Seller charges sales tax for items shipped to: CA (7 750%)

## Return policy

Return policy not specified
Read item description for any reference to return policy.

## Payment details

| Payment method | Preferred/Accepted | Buyer protection on eBay |
|---|---|---|
| **PayPal** VISA AMEX DISC_VER eCHECK | Seller Preferred | **PayPal** Up to $2,000 in buyer protection See eligibility |
| Money order/Cashiers check | Accepted | Not Available |
| Visa/MasterCard | Accepted | See your credit card issuer's terms |
| Other - See Payment Instructions for payment methods accepted | Accepted | Not Available |

Learn about payment methods

**Seller's payment instructions**
We only accept US Paypal payments with a Confirmed Shipping Address  Please view our payment options at: http://www adeal com/#payment

All sales through eBay auction are final  Our warranty/return policy covers replacements only. Any exceptions to this policy will be done by special request only and are subject to a 20% restocking fee  Shipping costs are non-refundable

## Take action on this item

Item title: CHI MEI N140A1-L01 XBRITE LCD GATEWAY MX3225 ~ADEAL~

| **Buy It Now** | | **Best Offer** |
|---|---|---|
| *Buy It Now* price: **US $159.00** | | Submit your best offer to the seller |
| **Buy It Now >** | or | **Make Offer >** |
| You will confirm in the next step | | |
| Purchase this item now without bidding Learn about Buy It Now | | Present your highest offer to the seller Learn about Best Offer |

You can also      Watch This Item

## Other options

← Back to list of items  |  Report this item  |  Printer Version  |  Sell one like this

Seller assumes all responsibility for listing this item

eBay Pulse | eBay Reviews | eBay Stores | Half.com | eBay Express | Austria | China | France | Germany | Italy | Spain | United Kingdom | Popular Searches
Tickets at StubHub | Kijiji | PayPal | ProStores | Apartments for Rent | Shopping.com | Skype

About eBay | Announcements | Security Center | Policies | Site Map | Help

Copyright © 1995-2007 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. Use of this Web site constitutes acceptance of the eBay User Agreement and Privacy Policy

eBay official time



| | | | |
|---|---|---|---|
| Search | Advanced Search | Buy  Sell  My eBay  Community  Help | |

Sign in or register

Site Map

eBay Categories ▾     eBay Motors     eBay Express

Java™  POWERED BY ◆ Sun

◄ Back to list of items       Listed in category:       Computers & Networking > Monitors & Projectors > LCD/Flat Panel > 17-inch > Other

## VISON F173 LCD DISPLAY M170E4 CHI MEI 17" TFT PANEL

Item number: 8763410571

Buyer or seller of this item? Sign in for your status

Watch this item in My eBay

=Buy It Now price: **US $165.00**     Buy It Now >

*Best Offer*     Make Offer >

Shipping costs: **US $24.00** (discount available)
Standard Flat Rate Shipping Service
Service to United States

Ships to:       United States

Item location:   Garden City, Michigan, United States

View larger picture

You can also:      Watch This Item

Get alerts via Text message or IM
Email to a friend

### Meet the seller

Seller:       auction...

Feedback: **98.5%** F
Member:   since A...
United S...

Read feedback

Ask seller a que...

Add to Favorite

View seller's oth...
Store | List

Visit seller's Sto...
⊠ AUCTIONVI...

### Buy safely

1. **Check the selle...**
Score: 2687 | 98...
Read feedback ...

2. **Check how you...**

*PayPal*  Up t...
buye...
See...

Listing and payment details:   Show

**Make no payments for 3 months**
and pay no interest if paid in 3 months on your first purchase over $50 with the PayPal
Plus Credit Card  Plus, earn rewards on every purchase you make! Get the PayPal Plus
Credit Card and use anywhere MasterCard is accepted   See details | Apply now

## Description  (revised)

## AUCTIONVIA



Visit my eBay Store: ⊠ AUCTIONVIA



May 21, 2007

eBay User ID:
**auctionvia**

**Member of SquareTrade
Bid with Confidence
Click to Learn Why**

SquareTrade ⌀ AP6 0

  

Payment Terms | Shipping Terms | Policies | Feedback | eBay Store | C

## VISON F173 LCD DISPLAY M170E4 CHI MEI 17" TFT

### Item Condition

Usage                    Used
Testing status           Pulled from a working unit

### *** We guarantee your satisfaction ***

We take very good care of our customers: see our Feedback. If an item is defective we will r

### Actual customer comments:

| | |
|---|---|
| Excellent communication and shipping by this great seller  Thanks again! | Buyer  bs |
| Excellent Items "As Advertised", Great Pkg, very Professional (Five Star Ebayer) | Buyer  m( |
| Item as promised  Great Transaction! | Buyer  ol( |
| Great Ebayer  Super Fast Shipping A+++ | Buyer  sp |
| Quick transaction, thanks  Would deal again easily  A+ | Buyer  wil |
| A fantastic and understanding seller  Many Thanks | Buyer  cu |
| Thank you! Super Fast delivery! | Buyer  m: |
| GREAT EBAY SELLER HIGHLY RECOMMENDED GREAT PRODUCT AAAA++++ OUTSTANDI NG | Buyer  ve |
| Great Ebay seller  Quick email & fast shipping. Highly recommend. Thanks | Buyer  cb |

### *** You can't go wrong bidding on this item ***

### Shipping Information

- Item is available for immediate shipping. Many domestic orders received before 3 PM I
  ship same day! **We ship worldwide**. Expedited and blind shipping service available - p
  **Shipping rates:** see below.  Flat rates are shown - in some rare cases (for instance: c
  monitors, printers, battery backups) due to weight and/or dimension actual rates may v
  questions, please contact us beforehand and we will provide you with actual rates. If yc
  purchased the item and the actual rate varies from the flat rate, we will contact you.

## Contact Us

- Toll FREE in the USA 1-888-722-TECH. Outside of the USA 734-728-0271
- Contact us via email at sales@auctionvia.com. Hablamos tu idioma!

## General Policy

- If your are biding on electronic items, ensure that you have verified compatibility with y
  assume no responsibility and accept returns for items purchased that are not compatib
- Returns of product, other than with defect, are subject to a 20% restocking fee. Shippir
  shipping charges are non-refundable, NO EXCEPTIONS.
- Warranty Length: Unless otherwise specified, this item comes with a 14-day warranty f
  date, No warranty is offered to customers outside of the USA.

## Feedback

- If you are satisfied with your transaction with us, please leave your comments. Before ¡
  feedback please contact us so we can work it out. **Thank You and Happy Bidding!!!**

After Auction Closes

- All winners will receive a winner's notification from eBay. We generally send our notific:
  twenty-four (24) hours of the close of an auction.
- Payment must be received within seven (7) days after notification of winning bid by sel

## Payment



- We prefer Paypal (Free Buyer's Protection up to $1000!); use account
  **sales@auctionvia.com** for payment.
- All major Credit Cards accepted.



- **Payment By Mail:**
  US Postal Money Order or miscellaneous Money Order
  American Express Travelers Check
  Certified Bank Check with Bank Phone Number for Verification
  International Money Orders Payable in US dollars
- Sales tax will be charged to all Michigan residents (6.00%)

Billing address to send payment:

AuctionVia.com
30958 Ford Rd.
Garden City, MI 48135

We are eBay Power Sellers which means.
PowerSellers are recognized eBay sellers who achieve certain sales performance, maintain
feedback, and embrace the integrity of core eBay community values.

| | | |
|---|---|---|
| 1  Our Identity is Verified | | |
| 2  We have a Superior Selling Track Record | | |
| 3  We have a History of Resolving Disputes | | |

4  We address all customer issues within two business days
5  Disclose pricing, shipping and return policies

6  Participate in mediation, if buyer requests



## Shipping Information





**$15**

**(48 States)**

**United States Shipping**

- All packages shipped via UPS
  the 48 continental states only.
- This shipping price covers all s
  handling charges.
- UPS 3 Day Select<sup>SM</sup>, UPS 2n
  Next Day Air®Shipping is avai
  additional charge, see below.

**Alaska, Hawaii, and Pue
Shipping Detail:**

- Packages shipped via UPS or

- This shipping price covers all s
  handling charges.

- UPS/Fedex Next Day Air Ship
  an additional charge. See belc



**$39**

**Alaska, Hawaii, APO/FPO
& Puerto Rico**



**International Shipping**

- International orders may be s
  customs and duties.

- This shipping price covers all
  handling charges.

- UPS/Fedex Next Day Air Ship
  an additional charge. See bel



### Via USPS EXPRESS MAIL

### via UPS / Fedex
### International Shipping

**Canada**

## $32

**Australia & New Zealand**

## $86

**Europe, Mexico & South America**

## $86

**S.E. Asia, Africa & Middle East**

## $86

*Above pricing covers shipping and handling.*

Another quality product made available to you by AuctionVia, Hard Tech Group and eBay.   All Rights Reserved 20(



FREE Counters and Services from Andale

Find MORE great stuff
at my eBay STORE

Visit AUCTIONVIA today!

## Shipping and handling

📦 **Save on shipping - buy additional items now from this seller's other listings!**

**Ships to**
United States

Country: United States ▼

| Shipping and Handling | To | Service |
|---|---|---|
| US $24 00 | United States | Standard Flat Rate Shipping Service |

**Shipping insurance**
Included (in the shipping and handling cost)

## Return policy

Return policy not specified.
Read item description for any reference to return policy.

## Payment details

| Payment method | Preferred/Accepted | Buyer protection on eBay |
|---|---|---|
|  | Seller Preferred | *PayPal* Up to $2,000 in buyer protection See eligibility |
| Other - See Payment Instructions for payment methods accepted | Accepted | Not Available |

Learn about payment methods

## Take action on this item                                                          ⊦

Item title: **VISON F173 LCD DISPLAY M170E4 CHI MEI 17" TFT PANEL**

| **Buy It Now** | **Best Offer** |
|---|---|
| *Buy It Now* price: **US $165.00** | Submit your best offer to the seller |
| Buy It Now > | Make Offer > |
| You will confirm in the next step | |

or

Purchase this item now without bidding
Learn about Buy It Now

Present your highest offer to the seller
Learn about Best Offer

You can also    Watch This Item

## Other options

← Back to list of items  |  Report this item  |  Printer Version  |  Sell one like this

Seller assumes all responsibility for listing this item

eBay Pulse | eBay Reviews | eBay Stores | Half.com | eBay Express | Austria | China | France | Germany | Italy | Spain | United Kingdom | Popular Searches
Tickets at StubHub | Kijiji | PayPal | ProStores | Apartments for Rent | Shopping.com | Skype

About eBay | Announcements | Security Center | Policies | Site Map | Help

Copyright © 1995-2007 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. Use of this Web site constitutes acceptance of the eBay User Agreement and Privacy Policy

eBay official time

e**b** Y

Search | Advanced Search    **Buy    Sell    My eBay    Community    Help**

Sign in or register

Site Map

eBay Categories ▾    eBay Motors    eBay Express

Java TECHNOLOGY | POWERED BY ❖ Sun

← Back to list of items

Listed In category:    Computers & Networking > Desktop & Laptop Components > Screens, LCD Panel for Laptops > Other

# Chi Mei 15in LCD Panel XGA w/Support Bracket M150X3-L01

Item number: 220108070728

**Buyer or seller of this item?** Sign in for your status

**Watch this item** in My eBay

**Meet the seller**

≡*Buy It Now* price: **US $225.00**    Buy It Now >

Seller:    alan_c

≡*Get It Fast* As soon as May 23 (conditions)

Feedback: 99.8%

Member:   since A States

Shipping costs: Calculate
Ships to:    Worldwide
Item location: San Francisco-CA, United States
Quantity:    11 available
History:    Purchases

Read feedback
Ask seller a qu
Add to Favorite
View seller's ot
Visit seller's St
📋 Alan Comp

View larger picture

You can also:    Watch This Item

Get alerts via Text message or IM
Email to a friend

**Buy safely**

1. **Check the sell**
   Score: 6213 | 9
   Read feedback

2. **Check how yo**

PayPal   Up
prc

**Listing and payment details:**  Show

# Description  (revised)

## Alan CompuTech International Inc



Visit my eBay Store: 📋 Alan CompuTech Internati

Thousands of Brand Name Computer Parts -- Low Price Guarantee
**1-510-324-7600  •  Mon-Fri 8:00-4:30 PST**

**Chi Mei 15in LCD Panel XGA w/Support Bracket M1**

## Shipping Calculator



| | |
|---|---|
| Manufacturer | **Chi Mei** |
| Part Number | **M150X3-L01** |
| Description | **TFT. NEC 336-170477-0:**<br>● **Rev.C2**<br>● **1024x768 XGA** |
| Condition | **REFURBISHED** |
| Availability | **11 In Stock (Bin Locatio** |
| Ask Seller | **Ask Seller A Question At** |
| Email | **Email This Item** |
| Packaging | **Bulk** |



### Visit Alan CompuTech's eba

Thousands of Brand Name Computer Parts -- Low P
Click Here to go to our ebay store

**No More $5 Handling Fees Extended unt**

## Payment and Shipping Policies

### Credit Cards

Call our office at (510) 324-7600 Mon-Fri (8AM to 4:30PM) PST.
When calling have your eBay item number ready to process your order.

### Cashiers Check-Personal Check or Money Order payable to:

Alan Computech International.
33215 Transit Ave.
Union City CA 94587

**Returns:** All sales are Final. No Returns or Exchanges except DOA. DOA must be reported withi

**Sales Tax:** for California

**Insurance Fee:** Insurance is required and applied on all **USPS Priority Mail** Parcels.

**Shipping Policy:** Occasionally adjustments have to be made due to multiple packages. You wil
made.Buyer pays Shipping and Insurance (required).

UPS orders will be shipped the same day if placed before 2:00 PM pacific time.

USPS orders will be processed and shipped the next business day.

**Alternate Shipping Carriers:** UPS 3Day Select and2nd Day are also available per your reques

APO and FPO customers please use CA or MD zipcodes at checkout.



## Visit Alan CompuTech's eba

Thousands of Brand Name Computer Parts -- Low P
Click Here to go to our ebay store

**No More $5 Handling Fees Extended unt**





**Find more items from the same seller. Bid or Buy Now!**

| | | |
|---|---|---|
| ☒ | ☒ | ☒ |

IBM 12.1 TFT SVGA LCD LCD 03L5060

*=Buy It Now*   US $75.00

Time left:   9d 12m

NEC/Samsung 9.4 DSTN LCD Assy UG-64110-CCBN4-A

*=Buy It Now*   US $37.50

Time left:   9d 44m

Toshiba 10 4 VGA TFT Colo Panel LTM10C025

*=Buy It Now*   US $57.50

Time left:   9d 42m

📷 Visit seller's Store

## Shipping and handling

**Ships to**
Worldwide

Country: United States ▼     Zip or postal code: [          ]     Quantity:
[1]     Update

| Shipping and Handling | To | Service |
| --- | --- | --- |
| Enter zip code | United States | US Postal Service Priority Mail® <br> Estimated delivery 2-3 days |
| Enter zip code | United States | UPS Ground <br> 1 to 6 business days |
| Enter zip code | United States | UPS Next Day Air Saver® <br> Guaranteed by next day |

Shipping cannot be calculated for your area. You can contact the seller for additional shipping costs and services

Sellers are not responsible for service transit time. This information is provided by the carrier and excludes weekends and holidays and transit times may vary, particularly during peak periods

**Domestic handling time**
Will usually ship within 1 business day of receiving cleared payment

≡*Get It Fast*  Get your item as soon as May 23 when you select UPS Next Day Air Saver®

**Shipping insurance**
Included (in the shipping and handling cost)

## Return policy

Return policy not specified.
Read item description for any reference to return policy.

## Payment details



| Payment method | Preferred/Accepted | Buyer protection on eBay |
| --- | --- | --- |
| *PayPal* (Mastercard VISA AMEX DISCOVER eCHECK) | Seller Preferred | *PayPal* Up to $2,000 in buyer protection See eligibility |
| Money order/Cashiers check | Accepted | Not Available |

| Personal check | Accepted | Not Available |
| Visa/MasterCard, Amex, Discover | Accepted | See your credit card issuer's terms |

Learn about payment methods

**Seller's payment instructions**
Payment must be received within 10 days of closing.  Payment for International Orders: We only
accept Paypal or Wire-transfers for International Orders   See description for Payment and Shipping
Policies

## Take action on this item                                                    Help

Item title: **Chi Mei 15in LCD Panel XGA w/Support Bracket M150X3-L01**

**Buy It Now**

*≡Buy It Now* price:**US $225.00**

Your Quantity: **x** |1

Buy It Now >       You will confirm in the next step

Purchase this item now without bidding   Learn about Buy It Now

**You can also**       Watch This Item

## Other options

← Back to list of items  |  Report this item  |  Printer Version  |  Sell one like this

Seller assumes all responsibility for listing this item.

eBay Pulse | eBay Reviews | eBay Stores | Half.com | eBay Express | Austria | China | France | Germany |
Italy | Spain | United Kingdom | Popular Searches
Tickets at StubHub | Kijiji | PayPal | ProStores | Apartments for Rent | Shopping.com | Skype

About eBay | Announcements | Security Center | Policies | Site Map | Help

Copyright © 1995-2007 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. Use of
this Web site constitutes acceptance of the eBay User Agreement and Privacy Policy.

eBay official time

eBay: Chi Mei 15" LCD Dell Inspiron 5150 5100 N150X6-L01 (item 200102143290 end ...    Page 1 of 4



Sign in or register

| | Search | Advanced Search | Buy  Sell  My eBay  Community  Help |

Site Map

eBay Categories ▾    eBay Motors    eBay Express

Java® technology POWERED BY ☀Sun

← Back to list of items     Listed in category:     Computers & Networking > Desktop & Laptop Components > Screens, LCD Panel for Laptops > Dell

# Chi Mei 15" LCD Dell Inspiron 5150 5100 N150X6-L01     Item number: 200102143290

Buyer or seller of this item? Sign in for your status                    Watch this item in My eBay



www.micronetutions.com

View larger picture

≡Buy It Now price:  **US $99.25**     Buy It Now >

Shipping costs:  **US $9.99**
UPS Ground
Service to United States

Ships to:  United States

Item location:  Alpharetta, GA, United States

You can also:  Watch This Item

Get alerts via Text message or IM
Email to a friend

## Meet the seller

Seller:  micronet:

Feedback: 99.3% Pc
Member:  since Ma
States

Read feedback c

- Ask seller a ques
- Add to Favorite S
- View seller's othe
  Store | List
- Visit seller's Store
  Micronet Solu

## Buy safely

1. Check the seller
   Score: 289 | 99 3
   Read feedback c

2. Check how you'
   *PayPal*  Up to
   protec
   eligibi
   Returns:  Seller

   7 Days

Listing and payment details:  Show

**Make no payments for 3 months**
and pay no interest if paid in 3 months on your first purchase over $50 with the PayPal Plus Credit Card  Plus  earn rewards on every purchase you make! Get the PayPal Plus Credit Card and use anywhere MasterCard is accepted
See details | **Apply now**

## Description (revised)

*Item Specifics - Item Condition*
Condition: **Used**

## Micronet Solutions



Visit my eBay Store: 🖻 **Micronet Solutions**

Chi Mei 15" LCD Dell Inspiron 5150 5100 N150X6-L01

with Inverter

S



Thanks for
looking!
The power of protection from AOL and eBay. Learn more

**Find more items from the same seller. Bid or Buy Now!**



DELL D600 14.1" XGA LCD
SCREEN QD14XL07 TESTED
WORKS

=Buy It Now      US $120.99

Micron LCD Inverter E177794 SI-
5410S-01

=Buy It Now      US $39.99



Sharp LM130SS1T579 13" I
Screen Toshiba VF2017P01

=Buy It Now      US $45.99

Visit seller's Store

**Shipping and handling**

eBay: Chi Mei 15" LCD Dell Inspiron 5150 5100 N150X6-L01 (item 200102143290 end . .  Page 3 of 4

**Ships to**
United States

Country: | United States ▾ |

| **Shipping and Handling** | **To** | **Service** |
|---|---|---|
| US $9 99 | United States | UPS Ground<br>1 to 5 business days |

Sellers are not responsible for service transit time. This information is provided by the carrier and excludes weekends and holidays
Note that transit times may vary, particularly during peak periods

**Domestic handling time**
Will usually ship within 2 business days of receiving cleared payment

**Shipping insurance**
Not offered

## Return policy

| **Item must be returned within:** | 7 Days |
|---|---|
| **Refund will be given as:** | Exchange |

## Payment details

| **Payment method** | **Preferred/Accepted** | **Buyer protection on eBay** |
|---|---|---|
| PayPal<br>Master VISA AMEX DISCOVER eCHECK | Seller Preferred | PayPal Up to $2,000 in buyer protection See eligibility |

Learn about payment methods

## Take action on this item                                    Help

Item title: **Chi Mei 15" LCD Dell Inspiron 5150 5100 N150X6-L01**

**Buy It Now**
_____

*Buy It Now* price: **US $99.25**

Buy It Now >      You will confirm in the next step

Purchase this item now without bidding  Learn about Buy It Now.

