# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

LG.PHILIPS LCD CO., LTD.,

                 Plaintiff,

       v.

CHI MEI OPTOELECTRONICS
CORPORATION, et al.

                Defendants.

Civil Action No.  06-726 (JJF)

**EXHIBITS 41-52 TO DECLARATION OF LORA A. BRZEZYNSKI, ESQ.
IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS FOR LACK OF
PERSONAL JURISDICTION AND FOR INSUFFICIENCY OF SERVICE
OF PROCESS**

THE BAYARD FIRM

Richard D. Kirk
Ashley B. Stitzer
222 Delaware Avenue, 9th Floor
P.O. Box 25130
Wilmington, DE 19899-5130
(302) 655-5000
rkirk@bayardfirm.com

Attorneys for Plaintiff LG.Philips LCD Co., Ltd.

OF COUNSEL:
Gaspare J. Bono
Song K. Jung
R. Tyler Goodwyn, IV
Lora A. Brzezynski
McKenna Long & Aldridge LLP
1900 K Street, N.W.
Washington, D.C.  20006
(202) 496-7500

May 22, 2007

# EXHIBIT 41



that was easy.*

## Office Supplies

- Binders & Accessories
- Boards & Easels
- Business Bags & Gifts
- Calendars & Planners
- Cleaning & Breakroom
- Custom Printing
- Envelopes & Forms
- Filing Supplies
- General Supplies
- Labels
- Mailroom & Shipping Supplies
- Medical Supplies
- Paper & Pads
- Safes, Signs & Cash Handling
- School & Drafting Supplies
- Self-Stick Notes & Flags
- Storage & Organizers
- Writing & Correction

## Technology

- Batteries, Surge & UPS
- Calculators & Office Machines
- Computer Accessories
- Computers & PDAs
- Copiers & Fax
- Digital Cameras & Scanners
- Drives & Media
- GPS & Accessories
- Ink & Toner Finder
- MP3 Players & Accessories
- Memory & Peripherals
- Monitors & Digital Projectors
- Networking & Cables
- Printers & All-in-Ones
- Satellite Radios
- Shredders
- Software
- Telephone & Communication

## Furniture

- Armoires
- Bookcases
- Carts & Stands
- Chairmats, Floormats & Rugs
- Chairs
- Desk Accessories/Rolodex
- Desks
- File and Storage Cabinets
- Furniture Accessories
- Furniture Collections
- Home & Office Furnishings

- Lamps & Lighting
- Office Decor and Plants
- Panel Systems/Accessories
- Shelving
- Storage/ Modular Cabinets
- Tables





**Featured Items**

**Staples® Multiuse Paper, 8 1/2" x 11", Case**



Reg. $39.99

**$32.99**

5,000/Case

**Save $7.00**

1-2 @ $32.99

**3+ @ $37.99**

 **Special Buy**

**HP C5180 Photosmart Color Flatbed All-in-One**



**$199.98**

Each

Save $15 instantly after combined purchase

**Situations High Back Managers Chair**



Reg. $99.99

**$69.99**

Each

**Save $30.00**

Special Buy

Free Chairmat with select Chair purchase



Specials

- Weekly Deals
- Mail & Ship Event
- Paper Deals
- Lexmark Savings
- New at Staples
- Clearance Deals
- Local Circular
- Online Marketplace

**Sign up for great offers!**

Enter Email Address

**Request a Catalog**



Want a FREE catalog? Or view our furniture catalog online.

**\*See our delivery policy for full details.**

**Copyright 2007, Staples, Inc. All Rights Reserved.**

**Questions? Call 1-800-3STAPLE (1-800-378-2753) or email us at http://www.staples.com/emailus.**





# Find Store Locations

## *Indicates required information.

### Locate a US Store

Address:

*City:

*State: Please Select...

– **OR**

*ZIP Code:

– **OR**

Store Number:

### Find stores within

Distance: 20 Miles

Go

### Find an International Staples Store

- Canada
- Germany
- Portugal
- United Kingdom





that was easy.™

Back to: Find Store Locations

# Find a Store

View map of all stores located closest to you.

## 12 Closest Locations

| Distance | Address | Store Details |
|---|---|---|
| ❶ 4.17 miles | Concord Gallery<br>3640 Concord Pike<br>Wilmington, DE 19803<br>302-477-1162 | Store Information<br><br>Driving Directions<br><br>In Store Specials |
| ❷ 4.19 miles | Prices Corner Shopping Ct<br>3200 Kirkwood Highway<br>Wilmington, DE 19808<br>302-633-4330 | Store Information<br><br>Driving Directions<br><br>In Store Specials |
| ❸ 6.30 miles | 128 Sunset Blvd.<br>New Castle, DE 19720<br>302-395-3910 | Store Information<br><br>Driving Directions<br><br>In Store Specials |
| ❹ 8.30 miles | Christiana Towne Center<br>323 W. Main St.<br>Newark, DE 19702<br>302-266-8230 | Store Information<br><br>Driving Directions<br><br>In Store Specials |

❺ 11.40 miles    Chestnut Hill Plaza               Store Information
                 1 Chestnut Hill Plaza
                 Newark, DE 19713                  Driving Directions
                 302-738-8020
                                                   In Store Specials

❻ 15.03 miles    Ridley Shopping Plaza             Store Information
                 124 Morton Ave.
                 Folsom, PA 19033                  Driving Directions
                 610-532-7187
                                                   In Store Specials

❼ 15.68 miles    937 Paoli Pike                    Store Information
                 West Goshen, PA 19380
                 610-696-8311                       Driving Directions

                                                   In Store Specials

❽ 16.81 miles    801 E. Pulaski Highway            Store Information
                 Elkton, MD 21921
                 410-620-2425                       Driving Directions

                                                   In Store Specials

❾ 16.85 miles    Springfield Shop. Ctr            Store Information
                 751 Sproul Road
                 Springfield, PA 19064             Driving Directions
                 610-328-9239
                                                   In Store Specials

❿ 16.98 miles    Newtown Square                    Store Information
                 4845 West Chester Pike
                 Edgemont, PA 19073                Driving Directions
                 610-355-0160

In Store Specials

---

❶❶ 19.70 miles     Penrose Plaza                              Store Information
                   7607 Lindbergh Boulevard
                   Philadelphia, PA 19153                     Driving Directions
                   215-492-9001

                                                             In Store Specials

---

❶❷ 19.81 miles     Manoa Shopping Center                     Store Information
                   1305 Westchester Pike Suite 18
                   Havertown, PA 19083                        Driving Directions
                   610-449-8030

                                                             In Store Specials



that was easy.*

Back to: Monitors & Digital Projectors / LCD (Flat Panel) Monitors

# All LCD Displays

Comparison Chart

1-10 of 30 items | Page 1 2 3 Next

| | sort by **Name** | sort by **Delivery** | sort by **Price** | | | |
|---|---|---|---|---|---|---|
| Item 651279 Model SP7106 | Staples SP7106 17" LCD Monitor<br>• 17" Active Matrix TFT LCD Display<br>• Resolution 1280 x 1024<br>• Contrast ratio 600:1 | Expected Delivery1 Business Day | **$199.98** Each | ☐ | select to compare | Qty. 1<br>Add to Favorites |
| Item 651283 Model SP9106 | Staples SP9106 19" LCD Monitor<br>• 19" Active Matrix TFT LCD Display<br>• Resolution 1280 x 1024<br>• Contrast ratio 700:1 | Expected Delivery1 Business Day | **$229.98** Each | ☐ | select to compare | Qty. 1<br>Add to Favorites |
| Item 637334 Model J37455 | V7 Series R19PS 19" LCD Monitor<br>• 19" Active Matrix TFT LCD Display<br>• Resolution 1280 x 1024<br>• Contrast ratio 800:1 | Expected Delivery1 Business Day | **$239.98** Each | ☐ | select to compare | Qty. 1<br>Add to Favorites |
| Item 635562 Model ASLCD72VX-BK | NEC ASLCD72VX-BK Accusync 17" LCD Monitor<br>• 17" Active Matrix TFT LCD Display<br>• Resolution 1280 x 1024<br>• Contrast ratio 450:1 | Expected Delivery1 Business Day | **$269.99** Each | ☐ | select to compare | Qty. 1<br>Add to Favorites |
| Item 653135 Model FPD1975W | Gateway FPD1975W 19" Widescreen LCD Monitor<br>• 19" Active Matrix TFT LCD Display<br>• Resolution 1440 x 900<br>• Contrast ratio 700:1 | Expected Delivery3 - 8 Business Days | **$229.99** Each | ☐ | select to compare | Qty. 1<br>Add to Favorites |
| Item 630912 Model J37454 | V7 Series R17PS 17" LCD Monitor<br>• 17" Active Matrix TFT LCD Display<br>• Resolution 1280 x 1024<br>• Contrast ratio 500:1 | Expected Delivery1 Business Day | **$199.98** Each | ☐ | select to compare | Qty. 1<br>Add to Favorites |

| | V7 Series R19WPS 19" Widescreen LCD Monitor | Expected Delivery 1 Business Day | Reg. ~~$229.98~~ **$169.98** Each **Save $60.00** ⟳**Special Buy** | ☐ | select to compare | Qty. 1 Add to Favorites |
|---|---|---|---|---|---|---|
| Item 642839 Model J37456 | • 19" Widescreen Active Matrix TFT LCD Display<br>• Resolution 1440 x 900<br>• Contrast ratio 500:1 | | | | | |
| Item 665094 Model ET.1706B.008 | Acer AL1706 17" LCD Monitor<br>• 17" Active Matrix TFT LCD Display<br>• Resolution 1280 x 1024<br>• Contrast ratio 500:1 | Expected Delivery 1 Business Day | **$199.99** Each | ☐ | select to compare | Qty. 1 Add to Favorites |
| Item 668615 Model AL1916WAB | Acer AL1916W 19" Widescreen LCD Monitor<br>• 19" Active Matrix TFT Display<br>• Resolution 1400 x 900<br>• Contrast ratio 700:1 | Expected Delivery 3 - 5 Business Days | Reg. ~~$229.98~~ **$169.98** Each **Save $60.00** ⟳**Special Buy** | ☐ | select to compare | Qty. 1 Add to Favorites |
| Item 676151 Model X171S | Acer X171S 17" LCD Monitor<br>• 17" Active Matrix TFT LCD Display<br>• Resolution 1280 x 1024<br>• Contrast ratio 700:1 | Expected Delivery 1 Business Day | **$189.98** Each | ☐ | select to compare | Qty. 1 Add to Favorites |
| | sort by **Name** | sort by **Delivery** | sort by **Price** | | | |

1-10 of 30 items | Page 1 2 3 Next

---

**\*See our delivery policy for full details.**

**Copyright 2007, Staples, Inc. All Rights Reserved.**

**Questions? Call 1-800-3STAPLE (1-800-378-2753) or email us at http://www.staples.com/emailus.**





**that was easy.***

Back to: Monitors / LCD (Flat Panel) Monitors

# All LCD Displays

Comparison Chart

11-20 of 30 items | Page 1 2 3 Previous Next

| | sort by **Name** | sort by **Delivery** | sort by **Price** | | | |
|---|---|---|---|---|---|---|
| Item 676152 Model X191SD | Acer X191SD 19" LCD Monitor<br><br>• 19" Active Matrix TFT LCD Display<br>• Resolution 1280 x 1024<br>• Contrast ratio 700:1 | Expected Delivery1 Business Day | *$229.98* Each | ☐ | select to compare | Qty.<br>1<br><br>Add to Favorites |
| Item 676153 Model X191WSD | Acer X191WSD 19" Widescreen LCD Monitor<br><br>• 19" Widescreen Active Matrix TFT LCD Display<br>• Resolution 1440 x 900<br>• Contrast ratio 800:1 | Expected Delivery1 Business Day | *$219.98* Each | ☐ | select to compare | Qty.<br>1<br><br>Add to Favorites |
| Item 676154 Model X221WSD | Acer X221WSD 22" Widescreen LCD Monitor<br><br>• 22" Widescreen Active Matrix TFT LCD Display<br>• Resolution 1680 x 1050<br>• Contrast ratio 800:1 | Expected Delivery1 Business Day | *$319.98* Each | ☐ | select to compare | Qty.<br>1<br><br>Add to Favorites |
| Item 628758 Model FPD2185W | Gateway FPD2185W 21" Widescreen LCD Monitor<br><br>• 21" Widescreen Active Matrix TFT LCD Display<br>• Resolution 1680 x 1050<br>• Contrast ratio 1000:1 | Expected Delivery3 - 8 Business Days | *$499.99* Each | ☐ | select to compare | Qty.<br>1<br><br>Add to Favorites |
| Item 681875 Model RF123AA#ABA | HP VP17 17" Widescreen LCD Monitor<br><br>• 17" Wide Viewable Active TFT matrix screen<br>• Resolution 1280 x 1024<br>• Contrast ratio 700:1 | Expected Delivery1 Business Day | *$199.99* Each | ☐ | select to compare | Qty.<br>1<br><br>Add to Favorites |
| Item 681876 | HP W1907 19" Widescreen LCD Monitor<br><br>• 19" Widescreen Active TFT matrix screen<br>• Resolution 1440 x 900 | Expected Delivery1 Business Day | *$229.98* Each | ☐ | select to compare | Qty.<br>1<br><br>Add to Favorites |

| Model RK283AA#ABA | • Contrast ratio 1000:1 | | | | | |
|---|---|---|---|---|---|---|
|  Item 674922 Model LM-2265WA | Norcent LM2265W 22" Widescreen LCD Monitor<br><br>• 22" diagonal TFT Active Matrix LCD<br>• Resolution 1680 x 1050<br>• Contrast Ratio 700:1 | Expected Delivery1 Business Day | *$349.99*<br><br>Each | ☐ | select to compare | Qty.<br>1<br><br>Add to Favorites |
| Item 682629 Model LT-3290 | Norcent LT-3290 32" LCD TV<br><br>• 32" Widescreen (16:9) LCD Television<br>• Resolution 1366 x 768<br>• Contrast Ratio 1000:1 | Expected Delivery1 Business Day | *$549.99*<br><br>Each | ☐ | select to compare | Qty.<br>1<br><br>Add to Favorites |
| Item 661899 Model 225BW | Samsung 22" 225BW Widescreen LCD Monitor<br><br>• 22" Widescreen Active Matrix TFT LCD Display<br>• Resolution 1680 x 1050<br>• Contrast ratio 700:1 | Expected Delivery1 Business Day | *$329.98*<br><br>Each | ☐ | select to compare | Qty.<br>1<br><br>Add to Favorites |
| Item 675606 Model 732N | Samsung 732N 17" LCD Monitor<br><br>• 17" Active Matrix TFT LCD Display<br>• Resolution 1280 x 1024<br>• Contrast ratio 700:1 | Expected Delivery1 Business Day | *$199.98*<br><br>Each | ☐ | select to compare | Qty.<br>1<br><br>Add to Favorites |
| | sort by **Name** | sort by **Delivery** | sort by **Price** | | | |

11-20 of 30 items | Page 1 2 3 Previous Next

---

**\*See our delivery policy for full details.**

**Copyright 2007, Staples, Inc. All Rights Reserved.**

**Questions? Call 1-800-3STAPLE (1-800-378-2753) or email us at http://www.staples.com/emailus.**

VeriSign Secured VERIFY



that was easy.®

Back to: Monitors / LCD (Flat Panel) Monitors

# All LCD Displays

Comparison Chart

21-30 of 30 items | Page 1 2 3 Previous

| | sort by **Name** | sort by **Delivery** | sort by **Price** | | | |
|---|---|---|---|---|---|---|
| Item 675527 Model 932B | Samsung 932B 19" LCD Monitor<br><br>• 19" Active Matrix TFT LCD Display<br>• Resolution 1280 x 1024<br>• Contrast ratio 700:1 | Expected Delivery1 Business Day | *$239.98*<br><br>Each | ☐ | select to compare | Qty.<br>1<br><br>Add to Favorites |
| Item 670744 Model MT-NI-DYLM1996 | Soyo DYLM1996 19" Widescreen LCD Monitor<br><br>• 19" Widescreen TFT Active Matrix Technology<br>• Resolution 1440 x 900<br>• Contrast Ratio 500:1 | Expected Delivery1 Business Day | Reg. $199.99<br><br>*$179.99*<br><br>Each<br><br>*Save $20.00*<br><br>⊙ **New Lower Price** | ☐ | select to compare | Qty.<br>1<br><br>Add to Favorites |
| Item 670881 Model J15757 | V7 22" Widescreen LCD Monitor<br><br>• 22" Widescreen Active Matrix TFT LCD Display<br>• Resolution 1680 x 1050<br>• Contrast ratio 700:1 | Expected Delivery3 - 5 Business Days | *$279.98*<br><br>Each | ☐ | select to compare | Qty.<br>1<br><br>Add to Favorites |
| Item 696736 Model J15911 | V7 Series 20.1" R2001 LCD Monitor<br><br>• 20.1" Active Matrix TFT LCD Display<br>• Resolution 1400 x 1050<br>• Contrast ratio 600:1 | Expected Delivery3 - 5 Business Days | *$199.99*<br><br>Each | ☐ | select to compare | Qty.<br>1<br><br>Add to Favorites |
| Item 626229 Model J16000 | V7 Series E17PS 17" LCD Monitor<br><br>• 17" Active Matrix TFT<br>• Resolution 1280 x 1024<br>• Contrast ratio 350:1 | Expected Delivery1 Business Day | Reg. $199.98<br><br>*$139.98*<br><br>Each<br><br>*Save $60.00*<br><br>⟳ **Special Buy** | ☐ | select to compare | Qty.<br>1<br><br>Add to Favorites |
| | ViewSonic VG2030wm 20" | Expected Delivery3 - | | | select to | Qty. |

| | | | | | |
|---|---|---|---|---|---|
| ![Item 672252] Item 672252 Model L39316 | Widescreen LCD Monitor<br><br>• 20.1" Widescreen Active Matrix TFT LCD Display<br>• Resolution 1680 x 1050<br>• Contrast ratio 800:1 | 5 Business Days | **$269.98**<br>Each | ☐ compare | 1 ___<br><br>Add to Favorites |
| ![Item 662068] Item 662068 Model VA1930WM | Viewsonic 19" VA1930WM Widescreen LCD Monitor<br><br>• 19" TFT Active Matrix Widescreen LCD Display<br>• Resolution 1440 x 900<br>• Contrast ratio 700:1 | Expected Delivery1 Business Day | **$229.98**<br>Each | ☐ select to compare | Qty.<br>1 ___<br><br>Add to Favorites |
| ![Item 666483] Item 666483 Model VX1945WM | Viewsonic ViewDock 19" LCD Monitor<br><br>• 19" LCD and Multimedia base with iPod dock<br>• Resolution 1440 x 900<br>• Contrast ratio 700:1 | Expected Delivery1 Business Day | **$279.98**<br>Each | ☐ select to compare | Qty.<br>1 ___<br><br>Add to Favorites |
| ![Item 699432] Item 699432 Model J15912 | V7 Series D22W12 22" Widescreen LCD Monitor<br><br>• 22" Widescreen Active Matrix TFT LCD Display<br>• Resolution 1680 x 1050<br>• Contrast ratio 1000:1 | Expected Delivery3 - 5 Business Days | Reg. $299.98<br>**$249.98**<br>Each<br>***Save $50.00***<br><br>⚪**Special Buy** | ☐ select to compare | Qty.<br>1 ___<br><br>Add to Favorites |
| ![Item 672250] Item 672250 Model K87879 | ViewSonic 19" VG930m LCD Monitor<br><br>• 19" Active Matrix TFT LCD Display<br>• Resolution 1280 x 1024<br>• Contrast ratio 700:1 | Expected Delivery3 - 5 Business Days | **$219.98**<br>Each | ☐ select to compare | Qty.<br>1 ___<br><br>Add to Favorites |
| | sort by **Name** | sort by **Delivery** | sort by **Price** | | |

21-30 of 30 items | Page 1 2 3 Previous

---

*See our delivery policy for full details.

