IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG. PHILIPS LCD CO., LTD., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CHI MEI OPTOELECTRONICS ) <br> CORPORATION; AU OPTRONICS ) <br> CORPORATION, AU OPTRONICS ) <br> CORPORATION OF AMERICA; ) <br> TATUNG COMPANY; TATUNG ) <br> COMPANY OF AMERICA, INC.; AND ) <br> VIEWSONIC CORPORATION, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 06-726 (JJF) |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time for defendant Chi Mei Optoelectronics Corporation to serve and file the reply brief in support of its Motion to Dismiss for Lack of Personal Jurisdiction and Insufficiency of Service of Process (D.I. 19) is hereby extended to and including June 15, 2007.

| THE BAYARD FIRM | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: /s/ Richard D. Kirk <br> Richard D. Kirk (#922) <br> Ashley B. Stitzer (#3891) <br> 222 Delaware Avenue <br> P.O. Box 25130 <br> Wilmington, DE 19899 <br> (302) 655-5000 <br> rkirk@bayardfirm.com <br> astitzer@bayardfirm.com | By: /s/ David E. Moore <br> Philip A. Rovner (#3215) <br> David E. Moore (#3983) <br> Hercules Plaza <br> P. O. Box 951 <br> Wilmington, DE 19899 <br> (302) 984-6000 <br> provner@potteranderson.com <br> dmoore@potteranderson.com |
| *Attorneys for Plaintiff* <br> *LG. Philips LCD Co., Ltd.* | *Attorneys for Defendant* <br> *Chi Mei Optoelectronics Corporation* |

-2-

SO ORDERED this _____ day of _____, 2007.

_____
United States District Judge

797349

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on May 23, 2007, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

**BY CM/ECF**

Richard E. Kirk, Esq.
Ashley Blake Stitzer, Esq.
The Bayard Firm
222 Delaware Avenue
Suite 900
P.O. Box 25130
Wilmington, DE 19899
rkirk@bayardfirm.com
astitzer@bayardfirm.com

William E. Manning, Esq.
Jennifer M. Becnel-Guzzo, Esq.
Buchanan Ingersoll & Rooney
1000 West Street, Suite 1410
Wilmington, DE 19801
william.manning@bipc.com
jennifer.becnelguzzo@bipc.com

**BY CM-ECF**

Edmond D. Johnson, Esq.
Thomas H. Kovach, Esq.
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, DE 19899-1709
johnsone@pepperlaw.com
kovacht@pepperlaw.com

John W. Shaw, Esq.
Karen L. Pascale, Esq.
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
jshaw@ycst.com
kpascale@ycst.com

/s/ David E. Moore
Philip A. Rovner (#3215)
David E. Moore (#3983)
Potter Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com