AO 440 (Del Rev. 10/01) Summons in a Civil Action

# United States District Court

District of __DELAWARE__

LG.PHILIPS LCD CO., LTD.,

    Plaintiff,

v.

CHI MEI OPTOELECTRONICS CORPORATION; CHI MEI OPTOELECTONICS USA, INC.; AU OPTRONICS CORPORATION; AU OPTRONICS CORPORATION AMERICA; TATUNG COMPANY; TATUNG COMPANY OF AMERICA, INC.; AND VIEWSONIC CORPORATION,

    Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-726-JJF

TO:   Chi Mei Optoelectronics USA, Inc.
      c/o Corporation Service Company
      2711 Centerville Road, Suite 400
      Wilmington, DE 19808

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Richard D. Kirk, Esq.
Ashley B. Stitzer, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19801
302-655-5000 (phone)
302-658-6395 (fax)

an answer to the FIRST AMENDED COMPLAINT which is hereby served upon you, within __TWENTY (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. An answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

CLERK                                               DATE  MAY 22 2007

(By) DEPUTY CLERK

660622-1

AO 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[(1)] | 5/22/07 |
| NAME OF SERVER (PRINT) JIM BEATTY | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Personally served CHI MEI OPTOELECTRONICS USA, INC by serving its registered agent, The Corporation Service Co, at 2711 Centerville Rd, Wilm DE 19808 at 4:20pm. Person accepting service: Mary Drummond

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5/22/07
*Date*

*Signature of Server* Jim Beatty

230 N Market St, Wilm DE 19801
*Address of Server*

[(1)] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

660622-1

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on May 24, 2007, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Edmond D. Johnson
Thomas H. Kovach
Pepper Hamilton LLP
1313 Market Street, Suite 5100
PO Box 1709
Wilmington, DE  19899-1709

Karen L. Pascale
John W. Shaw
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391

Philip A. Rovner
Dave E. Moore
Potter Anderson & Corroon LLP
1313 North Market Street
Wilmington, DE  19899-0951

William E. Manning
Jennifer M. Becnel-Guzzo
Buchanan Ingersoll & Rooney
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE  19801

The undersigned counsel further certifies that copies of the foregoing document were sent by email to the above counsel on May 24, 2007, and will be sent by hand on May 24, 2007, and were sent by email on May 24, 2007, and will be sent by first class mail on May 24, 2007, to the following non-registered participants:

John N. Zarian
Samia McCall
Matthew D. Thayne
J. Walter Sinclair
Stoel Rives LLP
101 S. Capitol Blvd., Suite 1900
Boise, ID  83702

Vincent K. Yip
Peter J. Wied
Jay C. Chiu
Paul, Hastings, Janofsky & Walker LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, CA  90071

| | |
|---|---|
| Kenneth R. Adamo<br>Robert C. Kahrl<br>Arthur P. Licygiewicz<br>Jones Day<br>North Point<br>901 Lakeside Avenue<br>Cleveland, OH  44114-1190 | Bryan J. Sinclair<br>Karineh Khachatourian<br>Buchanan Ingersoll & Rooney<br>333 Twin Dolphin Drive<br>Redwood Shores, CA  94065-1418 |

/s/ Richard D. Kirk (rk922)
Richard D. Kirk

656846-1