IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> CHI MEI OPTOELECTRONICS CORPORATION, et al., <br><br> Defendants. | Civil Action No. 06-726(JJF) |

**NOTICE OF SERVICE OF FIRST AMENDED COMPLAINT
ON DEFENDANT CHI MEI OPTOELECTRONICS CORPORATION
PURSUANT TO 10 DEL.C.§3104**

Plaintiff L.G. Philips LCD Co., Ltd. ("LG. Philips") hereby provides notice pursuant to 10 Del.C.§3104 as follows:

Defendant Chi Mei Optoelectronics ("Chi Mei") is a Taiwanese Corporation with its principal place of business located at No. 3, Sec. 1, Huanshi Road, Southern Taiwan Science Park, Sinshih Township, Tainan County, 74147 TAIWAN, ROC.

On May 22, 2007, we caused the Summons and First Amended Complaint for Patent Infringement and Demand for Trial by Jury to be served upon Chi Mei by serving the Secretary of State of Delaware. The Summons and the Return of Service upon the Secretary of State are attached hereto as Exhibit A.

On May 24, 2007, we caused to be mailed to Chi Mei at the above address, by registered mail, return receipt requested, a notice letter, a copy of which is attached hereto as Exhibit B, together with copies of the Summons and First Amended Complaint for Patent Infringement and

646443-1

Demand for Trial by Jury. The notice letter and copies of the Summons and First Amended Complaint for Patent Infringement and Demand for Trial by Jury were contained in the same envelope at the time of its mailing on May 24, 2007.

Attached hereto and made a part hereof as Exhibits C is the receipt given by the United States Post Office on May 24, 2007 when the registered letter containing the Summons and First Amended Complaint sent to Chi Mei was accepted for posting.

May 25, 2007                                    THE BAYARD FIRM

/s/ Richard D. Kirk(rk0922)
Richard D. Kirk (rk0922)
Ashley B. Stitzer (as3891)
222 Delaware Avenue
Suite 900
Post Office Box 25130
Wilmington, Delaware  19899-5130
rkirk@bayardfirm.com
astitzer@bayardfirm.com
(302) 655-5000
Counsel for Plaintiff
LG.PHILIPS LCD CO., LTD.

OF COUNSEL:

Gaspare J. Bono
Matthew T. Bailey
R. Tyler Goodwyn
Lora A. Brzezynski
Cass W. Christenson
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC 20006
(202) 496-7500

646443-1

# EXHIBIT A

AO 440 (Del Rev. 10/01) Summons in a Civil Action

# United States District Court

District of     **DELAWARE**

LG.PHILIPS LCD CO., LTD.,

        Plaintiff,

v.

CHI MEI OPTOELECTRONICS CORPORATION; CHI MEI OPTOELECTRONICS USA, INC., AU OPTRONICS CORPORATION; AU OPTRONICS CORPORATION AMERICA; TATUNG COMPANY; TATUNG COMPANY OF AMERICA, INC.; AND VIEWSONIC CORPORATION,

        Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-726-JJF

TO:    Chi Mei Optoelectronics Corporation
        c/o Secretary of State of the State of Delaware
        John G. Townsend Building, Duke of York Street
        Dover, DE 19901

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Richard D. Kirk, Esq.
Ashley B. Stitzer, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19801
302-655-5000 (phone)
302-658-6395 (fax)

an answer to the First Amended Complaint which is hereby served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. An answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

CLERK _(signature)_

(By) DEPUTY CLERK

MAY 2 2 2007

DATE

644909-1

AO 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[(1)] | DATE 5-22-07 |
| NAME OF SERVER (*PRINT*) Jean Boykeuich | TITLE Special Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Delaware Secretary of State 401 Federal Street Dover DE 19901

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5/22/07
Date

Signature of Server

15 E North Street
Dover DE 19901
Address of Server

---

[(1)] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

644909-1

# EXHIBIT B

# THE BAYARD FIRM
A T T O R N E Y S

222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899
ZIP CODE FOR DELIVERIES: 19801

MERITAS LAW FIRMS WORLDWIDE
www.bayardfirm.com
302-655-5000
(FAX) 302-658-6395
WRITER'S DIRECT ACCESS

(302) 429-4208
rkirk@bayardfirm.com

May 22, 2007

REGISTERED MAIL
RETURN RECEIPT REQUESTED

Chi Mei Optoelectronics Corporation
No. 3, Sec. 1, Huanshi Road
Southern Taiwan Science Park
Sihshih Township, Tainan County
74147 Taiwan, R.O.C.

