IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD, <br><br> Plaintiff, <br><br> v. <br><br> CHI MEI OPTOELECTRONICS CORPORATION; AU OPTRONICS CORPORATION; AU OPTRONICS CORPORATION AMERICA; TATUNG COMPANY; TATUNG COMPANY OF AMERICA, INC.; AND VIEWSONIC CORPORATION, <br><br> Defendants. | Civil Action No. 06-726-JJF <br><br> DEMAND FOR JURY TRIAL |

### DEFENDANTS TATUNG COMPANY AND TATUNG COMPANY OF AMERICA'S MOTION FOR A MORE DEFINITE STATEMENT

Defendants Tatung Company and Tatung Company of America (the "Tatung Defendants"), by and through their undersigned counsel, and for the reasons set forth in the accompanying Opening Memorandum in Support of this motion, hereby move this Court for an Order, pursuant to Fed. R. Civ. P. 12(e), requiring a more definite statement of the claims asserted against the Tatung Defendants. A form of order is attached hereto.

Dated: June 5, 2007

Respectfully submitted,

BUCHANAN INGERSOLL & ROONEY

William E. Manning, Esq. (#697)
Jennifer M. Becnel-Guzzo, Esq. (#4492)
1000 West Street, Suite 1410
Wilmington, DE 19801
(302) 552-4200
(302) 552-4295 (facsimile)
william.manning@bipc.com
jennifer.becnelguzzo@bipc.com

Of Counsel:

BUCHANAN INGERSOLL & ROONEY LLP
Bryan J. Sinclair, Esq. (*pro hac vice*)
Karineh Khachatourian, Esq. (*pro hac vice*)
Jeffrey M. Ratinoff, Esq. (*pro hac vice*)
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065-1418
Telephone: (650) 622-2300
Facsimile: (650) 622-2499
Email: bryan.sinclair@bipc.com
Email: karineh.khachatourian@bipc.com
Email: jeffrey.ratinoff@bipc.com

-And-

USASIA LAW, APC
Joseph S. Wu, Esq. (*pro hac vice*)
5670 La Jolla Blvd
La Jolla, CA 92037
Telephone: (858) 454-8588
Facsimile: (858) 454-4314
Email: jwulawyer@gmail.com

-And-

X-PATENTS, APC
Jonathan Hangartner, Esq. (*pro hac vice*)
5670 La Jolla Blvd
La Jolla, CA 92037
Telephone: (858) 454-4313
Facsimile: (858) 454-4314
Email: jon@x-patents.com

*Attorneys for Defendants Tatung Company and Tatung Company of America*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD, | Civil Action No. 06-726-JJF |
| Plaintiff, | DEMAND FOR JURY TRIAL |
| v. | |
| CHI MEI OPTOELECTRONICS CORPORATION; AU OPTRONICS CORPORATION; AU OPTRONICS CORPORATION AMERICA; TATUNG COMPANY; TATUNG COMPANY OF AMERICA, INC.; AND VIEWSONIC CORPORATION, | |
| Defendants. | |

### NOTICE OF MOTION

PLEASE TAKE NOTICE that Defendants Tatung Company and Tatung Company of America's Motion for a More Definite Statement will be presented to the Court on July 13, 2007 at 10:00 a.m.

Dated: June 5, 2007

BUCHANAN INGERSOLL & ROONEY

William E. Manning, Esq. (#697)
Jennifer M. Becnel-Guzzo, Esq. (#4492)
1000 West Street, Suite 1410
Wilmington, DE 19801
(302) 552-4200
(302) 552-4295 (facsimile)
william.manning@bipc.com
jennifer.becnelguzzo@bipc.com

Of Counsel:

BUCHANAN INGERSOLL & ROONEY LLP
Bryan J. Sinclair, Esq. (*pro hac vice*)
Karineh Khachatourian, Esq. (*pro hac vice*)
Jeffrey M. Ratinoff, Esq. (*pro hac vice*)
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065-1418

Telephone: (650) 622-2300
Facsimile: (650) 622-2499
Email: bryan.sinclair@bipc.com
Email: karineh.khachatourian@bipc.com
Email: jeffrey.ratinoff@bipc.com

-And-

USASIA LAW, APC
Joseph S. Wu, Esq. (*pro hac vice*)
5670 La Jolla Blvd
La Jolla, CA 92037
Telephone: (858) 454-8588
Facsimile: (858) 454-4314
Email: jwulawyer@gmail.com

-And-

X-PATENTS, APC
Jonathan Hangartner, Esq. (*pro hac vice*)
5670 La Jolla Blvd
La Jolla, CA 92037
Telephone: (858) 454-4313
Facsimile: (858) 454-4314
Email: jon@x-patents.com

*Attorneys for Defendants Tatung Company and Tatung Company of America*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD, <br><br>       Plaintiff, <br><br> v. <br><br> CHI MEI OPTOELECTRONICS CORPORATION; AU OPTRONICS CORPORATION; AU OPTRONICS CORPORATION AMERICA; TATUNG COMPANY; TATUNG COMPANY OF AMERICA, INC.; AND VIEWSONIC CORPORATION, <br><br>       Defendants. | Civil Action No. 06-726-JJF <br><br> DEMAND FOR JURY TRIAL |

## ORDER

  **AND NOW,** the Court, this \_\_\_\_\_ day of _____, upon consideration of Defendants Tatung Company and Tatung Company of America's Motion for a More Definite Statement does hereby **ORDER**:

  (1) Defendants Tatung Company and Tatung Company of America's Motion for a More Definite Statement is **GRANTED**; and

  (2) Plaintiff shall file an amended complaint within \_\_\_\_ days of the entry of this Order providing a more definite statement of the claims asserted against Defendants Tatung Company and Tatung Company of America.

               **IT IS SO ORDERED:**


               _____
               The Honorable Joseph J. Farnan, Jr.

#1007538-v1