**Buchanan Ingersoll ▲ Rooney** PC
Attorneys & Government Relations Professionals

**William E. Manning**
302 552 4210
william.manning@bipc.com

The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801-1054
T 302 552 4200
F 302 552 4295
www.buchananingersoll.com

June 12, 2007

**VIA CM/ECF**

Ms. Deborah Krett
Case Manager
United States District Court
844 North King Street, Lock Box 27
Wilmington, DE 19801

   Re: *LG.Philips LCD Co. Ltd. v. Chi Mei Optoelectronics Corp., et al.*
      **Case No. 06-726-JJF**

Dear Ms. Krett:

  We represent Defendants Tatung Company and Tatung Company of America (the "Tatung Defendants") and, with this letter, I ask that you reconsider the June 11 decision to strike our June 5 Motion For a More Definite Statement (the "Motion") (D. I. 70). We understand that the Motion was stricken for two reasons: 1) failure to comply with the 30-day requirement set forth in His Honor's Standing Order; and 2) failure to e-mail a copy of the Notice of Motion to Chambers. We apologize for that latter oversight and have included a copy of the Notice with this letter.

  With respect to the timing of our Motion, we do not understand how we might have complied with the 30-day requirement in the Standing Order while simultaneously meeting our June 5 deadline for the Motion. While such a motion is expressly permitted under Fed. R. Civ. P. 12(e), it was required to be filed on or before June 5 – the date the answer was otherwise due. Thus, although the Motion is non-dispositive, we were unable comply with the Court's Standing Order and wait until a date that was within the 30 days of the next motion day.

  Accordingly, we request that our motion be reinstated and seek your guidance on how to deal with this type of issue in the future. While a party in our position may have no relief from the deadline for the answer, we would be happy to postpone the filing of the Notice of Motion until the 30-day period prior to the next motion day or follow whatever other guidance you might have. However, while we doubt that the Plaintiff will move for the entry of a default judgment, it is important that the record reflect that our Motion was timely filed.

**Buchanan Ingersoll ▲ Rooney** PC

Pennsylvania :: New York :: Washington, DC :: Virginia :: Florida :: New Jersey :: Delaware :: Ohio :: California

June 12, 2007
Page - 2 -

I look forward to hearing from you.

Respectfully,

William E. Manning (#697)

Enclosure
WEM/psr
cc:    Counsel of Record
       Clerk of Court

#1007657-v1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD,<br><br>Plaintiff,<br><br>v.<br><br>CHI MEI OPTOELECTRONICS CORPORATION; AU OPTRONICS CORPORATION; AU OPTRONICS CORPORATION AMERICA; TATUNG COMPANY; TATUNG COMPANY OF AMERICA, INC.; AND VIEWSONIC CORPORATION,<br><br>Defendants. | Civil Action No. 06-726-JJF<br><br>DEMAND FOR JURY TRIAL |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that Defendants Tatung Company and Tatung Company of America's Motion for a More Definite Statement will be presented to the Court on July 13, 2007 at 10:00 a.m.

Dated: June 5, 2007

BUCHANAN INGERSOLL & ROONEY

William E. Manning, Esq. (#697)
Jennifer M. Becnel-Guzzo, Esq. (#4492)
1000 West Street, Suite 1410
Wilmington, DE 19801
(302) 552-4200
(302) 552-4295 (facsimile)
william.manning@bipc.com
jennifer.becnelguzzo@bipc.com

Of Counsel:

BUCHANAN INGERSOLL & ROONEY LLP
Bryan J. Sinclair, Esq. (*pro hac vice*)
Karineh Khachatourian, Esq. (*pro hac vice*)
Jeffrey M. Ratinoff, Esq. (*pro hac vice*)
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065-1418

Telephone: (650) 622-2300
Facsimile: (650) 622-2499
Email: bryan.sinclair@bipc.com
Email: karineh.khachatourian@bipc.com
Email: jeffrey.ratinoff@bipc.com

-And-

USASIA LAW, APC
Joseph S. Wu, Esq. (*pro hac vice*)
5670 La Jolla Blvd
La Jolla, CA 92037
Telephone: (858) 454-8588
Facsimile: (858) 454-4314
Email: jwulawyer@gmail.com

-And-

X-PATENTS, APC
Jonathan Hangartner, Esq. (*pro hac vice*)
5670 La Jolla Blvd
La Jolla, CA 92037
Telephone: (858) 454-4313
Facsimile: (858) 454-4314
Email: jon@x-patents.com

*Attorneys for Defendants Tatung Company and Tatung Company of America*