UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> CHI MEI OPTOELECTRONICS CORPORATION, et al. <br><br> Defendants. | Civil Action No.  06-726 (JJF) |

**PLAINTIFF'S ALTERNATIVE MOTION FOR LEAVE TO USE DISCOVERY OR, IN THE FURTHER ALTERNATIVE, TO CONDUCT JURISDICTIONAL DISCOVERY**

Plaintiff LG.Philips LCD Co., Ltd. ("LPL") respectfully moves this Court for an order permitting LPL to use the jurisdictional discovery obtained in the matter of *Commissariat à l'Energie Atomique v. Samsung Electronics Co., et al.,* Case No. 03-484-MPT (the "CEA Litigation") in order to further establish this Court's jurisdiction over Defendant Chi Mei Optoelectronics ("CMO").  On April 6, 2007, CMO filed a Motion to Dismiss for Lack of Personal Jurisdiction and Insufficiency of Service of Process (D.I. 19).  Although LPL believes that it has sufficiently demonstrated that CMO's motion to dismiss should be denied, LPL requests, in the alternative, that it be permitted to use the jurisdictional discovery produced in the CEA Litigation, to which CMO was a party, to further establish CMO's jurisdictional contacts. In the further alternative, LPL requests that it be permitted to take jurisdictional discovery because it has sufficiently demonstrated that its claims against CMO are meritorious and that jurisdiction does exist against CMO.  Jurisdictional discovery will further establish that this Court may exercise jurisdiction over CMO.

663145-1

LPL therefore requests that it be allowed to use the documents produced in the CEA Litigation, and that CMO be ordered to supplement its April 2005 production or, in the further alternative, that LPL be allowed to conduct jurisdictional discovery from CMO and obtain discovery from third-parties that have information relevant to personal jurisdiction over CMO in order to supplement the evidence supporting this Court's personal jurisdiction over CMO.

The factual and legal support for this motion are set forth in the accompanying brief, the Declaration of Ashley B. Stitzer and the exhibits attached thereto, which have been simultaneously filed and served with this motion.

June 18, 2007                                              THE BAYARD FIRM

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk (#0922)
Ashley B. Stitzer (#3891)
222 Delaware Avenue, 9th Floor
P.O. Box 25130
Wilmington, DE 19899-5130
(302) 655-5000
rkirk@bayardfirm.com

Attorneys for Plaintiff LG.Philips LCD Co., Ltd.

OF COUNSEL:

Gaspare J. Bono
R. Tyler Goodwyn
Lora A. Brzezynski
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, D.C. 20006
(202) 496-7500

663145-1                                              2

# CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on June 18, 2007, she served the foregoing documents by email and by hand upon the following counsel:

Edmond D. Johnson
Thomas H. Kovach
Pepper Hamilton LLP
1313 Market Street, Suite 5100
PO Box 1709
Wilmington, DE 19899-1709

Karen L. Pascale
John W. Shaw
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

Philip A. Rovner
Dave E. Moore
Potter Anderson & Corroon LLP
1313 North Market Street
Wilmington, DE 19899-0951

William E. Manning
Jennifer M. Becnel-Guzzo
Buchanan Ingersoll & Rooney
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801

The undersigned counsel further certifies that, on June 18, 2007, she served the foregoing documents by email and by U.S. Mail upon the following counsel:

John N. Zarian
Samia McCall
Matthew D. Thayne
J. Walter Sinclair
Stoel Rives LLP
101 S. Capitol Blvd., Suite 1900
Boise, ID 83702

Vincent K. Yip
Peter J. Wied
Jay C. Chiu
Paul, Hastings, Janofsky & Walker LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, CA 90071

Kenneth R. Adamo
Robert C. Kahrl
Arthur P. Licygiewicz
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190

Bryan J. Sinclair
Karineh Khachatourian
Buchanan Ingersoll & Rooney
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065-1418

/s/ Richard D. Kirk (rk922)
Richard D. Kirk

656846-1