**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD., | |
| Plaintiff, | |
| v. | Civil Action No. 06-726 (JJF) |
| CHI MEI OPTOELECTRONICS CORPORATION, et al. | |
| Defendants. | |

**LOCAL RULE 7.1.1 STATEMENT IN SUPPORT OF PLAINTIFF'S ALTERNATIVE MOTION FOR LEAVE TO USE DISCOVERY OR, IN THE FURTHER ALTERNATIVE, TO CONDUCT JURISDICTIONAL DISCOVERY**

The undersigned attorney for plaintiff, LG. Philips LCD Co., LTD ("LG"), hereby states, pursuant to Local Rule 7.1.1, that LG's attorneys have made a reasonable effort to reach agreement with opposing counsel on the matters set forth in the Motion For Leave To Use Discovery Or, In The Further Alternative, To Conduct Jurisdictional Discovery (the "Motion"), as set forth in the accompanying Opening Brief in Support of the Motion, but that agreement was not forthcoming.

June 19, 2007

THE BAYARD FIRM

_/s/ Richard D. Kirk_
Richard D. Kirk (rk0922)
Ashley B. Stitzer (as3891)
222 Delaware Avenue, Suite 900
Wilmington, DE 19899-5130
(302) 655-5000
rkirk@bayardfirm.com
astitzer@bayardfirm.com
Counsel for plaintiff,
LG. Philips LCD CO., LTD.

663252-1

# CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on June 19, 2007, she served the foregoing documents by email and by hand upon the following counsel:

| | |
|---|---|
| Edmond D. Johnson<br>Thomas H. Kovach<br>Pepper Hamilton LLP<br>1313 Market Street, Suite 5100<br>PO Box 1709<br>Wilmington, DE  19899-1709 | Karen L. Pascale<br>John W. Shaw<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE  19899-0391 |
| Philip A. Rovner<br>Dave E. Moore<br>Potter Anderson & Corroon LLP<br>1313 North Market Street<br>Wilmington, DE  19899-0951 | William E. Manning<br>Jennifer M. Becnel-Guzzo<br>Buchanan Ingersoll & Rooney<br>The Brandywine Building<br>1000 West Street, Suite 1410<br>Wilmington, DE  19801 |

The undersigned counsel further certifies that, on June 19, 2007, she served the foregoing documents by email and by U.S. Mail upon the following counsel:

| | |
|---|---|
| John N. Zarian<br>Samia McCall<br>Matthew D. Thayne<br>J. Walter Sinclair<br>Stoel Rives LLP<br>101 S. Capitol Blvd., Suite 1900<br>Boise, ID  83702 | Vincent K. Yip<br>Peter J. Wied<br>Jay C. Chiu<br>Paul, Hastings, Janofsky & Walker LLP<br>515 South Flower Street<br>Twenty-Fifth Floor<br>Los Angeles, CA   90071 |
| Kenneth R. Adamo<br>Robert C. Kahrl<br>Arthur P. Licygiewicz<br>Jones Day<br>North Point<br>901 Lakeside Avenue<br>Cleveland, OH  44114-1190 | Bryan J. Sinclair<br>Karineh Khachatourian<br>Buchanan Ingersoll & Rooney<br>333 Twin Dolphin Drive, Suite 700<br>Redwood Shores, CA  94065-1418 |

/s/ Richard D. Kirk (rk922)
Richard D. Kirk

656846-1