IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG. PHILIPS LCD CO., LTD.,<br><br>   Plaintiff,<br><br>v.<br><br>CHI MEI OPTOELECTRONICS CORPORATION; AU OPTRONICS CORPORATION; AU OPTRONICS CORPORATION OF AMERICA; TATUNG COMPANY; TATUNG COMPANY OF AMERICA, INC.; AND VIEWSONIC CORPORATION,<br><br>   Defendants. | § § § § § § § § § § § § § § § §<br><br>C.A. No. 06-726-JJF |
| AU OPTRONICS CORPORATION,<br><br>   Plaintiff,<br><br>v.<br><br>LG. PHILIPS LCD CO., LTD. and LG. PHILIPS LCD AMERICA, INC.<br><br>   Defendants. | § § § § § § § § § § § §<br><br>C.A. No. 07-357-JJF |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that AU Optronics Corporation ("AUO"), AU Optronics Corporation America ("AUOA"), LG.Philips LCD Co., Ltd. ("LPL"), and LG.Philips LCD America, Inc. ("LPLA") (collectively, "movants") will present their Joint Motion to Consolidate on July 13, 2007, at 10:00 a.m., or as soon thereafter as convenient to the Court.

The movants are waiving their right of reply on the motion to consolidate, in order that briefing may be completed by July 11, in accordance with Judge Farnan's standing order on the procedure for filing non-dispositive motions in patent cases.

Dated:  June 26, 2007

| YOUNG CONAWAY STARGATT & TAYLOR LLP | THE BAYARD FIRM |
|---|---|
| */s/ Karen L. Pascale* | */s/ Ashley B. Stitzer* |

Richard H. Morse (#531) [rmorse@ycst.com]
John W. Shaw (#3362) [jshaw@ycst.com]
Karen L. Pascale (#2903) [kpascale@ycst.com]
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600

OF COUNSEL:

**PAUL HASTINGS JANOFSKY & WALKER LLP**
Vincent K. Yip
Terry D. Garnett
Peter J. Wied
Jay C. Chiu
Hua Chen
515 South Flower Street, 25th Floor
Los Angeles, CA  90071
(213) 683-6000

**WILSON SONSINI GOODRICH & ROSATI, P.C.**
Ron E. Shulman
Julie M. Holloway
650 Page Mill Road
Palo Alto, California 94304-1050
(650) 493-9300

M. Craig Tyler
Brian D. Range
8911 Capital of Texas Highway North
Westech 360, Suite 3350
Austin, Texas 78759-8497
(512) 338-5400

*Attorneys for AU Optronics Corporation and
AU Optronics Corporation America*

Richard D. Kirk (#0922)
Ashley B. Stitzer (#3891)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899
(302) 655-5000

OF COUNSEL:

**MCKENNA LONG & ALDRIDGE LLP**
Gaspare J. Bono
R. Tyler Goodwyn
Lora A. Brzezynski
1900 K Street, NW
Washington, D.C. 20006
(202) 496-7500

*Attorneys for LG.Philips LCD Co., Ltd., and
LG.Philips LCD America, Inc.*

## CERTIFICATE OF SERVICE

I, Karen L. Pascale, Esquire, hereby certify that on June 26, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Richard D. Kirk [rkirk@bayardfirm.com]
>Ashley B. Stitzer [astitzer@bayardfirm.com]
>THE BAYARD FIRM
>222 Delaware Avenue, Suite 900
>P.O. Box. 25130
>Wilmington, DE 19899-5130
>(302) 655-5000
>   *Attorneys for LG.Philips LCD Co., Ltd. and LG.Philips LCD America, Inc.*

>Philip A. Rovner [provner@potteranderson.com]
>David E. Moore [dmoore@potteranderson.com]
>POTTER, ANDERSON & CORROON
>6th Floor, Hercules Plaza
>1313 N. Market Street
>Wilmington, DE 19801
>   *Attorneys for Chi Mei Optoelectronics Corporation*

>William E. Manning  [william.manning@bipc.com]
>Jennifer M. Becnel-Guzzo [jennifer.becnelguzzo@bipc.com]
>BUCHANAN INGERSOLL & ROONEY
>The Brandywine Building
>1000 West Street, Suite 1410
>Wilmington, DE 19801
>(302) 552-4200
>   *Attorneys for Tatung Company and Tatung Company of America, Inc.*

>Edmond D. Johnson [johnsone@pepperlaw.com]
>PEPPER HAMILTON LLP
>1313 Market Street, Suite 5100
>P.O. Box 1709
>Wilmington, DE 19899-1709
>   *Attorneys for ViewSonic Corporation*

I further certify that I caused a copy of the foregoing document to be served by e-mail and hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

***By E-mail***

Gaspare J. Bono [gbono@mckennalong.com]
Matthew T. Bailey [mbailey@mckennalong.com]
R. Tyler Goodwyn, IV [tgoodwyn@mckennalong.com]
Lora A. Brzezynski [lbrzezynski@mckennalong.com]
Cass W. Christenson [cchristenson@mckennalong.com]
MCKENNA LONG & ALDRIDGE LLP
1900 K Street, NW
Washington, DC 20006
(202) 496-7500
   *Attorneys for LG.Philips LCD Co., Ltd. and LG.Philips LCD America, Inc.*

Kenneth R. Adamo [kradamo@jonesday.com]
Robert C. Kahrl [rckahrl@jonesday.com]
Arthur P. Licygiewicz [aplicygiewicz@jonesday.com]
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190
(216) 586-3939
   *Attorneys for Chi Mei Optoelectronics Corporation*

Bryan J. Sinclair [bryan.sinclair@bipc.com]
Karineh Khachatourian [karineh.khachatourian@bipc.com]
BUCHANAN INGERSOLL & ROONEY
333 Twin Dolphin Drive
Redwood Shores, CA 94065-1418
(650) 622-2300
   *Attorneys for Tatung Company and Tatung Company of America, Inc.*

John N. Zarian [jnzarian@stoel.com]
Samia E. McCall [semccall@stoel.com]
Matthew D. Thayne [mdthayne@stoel.com]
STOEL RIVES LLP
101 S. Capitol Blvd., Suite 1900
Boise, ID 83702
(208) 389-9000
   *Attorneys for ViewSonic Corporation*

Young Conaway Stargatt & Taylor LLP

June 26, 2007

/s/ *Karen L. Pascale*
John W. Shaw (No. 3362) *[jshaw@ycst.com]*
Karen L. Pascale (No. 2903) *[kpascale@ycst.com]*
The Brandywine Building
1000 West St., 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Phone: 302-571-6600
   *Attorneys for AU Optronics Corporation
   and AU Optronics Corporation America*

3