# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

LG.PHILIPS LCD CO., LTD.,

        Plaintiff,

v.

CHI MEI OPTOELECTRONICS
CORPORATION; CHI MEI
OPTOELECTRONICS USA, INC.; AU
OPTRONICS CORPORATION; AU
OPTRONICS CORPORATION AMERICA;
TATUNG COMPANY; TATUNG COMPANY
OF AMERICA, INC.; AND VIEWSONIC
CORPORATION,

        Defendants.

Civil Action No. 1:06-cv-00726-JJF

## DECLARATION OF ASHLEY B. STITZER IN SUPPORT OF PLAINTIFF LG.PHILIPS LCD CO., LTD.'S ANSWERING BRIEF IN OPPOSITION TO DEFENDANTS TATUNG COMPANY'S AND TATUNG COMPANY OF AMERICA'S RENEWED MOTION FOR A MORE DEFINITE STATEMENT

I, Ashley B. Stitzer, hereby depose and state:

    1.    I am an attorney with The Bayard Firm, which has an office at 222 Delaware Avenue, 9th Floor, Wilmington, Delaware 19899-5130. The Bayard Firm is counsel for Plaintiff LG.Philips LCD Co., LTD. ("LG.Philips") with respect to the instant action. I am admitted to the Bar of the State of Delaware.

    2.    I make this Declaration in support of LG.Philips's Answering Brief in Opposition to Defendants Tatung Company's and Tatung Company of America's Renewed Motion for a More Definite Statement, filed contemporaneously with this Declaration. I am fully familiar with the facts contained therein and fully familiar with the documents described herein.

3.       Attached to this Declaration as **Exhibit 1** is a true and correct copy of excerpts from the civil docket for the case brought by LG.Philips against Defendants Tatung Company and Tatung Company of America ("the Tatung Defendants") on December 1, 2006 in the U.S. District Court for the District of Delaware, Civ. A. No. 06-00726.  These docket excerpts were printed on June 22, 2007 from the PACER website for the District of Delaware.

4.       Attached to this Declaration as **Exhibit 2** is a true and correct copy of the Standing Order regarding the procedure for filing non-case dispositive motions in patent cases, issued by the Hon. Joseph J. Farnan, Jr. of the U.S. District Court for the District of Delaware on December 15, 2006.

5.       Attached to this Declaration as **Exhibit 3** is a true and correct copy of excerpts from the civil docket for the case brought by LG.Philips against the Tatung Defendants on December 1, 2006 in the U.S. District Court for the District of Delaware, Civ. A. No. 06-00726.  These docket excerpts were printed on June 22, 2007 from the PACER website for the District of Delaware.

6.       Attached to this Declaration as **Exhibit 4** is a true and correct copy of excerpts from the civil docket for the case brought by LG.Philips against the Tatung Defendants on December 1, 2006 in the U.S. District Court for the District of Delaware, Civ. A. No. 06-00726.  These docket excerpts were printed on June 22, 2007 from the PACER website for the District of Delaware.

7.       Attached to this Declaration as **Exhibit 5** is a true and correct copy of correspondence from Mr. Richard D. Kirk, counsel for LG.Philips, to counsel for Defendants in this case, dated May 22, 2007.

663906-1

8.    Attached to this Declaration as **<u>Exhibit 6</u>** is a true and correct copy of the complaint for patent infringement filed by LG.Philips against the Tatung Defendants on August 29, 2002 in the U.S. District Court for the Central District of California, Civ. A. No. 02-6775.  This complaint alleges, *inter alia*, infringement of United States Patent No. 4,624,737 and United States Patent No. 5,825,449.  The exhibit does not include the attachments to the complaint.

9.    Attached to this Declaration as **<u>Exhibit 7</u>** is a true and correct copy of the complaint for patent infringement filed by LG.Philips against the Tatung Defendants on May 13, 2005 in the U.S. District Court for the District of Delaware, Civ. A. No. 05-00292.  This complaint alleges, *inter alia*, infringement of United States Patent No. 5,019,002.  The exhibit does not include the attachments to the complaint.

10.    Attached to this Declaration as **<u>Exhibit 8</u>** is a true and correct copy of excerpts from the civil docket for the case brought by LG.Philips against the Tatung Defendants on August 29, 2002 in the U.S. District Court for the Central District of California, Civ. A. No. 02-6775.  These docket excerpts were printed on June 20, 2007 from the PACER website for the Central District of California.

11.    Attached to this Declaration as **<u>Exhibit 9</u>** is a true and correct copy of excerpts from the civil docket for the case brought by LG.Philips against the Tatung Defendants on May 13, 2005 in the U.S. District Court for the District of Delaware, Civ. A. No. 05-00292.  These docket excerpts were printed on June 27, 2007 from the PACER website for the District of Delaware.

663906-1

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 27th day of June, 2007.


June 27, 2007                                    THE BAYARD FIRM


                                                 /s/ Ashley B. Stitzer (as3891)
                                                 Richard D. Kirk (#0922)
                                                 Ashley B. Stitzer (#3891)
                                                 222 Delaware Avenue, 9th Floor
                                                 P.O. Box 25130
                                                 Wilmington, DE 19899-5130
                                                 (302) 655-5000
                                                 rkirk@bayardfirm.com
                                                 astitzer@bayardfirm.com

                                                 Attorneys for Plaintiff LG.Philips LCD Co., Ltd.

OF COUNSEL:
Gaspare J. Bono
Song K. Jung
R. Tyler Goodwyn, IV
Lora A. Brzezynski
McKenna Long & Aldridge LLP
1900 K Street, N.W.
Washington, D.C.  20006
(202) 496-7500

663906-1

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on June 27, 2007, she served the foregoing

documents by email and by hand upon the following counsel:

Edmond D. Johnson
Thomas H. Kovach
Pepper Hamilton LLP
1313 Market Street, Suite 5100
PO Box 1709
Wilmington, DE  19899-1709

Karen L. Pascale
John W. Shaw
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391

Philip A. Rovner
Dave E. Moore
Potter Anderson & Corroon LLP
1313 North Market Street
Wilmington, DE  19899-0951

William E. Manning
Jennifer M. Becnel-Guzzo
Buchanan Ingersoll & Rooney
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE  19801

The undersigned counsel further certifies that, on June 27, 2007, she served the

foregoing documents by email and by U.S. Mail upon the following counsel:

John N. Zarian
Samia McCall
Matthew D. Thayne
J. Walter Sinclair
Stoel Rives LLP
101 S. Capitol Blvd., Suite 1900
Boise, ID  83702

Vincent K. Yip
Peter J. Wied
Jay C. Chiu
Paul, Hastings, Janofsky & Walker LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, CA   90071

Kenneth R. Adamo
Robert C. Kahrl
Arthur P. Licygiewicz
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH  44114-1190

Bryan J. Sinclair
Karineh Khachatourian
Buchanan Ingersoll & Rooney
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA  94065-1418

/s/ Ashley B. Stitzer, (as3891)
Ashley B. Stitzer

# Exhibit 1

PATENT

# U.S. District Court
## District of Delaware (Wilmington)
### CIVIL DOCKET FOR CASE #: 1:06-cv-00726-JJF

LG.Philips LCD Co. Ltd. v. Chi Mei Optoelectronics
Corporation et al
Assigned to: Honorable Joseph J. Farnan, Jr.
Related Cases: 1:05-cv-00292-JJF
              1:07-cv-00357-JJF
Cause: 35:271 Patent Infringement

Date Filed: 12/01/2006
Jury Demand: Both
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Plaintiff**

**LG.Philips LCD Co. Ltd.**                    represented by **Ashley Blake Stitzer**
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
(302) 655-5000
Email: astitzer@bayardfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard D. Kirk**
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
(302) 655-5000
Email: bankserve@bayardfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Karen L. Pascale**
Young Conaway Stargatt & Taylor, LLP

The Brandywine Bldg., 17th Fl.
1000 West Street
Wilmington, DE 19801
302-571-6600
Email: kpascale@ycst.com

V.

