IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG. PHILIPS LCD CO., LCD )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHI MEI OPTOELECTRONICS CORPORATION; )<br>AU OPTRONICS CORPORATION; AU )<br>OPTRONICS CORPORATION AMERICA; )<br>TATUNG COMPANY; TATUNG COMPANY OF )<br>AMERICA, INC.; AND VIEWSONIC )<br>CORPORATION, )<br>)<br>Defendants. ) | Civil Action 06-726-JJF<br><br>DEMAND FOR JURY TRIAL |

## NOTICE OF WITHDRAWAL OF APPEARANCE
## AND REQUEST FOR REMOVAL FROM SERVICE LIST

PLEASE TAKE NOTICE that J. Walter Sinclair, Esquire of Stoel Rives LLP hereby withdraws his appearance as counsel to ViewSonic Corporation in these proceedings and requests that all future service of notices and pleadings, electronically or otherwise, be discontinued as of this date and his name be removed from the electronic service list for the above-captioned case.

Dated: June 29, 2007

                                                 Edmond D. Johnson (DE Bar #2257)
                                                 Thomas H. Kovach (DE Bar #3964)
                                                 PEPPER HAMILTON LLP
                                                 Hercules Plaza, Suite 5100
                                                 1313 N. Market Street
                                                 P.O. Box 1709
                                                 Wilmington, DE   19899-1709
                                                 (302) 777-6500

                                                 Attorneys for Defendant ViewSonic Corporation

#8675745 v1

## CERTIFICATE OF SERVICE

I, Edmond D. Johnson, hereby certify that on the 29th day of June, 2007, I caused a copy of the foregoing *Notice of Withdrawal of Appearance and Request for Removal from Service List* be filed with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Richard D. Kirk, Esquire
Ashley B. Stitzer, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

Karen L. Pascale, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Bldg., 17th Fl.
1000 West Street
Wilmington, DE 19801

David Ellis Moore, Esquire
Potter Anderson & Corroon, LLP
Hercules Plaza,
1313 N. Market St., 6th Fl.
P.O. Box 951
Wilmington, DE 19899-0951

William E. Manning, Esquire
Jennifer M. Becnel-Guzzo, Esquire
Buchanan Ingersoll & Rooney PC
1000 West Street, Suite 1410
P.O. Box 1397
Wilmington, DE 19899-1397

Edmond D. Johnson (DE Bar #2257)

#8675745 v1