

**Jennifer M. Becnel-Guzzo**
302 552 4208
jennifer.becnelguzzo@bipc.com

The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801-1054
T 302 552 4200
F 302 552 4295
www.buchananingersoll.com

July 11, 2007

**VIA CM/ECF**

The Honorable Gregory M. Sleet
United States District Court
844 North King Street
Lock Box 19
Wilmington, DE 19801

    Re:    *LG.Philips LCD Co., Ltd. v. Chi Mei Optoelectronics Corporation, et al.*
             Civil Action No. 06-726 GMS

Your Honor:

    We represent Defendants Tatung Company and Tatung Company of America (the "Tatung Defendants") and write on behalf of the Tatung Defendants as well as Plaintiff LG.Philips LCD Co., Ltd., whose counsel has authorized us to say that he joins in this letter. Currently, two motions filed by the Plaintiff and the Tatung Defendants respectively have been noticed to be argued on July 13. This was done in order to comply with Judge Farnan's standing order regarding non-dispositive motions. Now that this case has been transferred to Your Honor, we assume that these motions will not be heard on July 13 and will await further instructions from the Court. We are also authorized to report that Defendant ViewSonic Corporation will also stand by for the Court's instructions

    Should Your Honor have any questions, counsel are available at the Court's convenience.

                                          Respectfully,

                                          Jennifer M. Becnel-Guzzo (#4492)

WEM/psr
cc:    Counsel of Record (via CM/ECF)

#1007980-v1