# THE BAYARD FIRM
A T T O R N E Y S

222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899
ZIP CODE FOR DELIVERIES: 19801

MERITAS LAW FIRMS WORLDWIDE

www.bayardfirm.com
302-655-5000
(FAX) 302-658-6395

WRITER'S DIRECT ACCESS

RICHARD D. KIRK
302-429-4208
rkirk@bayardfirm.com

FILED ELECTRONICALLY AND BY HAND

July 13, 2007

The Honorable Gregory M. Sleet
U.S. District Court for the District of Delaware
844 North King Street, Lock Box 19
Wilmington, DE 19801

    Re:    *LG.Philips LCD Co., Ltd. v. Chi Mei Optoelectronics Corporation, et al.,*
            C.A. No. 06-726-JJF

Dear Chief Judge Sleet:

    Pursuant to Local Rule 7.1.4, plaintiff LG.Philips LCD Co., Ltd. ("LPL") hereby requests oral argument on its Alternative Motion For Leave To Use Discovery Or, In The Further Alternative, To Conduct Jurisdictional Discovery (D.I. 80). Briefing has now been completed (Opening Brief, D. I. 81; Answering Brief, D.I. 98, Reply Brief, D.I. 106).

                                Respectfully submitted,

                                Richard D. Kirk (rk0922)

RDK/tn
cc:  Original to Clerk of the Court (by hand)
      Counsel as shown on the attached certificate

664911-1

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on July 13, 2007, he served the foregoing documents by email and by hand upon the following counsel:

Edmond D. Johnson
Thomas H. Kovach
Pepper Hamilton LLP
1313 Market Street, Suite 5100
PO Box 1709
Wilmington, DE 19899-1709

Karen L. Pascale
John W. Shaw
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

Philip A. Rovner
Dave E. Moore
Potter Anderson & Corroon LLP
1313 North Market Street
Wilmington, DE 19899-0951

William E. Manning
Jennifer M. Becnel-Guzzo
Buchanan Ingersoll & Rooney
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801

The undersigned counsel further certifies that, on July 13, 2007, he served the foregoing documents by email and by U.S. Mail upon the following counsel:

John N. Zarian
Samia McCall
Matthew D. Thayne
J. Walter Sinclair
Stoel Rives LLP
101 S. Capitol Blvd., Suite 1900
Boise, ID 83702

Vincent K. Yip
Peter J. Wied
Jay C. Chiu
Paul, Hastings, Janofsky & Walker LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, CA 90071

Kenneth R. Adamo
Robert C. Kahrl
Arthur P. Licygiewicz
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190

Bryan J. Sinclair
Karineh Khachatourian
Buchanan Ingersoll & Rooney
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065-1418

/s/ Richard D. Kirk, (rk0922)
Richard D. Kirk

656846-1