IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG. PHILIPS LCD CO., LTD., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CHI MEI OPTOELECTRONICS ) <br> CORPORATION; AU OPTRONICS ) <br> CORPORATION, AU OPTRONICS ) <br> CORPORATION OF AMERICA; ) <br> TATUNG COMPANY; TATUNG ) <br> COMPANY OF AMERICA, INC.; AND ) <br> VIEWSONIC CORPORATION, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 06-726 (GMS) |

**CHI MEI OPTOELECTRONICS CORPORATION'S
DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1(a)**

Defendant Chi Mei Optoelectronics Corporation ("CMO"), by and through its counsel, hereby discloses that:

1. The parent corporation of CMO is Chi Mei Corporation.

2. The only publicly held corporation that owns 10% or more of the stock of CMO is Chi Mei Corporation.

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Kenneth R. Adamo
Robert C. Kahrl
Arthur P. Licygiewicz
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190
(216) 586-3939

By: /s/ Philip A. Rovner
Philip A. Rovner (#3215)
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com

*Attorneys for Defendant
Chi Mei Optoelectronics Corporation*

Dated: July 19, 2007
807885

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Philip A. Rovner, hereby certify that on July 19, 2007, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

| **BY CM/ECF, -EMAIL AND HAND DELIVERY** | **BY CM-ECF, EMAIL AND HAND DELIVERY** |
|---|---|
| Richard E. Kirk, Esq.<br>Ashley Blake Stitzer, Esq.<br>The Bayard Firm<br>222 Delaware Avenue<br>Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19899<br>rkirk@bayardfirm.com<br>astitzer@bayardfirm.com | Edmond D. Johnson, Esq.<br>Thomas H. Kovach, Esq.<br>Pepper Hamilton LLP<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street<br>Wilmington, DE 19899-1709<br>johnsone@pepperlaw.com<br>kovacht@pepperlaw.com |
| William E. Manning, Esq.<br>Jennifer M. Becnel-Guzzo, Esq.<br>Buchanan Ingersoll & Rooney<br>1000 West Street, Suite 1410<br>Wilmington, DE 19801<br>william.manning@bipc.com<br>jennifer.becnelguzzo@bipc.com | John W. Shaw, Esq.<br>Karen L. Pascale, Esq.<br>Young Conaway Stargatt & Taylor LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801<br>jshaw@ycst.com<br>kpascale@ycst.com |

I hereby certify that on July 19, 2007 I have sent by E-mail the foregoing document to the following non-registered participants:

| | |
|---|---|
| Gaspare J. Bono, Esq.<br>McKenna Long & Aldridge LLP<br>1900 K Street, NW<br>Washington, DC 20006<br>gbono@mckennalong.com | Vincent K. Yip, Esq.<br>Peter J. Wied, Esq.<br>Jay C. Chiu, Esq.<br>Paul Hastings Janofsky & Walker LLP<br>515 South Flower Street<br>Los Angeles, CA 90071<br>vincentyip@paulhastings.com<br>peterwied@paulhastings.com<br>jaychiu@paulhastings.com |

Karineh Khachatourian, Esq.  
Jeffrey M. Ratinoff, Esq.  
Bryan J. Sinclair, Esq.  
Buchanan Ingersoll & Rooney PC  
333 Twin Dolphin Drive  
Redwood Shores, CA 94065-1418  
Karineh.khachatourian@bipc.com  
Jeffrey.ratinoff@bipc.com  
Bryan.sinclair@bipc.com  

John N. Zarian, Esq.  
Samia E. McCall, Esq.  
Stoel Rives LLP  
101 S. Capitol Boulevard  
Suite 1900  
Boise, ID 83702  
jnzarian@stoel.com  
semcall@stoel.com  

/s/ Philip A. Rovner  
Philip A. Rovner (#3215)  
Potter Anderson & Corroon LLP  
Hercules Plaza  
P. O. Box 951  
Wilmington, DE 19899  
(302) 984-6000  
provner@potteranderson.com