**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| LG. PHILIPS LCD CO., LCD | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action 06-726-GMS |
| | ) | |
| CHI MEI OPTOELECTRONICS CORPORATION; | ) | |
| AU OPTRONICS CORPORATION; AU | ) | |
| OPTRONICS CORPORATION AMERICA; | ) | |
| TATUNG COMPANY; TATUNG COMPANY OF | ) | |
| AMERICA, INC.; AND VIEWSONIC | ) | |
| CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT VIEWSONIC CORPORATION'S**
**OPPOSITION TO THE JOINT MOTION TO CONSOLIDATE**

Defendant ViewSonic Corporation ("ViewSonic") hereby opposes the Joint

Motion to Consolidate (the "Motion") of AU Optronics Corporation ("AUO") and AU Optronics

Corporation America ("AUOA") (collectively the "AUO Parties"), and LG.Philips LCD Co.,

Ltd. ("LPL") and LG.Philips LCD America, Inc. ("LPLA") (collectively the "LPL Parties").

The Motion seeks to consolidate this action (C.A. No. 06-726-JJF) with the action recently

transferred to this District (C.A. No. 07-357-JJF) from the Western District of Wisconsin.

In support of its opposition, ViewSonic hereby joins in and incorporates by

reference the opposition of Tatung Company and Tatung Company of America (the "Tatung

Defendants") to the Motion, D.I. 115.   For the reasons set forth in the Tatung Defendants'

opposition, ViewSonic respectfully request that the Court deny the Motion.

#8727818 v1

Dated: July 20, 2007

Edmond D. Johnson (DE Bar #2257)
Thomas H. Kovach (DE Bar #3964)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE   19899-1709
(302) 777-6500

Of Counsel:

John N. Zarian
Samia E. McCall
Matthew D. Thayne
STOEL RIVES LLP
101 S. Capitol Blvd.
Suite 1900
Boise, ID  83702
(208) 389-9000

Attorneys for Defendant ViewSonic Corporation

-2-

## CERTIFICATE OF SERVICE

I, Thomas H. Kovach, hereby certify that on the 20th day of July , 2007, I caused

a copy of the foregoing to ***Defendant ViewSonic Corporation's Opposition to the Joint***

***Motion to Consolidate*** be filed with the Clerk of the Court using CM/ECF, which will send

automatic notification of the filing to the following:

Richard D. Kirk, Esquire
Ashley B. Stitzer, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

David Ellis Moore, Esquire
Potter Anderson & Corroon, LLP
Hercules Plaza,
1313 N. Market St., 6th Fl.
P.O. Box 951
Wilmington, DE 19899-0951

Karen L. Pascale, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Bldg., 17th Fl.
1000 West Street
Wilmington, DE 19801

William E. Manning, Esquire
Jennifer M. Becnel-Guzzo, Esquire
Buchanan Ingersoll & Rooney PC
1000 West Street, Suite 1410
P.O. Box 1397
Wilmington, DE 19899-1397

Thomas H. Kovach (DE Bar #3964)

#8727818 v1