IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD, <br><br> Plaintiff, <br><br> v. <br><br> CHI MEI OPTOELECTRONICS CORPORATION; AU OPTRONICS CORPORATION; AU OPTRONICS CORPORATION AMERICA; TATUNG COMPANY; TATUNG COMPANY OF AMERICA, INC.; AND VIEWSONIC CORPORATION, <br><br> Defendants. | Civil Action No. 06-726-GMS <br><br> DEMAND FOR JURY TRIAL |

### DEFENDANTS TATUNG COMPANY AND TATUNG COMPANY OF AMERICA'S NOTICE OF JOINDER IN VIEWSONIC CORPORATION'S MOTION TO STRIKE

Tatung Company and Tatung Company of America (collectively the "Tatung Defendants") by and through its undersigned counsel hereby joins (the "Joinder") in the Motion to Strike filed by ViewSonic Corporation (the "Motion"). (D.I. 114). In support of their Joinder, the Tatung Defendants state:

### BACKGROUND

On or about December 1, 2006, LPL initiated this action by filing its Complaint for Patent Infringement against Chi Mei Optoelectronics Corporation ("Chi Mei"), AUO, AUOA, the Tatung Defendants, and ViewSonic Corporation ("ViewSonic"). The original complaint asserts claims against all of the defendants, including the Tatung Defendants, for the alleged infringement and/or induced infringement of U.S. Patent No. 5,825,449 ("the '449 Patent"), U.S. Patent No. 4,624,737 ("the '737 Patent"), and U.S. Patent No. 5,019,002 ("the '002 Patent") (collectively "the Patents") (See D.I. 1)

Four and a half months later, on April 11, 2007, LPL filed its First Amended Complaint adding three declaratory relief claims on three new patents only as against AUO and AUOA.[1] (See D.I. 29.). Again, on May 22, 2007, without leave of Court to file a second amended pleading, LPL filed a third initial pleading – also entitled First Amended Complaint, but against defendants Chi Mei and Chi Mei Optoelectronics USA, Inc. ("Chi Mei USA") ("Second First Amended Complaint"). (See D.I. 54.)

In this Second First Amended Complaint, LPL added Chi Mei USA as a new party, plus two additional counts of declaratory relief for invalidity and non-infringement on four (4) new patents. This Second First Amended Complaint, however, dropped LPL's declaratory relief claims against AUO and AUOA previously asserted in the original First Amended Complaint. (See, e.g., D.I. 54 at ¶¶ 7, 50-62).

## JOINDER

The Tatung Defendants concur with the factual and legal arguments set forth in the Motion to Strike as to why the First Amended Complaint and Second First Amended Complaint should be stricken. Accordingly, the Tatung Defendants file this Joinder in support of the Motion.

## CONCLUSION

For all the reasons set forth in the Motion to Strike (D.I. 114), the Tatung Defendants request that this Court grant the Motion.

---

[1] The new AUO patent cluster includes the '781 Patent, the '160 Patent, and the '629 Patent (the "AUO Patents"). See D.I. 29, Ex. D, E and F.

|  |  |
|---|---|
|  | Respectfully submitted, |
| DATED: July 20, 2007 | BUCHANAN INGERSOLL & ROONEY PC |

*/s/ Jennifer M. Becnel-Guzzo*
William E. Manning, Esq. (DE Bar #697)
Jennifer M. Becnel-Guzzo, Esq (DE Bar #4492)
1000 West Street, Suite 1410
P.O. Box 1397
Wilmington, DE 19899-1397
Telephone: (302) 552-4200
Email: william.manning@bipc.com
Email: jennifer.becnelguzzo@bipc.com

Of Counsel

BUCHANAN INGERSOLL & ROONEY LLP
Bryan J. Sinclair (*pro hac vice*)
Karineh Khachatourian (*pro hac vice*)
Jeffrey M. Ratinoff, Esq. (*pro hac vice*)
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065-1418
Telephone: (650) 622-2300
Facsimile: (650) 622-2499
Email: bryan.sinclair@bipc.com
Email: karineh.khachatourian@bipc.com
Email: jeffrey.ratinoff@bipc.com

-And-

USASIA LAW, APC
Joseph S. Wu (*pro hac* vice)
5670 La Jolla Blvd
La Jolla, CA 92037
Telephone: (858) 454-8588
Facsimile: (858) 454-4314
Email: jwulawyer@gmail.com

-And-

X-PATENTS, APC
Jonathan Hangartner (*pro hac vice*)
5670 La Jolla Blvd
La Jolla, CA 92037
Telephone: (858) 454-4313
Facsimile: (858) 454-4314
Email: jon@x-patents.com

*Attorneys for Defendants Tatung Company and Tatung Company of America*