**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD.,<br><br>Plaintiff,<br>v.<br><br>CHI MEI OPTOELECTRONICS CORPORATION, et al.<br><br>Defendants. | C.A. No. 06-726-GMS<br>C.A. No. 07-357-GMS<br><br>**CONSOLIDATED CASES** |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Plaintiff LG. Philips LCD Co., LTD, by its undersigned attorneys, pursuant to Local Rule 83.5 and supported by the attached certifications, move the admission *pro hac vice* of Gaspare J. Bono, Lora A. Brzezynski, Mindy L. Caplan, Stephen Chippendale, Jennifer L. Davis, R. Tyler Goodwyn, John W. Lomas, Jr., and Adrian P.J. Mollo of McKenna Long & Aldridge LLP, on its behalf. In accordance with Standing Order for District Court Fund effective January 1, 2005, movant states that the annual fee of $25.00 per attorney is being submitted to the Clerk's Office with this motion.

July 26, 2007

THE BAYARD FIRM

/s/ Richard D. Kirk (rk0922)
Richard D Kirk
Ashley B. Stitzer
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19899
(302) 655-5000
rkirk@bayardfirm.com
astitzer@bayardfirm.com
Attorneys for Defendant
LG.Philips LCD Co., LTD

OF COUNSEL:
Gaspare J. Bono
Lora A. Brzezynski
Mindy L. Caplan
Stephen Chippendale
Jennifer L. Davis
R. Tyler Goodwyn
John W. Lomas, Jr.
Adrian P.J. Mollo
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC 20006
(202) 496-7500

SO ORDERED, this ______ day of July, 2007

______________________________________
United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the District of Columbia and the State of New York and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 is being submitted to the Clerk's Office with the accompanying motion.

Gaspare J. Bono
McKenna Long & Aldridge LLP
1900 K Street, N.W.
Suite 100
Washington, D.C. 20006

Attorney for
*LG Philips LCD Co., Ltd.*

June 19, 2007

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of Virginia, Maryland and the District of Columbia and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 is being submitted to the Clerk's Office with the accompanying motion.

Lora A. Brzezynski
McKenna Long & Aldridge LLP
1900 K Street, N.W.
Suite 100
Washington, D.C. 20006

Attorney for
*LG Philips LCD Co., Ltd.*

June 21, 2007

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD.,<br><br>Plaintiff,<br><br>v.<br><br>CHI MEI OPTOELECTRONICS CORPORATION, et al.<br><br>Defendants. | Civil Action No. 06-726 (JJF) |

**CERTIFICATION BY COUNSEL TO BE**
**ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the U.S. District Court of the District of Columbia and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 is being submitted to the Clerk's Office with the accompanying motion.

June 20, 2007

Mindy L. Caplan
McKenna Long & Aldridge LLP
1900 K Street, N.W.
Washington, DC 20006
(202) 496-7500

Attorneys for LG.Philips LCD Co., Ltd.
and LG.Philips LCD America

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD.,<br><br>Plaintiff,<br><br>v.<br><br>CHI MEI OPTOELECTRONICS CORPORATION, et al.<br><br>Defendants. | Civil Action No. 06-726 (JJF) |

**CERTIFICATION BY COUNSEL TO BE**
**ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the U.S. District Court of the District of Columbia and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 is being submitted to the Clerk's Office with the accompanying motion.

July 11, 2007

Stephen Chippendale
McKenna Long & Aldridge LLP
1900 K Street, N.W.
Washington, DC 20006
(202) 496-7500

Attorneys for LG.Philips LCD Co., Ltd.
and LG.Philips LCD America

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the District of Columbia and the State of Virginia and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 is being submitted to the Clerk's Office with the accompanying motion.

R. Tyler Goodwyn, IV
McKenna Long & Aldridge LLP
1900 K Street, N.W.
Suite 100
Washington, D.C. 20006

Counsel for *LG Philips LCD Co., Ltd.*

June 19, 2007

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

LG.PHILIPS LCD CO., LTD.,

Plaintiff,

v.

