IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG. PHILIPS LCD CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> CHI MEI OPTOELECTRONICS CORPORATION; AU OPTRONICS CORPORATION; AU OPTRONICS CORPORATION OF AMERICA; TATUNG COMPANY; TATUNG COMPANY OF AMERICA, INC.; AND VIEWSONIC CORPORATION, <br><br> Defendants. <br><br>―――――――――――――――――― <br><br> AU OPTRONICS CORPORATION, <br><br> Counterclaim Plaintiff, <br><br> v. <br><br> LG. PHILIPS LCD CO., LTD., AND LG. PHILIPS LCD AMERICA, INC. <br><br> Counterclaim Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § C.A. No. 06-726-GMS <br><br> (CONSOLIDATED with 07-357-GMS) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of the following attorney to represent AU OPTRONICS CORPORATION and AU OPTRONICS CORPORATION OF AMERICA, in this matter:

>Hua Chen
>PAUL HASTINGS JANOFSKY & WALKER LLP
>515 South Flower Street, 25th Floor
>Los Angeles, CA 90071
>(213) 683-6000

Pursuant to Standing Order for District Court Fund, the annual fee of $25.00 per attorney is forwarded with this motion.

July 31, 2007

YOUNG CONAWAY STARGATT & TAYLOR LLP

*/s/ Karen L. Pascale*

Richard H. Morse (#531) [rmorse@ycst.com]
John W. Shaw (#3362) [jshaw@ycst.com]
Karen L. Pascale (#2903) [kpascale@ycst.com]
The Brandywine Building
1000 West St., 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Phone: 302-571-6600

*Attorneys for AU Optronics Corporation
and AU Optronics Corporation America*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for the admission *pro hac vice* of Hua Chen is GRANTED.

Dated: _____, 2007

_____
UNITED STATES DISTRICT JUDGE

2

# CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of the State of California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

Dated: June 27, 2007

Hua Chen
PAUL HASTINGS JANOFSKY & WALKER LLP
515 South Flower Street, 25th Floor
Los Angeles, CA 90071
(213) 683-6000
E-mail: huachen@paulhastings.com

LEGAL_US_W # 56548977.1

# CERTIFICATE OF SERVICE

I, Karen L. Pascale, Esquire, hereby certify that on July 31, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Richard D. Kirk [rkirk@bayardfirm.com]
> Ashley B. Stitzer [astitzer@bayardfirm.com]
> THE BAYARD FIRM
> 222 Delaware Avenue, Suite 900
> P.O. Box. 25130
> Wilmington, DE 19899-5130
> (302) 655-5000
> *Attorneys for LG.Philips LCD Co., Ltd. and LG.Philips LCD America, Inc.*
>
> Philip A. Rovner [provner@potteranderson.com]
> David E. Moore [dmoore@potteranderson.com]
> POTTER, ANDERSON & CORROON
> 6th Floor, Hercules Plaza
> 1313 N. Market Street
> Wilmington, DE 19801
> *Attorneys for Chi Mei Optoelectronics Corporation*
>
> William E. Manning [william.manning@bipc.com]
> Jennifer M. Becnel-Guzzo [jennifer.becnelguzzo@bipc.com]
> BUCHANAN INGERSOLL & ROONEY
> The Brandywine Building
> 1000 West Street, Suite 1410
> Wilmington, DE 19801
> (302) 552-4200
> *Attorneys for Tatung Company and Tatung Company of America, Inc.*
>
> Edmond D. Johnson [johnsone@pepperlaw.com]
> Thomas H. Kovach [kovacht@pepperlaw.com]
> PEPPER HAMILTON LLP
> 1313 Market Street, Suite 5100
> P.O. Box 1709
> Wilmington, DE 19899-1709
> *Attorneys for ViewSonic Corporation*

I further certify that I caused a copy of the foregoing document to be served by e-mail and hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

*By E-mail*

Gaspare J. Bono [gbono@mckennalong.com]
Matthew T. Bailey [mbailey@mckennalong.com]
R. Tyler Goodwyn, IV [tgoodwyn@mckennalong.com]
Lora A. Brzezynski [lbrzezynski@mckennalong.com]
Cass W. Christenson [cchristenson@mckennalong.com]
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC 20006
(202) 496-7500
   *Attorneys for LG.Philips LCD Co., Ltd. and LG.Philips LCD America, Inc.*

Kenneth R. Adamo [kradamo@jonesday.com]
Robert C. Kahrl [rckahrl@jonesday.com]
Arthur P. Licygiewicz [aplicygiewicz@jonesday.com]
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190
(216) 586-3939
   *Attorneys for Chi Mei Optoelectronics Corporation*

Bryan J. Sinclair [bryan.sinclair@bipc.com]
Karineh Khachatourian [karineh.khachatourian@bipc.com]
Buchanan Ingersoll & Rooney
333 Twin Dolphin Drive
Redwood Shores, CA 94065-1418
(650) 622-2300
   *Attorneys for Tatung Company and Tatung Company of America, Inc.*

John N. Zarian [jnzarian@stoel.com]
Samia E. McCall [semccall@stoel.com]
Matthew D. Thayne [mdthayne@stoel.com]
Stoel Rives LLP
101 S. Capitol Blvd., Suite 1900
Boise, ID 83702
(208) 389-9000
   *Attorneys for ViewSonic Corporation*

2

|  | YOUNG CONAWAY STARGATT & TAYLOR LLP |
|---|---|
|  | /s/ *Karen L. Pascale* |
| July 31, 2007 | Richard H. Morse (#531) *[rmorse@ycst.com]*<br>John W. Shaw (No. 3362) *[jshaw@ycst.com]*<br>Karen L. Pascale (No. 2903) *[kpascale@ycst.com]*<br>The Brandywine Building<br>1000 West St., 17th Floor<br>P.O. Box 391<br>Wilmington, Delaware 19899-0391<br>Phone: 302-571-6600<br>   *Attorneys for AU Optronics Corporation and*<br>   *AU Optronics Corporation America* |

3