**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| LG.PHILIPS LCD CO., LTD., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | Civil Action No. 06-726 (GMS) |
| CHI MEI OPTOELECTRONICS CORPORATION, *et al.,* | ) ) ) | |
| Defendants. | ) ) ) | |
| AU OPTRONICS CORPORATION, | ) ) | |
| Plaintiff, | ) ) | Civil Action No. 07-357 (GMS) |
| v. | ) | CONSOLIDATED CASES |
| LG.PHILIPS LCD CO., LTD and LG.PHILIPS LCD AMERICA, INC., | ) ) ) | |
| Defendants. | ) ) | |
| LG.PHILIPS LCD CO., LTD. and LG.PHILIPS LCD AMERICA, INC., | ) ) ) | |
| Counterclaim-Plaintiffs, | ) ) ) | |
| v. | ) ) | |
| AU OPTRONICS CORPORATION, *et al.,* | ) ) ) | |
| Counterclaim-Defendants. | ) ) | |

**CHI MEI OPTOELECTRONICS CORPORATION'S
MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION
AND INSUFFICIENCY OF SERVICE OF PROCESS**

Counterclaim-Defendant Chi Mei Optoelectronics Corporation ("CMO") moves this

Court, in accordance with Fed. R. Civ. P. 12(b)(2) and 12(b)(5), to dismiss Counterclaim-

Plaintiff's Additional Counterclaims for Patent Infringement for the same reasons set forth in

CMO's Motion to Dismiss (D.I. 19, Civil Action No. 06-726), Opening Brief in Support of Chi

Mei Optoelectronics' Motion to Dismiss for Lack of Personal Jurisdiction and Insufficiency of Service of Process (D.I. 20, Civil Action No. 06-726), the Declaration of Li-Yi Chen (D.I. 21, Civil Action No. 06-726) and the Declaration of Arthur P. Licygiewicz (D.I. 22, Civil Action No. 06-726), all of which are incorporated herein by reference as if fully rewritten herein, submitted in Civil Action No. 06-726.

After Civil Action No. 07-735 was transferred from the United States District Court for the Western District of Wisconsin, LPL answered the complaint of AU Optronics Corporation and raised counterclaims against CMO and others. (D.I. 73, Civil Action No. 07-735). On June 13, 2007, a summons was issued to CMO. LPL attempted to effect service upon CMO by serving the Delaware Secretary of State and then sending a copy of the Summons and Counterclaim to CMO in Taiwan in the same way that it attempted to effect service on CMO in Civil Action No. 06-726. (D.I. 76, Civil Action No. 07-735) (*See* Ex. 1 to D.I. 22, Civil Action No. 06-726). As CMO first noted in its Motion to Dismiss in Civil Action No. 06-726, such service by counsel is insufficient and fails to comply with the requirements of Fed. R. Civ. P. 4(f)(2)(C)(ii).

On June 26, 2007, AU Optronics Corporation, AU Optronics Corporation of America, LG.Philips LCD Co., Ltd. and LG.Philips LCD America, Inc. jointly moved the court in Civil Action No. 06-726 to consolidate this action with it. (D.I. 92, Civil Action No. 06-726). CMO and Chi Mei Optoelectronics USA, Inc. did not oppose this motion.

On July 5, 2007, Counterclaim-Defendant CMO moved to dismiss the patent infringement counterclaims filed against it in Civil Action No. 07-735 by LPL. (D.I. 90, Civil Action No. 07-735). On August 8, 2007, without leave of this Court, LPL filed "Additional Counterclaims" against CMO. (D.I. 124, Civil Action No. 06-726).

LPL's "Additional Counterclaims" against CMO should be dismissed for the identical reasons that LPL's complaint should be dismissed against CMO in Civil Action No. 06-726: this Court lacks personal jurisdiction over CMO and service of process upon CMO was insufficient.[1]

Accordingly, for the same reasons set forth in the Opening Brief in Support of Chi Mei Optoelectronics' Motion to Dismiss for Lack of Personal Jurisdiction and Insufficiency of Service of Process (D.I. 20, Civil Action No. 06-726), the Declaration of Li-Yi Chen (D.I. 21, Civil Action No. 06-726) and the Declaration of Arthur P. Licygiewicz (D.I. 22, Civil Action No. 06-726), all of which are incorporated herein by reference as if fully rewritten herein, CMO respectfully requests that this Court grant its Motion to Dismiss for Lack of Personal Jurisdiction and Insufficiency of Service of Process.

