IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> CHI MEI OPTOELECTRONICS CORPORATION, *et al.*, <br><br> Defendants. | Civil Action No. 06-726 (GMS) |
| AU OPTRONICS CORPORATION, <br><br> Plaintiff, <br> v. <br><br> LG.PHILIPS LCD CO., LTD and <br> LG.PHILIPS LCD AMERICA, INC., <br><br> Defendants. | Civil Action No. 07-357 (GMS) <br><br> CONSOLIDATED CASES |
| LG.PHILIPS LCD CO., LTD. and LG.PHILIPS LCD AMERICA, INC., <br><br> Counterclaim-Plaintiffs, <br><br> v. <br><br> AU OPTRONICS CORPORATION, *et al.*, <br><br> Counterclaim-Defendants. | |

**CHI MEI OPTOELECTRONICS USA, INC.'S MOTION TO DISMISS AND/OR STRIKE LG.PHILIPS LCD CO., LTD'S ADDITIONAL COUNTERCLAIMS**

Counterclaim Defendant Chi Mei Optoelectronics USA, Inc. ("CMO USA") moves this Court, in accordance with Fed. R. Civ. P. 7, 12, 13, 15 and 20 to dismiss and/or strike Defendant LG.Philips LCD Co., Ltd.'s "Additional Counterclaims," filed in *AU Optronics Corporation v. LG.Philips LCD Co., Ltd. and LG.Philips LCD America, Inc.*, C.A. No. 07-357 (GMS). CMO

USA's motion is based on the accompanying Opening Brief in Support of Chi Mei Optoelectronics USA, Inc.'s Motion to Dismiss and/or Strike, and upon the papers, records and pleadings on file with this Court in this case.

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Kenneth R. Adamo
Robert C. Kahrl
Arthur P. Licygiewicz
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190
(216) 586-3939

By: _____
Philip A. Rovner (#3215)
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com

*Attorneys for Counterclaim Defendant
Chi Mei Optoelectronics USA, Inc.*

Dated: August 22, 2007
814243

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Philip A. Rovner, hereby certify that on August 22, 2007, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

**BY CM/ECF, -EMAIL AND HAND DELIVERY**

Richard E. Kirk, Esq.
Ashley Blake Stitzer, Esq.
The Bayard Firm
222 Delaware Avenue
Suite 900
P.O. Box 25130
Wilmington, DE 19899
rkirk@bayardfirm.com
astitzer@bayardfirm.com

William E. Manning, Esq.
Jennifer M. Becnel-Guzzo, Esq.
Buchanan Ingersoll & Rooney
1000 West Street, Suite 1410
Wilmington, DE 19801
william.manning@bipc.com
jennifer.becnelguzzo@bipc.com

**BY CM-ECF, EMAIL AND HAND DELIVERY**

Edmond D. Johnson, Esq.
Thomas H. Kovach, Esq.
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, DE 19899-1709
johnsone@pepperlaw.com
kovacht@pepperlaw.com

John W. Shaw, Esq.
Karen L. Pascale, Esq.
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
jshaw@ycst.com
kpascale@ycst.com

I hereby certify that on August 22, 2007 I have sent by E-mail the foregoing document to the following non-registered participants:

Gaspare J. Bono, Esq.
Matthew T. Bailey, Esq.
Lora A. Brzezynski, Esq.
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC 20006
gbono@mckennalong.com
mbailey@mckennalong.com
lbrzezynski@mckennalong.com

Vincent K. Yip, Esq.
Peter J. Wied, Esq.
Jay C. Chiu, Esq.
Paul Hastings Janofsky & Walker LLP
515 South Flower Street
Los Angeles, CA 90071
vincentyip@paulhastings.com
peterwied@paulhastings.com
jaychiu@paulhastings.com

| | |
|---|---|
| Karineh Khachatourian, Esq.<br>Jeffrey M. Ratinoff, Esq.<br>Bryan J. Sinclair, Esq.<br>Buchanan Ingersoll & Rooney PC<br>333 Twin Dolphin Drive<br>Redwood Shores, CA 94065-1418<br>Karineh.khachatourian@bipc.com<br>Jeffrey.ratinoff@bipc.com<br>Bryan.sinclair@bipc.com | John N. Zarian, Esq.<br>Samia E. McCall, Esq.<br>Stoel Rives LLP<br>101 S. Capitol Boulevard<br>Suite 1900<br>Boise, ID 83702<br>jnzarian@stoel.com<br>semccall@stoel.com |
| Ron E. Shulman, Esq.<br>Julie M. Holloway, Esq.<br>Wilson Sonsini Goodrich & Rosati<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>rshulman@wsgr.com<br>jholloway@wsgr.com | M. Craig Tyler, Esq.<br>Brian D. Range, Esq.<br>Wilson Sonsini Goodrich & Rosati<br>8911 Capital of Texas Highway North<br>Westech 360, Suite 3350<br>Austin, TX 78759<br>ctyler@wsgr.com<br>brange@wsgr.com |

/s/ Philip A. Rovner

Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com