UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD., <br><br> Plaintiff, <br> v. <br><br> CHI MEI OPTOELECTRONICS CORPORATION, et al. <br><br> Defendants. | C.A. No. 06-726-GMS <br> C.A. No. 07-357-GMS <br><br> **CONSOLIDATED CASES** |

## STIPULATION AND ORDER EXTENDING BRIEFING SCHEDULE

IT IS HEREBY STIPULATED by and between the plaintiff LG. Phillips LCD Co., Ltd. ("LG.Philips"), and defendants Chi Mei Optoelectronics Corporation ("CMO") and Chi Mei Optoelectronics USA, Inc. ("CMO USA"), subject to the approval of the Court, that

(1) the time within which LG. Philips shall serve and file responses or answering briefs in opposition to CMO's Motion to Dismiss (D.I. 131) and CMO USA's Motion to Strike, and Motion to Dismiss (D.I. 132) shall be extended to September 17, 2007 (from September 10), and

(2) the time within which CMO and CMO USA shall serve and file their replies thereto shall be extended to October 1, 2007 (from September 24, 2007).

LG.Philips requested an extension in the first instance (from September 10 to September 17) because key members of its team have been on vacation coinciding with Labor Day. CMO and CMO USA requested a commensurate one week extension of the briefing schedule for their replies. This is the first extension requested with respect to these motions.

-2-

| THE BAYARD FIRM | POTTER ANDERSON & CORROON LLP |
|---|---|
| /s/ Richard D. Kirk (rk0922) | /s/ Philip A. Rovner (pr3215) |
| Richard D. Kirk | Philip A. Rovner |
| Ashley B. Stitzer | David E. Moore |
| 222 Delaware Avenue, Suite 900 | 1313 North Market Street |
| Wilmington, DE 19899 | Wilmington, DE 19899-0951 |
| (302) 655-5000 | (302) 984-6140 |
| | |
| *Attorneys for Plaintiff,* | *Attorneys for Defendants* |
| *LG.Philips LCD Co., Ltd.* | *Chi Mei Optoelectronics Corporation and* |
| | *Chi Mei Optoelectronics USA, Inc.* |

SO ORDERED, this _____ day of September, 2007.

_____
United States District Judge

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on September 5, 2007, he served the foregoing documents by email and by hand upon the following counsel:

| | |
|---|---|
| Edmond D. Johnson<br>Thomas H. Kovach<br>PEPPER HAMILTON LLP<br>1313 Market Street, Suite 5100<br>PO Box 1709<br>Wilmington, DE  19899-1709 | Karen L. Pascale<br>John W. Shaw<br>YOUNG CONAWAY STARGATT &<br>TAYLOR, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE  19899-0391 |
| Philip A. Rovner<br>Dave E. Moore<br>POTTER ANDERSON & CORROON LLP<br>1313 North Market Street<br>Wilmington, DE  19899-0951 | William E. Manning<br>Jennifer M. Becnel-Guzzo<br>BUCHANAN INGERSOLL & ROONEY<br>The Brandywine Building<br>1000 West Street, Suite 1410<br>Wilmington, DE  19801 |

The undersigned counsel further certifies that, on September 5, 2007, he served the foregoing documents by email and by U.S. Mail upon the following counsel:

| | |
|---|---|
| John N. Zarian<br>Samia McCall<br>Matthew D. Thayne<br>STOEL RIVES LLP<br>101 S. Capitol Blvd., Suite 1900<br>Boise, ID  83702 | Vincent K. Yip<br>Peter J. Wied<br>Jay C. Chiu<br>PAUL, HASTINGS, JANOFSKY &<br>WALKER LLP<br>515 South Flower Street<br>Twenty-Fifth Floor<br>Los Angeles, CA   90071 |
| Kenneth R. Adamo<br>Robert C. Kahrl<br>Arthur P. Licygiewicz<br>JONES DAY<br>North Point<br>901 Lakeside Avenue<br>Cleveland, OH  44114-1190 | Bryan J. Sinclair<br>Karineh Khachatourian<br>BUCHANAN INGERSOLL & ROONEY<br>333 Twin Dolphin Drive, Suite 700<br>Redwood Shores, CA  94065-1418 |

656846-1

| | |
|---|---|
| Ron E. Shulman, Esquire<br>Julie Holloway, Esquire<br>WILSON SONSINI GOODRICH & ROSATI<br>650 Page Mill Road<br>Palo Alto, California 94304-1050 | James R. Troupis, Esquire<br>Paul D. Barbato, Esquire<br>MICHAEL BEST & FRIEDRICH LLP<br>One South Pinckney Street<br>Suite 700<br>P.O.Box 1806<br>Madison, WI  53701-1806 |
| M. Craig Tyler, Esquire<br>Brian D. Range, Esquire<br>WILSON SONSINI GOODRICH & ROSATI<br>8911 Capital of Texas Highway North<br>Westech 360, Suite 3350<br>Austin, Texas 78759-8497 | |

                                            /s/ Richard D. Kirk, (rk0922)
                                            Richard D. Kirk

656846-1