## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

LG. PHILIPS LCD CO., LCD                          )
                                                  )
        Plaintiff,                             )
                                                  )
    v.                                          )     Civil Action 06-726-GMS
                                                  )
CHI MEI OPTOELECTRONICS CORPORATION;              )
AU OPTRONICS CORPORATION; AU                      )
OPTRONICS CORPORATION AMERICA;                    )
TATUNG COMPANY; TATUNG COMPANY OF                 )
AMERICA, INC.; AND VIEWSONIC                      )
CORPORATION,                                      )
                                                  )
        Defendants.                            )

## NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that John N. Zarian, Esquire of Zarian Midgley &

Johnson PLLC and formerly of Stoel Rives LLP, shall be substituted for Defendant Viewsonic

Corporation, in place of Stoel Rives LLP.

Dated: October 18, 2007

Edmond D. Johnson (DE Bar #2257)
Thomas H. Kovach (DE Bar #3964)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE   19899-1709
Tel. (302) 777-6500
Fax: (302)421-8390

Of Counsel:

John N. Zarian
Zarian Midgley & Johnson PLLC
University Plaza
960 S. Broadway Ave., Suite 305
Boise, ID  83706
Tel.: (208) 433-9121
Fax: (208) 441-9120
E-Mail: jnzarian@zarianmidgley.com

*Attorneys for Defendant ViewSonic Corporation*

#8958224 v1

## CERTIFICATE OF SERVICE

I, Edmond D. Johnson , hereby certify that on the 18th day of October , 2007, I

caused a copy of the foregoing to *Notice of Substitution of Counsel* be filed with the Clerk of

the Court using CM/ECF, which will send automatic notification of the filing to the following:

Richard D. Kirk, Esquire
Ashley B. Stitzer, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

David Ellis Moore, Esquire
Potter Anderson & Corroon, LLP
Hercules Plaza,
1313 N. Market St., 6th Fl.
P.O. Box 951
Wilmington, DE 19899-0951

Karen L. Pascale, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Bldg., 17th Fl.
1000 West Street
Wilmington, DE 19801

William E. Manning, Esquire
Jennifer M. Becnel-Guzzo, Esquire
Buchanan Ingersoll & Rooney PC
1000 West Street, Suite 1410
P.O. Box 1397
Wilmington, DE 19899-1397

Edmond D. Johnson (DE Bar #2257)