IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LG. PHILIPS LCD CO., LCD | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action 06-726-GMS |
| | ) | |
| CHI MEI OPTOELECTRONICS CORPORATION; AU OPTRONICS CORPORATION; AU OPTRONICS CORPORATION AMERICA; TATUNG COMPANY; TATUNG COMPANY OF AMERICA, INC.; AND VIEWSONIC CORPORATION, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that Samia McCall, Matthew Thayne and Stoel Rives LLP hereby withdraw as counsel for Defendant ViewSonic Corporation in the captioned matter. John N. Zarian and Zarian, Midgley & Johnson, PLLC shall remain as counsel of record for Defendant Viewsonic Corporation.

Dated: October 18, 2007

_____
Edmond D. Johnson (DE Bar #2257)
Thomas H. Kovach (DE Bar #3964)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE  19899-1709
Tel. (302) 777-6500
Fax: (302)421-8390

Of Counsel:

John N. Zarian
Zarian Midgley & Johnson PLLC
University Plaza
960 S. Broadway Ave., Suite 305
Boise, ID  83706
Tel.: (208) 433-9121
Fax: (208) 441-9120
E-Mail: jnzarian@zarianmidgley.com

*Attorneys for Defendant ViewSonic Corporation*

#8968026 v1

## CERTIFICATE OF SERVICE

I, Edmond D. Johnson , hereby certify that on the 18th day of October , 2007, I caused a copy of the foregoing to *Notice of Substitution of Counsel* be filed with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Richard D. Kirk, Esquire
Ashley B. Stitzer, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

Karen L. Pascale, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Bldg., 17th Fl.
1000 West Street
Wilmington, DE 19801

David Ellis Moore, Esquire
Potter Anderson & Corroon, LLP
Hercules Plaza,
1313 N. Market St., 6th Fl.
P.O. Box 951
Wilmington, DE 19899-0951

William E. Manning, Esquire
Jennifer M. Becnel-Guzzo, Esquire
Buchanan Ingersoll & Rooney PC
1000 West Street, Suite 1410
P.O. Box 1397
Wilmington, DE 19899-1397

Edmond D. Johnson (DE Bar #2257)

#8968026 v1