IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| L.G. PHILIPS LCD CO., LTD., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 06-726-GMS |
| v. | ) C.A. No. 07-357-GMS |
| | ) |
| CHI MEI OPTOELECTRONICS | ) **CONSOLIDATED CASES** |
| CORPORATION, et al. | ) |
| | ) |
| Defendants. | ) |
| | ) |

**RULE 41 STIPULATION OF DISMISSAL SOLELY AS BETWEEN
PLAINTIFF LG.PHILIPS LCD CO., LTD. AND
DEFENDANTS TATUNG COMPANY AND TATUNG COMPANY OF AMERICA, INC.**

Having reached settlement of their disputes in the form of a Settlement Agreement ("the Agreement"), Plaintiff LG.Philips LCD Co., Ltd. ("LPL") and Defendants Tatung Company and Tatung Company of America, Inc. (collectively "Tatung"), through their respective counsel of record, hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a)(2) that the above-entitled action between LPL and Tatung, including any claims filed by LPL against Tatung in this action, shall be dismissed with prejudice with each such party bearing its own attorneys' fees and costs as to each other.

| | |
|---|---|
| December 13, 2007 | THE BAYARD FIRM |
| OF COUNSEL: | /s/ Richard D. Kirk (rk0922) |
| Gaspare J. Bono | Richard D. Kirk (#922) |
| R. Tyler Goodwyn | 222 Delaware Avenue, Suite 900 |
| Lora Brzezynski | P. O. Box 25130 |
| McKenna Long & Aldridge LLP | Wilmington, DE 19899 |
| 1900 K Street, NW | Attorneys for Plaintiff |
| Washington, D.C. 20006 | LG.Philips LCD Co., Ltd. |
| | |
| December 13, 2007 | BUCHANAN INGERSON & ROONEY PC |
| OF COUNSEL: | /s/ William E. Manning (wm0697) |
| | William E. Manning (#697) |
| Bryan Sinclair | Jennifer M. Becnel-Guzzo (#4492) |
| Karineh Khachatourian | 1000 West Street, Suite 1410 |
| Jeffrey M. Ratinoff | Wilmington, DE 19801 |
| Buchanan Ingersoll & Rooney PC | (302) 552-4200 |
| 333 Twin Dolphin Drive, Suite 700 | Attorneys for Defendants Tatung Company and |
| Redwood Shores, CA 94065-1418 | Tatung Company of America, Inc. |
| (650) 622-2300 | |

IT IS SO ORDERED this ____ day of December, 2007.

_____
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on December 13, 2007, he served the foregoing documents by email and by hand upon the following counsel:

| | |
|---|---|
| Edmond D. Johnson<br>Thomas H. Kovach<br>PEPPER HAMILTON LLP<br>1313 Market Street, Suite 5100<br>PO Box 1709<br>Wilmington, DE  19899-1709 | Karen L. Pascale<br>John W. Shaw<br>YOUNG CONAWAY STARGATT &<br>TAYLOR, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE  19899-0391 |
| Philip A. Rovner<br>Dave E. Moore<br>POTTER ANDERSON & CORROON LLP<br>1313 North Market Street<br>Wilmington, DE  19899-0951 | William E. Manning<br>Jennifer M. Becnel-Guzzo<br>BUCHANAN INGERSOLL & ROONEY<br>The Brandywine Building<br>1000 West Street, Suite 1410<br>Wilmington, DE  19801 |

The undersigned counsel further certifies that, on December 13, 2007, he served the foregoing documents by email and by U.S. Mail upon the following counsel:

| | |
|---|---|
| John N. Zarian<br>Samia McCall<br>Matthew D. Thayne<br>STOEL RIVES LLP<br>101 S. Capitol Blvd., Suite 1900<br>Boise, ID  83702 | Vincent K. Yip<br>Peter J. Wied<br>Jay C. Chiu<br>PAUL, HASTINGS, JANOFSKY &<br>WALKER LLP<br>515 South Flower Street<br>Twenty-Fifth Floor<br>Los Angeles, CA  90071 |
| Kenneth R. Adamo<br>Robert C. Kahrl<br>Arthur P. Licygiewicz<br>JONES DAY<br>North Point<br>901 Lakeside Avenue<br>Cleveland, OH  44114-1190 | Bryan J. Sinclair<br>Karineh Khachatourian<br>BUCHANAN INGERSOLL & ROONEY<br>333 Twin Dolphin Drive, Suite 700<br>Redwood Shores, CA  94065-1418 |

| | |
|---|---|
| Ron E. Shulman, Esquire<br>Julie Holloway, Esquire<br>WILSON SONSINI GOODRICH & ROSATI<br>650 Page Mill Road<br>Palo Alto, California 94304-1050 | James R. Troupis, Esquire<br>Paul D. Barbato, Esquire<br>MICHAEL BEST & FRIEDRICH LLP<br>One South Pinckney Street<br>Suite 700<br>P.O.Box 1806<br>Madison, WI 53701-1806 |
| M. Craig Tyler, Esquire<br>Brian D. Range, Esquire<br>WILSON SONSINI GOODRICH & ROSATI<br>8911 Capital of Texas Highway North<br>Westech 360, Suite 3350<br>Austin, Texas 78759-8497 | |

/s/ Richard D. Kirk, (rk0922)
Richard D. Kirk

{00656846;v1}
656846-1