IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| L.G. PHILIPS LCD CO., LTD., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 06-726-JJF |
| v. ) | C.A. No. 07-357-JJF |
| ) | |
| CHI MEI OPTOELECTRONICS ) | CONSOLIDATED CASES |
| CORPORATION, et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

**AMENDED
RULE 41 STIPULATION OF DISMISSAL SOLELY AS BETWEEN
PLAINTIFF LG.PHILIPS LCD CO., LTD. AND
DEFENDANTS TATUNG COMPANY AND TATUNG COMPANY OF AMERICA, INC.**

Having reached settlement of their disputes in the form of a Settlement Agreement ("the Agreement"), Plaintiff LG.Philips LCD Co., Ltd. ("LPL") and Defendants Tatung Company and Tatung Company of America, Inc. (collectively "Tatung"), through their respective counsel of record, hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a)(2) that the above-entitled action between LPL and Tatung, including any claims filed by LPL against Tatung in this action, shall be dismissed without prejudice with each such party bearing its own attorneys' fees and costs as to each other.

December 14, 2007                   THE BAYARD FIRM

OF COUNSEL:

Gaspare J. Bono                     /s/ Richard D. Kirk (rk0922)
R. Tyler Goodwyn                    Richard D. Kirk (#922)
Lora Brzezynski                     222 Delaware Avenue, Suite 900
McKenna Long & Aldridge LLP         P. O. Box 25130
1900 K Street, NW                   Wilmington, DE 19899
Washington, D.C. 20006              Attorneys for Plaintiff
                                    LG.Philips LCD Co., Ltd.


December 14, 2007                   BUCHANAN INGERSOLL & ROONEY PC

OF COUNSEL:

                                    /s/ William E. Manning (wm0697)
Bryan Sinclair                      William E. Manning (#697)
Karineh Khachatourian               Jennifer M. Becnel-Guzzo (#4492)
Jeffrey M. Ratinoff                 1000 West Street, Suite 1410
Buchanan Ingersoll & Rooney PC      Wilmington, DE 19801
333 Twin Dolphin Drive, Suite 700   (302) 552-4200
Redwood Shores, CA 94065-1418       Attorneys for Defendants Tatung Company and
(650) 622-2300                      Tatung Company of America, Inc.



IT IS SO ORDERED this ___ day of December, 2007.


_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on December 14, 2007, he served the foregoing documents by email and by hand upon the following counsel:

Edmond D. Johnson
Thomas H. Kovach
PEPPER HAMILTON LLP
1313 Market Street, Suite 5100
PO Box 1709
Wilmington, DE 19899-1709

Karen L. Pascale
John W. Shaw
YOUNG CONAWAY STARGATT &
TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

Philip A. Rovner
Dave E. Moore
POTTER ANDERSON & CORROON LLP
1313 North Market Street
Wilmington, DE 19899-0951

William E. Manning
Jennifer M. Becnel-Guzzo
BUCHANAN INGERSOLL & ROONEY
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801

The undersigned counsel further certifies that, on December 14, 2007, he served the foregoing documents by email and by U.S. Mail upon the following counsel:

John N. Zarian
Samia McCall
Matthew D. Thayne
STOEL RIVES LLP
101 S. Capitol Blvd., Suite 1900
Boise, ID 83702

Vincent K. Yip
Peter J. Wied
Jay C. Chiu
PAUL, HASTINGS, JANOFSKY &
WALKER LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, CA 90071

Kenneth R. Adamo
Robert C. Kahrl
Arthur P. Licygiewicz
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190

Bryan J. Sinclair
Karineh Khachatourian
BUCHANAN INGERSOLL & ROONEY
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065-1418

Ron E. Shulman, Esquire
Julie Holloway, Esquire
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, California 94304-1050

M. Craig Tyler, Esquire
Brian D. Range, Esquire
WILSON SONSINI GOODRICH & ROSATI
8911 Capital of Texas Highway North
Westech 360, Suite 3350
Austin, Texas 78759-8497

James R. Troupis, Esquire
Paul D. Barbato, Esquire
MICHAEL BEST & FRIEDRICH LLP
One South Pinckney Street
Suite 700
P.O.Box 1806
Madison, WI  53701-1806

/s/ Richard D. Kirk, (rk0922)
Richard D. Kirk