# THE BAYARD FIRM
A T T O R N E Y S

222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899
ZIP CODE FOR DELIVERIES: 19801

MERITAS LAW FIRMS WORLDWIDE

www.bayardfirm.com
302-655-5000
(FAX) 302-658-6395

WRITER'S DIRECT ACCESS

RICHARD D. KIRK
302-429-4208
rkirk@bayardfirm.com

FILED ELECTRONICALLY AND BY HAND

December 14, 2007

The Honorable Joseph J. Farnan, Jr.
U.S. District Court for the District of Delaware
844 North King Street, Lock Box 27
Wilmington, DE 19801

Re: *LG.Philips LCD Co., Ltd. v. Chi Mei Optoelectronics Corporation, et al.*,
C.A. No. 06-726-JJF and 07-357-JJF

Dear Judge Farnan:

Yesterday, (before these cases were reassigned from Chief Judge Sleet to Your Honor), plaintiff LG.Philips LCD Co., Ltd. ("LPL") and defendants Tatung Company and Tatung Company of America, Inc. (the "Tatung Defendants") filed a Stipulation of Dismissal as between them (D.I. 147). Chief Judge Sleet approved the Stipulation of Dismissal almost immediately thereafter.

We then realized that, due to oversight on LPL's part, the Stipulation of Dismissal that was filed said it was "with prejudice" when it was the parties' intention that the Stipulation of Dismissal be "without prejudice." To remedy that situation, the parties have now filed an Amended Stipulation of Dismissal as between them (D.I. 148).

We respectfully request the Court to vacate the order approving the earlier Stipulation of Dismissal (D.I. 147) and to approve the Amended Stipulation of Dismissal (D.I. 148). I have discussed the content of this letter with counsel for the Tatung Defendants, and they have approved my sending it to Your Honor.

If the Court has any questions, counsel would be pleased to respond.

Respectfully submitted,

*/s/ Richard D. Kirk*
Richard D. Kirk (rk0922)

:rdk
cc: Original to Clerk of the Court (by hand)
    Counsel as shown on the attached certificate

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on December 14, 2007, he served the foregoing documents by email and by hand upon the following counsel:

Edmond D. Johnson
Thomas H. Kovach
PEPPER HAMILTON LLP
1313 Market Street, Suite 5100
PO Box 1709
Wilmington, DE  19899-1709

Karen L. Pascale
John W. Shaw
YOUNG CONAWAY STARGATT &
TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391

Philip A. Rovner
Dave E. Moore
POTTER ANDERSON & CORROON LLP
1313 North Market Street
Wilmington, DE  19899-0951

William E. Manning
Jennifer M. Becnel-Guzzo
BUCHANAN INGERSOLL & ROONEY
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE  19801

The undersigned counsel further certifies that, on December 14, 2007, he served the foregoing documents by email and by U.S. Mail upon the following counsel:

John N. Zarian
Samia McCall
Matthew D. Thayne
STOEL RIVES LLP
101 S. Capitol Blvd., Suite 1900
Boise, ID  83702

Vincent K. Yip
Peter J. Wied
Jay C. Chiu
PAUL, HASTINGS, JANOFSKY &
WALKER LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, CA  90071

Kenneth R. Adamo
Robert C. Kahrl
Arthur P. Licygiewicz
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH  44114-1190

Bryan J. Sinclair
Karineh Khachatourian
BUCHANAN INGERSOLL & ROONEY
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA  94065-1418

Ron E. Shulman, Esquire
Julie Holloway, Esquire
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, California 94304-1050

M. Craig Tyler, Esquire
Brian D. Range, Esquire
WILSON SONSINI GOODRICH & ROSATI
8911 Capital of Texas Highway North
Westech 360, Suite 3350
Austin, Texas 78759-8497

James R. Troupis, Esquire
Paul D. Barbato, Esquire
MICHAEL BEST & FRIEDRICH LLP
One South Pinckney Street
Suite 700
P.O.Box 1806
Madison, WI 53701-1806

/s/ Richard D. Kirk, (rk0922)
Richard D. Kirk