IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| L.G. PHILIPS LCD CO., LTD., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CHI MEI OPTOELECTRONICS ) <br> CORPORATION, et al. ) <br> ) <br> Defendants. ) <br> ) | C.A. No. 06-726-JJF <br> C.A. No. 07-357-JJF <br><br> **CONSOLIDATED CASES** |

**RULE 41 STIPULATION OF DISMISSAL SOLELY AS BETWEEN
PLAINTIFF LG.PHILIPS LCD CO., LTD. AND
DEFENDANT VIEWSONIC CORPORATION**

Having reached settlement of their disputes in the form of a Settlement Agreement, Plaintiff LG.Philips LCD Co., Ltd. ("LPL") and Defendant ViewSonic Corporation ("ViewSonic"), through their respective counsel of record, hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a)(2) that the above-entitled action between LPL and ViewSonic, including any claims filed by LPL against ViewSonic in this action, shall be dismissed without prejudice with each such party bearing its own attorneys' fees and costs as to each other. ViewSonic withdraws as moot all pending motions before the Court.

{00729195;v1}

| | |
|---|---|
| February 1, 2008 | BAYARD, P.A. |
| OF COUNSEL: | /s/ Richard D. Kirk (rk0922)<br>Richard D. Kirk (#922) |
| Gaspare J. Bono<br>R. Tyler Goodwyn<br>Lora Brzezynski<br>MCKENNA LONG & ALDRIDGE LLP<br>1900 K Street, NW<br>Washington, D.C. 20006 | 222 Delaware Avenue, Suite 900<br>P. O. Box 25130<br>Wilmington, DE 19899<br>(302) 655-5000<br><br>Attorneys for Plaintiff<br>LG.Philips LCD Co., Ltd. |
| February 1, 2008 | PEPPER HAMILTON LLP |
| OF COUNSEL: | /s/ Edmond D. Johnson (ej2257)<br>Edmond D. Johnson (#2257) |
| John N. Zarian<br>Samia E. McCall<br>Matthew D. Thayne<br>STOEL RIVES LLP<br>101 S. Capitol Boulevard, Suite 1900<br>Boise, ID 83702<br>(208) 389-9000 | Hercules Plaza, Suite 5100<br>1313 N. Market Street<br>Wilmington, DE 19899<br>(302) 777-6500<br><br>Attorneys for Defendant<br>ViewSonic Corporation |

IT IS SO ORDERED this ___ day of February, 2008.

_____
UNITED STATES DISTRICT JUDGE

{00729195;v1} 2

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on February 1, 2008, he served the foregoing documents by email and by hand upon the following counsel:

Edmond D. Johnson
PEPPER HAMILTON LLP
1313 Market Street, Suite 5100
PO Box 1709
Wilmington, DE  19899-1709

Karen L. Pascale
John W. Shaw
YOUNG CONAWAY STARGATT &
TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391

Philip A. Rovner
Dave E. Moore
POTTER ANDERSON & CORROON LLP
1313 North Market Street
Wilmington, DE  19899-0951

The undersigned counsel further certifies that, on February 1, 2008, he served the foregoing documents by email and by U.S. Mail upon the following counsel:

John N. Zarian
Samia McCall
Matthew D. Thayne
STOEL RIVES LLP
101 S. Capitol Blvd., Suite 1900
Boise, ID  83702

Vincent K. Yip
Peter J. Wied
Jay C. Chiu
PAUL, HASTINGS, JANOFSKY &
WALKER LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, CA  90071

Kenneth R. Adamo
Robert C. Kahrl
Arthur P. Licygiewicz
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH  44114-1190

Ron E. Shulman, Esquire
Julie Holloway, Esquire
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, California 94304-1050

M. Craig Tyler, Esquire
Brian D. Range, Esquire
WILSON SONSINI GOODRICH & ROSATI
8911 Capital of Texas Highway North
Westech 360, Suite 3350
Austin, Texas 78759-8497

James R. Troupis, Esquire
Paul D. Barbato, Esquire
MICHAEL BEST & FRIEDRICH LLP
One South Pinckney Street, Suite 700
P.O. Box 1806
Madison, WI 53701-1806

/s/ Richard D. Kirk, (rk0922)
Richard D. Kirk