IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LG.PHILIPS LCD CO., LTD, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 06-726-JJF |
| CHI MEI OPTOELECTRONICS, CORPORATION, AU OPTRONICS CORPORATION, AU OPTRONICS CORPORATION AMERICA, and CHI MEI OPTOELECTRONICS USA, INC. | : | |
| Defendants. | : | |
| AU OPTRONICS CORPORATION, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 07-357-JJF |
| LG.PHILIPS LCD. CO., LTD, and LG.PHILIPS LCD AMERICA, INC., | : | CONSOLIDATED CASES |
| Defendants. | : | |
| LG.PHILIPS LCD. CO., LTD, and LG.PHILIPS LCD AMERICA, INC., | : | |
| Counterclaim-Plaintiffs, | : | |
| v. | : | |
| AU OPTRONICS CORPORATION, et al., | : | |
| Counterclaim-Defendants. | : | |

**O R D E R**

WHEREAS, on July 26, 2007, Defendants, Chi Mei Optoelectronics USA, Inc. ("CMO") filed a Motion for Joinder in ViewSonic Corporation's Motion to Strike Plaintiff's Amended

Complaints (D.I. 119);

WHEREAS, on February 5, 2008, ViewSonic Corporation stipulated to dismissal and withdrew as moot all pending motions it had filed, including their Motion to Strike Plaintiff's Amended Complaint;

NOW THEREFORE, IT IS HEREBY ORDERED that CMO Motion for Joinder in ViewSonic Corporation's Motion to Strike Plaintiff's Amended Complaints (D.I. 119) is **DENIED** as moot. Parties may file a motion if this matter still requires the Court's attention.

February 19, 2008

_____
UNITED STATES DISTRICT JUDGE