IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LG. PHILIPS LCD CO., LTD., <br><br>　　　　Plaintiff, <br><br>　　　v. <br><br>CHI MEI OPTOELECTRONICS CORPORATION; AU OPTRONICS CORPORATION, AU OPTRONICS CORPORATION OF AMERICA; TATUNG COMPANY; TATUNG COMPANY OF AMERICA, INC.; AND VIEWSONIC CORPORATION, <br><br>　　　　Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 06-726 (JJF) |
| AU OPTRONICS CORPORATION, <br><br>　　　　Plaintiff <br><br>　　　v. <br><br>LG.PHILIPS LCD CO., LTD and LG.PHILIPS LCD AMERICA, INC. <br><br>　　　　Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 07-357 (JJF) <br><br>CONSOLIDATED CASES |

### CHI MEI OPTOELECTRONICS CORPORATION'S
### MOTION TO STRIKE
### PLAINTIFF'S SECOND "FIRST AMENDED COMPLAINT"

OF COUNSEL:
Kenneth R. Adamo
Robert C. Kahrl
Arthur P. Licygiewicz
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190
(216) 586-3939

Dated: March 4, 2008

Philip A. Rovner (#3215)
POTTER ANDERSON & CORROON LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com

*Attorneys for Defendant*
*Chi Mei Optoelectronics Corporation*

Defendant Chi Mei Optoelectronics Corporation ("CMO"), hereby moves this Court for an Order substantially in the form attached hereto striking Plaintiff LG.Philips LCD Co., Ltd.'s ("LPL") second "First Amended Complaint" filed on May 22, 2007. CMO incorporates by reference its Memorandum in Support of its Motion to Strike Plaintiff's Second "First Amended Complaint", filed concurrently herewith, as if fully rewritten herein.

At a minimum, LPL was not authorized to file its second "First Amended Complaint" without leave of this Court or the written consent of the parties. In that pleading (D.I. 54), LPL (1) omitted claims that had been added in the first "First Amended Complaint" filed on April 11, 2007; (2) added a new party, Chi Mei Optoelectronics USA, Inc.; and (3) included two additional counts for declaratory relief of invalidity and non-infringement on four (4) new patents that were at issue in a separate patent infringement action between the parties already pending in the United States District Court for the Eastern District of Texas (Case No. 2-07CV-176 (TJW), filed May 4, 2007).

CMO promptly notified LPL that is most recent complaint violated Fed. R. Civ. P. 15(a) and that, before any response would be provided, LPL was required to seek – and obtain – leave to amend its complaint for a second time. CMO also informed LPL that CMO would not oppose such a motion if LPL did not seek *nunc pro tunc* treatment. Despite being put on notice that its pleading was defective, LPL never filed a motion to amend its complaint for a second time. Accordingly, Chi Mei Optoelectronics Corporation's Motion to Strike Plaintiff's Second "First Amended Complaint" should be granted.

-2-

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Kenneth R. Adamo<br>Robert C. Kahrl<br>Arthur P. Licygiewicz<br>Jones Day<br>North Point<br>901 Lakeside Avenue<br>Cleveland, OH 44114-1190<br>(216) 586-3939 | By: /s/ Philip A. Rovner<br>Philip A. Rovner (#3215)<br>Hercules Plaza<br>P. O. Box 951<br>Wilmington, DE 19899<br>(302) 984-6000<br>provner@potteranderson.com |
| Dated: March 4, 2008<br>852475 | *Attorneys for Counterclaim-Defendant<br>Chi Mei Optoelectronics Corporation* |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Philip A. Rovner, hereby certify that on March 4, 2008, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

**BY CM/ECF, -EMAIL AND HAND DELIVERY**

Richard E. Kirk, Esq.
Ashley Blake Stitzer, Esq.
The Bayard Firm
222 Delaware Avenue
Suite 900
P.O. Box 25130
Wilmington, DE 19899
rkirk@bayardfirm.com
astitzer@bayardfirm.com

**BY CM-ECF, EMAIL AND HAND DELIVERY**

John W. Shaw, Esq.
Karen L. Pascale, Esq.
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
jshaw@ycst.com
kpascale@ycst.com

I hereby certify that on March 4, 2008 I have sent by E-mail the foregoing document to the following non-registered participants:

Gaspare J. Bono, Esq.
Matthew T. Bailey, Esq.
Lora A. Brzezynski, Esq.
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC 20006
gbono@mckennalong.com
mbailey@mckennalong.com
lbrzezynski@mckennalong.com

Vincent K. Yip, Esq.
Peter J. Wied, Esq.
Jay C. Chiu, Esq.
Paul Hastings Janofsky & Walker LLP
515 South Flower Street
Los Angeles, CA 90071
vincentyip@paulhastings.com
peterwied@paulhastings.com
jaychiu@paulhastings.com

Ron E. Shulman, Esq.
Julie M. Holloway, Esq.
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304-1050
rshulman@wsgr.com
jholloway@wsgr.com

M. Craig Tyler, Esq.
Brian D. Range, Esq.
Wilson Sonsini Goodrich & Rosati
8911 Capital of Texas Highway North
Westech 360, Suite 3350
Austin, TX 78759
ctyler@wsgr.com
brange@wsgr.com

/s/ Philip A. Rovner
Philip A. Rovner  (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG. PHILIPS LCD CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> CHI MEI OPTOELECTRONICS CORPORATION; AU OPTRONICS CORPORATION, AU OPTRONICS CORPORATION OF AMERICA; TATUNG COMPANY; TATUNG COMPANY OF AMERICA, INC.; AND VIEWSONIC CORPORATION, <br><br> Defendants. | Civil Action No. 06-726 (JJF) |
| AU OPTRONICS CORPORATION, <br><br> Plaintiff <br><br> v. <br><br> LG.PHILIPS LCD CO., LTD and LG.PHILIPS LCD AMERICA, INC. <br><br> Defendants. | Civil Action No. 07-357 (JJF) <br><br> CONSOLIDATED CASES |

**NOTICE OF MOTION TO STRIKE PLAINTIFF'S SECOND
"FIRST AMENDED COMPLAINT"**

PLEASE TAKE NOTICE that Defendant Chi Mei Optoelectronics Corporation will present Defendant's Motion to Strike Plaintiff's Second "First Amended Complaint" to the Court on Friday, April 11, 2008 at 10:00 a.m.

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Kenneth R. Adamo<br>Robert C. Kahrl<br>Arthur P. Licygiewicz<br>Jones Day<br>North Point<br>901 Lakeside Avenue<br>Cleveland, OH 44114-1190<br>(216) 586-3939<br><br>Dated: March 4, 2008<br>852475 | By: _____<br>Philip A. Rovner (#3215)<br>Hercules Plaza<br>P. O. Box 951<br>Wilmington, DE 19899<br>(302) 984-6000<br>provner@potteranderson.com<br><br>*Attorneys for Counterclaim-Defendant*<br>*Chi Mei Optoelectronics Corporation* |