IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG. PHILIPS LCD CO., LTD., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CHI MEI OPTOELECTRONICS ) <br> CORPORATION; AU OPTRONICS ) <br> CORPORATION, AU OPTRONICS ) <br> CORPORATION OF AMERICA; ) <br> TATUNG COMPANY; TATUNG ) <br> COMPANY OF AMERICA, INC.; AND ) <br> VIEWSONIC CORPORATION, ) <br> ) <br> Defendants. ) | Civil Action No. 06-726 (JJF) |
| AU OPTRONICS CORPORATION, ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> LG.PHILIPS LCD CO., LTD and ) <br> LG.PHILIPS LCD AMERICA, INC. ) <br> ) <br> Defendants. ) | Civil Action No. 07-357 (JJF) <br><br> CONSOLIDATED CASES |

### ORDER

The Court having considered Defendant Chi Mei Optoelectronics Corporation's Motion to Strike Plaintiff's Second "First Amended Complaint" and the parties' arguments in support and opposition thereof,

IT IS HEREBY ORDERED this _____ day of _____, 2008 that the Motion is GRANTED.

_____
United States District Court Judge