IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG. DISPLAY CO., LTD., ET AL.,<br><br>Plaintiff,<br><br>v.<br><br>CHI MEI OPTOELECTRONICS CORPORATION, ET AL.<br><br>Defendants. | Civil Action No. 06-726-JJF<br>Civil Action NO. 07-357-JJF<br><br>CONSOLIDATED CASES |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on March 25, 2008, copies of (1) **LG DISPLAY CO., LTD.'S FIRST SET OF INTERROGATORIES TO DEFENDANT AU OPTRONICS CORPORATION (2) LG DISPLAY CO., LTD.'S FIRST SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS TO DEFENDANT AU OPTRONICS CORPORATION AND (3) THIS NOTICE OF SERVICE** were served as shown:

**BY EMAIL AND BY HAND**

Philip A. Rovner
Dave E. Moore
Potter Anderson & Corroon LLP
1313 North Market Street
Wilmington, DE  19899-0951

Karen L. Pascale
John W. Shaw
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391

{00657945;v1}

**BY EMAIL AND BY U.S. MAIL**

| | |
|---|---|
| Kenneth R. Adamo | Vincent K. Yip |
| Robert C. Kahrl | Peter J. Wied |
| Arthur P. Licygiewicz | Jay C. Chiu |
| Jones Day | Paul, Hastings, Janofsky & Walker LLP |
| North Point | 515 South Flower Street |
| 901 Lakeside Avenue | Twenty-Fifth Floor |
| Cleveland, OH 44114-1190 | Los Angeles, CA 90071 |
| | |
| Ron E. Shulman, Esquire | M. Craig Tyler, Esquire |
| Julie Holloway, Esquire | Brian D. Range, Esquire |
| WILSON SONSINI GOODRICH & ROSATI | WILSON SONSINI GOODRICH & ROSATI |
| 650 Page Mill Road | 8911 Capital of Texas Highway North |
| Palo Alto, California 94304-1050 | Westech 360, Suite 3350 |
| | Austin, Texas 78759-8497 |

March 25, 2008                                BAYARD, P.A.

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk
Ashley B. Stitzer
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899-5130
rkirk@bayardfirm.com
(302) 655-5000

Counsel for Plaintiff
LG DISPLAY CO., LTD
LG DISPLAY AMERICA, INC.

OF COUNSEL:

Gaspare J. Bono
R. Tyler Goodwyn
Lora A. Brzezynski
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC 20006
202-496-7500

{00657945;v1}

2