UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| LG DISPLAY CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> CHI MEI OPTOELECTRONICS CORPORATION, et al. <br><br> Defendants. | Civil Action No. 06-726 (GMS) <br> Civil Action No. 07-357 (GMS) <br><br> **CONSOLIDATED CASES** |

**LG DISPLAY CO., LTD.'S ANSWERING BRIEF IN OPPOSITION TO
CHI MEI OPTOELECTRONICS CORPORATION'S MOTION TO DISMISS
FOR LACK OF PERSONAL JURISDICTION AND
FOR INSUFFICIENCY OF SERVICE OF PROCESS**

BAYARD P.A.

Richard D. Kirk (rk0922)
Ashley B. Stitzer (as3891)
222 Delaware Avenue, 9th Floor
P.O. Box 25130
Wilmington, DE 19899-5130
(302) 655-5000

OF COUNSEL:
Gaspare J. Bono
R. Tyler Goodwyn, IV
Lora A. Brzezynski
McKenna Long & Aldridge LLP
1900 K Street, N.W.
Washington, D.C. 20006
(202) 496-7500

*Attorneys for Plaintiffs LG Display Co., Ltd. and LG Display America, Inc.*

{00824561;v1}

As fully set forth in LG Display Co., Ltd.'s ("LGD") Answering Brief, filed May 22, 2007, in Opposition to CMO's Motion to Dismiss for Lack of Personal Jurisdiction and for Insufficiency of Service of Process (D.I. 57), the Declaration of Lora A. Brzezynski (D.I. 60), the Declaration of Michael R. Tierney, Jr. (D.I. 58), the Declaration of Lewis W. Hyden, II (D.I. 59), and LGD's Answering Brief, filed September 17, 2007, in Response to CMO's Motion to Dismiss for Lack of Personal Jurisdiction and for Insufficiency of Process (D.I. 141), all of which are incorporated by reference as if fully rewritten herein, Chi Mei Optoelectronics Corporation's motion to dismiss should be denied. Like its prior motions to dismiss for lack of personal jurisdiction in this case, CMO's motion lacks all merit, ignores Federal Circuit precedent, and misstates the facts about CMO's extensive contacts with the United States and this forum.

CMO's motion to dismiss for insufficiency of service of process should also be denied because, as explained in LGD's oppositions to CMO's motion to dismiss (D.I. 57, 141), LGD properly served and joined CMO as an opposing party to both Civil Action No. 06-726 ("06-726 Action"), filed originally by LGD in this Court on December 1, 2006, and Civil Action No. 07-357 ("07-357 Action"), originally filed by AU Optronics Corporation on March 8, 2007 in the Western District of Wisconsin and then transferred to this Court and consolidated with the 06-726 Action. Therefore, LGD properly served the subsequent counterclaims stemming from the 07-357 Action that are the subject of the instant motion on CMO's counsel of record on March 13, 2008.

As an additional matter, CMO fails to provide any factual basis for its service of process argument. In its opening brief, CMO incorporates only the facts and arguments from its Motion to Dismiss the 06-726 Action, which predates the circumstances of

LGD's claims stemming from the 07-357 Action claims at issue here. CMO fails to explain why such arguments should apply to the facts relevant to LGD's 07-357 Action claims. Indeed, CMO does not include a single fact regarding LGD's initial service of process on CMO in the 07-357 Action or LGD's later service of the counterclaims that are the subject of the instant motion. Pursuant to Local Rule 7.1.3(c)(2), CMO may not remedy these deficiencies in its Reply.

## CONCLUSION

For the foregoing reasons, this Court should deny CMO's motion to dismiss for lack of personal jurisdiction and insufficiency of service of process.

April 7, 2008                                        BAYARD P.A.

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk
Ashley B. Stitzer
222 Delaware Avenue, 9th Floor
P.O. Box 25130
Wilmington, DE 19899-5130
(302) 655-5000
rkirk@bayardfirm.com

*Attorneys for Plaintiffs LG.Philips LCD Co., Ltd. and LG.Philips LCD America, Inc.*

OF COUNSEL:

Gaspare J. Bono
R. Tyler Goodwyn, IV
Lora A. Brzezynski
McKenna Long & Aldridge LLP
1900 K Street, N.W.
Washington, D.C. 20006
(202) 496-7500

# CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on April 7, 2008, he served the foregoing documents by email and by hand upon the following counsel:

Philip A. Rovner
Dave E. Moore
POTTER ANDERSON & CORROON LLP
1313 North Market Street
Wilmington, DE 19899-0951

Karen L. Pascale
John W. Shaw
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391

The undersigned counsel further certifies that, on April 7, 2008, he served the foregoing documents by email and by U.S. Mail upon the following counsel:

Kenneth R. Adamo
Robert C. Kahrl
Arthur P. Licygiewicz
JONES DAY
North Point, 901 Lakeside Avenue
Cleveland, OH 44114-1190

Vincent K. Yip
Peter J. Wied
PAUL, HASTINGS, JANOFSKY & WALKER LLP
515 South Flower Street, 25th Floor
Los Angeles, CA 90071

Ron E. Shulman, Esquire
Julie Holloway, Esquire
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, California 94304-1050

M. Craig Tyler, Esquire
Brian D. Range, Esquire
WILSON SONSINI GOODRICH & ROSATI
8911 Capital of Texas Highway North
Westech 360, Suite 3350
Austin, Texas 78759-8497

/s/ Richard D. Kirk, (rk0922)
Richard D. Kirk

656846-1