## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG PHILIPS LCD CO., LTD., | : |
|                Plaintiff, | : |
| v. | : Civil Action No. 06-726-JJF |
| | : Civil Action No. 07-357-JJF |
| CHI MEI OPTOELECTRONICS CORPORATION, et al., | : CONSOLIDATED |
|                Defendants. | : |

## **ORDER**

At Wilmington this **10th** day of **April, 2008**.

IT IS ORDERED that a teleconference has been scheduled for **Thursday, April 17, 2008 at 4:30 p.m.** with Magistrate Judge Thynge to discuss the dates being held for the mediations. **Philip A. Rovner, Esquire shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

                                                                /s/ Mary Pat Thynge
                                                UNITED STATES MAGISTRATE JUDGE