IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LG DISPLAY CO., LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-726 (JJF) |
| | ) | |
| CHI MEI OPTOELECTRONICS CORPORATION; AU OPTRONICS CORPORATION, AU OPTRONICS CORPORATION OF AMERICA; TATUNG COMPANY; TATUNG COMPANY OF AMERICA, INC.; AND VIEWSONIC CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| AU OPTRONICS CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-357 (JJF) |
| | ) | |
| LG DISPLAY CO., LTD and LG DISPLAY AMERICA, INC., | ) | CONSOLIDATED CASES |
| | ) | |
| Defendants. | ) | |

**REPLY BRIEF OF CHI MEI OPTOELECTRONICS CORPORATION
IN SUPPORT OF ITS MOTION TO DISMISS FOR LACK OF PERSONAL
JURISDICTION AND INSUFFICIENCY OF SERVICE OF PROCESS**

OF COUNSEL:
Kenneth R. Adamo
Robert C. Kahrl
Arthur P. Licygiewicz
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH  44114-1190
(216) 586-3939

Dated April 14, 2008

Philip A. Rovner (#3215)
POTTER ANDERSON & CORROON LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE  19899
(302) 984-6000
provner@potteranderson.com

*Attorneys for Counterclaim-Defendant
Chi Mei Optoelectronics Corporation*

In its Answering Brief, LG Display Co., Ltd ("LGD") again attacks Chi Mei Optoelectronics Corporation ("CMO") for properly filing a Motion to Dismiss for Lack of Personal Jurisdiction and Insufficient Service of Process in this case (D.I. 176). In addition to raising the same arguments regarding jurisdiction in response to CMO's motion, LGD claims that there is no factual basis for CMO's service of process argument.[1] LGD is wrong. All of the evidence showing that service of process was insufficient in Civil Action No. 07-357 is already in the record. (*See* D.I. 89 in Civil Action No. 07-357).

On July 5, 2007, CMO moved to dismiss the counterclaims asserted against CMO in Civil Action No. 07-357 (D.I. 89), for the same reasons set forth in CMO's Motion to Dismiss (D.I. 19), Opening Brief in Support of Chi Mei Optoelectronics' Motion to Dismiss for Lack of Personal Jurisdiction and Insufficiency of Service of Process (D.I. 20), the Declaration of Li-Yi Chen (D.I. 21) and the Declaration of Arthur P. Licygiewicz (D.I. 22), submitted in Civil Action No. 06-726.

As described in D.I. 89, after Civil Action No. 07-357 was transferred from the United States District Court for the Western District of Wisconsin, LGD answered the complaint of AU Optronics Corporation and raised patent infringement counterclaims against CMO and others. (D.I. 73 in Civil Action No. 07-357). On June 13, 2007, a summons was issued to CMO. LGD attempted to effect service upon CMO in Civil Action No. 07-357 by serving the Delaware Secretary of State and then sending a copy of the Summons and Counterclaim to CMO in Taiwan in the same way that it attempted to do so in Civil Action No. 06-726. (D.I. 76 in Civil Action No. 07-357) (*See* Ex. 1 to D.I. 22, Civil Action No. 06-726). As CMO first noted in its

---

[1] LGD's opposition to CMO's motion to dismiss for lack of personal jurisdiction is without merit for the same reasons previously raised by CMO. Thus, CMO incorporates herein by reference as if fully rewritten herein, its Reply Brief in Support of Chi Mei Optoelectronics Corporation's Motion to Dismiss for Lack of Personal Jurisdiction and Insufficiency of Service of Process (D.I. 78).

Motion to Dismiss in Civil Action No. 06-726 (D.I. 19), such service is insufficient and fails to comply with the requirements of Fed. R. Civ. P. 4(f)(2)(C)(ii).

Nevertheless, LGD continued to ignore the Federal Rules of Civil Procedure and now claims that it properly served CMO with additional counterclaims in this case. LGD is wrong. CMO was not properly served or joined as a party in either Civil Action No. 06-726 or 07-357. As demonstrated in the Motions to Dismiss filed by CMO in Civil Action No. 06-726 (D.I. 19), as well as Civil Action No. 07-357 (D.I. 89), this Court lacks personal jurisdiction over CMO, and service of process upon CMO was insufficient because LGD failed to comply with the requirements of the Federal Rules of Civil Procedure. LGD, however, merely waves it hand at these arguments. Such hand waving and disregard for the Federal Rules should not be condoned by this Court. CMO's Motion to Dismiss should be granted.

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Kenneth R. Adamo<br>Robert C. Kahrl<br>Arthur P. Licygiewicz<br>Jones Day<br>North Point<br>901 Lakeside Avenue<br>Cleveland, OH  44114-1190<br>(216) 586-3939<br><br>Dated: April 14, 2008<br>860027 | By: _____<br>Philip A. Rovner (#3215)<br>Hercules Plaza<br>P. O. Box 951<br>Wilmington, DE  19899<br>(302) 984-6000<br>provner@potteranderson.com<br><br>*Attorneys for Counterclaim-Defendant*<br>*Chi Mei Optoelectronics Corporation* |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Philip A. Rovner, hereby certify that on April 14, 2008, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

**BY CM/ECF, HAND DELIVERY AND E-MAIL**

Richard E. Kirk, Esq.
Ashley Blake Stitzer, Esq.
The Bayard Firm
222 Delaware Avenue
Suite 900
P.O. Box 25130
Wilmington, DE 19899
rkirk@bayardfirm.com
astitzer@bayardfirm.com

**BY CM/ECF, HAND DELIVERY AND E-MAIL**

John W. Shaw, Esq.
Karen L. Pascale, Esq.
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
jshaw@ycst.com
kpascale@ycst.com

I hereby certify that on April 14, 2008 I have sent by E-mail the foregoing document to the following non-registered participants:

Gaspare J. Bono, Esq.
Matthew T. Bailey, Esq.
Lora A. Brzezynski, Esq.
Cass W. Christenson, Esq.
R. Tyler Goodwyn, IV, Esq.
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC 20006
gbono@mckennalong.com
mbailey@mckennalong.com
lbrzezynski@mckennalong.com
cchristenson@mckennalong.com
tgoodwyn@mckennalong.com

Vincent K. Yip, Esq.
Peter J. Wied, Esq.
Jay C. Chiu, Esq.
Paul Hastings Janofsky & Walker LLP
515 South Flower Street
Los Angeles, CA 90071
vincentyip@paulhastings.com
peterwied@paulhastings.com
jaychiu@paulhastings.com

| | |
|---|---|
| Ron E. Shulman, Esq.<br>Julie M. Holloway, Esq.<br>Wilson Sonsini Goodrich & Rosati<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>rshulman@wsgr.com<br>jholloway@wsgr.com | M. Craig Tyler, Esq.<br>Brian D. Range, Esq.<br>Wilson Sonsini Goodrich & Rosati<br>8911 Capital of Texas Highway North<br>Westech 360, Suite 3350<br>Austin, TX 78759<br>ctyler@wsgr.com<br>brange@wsgr.com |

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com

2