IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG DISPLAY CO., LTD.,<br><br>  Plaintiff,<br><br>v.<br><br>CHI MEI OPTOELECTRONICS CORPORATION; AU OPTRONICS CORPORATION, AU OPTRONICS CORPORATION OF AMERICA; TATUNG COMPANY; TATUNG COMPANY OF AMERICA, INC.; AND VIEWSONIC CORPORATION,<br><br>  Defendants. | Civil Action No. 06-726 (JJF) |
| AU OPTRONICS CORPORATION,<br><br>  Plaintiff,<br><br>v.<br><br>LG DISPLAY CO., LTD and LG DISPLAY AMERICA, INC.,<br><br>  Defendants. | Civil Action No. 07-357 (JJF)<br><br>CONSOLIDATED CASES |

**CHI MEI OPTOELECTRONICS CORPORATION'S
MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S DISCOVERY
REQUESTS AND STATEMENT PURSUANT TO D. DEL. LR 7.1.1**

OF COUNSEL:

Kenneth R. Adamo
Robert C. Kahrl
Arthur P. Licygiewicz
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH  44114-1190
(216) 586-3939

Dated:  April 24, 2008

Philip A. Rovner (#3215)
POTTER ANDERSON & CORROON LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE  19899
(302) 984-6000
provner@potteranderson.com

*Attorneys for Defendant
Chi Mei Optoelectronics Corporation*

Defendant Chi Mei Optoelectronics Corporation ("CMO") hereby moves for an extension of time of twenty-one (21) days, until May 15, 2008, to respond to Plaintiff LG Display Co., Ltd.'s ("LG Display") First Set of Requests for the Production of Documents and Things to Defendant Chi Mei Optoelectronics Corporation. CMO makes this request in light of the voluminous nature of LG Display's document requests. CMO is in the process of diligently searching for and collecting documents in response to LG Display's requests, but requires additional time in order to complete these tasks.

Before moving this Court, CMO contacted LG Display pursuant to D. Del. LR 7.1.1. to obtain its consent for this reasonable extension and for an extension to respond to LG Display's First Set of Interrogatories to CMO. LG Display offered CMO a three (3) day extension of time, until April 28, 2008, to respond to the interrogatories and a ten (10) day extension of time to respond to the requests for production. The parties agreed on the proposed extension of time relative to the interrogatories, but did not agree on the extension of time relative to the requests for production. In view of the volume of documents that CMO is attempting to gather, review and process in response to LG Display's document requests, LG Display's offer of ten (10) days is plainly insufficient and does not afford CMO enough time to complete its collection efforts and respond to LG Display's requests for production.

This is the first request for extension by CMO. CMO does not make this request for purposes of delay. Rather, CMO makes this request in order to avoid potential and unnecessary discovery disputes, and so that the parties can conduct discovery in the most efficient and cost-effective manner possible. LG Display will not be prejudiced by

-2-

this extension and any extension will not impact the taking of additional discovery in this case.

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Kenneth R. Adamo<br>Robert C. Kahrl<br>Arthur P. Licygiewicz<br>Jones Day<br>North Point<br>901 Lakeside Avenue<br>Cleveland, OH  44114-1190<br>(216) 586-3939<br><br>Dated:  April 24, 2008<br>861662 | By: /s/ Philip A. Rovner<br>    Philip A. Rovner (#3215)<br>    Hercules Plaza<br>    P. O. Box 951<br>    Wilmington, DE  19899<br>    (302) 984-6000<br>    provner@potteranderson.com<br><br>*Attorneys for Defendant*<br>*Chi Mei Optoelectronics Corporation* |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Philip A. Rovner, hereby certify that on April 24, 2008, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

**BY CM/ECF, HAND DELIVERY AND E-MAIL**

Richard E. Kirk, Esq.
Ashley Blake Stitzer, Esq.
The Bayard Firm
222 Delaware Avenue
Suite 900
P.O. Box 25130
Wilmington, DE 19899
rkirk@bayardfirm.com
astitzer@bayardfirm.com

**BY CM/ECF, HAND DELIVERY AND E-MAIL**

John W. Shaw, Esq.
Karen L. Pascale, Esq.
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
jshaw@ycst.com
kpascale@ycst.com

I hereby certify that on April 24, 2008 I have sent by E-mail the foregoing document to the following non-registered participants:

Gaspare J. Bono, Esq.
Matthew T. Bailey, Esq.
Lora A. Brzezynski, Esq.
Cass W. Christenson, Esq.
R. Tyler Goodwyn, IV, Esq.
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC 20006
gbono@mckennalong.com
mbailey@mckennalong.com
lbrzezynski@mckennalong.com
cchristenson@mckennalong.com
tgoodwyn@mckennalong.com

Vincent K. Yip, Esq.
Peter J. Wied, Esq.
Jay C. Chiu, Esq.
Paul Hastings Janofsky & Walker LLP
515 South Flower Street
Los Angeles, CA 90071
vincentyip@paulhastings.com
peterwied@paulhastings.com
jaychiu@paulhastings.com

| | |
|---|---|
| Ron E. Shulman, Esq.<br>Julie M. Holloway, Esq.<br>Wilson Sonsini Goodrich & Rosati<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>rshulman@wsgr.com<br>jholloway@wsgr.com | M. Craig Tyler, Esq.<br>Brian D. Range, Esq.<br>Wilson Sonsini Goodrich & Rosati<br>8911 Capital of Texas Highway North<br>Westech 360, Suite 3350<br>Austin, TX 78759<br>ctyler@wsgr.com<br>brange@wsgr.com |

/s/ Philip A. Rovner
Philip A. Rovner  (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LG DISPLAY CO., LTD., <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>CHI MEI OPTOELECTRONICS CORPORATION; AU OPTRONICS CORPORATION, AU OPTRONICS CORPORATION OF AMERICA; TATUNG COMPANY; TATUNG COMPANY OF AMERICA, INC.; AND VIEWSONIC CORPORATION, <br><br>　　　　Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 06-726 (JJF) |
| AU OPTRONICS CORPORATION, <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>LG DISPLAY CO., LTD and <br>LG DISPLAY AMERICA, INC., <br><br>　　　　Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 07-357 (JJF) <br><br>CONSOLIDATED CASES |

**NOTICE OF MOTION FOR EXTENSION OF TIME
TO RESPOND TO PLAINTIFF'S DISCOVERY**

PLEASE TAKE NOTICE that Defendant Chi Mei Optoelectronics Corporation will present Chi Mei Optoelectronics Corporation's Motion for Extension of Time to Respond to Plaintiff's Discovery Requests to the Court on Friday, June 6, 2008 at 10:00 a.m.

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |

Kenneth R. Adamo
Robert C. Kahrl
Arthur P. Licygiewicz
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190
(216) 586-3939

By: /s/ Philip A. Rovner
    Philip A. Rovner (#3215)
    Hercules Plaza
    P. O. Box 951
    Wilmington, DE 19899
    (302) 984-6000
    provner@potteranderson.com

Dated: April 24, 2008
861645

*Attorneys for Counterclaim-Defendant*
*Chi Mei Optoelectronics Corporation*