IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LG. PHILIPS LCD CO., LTD., | § § § | |
| Plaintiff, | § | |
| v. | § | C.A. No. 06-726-JJF |
| | § | |
| CHI MEI OPTOELECTRONICS CORPORATION; AU OPTRONICS CORPORATION; AU OPTRONICS CORPORATION OF AMERICA; TATUNG COMPANY; TATUNG COMPANY OF AMERICA, INC.; AND VIEWSONIC CORPORATION, | § § § § § § § § § | |
| Defendants. | § § | |
| AU OPTRONICS CORPORATION, | § § | |
| Counterclaim Plaintiff, | § § | |
| v. | § § | |
| LG. PHILIPS LCD CO., LTD., AND LG. PHILIPS LCD AMERICA, INC. | § § § | |
| Counterclaim Defendants. | § § | |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Katherine Murray of Paul Hastings Janofsky & Walker LLP, 515 South Flower Street, 25th Floor, Los Angeles, CA 90071 to represent AU OPTRONICS CORPORATION and AU OPTRONICS CORPORATION OF AMERICA, in this matter.

065944.1001

Pursuant to Standing Order for District Court Fund, the annual fee of $25.00 per attorney is forwarded with this motion.

Dated: April 29, 2008

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Karen E. Keller*

---

Richard H. Morse (#531) [rmorse@ycst.com]
John W. Shaw (#3362) [jshaw@ycst.com]
Karen L. Pascale (#2903) [kpascale@ycst.com]
Karen E. Keller (#4489) [kkeller@ycst.com]
The Brandywine Building
1000 West St., 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Phone: 302-571-6600

*Attorneys for Defendant/Counterclaim Plaintiff AU Optronics Corporation, and Defendant AU Optronics Corporation America*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for the admissions *pro hac vice* of Katherine Murray is GRANTED.

Dated: April ____, 2008

---
UNITED STATES DISTRICT COURT JUDGE

065944.1001

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of the State of California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

Dated: April 29, 2008

Katherine Murray
PAUL HASTINGS JANOFSKY & WALKER LLP
515 South Flower Street, 25th Floor
Los Angeles, CA 90071
(213) 683-6000
E-mail: katherinemurray@paulhastings.com

## CERTIFICATE OF SERVICE

I, Karen E. Keller, Esquire, hereby certify that on April 29, 2008, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>   Richard D. Kirk [rkirk@bayardfirm.com]
>   Ashley B. Stitzer [astitzer@bayardfirm.com]
>   BAYARD, P.A.
>   222 Delaware Avenue, Suite 900
>   P.O. Box. 25130
>   Wilmington, DE 19899-5130
>   (302) 655-5000
>      *Attorneys for LG Display Co., Ltd. and LG Display America, Inc.*

>   Philip A. Rovner [provner@potteranderson.com]
>   David E. Moore [dmoore@potteranderson.com]
>   POTTER, ANDERSON & CORROON
>   6th Floor, Hercules Plaza
>   1313 N. Market Street
>   Wilmington, DE 19801
>      *Attorneys for Chi Mei Optoelectronics Corporation*

I further certify that I caused a copy of the foregoing document to be served by e-mail and hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

>   ***By E-mail***

>   Gaspare J. Bono [gbono@mckennalong.com]
>   Matthew T. Bailey [mbailey@mckennalong.com]
>   R. Tyler Goodwyn, IV [tgoodwyn@mckennalong.com]
>   Lora A. Brzezynski [lbrzezynski@mckennalong.com]
>   Cass W. Christenson [cchristenson@mckennalong.com]
>   MCKENNA LONG & ALDRIDGE LLP
>   1900 K Street, NW
>   Washington, DC 20006
>   (202) 496-7500
>      *Attorneys for LG Display Co., Ltd. and LG Display America, Inc.*

>   Kenneth R. Adamo [kradamo@jonesday.com]
>   Robert C. Kahrl [rckahrl@jonesday.com]
>   Arthur P. Licygiewicz [aplicygiewicz@jonesday.com]
>   JONES DAY
>   North Point
>   901 Lakeside Avenue
>   Cleveland, OH 44114-1190
>   (216) 586-3939
>      *Attorneys for Chi Mei Optoelectronics Corporation*

April 29, 2008

YOUNG CONAWAY STARGATT & TAYLOR LLP

*/s/ Karen E. Keller*

Richard H. Morse (#531) *[rmorse@ycst.com]*
John W. Shaw (No. 3362) *[jshaw@ycst.com]*
Karen L. Pascale (No. 2903) *[kpascale@ycst.com]*
Karen E. Keller (No. 4489) *[kkeller@ycst.com]*
The Brandywine Building
1000 West St., 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Phone: 302-571-6600
   *Attorneys for AU Optronics Corporation and*
   *AU Optronics Corporation America*