


222 Delaware Avenue • Suite 900
P.O. Box 25130 • Wilmington, DE • 19899
Zip Code For Deliveries 19801

(302) 429-4208
rkirk@bayardlaw.com

ELECTRONICALLY FILED
ORIGINAL BY HAND

April 29, 2008

The Honorable Mary Pat Thynge
J. Caleb Boggs Federal Building
844 N. King Street
Room 2124, Lockbox 8
Wilmington, DE 19801

Re: *LG.Philips LCD Co., Ltd. v. Chi Mei Optoelectronics et al,*
Case Nos. 06-726-JJF and 07-357-JJF

In preparation for the May 13, 2008 mediation, LG Display Co., Ltd. ("LG Display") and AU Optronics Corporation ("AUO") have identified certain of each other's license agreements that the other party would like to review. Many of the license agreements contain provisions requiring written consent prior to disclosing the agreement to a third party. Some of the agreements, however, contain provisions that permit disclosure if required by process of law or court compulsion. Accordingly, LG Display respectfully requests the Court to enter an order directing the parties to produce the requested license agreements, which includes any license agreements entered into by either LG Display or AUO with the following entities:

Lemelson Foundation
Columbia University
Semiconductor Energy Laboratory Co., Ltd.
Seiko Precision Inc.
Penn State Research Foundation
NEC
Honeywell International Inc.& Honeywell Intellectual Properties Inc.
Plasma Physics Corporation
Fergason Patent Properties, LLC
Hitachi
Merck & Co.
Toshiba
Rockwell Collins Inc.
Chunghwa Picture Tubes
Kodak
Samsung
Sharp





Matsushita
Semiconductor Energy Laboratory
Guardian Industries
Fujitsu
IBM

Although a protective order has not yet been entered in this case, the parties have agreed that these license agreements are highly confidential under Local Rule 26.2 and will only be disclosed to outside counsel and the Court. LG Display believes that entry of such an order will facilitate the Court's' ability to review the license agreements in advance of the May 13 mediation date. Attached for Your Honor's consideration is a proposed order directing the production of the aforementioned license agreements.

Counsel for LG Display has discussed the foregoing approach with counsel for AUO, which has stated its belief that this order is 'premature.' However, with the mediation date fast approaching, and with mediation statements due this Friday, May 2, LG Display submits this approach is well advised and requests the Court to enter the proposed order.

Respectfully submitted,

Richard D. Kirk (rk0922)

cc: Counsel as shown on the attached certificate

**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

LG DISPLAY CO., LTD.,

Plaintiff,

v.

CHI MEI OPTOELECTRONICS CORPORATION, et al.

Defendants.

Civil Action No. 06-726 (GMS)
Civil Action No. 07-357 (GMS)

**CONSOLIDATED CASES**

**MEDIATION ORDER DIRECTING MUTUAL PRODUCTION OF LICENSE AGREEMENTS**

The Court having considered plaintiff LG Display Co., Ltd.'s ("LG Display's") request for the disclosure of certain license agreements entered into by defendant AU Optronics Corporation ("AUO"), and AUO's request for the disclosure of certain license agreements entered into by LG Display, and having further considered the parties' agreement to treat all license agreements exchanged as highly confidential under Local Rule 26.2 and limited to review by outside counsel only,

**IT IS ORDERED** that LG Display and AUO produce at least the license agreements, if any, between either LG Display or AUO and the following entities: Lemelson Foundation, Columbia University, Semiconductor Energy Laboratory Co., Ltd., Seiko Precision Inc., Penn State Research Foundation, NEC, Honeywell International Inc., Honeywell Intellectual Properties Inc., Plasma Physics Corporation, Fergason Patent Properties, LLC, Hitachi, Merck & Co., Toshiba, Rockwell Collins Inc., Chunghwa Picture Tubes, Kodak, Samsung, Sharp, Matsushita, Guardian Industries, Fujitsu, and IBM.

In Wilmington this __ day of
April, 2008.

______________________________
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on April 29, 2008, he served the foregoing documents by email and by hand upon the following counsel:

Philip A. Rovner
Dave E. Moore
POTTER ANDERSON & CORROON LLP
1313 North Market Street
Wilmington, DE 19899-0951

Karen L. Pascale
John W. Shaw
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391

The undersigned counsel further certifies that, on April 29, 2008, he served the foregoing documents by email and by U.S. Mail upon the following counsel:

Kenneth R. Adamo
Robert C. Kahrl
Arthur P. Licygiewicz
JONES DAY
North Point, 901 Lakeside Avenue
Cleveland, OH 44114-1190

Vincent K. Yip
Peter J. Wied
PAUL, HASTINGS, JANOFSKY & WALKER LLP
515 South Flower Street, 25th Floor
Los Angeles, CA 90071

Ron E. Shulman, Esquire
Julie Holloway, Esquire
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, California 94304-1050

M. Craig Tyler, Esquire
Brian D. Range, Esquire
WILSON SONSINI GOODRICH & ROSATI
8911 Capital of Texas Highway North
Westech 360, Suite 3350
Austin, Texas 78759-8497

/s/ Richard D. Kirk, (rk0922)
Richard D. Kirk