IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD,<br><br>            Plaintiff,<br><br>     v.<br><br>CHI MEI OPTOELECTRONICS,<br>CORPORATION, AU OPTRONICS<br>CORPORATION, AU OPTRONICS<br>CORPORATION AMERICA, and CHI MEI<br>OPTOELECTRONICS USA, INC.<br><br>            Defendants. | Civil Action No. 06-726-JJF |
| AU OPTRONICS CORPORATION,<br><br>            Plaintiff,<br><br>     v.<br><br>LG.PHILIPS LCD. CO., LTD, and<br>LG.PHILIPS LCD AMERICA, INC.,<br><br>            Defendants. | Civil Action No. 07-357-JJF<br><br>CONSOLIDATED CASES |
| LG.PHILIPS LCD. CO., LTD, and<br>LG.PHILIPS LCD AMERICA, INC.,<br><br>     Counterclaim-Plaintiffs,<br><br>     v.<br><br>AU OPTRONICS CORPORATION, et al.,<br><br>     Counterclaim-Defendants. | |

**ORDER**

At Wilmington, this 29 day of April 2008, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that:

1.  Defendants' Motions to Dismiss (D.I. 19, D.I. 131 and D.I. 176) are **DENIED**.

2.  Plaintiff's Motion for Sanctions (D.I. 86) is **DENIED**.

3.  Plaintiff's Alternative Motion for Leave to Use Discovery or, in the Further Alternative, to Conduct Jurisdictional Discovery (D.I. 80) is **DENIED** as moot.

_____
UNITED STATES DISTRICT JUDGE