IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG. DISPLAY CO., LTD., ET AL.<br><br>Plaintiff,<br><br>v.<br><br>CHI MEI OPTOELECTRONICS CORPORATION, ET AL.<br><br>Defendants. | Civil Action No. 06-726-JJF<br>Civil Action NO. 07-357-JJF<br><br>CONSOLIDATED CASES |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that, copies of (1) LG Display Co., Ltd.'s Responses to AU Optronics Corporations First Set of Requests for Production of Documents and Things (Nos. 1-110); (2) LG Display Co., Ltd.'s Responses to AU Optronics Corporation's Second Set of Requests for Production of Documents (Nos. 111-208); (3) LG Display Co., Ltd.'s Responses to AU Optronics Corporation's First Set of Interrogatories (Nos. 1-13); (4) LG Display Co., Ltd.'s Responses to AU Optronics Corporation's Second Set of Interrogatories (Nos. 14-23); and (4) Certificate of Service was served as shown:

**BY EMAIL ON APRIL 28, 2008 AND
BY FEDERAL EXPRESS ON APRIL 29, 2008**

Robert C. Kahrl
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH  44114-1190

Julie Holloway, Esquire
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, California 94304-1050

{00865608;v1}

**BY EMAIL ON APRIL 28, 2008 AND**
**BY U.S. MAIL ON APRIL 29, 2008**

Karen L. Pascale
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391

Philip A. Rovner
Potter Anderson & Corroon LLP
1313 North Market Street
Wilmington, DE  19899-0951

M. Craig Tyler, Esquire
WILSON SONSINI GOODRICH &
ROSATI
8911 Capital of Texas Highway North
Westech 360, Suite 3350
Austin, Texas 78759-8497

Vincent K. Yip
Paul, Hastings, Janofsky &
Walker LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, CA  90071

April 30, 2008

BAYARD, P.A.

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk
Ashley B. Stitzer
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899-5130
rkirk@bayardfirm.com
astitzer@bayardfirm.com
(302) 655-5000

Counsel for Plaintiff LG Display Co., Ltd.

OF COUNSEL:
Gaspare J. Bono
Lora A. Brzezynski
Cass Christenson
R. Tyler Goodwyn
McKenna Long & Aldridge LLP
1900 K Street, N.W.
Washington, D.C.  20006
Tel: (202) 496-7500
Fax: (202) 496-7756