# YOUNG CONAWAY STARGATT & TAYLOR, LLP

KAREN L. PASCALE
DIRECT DIAL: (302) 571-5001
DIRECT FAX: (302) 576-3516
kpascale@ycst.com

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(302) 571-1253 FAX
(800) 253-2234 (DE ONLY)
www.youngconaway.com

May 1, 2008

**BY CM/ECF AND HAND DELIVERY**

The Honorable Mary Pat Thynge
United States District Court
844 King Street
Wilmington, DE 19801

Re:   *LG Display Co., Ltd., et al. v. Chi Mei Optoelectronics Corp., et al.*
(Civ. Nos. 06-726-JJF and 07-357-JJF)

Dear Judge Thynge:

We write regarding Plaintiff LG Display Co., Ltd.'s ("LGD") request of April 29, 2008, for an order directing LGD and AU Optronics Corporation ("AUO") to produce certain license agreements in advance of the parties' May 13, 2008 mediation. (*See* D.I. 191.) LGD suggests that some of its license agreements contain provisions permitting disclosures if required by court compulsion. AUO does not object to the Court issuing an order directing LGD to produce its license agreements, if this is what LGD requires in order to produce these documents.

However, as AUO informed LGD on April 28, 2008, AUO believes it is premature to compel the consent of AUO's licensors and cross-licensees through a court order. First, AUO requests that it at least be afforded the opportunity to obtain the voluntary consent from its licensors and licensees before demanding such consent through a court order. Indeed, AUO has already requested consent from its licensors and cross-licensees to produce the license agreements in this case, and has provided its licensors and cross-licensees with seven days to object to such production. Second, this Court made clear during the April 17, 2008 telephonic hearing that it prefers to receive a chart outlining the material terms of the relevant license agreements, rather than copies of the agreements themselves. Thus, the parties can provide licensing information in the mediation statements without having to first obtain consent from licensors by simply identifying the relevant terms of the license agreements and withholding the names of the parties.

AUO thus respectfully requests that the Court allow AUO to proceed with obtaining consent from its licensors and cross-licensees without a court order at this time.

Respectfully submitted,

*/s/ Karen L. Pascale*

Karen L. Pascale (#2903)

cc:  Counsel of Record per Certificate of Service

DB02:6785124.1

065944.1001

## CERTIFICATE OF SERVICE

I, Karen L. Pascale, Esquire, hereby certify that on May 1, 2008, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Richard D. Kirk [rkirk@bayardfirm.com]
> Ashley B. Stitzer [astitzer@bayardfirm.com]
> BAYARD, P.A.
> 222 Delaware Avenue, Suite 900
> P.O. Box. 25130
> Wilmington, DE 19899-5130
> (302) 655-5000
> > *Attorneys for LG Display Co., Ltd. and LG Display America, Inc.*

> Philip A. Rovner [provner@potteranderson.com]
> David E. Moore [dmoore@potteranderson.com]
> POTTER, ANDERSON & CORROON
> 6th Floor, Hercules Plaza
> 1313 N. Market Street
> Wilmington, DE 19801
> > *Attorneys for Chi Mei Optoelectronics Corporation*

I further certify that I caused a copy of the foregoing document to be served by e-mail and hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

> ### *By E-mail*

> Gaspare J. Bono [gbono@mckennalong.com]
> Matthew T. Bailey [mbailey@mckennalong.com]
> R. Tyler Goodwyn, IV [tgoodwyn@mckennalong.com]
> Lora A. Brzezynski [lbrzezynski@mckennalong.com]
> Cass W. Christenson [cchristenson@mckennalong.com]
> MCKENNA LONG & ALDRIDGE LLP
> 1900 K Street, NW
> Washington, DC 20006
> (202) 496-7500
> > *Attorneys for LG Display Co., Ltd. and LG Display America, Inc.*

> Kenneth R. Adamo [kradamo@jonesday.com]
> Robert C. Kahrl [rckahrl@jonesday.com]
> Arthur P. Licygiewicz [aplicygiewicz@jonesday.com]
> JONES DAY
> North Point
> 901 Lakeside Avenue
> Cleveland, OH 44114-1190
> (216) 586-3939
> > *Attorneys for Chi Mei Optoelectronics Corporation*

May 1, 2008

YOUNG CONAWAY STARGATT & TAYLOR LLP

*/s/ Karen L. Pascale*

---

Richard H. Morse (#531) *[rmorse@ycst.com]*
John W. Shaw (No. 3362) *[jshaw@ycst.com]*
Karen L. Pascale (No. 2903) *[kpascale@ycst.com]*
The Brandywine Building
1000 West St., 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Phone: 302-571-6600

*Attorneys for AU Optronics Corporation and AU Optronics Corporation America*