UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| LG DISPLAY CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> CHI MEI OPTOELECTRONICS CORPORATION, et al. <br><br> Defendants. | Civil Action No. 06-726 (GMS) <br> Civil Action No. 07-357 (GMS) <br><br> **CONSOLIDATED CASES** |

**MEDIATION ORDER DIRECTING MUTUAL
PRODUCTION OF LICENSE AGREEMENTS**

The Court having considered plaintiff LG Display Co., Ltd.'s ("LG Display's") request for the disclosure of certain license agreements entered into by defendant AU Optronics Corporation ("AUO"), and AUO's request for the disclosure of certain license agreements entered into by LG Display, and having further considered the parties' agreement to treat all license agreements exchanged as highly confidential under Local Rule 26.2 and limited to review by outside counsel only,

**IT IS ORDERED** that LG Display and AUO produce at least the license agreements, if any, between either LG Display or AUO and the following entities: Lemelson Foundation, Columbia University, Semiconductor Energy Laboratory Co., Ltd., Seiko Precision Inc., Penn State Research Foundation, NEC, Honeywell International Inc., Honeywell Intellectual Properties Inc., Plasma Physics Corporation, Fergason Patent Properties, LLC, Hitachi, Merck & Co., Toshiba, Rockwell Collins Inc., Chunghwa Picture Tubes, Kodak, Samsung, Sharp, Matsushita, Guardian Industries, Fujitsu, and IBM.

In Wilmington this _1_ day of ~~April,~~ May 2008.

_____
UNITED STATES MAGISTRATE JUDGE