IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD, | : |
| | : |
|       Plaintiff, | : |
| | : |
|  v. | : Civil Action No. 06-726-JJF |
| | : |
| CHI MEI OPTOELECTRONICS, | : |
| CORPORATION, AU OPTRONICS | : |
| CORPORATION, AU OPTRONICS | : |
| CORPORATION AMERICA, and CHI MEI | : |
| OPTOELECTRONICS USA, INC. | : |
| | : |
|       Defendants. | : |
| | : |
| AU OPTRONICS CORPORATION, | : |
| | : |
|       Plaintiff, | : |
| | : Civil Action No. 07-357-JJF |
|  v. | : |
| | : CONSOLIDATED CASES |
| LG.PHILIPS LCD. CO., LTD, and | : |
| LG.PHILIPS LCD AMERICA, INC., | : |
| | : |
|       Defendants. | : |
| | : |
| LG.PHILIPS LCD. CO., LTD, and | : |
| LG.PHILIPS LCD AMERICA, INC., | : |
| | : |
|   Counterclaim-Plaintiffs, | : |
| | : |
|  v. | : |
| | : |
| AU OPTRONICS CORPORATION, et al., | : |
| | : |
|   Counterclaim-Defendants. | : |
| | : |

## ERRATA ORDER

WHEREAS, the Court issued a Memorandum Opinion (D.I. 192) dated April 29, 2008, in the above-captioned case which requires correction;

NOW THEREFORE, IT IS HEREBY ORDERED that the cover pages shall be amended to read as attached.

May 9, 2008
DATE

_____
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-726-JJF |
| CHI MEI OPTOELECTRONICS, CORPORATION, AU OPTRONICS CORPORATION, AU OPTRONICS CORPORATION AMERICA, and CHI MEI OPTOELECTRONICS USA, INC. | : |
| Defendants. | : |
| AU OPTRONICS CORPORATION, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 07-357-JJF |
| LG.PHILIPS LCD. CO., LTD, and LG.PHILIPS LCD AMERICA, INC., | : CONSOLIDATED CASES |
| Defendants. | : |
| LG.PHILIPS LCD. CO., LTD, and LG.PHILIPS LCD AMERICA, INC., | : |
| Counterclaim-Plaintiffs, | : |
| v. | : |
| AU OPTRONICS CORPORATION, et al., | : |
| Counterclaim-Defendants. | : |

Gaspare J. Bono, Esquire; R. Tyler Goodwyn, IV, Esquire and Lora A. Brzezynski, Esquire of McKENNA LONG & ALDRIDGE LLP, Washington, D.C.
Richard D. Kirk, Esquire and Ashley B. Stitzer, Esquire of THE BAYARD FIRM, Wilmington, Delaware.

Attorneys for Plaintiff LG.Philips LCD Co., Ltd.

Kenneth Adamo, Esquire; Robert C. Kahrl, Esquire and Arthur P. Licygiewicz, Esquire of JONES DAY, Cleveland, Ohio.
Phil A. Rovner, Esquire of POTTER ANDERSON & CORROON, LLP, Wilmington, Delaware.

Attorneys for Defendant Chi Mei Optoelectronics Corporation.

## MEMORANDUM OPINION

April 29, 2008
Wilmington, Delaware.