IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG DISPLAY CO., LTD., <br>     Plaintiff, <br> v. <br> CHI MEI OPTOELECTRONICS CORPORATION; AU OPTRONICS CORPORATION, AU OPTRONICS CORPORATION OF AMERICA; TATUNG COMPANY; TATUNG COMPANY OF AMERICA, INC.; AND VIEWSONIC CORPORATION, <br>     Defendants. | Civil Action No. 06-726 (JJF) |
| AU OPTRONICS CORPORATION, <br>     Plaintiff, <br> v. <br> LG DISPLAY CO., LTD and LG DISPLAY AMERICA, INC., <br>     Defendants. | Civil Action No. 07-357 (JJF) <br><br> CONSOLIDATED CASES |

### NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

Pursuant to D. Del. LR 83.7, notice is hereby given that Kenneth R. Adamo, Robert C. Kahrl, and Arthur P. Licygiewicz of the law firm Jones Day, 901 Lakeside Avenue, Cleveland, Ohio 44114 (collectively "Jones Day") are withdrawing as counsel for Defendants Chi Mei Optoelectronics Corporation ("CMO") and Chi Mei Optoelectronics USA, Inc. ("CMO USA") in the above-captioned matters. Jones Day will be replaced as counsel for CMO and CMO USA by Jonathan S. Kagan of Irell & Manella LLP, 1800 Avenue of the Stars, Suite 900, Los Angeles,

California 90067. CMO and CMO USA consent to Jones Day's withdrawal as their counsel and to the substitution of Mr. Kagan as their counsel in these matters. It is hereby requested that effective immediately, all further pleadings, notices, etc. be directed to Mr. Kagan's attention.

|  |  |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Kenneth R. Adamo<br>Robert C. Kahrl<br>Arthur P. Licygiewicz<br>JONES DAY<br>901 Lakeside Avenue<br>Cleveland, Ohio 44114<br>(216) 586-3939<br><br>Jonathan S. Kagan<br>Irell & Manella LLP<br>1800 Avenue of the Stars<br>Suite 900<br>Los Angeles, California 90067<br>(310) 277-1010 | By: /s/ Philip A. Rovner<br>     Philip A. Rovner (#3215)<br>     Hercules Plaza<br>     P.O. Box 951<br>     Wilmington, Delaware 19899-0951<br>     (302) 984-6000<br><br>Attorneys for Defendants<br>Chi Mei Optoelectronics Corporation<br>Chi Mei Optoelectronics USA, Inc. |

Dated: May 13, 2008
863771

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Philip A. Rovner, hereby certify that on May 13, 2008, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

**BY CM/ECF, HAND DELIVERY AND E-MAIL**

Richard E. Kirk, Esq.
Ashley Blake Stitzer, Esq.
The Bayard Firm
222 Delaware Avenue
Suite 900
P.O. Box 25130
Wilmington, DE 19899
rkirk@bayardfirm.com
astitzer@bayardfirm.com

**BY CM/ECF, HAND DELIVERY AND E-MAIL**

John W. Shaw, Esq.
Karen L. Pascale, Esq.
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
jshaw@ycst.com
kpascale@ycst.com

I hereby certify that on May 13, 2008 I have sent by E-mail the foregoing document to the following non-registered participants:

Gaspare J. Bono, Esq.
Matthew T. Bailey, Esq.
Lora A. Brzezynski, Esq.
Cass W. Christenson, Esq.
R. Tyler Goodwyn, IV, Esq.
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC 20006
gbono@mckennalong.com
mbailey@mckennalong.com
lbrzezynski@mckennalong.com
cchristenson@mckennalong.com
tgoodwyn@mckennalong.com

Vincent K. Yip, Esq.
Peter J. Wied, Esq.
Jay C. Chiu, Esq.
Paul Hastings Janofsky & Walker LLP
515 South Flower Street
Los Angeles, CA 90071
vincentyip@paulhastings.com
peterwied@paulhastings.com
jaychiu@paulhastings.com

| | |
|---|---|
| Ron E. Shulman, Esq.<br>Julie M. Holloway, Esq.<br>Wilson Sonsini Goodrich & Rosati<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>rshulman@wsgr.com<br>jholloway@wsgr.com | M. Craig Tyler, Esq.<br>Brian D. Range, Esq.<br>Wilson Sonsini Goodrich & Rosati<br>8911 Capital of Texas Highway North<br>Westech 360, Suite 3350<br>Austin, TX 78759<br>ctyler@wsgr.com<br>brange@wsgr.com |

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com