IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG. DISPLAY CO., LTD., ET AL.<br><br>Plaintiff,<br><br>v.<br><br>CHI MEI OPTOELECTRONICS CORPORATION, ET AL.<br><br>Defendants. | Civil Action No. 06-726-JJF<br>Civil Action No. 07-357-JJF<br>CONSOLIDATED CASES |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that, copies of (1) LG Display Co., Ltd.'s Responses to Chi Mei Optoelectronics USA, Inc.'s First Set of Interrogatories (Nos. 1-9); and (2) this Notice of Service was served as shown:

**BY EMAIL ON MAY 12, 2008 AND
BY HAND DELIVERY ON MAY 14, 2008**

Karen L. Pascale
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391

Philip A. Rovner
Potter Anderson & Corroon LLP
1313 North Market Street
Wilmington, DE  19899-0951

**BY EMAIL ON MAY 12, 2008 AND
BY U.S. MAIL ON MAY 14, 2008**

Kenneth R. Adamo
Robert C. Kahrl
Arthur P. Licygiewicz
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH  44114-1190

Julie Holloway
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, California 94304-1050

{00865608;v1}

| | |
|---|---|
| M. Craig Tyler<br>Brian D. Range<br>Wilson Sonsini Goodrich & Rosati<br>8911 Capital of Texas Highway North<br>Westech 360, Suite 3350<br>Austin, Texas 78759-8497 | Vincent K. Yip<br>Peter J. Wied<br>Terry Garnett<br>Katherine Murray<br>Paul, Hastings, Janofsky &<br>Walker LLP<br>515 South Flower Street<br>Twenty-Fifth Floor<br>Los Angeles, CA  90071 |

**BY U.S. MAIL ON MAY 14, 2008**

Jonathan S. Kagan
Irell & Manella LLP
1800 Avenue of the Stars
Suite 900
Los Angeles, CA  90067

May 14, 2008

BAYARD, P.A.

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk
Ashley B. Stitzer
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899-5130
rkirk@bayardfirm.com
astitzer@bayardfirm.com
(302) 655-5000

Counsel for Plaintiff LG Display Co., Ltd.

OF COUNSEL:
Gaspare J. Bono
Lora A. Brzezynski
Cass Christenson
R. Tyler Goodwyn
McKenna Long & Aldridge LLP
1900 K Street, N.W.
Washington, D.C.  20006
(202) 496-7500

{00865608;v1}