UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> CHI MEI OPTOELECTRONICS CORPORATION, et al. <br><br> Defendants. | Civil Action No. 06-726 (JJF) <br> Civil Action No. 07-357 (JJF) <br><br> CONSOLIDATED CASES |

### STIPULATION AND ORDER MODIFYING THE SCHEDULING ORDER

THE PARTIES HERETO STIPULATE AND AGREE, subject to the approval of the Court, that section 8 of the Rule 16 Scheduling Order, dated April 29, 2007 (D.I. 194) (the "Scheduling Order"), titled "Markman," is to be amended and modified in the following ways:

1. Each party shall exchange a list of terms believed to require construction by **June 24, 2008**.

2. The parties shall file with the Court a chart showing each party's proposed construction of the claims at issue together with the intrinsic evidence supporting that construction on **July 29, 2008**, after conferring first in an attempt to narrow the disputes between the parties.

3. Opening Brief for each party shall be filed on **August 8, 2008**.

4. Response Briefs shall be filed on **September 4, 2008**.

5. This Stipulation makes no other changes to the Scheduling Order.

May 16, 2008

|  |  |
|---|---|
| | BAYARD, P.A. |
| OF COUNSEL: | /s/ Richard D. Kirk (rk0922) |
| | Richard D. Kirk |
| Gaspare J. Bono | Ashley B. Stitzer |
| Song K. Jung | 222 Delaware Avenue, 9th Floor |
| R. Tyler Goodwyn, IV | P.O. Box 25130 |
| Lora A. Brzezynski | Wilmington, DE 19899-5130 |
| McKenna Long & Aldridge LLP | (302) 655-5000 |
| 1900 K Street, N.W. | rkirk@bayardfirm.com |
| Washington, D.C. 20006 | |
| (202) 496-7500 | *Attorneys for LG Display Co., Ltd. and LG Display America, Inc.* |

|  |  |
|---|---|
| | POTTER ANDERSON & CORROON LLP |
| OF COUNSEL: | /s/ Philip A. Rovner (pr3215) |
| | Philip A. Rovner |
| Jonathan S. Kagan | Hercules Plaza |
| Irell & Manella LLP | P.O. Box 951 |
| 1800 Avenue of the Stars | Wilmington, DE 19899 |
| Suite 900 | (302) 984-6000 |
| Los Angeles, CA 90067 | provner@potteranderson.com |
| (310) 277-1010 | |
| | *Attorneys for Chi Mei Optoelectronics Corporation and Chi Mei Optoelectronics USA, Inc.* |

May 16, 2008

|  | BAYARD, P.A. |
|---|---|
| OF COUNSEL: | /s/ Richard D. Kirk (rk0922) |
|  | Richard D. Kirk |
| Gaspare J. Bono | Ashley B. Stitzer |
| Song K. Jung | 222 Delaware Avenue, 9th Floor |
| R. Tyler Goodwyn, IV | P.O. Box 25130 |
| Lora A. Brzezynski | Wilmington, DE 19899-5130 |
| McKenna Long & Aldridge LLP | (302) 655-5000 |
| 1900 K Street, N.W. | rkirk@bayardfirm.com |
| Washington, D.C. 20006 |  |
| (202) 496-7500 | *Attorneys for LG Display Co., Ltd. and LG Display America, Inc.* |

|  | POTTER ANDERSON & CORROON LLP |
|---|---|
| OF COUNSEL: | /s/ Philip A. Rovner (pr3215) |
|  | Philip A. Rovner |
| Jonathan S. Kagan | Hercules Plaza |
| Irell & Manella LLP | P.O. Box 951 |
| 1800 Avenue of the Stars | Wilmington, DE 19899 |
| Suite 900 | (302) 984-6000 |
| Los Angeles, CA 90067 | provner@potteranderson.com |
| (310) 277-1010 |  |
|  | *Attorneys for Chi Mei Optoelectronics Corporation and Chi Mei Optoelectronics USA, Inc.* |

OF COUNSEL:

Vincent K. Yip
Peter J. Wied
Terry Garnett
Katherine Murray
Paul Hastings, Janofsky & Walker LLP
515 South Flower Street, 25th Floor
Los Angeles, CA 90071
(213) 683-6000

M. Craig Tyler
Brian D. Range
Wilson Sonsini Goodrich & Rosati
8911 Capital of Texas Highway North
Westech 360, Suite 3350
Austin, TX 78759-8497
(512) 338-5400

Ron E. Shulman, Esquire
Julie Holloway, Esquire
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304-1050
(650) 493-9300

YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

/s/ Karen L. Pascale (kp2903)
Karen L. Pascale
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(301) 571-6600
kpascale@ycst.com

*Attorneys for AU Optronics Corporation and AU Optronics Corporation America*

SO ORDERED this ____ day of May, 2008.

_____
United States District Judge

-3-