IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG. DISPLAY CO., LTD., ET AL.,<br><br>Plaintiff,<br><br>v.<br><br>CHI MEI OPTOELECTRONICS CORPORATION, ET AL.<br><br>Defendants. | Civil Action No. 06-726-JJF<br>Civil Action NO. 07-357-JJF<br><br>CONSOLIDATED CASES |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on May 16, 2008, copies of (1) **LG DISPLAY CO., LTD.'S OBJECTIONS TO ATTACHMENT B OF AU OPTRONICS CORPORATION'S NOTICE OF RULE 30(B)(6) DEPOSITION; AND (2) THIS NOTICE OF SERVICE** were served as shown:

**BY EMAIL AND BY HAND**

Philip A. Rovner
Dave E. Moore
Potter Anderson & Corroon LLP
1313 North Market Street
Wilmington, DE 19899-0951

Karen L. Pascale
John W. Shaw
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

{00657945;v1}

**BY EMAIL AND BY U.S. MAIL**
Jonathan S. Kagan
Irell & Manella LLP
1800 Avenue of the Stars
Suite 900
Los Angeles, CA 90067

Vincent K. Yip
Peter J. Wied
Jay C. Chiu
Paul, Hastings, Janofsky & Walker LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, CA 90071

Ron E. Shulman, Esquire
Julie Holloway, Esquire
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, California 94304-1050

M. Craig Tyler, Esquire
Brian D. Range, Esquire
WILSON SONSINI GOODRICH & ROSATI
8911 Capital of Texas Highway North
Westech 360, Suite 3350
Austin, Texas 78759-8497

May 16, 2008

BAYARD, P.A.

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk
Ashley B. Stitzer
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899-5130
rkirk@bayardfirm.com
(302) 655-5000

Counsel for Plaintiff
LG DISPLAY CO., LTD
LG DISPLAY AMERICA, INC.

OF COUNSEL:

Gaspare J. Bono
R. Tyler Goodwyn
Lora A. Brzezynski
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC 20006
202-496-7500