IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LG.PHILIPS LCD CO., LTD, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 06-726-JJF |
| | : | |
| CHI MEI OPTOELECTRONICS, | : | |
| CORPORATION, AU OPTRONICS | : | |
| CORPORATION, AU OPTRONICS | : | |
| CORPORATION AMERICA, and CHI MEI | : | |
| OPTOELECTRONICS USA, INC. | : | |
| | : | |
| Defendants. | : | |
| | : | |
| AU OPTRONICS CORPORATION, | : | |
| | : | |
| Plaintiff, | : | |
| | : | Civil Action No. 07-357-JJF |
| v. | : | |
| | : | CONSOLIDATED CASES |
| LG.PHILIPS LCD. CO., LTD, and | : | |
| LG.PHILIPS LCD AMERICA, INC., | : | |
| | : | |
| Defendants. | : | |
| | : | |
| LG.PHILIPS LCD. CO., LTD, and | : | |
| LG.PHILIPS LCD AMERICA, INC., | : | |
| | : | |
| Counterclaim-Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| AU OPTRONICS CORPORATION, et al., | : | |
| | : | |
| Counterclaim-Defendants. | : | |
| | : | |

**<u>ERRATA ORDER</u>**

WHEREAS, the Court issued a Memorandum Opinion (D.I. 192) dated April 29, 2008, in the above-captioned case which requires correction;

NOW THEREFORE, IT IS HEREBY ORDERED that the sentence reading, "Because the Court of Appeals for the Federal Circuit has defined patent infringement as a tort, the Court concludes that the presently alleged patent infringement is a tortious act for the purposes of the Delaware long-arm statute. See <u>Carbice Corp. v. American Patents Development Corp.</u>, 283 U.S. 27, 33 (1931)." is corrected to read: "Because the Supreme Court has defined patent infringement as a tort, the Court concludes that the presently alleged patent infringement is a tortious act for the purposes of the Delaware long-arm statute. See <u>Carbice Corp. v. American Patents Development Corp.</u>, 283 U.S. 27, 33 (1931)."

May 19, 2008
DATE

_____
UNITED STATES DISTRICT JUDGE