IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| LG DISPLAY CO., LTD.,  )<br>  )<br>          Plaintiff,  )<br>  )<br>v.  )<br>  )<br>CHI MEI OPTOELECTRONICS  )<br>CORPORATION, et al.,  )<br>  )<br>          Defendants.  )<br>  ) | Civil Action No. 06-726-JJF<br>Civil Action No. 07-357-JJF<br><br>**CONSOLIDATED CASES** |

## MOTION AND ORDER FOR ADMISSIONS *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of the following attorneys to represent AU OPTRONICS CORPORATION and AU OPTRONICS CORPORATION AMERICA in this matter:

S. Christian Platt
Joseph M. Warren
PAUL HASTINGS JANOFSKY & WALKER LLP
3579 Valley Centre Drive
San Diego, CA 92130
Telephone: 858-720-2500
E-mail: christianplatt@paulhastings.com
       joewarren@paulhastings.com

Jeffrey M. Whiting
WILSON SONSINI GOODRICH & ROSATI
900 South Capital of Texas Highway
Las Cimas IV, Fifth Floor
Austin, Texas 78746-5546
Telephone: 512-338-5400
E-mail: jwhiting@wsgr.com

Gregory J. Wallace
WILSON SONSINI GOODRICH & ROSATI
One Market Street
Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone: 415- 947-2000
E-mail: gwallace@wsgr.com

Pursuant to Standing Order for District Court Fund, the annual fee of $25.00 per attorney has been paid or will be submitted to the Clerk's Office upon the filing of this motion.

|  |  |
|---|---|
| June 9, 2008 | **YOUNG CONAWAY STARGATT & TAYLOR LLP**<br>*/s/ Karen L. Pascale*<br>_____<br>Richard H. Morse (#531) [rmorse@ycst.com]<br>John W. Shaw (#3362) [jshaw@ycst.com]<br>Karen L. Pascale (#2903) [kpascale@ycst.com]<br>The Brandywine Building<br>1000 West St., 17th Floor<br>P.O. Box 391<br>Wilmington, Delaware 19899-0391<br>Phone:  302-571-6600<br>*Attorneys for AU Optronics Corporation*<br>*and AU Optronics Corporation America* |

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for the admissions *pro hac vice* of:

S. Christian Platt, Joseph M. Warren, Jeffrey M. Whiting and Gregory J. Wallace is GRANTED.

Dated:  June _____, 2008

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of the State of California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: June 5, 2008

_____
S. Christian Platt
PAUL HASTINGS JANOFSKY & WALKER LLP
3579 Valley Centre Drive
San Diego, CA 92130
Telephone: (858) 720-2500
Facsimile: (858) 720-2555
E-mail: christianplatt@paulhastings.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of the State of California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: June 5, 2008

Joseph M. Warren
PAUL HASTINGS JANOFSKY & WALKER LLP
3579 Valley Centre Drive
San Diego, CA 92130
Telephone: (858) 720-2500
Facsimile: (858) 720-2555
E-mail: joewarren@paulhastings.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of the State of Texas, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: June 4, 2008

Jeffrey M. Whiting
WILSON SONSINI GOODRICH & ROSATI
900 South Capital of Texas Highway
Las Cimas IV, Fifth Floor
Austin, Texas 78746-5546
Phone: 512.338.5400
Fax: 512.33.5499
E-mail: jwhiting@wsgr.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of the State of California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: June 4, 2008

Gregory J. Wallace
WILSON SONSINI GOODRICH & ROSATI
One Market Street
Spear Tower, Suite 3300
San Francisco, CA 94105
Phone: 415-947-2000
Fax: 415-947-2099
E-mail: gwallace@wsgr.com

## CERTIFICATE OF SERVICE

I, Karen L. Pascale, Esquire, hereby certify that on June 9, 2008, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Richard D. Kirk [rkirk@bayardfirm.com]
>Ashley B. Stitzer [astitzer@bayardfirm.com]
>BAYARD, P.A.
>222 Delaware Avenue, Suite 900
>P.O. Box. 25130
>Wilmington, DE 19899-5130
>(302) 655-5000
>   *Attorneys for LG Display Co., Ltd. and LG Display America, Inc.*
>
>Philip A. Rovner [provner@potteranderson.com]
>David E. Moore [dmoore@potteranderson.com]
>POTTER, ANDERSON & CORROON
>6th Floor, Hercules Plaza
>1313 N. Market Street
>Wilmington, DE 19801
>   *Attorneys for Chi Mei Optoelectronics Corporation and
>   Chi Mei Optoelectronics USA, Inc.*

I further certify that I caused a copy of the foregoing document to be served by e-mail on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

>***By E-mail***
>
>Gaspare J. Bono [gbono@mckennalong.com]
>Matthew T. Bailey [mbailey@mckennalong.com]
>R. Tyler Goodwyn, IV [tgoodwyn@mckennalong.com]
>Lora A. Brzezynski [lbrzezynski@mckennalong.com]
>Cass W. Christenson [cchristenson@mckennalong.com]
>MCKENNA LONG & ALDRIDGE LLP
>1900 K Street, NW
>Washington, DC 20006
>(202) 496-7500
>   *Attorneys for LG Display Co., Ltd. and LG Display America, Inc.*

    Jonathan S. Kagan [jkagan@irell.com]
    Alexander C.D. Giza [agiza@irell.com]
    IRELL & MANELLA LLP
    1800 Avenue of the Stars
    Suite 900
    Los Angeles, CA 90067
    (310) 277-1010
        *Attorneys for Chi Mei Optoelectronics Corporation and*
        *Chi Mei Optoelectronics USA, Inc.*

        **YOUNG CONAWAY STARGATT & TAYLOR LLP**

        */s/ Karen L. Pascale*

June 9, 2008

        Richard H. Morse (#531) *[rmorse@ycst.com]*
        John W. Shaw (No. 3362) *[jshaw@ycst.com]*
        Karen L. Pascale (No. 2903) *[kpascale@ycst.com]*
        The Brandywine Building
        1000 West St., 17th Floor
        P.O. Box 391
        Wilmington, Delaware 19899-0391
        Phone: 302-571-6600
            *Attorneys for AU Optronics Corporation and*
            *AU Optronics Corporation America*