IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG DISPLAY CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> AU OPTRONICS CORPORATION; AU OPTRONICS CORPORATION AMERICA; CHI, MEI OPTOELECTRONICS CORPORATION; and CHI MEI OPTOELECTRONICS USA, INC., <br><br> Defendants. | C.A. No. 06-726-JJF |
| AU OPTRONICS CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> LG DISPLAY CO., LTD. and LG DISPLAY AMERICA, INC., <br><br> Defendants. | C.A. No. 07-357-JJF <br><br> **CONSOLIDATED CASES** |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on June 19, 2008, copies of:

*AU Optronics Corporation's First Request Production of Documents and Things to LG Display America, Inc. (Nos. 1-19)*;

were served upon the following counsel of record in the manner indicated:

**By Hand Delivery and E-Mail**

Richard D. Kirk [rkirk@bayardfirm.com]
Ashley B. Stitzer [astitzer@bayardfirm.com]
BAYARD, P.A.
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899-5130
(302) 655-5000
    *Attorneys for LG Display Co., Ltd. and LG Display America, Inc.*

    Philip A. Rovner [provner@potteranderson.com]
    David E. Moore [dmoore@potteranderson.com]
    POTTER, ANDERSON & CORROON
    6th Floor, Hercules Plaza
    1313 N. Market Street
    Wilmington, DE 19801
    (302) 984-6000
        *Attorneys for Chi Mei Optoelectronics Corporation and*
        *Chi Mei Optoelectronics USA, Inc.*

    ***By E-Mail***

    Gaspare J. Bono [gbono@mckennalong.com]
    Lora A. Brzezynski [lbrzezynski@mckennalong.com]
    Cass W. Christenson [cchristenson@mckennalong.com]
    Derek A. Auito [dauito@mckennalong.com]
    Renzo N. Rocchegiani [rrocchegiani@mckennalong.com]
    Feng Shan [fshan@mckennalong.com]
    MCKENNA LONG & ALDRIDGE LLP
    1900 K Street, NW
    Washington, DC 20006
    (202) 496-7500
        *Attorneys for LG Display Co., Ltd. and LG Display America, Inc.*

    Jonathan S. Kagan [jkagan@irell.com]
    Adam S. Hoffman [ahoffman@irell.com]
    Alexander C.D. Giza [agiza@irell.com]
    Richard E. Lyon [rlyon@irell.com]
    IRELL & MANELLA LLP
    1800 Avenue of the Stars
    Suite 900
    Los Angeles, CA 90067
    (310) 277-1010
        *Attorneys for Chi Mei Optoelectronics Corporation and*
        *Chi Mei Optoelectronics USA, Inc.*

Additionally, the undersigned hereby certifies that on June 19, 2008, this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF and served upon the above-listed counsel of record by e-mail.

June 19, 2008

YOUNG CONAWAY STARGATT & TAYLOR LLP

*/s/ Karen L. Pascale*

Richard H. Morse (#531) [rmorse@ycst.com]
John W. Shaw (#3362) [jshaw@ycst.com]
Karen L. Pascale (#2903) [kpascale@ycst.com]
The Brandywine Building
1000 West St., 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6600
*Attorneys for AU Optronics Corporation*

OF COUNSEL:

PAUL HASTINGS JANOFSKY & WALKER LLP
Vincent K. Yip
Terry D. Garnett
Peter J. Wied
Jay C. Chiu
Katherine F. Murray
515 South Flower Street, 25th Floor
Los Angeles, CA 90071
Telephone: (213) 683-6000

- and -

WILSON SONSINI GOODRICH & ROSATI, P.C.
Ron E. Shulman
Julie M. Holloway
650 Page Mill Road
Palo Alto, California 94304-1050
Telephone: (650) 493-9300

M. Craig Tyler
Brian D. Range
8911 Capital of Texas Highway North
Westech 360, Suite 3350
Austin, Texas 78759-8497
Telephone: (512) 338-5400