IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> CHI MEI OPTOELECTRONICS CORPORATION, et al. <br><br> Defendants. | Civil Action No. 06-726 (JJF) <br> Civil Action No. 07-357 (JJF) <br><br> **CONSOLIDATED CASES** |

**STIPULATION AND ORDER REGARDING EXTENSION OF DOCUMENT PRODUCTION DEADLINE AND EXTENSION OF TIME TO RESPOND TO INTERROGATORIES SERVED ON OR BEFORE MAY 28, 2008**

THE PARTIES HERETO STIPULATE AND AGREE, subject to the approval of the Court, that:

1. The deadline for parties to complete their respective document production and contention interrogatories in response to any requests for productions or interrogatories served on or before May 28, 2008 shall be extended to July 18, 2008 from June 27, 2008. The parties reserve the right to supplement in accordance with Fed. R. Civ. P. 26(e).

2. The parties reserve their right to object as untimely to any additional contention interrogatories and document requests served by any of the parties after May 28, 2008. The parties also reserve their rights to dispute such an objection.

3. The parties will use their best efforts to produce in good faith their mask files and/or CAD files by June 27, 2008 so that production of those files is substantially complete by June 27, 2008 by all parties.

4. Chi Mei Optoelectronic Corporation's time for responding to LG Display Co., Ltd.'s Second Set of Interrogatories served on May 27, 2008 shall hereby be extended to July 17, 2008.

5. AU Optronic Corporation's time for responding to LG Display Co., Ltd.'s Second Set of Interrogatories served on May 27, 2008 shall hereby be extended to July 17, 2008.

6. LG Display Co., Ltd.'s time for responding to Chi Mei Optoelectronics USA, Inc.'s Second Set of Interrogatories served on May 28, 2008 shall hereby be extended to July 18, 2008.

June 23, 2008

OF COUNSEL:

Gaspare J. Bono
Song K. Jung
R. Tyler Goodwyn, IV
Lora A. Brzezynski
McKenna Long & Aldridge LLP
1900 K Street, N.W.
Washington, D.C. 20006
(202) 496-7500

/s/ Richard D. Kirk
Richard D. Kirk
Ashley B. Stitzer
Bayard, P.A.
222 Delaware Avenue, 9th Floor
P.O. Box 25130
Wilmington, DE 19899-5130
(302) 655-5000
rkirk@bayardfirm.com

*Attorneys for LG Display Co., Ltd. and LG Display America, Inc.*

OF COUNSEL:

Jonathan S. Kagan
Alexander C.D. Giza
Adam Hoffman
Irell & Manella LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
(310) 277-1010

/s/ Philip A. Rovner
Philip A. Rovner
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com

*Attorneys for Chi Mei Optoelectronics Corporation and Chi Mei Optoelectronics USA, Inc.*

OF COUNSEL:

Vincent K. Yip
Peter J. Wied
Terry Garnett
Katherine Murray
Paul Hastings, Janofsky & Walker LLP
515 South Flower Street, 25th Floor
Los Angeles, CA 90071
(213) 683-6000

M. Craig Tyler
Brian D. Range
Wilson Sonsini Goodrich & Rosati
8911 Capital of Texas Highway North
Westech 360, Suite 3350
Austin, TX 78759-8497
(512) 338-5400

Ron E. Shulman
Julie M. Holloway
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304-1050

/s/ Karen L. Pascale
Karen L. Pascale
John W. Shaw
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(301) 571-6600
kpascale@ycst.com

*Attorneys for AU Optronics Corporation and AU Optronics Corporation America*

SO ORDERED this ____ day of June, 2008.

_____
United States District Judge

871038