IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG DISPLAY CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> CHI MEI OPTOELECTRONICS CORPORATION, et al. <br><br> Defendants. | Civil Action No. 06-726 (JJF) <br> Civil Action No. 07-357 (JJF) <br><br> CONSOLIDATED CASES |

### DEFENDANT CHI MEI OPTOELECTRONICS CORPORATION'S MOTION TO CONSOLIDATE AND TO EXTEND DISCOVERY LIMITS

Chi Mei Optoelectronics Corporation ("CMO") moves the Court, in accordance with Rule 42(a) of the Federal Rules of Civil Procedure provides, to consolidate the above-captioned action with the case recently transferred from the Eastern District of Texas, *Chi Mei Optoelectronics Corporation v. LG Philips LCD Co., Ltd., and LG Philips LCD America, Inc*, Civil Action No. 08-355-JJF. To accommodate the consolidation, CMO further moves the Court to amend the April 29, 2008 Scheduling Order as follows: (1) completion of fact discovery by February 17, 2009; (2) each party to depose non-parties for a maximum of 60 hours; and (3) any motions to amend pleadings to be filed on or before October 31, 2008. CMO's proposed amendments do not require any additional changes to the Scheduling Order, and this case would remain on course for trial on June 2, 2009. CMO's motion is based on the accompanying Opening Brief in Support of Chi Mei Optoelectronics Corporation's Motion to Consolidate and to Extend Discovery Limits, and upon the papers, records and pleadings on file with the Court in this case.

- 2 -

|  |  |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Jonathan S. Kagan<br>Alexander C. D. Giza<br>Adam Hoffman<br>Irell & Manella LLP<br>1800 Avenue of the Stars<br>Los Angeles, CA 90067<br>(310) 277-1010<br><br>Dated: June 25, 2008<br>871413 | By: /s/ Philip A. Rovner<br>    Philip A. Rovner (#3215)<br>    Hercules Plaza<br>    P. O. Box 951<br>    Wilmington, DE 19899<br>    (302) 984-6000<br>    provner@potteranderson.com<br><br>*Attorneys for Defendant*<br>*Chi Mei Optoelectronics Corporation* |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Philip A. Rovner, hereby certify that on June 25, 2008, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

| **BY CM/ECF, HAND DELIVERY AND E-MAIL** | **BY CM/ECF, HAND DELIVERY AND E-MAIL** |
|---|---|
| Richard E. Kirk, Esq.<br>Ashley Blake Stitzer, Esq.<br>The Bayard Firm<br>222 Delaware Avenue<br>Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19899<br>rkirk@bayardfirm.com<br>astitzer@bayardfirm.com | John W. Shaw, Esq.<br>Karen L. Pascale, Esq.<br>Young Conaway Stargatt & Taylor LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801<br>jshaw@ycst.com<br>kpascale@ycst.com |

I hereby certify that on June 25, 2008 I have sent by E-mail the foregoing document to the following non-registered participants:

Gaspare J. Bono, Esq.
Matthew T. Bailey, Esq.
Lora A. Brzezynski, Esq.
Cass W. Christenson, Esq.
R. Tyler Goodwyn, IV, Esq.
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC 20006
gbono@mckennalong.com
mbailey@mckennalong.com
lbrzezynski@mckennalong.com
cchristenson@mckennalong.com
tgoodwyn@mckennalong.com

Vincent K. Yip, Esq.
Peter J. Wied, Esq.
Jay C. Chiu, Esq.
Katherine F. Murray, Esq.
Ms. Denise Esparza
Paul Hastings Janofsky & Walker LLP
515 South Flower Street
Los Angeles, CA 90071
vincentyip@paulhastings.com
peterwied@paulhastings.com
jaychiu@paulhastings.com
katherinemurray@paulhastings.com
deniseesparza@paulhastings.com

| | |
|---|---|
| Ron E. Shulman, Esq.<br>Julie M. Holloway, Esq.<br>Wilson Sonsini Goodrich & Rosati<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>rshulman@wsgr.com<br>jholloway@wsgr.com | M. Craig Tyler, Esq.<br>Brian D. Range, Esq.<br>Wilson Sonsini Goodrich & Rosati<br>8911 Capital of Texas Highway North<br>Westech 360, Suite 3350<br>Austin, TX 78759<br>ctyler@wsgr.com<br>brange@wsgr.com |

