IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG DISPLAY CO., LTD.,<br><br>    Plaintiff,<br><br>v.<br><br>AU OPTRONICS CORPORATION;<br>AU OPTRONICS CORPORATION<br>AMERICA; CHI, MEI OPTOELECTRONICS<br>CORPORATION; and CHI MEI<br>OPTOELECTRONICS USA, INC.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 06-726-JJF<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| AU OPTRONICS CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>LG DISPLAY CO., LTD. and<br>LG DISPLAY AMERICA, INC.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 07-357-JJF<br>)<br>)  **CONSOLIDATED CASES**<br>)<br>)<br>) |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on June 27, 2008, copies of:

*AU Optronics Corporation's Identification of Fact Witnesses*;

were served upon the following counsel of record in the manner indicated:

    *By E-Mail and U.S. Mail*

    Richard D. Kirk [rkirk@bayardfirm.com]
    Ashley B. Stitzer [astitzer@bayardfirm.com]
    BAYARD, P.A.
    222 Delaware Avenue, Suite 900
    P.O. Box. 25130
    Wilmington, DE 19899-5130
    (302) 655-5000
        *Attorneys for LG Display Co., Ltd. and LG Display America, Inc.*

Philip A. Rovner [provner@potteranderson.com]
David E. Moore [dmoore@potteranderson.com]
POTTER, ANDERSON & CORROON
6th Floor, Hercules Plaza
1313 N. Market Street
Wilmington, DE 19801
(302) 984-6000
   *Attorneys for Chi Mei Optoelectronics Corporation and*
   *Chi Mei Optoelectronics USA, Inc.*

Gaspare J. Bono [gbono@mckennalong.com]
Lora A. Brzezynski [lbrzezynski@mckennalong.com]
Cass W. Christenson [cchristenson@mckennalong.com]
Derek A. Auito [dauito@mckennalong.com]
Renzo N. Rocchegiani [rrocchegiani@mckennalong.com]
Feng Shan [fshan@mckennalong.com]
MCKENNA LONG & ALDRIDGE LLP
1900 K Street, NW
Washington, DC 20006
(202) 496-7500
   *Attorneys for LG Display Co., Ltd. and LG Display America, Inc.*

Jonathan S. Kagan [jkagan@irell.com]
Adam S. Hoffman [ahoffman@irell.com]
Alexander C.D. Giza [agiza@irell.com]
Richard E. Lyon [rlyon@irell.com]
IRELL & MANELLA LLP
1800 Avenue of the Stars
Suite 900
Los Angeles, CA 90067
(310) 277-1010
   *Attorneys for Chi Mei Optoelectronics Corporation and*
   *Chi Mei Optoelectronics USA, Inc.*

Additionally, the undersigned hereby certifies that on June 30, 2008, this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF and served upon the above-listed counsel of record by e-mail.

June 30, 2008

YOUNG CONAWAY STARGATT & TAYLOR LLP

*/s/ Karen L. Pascale*

Richard H. Morse (#531) *[rmorse@ycst.com]*
John W. Shaw (#3362) *[jshaw@ycst.com]*
Karen L. Pascale (#2903) *[kpascale@ycst.com]*
Karen E. Keller (No. 4489) *[kkeller@ycst.com]*
The Brandywine Building
1000 West St., 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6600
*Attorneys for AU Optronics Corporation*

OF COUNSEL:

PAUL HASTINGS JANOFSKY & WALKER LLP
Vincent K. Yip
Terry D. Garnett
Peter J. Wied
Jay C. Chiu
Katherine F. Murray
515 South Flower Street, 25th Floor
Los Angeles, CA 90071
Telephone: (213) 683-6000

- and -

WILSON SONSINI GOODRICH & ROSATI, P.C.
Ron E. Shulman
Julie M. Holloway
650 Page Mill Road
Palo Alto, California 94304-1050
Telephone: (650) 493-9300

M. Craig Tyler
Brian D. Range
8911 Capital of Texas Highway North
Westech 360, Suite 3350
Austin, Texas 78759-8497
Telephone: (512) 338-5400