IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

LG. DISPLAY CO., LTD.,

Plaintiff,

v.

CHI MEI OPTOELECTRONICS CORPORATION, et al.,

Defendants.

Civil Action No. 06-726-JJF
Civil Action No. 07-357-JJF

CONSOLIDATED CASES

# NOTICE OF SERVICE

PLEASE TAKE NOTICE that plaintiff LG Display Co., Ltd. identified its fact witnesses pursuant to paragraph 4 of the Rule 16 Scheduling Order (D.I. 175) as follows:

**BY EMAIL ON 06/27/08 AND BY HAND ON 07/01/08:**

Philip A. Rovner
Dave E. Moore
Potter Anderson & Corroon LLP
1313 North Market Street
Wilmington, DE 19899-0951

**BY EMAIL ON 06/27/08 AND BY HAND ON 07/01/08:**

Karen L. Pascale
John W. Shaw
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

**BY U.S. MAIL ON 07/01/08:**

Jonathan S. Kagan
Alexander Giza
Irell & Manella LLP
1800 Avenue of the Stars
Suite 900
Los Angeles, CA 90067

**BY EMAIL ON 06/27/08 AND BY U.S. MAIL ON 07/01/08:**

Vincent K. Yip
Peter J. Wied
Jay C. Chiu
Paul, Hastings, Janofsky & Walker LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, CA 90071

**BY EMAIL ON 06/27/08 AND BY U.S. MAIL ON 07/01/08:**
Ron E. Shulman, Esquire
Julie Holloway, Esquire
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, California 94304-1050

**BY EMAIL ON 06/27/08 AND BY U.S. MAIL ON 07/01/08:**
M. Craig Tyler, Esquire
Brian D. Range, Esquire
Wilson Sonsini Goodrich & Rosati
8911 Capital of Texas Highway North
Westech 360, Suite 3350
Austin, Texas 78759-8497

July 1, 2008

BAYARD, P.A.

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk
Ashley B. Stitzer
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899-5130
rkirk@bayardfirm.com
astitzer@bayardfirm.com
(302) 655-5000

Counsel for Plaintiff,
LG DISPLAY CO., LTD

OF COUNSEL:

Gaspare J. Bono
R. Tyler Goodwyn
Lora A. Brzezynski
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC 20006
202-496-7500