UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| LG. DISPLAY CO., LTD.,<br><br>　　　　Plaintiff,<br>v.<br><br>CHI MEI OPTOELECTRONICS<br>CORPORATION, et al.<br><br>　　　　Defendants. | C.A. No. 06-726-JJF<br>C.A. No. 07-357-JJF<br><br>**CONSOLIDATED CASES** |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Plaintiff LG. Philips LCD Co., LTD, by its undersigned attorneys, pursuant to Local Rule 83.5 and supported by the attached certification, moves the admission *pro hac vice* of Audrey E. Klein of McKenna Long & Aldridge LLP, to represent Plaintiff LG Display Co., Ltd., in the above actions. In accordance with Standing Order for District Court Fund effective January 1, 2005, movant states that the annual fee of $25.00 per attorney is being submitted to the Clerk's Office with this motion.

July 8, 2008

OF COUNSEL:
Gaspare J. Bono
Lora A. Brzezynski
Cass Christenson
R. Tyler Goodwyn
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC 20006
(202) 496-7500

THE BAYARD FIRM

/s/ Richard D. Kirk (rk0922)
Richard D Kirk
Ashley B. Stitzer
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19899
(302) 655-5000
rkirk@bayardfirm.com
astitzer@bayardfirm.com

Attorneys for Plaintiff
LG.Philips LCD Co., LTD

SO ORDERED, this _____ day of July, 2008

_____
United States District Judge

{BAY:01054214v1}

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and the District of Columbia and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 is being submitted to the Clerk's Office with the accompanying motion.

Dated: July 8, 2008

Audrey E. Klein, Esq.
McKenna Long & Aldridge LLP
1900 K Street NW, Washington DC 20006
Counsel for LG Display Co. Ltd.

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on July 8, 2008, he served the foregoing documents by email and by hand upon the following counsel:

Philip A. Rovner
David E. Moore
POTTER ANDERSON & CORROON LLP
1313 North Market Street
Wilmington, DE  19899-0951

Karen L. Pascale
John W. Shaw
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19899-0391

The undersigned counsel further certifies that, on July 8, 2008, he served the foregoing documents by email and by U.S. Mail upon the following counsel:

Jonathan S. Kagan
Alexander Giza
IRELL & MANELLA LLP
1800 Avenue of the Stars
Suite 900
Los Angeles, CA  90067

Vincent K. Yip
Peter J. Wied
PAUL, HASTINGS, JANOFSKY & WALKER LLP
515 South Flower Street, 25th Floor
Los Angeles, CA   90071

Ron E. Shulman, Esquire
Julie Holloway, Esquire
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, California 94304-1050

M. Craig Tyler, Esquire
Brian D. Range, Esquire
WILSON SONSINI GOODRICH & ROSATI
8911 Capital of Texas Highway North
Westech 360, Suite 3350
Austin, Texas 78759-8497

/s/ Richard D. Kirk, (rk0922)
Richard D. Kirk

656846-1