**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| LG DISPLAY CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> CHI MEI OPTOELECTRONICS CORPORATION, et al. <br><br> Defendants. | Civil Action No. 06-726 (JJF) <br> Civil Action No. 07-357 (JJF) <br><br> **CONSOLIDATED CASES** |

**NOTICE OF LODGING OF EMAIL COMMUNICATION**

PLEASE TAKE NOTICE that LG Display Co., Ltd. is filing an electronic copy of the attached email communication dated July 9, 2008 from Richard D. Kirk to the Honorable Joseph J. Farnan, copies of which were served on all counsel.

July 9, 2008

BAYARD P.A.

*/s/ Richard D. Kirk (rk0922)*
Richard D. Kirk
222 Delaware Avenue, 9th Floor
Wilmington, DE 19899-5130
(302) 655-5000
rkirk@bayardfirm.com
*Attorneys for Plaintiffs LG Display Co.,*
*Ltd. and LG Display America, Inc.*

OF COUNSEL:

Gaspare J. Bono
R. Tyler Goodwyn, IV
Lora A. Brzezynski
Cass W. Christenson
John W. Lomas, Jr.
McKenna Long & Aldridge LLP
1900 K Street, N.W.
Washington, D.C. 20006
(202) 496-7500

## Richard Kirk

**From:** Richard Kirk
**Sent:** Wednesday, July 09, 2008 3:14 PM
**To:** 'jjf_civil@ded.uscourts.gov'
**Cc:** 'Rovner, Philip A.'; 'Pascale, Karen'
**Subject:** LG Display Co., Ltd. v. CMO and AUO, C.A. No. 06-726-JJF

RE: *LG Display Co., Ltd. v. CMO and AUO, C.A. No. 06-726-JJF and C.A. No. 07-357-JJF (consolidated)*

Dear Judge Farnan:

LG Display Co. Ltd. ("LG Display") filed a Motion for Entry of a Protective Order on June 6, 2008 (D.I. 224). Briefing was completed last week (Opening Brief, D.I. 226; answering brief, D.I. 292; reply brief, D.I. 324). Today, without seeking or obtaining leave, defendant Chi Mei Optoelectronics Corp. ("CMO") filed an unauthorized Sur-Reply (D.I. 330). LG Display requests the Court to strike and disregard CMO's improper Sur-Reply.

Since LG Display's Motion for Entry of a Protective Order is noticed for presentation this Friday, July 11, 2008, at 10:00, LG Display is concerned that CMO's improper Sur-Reply and its new proposal, if considered, would create a false impression that this issue is similar to the issue the Court recently resolved regarding defendant AU Optronics "product files" (oral order of July 7, 2008). There the issue was AUO's concern about disclosure of its highly confidential information by LG Display's outside attorneys *to third parties*. The instant issue involves LG Display's concern about disclosure of its highly confidential information *to CMO's insiders*. CMO's new proposal does not resolve the threat to LG Display or the problems discussed in LG Display's reply brief. CMO merely suggests that it could take a few additional steps to prevent disclosure of LG Display's information to third parties *other than* CMO's insider employees. The problem remains that any disclosure to CMO's insiders poses an unjustifiable competitive risk to LG Display.

If the Court considers CMO's unauthorized Sur-Reply, LG Display respectfully requests that it likewise consider this brief rejoinder.

Respectfully submitted,

Richard D. Kirk (rk0922)
BAYARD
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899-5130 (19801 for couriers)
(302) 655-5000 (main)
(302) 429-4208 (direct)

7/9/2008

# CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on July 9, 2008, he served the foregoing documents by email and by hand upon the following counsel:

Philip A. Rovner
David E. Moore
POTTER ANDERSON & CORROON LLP
1313 North Market Street
Wilmington, DE 19899-0951

Karen L. Pascale
John W. Shaw
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391

The undersigned counsel further certifies that, on July 9, 2008, he served the foregoing documents by email and by U.S. Mail upon the following counsel:

Jonathan S. Kagan
Alexander Giza
IRELL & MANELLA LLP
1800 Avenue of the Stars
Suite 900
Los Angeles, CA 90067

Vincent K. Yip
Peter J. Wied
PAUL, HASTINGS, JANOFSKY & WALKER LLP
515 South Flower Street, 25th Floor
Los Angeles, CA 90071

Ron E. Shulman, Esquire
Julie Holloway, Esquire
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, California 94304-1050

M. Craig Tyler, Esquire
Brian D. Range, Esquire
WILSON SONSINI GOODRICH & ROSATI
8911 Capital of Texas Highway North
Westech 360, Suite 3350
Austin, Texas 78759-8497

/s/ Richard D. Kirk, (rk0922)
Richard D. Kirk

656846-1