IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG. DISPLAY CO., LTD., ET AL.<br><br>               Plaintiff,<br><br>v.<br><br>CHI MEI OPTOELECTRONICS CORPORATION, ET AL.<br><br>               Defendants. | Civil Action No. 06-726-JJF<br>Civil Action No. 07-357-JJF<br><br>CONSOLIDATED CASES |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on July 10, 2008, copies of (1) **LG DISPLAY CO. LTD.'S OBJECTIONS AND RESPONSES TO AU OPTRONICS CORPORATION'S THIRD SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS (209-213); AND (2) THIS NOTICE OF SERVICE** were served as shown:

**BY EMAIL AND BY HAND**

| | |
|---|---|
| Philip A. Rovner<br>David E. Moore<br>Potter Anderson & Corroon LLP<br>1313 North Market Street<br>Wilmington, DE 19899-0951 | Karen L. Pascale<br>John W. Shaw<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391 |

{00657945;v1}

**BY EMAIL AND BY U.S. MAIL**

| | |
|---|---|
| Jonathan S. Kagan | Vincent K. Yip |
| Alexander C.D. Giza | Peter J. Wied |
| Irell & Manella LLP | Jay C. Chiu |
| 1800 Avenue of the Stars | Paul, Hastings, Janofsky & Walker LLP |
| Suite 900 | 515 South Flower Street |
| Los Angeles, CA 90067 | Twenty-Fifth Floor |
| | Los Angeles, CA 90071 |
| Ron E. Shulman | M. Craig Tyler |
| Julie Holloway | Brian D. Range |
| Wilson Sonsini Goodrich & Rosati | Wilson Sonsini Goodrich & Rosati |
| 650 Page Mill Road | 8911 Capital of Texas Highway North |
| Palo Alto, California 94304-1050 | Westech 360, Suite 3350 |
| | Austin, Texas 78759-8497 |

July 10, 2008

BAYARD, P.A.

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk
Ashley B. Stitzer
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899-5130
rkirk@bayardfirm.com
(302) 655-5000

Counsel for Plaintiff
LG DISPLAY CO., LTD
LG DISPLAY AMERICA, INC.

OF COUNSEL:

Gaspare J. Bono
R. Tyler Goodwyn
Lora A. Brzezynski
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC 20006
202-496-7500