## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

LG DISPLAY CO., LTD.,  )
)
      Plaintiff,  )
)
      v.  )    Civil Action No. 06-726 (JJF)
)    Civil Action No. 07-357 (JJF)
CHI MEI OPTOELECTRONICS  )
CORPORATION, et al.,  )    CONSOLIDATED CASES
)
      Defendants.  )
)

### DEFENDANT CHI MEI OPTOELECTRONICS CORPORATION'S CONDITIONAL OPPOSITION TO PLAINTIFF LG DISPLAY'S MOTION FOR CONSOLIDATION

Chi Mei Optoelectronics Corporation ("CMO") filed a Motion for Consolidation and Extension of Discovery Limits on June 25, 2008, requesting consolidation of two cases, C.A. No. 06-726 (JJF) and C.A. No. 08-355 (JJF), and three modifications to the existing Scheduling Order: (1) completion of fact discovery by February 17, 2009; (2) each party to depose non-parties for a maximum of 60 hours; and (3) filing of any motions to amend pleadings on or before October 31, 2008 (D.I. 295; 296). Shortly thereafter, LG Display Co., Ltd. ("LGD") filed a separate motion for consolidation. As indicated in its motion, CMO agrees with LGD that consolidation is appropriate under the circumstances, but only with the three modifications to the Scheduling Order, which do not depart significantly from this Court's current Scheduling Order and will not alter the scheduled trial date.

To avoid redundant briefing of the same issue, CMO refers the Court to its Motion for Consolidation and Extension of Discovery Limits and related briefing (D.I. 295; 296). CMO respectfully requests that the Court consolidate the cases and grant CMO's request to extend the three discovery limits.

OF COUNSEL:

Jonathan S. Kagan
Alexander C. D. Giza
Irell & Manella LLP
1800 Avenue of the Stars
Los Angeles, CA 90067
(310) 277-1010

Dated:  July 14, 2008
874016

POTTER ANDERSON & CORROON LLP

By: _____

Philip A. Rovner (#3215)
Hercules Plaza
P. O. Box 951
Wilmington, DE  19899
(302) 984-6000
provner@potteranderson.com

*Attorneys for Defendant*
*Chi Mei Optoelectronics Corporation*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Philip A. Rovner, hereby certify that on July 14, 2008, the within document was

filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to

the following; that the document was served on the following counsel as indicated; and that the

document is available for viewing and downloading from CM/ECF.

**BY CM/ECF, HAND DELIVERY AND E-MAIL**

Richard E. Kirk, Esq.
Ashley Blake Stitzer, Esq.
The Bayard Firm
222 Delaware Avenue
Suite 900
P.O. Box 25130
Wilmington, DE  19899
rkirk@bayardfirm.com
astitzer@bayardfirm.com

**BY CM/ECF, HAND DELIVERY AND E-MAIL**

John W. Shaw, Esq.
Karen L. Pascale, Esq.
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801
jshaw@ycst.com
kpascale@ycst.com

I hereby certify that on July 14, 2008 I have sent by E-mail the foregoing

document to the following non-registered participants:

Gaspare J. Bono, Esq.
Matthew T. Bailey, Esq.
Lora A. Brzezynski, Esq.
Cass W. Christenson, Esq.
R. Tyler Goodwyn, IV, Esq.
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC 20006
gbono@mckennalong.com
mbailey@mckennalong.com
lbrzezynski@mckennalong.com
cchristenson@mckennalong.com
tgoodwyn@mckennalong.com

Vincent K. Yip, Esq.
Peter J. Wied, Esq.
Jay C. Chiu, Esq.
Katherine F. Murray, Esq.
Ms. Denise Esparza
Paul Hastings Janofsky & Walker LLP
515 South Flower Street
Los Angeles, CA  90071
vincentyip@paulhastings.com
peterwied@paulhastings.com
jaychiu@paulhastings.com
katherinemurray@paulhastings.com
deniseesparza@paulhastings.com

Ron E. Shulman, Esq.
Julie M. Holloway, Esq.
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304-1050
rshulman@wsgr.com
jholloway@wsgr.com

M. Craig Tyler, Esq.
Brian D. Range, Esq.
Wilson Sonsini Goodrich & Rosati
8911 Capital of Texas Highway North
Westech 360, Suite 3350
Austin, TX 78759
ctyler@wsgr.com
brange@wsgr.com

/s/ Philip A. Rovner
Philip A. Rovner  (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com

2