IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LG. DISPLAY CO., LTD., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 06-726 (JJF) |
| CHI MEI OPTOELECTRONICS CORPORATION; AU OPTRONICS CORPORATION, AU OPTRONICS CORPORATION OF AMERICA; TATUNG COMPANY; TATUNG COMPANY OF AMERICA, INC.; AND VIEWSONIC CORPORATION, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |
| AU OPTRONICS CORPORATION, | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 07-357 (JJF) |
| LG. DISPLAY CO., LTD and LG. DISPLAY AMERICA, INC., | ) ) ) | CONSOLIDATED CASES |
| Defendants. | ) ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on July 17, 2008, true and correct copies of the following document were served on the following counsel of record at the addresses and in the manner indicated:

DEFENDANT CHI MEI OPTOELECTRONICS CORPORATION'S RESPONSES AND
OBJECTIONS TO PLAINTIFF LG DISPLAY CO., LTD.'S SECOND SET OF
INTERROGATORIES

**BY E-MAIL**

Richard E. Kirk, Esq.
Ashley Blake Stitzer, Esq.
The Bayard Firm
222 Delaware Avenue
Suite 900
P.O. Box 25130
Wilmington, DE 19899
rkirk@bayardfirm.com
astitzer@bayardfirm.com

**BY E-MAIL**

Gaspare J. Bono, Esq.
Matthew T. Bailey, Esq.
Lora A. Brzezynski, Esq.
Cass W. Christenson, Esq.
R. Tyler Goodwyn, IV, Esq.
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC 20006
gbono@mckennalong.com
mbailey@mckennalong.com
lbrzezynski@mckennalong.com
cchristenson@mckennalong.com
tgoodwyn@mckennalong.com


Ron E. Shulman, Esq.
Julie M. Holloway, Esq.
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304-1050
rshulman@wsgr.com
jholloway@wsgr.com

**BY E-MAIL**

John W. Shaw, Esq.
Karen L. Pascale, Esq.
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
jshaw@ycst.com
kpascale@ycst.com

**BY E-MAIL**

Vincent K. Yip, Esq.
Peter J. Wied, Esq.
Jay C. Chiu, Esq.
Katherine F. Murray, Esq.
Denise Esparza
Paul Hastings Janofsky & Walker LLP
515 South Flower Street
Los Angeles, CA 90071
vincentyip@paulhastings.com
peterwied@paulhastings.com
jaychiu@paulhastings.com
katherinemurray@paulhastings.com
deniseesparza@paulhastings.com


M. Craig Tyler, Esq.
Brian D. Range, Esq.
Wilson Sonsini Goodrich & Rosati
8911 Capital of Texas Highway North
Westech 360, Suite 3350
Austin, TX 78759
ctyler@wsgr.com
brange@wsgr.com

| | |
|---|---|
| OF COUNSEL:<br><br>Jonathan S. Kagan<br>Alexander C. D. Giza<br>Irell & Manella LLP<br>1800 Avenue of the Stars<br>Los Angeles, CA 90067<br>(310) 277-1010<br><br>Dated: July 17, 2008<br>874770 | POTTER ANDERSON & CORROON LLP<br><br>By: /s/ Philip A. Rovner<br>    Philip A. Rovner (#3215)<br>    Hercules Plaza<br>    P. O. Box 951<br>    Wilmington, DE 19899<br>    (302) 984-6000<br>    provner@potteranderson.com<br><br>*Attorneys for Defendant*<br>*Chi Mei Optoelectronics Corporation* |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Philip A. Rovner, hereby certify that on July 17, 2008, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

| **BY CM/ECF, HAND DELIVERY AND E-MAIL** | **BY CM/ECF, HAND DELIVERY AND E-MAIL** |
|---|---|
| Richard E. Kirk, Esq.<br>Ashley Blake Stitzer, Esq.<br>The Bayard Firm<br>222 Delaware Avenue<br>Suite 900<br>P.O. Box 25130<br>Wilmington, DE  19899<br>rkirk@bayardfirm.com<br>astitzer@bayardfirm.com | John W. Shaw, Esq.<br>Karen L. Pascale, Esq.<br>Young Conaway Stargatt & Taylor LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE  19801<br>jshaw@ycst.com<br>kpascale@ycst.com |

I hereby certify that on July 17, 2008 I have sent by E-mail the foregoing document to the following non-registered participants:

| | |
|---|---|
| Gaspare J. Bono, Esq.<br>Matthew T. Bailey, Esq.<br>Lora A. Brzezynski, Esq.<br>Cass W. Christenson, Esq.<br>R. Tyler Goodwyn, IV, Esq.<br>McKenna Long & Aldridge LLP<br>1900 K Street, NW<br>Washington, DC 20006<br>gbono@mckennalong.com<br>mbailey@mckennalong.com<br>lbrzezynski@mckennalong.com<br>cchristenson@mckennalong.com<br>tgoodwyn@mckennalong.com | Vincent K. Yip, Esq.<br>Peter J. Wied, Esq.<br>Jay C. Chiu, Esq.<br>Katherine F. Murray, Esq.<br>Ms. Denise Esparza<br>Paul Hastings Janofsky & Walker LLP<br>515 South Flower Street<br>Los Angeles, CA  90071<br>vincentyip@paulhastings.com<br>peterwied@paulhastings.com<br>jaychiu@paulhastings.com<br>katherinemurray@paulhastings.com<br>deniseesparza@paulhastings.com |

| | |
|---|---|
| Ron E. Shulman, Esq.<br>Julie M. Holloway, Esq.<br>Wilson Sonsini Goodrich & Rosati<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>rshulman@wsgr.com<br>jholloway@wsgr.com | M. Craig Tyler, Esq.<br>Brian D. Range, Esq.<br>Wilson Sonsini Goodrich & Rosati<br>8911 Capital of Texas Highway North<br>Westech 360, Suite 3350<br>Austin, TX 78759<br>ctyler@wsgr.com<br>brange@wsgr.com |

/s/ Philip A. Rovner
Philip A. Rovner  (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com