IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG DISPLAY CO., LTD., | ) |
| Plaintiff, | ) Civil Action No. 06-726 (JJF) |
| v. | ) Civil Action No. 07-357 (JJF) |
| CHI MEI OPTOELECTRONICS CORPORATION, et al. | ) CONSOLIDATED CASES |
| Defendants. | ) |

**DECLARATION OF RUNG-NAN LU IN SUPPORT OF DEFENDANT CHI MEI OPTOELECTRONICS CORPORATION'S OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE A SECOND AMENDED ANSWER**

OF COUNSEL:

Jonathan S. Kagan
Alexander C.D. Giza
Adam Hoffman
Irell & Manella LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
(310) 277-1010

Dated: July 18, 2008

Philip A. Rovner (#3215)
POTTER, ANDERSON & CORROON LLP
Hercules Plaza
1313 N. Market St.
P.O. Box 951
Wilmington, Delaware 19899-0951
(302) 984-6000
provner@potteranderson.com

*Attorneys for Defendant*
*Chi Mei Optoelectronics Corporation*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LG DISPLAY CO., LTD., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 06-726 (JJF) |
| | ) | Civil Action No. 07-357 (JJF) |
| v. | ) | |
| | ) | CONSOLIDATED CASES |
| CHI MEI OPTOELECTRONICS | ) | |
| CORPORATION, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

**DECLARATION OF RUNG-NAN LU IN SUPPORT OF DEFENDANT CHI MEI
OPTOELECTRONICS CORPORATION'S OPPOSITION TO PLAINTIFF'S
MOTION FOR LEAVE TO FILE A SECOND AMENDED ANSWER**

I, Rung-Nan Lu, declare as follows:

1. I make this Declaration in support of Chi Mei Optoelectronics Corporation's Opposition to Plaintiff LG Display's Motion for Leave to File a Second Amended Answer. The statements made in this Declaration are based on my own personal knowledge, and if called as a witness, I could and would testify competently to thereto.

2. I am the Manager of the Array/Cell Design Department of the Product & Material Engineering Division at Chi Mei Optoelectronics Corporation ("Chi Mei"). I have over 9 years of experience in the design, manufacturing, and analysis of liquid crystal display ("LCD") devices, including the electronic circuitry used in such devices. As part of my regular responsibilities, I supervise and instruct others in the design,

manufacturing, and analysis of LCD devices. I am also familiar with the tools used to analyze LCD circuitry at the microscopic level.

3. I am informed that the general subject matter and the claims of United States Patent No. 6,664,569 (the '569 patent), particularly claim 25 and its dependent claims, relate to an array substrate for use in a thin-film-transistor liquid crystal display device. For example, I am informed that claim 25 of the '569 patent involves a specific arrangement of features in an LCD array substrate, including a gate line, a gate electrode, an insulating layer, a semiconductor layer, a data line, a drain electrode, and a source electrode.

4. The above-described features listed in claim 25 of the '569 patent and their specific configuration and arrangement would be readily observable using an optical microscope. In my experience, it is a matter of routine practice to be able to view and measure these features of an LCD device using such a microscope. In fact, entry-level engineers with only six months of work experience with thin-film-transistors are able to conduct this analysis in a few minutes.

5. Although the above-described features listed in claim 25 are readily observable using an optical microscope, additional detailed information about the LCD array substrate can also be obtained by using a more sophisticated lab instrument that I would expect LG Display Co., Ltd. ("LGD") to have as part of its day to day operations. This instrument is known as a scanning electron microscope ("SEM") and is an electron-beam-based microscope that uses electrons to produce high-resolution three dimensional images of specimens. Large manufacturers of LCD devices, such as LGD, normally have access to an SEM to analyze their own products for research purposes or quality analysis.

In any event, LGD could have, but need not have, used an SEM to confirm the presence or absence of the above-described features listed in claim 25, including the specific configuration and arrangement of these features. An optical microscope would have been sufficient.

Executed on July 18, 2008, in Tainan, Taiwan.

I declare under penalty of perjury under the laws of the United States of America and the State of Delaware that the foregoing is true and correct.

*Rung-Nan Lu*
Rung-Nan Lu

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Philip A. Rovner, hereby certify that on July 18, 2008, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

**BY CM/ECF, HAND DELIVERY AND E-MAIL**

Richard E. Kirk, Esq.
Ashley Blake Stitzer, Esq.
The Bayard Firm
222 Delaware Avenue
Suite 900
P.O. Box 25130
Wilmington, DE 19899
rkirk@bayardfirm.com
astitzer@bayardfirm.com

**BY CM/ECF, HAND DELIVERY AND E-MAIL**

John W. Shaw, Esq.
Karen L. Pascale, Esq.
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
jshaw@ycst.com
kpascale@ycst.com

I hereby certify that on July 18, 2008 I have sent by E-mail the foregoing document to the following non-registered participants:

Gaspare J. Bono, Esq.
Matthew T. Bailey, Esq.
Lora A. Brzezynski, Esq.
Cass W. Christenson, Esq.
R. Tyler Goodwyn, IV, Esq.
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC 20006
gbono@mckennalong.com
mbailey@mckennalong.com
lbrzezynski@mckennalong.com
cchristenson@mckennalong.com
tgoodwyn@mckennalong.com

Vincent K. Yip, Esq.
Peter J. Wied, Esq.
Jay C. Chiu, Esq.
Katherine F. Murray, Esq.
Ms. Denise Esparza
Paul Hastings Janofsky & Walker LLP
515 South Flower Street
Los Angeles, CA 90071
vincentyip@paulhastings.com
peterwied@paulhastings.com
jaychiu@paulhastings.com
katherinemurray@paulhastings.com
deniseesparza@paulhastings.com

| | |
|---|---|
| Ron E. Shulman, Esq.<br>Julie M. Holloway, Esq.<br>Wilson Sonsini Goodrich & Rosati<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>rshulman@wsgr.com<br>jholloway@wsgr.com | M. Craig Tyler, Esq.<br>Brian D. Range, Esq.<br>Wilson Sonsini Goodrich & Rosati<br>8911 Capital of Texas Highway North<br>Westech 360, Suite 3350<br>Austin, TX 78759<br>ctyler@wsgr.com<br>brange@wsgr.com |

/s/ *Philip A. Rovner*
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com

2