IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG PHILIPS LCD Co., LTD., : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 06-726-JJF |
| : | Civil Action No. 07-357-JJF |
| CHI MEI OPTOELECTRONICS : | |
| CORPORATION, et al., : | CONSOLIDATED |
| : | |
| Defendants. : | |

### O R D E R

WHEREAS, by e-mail dated July 24, 2008 from Plaintiff, the Court was advised that Defendant Chi Mei Optoelectronics Corporation does not consider itself bound by the terms of the oral order since it was not technically a party to the exchanges between LG Display Company Ltd., AU Optronics Corporation and the Court;

WHEREAS, the Court's July 7, 2008 Oral Order specifically states: "The parties shall follow the the [sic] procedure stated in the second paragraph of Mr. Kirk's June 27, 2008 at 5:51 p.m. e-mail to the Court;"

NOW THEREFORE, IT IS HEREBY ORDERED that any party who believes it is not subject to the July 7, 2008 Oral Order shall file a letter setting forth the detail of its understanding no later than **July 30, 2008 by 9:00 a.m. ET**.

July 29, 2008                                       *Joseph J. Farnan Jr.*
DATE                                                UNITED STATES DISTRICT JUDGE