UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| LG DISPLAY CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> AU OPTRONICS CORPORATION; AU OPTRONICS CORPORATION AMERICA; CHI MEI OPTOELECTRONICS CORPORATION, and CHI MEI OPTOELECTRONICS USA, INC., <br><br> Defendants. | Civil Action No. 06-726 (JJF) |
| AU OPTRONICS CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> LG DISPLAY CO., LTD. and LG DISPLAY AMERICA, INC., <br><br> Defendants. | Civil Action No. 07-357 (JJF) <br><br> **CONSOLIDATED CASES** |

## JOINT STIPULATION AND ORDER

IT IS HEREBY STIPULATED by LG Display Co., Ltd., and LG Display America, Inc. ("LG"), AU Optronics Corporation and AU Optronics Corporation America ("AUO"), and Chi Mei Optoelectronics Corporation and Chi Mei Optoelectronics Corporation USA, Inc. ("CMO"), subject to the Court's approval, that the filing date for opening claim construction briefs shall be moved from August 8, 2008 to August 11, 2008.

-2-

YOUNG CONAWAY STARGATT & TAYLOR LLP

/s/ Karen L. Pascale
_____
Karen L. Pascale (# 2903)
Richard H. Morse (# 531)
John W. Shaw (# 3362)
Karen E. Keller (# 4489)
The Brandywine Bldg., 17th Fl.
1000 West Street
Wilmington, DE 19801
(302) 571-6600
kpascale@ycst.com
*Attorneys for AU Optronics Corporation and*
*AU Optronics Corporation America*

OF COUNSEL:

PAUL HASTINGS JANOFSKY & WALKER LLP
Vincent K. Yip
Terry D. Garnett
Peter J. Wied
Jay C. Chiu
Katherine F. Murray
Denise Asparza
515 S. Flower St., 25th Fl.
Los Angeles, CA 90071
(213) 683-6000

WILSON SONSINI GOODRICH & ROSATI
Ron E. Shulman
Julie M. Holloway
650 Page Mill Rd.
Palo Alto, CA 94304
(650) 493-9300

M. Craig Tyler
Brian D. Range
8911 Capital of Texas Highway North
Westech 360, Suite 3350
Austin, TX 78759
(512) 338-5400

BAYARD, P.A.

/s/ Richard D. Kirk
_____
Richard D. Kirk (# 0922)
222 Delaware Avenue, Suite 900
Wilmington, DE 19899
(302) 655-5000
rkirk@bayardfirm.com
*Attorneys for LG Display Co., Ltd. and*
*LG Display America, Inc.*

OF COUNSEL:

MCKENNA LONG & ALDRIDGE LLP
Gaspare Bono
Matthew T. Bailey
R. Tyler Goodwyn, IV
Lora A. Brzezynski
Cass W. Christenson
1900 K St., NW
Washington, DC 20006
(202) 496-7500


POTTER ANDERSON & CORROON LLP

/s/ Philip A. Rovner
_____
Philip A. Rovner (# 3215)
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com
*Attorneys for Chi Mei Optoelectronics USA, Inc.*

OF COUNSEL:

IRELL & MANELLA LLP
Jonathan S. Kagan
Alexander C.D. Giza
1800 Avenue of the Stars
Los Angeles, CA 90067
(310) 277-1010


                SO ORDERED this _____ day of _____, 2008

                _____
                Judge Joseph J. Farnan, Jr.