# BAYARD

222 Delaware Avenue • Suite 900
P.O. Box 25130 • Wilmington, DE • 19899
Zip Code For Deliveries 19801

(302) 429-4208
rkirk@bayardlaw.com

ELECTRONICALLY FILED
ORIGINAL BY HAND

July 30, 2008

The Honorable Joseph J. Farnan, Jr.
J. Caleb Boggs Federal Building
844 N. King Street, Room 4124
Wilmington, DE  19801

    Re:    *LG.Philips LCD Co., Ltd. v. Chi Mei Optoelectronics et al*,
           Case Nos. 06-726-JJF and 07-357-JJF

Dear Judge Farnan:

    I write on behalf of plaintiff LG Display Co., Ltd. ("LGD") in response to Mr. Rovner's letter to the Court of this morning (D.I. 364).

    Because it may not be apparent from the numerous e-mails and letters, the precise issue here is whether CMO should implement the following additional safeguards (i.e., in addition to the safeguards already in both versions of the proposed protective orders) with respect to LGD's highly confidential product design files, as LGD has already implemented with respect to CMO's product design files:

(i)    maintaining the non-networked computers on which these files may be viewed in a locked office or conference room in outside counsel's offices;
(ii)    maintaining the files in a locked drawer inside the locked conference room;
(iii)    limiting access to the locked room only to those attorneys and others who are permitted to review highly confidential files;
(iv)    providing in advance a list of all attorneys and experts who will review those files; and
(v)    returning the files at the end of the case.





The Honorable Joseph J. Farnan, Jr.
July 30, 2008
Page Two

    Because the same types of files are being exchanged by LGD, AUO and CMO, and because LGD, AUO, and CMO are all direct competitors, LGD believes that all parties should abide by the Court's July 7 order.

Respectfully submitted,

Richard D. Kirk (rk0922)

cc: Counsel as shown on the attached certificate

{BAY:01090552v1}

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on July 30, 2008, he served the foregoing documents by email and by hand upon the following counsel:

Philip A. Rovner
David E. Moore
POTTER ANDERSON & CORROON LLP
1313 North Market Street
Wilmington, DE 19899-0951

Karen L. Pascale
John W. Shaw
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391

The undersigned counsel further certifies that, on July 30, 2008, he served the foregoing documents by email and by U.S. Mail upon the following counsel:

Jonathan S. Kagan
Alexander Giza
IRELL & MANELLA LLP
1800 Avenue of the Stars
Suite 900
Los Angeles, CA 90067

Vincent K. Yip
Peter J. Wied
PAUL, HASTINGS, JANOFSKY & WALKER LLP
515 South Flower Street, 25th Floor
Los Angeles, CA 90071

Ron E. Shulman, Esquire
Julie Holloway, Esquire
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, California 94304-1050

M. Craig Tyler, Esquire
Brian D. Range, Esquire
WILSON SONSINI GOODRICH & ROSATI
8911 Capital of Texas Highway North
Westech 360, Suite 3350
Austin, Texas 78759-8497

/s/ Richard D. Kirk, (rk0922)
Richard D. Kirk

656846-1