IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD.,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>CHI MEI OPTOELECTRONICS<br>CORPORATION, et al.<br><br>　　　　　　　　　Defendants. | Civil Action No. 06-726 (JJF)<br>Civil Action No. 07-357 (JJF)<br><br>**CONSOLIDATED CASES** |

**STIPULATION AND ORDER CONCERNING THE CONFIDENTIALITY OF**
**DOCUMENTS PRODUCED BY THIRD PARTIES**

THE PARTIES HERETO STIPULATE AND AGREE, subject to the approval of the

Court, that defendant Chi Mei Optoelectronics Corporation hereby joins and submits to the June

24, 2008 Stipulation and Order Concerning the Confidentiality of Documents Produced By Third

Parties [D.I. 294], a copy of which is attached hereto as Exhibit A.

　　　　　　　　　　　　　　　　　　　　POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Jonathan Kagan　　　　　　　　　　　　/s/ Philip A. Rovner
Alexandar C.D. Giza　　　　　　　　　Philip A. Rovner (#3215)
Adam Hoffman　　　　　　　　　　　　Hercules Plaza
Irell & Manella LLP　　　　　　　　　　P.O. Box 951
1800 Avenue of the Stars, Suite 900　　Wilmington, DE 19899
Los Angeles, CA 90067　　　　　　　　(302) 984-6000
(310) 203-7092　　　　　　　　　　　　provner@potteranderson.com

　　　　　　　　　　　　　　　　　　　　*Attorneys for Chi Mei Optoelectronics Corporation*
　　　　　　　　　　　　　　　　　　　　*and Chi Mei Optoelectronics USA, Inc.*

|  |  |
|---|---|
| | BAYARD, P.A. |
| OF COUNSEL: | |
| Gaspare J. Bono | /s/ Richard D. Kirk |
| R. Tyler Goodwyn, IV | Richard D. Kirk (#0922) |
| Lora A. Brzezynski | Ashley B. Stitzer |
| Cass W. Christenson | 222 Delaware Avenue, 9th Floor |
| McKenna Long & Aldridge LLP | P.O. Box 25130 |
| 1900 K Street, N.W. | Wilmington, DE 19899-5130 |
| Washington, D.C. 20006 | (302) 655-5000 |
| (202) 496-7500 | rkirk@bayardfirm.com |
| | *Attorneys for LG Display Co., Ltd. and LG Display America, Inc.* |
| | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| OF COUNSEL: | |
| Vincent K. Yip | /s/ Karen L. Pascale |
| Peter J. Wied | Karen L. Pascale (#2903) |
| Terry Garnett | John W. Shaw |
| Katherine Murray | The Brandywine Building |
| Paul Hastings, Janofsky & Walker LLP | 1000 West Street, 17th Floor |
| 515 South Flower Street, 25th Floor | P.O. Box 391 |
| Los Angeles, CA 90071 | Wilmington, DE 19899-0391 |
| (213) 683-6000 | (301) 571-6600 |
| | kpascale@ycst.com |
| M. Craig Tyler | |
| Brian D. Range | *Attorneys for AU Optronics Corporation and AU Optronics Corporation America* |
| Wilson Sonsini Goodrich & Rosati | |
| 8911 Capital of Texas Highway North | |
| Westech 360, Suite 3350 | |
| Austin, TX 78759-8497 | |
| (512) 338-5400 | |
| | |
| Ron E. Shulman | |
| Julie Holloway | |
| Wilson Sonsini Goodrich & Rosati | |
| 650 Page Mill Road | |
| Palo Alto, CA 94304-1050 | |

-3-

SO ORDERED this ____ day of July, 2008.

