UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| LG DISPLAY CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> AU OPTRONICS CORPORATION; AU OPTRONICS CORPORATION AMERICA; CHI MEI OPTOELECTRONICS CORPORATION, and CHI MEI OPTOELECTRONICS USA, INC., <br><br> Defendants. | Civil Action No. 06-726 (JJF) |
| AU OPTRONICS CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> LG DISPLAY CO., LTD. and LG DISPLAY AMERICA, INC., <br><br> Defendants. | Civil Action No. 07-357 (JJF) <br><br> **CONSOLIDATED CASES** |

**STIPULATION AND ORDER
BETWEEN LG DISPLAY AND AU OPTRONICS
REGARDING PAGE LIMITS FOR BRIEFING**

IT IS HEREBY STIPULATED, by and between LG Display Co., Ltd., and LG Display America, Inc. ("LG") and AU Optronics Corporation and AU Optronics Corporation America ("AUO"), subject to the approval of the Court, given the number of patents and claim terms to be construed and the amount of related evidence, that the page limits for the opening claim construction briefs shall be 60 pages for AUO, to address AUO's own patents and LG's patents, and 90 pages for LG to address its own patents, AUO's patents, and CMO's patents.

LG and AUO further agree, subject to the approval of the Court, that the page limits for CMO's opening claim construction brief may be increased to 60 pages if CMO agrees to join in this stipulation after it is filed.

July 30, 2008

OF COUNSEL:

Gaspare J. Bono
R. Tyler Goodwyn, IV
Lora A. Brzezynski
Cass W. Christenson
McKenna Long & Aldridge LLP
1900 K Street, N.W.
Washington, D.C. 20006
(202) 496-7500

OF COUNSEL:

Vincent K. Yip
Peter J. Wied
Terry Garnett
Katherine Murray
Paul Hastings, Janofsky & Walker LLP
515 South Flower Street, 25th Floor
Los Angeles, CA 90071
(213) 683-6000

M. Craig Tyler
Brian D. Range
Wilson Sonsini Goodrich & Rosati
8911 Capital of Texas Highway North
Westech 360, Suite 3350
Austin, TX 78759-8497
(512) 338-5400

Ron E. Schulman
Julie M. Holloway, Esquire
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304-1050
(650) 493-9300

BAYARD, P.A.

/s/ Richard D. Kirk
Richard D. Kirk
222 Delaware Avenue, 9th Floor
Wilmington, DE 19899-5130
(302) 655-5000
rkirk@bayardfirm.com
*Attorneys for LG Display Co., Ltd. and LG Display America, Inc.*

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Karen L. Pascale
Karen L. Pascale
John W. Shaw
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(301) 571-6600
kpascale@ycst.com

*Attorneys for AU Optronics Corporation and AU Optronics Corporation America*

SO ORDERED this _____ day of _____, 2008

_____
Judge Joseph J. Farnan, Jr.

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on July 30, 2008, he served the foregoing documents by email and by hand upon the following counsel:

| | |
|---|---|
| Philip A. Rovner<br>David E. Moore<br>POTTER ANDERSON & CORROON LLP<br>1313 North Market Street<br>Wilmington, DE 19899-0951 | Karen L. Pascale<br>John W. Shaw<br>YOUNG CONAWAY STARGATT &<br>TAYLOR, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19899-0391 |

The undersigned counsel further certifies that, on July 30, 2008, he served the foregoing documents by email and by U.S. Mail upon the following counsel:

| | |
|---|---|
| Jonathan S. Kagan<br>Alexander Giza<br>IRELL & MANELLA LLP<br>1800 Avenue of the Stars<br>Suite 900<br>Los Angeles, CA 90067 | Vincent K. Yip<br>Peter J. Wied<br>PAUL, HASTINGS, JANOFSKY &<br>WALKER LLP<br>515 South Flower Street, 25th Floor<br>Los Angeles, CA 90071 |
| Ron E. Shulman, Esquire<br>Julie Holloway, Esquire<br>WILSON SONSINI GOODRICH & ROSATI<br>650 Page Mill Road<br>Palo Alto, California 94304-1050 | M. Craig Tyler, Esquire<br>Brian D. Range, Esquire<br>WILSON SONSINI GOODRICH & ROSATI<br>8911 Capital of Texas Highway North<br>Westech 360, Suite 3350<br>Austin, Texas 78759-8497 |

/s/ Richard D. Kirk, (rk0922)
Richard D. Kirk

656846-1