IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG DISPLAY CO., LTD.,<br><br>               Plaintiff,<br><br>v.<br><br>CHI MEI OPTOELECTRONICS<br>CORPORATION, et al.,<br><br>               Defendants. | Civil Action No. 06-726-JJF<br>Civil Action No. 07-357-JJF<br><br>**CONSOLIDATED CASES** |

## NOTICE OF WITHDRAWAL OF *PRO HAC VICE* COUNSEL

Pursuant to Local Rule 83.7, AU OPTRONICS CORPORATION and AU OPTRONICS CORPORATION AMERICA (collectively, "AUO") hereby notify the Court that the following attorney, previously admitted *pro hac vice*, is withdrawing as counsel for AUO in these consolidated actions:

    Joseph M. Warren
    PAUL HASTINGS JANOFSKY & WALKER LLP
    3579 Valley Centre Drive
    San Diego, CA 92130
    Telephone: 858-720-2500
    E-mail: joewarren@paulhastings.com

The undersigned Delaware counsel, as well as all other *pro hac vice* counsel, remain counsel of record for AUO in this action.

                                     YOUNG CONAWAY STARGATT & TAYLOR LLP

                                     */s/ Karen L. Pascale*

August 4, 2008

                                     Richard H. Morse (#531) [rmorse@ycst.com]
                                     John W. Shaw (#3362) [jshaw@ycst.com]
                                     Karen L. Pascale (#2903) [kpascale@ycst.com]
                                     The Brandywine Building
                                     1000 West St., 17th Floor
                                     P.O. Box 391
                                     Wilmington, Delaware 19899-0391
                                     Telephone: (302) 571-6600

                                     *Attorneys for AU Optronics Corporation and*
                                     *AU Optronics Corporation America*

OF COUNSEL:

**PAUL HASTINGS JANOFSKY & WALKER LLP**
Vincent K. Yip
Terry D. Garnett
Peter J. Wied
Jay C. Chiu
Katherine F. Murray
515 South Flower Street, 25th Floor
Los Angeles, CA 90071
Telephone: (213) 683-6000

S. Christian Platt
**PAUL HASTINGS JANOFSKY & WALKER LLP**
3579 Valley Centre Drive
San Diego, CA 92130
Telephone: 858-720-2500

- and -

**WILSON SONSINI GOODRICH & ROSATI, P.C.**
Ron E. Shulman
Julie M. Holloway
650 Page Mill Road
Palo Alto, California 94304-1050
Telephone: (650) 493-9300

M. Craig Tyler
Brian D. Range
Jeffrey M. Whiting
8911 Capital of Texas Highway North
Westech 360, Suite 3350
Austin, Texas 78759-8497
Telephone: (512) 338-5400

## CERTIFICATE OF SERVICE

I, Karen L. Pascale, Esquire, hereby certify that on August 4, 2008, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Richard D. Kirk [rkirk@bayardfirm.com]
>Ashley B. Stitzer [astitzer@bayardfirm.com]
>BAYARD, P.A.
>222 Delaware Avenue, Suite 900
>P.O. Box. 25130
>Wilmington, DE 19899-5130
>(302) 655-5000
>>*Attorneys for LG Display Co., Ltd. and LG Display America, Inc.*

>Philip A. Rovner [provner@potteranderson.com]
>David E. Moore [dmoore@potteranderson.com]
>POTTER, ANDERSON & CORROON
>6th Floor, Hercules Plaza
>1313 N. Market Street
>Wilmington, DE 19801
>>*Attorneys for Chi Mei Optoelectronics Corporation and*
>>*Chi Mei Optoelectronics USA, Inc.*

I further certify that I caused a copy of the foregoing document to be served by e-mail on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

>***By E-mail***

>Gaspare J. Bono [gbono@mckennalong.com]
>Matthew T. Bailey [mbailey@mckennalong.com]
>R. Tyler Goodwyn, IV [tgoodwyn@mckennalong.com]
>Lora A. Brzezynski [lbrzezynski@mckennalong.com]
>Cass W. Christenson [cchristenson@mckennalong.com]
>MCKENNA LONG & ALDRIDGE LLP
>1900 K Street, NW
>Washington, DC 20006
>(202) 496-7500
>>*Attorneys for LG Display Co., Ltd. and LG Display America, Inc.*

>Jonathan S. Kagan [jkagan@irell.com]
>Alexander C.D. Giza [agiza@irell.com]
>IRELL & MANELLA LLP
>1800 Avenue of the Stars
>Suite 900
>Los Angeles, CA 90067
>(310) 277-1010
>>*Attorneys for Chi Mei Optoelectronics Corporation and*
>>*Chi Mei Optoelectronics USA, Inc.*

2

August 4, 2008

YOUNG CONAWAY STARGATT & TAYLOR LLP

*/s/ Karen L. Pascale*
_____
Richard H. Morse (#531) *[rmorse@ycst.com]*
John W. Shaw (#3362) *[jshaw@ycst.com]*
Karen L. Pascale (#2903) *[kpascale@ycst.com]*
The Brandywine Building
1000 West St., 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Phone: 302-571-6600

*Attorneys for AU Optronics Corporation and AU Optronics Corporation America*

2