IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG DISPLAY CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> CHI MEI OPTOELECTRONICS CORPORATION, et al. <br><br> Defendants. | Civil Action No. 06-726 (JJF) <br> Civil Action No. 07-357 (JJF) <br><br> CONSOLIDATED CASES |

**DECLARATION OF MACLAIN WELLS IN SUPPORT OF DEFENDANT CHI MEI OPTOELECTRONICS CORPORATION'S MOTION TO LIMIT THE NUMBER OF PATENTS-IN-SUIT AND STAY THE REMAINDER**

OF COUNSEL:

Jonathan S. Kagan
Alexander C.D. Giza
Adam Hoffman
Irell & Manella LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
(310) 277-1010

Dated: August 5, 2008

Philip A. Rovner (#3215)
POTTER, ANDERSON & CORROON LLP
Hercules Plaza
P.O. Box 951
Wilmington, Delaware 19899-0951
(302) 984-6000
provner@potteranderson.com

*Attorneys for Defendant*
*Chi Mei Optoelectronics Corporation*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG DISPLAY CO., LTD., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CHI MEI OPTOELECTRONICS ) <br> CORPORATION, et al. ) <br> ) <br> Defendants. ) <br> ) <br> ) | Civil Action No. 06-726 (JJF) <br> Civil Action No. 07-357 (JJF) <br><br> CONSOLIDATED CASES |

**DECLARATION OF MACLAIN WELLS IN SUPPORT OF DEFENDANT CHI MEI
OPTOELECTRONICS CORPORATION'S MOTION TO
<u>LIMIT THE NUMBER OF PATENTS-IN-SUIT AND STAY THE REMAINDER</u>**

I, Maclain Wells, declare as follows:

1. I make this Declaration in support of Chi Mei Optoelectronics Corporation's Motion to Limit the Number of Patents-in-Suit and Stay the Remainder. The statements made in this Declaration are based on my own personal knowledge, and if called as a witness, I could and would testify competently to thereto.

2. I am an attorney at Irell & Manella LLP and am one of the attorneys representing Chi Mei Optoelectronics Corporation ("CMO") in this matter.

3. The parties have been engaged in negotiations to limit the number of terms for construction at least since they exchanged terms believed to require construction on June 24, 2008. The parties have also discussed focusing claim construction proceedings on a reduced number of patents by staying some of the patents-in-suit. For example, during a July 28, 2008 phone call, counsel for LG Display Co., Ltd. proposed reducing the number of patents for claim

- 2 -

construction proceedings by three patents per party. The parties were never able to reach agreement, however, and the negotiations ended that same day when counsel for AU Optoelectronics sent an e-mail indicating its position that "it is too early in the case" to limit the number of patents.

Executed on August 5, 2008, in Los Angeles, California.

I declare under penalty of perjury under the laws of the United States of America and the State of Delaware that the foregoing is true and correct.

                                        /s/ Maclain Wells
                                           Maclain Wells

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Philip A. Rovner, hereby certify that on August 5, 2008, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

| **BY CM/ECF, HAND DELIVERY AND E-MAIL** | **BY CM/ECF, HAND DELIVERY AND E-MAIL** |
|---|---|
| Richard E. Kirk, Esq.<br>Ashley Blake Stitzer, Esq.<br>The Bayard Firm<br>222 Delaware Avenue<br>Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19899<br>rkirk@bayardfirm.com<br>astitzer@bayardfirm.com | John W. Shaw, Esq.<br>Karen L. Pascale, Esq.<br>Young Conaway Stargatt & Taylor LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801<br>jshaw@ycst.com<br>kpascale@ycst.com |

I hereby certify that on August 5, 2008 I have sent by E-mail the foregoing document to the following non-registered participants:

| | |
|---|---|
| Gaspare J. Bono, Esq.<br>Matthew T. Bailey, Esq.<br>Lora A. Brzezynski, Esq.<br>Cass W. Christenson, Esq.<br>R. Tyler Goodwyn, IV, Esq.<br>McKenna Long & Aldridge LLP<br>1900 K Street, NW<br>Washington, DC 20006<br>gbono@mckennalong.com<br>mbailey@mckennalong.com<br>lbrzezynski@mckennalong.com<br>cchristenson@mckennalong.com<br>tgoodwyn@mckennalong.com | Vincent K. Yip, Esq.<br>Peter J. Wied, Esq.<br>Jay C. Chiu, Esq.<br>Katherine F. Murray, Esq.<br>Ms. Denise Esparza<br>Paul Hastings Janofsky & Walker LLP<br>515 South Flower Street<br>Los Angeles, CA 90071<br>vincentyip@paulhastings.com<br>peterwied@paulhastings.com<br>jaychiu@paulhastings.com<br>katherinemurray@paulhastings.com<br>deniseesparza@paulhastings.com |

Ron E. Shulman, Esq.
Julie M. Holloway, Esq.
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304-1050
rshulman@wsgr.com
jholloway@wsgr.com

M. Craig Tyler, Esq.
Brian D. Range, Esq.
Wilson Sonsini Goodrich & Rosati
8911 Capital of Texas Highway North
Westech 360, Suite 3350
Austin, TX 78759
ctyler@wsgr.com
brange@wsgr.com

/s/ Philip A. Rovner
Philip A. Rovner  (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com