## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LG DISPLAY CO., LTD., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 06-726 (JJF) |
| | ) | Civil Action No. 07-357 (JJF) |
| v. | ) | |
| | ) | CONSOLIDATED CASES |
| CHI MEI OPTOELECTRONICS | ) | |
| CORPORATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

## CHI MEI OPTOELECTRONICS CORPORATION'S NOTICE OF JOINDER TO
## STIPULATION AND ORDER REGARDING PAGE LIMITS FOR BRIEFING

On July 30, 2008, LG Display Co., Ltd., and LG Display America, Inc. ("LGD") and AU

Optronics Corporation and AU Optronics Corporation America ("AUO") submitted a stipulation

and order requiring, subject to the approval of the Court, that the page limits for the opening

claim construction briefs shall be 60 pages for AUO and 90 pages for LGD. *See* D.I. 368.

LGD and AUO further agreed, subject to the approval of the Court, that the page limits

for CMO's opening claim construction brief may be increased to 60 pages if CMO agrees to join

in the stipulation after it was filed. *Id.* On August 1, 2008, the Court signed the stipulation.

As set forth in its Motion to Limit the Number of Patents-in-Suit and Stay the Remainder

("Motion") (D.I. 372, 373) filed earlier today, CMO believes that the parties should agree to

limit the number of patents for further litigation and stay the remainder for later trial, which may

obviate the need to expand claim construction page limits. For example, as proposed by CMO in

its Motion, each party could elect four of its patents and three claims from each such patent, with

the remaining patents stayed for later trial. In the absence of such an agreement, however, CMO

reserves its rights and joins the stipulation for additional pages in the *Markman* briefing, as

provided for in the stipulation.


POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Jonathan S. Kagan                        By: _____
Alexander C.D. Giza                              Philip A. Rovner (#3215)
Adam Hoffman                                     Hercules Plaza
Irell & Manella LLP                              P.O. Box 951
1800 Avenue of the Stars, Suite 900              Wilmington, Delaware 19899-0951
Los Angeles, California 90067-4276               (302) 984-6000
(310) 277-1010                                   provner@potteranderson.com

Dated: August 5, 2008
877251                                   *Attorneys for Defendant*
                                         *Chi Mei Optoelectronics Corporation*


- 2 -

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Philip A. Rovner, hereby certify that on August 5, 2008, the within document

was filed with the Clerk of the Court using CM/ECF which will send notification of such

filing(s) to the following; that the document was served on the following counsel as indicated;

and that the document is available for viewing and downloading from CM/ECF.

**BY CM/ECF, HAND DELIVERY AND E-MAIL**

Richard E. Kirk, Esq.
Ashley Blake Stitzer, Esq.
The Bayard Firm
222 Delaware Avenue
Suite 900
P.O. Box 25130
Wilmington, DE 19899
rkirk@bayardfirm.com
astitzer@bayardfirm.com

**BY CM/ECF, HAND DELIVERY AND E-MAIL**

John W. Shaw, Esq.
Karen L. Pascale, Esq.
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
jshaw@ycst.com
kpascale@ycst.com

I hereby certify that on August 5, 2008 I have sent by E-mail the foregoing

document to the following non-registered participants:

Gaspare J. Bono, Esq.
Matthew T. Bailey, Esq.
Lora A. Brzezynski, Esq.
Cass W. Christenson, Esq.
R. Tyler Goodwyn, IV, Esq.
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC 20006
gbono@mckennalong.com
mbailey@mckennalong.com
lbrzezynski@mckennalong.com
cchristenson@mckennalong.com
tgoodwyn@mckennalong.com

Vincent K. Yip, Esq.
Peter J. Wied, Esq.
Jay C. Chiu, Esq.
Katherine F. Murray, Esq.
Ms. Denise Esparza
Paul Hastings Janofsky & Walker LLP
515 South Flower Street
Los Angeles, CA 90071
vincentyip@paulhastings.com
peterwied@paulhastings.com
jaychiu@paulhastings.com
katherinemurray@paulhastings.com
deniseesparza@paulhastings.com

Ron E. Shulman, Esq.
Julie M. Holloway, Esq.
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304-1050
rshulman@wsgr.com
jholloway@wsgr.com

M. Craig Tyler, Esq.
Brian D. Range, Esq.
Wilson Sonsini Goodrich & Rosati
8911 Capital of Texas Highway North
Westech 360, Suite 3350
Austin, TX 78759
ctyler@wsgr.com
brange@wsgr.com

*/s/ Philip A. Rovner*
Philip A. Rovner  (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com

2