IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG DISPLAY CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> CHI MEI OPTOELECTRONICS CORPORATION, et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) Civil Action No. 06-726-JJF <br> ) Civil Action No. 07-357-JJF <br> ) <br> ) **CONSOLIDATED CASES** <br> ) <br> ) <br> ) <br> ) |

### NOTICE OF FILING WITH CLERK'S OFFICE

NOTICE IS HEREBY GIVEN that the documents listed below have been manually filed with the Court due to their voluminous size and are maintained in paper form only in the case file in the Clerk's Office:

1.  Declaration of Julie M. Holloway in Support of AUO's Opening Claim Construction Brief

August 11, 2008

YOUNG CONAWAY STARGATT & TAYLOR LLP

/s/ Andrew A. Lundgren

Richard H. Morse (#531) rmorse@ycst.com
John W. Shaw (#3362) jshaw@ycst.com
Karen L. Pascale (#2903) kpascale@ycst.com
Andrew A. Lundgren (#4429) alundgren@ycst.com
The Brandywine Building
1000 West St., 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6600

*Attorneys for AU Optronics Corporation and AU Optronics Corporation America*

OF COUNSEL:

**PAUL HASTINGS JANOFSKY & WALKER LLP**
Vincent K. Yip
Terry D. Garnett
Peter J. Wied
Jay C. Chiu
Katherine F. Murray
515 South Flower Street, 25th Floor
Los Angeles, CA  90071
Telephone:  (213) 683-6000

S. Christian Platt
**PAUL HASTINGS JANOFSKY & WALKER LLP**
3579 Valley Centre Drive
San Diego, CA 92130
Telephone: 858-720-2500

- and -

**WILSON SONSINI GOODRICH & ROSATI, P.C.**
Ron E. Shulman
Julie M. Holloway
650 Page Mill Road
Palo Alto, California 94304-1050
Telephone:  (650) 493-9300

M. Craig Tyler
Brian D. Range
Jeffrey M. Whiting
8911 Capital of Texas Highway North
Westech 360, Suite 3350
Austin, Texas 78759-8497
Telephone: (512) 338-5400

**CERTIFICATE OF SERVICE**

  I, Andrew A. Lundgren, Esquire, hereby certify that on August 11, 2008, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Richard E. Kirk [rkirk@bayardfirm.com]
> Ashley B. Stitzer [astitzer@bayardfirm.com]
> BAYARD, P.A.
> 222 Delaware Avenue, Suite 900
> P.O. Box. 25130
> Wilmington, DE 19899-5130
> (302) 655-5000
>  *Attorneys for LG Display Co., Ltd. and LG Display America, Inc.*
>
> Philip A. Rovner [provner@potteranderson.com]
> David E. Moore [dmoore@potteranderson.com]
> POTTER, ANDERSON & CORROON
> 6th Floor, Hercules Plaza
> 1313 N. Market Street
> Wilmington, DE 19801
>  *Attorneys for Chi Mei Optoelectronics Corporation*

  I further certify that I caused a copy of the foregoing document to be served by e-mail and hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

> ***By E-mail***
>
> Gaspare J. Bono [gbono@mckennalong.com]
> Matthew T. Bailey [mbailey@mckennalong.com]
> R. Tyler Goodwyn, IV [tgoodwyn@mckennalong.com]
> Lora A. Brzezynski [lbrzezynski@mckennalong.com]
> Cass W. Christenson [cchristenson@mckennalong.com]
> MCKENNA LONG & ALDRIDGE LLP
> 1900 K Street, NW
> Washington, DC 20006
> (202) 496-7500
>  *Attorneys for LG Display Co., Ltd. and LG Display America, Inc.*

Vincent K. Yip
Terry D. Garnett
PAUL HASTINGS JANOFSKY & WALKER, LLP
515 South Flower Street
Los Angeles, CA 90071

Ron E. Shulman
Julie Halloway
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Rd
Palo Alto, CA 94304
(650) 493-9300

M. Craig Tyler
WILSON SONSINI GOODRICH & ROSATI
8911 Capital of Texas Highway North
Westech 360, Suite 3350
Austin, TX 78759
(512) 338-5400
  *Attorneys for AU Optronics Corporation and*
   *AU Optronics Corporation America*

Jonathan S. Kagan [jkagan@irell.com]
Alexander C.D. Giza [agiza@irell.com]
IRELL & MANELLA LLP
1800 Avenue of the Stars
Suite 900
Los Angeles, CA 90067
(310) 277-1010
  *Attorneys for Chi Mei Optoelectronics Corporation and*
  *Chi Mei Optoelectronics USA, Inc.*

                           **YOUNG CONAWAY STARGATT & TAYLOR LLP**

August 11, 2008                    */s/ Andrew A. Lundgren*
                                     Richard H. Morse (#531) *[rmorse@ycst.com]*
                                     John W. Shaw (#3362) *[jshaw@ycst.com]*
                                     Karen L. Pascale (#2903) *[kpascale@ycst.com]*
                                     Karen E. Keller (#4489) *[kkeller@ycst.com]*
                                     Andrew A. Lundgren (#4429) *[alundgren@ycst.com]*
                                     The Brandywine Building
                                   1000 West St., 17th Floor
                                   P.O. Box 391
                                   Wilmington, Delaware 19899-0391
                                   Phone:  302-571-6600
                                     *Attorneys for AU Optronics Corporation and*
                                      *AU Optronics Corporation America*