| | |
|---|---|
| LG DISPLAY CO., LTD., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CHI MEI OPTOELECTRONICS | ) |
| CORPORATION, et al. | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

Civil Action No. 06-726 (JJF)
Civil Action No. 07-357 (JJF)

CONSOLIDATED CASES

## DECLARATION OF DR. POCHI YEH

I, Pochi Yeh, Ph.D. do hereby declare and state:

1.     I am a citizen of the United States, and reside at 405 Camino De Celeste,  Thousand Oaks, CA  91360.

2.     I have over 40 years of experience in physics and optical technology.  More than 15 years of that period was spent working with optical technology in the private sector, and I have been a professor of electrical and computer engineering at the University of California at Santa Barbara for 18 years.  I hold over 30 U.S. Patents dealing with optical technology, and have published five textbooks on the subject of optical physics and liquid crystal displays ("LCDs").  My C.V. is attached as Exhibit  A.

3.     In order to prepare for this declaration, I have thoroughly reviewed the specification, drawings and claims of U.S. Patent No. 5,619,352 ("the '352 patent") and  U.S. Patent No. 6,134,092 ("the '092 patent").  In addition, I have also reviewed product specifications, and relied on my general knowledge of LCD design acquired through my years of experience as a researcher and practitioner in the field of optical physics and liquid crystal displays.

4.     I do not have any current affiliations with CMO, other than the present engagement, for which I am being compensated for my time at the rate of $650.00 per hour.

5.     Based upon my knowledge of optics and experience in the LCD industry, a person of ordinary skill in the art for the '352 patent would have a degree in engineering. physics or materials, two to three years working experience in the LCD industry, knowledge of LCD design, knowledge of LCD materials and material properties, and knowledge of methods for evaluating LCD optical performance.

6.     Based upon my knowledge of optics and experience in the LCD industry, a person of ordinary skill in the art for the '092 patent would have a degree in engineering or physics, two to three years working experience in the LCD industry and knowledge of LCD design.

7.     The '352 patent discloses optical compensators that improve contrast ratios and gray scale stability of LCDs over a wide range of viewing angles.  Claim 29 of the '352 patent recites in part "a desired viewing characteristic over a specified field of view." One skilled in the art would understand this term to be mean: a contrast ratio that exceeds a threshold for a specified range of viewing angles. The contrast ratio is a luminance at a bright state divided by a luminance at a dark state.

8.     It is common practice in the LCD industry to provide product specifications that list the contrast ratio and viewing angles.  For example, the specification for the CMO V420H1 LCD television describes horizontal and vertical viewing angles of 88°.  A copy of the product specification is attached as Exhibit B and a relevant portion of the specification is reproduced below:

# 42"H1(V420H1)

Products >> LCD TV Panels >> 42"H1(V420H1)

| Model Name | V420H1 |
|---|---|
| Panel Size | 42" |
| Technology | LCS MVA |
| Resolution | 1920x1080 |
| Number of Pixels | 2.1M x (R,G,B) |
| Pixel Pitch(mm) | 0.4845 |
| PPI | 52 |
| Active Area(mm) | 930.2x523.3 |
| Outline(mm) (w/inverter) | 983x576x52.3 |
| Luminance(nits) | 500 |
| View Angle (U/D/R/L,CR>20) | 88/88/88/88 |
| Contrast Ratio | 2000:1 |

9.    LGD also specifies viewing angles in its product specifications.  For example, the LG 42LG60 LCD television describes viewing angles of 178º.  A copy of the product specification is attached as Exhibit C and a relevant portion of the specification is reproduced below:

10. The viewing angles are determined by measuring the luminance at dark and bright states for different viewing angles. The specified viewing angle is the angle at which the contrast ratio is below a specified value. For example, for the LGD 42LG60 the 178º viewing angle is the angle at which the contrast ratio is below a threshold, typically 10:1. For example, the Samsung specification attached as Exhibit D discloses a threshold ratio of 10:1 ("(CR>10)").

11. The '092 patent discloses an illumination device that can illuminate a device such as an LCD. The illumination device is structured so that a peripheral portion of a waveguide is substantially uniformly illuminated.

12. It is my understanding that LGD believes that the term "peripheral portion" means "boundary adjacent a side edge". The '092 patent discloses embodiments that substantially uniformly illuminate a peripheral portion of a waveguide.

13. One of the embodiments is shown in Figure 13 of the drawings, which is reproduced below:



FIG. 13

14.    Figure 13 shows a series of triangular shaped guide members 60 that each have

reflective surfaces 65.  Each guide member has an apex 66 that intersects the edge of

the waveguide 46.

15.    Because the apexes are in contact with the waveguide edge, very little, if any light

will travel in those portions of the edge.  As a result, the device will not produce

uniform light distribution along the edge of the waveguide, and there will be a series

of dark(er) lines at the apexes of each guide member.

16.    Claim 5 of the '092 patent recites "light-emitting diodes".  This term is well known

in the art.  It is a solid state device that emits light in response to a biasing voltage

and a driving current.

\* \* \* \* \* \* \* \* \* \* \*

I declare that all statements made herein of my own knowledge are true and that all

statements made on information and belief are believed to be true; and further that these

statements were made with the knowledge that willful false statements and the like so made

are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the

United States Code.

_____
Dr. Ponchi Yeh

8/10/2008
Date

# EXHIBIT A

0.0  01

**Pochi Yeh**

Electrical and Computer Engineering, University of California Santa Barbara
Santa Barbara, California  93106
Email: Pochi@ece.ucsb.edu

**Education:**

| | | | |
|---|---|---|---|
| 1973 - 1977 | California Institute of Technology | PhD | Physics |
| 1973 - 1975 | California Institute of Technology | MS | Physics |
| 1967 - 1971 | National Taiwan University | BS | Physics |

**Employment History:**

| | |
|---|---|
| 1990 - present | Professor<br>Electrical and Computer Engineering<br>University of California at Santa Barbara |
| 1985 - 1990 | Principal Scientist<br>Rockwell International Science Center |
| 1988 - 1990<br>1988<br>1977 - 1985 | Acting Manager / Optical Information Processing Department<br>Acting Manager / Applied Optics Department<br>Member of Technical Staff<br>Rockwell International Science Center |
| Spring 1989 | Visiting Professor<br>University of California, Santa Barbara |
| 1987 - present | Adjunct Professor / Electrophysics Department<br>National Chiao Tung University |
| Summer 1985 | Visiting Professor / Physics Department<br>National Taiwan University |
| Summer 1984 | Visiting Professor / Electrophysics Department<br>National Chiao Tung University |
| Summer 1982 | Visiting Associate Professor / Physics Department<br>National Taiwan University |
| 1973 - 1977 | Teaching and Research Assistant / Caltech |
| 1971 - 1973 | Physics Instructor (military service)<br>Army Ordnance School, Taiwan |

**Honors and Awards:**

| | |
|---|---|
| 2002 | Distinguished Alumnus Award (Cheng-Yuan High School, Taipei) |
| 1998 | OSA Fellow Traveling Lecturer |
| 1995 | Fellow of Photonics Society of Chinese-Americans |
| 1991 | Fellow of IEEE |
| 1990 | Rudolf Kingslake Medal and Prize for Year 1989 |
| | International Optical Engineering Society |
| 1990 | Distinguished Lecturer Award, National Science Council |
| | Republic of China |
| 1988 | Fellow of Optical Society of America (OSA) |
| 1987 | United Nations Lectureship, Chinese Academy of Sciences |
| 1986 | Leonardo da Vinci Award, "Engineer of the Year" for Year 1985 |

**Professional Services:**

| | |
|---|---|
| 2007 | Member of Program Committee, Photonics Asia 2007 (Beijing) |
| | Conference on Information Optics and Photonics Technology |
| 2007 | Member of Program Committee, Photonics Asia 2007 (Beijing) |
| | Conference on Nonlinear Optics and Applications |
| 2007 | Member of International Program Committee, ICOLA'2007 (Indonesia) |
| 2007 | Co-chair of Technical Program Sub-committee on Optical Information Processing and Storage |
| | The 7th Pacific Rim Conference on Lasers and Electro-Optics (CLEO-PR 2007, Seoul, Korea) |
| 2006 | Member of Organizing Committee, OECC'2006 |
| 2005 | Member of International Advisory Committee |
| | International Conference on Optics and Optoelectronics (ICOL-2005) |
| 2004 | Program committee member on Nonlinear Optics and Applications |
| | Program committee member on Information Optics and Photonics Technology |
| | Photonics Asia 2004 (International Society for Optical Engineering) |
| 2003 | Program Chair of Subcommittee on Optical Switching, |
| | Computing and Information Processing, CLEO Pacific Rim'2003 |
| 2002- present | Member of Editorial Board |
| | Chinese Optics Letters (formerly Chinese Journal of Lasers B) |
| 2000- present | Member of International Advisory Board |
| | Optical Review (Optical Society of Japan) |
| 1999-2002 | Program Co-chair, Optics in Computing'2002 |
| | International Commission on Optics (ICO) and OSA |
| 1999-2000 | Symposium Chair and Program Co-Chair |
| | 2000 International Photonics Conference |
| | (Hsinchu, Taiwan, December 12-15, 2000) |
| 2000-2001 | Technical Program Subcommittee Member |
| | Quantum Electronics Laser Science Conference (QELS, 2001) |

| | |
|---|---|
| 1999-2000 | Technical Program Subcommittee Member<br>Conference on Laser and Electro-Optics (CLEO, 2000) |
| 1998-1999 | Member of Program Committee<br>International Conference on Microwave and Photonics<br>(Rio de Janeiro, August 9-12, 1999) |
| 1998-1999 | Member of Program Committee<br>Seventh Topical Meeting on Photorefractive Materials<br>(Koln, Denmark, June 1999) |
| 1998-1999 | Guest Editor of Journal of Displays<br>Special issue on Viewing Improvement of LCDs |
| 1997-1998 | Symposium Chair and Conference Co-Chair<br>1998 International Photonics Conference<br>(Taipei, Taiwan, December 16-18, 1998) |
| 1998-1999 | Member of Technical Program Committee<br>CLEO/Pacific Rim'99 (Seoul, Korea, 1999) |
| 1997-1998 | Member of Advisory Committee<br>Topical Meeting on Nonlinear Optics (NLO'98, Kauai) |
| 1997 | Program Co-chair<br>North American Chinese Photonics Technology Conference<br>(Los Angeles, California, October 17-19, 1997) |
| 1996-1997 | Member of Technical Program Committee<br>CLEO/Pacific Rim'97 (Tokyo, Japan, 1997) |
| 1995-1996 | Member of Advisory Committee (NLO'96)<br>Topical Meeting on Nonlinear Optics (Maui, 1996) |
| 1995 | Chairman of International Committee (ICNOPA'95)<br>Int'l Conference on Nonlinear Optical Physics and Applications |
| 1994-1995 | Member of Technical Program Committee<br>CLEO/Pacific Rim'95 (Tokyo, Japan, 1995) |
| 1994 - present | Member of Steering Committee<br>Topical Meeting on Nonlinear Optics (NLO) |
| 1994 - 1995 | Chairman of 1995 PSC Fellow Committee<br>Photonics Society of Chinese-Americans (PSC) |
| 1994 | Member of IEEE/LEOS Fellow Committee |
| 1993 - 1994 | Member of Program Committee (NLO'94)<br>Topical Meeting on Nonlinear Optics (Hawaii,1994) |
| 1993 | Member of International Program Committee<br>Second International School and Topical Meeting<br>on Applications of Nonlinear Optics (Prague, August 16-20, 1993) |

| | |
|---|---|
| 1993 - 1999 | Member of Board of Directors<br>Photonics Society of Chinese-Americans |
| 1993 | Conference Co-Chair of First World Optics Conference (WOC'93)<br>(Shanghai, Aug. 30- Sept. 3, 1993) |
| 1992 - 1993 | Chairman of 1993 PSC Fellow Committee<br>Photonics Society of Chinese-Americans (PSC) |
| 1992 - 1994 | Member of LEOS Technical Committee on NLO (IEEE/LEOS) |
| 1992 | Symposium  Co-Chair, OCCC'92 (SPIE) |
| 1991 - present | Member of Board of Editors<br>International Journal of Nonlinear Optical Physics |
| 1992 | Chairman of Board of Directors<br>Photonics Society of Chinese-Americans |
| 1991 | President of Photonics Society of Chinese-Americans |
| 1991 - 1992 | Conference Co-Chairman of NLO'92 (OSA) |
| 1989 - | Chairman of LEOS Technical Committee on NLO (IEEE/LEOS) |
| 1988 - 1990 | Member of Technical Program Committee of CLEO'89 and CLEO'90 |
| 1988 - 1989 | Member of FASAC Committee on Phase Conjugation |
| 1989 - 1990 | Program Co-Chairman of Nonlinear Optics Conference (IEEE/LEOS) |
| 1986 - 1990 | Cochair and Committee Member of Topical Meeting on<br>Photorefractive Materials, Effect and Devices (OSA) |
| 1986 - 1989 | Associate Editor of Chinese Physics Lasers (a publication of<br>the American Institute of Physics) |
| 1986 - 1987 | Chairman of 1988 Frederic Ives Medal Award Committee (OSA) |
| 1985 - 1988 | Committee Member of Frederic Ives Medal Award (OSA) |
| 1986 | Program Chairman of OE/LASE'87 |
| 1986 - present | Cochairman of Conference on Phase Conjugation, Adaptive<br>Optics and Raman Beam Combining at OE/LASE'87 |
| 1986 | Cochairman of Conference on Optical and Digital Pattern<br>Recognition at OE/LASE'87 |
| 1985 | Chairman of Conference on Nonlinear Optics and<br>Applications at OE/LASE'86 |

**Industrial Consulting:**

| | |
|---|---|
| 2006-present | Technology Advisor, Crysoptix, Ltd. (Russia) |
| 2004-present | Expert witness in Patent Infringement Litigations |
| | Mitsubishi, Fujitsu, AU Optronics (AUO), Chunghwa Picture Tubes (CPT), |
| | ChiMei Optoelectronics (CMO), ChemImage Corp., InnoLux |
| 2004-2006 | Technology Advisor, Oplink Communications |
| 2003- | Advisor, Industrial Technology Research Institute (ITRI, Taiwan) |
| 2000-2005 | Member of Technical Advisory Board, Optiva, Inc. |
| 2001-2004 | Co-Founder, Chairman and Chief Scientific Advisor, Accumux Technologies, Inc. |
| 1990-2001 | Principal Technical Advisor, Rockwell Science Center |
| 2000 | Cree |
| 1991-1994 | TRW Inc. |
| 1992 | Boeing |
| 1991-1995 | JPL (Distinguished Visiting Scientist) |

**Patents:** Over 30 US Patents issued

**Publications:** Over 400 technical papers

**Textbooks:**
1. "Optical Waves in Crystals," (with A. Yariv), Wiley, 1984.
2. "Optical Waves in Layered Media," Wiley, 1988.
3. "Introduction to Photorefractive Nonlinear Optics," Wiley, 1993.
4. "Optics of Liquid Crystal Displays," (with C. Gu), Wiley, 1999.
5. "Photonics," 6-th edition (with A. Yariv), Oxford, 2006.

## PUBLICATION LIST OF POCHI YEH

Part I.  Papers

1.  "Confinement and Stability in Optical Resonators Employing Mirrors with Gaussian Reflectivity Tapers" (with A. Yariv), Opt. Comm. 13, 370 (1975).

2.  "10.6 Micron Parametric Frequency Converter" (with R.L. Abrams et al), Opt. Comm. 18, 221 (1976).

3.  "Prospectives of Free Electron Lasers" (with A. Gover and A. Yariv), Opt. Comm. 18, 221 (1976).

4.  "Bragg Reflection Waveguides" (with A. Yariv), Opt. Comm. 19, 427 (1976).

5.  "Stark-Induced Three-Wave Mixing in Molecular Gases" (with R.L. Abrams and A. Yariv), IEEE J. Quant. Electron QE-13, 79 (1977).

6.  "Electromagnetic Propagation in Periodic Stratified Media: I. General Theory" (with A. Yariv, C.S. Hong), J. Opt. Soc. Am. 67, 423 (1977).

7.  "Electromagnetic Propagation in Periodic Stratified Media: II. Birefringence, Phase Matching and X-Ray Lasers" (with A. Yariv), J. Opt. Soc. Am. 6, 438 (1977).