You can also     Watch This Item     |

## Other options

⬅️ Back to list of items  |  Report this item  |  Printer Version  |  Sell one like this

Seller assumes all responsibility for listing this item.

eBay Pulse | eBay Reviews | eBay Stores | Half.com | eBay Express | Austria | China | France | Germany | Italy | Spain | United Kingdom | Popular Searches
Tickets at StubHub | Kijiji | PayPal | ProStores | Apartments for Rent | Shopping.com | Skype

About eBay | Announcements | Security Center | Policies | Site Map | Help

Copyright © 1995-2007 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. Use of this Web site constitutes acceptance of the eBay User Agreement and Privacy Policy.

eBay official time

**e**b **Y**

| | Search | Advanced Search | | Buy  Sell  My eBay  Community  Help |

Sign in or register                                          Site Map

eBay Categories ▾    eBay Motors    eBay Express

Java™ ℠ ⬧ Sun

⬅ Back to list of items

| Listed In category: | Computers & Networking > Desktop & Laptop Components > Screens, LCD Panel for Laptops > HP |

## Chi Mei OptoElectronic M150X1 15" LCD Monitor          Item number: 120046835092

**Buyer or seller of this item?** Sign in for your status          **Watch this item** in My eBay

View larger picture

| ⥱Buy It Now price: | **US $24.99** | Buy It Now > |
| | | |
| *Best Offer* | | Make Offer > |
| Shipping costs: | **US $15.00** (discount available) Standard Flat Rate Shipping Service Service to United States | |
| Ships to: | United States | |
| Item location: | Dallas, Texas, United States | |
| Quantity: | 2 available | |
| History: | Purchases | |
| You can also: | Watch This Item | |
| | Get alerts via Text message or IM | |
| | Email to a friend | |

**Meet the seller**

| Seller: | trancomp |
| | ⭐ Power Seller |
| Feedback: | 99.5% Po |
| Member: | since Dec States |

· Read feedback c
Ask seller a ques
Add to Favorite S
View seller's othe
Store | List
Visit seller's Store
⬛**Trancompser**

**Buy safely**

1. **Check the seller**
   Score: 4233 | 99
   Read feedback c

2. **Check how you'**

   *PayPal*  Up to
   protec
   eligibi

**Listing and payment details:**  Show

## Description  (revised)

*Item Specifics - Item Condition*
    Condition  **Refurbished**

---

| **LCD Monitor Screen** |
| YOU ARE BIDING ON A WORKING ITEM |

# Chi Mei OptoElectronic M150X1 15"

Pull out monitor, Tested, function

**10 DAYS PRODUCT WARRANTY**
SHIPMENT 48 STATES ONLY, OTHER WILL PAY EXTRA C

# TRAN COMPUTERS

**Technical Support**
http://www.trancompservice.com/support.htm
**Contact Sale Support:  Kim Do, Tonny Tran**
**Toll Free Support   (877) 622-1604**
**Local Support   (214) 320-2849**
kimdo@trancompservice.com
ebaysale@trancompservice.com

1    WE ARE NOT ACCEPT REFUND THE MONEY BACK, BUT IF THERE IS A SPECIAL REASO
     BY US THEN WE WILL NOT PAY BACK THE SHIPPING, CUSTOMER HAVE TO RESPON
                              EITHER WAY + 10% FEE OF ALL
2    PAY PAL & CREDIT CARD (VISA, MASTER, DISCOVERY)  ACCEPT PAYMENT MUST BE R
          SAME DAY AS PAYMENT RECEIVE (NOT INCLUDE WEEKEND



Powered by eBay Turbo Lister



00118
The power of protection from AOL and eBay. Learn more

## Save on shipping - buy additional items now from this seller's other listings!







Toshiba Portege M200 Motherboard 1.7Ghz Centrino PPM20U

HT10X21-301 HP TC1100 10" XGA 348348-001 348337-001

XE1046-0 Acer C300 14 1" Protect shield + Digiti

*≡Buy It Now*   US $279.00

*≡Buy It Now*   US $239.00

*≡Buy It Now*   US $239.00

 Visit seller's Store

## Shipping and handling

Save on shipping - **buy additional items now from this seller's other listings!**

**Ships to**
United States

Country: [United States  ▾]   Quantity: [1  ]   [ Update ]

| Shipping and Handling | Each Additional Item | To | Service |
|---|---|---|---|
| US $15 00 | + $12 00 | United States | Standard Flat Rate Shipping Service |

**Shipping insurance**
Not offered

## Return policy

Return policy not specified
Read item description for any reference to return policy

## Payment details

**Buyer protection on**

| Payment method | Preferred/Accepted | eBay |
|---|---|---|
|  | **Seller Preferred** | *PayPal* **Up to $2,000** in buyer protection. <u>See eligibility</u> |
| Other - See Payment Instructions for payment methods accepted | Accepted | Not Available |

<u>Learn about payment methods</u>

## Take action on this item

Item title: **Chi Mei OptoElectronic M150X1 15" LCD Monitor**

**Buy It Now**

*Buy It Now* price: **US $24.99**

Your Quantity: **x** |1

**Best Offer**

Submit your best offer to the seller

**Make Offer >**

Buy It Now >        or

You will confirm in the next step

Purchase th s item now without bidding
Learn <u>about Buy It Now</u>

Present your highest offer to the seller
<u>Learn about Best Offer</u>

You can also    | Watch This Item |

## Other options

◄ <u>Back to list of items</u>  |  <u>Report this item</u>  |  <u>Printer Version</u>  |  <u>Sell one like this</u>

Seller assumes all responsibility for listing this item.

<u>eBay Pulse</u> | <u>eBay Reviews</u> | <u>eBay Stores</u> | <u>Half.com</u> | <u>eBay Express</u> | <u>Austria</u> | <u>China</u> | <u>France</u> | <u>Germany</u> | <u>Italy</u> | <u>Spain</u> | <u>United Kingdom</u> | <u>Popular Searches</u>
<u>Tickets at StubHub</u> | <u>Kijiji</u> | <u>PayPal</u> | <u>ProStores</u> | <u>Apartments for Rent</u> | <u>Shopping.com</u> | <u>Skype</u>

<u>About eBay</u> | <u>Announcements</u> | <u>Security Center</u> | <u>Policies</u> | <u>Site Map</u> | <u>Help</u>

Copyright © 1995-2007 eBay Inc. All Rights Reserved  Designated trademarks and brands are the property of their respective owners  Use of this Web site constitutes acceptance of the eBay <u>User Agreement</u> and <u>Privacy Policy</u>

eBay <u>official time</u>



Search | Advanced Search    Buy   Sell   My eBay   Community   Help

Sign in or register                                                Site Map

eBay Categories ▾   eBay Motors   eBay Express                Java™ [POWERED BY] ❖ Sun

◀ Back to list of items    Listed in category:    Computers & Networking > Desktop & Laptop Components > Screens, LCD Panel for Laptops > Other

## G131 CHI MEI N150X2-L02 Screen CRACKED          Item number: 110129776065

Seller of this item? Sign in for your status          Watch this item in My eBay

| | | |
|---|---|---|
| Starting bid: | US $9.99 | Place Bid > |

**Meet the seller**

Seller:    laptoprep

Feedback: **99.1% Po**

Member:  since Nov States

Read feedback co

Ask seller a ques

Add to Favorite S

View seller's oth

*Buy It Now* price: US $19.99   Buy It Now >

End time:        **May-28-07 12:33:10 PDT**
                 (6 days 21 hours)

Shipping costs:  **US $11.50**
                 UPS Ground
                 Service to United States

Ships to:        United States

Item location:   Seattle, United States

History:         0 bids

You can also:    Watch This Item

Get alerts via Text message, IM
or Cell phone
Email to a friend

**Buy safely**

1. **Check the seller**
   Score: 2001 | 99.
   Read feedback co

2. **Check how you'**

   *PayPal*  **Up to**
            protec
            eligibi

Listing and payment details:  Show

## Description



## G131 CHI MEI N150X2-L02 Screen CR/

This auction is for a cracked CHI MEI N150X2-L02 Screen. This screen is cracked, other
sold as is, for parts only. This damaged screen does not come with a warranty. Please ch
which screen you require.

eBay: G131 CHI MEI N150X2-L02 Screen CRACKED (item 110129776065 end time M...    Page 2 of 6

Please check the part number for compatibility. No warranty o

Good luck bidding!

Seattle Laptop has been serving the Seattle area since 1996. We acquire hundreds of surplus laptops ev
parts, screens, memory, batteries, and drives. We sell many of these new, and used items on eBay. I
excellent, good, fair, or great condition, then try to apply this description to these goods. If there is nc
parts may show some signs of wear, and bid accordingly. We care about our feedback rating, and attei
equipment we sell.

Fixed shipping and handling fee for this item is listed below for the coi
Alaska and Hawaii residents will have a considerable surcharge for shipping so please email u
Washington State residents must add 8.8% sales tax to the winning bid price. Nc
We DO NOT ship outside of the United States, to Puerto Rico, or Pacific I

All Inquires should be directed to us via email. Our email address is seattle

NO IN STORE PICKUP!

Please do not bid if you do not plan on following thru

The only types of Payment we accept are PayPal, which is prefered, ar
If you do not have a PayPal account please sign up for an account b
If you must use a Money Order please mail it to the following

Seattle Laptop
c/o eBay Sales
7525 Aurora Ave N.
Seattle WA 98103



**Terms and Conditions of Auction Sale:**

Please completely read and accept these terms before bidding!

Winning bidders should contact Seattle Laptop Inc. within 72 hours from the end of this auction. We p

seattlelaptopinc@yahoo.com. In most cases we will contact winning bidders by email, but we cannot
winning bidders, so you should take care of payment even if you do not hear from us. All our auctions
add this charge to the final bid price and proceed with payment using PayPal or Money Order!

All payments must be received within 7 days from the end of the auction, or you must at least contact
are using a Money Order. This is very important. Make sure you contact us the day you mail your Mor
payment is not being taken care of, since the mail system could delay our recipt of payment until after
been received within 7 days, or we have not contacte with other information, we will inform eBa
bidder or re-list the item.

Most items listed are already packed for shipping by the end of the auction and will be shipped promp
your item has shipped we email you immediately with shipping information. We do not ship to post of
We do not ship to locations outside of the United States (although we can ship to a friend in the US an
you are).

Seattle Laptop ships from 4 separate locations and often prepackages items for shipping before auctior
shipping on multiple items or allow for pick up in the store.

All warranties, if any apply, will be listed and explained in the item description. If an item is listed "as
parts only" it means just that! There is always a chance the item may have some quirks or problems so
has large quantities of surplus laptops, parts, and merchandise that we are auctioning off on eBay. Muc
surplus and works fine, but some doesn't. We do not have the time or facilities to fully test this volume
we would be comfortable with giving them full warranties. So we test what we can and are auctioning
as much information as we can supply. If you have any further questions feel free to email us.

We are reasonable people, so if you truly have a problem we are sure it can be worked out. Please con
feedback if you have any problem. Our rating is important to us so we strive to be fair. We will not, ho
any reason of any item listed "as is - no warranty" or "untested" or "for parts only." We do (as all shou
described.

Seattle Laptop also reserves the right to cancel or not honor bids left by eBay users with excessive neg

## Winning Bidders Pay Below:

If you are the winning bidder please follow the PayPal link below. We will try to notify you by email i
reliable. Most items are packaged and ready to ship as soon as pa<sup></sup>

Thank You
Management
Seattle Laptop Inc.





**Seattle Laptop Inc.**
seattlelaptopinc@yahoo.com

206-784-4215
In business since 1996



Use the REAL selling tools a million sellers do - Anda



Powered by Selling Manager Pro

On Mar-07-07 at 17:03:49 PST, seller added the following information:

| Seattle Laptop | | | | |
| --- | --- | --- | --- | --- |
| M ITSX05P5 en 8LT2 | H172 HP Pavilion ZX5000 Screen Back and Front Bezel SLT | 2954 Cannon Innova Book 360CD Laptop w/ Windows 'Boots | G120 Samsung LT141X2-126 Screen SLT | H137 System Board Lower Case Satellite P25 SLT |

**Time Remaining:** 21 hrs 35 mins   **Current Price:** 39.99   *Buy It Now*

Search my items [          ] [ Search ]          Click he

FREE
auctiva
Increase traffic to your listings with Auctiva's FREE Showca



## Shipping and handling

**Ships to**
United States

Country: United States ▼

| Shipping and Handling | To | Service |
|---|---|---|
| US $11 50 | United States | UPS Ground 1 to 5 business days* |

*Sellers are not responsible for service transit time. This information is provided by the carrier and excludes weekends and holidays. Note that transit times may vary, particularly during peak periods.

**Shipping insurance**
Not offered

## Return policy

Return policy not specified
Read item description for any reference to return policy.

## Payment details

| Payment method | Preferred/Accepted | Buyer protection on eBay |
|---|---|---|
|  | Seller Preferred | *PayPal* Up to $2,000 in buyer protection See eligibility |
| Money order/Cashiers check | Accepted | Not Available |

Learn about payment methods

**Seller's payment instructions**
Payment will be Pay Pal or Money Order only.

## Take action on this item

Item title: **G131 CHI MEI N150X2-L02 Screen CRACKED**

| Place a bid | Buy It Now |
|---|---|
| Starting bid:   **US $9.99** | *Buy It Now* price: **US $19.99** |

Your maximum bid:US $ [_____]

(Enter US $9 99 **or more**)

**Buy It Now >**

You will confirm in the nex

**Place Bid >**

You will confirm in the next step

or

eBay automatically bids on your behalf **up to** your
maximum b d
Learn about bidding

Purchase this item now without bidding
Learn about Buy It Now

**You can also**    Watch This Item

## Other options

← Back to list of items | Report this item | Printer Version | Sell one like this

Seller assumes all responsibility for listing this item

eBay Pulse | eBay Reviews | eBay Stores | Half.com | eBay Express | Austria | China | France | Germany | Italy
| Spain | United Kingdom | Popular Searches
Tickets at StubHub | Kijiji | PayPal | ProStores | Apartments for Rent | Shopping.com | Skype

About eBay | Announcements | Security Center | Policies | Site Map | Help

Copyright © 1995-2007 eBay Inc All Rights Reserved  Designated trademarks and brands are the property of their respective owners  Use of this
Web site constitutes acceptance of the eBay User Agreement and Privacy Policy

eBay official time



Sign in or register

Site Map

eBay Categories ▾    eBay Motors    eBay Express

Java TECHNOLOGY    POWERED BY Sun

← Back to list of items

Listed in category:    Computers & Networking > Desktop & Laptop Components > Screens, LCD Panel for Laptops > Other

# NEW GATEWAY 14" WXGA LAPTOP LCD CHI MEI N140A1-L01

Item number: 180120790826

Seller of this item? Sign in for your status

Watch this item in My eBay

| | | | **Meet the seller** |
|---|---|---|---|
| Starting bid: | **US $139.00** | Place Bid > | Seller:    laptoppa |
| | | | Feedback: **98.9% P** |
| ⁼Buy It Now price: | **US $145.00** | Buy It Now > | Member:   since Ap |
| | | | ⁀ Read feedback c |
| End time: | **May-28-07 11:43:30 PDT** | | ⁀ Ask seller a ques |
| | (6 days 21 hours) | | Add to Favorite S |
| Shipping costs: | Calculate | | ⁀ View seller's oth |
| Ships to: | Worldwide | | ⁀ Visit seller's Stor |
| Item location: | North Fort Myers, Florida, United States | | 🖴LAPTOP PAR |
| History: | 0 bids | | **Buy safely** |

View larger picture

You can also:    Watch This Item

Get alerts via Text message, IM or Cell phone
Email to a friend

1. **Check the selle**
Score: 11146 | 9
Read feedback c

2. **Check how you**
PayPal Up t
prote

Listing and payment details:   Show

# Description

*Item Specifics - Item Condition*
Condition: **New**



eBay User ID:
**laptopparts wareh**

May 21, 2007

**Member of SquareTrade**
**Bid with Confidence**
**Click to Learn Why**

SquareTrade ☺ AP6 0

stwflwar



Online Store | FAQ | Service | Work Order | RMA Form | Contact Us

---

**Product Description**



Find more great stuff at my eBay e-store

| Manufacturer | VARIOUS |
|---|---|
| Model | DV1000, V2000 SERIES |
| | TOSHIBA M35 SERIES |
| | GATEWAY 3500, M210, M250 SE |
| Part # | N140A1-L01 |

| | |
|---|---|
| **Description** | 14" WXGA WIDESCREE |
| **Warranty** | 30 day  NO EXTENDED WARRAN |
| **FAQ'S** | click here for FAQ's - R |
| **Comments** | These are in New condi<br>on the display. Manufa |

**Questions? Comments?**

# SEND EMAIL

---

**LOOK!**

---

Not sure if this is the right model of LCD for your laptop, we have some helpful in
are getting the right product for your laptop. Visit HERE for more info, including s
you order the wrong product , you can exchange it , any additional shipping char
WILL NOT BE RESPONSIBLE IF YOU ORDER THE WRONG PRODUCT!!!!