Copyright 2007, Staples, Inc. All Rights Reserved.

Questions? Call 1-800-3STAPLE (1-800-378-2753) or email us at http://www.staples.com/emailus.



# EXHIBIT 42



RadioShack: Audio/Video Electronics, MP3, LCD TVs, GPS, Digital Cameras, DVD Players, Accessories    Page 3 of 19    Page 2 of 2

Case 1:06-cv-00726-JJF    Document 64-3    Filed 05/22/2007

Select a category

Our newest research:
- Headphones at Radio
- Antennas at RadioSh
- Video demo of the Di
- Create your own iPod
- Gearing up for HDTV

See our **privacy policy**
View our shipping policy

Sign in to see your order history
Visit your account to change
your personal information.

- Learn how to return an item
- Check our refund policy.

- Contact us anytime.
- Forgot your password?
  See our site map
  Hablamos español 1-800-843-7422

About us : **Careers** : Investor information : Franchise opportunities : Become an affiliate : **Privacy policy** : Terms and conditions
Credit card services : Commercial sales : Product safety recalls : Employee Information

Online prices and product selection may vary from our retail stores. All prices and offers are subject to change

Copyright © RadioShack Corporation 2007. All rights reserved.



Copyright © RadioShack Corporation 2007. All rights reserved.





**WILMINGTON-PIKE CREEK**
01-2959 | 302-995-1373      6.1 Miles      PIKE CREEK SHOPPING CTR      Get map      Get directions
4708 LIMESTONE RD
**Store Hours:**      WILMINGTON , DE 19808
Mon-Sat 9:00 am - 8:45 pm
Sunday 10:00 am - 5:45 pm

**CLAYMONT-NORTH TOWN**
01-2110 | 302-798-5312      6.4 Miles      NORTH TOWN SHOP CTR      Get map      Get directions
605 NAAMANS RD
**Store Hours:**      CLAYMONT , DE 19703
Mon-Sat 9 am - 9 pm
Sunday 10 am - 6 pm

**DAVE'S ELECTRONICS**
22-B286 | 856-678-3552      6.5 Miles      234 N BROADWAY STE 2      Get map      Get directions
PENNSVILLE , NJ 08070
**Store Hours:**
Please contact the store
at 856-678-3552 for store hours

**NEW CASTLE-PARKWAY**
01-2952 | 302-328-0683      6.5 Miles      PARKWAY PLAZA SHOP CTR      Get map      Get directions
1505 NORTH DUPONT HWY #7
**Store Hours:**      NEW CASTLE , DE 19720
Mon-Sat 9 am - 8 pm
Sunday 11 am - 6 pm

**NEWARK-COLLEGE SQUARE S/C**
01-2173 | 302-738-7348      10.0 Miles      211 COLLEGE SQUARE      Get map      Get directions
NEWARK , DE 19711
**Store Hours:**
Mon-Sat 9 am - 9 pm
Sunday 10 am - 6 pm

**BEAR-GOVERNOR'S SQUARE**
01-2144 | 302-834-1847      11.5 Miles      GOVERNOR'S SQUARE SHP CTR      Get map      Get directions
803 GOVERNOR PLACE
**Store Hours:**      BEAR , DE 19701
Mon-Sat 9 am - 9 pm
Sunday 10 am - 6 pm



**KENNETT SQ-BALTIMORE PK**
01-1826 | 610-444-4226
**Store Hours:**
Mon-Sat 9 am - 9 pm
Sunday 10 am - 6 pm

11.7 Miles

LONGWOOD VILLAGE
839 E BALTIMORE PIKE
KENNETT SQ , PA 19348

Get map            Get directions

**NEWARK-PEOPLES PLAZA**
01-1582 | 302-836-5320
**Store Hours:**
Mon-Sat 9 am - 9 pm
Sunday 10 am - 6 pm

11.8 Miles

710 PEOPLES PLAZA
NEWARK , DE 19702

Get map            Get directions

**NEWARK-CHRISTIANA**
01-2953 | 302-366-7407
**Store Hours:**
Mon-Thu 10:00 am - 9:30 pm
Friday 10 am - 10 pm
Saturday 9 am - 10 pm
Sunday 11 am - 7 pm

11.8 Miles

716 CHRISTIANA MALL
NEWARK , DE 19702

Get map            Get directions

**EDDYSTONE CROSSING**
01-1824 | 610-872-4544
**Store Hours:**
Mon-Sat 10 am - 8 pm
Sunday 11 am - 5 pm

14.1 Miles

EDDYSTONE CROSSING
1566 CHESTER PIKE
EDDYSTONE , PA 19022

Get map            Get directions

**MEDIA-GRANITE RUN MALL**
01-1813 | 610-566-2565
**Store Hours:**
Mon-Sat 10:00 am - 9:30 pm
Sunday 11 am - 6 pm

14.3 Miles

GRANITE RUN MALL - #191
1067 W BALTIMORE PIKE
MEDIA , PA 19063

Get map            Get directions

**WOODSTOWN ELECTRONICS**
22-B423 | 856-769-0551
**Store Hours:**
Please contact the store
at 856-769-0551 for store hours

14.5 Miles

1194 US HWY 40
P O BOX 398
WOODSTOWN , NJ 08098

Get map            Get directions



**WEST CHESTER-PAOLI PIKE**
01-1822 | 610-431-7822
   **Store Hours:**
   Mon-Sat 9 am - 9 pm
   Sunday 10 am - 6 pm

16.9 Miles

953 PAOLI PIKE
WEST CHESTER , PA 19380

Get map  Get directions

**ELKTON-BIG ELK**
01-2911 | 410-398-4848
   **Store Hours:**
   Mon-Sat 9 am - 9 pm
   Sunday 10 am - 6 pm

17.8 Miles

RT 40 & MARYLAND 213
119 BIG ELK MALL
ELKTON , MD 21921

Get map  Get directions

**MIDDLETOWN ELECTRONICS**
22-B411 | 302-378-8686
   **Store Hours:**
   Please contact the store
   at 302-378-8686 for store hours

18.8 Miles

328 E MAIN ST
MIDDLETOWN , DE 19709

Get map  Get directions

**PHILA-LAWRENCE**
01-2113 | 610-353-2895
   **Store Hours:**
   Mon-Sat 9 am - 8 pm
   Sunday 10 am - 5 pm

19.2 Miles

LAWRENCE PARK SHOP CTR
1991 SPROUL RD STE 21
BROOMALL , PA 19008

Get map  Get directions

**PHILADELPHIA-PENROSE PLZ**
01-1591 | 215-365-5526
   **Store Hours:**
   Please contact the store
   at 215-365-5526 for store hours

19.8 Miles

PENROSE PLAZA
2920 ISLAND AVENUE
PHILADELPHIA , PA 19153

Get map  Get directions

Show 20 items per page **Go**

1 2 3 4 5 » Last



Online prices and product selection may vary from our retail stores. All prices and offers are subject to change.

Copyright © RadioShack Corporation 2007. All rights reserved.





**$999.99**

Web only

**Samsung® SyncMaster 244T 24'' LCD Monitor (Black)**
Model: 244T-Black  |  Catalog #: 55014889

Focus on the big picture with Samsung's SyncMaster™ 24'' LCD Monitor in black.

☐ Add to compare
▸ Compare now

Wish List    Add to cart

Online: ◼ In stock - Usually ships in 2 - 3 business days

**$749.49**

Web only

**Samsung 214T 21.3'' Analog/Digital LCD Monitor**
Model: 214T-Black  |  Catalog #: 55004918

You need a big, sharp and colorful monitor.

☐ Add to compare
▸ Compare now

Wish List    Add to cart

Online: ◼ In stock - Usually ships in 2 - 3 business days

**$729.99**

Web only

**Acer 24'' TFT LCD Monitor**
Model: ET.L6102.018  |  Catalog #: 55004716

The Acer 24'' TFT LCD Monitor offers great value for those who desire good text and graphics vie...

☐ Add to compare
▸ Compare now

Wish List    Add to cart

Ⓡ Ship-to-Store!
Click for details

Online: ◼ In stock - Usually ships in 2 - 3 business days

**FREE shipping when you select Ship-to-Store** · More details

Select a category

Our newest research:
▸ Headphones at Radio
▸ Antennas at RadioSh
▸ Video demo of the Di
▸ Create your own Pod
▸ Gearing up for HDTV



$719.99

**Web only**

**ViewSonic® VP2130b 21.3" LCD Monitor**

Model: VP2130b | Catalog #: 55006264

This 21.3" (diagonal) LCD is the ideal choice for those who want vivid images with high resolut...

☐ Add to compare
▸ Compare now

**Ship-to-Store!** Click for details

Wish List    Add to cart

Online: ■ In-stock · Usually ships in 2 - 3 business days

**FREE shipping when you select Ship-to-Store** · More details

$399.99

**Web only**

**Samsung® SyncMaster 20.1" TFT-LCD Monitor (Silver)**

Model: 204B-Silver | Catalog #: 55016177

See things your way with Samsung's SyncMaster™ 20.1" TFT-LCD Monitor in silver.

☐ Add to compare
▸ Compare now

**Ship-to-Store!** Click for details

Wish List    Add to cart

Online: ■ In-stock · Usually ships in 2 - 3 business days

**FREE shipping when you select Ship-to-Store** · More details

$399.99

**Web only**

**Samsung® SyncMaster 204B 20.1" TFT-LCD Monitor (Black)**

Model: 204B-Black | Catalog #: 55016176

View things your way with Samsung's SyncMaster™ 20.1" TFT-LCD Monitor in black.

☐ Add to compare
▸ Compare now

**Ship-to-Store!** Click for details

Wish List    Add to cart



Online: In stock - Usually ships in 2 - 3 business days

**FREE shipping when you select Ship-to-Store** · More details

Reg.: $349.99

**$279.99**
(after rebate)

**ViewSonic VX2235wm Clearmotiv® 5ms**
Model: VX2235wm | Catalog #: 25-237

Get crystal-clear highly-detailed images.

Add to compare
• Compare now

Online: In stock - Usually ships in 1 - 2 business days | In-store: Available at most stores, find it near you

**Web Only-$50 MIR-ViewSonic VX2235wm LCD Monitor-Postmarked within 30 days of purchase** ·
More details
**Web Only-$20 MIR-ViewSonic VX2235wm LCD Monitor-Postmarked within 30 days of purchase** ·
More details

**$339.99**

**Acer® 22" LCD Monitor (Black)**
Model: ET.2216B.0D0 | Catalog #: 55023359

You'll love the large size and wide viewing angles of this 22" LCD monitor from Acer.

Add to compare
• Compare now

Online: In stock - Usually ships in 2 - 3 business days

**FREE shipping when you select Ship-to-Store** · More details

**$329.99**

**HP VS15 15-Inch LCD Monitor**
Model: VS15 | Catalog #: 55024748

An excellent choice for your desktop.



☐ Add to compare
▸ Compare now

Online: ■ In stock - Usually ships in 1 - 2 business days

**Web only**

$289.99

**NEC MultiSync LCD175VXM-BK 17 LCD Monitor (Black)**
Model: LCD175VXM-BK  |  Catalog #: 55007861
Enjoy LCD technology with this 17" (diagonal) flat-panel monitor with integrated speakers.

Wish List    Add to cart

☐ Add to compare
▸ Compare now

Ship-to-Store!
Click for details

Online: ■ In stock - Usually ships in 2 - 3 business days

**FREE shipping when you select Ship-to-Store** · More details

**Web only**

$279.99

**Samsung® SynchMaster 940Be 19" LCD Monitor (Black)**
Model: 940Be-Black  |  Catalog #: 55015048
The Samsung SyncMaster™ 940Be is a 19" (diagonal) analog and digital TFT-LCD delivering a...

Wish List    Add to cart

☐ Add to compare
▸ Compare now

Online: ■ In stock - Usually ships in 2 - 3 business days

**Web only**

$279.99

**ViewSonic VX922 19" LCD Monitor**
Model: VX922  |  Catalog #: 55008596
The ViewSonic VX922 19" (diagonal) Xtreme LCD monitor breaks the boundaries of speed time.



Add to compare
▸ Compare now

Customers rate it: ★ ★ ★ ★ ★

Wish List    Add to cart

Ship-to-Store!
Click for details

Online: ■ In stock · Usually ships in 2 - 3 business days

**FREE shipping when you select Ship-to-Store** · More details

**Web only**

$279.99

**Acer® AL2017bmd 20" LCD Monitor (Black)**
Model: ET.L6909.025  |  Catalog #: 55015203

See what you have been missing with Acer's 20" (diagonal) LCD Monitor.

Wish List    Add to cart

Add to compare
▸ Compare now

Ship-to-Store!
Click for details

Online: ■ In stock · Usually ships in 2 - 3 business days

**FREE shipping when you select Ship-to-Store** · More details

**Web only**

$279.99

**V7 R19PS 19" LCD Monitor**
Model: R19PS  |  Catalog #: 55013863

You deserve an uncluttered desktop without compromising visual results.

Wish List    Add to cart

Add to compare
▸ Compare now

Ship-to-Store!
Click for details

Online: ■ In stock · Usually ships in 1 - 2 business days

**FREE shipping when you select Ship-to-Store** · More details

**Web only**



**$279.89**

### V7 R19WPS 19" Wide LCD Monitor

Model: R19WPS | Catalog #: 55013864

A lot of your multimedia is in a wide aspect ratio; shouldn't your monitor be too?

☐ Add to compare
▸ Compare now

Online: ■ In stock - Usually ships in 1 - 2 business days

**FREE shipping** when you select **Ship-to-Store** · More details

**Web only**

**$275.00**

### HP W1907 19" Flat Panel Windows Vista Certified Monitor

Model: W1907 | Catalog #: 55025429

A Certified for Windows Vista™ 19" flat panel widescreen display!

☐ Add to compare
▸ Compare now

Online: ■ In stock - Usually ships in 1 - 2 business days

**FREE shipping** when you select **Ship-to-Store** · More details

**Web only**

**$269.99**

### NEC MultiSync LCD175VX-BK 17 LCD Monitor (Black)

Model: LCD175VX-BK | Catalog #: 55007859

Enjoy LCD technology with this 17" (diagonal) flat-panel monitor.

☐ Add to compare
▸ Compare now



Online: ☑ In stock - Usually ships in 2 - 3 business days
**FREE shipping when you select Ship-to-Store** · More details

**Web only**

$259.99

**NEC MultiSync LCD175VX 17 LCD Monitor (Silver/White)**
Model: LCD175VX  |  Catalog #: 55007858
Enjoy LCD technology with this 17" (diagonal) flat-panel monitor.

☐ Add to compare
▸ Compare now

Wish List    Add to cart

Ship-to-Store!
Click for details

Online: ■ In stock - Usually ships in 2 - 3 business days
**FREE shipping when you select Ship-to-Store** · More details

**Web only**

$259.99

**NEC ASLCD72VXM-BK 17" LCD Monitor (Black)**
Model: ASLCD72VXM-BK  |  Catalog #: 55006849
Enjoy the latest LCD technology with this 17" (diagonal) value-driven, flat-panel monitor.

☐ Add to compare
▸ Compare now

Wish List    Add to cart

Ship-to-Store!
Click for details

Online: ■ In stock - Usually ships in 2 - 3 business days
**FREE shipping when you select Ship-to-Store** · More details

Show 20 ▾ items per page  Go      1  2  ≫  Last

Need to back up a bit? Try looking in Computers



# EXHIBIT 43



**search**

account login

**cart subtotal: $0.0**

Fast, FREE
on most order

supplies    technology    furniture    ink & toner    order-by-number    favorites lists    print services    weekly ad

**HON Filing Cabinets**
Save $100 Instantly ▶
On Select Items
While Supplies Last



NATIONAL PHOTO MONTH    Picture Perfect

Buy 2 HP Multipacks
Get a FREE Wireless Optical Mouse ▶

FREE 1GB SD Card and Camera Bag
With Purchase of Canon SD1000
Only $249.98 ▶

HP
Mo
Prin
S
$1

**USB and Hard Drives**
Save Up To 70% Instantly ▶
Online Only



enter your email

**Exclusive OfficeMax Brand Savings Event**
Save Up To $50 Instantly ▶

**NEW Toshiba Notebook PCs**
Save Up To $150 Instantly ▶

**AOC Monitors**
Save Up To $50 Instantly ▶
Online Only

**GPS Deals! TomTom Refurbs**
Save Up To $100 Instantly ▶
Online Only

### ▶ Supplies

**OfficeMax Brand Products**

Binders & Accessories
Breakroom & Janitorial
Clips, Rubber Bands & Pins
Corrugated & Plastic Storage
Desk Accessories
Envelopes
File Folders & Accessories
Labels & Label Makers
Legal Pads & Notebooks
Mailroom & Shipping Supplies
Paper
Pens, Markers & Correction
Presentation & Boards
Scissors, Trimmers & Rulers
Self-Stick Notes & Flags
Staplers, Punches & Supplies
Tape, Adhesives & Glue

### ▶ Technology

**Clearance**

Calculators
CD-RW, DVD Media & Storage
Computers, Laptops, Monitors
Computer Accessories
Computer Peripherals
Copiers & Fax Machines
Digital Cameras & Accessories
Drives & Storage
Ink Cartridges, Toner & Ribbons
MP3s, GPS & Audio
PDAs & Accessories
Phones & Accessories
Printers & All-in-One Machines
Save by Refilling Your Ink
Security & Surveillance
Shredders
Software

### ▶ Furniture

Bookcases & Stora
Chairs & Chairmat
Desks & Collection
Desk Accessories
File Cabinets & Sa
Lighting
Tables & Drafting

### ▶ Print Services

Submit Your Docu
Business Cards
& More Custom Pr

### ▶ Services

ctrlcenter PC Supp
Downloadable Leg
OfficeMax Photo C



OfficeMax Credit Cards
Apply Now ▶



**MaxPerks**
Loyalty Program
Join Now ▶



BillMe Later
B
Fe
P

Special Savings
on Select HP
Paper Reams
Shop Now »
Online Only



Supply Solutions for Larger Businesses    More Info »

"Delivery Info   About Us/Jobs   Order Status   Catalog Request   Credit Accounts   Affiliate Program   Terms of Use                    ©20

**OfficeMax**

search

account login

Fast, FREE Delivery
on most orders over $50*

cart subtotal: $0.00

supplies   technology   furniture   ink & toner   order-by-number   favorites lists   print services   weekly ad   store locator

NATIONAL PHOTO MONTH   Picture Perfect Savings

## Store Locator

Powered by **MAPQUEST**.

**Enter a Zip Code:**

OR

**Enter a City and State:**
Street (optional)

City (avoid abbreviations)

State

find

*Delivery Info    About Us/Jobs    Order Status    Catalog Request    Credit Accounts    Affiliate Program    Terms of Use    ©2007 OMX, Inc.



## Store Locator

Powered by MAPQUEST.