      RE:    *LG.Philips LCD Co., Ltd. v. Chi Mei Optoelectronics Corporation, et al.*
              *C.A. No. 06-726 (D.Del.)*

Ladies and Gentlemen:

    In accordance with the provisions of 10 Del. C. § 3104, we enclose copies of the Summons and the First Amended Complaint for Patent Infringement and Demand for Jury Trial served upon Chi Mei Optoelectronics Corporation by serving the Secretary of State of Delaware. Such service was made on May 22, 2007.

    Under the provisions of 10 Del. C. § 3104, service of summons and the first amended complaint upon the Secretary of State of Delaware is as effectual to all intents and purposes as if it had been made upon you personally within the State of Delaware.

    We suggest you deliver these papers immediately to your attorney.

                              Very truly yours,

                              Richard D. Kirk

RDK/tn
Enclosures
File No. 31066-3

646414-1

# EXHIBIT C

| Registered No. RR 366 000 242 US | | Date Stamp |
|---|---|---|
| Reg. Fee $ 9⁵⁰ | Special Delivery $ | |
| Handling Charge $ | Return Receipt $ | WILMINGTON ROONEY CO STA MAY 24 2007 |
| Postage $ 15¹⁰ | Restricted Delivery $ | |
| Received by [signature] | | Domestic Insurance Is Limited To $25,000; International Indemnity Is Limited (See Reverse) |
| Customer Must Declare Full Value $ | ☐ With Postal Insurance<br>☐ Without Postal Insurance | |

**To Be Completed By Customer** (Please Print) All Entries Must Be in Ballpoint or Typed

FROM: Richard Kirk % The Bayard Firm
222 Delaware Ave ST 900
Wilmington DE 19801

TO: Chi Mei Optoelectronics Corp
No 3 Sec 1 Huans: Road
Southern Taiwan Science Park
Sinshih Township Tainan County
74147 Taiwan ROC

PS Form 3806, February 1995    Receipt for Registered Mail    (Customer Copy)
(See Information on Reverse)

# CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on May 25, 2007, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Edmond D. Johnson
Thomas H. Kovach
Pepper Hamilton LLP
1313 Market Street, Suite 5100
PO Box 1709
Wilmington, DE  19899-1709

Karen L. Pascale
John W. Shaw
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391

Philip A. Rovner
Dave E. Moore
Potter Anderson & Corroon LLP
1313 North Market Street
Wilmington, DE  19899-0951

William E. Manning
Jennifer M. Becnel-Guzzo
Buchanan Ingersoll & Rooney
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE  19801

The undersigned counsel further certifies that copies of the foregoing document were sent by email to the above counsel on May 25, 2007, and will be sent by hand on May 25, 2007, and were sent by email on May 25, 2007, and will be sent by first class mail on May 25, 2007, to the following non-registered participants:

John N. Zarian
Samia McCall
Matthew D. Thayne
J. Walter Sinclair
Stoel Rives LLP
101 S. Capitol Blvd., Suite 1900
Boise, ID  83702

Vincent K. Yip
Peter J. Wied
Jay C. Chiu
Paul, Hastings, Janofsky & Walker LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, CA  90071

656846-1

Kenneth R. Adamo
Robert C. Kahrl
Arthur P. Licygiewicz
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190

Bryan J. Sinclair
Karineh Khachatourian
Buchanan Ingersoll & Rooney
333 Twin Dolphin Drive
Redwood Shores, CA 94065-1418

/s/ Richard D. Kirk (rk922)
Richard D. Kirk

656846-1