**Defendant**

**Chi Mei Optoelectronics Corporation**         represented by **Philip A. Rovner**
Potter Anderson & Corroon, LLP

| | | Attorney John N. Zarian, Samia McCall, Matthew D. Thayne, and J. Walter Sinclair filed by Viewsonic Corporation. Signed by Judge Joseph J. Farnan, Jr. on 4/10/2007. (lec) (Entered: 04/11/2007) |
|---|---|---|
| 04/11/2007 | 28 | STIPULATION TO EXTEND TIME Stipulation and Agreement Not to Contest Personal Jurisdiction or Sufficiency of Process or Sufficiency of Service of Process and to Extend Time to Respond to the Complaint to June 5, 2007 - filed by LG.Philips LCD Co. Ltd., Au Optronics Corporation, AU Optronics Corporation America. (Pascale, Karen) (Entered: 04/11/2007) |
| 04/11/2007 | 29 | First AMENDED COMPLAINT against Au Optronics Corporation, AU Optronics Corporation America- filed by LG.Philips LCD Co. Ltd.. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F)(Kirk, Richard) (Entered: 04/11/2007) |
| 04/13/2007 | | SO ORDERED D.I.28 STIPULATION TO EXTEND TIME Stipulation and Agreement Not to Contest Personal Jurisdiction or Sufficiency of Process or Sufficiency of Service of Process and to Extend Time to Respond to the Complaint to June 5, 2007 filed by LG.Philips LCD Co. Ltd., AU Optronics Corporation America, Au Optronics Corporation. Signed by Judge Joseph J. Farnan, Jr. on 4/13/2007. (lec) (Entered: 04/13/2007) |
| 04/13/2007 | | SO ORDERED D.I. 27 Stipulation filed by LG.Philips LCD Co. Ltd., Set Briefing Schedule: re19 MOTION to Dismiss for Insufficiency of Process MOTION to Dismiss for Lack of Jurisdiction Over the Person. Answering Brief due 5/22/2007. Signed by Judge Joseph J. Farnan, Jr. on 4/13/2007. (lec) (Entered: 04/13/2007) |
| 04/23/2007 | 30 | STIPULATION To Agree Not To Contest Personal Jurisdiction Or Sufficiency Of Process Or Sufficiency Of Service Of Process And To Extend Time To Respond To The Complaint by LG.Philips LCD Co. Ltd.. (Kirk, Richard) (Entered: 04/23/2007) |
| 04/25/2007 | 31 | NOTICE of Appearance by Jennifer M. Becnel-Guzzo on behalf of Tatung Company of America Inc., Tatung Company (Becnel-Guzzo, Jennifer) (Entered: 04/25/2007) |
| 04/25/2007 | 32 | NOTICE of Appearance by William E. Manning on behalf of Tatung Company of America Inc., Tatung Company (Manning, William) (Entered: 04/25/2007) |
| 04/25/2007 | 33 | MOTION for Pro Hac Vice Appearance of Attorney Jeffrey M. Ratinoff - filed by Tatung Company of America Inc., Tatung Company. (Attachments: # 1 Certification of Counsel# 2 Proposed Order)(Becnel-Guzzo, Jennifer) (Entered: 04/25/2007) |
| 04/25/2007 | 34 | MOTION for Pro Hac Vice Appearance of Attorney Karineh Khachatourian - filed by Tatung Company of America Inc., Tatung Company. (Attachments: # 1 Certification of Counsel# 2 Proposed Order) (Becnel-Guzzo, Jennifer) (Entered: 04/25/2007) |
| 04/26/2007 | | SO ORDERED D.I. 30 Stipulation filed by LG.Philips LCD Co. Ltd., |

| | | |
|---|---|---|
| | | Set/Reset Answer Deadlines: Tatung Company of America Inc. answer due 6/5/2007; Tatung Company answer due 6/5/2007. Signed by Judge Joseph J. Farnan, Jr. on 4/26/2007. (lec) (Entered: 04/27/2007) |
| 04/30/2007 | 35 | NOTICE of Notice of Withdrawal by Viewsonic Corporation re 24 Opening Brief in Support,, 23 MOTION to Stay /Defendant ViewSonic Corporation's Motion to Stay and Motion to Dismiss, or in the Alternative, for a More Definite Statement (Attachments: # 1 Certificate of Service) (Johnson, Edmond) (Entered: 04/30/2007) |
| 05/01/2007 | 36 | MOTION for Pro Hac Vice Appearance of Attorney Bryan J. Sinclair - filed by Tatung Company of America Inc., Tatung Company. (Attachments: # 1 Certification of Counsel# 2 Proposed Order)(Becnel-Guzzo, Jennifer) (Entered: 05/01/2007) |
| 05/01/2007 | 37 | MOTION to Stay re 25 Declaration,, /Defendant ViewSonic Corporation's Motion to Stay - filed by Viewsonic Corporation. (Attachments: # 1 certificate of service)(Johnson, Edmond) (Entered: 05/01/2007) |
| 05/01/2007 | 38 | MEMORANDUM in Support re 37 MOTION to Stay re 25 Declaration,, /Defendant ViewSonic Corporation's Motion to Stay filed by Viewsonic Corporation.Answering Brief/Response due date per Local Rules is 5/18/2007. (Attachments: # 1 Certificate of Service)(Johnson, Edmond) (Entered: 05/01/2007) |
| 05/01/2007 | 39 | MOTION for More Definite Statement /Defendant ViewSonic's Motion For A More Definite Statement - filed by Viewsonic Corporation. (Attachments: # 1 certificate of service)(Johnson, Edmond) (Entered: 05/01/2007) |
| 05/01/2007 | 40 | MEMORANDUM in Support re 39 MOTION for More Definite Statement /Defendant ViewSonic's Motion For A More Definite Statement filed by Viewsonic Corporation.Answering Brief/Response due date per Local Rules is 5/18/2007. (Attachments: # 1 certificate of service) (Johnson, Edmond) (Entered: 05/01/2007) |
| 05/01/2007 | 41 | MOTION to Dismiss for Failure to State a Claim - filed by Viewsonic Corporation. (Attachments: # 1 certificate of service)(Johnson, Edmond) (Entered: 05/01/2007) |
| 05/01/2007 | 42 | MEMORANDUM in Support re 41 MOTION to Dismiss for Failure to State a Claim filed by Viewsonic Corporation.Answering Brief/Response due date per Local Rules is 5/18/2007. (Attachments: # 1 certificate of service)(Johnson, Edmond) (Entered: 05/01/2007) |
| 05/01/2007 | 43 | NOTICE of MOTION by Viewsonic Corporation re 37 MOTION to Stay re 25 Declaration,, /Defendant ViewSonic Corporation's Motion to Stay, 39 MOTION for More Definite Statement /Defendant ViewSonic's Motion For A More Definite Statement (Attachments: # 1 certificate of service) (Johnson, Edmond) . (Entered: 05/01/2007) |
| 05/01/2007 | | SO ORDERED D.I. 34 MOTION for Pro Hac Vice Appearance of Attorney Karineh Khachatourian filed by Tatung Company of America Inc., Tatung Company. Signed by Judge Joseph J. Farnan, Jr. on 5/1/2007. |

# Exhibit 2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | ) |
| | ) |
| Procedure for filing non-case dispositive | ) |
| motions in patent cases | ) |

O R D E R

Please note a change of the procedure for filing non-case dispositive motions in patent cases. This procedure is effective immediately and shall be used in lieu of the discovery dispute procedure in all existing Scheduling Orders.

I.      Any non-case dispositive motion, along with an Opening Brief, shall be filed with a Notice of Motion.

II.      The Notice of Motion shall indicate the date the movant seeks to have the motion heard. The date selected shall be within 30 days of the filing of the motion and allow for briefing in accordance with the Federal and Local Rules. The Court has scheduled the following Motion Days:

> February 2, 2007 at 10:00 a.m.
> March 2, 2007 at 10:00 a.m.
> April 13, 2007 at 10:00 a.m.
> May 4, 2007 at 10:00 a.m.
> June 1, 2007 at 10:00 a.m.
> July 13, 2007 at 10:00 a.m.

III.      Upon filing of the Notice of Motion a copy of said Notice should be sent to chambers at: jjf_civil@ded.uscourts.gov.

IV.      At the motion hearing, each side is allocated twenty (20) minutes to argue and respond to questions from the Court.

December 15, 2006
DATE

UNITED STATES DISTRICT JUDGE

# Exhibit 3

PATENT

# U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:06-cv-00726-JJF

LG.Philips LCD Co. Ltd. v. Chi Mei Optoelectronics
Corporation et al
Assigned to: Honorable Joseph J. Farnan, Jr.
Related Cases: 1:05-cv-00292-JJF
              1:07-cv-00357-JJF
Cause: 35:271 Patent Infringement

Date Filed: 12/01/2006
Jury Demand: Both
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Plaintiff**

**LG.Philips LCD Co. Ltd.**

represented by **Ashley Blake Stitzer**
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
(302) 655-5000
Email: astitzer@bayardfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard D. Kirk**
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
(302) 655-5000
Email: bankserve@bayardfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Karen L. Pascale**
Young Conaway Stargatt & Taylor, LLP

The Brandywine Bldg., 17th Fl.
1000 West Street
Wilmington, DE 19801
302-571-6600
Email: kpascale@ycst.com

V.

**Defendant**

**Chi Mei Optoelectronics Corporation**

represented by **Philip A. Rovner**
Potter Anderson & Corroon, LLP

**LG.Philips LCD Co. Ltd.**

| Date Filed | # | Docket Text |
|---|---|---|
| 12/01/2006 | 1 | COMPLAINT filed with Jury Demand against Tatung Company of America Inc., Viewsonic Corporation, Chi Mei Optoelectronics Corporation, Au Optronics Corporation, AU Optronics Corporation America, Tatung Company - Magistrate Consent Notice to Pltf. ( Filing fee $ 350, receipt number 145535.) - filed by LG.Philips LCD Co. Ltd.. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Civil Cover Sheet # 5 Acknowledgement of Consent Form)(els) (Entered: 12/04/2006) |
| 12/01/2006 | 2 | Notice of Availability of a U.S. Magistrate Judge to Exercise Jurisdiction (els) (Entered: 12/04/2006) |
| 12/01/2006 | | No Summons Issued (els) (Entered: 12/04/2006) |
| 12/04/2006 | 3 | Report to the Commissioner of Patents and Trademarks for Patent/Trademark Number(s) 5,019,002; 5,825,449; 4,624,737; (els) (Entered: 12/04/2006) |
| 12/13/2006 | | Case assigned to Judge Joseph J. Farnan, Jr. Please include the initials of the Judge (JJF) after the case number on all documents filed. (rjb) (Entered: 12/13/2006) |
| 12/15/2006 | | Remark: Please note a change of the procedure for filing non-case dispositive motions in patent cases. This procedure is effective immediately and shall be used in lieu of the discovery dispute procedure in all existing Scheduling Orders. Please see Standing Order for details at: http://www.ded.uscourts.gov/JJF/CaseMgmt/ordrenondispmotions.pdf (dlk) (Entered: 12/15/2006) |
| 02/13/2007 | | Summons Issued as to Tatung Company of America Inc. on 2/13/2007; Viewsonic Corporation on 2/13/2007; Chi Mei Optoelectronics Corporation on 2/13/2007; Au Optronics Corporation on 2/13/2007; AU Optronics Corporation America on 2/13/2007; Tatung Company on 2/13/2007. (eew) (Entered: 02/13/2007) |
| 02/16/2007 | 4 | Return of Service Executed by LG.Philips LCD Co. Ltd.. AU Optronics Corporation America served on 2/15/2007, answer due 3/7/2007. (Kirk, Richard) (Entered: 02/16/2007) |
| 02/16/2007 | 5 | Return of Service Executed by LG.Philips LCD Co. Ltd.. Tatung Company served on 2/15/2007, answer due 3/7/2007. (Kirk, Richard) (Entered: 02/16/2007) |
| 02/16/2007 | 6 | Return of Service Executed by LG.Philips LCD Co. Ltd.. Au Optronics Corporation served on 2/15/2007, answer due 3/7/2007. (Kirk, Richard) (Entered: 02/16/2007) |
| 02/16/2007 | 7 | Return of Service Executed by LG.Philips LCD Co. Ltd.. Tatung Company of America Inc. served on 2/15/2007, answer due 3/7/2007. (Kirk, Richard) (Entered: 02/16/2007) |