CHI MEI OPTOELECTRONICS CORPORATION, et al.

Defendants.

Civil Action No. 06-726 (JJF)

**CERTIFICATION BY COUNSEL TO BE**
**ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of the Virginia and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 is being submitted to the Clerk's Office with the accompanying motion.

June 19, 2007

Jennifer L. Davis
McKenna Long & Aldridge LLP
1900 K Street, N.W.
Washington, DC 20006
(202) 496-7500

Attorneys for LG.Philips LCD Co., Ltd.
and LG.Philips LCD America

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

LG.PHILIPS LCD CO., LTD.,

Plaintiff,

v.

CHI MEI OPTOELECTRONICS CORPORATION, et al.

Defendants.

Civil Action No. 06-726 (JJF)

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Supreme Court of Virginia and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 is being submitted to the Clerk's Office with the accompanying motion.

June 19, 2007

John W. Lomas, Jr.
McKenna Long & Aldridge LLP
1900 K Street, N.W.
Washington, DC 20006
(202) 496-7500

Attorneys for LG.Philips LCD Co., Ltd. and LG.Philips LCD America

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

LG.PHILIPS LCD CO., LTD.,

Plaintiff,

v.

CHI MEI OPTOELECTRONICS CORPORATION, et al.

Defendants.

Civil Action No. 06-726 (JJF)

**CERTIFICATION BY COUNSEL TO BE**
**ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 is being submitted to the Clerk's Office with the accompanying motion.

July 3, 2007

Adrian P.J. Mollo

Adrian P.J. Mollo
McKenna Long & Aldridge LLP
1900 K Street, N.W.
Washington, DC 20006
(202) 496-7500

*Attorneys for LG.Philips LCD Co., Ltd. and LG.Philips LCD America*

**CERTIFICATE OF SERVICE**

The undersigned counsel certifies that, on July 26, 2007, he served the foregoing documents by email and by hand upon the following counsel:

Edmond D. Johnson
Thomas H. Kovach
PEPPER HAMILTON LLP
1313 Market Street, Suite 5100
PO Box 1709
Wilmington, DE 19899-1709

Karen L. Pascale
John W. Shaw
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

Philip A. Rovner
Dave E. Moore
POTTER ANDERSON & CORROON LLP
1313 North Market Street
Wilmington, DE 19899-0951

William E. Manning
Jennifer M. Becnel-Guzzo
BUCHANAN INGERSOLL & ROONEY
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801

The undersigned counsel further certifies that, on July 26, 2007, he served the foregoing documents by email and by U.S. Mail upon the following counsel:

John N. Zarian
Samia McCall
Matthew D. Thayne
STOEL RIVES LLP
101 S. Capitol Blvd., Suite 1900
Boise, ID 83702

Vincent K. Yip
Peter J. Wied
Jay C. Chiu
PAUL, HASTINGS, JANOFSKY & WALKER LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, CA 90071

Kenneth R. Adamo
Robert C. Kahrl
Arthur P. Licygiewicz
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190

Bryan J. Sinclair
Karineh Khachatourian
BUCHANAN INGERSOLL & ROONEY
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065-1418

Ron E. Shulman, Esquire
Julie Holloway, Esquire
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, California 94304-1050

M. Craig Tyler, Esquire
Brian D. Range, Esquire
WILSON SONSINI GOODRICH & ROSATI
8911 Capital of Texas Highway North
Westech 360, Suite 3350
Austin, Texas 78759-8497

James R. Troupis, Esquire
Paul D. Barbato, Esquire
MICHAEL BEST & FRIEDRICH LLP
One South Pinckney Street
Suite 700
P.O.Box 1806
Madison, WI 53701-1806

/s/ Richard D. Kirk, (rk0922)
Richard D. Kirk