OF COUNSEL:

Kenneth R. Adamo
Robert C. Kahrl
Arthur P. Licygiewicz
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190
(216) 586-3939

Dated: August 22, 2007
814314

POTTER ANDERSON & CORROON LLP

By: _____
        Philip A. Rovner (#3215)
        Hercules Plaza
        P. O. Box 951
        Wilmington, DE 19899
        (302) 984-6000
        provner@potteranderson.com

*Attorneys for Counterclaim-Defendant*
*Chi Mei Optoelectronics Corporation*

---

[1] CMO confines its present Motion to one for dismissal for lack of personal jurisdiction and insufficiency of service of process. However, without formally joining in the Motion to Dismiss and/or Strike the "Additional Counterclaims," filed today by Chi Mei Optoelectronics USA, Inc. ("CMO USA"), CMO states that were LPL's "Additional Counterclaims" against CMO not already subject to dismissal by this Court for lack of jurisdiction and insufficiency of service of process, the "Additional Counterclaims" should be dismissed for the same reasons as set forth by CMO USA.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Philip A. Rovner, hereby certify that on August 22, 2007, the within document

was filed with the Clerk of the Court using CM/ECF which will send notification of such

filing(s) to the following; that the document was served on the following counsel as indicated;

and that the document is available for viewing and downloading from CM/ECF.

**BY CM/ECF, -EMAIL AND HAND**
**DELIVERY**

Richard E. Kirk, Esq.
Ashley Blake Stitzer, Esq.
The Bayard Firm
222 Delaware Avenue
Suite 900
P.O. Box 25130
Wilmington, DE 19899
rkirk@bayardfirm.com
astitzer@bayardfirm.com

William E. Manning, Esq.
Jennifer M. Becnel-Guzzo, Esq.
Buchanan Ingersoll & Rooney
1000 West Street, Suite 1410
Wilmington, DE 19801
william.manning@bipc.com
jennifer.becnelguzzo@bipc.com

**BY CM-ECF, EMAIL AND HAND**
**DELIVERY**

Edmond D. Johnson, Esq.
Thomas H. Kovach, Esq.
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, DE 19899-1709
johnsone@pepperlaw.com
kovacht@pepperlaw.com

John W. Shaw, Esq.
Karen L. Pascale, Esq.
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
jshaw@ycst.com
kpascale@ycst.com

I hereby certify that on August 22, 2007 I have sent by E-mail the foregoing

document to the following non-registered participants:

Gaspare J. Bono, Esq.
Matthew T. Bailey, Esq.
Lora A. Brzezynski, Esq.
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC 20006
gbono@mckennalong.com
mbailey@mckennalong.com
lbrzezynski@mckennalong.com

Vincent K. Yip, Esq.
Peter J. Wied, Esq.
Jay C. Chiu, Esq.
Paul Hastings Janofsky & Walker LLP
515 South Flower Street
Los Angeles, CA 90071
vincentyip@paulhastings.com
peterwied@paulhastings.com
jaychiu@paulhastings.com

Karineh Khachatourian, Esq.
Jeffrey M. Ratinoff, Esq.
Bryan J. Sinclair, Esq.
Buchanan Ingersoll & Rooney PC
333 Twin Dolphin Drive
Redwood Shores, CA 94065-1418
Karineh.khachatourian@bipc.com
Jeffrey.ratinoff@bipc.com
Bryan.sinclair@bipc.com

Ron E. Shulman, Esq.
Julie M. Holloway, Esq.
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304-1050
rshulman@wsgr.com
jholloway@wsgr.com

John N. Zarian, Esq.
Samia E. McCall, Esq.
Stoel Rives LLP
101 S. Capitol Boulevard
Suite 1900
Boise, ID 83702
jnzarian@stoel.com
semccall@stoel.com

M. Craig Tyler, Esq.
Brian D. Range, Esq.
Wilson Sonsini Goodrich & Rosati
8911 Capital of Texas Highway North
Westech 360, Suite 3350
Austin, TX 78759
ctyler@wsgr.com
brange@wsgr.com

Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com

2