/s/ Philip A. Rovner
Philip A. Rovner  (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG DISPLAY CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> CHI MEI OPTOELECTRONICS CORPORATION, et al. <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 06-726 (JJF) <br> Civil Action No. 07-357 (JJF) <br><br> CONSOLIDATED CASES |

**NOTICE OF MOTION FOR TO CONSOLIDATE AND TO
EXTEND DISCOVERY LIMITS**

PLEASE TAKE NOTICE that, Defendant Chi Mei Optoelectronics Corporation will present Chi Mei Optoelectronics Corporation's Motion To Consolidate And To Extend Discovery Limits to the Court on Friday, September 12, 2008 at 10:00 a.m. or on any other date ordered by the Court.

OF COUNSEL:

Jonathan S. Kagan
Alexander C. D. Giza
Adam Hoffman
Irell & Manella LLP
1800 Avenue of the Stars
Los Angeles, CA 90067
(310) 277-1010

Dated: June 25, 2008
871424

POTTER ANDERSON & CORROON LLP

By: /s/ Philip A. Rovner
   Philip A. Rovner (#3215)
   Hercules Plaza
   P. O. Box 951
   Wilmington, DE 19899
   (302) 984-6000
   provner@potteranderson.com

*Attorneys for Defendant
Chi Mei Optoelectronics Corporation*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG DISPLAY CO., LTD., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHI MEI OPTOELECTRONICS )<br>CORPORATION, et al. )<br>)<br>Defendants. )<br>) | Civil Action No. 06-726 (JJF)<br>Civil Action No. 07-357 (JJF)<br><br>CONSOLIDATED CASES |

## ORDER

**AND NOW**, the Court, this ____ day of _____, upon consideration of Defendant Chi Mei Optoelectronics Corporation's Motion for Consolidation and Extension of Discovery Limits, Plaintiff LG Display Co., Ltd,'s Opposition thereto, and related materials, does hereby **ORDER**:

1. *Chi Mei Optoelectronics Corporation v. LG Philips LCD Co., Ltd., and LG Philips LCD America, Inc*, Civil Action No. 08-355-JJF is consolidated with the above-captioned case.

2. The Rule 16 Scheduling Order in this case is amended as follows:

Paragraph 4.(f): Each party may depose non-parties for a maximum of 60 hours.

Paragraph 4.(g): Fact discovery shall be completed by February 17, 2009. Parties may serve document requests and interrogatories on each other so as to be completed by this date.

Paragraph 6: All motions to amend the pleadings shall be filed on or before October 31, 2008.

IT IS SO ORDERED:

_____
The Honorable Joseph J. Farnan, Jr.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG DISPLAY CO., LTD., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CHI MEI OPTOELECTRONICS ) <br> CORPORATION, et al. ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 06-726 (JJF) <br> Civil Action No. 07-357 (JJF) <br><br> CONSOLIDATED CASES |

**CHI MEI OPTOELECTRONICS CORPORATION'S CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULES 7.1.1 AND 16.4 REGARDING MOTION TO CONSOLIDATE AND TO EXTEND DISCOVERY LIMITS**

Pursuant to Local Rule 7.1.1, I hereby certify that counsel for Chi Mei Optoelectronics Corporation ("CMO") has attempted in good faith to resolve the issues presented in CMO's June 25, 2008 Motion to Consolidate and Extend Discovery Limits. Counsel for CMO and LG Display Co., Ltd. have exchanged numerous e-mails and communicated by telephone in an attempt to resolve the issues. Pursuant to Local Rule 16.4, I hereby certify that Counsel for CMO has sent a copy of the requested relief to its client.

OF COUNSEL:

Jonathan S. Kagan
Alexander C. D. Giza
Adam Hoffman
Irell & Manella LLP
1800 Avenue of the Stars
Los Angeles, CA 90067
(310) 277-1010

Dated: June 25, 2008

POTTER ANDERSON & CORROON LLP

By: /s/ Philip A. Rovner
    Philip A. Rovner (#3215)
    Hercules Plaza
    P. O. Box 951
    Wilmington, DE 19899
    (302) 984-6000
    provner@potteranderson.com

*Attorneys for Defendant
Chi Mei Optoelectronics Corporation*