_____
United States District Judge

# EXHIBIT A

Dbt f !2;17.dw.11837.KKG!!!!!Epdvn f ou3: 5!!!!!Gjrfie!17&#03;5&#03;119!!!!!Qbhf !2!pg4

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG DISPLAY CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> CHI MEI OPTOELECTRONICS CORPORATION, et al. <br><br> Defendants. | Civil Action No. 06-726 (JJF) <br> Civil Action No. 07-357 (JJF) <br><br> CONSOLIDATED CASES |

**STIPULATION AND ORDER CONCERNING THE CONFIDENTIALITY OF
DOCUMENTS PRODUCED BY THIRD PARTIES**

WHEREAS LG Display Co., Ltd. and LG Display America, Inc. (collectively "LG Display") and AU Optronics Corporation and AU Optronics Corporation America (collectively "AUO") intend to protect their rights and interests with respect to confidential information and documents that may be produced by third parties in response to any subpoena or letter of request issued by or on behalf of AUO and LG Display.

WHEREAS third parties may produce confidential information concerning AUO and LG Display, including product, financial, and business information, without designating that information as confidential; and

WHEREAS Delaware Local Rule 26.2 provides for protection of confidential information pending entry of a protective order;

THE PARTIES HERETO STIPULATE AND AGREE, subject to the approval of the Court, that:

1. All documents produced by third parties in this case concerning AUO and LG Display, including in response to any subpoena or letter of request, shall be deemed and treated as confidential and disclosed to "outside counsel only," as provided in Del. L.R. 26.2, for a

period of thirty (30) days after the date that the documents are received by counsel for AUO and LG Display.

2. During the thirty (30) day period referenced in paragraph one, AUO and LG Display may designate any document that includes confidential information as protected under Del. L.R. 26.2 and/or any protective order entered in this case.

3. AUO and LG Display will treat all documents designated as confidential by any producing third party as protected by Del. L.R. 26.2 and/or any protective order, without the need for any further designation by AUO and LG Display.

4. Any documents designated as confidential by any third party, by AUO, or by LG Display, shall be protected and not disclosed to any person except as authorized by Del. L.R. 26.2 or any protective order for the duration of this case and thereafter, and shall be subject to all terms of any protective order that applies to the confidentiality of discovery in this case, including any provisions concerning patent prosecution.

5. This stipulation and order applies to documents produced by third parties before or after the execution and entry of this stipulation and order.

6. This stipulation is solely for purposes of protecting confidential information produced by third parties and AUO and LG Display reserve any other rights or objections concerning any subpoena or letter of request issued in this case, and further reserve all objections concerning admissibility or relevance of any information produced by third parties.

Dbt f !2;17.dw11837.KKG!!!!!Epdvn f ou3: 5!!!!!Gjrhe!1705083119!!!!!Qbhf !4!pg4

June 20, 2008

OF COUNSEL:

Gaspare J. Bono
R. Tyler Goodwyn, IV
Lora A. Brzezynski
Cass W. Christenson
McKenna Long & Aldridge LLP
1900 K Street, N.W.
Washington, D.C. 20006
(202) 496-7500

BAYARD, P.A.

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk
Ashley B. Stitzer
222 Delaware Avenue, 9th Floor
P.O. Box 25130
Wilmington, DE 19899-5130
(302) 655-5000
rkirk@bayardfirm.com

*Attorneys for LG Display Co., Ltd. and LG Display America, Inc.*


OF COUNSEL:

Vincent K. Yip
Peter J. Wied
Terry Garnett
Katherine Murray
Paul Hastings, Janofsky & Walker LLP
515 South Flower Street, 25th Floor
Los Angeles, CA 90071
(213) 683-6000

M. Craig Tyler
Brian D. Range
Wilson Sonsini Goodrich & Rosati
8911 Capital of Texas Highway North
Westech 360, Suite 3350
Austin, TX 78759-8497
(512) 338-5400

Ron E. Shulman
Julie M. Holloway
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304-1050

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Karen L. Pascale (kp2903)
Karen L. Pascale
John W. Shaw
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(301) 571-6600
kpascale@ycst.com

*Attorneys for AU Optronics Corporation and AU Optronics Corporation America*

SO ORDERED this ___ day of June, 2008.

_____
United States District Judge