8.  "Observation of Confined Propagation in Bragg Waveguides" (with A. Cho and A. Yariv), Appl. Phys. Lett. 30, 471 (1977).

9.  "X-Ray Laser Oscillation in Artificial Layered Media" (with A. Yariv), Opt. Comm. 22, 5 (1977).

10.  "Waveguiding in Bragg Configurations" (with A. Yariv), Device Res. Conf., Ithaca, NY (June 1977).

11.  "Optical Surface Waves in Periodic Layered Media" (with A. Cho and A. Yariv), Appl. Phys. Lett. 32, 104 (1978).

12.  "Statistical Analysis of Bragg Reflectors" (with J. Shellan, P. Agmon and A. Yariv), J. Opt. Soc. Am. 68, 18 (1978).

13.  "Optical Surface Waves in Periodic Layered Medium Grown by Liquid Phase Epitaxy" (with W. Ng, P. Chen and A. Yariv), Appl. Phys. Lett. 32, 370 (1978).

14.  "Transverse Bragg-Reflector Injection Lasers" (with J. Shellan, W. Ng, A. Yariv and A. Cho), Opt. Lett. 2, 136 (1978).

15. "Theory of Bragg Fibers" (with A. Yariv and E. Marom), J. Opt. Soc. Am. <u>68</u>, 1196 (1978).

16. "A New Optical Model for Wire Grid Polarizers" Opt. Comm. <u>26</u>, 289 (1978).

17. "The Application of Gaussian Beam Formalism to Optical Propagation in Nonlinear Media" (with A. Yariv), Opt. Comm. <u>27</u>, 295 (1978).

18. "Optical Surface Waves in Perfect and Imperfect Periodic Layered Media (with A. Yariv et al), Tech. Digest, Topical Meeting on Integrated and Guided-Wave Optics, Salt Lake City, UT (January 16-18, 1978).

19. "Optical Propagation in Bragg Fibers" (with A. Yariv and E. Marom), Tech. Digest, Topical Meeting on Integrated and Guided Wave Optics, Salt Lake City, UT (January 16-18, 1978).

20. "Bragg Waveguide GaAs Injection Lasers" (with A. Yariv et al) Post-deadline paper, Topical Meeting on Integrated and Guided-Wave Optics, Salt Lake City, UT (January 16-18, 1978).

21. "New Optical Phenomena in Birefringent Layered Media," J. Opt. Soc. Am. <u>68</u>, 1423 (1978).

22. "Multilayer Narrowband Electro-Optical Tunable Filter" (with J. Tracy), J. Opt. Soc. Am. <u>68</u>, 1449 (1978).

23. "Transmission Spectrum of a Solc Filter," Opt. Comm. <u>29</u>, 1 (1979).

24. "Electromagnetic Propagation in Birefringent Layered Media," J. Opt. Soc. Am. <u>69</u>, 742 (1979).

25. "Electro-Optic Tunable Filter Structures," SPIE, Vol. 202, Active Optical Devices, 2 (1979).

26. "Multiple-Cavity Infrared Electro-Optic Tunable Filter" (with W. Gunning), SPIE Vol. 202, Active Optical Devices, 21 (1979).

27. "A Multiple-Cavity Electro-Optical Tunable Filter" (with J.M. Tracy and W. Gunning), Tech. Digest Conf. on Laser Engineering and Applications, Wash., D.C. (May 30-June 1, 1979).

28. "Optics of Anisotropic Layered Media: A New 4 x 4 Matrix Algebra," 4th Int. Conf. on Ellipsometry, Berkeley, CA  (August 20-22, 1979).

29. "Electro-Optically Induced Transmission," J. Opt. Soc. Am. <u>69</u>, 1483 (1979).

30.    "Contradirectional Frequency-Selective Couplers for Guided-Wave Optics" (with H.F. Taylor), Appl. Opt. 19, 2848 (1980).

31.    "Optics of Anisotropic Layered Media: A New 4 x 4 Matrix Algebra," Surface Science 96, 41-53 (1980).

32.    "Christiansen-Bragg Filters," Opt. Comm. 35, 9 (1980).

33.    "Zero Crossing Birefringent Filters," Opt. Comm. 35, 15 (1980).

34.    "Recent Advances in Polarization Interference Filters," Invited Paper, Proc. Int. Conf. on Lasers, 591-597, (New Orleans, 1980).

35.    "Zero-Crossing Birefringent Filters," J. Opt. Soc. Am. 70, 1628 (1980).

36.    "Dispersive Birefringent Filters," Opt. Comm. 37, 153 (1981).

37.    "Theory of Dispersive Birefringent Filters" (with J. Tracy) Proc. SPIE 268, 171-177 (1981).

38.    "Generalized Model for Wire Grid Polarizers," Proc. SPIE, Vol. 307, Polarizers and Applications, 13-21, (1981).

39.    "Dispersive Birefringent Filters for Laser Communications," Tech. Digest, Conf. on Lasers and Electro-Optics, Washington, D.C. (June 10-12, 1981).

40.    "A 2 x 2 Matrix Method for Wide-Field Birefringent Networks," J. Opt. Soc. Am. 71, 1573 (1981).

41.    "Dispersive Birefringent Filters for Blue-Green Communications" (with W. Gunning and J. Tracy), J. Opt. Soc. Am. 71, 1629 (1981).

42.    "Extended Jones Matrix Method," J. Opt. Soc. Am. 72, 507-513 (1982).

43.    "Dispersive Magneto-Optic Filters," Appl. Opt. 21, 2069-2075 (1982).

44.    "Figures of Merit for Dispersive Birefringent Materials," Appl. Opt. 21, 3806-3808 (1982).

45.    "Gyrotropic Isoindex Filter," Appl. Opt. 21, 4054-4058 (1982).

46.    "Wide-Angle Laser Sensors," Tech. Digest, CLEO '82, Phoenix, AZ (April 14-16, 1982).

47.    "Gyrotropic Iso-Index Filters," J. Opt. Soc. Am. 72, 1114 (1982).

48.    "Review of Tunable Filter Technology," J. Opt. Soc. Am. <u>72</u>, 1819 (1982).

49.    "Contradirectional Two-Wave Mixing in Photorefractive Media," Opt. Comm. <u>45</u>, 323-326 (1983).

50.    "Autocorrelation of Ultrashort Optical Pulses Using Polarization Interferometry," Opt. Lett. <u>8</u>, 330-332 (1983).

51.    "Electromagnetic Propagation in a Photorefractive Layered Medium," J. Opt. Soc. Am. <u>73</u>, (10) 1268-1271 (1983).

52.    "Optical Properties of Stratified Media with Exponentially Graded Refractive Index," (with S. Sari) Appl. Opt. <u>22</u>, 4142-4145 (1983).

53.    "Phase-Conjugate Ring Gyroscopes," (with J. Tracy and M. Khoshnevisan), Proc. SPIE <u>4122</u>, 240-245 (1983).

54.    "Spectral Distribution and Inverse Problem in Gradient-Index Imaging Media," 4th Topical Meeting on Gradient-Index Optical Imaging Systems, Kobe, Japan (July 4-5, 1983).

55.    "Application of Gratings to Semiconductor Lasers," Invited Paper, Guided-Wave and Integrated Optics Symp., Taipei, Taiwan (July 7-15, 1983).

56.    "Doppler-Free Phase-Conjugate Reflection" (with M. Ewbank, J. Tracy and M. Khoshnevisan), Opt. Lett. <u>9</u>, 41-43 (1984).

57.    "Optical Activity," Encyclopedia of Mat. Sci. and Engr. (Pergamon Press, 1984).

58.    "Phase-Conjugate Interferometry" (with M. Ewbank and M. Khoshnevisan), SPIE Proc. <u>464</u>, 2-6 (1984).

59.    "Photorefractive Coupling in Ring Resonators," Appl. Opt. <u>23</u>, 2974-2978 (1984).

60.    "Scalar Phase Conjugator for Polarization Correction," Opt. Comm. <u>51</u>, 195-197 (1984).

61.    "Phase-Conjugate Ring Gyros and Photorefractive-Biased Ring Gyros" (with M. Khoshnevisan), SPIE <u>487</u>, 102-109 (1984).

62.    "Phase-Conjugate Ring Gyros," Workshop on Physics of Ring Laser Gyros, Snowbird, UT (January 7-10, 1984).

63.    "Basic Principles of Lasers and Electro-Optics," Invited Lectures, Laser School '84, Hsin-Chu, Taiwan (February 6-17, 1984).

64.    "Double Phase-Conjugate Resonators as Relative Position Sensors" (with M. Khoshnevisan, M. Ewbank and J. Tracy), J. Opt. Soc. Am, <u>A1</u>, 1212 (1984).

65. "Time Reversal Experimental Using Double Phase-Conjugate Michelson Interferometer" (with M. Ewbank, M. Khoshnevisan and J. Feinberg), J. Opt. Soc. Am., <u>A1</u>, 1212 (1984).

66. "Resonant Tunneling of Electromagnetic Radiation in Superlattice Structures," J. Opt. Soc. Am. <u>A2</u>, 568-571 (1985).

67. "Theory of Phase-Conjugate Oscillators," J. Opt. Soc. Am. <u>A2</u>, 727-730 (1985).

68. "Time Reversal by an Interferometer with Coupled Phase-Conjugate Reflectors" (with M.D. Ewbank, M. Khoshnevisan and J. Feinberg), Opt. Lett. <u>10</u>, 282-284 (1985).

69. "Theory of Unidirectional Photorefractive Ring Oscillators," J. Opt. Soc. <u>B2</u>, 1924-1928 (1985).

70. "Frequency Shift and Cavity Length in Photorefractive Resonators" (with M.D. Ewbank), Opt. Lett. <u>10</u>, 496-498 (1985).

71. "Beam Cleanup using Photorefractive Two-Wave Mixing" (with A.E.T. Chiou), Opt. Lett. <u>10</u>, 621-623 (1985).

72. "Harmonic Phase Conjugation in Liquid Suspensions of Microparticles via Higher Order Gratings" (with D. Rogovin and R. McGraw), Phys. Rev. Lett. <u>55</u>, 2864-2867 (1985).

73. "Spectral Compression using Holographic Two-Wave Mixing", Tech. Digest, Conf. on Lasers and Electro-Optics, (May 21-24, 1985, Baltimore, MD).

74. "Beam Cleanup using Photorefractive Two-Wave Mixing" (with A.E.T. Chiou), J. Opt. Soc. Am. <u>A2</u> (13), 62-63 (1985).

75. "Phase-Conjugate Fiber Optic Gyros," (with I. McMichael and M. Khoshnevisan), J. Opt. Soc. Am. <u>A2</u> (13), 67 (1985).

76. "Photorefractive Resonators" (with M. Ewbank), J. Opt. Soc. Am. <u>A2</u> (13), 76 (1985).

77. "Phase Conjugate Optics" (with Peter Shih), Opto-News <u>5</u>, 1 (1985).

78. "Fidelity of Passive Phase Conjugators" (with M. Ewbank) <u>Nonlinear Optics and Applications,</u> Pochi Yeh, Ed., Proc. SPIE <u>613</u>, 11 (1986).

79. "Absolute Phase Shift of Phase Conjugators" (with Ian McMichael and Monte Khoshnevisan), <u>Nonlinear Optics and Applications</u>, Pochi Yeh, Ed., Proc. SPIE <u>613</u>, 32 (1986).

80. "Frequency Shift of Self-Pumped Phase Conjugator" (with M. Ewbank) <u>Nonlinear Optics and Applications</u>, Pochi Yeh, Ed., Proc. SPIE <u>613</u>, 59 (1986).

81.    "Coherent Image Subtraction using Phase-Conjugate Interferometry" (with A.E.T. Chiou and M. Khoshnevisan), <u>Nonlinear Optics and Applications</u>, Pochi Yeh, Ed., SPIE <u>613</u>, 201 (1986).

82.    "Exact Solution of a Nonlinear Model of Two-Wave Mixing in Kerr Media," J. Opt. Soc. Am. <u>B3</u>, 747 (1986).

83.    "Possibility of Relative Position Sensing by using Double-Phase Conjugate Resonators" (with M. Khoshnevisan, M.D. Ewbank and J. Tracy), Opt. Comm. <u>57</u>, 387 (1986)

84.    "Parallel Image Subtraction using Phase-Conjugate Michelson Interferometer" (with A.E.T. Chiou), Opt. Lett. <u>11</u>, 306 (1986).

85.    "Laser-Beam Cleanup Using Photorefractive Two-Wave Mixing and Optical Phase Conjugation" (with A.E.T. Chiou), Opt. Lett. <u>11</u>, 461 (1986).

86.    "A Phase-Conjugate Fiber Optic Gyro" (with I. McMichael and M. Khoshnevisan), Applied Optics <u>25</u>, 1029 (1986).

87.    "Polarization-Preserving Phase Conjugator" (with I. McMichael and M. Khoshnevisan), Opt. Lett. <u>11</u>, 525 (1986).

88.    "Photorefractive Conical Diffraction in $BaTiO_3$" (with M.D. Ewbank and J. Feinberg), Opt. Comm. <u>59</u>, 423 (1986).

89.    "Laser Beam Cleanup by Mode Filtering and Photorefractive Two-Wave Mixing" (with A.E.T. Chiou and M. Khoshnevisan), Tech. Digest, CLEO'86, paper THM2, 308 (June 1986).

90.    "Measurements of the Phase of Phase-Conjugate Reflections" (with I. McMichael and M. Khoshnevisan), Tech. Digest, IQEC'86, paper FDD4, 214 (June 1986).

91.    "Self-Pumped Phase-Conjugate Fiber-Optic Gyro" (with Ian McMichael), Opt. Lett. <u>11</u>, 686 (1986).

92.    "Double Phase-Conjugate Fiber-Optic Gyro" (with Ian McMichael), J. Opt. Soc. Am. <u>A3</u>(13), 63 (1986).

93.    "Observation of Harmonic Phase Conjugation in a Photorefractive Medium" (with Tallis Chang), J. Opt. Soc. Am. <u>A3</u> (13), 33 (1986).

94.    "Stimulated Light Scattering in Photorefractive Crystals" (with M.D. Ewbank, R.R. Neurgaonkar and J. Feinberg), J. Opt. Soc. Am. <u>A3</u> (13), 33 (1986).

95.  "Phase Shift of Photorefractive Gratings and Phase-Conjugate Waves" (with Ian McMichael), Opt. Lett. 12, 48 (1987).

96.  "Relationship Between Nonlinear Kerr Effect and Acousto-Optics" (with Monte Khoshnevisan), invited paper, Proc. SPIE 739, 82 (1987).

97.  "Phase Conjugation in Semiconductor Lasers" (with Ian McMichael and Monte Khoshnevisan), Proc. SPIE 739, 7 (1987).

98.  "Dark Rings in Photorefractive Conical Diffractions" (with Tallis Chang), Proc. SPIE 739, 109 (1987).

99.  "Phase-Conjugate Interferometry" (with Wen-Hsien Chen, P.J. Wang, Y.H. Tjung), Proc. SPIE 739, 105 (1987).

100.  "Optical Matrix-Vector Multiplication via Four-Wave Mixing in Photorefractive Media" (with A.E.T. Chiou), Opt. Lett. 12, 138 (1987); J. Opt. Soc. Am. A3 (13), 16 (1986); Opt. Lett. 12, 373 (1987).

101.  "Fundamental Limit of the Speed of Photorefractive Effect and Its Impact on Device Applications and Material Research," Appl. Opt. 26, 602 (1987).

102.  "Real-Time Contrast Reversal Via Four-Wave Mixing in Nonlinear Media" (with A.E.T. Chiou), Opt. Comm. 64, 160 (1987).

103.  "Nondegenerate Two-Wave Mixing in Ruby" (with I. McMichael), Tech. Digest, IQEC'87, paper MDD3 (Baltimore, April 27-May 1, 1987).

104.  "Correction of Polarization and Modal Scrambling in Multimode Fibers by Phase Conjugation" (with I. McMichael and P. Beckwith), Tech. Digest, CLEO'87, paper WP5 (Baltimore, April 27-May 1, 1987).

105.  "Image Distortion in Multimode Fibers and Restoration by Polarization-Preserving Phase Conjugation" (with P. Beckwith and I. McMichael), Opt. Lett. 12, 510 (1987).