Let LPWINC install it for you. This is the easiest way if you are unsure or feel unc
is how to have LPWINC install it for you.

1. Call LPWINC toll free at 866-LCD-CPPS M-F 10am to 5pm EST, we will take
2. Ship us your laptop in  a specially designed box for laptops.
3. Once we receive it we will install your screen , contact you about payment a

This process takes 2-3 business days once we receive it , and then depending on
back as quickly as overnight. We charge labor to install plus the shipping charges
warranty.

---

**Payment Options**

---

Our preferred method of payment is PayPal. We also accept all major credit cards
to you within 1 day of auction close. If e-mail is not received within 3 days of auc
are final. Please read auction carefully before bidding. Unpaid auctions will result

**We Gladly Accept:**



---

**Shipping Options**

---

**We ship**



CLICK ON Map FOR ESTIMATED SHIPP



Shipping is to any of the 48 states and CANADA Via UPS. Click HERE for UPS Standard to Canada poli

**CUSTOMS, DUTIES, TAXES & IMPORT FEES**

international customers may be subject to import duties & taxes and/or brokerag
country. Your charge from LPW INC includes only the cost of your item(s) and the
clearance and/or brokerage fees must be paid by you. We have no control over th
Customs policies vary widely from country to country so please contact your local
additional information.

We declare the actual purchase price of your product for insurance and customs p
item you purchased, or declare it as a warranty item or gift.

**ALL INTERNATIONAL ORDERS MUST INCLUDE PHONE#!!!!!!**

We ship to PO boxes, Puerto Rico, Hawaii, and Alaska, shipping is the same charge.

**WE DO NOT SHIP TO APOs AND FPOs.**

We ONLY ship international VIA UPS Express. Email ebay@lpwinc.com for exact quote typically costs

**ALL ITEMS ARE PROCESSED FOLLOWING PAYMENT , WE SHIP 90% OF ALL PACKAGES THE NEXT BUSI**

**SHIPPING CHARGES ARE NOT REFUNDABLE , MAKE SURE YOU HAVE THE RIGHT ITEM.**

| Return Pollicy |
| --- |

- No return/exchange/warranty after 30 days. NO Exceptions!
- All items are security tagged. Tampering or removing this tag will void the v
- DOA products, Deviations, Short-shipments must be reported within 3 busir

- All returns must include a valid RMA# RMA Department
- RMA # only valid within 14 business days from issued date.
- Returned packages with an invalid or expired RMA# will not be accepted.
- Warranty/RMA number will be invalidated and a restocking fee will apply if r accessories.
- All defectives product will be replaced within warranty period.
- All refunds are subject to 15% restocking fee.
- Full refund of purchase price will be issued if replacement is not available fo
- No UPS pick up service for all return merchandize.
- To return an item purchased on an eBay auction you must use this RMA For
- Shipping/Return-shipping costs are not refundable.



Powered by eBay Turbo Lis



Up to 3 years added prot
Only pennies a day

SquareTrade © squaretrade warranty v2 0



00006
The power of protection from AOL and eE

**Find more items from the same seller. Bid or Buy Now!**





NEW DV1000 14.1" WXGA GLOSSY
LAPTOP LCD CLAA140WA01A

≡*Buy It Now*        US $205.00

NEW DV1000 14.1" WXGA GLOSSY
LAPTOP LCD CLAA140WA01A

≡*Buy It Now*        US $205.00

NEW DV1C
373055-00

≡*Buy It Now*

⌕ Visit seller's Store

## Shipping and handling

**Ships to**
Worldwide

Country [ United States        ▼ ]   Zip or postal code: [            ]   [ Update ]

| Shipping and Handling | To | Service |
|---|---|---|
| Enter zip code | United States | UPS Ground
1 to 5 business days |

| Enter zip code | United States | UPS 2nd Day Air®<br>Guaranteed in 1-2 days* |
| Enter zip code | United States | UPS Next Day Air Saver®<br>Guaranteed by next day* |

Shipping cannot be calculated for your area. You can contact the seller for additional shipping costs and services

Sellers are not responsible for service transit time. This information is provided by the carrier and excludes weekends and holidays
Note that transit times may vary, particularly during peak periods

**Shipping insurance**
Included (in the shipping and handling cost)

## Return policy

Return policy not specified
Read item description for any reference to return policy

## Payment details

| Payment method | Preferred/Accepted | Buyer protection on eBay |
| --- | --- | --- |
| PayPal | Seller Preferred | PayPal Up to $2,000 in buyer protection See eligibility |
| Money order/Cashiers check | Accepted | Not Available |
| Visa/MasterCard, Amex, Discover | Accepted | See your credit card issuer's terms |
| Other - See Payment Instructions for payment methods accepted | Accepted | Not Available |

Learn about payment methods

**Seller's payment instructions**
ALL ITEMS GUARANTEED UNLESS NOTED ON EBAY AD, MUST RECEIVE AN RMA # BEFORE
RETURNING, BY C

## Take action on this item

Item title: **NEW GATEWAY 14" WXGA LAPTOP LCD CHI MEI N140A1-L01**

**Place a bid**

Starting bid:     **US $139.00**

Your maximum bid: US $ [          ]

(Enter US $139 00 **or more**)

**Place Bid >**

You will confirm in the next step.

eBay automatically bids on your behalf **up to** your
maximum bid
Learn about bidding.

You can also     Watch This Item

**Buy It Now**

*Buy It Now* price: **US $145.00**

**Buy It Now >**

You will confirm in the ne

or

Purchase this item now without bidding
Learn about Buy It Now

**Other options**

⬅ Back to list of items  |  Report this item  |  Printer Version  |  Sell one like this

Seller assumes all responsibility for listing this item.

eBay Pulse | eBay Reviews | eBay Stores | Half.com | eBay Express | Austria | China | France | Germany | Italy
| Spain | United Kingdom | Popular Searches
Tickets at StubHub | Kijiji | PayPal | ProStores | Apartments for Rent | Shopping.com | Skype

About eBay | Announcements | Security Center | Policies | Site Map | Help

Copyright © 1995-2007 eBay Inc All Rights Reserved  Designated trademarks and brands are the property of their respective owners  Use of this
Web site constitutes acceptance of the eBay User Agreement and Privacy Policy

eBay official time

# EXHIBIT 37



| ELECTRONICS | CAMERAS & CAMCORDERS | COMPUTERS | MUSIC, MOVIES GAMES & TOYS | HOME & APPLIANCES | PHONES & COMMUNICATIONS | OFFICE PRODUCTS |

**SEARCH FOR** Keyword or Item #    **IN** All Categories  [GO]

Welcome.
Please create an accou

## WOW GRADS WITH ONE OF OUR TOP GIFTS    Shop ▶

**Electronics**
Televisions
DVD Players
MP3 Players
GPS/Navigation
Home Theater
Systems
See all»

**Cameras & Camcorders**
Digital Cameras
Camcorders
Camera Media
See all»

**Computers**
Desktops
Notebooks
Printers
Software
Accessories
See all»

**Music, Movies & Games**
Movies
Music
Video Games
PC Games
Toys
See all»

**Home & Appliances**
Refrigerators
Laundry Care
Air Conditioners
Vacuums
See all»

**Phones & Communications**
Telephones
Cellular
Cell Phone
Accessories
Two-Way Radios
See all»

**Office Products**



$100 OFF SELECT GARMIN GPS RECEIVERS — PLUS FREE SHIPPING — SHOP ▶

FREE 30-DAY TRIAL
DIGITAL MUSIC STORE
• Unlimited music.
• No credit card required.
Learn More ▸

LINKIN PARK
MINUTES TO MIDNIGHT
New this week!
Shop ▸



GIFT IDEAS for Grads.    SHOP ▶

**SALE EVENTS ▶    FREE SHIPPING EVENTS ▶    HOT DEALS WEDNESDAY ▶    OUTLET STORE ▶**

**Shopping Tools**

Product Finders
Kitchen & Laundry
Design Center

Shop by phone
1-888-BESTBUY

**Featured Services**

Geek Squad
Digital Music Store
GameFly
SIRIUS Satellite Radio
XM Satellite Radio
Mobile Installation
Installation by Magnolia
**See all services»**

**Featured Brands**

Microsoft
Canon
Sony
Toshiba
Pioneer
Intel
Samsung
**See all brands»**

## More Best Buy Services & Solutions





MAGNOLIA
HOME THEATER

Office Electronics
Office Furniture
Networking
See all»

**Gift Ideas**
For Him
For Her
For Teens
For Kids
See all»





---

**YOUR ORDER**

Order Status                    Find a Rebate
Shipping & Delivery             Returns
Store Pickup

**PRODUCT SUPPORT**

Installation & Repairs
Warranties & Performance Plans
Order Parts
Product Safety Recalls

**MORE BEST BUY SITES...**

Select a Site
Best Buy en Español





About Best Buy  |  News Center  |  Careers  |  For Our Investors  |  Community Relations  |  Affiliate Program

**Need help shopping? 1-888-BEST BUY (1-888-237-8289)**    We'll call you now / click to talk ▶

Online prices and selection generally match our retail stores, but may vary. Prices and offers are subject to change. © 2003- 2007 Best Buy. All rights reserved. Best Buy, BestBuy.com and the tag design are trademarks of Best Buy. For personal, noncommercial use only.

Conditions of Use  |  Legal Policies  |  Privacy Policy  |  Your California Privacy Rights
Site Map  |  Contact Us



## Find a Best Buy Store

### Begin Your Search

**ENTER *Required fields**

**\*ZIP Code**

**AND/OR**
Street Address

City

**\*State**
Select a State...    [FIND STORES]

**SELECT STORE SERVICES:**
Refine your search by selecting these additional services:

☐ Mobile electronic installation

☐ Large appliances on display

☐ Professional appliance installation

### Preferred Stores

**Find stores easier with Preferred Stores**
By adding up to 3 Preferred Stores to Your Account, you'll save yourself time and avoid shipping and handling when you can pick up in store. If you already have Preferred Stores, view them by signing in.

**What are Preferred Stores?**
Preferred Stores are a great way to quickly check in-store merchandise availability. Plus, you eliminate all shipping and handling costs when you can pick up your purchase at one of our stores. During checkout, you can easily make your final store choices for pickup or delivery.

### Take Advantage of Our Store Locator

**Store hours may vary by location. Please contact your local store directly for exact hours of operation.**

Within our Store Locator, you can get store hours, phone numbers, driving directions to Best Buy locations and more. You can also choose locations close to you and make them your Preferred Stores.

**All shipping costs are eliminated when you can pick up your purchase(s) at a Best Buy store.**

BestBuy.com currently ships to all U.S. residential and business addresses, U.S. P.O. boxes, APO/FPOs, Puerto Rico, Guam and the Virgin Islands. We do not offer international shipping.

Both the shipping and billing address must be an address in the U.S., the Virgin Islands, Puerto Rico, Guam, or an FPO or APO.

Featuring Microsoft MapPoint Technology. Review Terms of Use and Privacy Statement.

---

**YOUR ORDER**
Order Status                Find a Rebate
Shipping & Delivery         Returns

**PRODUCT SUPPORT**
Installation & Repairs
Warranties & Performance Plans

**MORE BEST BUY SITES...**
Select a Site
Best Buy en Español

Store Pickup

Order Parts
Product Safety Recalls





About Best Buy  |  News Center  |  Careers  |  For Our Investors  |  Community Relations  |  Affiliate Program

**Need help shopping? 1-888-BEST BUY (1-888-237-8289)**    

Online prices and selection generally match our retail stores, but may vary. Prices and offers are subject to change.
© 2003- 2007 Best Buy. All rights reserved. Best Buy, BestBuy.com and the tag design are trademarks of Best Buy. For personal, noncommercial use only.

Conditions of Use  |  Legal Policies  |  Privacy Policy  |  Your California Privacy Rights

Site Map  |  Contact Us



| Thousands of Possibilities | GET YOURS! | WEEKLY AD | GIFT CARDS | ORDER STATUS |
| | | STORE LOCATOR | CREDIT CARDS | MY ACCOUNT |
| | | WISH LIST | REWARD ZONE | CUSTOMER SERVICE |

| ELECTRONICS ▾ | CAMERAS & CAMCORDERS ▾ | COMPUTERS ▾ | MUSIC, MOVIES GAMES & TOYS ▾ | HOME & APPLIANCES ▾ | PHONES & COMMUNICATIONS ▾ | OFFICE PRODUCTS ▾ |

**SEARCH FOR** Keyword or Item #    **IN** All Categories ▾ GO

Welcome.
Please create an accou

## WOW GRADS WITH ONE OF OUR TOP GIFTS    Shop ▸

**STORE LOCATOR**

CU
St
qu
Ca
at
(23

# Find a Best Buy Store

We have found several Best Buy stores near **DE**. Please see the store listings in the search results below.



**Most stores have extended hours Friday and Saturday.**
Call your local store for more details.

Pic

Per
Se

## Modify Your Search

**ENTER *Required fields**

***ZIP Code**

**AND/OR**
Street Address

City

***State**
Select a State... ▾

**SELECT STORE SERVICES:**
**Refine your search by selecting these additional services:**

☐ Mobile electronic installation

☐ Large appliances on display

☐ Professional appliance installation

**FIND STORES**

## Search Results

**See Map of All Listed Stores**


WEEKLY AD

**Dover DE (Store 842)**
1165 N Dupont Hwy
Dover, DE 19901-2008
**Phone:** 302-677-0200
**Hours:** Mon-Sat 10:00am-9:00pm
Sun 11:00am-7:00pm

This store also features:
- Mobile electronics installation
- Professional appliances installation

Map & Directions | Add to Preferred Stores

**Also available at this store**

MAGNOLIA HOME THEATER    

## Preferred Stores

**Find stores easier with Preferred Stores**
By adding up to 3 Preferred Stores to Your Account, you'll save yourself time and avoid shipping and handling when you can pick up in-store. If you already have Preferred Stores, view them by signing in. If you do not have an account, it takes only a few moments to create one.

**What are Preferred Stores?**
Preferred Stores are a great way to quickly check in-store merchandise availability. Plus, you eliminate all shipping and handling costs when you can pick up your purchase at one of our stores. During checkout, you can easily make your final store choices for pickup or delivery.

WEEKLY AD

**Vineland NJ (Store 692)**
3849 S Delsea Dr
Vineland, NJ 08360
**Phone:** 856-765-1880
**Hours:** Mon-Sat 10:00am-9:00pm
Sun 11:00am-7:00pm

This store also features:
- Mobile electronics installation
- Large appliances on display
- Professional appliances installation

Map & Directions | Add to Preferred Stores

Featuring Microsoft MapPoint Technology. Review Terms of Use and Privacy Statement.

**Also available at this store**



---

**Salisbury MD (Store 772)** 
109 E North Pointe Dr
Salisbury, MD 21804
**Phone:** 410-334-6771
**Hours:** Mon-Sat 10:00am-9:00pm
Sun 11:00am-7:00pm

**This store also features:**
- Mobile electronics installation
- Large appliances on display
- Professional appliances installation

Map & Directions | Add to Preferred Stores

**Also available at this store**



---

**Wilmington DE (Store 575)**
2201 Farrand Dr
Wilmington, DE 19808
**Phone:** 302-993-0495
**Hours:** Mon-Sat 10:00am-9:00pm
Sun 11:00am-7:00pm

**This store also features:**
- Mobile electronics installation
- Large appliances on display
- Professional appliances installation

Map & Directions | Add to Preferred Stores

**Also available at this store**



NEXT 4 CLOSEST ▶

---

**YOUR ORDER**

Order Status          Find a Rebate
Shipping & Delivery   Returns
Store Pickup

**PRODUCT SUPPORT**

Installation & Repairs
Warranties & Performance Plans
Order Parts
Product Safety Recalls

**MORE BEST BUY SITES...**

Select a Site
Best Buy en Español







About Best Buy | News Center | Careers | For Our Investors | Community Relations | Affiliate Program

**Need help shopping? 1-888-BEST BUY (1-888-237-8289)** 

Online prices and selection generally match our retail stores, but may vary. Prices and offers are subject to change. © 2003 - 2007 Best Buy. All rights reserved. Best Buy, BestBuy.com and the tag design are trademarks of Best Buy. For personal, noncommercial use only.

Conditions of Use  |  Legal Policies  |  Privacy Policy  |  Your California Privacy Rights
Site Map  |  Contact Us



Thousands of Possibilities | **GET YOURS**

WEEKLY AD HOT DEALS WISH LIST    GIFT CARDS GIFT CARD REWARD ZONE    ORDER STATUS MY ACCOUNT MY SERVICE

ELECTRONICS ▾ | CAMERAS & CAMCORDERS ▾ | COMPUTERS ▾ | MUSIC, MOVIES GAMES & TOYS ▾ | HOME & APPLIANCES ▾ | PHONES & COMMUNICATIONS ▾ | OFFICE PRODUCTS ▾

SEARCH FOR  Keyword or Item #   IN  All Categories ▾  GO

Welcome. Please create an accou

## WOW GRADS WITH ONE OF OUR TOP GIFTS   Shop ▸

### ▼ MONITORS & PROJECTORS

All Monitors
By Screen Size
By Price Range
By Brand
Business Projectors

ALL MONITORS

# All Monitors

See our full selection of LCD and CRT monitors below.

View fewer items

**38 Items Available**

Sort By Brand ▾

**COMPARE** Item | Product Description | Pricing and Promotions

☐ Compare Now



**Acer - 19" Widescreen Flat-Panel TFT-LCD Monitor** X191WSD
5 ms response time; 800:1 contrast ratio; 300 cd/m² brightness; 1440 x 900 resolution; 160° viewing angles; DVI/analog inputs

**Our Price: $219.99**

**ADD TO CART**

**Shipping:** Usually leaves our warehouse in 1 business day  Estimate arrival time.
**Store Pickup:** Available at most stores  Check preferred store availability.

☐ Compare Now



**Acer - 19" Widescreen Flat-Panel LCD Monitor** AL1916WABD
5 ms response time; 700:1 contrast ratio; 300 cd/m² brightness; 1440 x 900 resolution

**Our Price: $229.99**

**ADD TO CART**

**Shipping:** Usually leaves our warehouse in 1 business day  Estimate arrival time.
**Store Pickup:** Available at most stores  Check preferred store availability.

☐ Compare Now



**Acer - 22" Widescreen Flat-Panel LCD Monitor** X221WSD
5 ms response time; 1000:1 contrast ratio; 300 cd/m² brightness; 1680 x 1050 resolution; DVI with HDCP

**Our Price: $319.99**

**ADD TO CART**

**Shipping:** Usually leaves our warehouse in 1 business day  Estimate arrival time.
**Store Pickup:** Available at most stores  Check preferred store availability.

☐ Compare Now

**Acer - 24" Widescreen Flat-Panel LCD Monitor** X241WSD
6 ms response time; 1000:1 contrast ratio; 500 cd/m² brightness; 1920 x 1200 resolution; DVI with HDCP

**Our Price: $549.99**

**ADD TO CART**

**Shipping:** Usually leaves our warehouse in 1 business day  Estimate arrival time.
**Store Pickup:** Available at most stores  Check preferred store availability.