### Closest Locations

| | | Distance | Address | | |
|---|---|---|---|---|---|
| **1** | **Newark** | 41.58 mi | 106 Geoffrey Drive<br>Newark, DE 19713<br>Phone: 302-369-6997<br>Hours: M-F 7-9, Sa 9-9, Su 10-6* | WeeklyAd | Map |
| **2** | **Turnersville** | 50.62 mi | 3921 Route 42<br>Turnersville, NJ 8012<br>Phone: 856-740-4477<br>Hours: M-F 8-9, Sa 10-9, Su 10-6* | WeeklyAd | Map |
| **3** | **Exton** | 64.76 mi | 101 Iron Lake Blvd.<br>Exton, PA 19341<br>Phone: 610-594-3600<br>Hours: M-F 8-9, Sa 9-9, Su 10-6* | WeeklyAd | Map |
| **4** | **Mt. Laurel** | 65.16 mi | Eastgate Square<br>1190 Nixon Drive<br>Mt. Laurel, NJ 8054<br>Phone: 856-231-1611 | WeeklyAd | Map |

Hours: M-F 8-9, Sa 10-9, Su 10-6*

**5**   **Philadelphia**    69.67 mi

7231 Roosevelt Blvd.
Philadelphia, PA 19149
Phone: 215-338-8550
Hours: M-F 8-9, Sa 10-9, Su 10-6*



WeeklyAd
Map

## Start a new search

**Enter a Zip Code:**            **Enter a City and State:**
                                 Street (optional)

                          OR

                                 City (avoid abbreviations)

                                 State



find

*Individual store hours are subject to change. Please call ahead when shopping early or late in the day.
2001 MapQuest.com,Inc. © NavTec
Terms of Use and Copyright Information.

*Delivery Info    About Us/Jobs    Order Status    Catalog Request    Credit Accounts    Affiliate Program    Terms of Use                ©2007 OMX, Inc.



Delivery Info   About Us/Jobs   Order Status   Catalog Request   Credit Accounts   Affiliate Program   Terms of Use          ©2007 OMX, Inc

# EXHIBIT 44



**Wish List**

See all
**home decor**

See all
**Halo 3 games**

See all
**hot tubs**



**ROLLBACK**

| | |
|---|---|
| Image 15.5 S Treadmill | $349.57 |
| PlayStation 2 | $129.00 |
| Storkcraft Aspen Stages... | $299.88 |
| South Shore Cocoa 2-Doo... | $123.87 |

See all **Rollbacks**



Just Wet
and Shave

Learn More

What's Happening
at Your Store

Events

Learn More



Get the Wal-Mart
Wire

Subscribe to our email newsletter

[ Enter Your Email Address ]   SIGN UP ▸

• More Newsletters   • Privacy Pol

Your email address will never be s
a third party.

**ABOUT WALMART.COM**
- About Walmart.com
- Site Directory
- Sign up for Email
- Join Our Affiliate Program
- Security & Privacy
- Terms of Use
- International Customers
- Careers at Walmart.com

**ABOUT WAL-MART STORES**
- Store Finder
- Wal-Mart Stores Info
- In Front with Wal-Mart
- Wal-Mart Facts
- Wal-Mart Sustainability
- Wal-Mart Credit Cards
- Wal-Mart Associates
- Careers at Wal-Mart

**HELP**
- Online Customer Service
- Track Your Order
- Questions About Your Order
- Shipping Costs & Times
- Our Return Policy
- Return an Item
- Product Recall Info
- MSDS

© 2007 Wal-Mart Stores, Inc.

ndc-www44.walmart.com
/index.gsp, /index.gsp
/index.gsp

# WAL★MART

Sign in or create a new
🛒 Cart | My Account | Track Order

Apparel ▾ | Baby ▾ | **Electronics** ▾ | Entertainment ▾ | Home ▾ | Jewelry ▾ | Pharmacy ▾ | Photo ▾ | Sports ▾ | Toys ▾ | In Stor

**SEARCH** Entire Site  **FOR** [_____] **FIND**   See all depart

FIND IT AT YOUR STORE

Make the Natural Choice   Splash Into Summe
Learn More                Learn More

## STORE FINDER

## Search for a Store

### Basic Search

**Enter city & state:**                        -- OR --        **Enter ZIP code:**

City                    State                                   ZIP Code
[_____]            [Select        ▾]                       [_____]

**FIND ▸**

### Detailed Search

**1. Enter city & state:**                     -- OR --        **Enter ZIP code:**

City                    State                                   ZIP Code
[_____]            [Select        ▾]                       [_____]

**2. Select the services you need (optional):**

☐ Pharmacy            ☐ Open 24 hours       ☐ Cell Phones, Plans &    ☐ Grocery
                                              More

☐ 24 Hour Pharmacy    ☐ Portrait Studio     ☐ Garden Center           ☐ Photo Center

☐ Tire & Lube         ☐ Gas Station         ☐ Maternity               ☐ 1-Hour Photo Ce

☐ Vision Center       ☐ Site to Store^SM
                        Learn More

**3. Select the store type you need (optional):** [Select        ▾]

**4. Select all Wal-Mart stores within** [50 ▾] **miles**



**Go to Walmart.com home page**

**Having trouble? To find a nearby Wal-Mart store by phone,** call 1-800-WAL-MART (1-800-925-6278) from 7 a.
p.m. (CT) Monday-Friday, from 9 a.m. to 9 p.m. (CT) Saturday or from 1 p.m. to 6 p.m. (CT) Sunday.

**To find a Wal-Mart store in Canada,** call 1-800-328-0402 from 9 a.m. to 5 p.m. (ET) Monday-Friday or leave a m
after hours and on weekends and holidays.

**Please note:** Walmart.com Customer Service Associates do not have access to store inventory. If you are looking fo
availability of a specific item please contact the store directly.

 Get the Wal-Mart Wire

Subscribe to our email newsletter

Enter Your Email Address    SIGN UP ▸

• More Newsletters    • Privacy Pol
Your email address will never be s
a third party.

**Do you have questions?**
Please contact us, and a knowledgeable Customer Service Associate will be happy to help you. We're
happy to serve you 24 hours a day, 7 days a week!

Continue shopping on Walmart.com

**ABOUT WALMART.COM**
• About Walmart.com
• Site Directory
• Sign up for Email
• Join Our Affiliate Program
• Security & Privacy
• Terms of Use
• International Customers
• Careers at Walmart.com

**ABOUT WAL-MART STORES**
• Store Finder
• Wal-Mart Stores Info
• In Front with Wal-Mart
• Wal-Mart Facts
• Wal-Mart Sustainability
• Wal-Mart Credit Cards
• Wal-Mart Associates
• Careers at Wal-Mart

**HELP**
• Online Customer Service
• Track Your Order
• Questions About Your Order
• Shipping Costs & Times
• Our Return Policy
• Return an Item
• Product Recall Info
• MSDS

© 2007 Wal-Mart Stores, Inc.

ndc-www44.walmart.com
/storeLocator/ca_storefinder.do
/storeLocator/ca_storefinder.jsp



## Store Finder

## Search Results

**We found 20 stores near wilmington, DE :**

1. Wilmington, DE 19808
2. New Castle, DE 19720
3. Boothwyn, PA 19061
4. Pennsville, NJ 08070
5. Kennett Square, PA 19348
6. Eddystone, PA 19022
7. Elkton, MD 21921
8. Glenolden, PA 19036
9. Exton, PA 19341
10. North East, MD 21901
11. Philadelphia, PA 19148
12. Audubon, NJ 08106
13. Bridgeton, NJ 08302
14. Parkesburg, PA 19365
15. Turnersville, NJ 08012
16. Norristown, PA 19403
17. East Norristown, PA 19401
18. Wyncote, PA 19095
19. Elverson, PA 19520
20. Pottstown, PA 19464



**Please note:** Store hours are subject to change. Please contact the store for their current hours of operation.

| Store Name and Address | Distance | site⊙store Status Learn More | Other |
|---|---|---|---|
| **1.** **Wal-Mart Store #5436** 1251 Centerville Rd Wilmington, DE 19808 (302) 683-9312 | 4.16 miles | site⊙store **Available** | • Store Details • Directions • View Advertised Va for this store. |
| **2.** **Wal-Mart Store #2555** 117 Wilton Blvd New Castle, DE 19720 | 7.60 miles | site⊙store **Available** | • Store Details • Directions • View Advertised Va |

(302) 324-0900

3.  **Wal-Mart Store #3252**    8.93 miles    site store    • Store Details
    605 Conchester Hwy            Available    • Directions
    Boothwyn, PA 19061                        • View Advertised Va
    (610) 494-2535                            for this store.

4.  **Wal-Mart Store #2041**    9.56 miles    site store    • Store Details
    709 South Broadway            Available    • Directions
    Pennsville, NJ 08070                      • View Advertised Va
    (856) 935-8200                            for this store.

5.  **Wal-Mart Store #3541**    10.85 miles    site store    • Store Details
    516 School House Road         Available    • Directions
    Kennett Square, PA 19348                  • View Advertised Va
    (610) 444-2268                            for this store.

6.  **Wal-Mart Store #2830**    13.59 miles    site store    • Store Details
    1570 Chester Pike             Available    • Directions
    Eddystone, PA 19022                       • View Advertised Va
    (610) 447-1860                            for this store.

7.  **Wal-Mart Supercenter Store    16.29 miles    site store    • Store Details
    #1860**                        Available    • Directions
    1000 East Pulaski Way                     • View Advertised Va
    Elkton, MD 21921                          for this store.
    (410) 398-1070

8.  **Wal-Mart Store #5495**    17.54 miles    site store    • Store Details
    50 North Macdade Blvd         Available    • Directions
    Glenolden, PA 19036                       • View Advertised Va
    (610) 583-2682                            for this store.

9.  **Wal-Mart Store #2167**    19.52 miles    site store    • Store Details
    270 Indian Run Street         Available    • Directions
    Exton, PA 19341                           • View Advertised Va
    (484) 875-9053                            for this store.

10. **Wal-Mart Store #5450**    23.37 miles    site store    • Store Details
    75 North East Plaza           Available    • Directions
    North East, MD 21901                      • View Advertised Va
    (410) 287-2915                            for this store.

11. **Wal-Mart Store #2141**    24.75 miles    site store    • Store Details
    1601 South Columbus Blvd      Available    • Directions
    Philadelphia, PA 19148                    • View Advertised Va
    (215) 468-4220                            for this store.

| | | | |
|---|---|---|---|
| **12. Wal-Mart Store #5047**<br>130 Blackhorse Pike<br>Audubon, NJ 08106<br>(856) 310-1470 | 26.26 miles | site store<br>**Available** | • Store Details<br>• Directions<br>• View Advertised Va<br>for this store. |
| **13. Wal-Mart Store #5384**<br>1130 Highway 77<br>Bridgeton, NJ 08302<br>(856) 453-0418 | 26.30 miles | site store<br>**Available** | • Store Details<br>• Directions<br>• View Advertised Va<br>for this store. |
| **14. Wal-Mart Supercenter Store #2945**<br>100 Commons Drive<br>Parkesburg, PA 19365<br>(610) 857-0500 | 26.40 miles | site store<br>**Available** | • Store Details<br>• Directions<br>• View Advertised Va<br>for this store. |
| **15. Wal-Mart Supercenter Store #1742**<br>3501 Route 42<br>Turnersville, NJ 08012<br>(856) 629-3888 | 26.60 miles | site store<br>**Available** | • Store Details<br>• Directions<br>• View Advertised Va<br>for this store. |
| **16. Wal-Mart Store #3475**<br>650 South Trooper Road<br>Norristown, PA 19403<br>(610) 631-6750 | 27.64 miles | site store<br>**Available** | • Store Details<br>• Directions<br>• View Advertised Va<br>for this store. |
| **17. Wal-Mart Store #3565**<br>53 West Germantown Pike<br>East Norristown, PA 19401<br>(610) 275-0222 | 30.24 miles | site store<br>**Available** | • Store Details<br>• Directions<br>• View Advertised Va<br>for this store. |
| **18. Wal-Mart Store #5229**<br>1000 Easton Road - Suite 200<br>Wyncote, PA 19095<br>(215) 887-6737 | 30.58 miles | site store<br>**Available** | • Store Details<br>• Directions<br>• View Advertised Va<br>for this store. |
| **19. Wal-Mart Supercenter Store #3501**<br>100 Crossings Blvd<br>Elverson, PA 19520<br>(610) 913-2000 | 32.62 miles | site store<br>**Available** | • Store Details<br>• Directions<br>• View Advertised Va<br>for this store. |
| **20. Wal-Mart Store #2263**<br>233 Shoemaker Rd<br>Pottstown, PA 19464<br>(610) 327-3204 | 35.50 miles | site store<br>**Available** | • Store Details<br>• Directions<br>• View Advertised Va<br>for this store. |

| SEARCH AGAIN |

**Go to Walmart.com home page**

 Get the Wal-Mart Wire

Subscribe to our email newsletter

Enter Your Email Address    SIGN UP ▸

• More Newsletters   • Privacy Pol
Your email address will never be :
a third party.

**Do you have questions?**
Please contact us, and a knowledgeable Customer Service Associate will be happy to help you. We're
happy to serve you 24 hours a day, 7 days a week!

Continue shopping on Walmart.com

**ABOUT WALMART.COM**
• About Walmart.com
• Site Directory
• Sign up for Email
• Join Our Affiliate Program
• Security & Privacy
• Terms of Use
• International Customers
• Careers at Walmart.com

**ABOUT WAL-MART STORES**
• Store Finder
• Wal-Mart Stores Info
• In Front with Wal-Mart
• Wal-Mart Facts
• Wal-Mart Sustainability
• Wal-Mart Credit Cards
• Wal-Mart Associates
• Careers at Wal-Mart

**HELP**
• Online Customer Service
• Track Your Order
• Questions About Your Order
• Shipping Costs & Times
• Our Return Policy
• Return an Item
• Product Recall Info
• MSDS

© 2007 Wal-Mart Stores, Inc.

ndc-www-44.walmart.com
/storeLocator/ca_storefinder_results.do
/storeLocator/ca_storefinder_results.jsp



**WAL★MART**

Sign in or create a new

🛒 Cart : My Account : Track Order :

Apparel ▾  Baby ▾  **Electronics** ▾  Entertainment ▾  Home ▾  Jewelry ▾  Pharmacy ▾  Photo ▾  Sports ▾  Toys ▾  In Stor

**SEARCH** Electronics    **FOR** [                    ] **FIND**    See all depart

You are here: Home Page › Electronics › Computers › Monitors › All Monitors

# ELECTRONICS : ALL MONITORS

**SPECIAL OFFERS**

New Arrivals

**SHOP ELECTRONICS**

**Electronics**

↳ **Computers**

　Accessories & Peripherals

　Calculators

　Desktops

　Laptops

　Monitors

　・ **15" Monitors**
　・ **17" Monitors**
　・ **19" Monitors**
　・ **20" Monitors**
　・ **22" Monitors**
　・ **24" Monitors**
　・ **Widescreen Monitors**
　・ **Projectors**
　・ **Projector Accessories**
　・ **See All Monitors**

　Networking

　PDAs & Handhelds

　Printers & Ink

　Software

Items 1-24 of 46 total
Skip to 1 2

**Sort by:** Featured Items

Show 12 items on

N

**Narrow your results by:**

| Brand | Price | Monitor Size | Monitor Type |
|---|---|---|---|
| Delivery Option... | Special Offers | | |



**Acer 17" LCD Monitor, AL1717Bbmd**

**$149.72**

ONLINE ONLY

Acer 17" LCD Monitor, AL1717Bbmd

- 280 x 1024 resolution
- 700:1 contrast ratio
- 8 ms response time
- .264 ..

**Model#:** AL1717Bbmd

ADD TO CART ►



**Acer 19" Widescreen LCD Monitor, AL1916Wabd**

**$169.88**

ONLINE ONLY

Acer 19" Widescreen LCD Monitor, AL1916Wabd

- 1440 x 900 resolution
- 700:1 contrast ratio
- 5 ms response ti...

**Model#:** AL1916Wabd

site🔵store

Free shipping to your store.

ADD TO CART ►



**Acer 19" LCD Monito AL1916AB**

**$169.98**

ONLINE ONLY

Acer 19" LCD Monitor, AL1916AB

- 1280 x 1024 resolution
- 700:1 contrast
- 8 ms response
- .294 m...

**Model#:** AL1916AB

ADD TO CART ►



Hanns-G 17" Widescreen
LCD Monitor, HW-173D

**$149.87**

NEW

The Hanns-G 17" Widescreen
TFT Monitor, HW-173D, is
great for your office.
**Model#:** HW-173D

site store

**Free shipping** to your store.

ADD TO CART ▸



HP 22" Pivoting Widescreen
LCD Monitor, W2207

**$379.87**

NEW

HP 22" Pivoting Widescreen
LCD Monitor, W2207

- 1680 x 1050
  resolution
- 1000:1 contrast ratio
- 5 ms respons...
**Model#:** HP W2207

site store

**Free shipping** to your store.

ADD TO CART ▸



Soyo 19" LCD Monito
DYLM1988

**$159.98**

ONLINE ONLY

Soyo 19" LCD Monitor,
DYLM1988

- 1280 x 1024
  resolution
- 600:1 contrast
- 8 ms response
- .294 ...
**Model#:** DYLM1988

ADD TO CART ▸



IC Power 17" CRT Monitor,
CRT9617

**$58.64**

ALSO IN
MANY STORES

IC Power 17" CRT Monitor,
CRT9617

- 16-inch viewable area
- 1280 x 1024
  resolution
- .270 mm pixel pitch
**Model#:** CRT9617

site store

**Free shipping** to your store.



Soyo 19" Widescreen LCD
Monitor, DYLM1986

**$159.98**

ONLINE ONLY

Soyo 19" Widescreen LCD
Monitor, DYLM1986

- 1440 x 900 resolution
- 500:1 contrast ratio
- 8 ms response time...
**Model#:** DYLM1986

ADD TO CART ▸



Synaps 20.1" LCD M
11009527

**$189.97**

ONLINE ONLY

Synaps 20.1" LCD Mon
11009527

- 1600 x 1200
  resolution
- 700:1 contrast
- 25 ms respons
- ....
**Model#:** 11009527

site store

**Free shipping** to your



**Hanns-G 22" Widescreen LCD Monitor, HW-223DPB**

**$269.88**

NEW

The Hanns-G 22" Widescreen TFT Monitor, HW-223DPB, is great for your office.
**Model#:** HW-223DPB



**Free shipping** to your store.



**Acer 26" Widescreen LCD Monitor, AL2616WD**

**$699.00**

NEW

Acer 25.5" Widescreen LCD Monitor, AL2616WD

- 1920 x 1200 resolution
- 800:1 contrast ratio
- 5 ms response t...

**Model#:** AL2616WD

**Free shipping** to your store.



**Acer 22" Widescreen Monitor, AL2216WBD**

**$268.00**

ONLINE ONLY

Acer 22" Widescreen L Monitor, AL2216WBD

- 1680 x 1050 resolution
- 700:1 contrast
- 5 ms response

**Model#:** AL2216WBD

**Free shipping** to your



**HP 20" Brightview Widescreen LCD Monitor, w2007**

**$278.72**

NEW

HP 20" Brightview Widescreen LCD Monitor, w2007

- 1680 x 1050 resolution
- 1000:1 contrast ratio
- 5 ms respo...

**Model#:** HP w2007



**Synaps 19" LCD Monitor, 11009522**

**$158.88**

ALSO IN MANY STORES

Synaps 19" LCD Monitor, 11009522

- 1280 x 1024 resolution
- 500:1 contrast ratio
- 12 ms response time
- 29...