# Exhibit 4

PATENT

**U.S. District Court**
**District of Delaware (Wilmington)**
**CIVIL DOCKET FOR CASE #: 1:06-cv-00726-JJF**


LG.Philips LCD Co. Ltd. v. Chi Mei Optoelectronics                Date Filed: 12/01/2006
Corporation et al                                                 Jury Demand: Both
Assigned to: Honorable Joseph J. Farnan, Jr.                      Nature of Suit: 830 Patent
Related Cases: 1:05-cv-00292-JJF                                  Jurisdiction: Federal Question
     1:07-cv-00357-JJF
Cause: 35:271 Patent Infringement

**Plaintiff**

**LG.Philips LCD Co. Ltd.**                 represented by **Ashley Blake Stitzer**
                                                            The Bayard Firm
                                                            222 Delaware Avenue, Suite 900
                                                            P.O. Box 25130
                                                            Wilmington, DE 19899
                                                            (302) 655-5000
                                                            Email: astitzer@bayardfirm.com
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Richard D. Kirk**
                                                            The Bayard Firm
                                                            222 Delaware Avenue, Suite 900
                                                            P.O. Box 25130
                                                            Wilmington, DE 19899
                                                            (302) 655-5000
                                                            Email: bankserve@bayardfirm.com
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Karen L. Pascale**
                                                            Young Conaway Stargatt & Taylor, LLP

                                                            The Brandywine Bldg., 17th Fl.
                                                            1000 West Street
                                                            Wilmington, DE 19801
                                                            302-571-6600
                                                            Email: kpascale@ycst.com


V.

**Defendant**

**Chi Mei Optoelectronics Corporation**      represented by **Philip A. Rovner**
                                                            Potter Anderson & Corroon, LLP

| | | |
|---|---|---|
| 05/29/2007 | 68 | REPLY BRIEF re 37 MOTION to Stay re 25 Declaration,, /Defendant ViewSonic Corporation's Motion to Stay filed by Viewsonic Corporation. (Attachments: # 1 certificate of service)(Johnson, Edmond) (Entered: 05/29/2007) |
| 05/29/2007 | 69 | REPLY BRIEF re 39 MOTION for More Definite Statement /Defendant ViewSonic's Motion For A More Definite Statement filed by Viewsonic Corporation. (Attachments: # 1 certifcate of service)(Johnson, Edmond) (Entered: 05/29/2007) |
| 05/31/2007 | | SO ORDERED D.I. 65 Joint STIPULATION TO EXTEND TIME time for Chi Mei Optoelectronics Corporation to file reply brief re Motion to Dismiss for Lack of Personal Jurisdiction (D.I. 19) to June 15, 2007 filed by Chi Mei Optoelectronics Corporation, Set Briefing Schedule: re19 MOTION to Dismiss for Insufficiency of Process MOTION to Dismiss for Lack of Jurisdiction Over the Person. Reply Brief due 6/15/2007. Signed by Judge Joseph J. Farnan, Jr. on 5/31/2007. (lec) (Entered: 05/31/2007) |
| 06/05/2007 | 70 | MOTION for More Definite Statement - filed by Tatung Company of America Inc., Tatung Company. (Attachments: # 1 Notice of Motion-Motion to be presented to the Court on July 13, 2007 at 10:00 a.m.# 2 Proposed Order)(Manning, William) (Entered: 06/05/2007) |
| 06/05/2007 | 71 | OPENING BRIEF in Support re 70 MOTION for More Definite Statement filed by Tatung Company of America Inc., Tatung Company.Answering Brief/Response due date per Local Rules is 6/22/2007. (Attachments: # 1 Exhibit A# 2 Unreported cases cited)(Manning, William) (Entered: 06/05/2007) |
| 06/05/2007 | 72 | ANSWER to Amended Complaint with Jury Demand, COUNTERCLAIM against LG. Philips LCD America, Inc., LG.Philips LCD Co. Ltd. by Au Optronics Corporation, AU Optronics Corporation America. (Attachments: # 1 Exhibit A-C)(Pascale, Karen) (Entered: 06/05/2007) |
| 06/07/2007 | | Summons Issued as to LG. Philips LCD America, Inc. on 6/7/2007. (rwc) (Entered: 06/07/2007) |
| 06/11/2007 | | Remark: Motion for More Definite Statement (D.I. 70) filed by Tatung, et al. is STRICKEN. The Motion was not filed in compliance with the Court's December 15, 2006 Standing Order regarding Procedure for Filing Non-Dispositive Motions in Patent Cases. (dlk) (Entered: 06/11/2007) |
| 06/12/2007 | 73 | Letter to Ms. Deborah Krett- Case Manager from William E. Manning, Esq. regarding Request for reconsideration of decision to strike the Tatung Defendants' Motion for a More Definite Statement - re 70 MOTION for More Definite Statement, Remark,. (Attachments: # 1 Attachment- Time-Stamped Notice of Motion)(Manning, William) (Entered: 06/12/2007) |
| 06/13/2007 | 74 | MOTION for More Definite Statement (Renewed) - filed by Tatung Company of America Inc., Tatung Company. (Attachments: # 1 Notice of Motion Notice of Renewed Motion# 2 Proposed Order for Renewed Motion)(Manning, William) (Entered: 06/13/2007) |
| 06/13/2007 | 75 | OPENING BRIEF in Support of Renewed Motion for a More Definite |

# Exhibit 5

## Bono, Gaspare

| | |
|---|---|
| **From:** | Dick Kirk [rkirk@bayardfirm.com] |
| **Sent:** | Tuesday, May 22, 2007 3:50 PM |
| **To:** | Arthur P. Licygiewicz; David E. Moore; Edmond D. Johnson; Hua Chen; J. Walter Sinclair; Jay C. Chiu; Jennifer M. Becnel-Guzzo; John N. Zarian; John W. Shaw; Jonathan Hangartner; Karen L. Pascale; Kenneth R. Adamo; Matthew D. Thayne; Peter J. Wied; Philip A. Rovner; Robert C. Kahrl; Samia E. McCall; Thomas H. Kovach; Vincent K. Yip; William E. Manning |
| **Cc:** | Bono, Gaspare |
| **Subject:** | LG.Philips v. Chi Mei Optoelectronics Corporation, C.A. No. 06-726-JJF |
| **Attachments:** | first amended complaint_CMO.pdf; Ex A_USP 5019002.pdf; Ex B_USP 5825449.pdf; Ex C_USP 4624737.pdf; Ex D_USP 6008786.pdf; Ex E_USP 6013923.pdf; Ex F_USP 5619352.pdf; Ex G_USP 6734926.pdf; COS_052207.pdf; PRAECIPE - CHI MEI OPTOELECTRONICS USA.pdf; PRAECIPE - CHI MEI OPTOELECTRONICS CORPORATION.pdf |

Dear counsel:

Attached is LPL's First Amended Complaint for Patent Infringement Against Defendant Chi Mei Optoelectronics Corporation and Chi Mei Optoelectronics USA, Inc. which was filed today (D.I. 54). This pleading was not directed at or intended to affect any other defendant. I am also attaching the praecipes we filed (D. I. 55 and D.I. 56) for summonses directed to those two defendants. Hard copies will be sent to you.

Phil, I have assumed that you are not authorized to accept service of this pleading on behalf of the Chi Mei entities. This email and the hard copies, then, are courtesy copies for you. We will serve Chi Mei Optoelectronics Corporation through the Secretary of State and Chi Mei Optoelectronics USA, Inc. through its registered agent.