106.  "Photorefractive Two-Beam Coupling in Cubic Crystals," J. Opt. Soc. Am. B4, 1382 (1987).

107.  "Nonlinear Optical Bragg Scattering in Kerr Media" (with M. Khoshnevisan), J. Opt. Soc. Am. B4, 1954 (1987).

108.  "Correction of Polarization and Modal Scrambling in Multimode Fibers by Phase Conjugation" (with I. McMichael and P. Beckwith), Opt. Lett. 12, 507 (1987).

109. "Cross-Polarization Two-Beam Coupling in Photorefractive GaAs Crystals" (with L.J. Cheng), Tech. Digest, Vol. 17, Topical Meeting on Photorefractive Materials, Effects and Devices (1987), pp. 59-61.

110. "Phase Conjugate Multimode Fiber Gyros" (with I. McMichael and P. Beckwith), Tech. Digest, Vol. 17, Topical Meeting on Photorefractive Materials, Effects and Devices (1987), pp. 175-178

111. "Photorefractive Two-Beam Coupling with Polarization-Flip in Gallium Arsenide" (with T. Chang and A.E.T. Chiou), Tech. Digest, Vol. 17, Topical Meeting on Photorefractive Materials, Effects and Devices (1987), pp. 55-58

112. "Fundamental Limit of the Speed of Photorefractive Effect" (invited paper), Proc. SPIE 825, 96 (1987).

113. "Phase-Conjugate Multimode Fiber Gyro" (with I. McMichael and P. Beckwith), Opt. Lett. 12, 1023 (1987).

114. "Polarization-Flip Two-Beam Coupling in BSO" (with T.Y. Chang), J. Opt. Soc. Am. A4 (13), 53 (1987).

115. "Fundamental Limit of the Speed of Photorefractive Effect and Its Impact on Device Applications and Material Research: Authors Reply to Comment," Appl. Opt. 26, 3190 (1987).

116. "Coherent Beam Processing Concepts" (with I. McMichael, A. Chiou and M. Khoshnevisan), SPIE Proc. Vol. 874, 330 (1988).

117. "Optical Matrix-Matrix Multiplication Using Multicolor Four-Wave Mixing" (with A.E.T. Chiou and M. Khoshnevisan), SPIE Proc. Vol. 881-38 (1988).

118. "Cross-Polarization Beam Coupling in Photorefractive GaAs Crystals" (with L.J. Cheng), Opt. Lett. 13, 50 (1988).

119. "Mutually-Pumped Phase Conjugation" (with T.Y. Chang and M.D. Ewbank), Conf. on Lasers and Electro-Optics Tech. Digest Series 1988, Vol. 7 (Opt. Soc. Amer., Wash., DC, 1988), pp. 38-39.

120. "Phase-Conjugate Ring Interferometer" (with I. McMichael and M.D. Ewbank), submitted to Conf. on Lasers and Electro-Optics Tech. Digest Series 1988, Vol. 7 (Opt. Soc. Amer., Wash., DC, 1988) pp. 134-135.

121. "Real-Time Optical Image Subtraction Using Dynamic Holographic Interference in Photorefractive Media" (with P.H. Beckwith and T.Y. Chang), Conf. on Lasers and Electro-Optics Tech. Digest Series 1988, Vol. 7 (Opt. Soc. Amer., Wash., DC, 1988), pp. 58-59.

122.    "Two-Wave Mixing in Nonlinear Media" (Invited paper), Int. Conf. on Nonlinear Optical Phenomena (Ashford Castle, Ireland, May 2-6, 1988).

123.    "Nonlinear Optical Image Processing for Potential Industrial Applications" (with A. Chiou and M. Khoshnevisan), Opt. Engineering 27, 385 (1988).

124.    "Nondegenerate Two-Wave Mixing in Ruby" (with I. McMichael and P. Beckwith), Opt. Lett. 13, 500 (1988).

125.    "Optical Interconnection Using Photorefractive Dynamic Holograms" (with A.E.T. Chiou and J. Hong), Appl. Opt. 27, 2093 (1988).

126.    "Real-Time Optical Image Subtraction using Dynamic Holographic Interference in Photorefractive Media" (with T.Y. Chang and P.H. Beckwith), Opt. Lett. 13. 586-588 (1988).

127.    "A Model for Mutually Pumped Phase Conjugators" (with T.Y. Chang and M.D. Ewbank), J. Opt. Soc. Am. B5, 1743-1749 (1988).

128.    "Cross-Polarization Photorefractive Two-Beam Coupling in GaAs" (with T.Y. Chang and A.E.T. Chiou), J. Opt. Soc. Am. B5, 1724-1729 (1988).

129.    "Photorefractive Two-Beam Coupling in Cubic Crystals II, General Case ($\phi \neq \pi/2$)," J. Opt. Soc. Am. B5, 1811-1813 (1988).

130.    "Optical Matrix-Vector Multiplication Using a Spatial Light Modulator and A Phase Conjugator" (with A.E.T. Chiou and M. Khoshnevisan), Topical Meeting on Spatial Light Modulators, OSA Tech. Digest Series, Vol. 8, pp. 208-210 (1988)

131.    "Dynamics of Refractive Index Grating Formation in a Kerr Medium" (with R. Saxena) OSA Tech Digest Series Vol. II, p. 128 (1988).

132.    "Image Degradation in Photorefractive Amplifiers" (with F. Vachss), OSA Tech Digest Series Vol. II, p. 150-151 (1988).

133.    "Energy Efficient Optical Interconnection Using Dynamic Holograms in Photorefractive Media" (with A. Chiou and J. Hong), OSA Tech. Digest Series Vol. II, p. 179 (1988).

134.    "Frog-Legs Phase Conjugator" (with M.D. Ewbank, R.A. Vazquez, R.R. Neurgaonkar and Jack Feinberg), OSA Tech. Digest Series Vol. II, p. 168-169 (1988).

135.    "Double Phase-Conjugate Oscillators," (with Ian McMichael and Paul H. Beckwith) OSA Tech. Digest Series Vol. II, p. 54 (1988).

136. "Multimode Fiber Gyro Using a Mutually Pumped Conjugator," (with Ian McMichael and Paul H. Beckwith) OSA Tech. Digest Series Vol. II, p. 180 (1988).

137. "Recent Advances in Photorefractive Phenomena and Application," (Invited Paper) Proc. Topical Meeting on Laser Materials and Laser Spectroscopy, 118-122 (World Scientific Publishing Co., 1988).

138. "Beam Coupling with Photorefractive Materials" (invited paper), SPIE Proc. Vol. 1000, 81-89 (1988).

139. "Photorefractive Nonlinear Optics," Optics News 14, 17 (1988).

140. "Nonlinear Optical Techniques for High Power Coherent Emission from Diode Lasers," (invited paper) (with I. McMichael, M. Khoshnevisan, P. Beckwith and W. Christian) Proc. LEOS Annual Meeting, 472-475 (1988).

141. "Optical Computing," Opto News 17, 5-7 (1988).

142. "Coupled-Mode Theory of Hologram Sharing Model of Mutually Pumped Phase Conjugators," Appl. Opt. 28, 1961-1964 (1989).

143. "Photorefractive Nonlinear Optics" (with T. Chang and M. Khoshnevisan), (Invited Paper), 19th Winter Colloquium on Quantum Electronics, Snowbird, UT, (1989).

144. "Trainable Optical Network for Pattern Recognition," (with J. Hong) OSA Tech. Digest Series, Vol. 9, p. 307-310 (1989).

145. "Energy Efficiency of Optical Interconnection Using Photorefractive Dynamic Holograms," (with A. Chiou), OSA Tech. Digest Series, Vol. 9, p. 128-131 (1989).

146. "Two-Wave Mixing in Resonant Media," (with R. Saxena), Proc. SPIE 1060, 7-12 (1989).

147. "Two Beam Coupling in Electrostrictive Media," (with F. Vachss, I.C. McMichael, M. Khoshnevisan), Proc. SPIE, 1060, 13-19 (1989).

148. "Polarization Preserving Phase Conjugators," (with I.C. McMichael, P.H. Beckwith), (Invited Paper), Proc. SPIE, 1060, 285 (1989).

149. "Mutually Pumped Phase Conjugation in Kerr Media," (With R. Saxena, I.C. McMichael, M. Khoshnevisan), Proc. SPIE, 1060, 74-81 (1989).

150. "Photorefractive Nonlinear Optics at Near-IR Wavelengths," (with P.H. Beckwith, I.C. McMichael, W.R. Christian), Proc. SPIE, 1060, 97-101 (1989).

15
Yeh-CV

151.  "Two-Wave Mixing in Nonlinear Media," (invited paper) IEEE J. Quantum Electron. <u>25</u>, 484-519 (1989).

152.  "Photorefractive Nonlinear Optics and Optical Computing," (With A. Chiou, et al) (Invited Paper), Optical Eng. <u>28</u>, 328-343 (1989).

153.  "Recent Advances in Photorefractive Nonlinear Optics," (Invited Paper), Conference in Lasers and Electro-Optics, OSA Tech. Digest, <u>11</u> , pp. 68-70 (1989).

154.  "Image Degradation Mechanisms in Photorefractive Amplifiers," (With F. Vachss), J. Opt. Soc. Am.  B6, 1834-1844  (1989).

155.  "Photorefractive Spatial Light Modulators," (With J. Hong and S. Campbell) Proc. SPIE, <u>1151</u>, 476-484 (1989).

156.  "Reconfigurable Interconnection using Photorefractive Holograms," (with J. Hong and A. Chiou) Proc. SPIE, <u>1151</u>, 24-32 (1989).

157.  "Photorefractive Conjugators and Applications," (Invited Paper) Australian Conference on Optics, Lasers and Spectroscopy, Adelaide  (1989)

158.  "Optical Auto-Convolution using Photorefractive Four-Wave Mixing," (with A. Chiou) OSA Tech. Digest Series,  <u>18</u>, p. 53 (1989).

159.  "Scaling and Rotation using Ring Resonators," (with A. Chiou) OSA Tech. Digest Series, <u>18</u>, p. 205 (1989).

160.  "Optical Properties of Photorefractive Gratings," (with R. Saxena and F. Vachss), OSA Tech. Digest Series, <u>18</u>, p. 39 (1989).

161.  "Phase Conjugate Oscillators," (with S. Chi, W. Lee and R. Saxena), OSA Tech. Digest Series, <u>18</u>, p. 102 (1989).

162.  "Optical Learning Machines for Pattern Classification," with J. Hong and S. Campbell), OSA Tech. Digest Series, <u>18</u>, p. 129 (1989).

163.  "Diffraction Efficiency of Deep Volume Holograms," (with J. Hong, D. Psaltis and D. Brady), OSA Tech. Digest Series, <u>18</u>, p. 76 (1989).

164.  "Spatial Amplification," (with T. Chang, S. Campbell, and J. Hong), OSA Tech. Digest Series, <u>18</u>, 216-217 (1989).

165.  "Mutually Pumped Phase Conjugation in Kerr Media," (with R. Saxena), OSA Tech. Digest Series, <u>18</u>, p. 82 (1989).

166.    "2-Beam Coupling Gain in Undoped GaAs with Applied DC Electric Field and Moving Gratings," (with D.T. Liu, L.J. Cheng, et al), Opt. Comm. <u>72</u>, 384-386 (1989).

167.    "Diffraction Efficiency of Strong Volume Holograms," (with J. Hong, D. Psaltis and D. Brady), Opt. Lett. <u>15</u>, 344-346 (1990).

168.    "Energy Efficiency of Optical Interconnection using Photorefractive Holograms," (with A. Chiou), Appl. Opt. <u>29</u>, 1111-1117 (1990).

169.    "Mutually-Pumped Phase Conjugation in Kerr Media and the Effects of External Seeding," (with R. Saxena), J. Opt. Soc. Am.  B7, 326-334 (1990).

170.    "Phase Conjugate Fiber-Optic Gyros," (with I. McMichael et al), Tech. Digest, II Topical Meeting on Photorefractive Materials, 346-349 (1990).

171.    "Optical Implementation of Perceptrons using Photorefractive Media," (with J. Hong and S. Campbell), Tech. Digest, II Topical Meeting on Photorefractive Materials, 265-268 (1990).

172.    "Reconfigurable Optical Interconnection using Photorefractive Media," (with A. Chiou), Tech. Digest, II Topical Meeting on Photorefractive Materials, 285-288 (1990).

173.    "Optical Neural Computers," (Invited Paper), Bulletin of American Physical Society, Program of APS March Meeting, <u>35</u>, 743 (1990).

174.    "Nondegenerate Oscillation in Phase Conjugate Mirror with Linear Gain," (with Sien Chi, W.H. Lee and Saxena), Technical Digest CLEO'90, vol. 7, 398-399 (1990).

175.    "Frequency Locking in Ring Double Phase Conjugate Oscillators," (with R. Saxena, et al) Technical Digest CLEO'90, vol. 7, 218 (1990).

176.    "Scaling and Rotation of Optical Images using a Ring Cavities," (with A. Chiou), Appl. Opt.  <u>29</u>, 1584-1586  (1990).

177.    "Nonlinear Optical Techniques for Obtaining Brightness from Diode Lasers,"  (Invited Paper), (with I. McMichael, et al), Proc. SPIE Vol. 1219, 36 (1990).

178.    "Optical Pattern Classifier with Perceptron Learning," (with J. Hong and S. Campbell), Appl. Opt., <u>29</u>, 3019-3025 (1990).

179.    "Diffraction Properties of Multiple-Beam Photorefractive Gratings," (with R. Saxena et al), J. Opt. Soc. Am., <u>B7</u>, 1210-1215 (1990).

180.    "Image Amplification by Two-Wave Mixing in Photorefractive Crystals," (with J. Hong and A. Chiou), Appl. Opt. <u>29</u>, 3026-3029 (1990).

181.  "Theory of Phase-Conjugate Oscillators (I)," (With W.S. Lee, S. Chi and R. Saxena), J. Opt. Soc. Am. B7, 1411-1419 (1990).

182.  "Enhanced Acousto-Optic Diffraction in Electrostrictive Media," (with F. Vachss, I. McMichael and M. Khoshnevisan), J. Opt. Soc. Am., B7, 859-867 (1990).

183.  "Reconfigurable Optical Interconnection using Photorefractive Holograms," (with A. Chiou), Proc. of International Topical Meeting on Optical Computing,  9E2, p.87-88 (1990).

184.  "Adaptive Optical Pattern Classifier," (with J. Hong and S. Campbell), Proc. of International Topical Meeting on Optical Computing, 10F4, p. 266-267 (1990).

185.  "Stimulated Brillouin Scattering Revisited," (with C. Gu) IEEE/LEOS Digest NLO'90, Kauai, HI (July, 1990)

186.  "Symmetry Filters using Optical Correlation and Convolution," (with A. Chiou) Opt. Eng. 29, 1065-1072 (1990).

187.  "Spatial Amplification: an image processing technique using the selective amplification of spatial frequencies," (with T.Y. Chang and J. Hong), Opt. Lett., 15, 743-745 (1990).

188.  "A Photorefractive Square-Law Converter,"  (with F. Vachss and J. Hong) Conference on Optical and Digital GaAs Technologies for Signal Processing Applications, SPIE 1291-09, Orlando, FL (1990)

189.  "Theory of Resonators with One Conventional Mirror and One PCM," (with W.S. Lee, S. Chi and R. Saxena),  ICO'15, Optics in Complex Systems, Garmisch-Partenkirchen, FDR (Aug 5-10, 1990).

190.  "Nonlinear Optical Contra-directional Bragg Scattering in Kerr Media," (with C. Gu), Opt. Lett., 16, 129-131(1991).

191.  "Dynamics of Grating Formation in Photovoltaic Media," (with C. Gu, J. Hong, H. Li, D. Psaltis), J. Appl. Phys., 69, 1167-1172 (1991).

192.  "Dynamics of Refractive Index Changes and Two-Beam Coupling in Resonantly Enhanced Media," (With R. Saxena), Appl. Phys., B 51, 243-253 (1990).

193.  "Diffraction Properties of Fixed Gratings in Photorefractive Media," (with C. Gu) J.  Opt. Soc. AM., B7, 2339-2346 (1990).

194.  "Theory of Phase Conjugate Oscillators Applied to a Phase Conjugate Resonator," (with W.S. Lee, S. Chi, and R. Saxena), OSA Annual Meeting Technical Digest 1990, (Optical Society of America, Washington, DC, 1990) Vol. 15 , pp. 193 .