☐ Compare

**Apple® - 23" Flat-Panel TFT-LCD Cinema HD Display** M9178LL/A

**Our Price: $899.99**

**ADD TO CART**

Now  1920 x 1200 resolution; DVI input; 0.258mm pixel pitch; 16 ms response time

**Shipping:** Usually leaves our warehouse in 1 business day  Estimate arrival time.
**Store Pickup:** Not Available

☐
Compare Now

**Apple® - 20" Flat-Panel TFT-LCD Cinema Display**

1680 x 1050 resolution; DVI input; 0.258mm pixel pitch; 16 ms response time

**Our Price: $599.99**
**ADD TO CART**

**Shipping:** Usually leaves our warehouse in 1 business day  Estimate arrival time.
**Store Pickup:** Not Available

☐
Compare Now

**Compaq - 17" Flat-Screen CRT Monitor FS7600e**
16" viewable area; 1280 x 768 pixel resolution; external speakers included

**Our Price: $114.99**
**ADD TO CART**

**Shipping:** Usually leaves our warehouse in 1 business day  Estimate arrival time.
**Store Pickup:** Available at most stores  Check preferred store availability.

☐
Compare Now


**eMachines - eView 17" Flat-Screen CRT Monitor - Platinum/ Graphite 17f3**
1280 x 1024 max. resolution; 0.25mm dot pitch; on-screen display controls; plug-and-play

**Our Price: $114.99**
**ADD TO CART**

**Shipping:** Usually leaves our warehouse in 1 business day  Estimate arrival time.
**Store Pickup:** Available at most stores  Check preferred store availability.

☐
Compare Now


**eMachines - 19" Widescreen Flat-Panel TFT-LCD Monitor E19T5W**
8 ms response time; 700:1 contrast ratio; 300 cd/m² brightness; 1440 x 900 resolution

**Our Price: $224.99**
**ADD TO CART**

**Shipping:** Usually leaves our warehouse in 1 business day  Estimate arrival time.
**Store Pickup:** Available at most stores  Check preferred store availability.

☐
Compare Now

**eMachines - 17" Widescreen Flat-Panel TFT-LCD Monitor E17T4W**
8ms response time; 500:1 contrast ratio; 250 cd/m² brightness; 1280 x 720 maximum resolution

**Our Price: $194.99**
**ADD TO CART**

**Shipping:** Usually leaves our warehouse in 1 business day  Estimate arrival time.
**Store Pickup:** Available at most stores  Check preferred store availability.

☐
Compare Now

**Envision - 19" Widescreen Flat-Panel TFT-LCD Monitor G918W1**
Ultrafast 5 ms response time; 800:1 contrast ratio; 300 cd/m² brightness; 1440 x 900 maximum resolution; 160° horizontal and vertical viewing angles

**Our Price: $219.99**
**ADD TO CART**

**Shipping:** Usually leaves our warehouse in 1 business day  Estimate arrival time.
**Store Pickup:** Available at most stores  Check preferred store availability.

☐
Compare Now

**Envision - 17" Flat-Panel LCD Monitor H1781**
Ultrafast 5 ms response time; 700:1 contrast ratio; 300 cd/m² brightness; 1280 x 1024

**Our Price: $199.99**
**ADD TO CART**

maximum resolution; 170°
horizontal and vertical viewing
angles

**Shipping:** Usually leaves our warehouse in 1 business day  Estimate arrival time.
**Store Pickup:** Available at most stores  Check preferred store availability.

**Envision - 19" Flat-Panel LCD Monitor** H1981
Ultrafast 5 ms response time;
700:1 contrast ratio; 300 cd/m²
brightness; 1280 x 1024
maximum resolution

Our Price: **$229.99**

**ADD TO CART**

**Shipping:** Usually leaves our warehouse in 1 business day  Estimate arrival time.
**Store Pickup:** Available at most stores  Check preferred store availability.

**Gateway - 19" Widescreen Flat-Panel TFT-LCD Monitor** FPD1975W
8 ms response time; DVI-D input;
HD-ready; 700:1 contrast ratio;
300 cd/m² brightness

Save $100 on
Gateway
Package Offer

Our Price: **$229.99**

**ADD TO CART**

**Shipping:** Usually leaves our warehouse in 1 business day  Estimate arrival time.
**Store Pickup:** Available at most stores  Check preferred store availability.

**Gateway - 24" Widescreen High-Definition Flat-Panel LCD Monitor** FPD2485W
6 ms response time; 1000:1
contrast ratio; 450 cd/m²
brightness; 1920 x 1200 pixel
resolution; high-definition support

Save $100 on
Gateway
Package Offer

Our Price: **$679.99**

**ADD TO CART**

**Shipping:** Usually leaves our warehouse in 1 business day  Estimate arrival time.
**Store Pickup:** Available at most stores  Check preferred store availability.

**Gateway - 22" Widescreen Flat-Panel TFT-LCD HD Monitor** FPD2275W
5 ms response time; 700:1
contrast ratio; 300 cd/m²
brightness; 1680 x 1050
resolution; 160° viewing angles;
digital DVI-D and analog VGA
inputs; HD-ready

Save $100 on
Gateway
Package Offer

Our Price: **$379.99**

**ADD TO CART**

**Shipping:** Usually leaves our warehouse in 1 business day  Estimate arrival time.
**Store Pickup:** Available at most stores  Check preferred store availability.

**Gateway - 17" Widescreen Flat-Panel LCD HD Monitor** FPD1775W
8 ms response time; 500:1
contrast ratio; 250 cd/m²
brightness; 1280 x 720 maximum
resolution; 140°/130° viewing
angles; DVI-D input

Save $100 on
Gateway
Package Offer

Our Price: **$199.99**

**ADD TO CART**

**Shipping:** Usually leaves our warehouse in 1 business day  Estimate arrival time.
**Store Pickup:** Available at most stores  Check preferred store availability.



**Hewlett-Packard - 17" Flat-Panel TFT-LCD Monitor** vs17e
8 ms response time; 500:1
contrast ratio; up to 280 cd/m²;
1280 x 1024 resolution; VGA
inputs; wall mountable

Our Price: **$224.99**

**SOLD OUT**

**Shipping:** Sold Out
**Store Pickup:** Limited Availability  Check preferred store availability.

**Hewlett-Packard - 15" Flat-Panel TFT-LCD Monitor** vp15
8 ms response time; 500:1
contrast ratio; 170 cd/m²

Our Price: **$169.99**

**ADD TO CART**

brightness; 1024 x 768
resolution; VGA input

**Shipping:** Usually leaves our warehouse in 1 business day  Estimate arrival time.
**Store Pickup:** Available at most stores  Check preferred store availability.



☐ Compare Now

**Hewlett-Packard - 19"
Widescreen Flat-Panel TFT-
LCD Monitor w1907**
5 ms response time; 1000:1
contrast ratio; 300 cd/m²
brightness; 1440 x 900
resolution; DVI-D with HDCP

**Our Price: $229.99**

**ADD TO CART**

**Shipping:** Usually leaves our warehouse in 1 business day  Estimate arrival time.
**Store Pickup:** Available at most stores  Check preferred store availability.

☐ Compare Now

**Hewlett-Packard - 17" Flat-
Panel TFT-LCD Monitor vp17**
5 ms response time; 700:1
contrast ratio; 300 cd/m²
brightness; 1280 x 1024
resolution; DVI-D with HDCP and
VGA inputs

**Our Price: $199.99**

**ADD TO CART**

**Shipping:** Usually leaves our warehouse in 1 business day  Estimate arrival time.
**Store Pickup:** Available at most stores  Check preferred store availability.



☐ Compare Now

**Hewlett-Packard - 22"
Widescreen Flat-Panel TFT-
LCD Monitor w2207**
5 ms response time; 1000:1
contrast ratio; 300 cd/m²
brightness; 1680 x 1050
resolution; DVI-D with HDCP

**Our Price: $379.99**

**ADD TO CART**

**Shipping:** Usually leaves our warehouse in 1 business day  Estimate arrival time.
**Store Pickup:** Available at most stores  Check preferred store availability.



☐ Compare Now

**LG - 19" Flat-Panel LCD
Monitor L1960TR**
2 ms response time; 3000:1
contrast ratio; 300 cd/m²
brightness; 1280 x 1024
resolution; DVI-D with HDCP

Free Shipping

**Our Price: $289.99**

**ADD TO CART**

**Shipping:** Usually leaves our warehouse in 1 business day  Estimate arrival time.
**Store Pickup:** Available at most stores  Check preferred store availability.



☐ Compare Now

**LG - 24" Widescreen Flat-
Panel LCD Monitor L246WP-BN**
Ultrafast 8 ms response time;
intelligent auto resolution;
picture-in-picture

Free Shipping

**Our Price: $699.99**

**ADD TO CART**

**Shipping:** Usually leaves our warehouse in 1 business day  Estimate arrival time.
**Store Pickup:** Available at most stores  Check preferred store availability.

☐ Compare Now

**LG - 19" Widescreen Flat-
Panel LCD Monitor**

2 ms response time; 3000:1
contrast ratio; 300 cd/m²
brightness; 1440 x 900
resolution; DVI-D

On Sale
Free Shipping

Reg. Price: $239.99
You Save: $20.00
**Sale: $219.99**

**ADD TO CART**

**Shipping:** Usually leaves our warehouse in 1 business day  Estimate arrival time.
**Store Pickup:** Available at most stores  Check preferred store availability.



☐ Compare Now

**LG - 19" Flat-Panel LCD
Monitor L1933TR-SF**
2 ms response time; 3000:1
contrast ratio; 300 cd/m²
brightness; 1280 x 1024
resolution; DVI-D

On Sale
Free Shipping

Reg. Price: $249.99
You Save: $20.00
**Sale: $229.99**

**ADD TO CART**

**Shipping:** Usually leaves our warehouse in 1 business day  Estimate arrival time.

**Store Pickup:** Available at most stores  Check preferred store availability.

 

☐ Compare Now

**LG - 17" Flat-Panel LCD Monitor L1733TR-SF**
2 ms response time; 3000:1 contrast ratio; 300 cd/m² brightness; 1280 x 1024 resolution; DVI-D

On Sale
Free Shipping

Reg. Price: $219.99
You Save: $20.00
**Sale: $199.99**

ADD TO CART

**Shipping:** Backordered. Usually leaves our warehouse within 1-2 weeks  Estimate arrival time.
**Store Pickup:** Available at most stores  Check preferred store availability.

 

☐ Compare Now

**MAG - 22" Widescreen Flat-Panel LCD Monitor LT2219WDB**
2 ms response time; 1400:1 contrast ratio; 300 cd/m² brightness; 1680 x 1050

Our Price: $299.99

ADD TO CART

**Shipping:** Usually leaves our warehouse in 1 business day  Estimate arrival time.
**Store Pickup:** Available at most stores  Check preferred store availability.

 

☐ Compare Now

**MAG - 19" Widescreen Flat-Panel LCD Monitor LT1919WDB**
2 ms response time; 1600:1 contrast ratio; 300 cd/m² brightness; 1440 x 900

Our Price: $199.99

ADD TO CART

**Shipping:** Usually leaves our warehouse in 1 business day  Estimate arrival time.
**Store Pickup:** Available at most stores  Check preferred store availability.

 

☐ Compare Now

**NEC - MultiSync GX² 17" Flat-Panel TFT-LCD Monitor 70GX2**
4 ms response time; 700:1 contrast ratio; 400 cd/m² brightness; 1280 x 1024 resolution; DVI-D and 15-pin D-sub inputs

Our Price: $199.99

ADD TO CART

**Shipping:** Usually leaves our warehouse in 1 business day  Estimate arrival time.
**Store Pickup:** Limited Availability  Check preferred store availability.



☐ Compare Now

**Samsung - SyncMaster 22" Widescreen Flat-Panel TFT-LCD Monitor 225BW**
5 ms response time; 700:1 contrast ratio; 280 cd/m² brightness; 1680 x 1050 max resolution

Our Price: $349.99

ADD TO CART

**Shipping:** Usually leaves our warehouse in 1 business day  Estimate arrival time.
**Store Pickup:** Limited Availability  Check preferred store availability.

 

☐ Compare Now

**Samsung - 19" Widescreen Flat-Panel TFT-LCD Monitor 906BW**
Ultrafast 2 ms response time; 2000:1 contrast ratio; 300 cd/m² brightness; 1440 x 900 maximum resolution; 160° horizontal and vertical viewing angles; DVI and 15-pin D-sub inputs

Our Price: $239.99

ADD TO CART

**Shipping:** Usually leaves our warehouse in 1 business day  Estimate arrival time.
**Store Pickup:** Available at most stores  Check preferred store availability.

☐ Compare Now

**Samsung - 22" Widescreen Flat-Panel TFT-LCD Monitor 226BW**
Ultrafast 2 ms response time; 3000:1 contrast ratio; 300 cd/m² brightness; 1680 x 1050 maximum resolution; 160° horizontal and vertical viewing angles; DVI-D and 15-pin D-sub inputs

Our Price: $349.99

ADD TO CART

**Shipping:** Usually leaves our warehouse in 1 business day   Estimate arrival time.
**Store Pickup:** Available at most stores   Check preferred store availability.



**Westinghouse - 17" Flat-Panel TFT-LCD Monitor LCM-17V8**
8 ms response time; 450:1 contrast ratio; 300 cd/m² brightness; 1280 x 1024 maximum resolution

On Sale

Reg. Price: $189.99
You Save: $30.00
**Sale: $159.99**

**ADD TO CART**

**Shipping:** Usually leaves our warehouse in 1 business day   Estimate arrival time.
**Store Pickup:** Available at most stores   Check preferred store availability.



**Westinghouse - 19" Widescreen Flat-Panel LCD Monitor L1975NW**
Ultrafast 5 ms response time; 700:1 contrast ratio; 300 cd/m² brightness; 1440 x 900 maximum resolution; 150° horizontal and 130° vertical viewing angles

Our Price: $219.99

**ADD TO CART**

**Shipping:** Usually leaves our warehouse in 1 business day   Estimate arrival time.
**Store Pickup:** Available at most stores   Check preferred store availability.



**Westinghouse - 22" Widescreen Flat-Panel LCD Monitor LCM-22W3**
Ultrafast 5 ms response time; 700:1 contrast ratio; 280 cd/m² brightness; 1680 x 1050 maximum resolution; 150° horizontal and 130° vertical viewing angles

On Sale

Reg. Price: $349.99
You Save: $80.00
**Sale: $269.99**

**ADD TO CART**

**Shipping:** Usually leaves our warehouse in 1 business day   Estimate arrival time.
**Store Pickup:** Available at most stores   Check preferred store availability.



**Westinghouse - 19" Flat-Panel LCD Monitor L1928NV**
Ultrafast 5 ms response time; 650:1 contrast ratio; 280 cd/m² brightness; 1280 x 1024 maximum resolution; 150° horizontal and 130° vertical viewing angles

On Sale

Reg. Price: $229.99
You Save: $40.00
**Sale: $189.99**

**ADD TO CART**

**Shipping:** Backordered. Usually leaves our warehouse within 1-2 weeks   Estimate arrival time.
**Store Pickup:** Available at most stores   Check preferred store availability.



**Westinghouse - 19" Flat-Panel LCD Monitor L2046NV**
Ultrafast 5 ms response time; 650:1 contrast ratio; 300 cd/m² brightness; 1280 x 1024 maximum resolution; 150° horizontal and 130° vertical viewing angles

Our Price: $279.99

**ADD TO CART**

**Shipping:** Usually leaves our warehouse in 1 business day   Estimate arrival time.
**Store Pickup:** Available at most stores   Check preferred store availability.

**COMPARE**

View fewer items

**38 Items Available**

Sort By Brand ▼

---

**YOUR ORDER**
Order Status
Shipping & Delivery
Store Pickup

Find a Rebate
Returns

**PRODUCT SUPPORT**
Installation & Repairs
Warranties & Performance Plans
Order Parts

**MORE BEST BUY SITES...**
Select a Site
Best Buy en Español

Product Safety Recalls

  

About Best Buy | News Center | Careers | For Our Investors | Community Relations | Affiliate Program

**Need help shopping? 1-888-BEST BUY (1-888-237-8289)**    We'll call you now  **click to talk**

Online prices and selection generally match our retail stores, but may vary. Prices and offers are subject to change. © 2003- 2007 Best Buy. All rights reserved. Best Buy, BestBuy.com and the tag design are trademarks of Best Buy. For personal, noncommercial use only.

Conditions of Use | Legal Policies | Privacy Policy | Your California Privacy Rights

Site Map | Contact Us

 **.BEST BUY**

Thousands of Possibilities | **GET YOURS**

| WEEKLY AD | GIFT CARDS | ORDER STATUS | 🛒 **CART** |
| STORE LOCATOR | CREDIT CARDS | MY ACCOUNT | **0** Items |
| WISH LIST | REWARD ZONE® | CUSTOMER SERVICE | |

| ELECTRONICS ▾ | CAMERAS & CAMCORDERS ▾ | COMPUTERS ▾ | MUSIC, MOVIES GAMES & TOYS ▾ | HOME & APPLIANCES ▾ | PHONES & COMMUNICATIONS ▾ | OFFICE PRODUCTS ▾ | GIFT IDEAS |

SEARCH FOR  Keyword or Item #          IN  All Categories    Welcome.
Please create an account or Sign in.

**WOW GRADS** WITH ONE OF OUR TOP GIFTS          Shop ▸

**▼ TELEVISIONS**

- By TV Type
- By Price Range
- By Size
- **By Brand**
- Dynex TVs
- Hewlett Packard TVs
- Hitachi TVs
- Insignia TVs
- JVC TVs
- LG TVs
- Magnavox TVs
- Maxent TVs
- Mitsubishi
- Optoma TVs
- Panasonic TVs
- Philips TVs
- Pioneer TVs
- Samsung TVs
- Sharp TVs
- Sony TVs
- Sylvania TVs
- Toshiba TVs
- Westinghouse TVs
- By Premium TVs

## By Brand



**Brand** Spotlight
**SONY.** like.no.other”

▸ See all Sony Televisions


**HOT PRODUCT SPOTLIGHT**
GO ▸

| CONFUSED ABOUT HDTV? | WE MAKE HOUSE CALLS! |
| Learn about HD, surround sound and more in the Home Theater Resource Center, from our trusted partners at CNET. | cnet **CNET**.com | Bring your dreams to life with expert, in-home system design and layout by Magnolia Premium Home Theater professionals. Learn more. |

**DIGITAL TV** is coming!
Here's what you need to know.
Read up ▸

### Shop by Brand:

| | | |
|---|---|---|
| Dynex | Mitsubishi | Sharp |
| Insignia | Panasonic | Sony |
| JVC | Philips | Sylvania |
| Hewlett-Packard | Pioneer | Toshiba |
| LG | Samsung | Westinghouse |
| Maxent | | |

**$200 OFF** SELECT *LG* HOME THEATER SYSTEMS WITH SELECT LG TVS
FIND OUT HOW ▸
 LG

See our premium Magnolia TV assortment ▸

**Featured Offers & Promotions:**          See all offers ▸

**EARN REWARDS EVERYWHERE YOU SHOP WITH THE NEW**


**Free TV Stand**
(a $249.99 value) with select TVs $999 & up.
Online only.
Find out how ▸
Shipping extra.


**Free DVD Recorder**
with any TV $399 - $999.
Exclusions apply.
Online only.
Find out how ▸
Shipping extra.


**15% Off**
a wide selection of TV Accessories with any TV purchase.
Exclusions apply.
Online only.
Find out how ▸


**In Store Only**
Great offers in TVs & Home Theater every week.
Check 'em out ▸


Reward Zone® program MasterCard®.
APPLY NOW ▸

## Featured Products



**Hewlett-Packard - MediaSmart 37" Flat-Panel LCD HDTV**
SLC3760N
Our Price:
$1,499.99

✓ Free Shipping

▸ See more LCD Flat Panel



**Samsung - 50" DLP HDTV**
HLT5075S
Reg. Price: $1,499.99

On Sale Now:
See price in cart

✓ On Sale

▸ See more HDTVs



**Sharp - AQUOS 46" 1080p Flat-Panel LCD HDTV**
LC46D82U
Reg. Price: $3,199.99

On Sale Now:
See price in cart

✓ On Sale

▸ See more HDTVs



**Sony - BRAVIA 40" Flat-Panel LCD HDTV**
KDL-40S3000
Our Price:
$1,799.99

✓ Free TV Stand Offer

▸ See more LCD Flat Panel

---



**We pledge to help you get the best picture for your HDTV**
Get your head around the mysteries of HDTV and Home Theater! We've teamed up with our trusted partners at CNET to bring you straightforward HD info, buying tips, how-to videos and much more. Understand now.