**Model#:** 11009522



**Norcent 19" Widescr LCD Monitor, LM-965**

**$179.87**

ONLINE ONLY

Norcent 19" Widescree Monitor, LM-965WA

- 1440 x 900 res
- 850:1 contrast
- 5 ms response

**Model#:** LM-965WA



**site store**
**Free shipping** to your store.



**Xerox 17" LCD Monitor, XG-72D**

**$158.88**

ONLINE ONLY

Xerox 17" LCD Monitor, XG-72D

- 1280 x 1024 resolution
- 500:1 contrast ratio
- 8 ms response time
- .264 mm...

**Model#:** XG-72D

**site store**
**Free shipping** to your store.

**Proview 19" LCD Monitor, PL916S2**

**$168.88**

ONLINE ONLY

Proview 19" LCD Monitor, PL916S2

- 1280 x 1024 resolution
- 500:1 contrast ratio
- 8 ms response time
- .29...

**Model#:** PL916S2



**Acer 24" Widescreen Monitor, AL2416WD**

**$547.00**

ONLINE ONLY

Acer 24" Widescreen L Monitor, AL2416WD

- 1900 x 1200 resolution
- 1000:1 contras
- 6 ms response

**Model#:** AL2416WD

**site store**
**Free shipping** to you



**Compaq 17" Widescreen LCD Monitor, W17q**

**$178.72**

NEW

Compaq W17q 17-inch flat panel with integrated speakers is an affordable widescreen monitor for your



**Acer 20" LCD Monitor, AL2017BMD**

**$219.87**

ONLINE ONLY

Acer 20" LCD Monitor, AL2017BMD

- 1400 x 1050



**Hanns-G 19" Widesc LCD Monitor, HW-19**

**$169.87**

NEW

The Hanns-G 19" Wide TFT Monitor, HW-193D great for your office.

**Model#:** HW-193DPB

PC, Sleek desig...
**Model#:** Compaq W17q



<br />

resolution
- 600:1 contrast ratio
- 8 ms response time
- .292...

**Model#:** AL2017BMD

site⊕store·
**Free shipping** to your store.

[ADD TO CART ▶]

site⊕store·
**Free shipping** to your store.

[ADD TO CART ▶]



Compaq 19" Widescreen
LCD Monitor, WF1907

**$208.72**

ONLINE ONLY

Compaq 19" Widescreen LCD
Monitor, WF1907

- 1440 x 900 resolution
- 800:1 contrast ratio
- 5 ms response time...

**Model#:** Compaq WF1907

site⊕store·
**Free shipping** to your store.

[ADD TO CART ▶]



ViewSonic 19" LCD Monitor,
VA903b

**$229.88**

ONLINE ONLY

ViewSonic 19" LCD Monitor,
VA903b

- 1280 x 1024
  resolution
- 700:1 contrast ratio
- 8 ms response time
- .2...

**Model#:** K61289

[ADD TO CART ▶]



Samsung 22" Widescr...
LCD Monitor, 225BW

**$308.77**

ONLINE ONLY

Samsung 22" Widescre...
LCD Monitor, 225BW

- 1680 x 1050
  resolution
- 700:1 contrast...
- 5 ms response...

**Model#:** 225BW

site⊕store·
**Free shipping** to your...

[ADD TO CART ▶]

Items 1-24 of 46 total

Skip to 1 2

Show 12 items o...

N

---

**ABOUT WALMART.COM**
- About Walmart.com
- Site Directory
- Sign up for Email
- Join Our Affiliate Program
- Security & Privacy
- Terms of Use
- International Customers
- Careers at Walmart.com

**ABOUT WAL-MART STORES**
- Store Finder
- Wal-Mart Stores Info
- In Front with Wal-Mart
- Wal-Mart Facts
- Wal-Mart Sustainability
- Wal-Mart Credit Cards
- Wal-Mart Associates
- Careers at Wal-Mart

**HELP**
- Online Customer Service
- Track Your Order
- Questions About Your Order
- Shipping Costs & Times
- Our Return Policy
- Return an Item
- Product Recall Info
- MSDS

© 2007 Wal-Mart Stores, Inc.

ndc-www-44.walmart.com
/search, browse-
ng.do, /search/browseSearch.do, /include/dynamic/tiles/templates/search/browseResultsTemplate.jsp, /include/dynamic
/tiles/templates/search/browseResultsTemplate.jsp, /include/dynamic/tiles/templates/search/browseResultsTemplate.jsp, /include/dyn
amic/tiles/templates/search/browseResultsTemplate.jsp
/include/dynamic/tiles/templates/search/browseResultsTemplate.jsp

# WAL★MART

Sign in or create a new account.

Cart | My Account | Track Order | Help

Registry

Wish List

Gift Cards

Apparel ▾ | Baby ▾ | Electronics ▾ | Entertainment ▾ | Home ▾ | Jewelry ▾ | Pharmacy ▾ | Photo ▾ | Sports ▾ | Toys ▾ | In Stores Now ▾

SEARCH [Entire Site ▾] FOR [            ] [FIND]    See all departments

You are here: **Home Page**

## WESTINGHOUSE 14" LAPTOP COMPUTER & 19" LCD TV BUNDLE W/ INTEL CELERON M 410 PROCESSOR



⟳ **ROLLBACK**

**$698.00**

Was: $798.00

**OUT OF STOCK**
**See similar items**

Add to:  ⊙ **Wish List**    ⊙ **Registry**

**Information below:**
- Accessories to Buy
- Item Description
- Specifications
- What's Included
- Similar Items
- Warranty & Service Plan
- Gifting Options
- 0% Interest Offer / Payment Options
- Shipping & Delivery

**May We Also Suggest**


Everex 15.4" StepNote NC1502 Widescreen Laptop PC w/ Via Processor
**$478.00**


Acer Aspire 3680 14.1" Widescreen Laptop PC w/ Intel Celeron M Processor 420
**$499.00**

⬇ See more below

⊕ Enlarge image

## Accessories to Buy



2 Year Extended Service Plan for Computers/ Laptops

**ONLINE ONLY**

**$68.88**

☐ Add to order

Compaq Notebook Accessory Kit

**ONLINE ONLY**

**$24.98**

☐ Add to order



Linksys WRT54G Wireless-G Broadband Router

**ALSO IN MANY STORES**

**$49.98**

☐ Add to order



Sony SRST10PC-WH Portable Speaker System

**ONLINE ONLY**

**$37.98**

☐ Add to order



Viore Portable HDTV Tuner / Receiver for PC, HDW07

**ONLINE ONLY**

**$119.98**

☐ Add to order

Top of Page

## Item Description

**Take advantage of entertainment and productivity in one complete package.**
Designed for the dorm room or home office; the new Westinghouse 14.1" widescreen

laptop is bundled with America?s best-selling 19" LCD TV for unmatched value.

**Key Features & Benefits:**

- **HD-ready widescreen TV**
  Offers 1440 x 900 resolution, built-in speakers and two HD inputs
- **Intel Celeron M 410 processor**
  Fast 1.46 GHz performance and power-saving technology for longer battery life
- **512 MB DDR2 system memory**
  Plenty of memory for your computing needs
- **60 GB hard disk drive**
  Space for games, music and data
- **8x DVD+/-RW with double layer support**
  Play DVDs and CDs or burn your own DVDs to store data, music and video
- **802.11b/g WLAN**
  Lets you wirelessly connect to Wi-Fi networks for convenient Internet use
- **Windows XP Home Operating System with Service Pack 2**
  Today's standard for versatile personal computing

**Additional Features:**

- 533 MHZ bus speed
- 1 MB cache
- 4-in-1 memory card reader
- ATI Xpress 200M graphics
- USB keyboard
- USB optical mouse
- VGA cable

Top of Page

## Specifications

| | |
|---|---|
| Model No.: | NB-14w3 TVC |
| Shipping Weight (in pounds): | 28.7 |
| Product in Inches (L x W x H): | 18.62 x 14.5 x 22.19 |
| Instruction Manual: | Y |
| Instruction Languages: | English |
| Assembled in Country of Origin: | USA and/or Imported |
| Origin of Components: | USA and/or Imported |
| Wal-Mart No.: | 000505120 |

Top of Page

## What's Included

- KEYBOARD & MOUSE

Top of Page

## Similar Items



**Everex 15.4" StepNote NC1502 Widescreen Laptop PC w/ Via Processor**

ALSO IN
MANY STORES
**$478.00**

- 15.4" active-matrix widescreen display
- 1.5 GHz Via Technologies C7-M processor
- 512 MB RAM, 80 GB Hard Drive
- DVD Burner, Windows Vista Basic



Acer Aspire 3680 14.1" Widescreen Laptop PC w/ Intel Celeron M Processor 420

ONLINE ONLY

**$499.00**

- 14.1" CrystalBrite display
- Intel Celeron M processor
- 512 MB RAM, 80 GB hard drive
- Combo drive, Windows Vista Home Basic



Acer Aspire 5610 15.4" Laptop w/ Intel Pentium Dual-Core processor T2060

ALSO IN
MANY STORES

**$698.00**

- 15.4" Acer CrystalBrite display
- Intel Pentium M Duo T2060 processor
- 1024 MB RAM, 120 GB Hard Drive
- DVD Burner, Windows Vista Home Premium



Toshiba Satellite A105-S4547 15.4" Laptop, Intel Centrino Core Duo Processor T2350

ALSO IN
MANY STORES

**$878.00**

- 15.4" WXGA display
- 1.86 GHz Intel Core Duo processor T2350
- 1024 MB RAM, 160 GB Hard Drive
- DVD Burner, Windows Vista Home Premium



Sony VAIO N Series 15.4" Laptop PC w/ Intel Pentium Dual-Core processor T2060

NEW

**$828.00**

- 15.4" WXGA display
- 1.6 GHz Intel Pentium Dual-Core processor T2060
- 1024 MB RAM, 120 GB hard drive
- DVD Burner, Windows Vista Home Premium

**Browse for similar items in :**

- Home Page › Electronics › Computers › Laptop Computers › All Laptop Computers

Top of Page

## Warranty & Service Plan

**Length of warranty:** See details

- 2 Year Extended Service Plan for Computers/ Laptops for $68.88
- 3 Year Extended Service Plan for a Computers/ Laptops for $103.33

Top of Page

## Gifting Options

Gift options are not available for this item.

Top of Page

## 0% Interest Offer / Payment Options

### Enjoy Great Financing!

 Make the most of your shopping with these great Wal-Mart® Discover® or Wal-Mart Credit Card financing offers:

- Open a Wal-Mart Discover or Wal-Mart credit card by May 31
- Use your new account to make a single receipt purchase at Walmart.com totaling $100 or more during the month of June
- Get a $20 cash-back reward check on your Wal-Mart Discover or a $20 statement credit on your Wal-Mart credit card*

Offer Details and Card Application

### Other Payment Options

- Bill Me Later® — see details
- Wal-Mart Credit Card
- Wal-Mart Gift Card
- Visa, MasterCard, American Express, Discover and Wal-Mart Discover issued by U.S. banks only*
- Debit cards (also called check cards, ATM cards or banking cards) which display a Visa or MasterCard logo on the front.

* This does not include the Wal-Mart Community and Business Card, which we are not able to accept.

We're sorry, but at this time we do not accept checks, money orders or credit cards issued by foreign (non-U.S.) banks. Please do not send cash.

Top of Page

## Shipping & Delivery

There is no information at this time.

**Please note:** In our effort to be the lowest price provider in your particular geographic region, store pricing will sometimes differ from online prices. See our pricing policy for details.

Top of Page

 Get the Wal-Mart Wire    Subscribe to our email newsletter

Enter Your Email Address    [ SIGN UP ▶ ]

- More Newsletters  • Privacy Policy

Your email address will never be sold to a third party.

**ABOUT WALMART.COM**
- About Walmart.com
- Site Directory
- Sign up for Email
- Join Our Affiliate Program
- Security & Privacy
- Terms of Use
- International Customers
- Careers at Walmart.com

**ABOUT WAL-MART STORES**
- Store Finder
- Wal-Mart Stores Info
- In Front with Wal-Mart
- Wal-Mart Facts
- Wal-Mart Sustainability
- Wal-Mart Credit Cards
- Wal-Mart Associates
- Careers at Wal-Mart

**HELP**
- Online Customer Service
- Track Your Order
- Questions About Your Order
- Shipping Costs & Times
- Our Return Policy
- Return an Item
- Product Recall Info
- MSDS

© 2007 Wal-Mart Stores, Inc.

Case 06-cv-00728-J9F    Document 64-5    Filed 05/22/2007    Page 20 of 20

# EXHIBIT 45

Order Status | Customer Service | My Profile       **Recently Viewed**       **Cart** - 0 item

**Sears**

| Appliances | Auto | Baby | Clothing | Electronics & Computers | Fitn |
| For the Home | Health & Wellness | Jewelry | Lawn & Garden | Shoes | Tools | T |

**Search in** [All Departments ▼] **for** [        ] [GO]       [ Research Center ]   [ Sears ]



**The Best Room in the House Isn't Always Indoors**

Outdoor living begins here with savings on select.

**Garden Oasis Patio Furniture** ›

**Kenmore Gas Grills** ›

Garden Oasis Patio



**manage my home**

FREE online access to product manuals, personalized tips, home experts and more!!!

**Cover your basics**
The Semi-Annual Lingerie Sale is going on now ›

**Get exclusive updates and**

Enter email:
[        ]
Confirm email:
[        ]

[ SIGN UP ]

**Features & spotlights**

Play Sears Games ›        Manage My Home ›        Rebate Center ›
Extreme Home Makeover ›   Lawn & Garden Closeouts ›   May is Maytag® Month ›

**Help links**

Customer Service          Shipping & Delivery
Order Status              Site Map
Return Policy             Product Recalls
Purchasing in Alaska, Hawaii and Puerto Rico

**Other Services**

Sears Card               Weekly Ads
Gift Registry            Sign Up for Email Specials
Gift Cards               Store Locator

Terms of Use | California Privacy Rights | License Information | Privacy Policy (**Revised 07/01/2004**) | Children's Privacy Policy (**Revised 07/01/2004**)
© 2007. Sears Brands, LLC.

# Closest Stores to ▸ wilmington, DE

Stores listed by Proximity.

▸ Return to Search Criteria

■ Indicates Gift Registry Available
▲ Indicates Repair Items are accepted for drop-off

| | Store Address | Distance | Detail Views |
|---|---|---|---|
| **1** | **Sears Auto Center** SEARS AUTO CENTER 3240 KIRKWOOD HWY WILMINGTON, DE 19808 (302)995-9295 | 4.20 Miles | ▸ View Map & Dir ▸ View Departme |
| **2** | **Sears Store ■ ▲** PRICES CORNER 3240 KIRKWOOD HWY WILMINGTON, DE 19808 (302)995-9399 | 4.20 Miles | ▸ View Map & Dir ▸ View Departme |
| **3** | **Service Center ▲** WILMINGTON-SVC BRANCH 250 MACARTHUR DR WILMINGTON, DE 19804 (302)995-8793 | 4.79 Miles | ▸ View Map & Dir ▸ View Departme |
| **4** | **Sears Auto Center** SEARS AUTO CENTER 4737 CONCORD PIKE WILMINGTON, DE 19803 (302)477-3495 | 4.97 Miles | ▸ View Map & Dir ▸ View Departme |
| **5** | **Sears Store ■ ▲** 4737 CONCORD PIKE CONCORD MALL WILMINGTON, DE 19803 (302)477-3400 | 4.97 Miles | ▸ View Map & Dir ▸ View Departme |
| **6** | **Sears Appliance Outlet Store** NEWARK/EAGLE RUN -OTLT 500 EAGLE RUN RD NEWARK, DE 19702 (302)369-6336 | 8.16 Miles | ▸ View Map & Dir ▸ View Departme |
| **7** | **Sears Hardware Store ▲** KENNETT SQUARE - HDWR 817 E BALTIMORE PIKE KENNET SQ, PA 19348 (610)925-0477 | 10.91 Miles | ▸ View Map & Dir ▸ View Departme |
| **8** | **Sears Hardware Store ▲** NEWARK - HDWR 400 COLLEGE SQ NEWARK, DE 19711 (302)454-0456 | 10.94 Miles | ▸ View Map & Dir ▸ View Departme |

© 2001 Sears, Roebuck, & Co. All rights reserved.
Powered by MapQuest - Use Subject to License/Copyright.

Order Status | Customer Service | My Profile    **Cart** - 0 item

**Sears**

| Appliances | Auto | Baby | Clothing | Electronics & Computers | Fitn |

| For the Home | Health & Wellness | Jewelry | Lawn & Garden | Shoes | Tools | T |

Search in [All Departments ▾] for [              ] [GO]    [ Research Center ]    [ Sears ]



 Viewsonic ViewSonic VG2230wm 22-inch Widescreen LCD Monitor
Sears item #00364999000 Mfr. model #VG2230WM
**$399.99**

In Stock for Delivery

 Samsung Samsung 940BEBLACK SyncMaster 940Be
Sears item #00364986000 Mfr. model #940BEBLACK
**$349.99**

In Stock for Delivery

 Sony 17 in. Flat Panel LCD Analog Monitor, HS Series
Sears item #00370180000 Mfr. model #SDM-HS75/B
**$349.99**
Great Price

In Stock for Delivery

 AOC AOC 22LVWK 22-inch LCD monitor
Sears item #00361983000 Mfr. model #22LVWK
**$339.99**

In Stock for Delivery

 Hewlett-Packard 19 in. LCD Flat Panel Analog Monitor
Sears item #00371413000 Mfr. model #HPvs19e/EN632AA#ABA
**$299.99**

In Stock for Delivery

 Viewsonic ViewSonic VG1930WM 19-inch Widescreen LCD Monitor
Sears item #00364990000 Mfr. model #VG1930WM
**$279.99**

In Stock for Delivery

 NEC 15 in. Monitor
Sears item #00364046000 Mfr. model #ASLCD52V-BK
**$269.99**

In Stock for Delivery

Hewlett-Packard 17 in. Flat Panel LCD Monitor
Sears item #00371863000 Mfr. model #HP VS17E
**$259.99**

In Stock for Delivery

**$259.99**

---



Mirus 19 in. LCD Monitor
Sears item #00381042000 Mfr. model #SIT19LCD

In Stock for Delivery

**$259.99**

---



NEC NEC 19-inch LCD Monitor Black LCD19V-BK
Sears item #00364984000 Mfr. model #LCD19V-BK

In Stock for Delivery

**$249.99**

---



Acer 20 in. LCD Monitor
Sears item #00371442000 Mfr. model #ET.L6909.025

In Stock for Delivery

**$249.99**

---



Acer Acer AL1917 19-inch LCD Monitor
Sears item #00364979000 Mfr. model #ET.1917B.0DC

In Stock for Delivery

**$229.99**

---



Acer Acer AL1916CB 19-inch LCD Monitor
Sears item #00364978000 Mfr. model #ET.1916B.00C

In Stock for Delivery

**$219.99**

---



Viewsonic ViewSonic VA703b 17-inch LCD monitor
Sears item #00364991000 Mfr. model #VA703B

In Stock for Delivery

**$219.99**

---

**Items 1 - 20 of 31      Pages: 1 2**                    Check items above and

**Help links**

Customer Service          Shipping & Delivery
Order Status              Site Map
Return Policy             Product Recalls
Purchasing in Alaska, Hawaii and Puerto Rico

**Other Services**

Sears Card          Weekly Ads
Gift Registry       Sign Up for Email Specials
Gift Cards          Store Locator

Terms of Use | California Privacy Rights | License Information | Privacy Policy (Revised 07/01/2004) | Children's Privacy Policy (Revised 07/01/2004)
© 2007. Sears Brands, LLC.