Regards,

Dick Kirk

Richard D. Kirk
The Bayard Firm
222 Delaware Avenue, 9th Floor
Wilmington, Delaware 19801
Main: (302) 655-5000
Direct: (302) 429-4208
Fax: (302) 658-6395
rkirk@bayardfirm.com

------------------------------------
IRS Circular 230 DISCLOSURE:
Notice regarding federal tax matters: Internal Revenue Service Circular 230 requires us to state herein that any federal tax advice set forth in this communication (1) is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties that may be imposed by federal tax laws, and (2) cannot be used in promoting, marketing, or recommending to another person any transaction or matter addressed herein.
------------------------------------
This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

# Exhibit 6

1   JEFFREY N. BROWN (CA SBN 105520)
    MORGAN, LEWIS & BOCKIUS LLP
2   300 South Grand Avenue
    Twenty-Second Floor
3   Los Angeles, CA  90071-3132
    Tel:  (213) 612-2500
4   Fax:  (213) 612-2554

5   ANN A. BYUN (CA SBN 161593)
    MORGAN, LEWIS & BOCKIUS LLP
6   1701 Market Street
    Philadelphia, PA  19103
7   Tel: (215) 963-5000
    Fax: (215) 963-5299

8
    Attorneys for Plaintiff
9   LG.PHILIPS LCD CO., LTD.

10

11                    UNITED STATES DISTRICT COURT

12                 CENTRAL DISTRICT OF CALIFORNIA

13

14   LG.PHILIPS LCD CO., LTD.,           Case No. CV 02- 6775 CBM JTLx

15                  Plaintiff,           COMPLAINT FOR PATENT
                                         INFRINGEMENT
16           vs.
                                         [DEMAND FOR JURY TRIAL]
17   TATUNG CO. OF AMERICA,
     TATUNG COMPANY AND CHUNGHWA
18   PICTURE TUBES, LTD.,

19                  Defendants.

20

21        Plaintiff LG.Philips LCD Co., Ltd. ("LPL"), by its

22   undersigned attorneys, complains of Defendants and alleges as

23   follows:

24                    JURISDICTION AND VENUE

25        1.    This is an action for patent infringement, arising

26   under the patent laws of the United States, Title 35 of the

27   United States Code, § 1, et seq.  This court has jurisdiction

28

     1-LA/629037.1

1  over the subject matter of this action pursuant to Title 28 of

2  the United States Code, §§ 1331 and 1338(a).

3      2.   Venue is proper in this judicial district under Title

4  28 of the United States Code, §§ 1391(b), 1391(c), 1391(d) and

5  1400(b).

6                              **PARTIES**

7      3.   Plaintiff LPL is a corporation organized under the laws

8  of the Republic of Korea having a place of business located in

9  Seoul, Korea.

10     4.   LPL is informed and believes, and on that basis

11 alleges, that Defendant Tatung Co. of America ("Tatung America")

12 is a corporation existing under the laws of the State of

13 California having a place of business located at 2850 El Presidio

14 Street, Long Beach, California.

15     5.   LPL is informed and believes, and on that basis

16 alleges, that Defendant Tatung Company ("Tatung") is a

17 corporation existing under the laws of Taiwan and is the parent

18 company of Tatung America.

19     6.   LPL is informed and believes, and on that basis

20 alleges, that Defendant Chunghwa Picture Tubes, Ltd. ("CPT") is a

21 corporation existing under the laws of Taiwan and is a subsidiary

22 of Defendant Tatung.  LPL is informed and believes, and on that

23 basis alleges, that CPT maintains a sales office at 550 Nutman

24 Street, Santa Clara, California.

25                    **LPL'S PATENTS-IN-SUIT**

26     7.   LPL is the owner by assignment of all rights, title and

27 interest in and to United States Patent No. 4,624,737 ("the '737

28 patent"), issued on November 25, 1986, entitled "Process for

1-LA/629037.1

2

1  Producing Thin-Film Transistor."  A true and correct copy of the

2  '737 patent is attached hereto as Exhibit "A."

3      8.   LPL is the owner by assignment of all rights, title and

4  interest in and to United States Patent No. 5,825,449 ("the '449

5  patent"), issued on October 20, 1998, entitled "Liquid Crystal

6  Display Device and Method of Manufacturing the Same."  A true and

7  correct copy of the '449 patent is attached hereto as Exhibit

8  "B."

9      9.   LPL is the owner by assignment of all rights, title and

10 interest in and to United States Patent No. 6,373,537 ("the '537

11 patent"), issued on April 16, 2002, entitled "Computer Having

12 Liquid Crystal Display Between Frames Attached at the Edges."

13 A true and complete copy of the '537 patent is attached as

14 Exhibit "C."

15     10.  LPL is the owner by assignment of all rights, title and

16 interest in and to United States Patent No. 6,020,942 ("the '942

17 patent"), issued on February 1, 2000, entitled "Computer Having

18 Liquid Crystal Display."  A true and complete copy of the '942

19 patent is attached as Exhibit "D."

20     11.  LPL is the owner by assignment of all rights, title and

21 interest in and to United States Patent No. 6,002,457 ("the '457

22 patent"), issued on December 14, 1999, entitled "Computer Having

23 Liquid Crystal Display."  A true and complete copy of the '457

24 patent is attached as Exhibit "E."

25     12.  LPL is the owner by assignment of all rights, title and

26 interest in and to United States Patent No. 5,926,237 ("the '237

27 patent"), issued on July 20, 1999, entitled "Computer Having

28

1    Liquid Crystal Display."  A true and complete copy of the '237

2    patent is attached as Exhibit "F."

3                **DEFENDANTS' INFRINGEMENT OF LPL'S PATENTS**

4        13.  LPL is informed and believes, and on that basis

5    alleges, that Defendant CPT manufactures liquid crystal display

6    ("LCD") panels that infringe LPL's patents as set forth in the

7    claims that follow, and that at least Tatung incorporates those

8    LCD panels into computer products, such as monitors.  LPL is

9    informed and believes, and on that basis alleges, that at least

10   Tatung America, Tatung's sales and distribution subsidiary,

11   imports into and sells in the United States, including within

12   this judicial district, computer products that include such CPT

13   LCD panels.

14       14.  LPL is informed and believes, and on that basis

15   alleges, that CPT maintains a sales representative in California,

16   has demonstrated and offered for sale LCD products in this

17   judicial district, and sells to California customers LCD panels

18   (and/or products with LCD panels incorporated therein) that

19   infringe LPL's patents as set forth in the claims that follow.

20       15.  LPL is informed and believes, and on that basis

21   alleges, that Tatung, Tatung America, and CPT are working in

22   concert to import and sell in the United States infringing LCD

23   panels (and/or products with infringing LCD panels incorporated

24   therein).

25                    **FIRST CLAIM FOR RELIEF**

26              **(INFRINGEMENT OF THE '737 PATENT)**

27       16.  LPL incorporates by this reference paragraphs 1 through

28   15 above, as though fully set forth herein.

1-LA/629037.1

4

1       17.  Defendants have infringed and are infringing the '737

2   patent by making, using, selling, offering for sale and/or

3   importing into the United States products manufactured by a

4   process covered by one or more claims of the '737 patent, by

5   actively inducing and encouraging others to do so and/or by

6   contributing to such infringement.

7       18.  Defendants have infringed and are infringing the '737

8   patent with knowledge of LPL's patent rights and without a

9   reasonable basis for believing that Defendants' conduct is

10  lawful.  Defendants' acts of infringement have been willful,

11  deliberate, and in reckless disregard of LPL's patent rights, and

12  will continue unless enjoined by this Court.

13      19.  By reason of the foregoing, LPL has been damaged and

14  will continue to sustain damages in an amount to be determined at

15  trial and has suffered and will continue to suffer irreparable

16  loss and injury.

17                   **SECOND CLAIM FOR RELIEF**

18              **(INFRINGEMENT OF THE '449 PATENT)**

19      20.  LPL incorporates by this reference paragraphs 1 through

20  15 above, as though fully set forth herein.

21      21.  Defendants have infringed and are infringing the '449

22  patent by making, using, selling, offering for sale and/or

23  importing into the United States products covered by one or more

24  claims of the '449 patent, by making, using, selling, offering

25  for sale and/or importing into the U.S. products manufactured by

26  a process covered by one or more claims of the '449 patent, by

27  actively inducing and encouraging others to do so and/or by

28  contributing to such infringement.

1      22.  Defendants have infringed and are infringing the '449

2  patent with knowledge of LPL's patent rights and without a

3  reasonable basis for believing that Defendants' conduct is

4  lawful.  Defendants' acts of infringement have been willful,

5  deliberate, and in reckless disregard of LPL's patent rights, and

6  will continue unless enjoined by this Court.

7      23.  By reason of the foregoing, LPL has been damaged and

8  will continue to sustain damages in an amount to be determined at

9  trial and has suffered and will continue to suffer irreparable

10  loss and injury.

11              **THIRD CLAIM FOR RELIEF**

12          **(INFRINGEMENT OF THE '537 PATENT)**

13      24.  LPL incorporates by this reference paragraphs 1 through

14  15 above, as though fully set forth herein.

15      25.  CPT has infringed and is infringing the '537 patent by

16  making, using, selling, offering for sale and/or importing into

17  the United States products covered by one or more claims of the

18  '537 patent, by actively inducing and encouraging others to do so

19  and/or by contributing to such infringement.

20      26.  CPT has infringed and is infringing the '537 patent

21  with knowledge of LPL's patent rights and without a reasonable

22  basis for believing that its conduct is lawful.  CPT's acts of

23  infringement have been willful, deliberate, and in reckless

24  disregard of LPL's patent rights, and will continue unless

25  enjoined by this Court.

26      27.  By reason of the foregoing, LPL has been damaged and

27  will continue to sustain damages in an amount to be determined at

28

1  trial and has suffered and will continue to suffer irreparable

2  loss and injury.

### FOURTH CLAIM FOR RELIEF

#### (INFRINGEMENT OF THE '942 PATENT)

5      28.   LPL incorporates by this reference paragraphs 1 through

6  15 above, as though fully set forth herein.