195.   "Diffraction Properties of Photorefractive Gratings with Polarization Asymmetry between the Write-Read Beams," (with R. Saxena), OSA Annual Meeting Technical Digest 1990,(Optical Society of America, Washington, DC, 1990)  Vol. 15, pp. 280.

196.   "Diffraction Properties of Fixed Gratings in Photorefractive Media," (with C. Gu), OSA Annual Meeting Technical Digest 1990,  (Optical Society of America, Washington, DC, 1990) Vol. 15, pp. 279.

197.   "Dynamics of Grating Formation in Photovoltaic Media," (with C. Gu, J. Hong, H. Li, D. Psaltis),OSA Annual Meeting Technical Digest 1990,  (Optical Society of America, Washington, DC, 1990) Vol. 15,  pp. 216.

198.   "Photorefractive Mode Coupling between Two Uni-directional Ring Oscillators," (with L-K Dai, Y.S. Guo and C. Gu), OSA Annual Meeting Technical Digest 1990, (Optical Society of America, Washington, DC, 1990) Vol. 15 , pp. 192 .

199.   "One-Way Imaging through a Random Phase Aberrator using Real-Time Holography," (with T. Y. Chang, J.H. Hong, R.R. Neurgaonkar and P. Avizonis), OSA Annual Meeting Technical Digest 1990, (Optical Society of America, Washington, DC, 1990) Vol. 15 , pp. 10 .

200.   "Applications of Photorefractive Materials," (in Chinese), Opto News, Vol. 22, 1-4 (1990).

201.   R. Saxena, C. Gu and P. Yeh, "Properties of Photorefractive Gratings with Complex Coupling Constants," J. Opt. Soc. Am., <u>B8</u>, 1047-1052 (1991).

202.   C. Gu and P. Yeh, "Theory of Photorefractive Phase Conjugate Ring Oscillators," J. Opt. Soc. Am., <u>B8</u>, 1428-1432 (1991).

203.   P. Yeh, "Photorefractive Nonlinear Optics," (Invited Paper), LASER'90, December 10-14, San Diego, CA  (1990).

204.   C. Gu and P. Yeh, "Reciprocity Law in Photorefractive Wave Mixing,"  Opt. Lett., <u>16</u>, 455-457 (1991).

205.    W-S. Lee, S. Chi, P. Yeh and R. Saxena, "Theory of Phase-Conjugate Oscillators (II)," J. Opt. Soc. Am. <u>B8</u>, 1421-1427 (1991).

206.   I. McMichael, P. Yeh, M. Khoshnevisan, "Photorefractive Image Processing," 21st Winter Colloquium on Quantum Electronics, January 6-9 (Snowbird, 1991).

207.   P. Yeh, M. Khoshnevisan, T.Y. Chang, J. Hong, R. Neurgaonkar, "One-Way Imaging through a Random Phase Aberrator using Real Time Holography," 21st Winter Colloquium on Quantum Electronics, January 6-9 (Snowbird, UT, 1991).

208.  C. Gu and P. Yeh, "Optical Thresholding and Max Operation," Topical Meeting on Optical Computing, Technical Digest, Vol. 6, 68-71 (Optical Society of America, Washington, DC, 1991).

209.  J. Hong and P. Yeh, "Photorefractive Parallel Matrix-Matrix Multiplier using a Mutually Incoherent Laser Array," Topical Meeting on Optical Computing, Technical Digest, Vol. 6, 160-163 (Optical Society of America, Washington, DC, 1991).

210.  A.E.T. Chiou and P. Yeh, "4 x 4 Photorefractive Reconfigurable Interconnect using Laser Diodes," Topical Meeting on Optical Computing, Technical Digest, Vol. 6, 256-259 (Optical Society of America, Washington, DC, 1991).

211.  Q.C. He, P. Yeh and C. Gu, "Multi-Wave Mixing Model for Mutually Pumped Phase Conjugation," Conference on Laser and Electro-Optics (Optical Society of American, Washington, DC 1991) pp. 26-27.

212.  C. Gu and P. Yeh, "Reciprocity and Constants of Integration in Photorefractive Wave Mixing," Conference on Laser and Electro-Optics (Optical Society of American, Washington, DC 1991) pp. 186-187.

213.  Y. Qiao, D. Psaltis, C. Gu, J. Hong and P. Yeh, "Phase-Locked Sustainment of Photorefractive Holograms using Phase Conjugation," Conference on Laser and Electro-Optics (Optical Society of American, Washington, DC 1991) pp. 328-329.

214.  J. Hong and P. Yeh, "Photorefractive Parallel Matrix-Matrix Multiplier," Opt. Lett., 16, 1343-1345 (1991).

215.  C. Gu and P. Yeh, "Scattering due to Randomly Distributed Charge Particles in Photorefractive Media," Opt. Lett., 16, 1572-1574 (1991).

216.  P. Yeh, C. Gu and J. Hong, "Photorefractive Devices for Optical Information Processing," (Invited Paper) Proc. SPIE Vol. 1562, 32-43 (1991).

217.  Q. He, P. Yeh, S. Campbell, and C. Gu, "Instabilities in Photorefractive Bi-directional Ring Oscillators," Technical Digest on Photorefractive Materials, Effects and Devices 1991, (Optical Society of American, Washington, DC 1991), Vol. 14, pp. 47-50.

218.  L-K. Dai, Y-S. Gou, C. Gu and P. Yeh, "Instabilities in Coupled Photorefractive Ring Cavities and Self-Pumped Phase Conjugators, " Technical Digest on Photorefractive Materials, Effects and Devices 1991, (Optical Society of American, Washington, DC 1991), Vol. 14, pp. 432-435.

219.  Q. He, C. Gu and P. Yeh, "Photorefractive Phase-Conjugate Resonators," OSA Annual Meeting Technical Digest, 1991 (Optical Society of American, Washington, DC 1991) Vol. 17,  pp. 21-22.

220. C. Gu and P. Yeh, "Scattering due to Random Space Charge Field in Photorefractive Crystals, "<u>OSA Annual Meeting Technical Digest, 1991 </u>(Optical Society of American, Washington, DC 1991) Vol. 17, pp.10.

221. A. Chiou, E. Motemadi, P. Yeh and M. Khoshnevisan, "Optical switch using binary gratings," <u>OSA Annual Meeting Technical Digest, 1991 </u>(Optical Society of American, Washington, DC 1991) Vol. 17, pp.134.

222. Y. Qiao, D. Psaltis, C. Gu, J. Hong, P. Yeh and R. R. Neurgaonkar, "Phase-Locked Sustainment of Photorefractive Holograms using Phase Conjugation," J. Appl. Phys. <u>70</u>, 4646-4648 (1991).

223. P. Yeh, "Reconfigurable Optical Interconnection," (Invited Paper) Proc. SPIE Vol. 1582, 3-13 (1991).

224. L.K. Dai, Y.S. Gou, P. Yeh and C. Gu, "Photorefractive Mode Coupling between Two Uni-directional Ring Oscillators," Appl. Phys. <u>B53</u>, 153-159 (1991)

225. P. Yeh and C. Gu, "Photorefractive Media for Optical Interconnection," (Invited Paper) International Journal of Nonlinear Optical Physics, Vol.1, 167-201 (1992).

226. P. Yeh, D. Zhang and C. Gu, "Parallel Subtraction of Fourier Power Spectrum using Holographic Interferometry," Optics Lett. <u>17</u>, 70-72 (1992).

227. Q. He, P. Yeh, C. Gu and R. R. Neurgaonkar, "Multi-grating Competition Effects in Photorefractive Mutually Pumped Phase Conjugation, " J. Opt. Soc. Am., <u>B9</u>, 114-120 (1992).

228. P. Yeh, "Photorefractive Phase Conjugators," (Invited Paper) Proc. IEEE, special issue on Quantum Electronics, <u>80</u>, 436-450 (1992).

229. P. Yeh, C. Gu, D. Zhang, "Parallel Subtraction of Fourier Power Spectrum using NLO Techniques," (Invited Paper), Proc. SPIE, Vol. 1626, 228-237 (1992).

230. C. Gu, R. Saxena, Q.-C. He, L.-C. Huang and P. Yeh, "Self-Pumped Ring Phase Conjugation using Reflection Gratings in Kerr Media," (Invited Paper), Proc. SPIE, Vol. 1626, 243-252 (1992).

231. L.-K. Dai, Y.-S. Gou, C. Gu, and P. Yeh, "Instabilities in Coupled Photorefractive Ring Cavities and Self-Pumped Phase Conjugators, I: Mean-Field Model and Linear Stability Analysis," Appl. Phys. B **54**, 57-70 (1992).

232. L.-K. Dai, Y.-S. Gou, C. Gu, and P. Yeh, "Instabilities in Coupled Photorefractive Ring Cavities and Self-Pumped Phase Conjugators, II: Numerical Results," Appl. Phys. B **54**, 156-166 (1992).

233.    Q. B. He, P. Yeh, and C. Gu, "Analysis of Photorefractive Fabry-Perot Etalon: A Novel Device," Opt. Lett. **17**, 664-666 (1992).

234.    P. Yeh, W. Wu, Q. B. He, and C. Gu, "Quantum Noise in Phase Conjugation via Four-Wave Mixing," in  <u>Conference on Lasers and Electro-Optics, 1992</u> , Vol. 12, OSA Technical Digest Series (Optical Society of America, Washington, D.C. 1992), pp.136-138.

235.    Q. B. He, P. Yeh, and C. Gu, "Photorefractive Fabry-Perot Etalon: A Novel Device," in  <u>Conference on Lasers and Electro-Optics, 1992</u> , Vol. 12, OSA Technical Digest Series (Optical Society of America, Washington, D.C. 1992), pp.56-57.

236.    Q. B. He, D. Zhang, Y. Zhu, and P. Yeh, "Asymmetrical Coupling in Special Cut Photorefractive $BaTiO_3$ Crystals",  in  <u>Conference on Lasers and Electro-Optics,1992</u> , Vol. 12, OSA Technical Digest Series (Optical Society of America, Washington, D.C. 1992), p. 82-83.

237.    W. Wu, Q. B. He, P. Yeh, and C. Gu, "Quantum Noise and Its Reduction in Phase Conjugators," <u>Nonlinear Optics : Materials, Fundamentals, and Applications, Technical Digest Vol. 18</u>, OSA Technical Digest Series  (Optical Society of America, Washington DC, 1992). pp. 163-165.

238.    Q. B. He, P. Yeh, et al., "Fast Photorefractive  Planar Grating in $Fe-LiNbO_3$ Crystals", <u>Nonlinear Optics : Materials, Fundamentals, and Applications, Technical Digest Vol. 18</u>, OSA Technical Digest Series  (Optical Society of America, Washington DC, 1992). pp. 313-315.

239.    A. E. Chiou and Pochi Yeh, "Photorefractive Optical Interconnection with High Speed Reconfiguration,"  in  <u>Conference on Lasers and Electro-Optics, 1992</u> , Vol. 12, OSA Technical Digest Series (Optical Society of America, Washington, D.C. 1992), p. 60-61.

240.    Q. B. He,  and P. Yeh, "Fanning Noise Suppression in Photorefractive Two Wave Mixing," <u>Optical Society of America Annual Meeting, Technical Digest Vol. 23</u>, OSA Technical Digest Series  (Optical Society of America, Washington DC, 1992). pp. 1-1.

241.    Q. B. He, S. Campbell, P. Yeh, and D. Shen,  "Reflection-Grating Based Photorefractive Phase Conjugators and Ring Resonators," <u>Optical Society of America Annual Meeting, Technical Digest Vol. 23</u>, OSA Technical Digest Series  (Optical Society of America, Washington DC, 1992). pp. 1-2.

242.    C. Gu and P. Yeh, "Extended Jones Matrix Method for Gyrotropic Media," <u>Optical Society of America Annual Meeting, Technical Digest Vol. 23</u>, OSA Technical Digest Series  (Optical Society of America, Washington DC, 1992). pp. 86.

243.   C. Gu, J. Hong, and P. Yeh, "Noise gratings in multiplexed photorefractive holograms," Optical Society of America Annual Meeting, Technical Digest Vol. 23, OSA Technical Digest Series (Optical Society of America, Washington DC, 1992). pp. 102.

244.   S. Zhou, Q. B. He, P. Yeh and H. K. Liu, "Spatial Fidelity in Photorefractive Image Amplifiers" Optical Society of America Annual Meeting, Technical Digest Vol. 23, OSA Technical Digest Series (Optical Society of America, Washington DC, 1992). pp. 122.

245.   A. E. T. Chiou and P. Yeh, "A 2 x 8 Reconfigurable Optical Interconnect with GaAs lasers," Appl. Opt., 31, 5536-5541 (1992).

246.   C. Gu, S. Campbell, J. Hong, Q. B. He, D. Zhang, and P. Yeh, "Optical Thresholding and Max Operation," Appl. Opt., 31, 5661-5665 (1992).

247.   L.-K. Dai, C. Gu, and P. Yeh, "Effect of Position Dependent Time Constant on Photorefractive Two-Wave Mixing," J. Opt. Soc. Am. B., 9, 1693-1697 (1992).

248.   C. -J. Cheng, K. Hsu, T. -C. Hsieh and P. Yeh, "An Optical Learning Network with Amplitude Detection," ICO Topical Meeting on Optical Computing (Minsk, 1992)

249.   C. Gu, J. Hong, and P. Yeh, "Diffraction Properties of Momentum Mismatched Gratings in Photorefractive Media," J. Opt. Soc. Am. B. 9, 1473-1479 (1992).

250.   T. Y. Chang, J. H. Hong, S. Campbell, and P. Yeh, "Optical Image Processing by Matched Amplification, " Opt. Lett., 17, 1694-1696 (1992).

251.   S. Zhou, S. Campbell, P. Yeh and H.K. Liu, "Modified-Signed-Digit Optical Computing using Fan-out Elements," Opt. Lett., 17 , 1697-1699 (1992).

252.   P. Yeh, C. Gu and D. Botez, "Optical Properties of Dual-State Fabry-Perot Etalons," Opt. Lett., 17, 1818-1820 (1992).

253.   J. H. Hong, F. Vachss, S. Campbell and P. Yeh, "Photovoltaic Spatial Light Modulator, " J. Appl. Phys. 69, 2835-2840 (1991)**.

254.   P. Yeh, "Optical Pattern Recognition using Photorefractive Media," (Invited Paper), Proc. SPIE. CR-40, 134-150 (1991)**.

255.   P. Yeh and C. Gu, "Photorefractive Neural Networks," Acta Photonica Sinica, 21, 289-299 (1992).

256.   C. Gu, J. Hong, and P. Yeh, "Volume Holographic Storage in Photorefractive Media," (Invited Paper), OCCC'92., Proc. SPIE Vol. 1812, 97-102 (1992).

257.   C. Gu and P. Yeh, "Nonlinear Optical Matrix Multiplier," OE/LASE'93, Proc. SPIE Vol. 1853-28 (1993).

258.   R. Nabiev, X. Yi, P. Yeh and D. Botez, "Self-stabilization of fundamental in-phase mode in resonant antiguided laser arrays," OE-LASE'93, Proc. SPIE  Vol. 1850, 23-36 (1993)

259.   C. Gu, S. Campbell and P. Yeh, "Matrix-Matrix Multiplication by using Grating Degeneracy in Photorefractive Media,"  Opt. Lett., 18, 146-148 (1993).

260.   P. Yeh, S. Campbell and S. Zhou, "Multiwavelength optical half adder," in Optical Computing Technical Digest, 1993 (Optical Society of America, Washington, DC, 1993), Vol. 7, pp.  68-71.

261.   C. Gu, S. Campbell and P. Yeh, "Optical matrix-multiplication using grating degeneracy in photorefractive media," in Optical Computing Technical Digest, 1993 (Optical Society of America, Washington, DC, 1993), Vol. 7, pp.  119-122.

262.   H.K. Liu, S. Zhou and P. Yeh, "Self-amplified beam steering technique for programmable optical interconnections," in Spatial Light Modulators and Applications Technical Digest, 1993 (Optical Society of America, Washington, DC, 1993), Vol. 6, pp.  xx-xx.