**Premium Installation by Magnolia Home Theater**
Why stress over installing your new TV? Let us handle it all. Learn more about our installation services or call 1-888-Magnolia (1-888-624-6654).



Need help? **Can't find the right product? Let us help.**
- Television Finder
- TV Furniture and Mount Finder



**Need Help?**
Call 1-800-925-0145 or have us call you now.
▸ click to talk ▸

### Research Center

- HDTV Headquarters
- Televisions Glossary
- Home Theater Installation Services
- Learn How to Choose the Right Cables

▸ More topics

---

**YOUR ORDER**
Order Status
Shipping & Delivery
Store Pickup

Find a Rebate
Returns

**PRODUCT SUPPORT**
Installation & Repairs
Warranties & Performance Plans
Order Parts
Product Safety Recalls

**MORE BEST BUY SITES...**
Select a Site
Best Buy en Español







About Best Buy    News Center    Careers    For Our Investors    Community Relations    Affiliate Program

**Need help shopping? 1-888-BEST BUY (1-888-237-8289)**   We'll call you now ▸ click to talk ▸

Online prices and selection generally match our retail stores, but may vary. Prices and offers are subject to change. © 2003-2007 Best Buy. All rights reserved. Best Buy, BestBuy.com and the tag design are trademarks of Best Buy. For personal, noncommercial use only.

Conditions of Use    Legal Policies    Privacy Policy    Your California Privacy Rights
Site Map    Contact Us



| | | |
|---|---|---|
| **Thousands of Possibilities** \| **GET YOURS** | WEEKLY AD<br>STORE LOCATOR<br>WISH LIST | GIFT CARDS<br>CREDIT CARDS<br>REWARD ZONE® | ORDER STATUS<br>MY ACCOUNT<br>CUSTOMER SERVICE | 🛒 CART<br>0 Items |

ELECTRONICS ▾ | CAMERAS & CAMCORDERS ▾ | COMPUTERS ▾ | MUSIC, MOVIES GAMES & TOYS ▾ | HOME & APPLIANCES ▾ | PHONES & COMMUNICATIONS ▾ | OFFICE PRODUCTS ▾ | GIFT IDEAS

SEARCH FOR  Keyword or Item #          IN  All Categories     Welcome.
Please create an account or Sign in.

## WOW GRADS WITH ONE OF OUR TOP GIFTS   Shop ▸

### ▼ TELEVISIONS

By TV Type
By Price Range
By Size
**By Brand**
Dynex TVs
Hewlett Packard TVs
Hitachi TVs
Insignia TVs
JVC TVs
LG TVs
Magnavox TVs
Maxent TVs
Mitsubishi
Optoma TVs
Panasonic TVs
Philips TVs
Pioneer TVs
Samsung TVs
Sharp TVs
Sony TVs
Sylvania TVs
Toshiba TVs
**Westinghouse TVs**
By Premium TVs

## WESTINGHOUSE TVS

**Online Only Offer**

# FREE TV STAND
### with Select TVs $999 & Up

For a limited time, get a stylish Pinnacle Design TV Stand (retail value $249.99) for free when you buy a select Flat-Panel or Projection TV $999 & up at BestBuy.com. Find out how.



Westinghouse - 47" 1080p Flat-Panel LCD HD Monitor - Silver/Black
LVM-47W1
Our Price:
**$1,599.99**

**ADD TO CART**

✓ Free TV Stand Offer
✓ 15% Off Wall Mount Offer
✓ 15% Off Select A/V Accessories Offer

**Which TV is right for you?**
Find out with our Television Product Finder ▸

**PAGES: 1**

**8 Items Available**                                    Sort By Brand

| COMPARE | Item | Product Description | Pricing and Promotions | |
|---|---|---|---|---|
| ☐ Compare Now |  | **Westinghouse - 37" Flat-Panel LCD HDTV** LTV-37w2<br>1366 x 768 resolution; HDMI-HDCP input; black/silver cabinet; 16:9 aspect ratio | Free Shipping | Our Price: **$899.99**<br>**IN STORE ONLY** |
| | | Purchase this at your local Best Buy store. Use our Store Locator to find a store nearest you. | | |
| ☐ Compare Now |  | **Westinghouse - 37" 1080p LCD HD Monitor** LVM-37w3<br>**From our expanded online assortment;** Monitor only; HDMI-HDCP input; black and silver cabinet; 16:9 aspect ratio | 15% Off Wall Mount Offer<br>15% Off Select A/V Accessories Offer<br>10% Off Bose Speaker System Offer | Our Price: **$1,499.99**<br>**ADD TO CART** |
| | | **Limited Delivery Availability.** Check Delivery availability .<br>Store Pickup: Not Available | | |
| ☐ Compare Now |  | **Westinghouse - 47" 1080p Flat-Panel LCD HD Monitor - Silver/Black** LVM-47W1<br>Monitor only; DVI inputs; silver/black cabinet; 16:9 widescreen aspect ratio | Free TV Stand Offer<br>15% Off Wall Mount Offer<br>15% Off Select A/V Accessories Offer | Our Price: **$1,599.99**<br>**ADD TO CART** |
| | | **Limited Delivery Availability.** Check Delivery availability . | | |

### Shopping Tools

 Confused about HDTV?

 HDTV Checklist

 TV Product Finder

 Blueshirt Videos

 In-Home Consultation

 Need Help?
1-800-925-014?



EARN REWARDS EVERYWHERE YOU SHOP WITH THE NEW

**Reward Zone® program MasterCard®.**

**APPLY NOW ▸**

### Research Center

▯ HDTV Headquarters
▯ Televisions Glossary
▯ Home Theater Installation Services
▯ Learn How to Choose the Right Cables



Store Pickup: Limited Availability. Check preferred store availability.

□ Compare Now

**Westinghouse - 42" Flat-Panel LCD HD Monitor** W4207
Monitor only; 1366 x 768 resolution; HDMI input; black cabinet; 16:9 aspect ratio

Free Shipping

Our Price: $979.99

IN STORE ONLY

▶ **More topics**

Purchase this at your local Best Buy store. Use our Store Locator to find a store nearest you.

□ Compare Now

**Westinghouse - 26" Widescreen Flat-Panel LCD HDTV** SK-26H240S
1366 x 768 resolution; 2 HDMI inputs; 16:9 widescreen aspect ratio; digital 3D de-interlacing

Free DVD Recorder Offer

$100 Off Combined Purchase Offer

15% Off Wall Mount Offer

Our Price: $649.99

ADD TO CART

Limited Delivery Availability. Check Delivery availability .
Store Pickup: Available at most stores Check preferred store availability.

□ Compare Now

**Westinghouse - 32" Flat-Panel LCD HDTV** SK-32H240S
1366 x 768 resolution; HDMI input; black/dark silver cabinet; 16:9 aspect ratio

Free DVD Recorder Offer

15% Off Wall Mount Offer

15% Off Select A/V Accessories Offer

Our Price: $799.99

ADD TO CART

Limited Delivery Availability. Check Delivery availability .
Store Pickup: Available at most stores Check preferred store availability.

□ Compare Now

**Westinghouse - 19" Widescreen Flat-Panel LCD HDTV** SK-19H210S
1440 x 900 resolution; HDMI input; black cabinet; 16:10 aspect ratio

15% Off Wall Mount Offer

15% Off Select A/V Accessories Offer

10% Off Bose Speaker System Offer

Our Price: $379.99

ADD TO CART

Shipping: Backordered. Usually leaves our warehouse within 1-2 weeks Estimate arrival time.
Store Pickup: Available at most stores Check preferred store availability.

□ Compare Now

**Westinghouse - 26" Widescreen Flat-Panel LCD HDTV/DVD Combo** SK-26H590D
1366 x 768 resolution; HDMI inputs; black cabinet; 16:9 aspect ratio; integrated DVD player

Free DVD Recorder Offer

15% Off Wall Mount Offer

15% Off Select A/V Accessories Offer

Our Price: $699.99

ADD TO CART

Limited Delivery Availability. Check Delivery availability .
Store Pickup: Available at most stores Check preferred store availability.

COMPARE

**PAGES: 1**

8 Items Available

Sort By Brand

---

**YOUR ORDER**
Order Status
Shipping & Delivery
Store Pickup

Find a Rebate
Returns

**PRODUCT SUPPORT**
Installation & Repairs
Warranties & Performance Plans
Order Parts
Product Safety Recalls

**MORE BEST BUY SITES...**
Select a Site
Best Buy en Español

Gift Cards
▶ Buy a Gift Card
▶ Check Your Balance

Credit Cards
▶ Learn more, apply or make a payment.

Reward Zone®
Program
▶ Learn More







About Best Buy      News Center      Careers      For Our Investors      Community Relations      Affiliate Program

**Need help shopping? 1-888-BEST BUY (1-888-237-8289)**      We'll call you now click to talk ▸

Online prices and selection generally match our retail stores, but may vary. Prices and offers are subject to change.
© 2003 - 2007 Best Buy. All rights reserved. Best Buy, BestBuy.com and the tag design are trademarks of Best Buy. For
personal, noncommercial use only.

Conditions of Use      Legal Policies      Privacy Policy      Your California Privacy Rights
Site Map      Contact Us

Circulars & Catalogs >  **Brand Browse: Westinghouse**

**SEARCH THE ADS**

GO

**BROWSE THE ADS**

**By Category**
-- Click to select --

**By Brand**
-- Click to select --

**PRINTABLE SHOPPING LIST**

0 items on your list
View list

**NEAREST STORE**

2201 FARRAND DR
WILMINGTON, DE 19808
Tel: 302-9930495
Map & driving directions
Select another location

Take our Spring Survey

1 Item

**Televisions**



Reg. $1999.99
**$1699.99**
After Savings
thru May 26

**Westinghouse 47" 1080p LCD
HDTV Monitor\***  #7898331

$300 INSTANT SAVINGS
▸ Buy online
▸ Add to printable shopping list
▸ More information

1 Item

# EXHIBIT 38



    

**3 WAYS TO BUY**  |  **online** circuitcity.com  |  **in store** find one near you  |  **by phone** 1-800-843-2489  |  CART  |  MY ACCC

TV & VIDEO    AUDIO & MP3    COMPUTERS    CAMERAS    CAR    HOME, OFFICE & PHONES    GAMES & TOYS    MOVI & MUS

WEEKLY AD    CATALOG    OUTLET    GIFT CARDS    SHOP BY BRAND

SEARCH: [            ] All product

Hurry—free shipping for a limited time, or choose 24-minute in-store



Save up to $700 instantly on select HDTVs
plus no interest for 12 months
▶ Shop now



Great deals on road trip essentials like GPS and mobile video
▶ Shop now



**Top-selling products**
- SanDisk Sansa M240 1GE
- Garmin StreetPilot i5 Por
- Vizio 50" Plasma HDTV
- OLEVIA 32" 2 Series LCD
- SanDisk 1GB Ultra II Con

**Popular searches**
- iPod
- GPS
- PSP (PlayStation Portabl
- digital picture frame
- Zune

**New at Circuit City**
- Learn more about Windo
- firedog services - no hou
- Apply now for a Circuit C
- Enter our May photo con
- Troubleshooting your HE
- World Cyber Games 2007

Save up to 10%
on digital cameras
plus no interest until 2008
**Web only special**



Shop for digital cameras

Save up to $200 instantly
on select home theater systems and receivers



Shop for home theater systems

Notebooks startin
plus free printer, router & software with select notebooks
and no interest or payments for 3 months

Shop for notebooks

Save up to 20% on GPS
Starting at 199.99
Plus, web-only. No interest or payments for 6 months on all GPS $299 & up

Shop for GPS navigation

This week's specials
starting at 29.99



Shop for this week's specials

All on sale
iPods with video & nanos on sale
**Web-only special**

Shop for MP3 players



New from Alienware
Area-51 m9750

The ultimate
gaming notebook

**SIGN UP FOR THE HOTTEST NEWS AND DEALS:**

[email address] ( sign up )

**DEALS**
Financing
Sales &
rebates
Outlet
Weekly ad
Sweepstakes
Catalog
RSS feeds

**SERVICE**
Pay my bill
Order status
24/24 Pickup Guarantee
Protection plans
Additional services
Request a catalog
Partsearch

**TRU**
Gua
Priv
Auto
Retu
Rec

Partners    About Circuit City    Business Sales    Affiliates    Careers    Investor Info & Newsroom    Contact Us    Tax-exempt    Terms

©1996 - 2007 Circuit City Stores, Inc.

      

**3 WAYS TO BUY** | **online** circuitcity.com | **in store** find one near you | **by phone** 1-800-843-2489 | 🛒 CART   👤 MY ACCC

TV & VIDEO · AUDIO & MP3 · COMPUTERS · CAMERAS · CAR · HOME, OFFICE & PHONES · GAMES & TOYS · MOVI & MUS

WEEKLY AD   CATALOG   OUTLET   GIFT CARDS   SHOP BY BRAND

SEARCH: [_____]  All product

**Hurry—free shipping for a limited time, or choose 24-minute in-store p**

## 3 ways to buy

Home > 3 ways to buy

ZIP code: *
[_____]
( find )

Address: [_____]

City: * [_____]

State: * [ Choose a State ▼ ]

( find )

* required fields

### Circuit City store Hours          Order anytin

**Monday-Thursday** 10 a.m.-9 p.m.   ⓐ   Ema
**Friday-Saturday** 10 a.m.-10 p.m.
**Sunday** 10 a.m.-8 p.m.

Individual stores may vary slightly from this sch during the holiday season and on Sundays. Pl details for each store for up-to-date information

All Circuit City Express stores operate accordi and close hours.

 **In stores**

#### Get your hands on new stuff
Sometimes you just have to try out electronics for yourself. Visit one of our more than 600 stores and our store associates will help you figure out exactly what you need.

#### Don't waste a trip
When you order from us online or by phone, you can instantly see what's available in stores near you. Choose in-store pickup and your purchases will be ready to pick up 24 minutes after confirming your online order, or we'll give you a $24 gift card.

#### How does it work?
As soon as your order is confirmed, a pager goes off to alert our store associates. They'll select your items from our inventory and have them waiting for you at the pickup counter. Associates can also recommend anything else you may need to go with your new purchase.



Alfred discovered he computers the first tir on one in fifth grade. firedog technician, di repairing customers'

 ▲ top of page

## ⓘ Phone 1.800.843.2489

#### Talk to us
Do you want some live, friendly advice on a purchase you're considering? At 3 a.m.? The highly trained representatives in our call centers are available around the clock to take orders and answer questions. It's an easy way to shop, and we guarantee the safety of your personal information when you order from us.

#### Experts on the line
Our representatives know what they're talking about. Access to a hands-on learning lab and frequent store visits keep them up-to-date on the newest developments in technology. They'll help you make an informed purchase that includes everything you need.



### Want it today?

Many of our most popular products are eligible for in-store pickup—just ask your phone representative. Your purchases will be ready to pick up 24 minutes after confirming your order, or we'll give you a $24 gift card.



With a degree in eng
a systematic approac
figure out exactly wh
TV is right for them. "
good to provide a go
experience," he says

⬆ **top of page**

 ## Online

### Everything at your fingertips

Imagine a store that carries 200,000 items, is easy to explore and stays open around the clock. You're already there. We're always adding products to the site, so check back frequently to discover what's new.

### Your order is ready when you are

We often feature free shipping offers. You can even take your purchase home today. Choose in-store pickup and your purchases will be ready to pick up 24 minutes after confirming your online order, or we'll give you a $24 gift card.

24 $2
pickup
guarantee

▶ Learn mo

### Simple and secure

Our secure servers keep your personal information on lockdown. We guarantee you'll pay nothing if unauthorized charges are made to your credit card while you're shopping at circuitcity.com. For more information, **see our policy**

### All the answers

- Looking for simple explanations of new technology? **Browse our Click & Learn articles**.
- Need some guidance picking a new TV or camera? **Try the Digital Advisor**.
- Wondering what other customers think about a product? Read our customer reviews—or write your own.
- Eager to dive into discussions? **Visit our lively forums**.
- Want to get exclusive coupons and find out about great deals? **Sign up for our emails**.

⬆ **top of page**

**SIGN UP FOR THE HOTTEST NEWS AND DEALS:**

[email address]  [ sign up ]

| DEALS | SERVICE | TRU |
|-------|---------|-----|
| Financing | Pay my bill | Gua |
| Sales & | Order status | Priv |
| rebates | 24/24 Pickup Guarantee | Aut |
| Outlet | Protection plans | Retu |
| Weekly ad | Additional services | Rec |
| Sweepstakes | Request a catalog | |
| Catalog | Partsearch | |
| RSS feeds 📶 | | |

Partners    About Circuit City    Business Sales    Affiliates    Careers    Investor Info & Newsroom    Contact Us    Tax-exempt    Terms

©1995 - 2007 Circuit City Stores, Inc.