# EXHIBIT 46





# Quarterly Global TV Shipment and Forecast Report

## June 30, 2006
## Complete Issue

Q2'06 Global TV Shipment and Forecast Report




Copyright © 2006 DisplaySearch
All Worldwide Rights Reserved • Confidential

# Quarterly Global TV Shipment and Forecast Report

## Copyright © 2006 DisplaySearch

Every effort has been made to ensure the accuracy of this report. However, no responsibility will be accepted for the accuracy of the facts, analysis or forecasts or any part of this report. No reproduction of this document or any subset is to be made without the specific authorization of DisplaySearch. External reproduction or release is prohibited without DisplaySearch approval. Additional copies are available at $500 excluding updates. Information or additional copies may be obtained from

## DisplaySearch, an NPD Group Company
**1301 South Capital of Texas Highway • Suite B 125 • Austin TX 78746**
**Voice: 512/459-3126 • Fax: 512/459-3127**
**www.displaysearch.com • info@displaysearch.com**

2

Copyright @ 2006 DisplaySearch
All Worldwide Rights Reserved • Confidential

# Outline

| | Page # |
|---|---|
| Part I – Introduction | 4 |
| 1. Executive Summary | 54 |
| 2. Methodology | |
| Part I – Bill of Materials, Cost and Price Forecast | |
| 3. CRT TVs | 58 |
| 4. LCD TVs | 67 |
| 5. PDP TVs | 81 |
| 6. CRT RPTVs | 89 |
| 7. LCD RPTVs | 99 |
| 8. DLP RPTVs | 108 |
| 9. LCOS RPTVs | 118 |
| 10. TV Cost Comparisons | 128 |
| Part II – Quarterly Shipments and Forecasts | |
| 11. CRT TVs | 136 |
| 12. LCD TVs | 213 |
| 13. PDP TVs | 427 |
| 14. CRT RPTVs | 567 |
| 15. MD-RPTVs | 632 |
| 16. Total TV Market | 790 |

3

Copyright @ 2006 DisplaySearch
All Worldwide Rights Reserved • Confidential

# Summary...

- By size by supplier in Q1'06:

  - **10"-14":** Sharp led this category with an 85% share as 14" volumes decline from AUO and Quanta.

  - **15"-19":** LPL remained #1 in this category with a 25% share, down from 28%. Samsung remained #2 with AUO rising from #5 to #3.

  - **20"-21":** LPL remained #1 with a 28% share followed by AUO who retained their positions on 24% and 22% shares respectively.

  - **22"-24":** Samsung continued to dominate this segment earning a 50% share, down from 57%. LPL remained #2 at 23% with Quanta overtaking CMO for #3.

  - **25"-29":** CMO continued to lead this category with Samsung remaining #2, edging LPL.

  - **30"-34":** CMO overtook Samsung on 34% Q/Q growth to earn a 26% share. Samsung fell to #2 while AUO rose from #5 to #3 with LPL remaining #4 and Sharp falling from #3 to #5.

  - **37":** LPL remained dominant with a 47% share, down from 56%, with Sharp maintaining the #2 position. AUO remained #3 with its share rising from 10% to 22% on 187% Q/Q growth.

  - **40"-42":** Samsung remained dominant with a 74% share, down from 78%. LPL's share rose from 20% to 24% on 42% growth.

  - **45"-47":** Samsung overtook Sharp on 150% growth boosting its share from 33% to 53%. Sharp fell to #2 on flat results. LPL was #3 at 7%.

  - **55"-59":** Sharp led with a 63% share with Samsung at 25% and LPL at 13%.

  - **60"+:** Sharp was the only supplier in this category.

Copyright © 2006 DisplaySearch
All Worldwide Rights Reserved • Confidential

207

Q2'06 Global TV Shipment
and Forecast Report

# LCD TV Panel Shipments by Supplier

- On a unit basis, LPL remained #1 with Chi Mei rising from #3 to #2 and Samsung falling from #2 to #3. If AUO and Quanta were combined in Q1'06 rather than waiting till Q4'06, they would have been #2 at 2385K units.

| Supplier | Q4'04 | Q1'05 | Q2'05 | Q3'05 | Q4'05 | Q1'06 |
|----------|-------|-------|-------|-------|-------|-------|
| | | | Units (000s/Quarter) | | | |
| LG.Philips LCD | 744.0 | 1,064.0 | 1,395.0 | 1,777.0 | 2,210.0 | 2,464.0 |
| Chi Mei | 744.3 | 993.9 | 1,168.8 | 1,480.9 | 1,959.6 | 2,205.0 |
| Samsung | 762.0 | 745.0 | 1,080.0 | 1,633.0 | 2,130.0 | 2,100.0 |
| AU Optronics | 603.0 | 552.0 | 815.6 | 1,140.0 | 1,483.5 | 1,843.0 |
| Sharp | 720.0 | 935.0 | 1,170.0 | 1,367.0 | 1,585.8 | 1,485.0 |
| Quanta | 74.0 | 92.7 | 114.4 | 165.0 | 317.0 | 542.0 |
| CPT | 33.0 | 69.0 | 135.0 | 207.0 | 294.0 | 360.0 |
| BOE | 21.1 | 18.4 | 8.7 | 4.0 | 64.9 | 166.0 |
| Hitachi | 73.0 | 66.0 | 66.0 | 60.6 | 60.0 | 51.0 |
| HannStar | 17.0 | 5.4 | 14.3 | 12.0 | 14.0 | 8.0 |
| Fujitsu | 15.0 | 15.0 | 9.0 | | | |
| TMDisplay | 12.3 | 1.6 | 2.0 | | | |
| Sanyo Epson | 3.0 | 1.5 | | | | |
| Total | 3,821.7 | 4,559.6 | 5,978.8 | 7,846.5 | 10,118.8 | 11,224.0 |

Copyright @ 2006 DisplaySearch
All Worldwide Rights Reserved • Confidential

208

Q2'06 Global TV Shipment
and Forecast Report

# Annual LCD TV Units/Share by Region

- On an annual basis, Europe is expected to lead although its share is expected to fall from 41% to 30% on a 32% CAGR. China and ROW are expected to take the most share on 71% and 74% CAGRs respectively.

|  | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|---|
| Japan | 2,685.1 | 4,170.3 | 6,020.0 | 7,200.0 | 8,250.0 | 8,990.0 | 9,510.0 |
| North America | 2,189.1 | 5,564.3 | 11,376.1 | 18,201.8 | 23,662.3 | 27,211.7 | 29,932.8 |
| Europe | 3,046.1 | 8,759.0 | 17,079.9 | 23,911.9 | 28,933.5 | 32,405.5 | 35,322.0 |
| China | 203.1 | 1,525.3 | 4,600.0 | 9,500.4 | 15,200.6 | 19,000.8 | 22,610.9 |
| ROW | 642.8 | 1,149.0 | 2,665.8 | 5,521.4 | 9,018.6 | 13,713.9 | 18,513.7 |
| Total | 8,766.1 | 21,167.9 | 41,741.8 | 64,335.5 | 85,064.9 | 101,321.7 | 115,889.4 |

|  | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|---|
| Japan | 30.6% | 19.7% | 14.4% | 11.2% | 9.7% | 8.9% | 8.2% |
| North America | 25.0% | 26.3% | 27.3% | 28.3% | 27.8% | 26.9% | 25.8% |
| Europe | 34.7% | 41.4% | 40.9% | 37.2% | 34.0% | 32.0% | 30.5% |
| China | 2.3% | 7.2% | 11.0% | 14.8% | 17.9% | 18.8% | 19.5% |
| ROW | 7.3% | 5.4% | 6.4% | 8.6% | 10.6% | 13.5% | 16.0% |
| Total | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |

258

Q2'06 Global TV Shipment and Forecast Report

Copyright © 2006 DisplaySearch
All Worldwide Rights Reserved • Confidential

# LCD TV Panel Unit Share by Supplier

- The top 5 suppliers continue to dominate, holding a 90% share. Assuming Quanta was part of AUO in Q1'06, the top 5 would have a 95% share.

| Supplier | Q4'04 | Q1'05 | Share (% Basis) | | | Q1'06 |
| --- | --- | --- | --- | --- | --- | --- |
| | | | Q2'05 | Q3'05 | Q4'05 | |
| LG.Philips LCD | 19.5% | 23.3% | 23.3% | 22.6% | 21.8% | 22.0% |
| Chi Mei | 19.5% | 21.8% | 19.5% | 18.9% | 19.4% | 19.6% |
| Samsung | 19.9% | 16.3% | 18.1% | 20.8% | 21.0% | 18.7% |
| AU Optronics | 15.8% | 12.1% | 13.6% | 14.5% | 14.7% | 16.4% |
| Sharp | 18.8% | 20.5% | 19.6% | 17.4% | 15.7% | 13.2% |
| Quanta | 1.9% | 2.0% | 1.9% | 2.1% | 3.1% | 4.8% |
| CPT | 0.9% | 1.5% | 2.3% | 2.6% | 2.9% | 3.2% |
| BOE | 0.6% | 0.4% | 0.1% | 0.1% | 0.6% | 1.5% |
| Hitachi | 1.9% | 1.4% | 1.1% | 0.8% | 0.6% | 0.5% |
| HannStar | 0.4% | 0.1% | 0.2% | 0.2% | 0.1% | 0.1% |
| Fujitsu | 0.4% | 0.3% | 0.2% | | | |
| TMDisplay | 0.3% | 0.0% | 0.0% | | | |
| Sanyo Epson | 0.1% | 0.0% | | | | |
| Total | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |

Copyright © 2006 DisplaySearch
All Worldwide Rights Reserved • Confidential

209

Q2'06 Global TV Shipment
and Forecast Report

# LCD TV Panel Shipment by Display Area and Market Share by Supplier

- On an area basis, Samsung remained #1 in Q1'06 on its success at 40" although its share advantage narrowed from 3.7% to 1.5%.
- AUO+Quanta would be #3 on an area basis in Q1'06.
- The top 5 suppliers account for a 92% share with the top 6 at 96%.

| TFTLCD Supplier | Display Area Shipped (m²/month) | | | | | | Share (%Basis) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Q4'04 | Q1'05 | Q2'05 | Q3'05 | Q4'05 | Q1'06 | Q4'04 | Q1'05 | Q2'05 | Q3'05 | Q4'05 | Q1'06 |
| Samsung | 40,631 | 42,636 | 67,306 | 133,020 | 191,514 | 204,116 | 20.5% | 16.3% | 18.4% | 24.2% | 25.6% | 23.8% |
| LG.Philips LCD | 40,823 | 68,660 | 91,554 | 126,075 | 163,798 | 191,049 | 20.6% | 26.3% | 25.0% | 23.0% | 21.9% | 22.3% |
| Chi Mei | 39,263 | 56,745 | 67,036 | 92,884 | 132,771 | 156,950 | 19.8% | 21.7% | 18.3% | 16.9% | 17.8% | 18.3% |
| AU Optronics | 26,887 | 26,514 | 44,618 | 71,556 | 96,484 | 128,257 | 13.6% | 10.2% | 12.2% | 13.0% | 12.9% | 15.0% |
| Sharp | 38,454 | 53,606 | 78,125 | 99,784 | 116,885 | 112,366 | 19.4% | 20.5% | 21.3% | 18.2% | 15.6% | 13.1% |
| Quanta | 2,213 | 3,122 | 5,904 | 9,543 | 20,660 | 32,112 | 1.1% | 1.2% | 1.6% | 1.7% | 2.8% | 3.7% |
| CPT | 1,039 | 2,350 | 4,609 | 9,232 | 16,091 | 21,023 | 0.5% | 0.9% | 1.3% | 1.7% | 2.2% | 2.5% |
| BOE | 489 | 428 | 203 | 93 | 2,610 | 6,710 | 0.2% | 0.2% | 0.1% | 0.0% | 0.3% | 0.8% |
| Hitachi | 6,604 | 6,082 | 6,072 | 5,672 | 5,644 | 4,798 | 3.3% | 2.3% | 1.7% | 1.0% | 0.8% | 0.6% |
| HannStar | 320 | 266 | 845 | 705 | 590 | 456 | 0.2% | 0.1% | 0.2% | 0.1% | 0.1% | 0.1% |
| TMDisplay | 407 | 60 | 83 | | | | 0.2% | 0.0% | 0.0% | | | |
| Fujitsu | 411 | 411 | 247 | | | | 0.2% | 0.2% | 0.1% | | | |
| Sanyo Epson | 455 | 228 | | | | | 0.2% | 0.1% | | | | |
| Total | 197,998 | 261,106 | 366,601 | 548,564 | 747,047 | 857,837 | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |

211

Copyright © 2006 DisplaySearch
All Worldwide Rights Reserved • Confidential

Q2'06 Global TV Shipment and Forecast Report

# Annual LCD TV Units/Share by Region

- On an annual basis, Europe is expected to lead although its share is expected to fall from 41% to 30% on a 32% CAGR. China and ROW are expected to take the most share on 71% and 74% CAGRs respectively.

| | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|---|
| Japan | 2,685.1 | 4,170.3 | 6,020.0 | 7,200.0 | 8,250.0 | 8,990.0 | 9,510.0 |
| North America | 2,189.1 | 5,564.3 | 11,376.1 | 18,201.8 | 23,662.3 | 27,211.7 | 29,932.8 |
| Europe | 3,046.1 | 8,759.0 | 17,079.9 | 23,911.9 | 28,933.5 | 32,405.5 | 35,322.0 |
| China | 203.1 | 1,525.3 | 4,600.0 | 9,500.4 | 15,200.6 | 19,000.8 | 22,610.9 |
| ROW | 642.8 | 1,149.0 | 2,665.8 | 5,521.4 | 9,018.6 | 13,713.9 | 18,513.7 |
| Total | 8,766.1 | 21,167.9 | 41,741.8 | 64,335.5 | 85,064.9 | 101,321.7 | 115,889.4 |

| | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|---|
| Japan | 30.6% | 19.7% | 14.4% | 11.2% | 9.7% | 8.9% | 8.2% |
| North America | 25.0% | 26.3% | 27.3% | 28.3% | 27.8% | 26.9% | 25.8% |
| Europe | 34.7% | 41.4% | 40.9% | 37.2% | 34.0% | 32.0% | 30.5% |
| China | 2.3% | 7.2% | 11.0% | 14.8% | 17.9% | 18.8% | 19.5% |
| ROW | 7.3% | 5.4% | 6.4% | 8.6% | 10.6% | 13.5% | 16.0% |
| Total | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |

Q2'06 Global TV Shipment
and Forecast Report

258

Copyright © 2006 DisplaySearch
All Worldwide Rights Reserved • Confidential

# EXHIBIT 47

# FPD PRODUCER PROFILE REPORT



## DISPLAYSEARCH

## 2002

## PART II

## 9.4    Chi Mei Optoelectronics (CMO)

- **History**

Chi Mei Corp. was established in 1959. It was Taiwan's first manufacturer of acrylic sheets and is the world's leading supplier of ABS plastics for PCs. It is also the largest member of the $2 billion Chi Mei Group, which now includes 12 companies. Chi Mei chose to enter the display manufacturing business through the formation of Chi Mei Electronics (CME) in December of 1997, and Chi Mei Optoelectronics (CMO) in May of 1998. CME was focused on color filter manufacturing for STN and TFT LCDs, primarily targeting the domestic market. However, Chi Mei decided to merge the two companies under the CMO name in April of 2000 in order to better leverage resources.

CMO sampled its first panels in October of 1999 and began mass production in December on its 620 × 750mm substrate line. Its second fab came online in Q3'01. CMO secured enough space in Tainan for up to three more TFT LCD fabs, which it plans to begin operating in Q4'03, 2005, and 2007, respectively, advancing its goal to become a major player in the TFT LCD market. CMO acquired TFT LCD expertise from ITRI, through key hires, through its Japanese consultant, and through a foundry agreement with Fujitsu. In June of 2001, CMO and IBM announced an agreement to form a new company in Japan that includes IBM's TFT LCD development and manufacturing operations and ownership of what is left of DTI. CMO will have an 85% stake in International Display Technology (IDTech), the new company formed in Japan consisting of the former DTI Yasu fab, with IBM Japan owning the remaining 15%.

The new company officially began operations on October 1. With Chi Mei having no direct sales presence in the US and only a small presence in Japan despite its success to date there, the merger positions Chi Mei to win more U.S. and Japanese business by leveraging IBM's relationships. It will also allow Chi Mei to differentiate itself from its Taiwan competitors in the notebook PC market through high resolution and wide viewing angle capability. In addition, it gives Chi Mei an opportunity to compete in the large-area high resolution LCD monitor module market, which has been a significant focus for IBM. It is likely that the IBM sales force will at some point begin selling panels produced by Chi Mei, resulting in broader distribution for Chi Mei. The acquisition also gives Chi Mei access to IBM's TFT LCD expertise gathered from over 12 years of mass production. IBM's know-how will facilitate Chi Mei's efforts in establishing itself as a low cost leader in a commodity market as well as provide it with the technology to differentiate itself in high-end areas.

IBM began performing LCD-related R&D in 1980 and started working with Toshiba on TFT LCD R&D in 1986. In 1989, the two companies formed a manufacturing joint venture called Display Technology Inc. (DTI) with $167 million in capital. At DTI, the output was shared while each company provided its own device technology. DTI's first fab began operation at Toshiba's Himeji facility in May of 1991 and featured 300 × 400 mm substrates. A second line with 370 × 470 mm substrates began operation in June of 1996. At the end of 1995, the companies jointly began operating a third line at IBM's Yasu factory with 550 × 650mm substrates. IBM also began licensing its TFT technology. It

licensed its a-Si TFT technology to Taiwan's Acer Display in March of 1998 and, in September of 1998, announced that IBM and Toshiba together would license their technology and sell-some of their first generation equipment at Himeji to China's Jilin Electronics. IBM and Toshiba announced the dissolution of their partnership in DTI in May 2001.

- **Organization**
  CMO is a Chi Mei Group company. Its president is Chi Mei Corp. Vice Chairman Mr. Liao. Other Chi Mei companies include Chi Mei Corp, Chi Mei Trading, Shinko Trading, Chi Mei Frozen Foods, Chi Lin Plastic, Arch Technology, Chi Mei Development Culture, Chi Mei Hospital, Chi Mei Culture Foundation and Polychemical Engineering. CMO has $340 million in capital. Shareholders include Chi Mei Corp., Mitsubishi Chemical (a long time partner), TF Techno (a Japanese technical consulting firm) and CMO employees.

- **Products**
  CMO produces TFT LCDs for notebook and desktop applications, as well as color filters for TFT LCD and STN LCDs. The Chi Mei group produces a variety of plastic materials as well as other kinds of chemicals. It is also in the hospital, frozen food, engineering, storage and import/export industries, and operates one of Taiwan's most famous cultural museums in Tainan province. It also has one subsidiary producing driver ICs, Himax Optoelectronics, and another building LCD monitors.