7      29.   CPT has infringed and is infringing the '942 patent by

8  making, using, selling, offering for sale and/or importing into

9  the United States products covered by one or more claims of the

10  '942 patent, by actively inducing and encouraging others to do so

11  and/or by contributing to such infringement.

12      30.   By reason of the foregoing, LPL has been damaged and

13  will continue to sustain damages in an amount to be determined at

14  trial and has suffered and will continue to suffer irreparable

15  loss and injury.

### FIFTH CLAIM FOR RELIEF

#### (INFRINGEMENT OF THE '457 PATENT)

18      31.   LPL incorporates by this reference paragraphs 1 through

19  15 above, as though fully set forth herein.

20      32.   CPT has infringed and is infringing the '457 patent by

21  making, using, selling, offering for sale and/or importing into

22  the United States products covered by one or more claims of the

23  '457 patent, by actively inducing and encouraging others to do so

24  and/or by contributing to such infringement.

25      33.   CPT has infringed and is infringing the '457 patent

26  with knowledge of LPL's patent rights and without a reasonable

27  basis for believing that its conduct is lawful.  CPT's acts of

28  infringement have been willful, deliberate, and in reckless

1-LA/629037.1

7

1  disregard of LPL's patent rights, and will continue unless

2  enjoined by this Court.

3     34.  By reason of the foregoing, LPL has been damaged and

4  will continue to sustain damages in an amount to be determined at

5  trial and has suffered and will continue to suffer irreparable

6  loss and injury.

7                    **SIXTH CLAIM FOR RELIEF**

8               **(INFRINGEMENT OF THE '237 PATENT)**

9     35.  LPL incorporates by this reference paragraphs 1 through

10  15 above, as though fully set forth herein.

11    36.  CPT has infringed and is infringing the '237 patent by

12  making, using, selling, offering for sale and/or importing into

13  the U.S. products manufactured by a process covered by one or

14  more claims of the '237 patent, by actively inducing and

15  encouraging others to do so and/or by contributing to such

16  infringement.

17    37.  CPT has infringed and is infringing the '237 patent

18  with knowledge of LPL's patent rights and without a reasonable

19  basis for believing that its conduct is lawful.  CPT's acts of

20  infringement have been willful, deliberate, and in reckless

21  disregard of LPL's patent rights, and will continue unless

22  enjoined by this Court.

23    38.  By reason of the foregoing, LPL has been damaged and

24  will continue to sustain damages in an amount to be determined at

25  trial and has suffered and will continue to suffer irreparable

26  loss and injury.

27

28

1-LA/629037.1

8

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff LPL prays for relief against Defendants Tatung America, Tatung and CPT as follows:

1.    For a judgment that Defendants have infringed LPL's United States Patent Nos. 4,624,737 and 5,825,449;

2.    For a judgment that CPT has also infringed LPL's U.S. Patent Nos. 6,373,537, 6,020,942, 6,002,457, and 5,926,237;

3.    For preliminary and permanent injunctive relief against Defendants' further infringement of LPL's United States patents;

4.    For an award of damages for Defendants' infringement of LPL's patents, together with interest, costs and disbursements as fixed by this Court under Title 35 of the United States Code § 284;

5.    For a determination that Defendants' infringement is willful, and an award of trebled damages under Title 35 of the United States Code § 284, for infringement of LPL's patents;

6.    For a determination that this is an exceptional case within the meaning of Title 35 of the United States Code § 285 and an assessment of LPL's reasonable attorneys' fees; and

7.    For such other and further relief as the Court deems just and proper.

Dated:  August 29, 2002          MORGAN, LEWIS & BOCKIUS LLP

By _____

Jeffrey N. Brown
Attorneys for Plaintiff
LG.PHILIPS LCD CO., LTD.

1-LA/629037.1

9

## JURY TRIAL DEMAND

1

2    Plaintiff LG.Philips LCD Co., Ltd. hereby demands a trial by

3 jury on all issues properly triable by jury.

4

5 Dated:  August 29, 2002                MORGAN, LEWIS & BOCKIUS LLP

6

7                                         By _____

8                                            Jeffrey W. Brown
                                            Attorneys for Plaintiff
9                                            LG.PHILIPS LCD CO., LTD.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1-LA/629037.1

10

# Exhibit 7

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> TATUNG COMPANY; <br> TATUNG COMPANY OF AMERICA, INC.; <br> CHUNGHWA PICTURE TUBES, LTD.; <br> AND VIEWSONIC CORPORATION, <br><br> Defendants. | Civil Action No. _____ <br><br> DEMAND FOR TRIAL BY JURY |

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff LG.Philips LCD Co., Ltd. ("LPL") for its Complaint against Defendants Tatung Company; Tatung Company of America, Inc.; Chunghwa Picture Tubes, Ltd.; and ViewSonic Corporation (collectively the "Defendants") for preliminary and permanent injunctive and declaratory relief and for damages, including treble or multiple damages, for patent infringement, states and alleges as follows:

## NATURE OF THE ACTION

1.      LPL is the owner of United States Patent No. 6,738,121 ("the '121 Patent") and United States Patent No. 5,019,002 ("the '002 Patent") (collectively the "Patents-in-Suit"). This is a civil action for the infringement of the Patents-in-Suit, including the willful infringement of the Patents-in-Suit by Defendants.

587662v1

DC:50303162.8

2.    The technology at issue involves the design and manufacture of Liquid Crystal Display modules ("LCDs"), which are a type of flat panel display that are incorporated into at least LCD portable computers, LCD computer monitors and LCD televisions.

## THE PARTIES

3.    Plaintiff LPL is a corporation organized under the laws of the Republic of Korea, having a place of business located in Seoul, Korea.

4.    Defendant Tatung Company ("Tatung") is a Taiwanese corporation, having a place of business at 22 Chungshan N Rd. Section 3, Taipei, Taiwan.

5.    Defendant Tatung Company of America, Inc. ("Tatung America") is a subsidiary of Tatung.  Tatung America is a California corporation, having a place of business at 2850 El Presidio Street, Long Beach, California 90810.  Tatung America markets and sells Tatung's products throughout the United States.

6.    Defendant Chunghwa Picture Tubes, Ltd. ("CPT") is a subsidiary and/or affiliate of Tatung.  CPT is a Taiwanese corporation, having a place of business at No. 1127, Ho-ping Road, Tanan, Pahte, Taoyuan, Taiwan.

7.    Defendant ViewSonic Corporation ("ViewSonic") is a Delaware Corporation, having a place of business at 381 Brea Canyon Road, Walnut, California 91789.

## JURISDICTION AND VENUE

8.    This action is based upon and arises under the Patent Laws of the United States, 35 U.S.C. § 100 *et seq.*, and in particular §§ 271, 281, 283, 284 and 285, and is intended to redress infringement of the Patents-in-Suit owned by LPL.

587662v1

- 2 -

9.    This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

10.    Defendants have transacted and continue to transact business in the United States and in this judicial district by: using or causing to be used; making; importing or causing to be imported; offering to sell or causing to be offered for sale; and/or selling or causing to be sold directly, through intermediaries and/or as an intermediary, a variety of products that infringe the Patents-in-Suit to customers in the United States, including customers in this judicial district, and Defendants will continue to do so unless enjoined by this Court.

11.    This Court has personal jurisdiction over Tatung and CPT, and venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1391 (b) and (c) and (d), and 28 U.S.C. § 1400(b), in that these Defendants are committing and are causing acts of patent infringement within the United States and within this judicial district, including the infringing acts alleged herein, both directly, through one or more intermediaries, and as an intermediary, and in that these Defendants have caused and cause injury and damages in this judicial district by acts or omissions outside of this judicial district, including but not limited to utilization of their own distribution channels established in the United States and Tatung America's distribution channels in the United States, as set forth below, to ship a variety of products that infringe the Patents-in-Suit into the United States and into this judicial district while deriving substantial revenue from services or things used or consumed within this judicial district, and will continue to do so unless enjoined by this Court.

12.    This Court has personal jurisdiction over Tatung America and venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1391 (b) and (c), and 28 U.S.C. § 1400(b), in that Tatung America is committing acts of patent infringement within the United States and within

587662v1

- 3 -

this judicial district, including the infringing acts alleged herein, both directly, through one or more intermediaries, and as an intermediary. Tatung America regularly imports large quantities of Tatung LCD products into the United States for distribution throughout the United States, including in this judicial district. Tatung America is intimately involved in the distribution of infringing LCD products and is acutely aware that its products are sold throughout the United States, including in Delaware. Tatung's and Tatung America's established distribution networks consist of numerous national distributors and resellers, and Tatung and Tatung America distribute to national retailers that have stores located in Delaware. By shipping into, offering to sell in, using, or selling products that infringe the Patents-in-Suit in this judicial district, or by inducing or causing those acts to occur, Tatung America has transacted and transacts business and performs works and services in this judicial district, has contracted and contracts to supply services and things in this judicial district, has caused and causes injury and damages in this judicial district by acts and omissions in this judicial district, and has caused and causes injury and damages in this judicial district by acts or omissions outside of this judicial district while deriving substantial revenue from services or things used or consumed within this judicial district, and will continue to do so unless enjoined by this Court.

13.    This Court has personal jurisdiction over ViewSonic, and venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1391 (b) and (c), and 28 U.S.C. § 1400(b), in that ViewSonic is incorporated and therefore resides in Delaware for purposes of establishing venue in this district, in that ViewSonic has been doing business in Delaware, including the infringing acts alleged herein, both directly, through one or more intermediaries, and/or as an intermediary, and will continue to do so unless enjoined by this Court.