263.   S. Zhou, S. Campbell  and P. Yeh, "Optical implementation of the modified signed-digit algorithm," in Optical Computing Technical Digest, 1993 (Optical Society of America, Washington, DC, 1993), Vol. 7, pp.  313-316.

264.   R. F. Nabiev, P. Yeh and D. Botez, "Spatial gap soliton in periodic nonlinear structures," in Integrated Photonics Research Conference Technical Digest, 1993 (Optical Society of America, Washington, DC, 1993), Vol. 10, pp.  312-315.

265.   C. Gu and P. Yeh, "Extended Jones Matrix Method II," J. Opt. Soc. Am., A, 10, 966-973 (1993).

266.   P. Yeh, C. Gu and D. Botez, "Matrix Analysis of Wave Propagation in Real-index Antiguided Arrays," J. Opt. Soc. Am. B., 10, 709-715 (1993).

267.   R. F. Nabiev, P. Yeh and J.J. Sanchez-Mondragon, "Dynamics of the Spontaneous Emission of an Atom into the Photon Density-of-States Gap: Solvable Quantum Electrodynamical Model," Phys. Rev., A-47, 3380-3384 (1993).

268.   R. F. Nabiev, P. Yeh and D. Botez, "Self-stabilization of fundamental in-phase mode in resonant antiguided laser arrays," Appl. Phys. Lett., 62, 916-918 (1993).

269.   R. F. Nabiev, J.J. Sanchez-Mondragon, and P. Yeh, "Dynamics of the Spontaneous Emission of Atoms in One-Dimensional Periodic Dielectric Structure: Solvable Quantum Electrodynamical Model,"  in Quantum Electronics and Laser Science Conference, 1993 OSA Technical Digest Series Vol. 3 (Optical Society of America, Washington, DC, 1993),pp. 231-232.

270.    R. F. Nabiev, D. Botez, C. Zmudzinski, L. J. Mawst and P. Yeh, "Self-stabilization of the fundamental in-phase mode in resonant antiguided laser arrays," Conference on Lasers and Electro-Optics, 1993 Vol. 11, OSA Technical Digest Series (Optical Society of America, Washington, DC 1993), pp. 108-110.

271.    Q. B. He, P. Yeh, X. Ma and D. Shen, "Compact self-pumped phase conjugator in photorefractive Fe:KNbO3," Conference on Lasers and Electro-Optics, 1993 Vol. 11, OSA Technical Digest Series (Optical Society of America, Washington, DC 1993), pp. 526-527.

272.    A. Chiou, P. Yeh, and C. Gu, "Spatial mode conversion in photorefractive fibers," in OSA Annual Meeting Technical Digest, 1993 (Optical Society of America, Washington, DC 1993), Vol. 16, p. 7.

273.    W. Wu, S. Campbell, P. Yeh, "Implementation of a multiwavelength optical full-adder," in OSA Annual Meeting Technical Digest, 1993 (Optical Society of America, Washington, DC 1993), Vol. 16, p. 65.

274.    W. Wu, S. Campbell, S. Zhou, and P. Yeh, "Polarization-based optical logic gates in photorefractive crystals, " in OSA Annual Meeting Technical Digest, 1993 (Optical Society of America, Washington, DC 1993), Vol. 16, p. 65.

275.    P. Yeh, C. Gu and D. Botez, "Matrix-Analysis of dual state waveguide arrays and Fabry-Perot Etalon," in OSA Annual Meeting Technical Digest, 1993 (Optical Society of America, Washington, DC 1993), Vol. 16, pp. 86-87.

276.    S. Zhou, P. Yeh, X. Yang, H.K. Liu, "An effective high-data-throughput optical matrix crossbar network," in OSA Annual Meeting Technical Digest, 1993 (Optical Society of America, Washington, DC 1993), Vol. 16, p. 108.

277.    S. Zhou, P. Yeh, H.K. Liu, "Multichannel fingerprint identification by means of four-wave mixing in a photorefractive crystal," in OSA Annual Meeting Technical Digest, 1993 (Optical Society of America, Washington, DC 1993), Vol. 16, p. 109.

278.    Q. He, X. Yi, P. Yeh, S. Chi, "Optical pulse compression by means of a single mode fiber and phase conjugation," in OSA Annual Meeting Technical Digest, 1993 (Optical Society of America, Washington, DC 1993), Vol. 16, p. 182.

279.    P. Yeh, C. Gu, S. Zhou, and S. Campbell, "Recent Advances in Photorefractive Optical Computing," (Invited Paper), Paper T9, The 8th Conference of the Australian Optical Society, Sydney, February 3-5 (1993).

280.    P. Yeh, "Nonlinear Optics and Computing," (Invited Paper), Second International Summer School and Topical Meeting on Applications of Nonlinear Optics, Prague August 16-20 (1993).

281.  C. Gu and P. Yeh, "Applications of Photorefractive Media in Optical Computing," (Invited Paper), World Optical Conference'93, Shanghai, Aug. 30 - Sept. 3 (1993), paper WeL1, pp. 69-70.

282.  P. Yeh, S. Campbell, and S. Zhou,  "Optical implementation of a multiwavelength half-adder," Opt. Lett., 18, 903-905 (1993).

283.  R. F. Nabiev, P. Yeh, and D. Botez, "Spatial gap solitons in periodic nonlinear structures," Opt. Lett., 18, 1612-1614 (1993).

284.  S. M. Zhou, Q. B. He, P. Yeh, and H.-K. Liu, "Spatial fidelity in photorefractive image amplification," Opt. Comm, 99, 18-24 (1993).

285.  Q. B. He, P. Yeh, L. J. Hu, S. P. Lin, T. S. Yeh, S. L. Tu, S. J. Yang, "Shift-invariant photorefractive joint-transform correlator using Fe:LiNbO$_3$ crystal plates," Appl. Opt., 32, 3113-3115 (1993).

286.  S. M. Zhou, P. Yeh, and H.-K. Liu, "Dynamic 2-dimensional beam-pattern steering technique," Opt. Lett.,  18, 843-845 (1993).

287.  W. Wu, S. Campbell, S. Zhou, P. Yeh, "Polarization-encoded optic logic operations in photorefractive media," Opt. Lett., 18, 1742-1744 (1993).

288.  S. Zhou, S. Campbell, W, Wu, P. Yeh and H.-K. Liu, "Polarization- and space-encoded parallel optical fuzzy logic processor," Opt. Lett., 18, 1831-1833 (1993).

289.  P. Yeh, C. Gu, S. Zhou, and S. Campbell, "Photorefractive Nonlinear Optics for Optical Computing," (Invited Paper) Conference Proceedings of IEEE/LEOS Annual Meeting, 317-319 (San Jose, California, 1993).

290.  A. Chiou, P. Yeh, C. Gu, and R. Neurgaonkar, "Beam Coupling and Spatial Mode Conversion in Photorefractive Planar Waveguide," Conference Proceedings of IEEE/LEOS Annual Meeting, 319-320 (San Jose, California, 1993).

291.  C. Gu, S. Campbell, and P. Yeh, "Optical Matrix Multiplier: Grating Degeneracy Recycled," Optics & Photonics News, 4, 47 (1993).

292.  C. Gu and P. Yeh, "Photorefractive Devices for Optical Neural Networks," Optical Memory and Neural Networks, 2, 185-198, (1993).

293.  Y. Zhu, D. P. Zhang, P. Yeh, and C. Gu, "High Efficiency Photorefractive BaTiO3 Plate for Optical Image Processing," Chinese Science Bulletin, 38, 1424-1427 (1993).

294.  K. Y. Hsu, S. H. Lin and P. Yeh, "Conditional convergence of photorefractive perceptron learning,"  Opt. Lett.,  18, 2135-2137 (1993).

295.    P. Yeh, "Recent advances in photorefractive optical computing," (Invited Paper), III Escula Y Taller Internacionales En Fotonica, IV Encuentro Latinoamericano en Optics, Laseres Y Sus Aplicaciones, Oaxtepec, Mexico, 21 de junio - 2 de julio (1993).

296.    C. Gu, P. Yeh, and D. Botez, "Confined Modes in Dual-State 2-dimensional Waveguides," Opt. Lett. 19, 28-30, (1994).

297.    C. Gu and P. Yeh, "Dynamic equation for the polarization state in inhomogeneous anisotropic media," Appl. Opt., 33, 60-63 (1994).

298.    Q. B. He and P. Yeh, "Fanning noise reduction in photorefractive amplifiers using incoherent erasures," Appl. Opt., 33, 283-287 (1994).

299.    S. Campbell, P. Yeh, Q. B. He, and C. Gu, "Studies of image fidelity during partial phase conjugation,"  Conference on Lasers and Electro-Optics, Vol. 8, 1994 OSA Technical Digest Series (Optical Society of America, Washington, DC  1994), pp. 12-13.

300.    S. Campbell, P. Yeh, and Daofan Zhang, "Photorefractive and thermal fixing properties of 4 mol%-doped lithium niobate,"  Conference on Lasers and Electro-Optics, Vol. 8, 1994 OSA Technical Digest Series (Optical Society of America, Washington, DC  1994), p. 80.

301.    Q. B. He, H.-K. Liu and P. Yeh, "Reflection gratings in the photorefractive mutually pumped phase conjugators,"  Conference on Lasers and Electro-Optics, Vol. 8, 1994 OSA Technical Digest Series (Optical Society of America, Washington, DC  1994), p. 97.

302.    S. Zhou, W. Wu, S. Campbell, P. Yeh and H.-K. Liu, "Modified Signed Digit Arithmetic for Multi-Input Digital Optical Computing," Appl. Opt., 33, 1507-1516 (1994).

303.    W. Wu, S. Campbell, S. Zhou and P. Yeh, "Optical implementation of carry generation for a multiwavelength full adder," Opt. Lett., 19, 646-648 (1994).

304.    C. Gu and P. Yeh, "Partial Phase Conjugation, Fidelity, and Reciprocity," Opt. Commun., 107, 353-357 (1994).

305.    Y. Zhang, S. Campbell, P. Yeh, D. Shen, X. Ma, J. Chen, "Grating response time of photorefractive $KNbO_3:Rb^+$," Proc. 1994 IEEE Conference on Nonlinear Optics, Materials, Fundamentals, and Applications (Waikoloa, Hawaii, July 25-29, 1994), pp. 284-286.

306.    W. Wu, P. Yeh, S. Chi, "Frequency conversion by four-wave mixing in single-mode fibers," Proc. 1994 IEEE Conference on Nonlinear Optics, Materials, Fundamentals, and Applications (Waikoloa, Hawaii, July 25-29, 1994), pp. 332-334.

Exhibit A, Page 33

307.  P. Yeh, C. Gu, C.-J. Cheng, K. Y. Hsu, "Hologram restoration and enhancement in photorefractive media," (Invited Paper) Proc. 1994 IEEE Conference on Nonlinear Optics, Materials, Fundamentals, and Applications (Waikoloa, Hawaii, July 25-29, 1994), pp. 421-423.

308.  S. Campbell, P. Yeh, C. Gu, S. H. Lin, C. -J. Cheng, K. Y. Hsu, "Optical self-enhancement of photorefractive holograms," Proc. 1994 IEEE Conference on Nonlinear Optics, Materials, Fundamentals, and Applications (Waikoloa, Hawaii, July 25-29, 1994), pp. 430-432.

309.  X. Yi, P. Yeh, C. Gu, "Cross-talk noise and storage density in holographic memory," Proc. 1994 IEEE Conference on Nonlinear Optics, Materials, Fundamentals, and Applications (Waikoloa, Hawaii, July 25-29, 1994), pp. 436-438.

310.  Y. Zhang, S. Campbell, P. Yeh, D. Shen, X. Ma and J. Chen, "Submillisecond photorefractive response time of $KNbO_3:Rb^+$," Opt. Lett., 19, 1397-1399 (1994).

311.  X. Yi, P Yeh and C. Gu, "Statistical analysis of cross-talk noise and storage capacity in volume holographic memory," Opt. Lett., 19, 1580-1582 (1994).

312.  C. Yang, Y. Zhang, P. Yeh and Y. Zhu, "Photorefractive Properties of Ce:BaTiO3," paper MSS3, Annual Meeting of the Optical Society of America  (Dallas TX, October 2-7, 1994).

313.  P. Yeh, C. Yang, C. Gu and A. Chiou, "Photorefractive Resonators for Fault-Tolerant Coupling," paper ThC3, Annual Meeting of the Optical Society of America  (Dallas TX, October 2-7, 1994).

314.  P. Yeh and A. Chiou, "Optical Phase Conjugation for Interconnection and Image Processing," Chapter 12 of Real-Time Optical Information Processing, Ed. B. Javidi, p. 475-531 (Academic Press, Inc., 1994).

315.  Q. B. He, S. Campbell, P. Yeh, X. Y. Ma and D. Shen, "Compact Reflection-grating-based phase conjugator in Fe: $KNbO_3$ crystals," Appl. Opt. 33, 4320-4322 (1994).

316.  S. Zhou, W. Wu, S. Campbell, P. Yeh, "Optical Implementation of Fuzzy-Set Reasoning," Appl. Opt. 33, 5335-5347 (1994).

317.  C. J. Cheng, P. Yeh and K. Y. Hsu, "Generalized Perceptron Learning Rule and its Implementations for Photorefractive Neural Networks," J. Opt. Soc. Am., B11, 1619-1624 (1994).

318.  Q. B. He, H. K. Liu and P. Yeh, "Asymmetric Photorefractive Fabry-Perot Etalons," Appl. Phys. B-Lasers and Optics, 59, 467-470 (1994).

319.    W. Wu, P. Yeh and S. Chi, "Phase Conjugation by Four-Wave Mixing in Single-Mode Fibers," Photonics Tech. Lett., <u>6</u>, 1448-1450 (1994).

320.    S. Campbell, X. Yi and P. Yeh, "Hybrid Sparse-wavelength Angle-multiplexed Optical Data Storage System," Opt. Lett., <u>19</u>, 2161-2163 (1994).

321.    J. P. Eblen, Jr., W. J. Gunning, D. Taber, P. Yeh, M. Khoshnevisan, J. Beedy, and L. Hale, "Thin-Film Birefringent Devices Based on Form Birefringence," Proc. SPIE Vol. 2262, 234-245 (1994).

322.    C. Gu and P. Yeh, "Applications of Photorefractive Volume Holography in Optical Computing," Int. J. Nonlinear Optical Physics, <u>3</u>, 317-337 (1994).

323.    J. P. Eblen, Jr., W. J. Gunning, J. Beedy, D. Taber, L. Hale, P. Yeh, and M. Khoshnevisan, "Birefringent Compensators for Normally White TN-LCDs," SID'94 Digest, 245-248 (1994).

324.    P. Yeh and C. Gu, "Photorefractive Nonlinear Optics and Applications," Series in Nonlinear Optics and Optical Physics, Vol.2, Chapter 12, 341-388 (1994).

325.    P. Yeh, "Photorefractive Phase Conjugators and Applications," (Invited Paper) The 55th Autumn Meeting of the Japan Society of Applied Physics, September 19-22, Nagoya, Japan (1994), pp. 1181.

326.    W. Wu, S. Campbell and P. Yeh, "Implementation of an Optical Multiwavelength Full Adder with a Polarization Encoding Scheme," Opt. Lett., <u>20</u>, 79-81 (1995).

327.    S. Zhou, P. Yeh and R. Nabiev, "Optimal design of dual-wavelength multiple beam splitters," Opt. Lett., <u>20</u>, 109-111 (1995).

328.    C. Yang, Y. Zhang, P. Yeh, Y. Zhu and X. Wu, "Photorefractive properties of Ce:BaTiO$_3$ crystals, " Opt. Comm., <u>113</u>, 416-420 (1995).

329.    S. Campbell, P. Yeh, C. Gu and Q. B. He, "Fidelity of image restoration by partial phase conjugation through multimode fibers, " Opt. Comm., <u>114</u>, 50-56 (1995).

330.    Q. B. He and P. Yeh, "Photorefractive mutually pumped phase conjugation with partially coherent beams," Appl. Phys. B 60, 47-50 (1995).

331.    S. Campbell, Y. Zhang, and P. Yeh, "Material Limitations in Volume Holographic Copying," in Optical Computing, Vol 10, 1995, OSA Technical Digest Series (Optical Society of America, Washington DC, 1995), pp. 77-79.