    ⛒ CART    👤 MY ACCC

TV & VIDEO    AUDIO & MP3    COMPUTERS    CAMERAS    CAR    HOME, OFFICE & PHONES    GAMES & TOYS    MOVI & MUS

WEEKLY AD    CATALOG    OUTLET    GIFT CARDS    SHOP BY BRAND

SEARCH: [            ]  All product

**Hurry—free shipping for a limited time, or choose 24-minute in-store** [

## Store Locator

Order anytir

Home > Store Locator



Email

### View more locations (* Required)

| | | | |
|---|---|---|---|
| Zip code | [ zip code ] | Address | [            ] |
| | ( find ) | City | * WILMINGTON |
| | OR | State | * Delaware ▼ |
| | | | ( find ) |

[ continue shopping ]

Circuit (

Monday-T
10 a.m.-9

Friday-Sat
10 a.m.-10

Sunday
10 a.m.-8

Individual
slightly fror
particularly
season an
see the de
up to date

All Circuit
operate ac
and close

There are 46 stores within 100 miles of WILMINGTON, DE

Showing 1-10 of 46 Matching Stores                    ▶ View Map of All Stores
Page 1 | 2 | 3 | 4 | 5 Next >

**Wilimington/Concord**, 3158    4130 Concord Pike, Wilimington, DE 19803 Details & directions
Approx 4 miles

**Christiana**, 3157    700 Center Boulevard, Newark, DE 19702 Details & directions
Approx 7 miles

**State Road**, 725    400 South State Road, Springfield, PA 19064 Details & directions
Approx 16 miles

**Exton**, 3529    128 Woodcutter Road, Exton, PA 19341 Details & directions
Approx 19 miles

**Valley Forge**, 711    400 West Swedesford Road, Berwyn, PA 19312 Details & directions
Approx 22 miles

**Deptford**, 537    1500 Almonesson Road, Deptford, NJ 08096 Details & directions
Approx 24 miles





**Plymouth Meeting,** 3783          102 Alan Wood Road,  Conshohocken,  PA  19428 Details & directions
Approx: 27  miles

**Gloucester,** 4143          465 Berlin Cross Keys Road,  Sicklerville,  NJ  08081 Details & directions
Approx. 29  miles

**Cottman,** 700          7227 Bustleton Avenue,  Philadelphia,  PA  19149 Details & directions
Approx. 33  miles

**Mount Laurel,** 734          1450 Nixon Drive,  Mount Laurel,  NJ  08054 Details & directions
Approx. 33  miles

Showing **1-10** of **46 Matching Stores**

Page   1 | 2 | 3 | 4 | 5  Next  >

SIGN UP FOR THE HOTTEST NEWS AND DEALS:

| email address | sign up |

**DEALS**
Financing
Sales &
rebates
Outlet
Weekly ad
Sweepstakes
Catalog
RSS feeds

**SERVICE**
Pay my bill
Order status
24/24 Pickup Guarantee
Protection plans
Additional services
Request a catalog
Partsearch

**TRU**
Gua
Priv
Auto
Retu
Rec

Partners    About Circuit City    Business Sales    Affiliates    Careers    Investor Info & Newsroom    Contact Us    Tax-exempt    Terms

©1995 - 2007 Circuit City Stores, Inc.






| CART | MY ACCO |

TV & VIDEO    AUDIO & MP3    COMPUTERS    CAMERAS    CAR    HOME, OFFICE & PHONES    GAMES & TOYS    MOVI & MUS

WEEKLY AD    CATALOG    OUTLET    GIFT CARDS    SHOP BY BRAND

SEARCH: [        ] All product

**Hurry—free shipping for a limited time, or choose 24-minute in-store**

# Monitors

Home > Computers > **Monitors**

Order anytir

@ Ema



## Shop by

**Type of monitor**

Flat-panel LCD (55)

Flat-screen CRT (4)

**Widescreen**

Widescreen (17)

**Price**

Under $200 (17)    $400-$600 (3)

$200-$399 (32)    Over $600 (7)

**Brand**

Acer (7)    Proview (3)

Apple (2)    Samsung (8)

Gateway (4)    ViewSonic (12)

HP (5)    More...

LG (1)

**Or shop by**

Screen size

▶ **View All Monitors**

## Accessories & Add ons

Surge Protectors and UPS

Video Cards and Adapters

Showing **21 - 40** of **59 Matching Items**

Page    1  **2**  3  < Previous    Next >

Sort by:    Price ▲    Customer rating ▼    Top sellers ▼    compare

**LG 19" Monitor (L1933TR)**    ~~$249.99~~

•Flat-panel LCD    •1280 x 1024 resolution
•3000:1 contrast ratio    •2-millisecond response
•300cd/m2 brightness    •Digital/analog input

🛒 See sale price in cart

Customer rating ▮▮▮▮ 4.1

**How to Get It**

zip code [ ] go

✅ Free shipping on orders $24 and up
✅ Get it today: check in-store availability
❓ Learn more about free in-store pickup

**HP 19" Widescreen Monitor (W1907)**    **$229.99**

•Flat-panel LCD    •1440 x 900 resolution
•1000:1 contrast ratio    •5-millisecond response
•300cd/m2 brightness    •Digital/analog input

Customer rating ▮▮▮▮ 4.6

**How to Get It**

zip code [ ] go

✅ Free shipping on orders $24 and up
✅ Get it today: check in-store availability
❓ Learn more about free in-store pickup

**Gateway 19" Widescreen Monitor (FPD1975W)**    **$229.99**

•Flat-panel LCD    •1440 x 900 resolution
•700:1 contrast ratio    •8-millisecond response
•300cd/m2 brightness    •Digital/analog inputs

Customer rating ▮▮▮▮ 4.5

**How to Get It**

zip code [ ] go

✅ Free shipping on orders $24 and up
✅ Get it today: check in-store availability
❓ Learn more about free in-store pickup



**Xerox 19" Widescreen Monitor (XR619DW)**

- Flat-panel LCD
- 500:1 contrast ratio
- 300cd/m2 brightness
- 1440 x 900 resolution
- 8-millisecond response
- Digital/analog inputs

**$229.99**
after $30.00 savings

outlet

Customer rating 3.8

**How to Get It**
zip code [go]

- ✔ Free shipping on orders $24 and up
- ✖ Not available in stores

---

**Samsung 19" Monitor (914V)**

- Flat-panel LCD
- 600:1 contrast ratio
- Slim-design
- 1280 x 1024 resolution
- 12-millisecond response
- Analog input

~~$329.99~~
🛒 See sale price in cart

$50.00 rebates available

Web Only Special

outlet

Customer rating 4.5

**How to Get It**
zip code [go]

- ✖ Out of stock online
  Notify me when available
- ✔ Get it today: check in-store availability
- ❓ Learn more about free in-store pickup

---

**Compare items side by side:**

1. Select Items ☑     2. Click Compare (compare)     3. View Comparison

---

**LG 19" Widescreen Monitor   Black (L196WTQ)**

- Flat-panel LCD
- 3000:1 contrast ratio
- 300cd/m2 brightness
- 1440 x 900 resolution
- 2-millisecond response
- Digital/analog input

**$239.99**
after $10.00 savings

Customer rating 4.7

**How to Get It**
zip code [go]

- ✔ Free shipping on orders $24 and up
- ✔ Get it today: check in-store availability
- ❓ Learn more about free in-store pickup

---

**Samsung SyncMaster 19" Monitor (932B)**

- Flat-panel LCD
- 700:1 contrast ratio
- 1280 x 1024 resolution
- 5-millisecond response
- 300 cd/m² brightness
- Digital/analog inputs

**$239.99**

Customer rating 4.5

**How to Get It**
zip code [go]

- ✔ Free shipping on orders $24 and up
- ✔ Get it today: check in-store availability
- ❓ Learn more about free in-store pickup



**Samsung 19" Widescreen Monitor (906BW)**          $239.99

•Flat-panel LCD
•2000:1 contrast ratio
•Advanced controls
•1440 x 900 resolution
•2-millisecond response
•Digital/analog input

Customer rating          4.5

**How to Get It**

zip code          go

✓ Free shipping on orders $24 and up
✓ Get it today: check in-store availability
? Learn more about free in-store pickup

**ViewSonic ViewDock™ 19" Widescreen Monitor (VX1945WM)**          $249.99
after $30.00 rebates

•Flat-panel LCD
•700:1 contrast ratio
•iPod dock
•1440 x 900 resolution
•5-millisecond response
•Built-in speakers

Customer rating          4.4

**How to Get It**

zip code          go

✓ Free shipping on orders $24 and up
✓ Get it today: check in-store availability
? Learn more about free in-store pickup

**ViewSonic 20" Widescreen Monitor (VX2035WM)**          $249.99
after $50.00 rebates

•Flat-panel LCD
•800:1 contrast ratio
•300cd/m2 brightness
•1680 x 1050 resolution
•5-millisecond response
•Digital/analog input

Customer rating          4.4

**How to Get It**

zip code          go

✓ Free shipping on orders $24 and up
✓ Get it today: check in-store availability
? Learn more about free in-store pickup

Compare items side by side:

1. Select Items ✓          2. Click Compare          compare          3. View Comparison

**LG 19" Monitor (L1960TRBF)**          $259.99
after $30.00 rebates
Web Only Special

•Flat-panel LCD
•3000:1 contrast ratio
•Ready for HD
•1280 x 1024 resolution
•2-millisecond response
•Digital/analog input

Not yet rated

**How to Get It**

zip code          go

✓ Free shipping on orders $24 and up
✓ Get it today: check in-store availability
? Learn more about free in-store pickup



**LG 19" Monitor (L1970HR)**                    $269.99

- Flat-panel LCD
- 2000:1 contrast ratio
- 300cd/m2 brightness
- 1280 x 1024 resolution
- 2-millisecond response
- Digital/analog input

Customer rating    4.0

**How to Get It**
zip code  [go]

✔ Free shipping on orders $24 and up
✖ Not available in stores

**ViewSonic 19" Monitor (VA903B)**              $279.99

- Flat-panel LCD
- 700:1 contrast ratio
- 300cd/m2 brightness
- 1280 x 1024 resolution
- 8-millisecond response
- Analog input

Not yet rated

**How to Get It**
zip code  [go]

✔ Free shipping on orders $24 and up
✖ Not available in stores

**Envision 22" Widescreen Monitor (G22LWK)**    $279.99

- Flat-panel LCD
- 700:1 contrast ratio
- Ready for HD
- 1680 x 1050 resolution
- 5-millisecond response
- Built-in stereo speakers

Customer rating    4.7

**How to Get It**
zip code  [go]

✔ Free shipping on orders $24 and up
✖ Not available in stores

**HP 20.1" Widescreen Monitor (W2007)**         $279.99

- Flat-panel LCD
- 1000:1 contrast ratio
- Built-in speakers
- 1680 x 1050 resolution
- 5-millisecond response
- Digital/analog input

Customer rating    4.9

**How to Get It**
zip code  [go]

✔ Free shipping on orders $24 and up
✔ Get it today: check in-store availability
? Learn more about free in-store pickup

**Compare items side by side:**

1. Select Items  ☑    2. Click Compare  (compare)    3. View Comparison

**Acer 22" Widescreen Monitor (X221WSD)**       $279.99
                                                after $70.00 savings



- Flat-panel LCD
- 800:1 contrast ratio
- 300cd/m2 brightness
- 1680 x 1050 resolution
- 5-millisecond response
- Analog/DVI with HDCP

Customer rating ▭ 4.6

**How to Get It**

| zip code | go |

✅ **Free** shipping on orders $24 and up
✅ Get it today: check in-store availability
❓ Learn more about free in-store pickup

---




outlet

**LG 20" Widescreen Monitor (L204WT)**    **$279.99**

- Flat-panel LCD
- 2000:1 contrast ratio
- 300cd/m2 brightness
- 1680 x 1050 resolution
- 5-millisecond response
- Digital/analog inputs

after $20.00 rebates

Web Only Special

Customer rating ▭ 4.5

**How to Get It**

| zip code | go |

✅ **Free** shipping on orders $24 and up
✅ Get it today: check in-store availability
❓ Learn more about free in-store pickup

---



**Samsung 20" Widescreen Monitor (206BW)**    **$289.99**

- Flat-panel LCD
- 3000:1 contrast ratio
- Advanced controls
- 1680 x 1050 resolution
- 2-millisecond response
- Digital/analog input

after $10.00 savings

Customer rating ▭ 4.5

**How to Get It**

| zip code | go |

✅ **Free** shipping on orders $24 and up
✅ Get it today: check in-store availability
❓ Learn more about free in-store pickup

---



**ViewSonic 20" Monitor (VG2030M)**    **$299.00**

- Flat-panel LCD
- 500:1 contrast ratio
- 300cd/m2 brightness
- 1400 x 1050 resolution
- 8-millisecond response
- Digital/analog input

Not yet rated

**How to Get It**

| zip code | go |

✅ **Free** shipping on orders $24 and up
❌ Not available in stores

---



outlet

**Samsung 19" Monitor (971P)**    ~~$349.99~~

- Flat-panel LCD
- 1500:1 contrast ratio
- 250cd/m2 brightness
- 1280 x 1084 resolution
- 6-millisecond response
- Digital/analog inputs

🛒 See sale price in cart





 online
 in store
 by phone

🛒 CART        MY ACCC

TV & VIDEO    AUDIO & MP3    COMPUTERS    CAMERAS    CAR    HOME, OFFICE & PHONES    GAMES & TOYS    MOVI & MUS

WEEKLY AD    CATALOG    OUTLET    GIFT CARDS    SHOP BY BRAND

SEARCH: [_____] All product

Hurry—free shipping for a limited time, or choose 24-minute in-store

# Monitors

Home > Computers > **Monitors**

Order anytir

Ema

## Shop by

**Type of monitor**

Flat-panel LCD (59)

Flat-screen CRT (4)

**Widescreen**

Widescreen (37)

**Price**

Under $200 (17)    $400-$600 (3)

$200-$399 (32)    Over $600 (7)

**Brand**

Acer (7)    Proview (3)

Apple (2)    Samsung (8)

Gateway (4)    ViewSonic (12)

HP (7)    More...

LG (8)

**Or shop by**

Screen size

▸ **View All Monitors**

## Accessories & Add ons

Surge Protectors and UPS

Video Cards and Adapters

---

Showing **41 - 59 of 59 Matching Items**

Page    1    2    **3**    <  Previous

Sort by:    Price ▾    Customer rating ▾    Top sellers ▾

compare

💡 Click & Monit



**Samsung SyncMaster 19" Monitor (960BF)**
•Flat-panel LCD
•700:1 contrast ratio
•Rotating screen

outlet

•1280 x 1024 resolution
•4-millisecond response
•Digital/analog inputs

**$299.99**
after $110.00 savings & $20.00 rebates
Web Only Special

Customer rating ▬▬ 4.5

How to Get It
zip code [____] go

✔ Free shipping on orders $24 and up
✖ Not available in stores

---

**ViewSonic 22" Widescreen Monitor (VX2235WM)**
•Flat-panel LCD
•700:1 contrast ratio
•280cd/m2 brightness

•1680 x 1050 resolution
•5-millisecond response
•Digital/analog inputs

**$349.99**

Customer rating ▬▬ 4.4

How to Get It
zip code [____] go

✔ Free shipping on orders $24 and up
✔ Get it today: check in-store availability
✔ Learn more about free in-store pickup

---

**LG 22" Widescreen Monitor (L226WTQBF)**
•Flat-panel LCD
•3000:1 contrast ratio
•Optimized for Vista

•1680 x 1050 resolution
•2-millisecond response
•Digital/analog input

**$349.99**
after $30.00 savings

Customer rating ▬▬ 4.5

How to Get It
zip code [____] go

✔ Free shipping on orders $24 and up
✔ Get it today: check in-store availability
✔ Learn more about free in-store pickup



**Samsung 22" Widescreen Monitor (226BW)**

- Flat-panel LCD
- 3000:1 contrast ratio
- Advanced controls
- 1680 x 1050 resolution
- 2-millisecond response
- Digital/analog input

**$349.99**
after $30.00 savings

Customer rating  4.6

**How to Get It**
zip code  go

- Free shipping on orders $24 and up
- Get it today: check in-store availability
- Learn more about free in-store pickup

**HP 22" Widescreen Monitor (W2207)**

- Flat-panel LCD
- 1000:1 contrast ratio
- 300cd/m2 brightness
- 1680 x 1050 resolution
- 5-millisecond response
- Digital/analog input

~~$389.99~~
See sale price in cart

Customer rating  4.9

**How to Get It**
zip code  go

- Free shipping on orders $24 and up
- Get it today: check in-store availability
- Learn more about free in-store pickup

**Compare items side by side:**

1. Select Items  ✓    2. Click Compare  ( compare )    3. View Comparison

**ViewSonic 19" Monitor (VP930B)**

- Flat-panel LCD
- 1000:1 contrast ratio
- 250cd/m2 brightness
- 1280 x 1024 resolution
- 8-millisecond response
- Digital/dual analog inputs

**$365.00**

Not yet rated

**How to Get It**
zip code  go

- Free shipping on orders $24 and up
- Not available in stores

**ViewSonic ViewDock™ 22" Widescreen Monitor (VX2245WM)**

- Flat-panel LCD
- 700:1 contrast ratio
- Built-in speakers
- 1680 x 1050 resolution
- 5-millisecond response
- iPod/multimedia dock

**$369.99**
after $30.00 rebates

Customer rating  4.4

**How to Get It**
zip code  go

- Free shipping on orders $24 and up
- Get it today: check in-store availability
- Learn more about free in-store pickup



**Gateway 22" Widescreen Monitor (FPD2275W)**                    ~~$399.99~~

🛒 See sale price in cart

•Flat-panel LCD
•700:1 contrast ratio
•Picture-in-picture

•1650 x 1050 resolution
•5-millisecond response
•4-port USB 2.0 hub

Customer rating  4.5

**How to Get It**

| zip code | go |

✅ Free shipping on orders $24 and up
✅ Get it today: check in-store availability
❓ Learn more about free in-store pickup

---



**Acer 22" Widescreen Monitor (AL2251W)  $399.99**

•Flat-panel LCD
•800:1 contrast ratio
•300cd/m2 brightness

•1680 x 1050 resolution
•5-millisecond response
•Analog/DVI with HDCP

Customer rating  3.6

**How to Get It**

| zip code | go |

✅ Free shipping on orders $24 and up
✅ Get it today: check in-store availability
❓ Learn more about free in-store pickup

---



**ViewSonic 22" Widescreen Monitor (VG2230WM)**                    $429.00

•Flat-panel LCD
•700:1 contrast ratio
•280cd/m2 brightness

•1680 x 1050 resolution
•5-millisecond response
•Digital/analog input

Customer rating  2.5

**How to Get It**

| zip code | go |

✅ Free shipping on orders $24 and up
❌ Not available in stores

---

Compare items side by side:

1. Select Items      2. Click Compare      3. View Comparison

---



**ViewSonic 20.1" Monitor (VP2030B)**                    $519.00

•Flat-panel LCD
•1000:1 contrast ratio
•Rotating screen

•1600 x 1200 resolution
•8-millisecond response
•Digital/analog input

Customer rating  5.0

**How to Get It**

| zip code | go |

✅ Free shipping on orders $24 and up
❌ Not available in stores



**Apple® 20 inch Cinema Display (M9177LL/A)**

- Flat-panel LCD
- 700:1 contrast ratio
- Two FireWire 400 ports
- 1680 x 1050 resolution
- Two-port USB 2.0 hub
- DVI connector

~~$699.99~~

🛒 See sale price in cart

Customer rating ▓▓▓▓ 4.8

**How to Get It**

[ zip code ]  [ **go** ]

✓ Free shipping on orders $24 and up
✓ Get it today: check in-store availability
? Learn more about free in-store pickup

---



**LG 24" Widescreen Monitor – Black (L246WPBN)**

- Flat-panel LCD
- 1000:1 contrast ratio
- 500cd/m2 brightness
- 1920 x 1200 resolution
- 8-millisecond response
- Digital/analog input