- **Financial Performance**
  TFT LCD revenues are shown separately for CMO and IBM and then combined for 2002. Growth in 2002 is compared with CMO and IBM/IDTech's combined 2001 revenues. CMO's color filter revenues, believed to be small, are excluded. As indicated, CMO's revenues rose 74% in 2001 to $578 million and CMO's and IDTech's combined 2002 revenues are expected to rise 90% to $2.14 billion. CMO saw a $118 million loss in 2001 due to lower prices and utilization, but is expected to earn over $300 million in profit in 2002 as prices and utilization rebound. It expects to be listed on the Taiwan Stock Exchange in late July 2002. To pay for the IDTech acquisition, it raised NT$ 3.2 billion through the issuing of 78 million shares of preferred stock and took out a loan for NT$ 6 billion. To

raise financing for its 5th gen fab, it will issue GDRs for 600 million shares worth NT$ 30 billion in the second half of 2002.

| Parameter | Units | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 (Forecast) |
|---|---|---|---|---|---|---|---|
| CMO/IDTech's TFT LCD Revenues | Millions of $US | — | — | $4.2* | $332* | $578* | $2136* |
| ███████ | ██ | ██ | ██ | ██ | ██████ | ███ | ███ |
| Net Income | Millions of $US | — | — | N/a | $60.9 | -$117.6 | $313 |
| ███████ | ██ | ██ | ██ | ██ | ██████ | ██ | |
| CMO's AMLCD Revenues | Millions of $US | — | — | $4* | $332* | $578* | |
| ███████ | ██ | ██ | ██ | ██ | ██████ | ██ | |
| IBM's AMLCD Revenues | Millions of $US | $480* | $430* | $693* | $806* | $544* | |
| ███████ | ██ | ████ | ████ | ████ | ███ | ███ | |
| CMO's Capital Spending | Millions of $US | — | $72* | $300* | $248* | $505* | $133* |
| ███████ | ██ | ██ | ██ | █████ | ████ | █████ | ███ |

*\* DisplaySearch estimate*

- **Target Markets**

  Both CMO and IDTech have been 100% focused on large-area markets to date as shown in the following table. Their combined large-area units and revenues have increasingly shifted to LCD monitors each year with the product expected to account for 58% of units and 64% of revenues in 2002. In 2002, the company is boosting production of 15", 17" and 19" LCD monitor modules and expects to ship 100% of its 17" modules with MVA in 2003. In the case of notebook modules, both CMO and IDTech are producing 14.1" XGA with IDTech also producing a growing number of 15" SXGA+ and UXGA modules while 12.1" XGA remains flat at around 25 K per month.

| Revenues ($US Millions) | Large-Area | Small/Medium | Total |
|---|---|---|---|
| 1999 | $640 | 0 | $640 |
| ████ | █████ | ██ | █████ |
| 2001 | $1103 | 0 | $1103 |
| ████ | █████ | ██ | █████ |

| Revenue Share | Large-Area | Small/Medium | Total |
|---|---|---|---|
| 1999 | 100% | 0% | 100% |
| ████ | ████ | ██ | ████ |
| 2001 | 100% | 0% | 100% |
| ████ | ████ | ██ | ████ |

# EXHIBIT 48



DISPLAYSEA

June 30, 2003 – Volume 8 – Issue 7

## In This Issue

**Pricing News**

Large-Area TFT LCD Prices Flatten in June...................3
LCD Monitor and CRT Monitor Price Analysis................7
LCD TV Pricing News.........................................14
PDA Average Street Price Trend...............................16

**DisplaySearch Data**

Desktop Monitor Shipments Fall in Q1'03; LCD Monitors
Rise to a 37% Share.......................................20
Large-Area TFT LCD Unit Growth Slows to 2% in May,
Revenues Up 6%............................................25
DisplaySearch Indicates Large-Area TFT LCD Shipments
Reach Record High in Q1'03, Record Revenues
Expected in Q2'03 ........................................30

**Japan Market Data**

Japan's Top Sellers – Notebook PCs, LCD Monitors,
CRT Monitors, PDAs, Digital Cameras, and Mobile
Phones ..................................................33

**Channel News and Customer Marketing**

Channel News – Tech Data, Palm & Handspring, US
Government, D&H, Arrow, CDW, Channel Rebates ......36
Ageless Marketing: Toward A Customer
Experience ................................................46

**Fab Activity, FPD Producer, and Equipment and
Materials News and Analysis**

FPD Fab Activity – BOE-Hydis, Matsushita/Toray, Sharp,
Sony, TMDisplay and VDS .................................50
FPD Producer News – Japan Revenue and Capital
Spending Forecasts, AUO, CMO, CPT, HannStar,
ITRI/ERSO, JCT, LG.Philips LCD, NEDO, Picvue,
Quanta, RiTDisplay, Seiko-Epson, Sony and Wintek ....51
FPD Equipment and Material News – Asahi Glass,
Corning, Coretronic, Jantex, LG Chemical, Lumex,
Micronic Laser Systems, NHTechno, Optimax, Photon
Dynamics/Applied Films, Radiant, Ultratech and Yield
Dynamics.................................................57

**Display Electronics News**

System Electronics News – Genesis Microchip, Novatek,
Philips, Silicon Image, SmartASIC, Trident, trumpion and
Weltrend..................................................60
Driver IC News – BenQ/TSMC/MRT, Elan, Himark and
Novatek..................................................63

**LCD Monitor News and LCD TV News and Analysis**

LCD Monitor News – BenQ, Eizo Nanao, Founder, IBM,
ImageQuest, i-TECH, NEC-Mitsubishi and Samsung .. 64
All-In-One PC and Bundled-PC News – Epson Direct,
Hitachi and SOTEC.......................................70
LCD Monitor OEM News – AmTRAN, Taiwanese LCD
Monitor Producers' shipment in Q2'03, and HP, AOC and
Lite-On..................................................73

**Portable Computer News**

Notebook PC News – Intel Centrino, Acer, ASUS and
BenQ....................................................74
Notebook OEM news – Wistron, Arima, ASUStek, FIC
and Inventec Appliance..................................75
Notebook Financial News ................................78
Tablet News – Quanta, Electrovaya and Sharp............81
PDA News – Microsoft, HP, Toshiba, ViewSonic, Wistron,
Sharp, Palm, Handspring and Gateway ...................82

**Handheld Device and TV News and Analysis**

New Mobile Phones – BenQ, Cellvic, Handspring,
Hitachi, J-Phone, Mitsubishi, Toshiba, KDDI, Okinawa
Cellular, NTT DoCoMo and Fujitsu .......................84
Advanced TV News – Albatron, BenQ, GVision, Sharp
and Royal Electronics ..................................104
HDTV News Brief.........................................111

**DisplaySearch Data**

DisplaySearch to Host Five Events in Second Half of
2003 ....................................................112
DisplaySearch to Present at SEMICON West.............119
Two New Analysts Join the DisplaySearch Team.......120

Table 26 gives the price ranges for the eight LTPS TFT LCD PDA models categorized in June. As indicated in Table 26, two were under $200, five were in the $201–$300 range, four were in the $401–$500 band, and one was above $600. The most expensive PDA in June was the Sony CLIE PEG-NZ90, featuring a 3.8" 320 × 480 LTPS TFT LCD, priced at $619.

**Table 26: LTPS TFT LCD PDA Average Price Range, June 19, 2003**

| Price Range ($US) | Number of Models |
| --- | --- |
| <$200 | 2 |
| $201-$300 | 5 |
| $301-$400 | 4 |
| $401-$500 | 3 |
| $501-$600 | 0 |
| >$601 | 1 |

## Desktop Monitor Shipments Fall in Q1'03; LCD Monitors Rise to a 37% Share

*By Ross Young*

As revealed in our latest *Quarterly Desktop Monitor Shipment and Forecast Report*, desktop monitor shipments fell 12% sequentially (Q/Q) and 1% year-over-year (Y/Y) in Q1'03 to 28.6 million units. All regions declined sequentially with only Europe and rest of world (ROW) growing on a Y/Y basis. In Q2'03, we expect shipments to rise 4% Q/Q and 11% Y/Y to 29.6 million units. Regionally, North America and ROW are expected to be up Q/Q with Europe and ROW expected to rise on a Y/Y basis. North America, Europe, and ROW all had a 31% share in Q1'03. In Q2'03, ROW is expected to enjoy a 33% to 32% advantage over North America. Desktop monitor revenues fell 8% Q/Q and 1% Y/Y to $8.93 billion with ASPs up 5% Q/Q and flat Y/Y at $312 due to increased LCD monitor penetration. In Q2'03, desktop monitor revenues are expected to rise 5% Y/Y but fall 4% Q/Q with ASPs down 8% Q/Q and 6% Y/Y to $288, a record low as shown in Figure 6. It is interesting to note that despite substantial changes in technology and size, ASPs have been relatively flat over the past two years. The record low is being achieved due to price reductions at all sizes, a slower increase in LCD monitor growth, and slower increases at larger LCD monitor sizes due to supply constraints. By supplier, Samsung was the top desktop monitor supplier with a slight 13.5% to 13.4% advantage over Dell with both suppliers gaining share from 12.9% and 12.1% respectively in Q4'02. HP remained #3 in total desktop monitor shipments with its share rising from 7.2% to 8.5%.

- Chi Mei Optoelectronics (CMO), excluding IDTech, remained #4 on flat unit growth with shipments remaining at 580K units and its share falling from 9.9% to 9.7%. Its shipments were led by notebooks up 20% with LCD monitors/Other down 3%. It initiated LCD TV production in May at 2K units. It remained #4 in LCD monitor module production. CMO is also shipping small/medium panels on an OEM basis to Optrex for cameras and Innolux for mobile phones. Small/medium cell production reached 280K units in May. Revenues rose 1% to $117 million as its share fell from 9.2% to 8.8%.

- CPT earned the highest unit growth in May after declining in April. Although it is still in the early stage of ramping its new 4th gen fab, shipments rose 9% to 485K units and an 8.1% share. Its growth was led by notebooks, up 22%, with LCD monitors/Other up 8%. Its revenues also rose the fastest of any supplier up 13% to $70 million and a 5.3% share, up from 4.9%.

- HannStar's unit shipments fell 1% to 420K units, but revenues rose 1% to $81 million. Its unit growth was led by notebooks up 53%, while LCD monitors/Other fell 15%. The notebook share of its large-area shipments rose from 20% to 31% as it boosted 15" shipments.

- Quanta Display Inc. (QDI) boosted shipments by 3% in May to 305K units and a 5.1% share. Its growth was led by LCD monitors/Other, which rose 8% while notebooks fell 1%. The LCD monitor share of its total output rose from 41% to 43%.

- BOE-Hydis' shipments fell 2% in May to 253K units with its share falling from 4.4% to 4.2%. Its LCD monitor/Other shipments rose 4% with notebooks down 17%. LCD monitors rose from 71% to 75% of its total large-area shipments. BOE-Hydis also began small/medium production in May for car nav./rear seat entertainment, which reached 2K units. Its total revenues rose 4% to $59 million and a 4.5% share.

**Table 28: Preliminary January – May ≥10" TFT LCD Shipments by Supplier (000s)**

| Supplier | Jan. | Feb. | Mar. | Apr. | May | May Growth |
|---|---|---|---|---|---|---|
| AUO | 755 | 740 | 830 | 911 | 915 | 0% |
| BOE-Hydis | 282 | 246 | 291 | 259 | 253 | -2% |
| CMO | 630 | 590 | 570 | 580 | 580 | 0% |
| CPT | 515 | 420 | 450 | 443 | 485 | 9% |
| HannStar | 385 | 360 | 405 | 425 | 420 | -1% |
| LG.Philips LCD | 1,160 | 1,250 | 1,496 | 1,611 | 1,616 | 0% |
| QDi | 245 | 235 | 280 | 296 | 305 | 3% |
| Samsung | 1,150 | 1,070 | 1,170 | 1,342 | 1,412 | 5% |
| Total | 5.122 | 4,911 | 5,492 | 5,867 | 5,986 | 2% |

*THE DISPLAYSEARCH MONITOR*

**Table 29: Preliminary January – May ≥10" TFT LCD Shipment Share by Supplier**

| Supplier | Jan. | Feb. | Mar. | Apr. | May |
|---|---|---|---|---|---|
| AUO | 14.7% | 15.1% | 15.1% | 15.5% | 15.3% |
| BOE-Hydis | 5.5% | 5.0% | 5.3% | 4.4% | 4.2% |
| CMO | 12.3% | 12.0% | 10.4% | 9.9% | 9.7% |
| CPT | 10.1% | 8.6% | 8.2% | 7.6% | 8.1% |
| HannStar | 7.5% | 7.3% | 7.4% | 7.2% | 7.0% |
| LG.Philips LCD | 22.6% | 25.5% | 27.2% | 27.5% | 27.0% |
| QDI | 4.8% | 4.8% | 5.1% | 5.0% | 5.1% |
| Samsung | 22.5% | 21.8% | 21.3% | 22.9% | 23.6% |
| Total | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |

**Table 30: Preliminary January – May TFT LCD Revenues by Supplier ($US Millions)**

| Supplier | Jan. | Feb. | Mar. | Apr. | May | May Growth |
|---|---|---|---|---|---|---|
| AUO | $ 154 | $ 156 | $ 196 | $ 219 | $ 231 | 6% |
| BOE-Hydis | $ 63 | $ 54 | $ 62 | $ 57 | $ 59 | 4% |
| CMO | $ 128 | $ 119 | $ 110 | $ 116 | $ 117 | 1% |
| CPT* | $ 61 | $ 52 | $ 60 | $ 62 | $ 70 | 13% |
| HannStar | $ 66 | $ 64 | $ 72 | $ 80 | $ 81 | 1% |
| LG.Philips LCD | $ 246 | $ 266 | $ 315 | $ 340 | $ 358 | 5% |
| QDI | $ 44 | $ 36 | $ 50 | $ 56 | $ 60 | 7% |
| Samsung | $ 285 | $ 260 | $ 290 | $ 330 | $ 352 | 7% |
| Total | $ 1.047 | $ 1,007 | $ 1,155 | $ 1,260 | $ 1.329 | 6% |

*Excludes CRT revenues.*

**Table 31: Preliminary January – May TFT LCD Revenue Share by Supplier**

| Supplier | Jan. | Feb. | Mar. | Apr | May |
|---|---|---|---|---|---|
| AUO | 14.7% | 15.5% | 16.9% | 17.4% | 17.4% |
| BOE-Hydis | 6.0% | 5.4% | 5.4% | 4.5% | 4.5% |
| CMO | 12.2% | 11.8% | 9.5% | 9.2% | 8.8% |
| CPT | 5.8% | 5.1% | 5.2% | 4.9% | 5.3% |
| HannStar | 6.3% | 6.4% | 6.3% | 6.3% | 6.1% |
| LG.Philips LCD | 23.5% | 26.4% | 27.3% | 27.0% | 26.9% |
| QDI | 4.2% | 3.6% | 4.3% | 4.4% | 4.5% |
| Samsung | 27.2% | 25.8% | 25.1% | 26.2% | 26.5% |
| Total | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |

# EXHIBIT 49



# Quarterly Desktop Monitor Shipment and Forecast Report



## DisplaySearch
## Q2'03

Table 7.12    Q3'02 – Q2'03 OEM-Based LCD Monitor Unit Growth by Supplier*

| TFT LCD Supplier | Q/Q Growth | | | | Y/Y Growth | | | |
|---|---|---|---|---|---|---|---|---|
| | Q3'02 | Q4'02 | Q1'03 | Q2'03 | Q3'02 | Q4'02 | Q1'03 | Q2'03 |
| LG.Philips LCD | 8% | 34% | 14% | 36% | 34% | 63% | 65% | 124% |
| AUO | 6% | 25% | 14% | 6% | 122% | 62% | 53% | 60% |
| Samsung | 4% | 11% | 21% | 23% | 44% | 14% | 46% | 72% |
| CMO | 6% | 19% | 23% | -2% | 187% | 156% | 146% | 52% |
| CPT | -10% | 13% | 5% | 2% | 114% | 31% | 28% | 9% |
| HannStar | -8% | -9% | 25% | 25% | 58% | 9% | | 30% |
| BOE-Hydis | -11% | 26% | 10% | -5% | 20% | 10% | 31% | 17% |
| Tottori-Sanyo | -6% | 6% | -3% | 6% | 60% | 8% | -4% | 1% |
| Sharp | -18% | -43% | 14% | 49% | 211% | 130% | -19% | -21% |
| Hitachi | -36% | 20% | 25% | 5% | 32% | -15% | -3% | 0% |
| Quanta | | 460% | 20% | 38% | | | | |
| ADI | -12% | 6% | -20% | 30% | 9% | -3% | -26% | -3% |
| IDTech | 48% | -6% | 85% | -24% | -13% | -26% | 139% | 96% |
| NEC | -13% | -9% | -35% | -59% | 13% | -22% | -60% | -79% |
| Fujitsu | -35% | -12% | -43% | -27% | 6% | -30% | -66% | -76% |
| TMDisplay | -57% | 2% | -38% | | -68% | 34% | -52% | -73% |
| Total | -3% | 15% | 14% | 15% | 67% | 41% | 40% | 46% |

*Q2'03 data is preliminary.

Figure 7.18    Q1'03 OEM-Based Large-Area TFT LCD Monitor Module Market Share by Supplier



# EXHIBIT 50

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

LG.PHILIPS LCD CO., LTD.,

                Plaintiff,

v.

CHI MEI OPTOELECTRONICS
CORPORATION; AU OPTRONICS
CORPORATION; AU OPTRONICS
CORPORATION AMERICA; TATUNG
COMPANY; TATUNG COMPANY OF
AMERICA, INC.; AND VIEWSONIC
CORPORATION,

                Defendants.

Civil Action No. 06-726(JJF)

**NOTICE OF SERVICE ON DEFENANT
CHI MEI OPTOELECTRONICS CORPORATION
PURSUANT TO 10 DEL.C.§3104**

Plaintiff L.G. Philips LCD Co., Ltd. ("LG. Philips") hereby provides notice pursuant to

10 Del.C.§3104 as follows:

Defendant Chi Mei Optoelectronics ("Chi Mei") is a Taiwanese Corporation with its

principal place of business located at 2F, No. 1, Chi –Yeh Road, Tainan Science Based Industrial

Park, Hsinshih Hsiang , Tainan Hsien 710 , TAIWAN 74147, ROC.

On February 16, 2007 , we caused to be mailed to Chi Mei Optoelectronics, by registered

mail, return receipt requested, a notice letter, a copy of which is attached hereto as Exhibit A,

and made a part hereof, together with copies of the Summons and the Complaint for Patent

Infringement and Demand for Trial by Jury as served upon the Secretary of State of Delaware.

The Summons together with the Return of Service is attached hereto, and made a part hereof as

Exhibit B. The notice letter and copies of the complaint were contained in the same envelope at the time of its mailing on February 16, 2007.

Attached hereto and made a part hereof as Exhibits C is the usual receipts given by the United States Post Office at the time of mailing to Chi Mei Optoelectronics on February 16, 2007, of the registered letter containing the Summons and Complaint.


February 20, 2007                    THE BAYARD FIRM


                                     /s/ Richard D. Kirk(rk0922)
                                     Richard D. Kirk (rk0922)
                                     Ashley B. Stitzer (as3891)
                                     222 Delaware Avenue
                                     Suite 900
                                     Post Office Box 25130
                                     Wilmington, Delaware  19899-5130
                                     rkirk@bayardfirm.com
                                     astitzer@bayardfirm.com
                                     (302) 655-5000
                                     Counsel for Plaintiff
                                     LG.PHILIPS LCD CO., LTD.