587662v1

## THE PATENTS-IN-SUIT

14.    On May 18, 2004, the '121 Patent, entitled "Tape Carrier Package with Dummy Bending Part and Liquid Crystal Display Employing the Same," was duly and legally issued, listing LPL as assignee. A copy of the '121 Patent is attached as Exhibit A.

15.    On May 28, 1991, the '002 Patent, entitled "Method of Manufacturing Flat Panel Backplanes including Electrostatic Discharge Prevention and Displays Made Thereby," was duly and legally issued, listing LPL as assignee. A copy of the '002 Patent is attached as Exhibit B.

16.    LPL owns the Patents-in-Suit and possesses the right to sue and to recover for infringement of the Patents-in-Suit.

17.    Defendants have been and are infringing, contributorily infringing and/or actively inducing infringement of the Patents-in-Suit because they at least use, cause to be used, make, import, cause to be imported, offer for sale, cause to be offered for sale, sell, and/or cause to be sold in this judicial district and elsewhere in the United States products that infringe the Patents-in-Suit.

## FACTUAL BACKGROUND

18.    LPL has invested substantial time and money in designing, developing, manufacturing and producing LCD products that incorporate the patented LCD technology.

19.    LPL derives substantial benefits from the exploitation of its patented technology in the United States and abroad. LPL's interests, including, but not limited to, these benefits have been and continue to be harmed by the Defendants' infringement of the Patents-in-Suit.

20.    The Defendants at least use, cause to be used, make, import, cause to be imported, offer for sale, cause to be offered for sale, sell, and/or cause to be sold in the United States and in

587662v1

this judicial district LCDs and/or LCD products and other electronic devices that are encompassed by and/or made by the methods claimed in the Patents-in-Suit.

21.     The Defendants have actively induced and continue to actively induce the infringement of the Patents-in-Suit in the United States and in this judicial district. Defendants have engaged in active inducement by, *inter alia*, publishing and releasing engineering specifications in English for their infringing monitors and/or televisions; providing technical assistance to their resellers and customers in the United States; and marketing and distributing their infringing monitors and/or televisions through established distribution channels with knowledge of their intended sale and use in the United States, including in this judicial district.

## COUNT I
### (PATENT INFRINGEMENT BY DEFENDANTS TATUNG, TATUNG AMERICA, CPT, AND VIEWSONIC OF THE '121 PATENT)

22.     The allegations in the foregoing paragraphs of this Complaint are incorporated by reference herein as if restated and set forth in full.

23.     Defendants have infringed, actively induced and/or contributed to the infringement of the '121 Patent by making, using, causing to be used, offering to sell, causing to be offered for sale, selling, causing to be sold, importing, and/or causing to be imported products that infringe one or more claims of the '121 Patent in this judicial district and elsewhere in the United States. Such infringing products include at least the product identified as a Tatung monitor L17AMTN offered for sale and sold by at least Best Buy to a customer in Delaware; and include at least the product identified as a ViewSonic monitor ES710 offered for sale and sold by at least CompUSA to a customer in Delaware; as well as products that infringe the '121 Patent that are not yet identified.

587662v1

- 6 -

24.     The infringing products that are made, used, caused to be used, sold, caused to be sold, offered for sale, caused to be offered for sale, imported, and/or caused to be imported by Defendants meet each and every limitation of at least one claim of the '121 Patent, either literally or equivalently.

25.     LPL has been and will continue to be injured by Defendants' past and continuing infringement of the '121 Patent and is without adequate remedy at law.

26.     Defendants have, upon information and belief, infringed and are infringing the '121 Patent with knowledge of LPL's patent rights and without a reasonable basis for believing their conduct is lawful.  Defendants' infringement has been and continues to be willful and deliberate, and will continue unless enjoined by this Court, making this an exceptional case and entitling LPL to increased damages and reasonable attorneys' fees pursuant to 35 U.S.C. §§ 284 and 285.

**COUNT II**
**(PATENT INFRINGEMENT BY DEFENDANTS TATUNG,**
**TATUNG AMERICA, CPT, AND VIEWSONIC OF THE '002 PATENT)**

27.     The allegations in the foregoing paragraphs of this Complaint are incorporated by reference herein as if restated and set forth in full.

28.     Defendants have infringed, actively induced and/or contributed to the infringement of the '002 Patent by making, using, causing to be used, offering to sell, causing to be offered for sale, selling, causing to be sold, importing, and/or causing to be imported products that are made by a method that infringe one or more claims of the '002 Patent in this judicial district and elsewhere in the United States.  Such infringing products include at least the product identified as a Tatung monitor L17AMTN offered for sale and sold by at least Best Buy to a

587662v1

customer in Delaware; and include at least the product identified as a ViewSonic monitor ES710 offered for sale and sold by at least CompUSA to a customer in Delaware; as well as products that infringe the '121 Patent that are not yet identified.

29.     The products made by the infringing method that are used, caused to be used, sold, caused to be sold, offered for sale, caused to be offered for sale, imported, and/or caused to be imported by Defendants meet each and every limitation of at least one claim of the '002 Patent, either literally or equivalently.

30.     LPL has been and will continue to be injured by Defendants' past and continuing infringement of the '002 Patent and is without adequate remedy at law.

31.     Defendants have, upon information and belief, infringed and are infringing the '002 Patent with knowledge of LPL's patent rights and without a reasonable basis for believing their conduct is lawful. Defendants' infringement has been and continues to be willful and deliberate, and will continue unless enjoined by this Court, making this an exceptional case and entitling LPL to increased damages and reasonable attorneys' fees pursuant to 35 U.S.C. §§ 284 and 285.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff LPL prays for judgment as follows:

A.     That Tatung, Tatung America, CPT, and ViewSonic have infringed the Patents-in-Suit;

B.     That Tatung's, Tatung America's, CPT's, and ViewSonic's infringement of the Patents-in-Suit has been willful.

587662v1

- 8 -

C.    That Tatung, Tatung America, CPT, and ViewSonic and their parents, subsidiaries, affiliates, successors, predecessors, assigns, and the officers, directors, agents, servants and employees of each of the foregoing, and those persons acting in concert or participation with any of them, are preliminarily and permanently enjoined and restrained from continued infringement, including but not limited to using, making, importing, offering for sale and/or selling products that infringe, and from contributory infringement and from inducing the infringement of, the Patents-in-Suit, prior to the expiration of the Patents-in-Suit, including any extensions;

D.    That Tatung, Tatung America, CPT, and ViewSonic and their parents, subsidiaries, affiliates, successors, predecessors, assigns, and the officers, directors, agents, servants and employees of each of the foregoing, and those persons acting in concert or participation with any of them deliver to LPL all products that infringe, or induce or contribute to the infringement of the Patents-in-Suit for destruction at LPL's option;

E.    That LPL be awarded monetary relief adequate to compensate LPL for Tatung's, Tatung America's, CPT's, and ViewSonic's acts of infringement of the Patents-in-Suit within the United States prior to the expiration of the Patents-in-Suit, including any extensions;

F.    That any monetary relief awarded to LPL regarding the infringement of the Patents-in-Suit by Defendants be trebled due to the willful nature of Tatung's, Tatung America's, CPT's, and ViewSonic's infringement of the Patents-in-Suit;

G.    That any monetary relief awarded to LPL be awarded with prejudgment interest;

H.    That this is an exceptional case and that LPL be awarded the attorneys' fees, costs and expenses that it incurs prosecuting this action; and

587662v1

I.     That LPL be awarded such other and further relief as this Court deems just and proper.

## JURY DEMAND

Plaintiff demands a trial by jury of any and all issues triable of right by a jury.

THE BAYARD FIRM

/s/ Richard D. Kirk
Richard D. Kirk (Bar I.D. 922)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
(302) 429-4208
rkirk@bayardfirm.com
Attorneys for Plaintiff LG.Philips LCD Co., Ltd.

OF COUNSEL:

Gaspare J. Bono
Matthew T. Bailey
Andrew J. Park
Adrian Mollo
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, D.C. 20006
(202) 496-7500

May 13, 2005

587662v1

- 10 -

# Exhibit 8

(JTLx), AO279, PROTORD, REOPENED, STAYED

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## (Western Division - Los Angeles)
## CIVIL DOCKET FOR CASE #: 2:02-cv-06775-CBM-JTL

LG Philips LCD Co v. Tatung Co Of America, et al
Assigned to: Judge Consuelo B. Marshall
Referred to: Discovery Jennifer T. Lum
Demand: $0
Related Cases: 2:05-cv-00189-CBM-JTL
                 2:05-cv-07004-CBM-JTL
Case in other court: Federal Circuit Court, 04-01330
Cause: 15:1126 Patent Infringement

Date Filed: 08/29/2002
Jury Demand: Both
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Plaintiff**