332.    W. Wu, C. Yang, S. Campbell, and P. Yeh, "Photorefractive Optical Fuzzy Logic Processor,"  in Optical Computing, Vol 10, 1995, OSA Technical Digest Series (Optical Society of America, Washington DC, 1995), pp. 186-188.

333.    S. Campbell, X. Yi, and P. Yeh, "Sparse-Wavelength Angularly Multiplexed Volume Holographic Memory," in Optical Computing, Vol 10, 1995, OSA Technical Digest Series (Optical Society of America, Washington DC, 1995), pp. 225-227.

334.    S. Campbell, P. Yeh, C. Gu, S. H. Lin, C-J Cheng, and K. Y Hsu, "Optical Restoration Of Photorefractive Holograms Through Self-Enhanced Diffraction,"  Opt. Lett., 20, 330-332 (1995).

335.    S. Zhou, S. Campbell, P. Yeh, H. K.  Liu, "Two-Stage Modified Signed-Digit Optical Computing By Spatial Data Encoding And Polarization Multiplexing,"  Applied Optics, 34 793-802 (1995).

336.    X. Yi, S.  Campbell, P.  Yeh, and C. Gu, "Statistical Analysis Of Cross-Talk Noise And Storage Capacity In Volume Holographic Memory - Image Plane Holograms," Opt. Lett., 20 779-781 (1995).

337.    W. Wu, C. Yang, S. Campbell, and P. Yeh, "Photorefractive Optical Fuzzy-Logic Processor Based on Grating Degeneracy," Opt. Lett., 20, 922-924 (1995).

338.    A. E. T. Chiou, P. Yeh, C. Yang and C. Gu, "Photorefractive spatial mode converter for multimode-to-single-mode fiber-optic coupling," Opt. Lett., 20, 1125-1127 (1995).

339.    W. Wu and P. Yeh, "Power coupling by four-wave mixing in single mode fibers," Conference on Lasers and Electro-Optics, Vol. 15, 1995 OSA Technical Digest Series (Optical Society of America, Washington, DC., 1995).  pp. 111.

340.    S-H. Shin, S. Campbell and P. Yeh, "Photorefractive properties of magnesium-oxide-doped lithium niobate at elevated temperatures,"  Conference on Lasers and Electro-Optics, Vol. 15, 1995 OSA Technical Digest Series (Optical Society of America, Washington, DC., 1995).  pp. 384.

341.    W. Wu and P. Yeh, " Energy Coupling By Partially Degenerate Four-Wave Mixing In Multichannel Lightwave Systems,"  IEEE Photonics Technology Letters,  Vol. 7,  585-587 (1995).

342.    P. Yeh, "Artificial Birefringent Media for LCD Compensation," Second Mediterranean Workshop and Topical Meeting -- Novel Optical Materials and Applications, (Cetraro, Italy, May 28-June 2, 1995).

343.    S. Campbell, P. Yeh, "Absorption effects in photorefractive volume holographic memory,"  Technical Digest, Photorefractive Materials, Effects, and Devices, Aspen, Colorado, June 11-14 (Optical Society of America, Washington, DC 1995) pp. 128-131.

344. A. Chiou, P. Yeh, C. Yang, and C. Gu, "Multimode to singlemode fiber-optic coupling using mutually-pumped phase conjugation," Technical Digest, Photorefractive Materials, Effects, and Devices, Aspen, Colorado, June 11-14 (Optical Society of America, Washington, DC 1995) pp. 439-442.

345. W. Wu, S. Campbell and P. Yeh, "Implementation of a multiwavelength photorefractive arithmetic logic unit," Technical Digest, Photorefractive Materials, Effects, and Devices, Aspen, Colorado, June 11-14 (Optical Society of America, Washington, DC 1995) pp. 532-535.

346. A. Chiou, P. Yeh, C. Yang, C. Gu, "Photorefractive coupler for fault-tolerant coupling," IEEE Photonics Tech. Lett., 7, 789-791 (1995).

347. S. Campbell, S.-H Lin, X. Yi and P. Yeh, " Photorefractive volume holographic memory systems: approaches, limitations, and requirements," (Invited Paper) Conference on Photorefractive Fiber and Crystal Devices: Materials, Optical Properties, and Applications, Proc. SPIE - Vol.2529, 134-144, San Diego, CA, USA, July 12-13 (1995).

348. C. Gu and P. Yeh, "Form birefringence of layered media and volume gratings," J. Opt. Soc. Am., B, 12, 1094-1099 (1995).

349. S.-H. Lin, P. Yeh, M.-L. Shieh, K. Y. Hsu, and T.-C. Hsieh, "Optimum conditions for high-fidelity holographic storage in photorefractive crystals," (Invited Paper) Conference on Photorefractive Fiber and Crystal Devices: Materials, Optical Properties, and Applications, Proc. SPIE - Vol.2529, 145-156, San Diego, CA, USA, July 12-13 (1995).

350. P. Yeh, "Recent Advances on Photorefractive Nonlinear Optics and Applications," International Conference on Optical Physics and Applications, (Harbin, China, July 17-21, 1995)

351. Y. Lian, S. Lin, S. Campbell, K. Y Hsu, et al, "Polarization-Dependent Mechanism Transformation During Self-Pumped Phase Conjugation In Ce:BaTiO3," Optics Lett. 20, 1683-1685 (1995).

352. P. Yeh, C. Gu, C-J. Cheng, K. Y Hsu, "Hologram Enhancement In Photorefractive Media," Optical Engineering, 34, 2204-2212 (1995).

353. C. Gu and P. Yeh, "Dispersion of form birefringence in periodic media," Paper ThHH2, Annual Meeting of the Optical Society of America (Portland OR, September 10-15, 1995), p. 153.

354. Y. Lian, S. H. Lin, S. Campbell, K. Y. Hsu, P. Yeh, "Polarization dependent mechanism transformation in BaTiO$_3$:Ce self-pumped phase conjugators," Paper ThDDD2, Annual Meeting of the Optical Society of America (Portland OR, September 10-15, 1995), p. 170.

355.  C. Yang, S. H. Lin, Y. Zhang, P. Yeh, and Y. Zhu, "Dark decay of photorefractive gratings in Ce-doped and undoped BaTiO$_3$, Paper ThWW1, Annual Meeting of the Optical Society of America (Portland OR, September 10-15, 1995), p. 164.

356.  C. Yang, S. H. Lin, P. Yeh, and Y. Zhu, "Image resolution and phase conjugation coupling in photorefractive Ce:BaTiO$_3$," Paper ThDDD3, Annual Meeting of the Optical Society of America (Portland OR, September 10-15, 1995), p. 170.

357.  S.C. Delacruz, S. Marcorma, J. Feinberg, Q. B. He, H. K. Liu, and P. Yeh, "Effect of Beam Coherence on Mutually Pumped Phase Conjugators," J. Opt. Soc. Am., B12, 1363-1369 (1995).

358.  X. Yi, P. Yeh, and C. Gu,"Cross-Talk Noise In Volume Holographic Memory With Spherical Reference Beams," Optics Lett., 20, 1812-1814 (1995).

359.  C. Yang, Y. H. Zhang, X. Yi X, P. Yeh, et al, "Intensity-Dependent Absorption and Photorefractive Properties in Cerium-Doped Batio3 Crystals," Journal Of Applied Physics, 78, 4323-4330 (1995).

360.  Z. Wen, S. Campbell, W. Wu and P. Yeh, "Optoelectronic Fuzzy Associative Memory With Controllable Attraction Basin Sizes," Optics Letters, 20, 2125-2127 (1995).

361.  P. Yeh, C. Gu, C. J. Cheng and K. Y. Hsu, "Optical Restoration of Photorefractive Holograms," Applied Physics B-Lasers and Optics, 61 ,511-514 (1995).

362.  W. Wu; Q. B. He, P. Yeh, and C. Gu, "$\chi^{(3)}$ Scattering Noises In Nonlinear Optical Phase Conjugation," Applied Physics B-Lasers And Optics, 61,611-618 (1995).

363.  P. Yeh, "Hybrid Volume Holographic Memory in Photorefractive Media," (Invited Paper), LEOS'95, Paper NLO10.2, IEEE Laser and Electro-Optics Society Annual Meeting, San Francisco, CA (1995).

364.  P. Yeh, "Photorefractive Nonlinear Optics and Neural Networks," The Cecil Conference and Seminar Series on Optical Computing and Neural Networks, (Gothenburg, Sweden, November 13-15, 1995).

365.  S. Campbell, Y. H. Zhang and P. Yeh, "Writing And Copying In Volume Holographic Memories - Approaches And Analysis," Optics Communications, 123, 27-33 (1996).

366.  C. Gu and P. Yeh,"Form birefringence dispersion in periodic layered media," Opt. Lett., 21, 504-506 (1996).

367.  S. Campbell, and P. Yeh, "Sparse-wavelength Angle-multiplexed Volume Holographic Memory System: Analysis and Advances, " Appl. Opt. 35, 2380-2388 (1996).

32
Yeh-CV

368.    L.Z. Cai, Y. H. Jin, S. M. Zhou, P. Yeh and H. K. Liu, " Translation Sensitivity Adjustable Compact Optical Correlator And Its Application For Fingerprint Recognition," Optical Engineering, 35, 415-422 (1996).

369.    S. Campbell, S. H. Lin, X. Yi, P. Yeh, "Smart Scheduling Algorithm for Volume Holographic Memories," International Topical Meeting on Optical Computing, Paper OWC17  (Sendai, Japan, 1996).

370.    X. Yi, C. Yang, S. H. Lin, P. Yeh, and C. Gu, "Cross-Talk Noise and Storage Density of Volume Holographic Memory with Spectral Hole Burning Materials," International Topical Meeting on Optical Computing, Paper OWC18 (Sendai, Japan, 1996).

371.    W. Wu, and P. Yeh, "Multiwavelength Optical Information Processing," International Topical Meeting on Optical Computing, Paper OWC47 (Sendai, Japan, 1996).

372.    P. Yeh, "Reviving Dying Holograms," International Symposium on Holographic Memories, (Athens, Greece, May 12-14, 1996).

373.    P. Yeh, "Photorefractive Nonlinear Optics and Applications," Taipei International Symposium on Recent Development of New Technologies, (Taipei, Taiwan, June 2-5, 1996).

374.    X. Yi, S.-H Lin, P. Yeh, and K. Hsu, "Contradirectional two-wave mixing with partially coherent waves in photorefractive crystals, " Technical Digest of CLEO'96 (1966), p. 116-117.

375.    P. Yeh and X. Yi, "Cross-talk noise in volume holographic memory," Annual Meeting of The International Society of Optical Engineering, Proc. SPIE Vol.  2849, 96-113 (1996).

376.    W. Wu and P. Yeh, "Multiwavelength optical computing using optical wave mixing in photorefractive media, " Nonlinear Optics Topical Meeting, NLO'96, Paper NTuA1, (July 8-12, 1996).

378.    X. Yi, C. Yang, S. Lin, P. Yeh, "Spectral-hole-and-angle multiplexed volume holographic memory,"  Nonlinear Optics Topical Meeting, NLO'96, JTuC5, (July 8-12, 1996).

379.    X. Yi, C. Yang, P. Yeh, "Two-wave mixing with partially coherent waves in photorefractive crystals,"  Nonlinear Optics Topical Meeting, NLO'96,  NThA2, (July 8-12, 1996).

380.    X. Yi, S. H. Lin, P. Yeh and K. Y. Hsu, "Contradirectional Two-Wave Mixing With Partially Coherent Waves In Photorefractive Crystals," Opt. Lett., Vol. 21 No. 15, 1123-1125 (Aug 1, 1996).

381.    S. H. Lin, Y.  Lian, P. Yeh, K. Y. Hsu et al, "2k-Grating-Assisted Self-Pumped Phase
        Conjugation - Theoretical And Experimental Studies," J. Opt. Soc. Am. B-Optical
        Physics, Vol. 13, No. 8, 1772-1779, (Aug 1996).

382.    Z. Wen, P. Yeh and X. Yang, "Fuzzy Neural Network For Invariant Optical Pattern
        Recognition," Optical Engineering, Vol. 35, No. 8, 2188-2195 (Aug 1996).

383.    Z. Wen, P. Yeh and X. Yang, "Modified Two-Dimensional Hamming Neural Network
        And Its Optical Implementation using Dammann Gratings," Opt. Eng., Vol. 35, No. 8,
        2136-2144 (Aug 1996).

384.    S. H. Shin, S. Campbell and P. Yeh, "Spatial Differentiation Of Optical Images Using
        Selective Erasure Of Photorefractive Holograms," Opt. Comm., V130 N1-3:20-24, (Sept
        15, 1996).

385.    C. Yang, W. Wu and P. Yeh, "Implementation of a Novel Optical Half-Adder," Opt.
        Comm., Vol. 131, No. 13, 21-24 (Oct 15 1996).

386.    X. Yi, S.-H. Lin, and P. Yeh, "General solution of contradirectional two-wave mixing
        with partially coherent waves in photorefractive crystals,"  1996 OSA Annual Meeting
        (Rochester, NY, October 21-25, 1996).

387.    X. Yi and P. Yeh, "Co-directional two-wave mixing with partially coherent waves in
        photorefractive crystals,"  1996 OSA Annual Meeting (Rochester, NY, October 21-25,
        1996).

388.    J-N. Duan, T. Kojima, Y. Sun and P. Yeh, "Dispersion properties of photorefractive
        gratings," 1996 OSA Annual Meeting (Rochester, NY, October 21-25, 1996)

389.    X. Yi, Y. Lian, and P. Yeh, "Diffraction of partially coherent light from fixed 2k-gratings
        in photorefractive media,"  1996 OSA Annual Meeting (Rochester, NY, October 21-25,
        1996).

390.    Y. Lian, M. Zhao and P. Yeh, "Effect of 2k-gratings in photorefractive phase
        conjugators,"  1996 OSA Annual Meeting (Rochester, NY, October 21-25, 1996).

391.    S. Campbell, S. H. Lin, X. Yi, and P. Yeh, "Absorption Effects In Photorefractive
        Volume-Holographic Memory Systems.1. Beam Depletion," J. Opt. Soc. Am. B-Optical
        Physics, Vol. 13, No. 10, 2209-2217 (Oct 1996).

392.    S. Campbell, S. H. Lin, X. Yi and P. Yeh, "Absorption Effects In Photorefractive
        Volume-Holographic Memory Systems.2. Material Heating," J. Opt. Soc. Am. B-Optical
        Physics, Vol. 13, N10, 2218-2228 (Oct 1996).

393.    L. Z. Cai, P. Yeh and H. K. Liu, "Mean Fringe Contrast, Optimum Beam Ratio And Maximum Diffraction Efficiency For Volume Gratings Written By Coupled Waves," Opt. Comm., Vol. 132, No. 1-2, 48-54 (Nov 15 1996).

394.    W. Wu, S. Campbell, and P. Yeh, " Implementation of a Photorefractive Arithmetic Logic Unit for Multiwavelength Information Processing," J. Opt. Soc. Am. B-Optical Physics, V13, N11:2549-2557 (1996)

395.    C. Yang and P. Yeh, "Form Birefringence Of Volume Gratings In Photopolymers," Applied Physics Letters, V69 N23:3468-3470 (Dec. 2, 1996)

397.    Z. Wen, C. Yang, S. Zhou and P. Yeh, et al, "A Multichannel Optical Processor Combining Space, Polarization and Wavelength Multiplexing," Optik, Vol. 104 No. 2, 72-80, (Dec. 1996).

398.    C. Yang and P. Yeh, "Artificial Uniaxial and Biaxial Dielectrics with the Use of Gratings," J. Appl. Phys., V81 N1:23-29 (Jan. 1997).

399.    Z. Weng, P. Yeh and X. Yang, "Optoelectronic Three-Layer Feed-Forward Perceptron With Enhanced Local-Input-Fault-Tolerances," Opt. Comm., V135 N4-6:203-206, (Feb. 1997).

400.    X. Yi, C. Yang, P. Yeh, S. Lin, K. Y. Hsu, "General solution of contradirectional two-wave mixing with partially coherent waves in photorefractive crystals, " J. Opt. Soc. Am., B, Vol. 14, No. 6, 1396-1406 (1997).

401.    R. S. Zhou, Z. Wen, S. Campbell, W. Wu and P. Yeh, "Optical implementation of Fuzzy Logic Operations,"  Proc. SPIE Vol. 3165, 58-73 (1997).