$649.99

after $50.00 rebates

Web Only Special

Customer rating ▓▓▓▓ 4.9

**How to Get It**

[ zip code ]  [ **go** ]

✓ Free shipping on orders $24 and up
✓ Get it today: check in-store availability
? Learn more about free in-store pickup

---



**Gateway 24" Widescreen Monitor (FPD2485W)**

- Flat-panel LCD
- 1000:1 contrast ratio
- 1080p high-definition
- 1920 x 1200 resolution
- 6-millisecond response
- Faroudja® video processor

$679.99

Customer rating ▓▓▓▓ 4.5

**How to Get It**

[ zip code ]  [ **go** ]

✓ Free shipping on orders $24 and up
✓ Get it today: check in-store availability
? Learn more about free in-store pickup

---



**ViewSonic 21" Monitor (VP2130B)**

- Flat-panel LCD
- 1000:1 contrast ratio
- 300cd/m2 brightness
- 1680 x 1200 resolution
- 8-millisecond response
- Pro-grade controls

$699.99

Customer rating ▓▓▓▓ 4.0

**How to Get It**

[ zip code ]  [ **go** ]

✓ Free shipping on orders $24 and up
✗ Not available in stores

---

Compare items side by side:

1. Select Items      2. Click Compare      3. View Comparison



**Samsung SyncMaster 24" Widescreen Monitor (244T)**

•Flat-panel LCD
•1000:1 contrast ratio
•Rotating screen

•1900 x 1200 resolution
•6-millisecond response
•Digital/analog inputs

**$699.99**
after $400.00 savings

| Customer rating | How to Get It | |
|---|---|---|
| 4.4 | zip code `go` | ✓ Free shipping on orders $24 and up<br>✗ Not available in stores |

---



**Acer 26" Widescreen Monitor (AL2616WD)**

•Flat-panel LCD
•800:1 contrast ratio
•500cd/m2 brightness

•1920 x 1200 resolution
•5-millisecond response
•Analog/DVI with HDCP

**$799.99**

| Customer rating | How to Get It | |
|---|---|---|
| 3.9 | zip code `go` | ✓ Free shipping on orders $24 and up<br>? Get it today: check in-store availability<br>? Learn more about free in-store pickup |

---



**Apple® 23-inch Cinema Display (M9178LL/A)**

•Flat-panel LCD
•400:1 contrast ratio
•Two FireWire 400 ports

•1920 x 1200 resolution
•Two-port USB 2.0 hub
•DVI connector

~~$999.99~~
🛒 See sale price in cart

| Customer rating | How to Get It | |
|---|---|---|
| 4.7 | zip code `go` | ✓ Free shipping on orders $24 and up<br>? Get it today: check in-store availability<br>? Learn more about free in-store pickup |

---



**Acer 24" Widescreen Monitor – Silver (AL2416WD)**

•Flat-panel LCD
•1000:1 contrast ratio
•500cd/m2 brightness

•1920 x 1200 resolution
•6-millisecond response
•Digital/analog input

**$959.99**

| Not yet rated | How to Get It | |
|---|---|---|
| | zip code `go` | ✓ Free shipping on orders $24 and up<br>✗ Not available in stores |

---

Showing **41 - 59** of **59 Matching Items**

Page    1    2    **3**    < Previous

💡 Click &
Monito

SIGN UP FOR THE HOTTEST NEWS AND DEALS:

email address    sign up

**DEALS**
Financing
Sales & rebates
Outlet
Weekly ad
Sweepstakes
Catalog
RSS feeds

**SERVICE**
Pay my bill
Order status
24/24 Pickup Guarantee
Protection plans
Additional services
Request a catalog
Partsearch

**TRU**
Gua
Priv
Auto
Retu
Rec

Partners    About Circuit City    Business Sales    Affiliates    Careers    Investor Info & Newsroom    Contact Us    Tax-exempt    Terms

©1998 - 2007 Circuit City Stores, Inc.

# EXHIBIT 39

# COMP**USA**.

CompUSA.com » **Home Page**

Offers good through Saturday, May 19, 2007



All Office Supplies 20% off
via promo code
**Office20**
+ FREE
SHIPPING
ON SUPPLY ORDERS
OVER $25*

SHOP NOW

1  ⟲  3  4  ‖

- **Notebooks:** Save up to $400
- **LCD Monitors:** Starting at $129.99
- **Accessories:** Starting at $6.99
- **Upgrades:** Starting at $12.99
- **Software:** Select for FREE*
- **Electronics:** Save up to 35%
- **Printers:** Save up to $100
- **Desktops:** Starting at $299.99
- **Projectors:** Starting at $399.99

18 months no interest* on any Total Home Theater purchase $499 & up.

**Learn More**

Shop for the latest cell phones and affordable wireless plans.

**Learn More**

TechProLive 24/7 Support starting at $49.99 for 90 days.

**Learn More**

## HOT DEALS  Thursday, May 17th - Saturday, May 19th, 2007   CLICK HERE



**HP Pavilion cv9207us Notebook**

Intel Core Duo Processor T2250, 1.73GHz, with Centrino Technology, 1GB RAM, 120GB Hard Drive, 17-inch WXGA+ TFT Display, 8X DVD+/RW Drive, Windows Vista Home Premium

Was: $1,199.99

**$799.99**
**SAVE $400**

See More Notebooks



**Optiquest Q19wb 19-inch LCD Multimedia Monitor**

High brightness and contrast ratio 1440x900 optimum resolution Stylish slim-bezel design

Was: $229.99

**$129.99**
**SAVE $100**
(Delivery Price)

See More Flat Panel (LCD)



**Apple iMac Desktop**

- 24"-inch LCD Monitor
- Intel Core 2 Duo Processor 2.16GHz
- 1GB Memory
- NVIDIA GeForce 7300GT video

**$1,999.99**

See More Desktop PCs



**Maxtor Personal Storage 3200 160GB Hard Drive**



**ViewSonic PJ503D Projector, SVGA, 1500 Lumens, DLP**



**JVC eAvinu GPS**

• Easy add-on storage for home or office
• Perfect for digital photos, music, & data files
• PC & Mac compatible

Was: $79.99
**$69.99**
**SAVE $10**

See More Hard Drives

weights only 5.7 pounds but packs big power into its compact package

**Click here for more Projectors on sale!**

Was: $499.99
**$399.99**
**SAVE $100**
(Delivery Price)

See More Projectors

Full color touch screen monitor and compact design allow for easy portable use.

Was: $249.99
**$169.99**
**SAVE $80**

See More GPS Devices



APC Back-UPS ES UPS, 550VA, 330watts

The most popular desktop UPS in the world!

Was: $59.99
**$49.99**
**SAVE $10**

See More UPS



Olympus FE-230 Digital Camera, 7.1 Megapixels

• 7.1 Megapixels
• 3X Optical and 4X Digital Zoom
• 2.5" LCD Screen

**Click here for all Digital Cameras on Sale!**

Was: $199.99
**$189.99**
**SAVE $10**

See More Digital Cameras



Epson Stylus CX6000 All-in-One Color Printer, Print/Copy/Scan

View, restore and print photos - PC-free, speed through color documents at up to 27 ppm², scan at remarkable resolutions and make copies with ease.

Was: $99.99
**$79.99**
**SAVE $20**

See More All-In-One Printers



Live OneCare 1.5 by Microsoft (PC)

Automatically self-updates. Always on to provide protection against viruses & hackers. Keeps PC tuned up & important documents backed up.

Was: $49.99
**Free**
**SAVE $50**

See More Internet Security

PNY GeForce 7600GS Video Card, PCI Express, 512MB DDR

Unleash HD w/ award-winning 7 Series architect. GeForce delivers smooth, realistic ultra-high resolutions. Bring HD home-theater quality to your PC!

Was: $179.99
**$129.99**
**SAVE $50**

See More Video Cards

ZT Affinity CI-PV04C Minitower

Intel Viiv Technology. Intel Pentium D Processor 930, 3.0GHz, 1GB RAM, 320GB Hard Drive, DVD+/-RW Drive, Windows Vista Home Premium

Was: $749.99
**$499.99**
**SAVE $250**

See More Desktop PCs

Product availability may vary. Not all offers available in stores or online. Your use of this site is subject to these Terms. Ple
Copyright© 2007 CompUSA Management Company, All Rights Reserved. CompUSA is a registered service mark of Com
*See all offer details | ¹Refurbished item details



1-800-COMPUSA

CompUSA com » **Locations**

**Store Locator**

| | | |
|---|---|---|
| Zip: [              ] | City: [              ] | State: [--Select state-- ▾] |
| Show: [All Store Locations ▾] | Show: [All Store Locations ▾] | Show: [All Store Locations ▾] |
| [■■■] | [■■■] | [■■■] |

- or -    - or -

<u>Click here</u> for a list of closed stores.

Product availability may vary. Not all offers available in stores or online. Your use of this site is subject to these <u>Terms</u>. Please read our <u>Privacy Statement</u>. Copyright© 2007 CompUSA Management Company. All Rights Reserved. CompUSA is a registered service mark of CompUSA Management Company.
*See all offer details | ¹Refurbished item details



1-800-COMPUSA

CompUSA com » Locations » **CompUSA Stores in Delaware**

CompUSA has stores in:

Wilmington

---

**T** Store has Training Center          **B** Store has Small Business Center          **A** Store has Apple Solutions Consultant (ASC)
**H** Store offers Home Electronics          **HE** Store offers expanded Home Electronics

---

**Wilmington CompUSA Superstore**
Store # 677   **T B A H HE**
4211 Concord Pike
Wilmington, DE 19803

**Weekdays:** 10am - 9pm | **Saturdays:** 10am - 9pm | **Sundays:** 11am - 7pm

Main Phone: **(302) 479-7994**   |   Main Fax: **(302) 477-5098**
Training Department: **(302) 477-5051**   |   Service Center: **(302) 477-5075**

**T** Store has Training Center          **B** Store has Small Business Center          **A** Store has Apple Solutions Consultant (ASC)
**H** Store offers Home Electronics          **HE** Store offers expanded Home Electronics

Product availability may vary. Not all offers available in stores or online. Your use of this site is subject to these Terms. Please read our Privacy Statement.
Copyright© 2007 CompUSA Management Company. All Rights Reserved. CompUSA is a registered service mark of CompUSA Management Company.
*See all offer details | †Refurbished item details

# COMP USA.

1-800-COMPUSA

CompUSA.com » Categories » **Monitors** » 127 matching products

| REFINEMENTS | CATEGORIES |
| --- | --- |
| Switch to Advanced View | |

| REFINEMENTS | CATEGORIES |
| --- | --- |

CRT Monitors              Flat Panel (LCD)

**Brand**

**Other Options**

**Featured Brands**



**OUR PICKS**

   

| | | | |
| --- | --- | --- | --- |
| Envision G175 17-inch LCD Monitor, Black | ViewSonic VA1930wm 19-inch LCD Multimedia Monitor | Envision H170L 17-inch LCD Monitor, Silver/Black | ViewSonic VX2035wm 20-inch LCD Multimedia Monitor |
| Was: $229.99 | Was: $229.99 | Was: $199.99 | Was: $299.99 |
| **$149.99** | **$199.99** | **$169.99** | **$249.99** |
| SAVE $80 | SAVE $30 | SAVE $30 | SAVE $50 |
| **Click here for details | **Click here for details | **Click here for details | **Click here for details |
| Compare » ☐ « | Compare » ☐ « | Compare » ☐ « | Compare » ☐ « |



Gift Cards
Click Here

   

| | | | |
| --- | --- | --- | --- |
| Samsung SyncMaster 971P 19-inch LCD Monitor | Envision H190L 19-inch LCD Monitor, Silver/Black | Samsung SyncMaster 732N 17-inch LCD Monitor, Piano Black | Samsung SyncMaster 906BW 19-inch LCD Monitor, Piano Black |
| Was: $349.99 | Was: $239.99 | | |
| **$299.99** | **$159.99** | **$199.99** | **$239.99** |
| SAVE $50 | SAVE $80 | | |
| **Click here for details | **Click here for details | | |
| Compare » ☐ « | Compare » ☐ « | Compare » ☐ « | Compare » ☐ « |



Your Computer,
Your Life!

Visit Brand Showcase

**127 MATCHING PRODUCTS**
Use the refinements on the left to narrow your search results.



**COMP USA.**
**TechPro**
Technology Services

$250 Is your opinion worth $250?

Page 1 of 7:  **1** 2 3 4 5 6 7  Next >>

Sort by: Popularity ▼  | Top Seller  | Top Rated  | Price  | Product Name  | Brand

---

**KDS K22mdwb 22-inch LCD Multimedia Monitor, Black**
- Product Number: 345101
- Mfr. Part #: K-22MDWB
- Brand: KDS Monitors
- Rating ★★★★⯪  Read all 38 reviews

Was: $349.99
**$229.99**
SAVE $120 after:
$80.00 instant savings
$40.00 mail-in rebate(s)
(Delivery Price)

(Delivery Only)
Free Shipping

Compare ☐

---

**Optiquest Q19wb 19-inch LCD Multimedia Monitor**
- Product Number: 346265
- Mfr. Part #: Q19WB-1
- Brand: Optiquest Monitors
- Rating ★★★★  Read all 10 reviews

Was: $229.99
**$129.99**
SAVE $100 after:
$40.00 instant savings
$60.00 mail-in rebate(s)
(Delivery Price)

(Delivery Only)

Compare ☐

---

**Envision G22LWk 22-inch LCD Multimedia Monitor, Black**
- Product Number: 342872
- Mfr. Part #: G22LWK
- Brand: Envision Monitors
- Rating ★★★★⯪  Read all 15 reviews

Was: $349.99
**$249.99**
SAVE $100 after:
$30.00 instant savings
$70.00 mail-in rebate(s)

(Delivery / Pick-Up)
Free Shipping

Compare ☐

---

**Samsung SyncMaster 731BF 17-inch LCD Monitor, Black**
- Product Number: 344271
- Mfr. Part #: 731BF
- Brand: Samsung Monitors
- Rating ★★★★⯪  Read all 32 reviews

**$209.99**

(Delivery Only)
Free Shipping

Compare ☐

---

**eMachines E19T5W 19-inch LCD Monitor**
- Product Number: 343751
- Mfr. Part #: E19T5W
- Brand: eMachines Monitors
- Rating ★★★★★  Read all 13 reviews

Was: $259.99
**$139.99**
SAVE $120 after:
$120.00 mail-in rebate(s)

(Delivery / Pick-Up)

Compare ☐

---

**Samsung SyncMaster 226BW 22-inch LCD Monitor, Piano Black**
- Product Number: 345071
- Mfr. Part #: 226BW
- Brand: Samsung Monitors

**$349.99**

(Delivery / Pick-Up)
Free Shipping

Compare ☐

---



- Rating: ★★★★★ Read all 1 reviews



**Acer AL2216Wbd 22-inch LCD Monitor, Black**
- Product Number: 341977
- Mfr. Part #: ET.2216B.0D0
- Brand: Acer Monitors

- Rating: ★★★★½ Read all 3 reviews

**$349.99**    (Delivery / Pick-Up) Free Shipping    Compare ☐



**Envision H170L 17-inch LCD Monitor, Silver/Black**
- Product Number: 342047
- Mfr. Part #: H170L
- Brand: Envision Monitors

- Rating: ★★★★ Read all 13 reviews

Was: $199.99
**$169.99**
SAVE $30 after:
$30.00 mail-in rebates(s)
(Delivery / Pick-Up) Free Shipping    Compare ☐



**KDS K92bw 19-inch LCD Monitor, Black**
- Product Number: 346254
- Mfr. Part #: K-92BW
- Brand: KDS Monitors

- Rating: ★★★★½ Read all 5 reviews

$199.99
**$139.99**
SAVE $60 after:
$20.00 instant savings
$40.00 mail-in rebates(s)
(Delivery Price)
(Delivery Only)    Compare ☐



**ViewSonic VX2235wm 22-inch LCD Multimedia Monitor, Black**
- Product Number: 341696
- Mfr. Part #: VX2235WM
- Brand: ViewSonic Monitors  « Visit their Showcase

- Rating: ★★★★½ Read all 15 reviews

Was: $349.99
**$299.99**
SAVE $50 after:
$50.00 mail-in rebates(s)
(Delivery / Pick-Up) Free Shipping    Compare ☐



**AOC 19LVWk 19-inch LCD Multimedia Monitor, Black**
- Product Number: 344843
- Mfr. Part #: 19LVWK
- Brand: AOC Monitors

- Rating: ★★★★☆ Read all 1 reviews

**$199.99**    (Delivery / Pick-Up) Free Shipping    Compare ☐

**LG Electronics FLATRON L226WTQ-BF 22-inch LCD Monitor**
- Product Number: 344644



Compare



- Mfr. Part # L226WTQ-BF
- Brand: LG Electronics Monitors

Be the first to write a review

$349.99

(Delivery / Pick-Up)
Free Shipping

**ViewSonic VA1930wm 19-inch LCD Multimedia Monitor**
- Product Number: 341245
- Mfr. Part #: VA1930WM
- Brand: ViewSonic Monitors    « Visit their Showcase
Limit 1 per customer.