OF COUNSEL:

Gaspare J. Bono
Matthew T. Bailey
R. Tyler Goodwyn
Lora A. Brzezynski
Cass W. Christenson
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC 20006
(202) 496-7500

EXHIBIT A

# THE BAYARD FIRM
### A T T O R N E Y S

222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899
ZIP CODE FOR DELIVERIES: 19801

☰ MERITAS LAW FIRMS WORLDWIDE
www.bayardfirm.com
302-655-5000
(FAX) 302-658-6395
WRITER'S DIRECT ACCESS

(302) 429-4208
rkirk@bayardfirm.com

February 16, 2007

REGISTERED MAIL
RETURN RECEIPT REQUESTED

Chi Mei Optoelectronics Corporation
2F, No. 1, Chi-Yeh Road
Tainan Science Based Industrial Park
Hsinshih Hsiang, Tainan Hsien 710
TAIWAN 74147, R.O.C.

      RE:    *LG.Philips LCD Co., Ltd. v. Chi Mei Optoelectronics Corporation, et al.*
               *C.A. No. 06-726 (D.Del.)*

Ladies and Gentlemen:

    In accordance with the provisions of 10 Del. C. § 3104, we enclose copies of the Summons and the Complaint for Patent Infringement and Demand for Jury Trial served upon Chi Mei Optoelectronics Corporation by serving the Secretary of State of Delaware. Such service was made on February 15, 2007.

    Under the provisions of 10 Del. C. § 3104, service of summons and the complaint upon the Secretary of State of Delaware is as effectual to all intents and purposes as if it had been made upon you personally within the State of Delaware.

    We suggest you deliver these papers immediately to your attorney.

               Very truly yours,

               Richard D. Kirk

RDK/tn
Enclosures
File No. 31066-3

646414-1

EXHIBIT B

AO 440 (Del Rev. 10/01) Summons in a Civil Action

# United States District Court

_____   **District of** _____ **DELAWARE**


LG.PHILIPS LCD CO., LTD.,

        Plaintiff,

    v.

CHI MEI OPTOELECTRONICS CORPORATION; AU
OPTRONICS CORPORATION; AU OPTRONICS
CORPORATION AMERICA; TATUNG COMPANY;
TATUNG COMPANY OF AMERICA, INC.; AND
VIEWSONIC CORPORATION,

        Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:  06-726-JJF


TO:    Chi Mei Optoelectronics Corporation
        c/o Secretary of State of the State of Delaware
        John G. Townsend Building, Duke of York Street
        Dover, DE  19901


**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Richard D. Kirk, Esq.
Ashley B. Stitzer, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19801
302-655-5000 (phone)
302-658-6395 (fax)

an answer to the complaint which is hereby served upon you, within _____ _20_ _____ days after service of this
summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint.  An answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

PETER T. DALLEO                                    FEB 1 8 2007
_____          _____
CLERK                                                          DATE

_Evette  Watson_
_____
(By) DEPUTY CLERK

644909-1

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | Feb 15 2007 |

| NAME OF SERVER (*PRINT*) | TITLE |
|---|---|
| Jack Fairfull | Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Secretary of State of Delaware 401 Federal Street Dover DE 19901 Service Accepted by Karen Charbonneau at 12:05 pm

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:_____

_____

☐ Returned unexecuted:_____

_____

_____

☐ Other (specify):_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/15/07
                Date

Jack Fairfull
*Signature of Server*

15 East North Street Dover DE 19901
*Address of Server*

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

EXHIBIT C



Registered No. RB361600030005

**To Be Completed By Post Office**

| Reg. Fee $ | | Special Delivery $ |
| Handling Charge $ | | Return Receipt $ |
| Postage $ | | Restricted Delivery $ |
| Received by | | |

Customer Must Declare Full Value $

**To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed**

With Postal Insurance
Without Postal Insurance

FROM  The Bayard Firm
222 Delaware Avenue, Suite #900
Wilmington, DE 19801

TO  ChiMei Optoelectronics Corp.
RE No1 Chd-Yeh Rd
Hsiang Hsiang Tsong Hsien
Tainan Hsien 741 T.O.C.

Date Stamp

Domestic Insurance is Limited. Int'l is $25 Max. International Indemnity is Limited (See Reverse)

PS Form **3806**, February 1995    **Receipt for Registered Mail**
(Customer Copy)
(See Information on Reverse)

# EXHIBIT 51



Map of the United States, Showing Census Regions and Divisions

Source: U.S. Census Bureau

# Preface

The *Statistical Abstract of the United States,* published since 1878, is the standard summary of statistics on the social, political, and economic organization of the United States. It is designed to serve as a convenient volume for statistical reference and as a guide to other statistical publications and sources. The latter function is served by the introductory text to each section, the source note appearing below each table, and Appendix I, which comprises the Guide to Sources of Statistics, the Guide to State Statistical Abstracts, and the Guide to Foreign Statistical Abstracts.

This volume includes a selection of data from many statistical sources, both government and private. Publications cited as sources usually contain additional statistical detail and more comprehensive discussions of definitions and concepts. Data not available in publications issued by the contributing agency but obtained from the Internet or unpublished records are identified in the source notes. More information on the subjects covered in the tables so noted may generally be obtained from the source.

Except as indicated, figures are for the United States as presently constituted. Although emphasis in the *Statistical Abstract* is primarily given to national data, many tables present data for regions and individual states and a smaller number for metropolitan areas and cities. Appendix II, Metropolitan and Micropolitan Statistical Areas: Concepts, Components, and Population, presents explanatory text, a complete current listing and population data for metropolitan and micropolitan areas defined as of December 2005. Statistics for the Commonwealth of Puerto Rico and for island areas of the United States are included in many state tables and are supplemented by information in Section 29. Additional information for states, cities, counties, metropolitan areas, and other small units,

as well as more historical data are available in various supplements to the *Abstract* (see inside back cover).

Statistics in this edition are generally for the most recent year or period available by summer 2006. Each year over 1,400 tables and charts are reviewed and evaluated; new tables and charts of current interest are added, continuing series are updated, and less timely data are condensed or eliminated. Text notes and appendices are revised as appropriate. In addition, two special features—*Mini Historical Statistics,* and *State Rankings*—can be found on our Web site: <http://www .census.gov/compendia/statab/>.

**Changes in this edition**—This year we have introduced 72 new tables covering a wide range of subject areas. These cover a variety of topics including: learning disability for children, people impacted by the hurricanes in the Gulf Coast area, employees with alternative work arrangements, adult computer and Internet users by selected characteristics, North America cruise industry, women- and minority-owned businesses, and the percentage of the adult population considered to be obese by country. For a complete list of new tables, see section titled "New Tables," p. xi.

In addition to the above new tables, there are other changes to note for this edition. The title for Section 22, "Domestic Trade" has been changed to "Wholesale and Retail Trade." Tables displaying Service sector and County Business Patterns data have been adjusted using the results of the 2002 Economic Census.

**Statistical Abstract on other media**— The *Abstract* is available on the Internet and on CD-ROM. Both versions contain the same material as the book, except for a few copyrighted tables for which we did not receive permission to release in these

formats. Our Internet site <http://www
.census.gov/compendia/statab/> con-
tains this 2007 edition plus selected ear-
lier editions in Adobe Acrobat .pdf format.
The CD-ROM version and Internet site also
include spreadsheet files for each table in
the book.

**Statistics for states and metropolitan
areas**—Extensive data for the states and
metropolitan areas of the United States
can be found in the *State and Metropoli-
tan Area Data Book: 2006.* This publica-
tion minus some data items, as well as
selected rankings of the states and metro-
politan areas, is available on our Internet
site at <http://www.census.gov
/compendia/smadb/>.

**Statistics for counties and cities**—
Extensive data for counties can be found
in the *County and City Data Book: 2000.* It
features 191 data items covering every-
thing from age and agriculture to water
use and wholesale trade for all states and
counties with U.S. totals for comparison.
Also included are 103 data items for cities
with population of 25,000 or more. The
primary sources are Census 2000 and the
1997 Economic Census. Two tables
present 11 data items from Census 2000
for all places and minor civil divisions
with a population of 2,500 or more.

This publication, as well as selected rank-
ings, is available on our Internet site at
<http://www.census.gov/statab/www
/ccdb.html>. Some data items that appear
in the book from private sources are not

available on the Internet or CD-ROM ver-
sions because we did not receive copy-
right permission to release the data items
in these formats. For a database with over
5,000 county items, check out USA Coun-
ties at <http://censtats.census.gov/usa
/usa.shtml>.

**Limitations of the data**—The contents
of this volume were taken from many
sources. All data from censuses and sur-
veys or from administrative records are
subject to error arising from a number of
factors: Sampling variability (for statistics
based on samples), reporting errors in the
data for individual units, incomplete cov-
erage, nonresponse, imputations, and
processing error. (See also Appendix III,
p. 914.) The Census Bureau cannot accept
the responsibility for the accuracy or limi-
tations of the data presented here, other
than those for which it collects. The
responsibility for selection of the material
and for proper presentation, however,
rests with the Census Bureau.

**For additional information on data
presented**—Please consult the source
publications available in local libraries or
write to the agency indicated in the
source notes. Write to the Census Bureau
only if it is cited as the source.

**Suggestions and comments**—Users of
the Statistical Abstract and its supple-
ments (see inside back cover) are urged
to make their data needs known for con-
sideration in planning future editions.
Suggestions and comments for improving
coverage and presentation of data should
be sent to the Director, U.S. Census
Bureau, Washington, DC 20233.

# Contents

[Numbers following subjects are page numbers]

Page

New Tables. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . xi
Guide to Tabular Presentation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . xiv
Telephone and Internet Contacts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . xvi

**Sec. 1. Population** (Tables 1–75) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1
Immigration . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8
Estimates by age, sex, race, and Hispanic origin . . . . . . . . . . . . . . . . . . . . . . . 12
States, metropolitan areas, cities . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20
Profiles of elderly, racial, and Hispanic-origin populations . . . . . . . . . . . . . . . . 39
Native and foreign-born populations, ancestry, languages . . . . . . . . . . . . . . . . 45
Marital status and households . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 50
Religion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 59

**Sec. 2. Vital Statistics** (Tables 76–119). . . . . . . . . . . . . . . . . . . . . . . . . . . . . 61
Births . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 63
Life expectancy . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 75
Deaths . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 78

**Sec. 3. Health and Nutrition** (Tables 120–203) . . . . . . . . . . . . . . . . . . . . . . . 93
National Health Expenditure Accounts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 95
Medicare, Medicaid, and SCHIP. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 101
Health insurance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 106
Employment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 109
Hospitals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 114
Health measures . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 119
Food consumption, nutrition . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 132

**Sec. 4. Education** (Tables 204–294). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 135
School enrollment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 137
Educational attainment. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 143
Internet access . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 162
Degrees conferred . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 183

**Sec. 5. Law Enforcement, Courts, and Prisons** (Tables 295–344) . . . . . . . . . . 187
Crime rates . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 191
Courts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 206
Juveniles, child abuse. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 208
Prisoners and inmates . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 209

**Sec. 6. Geography and Environment** (Tables 345–384) . . . . . . . . . . . . . . . . . 213
Land and water . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 215
Air quality . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 222
Hazardous waste sites . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 225
Climate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 232

**Sec. 7. Elections** (Tables 385–414) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 239
Vote results . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 241
Campaign finances. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 259

**Sec. 8. State and Local Government Finances and Employment** (Tables 415–457). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 261
Governmental units . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 264
State government finances. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 271

U.S. Census Bureau, Statistical Abstract of the United States: 2007

Page

**Sec. 8. State and Local Government Finances and Employment**—Con. . . . . .    290
Local government finances. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    290
Employment and payroll . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    298

**Sec. 9. Federal Government Finances and Employment** (Tables 458–489) . . .    305
Budget receipts, outlays, debt . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    307
Income taxes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    315
Federal employment and payroll . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    321

**Sec. 10. National Security and Veterans Affairs** (Tables 490–524). . . . . . . . . .    325
National defense outlays . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    328
Military manpower . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    332
Veterans . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    336
Homeland security . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    338

**Sec. 11. Social Insurance and Human Services** (Tables 525–572). . . . . . . . . . .    343
Government transfer payments . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    346
Social security . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    350
Public aid, federal food programs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    359
Child care, child support . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    361

**Sec. 12. Labor Force, Employment, and Earnings** (Tables 573–647) . . . . . . . .    369
Labor force status . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    373
Multiple jobholding . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    385
Projections . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    393
Productivity . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    408
Minimum wage. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    417
Union membership . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    423

**Sec. 13. Income, Expenditures, and Wealth** (Tables 648–704). . . . . . . . . . . . .    425
Gross domestic product . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    429
Consumer expenditures . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    442
Money income . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    446
State income and poverty. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    454
Poverty status . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    458

**Sec. 14. Prices** (Tables 705–723) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    465
Consumer price index . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    469
Cost of living index . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    472
Producer price index . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    476

**Sec. 15. Business Enterprise** (Tables 724–777). . . . . . . . . . . . . . . . . . . . . . . . . .    485
Sole proprietors, partnerships, corporations . . . . . . . . . . . . . . . . . . . . . . . . . . . .    489
Establishments, employees, payroll . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    495
Women- and minority-owned businesses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    502
Investment, capital expenditures . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    508
Economic indicators. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    510
Multinationals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    515

**Sec. 16. Science and Technology** (Tables 778–801). . . . . . . . . . . . . . . . . . . . . . .    517
R&D funds, outlays. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    518
Space program . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    527

**Sec. 17. Agriculture** (Tables 802–849) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    529
Farms and farmland . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    531
Farm balance sheet, income. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    534
Foreign trade . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    538
Crops, livestock . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    542

U.S. Census Bureau, Statistical Abstract of the United States: 2007

Page

**Sec. 18. Natural Resources** (Tables 850–892) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 551
Timber, lumber. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 554
Fishery. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 559
Petroleum, natural gas, coal . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 566

**Sec. 19. Energy** (Tables 893–925) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 573
Energy consumption, expenditures . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 576
Crude oil . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 580
Electric power, nuclear . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 582
Gas utilities . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 588

**Sec. 20. Construction and Housing** (Tables 926–970) . . . . . . . . . . . . . . . . . . . . . 591
Construction spending . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 596
Home sales . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 602
Homeownership. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 611
Home remodeling. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 619

**Sec. 21. Manufactures** (Tables 971–1012) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 621
Manufacturing summary . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 625
Tobacco, fibers. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 637
Machine tools, semiconductors . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 641
Computers, electronics . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 642

**Sec. 22. Wholesale and Retail Trade** (Tables 1013–1039). . . . . . . . . . . . . . . . . . 647
Retail trade. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 651
Wholesale trade . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 661

**Sec. 23. Transportation** (Tables 1040–1105) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 663
Transportation system . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 670
Air transportation. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 672
Port traffic . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 678
Roadway congestion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 688
Motor vehicle accidents . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 691
Transit ridership. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 699

**Sec. 24. Information and Communications** (Tables 1106–1143) . . . . . . . . . . . 705
Information technologies . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 709
Newspapers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 711
Books. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 713
Recording media . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 716
Telecommunications. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 718
Internet access and use . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 723

**Sec. 25. Banking, Finance, and Insurance** (Tables 1144–1212) . . . . . . . . . . . . 727
Establishments, receipts. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 730
Flow of funds, financial assets and liabilities . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 731
Financial institutions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 735
Payment instruments, consumer credit, mortgage debt . . . . . . . . . . . . . . . . . . . . . . . 739
Money stock, interest rates . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 742
Stocks and bonds, equity ownership, mutal funds . . . . . . . . . . . . . . . . . . . . . . . . . . . . 744
Insurance, real estate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 754

**Sec. 26. Arts, Entertainment, and Recreation** (Tables 1213–1252) . . . . . . . . . 757
Performing arts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 761
Leisure activities . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 764
NCAA sports. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 770
Travel . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 774

U.S. Census Bureau, Statistical Abstract of the United States: 2007

Page

**Sec. 27. Accommodation, Food Services, and Other Services** (Tables 1253–1267). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 779
Advertising . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 785
Administrative and support and waste management . . . . . . . . . . . . . . . . . . . . . . 786

**Sec. 28. Foreign Commerce and Aid** (Tables 1268–1293). . . . . . . . . . . . . . . . . . . 789
International transactions. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 793
Foreign investments. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 797
Foreign grants and credits . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 801
Exports and imports. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 805

**Sec. 29. Puerto Rico and the Island Areas** (Tables 1294–1304). . . . . . . . . . . . . 815

**Sec. 30. Comparative International Statistics** (Tables 1305–1376). . . . . . . . . . . 821
World maps . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 824
World population; vital statistics . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 833
Economic measures . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 844
Labor force. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 851
Agriculture. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 854
Energy . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 859
Finance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 865

**Appendix I.**
Guide to Sources of Statistics. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 873
Guide to State Statistical Abstracts. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 888
Guide to Foreign Statistical Abstracts. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 892

**Appendix II.**
Metropolitan and Micropolitan Statistical Areas: Concepts, Components, and Population. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 895