**LG Philips LCD Co Ltd**

represented by **Adrian P J Mollo**
McKenna Long and Aldridge
1900 K Street, NW
Washington, DC 20006
202-496-7441
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew J Wu**
Morgan lewis and Bockius
2 Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306
650-843-4000
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ann A Byun**
Morgan Lewis & Bockius
1701 Market St
Philadelphia, PA 19103-2921
215-963-5000
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anthony C Roth**
Morgan Lewis & Bockius
1111 Pennsylvania Ave NW
Washington, DC 20004
202-739-3000
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel Johnson, Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kell M Damsgaard**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David L Schrader**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**LG Electronics Inc**

| Date Filed | # | Docket Text |
|---|---|---|
| 08/29/2002 | 1 | COMPLAINT filed Summons(es) Issued referred to Discovery Jennifer T. Lum; Jury Demand (pc) (Entered: 09/03/2002) |
| 08/29/2002 | 2 | NOTICE OF INTERESTED PARTIES filed by plaintiff LG Philips LCD Co (pc) (Entered: 09/03/2002) |
| 08/29/2002 | | REPORT ON THE FILING OF AN ACTION REGARDING PATENT OR TRADEMARK (cc: form mailed to Washington, D.C.)(Opening) (el) (Entered: 09/03/2002) |
| 09/05/2002 | | REPORT ON THE FILING OF AN ACTION REGARDING PATENT OR TRADEMARK (cc: form mailed to Washington, D.C.)(Opening) (el) (Entered: 09/06/2002) |
| 09/11/2002 | 3 | PROOF OF SERVICE executed upon defendant Tatung Co Of America; Service by Fed Statute on 9/3/02 via personal delivery by serving S/C to Michael Lai, Registered Agent, auth to receive service of process (el) (Entered: 09/11/2002) |
| 09/12/2002 | 4 | PROOF OF SERVICE executed upon defendant Tatung Co; Service by Fed on 9/3/02 via Personal delivery by serving S/C to Michael Lai, Registered Agent for its subsidiary, Tatung Company of America (el) (Entered: 09/16/2002) |
| 09/19/2002 | 5 | PROOF OF SERVICE executed upon defendant Chunghwa Picture ; Service by CCP on 9/3/02 via substituted by serving s/c to Janice Doe manager Tatugn Telecom manager (with person apparently in charge , Asian female, 5'5 125lbs, Black Hair on behalf of Dundee Hsieh General Manager; (1st class mail see decl of mailing fld on 9/19/02) (pj) (Entered: |

| | | |
|---|---|---|
| | | 09/20/2002) |
| 09/19/2002 | 6 | DECL OF MAILING executed upon defendant Chunghwa Picture TUBES ltd ; Service by on 9/4/02 via BY MAIL by serving S/C to (pj) (Entered: 09/20/2002) |
| 09/20/2002 | 7 | APPLICATION AND ORDER of Non-Resident Attorney to Appear in a Specific Case filed for plaintiff LG Philips LCD Co by Nathan W McCutcheon. Designating Jeffrey N Brown as local counsel. Approved by Judge Consuelo B. Marshall . (Fee pd) (el) (Entered: 09/23/2002) |
| 09/20/2002 | 8 | APPLICATION AND ORDER of Non-Resident Attorney to Appear in a Specific Case filed for plaintiff LG Philips LCD Co by Anthony C Roth. Designating Jeffrey N Brown as local counsel. Approved by Judge Consuelo B. Marshall . (Fee pd) (el) (Entered: 09/23/2002) |
| 09/20/2002 | 9 | APPLICATION AND ORDER of Non-Resident Attorney to Appear in a Specific Case filed for plaintiff LG Philips LCD Co by John D Zele. Designating Jeffrey N Brown as local counsel. Approved by Judge Consuelo B. Marshall . (Fee pd) (el) (Entered: 09/23/2002) |
| 09/20/2002 | 10 | STIPULATION filed to extend time to answer complaint [1-1] to 10/23/02 as to defendant Tatung Co Of America, defendant Tatung Company (el) (Entered: 09/23/2002) |
| 09/25/2002 | 11 | PROOF OF SERVICE executed upon defendant Chunghwa Picture upon Chen-Yuan Lin, President; Service by (not indicated) on 9/3/02 via registered international mail by serving S/C to (stamped in chinese character), as agent, original return rcpt attached as Exhibit "A" (el) (Entered: 09/26/2002) |
| 09/27/2002 | 12 | PROOF OF SERVICE executed upon defendant Tatung Company ; Service by no statute indicated on 9/9/02 via FOREIGN SERVICE by serving s/c to Lin Ting Shen of Tatung Company; The original return receipt for Intl Mail signed by an agent of Tatung Co is attached (pj) (Entered: 09/30/2002) |
| 10/18/2002 | 14 | REQUEST filed by plaintiff LG Philips LCD Co for entry of default as to Chunghwa Picture Tubes, Ltd ; Decl of Jeffrey N Brown (el) (Entered: 10/28/2002) |
| 10/18/2002 | 15 | SUPPLEMENTAL PROOF OF SERVICE by plaintiff LG Philips LCD Co re executed service [5-1] re plf's request to enter default agnst Chunghwa Picture Tubes Inc (el) (Entered: 10/28/2002) |
| 10/20/2002 | 87 | DECLARATION of Nathan W McCutcheon by plaintiff LG Philips LCD Co in support of motion for partial summary judgment of infringement of U.S> Pat. No 6,002,457 [84-1] (shb) (Entered: 10/23/2003) |
| 10/22/2002 | 13 | STIPULATION and ORDER by Judge Consuelo B. Marshall that dft Tatung Company may have an additional thirty (30) days through and including 11/22/02 in which to answer the complaint (el) (Entered: 10/23/2002) |
| 10/25/2002 | 17 | NOTICE OF MOTION AND MOTION by defendant Chunghwa Picture |

| | | |
|---|---|---|
| | | Tubes Ltd to extend time to file an snawer or to otherwise respond to the complaint , and to strike request for entry of default ; motion hearing set for 10:00 12/2/02 (el) (Entered: 10/28/2002) |
| 10/25/2002 | 18 | DECLARATION of Teresa M Corbin in suppt by defendant Chunghwa Picture re motion to extend time to file an or to otherwise respond to the complaint [17-1], motion to strike request for entry of default [17-2] (el) (Entered: 10/28/2002) |
| 10/25/2002 | 19 | PROOF OF SERVICE by defendant Chunghwa Picture on 10/25/02 Motion to ext time to ans & to strike req for dflt and related docs served on Jeffrey N Brown Esq by mail (el) (Entered: 10/28/2002) |
| 10/28/2002 | 16 | DEFAULT ENTERED as to defendant Chunghwa Picture (cc: all counsel) (el) (Entered: 10/28/2002) |
| 10/29/2002 | 20 | MINUTES: ORDER striking dft Chunghwa Picture Tubes Ltd's motion to extend time to file an answer or to otherwise respond to the complaint [17-1], and to strike entry of default [17-2], for failure to comply with Local Rule 7-3 by Judge Consuelo B. Marshall CR: none present (el) (Entered: 10/29/2002) |
| 11/01/2002 | 21 | EX PARTE APPLICATION filed by defendant Chunghwa Picture for relief from default entry Lodged proposed order (pj) (Entered: 11/04/2002) |
| 11/01/2002 | 22 | DECLARATION of TERESA M CORBIN IN SUPPORT by defendant Chunghwa Picture re ex parte application for relief from default entry [21-1] (pj) (Entered: 11/04/2002) |
| 11/01/2002 | 23 | CERTIFICATE OF SERVICE by defendant Chunghwa Picture on 11/1/02 of ex parte appl for relief from default entry & supporting docs (pj) (Entered: 11/04/2002) |
| 11/04/2002 | 24 | MEMORANDUM OF POINTS AND AUTHORITIES filed by plaintiff LG Philips LCD Co in opposition to Chungwha Picture Tube Ltd's ex parte application for relief from default entry [21-1]; Decl of Jeffrey N Brown (el) (Entered: 11/05/2002) |
| 11/05/2002 | 25 | REPLY BRIEF by defendant Chunghwa Picture in support of Chunghwa Picture Tubes Inc's ex parte application for relief from default entry [21-1] (el) (Entered: 11/12/2002) |
| 11/05/2002 | 26 | REPLY DECLARATION of Teresa M Corbin in support by defendant Chunghwa Picture re ex parte application for relief from default entry [21-1] (el) (Entered: 11/12/2002) |
| 11/05/2002 | 27 | PROOF OF SERVICE by defendant Chunghwa Picture on 11/5/02 of Reply brief in suppt of ex party appl for relief from dflt entry and related docs served on Jeffrey N Brown and Jeffrey F Craft by facsimile and by mail (el) (Entered: 11/12/2002) |
| 11/12/2002 | 28 | REPLY DECLARATION of Jeffrey F Craft in support by defendant Chunghwa Picture to response to ex parte application for relief from default entry [21-1] (el) (Entered: 11/13/2002) |
| | | |