402.    X. Yi and P. Yeh, "Phase conjugation through turbulent atmosphere," 1997 OSA Annual Meeting (Long Beach, CA, October 13-17, 1997), paper MJJ4.

403.    R. Wang and P. Yeh, "Optical power limiting via both two-wave mixing and beam fanning in BaTiO3 crystals," 1997 OSA Annual Meeting (Long Beach, CA, October 13-17, 1997), paper ThFF24.

404.    X. Yi, P. Yeh and S. Campbell, "Effect of thermal expansion on holographic memory," 1997 OSA Annual Meeting (Long Beach, CA, October 13-17, 1997), paper FK4.

405.    T. Kojima, S. Hayakawa, I. Seo and P. Yeh, "Diffraction properties of molecular oriented polymer gratings,"  1997 OSA Annual Meeting (Long Beach, CA, October 13-17, 1997), paper FK6.

407.    H. Chang and P. Yeh, "Noise of coupled phase-locked semiconductor laser arrays," 1997 OSA Annual Meeting (Long Beach, CA, October 13-17, 1997), paper WQ2.

408.    P. Yeh, "Optical properties of general twisted-nematic LCDs," J. Soc. Info. Displays, Vol. 5, 289-292 (1997).

409.    X. Yi and P. Yeh, "Two-wave mixing with partially coherent waves in high-speed photorefractive media, " J. Opt. Soc. Am., B, Vol. 14, No. 11, 2885-2894 (1997).

410.    P. Yeh, "Nonlinear Optical Wave Mixing with Partially Coherent Waves," (Invited Paper) Waseda International Symposium on Phase Conjugation and Wave Mixing, June 9-10, 1997 (Waseda University, Tokyo, Japan).

411.    P. Yeh, "Recent Advances in Photorefractive Nonlinear Optics,"  (Invited Paper) CLEO/Pacific Rim'97 (July 14-18, Tokyo, Japan, 1997).

412.    P. Yeh, "Spontaneous Emission in Periodic Layered Structures,"  (Invited Paper) The 15-th Annual Symposium on Surface Physics and Spectrocopy  (August, Taiwan, 1997)

413.    X. Yi and P. Yeh, "Effect of partial  coherence on phase conjuagtion," Opt. Comm., Vol. 147, N1-3, 126-130 (1998).

414.    X. Shen, R. Wang, J. Zhao, X. Yi and P. Yeh, "Recording of High Harmonic Gratings in Photorefractive Media," Nonlinear Optics'98,  Materials, Fundamentals and Applications (Kauai, Hawaii,  August 9-14, 1998).

415.    M. Yokota and P. Yeh, "Scattering Noise Reduction in Phase Conjugators via Photo-induced Density Redistribution in Atomic Vapors,"  Nonlinear Optics'98,  Materials, Fundamentals and Applications (Kauai, Hawaii,  August 9-14, 1998).

416.    J. Zhao, X. Yi, X. Shen, R. Wang and P. Yeh, "Four-Wave Mixing with Partially Coherent Waves in Photorefractive Crystals: (I) Transmission Grating Approximation," (Invited Paper), Nonlinear Optics'98,  Materials, Fundamentals and Applications (Kauai, Hawaii,  August 9-14, 1998).

417.    X. Shen,  J. Zhao, R. Wang, P. Yeh, S. Zhang and H. Chen "Photorefractive properties of Cu:KNSBN crystal with fluorine replacing oxygen," Opt. Lett., Vol. 23, 1253-1255 (1998).

418.    P. Yeh and C. Gu, "Birefringent Optical Compensators for TN-LCDs," (Invited Paper), Proc. SPIE Vol. 3421, p. 224-235, Display Technologies II, Fang-Chen Luo; Shin-Tson Wu; Shunsuke, Kobayashi; Eds. (1998).

419.    P. Yeh, "Recent Advances in Photorefractive Nonlinear Optics," (Invited Paper), Topical Meeting of the International Commission for Optics, OII'98 (Optics for Information Infrastructure), (August 3-6, 1998, Tianjin, China).

420.   P. Yeh, "Recording of High Harmonic Index Gratings in Photorefractive Media," (Invited Paper), Conference on Photorefractive Materials: Phenomena and Related Applications, Photonics China'98 (September 16-19, 1998, Beijing, China), Paper 3554-34.

421.   R. Wang and P. Yeh, "High linear transmission optical limiter activated with second-harmonic waves," Optical Society Annual Meeting (October 4-9, 1998), paper ThPP6.

422.   M. Yokota and P. Yeh, "Reduction of Rayleigh scattering in nonlinear optical phase conjugators by photo-induced density redistribution in atomic vapors," J. Opt. Soc. Am., Vol. A-105, 2678-2683 (1998).

423.   P. Yeh, X. Shen, R. Wang, J. Zhao, X. Yi, "High Harmonic Gratings in Photorefractive Media," (Invited Paper), 1998 International Photonics Conference (December 15-18, 1998, Taipei, Taiwan), Paper W-S4-B1.

424.   P. Yeh, "Effect of grating detuning in volume holographic data storage," (Invited Paper) NSIC International Workshop on Holographic Data Storage, (Nice, France, March 8-11, 1999).

425.   X. Shen, J. Zhao, R. Wang, X. Yi and P. Yeh, "Recording of second harmonic index gratings in photorefractive KNSBN crystals," Opt. Lett., Vol. 24, 312-314 (1999).

426.   R. Wang and P. Yeh, "All Optical Pulse Generators for Neural Networks," Proc. SPIE Vol. 3715, 'Optical Pattern Recognition X,' paper 3715-04 (Orlando, April 5-9, 1999).

427.   X. Yi, P. Yeh and J. Hong, "Photonic Bandgap Structures in Thin Film Waveguides," (Invited Paper),  International Microwave and Optoelectronics Conference (Rio de Janeiro, August 9-12, 1999).

428.   H. C. Chang, A. Borgioli, P. Yeh and R. A. York, "Analysis of Oscillators with External Feedback Loop for Improved Locking Range and Noise Reduction," IEEE Trans. Microwave Theory and Techniques, Vol. 47, No. 8, 1535-1543 (1999).

429.   X. Yi and P. Yeh, "Effect of grating detuning in holographic memory," (Invited Paper), CLEO Pacific Rim, paper FK2 (Seoul, Korea, September, 1999).

430.   X. Yi, P. Yeh, C. Gu and S. Campbell, "Cross talk in holographic memory," (Invited Paper), Proc. IEEE, Vol. 87, No. 11, 1912-1930 (November 1999).

431.   P. Yeh, "Viewing Quality Improvement in Liquid Crystal Display," Editorial, Displays, Vol. 20, No. 5, 209 (1999).

432.   C. Gu and P. Yeh, "Extended Jones matrix method and its application in the analysis of compensators for liquid crystal displays," Displays, (Invited Paper), Vol. 20, 237-257 (1999).

433.  P. Yeh and C. Gu,  ", International Liquid Crystal Symposium, (Invited Paper), (Hsinchu, Taiwan, December 1999).

434.  X. Yi, P. Yeh and C. Gu, "Cross Talk in Volume Holographic Memory,"  Chapter 7, Photorefractive Optics, page 177-231 (Academic Press, 2000).

435.  R. Wang, X. Yi, P. Yeh and H. Chang, "All-Optical pulse generator using nonlinear interference filters," Conference on Laser and Electro-optics (CLEO), Paper CTuJ6 (San Francisco, CA., May, 2000).

436.  X. Yi, P. Yeh and J. Hong, "Nonexistence of surface waves on selected surface of a 2D photonics crystal," Conference on Laser and Electro-optics (CLEO), Paper QTuG6 (San Francisco, CA., May, 2000).

437.  J. Zhao, P. Yeh, M. Khoshnevisan, and I. McMichael, "Diffraction properties of vector synthetic volume index gratings," J. Opt. Soc. Am., B, Vol. 17, No. 6, 898-903 (2000).

438.  H-T. Jan, S. Chi and P. Yeh, "Theory of mode coupling in a photorefractive crystal waveguide," J. Opt. Soc. Am., B, Vol. 17, No. 7, 1176-1181 (2000).

439.  P. Yeh, S. H. Lin, K. Y. Hsu, "Measurement of group velocity of light in a volume-index grating of photorefractive LiNbO3 crystals," Technocal Digest, "Nonlinear Optics: Materials, Fundamentals and Applications," Paper TuB13 (Kauai, Hawaii, August 7-10, 2000).

440.  C. Gu, P. Yeh, X. Yi, and J. Hong, "Fundamental Noise Sources in Volume Holographic Storage," Book Chapter in Holographic Data Storage,   H. Coufal, D. Psaltis and G. Sincerbox, eds.,  p. 63-88, (Springer Verlag, 2000)

441.  S. H. Lin, K. Y. Hsu and P. Yeh, "Experimental observation of the slowdown of optical beams by a volume-index grating in a photorefractive LiNbO3 crystal," Opt. Lett., Vol. 25, No. 21, 1582-1584 (2000).

442.  P. Yeh and C. Gu, "Symmetry of viewing characteristics of liquid crystal displays and split compensator configurations," Displays, 21, 31-38, 2000.

443.  P. Yeh, "Flat-Top Filters for DWDM applications," (Invited Paper), 2nd International Photonics Conference (IPC'2000), (Hsinchu, Taiwan, December 12-15, 2000).

444.  P. Yeh and M. Paukshto, "E-Type Polarizers," (Invited Paper), International Liquid Crystal Symposium," (Invited Paper), (Tainan, Taiwan, December 2000).

445.  X. Yi and P. Yeh, "Nonexistence of well-confined surface waves on obliquely-cut surfaces of 1D photonic crystals," J. Opt. Soc. Am., B/Vol. 18, No. 3, 352-357 (March, 2001).

446.    P. Yeh, "Compensators for Viewing Quality Improvement in LCDs," (Invited Paper), Conference on Optoelectronics and Optical Communications (COOC'2001), (Muju, Korea, May 17-18, 2001).

447.    P. Yeh, "Thin Film Compensators for Viewing Quality Improvement in LCDs," (Invited Paper), 20-th Anniversary Symposium on Optoelectronics, (Hsinchu, Taiwan, May 22-24, 2001).

448.    P. Yeh and M. Paukshto, "Molecular crystalline thin film E-polarizer," Mol. Materials, Vol. 14, pp. 1-19 (2001).

449.    X. Yi and P. Yeh, " Wave Mixing in Photorefractive Media," Book chapter in *Progress in Photorefractive Nonlinear Optics*, Ed. Kazuo Kuroda, page 133-186 (Taylor & Francis, Inc., 2002).

450.    P. Yeh, "Optical and Photonic Components for DWDM Optical Networks," (Invited Paper), 2002 Workshop on Optical Networking, (Hsinchu, Taiwan, March 27-28, 2002).

451.    S.H. Lin, M.L. Hsieh, Ken Y, Hsu, T.C. Hsieh and Pochi Yeh, "Optical Neural Networks" Book chapter  in *Progress in Photorefractive Nonlinear Optics*, Ed. Kazuo Kuroda, page 283-312 (Taylor & Francis, Inc., 2002).

452.    P. Yeh, "Photonic Components for DWDM Optical Networks," Invited Paper, International Conference on Optoelectronics Lasers and Applications (ICOLA'2002) (Jakarta, Indonesia, October 2-3, 2002)

453.    P. Yeh, "Recent advances in Dispersion Compensation for Optical Networks," (Invited Paper), 2003 Workshop on Optical Networking, (Hsinchu, Taiwan, March 19-20, 2003).

454.    C-H Hsieh, R. Wang, Z. Wen, I. McMichael, Pochi Yeh, C-W Lee, and W-H Cheng, "Flat-Top Interleavers Using Two Gires–Tournois Etalons as Phase-Dispersive Mirrors in a Michelson Interferometer," IEEE Photonics Technology Letters, Vol. 15, no. 2, page 242-244 (2003)

455.    P. Yeh, "Photonics and Lightwave Technology for DWDM Optical Network," Plenary Talk, International Photonics Technology Conference (Seoul, Korea, September 2-4, 2003).

456.    P. Yeh, "Recent development in Dispersion Compensation Modules for Optical Communication Networks," (Invited Paper), 2004 Workshop on Optical Networking, (Hsinchu, Taiwan, March 24-25, 2004).

457.    H. Yang, Y. Hu, K. Xie, C. Li and Pochi Yeh, "Simulation design for radial Bragg fiber," IEEE Communications, Circuits and Systems, Volume: 1, Pages:617 - 620  (2004)

458.    C.H. Hsieh, C.W. Lee, S.Y. Huang, R. Wang, P. Yeh, and W.H. Cheng, "Flat-Top and Low-Dispersion Interleavers Using Gires-Tournois Etalons as Phase Dispersive Mirrors in a Michelson Interferometer," Optics Communications, 237, 285-293 (2004).

459.    Y-J. Seo, W-S. Lee and Pochi Yeh , "Improvements of oxide-chemical mechanical polishing performances and aging effect of alumina and silica mixed abrasive slurries," Microelectronic Engineering 75, 361 –366 (2004).

460.    P. Yeh, "Photonics Technologies and Applications in Communications and Displays," Symposium on Photonics and Nano-Technology, Plenary Speech, Chiao Tung University, Taiwan  (December 13, 2004).

461.    Chao-Wei Lee, Ruibo Wang, Pochi Yeh, Chao-Hsing Hsieh, Wood-Hi Cheng, "Birefringent interleavers using ring cavity as phase dispersion element," Optics Letters, Vol. 30, Issue 10, pp. 1102-1104 (May 2005).

462.    P. Yeh, "Photonics Technologies for Optical Communications," Plenary Talk, 2005 International Symposium on Communications (ISCOM 2005) Kaohsiung, Taiwan (November 20-22, 2005).

463.    P. Yeh, "Photonics Technologies: A Bright Future," Plenary Talk, Symposium on Photonics and Nano-Technology, Chiao Tung University, Taiwan  (December 16, 2005).

464.    Chao-Wei Lee, Ruibo Wang, Pochi Yeh and Wood-Hi Cheng , "A flat-top birefringent interleaver based on ring-cavity architecture," Optics Communications, Volume 260, Issue 1, 1 April 2006, Pages 311-317 (2006)

465.    Chao-Wei Lee, Ruibo Wang, Pochi Yeh, Wood-Hi Cheng, " A New Architecture for Birefringent Optical Interleaver Using a Ring Resonator as a Phase-Dispersion Element," paper CFC9, CLEO'2006 (Long Beach, California May 2006)

466.    C. -W. Lee, R. Wang, P. Yeh, and W. -H. Cheng, "Sagnac interferometer based flat-top birefringent interleaver ," Opt. Express 14, 4636-4643 (2006)

467.    Pochi Yeh, Short Course on "Fundamentals of Display Optics," SID'2006 (San Francisco, California, June 2006).

468.    C.W. Lee, R. Wang, P. Yeh, and W.H. Cheng, "A Sagnac Interferometer Based Flat-top Birefringent Interleaver Using Ring Cavity," The 11-th OptoElectronics and Communications Conference (OECC'2006), paper 5B4-3 (Kaohsiung, Taiwan, July 3-7, 2006).

469.    Pochi Yeh, "Sixth-wave plates as thin film compensators for liquid crystal displays," (Invited Paper), The 11-th OptoElectronics and Communications Conference (OECC'2006), paper 4A2-2 (Kaohsiung, Taiwan, July 3-7, 2006).

470.  P. Yeh, R. Liu, K. Hsu and S. Lin, "Non-absorptive polarizers with chirped periodic birefringent layered structures," 5-th International Conference on Optics-Photonics Design and Fabrication (ODF'2006), Paper 7PS2-07 (December 6-8, 2006, Nara, Japan)

471.  C. W. Lee, R. Wang, P. Yeh, W-H. Cheng, "A New Scheme of Birefringent Optical Interleaver Employing Ring Cavity as Phase-Dispersion Element," Paper No. JTuA30, CLEO/QELS (May 6-11, 2007, Baltimore, MD)

472.  W-C. Hung, W-H. Cheng, M-S. Tsai, Y-C. Juan, I-M. Jiang, and P. Yeh, "Surface plasmon enhanced diffraction in cholesteric liquid crystals," Appl. Phys. Lett. 90, 183115 (2007).