- Rating ★★★★☆    Read all 24 reviews

Was: $229.99
$199.99
SAVE $30 after
$30.00 mail-in rebates(s)

(Delivery / Pick-Up)
Free Shipping

Compare

**Envision G175 17-inch LCD Monitor, Black**
- Product Number: 336090
- Mfr. Part #: G175
- Brand: Envision Monitors

- Rating ★☆☆☆☆    Read all 1 reviews

Was: $229.99
$149.99
SAVE $80 after
$80.00 mail-in rebates(s)

(Delivery / Pick-Up)
Free Shipping

Compare

**Samsung SyncMaster 225BW 22-inch LCD Monitor, Black**
- Product Number: 341469
- Mfr. Part #: 225BW
- Brand: Samsung Monitors

- Rating ★★★★★    Read all 32 reviews

$299.99

(Delivery Only)
Free Shipping

Compare

**LG Electronics FLATRON L246WP-BN 24-inch 1080p LCD Monitor**
- Product Number: 344841
- Mfr. Part #: L246WP-BN
- Brand: LG Electronics Monitors

Be the first to write a review

$699.99

(Delivery / Pick-Up)
Free Shipping

Compare

**Gateway FPD2485W 24-inch LCD Monitor**
- Product Number: 341974
- Mfr. Part #: FPD2485W
- Brand: Gateway Monitors

- Rating ★★★★½    Read all 6 reviews

Was: $679.99
$549.99
SAVE $130 after
$80.00 instant savings
$50.00 mail-in rebates(s)

(Delivery / Pick-Up)
Free Shipping

Compare

**ViewSonic VX2035wm 20-inch LCD Multimedia Monitor**

Was: $299.99



- Product Number: 341247
- Mfr. Part #: VX2035wm
- Brand: ViewSonic Monitors   « Visit their Showcase
- Rating: ★ ★ ★ ★ ☆   Read all 12 reviews

**$249.99**
SAVE $50 after
$50.00 mail-in rebate(s)

(Delivery / Pick-Up)
Free Shipping

Compare
☐ ☐ »

**Envision H190L 19-inch LCD Monitor, Silver/Black**
- Product Number: 342045
- Mfr. Part #: H190L
- Brand: Envision Monitors
- Rating: ★ ★ ★ ★ ☆   Read all 15 reviews

Was: $239.99
**$159.99**
SAVE $80 after
$80.00 mail-in rebate(s)

(Delivery / Pick-Up)
Free Shipping

Compare
☐ ☐ »

**Samsung SyncMaster 906BW 19-inch LCD Monitor, Piano Black**
- Product Number: 345076
- Mfr. Part #: 906BW
- Brand: Samsung Monitors
- Rating: ★ ★ ★ ★ ★   Read all 1 reviews

**$239.99**

(Delivery / Pick-Up)
Free Shipping

Compare
☐ ☐ »

Sort by: Popularity ▼  | Top Seller  | Top Rated  | Price  | Product Name  | Brand

Page 1 of 7:  **1** 2 3 4 5 6 7  Next >>

Product availability may vary. Not all offers available in stores or online. Your use of this site is subject to these Terms. Please read our Privacy Statement.
Copyright© 2007 CompUSA Management Company. All Rights Reserved. CompUSA is a registered service mark of CompUSA Management Company.
*See all offer details | †Refurbished item details

# EXHIBIT 40

Office Supplies, Office Furniture, and Business, Office Depot Page 1 of 2

Corporate/Federal/GSA Customers | Store Locator | International | Españo

# Office DEPOT.
*Taking Care of Business*

**Search for** [_____] [ SEARCH ]

Enter keyword or item #

1.800

L

| OFFICE SUPPLIES ▾ | FURNITURE ▾ | TECHNOLOGY ▾ | OUR SERVICES ▾ | SHOPPING |

AV Supplies & Equipment

Basic Supplies

Binders & Accessories

Breakroom & Janitorial

Business Cases

Calendars & Planners

Custom Printing



**0** Item(s) in
Subtotal: $0

Add $50.00
Next Busine

🛒 View C

**Shop Our**
› Store Loca
› Weekly Sp

**Shop Our**
› Order by it
› Online Cat
› Request a

**My Orders**
› Order Trac
› My Accoun
› My Shoppi
› Re-order

**Smart Sho**
› Add Coupo
› Email New
› Apply for O
› Purchase a
› Worklife R
› Manage M
› Weekly De

**Office Dep**
› Office Dep
› Christophe
› Ativa™
› Foray™
› Build your
› Products A

BUSINE

SPOTLIGH

**Carl Edw**
**Office Dep**
**Racing**

**Ink DEPOT.**
Tan supplies & ribbons
the manufacturer of your
printers

**$799.99**
After $50 Instant Savings
& $150 Mail-in Rebate
(online price $999.99)
**Gateway® M275X 14.1"
Convertible Tablet
Notebook Computer**
› SHOP NOW

Mailroom Supplies

**Paper DEPOT.**
› Shop for paper
› Buyer's guide
› Promotional Products

**Design, Print
& Ship DEPOT.**
› Print on Demand
› Design service
› Custom imprinting
› Promotional Products

**Print More,
Spend Less.**

Save When You
Purchase Ink Twin
Packs vs 2 Single Ink
Cartridges!
› SHOP NOW

**$14.99**
Office Depot® Value™
**Strip Cut Shredder.**
Save 50%
Instantly!



# CLOSEOUT EVENT
on select items. Save up to 80%

(5-601A)

SHOP NOW ▸



**Save Now!**
Hot Deals on Select Printers!

Save Now!

WEBSITE

### Business Resource Center

You run your business... we provide the
tools to help you. With expert advice,
templates, free online seminars, and more -
our Business Resource Center helps you
Take Care of Business every day!

› Expert Advice
› Free Business Forms
› Web Workshops
› Small Business Library
› Paper Templates
› Success Strategies Conferences

Site Info          Customer Service          Company Info          Specials          Products

| | | | | |
|---|---|---|---|---|
| Site Map | Customer Service | Store Locator | Worklife™ Rewards | Tech Depot |
| International | Refunds and Exchanges | About Office Depot® | Mail-in Savings Center | Ink Depot |
| Office Depot en Español | Contact Us | Affiliate Program | Advertised Specials | Furniture De |
| Terms of Use | Order Tracking | Career Opportunities | 5% Back to Schools | Design, Prin |
| Privacy Policy | Delivery Info | Government Programs | Program | Christopher |
| | Re-order | NASCAR & Carl Edwards | | Ativa™ |
| | Order by item# | Diversity | | Foray™ |
| | My Account | Community Involvement | | Products A-, |
| | Request a Catalog | Women in Business | | |
| | Gift & Rewards Cards | Environmental Programs | | |
| | Website Feedback | Media Relations | | |
| | Important notices, errors, | Investor Relations | | |
| | and omissions | | | |

Take care of business the right way, every day with Office Depot. From office supplies to office furniture, we have everything you need to keep your prod office looking great. With office products and expert advice, our Business Resource Center offers everything you need to help your business run smooth

Go ahead, join one of our free business forums, learn how to choose the right office supplies to meet your needs or simply take one of our web workshop information you need to improve your business. Whether you're a small businessperson or a corporate mogul, our office products, stylish office furniture business resources can help you succeed in any arena.

**Copyright ©2007 by Office Depot, Inc. All rights reserved.** Prices shown are in U.S. Dollars. Please login for country specific pricing
Prices are subject to change based on your order and delivery location(s) and the applicable retail store location. All orders are subject to the Terms of L
The Roush Racing trademarks and Carl Edwards name of likeness used by authority of Roush Racing, Livonia, MI

Corporate/Federal/GSA Customers | Store Locator | International | Español

# Office DEPOT.
### Taking Care of Business

Search for [                    ] [ SEARCH ]
Enter keyword or item #

1.800

| OFFICE SUPPLIES ▾ | FURNITURE ▾ | TECHNOLOGY ▾ | OUR SERVICES ▾ | SHOPPING |

Home > Find a store

0 Item(s) in
Subtotal: **$0**

Add $50.00
Next Busine

## Find a Store

**We will help you to display the address, phone number, and hours of the stores nearest you**

[ 🛒 View Ca ]

**Enter a ZIP code (Postal Code) or city and state (Province) and click Find Store to display the address, phone number, and hours of the stores nearest you, as well as a local street map.**

*required

**Zip/Postal code**     [                    ]
OR
**City***              [                    ]
**State/Province***    [                  ▾]
OR
**Store#**             [                    ]

[ FIND A STORE ▸ ]

| Site Info | Customer Service | Company Info | Specials | Products |
|---|---|---|---|---|
| Site Map | Customer Service | Store Locator | Worklife™ Rewards | Tech Depot |
| International | Refunds and Exchanges | About Office Depot® | Mail-in Savings Center | Ink Depot |
| Office Depot en Español | Contact Us | Affiliate Program | Advertised Specials | Furniture De |
| Terms of Use | Order Tracking | Career Opportunities | 5% Back to Schools | Design, Prin |
| Privacy Policy | Delivery Info | Government Programs | Program | Christopher |
| | Order by item# | NASCAR & Carl Edwards | | Ativa™ |
| | My Account | Diversity | | Foray™ |
| | Request a Catalog | Community Involvement | | Products A- |
| | Gift & Rewards Cards | Women in Business | | |
| | Website Feedback | Environmental Programs | | |
| | Important notices, errors, | Media Relations | | |
| | and omissions | Investor Relations | | |

Take care of business the right way, every day with Office Depot. From office supplies to office furniture, we have everything you need to keep your proc
office looking great. With office products and expert advice, our Business Resource Center offers everything you need to help your business run smooth

Go ahead, join one of our free business forums, learn how to choose the right office supplies to meet your needs or simply take one of our web workshop
information you need to improve your business. Whether you're a small businessperson or a corporate mogul, our office products, stylish office furniture
business resources can help you succeed in any arena.

**Copyright ©2007 by Office Depot, Inc. All rights reserved.** Prices shown are in U.S. Dollars. Please login for country specific pricing.
Prices are subject to change based on your order and delivery location(s) and the applicable retail store location. All orders are subject to the Terms of L
The Roush Racing trademarks and Carl Edwards name of likeness used by authority of Roush Racing, Livonia, MI.

Corporate/Federal/GSA Customers | Store Locator | International | Españo

# Office DEPOT.
*Taking Care of Business*

Search for [                    ] ( SEARCH )   1.80(
Enter keyword or item #

| OFFICE SUPPLIES ▾ | FURNITURE ▾ | TECHNOLOGY ▾ | OUR SERVICES ▾ | SHOPPING |

Home > Find a store > Driving Directions Results

**0** Item(s) in
Subtotal: **$0**
Add $50.00
Next Busine

## Find a Store

### Driving Directions Results

🛒 View Ca

Below are the search results for the stores found closest to the location you entered.
Please choose one to confirm inventory and pick up your order.



Zoom Out

Zoom In



Pick up time is 4:30PM or
later. (Contact your local
store for specific time)

### Search Results
To locate additional stores, click search.

| Map | Address | Phone | Hours | Distance |
|-----|---------|-------|-------|----------|
| **1** | 1200 ROCKY RUN PARKWAY<br>BRANDYWINE COMMONS<br>Store# 562<br>WILMINGTON, DE 19803 | (302) 478-2600 | Mon 08:00-09:00<br>Tue 08:00-09:00<br>Wed 08:00-09:00<br>Thu 08:00-09:00<br>Fri 08:00-09:00<br>Sat 09:00-08:00<br>Sun 10:00-06:00 | 5.43 miles<br>driving directions |
| **2** | 60 GEOFFREY DRIVE<br>Store# 2415<br>NEWARK, DE 19713 | (302) 266-6652 | Mon 07:00-09:00<br>Tue 07:00-09:00<br>Wed 07:00-09:00<br>Thu 07:00-09:00<br>Fri 07:00-09:00 | 6.48 miles<br>driving directions |

**❸  461 COLLEGE SQUARE**
COLLEGE SQUARE SHOPPING CENTER
Store# 2520
NEWARK, DE  19711

(302) 266-0558

Sat 09:00-09:00
Sun 10:00-06:00
Mon 07:00-09:00
Tue 07:00-09:00
Wed 07:00-09:00
Thu 07:00-09:00
Fri 07:00-09:00

10.63 miles
**driving directions**

**❹  1115 WEST CHESTER PIKE**
TOWN & COUNTRY SHOPPING CENTER
Store# 452
WEST CHESTER, PA  19382

(610) 918-3776

Sat 09:00-08:00
Sun 10:00-06:00
Mon 08:00-09:00
Tue 08:00-09:00
Wed 08:00-09:00
Thu 08:00-09:00
Fri 08:00-09:00
Sat 09:00-09:00
Sun 10:00-06:00

15.84 miles
**driving directions**

**❺  1122 BALTIMORE PIKE**
OLDE SPROUL SHOPPING VILLAGE
Store# 2490
SPRINGFIELD, PA  19064

(610) 543-1434

Mon 07:00-09:00
Tue 07:00-09:00
Wed 07:00-09:00
Thu 07:00-09:00
Fri 07:00-09:00
Sat 09:00-09:00
Sun 10:00-06:00

16.22 miles
**driving directions**

**❻  101 EAST SWEDESFORD ROAD**
Store# 2484
EXTON, PA  19341

(610) 363-6655

Mon 07:00-09:00
Tue 07:00-09:00
Wed 07:00-09:00
Thu 07:00-09:00
Fri 07:00-09:00
Sat 09:00-09:00
Sun 10:00-06:00

20.67 miles
**driving directions**

**❼  409 ALMONESSON ROAD**
Store# 2450
DEPTFORD, NJ  08096

(856) 686-9311

Mon 07:00-09:00
Tue 07:00-09:00
Wed 07:00-09:00
Thu 07:00-09:00
Fri 07:00-09:00
Sat 09:00-09:00
Sun 10:00-06:00

24.7 miles
**driving directions**

**❽  570 S TROOPER RD**
VALLEY FORGE MARKETPLACE
Store# 2359
WEST NORRITON, PA  19403

(610) 631-1105

Mon 08:00-09:00
Tue 08:00-09:00
Wed 08:00-09:00
Thu 08:00-09:00
Fri 08:00-09:00
Sat 09:00-09:00
Sun 10:00-06:00

28.0 miles
**driving directions**

**❾  2400 CHEMICAL ROAD**
PLYMOUTH MEETING METROPLEX CENTER
Store# 633
PLYMOUTH MEETING, PA  19462

(610) 260-0598

Mon 08:00-09:00
Tue 08:00-09:00
Wed 08:00-09:00
Thu 08:00-09:00
Fri 08:00-09:00
Sat 09:00-09:00
Sun 10:00-06:00

28.85 miles
**driving directions**

**❿  500 ROUTE 38**
Store# 2449
CHERRY HILL, NJ  08002

(856) 486-2270

Mon 07:00-09:00
Tue 07:00-09:00
Wed 07:00-09:00
Thu 07:00-09:00
Fri 07:00-09:00
Sat 09:00-09:00
Sun 10:00-06:00

29.7 miles
**driving directions**

**Find Another Store**

Mapping Locator Powered by Where2getit.
Copyright © 2004. All Rights Reserved.

**Site Info**
Site Map
International
Office Depot en Español
Terms of Use
Privacy Policy

**Customer Service**
Customer Service
Refunds and Exchanges
Contact Us
Order Tracking
Delivery Info
Re-order
Order by item#
My Account
Request a Catalog
Gift & Rewards Cards
Website Feedback
Important notices, errors,
and omissions

**Company Info**
Store Locator
About Office Depot®
Affiliate Program
Career Opportunities
Government Programs
NASCAR & Carl Edwards
Diversity
Community Involvement
Women in Business
Environmental Programs
Media Relations
Investor Relations

**Specials**
Worklife™ Rewards
Mail-in Savings Center
Advertised Specials
5% Back to Schools
Program

**Products**
Tech Depot
Ink Depot
Furniture De
Design, Prin
Christopher
Ativa™
Foray™
Products A-

Take care of business the right way every day with Office Depot. From office supplies to office furniture, we have everything you need to keep your proc
office looking great. With office products and expert advice, our Business Resource Center offers everything you need to help your business run smooth

Go ahead, join one of our free business forums, learn how to choose the right office supplies to meet your needs or simply take one of our web worksho
information you need to improve your business. Whether you're a small businessperson or a corporate mogul, our office products, stylish office furniture
business resources can help you succeed in any arena.

Copyright ©2007 by Office Depot, Inc. All rights reserved. Prices shown are in U.S. Dollars. Please login for country specific pricing.
Prices are subject to change based on your order and delivery location(s) and the applicable retail store location. All orders are subject to the Terms of U
The Roush Racing trademarks and Carl Edwards name of likeness used by authority of Roush Racing, Livonia, MI

Corporate/Federal/GSA Customers | Store Locator | International | Españo

# Office DEPOT.
*Taking Care of Business*

Search for [＿＿＿＿＿＿＿＿] (SEARCH)
Enter keyword or item #

1.80(

| OFFICE SUPPLIES ▾ | FURNITURE ▾ | TECHNOLOGY ▾ | OUR SERVICES ▾ | SHOPPING |

Home > Find Your Product

0 Item(s) in
Subtotal: **$0**
Add $50.00
Next Busine

## Tech DEPOT

## Shop **Monitors & Projectors** 269 Results Found

(🛒 View C)

### Narrow by Keyword
[＿＿＿＿＿＿] (▸)

### Narrow by Brand
3M (17)
Elitescreens (21)
Optoma (20)
Samsung (18)
ViewSonic (37)
More...

### Narrow by Price
$25 to $50 (5)
$50 to $100 (7)
$100 to $500 (134)
$500 to $1,000 (52)
$1,000 and above (70)
$25 and below (1)

### Expand Results
Remove Technology
Remove Monitors &
Projectors

### Featured Stores
Buy Green

You've selected **Monitors & Projectors**
❧ Choose a category to view results

**DVD Projectors** (1)                    **Overhead Projectors** (12)

**Monitors** (119)                        **Projector Replacement Lamps** 8

**Multimedia Projectors** (99)

❮ Want to find products even easier and faster? Try our refinemer

› **Monitors & Projectors - Featured Items**

    

**$199.99**
Samsung
SyncMaster™
720N 17" LCD
Monitor, Black

**$219.99**
ViewSonic®
VG1930wm 19"
Widescreen
Digital/Analog
LCD Monitor,
Black

**$319.99**
ViewSonic®
VX1945wm 19"
ViewDock™
Widescreen LCD
Monitor, Black

**$389.99**
ViewSonic
VX2245wm - flat
panel display -
TFT - 22"

**$289.**
AOC®
22" Wi
Digital/
LCD M
Black

More Monitors & Projectors - Featured Items Monitors & Proje

› **Monitors & Projectors - Featured Items**

    

**$549.99**
ViewSonic®
PJ506D DLP®
Multimedia
Projector

**$563.95**
Mitsubishi
SD105U DLP®
Multimedia
Projector

**$649.99**
InFocus® Work
Big® IN24+
DLP™ Multimedia
Projector

**$779.00**
InFocus Work Big
IN26 - DLP
projector

**$1,79**
NEC L
project

More Monitors & Projectors - Featured Items Monitors & Proje

**Buyer's Guides**

**Monitor Buyer's Guide**
**HP Brand Showcase**
**Lenovo Store**
**Sony Store**

| Site Info | Customer Service | Company Info | Specials | Products |
|---|---|---|---|---|
| Site Map | Customer Service | Store Locator | Worklife™ Rewards | Tech Depot |
| International | Refunds and Exchanges | About Office Depot® | Mail-in Savings Center | Ink Depot |
| Office Depot en Español | Contact Us | Affiliate Program | Advertised Specials | Furniture De |
| Terms of Use | Order Tracking | Career Opportunities | 5% Back to Schools | Design, Prin |
| Privacy Policy | Delivery Info | Government Programs | Program | Christopher |
| | Re-order | NASCAR & Carl Edwards | | Ativa™ |
| | Order by item# | Diversity | | Foray™ |
| | My Account | Community Involvement | | Products A- |
| | Request a Catalog | Women in Business | | |
| | Gift & Rewards Cards | Environmental Programs | | |
| | Website Feedback | Media Relations | | |
| | Important notices, errors, | Investor Relations | | |
| | and omissions | | | |

Take care of business the right way, every day with Office Depot. From office supplies to office furniture, we have everything you need to keep your proc
office looking great. With office products and expert advice, our Business Resource Center offers everything you need to help your business run smooth

Go ahead, join one of our free business forums, learn how to choose the right office supplies to meet your needs or simply take one of our web workshop
information you need to improve your business. Whether you're a small businessperson or a corporate mogul, our office products  stylish office furniture
business resources can help you succeed in any arena.

Copyright ©2007 by Office Depot, Inc. All rights reserved. Prices shown are in U.S. Dollars. Please login for country specific pricing.
Prices are subject to change based on your order and delivery location(s) and the applicable retail store location. All orders are subject to the Terms of U
The Roush Racing trademarks and Carl Edwards name of likeness used by authority of Roush Racing, Livonia, MI.