**Appendix III.**
Limitations of the Data. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 915

**Appendix IV.**
Weights and Measures . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 937

**Appendix V.**
Tables Deleted From the 2006 Edition of the Statistical Abstract . . . . . . . . . . . . . 939

**Index**. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 943

Table 17. **Resident Population—States: 1980 to 2005**

[In thousands (226,546 represents 226,546,000). 1980, 1990, and 2000 data as of April 1, data for other years as of July 1. Insofar as possible, population shown for all years is that of present area of state. See Appendix III]

| State | 1980 [1] | 1990 [2] | 1995 | 2000 [3] | 2001 | 2002 | 2003 | 2004 | 2005 |
|---|---|---|---|---|---|---|---|---|---|
| United States | 226,546 | 248,791 | 266,278 | 281,425 | 285,108 | 287,985 | 290,850 | 293,657 | 296,410 |
| Alabama | 3,894 | 4,040 | 4,297 | 4,447 | 4,467 | 4,480 | 4,502 | 4,525 | 4,558 |
| Alaska | 402 | 550 | 604 | 627 | 632 | 641 | 649 | 658 | 664 |
| Arizona | 2,718 | 3,665 | 4,432 | 5,131 | 5,296 | 5,438 | 5,578 | 5,740 | 5,939 |
| Arkansas | 2,286 | 2,351 | 2,535 | 2,673 | 2,692 | 2,707 | 2,726 | 2,750 | 2,779 |
| California | 23,668 | 29,811 | 31,697 | 33,872 | 34,527 | 34,988 | 35,457 | 35,842 | 36,132 |
| Colorado | 2,890 | 3,294 | 3,827 | 4,302 | 4,427 | 4,498 | 4,548 | 4,602 | 4,665 |
| Connecticut | 3,108 | 3,287 | 3,324 | 3,406 | 3,432 | 3,458 | 3,486 | 3,499 | 3,510 |
| Delaware | 594 | 666 | 730 | 784 | 795 | 806 | 818 | 830 | 844 |
| District of Columbia | 638 | 607 | 581 | 572 | 569 | 565 | 558 | 554 | 551 |
| Florida | 9,746 | 12,938 | 14,538 | 15,983 | 16,351 | 16,678 | 16,993 | 17,385 | 17,790 |
| Georgia | 5,463 | 6,478 | 7,328 | 8,187 | 8,416 | 8,582 | 8,747 | 8,918 | 9,073 |
| Hawaii | 965 | 1,108 | 1,197 | 1,212 | 1,222 | 1,234 | 1,248 | 1,262 | 1,275 |
| Idaho | 944 | 1,007 | 1,177 | 1,294 | 1,321 | 1,344 | 1,368 | 1,395 | 1,429 |
| Illinois | 11,427 | 11,431 | 12,008 | 12,420 | 12,519 | 12,587 | 12,650 | 12,712 | 12,763 |
| Indiana | 5,490 | 5,544 | 5,851 | 6,081 | 6,126 | 6,155 | 6,196 | 6,227 | 6,272 |
| Iowa | 2,914 | 2,777 | 2,867 | 2,926 | 2,931 | 2,934 | 2,941 | 2,953 | 2,966 |
| Kansas | 2,364 | 2,478 | 2,601 | 2,689 | 2,701 | 2,712 | 2,724 | 2,734 | 2,745 |
| Kentucky | 3,661 | 3,687 | 3,887 | 4,042 | 4,067 | 4,089 | 4,117 | 4,142 | 4,173 |
| Louisiana | 4,206 | 4,222 | 4,379 | 4,469 | 4,465 | 4,475 | 4,490 | 4,507 | 4,524 |
| Maine | 1,125 | 1,228 | 1,243 | 1,275 | 1,286 | 1,297 | 1,308 | 1,315 | 1,322 |
| Maryland | 4,217 | 4,781 | 5,070 | 5,297 | 5,380 | 5,442 | 5,512 | 5,561 | 5,600 |
| Massachusetts | 5,737 | 6,016 | 6,141 | 6,349 | 6,395 | 6,412 | 6,418 | 6,407 | 6,399 |
| Michigan | 9,262 | 9,295 | 9,676 | 9,938 | 10,003 | 10,039 | 10,078 | 10,104 | 10,121 |
| Minnesota | 4,076 | 4,376 | 4,660 | 4,919 | 4,985 | 5,024 | 5,062 | 5,097 | 5,133 |
| Mississippi | 2,521 | 2,575 | 2,723 | 2,845 | 2,858 | 2,866 | 2,881 | 2,901 | 2,921 |
| Missouri | 4,917 | 5,117 | 5,378 | 5,597 | 5,643 | 5,681 | 5,719 | 5,760 | 5,800 |
| Montana | 787 | 799 | 877 | 902 | 906 | 910 | 918 | 927 | 936 |
| Nebraska | 1,570 | 1,578 | 1,657 | 1,711 | 1,719 | 1,727 | 1,738 | 1,748 | 1,759 |
| Nevada | 800 | 1,202 | 1,582 | 1,998 | 2,095 | 2,168 | 2,242 | 2,333 | 2,415 |
| New Hampshire | 921 | 1,109 | 1,158 | 1,236 | 1,259 | 1,275 | 1,288 | 1,299 | 1,310 |
| New Jersey | 7,365 | 7,748 | 8,083 | 8,414 | 8,505 | 8,576 | 8,640 | 8,685 | 8,718 |
| New Mexico | 1,303 | 1,515 | 1,720 | 1,819 | 1,833 | 1,855 | 1,879 | 1,903 | 1,928 |
| New York | 17,558 | 17,991 | 18,524 | 18,977 | 19,091 | 19,165 | 19,228 | 19,281 | 19,255 |
| North Carolina | 5,882 | 6,632 | 7,345 | 8,046 | 8,198 | 8,313 | 8,422 | 8,540 | 8,683 |
| North Dakota | 653 | 639 | 648 | 642 | 636 | 634 | 633 | 636 | 637 |
| Ohio | 10,798 | 10,847 | 11,203 | 11,353 | 11,385 | 11,405 | 11,432 | 11,450 | 11,464 |
| Oklahoma | 3,025 | 3,146 | 3,308 | 3,451 | 3,466 | 3,487 | 3,505 | 3,524 | 3,548 |
| Oregon | 2,633 | 2,842 | 3,184 | 3,421 | 3,473 | 3,522 | 3,563 | 3,591 | 3,641 |
| Pennsylvania | 11,864 | 11,883 | 12,198 | 12,281 | 12,296 | 12,324 | 12,365 | 12,394 | 12,430 |
| Rhode Island | 947 | 1,003 | 1,017 | 1,048 | 1,058 | 1,069 | 1,076 | 1,080 | 1,076 |
| South Carolina | 3,122 | 3,486 | 3,749 | 4,012 | 4,060 | 4,103 | 4,147 | 4,198 | 4,255 |
| South Dakota | 691 | 696 | 738 | 755 | 758 | 760 | 765 | 771 | 776 |
| Tennessee | 4,591 | 4,877 | 5,327 | 5,689 | 5,747 | 5,790 | 5,842 | 5,893 | 5,963 |
| Texas | 14,229 | 16,986 | 18,959 | 20,852 | 21,334 | 21,722 | 22,099 | 22,472 | 22,860 |
| Utah | 1,461 | 1,723 | 2,014 | 2,233 | 2,288 | 2,337 | 2,379 | 2,421 | 2,470 |
| Vermont | 511 | 563 | 589 | 609 | 613 | 616 | 619 | 621 | 623 |
| Virginia | 5,347 | 6,189 | 6,671 | 7,079 | 7,192 | 7,286 | 7,383 | 7,481 | 7,567 |
| Washington | 4,132 | 4,867 | 5,481 | 5,894 | 5,992 | 6,066 | 6,131 | 6,207 | 6,288 |
| West Virginia | 1,950 | 1,793 | 1,824 | 1,808 | 1,801 | 1,805 | 1,810 | 1,813 | 1,817 |
| Wisconsin | 4,706 | 4,892 | 5,185 | 5,364 | 5,404 | 5,439 | 5,472 | 5,504 | 5,536 |
| Wyoming | 470 | 454 | 485 | 494 | 494 | 499 | 502 | 506 | 509 |

[1] See footnote 3, Table 1.     [2] The April 1, 1990, census counts include corrections processed through August 1997, results of special censuses and test censuses, and do not include adjustments for census coverage errors.     [3] Reflects modifications to the Census 2000 population as documented in the Count Question Resolution program and geographic program revisions.

Source: U.S. Census Bureau, Current Population Reports, P25-1106; "Table CO-EST2001-12-00—Time Series of Intercensal State Populaton Estimates: April 1, 1990 to April 1, 2000"; published 11 April 2002; <http://www.census.gov/popest/archives/2000s /vintage2001/CO-EST2001-12/CO-EST2001-12-00.html>; and "Table 1: Annual Estimates of the Population for the United States and States, and for Puerto Rico: April 1, 2000 to July 1, 2005 (NST-EST2005-01)"; published 22 December 2005; <http://www.census.gov/popest /states/NST-ann-est.html>.

# EXHIBIT 52

# Delaware: 2002

Issued May 2005

EC02-44A-DE

## 2002 Economic Census

*Retail Trade*

Geographic Area Series





**U.S. Department of Commerce**
**Carlos M. Gutierrez,**
Secretary

**David A. Sampson,**
Acting Deputy Secretary

**Economics and Statistics Administration**
**Kathleen B. Cooper,**
Under Secretary for
Economic Affairs

**U.S. CENSUS BUREAU**
**Charles Louis Kincannon,**
Director



**Economics
and Statistics
Administration**

**Kathleen B. Cooper,**
Under Secretary
for Economic Affairs



**U.S. CENSUS BUREAU**

**Charles Louis Kincannon,**
Director

**Hermann Habermann,**
Deputy Director and
Chief Operating Officer

**Thomas L. Mesenbourg,**
Acting Associate Director
for Economic Programs

**Thomas L. Mesenbourg,**
Assistant Director
for Economic Programs

**Mark E. Wallace,**
Chief, Service Sector
Statistics Division

CONTENTS

Introduction to the Economic Census ............................    v
Retail Trade ..................................................    ix

Tables

1.    Summary Statistics for the State:  2002 ....................    1
2.    Summary Statistics for Metropolitan and Micropolitan Statistical
      Areas:  2002 ...........................................    4
3.    Summary Statistics for Counties:  2002 ....................    21
4.    Summary Statistics for Places:  2002 ......................    28

Appendixes

A.    Explanation of Terms ....................................    A–1
B.    NAICS Codes, Titles, and Descriptions .....................    B–1
C.    Methodology ...........................................    C–1
D.    Geographic Notes .......................................    D–1
E.    Metropolitan and Micropolitan Statistical Areas ..............    E–1

## Table 1.  Summary Statistics for the State:  2002

[Includes only establishments of firms with payroll.  For meaning of abbreviations and symbols, see introductory text.  For explanation of terms, see Appendix A.  Data based on the 2002 Economic Census.  For information on confidentiality protection, sampling error, nonsampling error, and definitions, see note at end of table]

| NAICS code | Geographic area and kind of business | Establishments (number) | Sales ($1,000) | Annual payroll ($1,000) | First-quarter payroll ($1,000) | Paid employees for pay period including March 12 (number) | Percent of sales— From administrative records[1] | Estimated[2] |
|---|---|---|---|---|---|---|---|---|
| | **DELAWARE** | | | | | | | |
| **44-45** | **Retail trade** ............................................. | **3 727** | **10 912 971** | **1 094 288** | **261 679** | **51 889** | **10.6** | **4.9** |
| 441 | Motor vehicle and parts dealers ..................... | 377 | 2 751 730 | 231 118 | 54 761 | 6 835 | 14.9 | 3.0 |
| 4411 | Automobile dealers ................................. | 175 | 2 397 861 | 176 892 | 42 803 | 4 750 | 13.2 | 2.3 |
| 44111 | New car dealers ................................. | 81 | 2 238 863 | 163 133 | 39 491 | 4 278 | 11.6 | 1.7 |
| 441110 | New car dealers ................................. | 81 | 2 238 863 | 163 133 | 39 491 | 4 278 | 11.6 | 1.7 |
| 44112 | Used car dealers ................................. | 94 | 158 998 | 13 759 | 3 312 | 472 | 36.6 | 10.6 |
| 441120 | Used car dealers ................................. | 94 | 158 998 | 13 759 | 3 312 | 472 | 36.6 | 10.6 |
| 4412 | Other motor vehicle dealers ....................... | 58 | 190 824 | 23 321 | 4 582 | 748 | 41.1 | 1.2 |
| 44121 | Recreational vehicle dealers ................... | 10 | 37 500 | 3 346 | 721 | 115 | 34.5 | - |
| 441210 | Recreational vehicle dealers ................... | 10 | 37 500 | 3 346 | 721 | 115 | 34.5 | - |
| 44122 | Motorcycle, boat, and other motor vehicle dealers | 48 | 153 324 | 19 975 | 3 861 | 633 | 42.8 | 1.5 |
| 441221 | Motorcycle dealers ............................. | 15 | 71 596 | 9 604 | 1 810 | 276 | 40.6 | - |
| 441222 | Boat dealers ................................... | 27 | 69 579 | 8 977 | 1 741 | 324 | 52.1 | - |
| 441229 | All other motor vehicle dealers ................ | 6 | 12 149 | 1 394 | 310 | 33 | 2.0 | 18.4 |
| 4413 | Automotive parts, accessories, and tire stores .... | 144 | 163 045 | 30 905 | 7 376 | 1 337 | 8.1 | 14.4 |
| 44131 | Automotive parts and accessories stores ....... | 102 | 103 999 | 18 090 | 4 332 | 916 | 7.8 | 9.3 |
| 441310 | Automotive parts and accessories stores ....... | 102 | 103 999 | 18 090 | 4 332 | 916 | 7.8 | 9.3 |
| 44132 | Tire dealers ................................... | 42 | 59 046 | 12 815 | 3 044 | 421 | 8.7 | 23.3 |
| 441320 | Tire dealers ................................... | 42 | 59 046 | 12 815 | 3 044 | 421 | 8.7 | 23.3 |
| 442 | Furniture and home furnishings stores ............... | 249 | 474 673 | 73 576 | 17 339 | 2 767 | 17.9 | 7.1 |
| 4421 | Furniture stores .................................. | 108 | 280 754 | 44 645 | 10 605 | 1 460 | 12.4 | 7.4 |
| 44211 | Furniture stores .............................. | 108 | 280 754 | 44 645 | 10 605 | 1 460 | 12.4 | 7.4 |
| 442110 | Furniture stores .............................. | 108 | 280 754 | 44 645 | 10 605 | 1 460 | 12.4 | 7.4 |
| 4422 | Home furnishings stores ........................... | 141 | 193 919 | 28 931 | 6 734 | 1 307 | 25.9 | 6.7 |
| 44221 | Floor covering stores .......................... | 52 | 76 633 | 14 251 | 3 223 | 424 | 19.9 | 7.9 |
| 442210 | Floor covering stores .......................... | 52 | 76 633 | 14 251 | 3 223 | 424 | 19.9 | 7.9 |
| 44229 | Other home furnishings stores ................. | 89 | 117 286 | 14 680 | 3 511 | 883 | 29.8 | 6.0 |
| 442291 | Window treatment stores ..................... | 10 | 7 080 | 686 | 174 | 37 | 6 | 32.8 |
| 442299 | All other home furnishings stores ............ | 79 | 110 206 | 13 994 | 3 337 | 846 | 31.7 | 4.3 |
| 443 | Electronics and appliance stores .................... | 145 | 350 620 | 38 332 | 9 323 | 1 883 | 10.7 | 1.1 |
| 4431 | Electronics and appliance stores ................. | 145 | 350 620 | 38 332 | 9 323 | 1 883 | 10.7 | 1.1 |
| 44311 | Appliance, television, and other electronics stores | 105 | 269 582 | 29 730 | 7 264 | 1 559 | 10.2 | 1.4 |
| 443111 | Household appliance stores .................... | 38 | 37 187 | 6 438 | 1 534 | 226 | 30.8 | 4.5 |
| 443112 | Radio, television, and other electronics stores | 67 | 232 395 | 23 292 | 5 730 | 1 333 | 6.9 | .9 |
| 44312 | Computer and software stores .................. | 30 | 65 905 | 6 158 | 1 424 | 209 | 9.8 | .5 |
| 443120 | Computer and software stores .................. | 30 | 65 905 | 6 158 | 1 424 | 209 | 9.8 | .5 |
| 44313 | Camera and photographic supplies stores ...... | 10 | 15 133 | 2 444 | 635 | 115 | 23.8 | - |
| 443130 | Camera and photographic supplies stores ...... | 10 | 15 133 | 2 444 | 635 | 115 | 23.8 | - |
| 444 | Building material and garden equipment and supplies dealers ... | 290 | 1 018 245 | 120 486 | 27 557 | 4 315 | 5.4 | 9.7 |
| 4441 | Building material and supplies dealers ............. | 222 | 929 043 | 108 519 | 25 156 | 3 823 | 4.0 | 10.5 |
| 44411 | Home centers ................................... | 10 | D | D | D | 9 | D | D |
| 444110 | Home centers ................................... | 10 | D | D | D | 9 | D | D |
| 44412 | Paint and wallpaper stores ..................... | 30 | D | D | D | c | D | D |
| 444120 | Paint and wallpaper stores ..................... | 30 | D | D | D | c | D | D |
| 44413 | Hardware stores ............................... | 37 | 46 184 | 7 336 | 1 723 | 463 | 14.2 | .3 |
| 444130 | Hardware stores ............................... | 37 | 46 184 | 7 336 | 1 723 | 463 | 14.2 | .3 |
| 44419 | Other building material dealers ................ | 145 | 448 730 | 59 174 | 14 091 | 1 642 | 6.6 | 20.6 |
| 444190 | Other building material dealers ................ | 145 | 448 730 | 59 174 | 14 091 | 1 642 | 6.6 | 20.6 |
| 4442 | Lawn and garden equipment and supplies stores ... | 68 | 89 202 | 11 967 | 2 401 | 492 | 20.3 | 1.1 |
| 44421 | Outdoor power equipment stores ............... | 18 | 28 395 | 2 946 | 681 | 96 | 32.1 | 3.0 |
| 444210 | Outdoor power equipment stores ............... | 18 | 28 395 | 2 946 | 681 | 96 | 32.1 | 3.0 |
| 44422 | Nursery, garden center, and farm supply stores | 50 | 60 807 | 9 021 | 1 720 | 396 | 14.8 | .2 |
| 444220 | Nursery, garden center, and farm supply stores | 50 | 60 807 | 9 021 | 1 720 | 396 | 14.8 | .2 |
| 445 | Food and beverage stores .......................... | 571 | 1 645 824 | 168 248 | 41 804 | 9 213 | 11.2 | 3.7 |
| 4451 | Grocery stores .................................... | 254 | 1 353 034 | 144 811 | 36 615 | 7 770 | 5.4 | 3.3 |
| 44511 | Supermarkets and other grocery (except convenience) stores ... | 144 | 1 179 098 | 130 813 | 33 315 | 6 813 | 4.5 | 3.0 |
| 445110 | Supermarkets and other grocery (except convenience) stores ... | 144 | 1 179 098 | 130 813 | 33 315 | 6 813 | 4.5 | 3.0 |
| 44512 | Convenience stores ............................ | 110 | 173 936 | 13 998 | 3 300 | 957 | 11.3 | 5.6 |
| 445120 | Convenience stores ............................ | 110 | 173 936 | 13 998 | 3 300 | 957 | 11.3 | 5.6 |
| 4452 | Specialty food stores ............................. | 96 | 59 846 | 7 752 | 1 612 | 465 | 45.7 | 4.8 |
| 4453 | Beer, wine, and liquor stores ...................... | 221 | 232 944 | 15 685 | 3 577 | 978 | 36.0 | 6.0 |
| 44531 | Beer, wine, and liquor stores .................. | 221 | 232 944 | 15 685 | 3 577 | 978 | 36.0 | 6.0 |
| 445310 | Beer, wine, and liquor stores .................. | 221 | 232 944 | 15 685 | 3 577 | 978 | 36.0 | 6.0 |
| 446 | Health and personal care stores .................... | 248 | 676 220 | 72 175 | 17 599 | 3 447 | 4.5 | 2.1 |
| 4461 | Health and personal care stores ................. | 248 | 676 220 | 72 175 | 17 599 | 3 447 | 4.5 | 2.1 |
| 44611 | Pharmacies and drug stores ................... | 128 | 604 719 | 59 766 | 14 634 | 2 732 | 3.3 | 1.3 |
| 446110 | Pharmacies and drug stores ................... | 128 | 604 719 | 59 766 | 14 634 | 2 732 | 3.3 | 1.3 |
| 4461101 | Pharmacies and drug stores ................. | 126 | D | D | D | h | D | D |
| 4461102 | Proprietary stores ......................... | 2 | D | D | D | D | D | D |
| 44612 | Cosmetics, beauty supplies, and perfume stores | 32 | 22 893 | 2 886 | 651 | 247 | 8.3 | 9.2 |
| 446120 | Cosmetics, beauty supplies, and perfume stores | 32 | 22 893 | 2 886 | 651 | 247 | 8.3 | 9.2 |
| 44613 | Optical goods stores .......................... | 43 | 23 074 | 5 467 | 1 304 | 253 | 23.4 | 5.3 |
| 446130 | Optical goods stores .......................... | 43 | 23 074 | 5 467 | 1 304 | 253 | 23.4 | 5.3 |
| 44619 | Other health and personal care stores ......... | 45 | 25 534 | 4 056 | 1 010 | 215 | 12.2 | 11.1 |
| 446191 | Food (health) supplement stores ............. | 29 | 16 169 | 2 241 | 548 | 139 | 15.9 | - |
| 446199 | All other health and personal care stores .... | 16 | 9 365 | 1 815 | 462 | 76 | 5.7 | 30.3 |

See footnotes at end of table.