| 11/12/2002 | 29 | AMENDED REPLY BRIEF in support by defendant Chunghwa Picture to ex parte application for relief from default entry [21-1] (el) (Entered: 11/13/2002) |
|---|---|---|
| 11/12/2002 | 30 | AMENDED REPLY DECLARATION of Teresa M Corbin in support by defendant Chunghwa Picture in support re ex parte application for relief from default entry [21-1] (el) (Entered: 11/13/2002) |
| 11/12/2002 | 31 | CERTIFICATE OF SERVICE by defendant Chunghwa Picture on 11/12/02 of Amended Reply brief, decl, etc (see doc for list) served on Jeffrey N Brown Esq and Jeffrey F Craft Esq by mail (el) (Entered: 11/13/2002) |
| 11/19/2002 | 32 | MINUTES: ORDER that dft's ex parte application for relief from default entry [21-1] is DENIED. The matter should be filed as a noticed motion. Defendant shall file a notice setting its previously stricken motion for hearing on 12/16/02 at 10:00 am; said notice shall include a stmtm in complaince with the local rule, and the specific filings related to this matter for the court's consideration for hearing. No further briefing by the parties shall be permitted. by Judge Consuelo B. Marshall CR: none present (el) (Entered: 11/20/2002) |
| 11/25/2002 | 33 | CERTIFICATION OF INTERESTED PARTIES filed by defendant Tatung Co Of America, defendant Tatung Company (el) (Entered: 11/25/2002) |
| 11/25/2002 | 34 | ANSWER filed by defendant Tatung Co Of America to complaint for patent infringement [1-1] (el) (Entered: 11/25/2002) |
| 11/25/2002 | 35 | ANSWER filed by defendant Tatung Company to complaint for patent infringement [1-1] (el) (Entered: 11/25/2002) |
| 11/26/2002 | 36 | NOTICE OF MOTION AND MOTION by defendant Chunghwa Picture for relief from dflt entry , and to extend time to answer complaint [1-1] to as to Chunghwa Picture ; motion hearing set for 10:00 12/16/02 Lodged order (el) (Entered: 11/26/2002) |
| 11/26/2002 | 37 | DECLARATION of Teresa M Corbin in compliance with L.R. 7-3 by defendant Chunghwa Picture re motion for relief from dflt entry [36-1], motion to extend time to answer complaint [1-1] to as to Chunghwa Picture [36-2] (el) (Entered: 11/26/2002) |
| 11/26/2002 | | Text not available. (Entered: 11/26/2002) |
| 11/26/2002 | 38 | CERTIFICATE OF SERVICE by defendant Chunghwa Picture on 11/25/02 of Motion for relief from dflt jgm and rel docs served on Jeffrey N Brown and Jeffrey F Craft by personal delivery (el) (Entered: 11/26/2002) |
| 11/26/2002 | 39 | MINUTES: On the Court's own motion, mandatory status/scheduling conf is set for 11:00 2/24/03 ; Counsel shall file a Rule 26(f) discovery plan within 14 days after the conference of cnsl (see doc for fur details) by Judge Consuelo B. Marshall CR: n/a (el) (Entered: 11/27/2002) |
| 12/16/2002 | 40 | MINUTES: The motion of defendant Chunghwa Picture Tubes for relief |

# Exhibit 9

MEDIATION, PATENT, PaperDocuments

# U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:05-cv-00292-JJF

LG.Philips LCD Co. Ltd. v. Tatung Company et al
Assigned to: Honorable Joseph J. Farnan, Jr.
Related Case: 1:06-cv-00726-JJF
Cause: 35:271 Patent Infringement

Date Filed: 05/13/2005
Jury Demand: Both
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Plaintiff**

**LG.Philips LCD Co. Ltd.**                represented by   **Richard D. Kirk**
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
(302) 655-5000
Email: bankserve@bayardfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ashley Blake Stitzer**
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
(302) 655-5000
Email: astitzer@bayardfirm.com
*ATTORNEY TO BE NOTICED*

**Cass W. Christenson**
Pro Hac Vice
Email: cchristenson@mckennalong.com

*ATTORNEY TO BE NOTICED*

**Gaspare J. Bono**
Pro Hac Vice
Email: gbono@mckennalong.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Tatung Company**                represented by   **Robert W. Whetzel**
Richards, Layton & Finger
One Rodney Square

(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**LG.Philips LCD Co. Ltd.**

| Date Filed | # | Docket Text |
|---|---|---|
| 05/13/2005 | 1 | COMPLAINT filed with Jury Demand against Tatung Company, Tatung Company of America Inc., Chunghwa Picture Tubes Ltd., Viewsonic Corporation - Magistrate Consent Notice to Pltf. ( Filing fee $ 250, receipt number 139248.) - filed by L.G. Philips LCD Co. Ltd.. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Civil Cover Sheet # 4 Acknowledgement of Consent Form)(mwm, ) (Entered: 05/16/2005) |
| 05/13/2005 | | No Summons Issued (mwm, ) (Entered: 05/16/2005) |
| 05/13/2005 | 2 | Report to the Commissioner of Patents for Patent Number(s) 6,738,121; 5,019,002; (mwm, ) (Entered: 05/16/2005) |
| 05/18/2005 | | Summons Issued as to Tatung Company on 5/16/2005; Tatung Company of America Inc. on 5/16/2005; Chunghwa Picture Tubes Ltd. on 5/16/2005; Viewsonic Corporation on 5/16/2005. (dab, ) (Entered: 05/18/2005) |
| 05/18/2005 | 3 | SUMMONS Returned Executed by LG.Philips LCD Co. Ltd.. Tatung Company served on 5/17/2005, answer due 6/6/2005. (Kirk, Richard) (Entered: 05/18/2005) |
| 05/18/2005 | 4 | SUMMONS Returned Executed by LG.Philips LCD Co. Ltd.. Tatung Company of America Inc. served on 5/17/2005, answer due 6/6/2005. (Kirk, Richard) (Entered: 05/18/2005) |
| 05/18/2005 | 5 | SUMMONS Returned Executed by LG.Philips LCD Co. Ltd.. Chunghwa Picture Tubes Ltd. served on 5/17/2005, answer due 6/6/2005. (Kirk, Richard) (Entered: 05/18/2005) |
| 05/18/2005 | 6 | SUMMONS Returned Executed by LG.Philips LCD Co. Ltd.. Viewsonic Corporation served on 5/17/2005, answer due 6/6/2005. (Kirk, Richard) (Entered: 05/18/2005) |
| 05/25/2005 | | Case assigned to Judge Joseph J. Farnan, Jr. Please include the initials of the Judge (JJF) after the case number on all documents filed. (rjb, ) (Entered: 05/25/2005) |
| 05/27/2005 | 7 | ACKNOWLEDGEMENT OF SERVICE Executed *Notice of Service on Defendant Tatung Company of America Inc. Pursuant to 10 Del. C. Sec. 3104* Acknowledgement filed by LG.Philips LCD Co. Ltd.. (Attachments: # 1 Exhibit A - C)(Kirk, Richard) (Entered: 05/27/2005) |
| 06/02/2005 | 8 | STATEMENT *Plaintiff's Rule 7.1 Disclosure Statement* by LG.Philips |

| | | |
|---|---|---|
| | | LCD Co. Ltd.. (Kirk, Richard) (Entered: 06/02/2005) |
| 06/10/2005 | 9 | STIPULATION TO EXTEND TIME answer or otherwise respond to the Complaint to September 2, 2005 - filed by Tatung Company, Tatung Company of America Inc., Chunghwa Picture Tubes Ltd., Viewsonic Corporation. (Whetzel, Robert) (Entered: 06/10/2005) |
| 06/13/2005 | | SO ORDERED, re 9 STIPULATION TO EXTEND TIME answer or otherwise respond to the Complaint to September 2, 2005 filed by Tatung Company, Tatung Company of America Inc., Chunghwa Picture Tubes Ltd., Viewsonic Corporation . Signed by Judge Joseph J. Farnan, Jr. on 06/13/05. (afb, ) (Entered: 06/14/2005) |
| 06/13/2005 | | Set/Reset Deadlines: Tatung Company answer due 9/2/2005; Tatung Company of America Inc. answer due 9/2/2005; Chunghwa Picture Tubes Ltd. answer due 9/2/2005; Viewsonic Corporation answer due 9/2/2005 per D.I. 9. (afb, ) (Entered: 06/14/2005) |
| 06/23/2005 | 10 | ACKNOWLEDGEMENT OF SERVICE Executed *Notice of Service on Defendant Tatung Company Pursuant to 10 Del. C. Section 3104* Acknowledgement filed by LG.Philips LCD Co. Ltd.. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C)(Kirk, Richard) (Entered: 06/23/2005) |
| 09/02/2005 | 11 | MOTION for Pro Hac Vice Appearance of Attorney Thomas W. Jenkins, Jr. and Christine A. Dudzik - filed by Tatung Company, Tatung Company of America Inc., Chunghwa Picture Tubes Ltd., Viewsonic Corporation. (King, Matthew) (Entered: 09/02/2005) |
| 09/02/2005 | 12 | ANSWER to Complaint with Jury Demand, COUNTERCLAIM against LG.Philips LCD Co. Ltd. by Chunghwa Picture Tubes Ltd..(King, Matthew) (Entered: 09/02/2005) |
| 09/02/2005 | 13 | Disclosure Statement pursuant to Rule 7.1 filed by Chunghwa Picture Tubes Ltd. identifying Chunghwa Electronic Investment Company as Corporate Parent. (King, Matthew) (Entered: 09/02/2005) |
| 09/02/2005 | 14 | ANSWER to Complaint with Jury Demand, COUNTERCLAIM against LG.Philips LCD Co. Ltd. by Tatung Company, Tatung Company of America Inc..(King, Matthew) (Entered: 09/02/2005) |
| 09/02/2005 | 15 | Disclosure Statement pursuant to Rule 7.1 filed by Tatung Company, Tatung Company of America Inc.. (King, Matthew) (Entered: 09/02/2005) |
| 09/02/2005 | 16 | ANSWER to Complaint with Jury Demand, COUNTERCLAIM against LG.Philips LCD Co. Ltd. by Viewsonic Corporation.(King, Matthew) (Entered: 09/02/2005) |
| 09/02/2005 | 17 | Disclosure Statement pursuant to Rule 7.1 filed by Viewsonic Corporation. (King, Matthew) (Entered: 09/02/2005) |
| 09/12/2005 | | SO ORDERED, re 11 MOTION for Pro Hac Vice Appearance of Attorney Thomas W. Jenkins, Jr. and Christine A. Dudzik filed by Tatung Company, Tatung Company of America Inc., Chunghwa Picture Tubes Ltd., Viewsonic Corporation . Signed by Judge Joseph J. Farnan, Jr. on |