473.  Pochi Yeh, Short Course on "Fundamentals of Display Optics," SID'2007 (Long Beach, California, May 2007).

474.  C. Gu, P. Yeh, X. Yang and G. Jin, "Wide Viewing Angle and High Brightness Liquid Crystal Displays Incorporating Birefringent Compensators and Energy-Efficient Backlight," Chapter 6 in "Mobile Displays Technology and Applications," A. Bhowmik, Z. Li, and P. Bos Eds., Pages 133-210 (John Wiley & Sons, Ltd, 2008).

475.  S-M. Yeh, D. J-Y. Feng, Y-C. Huang, T-S. Lay, S-L. Huang, P. Yeh, and W-H. Cheng, "Mode matching and insertion loss in ultra-broadband Cr-doped multimode fibers," Opt. Lett., Vol. 33, No. 8, 785-787 (2008).

476.  Wen-Chi Huang, Pochi Yeh and Wood-Hi Cheng, "Diffraction property of cholesteric liquid crystal grating", Paper JWA88, Conference on Lasers and Electro-Optics, (May 4-9, San Jose, CA 2008).

477.  Pochi Yeh, Short Course on "Fundamentals of Display Optics," SID'2008 (Los Angeles, California, May 2008).

478.  P. Yeh, "Thin Film Design for Liquid Crystal Displays," Plenary Talk, 6-th International Conference on Optics-Photonics Design and Fabrication (ODF'2008), Paper 9PL-03 (June 9-11, 2008, Taipei, Taiwan)

479.  Y.K. Lu, S.T. Lin, S.M. Yeh, P. Yeh, and W.H. Cheng, "Wavefront Measurement with Large Dynamic Range on High-Power Diode Laser, " to appear in Opt. Letts. , 2008

Part II.  Books and Edited Volumes

1.  "*Optical Waves in Crystals*" (with A. Yariv), Textbook in Advanced Optics (Wiley, New York, 1984).

2.  "Solid State Optical Control Devices," SPIE Proc. 464 (Bellingham, WA 1984).

3.      "Nonlinear Optics and Applications," SPIE Proc. <u>613</u>, (Bellingham, WA, 1986).

4.      "*Optical Waves in Layered Media,*" Textbook in Advanced Optics, (Wiley, New York, 1988).

5.      "Phase Conjugate Optics," (in Chinese), Electro-Optics Technical Book Series No. 20, (Electro-Optics Committee, Executive Yuan, Taiwan, 1991).

6.      "*Introduction to Photorefractive Nonlinear Optics*," Textbook in Advanced Optics, (Wiley, 1993).

7.      "Photorefractive Materials, Effects, and Applications," Critical Reviews of Optical Science and Technology, Volume CR48 (The International Society of Optical Engineering, Bellingham, WA, 1993).

8.      "Landmark Papers on Photorefractive Nonlinear Optics," (World Scientific, 1995).

9.      "*Optics of Liquid Crystal Displays*," (with C. Gu), Textbook in LCDs, (Wiley, New York, 1999).

10.     "*Photonics: Optical electronics for modern communications*," (with A. Yariv), (Oxford University Press, January 2006).

# EXHIBIT B

0.0  01

Home | Sitemap | Vendor Portal | Chi Mei Group | Contact    ▸ ▯ ▯ ▯ ▯   ▸ ▯ ▯

About Us    **Products**    Technology    Investor Relations    Careers    M



Exquisitely Crafted LCD Panels

# 42"H1(V420H1)

**Products Overview**

**LCD TV Panels**

**Notebook Panels**

**Monitor Panels**

**AV & Mobile Panels**

**Medical Display Panels**

**Special-application Panels**

Products >> LCD TV Panels >> 42"H1(V420H1)

| Model Name | V420H1 |
|---|---|
| Panel Size | 42" |
| Technology | LCS MVA |
| Resolution | 1920x1080 |
| Number of Pixels | 2.1M x (R,G,B) |
| Pixel Pitch(mm) | 0.4845 |
| PPI | 52 |
| Active Area(mm) | 930.2x523.3 |
| Outline(mm) (w/inverter) | 983x576x52.3 |
| Luminance(nits) | 500 |
| View Angle (U/D/R/L,CR>20) | 88/88/88/88 |
| Contrast Ratio | 2000:1 |
| Color Depth | 8bit (16.7M) |
| Color Gamut (NTSC) | 72% |
| Response Time(ms) | 6.5 (Gray to Gray) |
| Weight (g) | 13300 |
| Power Consumption(W) | 170W |
| Electrical Interface | 2ch LVDS |

Legal Info | Privacy    Chi Mei Optoelectronics
*Leading global producer of LCD panels*

# EXHIBIT C

# 42LG60

## 42" CLASS LCD 1080P HDTV
### (42.0" diagonal)

- Full HD 1080p Resolution
- 50,000:1 Dynamic Contrast Ratio
- TruMotion 120Hz
- 4x HDMI™ V.1.3 with Deep Color
- Intelligent Sensor
- 24p Real Cinema
- AV Mode (Cinema, Sports, Game)
- Clear Voice
- LG SimpLink™ Connectivity
- Invisible Speaker System
- USB 2.0 (JPEG, MP3)
- ISFccc





### FULL HD 1080P RESOLUTION
Displays HDTV programs in full 1920 x 1080p resolution for a more detailed picture.

### TRUMOTION 120HZ
Advance 120Hz panel provides clearer, smoother images, even during fast action scenes creating a more stable structure for a crisper picture.

### INTELLIGENT SENSOR
Unlike other sensors which can only sense brightness of ambient light, LG's "Intelligent Sensor" uses 4,096 sensing steps to evaluate its surroundings.  Using a sophisticated algorithm, the LG processes picture quality elements including brightness, contrast, color, sharpness and white balance.  The result is a picture optimized for it's surroundings, more pleasing to watch and which can also save up to 50% in power consumption.

### 24P REAL CINEMA
Hi-def movies run at the 24 frames per second speed that they were originally filmed in, making your home-cinema experience one step closer to a "Real Cinema" experience.

### CLEAR VOICE TECHNOLOGY
Automatically enhances and amplifies the sound of human voice frequency range to help keep dialogue audible when background noise swells.

         
       

# 42LG60

**LCD 1080P HDTV**
*42" Class (42.0" diagonal)*

## TECHNICAL SPECIFICATIONS

### LCD PANEL
| | |
|---|---|
| Native Display Resolution | 1920 x 1080p |
| Brightness (cd/m²) | 500 |
| Dynamic Contrast Ratio | 50,000:1 |
| Viewing Angle | 178° x 178° |
| Response Time (Grey to Grey) | 4ms |
| Wide Color Control | • |
| TruMotion 120Hz | • |
| Life Span (Typical) | 60,000 hours |

### BROADCASTING SYSTEM
| | |
|---|---|
| Analog | • |
| ATSC/NTSC/Clear QAM | • |

### VIDEO
| | |
|---|---|
| XD Engine™ | • |
| Aspect Ratio | 16:9 |
| Aspect Ratio Correction | 6 Modes |
| Just Scan (1:1 Pixel Matching) | |
|   - HDMI™ | 1080p/1080i/720p |
|   - Component | 1080p/1080i/720p |
|   - RF | 1080i/720p |
| Enhanced Line Doubler | • |
| Enhanced Noise Reduction (Video Noise Filter) | • (3D & MPEG) |
| Color Temperature Control | 4 Modes |
| Black Stretcher (Black Level Enhancer) | • |
| 24p Cinema (Film Mode) | 5:5/3:2 |
| Picture Reset | • |
| AV Mode (Picture & Sound) | 3 Modes |
| Picture Selection Mode | 8 Modes |
| ISFccc | • |
| Intelligent Sensor Mode | • |
| DTV Signal Strength Indicator | • |

### AUDIO
| | |
|---|---|
| Mono/Stereo/Dual (MTS/SAP) | • |
| Audio Outout Power (Watts - THD 10%) | 10W + 10W |
| Speaker System Details | 2 Way 4 System (Invisible Speaker) |
| Dolby® Digital Decoder | • |
| Surround System Type | SRS TruSurround XT™ |
| Bass/Treble/Balance Controls | • |
| Auto Volume Leveler | • |
| Sound Mode | 4 Modes |
| Mute | • |

### SPECIAL FEATURES
| | |
|---|---|
| Intelligent Sensor | • |
| 1080P Source Input | |
|   - HDMI | 60p/30p/24p |
|   - Component | 60p/30p/24p |
|   - RGB | 60p |
| A/V Input Navigation | • |
| Auto Navigation | • |
| Input Labeling | • |
| Quick View (Previous Channel) | • |
| TruMotion 120Hz Demo On/Off | • |
| Picture Still / Freeze | • |
| Clear Voice (On/Off) | • |
| Quick Setup Guide | • |
| Parental Control w/V-Chip | • |
| Key Lock | • |
| Closed Caption | • |
| LG SimpLink™ (HDMI CEC) | • |
| Trilingual Menus | English/French/Spanish |
| EZ Menus (High Performance Interface) | • |
| Channel Add/Delete | • |
| Favorite Channel | • |
| Auto Clock | • |
| Manual Clock | • |
| On/Off Timer | • |
| Sleep Timer | • |
| Auto Off (When no video is present) | • |

### SIDE AUDIO/VIDEO INPUTS/OUTPUTS
| | |
|---|---|
| L/R Audio/Composite Video In | 1 |
| HDMI/HDCP In | 1 |
| USB 2.0 (Music and Photos only) | 1 (JPEG/MP3) |

### REAR AUDIO/VIDEO INPUTS/OUTPUTS
| | |
|---|---|
| RF In (Antenna/Cable) | 1 |

### REAR AUDIO/VIDEO INPUTS/OUTPUTS (CONTINUED)
| | |
|---|---|
| L/R Audio Out | 1 |
| HD Component Video In (Y,Pb,Pr) + L/R Audio | 2 |
| Digital Audio Out | 2 (1 Coaxial/1 Optical) |
| HDMI/HDCP Input | 3 (V.1.3 with Deep Color) |
| RGB In (D-Sub 15pin) - PC | 1 |
| PC Audio Input | 1 |
| RS-232c In (Control/Service) | 1 |
| Remote Control In (IR) | 1 |

### CABINET/ACCESSORIES
| | |
|---|---|
| Cabinet Style | Table Top |
| Cabinet Color | Glossy Piano-black |
| Remote Control Type | Universal |
| Stand Swivel (degrees) | 20° / 20° |
| VESA® Compatible (W x H) | 200mm x 200mm |

### POWER
| | |
|---|---|
| Consumption (Typical) | n/a |
| Stand-by Consumption | >1 W |
| Energy Star Compliant | • |

### SPECIFICATIONS
| | |
|---|---|
| Dimensions w/out stand (W x H x D) | 40.9" x 29.4" x 2.4" |
| Weight w/out stand | 45.0 lbs |
| Dimensions w/stand (W x H x D) | 40.9" x 31.3" x 14.9" |
| Weight w/stand | 53.1 lbs |
| Dimensions w/packaging (W x H x D) | n/a |
| Weight in package | 63.9 lbs |
| UPC | 719192173118 |
| Limited Warranty | 1 Year Parts/Labor |

## DIMENSIONS/REMOTE/INPUTS/OUTPUTS



**LG Electronics U.S.A., Inc.** • 1000 Sylvan Avenue Englewood Cliffs, NJ 07632
**Customer Service and Technical Support: (800) 243-0000** • LGusa.com
© 2008 LG Electronics U.S.A., Inc., Englewood Cliffs, NJ. All rights reserved. "LG Life's Good" is a registered trademark of LG Corp.
All other trademarks are the property of their respective owners. Design, features and specifications subject to change without notice. 03/18/08



Life's Good

# EXHIBIT D

0.0 01



Register Login Contact Us

A-Z Index | Shop by brand | Show ex vat prices

Keyword / Item# Search

Items: 0 | Total: £0.

Home Computers Sound & Vision Components Photo Peripherals Networking Software Office Home & Leisure Consu

DEALS OF THE DAY Check out over 50 of our BEST deals !

Sound & Vision » Televisions » 20" TVs » Product Details

Add to My Catalogue View Printable Version

**Samsung SM2032MW 20" LCD TV/Monitor HDTV Ready 1680x1050 1000:1 300cd/m2 RGB/DVI-D/HDMI PIP 3 Years Onsite Warranty Award Winning Monitor/TV**

**Free Delivery**

Gallery

**£202.60** inc vat

1 BUY

**Bookmark & Share**

manufacturer #: LS20PMASF/EDC | quickfind code: **132112** | **232** in stock | 124 reviews / write a review

**Overview**

**Compare Products**

**Specifications**

**Essential Extras**

**Alternative Products**

**Add to Catalogue**

## Presales Advice

For further assistance on choosing your TV you can call us Monday to Friday 9AM - 7PM on **0872 111 2222**

The Digital Switchover has started. Are you ready for the switch? For more information, click here

## Overview

### Stuff Magazine Hot Buy - 5 Stars Award

**the best of both worlds..**

The SAMSUNG Pebble SM2032MW is a truly stunning widescreen TV Monitor with sleek piano black curves and a crystal clear display. It is the perfect solution to all your digital entertainment needs, with convenient connections for DVD players and game consoles. Plus, with an embedded TV tuner and a superb sound system, you can watch TV with or without a PC in any area of your home or work environment.

key specifications

- Screen Size : 20" Widescreen
- Resolution : 1680 x 1050
- Brightness : 300cd/?
- Contrast Ratio : 1,000:1

Television Picture Features

- Viewable area: 20" wide (16:10)
- Pixel Pitch(mm): 0.258
- Brightness(cd/m2)(typ.): 300 cd/m2
- Contrast Ratio(typ.): 1000:01:00
- Viewing Angle(H/V): 160°/160° (CR>10)
- Response Time(ms)(typ.): 5
- Horizontal Frequency(kHz): 30-81
- Vertical Frequency(Hz): 56-75
- Maximum Resolution: 1680x1050
- Color Supported: 16.7 Mil.
- Plug & Play: DDC 1/2B

- Built-in PAL Tuner
- HDTV Ready

Connectivity
- Analog RGB
- DVI
- HDMI
- Composite
- S-video
- Component
- SCART
- PAL Tuner
- Separate H/V
- Composite

Sound Features
- Type: Built-in
- Multimedia Speakers: 3Wx2ch

Additional Features
- Power Cord
- Audio cable
- Remote Control
- RGB Cable
- Stand Type: Ball Hinge Type
- Function: Simple Stand
- Weight: Set(kg): 5.3/Packing(kg): 6.9
- Set (W*H*D)(mm) (with stand): 493x419x209
- Set (W*H*D)(mm) (w/o stand): 493x368x70
- Packing (W*H*D)(mm): 570x444x140

## Specifications

| Specification | Value |
| --- | --- |
| Product Description | Samsung SyncMaster 2032MW - flat panel display - TFT - 20" |
| Device Type | Flat panel display / TFT active matrix |
| Colour | Shining black |
| Dimensions (WxDxH) | 49.3 cm x 20.9 cm x 41.9 cm |
| Weight | 5.5 kg |
| Diagonal Size | 20" - widescreen |
| Dot Pitch / Pixel Pitch | 0.258 mm |
| Max Resolution | 1680 x 1050 |
| Display Positions Adjustments | Tilt |
| Colour support | 24-bit (16.7 million colours) |
| Response Time | 5 ms |
| Image Brightness | 300 cd/m2 |
| Image Contrast Ratio | 1000:1 / 3000:1 (dynamic) |
| Digital Video Standard | Digital Visual Interface (DVI), High-Definition Multimedia Interface (HDMI) |
| Video Output | TV tuner |
| Audio Output | Speaker(s) - stereo - integrated |
| Signal Input | HDMI, DVI-D, VGA |
| Compliant Standards | CE, DDC-2B, ISO 13406-2, RoHS |
| Power Consumption Operational | 55 Watt |
| Environmental Standards | EPA Energy Star |

View extended Specifications

**Contact Information**

Exhibit D, Page 53

| Site Help | Deliveries & Returns | Service & Support |
|---|---|---|
| Site map | Delivery tracking | Contacting Ebuyer |
| Careers at Ebuyer | Delivery prices | First time visitors |
| | eNotes | Account |
| | Returns | Payment methods |
| | Free Recycling (WEEE) | Ordering |
| | Terms & Conditions | About us |

© Copyright Ebuyer UK LTD 2001-2008 - All rights reserved

    

Exhibit D, Page 54