## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

LG DISPLAY CO., LTD.,

       Plaintiff,

   v.

CHI MEI OPTOELECTRONICS
CORPORATION, et al.

       Defendants.

Civil Action No. 06-726 (JJF)
Civil Action No. 07-357 (JJF)

CONSOLIDATED CASES

## DECLARATION OF ADRIAN P.J. MOLLO, ESQ. IN SUPPORT OF
## OPENING CLAIM CONSTRUCTION BRIEF OF
## PLAINTIFF LG DISPLAY CO., LTD.

I, Adrian P. Mollo, Esq. declare under penalty of perjury as follows:

1. I am a partner with the McKenna Long & Aldridge LLP. I have personal
knowledge of the facts stated in this declaration, and if called as a witness, could competently
testify to them. I make this declaration in support of the Opening Claim Construction Brief of
LG Display Co., Ltd. ("LGD").

2. Attached as Exhibit L-1 is a is a true and correct copy of LGD's proposed
construction of disputed terms from U.S. Patent No. 5,019,002, together with true and
accurate excerpts from LGD's evidence (with select emphasis added in the form of
highlighting) in support of its proposed constructions.

3. Attached as Exhibit L-2(a) is a true and correct copy of the June 13, 2006
Claim Construction Order, issued in the matter of *LG.Philips LCD Co., Ltd. v. Chunghwa
Picture Tubes Ltd., et al.*, C.A. No. 05-292-JJF.

4.      Attached as Exhibit L-2(b) is a true and correct copy of the June 13, 2006 Claim Construction Memorandum, issued in the matter of *LG.Philips LCD Co., Ltd. v. Chunghwa Picture Tubes Ltd., et al.*, C.A. No. 05-292-JJF.

5.      Attached as Exhibit L-2(c) is a true and correct copy of U.S. Patent No. 4,820,222.

6.      Attached as Exhibit L-2(d) is a true and correct copy of the definition of "resistance," as published in the 1980 edition of the Merriam-Webster Dictionary.

7.      Attached as Exhibit L-3 is a is a true and correct copy of LGD's proposed construction of disputed terms from U.S. Patent No. 4,624,737, together with true and accurate excerpts from LGD's evidence (with select emphasis added in the form of highlighting) in support of its proposed constructions.

8.      Attached as Exhibit L-4(a) is a true and correct copy of the April 5, 2003 Claim Construction Order, issued in the matter of *LG.Philips LCD Co., Ltd. v. Tatung Co. of America, et al.*, Case No. CV 02-6775 CBM (JTLx) (C.D. Cal.).

9.      Attached as Exhibit L-4(b) are true and correct excerpts from the December 23, 2003 "Second Revised Joint Claim Construction Statement" filed in the matter of *LG.Philips LCD Co., Ltd. v. Tatung Co. of America, et al.*, Case No. CV 02-6775 CBM (JTLx) (C.D. Cal.).

10.      Attached as Exhibit L-4(c) is a true and correct copy of the definition of "forming," as published in the 1980 edition of the Merriam-Webster Dictionary.

11.      Attached as Exhibit L-5 is a is a true and correct copy of LGD's proposed construction of disputed terms from U.S. Patent No. 5,825,449, together with true and

accurate excerpts from LGD's evidence (with select emphasis added in the form of highlighting) in support of its proposed constructions.

12.    Attached as Exhibit L-6(a) is a true and correct copy of the April 5, 2003 Claim Construction Order, issued in the matter of *LG.Philips LCD Co., Ltd. v. Tatung Co. of America, et al.*, Case No. CV 02-6775 CBM (JTLx) (C.D. Cal.).

13.    Attached as Exhibit L-6(b) are true and correct excerpts from the December 23, 2003 "Second Revised Joint Claim Construction Statement" filed in the matter of *LG.Philips LCD Co., Ltd. v. Tatung Co. of America, et al.*, Case No. CV 02-6775 CBM (JTLx) (C.D. Cal.).

14.    Attached as Exhibit L-6(c) is a true and correct copy of the definition of "one," as published in the 1994 edition of the Merriam-Webster Dictionary.

15.    Attached as Exhibit L-6(d) is a true and correct copy of the definition of "bonding pad," as published in the 1998 edition of the Penguin Dictionary of Electronics, 3rd Ed.

16.    Attached as Exhibit L-6(e) is a true and correct copy of the October 23, 2006 Claim Construction Order, issued in the matter of *LG.Philips LCD Co., Ltd. v. Tatung Co. of America, et al.*, Case No. CV 02-6775 CBM (JTLx) (C.D. Cal.).

17.    Attached as Exhibit L-7 is a is a true and correct copy of LGD's proposed construction of disputed terms from U.S. Patent No. 5,905,274, together with true and accurate excerpts from LGD's evidence (with select emphasis added in the form of highlighting) in support of its proposed constructions.

18.    Attached as Exhibit L-8(a) is a true and correct copy of an excerpt of the prosecution history of U.S. Patent No. 6,340,610.

19.    Attached as Exhibit L-9 is a is a true and correct copy of LGD's proposed construction of disputed terms from U.S. Patent No. 6,815,321, together with true and accurate excerpts from LGD's evidence (with select emphasis added in the form of highlighting) in support of its proposed constructions.

20.    Attached as Exhibit L-10 is a is a true and correct copy of LGD's proposed construction of disputed terms from U.S. Patent No. 7,176,489, together with true and accurate excerpts from LGD's evidence (with select emphasis added in the form of highlighting) in support of its proposed constructions.

21.    Attached as Exhibit L-11 is a is a true and correct copy of LGD's proposed construction of disputed terms from U.S. Patent No. 6,664,569, together with true and accurate excerpts from LGD's evidence (with select emphasis added in the form of highlighting) in support of its proposed constructions.

22.    Attached as Exhibit L-12 is a is a true and correct copy of LGD's proposed construction of disputed terms from U.S. Patent No. 7,218,374, together with true and accurate excerpts from LGD's evidence (with select emphasis added in the form of highlighting) in support of its proposed constructions.

23.    Attached as Exhibit L-13(a) is a true and correct copy of the definition of "contiguous," as published in the 1994 edition of the Merriam-Webster Dictionary.

24.    Attached as Exhibit L-13(b) is a true and correct copy of the definition of "continuous," as published in the 1994 edition of the Merriam-Webster Dictionary.

25.    Attached as Exhibit L-13(c) is a true and correct copy of the definition of "preparing," as published in the 1994 edition of the Merriam-Webster Dictionary.

4

26.    Attached as Exhibit L-14 is a is a true and correct copy of LGD's proposed construction of disputed terms from U.S. Patent No. 6,803,984, together with true and accurate excerpts from LGD's evidence (with select emphasis added in the form of highlighting) in support of its proposed constructions.

27.    Attached as Exhibit L-15(a) is a true and correct copy of the definition of "line," as published in the 1994 edition of the Merriam-Webster Dictionary.

28.    Attached as Exhibit L-15(b) is a true and correct copy of the definition of "portion," as published in the 1994 edition of the Merriam-Webster Dictionary.

29.    Attached as Exhibit L-15(c) is a true and correct copy of the definition of "step," as published in the 1994 edition of the Merriam-Webster Dictionary.

30.    Attached as Exhibit L-15(d) is a true and correct copy of the definition of "serial," as published in the 1994 edition of the Merriam-Webster Dictionary.

31.    Attached as Exhibit L-15(e) is a true and correct copy of the definition of "assembling," as published in the 1994 edition of the Merriam-Webster Dictionary.

32.    Attached as Exhibit L-16 is a is a true and correct copy of LGD's proposed construction of disputed terms from U.S. Patent No. 7,101,069, together with true and accurate excerpts from LGD's evidence (with select emphasis added in the form of highlighting) in support of its proposed constructions.

33.    Attached as Exhibit L-17 is a is a true and correct copy of LGD's proposed construction of disputed terms from U.S. Patent No. 6,976,781, together with true and accurate excerpts from LGD's evidence (with select emphasis added in the form of highlighting) in support of its proposed constructions.

34.    Attached as Exhibit L-18 is a is a true and correct copy of LGD's proposed construction of disputed terms from U.S. Patent No. 7,125,157, together with true and accurate excerpts from LGD's evidence (with select emphasis added in the form of highlighting) in support of its proposed constructions.

35.    Attached as Exhibit L-19(a) is a true and correct copy of the definition of "adjacent," as published in the 1994 edition of the Merriam-Webster Dictionary.

36.    Attached as Exhibit L-19(b) is a true and correct copy of the definition of "contact," as published in the 1994 edition of the Merriam-Webster Dictionary.

37.    Attached as Exhibit L-19(c) is a true and correct copy of the definition of "opposite," as published in the 1994 edition of the Merriam-Webster Dictionary.

38.    Attached as Exhibit L-20 is a is a true and correct copy of LGD's proposed construction of disputed terms from U.S. Patent No. 6,689,629, together with true and accurate excerpts from LGD's evidence (with select emphasis added in the form of highlighting) in support of its proposed constructions.

39.    Attached as Exhibit L-21(a) is a true and correct copy of the definition of "dummy," as published in the 2000 edition of "The Authoritative Dictionary of IEEE Standards Terms (Seventh Edition)".

40.    Attached as Exhibit L-22 is a is a true and correct copy of LGD's proposed construction of disputed terms from U.S. Patent No. 5,748,266, together with true and accurate excerpts from LGD's evidence (with select emphasis added in the form of highlighting) in support of its proposed constructions.

41.    Attached as Exhibit L-23 is a is a true and correct copy of LGD's proposed construction of disputed terms from U.S. Patent No. 6,734,944, together with true and

accurate excerpts from LGD's evidence (with select emphasis added in the form of highlighting) in support of its proposed constructions.

42.    Attached as Exhibit L-24 is a is a true and correct copy of LGD's proposed construction of disputed terms from U.S. Patent No. 6,778,160, together with true and accurate excerpts from LGD's evidence (with select emphasis added in the form of highlighting) in support of its proposed constructions.

43.    Attached as Exhibit L-25 is a is a true and correct copy of LGD's proposed construction of disputed terms from U.S. Patent No. 7,090,506, together with true and accurate excerpts from LGD's evidence (with select emphasis added in the form of highlighting) in support of its proposed constructions.

44.    Attached as Exhibit L-26 is a is a true and correct copy of LGD's proposed construction of disputed terms from U.S. Patent No. 6,734,926, together with true and accurate excerpts from LGD's evidence (with select emphasis added in the form of highlighting) in support of its proposed constructions.

45.    Attached as Exhibit L-27 is a true and correct copy of the definition of "gap," as published in the 1994 edition of the Merriam-Webster Dictionary.

46.    Attached as Exhibit L-28 is a is a true and correct copy of LGD's proposed construction of disputed terms from U.S. Patent No. 6,134,092, together with true and accurate excerpts from LGD's evidence (with select emphasis added in the form of highlighting) in support of its proposed constructions.

47.    Attached as Exhibit L-29 is a true and correct copy of the definition of "diffuse," as published in the 1994 edition of the Merriam-Webster Dictionary.

48.    Attached as Exhibit L-30 is a is a true and correct copy of LGD's proposed construction of disputed terms from U.S. Patent No. 6,013,923, together with true and accurate excerpts from LGD's evidence (with select emphasis added in the form of highlighting) in support of its proposed constructions.

49.    Attached as Exhibit L-31 is a true and correct copy of the definition of "short circuit," as published in the 1994 edition of the Merriam-Webster Dictionary.

50.    Attached as Exhibit L-32 is a is a true and correct copy of LGD's proposed construction of disputed terms from U.S. Patent No. 5,619,352, together with true and accurate excerpts from LGD's evidence (with select emphasis added in the form of highlighting) in support of its proposed constructions.

51.    Attached as Exhibit L-33 is a is a true and correct copy of LGD's proposed construction of disputed terms from U.S. Patent No. 6,008,786, together with true and accurate excerpts from LGD's evidence (with select emphasis added in the form of highlighting) in support of its proposed constructions.

52.    Attached as Exhibit L-34 is a is a true and correct copy of LGD's proposed construction of disputed terms from U.S. Patent No. 7,280,179, together with true and accurate excerpts from LGD's evidence (with select emphasis added in the form of highlighting) in support of its proposed constructions.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 11th day of August, 2008.

Adrian P.J. Mollo

# EXHIBIT L-1

# Ex. L-1
## LGD US Patent No. 5,019,002

### Index of Disputed Terms

| Claim Terms | Page |
|---|---|
| substrate | 16 |
| forming a pattern of pixels on said substrate | 16 |
| forming a plurality of row and column intersecting pixel activation lines | 22 |
| interconnecting substantially all of said row lines to one another and substantially all of said column lines to one another | 1 |
| interconnecting | 1 |
| substantially all | 1 |
| row lines | 22 |
| column lines | 22 |
| row and column lines | 22 |
| outer electrostatic discharge guard ring | 1 |
| resistance | 1 |
| to provide protection from electrostatic discharges between said row and column activation lines during manufacture of the displays | 24 |
| protection from electrostatic discharges | 24 |
| row and column activation lines | 22 |
| removing said outer guard ring and row and column interconnections | 33 |
| removing | 33 |
| inner electrostatic discharge guard ring | 24 |
| shunt switching elements | 16 |

**EXHIBIT L-1**
**U.S. PATENT NO. 5,019,002**
**TERMS IN DISPUTE**

| ASSERTED CLAIM 1 | LGD's Claim Construction |
|---|---|
| **1.** A method of manufacturing active matrix display backplanes and displays therefrom, comprising:<br>    providing a substrate;<br>    forming a pattern of pixels on said substrate;<br><br>~<br><br>forming a plurality of row and column intersecting<br>    pixel activation lines, interconnecting substantially<br>    all of said row lines to one another and substan-<br>    tially all of said column lines to one another;<br>forming an outer electrostatic discharge guard ring<br>    on said substrate coupled to said interconnected<br>    row and column lines via a resistance to provide<br>    protection from electrostatic discharges between<br>    said row and column activation lines during manu-<br>    facture of the displays; and<br>removing said outer guard ring and row and column<br>    interconnections prior to completion of the display. | **interconnecting substantially all of said row lines to one another and substantially all of said column lines to one another** - electrically connecting with conductive material all or nearly all row lines to at least one other row line and electrically connecting with conductive material all or nearly all of the column lines to at least one other column line<br><br>**interconnecting** - electrically connecting with conductive material<br><br>**substantially all** - all or nearly all<br><br>**outer electrostatic discharge guard ring** – a closed or open ring, or open L or C-shaped line, outside the active matrix display to provide protection from electrostatic discharge<br><br>**resistance** - a circuit component designed to provide opposition to electric current flowing through itself and to minimize current surge in the TFT array from electrostatic discharge |

EX ____
1

## INTRINSIC EVIDENCE FOR DISPUTED TERM "INTERCONNECTING SUBSTANTIALLY ALL OF SAID ROW LINES TO ONE ANOTHER AND SUBSTANTIALLY ALL OF SAID COLUMN LINES TO ONE ANOTHER":

Flat panel displays are manufactured to be substantially free of such distortion. In the manufacture of flat panel displays the circuit elements are deposited and patterned, generally by photolithography, on a substrate, such as glass. The elements are deposited and etched in stages to build a device having a matrix of perpendicular rows and columns of circuit control lines with a pixel contact and control element between the control line rows and columns. The pixel contact has a medium thereon which is a substance that either glows (active) or changes its response to ambient light (passive) when a threshold voltage is applied across the medium control element. The medium can be a liquid

1:34-46

EX ____
2

**INTRINSIC EVIDENCE FOR DISPUTED TERM
"INTERCONNECTING SUBSTANTIALLY ALL OF SAID ROW
LINES TO ONE ANOTHER AND SUBSTANTIALLY ALL OF SAID
COLUMN LINES TO ONE ANOTHER" (cont'd):**



*FIG. 4*

contact pad **84** at one edge of the display **70**. A second
column (source) line or bus **86** connects the subpixels **76**
and **80** and all other column subpixel pairs in the second
half of each of the pixels to the column or source
contact pad **84**. The bus lines **82** and **86** are intercon-
nected (shorted) at or before the pad **84** and are inter-
connected (shorted) at the opposite ends by a line or
short **88**.

5:61-68

the pixels to the row pad **92**. The bus lines **90** and **94** are
interconnected (shorted) at or before the pad **92** and are
interconnected (shorted) at the opposite ends by a line
or short **96**.

    In a like manner, each of the other subpixel pairs are
connected in columns to respective column (source)
pads **98** and **100**, etc. The pads **84**, **98** and **100** are illus-

6:6-12

EX ____
3

**INTRINSIC EVIDENCE FOR DISPUTED TERM
"INTERCONNECTING SUBSTANTIALLY ALL OF SAID ROW
LINES TO ONE ANOTHER AND SUBSTANTIALLY ALL OF SAID
COLUMN LINES TO ONE ANOTHER" (cont'd)**

To avoid the fatal defect of the multiple open lines, as also disclosed in U.S. Ser. No. 948,224, the redundant row and column bus lines can be further interconnected at each subpixel. Each pair of the column bus lines **82** and **86** are additionally interconnected between each of the subpixels **74**, **78**, etc. by respective lines or shorts. In

6:38-43

The ESD preventive structure can also include an outer ESD guard ring **200**, best illustrated in FIG. **7**. Only one corner portion **202** of the display and guard ring **200** is illustrated. While the display is being manufactured, the outer guard ring **200** is connected to all of one of the source and gate pads (not illustrated), which pads are serially connected together via jumpers outside of scribe lines **204** and **206**. A corner pad **208** is con-

8:1-8

Modification and variations of the present invention are possible in light of the above teachings. The transistors **22** or other types of two or three terminal switching devices can be utilized with the invention. The amorphous silicon alloy semiconductor material **54**, could be any of numerous types of materials such as CdSe or GaAs materials. The ESD guard rings can be utilized separately or together with all types of active element matrix displays and not just those illustrated. The shunt transistors **146**, **194** and **222**, etc. also can be formed as other active switching elements, such as diodes. It is

8:49-59

EX ____
4

## INTRINSIC EVIDENCE FOR DISPUTED TERM "INTERCONNECTING":



FIG. 4

contact pad **84** at one edge of the display **70**. A second
column (source) line or bus **86** connects the subpixels **76**
and **80** and all other column subpixel pairs in the second
half of each of the pixels to the column or source
contact pad **84**. The bus lines **82** and **86** are intercon-
nected (shorted) at or before the pad **84** and are inter-
connected (shorted) at the opposite ends by a line or
short **88**.

5:61-68

the pixels to the row pad **92**. The bus lines **90** and **94** are
interconnected (shorted) at or before the pad **92** and are
interconnected (shorted) at the opposite ends by a line
or short **96**.

   In a like manner, each of the other subpixel pairs are
connected in columns to respective column (source)
pads **98** and **100**, etc. The pads **84, 98** and **100** are illus-

6:6-12

EX ____

5

## INTRINSIC EVIDENCE FOR DISPUTED TERM
## "INTERCONNECTING" (cont'd):

The ESD preventive structure can also include an outer ESD guard ring **200**, best illustrated in FIG. **7**. Only one corner portion **202** of the display and guard ring **200** is illustrated. While the display is being manufactured, the outer guard ring **200** is connected to all of one of the source and gate pads (not illustrated), which pads are serially connected together via jumpers outside of scribe lines **204** and **206**. A corner pad **208** is con-

8:1-8

view of Hyneeek or Harrison and Mack et al. Tuan discloses an electro-static discharge protection network with interconnecting resistance elements but does not teach means for removing the same at the completion of the device manufacture. Harrison teaches an external buffer net-

Appl. No. 07/218,312, OA mailed 03/31/89, p. 3

Harrison and Mack. Tuan in Fig. 5(a) is concerned with electrostatic discharge protection of an active matrix display. The resistive stripes 70 are not however removable as required by independent claims 1 and 19, as noted by the Examiner. The

Appl. No. 07/218,312, 07/12/1990 Proposed Response, p. 2

EX ____

6

## INTRINSIC EVIDENCE FOR DISPUTED TERM "INTERCONNECTING" (cont'd):



FIG. 5(a)

The two major advantages of this configuration are: first, the resistive stripe 46 may be fabricated simultaneously with the deposition of the n+ a-Si:H source and drain layers; and, second, that the resistive stripe is located on the substrate at a location where it will not compete for real estate. It should be understood that the resistive stripe may be fabricated of lightly doped or undoped a-Si:H if desired, in order to be consistent with, and to be deposited simultaneously with, other device layers. N+ a-Si:H is particularly appealing because its resistivity is approximately $10^2$ ohm-cm and in thin film form it is not uncommon to make resistors in the range of $10^7$ to $10^9$ ohms.

USP 4,803,536, 4:45-57

then to the display electrode 50. All the source lines (S$_1$ to S$_N$) and all the gates lines (G$_1$ to G$_N$) are shown connected together with suitable resistors, for example, n+ a-Si:H resistive stripes 70. By following the principles of resistive value selection set forth above, a protective network will be effected which will protect the gate dielectrics of all the switching transistors from electrostatic discharge but will have no effect on normal operation.

USP 4,803,536, 5:30-39

EX ____

7

## INTRINSIC EVIDENCE FOR DISPUTED TERM "SUBSTANTIALLY ALL":



FIG. 4

contact pad **84** at one edge of the display **70**. A second column (source) line or bus **86** connects the subpixels **76** and **80** and all other column subpixel pairs in the second half of each of the pixels to the column or source contact pad **84**. The bus lines **82** and **86** are interconnected (shorted) at or before the pad **84** and are interconnected (shorted) at the opposite ends by a line or short **88**.

5:61-68

the pixels to the row pad **92**. The bus lines **90** and **94** are interconnected (shorted) at or before the pad **92** and are interconnected (shorted) at the opposite ends by a line or short **96**.

In a like manner, each of the other subpixel pairs are connected in columns to respective column (source) pads **98** and **100**, etc. The pads **84**, **98** and **100** are illus-

6:6-12

EX ____

## INTRINSIC EVIDENCE FOR DISPUTED TERM "SUBSTANTIALLY ALL" (cont'd):

Flat panel displays are manufactured to be substantially free of such distortion. In the manufacture of flat panel displays the circuit elements are deposited and patterned, generally by photolithography, on a substrate, such as glass. The elements are deposited and etched in stages to build a device having a matrix of perpendicular rows and columns of circuit control lines with a pixel contact and control element between the control line rows and columns. The pixel contact has a medium thereon which is a substance that either glows (active) or changes its response to ambient light (passive) when a threshold voltage is applied across the medium control element. The medium can be a liquid

1:34-46

The ESD preventive structure can also include an outer ESD guard ring 200, best illustrated in FIG. 7. Only one corner portion 202 of the display and guard ring 200 is illustrated. While the display is being manufactured, the outer guard ring 200 is connected to all of one of the source and gate pads (not illustrated), which pads are serially connected together via jumpers outside of scribe lines 204 and 206. A corner pad 208 is con-

8:1-8

EX ____

9

## INTRINSIC EVIDENCE FOR DISPUTED TERM "OUTER ELECTROSTATIC DISCHARGE GUARD RING":



FIG. 2

During manufacture of the device **10**, electrostatic discharge can occur when a high static electric potential is coupled across at least one pair of the gate lines **18** and the source lines **20**. The discharge frequently will result in a short **39** through the insulator **34** or a short **39'** through the insulator **34** and the silicon layer **36** in the transistor **22**, between the adjacent crossover points of the lines **18** and **20** as can be seen in FIG. **2**. This will cause at least one row and one intersecting column of the display pixels to be defective and in the type of display device **10**, generally the defect will be a fatal one (clearly visible) and hence the device will be discarded. The device **10** does not provide any redundancy or subpixels and hence the defect cannot easily be isolated.

4:46-58

## INTRINSIC EVIDENCE FOR DISPUTED TERM "OUTER ELECTROSTATIC DISCHARGE GUARD RING" (cont'd):



FIG. 7

FIG. 7 is a partial plan view of one embodiment of an exterior ESD guard ring of the present invention.

3:20-21

The ESD preventive structure can also include an outer ESD guard ring **200**, best illustrated in FIG. 7. Only one corner portion **202** of the display and guard ring **200** is illustrated. While the display is being manufactured, the outer guard ring **200** is connected to all of one of the source and gate pads (not illustrated), which pads are serially connected together via jumpers outside of scribe lines **204** and **206**. A corner pad **208** is con-

8:1-8

The present invention pertains to improved flat panel displays and methods of making the displays with protection from electrostatic discharges. More particularly, the present invention is directed to methods of increasing the manufacturing yields of flat panel display backplanes and the displays made therefrom by improving handling characteristics.

1:8-14

There is provided improved methods of manufacturing backplanes and the resulting flat panel displays to increase the manufacturing yield, decrease manufacturing costs and substantially eliminate fatal display defects caused by electrostatic discharge during manufacture and thereafter.

2:45-51

EX _____
11

# INTRINSIC EVIDENCE FOR DISPUTED TERM "OUTER ELECTROSTATIC DISCHARGE GUARD RING" (cont'd):

ter. An external ESD guard ring can be formed, which provides protection during manufacture of the displays, however, the external ESD guard ring is removed at the end of the display manufacturing process. The displays also can include both the internal and external ESD guard ring to provide protection during manufacture and thereafter.

2:61-68

Each pixel 112, 114, 116 and 118 includes a respective active element, such as transistors 136, 138, 140 and 142 which couple the pixels to the respective source lines 120 or 124 and gate lines 128 or 130. To prevent a large electrostatic potential discharging through one of the transistors 136, 138, 140 and 142, an internal ESD guard ring 144 is formed around the pixels 112, 114, 116 and 118. The guard ring 144 is illustrated as a closed ring, but could also be an open L or C-shaped line if the gate and source pads all are on one respective side of the display 110.

7:11-21

228, such as 100 K ohms (illustrated schematically). The outer ESD guard ring 200 provides ESD protection only during manufacture of the display and is removed prior to completion of the display. The resistance 228 provides an ESD short for high electrostatic potentials, which can be incurred during manufacturing of the display which can be connected anywhere between the line 210 and the other set of gate or source lines. The

8:26-34

Modification and variations of the present invention are possible in light of the above teachings. The transistors 22 or other types of two or three terminal switching devices can be utilized with the invention. The amorphous silicon alloy semiconductor material 54, could be any of numerous types of materials such as CdSe or GaAs materials. The ESD guard rings can be utilized separately or together with all types of active element matrix displays and not just those illustrated. The shunt

8:49-57

## INTRINSIC EVIDENCE FOR DISPUTED TERM "RESISTANCE":

The present invention pertains to improved flat panel displays and methods of making the displays with protection from electrostatic discharges. More particularly, the present invention is directed to methods of increasing the manufacturing yields of flat panel display backplanes and the displays made therefrom by improving handling characteristics.

1:8-14

These improvements are accomplished by forming at least one electrostatic discharge (ESD) guard ring around the active elements of the display. An internal ESD guard ring can be formed, which provides a discharge path for static potential applied across the row and column line of the display. This prevents the potential from discharging between the row and column lines through an active element causing a short and resulting in a defect in the display during manufacture or thereafter. An external ESD guard ring can be formed, which provides protection during manufacture of the displays, however, the external ESD guard ring is removed at

2:52-64



FIG. 2

During manufacture of the device **10**, electrostatic discharge can occur when a high static electric potential is coupled across at least one pair of the gate lines **18** and the source lines **20**. The discharge frequently will result in a short **39** through the insulator **34** or a short **39′** through the insulator **34** and the silicon layer **36** in the transistor **22**, between the adjacent crossover points of the lines **18** and **20** as can be seen in FIG. **2**. This will cause at least one row and one intersecting column of the display pixels to be defective and in the type of display device **10**, generally the defect will be a fatal one (clearly visible) and hence the device will be discarded. The device **10** does not provide any redun-

4:46-58

## INTRINSIC EVIDENCE FOR DISPUTED TERM "RESISTANCE" (cont'd):

The gate to source or drain shorts referred to above in discussing the dielectric **58**, refer to physical shorts caused by thin spots or actual metal particles or filaments. The electrostatic discharges caused during manufacturing and thereafter will be deterred by the dielectric **58**, but will not be eliminated. The potential can be high enough to again form a short **69** through the gate insulator **52** and the semiconductor material **54** in the transistor **40**, between the source **60** and the gate **50**. Depending upon the display structure, at least one pixel or one subpixel (FIG. **4**) will be defective.

5:33-43

**120** or **124** and gate lines **128** or **130**. To prevent a large electrostatic potential discharging through one of the transistors **136, 138, 140** and **142**, an internal ESD guard ring **144** is formed around the pixels **112, 114, 116** and **118**. The guard ring **144** is illustrated as a closed ring,

7:14-18

In operation, with the guard ring **144**, a potential placed upon the source pads **122** will not short one of the transistors **136** or **140**. Instead, the transistor **146** will turn on followed by the transistor **150**, shorting the potential from the pad **122**, via the line **120**, the transistor **146**, the guard ring **144**, the transistor **150** and the line **128** to the pad **132**. Thus, the guard ring **144** will not allow high potentials across the pads **122, 126, 132** and **134**. The guard ring **144** preferably is formed concurrently with the display elements and is not removed, providing continuous protection even following manufacture of the display **110**.

7:35-46

An internal ESD guard ring **192** is coupled via a transistor structure **194** to the source line **174** and via a transistor structure **196** to the gate line **190**. The guard ring **192** and transistors **194** and **196** operate as before described to short any potential to ground. The low value of the normal operating voltages does not turn on the transistors **194** and **196**, which do not effect the normal display operation.

7:61-68

EX ____
14

## INTRINSIC EVIDENCE FOR DISPUTED TERM "RESISTANCE" (cont'd):

and removed along the line 206. The line 210 is connected to the other set of gate or source lines by a shunt line 224, a shunt transistor 226 and a large resistance 228, such as 100 K ohms (illustrated schematically). The outer ESD guard ring 200 provides ESD protection only during manufacture of the display and is removed prior to completion of the display. The resistance 228 provides an ESD short for high electrostatic potentials, which can be incurred during manufacturing of the display which can be connected anywhere between the line 210 and the other set of gate or source lines. The resistance 228 minimizes the discharge current surge and the shunt transistors 222 and 226 act as before described. There will be at least one corner backplane pickup pad 216 and preferably there will be two or three, each with their associated shunt transistors.

8:23-37

## EXTRINSIC EVIDENCE FOR DISPUTED TERM "RESISTANCE":

re·sis·tance \ri-'zis-tən(t)s\ n   1   a : an act or instance of resisting : OPPOSITION  b : a means of resisting   2 : the ability to resist; esp : the inherent capacity of a living being to resist untoward circumstances (as disease, malnutrition, or toxic agents)   3 : an opposing or retarding force   4   a : the opposition offered by a body or substance to the passage through it of a steady electric current   b : a source of resistance   5 often cap : an underground organization of a conquered country engaging in sabotage and secret operations against occupation forces and collaborators

"Resistance."  Def. 4a. Merriam-Webster's Collegiate Dictionary.  10th ed. 1980

EX ____
15

EXHIBIT ___
U.S. PATENT NO. 5,019,002
TERMS IN DISPUTE

| **ASSERTED CLAIM 1** | **LGD's Claim Construction** |
|---|---|
| 1. A method of manufacturing active matrix display backplanes and displays therefrom, comprising: providing a substrate; forming a pattern of pixels on said substrate;  forming a plurality of row and column intersecting pixel activation lines, interconnecting substantially all of said row lines to one another and substantially all of said column lines to one another; forming an outer electrostatic discharge guard ring on said substrate coupled to said interconnected row and column lines via a resistance to provide protection from electrostatic discharges between said row and column activation lines during manufacture of the displays; and removing said outer guard ring and row and column interconnections prior to completion of the display. | **substrate -** the material (such as glass) upon which a transistor or integrated circuit is fabricated to provide mechanical support |
| | **forming a pattern of pixels on said substrate** - depositing and etching a matrix of transparent electrically conductive material to form pixel electrodes above and supported by or in contact with the substrate |
| **ASSERTED CLAIM 8** | |
| 8. The method as defined in claim 1 including forming an inner electrostatic discharge guard ring on said substrate coupled to said row and column lines via shunt switching elements to provide protection from electrostatic discharges between said row and column activation lines during manufacture of the displays and thereafter. | **shunt switching elements** - shunt transistors, including floating gate, no gate, an oxide below to form a spark gap, or other active switching elements such as diodes |

[1] Disputed Term "substrate" also appears in asserted claim 8 in the same context.

## INTRINSIC EVIDENCE FOR DISPUTED TERM "SUBSTRATE":

| | |
|---|---|
| Flat panel displays are manufactured to be substantially free of such distortion. In the manufacture of flat panel displays the circuit elements are deposited and patterned, generally by photolithography, on a substrate, such as glass. The elements are deposited and | 1:34-38 |

| | |
|---|---|
| 357, 1981. The device 10 includes a substrate 12, sets of contact pads 14 and 16, sets of control or bus lines 18 and 20, and, in this particular example of the prior art, transistors 22 and pixel back contacts 24. The substrate 12 commonly employed in these devices is formed from glass. The control lines 18 and 20 | 3:33-38 |

| | |
|---|---|
| Referring in detail to FIG. 2, several problems occur when the switching element, transistor 22 is manufactured. The substrate 12 is a substantial portion of the backplane cost and hence an inexpensive soda-lime glass is generally utilized. It has been demonstrated by liquid | 4:9-13 |

## INTRINSIC EVIDENCE FOR DISPUTED TERM "FORMING A PATTERN OF PIXELS ON SAID SUBSTRATE":



FIG. 2

357, 1981. The device **10** includes a substrate **12**, sets of contact pads **14** and **16**, sets of control or bus lines **18** and **20**, and, in this particular example of the prior art, transistors **22** and pixel back contacts **24**.

3:33-36



FIG. 5



Referring now to FIG. **5**, a matrix display incorporating one embodiment of an internal ESD guard ring of the present invention is designated generally by the reference numeral **110**. The matrix display **110** is illustrated having four pixels **112**, **114**, **116** and **118**. The pixels, however, can be subdivided into numerous subpixel configurations such as two or four subpixels, two by four or six subpixels or in three subpixels for color display applications. Also, as previously stated for the

~

subpixel matrix display **70**, the number of pixels can be of any number and configuration, square or rectangular.

6:60-7:2

## INTRINSIC EVIDENCE FOR DISPUTED TERM "FORMING A PATTERN OF PIXELS ON SAID SUBSTRATE" (cont'd):

Flat panel displays are manufactured to be substantially free of such distortion. In the manufacture of flat panel displays the circuit elements are deposited and patterned, generally by photolithography, on a substrate, such as glass. The elements are deposited and etched in stages to build a device having a matrix of perpendicular rows and columns of circuit control lines with a pixel contact and control element between the control line rows and columns. The pixel contact has a medium thereon which is a substance that either glows (active) or changes its response to ambient light (passive) when a threshold voltage is applied across the medium control element. The medium can be a liquid

1:34-46

of voltage thereto. Light is generated or other optical changes occur in the medium in response to the proper voltage applied thereto. Each optically active medium is generally referred to as a picture element or "pixel".

1:52-55

At each matrix crossover point 26, where a row line 18 and a column line 20 cross, a switching element, transistor 22 is formed to connect the row line 18 and column line 20 to the pixel back contacts 24. The active medium is deposited at least on the contacts 24 which will optically change properties in response to the combined voltages or currents in the respective crossover point 26 formed by the row 18 and column 20. The active medium at a given crossover point 26 will appear as a square or dot in the overall checkerboard type matrix of the display 10. The actual size of the transis-

3:47-57

suppression layer 30. An ITO layer 32 is formed and etched to provide an ITO free area on which the gate 18 is deposited. Following the deposition of the gate 18, a gate insulator layer 34 is deposited. Although a smooth

4:20-23

An amorphous silicon layer 36 is then deposited, with the source 20 and a drain 38 deposited thereover. A passivating layer (not shown) would be deposited over the completed structure to complete the transistor 22. During operation the activation of the source 20 and the gate 18 couples power through the silicon alloy 36 to the drain and hence to the contact pad 24 formed by the ITO layer 32.

4:38-45

EX ____
19

# INTRINSIC EVIDENCE FOR DISPUTED TERM "FORMING A PATTERN OF PIXELS ON SAID SUBSTRATE" (cont'd):

During all of the transistor processing steps, the refractory metal layer **48** remains over a pixel contact pad **68** upon which the active material of the pixel is deposited. As a final step, before the active medium (not shown) is added to the backplane to complete the display, the refractory metal is etched off of the pixel pad **68** leaving the ITO layer **46** exposed after all the processing has been completed.

5:24-32

Modification and variations of the present invention are possible in light of the above teachings. The transistors **22** or other types of two or three terminal switching devices can be utilized with the invention. The amorphous silicon alloy semiconductor material **54**, could be any of numerous types of materials such as CdSe or GaAs materials. The ESD guard rings can be utilized separately or together with all types of active element matrix displays and not just those illustrated. The shunt transistors **146**, **194** and **222**, etc. also can be formed as other active switching elements, such as diodes. It is

8:49-59

EX ____
20

# INTRINSIC EVIDENCE FOR DISPUTED TERM "SHUNT SWITCHING ELEMENTS":

> The ESD guard ring **144** preferably is formed from a low resistance metal, such as an aluminum alloy. The transistors **146** through **160** can include a floating gate (not illustrated), no gate, or can include an oxide below to form a spark gap.

7:29-34

> GaAs materials. The ESD guard rings can be utilized separately or together with all types of active element matrix displays and not just those illustrated. The shunt transistors **146**, **194** and **222**, etc. also can be formed as other active switching elements, such as diodes. It is therefore to be understood that within the scope of the appended claims, the invention may be practiced otherwise than as specifically described.

8:55-62

# EXHIBIT ___
## U.S. PATENT NO. 5,019,002
### TERMS IN DISPUTE

**ASSERTED CLAIM 1**

**LGD's Claim Construction**

1. A method of manufacturing active matrix display backplanes and displays therefrom, comprising:
  providing a substrate;
  forming a pattern of pixels on said substrate;



forming a plurality of row and column intersecting pixel activation lines, interconnecting substantially all of said row lines to one another and substantially all of said column lines to one another;
forming an outer electrostatic discharge guard ring on said substrate coupled to said interconnected row and column lines via a resistance to provide protection from electrostatic discharges between said row and column activation lines during manufacture of the displays; and
removing said outer guard ring and row and column interconnections prior to completion of the display.

**forming a plurality of row and column intersecting pixel activation lines** - depositing and etching electrically conductive material patterned in rows and columns that control pixels

**row lines** – electrically conductive material patterned in rows that control pixels

**column lines** - electrically conductive material patterned in columns that control pixels

**row and column lines** - electrically conductive material patterned in rows and columns that control pixels

**ASSERTED CLAIM 8**

8. The method as defined in claim 1 including forming an inner electrostatic discharge guard ring on said substrate coupled to said row and column lines via shunt switching elements to provide protection from electrostatic discharges between said row and column activation lines during manufacture of the displays and thereafter.

**row and column activation lines** - electrically conductive material patterned in rows and columns that control pixels

# EVIDENCE FOR DISPUTED TERMS PERTAINING TO "ROW" AND "COLUMN LINES":

strate, such as glass. The elements are deposited and etched in stages to build a device having a matrix of perpendicular rows and columns of circuit control lines with a pixel contact and control element between the control line rows and columns. The pixel contact has a

1:38-42

vices is formed from glass. The control lines **18** and **20** are organized into a matrix of rows **18** and columns **20**. The control line rows **18** in this device **10** serve as gate electrodes and the control line columns **20** as source connections. One contact pad **14** is connected to one end of each of the row control lines **18**. One contact pad **16** is connected to one end of each of the column control lines **20**. The display drive control (not shown) is

3:38-45

**EXHIBIT ___**
**U.S. PATENT NO. 5,019,002**
**TERMS IN DISPUTE**

| **ASSERTED CLAIM 8** | **LGD's Claim Construction** |
|---|---|
| **8.** The method as defined in claim **1** including forming an <mark>inner electrostatic discharge guard ring</mark> on said substrate coupled to said row and column lines via shunt switching elements <mark>to provide protection from electrostatic discharges between said row and column activation lines during manufacture of the displays</mark> and thereafter. | **to provide protection from electrostatic discharges between said row and column activation lines during manufacture of the displays** - to minimize current surge in the TFT array from electrostatic discharge during manufacture of the display<br><br>**protection from electrostatic discharges** - to minimize current surge in the TFT array from electrostatic discharge during manufacture of the display<br><br>**inner electrostatic discharge guard ring** - a closed or open ring, or open L or C-shaped line, inside the source and/or gate pads to provide protection from electrostatic discharge |

## INTRINSIC EVIDENCE FOR DISPUTED TERM "TO PROVIDE PROTECTION FROM ELECTROSTATIC DISCHARGES BETWEEN SAID ROW AND COLUMN ACTIVATION LINES DURING MANUFACTURE OF THE DISPLAYS":

The present invention pertains to improved flat panel displays and methods of making the displays with protection from electrostatic discharges. More particularly, the present invention is directed to methods of increasing the manufacturing yields of flat panel display backplanes and the displays made therefrom by improving handling characteristics.

1:8-14

There is provided improved methods of manufacturing backplanes and the resulting flat panel displays to increase the manufacturing yield, decrease manufacturing costs and substantially eliminate fatal display defects caused by electrostatic discharge during manufacture and thereafter.

2:45-51

These improvements are accomplished by forming at least one electrostatic discharge (ESD) guard ring around the active elements of the display. An internal ESD guard ring can be formed, which provides a discharge path for static potential applied across the row and column line of the display. This prevents the potential from discharging between the row and column lines through an active element causing a short and resulting in a defect in the display during manufacture or thereafter. An external ESD guard ring can be formed, which provides protection during manufacture of the displays, however, the external ESD guard ring is removed at

2:52-64

EX ____

25

**INTRINSIC EVIDENCE FOR DISPUTED TERM "TO PROVIDE PROTECTION FROM ELECTROSTATIC DISCHARGES BETWEEN SAID ROW AND COLUMN ACTIVATION LINES DURING MANUFACTURE OF THE DISPLAYS" (cont'd):**



FIG. 2

During manufacture of the device **10**, electrostatic discharge can occur when a high static electric potential is coupled across at least one pair of the gate lines **18** and the source lines **20**. The discharge frequently will result in a short **39** through the insulator **34** or a short **39′** through the insulator **34** and the silicon layer **36** in the transistor **22**, between the adjacent crossover points of the lines **18** and **20** as can be seen in FIG. **2**. This will cause at least one row and one intersecting column of the display pixels to be defective and in the type of display device **10**, generally the defect will be a fatal one (clearly visible) and hence the device will be discarded. The device **10** does not provide any redun-

4:46-58

The gate to source or drain shorts referred to above in discussing the dielectric **58**, refer to physical shorts caused by thin spots or actual metal particles or filaments. The electrostatic discharges caused during manufacturing and thereafter will be deterred by the dielectric **58**, but will not be eliminated. The potential can be high enough to again form a short **69** through the gate insulator **52** and the semiconductor material **54** in the transistor **40**, between the source **60** and the gate **50**. Depending upon the display structure, at least one pixel or one subpixel (FIG. **4**) will be defective.

5:33-43

**120** or **124** and gate lines **128** or **130**. To prevent a large electrostatic potential discharging through one of the transistors **136**, **138**, **140** and **142**, an internal ESD guard ring **144** is formed around the pixels **112**, **114**, **116** and **118**. The guard ring **144** is illustrated as a closed ring,

7:14-18

## INTRINSIC EVIDENCE FOR DISPUTED TERM "TO PROVIDE PROTECTION FROM ELECTROSTATIC DISCHARGES BETWEEN SAID ROW AND COLUMN ACTIVATION LINES DURING MANUFACTURE OF THE DISPLAYS" (cont'd):

and removed along the line **206**. The line **210** is connected to the other set of gate or source lines by a shunt line **224**, a shunt transistor **226** and a large resistance **228**, such as 100 K ohms (illustrated schematically). The outer ESD guard ring **200** provides ESD protection only during manufacture of the display and is removed prior to completion of the display. The resistance **228** provides an ESD short for high electrostatic potentials, which can be incurred during manufacturing of the display which can be connected anywhere between the line **210** and the other set of gate or source lines. The resistance **228** minimizes the discharge current surge and the shunt transistors **222** and **226** act as before described. There will be at least one corner backplane

8:23-37

EX ____
27

# INTRINSIC EVIDENCE FOR DISPUTED TERM "PROTECTION FROM ELECTROSTATIC DISCHARGES":

The present invention pertains to improved flat panel displays and methods of making the displays with protection from electrostatic discharges. More particularly, the present invention is directed to methods of increasing the manufacturing yields of flat panel display backplanes and the displays made therefrom by improving handling characteristics.

1:8-14

There is provided improved methods of manufacturing backplanes and the resulting flat panel displays to increase the manufacturing yield, decrease manufacturing costs and substantially eliminate fatal display defects caused by electrostatic discharge during manufacture and thereafter.

2:45-51

These improvements are accomplished by forming at least one electrostatic discharge (ESD) guard ring around the active elements of the display. An internal ESD guard ring can be formed, which provides a discharge path for static potential applied across the row and column line of the display. This prevents the potential from discharging between the row and column lines through an active element causing a short and resulting in a defect in the display during manufacture or thereafter. An external ESD guard ring can be formed, which provides protection during manufacture of the displays, however, the external ESD guard ring is removed at

2:52-64

# INTRINSIC EVIDENCE FOR DISPUTED TERM "PROTECTION FROM ELECTROSTATIC DISCHARGES" (cont'd):



FIG. 2

During manufacture of the device **10**, electrostatic discharge can occur when a high static electric potential is coupled across at least one pair of the gate lines **18** and the source lines **20**. The discharge frequently will result in a short **39** through the insulator **34** or a short **39′** through the insulator **34** and the silicon layer **36** in the transistor **22**, between the adjacent crossover points of the lines **18** and **20** as can be seen in FIG. **2**. This will cause at least one row and one intersecting column of the display pixels to be defective and in the type of display device **10**, generally the defect will be a fatal one (clearly visible) and hence the device will be discarded. The device **10** does not provide any redun-

4:46-58

The gate to source or drain shorts referred to above in discussing the dielectric **58**, refer to physical shorts caused by thin spots or actual metal particles or filaments. The electrostatic discharges caused during manufacturing and thereafter will be deterred by the dielectric **58**, but will not be eliminated. The potential can be high enough to again form a short **69** through the gate insulator **52** and the semiconductor material **54** in the transistor **40**, between the source **60** and the gate **50**. Depending upon the display structure, at least one pixel or one subpixel (FIG. **4**) will be defective.

5:33-43

**120** or **124** and gate lines **128** or **130**. To prevent a large electrostatic potential discharging through one of the transistors **136, 138, 140** and **142**, an internal ESD guard ring **144** is formed around the pixels **112, 114, 116** and **118**. The guard ring **144** is illustrated as a closed ring,

7:14-18

## INTRINSIC EVIDENCE FOR DISPUTED TERM "PROTECTION FROM ELECTROSTATIC DISCHARGES" (cont'd):

and removed along the line **206**. The line **210** is connected to the other set of gate or source lines by a shunt line **224**, a shunt transistor **226** and a large resistance **228**, such as 100 K ohms (illustrated schematically). The outer ESD guard ring **200** provides ESD protection only during manufacture of the display and is removed prior to completion of the display. The resistance **228** provides an ESD short for high electrostatic potentials, which can be incurred during manufacturing of the display which can be connected anywhere between the line **210** and the other set of gate or source lines. The resistance **228** minimizes the discharge current surge and the shunt transistors **222** and **226** act as before described. There will be at least one corner backplane

8:23-37

EX ____

30

## INTRINSIC EVIDENCE FOR DISPUTED TERM "INNER ELECTROSTATIC DISCHARGE GUARD RING":



FIG. 5

Referring now to FIG. 5, a matrix display incorporating one embodiment of an internal ESD guard ring of the present invention is designated generally by the reference numeral 110. The matrix display 110 is illustrated having four pixels 112, 114, 116 and 118. The pixels, however, can be subdivided into numerous subpixel configurations such as two or four subpixels, two by four or six subpixels or in three subpixels for color display applications. Also, as previously stated for the

~

subpixel matrix display 70, the number of pixels can be of any number and configuration, square or rectangular.

6:60-7:2

EX ____
31

## INTRINSIC EVIDENCE FOR DISPUTED TERM "INNER ELECTROSTATIC DISCHARGE GUARD RING" (cont'd)

The gate to source or drain shorts referred to above in discussing the dielectric 58, refer to physical shorts caused by thin spots or actual metal particles or filaments. The electrostatic discharges caused during manufacturing and thereafter will be deterred by the dielectric 58, but will not be eliminated. The potential can be high enough to again form a short 69 through the gate insulator 52 and the semiconductor material 54 in the transistor 40, between the source 60 and the gate 50. Depending upon the display structure, at least one pixel or one subpixel (FIG. 4) will be defective.

5:33-43

Each pixel 112, 114, 116 and 118 includes a respective active element, such as transistors 136, 138, 140 and 142 which couple the pixels to the respective source lines 120 or 124 and gate lines 128 or 130. To prevent a large electrostatic potential discharging through one of the transistors 136, 138, 140 and 142, an internal ESD guard ring 144 is formed around the pixels 112, 114, 116 and 118. The guard ring 144 is illustrated as a closed ring, but could also be an open L or C-shaped line if the gate and source pads all are on one respective side of the display 110.

7:11-22

Modification and variations of the present invention are possible in light of the above teachings. The transistors 22 or other types of two or three terminal switching devices can be utilized with the invention. The amorphous silicon alloy semiconductor material 54, could be any of numerous types of materials such as CdSe or GaAs materials. The ESD guard rings can be utilized separately or together with all types of active element matrix displays and not just those illustrated. The shunt

8:49-57

**EXHIBIT ___**
**U.S. PATENT NO. 5,019,002**
**TERMS IN DISPUTE**

| ASSERTED CLAIM 1 | LGD's Claim Construction |
|---|---|
| 1. A method of manufacturing active matrix display backplanes and displays therefrom, comprising:<br>   providing a substrate;<br>   forming a pattern of pixels on said substrate;<br><br>         ~<br><br>forming a plurality of row and column intersecting pixel activation lines, interconnecting substantially all of said row lines to one another and substantially all of said column lines to one another;<br>forming an outer electrostatic discharge guard ring on said substrate coupled to said interconnected row and column lines via a resistance to provide protection from electrostatic discharges between said row and column activation lines during manufacture of the displays; and<br>removing said outer guard ring and row and column interconnections prior to completion of the display. | **removing said outer guard ring and row and column interconnections**- physically disconnecting said guard ring and row and column interconnections<br><br><br>**removing** – physically disconnecting said guard ring and row and column interconnections |

## INTRINSIC EVIDENCE FOR DISPUTED TERM "REMOVING SAID OUTER GUARD RING AND ROW AND COLUMN INTERCONNECTIONS":



FIG. 7

guard ring **200**. The L-shaped corner pad **208** can be grounded and also provides the alignment for the scribe lines **204** and **206**, which are utilized to disconnect the source and gate jumpers and the guard ring **200** after the structure is completed. The corner portion **202** includes

8:11-16

The outer guard ring lines **210** and **212** preferably are formed at the same time as the firs: of the gate or source lines. The inner guard ring **44** and the associated shunt transistors of both guard rings preferably are formed concurrently with the other display structures. The scribe lines **204** and **206** can be prescribed, but left intact until the back and front planes are mated and then removed to provide the gate and source contacts for the printed circuit board connections.

8:40-48

EX ____
34

**INTRINSIC EVIDENCE FOR DISPUTED TERM "REMOVING SAID OUTER GUARD RING AND ROW AND COLUMN INTERCONNECTIONS" (cont'd):**

ter. An external ESD guard ring can be formed, which provides protection during manufacture of the displays, however, the external ESD guard ring is removed at the end of the display manufacturing process. The displays also can include both the internal and external ESD guard ring to provide protection during manufacture and thereafter.

2:62-68

228, such as 100 K ohms (illustrated schematically). The outer ESD guard ring 200 provides ESD protection only during manufacture of the display and is removed prior to completion of the display. The resistance 228

8:27-30

The outer guard ring lines 210 and 212 preferably are formed at the same time as the firs: of the gate or source lines. The inner guard ring 44 and the associated shunt transistors of both guard rings preferably are formed concurrently with the other display structures. The scribe lines 204 and 206 can be prescribed, but left intact until the back and front planes are mated and then removed to provide the gate and source contacts for the printed circuit board connections.

8:40-48

supply such a teaching. Hynecek removes the interconnect 4 between devices 3, but does not provide row and column line connections or remove such connection if resistance 11 is taken to be such a connection. Likewise, Harrison is an integrated circuit, which has elements which could be separated at score line 270, but the elements are not an outer discharge ring connected as claimed. Tuan as noted in column 1 thereof, was

Appl. No. 07/218,312, 07/12/1990 Proposed Response, p. 2

EX _____
35

# INTRINSIC EVIDENCE FOR DISPUTED TERM "REMOVING":



FIG. 7

guard ring **200**. The L-shaped corner pad **208** can be grounded and also provides the alignment for the scribe lines **204** and **206**, which are utilized to disconnect the source and gate jumpers and the guard ring **200** after the structure is completed. The corner portion **202** includes

8:11-16

The outer guard ring lines **210** and **212** preferably are formed at the same time as the firs: of the gate or source lines. The inner guard ring **44** and the associated shunt transistors of both guard rings preferably are formed concurrently with the other display structures. The scribe lines **204** and **206** can be prescribed, but left intact until the back and front planes are mated and then re-moved to provide the gate and source contacts for the printed circuit board connections.

8:40-48

# INTRINSIC EVIDENCE FOR DISPUTED TERM "REMOVING" (cont'd):

ter. An external ESD guard ring can be formed, which provides protection during manufacture of the displays, however, the external ESD guard ring is removed at the end of the display manufacturing process. The displays also can include both the internal and external ESD guard ring to provide protection during manufacture and thereafter.

2:62-68

228, such as 100 K ohms (illustrated schematically). The outer ESD guard ring 200 provides ESD protection only during manufacture of the display and is removed prior to completion of the display. The resistance 228

8:27-30

The outer guard ring lines 210 and 212 preferably are formed at the same time as the firs: of the gate or source lines. The inner guard ring 44 and the associated shunt transistors of both guard rings preferably are formed concurrently with the other display structures. The scribe lines 204 and 206 can be prescribed, but left intact until the back and front planes are mated and then removed to provide the gate and source contacts for the printed circuit board connections.

8:40-48

# EXHIBIT L-2(a)

DC:50564677.1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LG. PHILIPS LCD CO. LTD, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 05-292-JJF |
| | : | |
| TATUNG COMPANY, TATUNG COMPANY | : | |
| OF AMERICA, INC., CHUNGHWA | : | |
| PICTURE TUBES LTD., and | : | |
| VIEWSONIC CORP., | : | |
| | : | |
| Defendants. | : | |

O R D E R

At Wilmington, this 13 Day of June, 2006, for the reasons
set forth in the Memorandum Opinion issued this date,

IT IS HEREBY ORDERED that for the purposes of United States
Patent No. 6,738,121, the following terms and phrases are
construed as follows:

1.  The term "**interconnecting**," as used in claim 1, means
"electrically connecting with conductors;"

2.  The phrase "**removing said outer guard ring and row and
column interconnections**," as used in claims 1 and 12, means
"physically disconnecting said guard ring and row and column
interconnections;"

3.  The term "**outer electrostatic discharge guard ring,**" as
used in claims 12, 19, and 30, means "a closed or open ring, or

open L or C-shaped line, outside the active matrix display to provide protection from electrostatic discharges;"

4.   The term "**resistance**," as used in claims 1, 2, 3, 12, 13, 14, 19, 20, 21, 30, 31, and 32, means "a circuit component that has a specified resistance to the flow of electric current and is used to minimize the current surge from electrostatic discharge;"

5.   The term "**corner pad**," as used in claims 7, 18, 25, and 36, means "an area of conductive material;"

6.   The Court declines to construe the term "**pickup pad**."


_____
UNITED STATES DISTRICT JUDGE

# EXHIBIT L-2(b)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LG. PHILIPS LCD CO. LTD, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 05-292-JJF |
| | : | |
| TATUNG COMPANY, TATUNG COMPANY | : | |
| OF AMERICA, INC., CHUNGWHA | : | |
| PICTURE TUBES LTD., and | : | |
| VIEWSONIC CORP., | : | |
| | : | |
| Defendants. | : | |

Richard D. Kirk, Esquire of THE BAYARD FIRM, Wilmington,
Delaware.
Of Counsel: Gaspare J. Bono, Esquire, Matthew T. Bailey, Esquire,
and Cass W. Christenson, Esquire of MCKENNA LONG & ALDRIDGE LLP,
Washington, D.C..
Attorneys for Plaintiff.

Robert W. Whetzel, Esquire and Matthew W. King, Esquire of
RICHARDS, LAYTON & FINGER, Wilmington, Delaware.
Of Counsel: Christine A. Dudzik, Esquire and Thomas W. Jenkins,
Esquire of HOWREY LLP, Chicago, Illinois; Julie S. Gabler,
Esquire of HOWREY LLP, Los Angeles, California; and Glen W.
Rhodes, Esquire, J. James Li, Esquire, and Qin Shi, Esquire of
HOWREY LLP, San Francisco, California.
Attorneys for Defendants.

**MEMORANDUM OPINION**

June 13, 2006
Wilmington, Delaware

Farnan, District Judge:

Plaintiff L.G. Philips LCD Co., LTD ("LPL") filed this patent infringement action against Defendants Tatung Company, Tatung Company of America, Inc., Chungwha Picture Tubes, LTD., and ViewSonic Corporation (collectively "CPT"). LPL alleges that CPT has infringed U.S. Patent No. 5,019,002 ("the '002 patent"). LPL's Complaint (D.I. 1) also alleges infringement of U.S. Patent No. 6,738,121 ("the '121 patent"), but LPL has withdrawn all claims relating to that patent. (D.I. 180.) Presently before the Court is the claim construction dispute of the parties. The parties briefed their respective positions, and the Court held a Markman hearing on March 20, 2006. This Memorandum Opinion provides the Court's construction of the claim terms and phrases disputed by the parties.

## BACKGROUND

The Patent at issue in this lawsuit relates to flat panel, display screens and methods of manufacturing them that include electrostatic discharge guard rings to protect the active elements of the display from electrostatic discharge during and after manufacturing. In their briefing and at the Markman hearing, the parties disputed twenty-six terms and phrases from the claims of both the '002 patent and the '121 patent. By its Order dated March 22, 2006 (D.I. 155), the Court ordered the parties to select a reduced number of terms and phrases to be

construed by the Court.  The Court allowed LPL to submit a
maximum of five terms or phrases and CPT a maximum of eight.
(D.I. 155.)  Following the parties' submissions of the terms and
phrases to be construed, LPL filed a Notice Of Voluntary
Withdrawal Of Claims Relating To U.S. Patent No. 6,738,121 (D.I.
180).  As a result of that withdrawal and the fact that one claim
term was submitted by both parties, there are currently six claim
terms and phrases in dispute: "interconnecting," "outer
electrostatic discharge guard ring," "resistance," "corner pad,"
"removing said outer guard ring and row and column
interconnections," and "pickup pad."

## DISCUSSION

## I. Legal Principles Of Claim Construction

Claim construction is a question of law.  Markman v.
Westview Instruments, Inc., 52 F.3d 967, 977-78 (Fed. Cir. 1995),
aff'd, 517 U.S. 370, 388-90 (1996).  In interpreting a claim, a
court should look first to the intrinsic evidence, i.e. the
patent itself, including the claims and the rest of the
specification, and, if in evidence, the prosecution history.
Vitronics Corp. v. Conceptronic, Inc., 90 F.3d 1576, 1582 (Fed.
Cir. 1996).  Although it is within the sound discretion of a
court to use extrinsic evidence as an aid in construing a claim,
extrinsic evidence is "unlikely to result in a reliable
interpretation of patent claim scope unless considered in the

2

context of the intrinsic evidence." Phillips v. AWH Corp., 415
F.3d 1303, 1319 (Fed. Cir. 2005) (en banc).

A claim term should be construed to mean "what one of
ordinary skill in the art at the time of the invention would have
understood the term to mean." Markman, 52 F.3d at 986. However,
"the person of ordinary skill in the art is deemed to read the
claim term not only in the context of the particular claim in
which the disputed term appears, but in the context of the entire
patent, including the specification." Phillips, 415 F.3d at
1313. Thus, the specification is usually "dispositive; it is the
single best guide to the meaning of a disputed term." Id. at 1315
(quoting Vitronics, 90 F.3d at 1582). In other words, a claim
term can be given its correct construction only within the
context of "what the inventors actually invented and intended to
envelop with the claim." Phillips, 415 F.3d at 1316.

## II. Construction Of The Disputed Terms and Phrases

The language of independent claim 1 and dependent claims 3
and 7 is representative of the disputed terms and phrases. In
full, claim 1 provides (emphasis added):

        1. A method of manufacturing active matrix display
        backplanes and displays therefrom, comprising:
            providing a substrate;
            forming a pattern of pixels on said substrate;
            forming a plurality of row and column intersecting
                pixel activation lines, interconnecting
                substantially all of said row lines to one
                another and substantially all of said column
                lines to one another;
            forming an outer electrostatic discharge guard

3

> ring on said substrate coupled to said
> interconnected row and column lines via a
> resistance to provide protection from
> electrostatic discharges between said row and
> column activation lines during manufacture of
> the displays; and
> removing said outer guard ring and row and column
>     interconnections prior to completion of the
>     display.

('002 patent, col. 8, l. 65 - col. 9, l. 12.) In full, claim 3
provides (emphasis added): "3. The method as defined in claim 1
including forming at least one pickup pad coupled to said
resistance via a shunt switching element." (Id. col. 9, ll. 16-
18.) In full, claim 7 provides (emphasis added): "7. The method
as defined in claim 1 including forming a corner pad on at least
one corner of the display and aligning scribe lines with said
corner pad for removing said outer guard ring and row and column
intersections." (Id. col. 9, ll. 29-33.)

A.    Construction of "Interconnecting"

LPL contends that the term "interconnecting" should be
construed as "shorting." (D.I. 135 at 12.) LPL argues that
"'interconnecting' was used throughout the entire intrinsic
record in a manner consistent with this single meaning." (Id.)
CPT contends that "shorting" is impermissibly vague because the
specification uses that term in a variety of contexts. (D.I. 144
at 6.) CPT proposes instead the construction "electrically
connecting with conductors." (D.I. 164 at 1.)

The Court agrees with CPT that LPL's proposed construction

4

is vague. Substituting "shorting" for "interconnecting" would not clarify the meaning of "interconnecting," but rather would make it more ambiguous. In the '002 patent's specification, "short" is used in at least four different ways: the path taken by an unintended, destructive discharge of a static potential ('002 patent, col. 2, ll. 57-62); a physical defect in electrical components resulting in an unintended current pathway (Id., col. 4, ll. 27-28); a deliberate re-routing of an electrostatic discharge via a shunt transistor (Id., col. 7, ll. 35-41); and a deliberate connection between electrical elements to provide an alternate current pathway (Id., col. 5, ll. 65-68). Only the last of these is consistent with LPL's proposed construction of "interconnecting".

LPL contends that CPT's proposed construction of "electrically connecting with conductors" improperly limits the term "interconnecting" to a single embodiment by specifying that the electrical connection must be made with conductors. (D.I. 158 at 2.) However, the consistent use of a claim term by the inventor in the specification may serve to limit the scope of a claim. Nystrom v. Trex Co., Inc., 424 F.3d 1136, 1145 (Fed. Cir. 2005). Here, CPT's proposed construction is consistent with the inventor's use of "interconnecting" throughout the '002 patent's

specification.[1] "Interconnecting" is consistently described or illustrated in figures as using "lines", "shorts", or "jumpers", i.e. conductors, to connect electrical elements. (See e.g., '002 patent, col. 5, ll. 65-68; col. 6, ll. 6-9; col. 6, ll. 42-43; col. 8, ll. 5-7.) Therefore, the Court will construe "interconnecting" to mean "electrically connecting with conductors."

B. Construction of "Removing Said Outer Guard Ring and Row and Column interconnections"

LPL contends that the phrase "removing said outer guard ring and row and column interconnections" does not require construction, but that the proper construction, if one is necessary, is "physically disconnecting said guard ring and row and column interconnections." (D.I. 135 at 23-24.) CPT's proposed construction is "electrically disconnecting the interconnections between rows and between columns, and electrically disconnecting rows and columns from the outer guard ring." (D.I. 137 at 12.) The Court agrees with LPL's construction.

The parties' dispute hinges on the meaning of "removing," with LPL contending that it means "physically disconnecting" and

---

[1]     Defendants' proposed construction is also consistent with the use of "interconnecting" in U.S. Patent 4,820,222 ("the '222 patent), which has the same inventor as the '002 patent and is incorporated by reference in the '002 patent. ('002 patent, col. 2, ll. 30-36.)

Defendants contending that it means "electrically disconnecting."
CPT's construction depends on its assertion that "removing" means
"removing a part or component from an electronic circuit." (D.I.
144 at 3; D.I. 138 at 9.) However, as it is used throughout the
specification, "removing" is more logically interpreted as
referring to the removal of the guard ring and row and column
interconnections from the display panel. (See '002 patent,
Abstract ("the external guard ring is removed prior to completion
of the display"); col. 2, ll. 64-65 ("the external guard ring is
removed at the end of the display manufacturing process"); col.
8, ll. 27-30 ("[t]he outer ESD guard ring . . . is removed prior
to completion of the display").) Thus, the intrinsic evidence
indicates that "removing" is used to mean physical disconnection
and separation such that the outer guard ring and row and column
interconnections are not included in the finished display panel.
Therefore, the Court will construe "removing said outer guard
ring and row and column interconnections" as "physically
disconnecting said guard ring and row and column
interconnections."

## C. Construction of "Outer Electrostatic Discharge Guard Ring"

LPL's proposed construction of the phrase "outer
electrostatic discharge guard ring" is "a closed or open ring, or
open L or C-shaped line, outside the active matrix display to
provide protection from electrostatic discharges." (D.I. 158 at

7

2.) CPT's proposed construction is "a ring of conductor, located external to the inner electrostatic discharge guard ring if the two rings are used together, for draining off electrostatic buildup to prevent electrostatic discharge." CPT does not dispute that the outer guard ring is "a closed or open ring, or open L or C-shaped line." (D.I. 144 at 6.) The parties do dispute whether the guard ring functions to prevent electrostatic discharge ("ESD") or only to protect against damage caused by ESD.[2] The parties also dispute the meaning of "outer."

The specification consistently refers to the function of the ESD guard rings as protecting the active elements of the display from ESD rather than preventing ESD altogether. (See '002 patent, Abstract ("At least one ESD guard ring is provided to protect the active elements of the display from the potential discharge between the row and column lines."); col. 2, ll. 61-61 ("An external guard ring can be formed, which provides protection during manufacture of the displays . . ."); col. 8, ll. 27-29 ("The outer ESD guard ring provides ESD protection only during manufacture of the display . . .").) CPT points out that the specification uses the word "prevent" or "preventive" to describe the function of the ESD rings. (D.I. 164 at 4.) However, in

---

[2] CPT refers to this dispute as "insignificant," but, nevertheless, maintains the position that the proper construction refers to prevention of ESD rather than protection from ESD. (D.I. 164 at 4.)

8

both of the locations cited, the specification is referring to
the prevention of damage caused by ESD rather than to the
prevention of ESD itself.

The central dispute over the phrase "outer electrostatic
discharge guard ring" is whether "outer" is used in reference to
an inner ESD ring or to the entire display panel. CPT contends
that "outer" must refer to the outer guard ring's position
relative to the inner guard ring. (D.I. 137 at 8.) This
contention is untenable. Independent claims 1 and 19 include an
outer ESD guard ring, but no inner ESD guard ring. In the
context of those claims, CPT's proposed construction would render
the adjective "outer" meaningless.

On the other hand, LPL contends that "outer" refers to the
outer guard ring's position relative to the active matrix
display. CPT concedes that "active matrix display" as used in
the '002 patent and in LPL's proposed construction means the
entire finished display panel. (D.I. 164 at 3.) CPT argues that
the Court should reject LPL's proposed construction because it is
based on "the erroneous notion that the outer ring must be
physically removed at the end of the manufacture." (Id.) As the
Court concluded in section II.B. above, however, the intrinsic
evidence indicates that physical removal of the outer guard ring
is precisely what the patent teaches. Therefore, the Court will
construe "outer electrostatic discharge guard ring" as "a closed

or open ring, or open L or C-shaped line, outside the active matrix display to provide protection from electrostatic discharges."

D. Construction of "Resistance"

The parties agree that one of ordinary skill in the art would understand "resistance" to mean a physical property of a material or device characterized by opposition to the flow of electric current. (D.I. 135 at 13; D.I. 137 at 9.) They also agree that in the '002 patent, "resistance" is used to denote a circuit component. (D.I 135 at 13; D.I. 160 at 2.) LPL contends that because "[a]ll circuit components . . . have the characteristic of resistance," the Court should construe "resistance" as "any component used to cause a voltage drop during current flow." (D.I. 135 at 13.) CPT's proposed construction is "[a] resistance, as it is used in the claims, means a resistor, which is a circuit element that has a specified resistance to the flow of electrical current. A resistance does not include switching elements such as transistors and diodes." (D.I. 137 at 9.)

LPL's proposed construction cannot be correct because, as CPT points out, (D.I. 137 at 12), it would exclude the single preferred embodiment that incorporates a "resistance." (See '002 patent, col. 8, ll. 1-48.) The only purposes stated for the "resistance" in that embodiment are to provide an "ESD short for

high electrostatic potentials . . . ,"  (Id., col. 8, l. 31), and
to minimize "the discharge current surge . . .,"  (Id., col. 8, l.
35).  Thus, "resistance" as used in that embodiment, would not
fall within the scope of LPL's proposed construction of "any
component used to cause a voltage drop during current flow."  A
claim construction that excludes a preferred embodiment "is
rarely, if ever, correct and would require highly persuasive
evidentiary support. . . ."  Vitronics Corp. v. Conceptronic,
Inc., 90 F.3d 1576, 1583 (Fed. Cir. 1996) (citations omitted).
The Court finds no such evidentiary support in this case.

On the other hand, CPT's proposed construction unnecessarily
limits "resistance" to one specific electric component, a
resistor.  There is no support in the intrinsic record for such a
narrow interpretation.  Moreover, a person skilled in the art
would certainly understand the meaning of "resistor" so it is
logical to conclude that the inventor would have chosen that term
had he intended to refer only to that specific component.

LPL correctly notes, (D.I. 163 at 3), that it is improper
to import limitations from a preferred embodiment into the
claims.  See JVW Enterprises, Inc. v. Interact Accessories, Inc.,
424 F.3d 1324, 1335 (Fed. Cir. 2005).  However, "there is
sometimes a fine line between reading a claim in light of the
specification, and reading a limitation into the claim from the
specification."  Phillips v. AWH Corp., 415 F.3d 1303, 1323 (Fed.

11

Cir. 2005) (quoting <u>Comark Communications, Inc. v. Harris Corp.</u>,
156 F.3d 1182, 1186-87 (Fed. Cir. 1998)). Here, because
"resistance" is used in the claims in a manner somewhat different
from its ordinary meaning to one of skill in the art, the only
guidance as to how the Court should construe the term is how it
is used in the single embodiment in which it appears.    That
embodiment mentions a "resistance" three times:

> The [ESD guard ring] line **210** is connected to the other
> set of gate or source lines by a shunt line **224**, a
> shunt transistor **226** and a large resistance **228**, such
> as 100 K ohms (illustrated schematically). . . . The
> resistance provides an ESD short for high electrostatic
> potentials which can be incurred during manufacturing .
> . . . The resistance minimizes the discharge current
> surge . . . .

('002 patent, col. 8, ll. 23-34.)   In the claims, the term
"resistance" is used consistently to denote only a circuit
component used to couple the outer ESD guard ring to the
interconnected row and column lines and the pickup pad. (<u>See</u> <u>e.g.</u>
<u>Id.</u>, col. 9, ll. 63-65; col. 10, ll. 6-8.)

Reading the claims in light of the specification, which
describes the "resistance" only in general terms, the Court
concludes that the patentee intended the claims and this
embodiment in the specification to be coextensive at least in
regard to the term "resistance".[3]   Therefore, the Court will

_____

[3]   The Court also notes that the patentee explicitly
stated that certain elements of the invention could vary from the
specific descriptions in that embodiment, but did not include the
"resistance" among those elements. ('002 patent, col. 8, ll. 49-

12

construe "resistance" as "a circuit component that has a specified resistance to the flow of electric current and is used to minimize the current surge from an electrostatic discharge."

E. Construction of "Corner Pad"

LPL contends that the term "corner pad" does not require construction, but that the proper construction, if one is necessary is "a reference mark for cutting" (D.I. 135 at 24.) CPT contends that the Court should construe "corner pad" as "a pad of metal or other conductive materials that is located at the corner of an outer guard ring, and electrically connected with the outer ring" (D.I. 137 at 15.) CPT argues, (Id.), and LPL does not dispute, that "corner pad" has no inherent meaning to one of ordinary skill in the art and thus can be understood only within the context of the '002 patent's claims and specification. LPL does concede that "[o]ne of ordinary skill in the art would understand the term 'pad' to be a conductive area." (D.I. 135 at 15; D.I. 143 at 15.)

The term "corner pad" appears in only one embodiment in the specification. (See '002 patent, col. 8, ll. 1-48.) That embodiment describes three features of a "corner pad." First, it is connected to each other corner pad by conductive lines of the outer guard ring. (Id., col. 8, ll. 8-11.) Second, it can be grounded. (Id., col. 8, ll. 11-12.) Third, it provides

---

62.)

13

alignment for the scribe lines. (Id., col. 8, ll. 12-15.) The second feature is explicitly optional, so it need not be included in the Court's construction. The third feature is specifically claimed, so it too need not be included in the Court's construction. (See, e.g., Id., col. 9, ll. 29-33 ("7. The method as defined in claim 1 including forming a corner pad on at least one corner of the display and aligning scribe lines with said corner pad for removing said outer guard ring and row and column intersections.")) Therefore, the Court concludes that LPL's proposed construction of "a reference mark for cutting" is unnecessary and would be redundant. The location of the corner pad is also specifically claimed as being "on at least one corner of the display." (See, e.g., Id., col. 9, l. 30.) Thus CPT's inclusion of "located at the corner of an outer guard ring" in its proposed construction is both unnecessary and inaccurate.

The remaining issue is whether the "corner pad" must be electrically connected to the outer guard ring. CPT bases its contention that the "corner pad" must be "electrically connected with the outer ring" on a single sentence from the specification: "A corner pad 208 is connected to each other corner pad (not illustrated) by respective outer conductive lines 210 and 212 of the guard ring 200." (Id., col. 8, ll. 8-11.) The Court concludes that it would be improper to import this limitation from the specification into the claims. Therefore, to the extent

14

that "corner pad" requires construction, the Court will construe
it as "an area of conductive material."

F.   Construction of "Pickup Pad"

LPL's proposed construction of "pickup pad" is "a conductive
area used to electrically connect the back plane to the front
plane" (D.I. 135 at 14.)   CPT's proposed construction is "a pad
located at the corner region of a backplane for aligning the
frontplane and backplane" (D.I. 137 at 13.)   CPT contends, and LPL
does not dispute, that the term "pickup pad" has no inherent
meaning to one of ordinary skill in the art, and thus, can be
understood only within the context of the intrinsic evidence.
(D.I. 137 at 13.)   The parties agree, however, that "pad" would
be understood by one of ordinary skill in the art to mean a
conductive area.   (D.I. 135 at 15; D.I. 143 at 15; D.I. 160 at
3.)   The Court concludes that neither proposed construction is
appropriate and will decline to construe "pickup pad."

LPL's contention that the "pickup pad" is used to
electrically connect the back plane to the front plane has no
support in the intrinsic evidence.   Neither the specification nor
the claims of the '002 patent mentions any electrical connection
between the front plane and the back plane via the "pickup pad".
Both teach only the electrical connection of the "pickup pad"
with other elements on the back plane.   Thus, LPL's proposed
construction cannot be correct.

15

CPT's proposed construction would violate the doctrine of claim differentiation. In this context, claim differentiation "refers to the presumption that an independent claim should not be construed as requiring a limitation added by a dependent claim." Curtiss-Wright Control Corp. v. Velan, Inc., 438 F.3d 1374, 1380 (Fed. Cir. 2006) (citing Nazomi Communications, Inc. v. Arm Holdings, PLC., 403 F.3d 1364, 1370 (Fed. Cir. 2005)). In the '002 patent, claim 5 depends from claim 3.[4] Claim 3 claims "[t]he method as defined in claim **2** including forming at least one pickup pad coupled to said resistance via a shunt switching element." ('002 patent, col. 9, ll. 16-18.) Claim 5 claims "[t]he method as defined in claim **3** including forming a corner on the said pad to align the front plane and back plane of the display." (Id., col. 9, ll. 23-25.) To construe "pickup pad" as CPT proposes, as "a pad . . . for aligning the frontplane and backplane," would be to read the limitation from claim 5 into claim 3, rendering claim 5 superfluous and violating the doctrine of claim differentiation.

All of the significant attributes of the "pickup pad" mentioned in the specification are also specifically claimed. (Compare, '002 patent, col. 8, ll. 18-39, with id. col. 9, ll. 16-28.) Therefore, the Court concludes that no further

---

[4]     The discussion that follows applies identically to claims 16 and 14, 23 and 21, and 34 and 32.

16

construction of the term "pickup pad" is necessary.

## CONCLUSION

An Order consistent with this Memorandum Opinion will be entered setting forth the meaning of the disputed terms and phrases in the '002 patent.

# EXHIBIT L-2(c)

# United States Patent [19]

**Holmberg et al.**

[11] **Patent Number:** **4,820,222**

[45] **Date of Patent:** **Apr. 11, 1989**

[54] **METHOD OF MANUFACTURING FLAT PANEL BACKPLANES INCLUDING IMPROVED TESTING AND YIELDS THEREOF AND DISPLAYS MADE THEREBY**

[75] Inventors: **Scott H. Holmberg; Richard A. Flasck,** both of San Ramon, Calif.

[73] Assignee: **Alphasil, Inc.,** Fremont, Calif.

[21] Appl. No.: **948,224**

[22] Filed: **Dec. 31, 1986**

[51] Int. Cl.$^4$ ................................................. G09G 3/22
[52] U.S. Cl. ........................................ **445/3**; 340/784; 445/24; 437/8
[58] Field of Search ........................ 313/500; 340/784; 437/8; 445/3, 24, 25; 29/593

[56] **References Cited**

## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,701,184 | 10/1972 | Grier | 445/24 |
| 3,707,767 | 1/1973 | Quevrin | 437/8 X |
| 3,940,740 | 2/1976 | Coontz | 437/8 X |
| 4,368,523 | 1/1983 | Kawate | 358/236 X |
| 4,586,242 | 5/1986 | Harrison | 437/8 |
| 4,676,761 | 6/1987 | Poujois | 445/3 |
| 4,680,580 | 7/1987 | Kawahara | 340/784 |

*Primary Examiner*—Kenneth J. Ramsey
*Attorney, Agent, or Firm*—Silverman, Cass, Singer & Winburn, Ltd.

[57]                **ABSTRACT**

Subdivided pixels are provided with interconnected and hence redundant row and column bus lines to reduce fatal defects. The respective redundant row and column lines also can be interconnected between subpixels to further reduce defects. One defective subpixel is generally an acceptable non-fatal defect, since the rest of the subpixels are still operative. The subpixels also can be formed with common row and column bus lines. The pixels or subpixels can be connected in a serial serpentine pattern to test all row or all column bus lines at once. After testing, the serial connections are broken.

**31 Claims, 5 Drawing Sheets**



FIG. 1



FIG. 2



FIG. 3



FIG. 4

FIG. 5

FIG. 6





Case 1:06-cv-00726-JJF    Document 389-5    Filed 08/12/2008    Page 7 of 13



FIG. 9

4,820,222

1

# METHOD OF MANUFACTURING FLAT PANEL BACKPLANES INCLUDING IMPROVED TESTING AND YIELDS THEREOF AND DISPLAYS MADE THEREBY

## BACKGROUND OF THE INVENTION

The present invention pertains to improved flat panel displays and methods of making and testing the displays. More particularly, the present invention is directed to methods of increasing the manufacturing yields of flat panel display backplanes and the displays made therefrom.

In recent years there has been growing interest in flat panel displays, such as those which employ liquid crystals, electrochromic or electroluminescence, as replacements for conventional cathode ray tubes (CRT). The flat panel displays promise lighter weight, less bulk and substantially lower power consumption than CRT's. Also, as a consequence of their mode of operation, CRT's nearly always suffer from some distortion. The CRT functions by projecting an electron beam onto a phosphor-coated screen. The beam will cause the spot on which it is focused to glow with an intensity proportional to the intensity of the beam. The display is created by the constantly moving beam causing different spots on the screen to glow with different intensities. Because the electron beam travels a further distance from its stationary source to the edge of the screen than it does to the middle, the beam strikes various points on the screen at different angles with resulting variation in spot size and shape (i.e. distortion).

Flat panel displays are manufactured to be substantially free of such distortion. In the manufacture of flat panel displays the circuit elements are deposited and patterned, generally by photolithography, on a substrate, such as glass. The elements are deposited and etched in stages to build a device having a matrix of perpendicular rows and columns of circuit control lines with a pixel contact and control element between the control line rows and columns. The pixel contact has a medium therein which is a substance that either glows (active) or changes its response to ambient light (passive) when a threshold voltage is applied across the medium control element. The medium can be a liquid crystal, electroluminescent or electrochromic materials such as zinc sulfide, a gas plasma of, for example, neon and argon, a dichloroic dye, or such other appropriate material or device as will luminesce or otherwise change optical properties in response to the application of voltage thereto. Light is generated or other optical changes occur in the medium in response to the proper voltage applied thereto. Each optically active medium is generally referred to as a picture element or "pixel".

The circuitry for a flat panel display is generally designed such that the flat panel timeshares, or multiplexes, digital circuits to feed signals to one row and column control line of the pixels at a time. Generally one driving circuit is used for each row or column control line. In this way a subthreshold voltage can be fed to an entire row containing hundreds of thousands of pixels, keeping them all dark or inactive. Then a small additional voltage can be supplied selectively to particular columns to cause selected pixels to light up or change optical properties. The pixels can be made to glow brighter by applying a larger voltage or current of a longer pulse of voltage or current. Utilizing liquid crystal displays (LCD's) with twisted nematic active

2

material, the display is substantially transparent when not activated and becomes light absorbing when activated. Thus, the image is created on the display by sequentially activating the pixels, row by row, across the display. The geometric distortion described above with respect to CRT's is not a factor in flat panel displays since each pixel sees essentially the same voltage or current.

One of the major problems that arises with respect to the prior art method of manufacture of backplanes for active matrix displays (e.g. those employing thin film transistors at each pixel) is that they generally suffer production yield problems similar to those of integrated circuits. That is, the yields of backplanes produced are generally not 100% and the yield (percentage of backplanes with no defects) can be 0% in a worst case. High quality displays will not tolerate any defective pixel transistors or other components. Also, larger size displays are generally more desirable than smaller size displays. Thus, a manufacturer is faced with the dilemma of preferring to manufacture larger displays, but having to discard the entire product if even one pixel is defective. In other words, the manufacturer suffers a radically increased manufacturing cost per unit resulting from decreasing usable product yield.

These problems of increased cost and decreased yield are dramatically improved in the present invention by providing methods of manufacturing display backplanes and the resulting displays with a greatly reduced number of fatal defects.

## SUMMARY OF THE INVENTION

There is provided improved methods of manufacturing backplanes and the resulting flat panel displays to greatly increase the manufacturing yield, decrease manufacturing costs and decrease the number of fatal display defects.

These improvements are accomplished by subdividing each of the backplanes and hence display pixels into two or more subpixels. Each subpixel is formed with its own row (gate) line and column (source) bus line. Each subpixel pair of bus row lines and each pair of bus column lines are connected at the opposite sides of the display to provide redundant bus row lines and bus column lines. A break in the row or column bus line therefore will not affect the operation of the display, because the pixel will receive current from the other interconnected end of the row or column bus line Further, by providing subpixels, a defective active device at a subpixel will result in less than the whole pixel being defective and hence can be an acceptable nonfatal defect increasing the display yields. Subpixels also can be formed with a common row and a common column bus line.

The cost of manufacturing the display backplanes and hence the displays also can be reduced by serial loop testing of the row and column bus lines during manufacture. Each of the row and column bus lines is serially interconnected in a serpentine fashion at the opposite edges of the display. This allows all the row and all the column bus lines to be tested merely by contacting the two free ends of each of the serially interconnected row and column bus lines. Further, by applying the proper voltage to the ends of both the row and column bus lines, all the pixels or subpixels will be activated to provide one whole display test of all the pixels or subpixels at once. After final testing, the row and bus col-

4,820,222

3

umn line interconnections are broken to complete the display.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a plan view schematic representation of an active matrix display backplane made by a prior art method;

FIG. 2 is a cross-section of one transistor of the prior art backplane which could be utilized with the present invention;

FIG. 3 is a cross-section of one transistor which could be utilized with the present invention;

FIG. 4 is a plan view schematic representation of one embodiment of a subpixel matrix display of the present invention;

FIG. 5 is a plan view schematic representation of another embodiment of a subpixel matrix display of the present invention;

FIG. 6 is a plan view schematic representation of one embodiment of serial serpentine testing of the subpixel row and column bus lines in accordance with the present invention;

FIG. 7 is a plan schematic view of serial serpentine testing of conventional row and column bus lines in accordance with the present invention;

FIG. 8 is a plan view schematic of the subpixel matrix display of FIG. 4 with several row and column bus line defects or breaks therein; and

FIG. 9 is a plan view schematic of a subpixel matrix display of the invention similar to FIG. 8 with row and column bus line interconnections to avoid fatal defects caused by greater than one break in a particular row or bus column line.

## DESCRIPTION OF THE PREFERRED EMBODIMENTS

Referring now more particularly to FIG. 1, there is shown a schematic representation of an active matrix flat panel display device 10 made in accordance with conventional photolithographic techniques. One such device 10 and the manufacture thereof is more fully described in Application of Amorphous Silicon Field Effect Transistors in Addressable Liquid Crystal Display Panels, A. J. Snell, et al., *Applied Physics*, No. 24, p. 357, 1981. The device 10 includes a substrate 12, sets of contact pads 14 and 16, sets of control or bus lines 18 and 20, and, in this particular example of the prior art, transistors 22 and pixel back contacts 24.

The substrate 12 commonly employed in these devices is formed from glass. The control lines 18 and 20 are organized into a matrix of rows 18 and columns 20. The control line rows 18 in this device 10 serve as gate electrodes and the control line columns 20 as source connections. One contact pad 14 is connected to one end of each of the row control lines 18. One contact pad 16 is connected to one end of each of the column control lines 20. The display drive control (not shown) is connected to the sets of pads 14 and 16.

At each matrix crossover point 26, where a row line 18 and a column line 20 cross, a switching element, transistor 22 is formed to connect the row line 18 and column line 20 to the pixel back contacts 24. The active medium is deposited at least on the contacts 24 which will optically change properties in response to the combined voltages or currents in the respective crossover point 26 formed by the row 18 and column 20. The active medium at a given crossover point 26 will appear as a square or dot in the overall checkerboard type

4

matrix of the display 10. The actual size of the transistors 22 and the contacts 24 are not now drawn to scale, but are shown schematically for illustration only.

It should be noted that theoretically there is no limit on the number of rows 18 and columns 20 that can be employed, only a portion of which are illustrated in FIG. 1. Therefore, there is also no theoretical limit on the outside dimensions of such a device 10. However, the present state of the lithographic art places a practical limit on the outside dimensions of these devices. The present alignment techniques generally allow high resolution display devices to be manufactured approximately five inches on a side 28, although improved techniques of up to fourteen inches on a side has been demonstrated.

The problem encountered by the prior art method of manufacture is that if the array of device 10 contains any defective pixel transistors 22 or other circuit elements causing a pixel to be inoperative, it must be discarded.

Referring in detail to FIG. 2, several problems occur when the switching element, transistor 22 is manufactured. The substrate 12 is a substantial portion of the backplane cost and hence an inexpensive soda-lime glass is generally utilized. It has been demonstrated by liquid crystal display manufacturers that the high sodium concentration can poison the liquid crystal material by diffusing through the overlying ITO layer and hence an $SiO_2$ suppression layer 30 is generally formed on the substrate 12. There are some high quality low sodium types of substrates available, which would not need the suppression layer 30. An ITO layer 32 is formed and etched to provide an ITO free area on which the gate 18 is deposited. Following the deposition of the gate 18, a gate insulator layer 34 is deposited. Although a smooth uniform coverage of the gate 18 by the insulator 34 is illustrated, in production the gate 18 has or can have sharp edges which lead to pin holes or thinning of the insulator 34 at the gate edges. The source and drain metals can short to the gate 18. The thinning or pin holes produce transistors 22, which if operative, do not have uniform operating characteristics and hence the backplane is worthless.

One attempt to solve this problem, is to make the gate 18 very thin, but the resistivity is then too high to make the large arrays necessary for the backplane. A second attempt to solve the problem is to make the gate insulator 34 very thick, but this decreases the gain of the transistor 22 and is also self defeating.

An amorphous silicon layer 36 is then deposited, with the source 20 and a drain 38 deposited thereover. A passivating layer (not shown) would be deposited over the completed structure to complete the transistor 22. During operation the activation of the source 20 and the gate 18 couples power through the silicon alloy 36 to the drain and hence to the contact pad 24 formed by the ITO layer 32.

Referring now to FIG. 3, there is shown a schematic representation of one embodiment of a transistor 40 which can be utilized with the present invention. The transistor is more fully disclosed in U.S. Pat. No. 4,545,112 and U.S. Ser. No. 493,523, which are incorporated herein by reference.

A glass substrate 42 includes a barrier $SiO_2$ layer 44 thereon. As above mentioned, a low sodium glass substrate, such as Corning 7059 glass, could be utilized, and hence the barrier layer 44 can be eliminated The detailed deposition steps are described in the above-

4,820,222

referenced patent and application. An ITO layer 46 is deposited and then a refractory metal layer 48 is deposited on the ITO layer 46.

The layers 46 and 48 are etched to form a gate electrode 50. A gate insulator 52 and a semiconductor material 54 are sequentially deposited over the gate 50. The material 54 preferably is an amorphous silicon alloy. To avoid the possibility of any gate to source or drain shorts at gate edges 56, a dielectric 58 is deposited over the gate 55, the gate insulator 52 and the semiconductor 54. The dielectric 58 is deposited to a sufficient thickness to ensure that no shorts or thin spots are formed between the edges 56 of the gate 50 and a source 60 and a drain 62 deposited thereover.

The dielectric 58 is etched away only on a substantially planar central region 64 of the semiconductor layer 54. This insures uniform operating characteristics for the transistors 40 in the backplane array. A passivating layer 66 is deposited over the whole structure to complete the structure of the transistor 40.

During all of the transistor processing steps, the refractory metal layer 48 remains over a pixel contact pad 68 upon which the active material of the pixel is deposited. As a final step, before the active medium (not shown) is added to the backplane to complete the display, the refractory metal is etched off of the pixel pad 68 leaving the ITO layer 46 exposed after all the processing has been completed.

Referring now to FIG. 4, a subpixel matrix display of the present invention is designated generally by the reference numeral 70. The subpixel matrix display 70 is illustrated as having each pixel subdivided into four subpixels, but the pixels could be subdivided into numerous other configurations such as two subpixels, two by four or six subpixels or in three subpixels for color applications. Each pixel 72 is subdivided into four subpixels 74, 76, 78 and 80 (only one pixel 72 is so numbered for illustration). As previously stated, the number of pixels is merely shown for illustration purposes and the display 70 could contain any desired number and configuration, square or rectangular.

A column (source) line or bus 82 connects the subpixels 74 and 78 and all other column subpixel pairs in one-half of each of the pixels to a column or source contact pad 84 at one edge of the display 70. A second column (source) line or bus 86 connects the subpixels 76 and 80 and all other column subpixel pairs in the second half of each of the pixels to the column or source contact pad 84. The bus lines 82 and 86 are interconnected (shorted) at or before the pad 84 and are interconnected (shorted) at the opposite ends by a line or short 88.

A row (gate) line or bus 90 connects the subpixels 74 and 76 and all other row subpixel pairs in one-half of each of the pixels to a row (gate) pad 92. A second row (gate) line or bus 94 connects the subpixels 78 and 80 and all other row subpixel pairs in one-half of each of the pixels to the row pad 92. The bus lines 90 and 94 are interconnected (shorted) at or before the pad 92 and are interconnected (shorted) at the opposite ends by a line or short 96.

In a like manner, each of the other subpixel pairs are connected in columns to respective column (source) pads 98 and 100, etc. The pads 84, 98 and 100 are illustrated as being on opposite sides of the display to provide additional connecting space for the pads, however, they also could all be on one side as in the display 10.

Each of the other subpixel pairs also are connected in rows to respective row (gate) pads 102 and 104, etc.

The pixel 72 then is divided into four subpixels 74, 76, 78 and 80 which allows for one of the subpixels to be defective, such as the subpixel 74, without causing a fatal defect, since the remaining three subpixels 76, 78 and 80 remain operative. In prior devices, the pixel 72 would be totally defective and hence the display 70 would be inoperable.

Further, one often fatal display defect is caused by a defect or open in one of the row or column bus lines which would cause the whole row or column to be out, again resulting in an inoperative display 70. With the respective subpixel pairs of row and column bus lines interconnected, however, an open in a bus line will at most cause one subpixel to be inoperative. An open in one or more of the bus lines between the subpixels will result in no defects, since the current is supplied from the opposite shorted end of the row or column bus line. Thus, the display 70 in effect has redundant row and column bus lines.

Referring to FIG. 5, a second embodiment of a subpixel matrix display of the present invention is designated generally by the reference numeral 106. Again, a pixel 108 is subdivided into a plurality of subpixels 110, 112, 114 and 116. In this embodiment, each of the subpixels 110, 112, 114 and 116 has a common column (source) line or bus 118 and a common row (gate) line or bus 120. The column bus line 118 is coupled by a source line 122 to a line 124, which is a schematic representation of a common source electrode. The row bus line 120 is coupled (schematically) by a line 126 to a line 128 which is a schematic representation of a gate electrode. Each of the subpixels 110, 112, 114 and 116 is coupled by a separate respective drain line 130 132, 134 and 136 to the (schematic) common source electrode 124. Since the drain lines 130, 132, 134 and 136 are small and formed close to one another to utilize the least space, a short in one of the lines, such as the drain line 130 causes only the subpixel 110 to be defective.

A flat panel backplane testing configuration is generally designated by the numeral 138 in FIG. 6. A flat panel backplane configuration 140 having subpixels similar to the display 70 of FIG. 4 includes a plurality of interconnected row (gate) lines or buses which are connected as described above to a plurality of row (gate) pads 142, 144, 146, 148, 150, 152, 154 and 156.

Additionally, each of the row pads 142, 144, 146, 148, 150, 152, 154 and 156 and hence each of the row (gate) lines or buses is interconnected in a serpentine fashion by respective lines or shorts 158, 160, 162, 164, 166, 168 and 170. In addition, to allow the testing of the last pair of row lines from the row pad 156, an additional or test row pad 172 is added to the test configuration 138, which is coupled to the last pair of row bus lines by a line 174.

Each of a pair of a plurality of interconnected column (source) lines or buses is connected to a respective column (source) pad 176, 178, 180, 182, 184 186 188 and 190 as described above. As with the row bus lines and pads, each column pad 176, 178, 180, 182, 184, 186, 188 and 190 is interconnected in a serpentine fashion by respective lines or shorts 192, 194, 196, 198, 200, 202 and 204. Again, to test the last pair of column bus lines, an additional or test column pad 206 is added to the test configuration 138, which is coupled to the last pair of column bus lines by a line 208.

7

As soon as the row bus lines (presuming the row bus lines are deposited first) are formed, all of the row bus lines can be tested merely by contacting two test points, the pads 142 and 172. In a like manner, the column bus lines can be tested simultaneously by contacting the two pads 176 and 206. The tests can be repeated as desired during the manufacturing process and appropriate repairs or termination of the manufacturing process can occur to reduce the manufacturing costs and to increase the yield of the completed display.

If the display is an inactive matrix without transistors or other active devices, then once the row and column bus lines have been tested as having continuity, then the serpentine interconnections are opened or broken to complete or allow completion of the display backplane. Preferably, especially where the devices are formed on glass, the interconnecting lines 158, 160, etc. and 192, 194, etc. extend beyond their respective pads, such that four scribe lines 210, 212, 214 and 216 intersecting all of the connecting lines can be formed. The glass substrate then is broken off along each of the scribe lines 210 212, 214 and 216 to terminate the test interconnections.

Where the subpixel display device 140 includes active devices, such as the transistors previously described, then the transistors also will be tested prior to terminating the interconnections. Further, if desired, the liquid crystal medium can be added and the whole display can be tested at once to see if all the pixels of the whole display 140 are operable prior to terminating the connections. In this case, one or both row pads 142 and 172 are contacted with an appropriate row or gate activation voltage.

In a like manner, one or both column pads 176 and 206 are contacted with an appropriate column or source activation voltage. Also, the backplane contact (not illustrated) is contacted with an appropriate activation voltage, which will activate all of the pixels for a visual test of the display device 140

Referring to FIG. 7, the prior art device 10 (FIG. 1) is illustrated having a test configuration 218. The row bus lines 18 are interconnected in a serpentine fashion by a plurality of connecting lines 220, 222, 224 and 226 (partially shown). Depending upon the number of bus lines, the device 10 may not need an additional test pad, since the device ends in a pad 228 on the last row bus line 230. In a like manner, the column bus lines are interconnected in a serpentine fashion by a plurality of connecting lines 232, 234 and 236. If desired, or the configuration requires, a pair of column test pads 238 and 240 with respective connecting lines 242 and 244 are utilized to test the display 10 as described with respect to FIG. 6, prior to terminating or removing the connecting lines. Generally, the device 10 would be configured with the column pads all on the same side as illustrated for the row pads.

Referring to FIG. 8, a test configuration 246 with a subpixel display 248 is best illustrated, which is similar to the display 70 of FIG. 4, with the serpentine test configuration of FIG. 6. Like numerals for the like parts from those described in FIG. 4, are utilized where appropriate. As described before, the redundant row bus lines 90 and 94 will provide the operating current to all the subpixels 74, 76, 74′, 76′, etc. if a single break or defect 250 occurs in one of the lines 90. In that case the row bus lines for the subpixels 74, 76 and 74′ are fed from the pad 92 on one end of the bus line 90, while the subpixels 76′, 74″ and 76″ are fed via the pad 92, the bus line 94 across the short 96 and via the other end of the

8

bus line 90. If, however, a second break 252 occurs in the same bus line 90, then no current will be fed to the subpixels 76′ and 74″, which then are isolated. Two or more adjacent subpixels being inoperative generally would be a fatal defect and the redundant row bus lines 90 and 94 then would not be sufficient to save the display 248. In a like manner, two or more breaks in any of the row or column bus lines or pairs of bus lines generally will render the display inoperative.

To avoid the fatal defect of the multiple open lines another redundant display configuration is designated generally by the numeral 254 in FIG. 9. The redundant row and column bus lines are further interconnected in the display 254 at each subpixel to avoid the fatal defect illustrated in FIG. 8.

The display 254 is illustrated only with the bus line and interconnection patterns without the subpixels for clarity. Each pair of the column bus lines 82 and 86 are additionally interconnected between each of the subpixels 74, 78, etc. by respective lines or shorts 256, 256′ and 256″. In a like manner, each pair of the row bus lines 90 and 94 are interconnected between each of the subpixels 74, 76, etc. by respective lines or shorts 258.

With the additional interconnections 256 and 258, the previously fatal double open defects 250 and 252 do not cause the loss of any subpixels. The subpixels 76′ and 74″ now are fed via the bus line 94 and the short connecting line 258′. Therefore, the display 254 does not have any subpixel defects. Further, although both the row bus lines and the column bus lines have been illustrated as being interconnected between each subpixel, only one of the row or the column bus line sets might be shorted to limit the loss of active pixel display area.

Modification and variations of the present invention are possible in light of the above teachings. The transistors 22 or other types of two or three terminal switching devices can be utilized with the invention. The amorphous silicon alloy semiconductor material 54, could be any of numerous types of materials such as CdSe or GaAs materials. It is therefore to be understood that within the scope of the appended claims, the invention may be practiced otherwise than as specifically described.

What is claimed and desired to be secured by Letters Patent of the United States is:

1. A method of manufacturing matrix display backplanes and displays therefrom, comprising:

providing a substrate;

providing a pattern of pixels on said substrate; and

providing a plurality of sets of intersecting pixel activation bus lines and coupling each said pixel to a pair of said sets of intersecting bus lines to provide each pixel with a redundant pair of activation bus lines, including connecting each of said pixels to one of its redundant pair of activation bus lines and interconnecting each end of said redundant pair of activation bus lines to one another to provide said redundancy and dividing each pixel into a plurality of subpixels and connecting each of said subpixels to one of its redundant pair of activation bus lines through an active device, independent of any other pixel activation bus lines.

2. The method as defined in claim 1 including interconnecting each of said redundant pair of activation bus lines between each of said pixels.

3. The method as defined in claim 1 including providing a redundant pair of row activation bus lines and a

redundant pair of column activation bus lines for each of said pixels.

4. The method as defined in claim 3 including interconnecting at least one pair of said row and column lines between each of said pixels.

5. A display having dual bus lines, comprising:

a substrate;

a pattern of pixels formed on said substrate; and

a plurality of sets or intersecting pixel activation bus lines formed on said substrate and each said pixel coupled to a pair of said sets of intersecting bus lines to provide each pixel with a redundant pair of activation bus lines, including each of said pixels connected to one of its redundant pair of activation bus lines and each end of said redundant pair of activation bus lines interconnected to one another to provide said redundancy and each pixel divided into a plurality of subpixels and each of said subpixels connected to one of its redundant pair of activation bus lines through an active device, independent of any other pixel activation bus lines.

6. The display as defined in claim 5 including each of said redundant pair of activation bus lines interconnected between each of said pixels.

7. The display as defined in claim 5 including a redundant pair of row activation bus lines and a redundant pair of column activation bus lines connected to each of said pixels.

8. The display as defined in claim 7 including at least one pair of said row and column lines interconnected between each of said pixels.

9. A method of manufacturing matrix display backplanes and displays therefrom, comprising:

providing a substrate;

providing a pattern of pixels on said substrate;

providing a plurality of sets of intersecting pixel activation bus lines and coupling each said pixel to at least one of said sets of intersecting bus lines to provide each pixel with a set of activation bus lines;

forming said activation bus lines substantially orthogonal to one another in a plurality of rows and a plurality of columns of bus lines;

interconnecting opposite ends of each of said plurality of row bus lines in a serpentine fashion to serially connect substantially all of said row bus lines to one another;

interconnecting opposite ends of each of said plurality of column bus lines in a serpentine fashion to serially connect substantially all of said column bus lines to one another;

testing the continuity of substantially all of said plurality of row and column bus lines by contacting only two test points on each of said interconnected row and column bus lines as the backplanes are being manufactured; and

terminating substantially all of said interconnections after said bus lines are tested as having continuity to complete the manufacture of the backplanes and displays therefrom.

10. The method as defined in claim 9 including providing a plurality of sets of intersecting pixel activation bus lines and coupling each said pixel to a pair of said sets of intersecting bus lines to provide each pixel with a redundant pair of activation bus lines and interconnecting opposite ends of each respective pair of said plurality of row and column bus lines to test the continuity of said sets of row and column bus lines.

11. The method as defined in claim 10 including connecting each of said pixels to one of its redundant pair of activation bus lines and interconnecting each end of said redundant pair of activation bus lines to one another to provide said redundancy.

12. The method as defined in claim 11 including dividing each pixel into a plurality of subpixels and connecting each of said subpixels to one of its redundant pair of activation bus lines.

13. The method as defined in claim 12 including interconnecting at least one pair of said row and column lines between each of said pixels.

14. A display backplane having interconnections, comprising

a substrate;

a pattern of pixels formed on said substrate;

a plurality of sets if intersecting pixel activation lines formed on said substrate and each said pixel coupled to at least one of said sets of intersecting lines by an active device to provide each pixel with a set of activation lines;

said activation lines formed substantially orthogonal to one another in a plurality of rows and a plurality of columns of lines;

opposite ends of each of said plurality of row lines interconnected in a serpentine fashion to serially connect substantially all of said row lines to one another;

opposite ends of each of said plurality of column bus lines interconnected in a serpentine fashion to serially connect substantially all of said column bus lines to one another; and

a pair of test points on each of said row and said column bus lines.

15. The backplane as defined in claim 14 including a plurality of sets of intersecting pixel activation bus lines, each said pixel coupled to a pair of said sets of intersecting bus lines to provide each pixel with a redundant pair of activation bus lines and opposite ends of each respective pair of said plurality of row and column bus lines interconnected.

16. The backplane as defined in claim 15 including each of said pixels connected to one of its redundant pair of activation bus lines and each end of said redundant pair of activation bus lines interconnected to one another to provide said redundancy.

17. The backplane as defined in claim 16 including each pixel divided into a plurality of subpixels and each of said subpixels connected by an active device to one of its redundant pair of activation bus lines.

18. The backplane as defined in claim 17 including at least one pair of said row and column lines interconnected between each of said pixels.

19. A method of manufacturing matrix display backplanes and displays therefrom, comprising:

providing a substrate;

providing a pattern of pixels on said substrate;

subdividing each of said pixels into at least two subpixels; and

providing a plurality of sets of intersecting pixel activation bus lines and coupling each said subpixel to at least one of said sets of intersecting bus lines to provide each subpixel with a set of activation bus lines through an active device, independent of any other pixel activation bus lines.

20. The method as defined in claim 19 including connecting each of said subpixels to one of its redundant pair of activation bus lines and interconnecting each end

4,820,222

11

12

of said redundant pair of activation bus lines to one another to provide said redundancy.

21. The method as defined in claim 20 including interconnecting each of said redundant pair of activation bus lines between each of said subpixels.

22. The method as defined in claim 24 including interconnecting opposite ends of each of said plurality of row bus lines in a serpentine fashion to serially connect substantially all of said row bus lines to one another;

interconnecting opposite ends of each of said plurality of column bus lines in a serpentine fashion to serially connect substantially all of said column bus lines to one another:

testing the continuity of substantially all of said plurality of row and column bus lines by contacting only two test points on each of said interconnected row and column bus lines as the backplanes are being manufactured; and

terminating substantially all of said interconnections after said bus lines are tested as having continuity to complete the manufacture of the backplanes and displays therefrom.

23. The method as defined in claim 22 including testing all of said subpixels by contacting said two row and said two column bus line test points.

24. The method as defined in claim 19 including providing a redundant pair of row activation bus lines and a redundant pair of column activation bus lines for each of said subpixels.

25. The method as defined in claim 24 including interconnecting at least one pair of said row and column lines between each of said subpixels.

26. A display backplane having subpixels, comprising:

a substrate;

a pattern of pixels formed on said substrate;

each of said pixels subdivided into at least two subpixels; and

a plurality of sets of intersecting pixel activation bus lines formed on said substrate and each said subpixel coupled to at least one of said sets of intersecting bus lines to provide each subpixel with a set of activation bus lines through an active device, independent of any other pixel activation bus lines.

27. The display as defined in claim 26 including each of said subpixels connected to one of its redundant pair of activation bus lines and each end of said redundant pair of activation bus lines interconnected to on another to provide said redundancy.

28. The display as defined in claim 27 including each of said redundant pair of activation bus lines interconnected between each of said subpixels.

29. The display as defined in claim 27 including opposite ends of each of said plurality of row bus lines interconnected in a serpentine fashion to serially connect substantially all of said row bus lines to one another; and

opposite ends of each of said plurality of column bus lines interconnected in a serpentine fashion to serially connect substantially all of said column bus lines to one another.

30. The display as defined in claim 26 including a redundant pair of row activation bus lines and a redundant pair of column activation bus lines connected to each of said subpixels.

31. The display as defined in claim 30 including at least one pair of said row and column lines interconnected between each of said subpixels.

* * * * *

# EXHIBIT L-2(d)

DC:50564677.1



Webster's
New
Collegiate
Dictionary

*A Merriam-Webster*®

# New Collegiate Dictionary

*A Merriam-Webster*®

G. & C. MERRIAM COMPANY
Springfield, Massachusetts, U.S.A.

Copyright © 1980 by G. & C. Merriam Co.

Philippines Copyright 1980 by G. & C. Merriam Co.

Library of Congress Cataloging in Publication Data
Main entry under title:

Webster's new collegiate dictionary.

   Editions for 1898–1948 have title: Webster's collegiate dictionary.
   Includes index.
   1. English language—Dictionaries.
PE1628.W4M4    1980    423    79-24073
ISBN  0-87779-398-0
ISBN  0-87779-399-9  (indexed)
ISBN  0-87779-400-6  (deluxe)

Webster's New Collegiate Dictionary principal copyright 1973

COLLEGIATE trademark Reg. U.S. Pat. Off.

*All rights reserved. No part of this work covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, recording, taping, or information storage and retrieval systems—without written permission of the publisher.*

Made in the United States of America

3536373839RMcN80

**reserved power** n : a political power reserved by a constitution to the exclusive jurisdiction of a specified political authority

**reserve price** n : a price announced at an auction as the lowest that will be considered

**re·serv·ist** \ri-'zər-vəst\ n : a member of a military reserve

**res·er·voir** \'rez-ə(r)v-ˌwär, -ə(r)v-ˌ(w)ór also -ə(r)ˌvói\ n [F réservoir, fr. MF, fr. reserver] 1 : a place where something is kept in store: as a : an artificial lake where water is collected and kept in quantity for use b : a part of an apparatus in which a liquid is held c : SUPPLY, STORE (a large ~ of educated people) 2 : an extra supply : RESERVE 3: an organism in which a parasite that is pathogenic for some other species lives and multiplies without damaging its host; also : a noneconomic organism within which a pathogen of economic or medical importance flourishes

**re·set** \(')rē-'set\ vt -set; -set·ting 1 : to set again or anew (~ type) (~ a diamond) 2 : to change the reading of (~ an odometer) — **re·set·ta·ble** \-'set-ə-bəl\ adj

**res ges·tae** \rās-'ges-ˌtī, 'rēz-'jes-(ˌ)tē\ n pl [L] : things done; esp : the facts that form the environment of a litigated issue and are admissible in evidence

**resh** \'räsh\ n [Heb rēsh] : the 20th letter of the Hebrew alphabet — see ALPHABET table

**re·shape** \(')rē-'shāp\ vt : to give a new form or orientation to : REORGANIZE — **re·shap·er** n

**re·ship** \(')rē-'ship\ vt : to ship again; specif : to put on board a second time ~ vi : to embark on a ship again or anew; specif : to sign again for service on a ship — **re·ship·ment** \-mənt\ n — **re·ship·per** n

**re·shuf·fle** \(')rē-'shəf-əl\ vt 1 : to shuffle (as cards) again 2 : to reorganize usu. by the redistribution of existing elements (the cabinet was reshuffled by the prime minister) — **reshuffle** n

**re·sid** \ri-'zid\ n : RESIDUAL OIL

**re·side** \ri-'zid\ vi re·sid·ed; re·sid·ing [ME residen, fr. MF or L; MF resider, fr. L residēre to sit back, remain, abide, fr. re- + sedēre to sit — more at SIT] 1 a : to be in residence as the incumbent of a benefice or office b : to dwell permanently or continuously : occupy a place as one's legal domicile 2 a : to be present as an element of quality b : to be vested as a right — **re·sid·er** n
syn RESIDE, LIVE, DWELL, SOJOURN shared meaning element : to have as one's habitation or domicile

**res·i·dence** \'rez-əd-ən(t)s, 'rez-dən(t)s, 'rez-ə-ˌden(t)s\ n 1 a : the act or fact of dwelling in a place for some time b : the act or fact of living or regularly staying at or in some place for the discharge of a duty or the enjoyment of a benefit 2 a (1) : the place where one actually lives as distinguished from his domicile or a place of temporary sojourn (2) : DOMICILE 2a b : the place where a corporation is actually or officially established c : the status of a legal resident 3 a : a building used as a home : DWELLING b : housing or a unit of housing provided for students 4 a : the period or duration of abode in a place (after a ~ of 30 years) b : a period of active and esp. full-time study, research, or teaching at a college or university 5 : the persistence of a substance that is suspended or dissolved in a medium (the ~ time of a pollutant) — **in residence** : engaged to live and work at a particular place often for a specified time (poet in residence at a university)

**res·i·den·cy** \'rez-əd-ən-sē, 'rez-dən-, 'rez-ə-ˌden(t)-\ n, pl -cies 1 a : usu. official place of residence 2 : a territory in a protected state in which the powers of the protecting state are executed by a resident agent 3 : a period of advanced training in a medical specialty

¹**res·i·dent** \'rez-əd-ənt, 'rez-dənt, 'rez-ə-ˌdent\ adj [ME, fr. L resident-, residens, prp. of residēre] 1 a : living in a place for some length of time : RESIDING b : serving in a regular or full-time capacity (the ~ engineer for a highway department); also : being in residence 2 : PRESENT, INHERENT 3 : not migratory

²**resident** n 1 : one who resides in a place 2 : a diplomatic agent residing at a foreign court or seat of government; esp : one exercising authority in a protected state as representative of the protecting power 3 : a physician serving a residency

**resident commissioner** n 1 : a nonvoting representative of a dependency in the U.S. House of Representatives 2 : a resident administrator in a British colony or possession

**res·i·den·tial** \rez(-ə)-'den-chəl\ adj 1 a : used as a residence b : providing living accommodations for students (a ~ college) 2 : restricted to or occupied by residences (a ~ neighborhood) 3 : of or relating to residence or residences — **res·i·den·tial·ly** \-'dench-(ə-)lē\ adv

¹**re·sid·u·al** \ri-'zij-(ə-)wəl, -'zij-əl\ adj [L residuum residue] 1: of, relating to, or constituting a residue 2 : leaving a residue that remains effective for some time — **re·sid·u·al·ly** \-ē\ adv

²**residual** n 1 : REMAINDER, RESIDUUM: as a : the difference between results obtained by observation and by computation from a formula or between the mean of several observations and any one of them b : a residual product or substance c : an internal aftereffect of experience or activity that influences later behavior; esp : a disability remaining from a disease or operation 2 : a payment (as to an actor or writer) for each rerun after an initial showing (as of a taped TV show)

**residual oil** n : fuel oil that remains after the removal of valuable distillates (as gasoline) from petroleum and that is used esp. by industry — called also resid

**residual power** n : power held to remain at the disposal of a governmental authority after an enumeration or delegation of specified powers to other authorities

**re·sid·u·ary** \ri-'zij-ə-ˌwer-ē\ adj : of, relating to, or constituting a residue

**res·i·due** \'rez-ə-ˌd(y)ü\ n [ME, fr. MF residu, fr. L residuum, fr. neut. of residuus left over, fr. residēre to remain] : something that remains after a part is taken, separated, or designated : REMNANT, REMAINDER: as a : the part of a testator's estate remaining after the satisfaction of all debts, charges, allowances, and previous devises and bequests b : the remainder after subtracting a multiple of a modulus from an integer or a power of the integer : the second of two terms in a congruence (2 and 7 are ~s of 12 modulo

5) (9 is a quadratic ~ of 7 modulo 5 since $7^2 - 8 \times 5 = 9$) c : a constituent structural unit (as a group or monomer) of a usu. complex molecule (amino acid ~s left after hydrolysis of protein)

**residue class** n : the set of elements (as integers) that leave the same remainder when divided by the same modulus

**re·sid·u·um** \ri-'zij-ə-wəm\ n, pl re·sid·ua \-ə-wə\ [L] : something residual: as a : RESIDUE b : a residual product (as from the distillation of petroleum)

**re·sign** \ri-'zīn\ vb [ME resignen, fr. MF resigner, fr. L resignare, lit., to unseal, cancel, fr. re- + signare to sign, seal — more at SIGN] vt 1 : to give up deliberately; esp : to renounce (as a right or position) by a formal act 2 : RELEGATE, CONSIGN; esp : to give (oneself) over without resistance <~ed herself to her fate> ~ vi 1 : to give up one's office or position : QUIT 2 : to accept something as inevitable : SUBMIT syn see RELINQUISH, ABDICATE — **re·sign·ed·ly** \-'zī-nəd-lē\ adv — **re·sign·ed·ness** \-'zī-nəd-nəs\ n — **re·sign·er** \-'zī-nər\ n

**res·ig·na·tion** \rez-ig-'nā-shən\ n 1 a : an act or instance of resigning something : SURRENDER b : a formal notification of resigning 2 : the quality or state of being resigned : SUBMISSIVENESS

**re·sile** \ri-'zī(ə)l\ vi re·siled; re·sil·ing [LL & L; LL resilire to withdraw, fr. L, to recoil] : RECOIL, RETRACT; esp : to return to a prior position

**re·sil·ience** \ri-'zil-yən(t)s\ n 1 : the capability of a strained body to recover its size and shape after deformation caused esp. by compressive stress 2 : an ability to recover from or adjust easily to misfortune or change

**re·sil·ien·cy** \-yən-sē\ n : RESILIENCE

**re·sil·ient** \-yənt\ adj [L resilient-, resiliens, prp. of resilire to jump back, recoil, fr. re- + salire to leap — more at SALLY] : characterized or marked by resilience: as a : capable of withstanding shock without permanent deformation or rupture b : tending to recover from or adjust easily to misfortune or change — **re·sil·ient·ly** adv

¹**res·in** \'rez-ən\ n [ME, fr. MF resine, fr. L resina, fr. Gk rhētinē pine resin] 1 a : any of various solid or semisolid amorphous fusible flammable natural organic substances that are usu. transparent or translucent and yellowish to brown, are formed esp. in plant secretions, are soluble in organic solvents (as ether) but not in water, are electrical nonconductors, and are used chiefly in varnishes, printing inks, plastics, and sizes and in medicine b : ROSIN 2 a : any of a large class of synthetic products that have some of the physical properties of natural resins but are different chemically and are used chiefly as plastics b : any of various products made from a natural resin or a natural polymer

²**resin** vt re·sined; res·in·ing \'rez-ˀn-iŋ, 'rez-niŋ\ : to treat with resin

**res·in·ate** \'rez-ˀn-ˌāt\ vt -at·ed; -at·ing : to impregnate or flavor with resin

**resin canal** n : a tubular intercellular space in gymnosperms and some angiosperms that is lined with epithelial cells which secrete resin — called also resin duct

**re·sin·i·fy** \ri-'zin-ə-ˌfī\ vt -fied; fy·ing : to convert into or treat with resin

**res·in·oid** \'rez-ˀn-ˌóid\ n 1 a : a somewhat resinous substance b : a thermosetting synthetic resin 2 : GUM RESIN

**res·in·ous** \'rez-nəs, -ˀn-əs\ adj : of, relating to, resembling, containing, or derived from resin

¹**re·sist** \ri-'zist\ vb [ME resisten, fr. MF or L; MF resister, fr. L resistere, fr. re- + sistere to take a stand; akin to L stare to stand — more at STAND] vt 1 : to withstand the force or effect of 2 : to exert oneself so as to counteract or defeat ~ vi : to exert force in opposition syn see OPPOSE

²**resist** n : something (as a protective coating) that resists or prevents a particular action

**re·sis·tance** \ri-'zis-tan(t)s\ n 1 a : an act or instance of resisting : OPPOSITION b : a means of resisting 2 : the ability to resist; esp : the inherent capacity of a living being to resist untoward circumstances (as disease, malnutrition, or toxic agents) 3 : an opposing or retarding force 4 a : the opposition offered by a body or substance to the passage through it of a steady electric current b : a source of resistance 5 often cap : an underground organization of a conquered country engaging in sabotage and secret operations against occupation forces and collaborators

¹**re·sis·tant** \-tənt\ adj : giving or capable of resistance — often used in combination (wrinkle-resistant clothes)

²**resistant** n : one that resists : RESISTER

¹**re·sist·er** \ri-'zis-tər\ n : one that resists; esp : one who actively opposes the policies of a government

**re·sist·ibil·i·ty** \ri-ˌzis-tə-'bil-ət-ē\ n 1 : the quality or state of being resistible 2 : ability to resist

**re·sist·ible** or **re·sist·able** \ri-'zis-tə-bəl\ adj : capable of being resisted

**re·sis·tive** \ri-'zis-tiv\ adj : marked by resistance — often used in combination (fire-resistive material) — **re·sis·tive·ly** adv — **re·sis·tive·ness** n

**re·sis·tiv·i·ty** \ri-ˌzis-'tiv-ət-ē, ˌrē-ˌ\ n, pl -ties 1 : capacity for resisting : RESISTANCE 2 : the longitudinal electrical resistance of a uniform rod of unit length and unit cross-sectional area : the reciprocal of conductivity

**re·sist·less** \ri-'zist-ləs\ adj 1 : IRRESISTIBLE 2 : offering no resistance — **re·sist·less·ly** adv — **re·sist·less·ness** n

**re·sis·tor** \ri-'zis-tər\ n : a device that has electrical resistance and that is used in an electric circuit for protection, operation, or current control

---

| | | | | | |
|---|---|---|---|---|---|
| ə abut | ᵉ kitten | ər further | a back | ā bake | ä cot, cart |
| aú out | ch chin | e less | ē easy | g gift | i trip | i life |
| j joke | ŋ sing | ō flow | ò flaw | ói coin | th thin | th this |
| ü loot | ú foot | y yet | yü few | yú furious | zh vision |

# EXHIBIT L-3

# Ex. L-3
## LGD US Patent No. 4,624,737

### Index of Disputed Terms

**Claim Terms**                                                                  **Page**

a process for producing a thin-film transistor .............................................................28

thin-film transistor ...........................................................................................28

forming a gate electrode on an insulating substrate.................................................7

forming … on............................................................................................................7

continuously depositing on said gate electrode and substrate a gate insulating film,
a high-resistivity semiconductor film and a conducting film .......................................9

continuously depositing ............................................................................................11

depositing on ............................................................................................................11

depositing....................................................................................................................11

gate insulating film .....................................................................................................24

high-resistivity semiconductor film .............................................................................34

conducting film ...........................................................................................................24

a conducting film containing at least a low-resistivity semiconductor film ...............24

low-resistivity semiconductor film ..............................................................................34

without exposing them to an oxidizing atmosphere ...................................................1

them............................................................................................................................1

oxidizing atmosphere .................................................................................................1

selectively etched......................................................................................................40

they are partly left as an island region on said gate electrode ..................................36

island region on said gate electrode .........................................................................36

gate electrode ...........................................................................................................31

**Ex. L-3**
**LGD US Patent No. 4,624,737**

## Index of Disputed Terms

**Claim Terms**                                                                    **Page**

a fourth step for selectively forming a source electrode and drain electrode ............................40

selectively forming.......................................................................................................40

source electrode ...........................................................................................................31

drain electrode..............................................................................................................31

contacting a part of the surface of said island region..................................................36

a fifth step for selectively removing said conducting film exposed on said island
region with said source and drain electrodes serving as at least a part of the mask ..................18

selectively removing said conducting film exposed on said island region.................18

selectively removing ....................................................................................................21

said conducting film exposed on said island region ...................................................21

said source and drain electrodes serving as at least a part of the mask .....................13

serving as at least a part of the mask..........................................................................13

at least a part of the mask............................................................................................13

a part of the mask ........................................................................................................13

mask .............................................................................................................................16

surface passivation film ..............................................................................................43

exposing a part of each of said source electrode, drain electrode and gate electrode.................43

exposing .......................................................................................................................43

**EXHIBIT L-3**
**U.S. PATENT NO. 4,624,737**
**TERMS IN DISPUTE**

| ASSERTED CLAIM 1 | LGD's Claim Construction |
|---|---|
| 1. A process for producing a thin-film transistor comprising a first step for forming a gate electrode on an insulating substrate, a second step for continuously depositing on said gate electrode and substrate a gate insulating film, a high-resistivity semiconductor film and a conducting film containing at least a low-resistivity semiconductor film without exposing them to an oxidizing atmosphere, a third step in which said high-resistivity semiconductor film and said conducting film are selectively etched so that they are partly left as an island region on said gate electrode, a fourth step for selectively forming a source electrode and a drain electrode both contacting a part of the surface of said island region and spaced apart from each other, a fifth step for selectively removing said conducting film exposed on said island region with said source and drain electrodes serving as at least a part of the mask, a sixth step for depositing a surface passivation film, and a seventh step for selectively removing said surface passivation film and exposing a part of each of said source electrode, drain electrode and gate electrode. | **without exposing them to an oxidizing atmosphere** - without exposing the gate insulating film, the high-resistivity semiconductor film, and the conducting film containing at least the low-resistivity semiconductor film to an atmosphere that would create a detectable amount of oxidation on a film<br><br>**them** - the gate insulating film, the high-resistivity semiconductor film, and the conducting film containing at least the low-resistivity semiconductor film<br><br>**oxidizing atmosphere** - an atmosphere that would create a detectable amount of oxidation on a film |

## INTRINSIC EVIDENCE FOR DISPUTED TERM "WITHOUT EXPOSING THEM TO AN OXIDIZING ATMOSPHERE":

non would also occur at the interface of n+ amorphous silicon films **25, 26** and metal films **15, 16**.

As described above, according to the conventional process, resistance would be generated between the source and drain and between channels and it was thus impossible to obtain the proper current flow and frequency characteristics. It was also a disadvantage of such conventional process that it was necessary to repeat the masking step as many as 5 to 6 times.

### SUMMARY OF THE INVENTION

It is an object of present invention to provide a simplified process for producing a thin-film transistor with an improved contact arrangement.

1:45-59

phous silicon) film **20** and a conducting film **30** made of a metal or other material are successively formed on said gate electrode **2** and substrate **1** without exposing them to an oxidizing atmosphere. Such successive deposition can be accomplished, for instance, by forming a

2:21-24

along one line and gate electrodes **2'** on another line are formed on a transparent insulating substrate **1** such as glass substrate. Then, as illustrated in FIG. 3*b*, gate insulating film **3**, high-resistivity amorphous silicon film **4** and low-resistivity amorphous silicon film **20** are deposited successively without exposure to an oxidizing atmosphere, and said low-resistivity amorphous silicon film **20** and high-resistivity amorphous silicon film **4** are

3:26-33

As described above, according to the present invention, no oxides, etc., are formed at the interface of high-resistivity amorphous silicon film **4** and low-resistivity amorphous silicon film **20**, so that a good junction can be formed. The same is true with the interface of low-resistivity amorphous silicon film **20** and conducting film **30**. Further, since the interfaces of low-resistivity

3:53-59

EX 3

2

## INTRINSIC EVIDENCE FOR DISPUTED TERM "WITHOUT EXPOSING THEM TO AN OXIDIZING ATMOSPHERE" (cont'd):

According to the present invention, as explained above, a thin-film transistor having good contact characteristics can be formed with only four masking operations. The present invention is especially effective for the production of thin-film transistors requiring a low temperature process such as thin-film transistors using amorphous silicon. It is thus possible with the present invention to obtain a thin-film transistor with small channel series resistance which improves driving performance and frequency characteristics.

4:3-12

## INTRINSIC EVIDENCE FOR DISPUTED TERM "THEM":

In the next step illustrated in FIG. 2*b* in a sectional view, a gate insulating film 3, a high-resistivity film 4, a low-resistivity a-Si:H (usually hydrogenated amorphous silicon) film 20 and a conducting film 30 made of a metal or other material are successively formed on said gate electrode 2 and substrate 1 without exposing them to an oxidizing atmosphere. Such successive depo-

2:18-24

## INTRINSIC EVIDENCE FOR DISPUTED TERM "OXIDIZING ATMOSPHERE":

non would also occur at the interface of n+ amorphous silicon films **25, 26** and metal films **15, 16**.

As described above, according to the conventional process, resistance would be generated between the source and drain and between channels and it was thus impossible to obtain the proper current flow and frequency characteristics. It was also a disadvantage of such conventional process that it was necessary to repeat the masking step as many as 5 to 6 times.

### SUMMARY OF THE INVENTION

It is an object of present invention to provide a simplified process for producing a thin-film transistor with an improved contact arrangement.

1:45-59

phous silicon) film **20** and a conducting film **30** made of a metal or other material are successively formed on said gate electrode **2** and substrate **1** without exposing them to an oxidizing atmosphere. Such successive deposition can be accomplished, for instance, by forming a

2:21-24

along one line and gate electrodes **2'** on another line are formed on a transparent insulating substrate **1** such as glass substrate. Then, as illustrated in FIG. 3b, gate insulating film **3**, high-resistivity amorphous silicon film **4** and low-resistivity amorphous silicon film **20** are deposited successively without exposure to an oxidizing atmosphere, and said low-resistivity amorphous silicon film **20** and high-resistivity amorphous silicon film **4** are

3:26-33

As described above, according to the present invention, no oxides, etc., are formed at the interface of high-resistivity amorphous silicon film **4** and low-resistivity amorphous silicon film **20**, so that a good junction can be formed. The same is true with the interface of low-resistivity amorphous silicon film **20** and conducting film **30**. Further, since the interfaces of low-resistivity

3:53-59

## INTRINSIC EVIDENCE FOR DISPUTED TERM "OXIDIZING ATMOSPHERE" (cont'd):

According to the present invention, as explained above, a thin-film transistor having good contact characteristics can be formed with only four masking operations. The present invention is especially effective for the production of thin-film transistors requiring a low temperature process such as thin-film transistors using amorphous silicon. It is thus possible with the present invention to obtain a thin-film transistor with small channel series resistance which improves driving performance and frequency characteristics.

4:3-12

EX 3
6

**EXHIBIT 3**
**U.S. PATENT NO. 4,624,737**
**TERMS IN DISPUTE**

| ASSERTED CLAIM 1 | LGD's Claim Construction |
|---|---|
| 1. A process for producing a thin-film transistor comprising a first step for forming a gate electrode on an insulating substrate, a second step for continuously depositing on said gate electrode and substrate a gate insulating film, a high-resistivity semiconductor film and a conducting film containing at least a low-resistivity semiconductor film without exposing them to an oxidizing atmosphere, a third step in which said high-resistivity semiconductor film and said conducting film are selectively etched so that they are partly left as an island region on said gate electrode, a fourth step for selectively forming a source electrode and a drain electrode both contacting a part of the surface of said island region and spaced apart from each other, a fifth step for selectively removing said conducting film exposed on said island region with said source and drain electrodes serving as at least a part of the mask, a sixth step for depositing a surface passivation film, and a seventh step for selectively removing said surface passivation film and exposing a part of each of said source electrode, drain electrode and gate electrode. | **forming a gate electrode on an insulating substrate** - giving form or shape to a patterned electrically conductive material that controls current flow through the channel between the source electrode and drain electrode that is above and supported by or in contact with material (such as glass, quartz, ceramic, insulator-coated silicon or insulator coated metal) upon which the transistor is fabricated to provide mechanical support and electrical insulation

**forming … on** - giving form or shape to…above and supported by or in contact with |

## INTRINSIC EVIDENCE FOR DISPUTED TERMS "FORMING A GATE ELECTRODE ON AN INSULATING SUBSTRATE" AND "FORMING… ON":





In the next step illustrated in FIG. 2b in a sectional view, a gate insulating film 3, a high-resistivity film 4, a low-resistivity a-Si:H (usually hydrogenated amorphous silicon) film 20 and a conducting film 30 made of a metal or other material are successively formed on said gate electrode 2 and substrate 1 without exposing them to an oxidizing atmosphere. Such successive depo-

2:18-24

**EXHIBIT 3**
**U.S. PATENT NO. 4,624,737**
**TERMS IN DISPUTE**

| **ASSERTED CLAIM 1** | **LGD's Claim Construction** |
|---|---|
| 1. A process for producing a thin-film transistor comprising a first step for forming a gate electrode on an insulating substrate, a second step for continuously depositing on said gate electrode and substrate a gate insulating film, a high-resistivity semiconductor film and a conducting film containing at least a low-resistivity semiconductor film without exposing them to an oxidizing atmosphere, a third step in which said high-resistivity semiconductor film and said conducting film are selectively etched so that they are partly left as an island region on said gate electrode, a fourth step for selectively forming a source electrode and a drain electrode both contacting a part of the surface of said island region and spaced apart from each other, a fifth step for selectively removing said conducting film exposed on said island region with said source and drain electrodes serving as at least a part of the mask, a sixth step for depositing a surface passivation film, and a seventh step for selectively removing said surface passivation film and exposing a part of each of said source electrode, drain electrode and gate electrode. | **continuously depositing on said gate electrode and substrate a gate insulating film, a high-resistivity semiconductor film and a conducting film** - the formation of the gate insulating film, the high-resistivity semiconductor film and conducting film (without intervening films) above and supported by or in contact with (i) the patterned electrically conductive material that controls current flow through the channel between the source electrode and drain electrode and (ii) the material (such as glass, quartz, ceramic, insulator-coated silicon or insulator coated metal) upon which the transistor is fabricated to provide mechanical support and electrical insulation |

### INTRINSIC EVIDENCE FOR DISPUTED TERM "CONTINUOUSLY DEPOSITING ON SAID GATE ELECTRODE AND SUBSTRATE A GATE INSULATING FILM, A HIGH-RESISTIVITY SEMICONDUCTOR FILM AND A CONDUCTING FILM":

[57]            ABSTRACT

A gate insulating film, a high-resistivity semiconductor film, a low-resistivity semiconductor film and if necessary a conducting film are successively deposited in lamination without exposing them to any oxidizing atmosphere including atmospheric air, and then the source and drain electrodes are selectively formed.

Abstract

In the next step illustrated in FIG. 2b in a sectional view, a gate insulating film 3, a high-resistivity film 4, a low-resistivity a-Si:H (usually hydrogenated amorphous silicon) film 20 and a conducting film 30 made of a metal or other material are successively formed on said gate electrode 2 and substrate 1 without exposing them to an oxidizing atmosphere. Such successive depo-

2:18-24C

**EXHIBIT 3**
**U.S. PATENT NO. 4,624,737**
**TERMS IN DISPUTE**

| ASSERTED CLAIM 1 | LGD's Claim Construction |
|---|---|
| 1. A process for producing a thin-film transistor comprising a first step for forming a gate electrode on an insulating substrate, a second step for <mark>continuously depositing on</mark> said gate electrode and substrate a gate insulating film, a high-resistivity semiconductor film and a conducting film containing at least a low-resistivity semiconductor film without exposing them to an oxidizing atmosphere, a third step in which said high-resistivity semiconductor film and said conducting film are selectively etched so that they are partly left as an island region on said gate electrode, a fourth step for selectively forming a source electrode and a drain electrode both contacting a part of the surface of said island region and spaced apart from each other, a fifth step for selectively removing said conducting film exposed on said island region with said source and drain electrodes serving as at least a part of the mask, a sixth step for <mark>depositing a</mark> surface passivation film, and a seventh step for selectively removing said surface passivation film and exposing a part of each of said source electrode, drain electrode and gate electrode. | **continuously depositing** - the formation of the gate insulating film, the high-resistivity semiconductor film and conducting film without intervening films<br><br>**depositing on** - the formation of the gate insulating film, the high-resistivity semiconductor film and conducting film above and supported by or in contact with<br><br>**depositing** - the formation of the gate insulating film, the high-resistivity semiconductor film and conducting film |

## INTRINSIC EVIDENCE FOR DISPUTED TERMS "CONTINUOUSLY DEPOSITING," " CONTINUOUSLY DEPOSITING," AND "DEPOSITING ON":

In the next step illustrated in FIG. 2b in a sectional view, a gate insulating film 3, a high-resistivity film 4, a low-resistivity a-Si:H (usually hydrogenated amorphous silicon) film 20 and a conducting film 30 made of a metal or other material are successively formed on said gate electrode 2 and substrate 1 without exposing them to an oxidizing atmosphere. Such successive deposition can be accomplished, for instance, by forming a silicon nitride (SiNx) film as gate insulating film 3 from a mixed gas of SiH4 and NH3, forming a high-resistivity a-Si:H film 4 by using SiH4 and forming a n+ a-Si:H film 20 from a mixed gas of PH3 and SiH4 in the same evacuated chamber in a plasma CVD apparatus. It is also possible to form said films successively in the respective chambers by using a plasma CVD apparatus having in-line chambers. Further, when a sputtering or metalizing chamber is additionally provided, conducting film 30 can be also deposited continuously without exposure to the atmosphere. Beside SiNx, a film of SiOx or a multi-layer film made of such materials can be used as

2:18-37

along one line and gate electrodes 2' on another line are formed on a transparent insulating substrate 1 such as glass substrate. Then, as illustrated in FIG. 3b, gate insulating film 3, high-resistivity amorphous silicon film 4 and low-resistivity amorphous silicon film 20 are deposited successively without exposure to an oxidizing atmosphere, and said low-resistivity amorphous silicon film 20 and high-resistivity amorphous silicon film 4 are

3:26-33

While the present invention has been principally described regarding an embodiment thereof as applied to the production of a thin-film transistor using amorphous silicon by utilizing plasma CVD, the invention can as well be applied to the manufacture of thin-film transistors using semiconductor films by utilizing the photo CVD or molecular beam and/or the ion beam deposition method, thin-film transistors using polysilicon, and thin-film transistors using semiconductor films of other

4:13-21

EXHIBIT 3
U.S. PATENT NO. 4,624,737
TERMS IN DISPUTE

**ASSERTED CLAIM 1**

1. A process for producing a thin-film transistor comprising a first step for forming a gate electrode on an insulating substrate, a second step for continuously depositing on said gate electrode and substrate a gate insulating film, a high-resistivity semiconductor film and a conducting film containing at least a low-resistivity semiconductor film without exposing them to an oxidizing atmosphere, a third step in which said high-resistivity semiconductor film and said conducting film are selectively etched so that they are partly left as an island region on said gate electrode, a fourth step for selectively forming a source electrode and a drain electrode both contacting a part of the surface of said island region and spaced apart from each other, a fifth step for selectively removing said conducting film exposed on said island region with said source and drain electrodes serving as at least a part of the mask, a sixth step for depositing a surface passivation film, and a seventh step for selectively removing said surface passivation film and exposing a part of each of said source electrode, drain electrode and gate electrode.

**LGD's Claim Construction**

**said source and drain electrodes serving as at least a part of the mask** - the source and drain electrodes serving as at least a part of the pattern above a surface from which material is to be selectively removed, where the pattern is made of material that is resistive to the removal technique relative to the material to be removed

**serving as at least a part of the mask** - serving as at least a part of the pattern above a surface from which material is to be selectively removed, where the pattern is made of material that is resistive to the removal technique relative to the material to be removed

**at least a part of the mask** – at least a part of the pattern above a surface from which material is to be selectively removed, where the pattern is made of material that is resistive to the removal technique relative to the material to be removed

**a part of the mask** - a part of the pattern above a surface from which material is to be selectively removed, where the pattern is made of material that is resistive to the removal technique relative to the material to be removed

# INTRINSIC EVIDENCE FOR DISPUTED TERMS "SAID SOURCE AND DRAIN ELECTRODES SERVING AS AT LEAST A PART OF THE MASK" AND "SERVING AS AT LEAST A PART OF THE MASK":

used for this step. Then, as illustrated in FIG. 2*d* in a sectional view, drain and source electrode members **15, 16** are selectively provided, and conducting film **30** and low-resistivity amorphous silicon film **20** shown in FIG. **2***c* are selectively removed with said electrode members **15, 16** serving at least as a part of the mask to form drain electrode **5** and source electrode **6**. In this step, it is desirable to clean the surface of conducting film **30** by proper etching means such as sputter etching or ion

2:18-37

## INTRINSIC EVIDENCE FOR DISPUTED TERMS "AT LEAST A PART OF THE MASK" AND "A PART OF THE MASK":

used for this step. Then, as illustrated in FIG. 2*d* in a sectional view, drain and source electrode members **15**, **16** are selectively provided, and conducting film **30** and low-resistivity amorphous silicon film **20** shown in FIG. 2*c* are selectively removed with said electrode members **15**, **16** serving at least as a part of the mask to form drain electrode **5** and source electrode **6**. In this step, it is desirable to clean the surface of conducting film **30** by proper etching means such as sputter etching or ion

2:18-37

**EXHIBIT 3**
**U.S. PATENT NO. 4,624,737**
**TERMS IN DISPUTE**

<u>**ASSERTED CLAIM 1**</u>

<u>**LGD's Claim Construction**</u>

1. A process for producing a thin-film transistor comprising a first step for forming a gate electrode on an insulating substrate, a second step for continuously depositing on said gate electrode and substrate a gate insulating film, a high-resistivity semiconductor film and a conducting film containing at least a low-resistivity semiconductor film without exposing them to an oxidizing atmosphere, a third step in which said high-resistivity semiconductor film and said conducting film are selectively etched so that they are partly left as an island region on said gate electrode, a fourth step for selectively forming a source electrode and a drain electrode both contacting a part of the surface of said island region and spaced apart from each other, a fifth step for selectively removing said conducting film exposed on said island region with said source and drain electrodes serving as at least a part of the mask, a sixth step for depositing a surface passivation film, and a seventh step for selectively removing said surface passivation film and exposing a part of each of said source electrode, drain electrode and gate electrode.

**mask** - A pattern above a surface from which material is to be selectively removed. The pattern is made of material that is resistive to the removal technique relative
to the material to be removed

## INTRINSIC EVIDENCE FOR DISPUTED TERM "MASK":

used for this step. Then, as illustrated in FIG. 2*d* in a sectional view, drain and source electrode members **15, 16** are selectively provided, and conducting film **30 and** low-resistivity amorphous silicon film **20** shown in FIG. 2*c* are selectively removed with said electrode members **15, 16** serving at least as a part of the mask to form drain electrode **5** and source electrode **6.** In this step, it is desirable to clean the surface of conducting film **30** by proper etching means such as sputter etching or ion

2:18-37

**EXHIBIT 3**
**U.S. PATENT NO. 4,624,737**
**TERMS IN DISPUTE**

<u>**ASSERTED CLAIM 1**</u>                              <u>**LGD's Claim Construction**</u>

1. A process for producing a thin-film transistor comprising a first step for forming a gate electrode on an insulating substrate, a second step for continuously depositing on said gate electrode and substrate a gate insulating film, a high-resistivity semiconductor film and a conducting film containing at least a low-resistivity semiconductor film without exposing them to an oxidizing atmosphere, a third step in which said high-resistivity semiconductor film and said conducting film are selectively etched so that they are partly left as an island region on said gate electrode, a fourth step for selectively forming a source electrode and a drain electrode both contacting a part of the surface of said island region and spaced apart from each other, a fifth step for selectively removing said conducting film exposed on said island region with said source and drain electrodes serving as at least a part of the mask, a sixth step for depositing a surface passivation film, and a seventh step for selectively removing said surface passivation film and exposing a part of each of said source electrode, drain electrode and gate electrode.

**a fifth step for selectively removing said conducting film exposed on said island region with said source and drain electrodes serving as at least a part of the mask -** a fifth step for removing selected regions only of the conducting film on the island region not covered by the source electrode, drain electrode or mask wherein the source electrode and drain electrode serve as at least a part of the pattern above a surface from which material is to be selectively removed; the pattern is made of material that is resistive to the removal technique relative to the material to be removed

**selectively removing said conducting film exposed on said island region -** removing selected regions only of the conducting film on the island region not covered by the source electrode, drain electrode or mask

EX 3
18

**INTRINSIC EVIDENCE FOR DISPUTED TERM "FIFTH STEP FOR SELECTIVELY REMOVING SAID CONDUCTING FILM EXPOSING ON SAID ISLAND REGION WITH SAID SOURCE AND DRAIN ELECTRODES SERVING AS AT LEAST A PART OF THE MASK":**

used for this step. Then, as illustrated in FIG. 2d in a sectional view, drain and source electrode members 15, 16 are selectively provided, and conducting film 30 and low-resistivity amorphous silicon film 20 shown in FIG. 2c are selectively removed with said electrode members 15, 16 serving at least as a part of the mask to form drain electrode 5 and source electrode 6. In this step, it is desirable to clean the surface of conducting film 30 by proper etching means such as sputter etching or ion

2:18-37

drain electrode 15 and source electrode 16 which doubles as a picture cell electrode are selectively formed and the exposed portion of low-resistivity amorphous silicon film 20 is removed. In this example, a charge-holding capacitor is formed by said picture cell electrode (source electrode) 16, gate electrode 2′ and gate insulating film 3. In the final step shown sectionally in FIG. 3d, surface passivation film 8 concurrently serving as a light-shielding film is deposited and then selectively etched to expose picture cell electrode, drain electrode 15 and a part of gate electrodes 2, 2′ (not shown). In this example, no conducting film is formed on low-resistivity amorphous silicon film 20, but a conducting film

3:38-50

**INTRINSIC EVIDENCE FOR DISPUTED TERM "SELECTIVELY REMOVING SAID CONDUCTING FILM EXPOSED ON SAID ISLAND REGION":**

In the final step illustrated in FIG. 2e, a surface passivation film 8 is deposited, and the drain and source electrodes 15, 16 and gate electrode 2 are partly exposed (not shown). A CVD film of SiOx, SiNx, etc., a resist or a coating of polyimide resin can be used as said

3:11-15

drain electrode 15 and source electrode 16 which doubles as a picture cell electrode are selectively formed and the exposed portion of low-resistivity amorphous silicon film 20 is removed. In this example, a charge-holding capacitor is formed by said picture cell electrode (source electrode) 16, gate electrode 2' and gate insulating film 3. In the final step shown sectionally in FIG. 3d, surface passivation film 8 concurrently serving as a light-shielding film is deposited and then selectively etched to expose picture cell electrode, drain electrode 15 and a part of gate electrodes 2, 2' (not shown). In this example, no conducting film is formed on low-resistivity amorphous silicon film 20, but a conducting film

3:38-50

# EXHIBIT 3
## U.S. PATENT NO. 4,624,737
## TERMS IN DISPUTE

**ASSERTED CLAIM 1**                    **LGD's Claim Construction**

1. A process for producing a thin-film transistor comprising a first step for forming a gate electrode on an insulating substrate, a second step for continuously depositing on said gate electrode and substrate a gate insulating film, a high-resistivity semiconductor film and a conducting film containing at least a low-resistivity semiconductor film without exposing them to an oxidizing atmosphere, a third step in which said high-resistivity semiconductor film and said conducting film are selectively etched so that they are partly left as an island region on said gate electrode, a fourth step for selectively forming a source electrode and a drain electrode both contacting a part of the surface of said island region and spaced apart from each other, a fifth step for selectively removing said conducting film exposed on said island region with said source and drain electrodes serving as at least a part of the mask, a sixth step for depositing a surface passivation film, and a seventh step for selectively removing said surface passivation film and exposing a part of each of said source electrode, drain electrode and gate electrode.

**selectively removing** – removing selected regions only

**said conducting film exposed on said island region** - the conducting film on the island region that is not covered by the source electrode, drain electrode or mask

## INTRINSIC EVIDENCE FOR DISPUTED TERM "SELECTIVELY REMOVING":

used for this step. Then, as illustrated in FIG. 2*d* in a sectional view, drain and source electrode members **15, 16** are selectively provided, and conducting film **30** and low-resistivity amorphous silicon film **20** shown in FIG. **2***c* are selectively removed with said electrode members **15, 16** serving at least as a part of the mask to form drain electrode **5** and source electrode **6**. In this step, it is desirable to clean the surface of conducting film **30** by proper etching means such as sputter etching or ion

2:18-37

drain electrode **15** and source electrode **16** which doubles as a picture cell electrode are selectively formed and the exposed portion of low-resistivity amorphous silicon film **20** is removed. In this example, a charge-holding capacitor is formed by said picture cell electrode (source electrode) **16**, gate electrode **2′** and gate insulating film **3**. In the final step shown sectionally in FIG. 3*d,* surface passivation film **8** concurrently serving as a light-shielding film is deposited and then selectively etched to expose picture cell electrode, drain electrode **15** and a part of gate electrodes **2, 2′** (not shown). In this example, no conducting film is formed on low-resistivity amorphous silicon film **20**, but a conducting film

3:38-50

## INTRINSIC EVIDENCE FOR DISPUTED TERM "SAID CONDUCTING FILM EXPOSED ON SAID ISLAND REGION":

In the final step illustrated in FIG. 2e, a surface passivation film 8 is deposited, and the drain and source electrodes 15, 16 and gate electrode 2 are partly exposed (not shown). A CVD film of SiOx, SiNx, etc., a resist or a coating of polyimide resin can be used as said

3:11-15

drain electrode 15 and source electrode 16 which doubles as a picture cell electrode are selectively formed and the exposed portion of low-resistivity amorphous silicon film 20 is removed. In this example, a charge-holding capacitor is formed by said picture cell electrode (source electrode) 16, gate electrode 2' and gate insulating film 3. In the final step shown sectionally in FIG. 3d, surface passivation film 8 concurrently serving as a light-shielding film is deposited and then selectively etched to expose picture cell electrode, drain electrode 15 and a part of gate electrodes 2, 2' (not shown). In this example, no conducting film is formed on low-resistivity amorphous silicon film 20, but a conducting film

3:38-50

**EXHIBIT 3**
**U.S. PATENT NO. 4,624,737**
**TERMS IN DISPUTE**

| ASSERTED CLAIM 1 | LGD's Claim Construction |
|---|---|
| 1. A process for producing a thin-film transistor comprising a first step for forming a gate electrode on an insulating substrate, a second step for continuously depositing on said gate electrode and substrate a gate insulating film, a high-resistivity semiconductor film and a conducting film containing at least a low-resistivity semiconductor film without exposing them to an oxidizing atmosphere, a third step in which said high-resistivity semiconductor film and said conducting film are selectively etched so that they are partly left as an island region on said gate electrode, a fourth step for selectively forming a source electrode and a drain electrode both contacting a part of the surface of said island region and spaced apart from each other, a fifth step for selectively removing said conducting film exposed on said island region with said source and drain electrodes serving as at least a part of the mask, a sixth step for depositing a surface passivation film, and a seventh step for selectively removing said surface passivation film and exposing a part of each of said source electrode, drain electrode and gate electrode. | **gate insulating film** - a thickness of non-conductive material (such as SiNx) that has a high electrical resistance and insulates the transistor gate from the semiconductor<br><br>**conducting film** - a thickness of electrically conductive material<br><br>**a conducting film containing at least a low-resistivity semiconductor film** - the conducting film is composed of a low-resistivity semiconductor film and possibly other conductive films |

## INTRINSIC EVIDENCE FOR DISPUTED TERM "GATE INSULATING FILM":

ing chamber is additionally provided, conducting film **30** can be also deposited continuously without exposure to the atmosphere. Beside SiNx, a film of SiOx or a multi-layer film made of such materials can be used as said gate insulating film **3**. In place of said high-resistivity amorphous silicon film **4**, there can be used a film

2:34-39

## INTRINSIC EVIDENCE FOR DISPUTED TERM "CONDUCTING FILM":

[57]        ABSTRACT

A gate insulating film, a high-resistivity semiconductor film, a low-resistivity semiconductor film and if necessary a conducting film are successively deposited in lamination without exposing them to any oxidizing atmosphere including atmospheric air, and then the source and drain electrodes are selectively formed.

Abstract

along one line and gate electrodes **2'** on another line are formed on a transparent insulating substrate **1** such as glass substrate. Then, as illustrated in FIG. **3**b, gate insulating film **3**, high-resistivity amorphous silicon film **4** and low-resistivity amorphous silicon film **20** are deposited successively without exposure to an oxidizing atmosphere, and said low-resistivity amorphous silicon film **20** and high-resistivity amorphous silicon film **4** are

3:26-33

etched to expose picture cell electrode, drain electrode **15** and a part of gate electrodes **2, 2'** (not shown). In this example, no conducting film is formed on low-resistivity amorphous silicon film **20**, but a conducting film such as ITO film may be formed on said low-resistivity film **20** as in the example shown in FIG. **2**.

3:47-52

EX 3
26

**INTRINSIC EVIDENCE FOR DISPUTED TERM "A CONDUCTING FILM CONTAINING AT LEAST A LOW-RESISTIVITY SEMICONDUCTOR FILM":**

[57]          **ABSTRACT**

A gate insulating film, a high-resistivity semiconductor film, a low-resistivity semiconductor film and if necessary a conducting film are successively deposited in lamination without exposing them to any oxidizing atmosphere including atmospheric air, and then the source and drain electrodes are selectively formed.

Abstract

along one line and gate electrodes 2' on another line are formed on a transparent insulating substrate 1 such as glass substrate. Then, as illustrated in FIG. 3*b*, gate insulating film 3, high-resistivity amorphous silicon film 4 and low-resistivity amorphous silicon film 20 are deposited successively without exposure to an oxidizing atmosphere, and said low-resistivity amorphous silicon film 20 and high-resistivity amorphous silicon film 4 are

3:26-33

etched to expose picture cell electrode, drain electrode 15 and a part of gate electrodes 2, 2' (not shown). In this example, no conducting film is formed on low-resistivity amorphous silicon film 20, but a conducting film such as ITO film may be formed on said low-resistivity film 20 as in the example shown in FIG. 2.

3:47-52

**EXHIBIT 3**
**U.S. PATENT NO. 4,624,737**
**TERMS IN DISPUTE**

| ASSERTED CLAIM 1 | LGD's Claim Construction |
|---|---|
| 1. A process for producing a thin-film transistor comprising a first step for forming a gate electrode on an insulating substrate, a second step for continuously depositing on said gate electrode and substrate a gate insulating film, a high-resistivity semiconductor film and a conducting film containing at least a low-resistivity semiconductor film without exposing them to an oxidizing atmosphere, a third step in which said high-resistivity semiconductor film and said conducting film are selectively etched so that they are partly left as an island region on said gate electrode, a fourth step for selectively forming a source electrode and a drain electrode both contacting a part of the surface of said island region and spaced apart from each other, a fifth step for selectively removing said conducting film exposed on said island region with said source and drain electrodes serving as at least a part of the mask, a sixth step for depositing a surface passivation film, and a seventh step for selectively removing said surface passivation film and exposing a part of each of said source electrode, drain electrode and gate electrode. | **a process for producing a thin-film transistor** - a method for manufacturing thin-film transistors such as for a liquid crystal display<br><br>**thin-film transistor** - A three-terminal semiconductor device in which the current flow through one pair of terminals, the source and drain, is controlled or modulated by an electric field that penetrates the semiconductor; this field is introduced by a voltage applied at the third terminal, the gate, which is separated from the semiconductor by an insulating layer. The thin-film transistor is formed using thin-film techniques on an insulating substrate rather than a single crystal silicon wafer. |

## INTRINSIC EVIDENCE FOR DISPUTED TERM "A PROCESS FOR PRODUCING A THIN-FILM TRANSISTOR":

Thin-film transistors (TFT) using semiconductor films of amorphous silicon (a-Si) or polycrystalline silicon (P-Si) are being applied to liquid crystal displays and like devices. Such thin-film transistors are diversified in structure. FIGS. 1a to 1d illustrate a conventional process for producing a thin-film transistor of a planar structure using amorphous silicon film. Shown in FIG. 1a in a sectional view is the initial step for selectively forming a gate electrode 2 on an insulating substrate 1 such as a glass substrate. Then, as shown in FIG. 1b, a gate insulating film 3 (such as silicon nitride film) and an amorphous silicon film 4 are continuously

3:6-19

1c. Although not shown, a gate contact window is also formed simultaneously. Thereafter, as illustrated in FIG. 1d, for instance n+ amorphous silicon films 25, 26 and metal (such as Al) films 15, 16 are deposited and selectively etched to form drain and source electrodes 5, 6, thereby completing a thin-film transistor unit. If

3:26-33

The present invention will be described in detail below with reference to the accompanying drawings.

FIGS. 2a to 2e are sectional views illustrating a process for producing a thin-film transistor using amorphous silicon according to this invention. FIG. 2a shows in a sectional view the initial step for selectively forming a gate electrode 2 on an insulating substrate 1 such as glass, quartz, ceramic, insulator-coated silicon or metal. Metals such as Cr, Mo, W, Al, Ta, etc., and their silicides, impurity-doped polysilicon and other like materials can be used as said gate electrode 2.

4:6-17

## INTRINSIC EVIDENCE FOR DISPUTED TERM "THIN-FILM TRANSISTOR":

Thin-film transistors (TFT) using semiconductor films of amorphous silicon (a-Si) or polycrystalline silicon (P-Si) are being applied to liquid crystal displays and like devices. Such thin-film transistors are diversified in structure. FIGS. 1a to 1d illustrate a conventional process for producing a thin-film transistor of a planar structure using amorphous silicon film. Shown in FIG. 1a in a sectional view is the initial step for selectively forming a gate electrode 2 on an insulating substrate 1 such as a glass substrate. Then, as shown in FIG. 1b, a gate insulating film 3 (such as silicon nitride film) and an amorphous silicon film 4 are continuously

3:6-19

1c. Although not shown, a gate contact window is also formed simultaneously. Thereafter, as illustrated in FIG. 1d, for instance n+ amorphous silicon films 25, 26 and metal (such as Al) films 15, 16 are deposited and selectively etched to form drain and source electrodes 5, 6, thereby completing a thin-film transistor unit. If

3:26-33

The present invention will be described in detail below with reference to the accompanying drawings.
FIGS. 2a to 2e are sectional views illustrating a process for producing a thin-film transistor using amorphous silicon according to this invention. FIG. 2a shows in a sectional view the initial step for selectively forming a gate electrode 2 on an insulating substrate 1 such as glass, quartz, ceramic, insulator-coated silicon or metal. Metals such as Cr, Mo, W, Al, Ta, etc., and their silicides, impurity-doped polysilicon and other like materials can be used as said gate electrode 2.

4:6-17

EX 3
30

**EXHIBIT 3**
**U.S. PATENT NO. 4,624,737**
**TERMS IN DISPUTE**

| ASSERTED CLAIM 1 | LGD's Claim Construction |
|---|---|

1. A process for producing a thin-film transistor comprising a first step for forming a gate electrode on an insulating substrate, a second step for continuously depositing on said gate electrode and substrate a gate insulating film, a high-resistivity semiconductor film and a conducting film containing at least a low-resistivity semiconductor film without exposing them to an oxidizing atmosphere, a third step in which said high-resistivity semiconductor film and said conducting film are selectively etched so that they are partly left as an island region on said gate electrode, a fourth step for selectively forming a source electrode and a drain electrode both contacting a part of the surface of said island region and spaced apart from each other, a fifth step for selectively removing said conducting film exposed on said island region with said source and drain electrodes serving as at least a part of the mask, a sixth step for depositing a surface passivation film, and a seventh step for selectively removing said surface passivation film and exposing a part of each of said source electrode, drain electrode and gate electrode.

**gate electrode** - a patterned electrically conductive material that controls current flow through the channel between the source electrode and drain electrode

**source electrode** - a patterned, electrically conductive material formed over the source region. Current flows through the channel between the source electrode and drain electrode under control of the gate electrode

**drain electrode** - a patterned, electrically conductive material formed over the drain region. Current flows through the channel between the source and drain electrode under the control of the gate electrode

## INTRINSIC EVIDENCE FOR DISPUTED TERM "GATE ELECTRODE":





In the next step illustrated in FIG. 2b in a sectional view, a gate insulating film 3, a high-resistivity film 4, a low-resistivity a-Si:H (usually hydrogenated amorphous silicon) film 20 and a conducting film 30 made of a metal or other material are successively formed on said gate electrode 2 and substrate 1 without exposing them to an oxidizing atmosphere. Such successive depo-

2:18-24

## INTRINSIC EVIDENCE FOR DISPUTED TERMS "SOURCE ELECTRODE" AND "DRAIN ELECTRODE":

FIG. 2c illustrates the step in which said conducting film 30, low-resistivity amorphous silicon film 20 and high-resistivity amorphous silicon film 4 are left as an island region by etching in a single masking step. Known etching techniques such as wet etching, plasma etching, reactive ion etching, ion etching, etc., can be used for this step. Then, as illustrated in FIG. 2d in a sectional view, drain and source electrode members 15,

2:54-62

In the next step illustrated in FIG. 3c, a transparent conducting film such as ITO film is deposited; then, drain electrode 15 and source electrode 16 which doubles as a picture cell electrode are selectively formed and the exposed portion of low-resistivity amorphous

3:36-40

EX 3

33

**EXHIBIT 3**
**U.S. PATENT NO. 4,624,737**
**TERMS IN DISPUTE**

| ASSERTED CLAIM 1 | LGD's Claim Construction |
|---|---|

1. A process for producing a thin-film transistor comprising a first step for forming a gate electrode on an insulating substrate, a second step for continuously depositing on said gate electrode and substrate a gate insulating film, a high-resistivity semiconductor film and a conducting film containing at least a low-resistivity semiconductor film without exposing them to an oxidizing atmosphere, a third step in which said high-resistivity semiconductor film and said conducting film are selectively etched so that they are partly left as an island region on said gate electrode, a fourth step for selectively forming a source electrode and a drain electrode both contacting a part of the surface of said island region and spaced apart from each other, a fifth step for selectively removing said conducting film exposed on said island region with said source and drain electrodes serving as at least a part of the mask, a sixth step for depositing a surface passivation film, and a seventh step for selectively removing said surface passivation film and exposing a part of each of said source electrode, drain electrode and gate electrode.

**high-resistivity semiconductor film** - a thickness of semiconductor material (such as amorphous silicon, hydrogenated amorphous silicon, amorphous silicon-fluorine alloy, amorphous silicon-hydrogen-fluorine alloy, or a microcrystalline amorphous silicon) that has a higher resistance to current flow relative to the low-resistivity semiconductor film

**low-resistivity semiconductor film** - a thickness of semiconductor material (such as low-resistivity amorphous silicon, hydrogenated amorphous silicon, amorphous silicon-fluorine alloy, amorphous silicon-hydrogen-fluorine alloy, or a microcrystalline amorphous silicon which contains phosphorous or other impurities to enhance the conductivity of the film) that has a lower resistance to current flow relative to the high-resistivity semiconductor film

INTRINSIC EVIDENCE FOR DISPUTED TERMS "HIGH-RESISTIVITY SEMICONDUCTOR FILM" AND "LOW-RESISTIVITY FILM":

to the atmosphere. Beside SiNx, a film of SiOx or a multi-layer film made of such materials can be used as said gate insulating film 3. In place of said high-resistivity amorphous silicon film 4, there can be used a film of amorphous silicon-fluorine alloy (a-Si:F) or amorphous silicon-hydrogen-fluorine alloy (a-Si:H:F) using, for instance, SiF4, or a microcrystalline amorphous silicon film. Such alloys can be also used for said low-resistivity amorphous silicon film 20, and such film may contain other impurites beside phosphorous impurities.

2:34-45

along one line and gate electrodes 2' on another line are formed on a transparent insulating substrate 1 such as glass substrate. Then, as illustrated in FIG. 3b, gate insulating film 3, high-resistivity amorphous silicon film 4 and low-resistivity amorphous silicon film 20 are deposited successively without exposure to an oxidizing atmosphere, and said low-resistivity amorphous silicon film 20 and high-resistivity amorphous silicon film 4 are

3:26-33

**EXHIBIT 3**
**U.S. PATENT NO. 4,624,737**
**TERMS IN DISPUTE**

| ASSERTED CLAIM 1 | LGD's Claim Construction |
|---|---|
| 1. A process for producing a thin-film transistor comprising a first step for forming a gate electrode on an insulating substrate, a second step for continuously depositing on said gate electrode and substrate a gate insulating film, a high-resistivity semiconductor film and a conducting film containing at least a low-resistivity semiconductor film without exposing them to an oxidizing atmosphere, a third step in which said high-resistivity semiconductor film and said conducting film are selectively etched so that they are partly left as an island region on said gate electrode, a fourth step for selectively forming a source electrode and a drain electrode both contacting a part of the surface of said island region and spaced apart from each other, a fifth step for selectively removing said conducting film exposed on said island region with said source and drain electrodes serving as at least a part of the mask, a sixth step for depositing a surface passivation film, and a seventh step for selectively removing said surface passivation film and exposing a part of each of said source electrode, drain electrode and gate electrode. | **they are partly left as an island region on said gate electrode** - a portion of the high resistivity semiconductor film and conducting film has been etched around its perimeter into a region located over the gate electrode of a thin-film transistor

**island region on said gate electrode** - a portion of the high resistivity semiconductor film and conducting film has been etched around its perimeter into a region located over the gate electrode of a thin-film transistor

**contacting a part of the surface of said island region** - touching a part of the surface of the island region |

## INTRINSIC EVIDENCE FOR DISPUTED TERM "THEY ARE PARTLY LEFT AS AN ISLAND REGION ON SAID GATE ELECTRODE":

FIG. 2c illustrates the step in which said conducting film **30**, low-resistivity amorphous silicon film **20** and high-resistivity amorphous silicon film **4** are left as an island region by etching in a single masking step. Known etching techniques such as wet etching, plasma etching, reactive ion etching, ion etching, etc., can be used for this step. Then, as illustrated in FIG. 2d in a sectional view, drain and source electrode members **15**,

2:54-61

**4** and low-resistivity amorphous silicon film **20** are deposited successively without exposure to an oxidizing atmosphere, and said low-resistivity amorphous silicon film **20** and high-resistivity amorphous silicon film **4** are left as an island region in the area where a thin-film transistor is to be formed.

3:30-35

# INTRINSIC EVIDENCE FOR DISPUTED TERM "ISLAND REGION ON SAID GATE ELECTRODE":

FIG. 2c illustrates the step in which said conducting film 30, low-resistivity amorphous silicon film 20 and high-resistivity amorphous silicon film 4 are left as an island region by etching in a single masking step. Known etching techniques such as wet etching, plasma etching, reactive ion etching, ion etching, etc., can be used for this step. Then, as illustrated in FIG. 2d in a sectional view, drain and source electrode members 15,

2:54-61

4 and low-resistivity amorphous silicon film 20 are deposited successively without exposure to an oxidizing atmosphere, and said low-resistivity amorphous silicon film 20 and high-resistivity amorphous silicon film 4 are left as an island region in the area where a thin-film transistor is to be formed.

3:30-35

EX 3

38

## INTRINSIC EVIDENCE FOR DISPUTED TERM "CONTACTING A PART OF THE SURFACE OF SAID ISLAND REGION":

FIG. 2c illustrates the step in which said conducting film 30, low-resistivity amorphous silicon film 20 and high-resistivity amorphous silicon film 4 are left as an island region by etching in a single masking step. Known etching techniques such as wet etching, plasma etching, reactive ion etching, ion etching, etc., can be used for this step. Then, as illustrated in FIG. 2d in a sectional view, drain and source electrode members 15,

2:54-61

4 and low-resistivity amorphous silicon film 20 are deposited successively without exposure to an oxidizing atmosphere, and said low-resistivity amorphous silicon film 20 and high-resistivity amorphous silicon film 4 are left as an island region in the area where a thin-film transistor is to be formed.

3:30-35

**EXHIBIT 3**
**U.S. PATENT NO. 4,624,737**
**TERMS IN DISPUTE**

| **ASSERTED CLAIM 1** | **LGD's Claim Construction** |
|---|---|
| 1. A process for producing a thin-film transistor comprising a first step for forming a gate electrode on an insulating substrate, a second step for continuously depositing on said gate electrode and substrate a gate insulating film, a high-resistivity semiconductor film and a conducting film containing at least a low-resistivity semiconductor film without exposing them to an oxidizing atmosphere, a third step in which said high-resistivity semiconductor film and said conducting film are selectively etched so that they are partly left as an island region on said gate electrode, a fourth step for selectively forming a source electrode and a drain electrode both contacting a part of the surface of said island region and spaced apart from each other, a fifth step for selectively removing said conducting film exposed on said island region with said source and drain electrodes serving as at least a part of the mask, a sixth step for depositing a surface passivation film, and a seventh step for selectively removing said surface passivation film and exposing a part of each of said source electrode, drain electrode and gate electrode. | **selectively etched** - The removal of selected portions of a surface using etching techniques (such as wet etching, plasma etching, reactive ion etching, and ion etching) in order to produce a desired pattern on the surface<br><br>**a fourth step for selectively forming a source electrode and drain electrode** - forming a source electrode and drain electrode in selected regions only<br><br>**selectively forming** - forming in selected regions only |

## INTRINSIC EVIDENCE FOR DISPUTED TERMS "SELECTIVELY ETCHED" AND "A FOURTH STEP FOR SELECTIVELY FORMING A SOURCE ELECTRODE AND DRAIN ELECTRODE":

FIG. 2c illustrates the step in which said conducting film 30, low-resistivity amorphous silicon film 20 and high-resistivity amorphous silicon film 4 are left as an island region by etching in a single masking step. Known etching techniques such as wet etching, plasma etching, reactive ion etching, ion etching, etc., can be used for this step. Then, as illustrated in FIG. 2d in a sectional view, drain and source electrode members 15,

2:54-61

4 and low-resistivity amorphous silicon film 20 are de- posited successively without exposure to an oxidizing atmosphere, and said low-resistivity amorphous silicon film 20 and high-resistivity amorphous silicon film 4 are left as an island region in the area where a thin-film transistor is to be formed.

3:30-35

## INTRINSIC EVIDENCE FOR DISPUTED TERM "SELECTIVELY FORMING":

FIG. 2c illustrates the step in which said conducting film 30, low-resistivity amorphous silicon film 20 and high-resistivity amorphous silicon film 4 are left as an island region by etching in a single masking step. Known etching techniques such as wet etching, plasma etching, reactive ion etching, ion etching, etc., can be used for this step. Then, as illustrated in FIG. 2d in a sectional view, drain and source electrode members 15,

2:54-62

In the next step illustrated in FIG. 3c, a transparent conducting film such as ITO film is deposited; then, drain electrode 15 and source electrode 16 which doubles as a picture cell electrode are selectively formed and the exposed portion of low-resistivity amorphous

3:36-40

**EXHIBIT 3**
**U.S. PATENT NO. _____**
**TERMS IN DISPUTE**

| **ASSERTED CLAIM 1** | **LGD's Claim Construction** |
|---|---|
| 1. A process for producing a thin-film transistor comprising a first step for forming a gate electrode on an insulating substrate, a second step for continuously depositing on said gate electrode and substrate a gate insulating film, a high-resistivity semiconductor film and a conducting film containing at least a low-resistivity semiconductor film without exposing them to an oxidizing atmosphere, a third step in which said high-resistivity semiconductor film and said conducting film are selectively etched so that they are partly left as an island region on said gate electrode, a fourth step for selectively forming a source electrode and a drain electrode both contacting a part of the surface of said island region and spaced apart from each other, a fifth step for selectively removing said conducting film exposed on said island region with said source and drain electrodes serving as at least a part of the mask, a sixth step for depositing a surface passivation film, and a seventh step for selectively removing said surface passivation film and exposing a part of each of said source electrode, drain electrode and gate electrode. | **surface passivation film** - a thickness of material that provides protection such as electrical stability and chemical isolation<br><br>**exposing a part of each of said source electrode, drain electrode and gate electrode** - removing portions of one or more layers to uncover a part of each of said source electrode, drain electrode and gate electrode<br><br>**exposing** - removing portions of one or more layers to uncover |

**INTRINSIC EVIDENCE FOR DISPUTED TERM "SURFACE PASSIVATION FILM":**



FIG. 3d

5, 6, thereby completing a thin-film transistor unit. If necessary, a surface passivation film and/or light-shielding film are further formed thereon.

In the conventional process shown in FIGS. 1a to 1d, since the masking step precedes the deposition of n+

2:54-62

In the final step illustrated in FIG. 2e, a surface passivation film 8 is deposited, and the drain and source electrodes 15, 16 and gate electrode 2 are partly exposed (not shown). A CVD film of SiOx, SiNx, etc., a resist or a coating of polyimide resin can be used as said surface passivation film 8. If light shielding is required, a multilayer film composed of said insulating film and a metal or high-resistivity semiconductor film can be used as said surface passivation film 8. When amorphous silicon-germanium alloy (a-Si$_{1-x}$Ge$_x$) is used as light-shielding film, surface passivation may not be necessary.

3:11-21

holding capacitor is formed by said picture cell electrode (source electrode) 16, gate electrode 2' and gate insulating film 3. In the final step shown sectionally in FIG. 3d, surface passivation film 8 concurrently serving as a light-shielding film is deposited and then selectively etched to expose picture cell electrode, drain electrode

3:42-47

## INTRINSIC EVIDENCE FOR DISPUTED TERMS "EXPOSING A PART OF EACH SAID SOURCE ELECTRODE, DRAIN ELECTRODE AND GATE ELECTRODE" AND "EXPOSING":

In the final step illustrated in FIG. 2e, a surface passivation film 8 is deposited, and the drain and source electrodes 15, 16 and gate electrode 2 are partly exposed (not shown). A CVD film of SiOx, SiNx, etc., a resist or a coating of polyimide resin can be used as said

2:54-62

drain electrode 15 and source electrode 16 which doubles as a picture cell electrode are selectively formed and the exposed portion of low-resistivity amorphous silicon film 20 is removed. In this example, a charge-holding capacitor is formed by said picture cell electrode (source electrode) 16, gate electrode 2' and gate insulating film 3. In the final step shown sectionally in FIG. 3d, surface passivation film 8 concurrently serving as a light-shielding film is deposited and then selectively etched to expose picture cell electrode, drain electrode 15 and a part of gate electrodes 2, 2' (not shown). In this example, no conducting film is formed on low-resistivity amorphous silicon film 20, but a conducting film

3:38-50

EX 3
45

# EXHIBIT L-4(a)

DC:50564677.1

SCANNED

1
2
3
4
5
6
7

**Priority** ✓
**Send** ✓
**Enter** _____
**Closed** _____
**JS-5/JS-6** _____
**JS-2/JS-3** _____
**Scan Only** _____

```
FILED
CLERK, U S  DISTRICT COURT

MAY — 5 2005

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY
```

8      UNITED STATES DISTRICT COURT

9      CENTRAL DISTRICT OF CALIFORNIA

10      WESTERN DIVISION

11

12  LG PHILIPS LCD CO., LTD.,        )  No.  CV 02-6775 CBM (JTLx)
                      Plaintiff    )
13                                  )  **ORDER RE CLAIM**
    v.                              )  **CONSTRUCTION**
14                                  )
    TATUNG CO. OF AMERICA,          )
15  TATUNG COMPANY and              )
    CHUNGHWA PICTURE TUBES, LTD.,)
16                                  )
                      Defendants.   )
17                                  )

```
DOCKETED ON CM

MAY — 9 2005

BY _____ 001
```

18      The matter before the Court is claim construction regarding the side-mount

19  patents and semiconductor patents.  The claim construction hearing occurred on

20  January 13-14, 2005, the Honorable Consuelo B. Marshall presiding.

21                          **JURISDICTION**

22      This Court has jurisdiction pursuant to 28 U.S.C. §1331.

23          **FACTUAL AND PROCEDURAL BACKGROUND**

24      L.G. Philips LCD Co, Ltd. ("LPL") filed this action on August 29, 2002,

25  alleging that Defendants Tatung Co., Tatung Co. of America, and Chunghwa

26  Picture Tubes ("CPT") infringed on its patents.   On December 20, 2002, CPT

27  filed an Answer and Counterclaims.  On August 31, 2004, this Court granted in

28  part CPT's motion for leave to amend its Answer and Counterclaims and to join

1  LGE as a party.  On October 12, 2004, this Court denied LPL's motion to stay

2  further proceedings pertaining to the side-mount patents and set the claim

3  construction hearing for January 7, 2005.  On its own motion, the Court continued

4  the claim construction hearing to January 13, 2005.

5                                              **LEGAL STANDARD**

6          In interpreting an asserted claim, the Court first looks to the intrinsic

7  evidence, i.e., the patent itself, including the claims, the specification and, if in

8  evidence, the prosecution history." *Vitronics Corp. v. Conceptronic, Inc.,* 90 F.3d

9  1576 (Fed. Cir. 1996).  However, all intrinsic evidence is not equal.  First, the

10  Court should focus on the claims themselves, both asserted and unasserted, to

11  define the meaning and scope of the patented invention.  *Texas Digital Systems,*

12  *Inc. v. Telegenix, Inc.,* 308 F.3d 1193, 1201-02 (Fed. Cir. 2002).  There is a "heavy

13  presumption" that the ordinary and accustomed meaning of a claim term, as

14  understood by one of ordinary skill in the art, is the correct construction.  *CCS*

15  *Fitness, Inc. v. Brunswick Corp.,* 288 F.3d 1359, 1366 (Fed. Cir. 2002).

16  Dictionaries, encyclopedias and treatises, which are extrinsic evidence, may be

17  employed to "assist the court in determining the ordinary and customary meanings

18  of claim terms."  *Texas Digital,* 308 F.3d at 1202.

19          Second, the Court should review the specification.  *Vitronics,* 90 F.3d at

20  1582.  A review of the specification will reveal whether or not the inventor has

21  given a term an unconventional meaning.  *Id.*  However, it is improper to read a

22  limitation into a claim from the specification.  *Comark Communications, Inc. v.*

23  *Harris Corp.,* 156 F.3d 1182 (Fed. Cir. 1998).  The inventor may act as his or her

24  own lexicographer and use terms in a manner other than their ordinary meaning,

25  so long as any such specific definition is clearly stated in the patent specification

26  or prosecution history.  *Mycogen Plant Science Inc. v. Monsanto Co.,* 243 F.3d

27  1316, 1327 (Fed. Cir. 2001).  Therefore, for claim construction purposes, the

28  specification is "the single best guide to the meaning of a disputed term."

- 2 -

1    *Vitronics,* 90 F.3d at 1582.

2        Third, the Court may consider the prosecution history of the patent. The

3    prosecution history is significant because it reveals "the course of dealing with the

4    Patent Office, which may show a particular meaning attached to the terms, or a

5    position taken by an applicant" to secure the patent. *Markman,* 52 F.3d at 991. As

6    such, the prosecution history may be reviewed to assess whether a patentee

7    "relinquished [a] potential claim construction in an amendment to the claim or in

8    an argument to overcome or distinguish a [prior art] reference." *Elkay Mfg. Co. v.*

9    *Ebco Mfg. Co.,* 192 F.3d 973, 979 (Fed. Cir. 1999), *cert. denied,* 529 U.S. 1066

10   (2000). However, for subject matter to be held relinquished, a court must find that

11   the patentee disclaimed the subject matter with "reasonable clarity and

12   deliberateness." *Northern Telecom Ltd. v. Samsung Electronics Co., Ltd.,* 215 F.3d

13   1281, 1294 (Fed. Cir. 2000).

14       Finally, if and only if a claim remains "genuinely ambiguous" despite the

15   full consideration of the intrinsic evidence, then a court may look toward extrinsic

16   evidence to interpret the claim term itself. *Bell & Howard Document Mgmt.*

17   *Prods. Co. v. Altek Sys.,* 132 F.3d 701, 706 (Fed. Cir. 1997). The need for such a

18   departure from the intrinsic evidence "rarely, if ever, occurs." *Vitronics,* 90 F.3d

19   at 1585.

20                     **ANALYSIS**

21   **A. Side-Mounting Patents**

22       The side-mounting patents consist of U.S. Patents Nos. 6,373,537 ('537

23   patent), 6,00,457 ('457 patent), 6,020,942 ('942 patent), and 5,926,237 ('237

24   patent).

25       **1.    Whether the Side-Mounting Patents Are Limited to Portable**

26           **Computers**

27       The definition of the terms "liquid crystal display," "liquid crystal panel,"

28   "housing" and "outer casing" are disputed because CPT limits them to "portable

1    computers" whereas LPL does not so limit them.  The '537 and '237 patents

2    contain claims directed to both an LCD device and to a portable computer,

3    whereas the '457 patent contains claims directed only to the LCD device and the

4    '942 patent contains claims directed only to a portable computer.  Since the Court

5    must look first to the claims, the Court finds that claims that recite a "portable

6    computer" are limited to portable computers, but claims that do not recite a

7    "portable computer" are not so limited.  The background of the invention also

8    indicates that the portable computer is *an example* of a device that uses an LCD.

9    *See, e.g.,* 1:50-51 ("[t]he liquid crystal display is usually combined with, *for*

10   *example,* a notebook computer for use as an output screen"; 1:59-61 ("a liquid

11   crystal display is attached to a device *such as a notebook computer*") .  With

12   respect to the terms "housing" and "outer casing," the Court notes that

13   independent claims, such as Claim 37 of the '457 patent, which contain the term

14   "housing" do not contain the words "portable computer," whereas dependent claim

15   40 of the '457 patent states "the housing includes a portable computer."  This

16   indicates that the definition of the terms should not be limited to a portable

17   computer.

18          Defendants look at the specification, rather than first looking to claims, in

19   arguing that the invention described in the specification is directed to an

20   improvement for a portable computer.  Defendants' argument is not persuasive, as

21   the Federal Circuit has held that "[e]ven when the specification describes only a

22   single embodiment, the claims of the patent will not be read restrictively unless the

23   patentee has demonstrated a clear intention to limit the claim scope using 'words

24   or expressions of manifest exclusion or restriction.'" *Liebel-Flarsheim Co. v.*

25   *Medrad, Inc.,*358 F.3d 898, 906 (Fed. Cir. 2004); *accord Gemstar-TV Guide Int'l*

26   *Inc. v. ITC*, 383 F.3d 1352, 1366 (Fed. Cir. 2004).  The specification of the side-

27   mounting patents does not contain any "clear disavowal" of products that are not

28   portable computers.  In addition, this Court rejects Defendant's argument that the

- 4 -

1   sidemounting patents should be limited to portable computers because that was the

2   purported "object" of the invention. "The fact that a patent asserts that an

3   invention achieves several objectives does not require that each of the claims be

4   construed as limited to structures that are capable of achieving all of the

5   objectives." *Liebel,* 358 F.3d at 908. *See also Ex-Pass Tech, Inc. v. 3Com Corp.,*

6   343 F.3d 1364, 1370 (Fed. Cir. 2003) ("The Court's task is not to limit claim

7   language to exclude particular devices because they do not serve a perceived

8   "purpose" of the invention."). Thus, the Court adopts LPL's definitions of the

9   terms "liquid crystal display," "liquid crystal panel", "housing" and "outer

10  casing."

11          2.    **Whether Constructions Should Include the Word "Directly"**

12          The word "directly" does not appear anywhere in the claim language.

13  However, Defendants use the word "directly" in construing the terms "attachable

14  to a housing," "fixable to a housing," "joined with," "joining together,""coupled,"

15  and "fastening part." Defendants argue that the claim language, in context,

16  indicates that side-to-side direct connection must be present, as the specification

17  does not show any intervening element. The Court finds Defendants' arguments

18  unpersuasive pursuant to *Liebel,* which makes it clear that the claims of the patent

19  will not be read restrictively unless the patentee has demonstrated a clear intention

20  to limit the claim scope using  words or expressions of manifest exclusion or

21  restriction. Since no such words of manifest exclusion or restriction are used here,

22  the Court adopts LPL's definitions of "attachable to a housing" or "fixable to a

23  housing," "joined," "joined together," "coupled," and "fastening part."

24          3.    **Whether the terms "through" and "passing through" should have**

25                **different meanings**

26          LPL proposes that the term "through" be used in its plain and ordinary way

27  to mean "by way of," and that "passing through" means "extending into."

28  Defendants contend that "through" means "in at one end, side or surface and out

- 5 -

1  the other" and that "passing through" means "moving past or making way in one
2  side and out of the other side." Although the preferred embodiment shown in the
3  drawings uses screws engaging holes to connect the components, the patent
4  clearly contemplates other methods of attaching the components. The '457 patent
5  specification, for example, provides that "an adhesive device, such as double-sided
6  tape can be used instead of the second and third screw holes" and that "the rear
7  case 500 and the second support frame 400 are jointed to each other using hooks
8  and/or other suitable fastening devises, including adhesives." *See, e.g.,* 4:58-60,
9  4:63-67. Since LPL's definition of "through" covers both screws and adhesives,
10  the Court finds that it is the better definition.

11     LPL contends that the phrase "passing through," in contrast to "through," is
12  used only in reference to screws and screw holes, which extend into an object.
13  CPT, on the other hand, argues that "passing through" and "through" have the
14  same meaning. The doctrine of claim differentiation indicates that different words
15  or phrases used in different claims are presumed to indicate that the claims have
16  different meaning and scope. *Karlin Tech, Inc. v. Surgical Dynamics, Inc.,* 177
17  F.3d 968, 971 (Fed. Cir. 1999). Here, it appears that the inventors used the term
18  "through" when generally referring to a fastening part but used "passing through"
19  only when referring to a specific fastening part (i.e.. a screw). Therefore, the
20  Court adopts LPL's definitions of "through" and "passing through."

21     **4.    Whether the terms "frame," "first frame," and "second frame"**
22          **should be given their plain and ordinary meanings.**

23     LPL defines "frame" to mean "a support structure." Defendants defines
24  "Frame" as "an open structure or rim for encasing, holding or bordering that
25  encloses a substantial portion of each side edge of another structure." Defendants
26  base their argument on the theory that the meaning of the word "frame" is limited
27  to the description in the specification. Under *Liebel,* this restrictive interpretation
28  is inappropriate. Furthermore, Defendants define "first" and "second" frame to

- 6 -

mean "inner" and "outer" frame, even though the inventors did not use those

terms. The use of "first" and "second" follow the "common patent-law

convention to distinguish between repeated instances of element or limitation."

*3M Innovative Properties Co. v. Avery Dennison Corp.*, 350 F.3d 1365, 1371

(Fed. Cir. 2003). For example, Claim 31 of the '942 patent claims "[t]he portable

computer according to claim 13 wherein the fastening part includes first and

second screws passing through first and second holes at a same side edge of at

lease one of the first and second frames." 8:25-28. Here, the words "first" and

"second" are consistently used to distinguish repeated instances of element or

limitation. Therefore, the Court gives "frame," "first frame" and "second frame"

their ordinary meanings, as set forth by LPL.

### 5. Whether "liquid crystal display model" is a typographical error

The parties agree on the construction of the claim term "liquid crystal

display module." However in one claim, Claim 7 of the '537 patent, the term

appears as "liquid crystal display model." Given the context, this is clearly a

typographical error. Other parts of Claim 7 refer to the "liquid crystal display

module." The Court therefore construes "liquid crystal display model" as "liquid

crsytal display module."

### 6. Whether Definitions are Needed for "Portable Computer," "Side", "Forming" and "Cover"

Defendants propose cumbersome definitions for the terms "portable

computer," "side", "forming" and "cover." The Court finds that these definitions

create unnecessary confusion and adopts LPL's constructions, which give the

terms their plain and ordinary meaning.

### B. Construction of the '737 Semiconductor Patent

### 1. "Source Electrode," "Drain Electrode," and "Gate Electrode"

While LPL construes the electrode to include the line and the pad,

Defendants limits the electrode to a single TFT and construes the electrodes as

1   distinct from the lines and the pads. The seventh step of claim 1 of the '737 patent
2   calls for "exposing a part of each of said source electrode, drain electrode and gate
3   electrode." LPL persuasively argues that electrodes are exposed at the pad region
4   for electrical connection, as exposing a gate pad allows electrical control of all
5   TFT gate contacts along the row. One of ordinarily skill would not control each
6   TFT gate/source independently, especially since creating a hole at each TFT to
7   expose the gate electrode would destroy the TFT. Furthermore, the specification
8   of the '737 patent describes a step in which "gate electrode 2 extending along one
9   line and gate electrodes 2' on another line are formed on a transparent insulating
10  substrate 1 such as glass substrate." 3:25-28. This indicates that a structure
11  separate from the TFT is part of the "gate electrode." In addition, the claims in the
12  application for the '449 patent include phrases such as "said pad comprising: a
13  portion of said data electrode" and "a pad including a portion of [said] data
14  electrode." Finally, U.S. Patent 4,705,358 ('358 patent), which also pertains to the
15  same technology as the '737 patent, names the same inventor as the '737 patent,
16  and was filed in the U.S. on the same day as the '737 patent, illustrates a gate
17  electrode from above (i.e. a "bird's-eye-view") and demonstrates that the "gate
18  electrode" may include the gate line. The Court therefore finds that the electrodes
19  may include the lines and pads. Furthermore, the Court is not persuaded by that
20  portion of Defendant's construction which specifies a particular direction for flow
21  of charge carriers (from the source electrode toward the drain). The embodiment
22  shown in Figure 3 of the '737 patent illustrates an arrangement where the direction
23  of flow is reversed. Accordingly, the Court adopts LPL's construction of "source
24  electrode," "gate electrode," and "drain electrode."

25      **2. "Continuously Depositing"**

26      LPL construes the term "continuously depositing" as "[t]he formation of the
27  gate insulting film, the high-resistivity semiconductor film and conducting film
28  without intervening films." Defendants offer a modified construction of this term

1    as meaning that "the deposition of the specified films occurs without any non-

2    deposition related steps between or during the deposition of each constituted

3    film." While LPL's definition requires the films to be only spatially continuous,

4    Defendants' definition requires continuity in space, time and sequence. The '737

5    patent shows "continuously deposited" films as being *spatially* continuous, but it

6    does not show, mention or require the deposition to be performed without an

7    interruption in time or sequence. Moreover, the plain meaning of "continuous" is

8    "uninterrupted extension in space, time *or* sequence." The Court therefore adopts

9    LPL's construction of "continuously depositing."

10        **3. "Oxidizing atmosphere"**

11        Claim 1 of the '737 patent requires "continuously depositing [the films] . . .

12   without exposing them to an oxidizing atmosphere." LPL construes "an oxidizing

13   atmosphere" as "an atmosphere that would create *substantial oxidation* on a film."

14   The Court finds that the word "substantial" in this construction is vague and

15   ambiguous. Defendants initially construed this phrase to mean that the films are

16   not permitted to be exposed to *"an oxide,"* although they acknowledged that a *de*

17   *minimus* amount of oxidation is not an "oxidation atmosphere." Defendants

18   subsequently modified their construction to be "an atmosphere that would create a

19   *detectable amount* of oxidation on a film." As "detectable" is more precise than

20   "substantial," the Court adopts Defendants' modified construction of this term.

21        **4. "Island region"/ "island region on said gate electrode"**

22        At the time the patent application was filed, there were at least two well-

23   known constructs for the semiconductor region in a TFT. In one design, separate

24   islands of semiconductor are created above each TFT's gate electrode. In the

25   other design, a single, unitary semiconductor region extends over all of the TFTs

26   in one large "continent." While LPL construes the term "island region" as used in

27   the '737 patent to include both designs, Defendants' construction limits this term

28   to the first design (i.e. a region located over the gate electrode *of a single TFT*).

1  Defendants also require the island to have been "etched around its entire

2  perimeter."

3       Defendants' argument is persuasive, as claim 1 recites a process for

4  producing *"a* thin-film transistor." 4:26. *See also* 1:5, 13, 29, 57, 65, 67; 2:9;

5  3:34-35. Furthermore, in discussing FIG. 3b, the specification provides that "said

6  low-resistivity amorphous silicon film 20 and high-resistivity amorphous silicon

7  film 4 are *left as an island region in the area where a thin-film transistor is to be*

8  *formed."* 3:34-35. This statement indicates that the "island region" is limited to

9  the area of a single TFT and does not include multiple TFTs. Thus, the Court

10 finds that Defendants' construction more accurately reflects the language of the

11 claim and the specification. Moreover, LPL's construction appears to read the

12 term "island region" completely out of the third step, "in which said high-

13 resistivity semiconductor film and said conducting film are selectively etched so

14 that they are partly left *as an island region* on said gate electrode." The Court

15 therefore adopts Defendants' construction of the term "island region."

16      **5.     "Conducting Film Containing at Least a low-resistivity**

17            **Semiconductor Film"/ "Conducting Film"/ "High-resistivity**

18            **Semiconductor Film"/ "Low-Resistivity Semiconductor Film"**

19      The '737 patent discloses two preferred embodiments. One embodiment

20 includes four continuously deposited films: an insulating film, a high-resistivity

21 semiconductor films, a low-resistivity semiconductor film, and a conducting film.

22 *See* 2:17-21, Fig. 2a-2e. The other embodiment has three continuously deposited

23 films: an insulating film, a high-resistivity semiconductor films, and a low-

24 resistivity semiconductor film. *See* 2:24-30, Fig. 3a-3d.

25      Claim 1 of the '737 patent sets forth "a second step for continuously

26 depositing . . . a gate insulating film, a high-resistivity semiconductor film and a

27 *conducting film containing at least a low -resistivity semiconductor film."* Claim

28 2, which is not at issue in this litigation, sets forth a second step wherein "said

- 10 -

1  conducting film is composed of *at least two layers consisting of a low-resistivity*

2  *semiconductor films and thereon a refractory metal film or transparent*

3  *conducting film.*"

4      According to LPL, the italicized phrase in Claim 1 above means that the

5  conducting film may consist only of a low-resistivity semiconductor film. CPT,

6  on the other hand, construes this phrase as requiring a conducting film with

7  adjoining layer of low resistivity semiconductor and possibly other adjoining

8  layers. CPT relies on a sentence in the specification discussing Fig. 3a-3d, which

9  states that, "[i]n this example, *no conducting film is formed on low-resistivity*

10  *amorphous silicon film 20,* but a conducting film such as ITO film may be formed

11  on said low-resistivity film 20 as in the example shown in FIG. 2."[1] While this

12  sentence does suggest that the conducting film is distinct from the low-resistivity

13  semiconductor film, CPT's interpretation would narrow the scope of Claim 1 to

14  exclude the second embodiment. A claim construction that excludes a preferred

15  embodiment is "rarely, if ever, correct." *Dow Chemical Co. v. Sumitomo*

16  *Chemical Co.,* 257 F.3d 1364, 1378 (Fed. Cir. 2001). Furthermore, the fact that

17  the conducting film is specifically described as having *two layers* in claim 2 but

18  not in claim 1 indicates that two adjoining layers are not needed for the first claim.

19  Thus, the Court adopts LPL's construction of the term "conducting film containing

20  at least a low-resistivity semiconductor film."

21      LPL's construction of "conducting film" is consistent with this Court's

22  determination that the conducting film can be the low-resistivity semiconductor

23  film. LPL construes "conducting film" according to its plain meaning, namely, a

24  thickness of electrically conductive material. Defendants' construction of

25  conducting film, on the other hand, restricts it to film "having an electrical

---

27  [1] LPL submits intrinsic evidence in the form of a scientific article describing ITO (indium tin oxide)
    as a "semiconductor." This supports LPL's position that the conducting film can be the low-
28  resistivity semiconductor.

1   resistance several order of magnitude lower than a low-resistivity semiconductor

2   film." In other words, Defendants define "conducting film" as distinct from "low-

3   resistivity semiconductor film." The Court rejects Defendants' construction and

4   adopts LPL's construction since it finds that the conducting film in claim 1 of the

5   '737 patent may consist of the low-resistivity semiconductor film, as discussed

6   above.

7        LPL's constructions of "high-resistivity semiconductor film" and "low-

8   resistivity semiconductor film" distinguishes these terms based on their relative

9   resistivity. Defendants distinguish the terms according to whether they are

10  "doped" (i.e. intentionally mixed with impurities) or "undoped." The '737 patent

11  makes no mention of the terms "doped" and "undoped." Furthermore, LPL

12  presents evidence that it is improper to equate the terms high-resistivity with

13  "undoped" and low-resistivity with "doped." The Court therefore rejects

14  Defendants' method of distinguishing these terms. Defendants also rely solely on

15  extrinsic evidence in defining high-resistivity semiconductor film as having a

16  resistence "many orders of magnitude" greater than the low-resistivity film. The

17  Court finds this language vague and unnecessary. The Court therefore adopts

18  LPL's constructions of the terms "high-resistivity semiconductor film" and "low-

19  resistivity semiconductor film."

20        **6. . "Mask"/ "At least a part of the Mask"/ "Said source and drain**

21        **electrodes serving as at least part of the mask"**

22        Claim 1 requires a step for selectively removing material "with said source

23  and drain electrodes serving as at least part of the mask." The parties dispute

24  whether an electrode covered by photoresist serves as at least part of the mask.

25  Defendants' construction may exclude such an electrode, as it requires that the

26  source and drain electrodes "make a *significant contribution* to defining the edges

27  of the selectively removed region" or alternatively "*shield at least part of the*

28  *surface* from the action of the removal technique." While the photoresist may be

- 12 -

1  the *outermost* layer of the mask, the electrodes are part of the mask structure, as,

2  they, too, are resistive to the removal technique and in the pattern needed to etch

3  exposed conductive film.  LPL construes "mask" as "a pattern above a surface

4  from which material is to be selectively removed.  The pattern is made of material

5  that is resistive to the removal technique relative to the material to be removed."

6  The Court finds that this definition best explains the mask, as well as how the

7  electrodes serve as "at least a part of the mask."  The Court does not need to

8  construe "said source and drain electrodes serving as at least part of the mask,"

9  since this phrase simply combines the terms "source electrode," "drain electrode"

10  and "at least a part of the mask."

11      **7. "Thin Film Transistor"**

12      LPL's and Defendants' construction of "thin film transistor" ("TFT") are

13  very similar.  They differ in one respect: LPL specifies that TFTs are not

14  constructed in a single crystal silicon wafer.  Since the single wafer is mentioned

15  in the intrinsic evidence and Defendants do not deny that TFTs are constructed in

16  a single crystal silicon wafer, the Court adopts LPL's construction.

17      **8.    "A fourth step for selectively forming a source electrode and**

18              **drain electrode"**

19      LPL's construction of "a fourth step for selectively forming a source

20  electrode and drain electrode" requires the source and drain electrodes to be

21  "formed together."  The Court finds nothing in the claim or specification that

22  supports this interpretation.  Although the formation of the source and drain

23  electrodes is listed in one step, nothing suggests that each action within each step

24  must be performed together.  LPL's argument that the objective of the invention

25  supports this interpretation is unpersuasive in light of *Liebel,* discussed above.

26  However, the Court also finds Defendants' construction problematic.  Defendants

27  construe this phrase as "forming a source electrode and drain electrode in selected

28  regions only by depositing a conducting film or other material such as Al."

- 13 -

1   Figures 1-3 and the specification do indicate that the source and drain electrode

2   are formed in selected regions. *See* 1:15-17, 2:10-14,, 3:36-44. However, the

3   specification does not support the second part of CPT's construction.  Rather, the

4   specification indicates that source and drain electrodes can be formed via

5   deposition *and subsequent etching of conductive material*.   The Court therefore

6   modifies Defendant's construction and defines the phrase as "forming a source

7   electrode and drain electrode in selected regions only," which is consistent with

8   the Court's construction of "selectively forming" below.

9       **9.    "Contacting a part of the surface of said island region"**

10       LPL construes "contacting a part of the surface of said island region" to

11   mean "[f]orming an electrical connection to a part of the surface of the island

12   region" while Defendants construe it to require "touching a part of the surface of

13   the island region." The Court finds that Defendants' construction better reflects

14   the plain meaning of the claim.

15       **10.    "Forming ... on"**

16       The first step of claim 1 is "for forming a gate electrode on an insulating

17   substrate." LPL argues that the '737 patent uses "forming" in the sense of

18   "providing" whereas Defendants construe "forming" as to give "form or shape to."

19   The Court finds it awkward to define "forming" as "providing" in the phrase

20   "selectively forming a gate electrode 2 on an insulating substrate 1," which is

21   offered as intrinsic evidence by both parties.  Defendants' construction is more

22   meaningful in this specific context as well as in the specification and the claims as

23   a whole.  Moreover, Defendant's construction is consistent with this Court'

24   definition of "a fourth step for *selectively forming* a source electrode and drain

25   electrode." The Court therefore adopts Defendants' construction of "forming . .

26   .on."

27       **11.    "Selectively etched"/ "Selectively forming"/ "Selectively**

28           **removing"**

1    Claim 1 recited a third step wherein "said high-resistivity semiconductor
2   film and said conducting films are *selectively etched* so that they are partly left as
3   an island region on said gate electrode. *"* LPL defines "selectively etched" as the
4   "removal of selected portions of a surface using etching techniques (such as wet
5   etching, plasma etching, reactive ion etching, and ion etching) in order to produce
6   a desired pattern on the surface." Defendants object to this definition because it
7   refers to removal of portions of a *surface*, rather than the *entire film*. While the
8   claim does specifically refer to the etching of the high-resistivity semiconductor
9   film and the conducting films, the Court finds nothing in the language of the claim
10  or the specification that requires etching of the *entire* film. Furthermore,
11  Defendants' construction, which requires etching of the high-resistivity
12  semiconductor film, the conducting film, and the low-resistivity semiconductor
13  film, is inconsistent with both the language of the claim and with this Court's
14  finding that the conducting film may constitute the low-resistivity semiconductor
15  film. The Court therefore adopts LPL's definition of "selectively etched."

16    In addition, Claim 1 recites a fourth step for "selectively forming a source
17  electrode and a drain electrode," and a fifth step for "selectively removing said
18  conducting film exposed on said island region." The Court finds no substantive
19  difference between LPL's and Defendants' constructions of "selectively forming"
20  and "selectively removing." However, the Court adopts Defendants' definitions of
21  these respective terms as "forming in selected regions only" and "removing
22  selected regions only" because they convey the meaning in the simplest language.

23  **C. Construction of Disputed Terms of the '449 Patent**

24    **1. Gate Electrode/ Source Electrode**

25    Defendants construe the gate/ source/ data electrodes to exclude the lines
26  and pads. Claims 10 and 11 of the '449 patent do refer to the gate electrode, gate
27  pad, source electrode, and source pad individually. For example, claim 10 recites
28  that the liquid crystal display device is comprised of "a first conductive layer . . .

- 15 -

1   including: *a gate electrode, a gate pad*, and a source pad." (7:34-39). The

2   specification, however, provides additional information that helps clarify the

3   relationship between the electrodes and the pads. In Figures 2d and 2e, the source

4   pad and source electrode are shown as one connected structure, although they are

5   labeled 7 and 7A respectively. In discussing Figure 2c, the specification states

6   that "*[s]ource electrode 7* thus forms part of a transistor region *and serves as*

7   *source pad 7A* above the gate insulating film so that the same conductive layer

8   constitutes part of the source wiring and the source electrode of the TFT." (4:1-5).

9   In discussing Figure 2e, the specification states that "ITO pattern 6A is provided

10  on *source pad 2A, which is part of a data electrode of the LCD.*" In describing the

11  second embodiment depicted in Figure 3, the specification provides that "source

12  electrode 7 and source pad 2A may be connected to each other in the same step

13  that the pixel electrode is formed." Thus, while the source pads and electrodes are

14  formed separately, they are then connected and the specification's language

15  indicates that they are not necessarily distinct structures. The originally filed

16  application during the prosecution of the '449 patent also supports LPL's position

17  that the electrode should not be defined as excluding the line and pad. The first

18  claim of the original application recites "[a] pad for providing an[] electrical

19  connection to a data electrode of a switching device, said *pad comprising: a*

20  *portion fo said data electrode . . . .*"[2] The fourth claim in the original application

21  recites "a liquid crystal display device comprising: a data line; and a pad, *said pad*

22  *including: a portion of said data line. . . .*" Likewise, the intrinsic evidence does

23  not indicate that the gate electrode must exclude the gate pad. In fact, Figures 2a-

24  2e do not include a separate number identifying the "gate electrode." The Court

25  therefore rejects a construction of "electrode" that specifically excludes the line

26  and pad.

27

28  [2]The word "data" corresponds to "source."

- 16 -

1   The Court also rejects Defendant's construction of these terms because it

2   specifies a particular direction for flow of charge carriers (from the source

3   electrode toward the drain).  The intrinsic evidence does not support such a

4   limitation.  Furthermore, as discussed previously with respect to the '737 patent,

5   the embodiment shown in Figure 3 of the '737 patent illustrates an arrangement

6   where the direction of flow is reversed. Accordingly, the Court adopts LPL's

7   construction of "source electrode," "gate electrode," and "drain electrode."

8       **2. "Gate pad"/ "Source pad"**

9   According to LPL's construction, pads are provided near the periphery of

10  the TFT array "to receive data from a [gate or data] driving circuit."  Defendants

11  contend that this is ambiguous because other parts of the wiring, which are not

12  pads, may also receive data from an external driving circuit.  Defendants construe

13  the pads as an element "that is necessary in order to communicate information

14  from an external driving circuit to a [gate or source] electrode."   Defendants base

15  this construction on a sentence in the specification which states that *"a pad wiring*

16  *layer* is necessary in order to communicate information from an external driving

17  circuit to the gate and source." (1:51-53).  Since the specification refers to the *pad*

18  *wiring layer* as being necessary and not the pad, the Court rejects Defendants'

19  construction and adopts LPL's constructions of "gate pad" and "source pad."

20      **3. "On"/ "formed on"/ "disposed on"**

21  LPL defines "on", "formed on" and "disposed on" as "touching a top or side

22  of." LPL contrasts these terms with "overlying," which it defines as "above"

23  something but not necessarily touching it.  This Court agrees with Defendants that

24  the specification does not support the distinction made by LPL.   For example, the

25  specification states that a "conductive layer is formed *on* the substrate and etched

26  in accordance with a predetermined pattern, thereby forming a source electrode 7

27  and a drain electrode 8." (5:6-8) (emphasis added).  Conductive layer 7 and 8 do

28  not touch the substrate (see Fig. 3), yet the specification uses the word "on." *See*

1   *also* 2:42-44; 3:50-54; 7:49-50 (all using the word "on" to describe a situation

2   where there is no "touching").  The Court therefore adopts Defendants' definition

3   of "on."

4       **4. "Contact hole is provided through . . . layer"/ "Provided through"**

5       The phrases "contact hole is provided through" and "provided through"

6   appear only in claims 1 and 10, always in the context of a contact hole being

7   "provided through" one or more layers of materials.  Defendants construe the

8   claim terms to mean that these holes are "made in one side and out the opposite

9   side" of the layers of materials.  The Court finds that these phrases should be given

10  their ordinary meaning and therefore adopts LPL's constructions.

11      **5. "Active layer"**

12      Defendants' construction of "active layer" limits this area to the region of

13  the semiconductor layer that forms the channel region between the source and

14  drain electrodes. Figures 2b-e, 3 and 5 of the specification show the active layer 4

15  extending only under the source 7 and drain 8.  However, as LPL points out, these

16  figures do not in any way limit the extension of active layer 4 in the dimension

17  perpendicular to the figure, or in other areas of the substrate not depicted in the

18  cross-section views.  Since nothing in the claim or specification limits the active

19  layer to the region of semiconductor layer between the source and drain electrodes,

20  the Court adopts LPL's construction of this term.

21      **6. "Common hole"**

22      LPL construes "common hole" in accordance with its plain meaning as "[a]

23  shared hole."  Defendants construe "common hole" to mean "single hole."  The

24  court finds Defendants' construction ambiguous, since it suggests that only one

25  hole is permitted.  The Court therefore adopts LPL's construction of this term.

26      **7. "Aligned"**

27      LPL construed "aligned" to mean "placed in line with," which is its ordinary

28  meaning.  Defendants, on the other hand, construe "aligned" to mean

- 18 -

1  "substantially co-axial or concentric." Defendants' definition would require the

2  holes to be one on top of the other, whereas LPL's construction would permit the

3  holes to be placed either side-by-side or on top of each other.  Although the

4  figures in the specification show these holes to be on top of each other as

5  described by Defendants, the plain language of the claim should not be limited by

6  the figures in the specification. *See Dayco Products,* 258 F.3d at 1327.  The Court

7  therefore adopts LPL's construction fo this term.

8      **8.    "Said second insulating layer having a second contact hole**

9          **exposing a predetermined portion of said second conductive layer**

10         **and said first contact hole region"**

11      Defendants' construction of "said second insulating layer having a second

12  contact hole exposing a predetermined portion of said second conductive layer and

13  said first contact hole region" limits the phrase to mean that "the first and second

14  contact holes must overlap."  However, none of the embodiments disclosed in the

15  '449 patent teaches that the hole exposing the second conductive layer (i.e. the

16  "second hold") overlaps with the hole in the first insulative layer that exposes the

17  first conductive layer. *See, e.g.,* Fig. 3 and Fig. 5.  Since a claim construction that

18  excludes from its scope a preferred embodiment is rarely, if ever, correct, the

19  Court adopts LPL's construction.

20      **9. "Wiring structure"**

21      This term "wiring structure" appears in Claims 1-5 of the '449 patent.

22  LPL's definition characterizes the term as a "slender structure" while Defendants

23  refer to the layer simply as a "structure."  Claim 1 begins with "A wiring structure

24  comprising: a substrate . . . ."  Since the substrate is typically a large slab of glass,

25  which is not "slender," the Court adopts Defendants' definition of this term.

26  **IT IS SO ORDERED**

27  **DATE:**  May 5, 2005

28                          **CONSUELO B. MARSHALL**
                            **UNITED STATES DISTRICT JUDGE**

- 19 -

# EXHIBIT L-4(b)

DC:50564677.1

1   Attorneys for Defendants/Counterclaimants
    CHUNGHWA PICTURE TUBES, LTD.,
2   JEAN COMPANY, LTD., LITE-ON TECHNOLOGY
    CORPORATION, LITE-ON TECHNOLOGY
3   INTERNATIONAL INCORPORATED, TPV
    TECHNOLOGY LTD. and ENVISION PERIPHERALS, INC.
4
5   SCOTT R. MILLER (SBN 112656)
    TRACY R. ROMAN (SBN 199031)
6   BINGHAM McCUTCHEN LLP
    355 South Grand Avenue, Suite 4400
7   Los Angeles, CA 90071-3106
    Tel:  (213) 680-6400
8   Fax:  (213) 680-6499

9   Attorneys for Defendant
    VIEWSONIC CORPORATION

10

11                UNITED STATES DISTRICT COURT

12              CENTRAL DISTRICT OF CALIFORNIA

13

14  LG.PHILIPS LCD CO., LTD.,              Case No. CV 02-6775 CBM (JTLx)
                                           Case No. CV 03-2866 CBM (JTLx)
15                   Plaintiff,            Case No. CV 03-2884 CBM (JTLx)
                                           Case No. CV 03-2885 CBM (JTLx)
16        vs.                              Case No. CV 03-2886 CBM (JTLx)

17  TATUNG CO. OF AMERICA,                 **SECOND REVISED JOINT CLAIM
    TATUNG COMPANY AND                     CONSTRUCTION STATEMENT**
18  CHUNGHWA PICTURE TUBES,
    LTD.,                                  DATE:    April 5, 2004
19                                         TIME:    3:00 p.m.
                     Defendants.           PLACE:   Courtroom of the Honorable
20                                                  Consuelo B. Marshall
    LG.PHILIPS LCD CO., LTD.,
21
                     Plaintiff,
22
          vs.
23
    JEAN COMPANY, LTD.,
24
                     Defendant.
25

26

27

28
    1-LA/750383.1

                                      2

FILED
CLERK, U.S. DISTRICT COURT

DEC 23 2003

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LG.PHILIPS LCD CO., LTD.,

    Plaintiff,

    vs.

LITE-ON TECHNOLOGY CORP. and LITE-ON TECHNOLOGY INTERNATIONAL INC.,

    Defendants.

LG.PHILIPS LCD CO., LTD.,

    Plaintiff,

    vs.

TPV TECHNOLOGY, LTD, and ENVISION PERIPHERALS, INC.,

    Defendants.

LG.PHILIPS LCD CO., LTD.,

    Plaintiff,

    vs.

VIEWSONIC CORPORATION,

    Defendant.

Pursuant to the Court's October 1, 2003 Order regarding Claim Construction Briefing, LG.Philips LCD Co., Ltd. ("LPL"), Tatung Co. of America and Tatung Company (collectively "Tatung"), Chunghwa Picture Tubes, Ltd. ("CPT"), Jean Company, Ltd. ("Jean Co."), Lite-On Technology Corporation and Lite-On Technology International Incorporated (collectively "Lite-On"), TPV Technology, Ltd. ("TPV"), Envision Peripherals, Inc. ("Envision") and Viewsonic Corporation ("Viewsonic") submit this Second Revised Joint Claim Construction Statement consisting of Exhibits A-F.

1-LA/750383.1

1      Exhibit A is a list of claim terms for which the parties agree on a construction
2  concerning U.S. Patent Nos. 6,373,537; 6,020,942; 6,002,457; and 5,926,237.
3  Exhibit A is submitted on behalf of all of the parties.
4      Exhibit B is a list of disputed terms from U.S. Patent Nos. 6,373,537;
5  6,020,942; 6,002,457; and 5,926,237, along with the parties' respective
6  constructions and support for those constructions.  Exhibit B is submitted on behalf
7  of all of the parties.
8      Exhibit C is a list of claim terms for which the parties agree on a construction
9  concerning U.S. Patent No. 4,624,737.  Exhibit C is submitted on behalf of all of
10  the parties.
11      Exhibit D is a list of disputed terms from U.S. Patent No. 4,624,737, along
12  with the parties' respective constructions and support for those constructions.
13  Exhibit D is submitted on behalf of all of the parties.
14      Exhibit E is a list of claim terms for which the parties agree on a construction
15  concerning U.S. Patent No. 5,825,449.  Exhibit E is submitted on behalf of all of
16  the parties.
17      Exhibit F is a list of disputed terms from U.S. Patent No. 5,825,449, along
18  with the parties' respective constructions and support for those constructions.
19  Exhibit F is submitted on behalf of all of the parties.
20      Exhibits A-F filed herewith will supercede Exhibits A-F of the Revised Joint
21  Claim Construction Statement, filed on September 17, 2003 ("First Revised JCC").
22  In addition, all supporting exhibits filed by the parties in support of their respective
23  positions are incorporated herein.
24      Defendants' submission of these proposed claim constructions and
25  corresponding support should not be construed as an admission by any defendant
26  that any of the claims are infringed, valid or enforceable.  Defendants' submissions
27  relate to those patents asserted against them in the various Complaints.
28  Furthermore, defendants' submission of these proposed claim constructions do not

1-LA/750383.1

4

1   affect or waive any arguments regarding the invalidity of the patents-in-suit.  The

2   parties preserve the right to amend and/or supplement the terms and/or

3   constructions in the attached claim charts as claim construction discovery continues

4   and as the parties continue

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1-LA/750383.1

1    to meet and confer to reduce the number of claims asserted and to reduce the

2    number of terms for the Court to construe.

3    Dated:  December ℣3 2003          JEFFREY N. BROWN
                                        TERESA A. MACDONALD
4                                       ANN A. BYUN
                                        ANTHONY C. ROTH
5                                       NATHAN W. McCUTCHEON
                                        MORGAN, LEWIS & BOCKIUS LLP
6

7                                       By
8                                            Jeffrey N. Brown
                                        Attorneys for Plaintiff/Counterclaim Defendant
9                                       LG.PHILIPS LCD CO., LTD.

10   Dated:  December __, 2003          MARK KRIETZMAN
                                        CHRISTOPHER DARROW
11                                      VALERIE W. HO
                                        GREENBERG TRAURIG LLP
12

13                                      By
                                             Mark Krietzman
14                                      Attorneys for Defendants TATUNG
                                        COMPANY and TATUNG CO. OF AMERICA

15   Dated:  December __, 2003          TERESA M. CORBIN
                                        GLENN W. RHODES
16                                      CHRISTOPHER A. MATHEWS
                                        BRIAN S. Y. KIM
17                                      HOWREY SIMON ARNOLD & WHITE LLP

18

19                                      By
                                             Christopher A. Mathews
20                                      Attorneys for Defendants/Counterclaimants
                                        CHUNGHWA PICTURE TUBES, LTD., JEAN
21                                      COMPANY, LTD., LITE-ON TECHNOLOGY
                                        CORPORATION, LITE-ON TECHNOLOGY
22                                      INTERNATIONAL INCORPORATED, TPV
                                        TECHNOLOGY LTD. and ENVISION
23                                      PERIPHERALS, INC.

24   Dated:  December __, 2003          SCOTT R. MILLER
                                        TRACY R. ROMAN
25                                      BINGHAM McCUTCHEN LLP

26

27                                      By
                                             Scott R. Miller
28                                      Attorneys for Defendant VIEWSONIC
                                        CORPORATION

1-LA/750383.1

6

1  to meet and confer to reduce the number of claims asserted and to reduce the

2  number of terms for the Court to construe.

3  Dated: December ___, 2003          JEFFREY N. BROWN
                                      TERESA A. MACDONALD
4                                     ANN A. BYUN
                                      ANTHONY C. ROTH
5                                     NATHAN W. McCUTCHEON
                                      MORGAN, LEWIS & BOCKIUS LLP
6

7                                     By_____
                                              Jeffrey N. Brown
8                                     Attorneys for Plaintiff/Counterclaim Defendant
                                      LG.PHILIPS LCD CO., LTD.
9

10 Dated: December 23, 2003           MARK KRIETZMAN
                                      CHRISTOPHER DARROW
11                                    VALERIE W. HO
                                      GREENBERG TRAURIG LLP
12

13                                    By _____
                                              Mark Krietzman
14                                    Attorneys for Defendants TATUNG
                                      COMPANY and TATUNG CO. OF AMERICA

15 Dated: December ___, 2003          TERESA M. CORBIN
                                      GLENN W. RHODES
16                                    CHRISTOPHER A. MATHEWS
                                      BRIAN S. Y. KIM
17                                    HOWREY SIMON ARNOLD & WHITE LLP

18

19                                    By _____
                                              Christopher A. Mathews
20                                    Attorneys for Defendants/Counterclaimants
                                      CHUNGHWA PICTURE TUBES, LTD., JEAN
21                                    COMPANY, LTD., LITE-ON TECHNOLOGY
                                      CORPORATION, LITE-ON TECHNOLOGY
22                                    INTERNATIONAL INCORPORATED, TPV
                                      TECHNOLOGY LTD. and ENVISION
23                                    PERIPHERALS, INC.

24 Dated: December ___, 2003          SCOTT R. MILLER
                                      TRACY R. ROMAN
25                                    BINGHAM McCUTCHEN LLP

26                                    By _____
                                              Scott R. Miller
27                                    Attorneys for Defendant VIEWSONIC
                                      CORPORATION
28

1    to meet and confer to reduce the number of claims asserted and to reduce the

2    number of terms for the Court to construe.

3    Dated: December ___, 2003          JEFFREY N. BROWN
                                       TERESA A. MACDONALD
4                                       ANN A. BYUN
                                       ANTHONY C. ROTH
5                                       NATHAN W. McCUTCHEON
                                       MORGAN, LEWIS & BOCKIUS LLP
6

7                                       By_____
                                              Jeffrey N. Brown
8                                       Attorneys for Plaintiff/Counterclaim Defendant
                                       LG.PHILIPS LCD CO., LTD.
9

10   Dated: December ___, 2003          MARK KRIETZMAN
                                       CHRISTOPHER DARROW
11                                      VALERIE W. HO
                                       GREENBERG TRAURIG LLP

12

13                                      By _____
                                              Mark Krietzman
14                                      Attorneys for Defendants TATUNG
                                       COMPANY and TATUNG CO. OF AMERICA

15   Dated: December 23, 2003           TERESA M. CORBIN
                                       GLENN W. RHODES
16                                      CHRISTOPHER A. MATHEWS
                                       BRIAN S. Y. KIM
17                                      HOWREY SIMON ARNOLD & WHITE LLP

18                                      By _Christopher A. Mathews/BSK_
19                                            Christopher A. Mathews
                                       Attorneys for Defendants/Counterclaimants
20                                      CHUNGHWA PICTURE TUBES, LTD., JEAN
                                       COMPANY, LTD., LITE-ON TECHNOLOGY
21                                      CORPORATION, LITE-ON TECHNOLOGY
                                       INTERNATIONAL INCORPORATED, TPV
22                                      TECHNOLOGY LTD. and ENVISION
                                       PERIPHERALS, INC.
23

24   Dated: December ___, 2003          SCOTT R. MILLER
                                       TRACY R. ROMAN
25                                      BINGHAM McCUTCHEN LLP

26

27                                      By _____
                                              Scott R. Miller
28                                      Attorneys for Defendant VIEWSONIC
                                       CORPORATION

1-PH/1933229 1

6

1  to meet and confer to reduce the number of claims asserted and to reduce the

2  number of terms for the Court to construe.

3  Dated: December __, 2003         JEFFREY N. BROWN
4                                     TERESA A. MACDONALD
                                   ANN A. BYUN
5                                     ANTHONY C. ROTH
                                   NATHAN W. McCUTCHEON
6                                     MORGAN, LEWIS & BOCKIUS LLP

7                                   By_____
8                                           Jeffrey N. Brown
                                 Attorneys for Plaintiff/Counterclaim Defendant
9                                   LG.PHILIPS LCD CO., LTD.

10  Dated: December __, 2003        MARK KRIETZMAN
                                 CHRISTOPHER DARROW
11                                   VALERIE W. HO
                                 GREENBERG TRAURIG LLP
12

13                                   By _____
14                                         Mark Krietzman
                                 Attorneys for Defendants TATUNG
                                 COMPANY and TATUNG CO. OF AMERICA

15  Dated: December __, 2003        TERESA M. CORBIN
16                                   GLENN W. RHODES
                                 CHRISTOPHER A. MATHEWS
17                                   BRIAN S. Y. KIM
                               HOWREY SIMON ARNOLD & WHITE LLP
18

19                                   By _____
                                 Christopher A. Mathews
20                                   Attorneys for Defendants/Counterclaimants
                               CHUNGHWA PICTURE TUBES, LTD., JEAN
21                                   COMPANY, LTD., LITE-ON TECHNOLOGY
                               CORPORATION, LITE-ON TECHNOLOGY
22                                   INTERNATIONAL INCORPORATED, TPV
                               TECHNOLOGY LTD. and ENVISION
23                                   PERIPHERALS, INC.

24  Dated: December 23, 2003        SCOTT R. MILLER
                                   TRACY R. ROMAN
25                                   BINGHAM McCUTCHEN LLP
26

                               By _____
27                                     Scott R. Miller
                               Attorneys for Defendant VIEWSONIC
28                                   CORPORATION

**EXHIBIT C**

JOINT CLAIM CONSTRUCTION STATEMENT -- EXHIBIT C
U.S. Patent No. 4,624,737

| CLAIM TERMS | AGREED CONSTRUCTION |
|---|---|
| "surface passivation film" | A thickness of material that provides protection such as electrical stability and chemical isolation. |
| "insulating substrate" | The material (such as glass, quartz, ceramic, insulator-coated silicon or insulator-coated metal) upon which the transistor is fabricated to provide mechanical support and electrical insulation. |
| "on said gate electrode and substrate" | Above and supported by or in contact with the gate electrode and the insulating substrate. |
| "them" | The gate insulating film, the high-resistivity semiconductor film, and the conducting film containing at least the low-resistivity semiconductor film. |

1-LA/721623.1

88

# EXHIBIT D

**EXHIBIT D**

## JOINT CLAIM CONSTRUCTION STATEMENT – EXHIBIT D
### U.S. Patent No. 4,624,737

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendants' Support |
|---|---|---|---|---|
| thin-film transistor | A three-terminal semiconductor device in which the current flow through one pair of terminals, the source and drain, is controlled or modulated by an electric field that penetrates the semiconductor; this field is introduced by a voltage applied at the third terminal, the gate, which is separated from the semiconductor by an insulating layer. The thin-film transistor is formed using thin-film techniques on an insulating substrate rather than in a single crystal silicon wafer. | Intrinsic Evidence: '737 Patent at col. 1, lines 6-29, 56-58, 61-68; col. 2, lines 1-2, 8-68; col. 3, lines 1-62; col. 4, lines 1-23; Figs. 1a-3d; and claims 1-4. (LPL Exh. 1).<br><br>'737 patent discloses various techniques for fabricating thin films, such as chemical vapor deposition (CVD) (e.g., 2:24-33), sputtering (2:33-36), molecular beam deposition (4:19-20), ion beam deposition (4:19-20).<br><br>"Any suitable means of applying the | A semiconductor device in which the current flow between source electrode and drain electrode is controlled by an electric field that penetrates the semiconductor; this field is introduced by a voltage applied at the gate electrode, which is separated from the semiconductor by an insulating layer. The thin-film transistor is formed using thin-film techniques on an insulating substrate. | Intrinsic Evidence: '737 Patent, col. 1 lines 6-14; col. 2 line 61 – col. 2 line 2; col. 2 lines 8-10; col. 3 lines 22-24.<br><br>Extrinsic Evidence: "Thin film technology" for circuits and systems is defined as "a technology in which a thin film (a few hundred to a few thousand angstroms in thickness) is applied by vacuum deposition to an insulating substrate." *IEEE Standard Extrinsic Evidence of Electrical and Electronic Terms* 939 (3rd ed. 1984) |

1-LA/750425.1

89

JOINT CLAIM CONSTRUCTION STATEMENT -- EXHIBIT D
U.S. Patent No. 4,624,737

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendants' Support |
|---|---|---|---|---|
| | | various films throughout this procedure in the vacuum may be employed such as, for example, evaporation, sputtering, and the like." USPN 4,331,758 to Luo issued May 25, 1982, col. 4, lines 11-14 (LPL Exh. 2).<br><br>"A thin-film transistor (TFT) is an insulated grid field effect transistor. It is similar to a MOS transistor (metal-oxide semiconductor) with the difference that it is produced on an amorphous substrate and *not on a* | | ("*1984 IEEE*"), Exh. 1.<br><br>"A thin-film transistor, TFT, fabricated by evaporation of all components on to an insulating substrate has been developed" Paul K. Weimer, *The TFT – A New Thin-Film Transistor* in 49 *Proceedings of the IRE* 1462-64 (1962), Exh. 2. |

1-LA/750425.1

90

JOINT CLAIM CONSTRUCTION STATEMENT – EXHIBIT D

U.S. Patent No. 4,624,737

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendants' Support |
|---|---|---|---|---|
| | | *monocrystalline silicon wafer.* As they are not limited by the size of the crystalline substrate, TFT circuits can have very large dimensions. The TFT on an insulating substrate has been investigated in three different ways. . . ," USPN 4,426,407 to Morin et al. issued Jan. 17, 1984, col. 1, lines 13-22 (emphasis added) (LPL Exh. 3).<br><br>Extrinsic Evidence:<br>*The Penguin Dictionary of Electronics* 569 (3rd. ed. 1998) ("*1998 Penguin*") ("*thin-film transistor* (TFT) A | | |

1-LA/750425.1

91

JOINT CLAIM CONSTRUCTION STATEMENT -- EXHIBIT D

U.S. Patent No. 4,624,737

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendants' Support |
|---|---|---|---|---|
| | | MOSFET that is fabricated using thin-film techniques on an insulating substrate rather than on a semiconductor chip."") (LPL Exh. 4); *id.* at 205-207 ("*field-effect transistor* (FET) . . . It is a three terminal semiconductor device in which the current flow through one pair of terminals, the *source* and the *drain*, is controlled or modulated by an electric field that penetrates the semiconductor; this field is introduced by the voltage applied at the third terminal, the *gate*. . . ."); *id.* at 70 | | |

1-LA/750425.1

92

# JOINT CLAIM CONSTRUCTION STATEMENT -- EXHIBIT D
U.S. Patent No. 4,624,737

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendants' Support |
|---|---|---|---|---|
| | | ("*chip* . . . A small piece of single crystal of semiconductor material containing either a single component or device or an integrated circuit."). *See also The Penguin Dictionary of Electronics*, 71, 186-192, 583 (2nd. ed. 1988) ("*1988 Penguin*") (LPL Exh. 5). | | |
| gate electrode | A patterned, electrically conductive material that controls current flow through the channel between the source electrode and drain electrode. | Intrinsic Evidence: "FIG. 2a shows in a sectional view the initial step for selectively forming a gate electrode 2 on an insulating substrate 1 | A conductive element of a single thin-film transistor that controls the current between source and drain by a voltage applied to its terminal. The gate | Intrinsic Evidence: "Metals such as Cr, Mo, W, Al, Ta, etc., and their silicides, impurity-doped polysilicon and other like materials can be |

93

1-LA/750425.1

## JOINT CLAIM CONSTRUCTION STATEMENT -- EXHIBIT D
### U.S. Patent No. 4,624,737

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendants' Support |
|---|---|---|---|---|
| | | … Metals such as Cr, Mo, W, Al, Ta, etc., and their silicides, impurity-doped polysilicon and other like materials can be used as said gate electrode 2." '737 Patent at col. 2, lines 7-16.<br><br>"FIG. 3a illustrates a step in which gate electrode 2 extending along one line and gate electrodes 2' on another line are formed on a transparent substrate 1 such as a glass substrate." '737 Patent at col. 3, lines 22-29. | electrode is distinct from the gate line and the gate pad associated with the gate electrode. | used as said gate electrode 2." '737 Patent, col. 2 lines 14-16.<br><br>"FIG. 3a illustrates a step in which gate electrode 2 extending along one line and gate electrodes 2' on another line are formed on a transparent insulating substrate 1 such as glass substrate." '737 Patent, col. 3 lines 26-28. *See also* Figs. 1-3; Col. 1 lines 15-17;<br><br>Extrinsic Evidence: "Gate" is defined as a structural element of a TFT that "controls the current between |

1-LA/7504251

## JOINT CLAIM CONSTRUCTION STATEMENT -- EXHIBIT D
U.S. Patent No. 4,624,737

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendants' Support |
|---|---|---|---|---|
| | | See also Figs. 1-3; and claim 1. | | source and drain by a voltage applied to its terminal." 1984 IEEE 384, Exh. 1.<br><br>U.S. Patent No. 4,331,758 to Luo, Figures 8 and 8A, col. 7 line 17 to col. 8 line 9, Exh. 15.<br><br>"Gate" is defined as "[a]n electrode or electrodes in a field-effect transistor." See The Penguin Dictionary of Electronics, 237 (2nd. ed. 1988) ("1988 Penguin"), Exh. 18. |
| continuously depositing | The formation of the gate insulating film, the high-resistivity | Intrinsic Evidence: "[A]s shown in FIG. 1b, a gate insulating | Successively depositing each constituent film on top | Intrinsic Evidence: "[A] gate insulating film 3, a high- |

I-LA/750425.1

95

## JOINT CLAIM CONSTRUCTION STATEMENT -- EXHIBIT D
U.S. Patent No. 4,624,737

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendants' Support |
|---|---|---|---|---|
| | semiconductor film and conducting film without intervening films. | film 3 (such as silicon nitride film) and an amorphous silicon film 4 are continuously deposited. . . . ," '737 Patent at col. 1, lines 17-21.

"In the next step illustrated in FIG. 2b in a sectional view, a gate insulating film 3, a high-resistivity film 4, a low-resistivity a-Si:H (usually hydrogenated amorphous silicon) film 20 and a conducting film 30 made of a metal or other material are successively formed on said gate electrode | of the underlying film or structure without interruption and without performing any processing steps between the deposition of each constituent film. | resistivity film 4, a low-resistivity a-Si:H (usually hydrogenated amorphous silicon) film 20 and a conducting film 30 made of a metal or other material are successively formed on said gate electrode 2 and substrate 1 without exposing them to an oxidizing atmosphere. Such successive deposition can be accomplished, for instance, by forming [films 3, 4 and 20] in the same evacuated chamber in a plasma CVD apparatus. It is also possible to form said films successively in |

I-LA/750425.1

# JOINT CLAIM CONSTRUCTION STATEMENT -- EXHIBIT D

U.S. Patent No. 4,624,737

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendants' Support |
|---|---|---|---|---|
| | | 2 and substrate 1 without exposing them to an oxidizing atmosphere. Such successive deposition can be accomplished, for instance, by forming [films 3, 4, and 20] in the same evacuated chamber in a plasma CVD apparatus. It is also possible to form said films successively in the respective chambers by using a plasma CVD apparatus having in-line chambers. Further, when a sputtering or metalizing chamber is additionally provided, conducting film 30 | | the respective chambers by using a plasma CVD apparatus having in-line chambers. Further, when a sputtering or metalizing chamber is additionally provided, conducting film 30 can be also deposited continuously without exposure to the atmosphere." '737 Patent, col. 2 lines 17-36.  *See also* '737 Patent Col. 1 lines 17-21, 32-54; col. 3 lines 28-35, 53-62; col. 4 lines 1-13; Abstract.  Extrinsic Evidence: |

97

1-LA/750425.1

JOINT CLAIM CONSTRUCTION STATEMENT – EXHIBIT D

U.S. Patent No. 4,624,737

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendants' Support |
|---|---|---|---|---|
| | | can be also deposited continuously without exposure to the atmosphere." '737 Patent at col 2, lines 17-37. *See also* '737 Patent at col. 3, lines 28-35, 54-62; col. 4, lines 1-13; Abstract; Figs. 2b and 3b; and claims 1 and 2.<br><br>Extrinsic Evidence:<br>*The American Heritage College Dictionary* 1215 (2d College Ed. 1985) ("*1985 American Heritage Dictionary*") (defining "successive" as "[f]ollowing in an uninterrupted order or sequence.") (LPL Exh. 6); *id.* at 317 (defining | | "Continuous" is defined as "marked by uninterrupted extension in space, time, or sequence." *1981 Webster's* 243-44, Exh. 3.<br><br>"Continuous" is defined as "extending or prolonged without interruption or cessation; unceasing," *The American Heritage Dictionary* 317 (2d College Ed. 1985), Exh. 16.<br><br>W.E. Spear & P.G. LeComber, *Fundamental and Applied Work on Glow Discharge Material*, in *The* |

I-LA/750425.1

98

## JOINT CLAIM CONSTRUCTION STATEMENT -- EXHIBIT D

U.S. Patent No. 4,624,737

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendants' Support |
|---|---|---|---|---|
| | | "continuous" as "extending or prolonged without interruption or cessation; unceasing"). *The American Heritage College Dictionary* 301 (3d College Ed. 1997) (defining "continuous" as "uninterrupted in time, sequence, substance, or extent") (LPL Exh. 7). *1981 Webster's* 243-44 (defining "[c]ontinuous" as "marked by uninterrupted extension in space, time, or sequence.") | | *Physics of Hydrogenated Amorphous Silicon I,* Chapter 3 64-68 (J.D. Joannopoulos and G. Lucovsky eds., Springer-Verlag 1984) ("*1984 Spear*") (describing vacuum deposition systems), Exh. 4. P.G. LeComber & W.E. Spear, *The Development of the a-Si:H Field Effect Transistor and its Possible Applications,* in 21D *Semiconductors and Semimetals* 89-95 (1984) ("*1984 LeComber*") (describing single and |

1-LA/750425.1

JOINT CLAIM CONSTRUCTION STATEMENT -- EXHIBIT D
U.S. Patent No. 4,624,737

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendants' Support |
|---|---|---|---|---|
| | | (Defendant's Exh. 3.) | | multi-chamber deposition systems). Exh. 5.<br><br>T. Kodama et al., *A Self-Alignment Process for Amorphous Silicon Thin Film Transistors,* 3-7 IEEE Electron Device Letters 187–89 (Jul. 1982) ("*1982 Kodama*") (describing a continuous deposition process). Exh. 6.<br><br>Japanese patent publication JP 56-135968 to Osada et al. published October 23, 1981, Figs. 1, 2; Cols. 7-31 (describing continuous deposition |

1-LA/750425.1

100

## JOINT CLAIM CONSTRUCTION STATEMENT -- EXHIBIT D
### U.S. Patent No. 4,624,737

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendants' Support |
|---|---|---|---|---|
| | | | | of layers). Exh. 7.<br><br>U.S. Patent No. 4,331,758 to Luo, Col. 1, Lines 9-54, Exh. 15. |
| gate insulating film | A thickness of material (such as SiNx) that has high electrical resistance and insulates the transistor gate from at least the transistor semiconductor. | Intrinsic Evidence:<br>"Such successive deposition can be accomplished, for instance, by forming a silicon nitride (SiNx) film as gate insulating film 3 from a mixed gas of SiH₄ and NH₃,. ..." '737 Patent at col. 2, lines 24-26.<br><br>"[A] multi-layer film . . . can be used as said gate insulating film 3." '737 Patent at col. 2, lines 36-38.<br><br>See also '737 Patent at | A thickness of material (such as SiNx) that has high electrical resistance and insulates the gate electrode from the transistor semiconductor. | Intrinsic Evidence:<br>'737 Patent, Figs. 1-3; Col. 1 lines 17-21; col. 2 lines 17-32, 36-38; col. 3 lines 28-35.<br><br>Extrinsic Evidence:<br>"Film" is defined as "a thin covering or coating" and "an exceedingly thin layer." *1981 Webster's 425*, Exh. 3.<br><br>"Gate" is defined as a structural element of a TFT that "controls the current between source and drain by a |

I-LA/750425.1

JOINT CLAIM CONSTRUCTION STATEMENT -- EXHIBIT D

U.S. Patent No. 4,624,737

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendants' Support |
|---|---|---|---|---|
| | | 1:12-21, 2:18-38, 3:28-35; Abstract; Figs. 1b-1d, 2b-2e, and 3b-3d; and claim 1. *Extrinsic Evidence:* *1988 Penguin* at 194 (defining "film" as a "coating with a minimal thickness dimension.") (LPL Exh. 5). *1985 American Heritage Dictionary* at 719 (defining "layer" as a "thickness, coating, or stratum spread out or covering a surface.") (LPL Ex. 6). | | voltage applied to its terminal." *1984 IEEE 384*, Exh. 1. "Insulating material" is defined as "a substance or body, the conductivity or which is zero or, in practice, very small." *1984 IEEE 447*, Exh. 1. "Layer" is defined as a "thickness, coating, or stratum spread out or covering a surface." *1985 American Heritage Dictionary 719*, LPL Exh. 6. |
| high-resistivity semiconductor film | A thickness of semiconductor | Intrinsic Evidence: "Such successive | A thickness of semiconductor with no | Intrinsic Evidence: "Such successive |

1-LA/758425.1

102

JOINT CLAIM CONSTRUCTION STATEMENT -- EXHIBIT D

U.S. Patent No. 4,624,737

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendants' Support |
|---|---|---|---|---|
| | material (such as amorphous silicon, hydrogenated amorphous silicon, amorphous silicon-fluorine alloy, amorphous silicon-hydrogen-fluorine alloy, or a microcrystalline amorphous silicon) that has a higher resistance to current flow relative to the low-resistivity semiconductor film (later recited in the claim). | deposition can be accomplished, for instance, by ... forming a high-resistivity a-Si:H film 4 by using SiH$_4$ and forming a n$^+$ a-Si:H film 20 from a mixed gas of PH3 and SiH$_4$ in the same evacuated chamber in a plasma CVD apparatus." '737 patent at col. 2, lines 23-29.<br><br>"In place of said high-resistivity amorphous silicon film 4, there can be used a film of amorphous silicon-fluorine alloy (a-Si:F) or amorphous silicon-hydrogen-fluorine alloy (a-Si:H:F) using, | intentionally added impurities to increase its conductivity, resulting in an electrical resistance many orders of magnitude higher than a low-resistivity semiconductor film. | deposition can be accomplished, for instance, by ... forming a high-resistivity a-Si:H film 4 by using SiH$_4$ ... in the same evacuated chamber in a plasma CVD apparatus." '737 Patent, col. 2 lines 23-29.<br><br>"In place of said high-resistivity amorphous silicon film 4, there can be used a film of amorphous silicon-fluorine alloy (a-Si:F) or amorphous silicon-hydrogen-fluorine alloy (a-Si:H:F) using, for instance, SiF$_4$, or a microcrystalline amorphous silicon |

1-LA/750425.1

## JOINT CLAIM CONSTRUCTION STATEMENT -- EXHIBIT D

U.S. Patent No. 4,624,737

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendants' Support |
|---|---|---|---|---|
| | | for instance, SiF4, or a microcrystalline amorphous silicon film." '737 patent at col. 2, lines 38-43.<br><br>*See also* '737 Patent at col. 1, lines 8-29, 32-46, col. 2, lines 17-32, 38-43, 54-60; col. 3, lines 7-10, 16-21, 28-41, 48-62; col. 4, lines 1-23; Abstract; Figs. 1b-1d, 2b-2e, and 3b-3d; and claims 1 and 2.<br><br>Extrinsic Evidence: *1988 Penguin* at 131 (defining "doping level" as a "[t]he amount of doping necessary to achieve the desired | | film." '737 Patent, col. 2 lines 38-43.<br><br>*See also* '737 Patent, Figs. 1-3; col. 1 lines 8-11, 17-32; col. 2 lines 17-32; col. 3 lines 28-35.<br><br>Extrinsic Evidence: Shyh Wang, *Solid State Electronics* 129, 155 (McGraw Hill 1966) ("*1966 Wang*") (describing relative properties of conductors, semiconductors and insulators), Exh. 8<br><br>P.G. LeComber, *Doping and the Density of States of Amorphous Silicon,* in |

104

1-LA/750425.1

**JOINT CLAIM CONSTRUCTION STATEMENT -- EXHIBIT D**

U.S. Patent No. 4,624,737

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendants' Support |
|---|---|---|---|---|
| | | characteristic in a semiconductor. Low doping levels . . . give a high-resistivity material; high doping levels . . . give a low-resistivity material." (LPL Exh. 5). *Id.* at 194 (defining "film" as a "coating with a minimal thickness dimension.") | | *Fundamental Physics of Amorphous Semiconductors* 46-55 (F. Yonezawa ed., Springer-Verlag 1981) ("*1981 LeComber*") (comparing doped and undoped semiconductors), Exh. 9. *1984 Spear* 91-97 (comparing doped and undoped semiconductors), Exh. 4. *See also 1984 LeComber* 89-95, Exh. 5; K.D. MacKenzie et al., *The Characteristics and Properties of Optimised Amorphous* |

105

1-LA/750425.1

## JOINT CLAIM CONSTRUCTION STATEMENT – EXHIBIT D

U.S. Patent No. 4,624,737

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendants' Support |
|---|---|---|---|---|
| | | | | *Silicon Field Effect Transistors, in A31 Applied Physics A, Solids and Surfaces* 87-88 (1983) ("*1983 MacKenzie*"). Exh. 10. |
| | | | | "Layer" is defined as a "thickness, coating, or stratum spread out or covering a surface." *1985 American Heritage Dictionary* 719, LPL Exh. 6. |
| conducting film | A thickness of electrically conductive material. | Intrinsic Evidence: Claim 1 of the '737 patent, which recites "a conducting film containing at least a low-resistivity semiconductor film." | A thickness which includes a material consisting of an elemental metal, metal alloy, or film of optically transparent material, and having an electrical resistance several orders of | Intrinsic Evidence: "[A] conducting film 30 made of a metal or other material..." '737 Patent, Col. 2 lines 17-23. |
| | | Claim 2 of the '737 | | "Further, when a sputtering or |

106

H-LA759425.1

## JOINT CLAIM CONSTRUCTION STATEMENT -- EXHIBIT D
U.S. Patent No. 4,624,737

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendants' Support |
|---|---|---|---|---|
|  |  | patent, which recites "said conducting film is composed of at least two layers consisting of a low-resistivity semiconductor film and thereon a refractory metal film or transparent conducting film."<br><br>"In this example, no conducting film is formed on low-resistivity amorphous silicon film 20, but a conducting film such as ITO film may be formed on said low-resistivity film 20 as in the example shown in FIG. 2." '737 patent at col. 3, lines 48-52. | magnitude lower than a low-resistivity semiconductor film. | metalizing chamber is additionally provided, conducting film 30 can be also deposited continuously without exposure to the atmosphere." '737 Patent, col. 2 lines 32-36.<br><br>"As said conducting film 30, it is desirable to use a stable conducting film such as a transparent conducting film made of a refractory metal such as Cr, W, Mo, Ta, etc, and silicides thereof, or indium-tin-oxide (ITO), SnO$_2$ and the like. Use of a transparent conducting film has the advantage |

1-LA/7594251

JOINT CLAIM CONSTRUCTION STATEMENT – EXHIBIT D

U.S. Patent No. 4,624,737

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendants' Support |
|---|---|---|---|---|
| | | "In the next step illustrated in FIG. 2b in a sectional view, a gate insulating film 3, a high-resistivity film 4, a low-resistivity a-Si:H (usually hydrogenated amorphous silicon) film 20 and a conducting film 30 made of a metal or other material are successively formed on said gate electrode 2 and substrate 1 . . . ." '737 patent at col. 2, lines 17-23.<br><br>"As said conducting film 30, it is desirable to use a stable conducting film such | | that the process is simplified when the thin-film transistor of this invention is applied to an active matrix liquid crystal display." '737 Patent, col. 2 lines 46-53.<br><br>"The same materials as used for conducting film 30 and other materials such as Al can be used for said drain and source electrode members 15, 16." '737 Patent, col. 3 lines 4-7.<br><br>"In this example, no conducting film is formed on low-resistivity amorphous silicon film 20, but a |

1-LA/730425.1

JOINT CLAIM CONSTRUCTION STATEMENT -- EXHIBIT D
U.S. Patent No. 4,624,737

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendants' Support |
|---|---|---|---|---|
| | | as a transparent conducting film made of a refractory metal such as Cr, W, Mo, Ta, etc., and silicides thereof, or indium-tin-oxide (ITO), SnO₂ and the like." '737 patent at col. 2, lines 46-50.<br><br>See also '737 Patent at col. 1, lines 25-29, 32-51, col. 2, lines 10-36, 43-68; col. 3, lines 1-10, 28-35, 48-62; col. 4, lines 1-23; Abstract; Figs. 2b-2e and 3b-3d.<br><br>"Deposition of a metallic grid coating 24, e.g. of highly doped silicon or aluminum (by CVD-plasma) on the entire | | conducting film such as ITO film may be formed on said low-resistivity film 20 as in the example shown in FIG. 2." '737 Patent, col. 3 lines 48-52.<br><br>"The same is true with the interface of low-resistivity amorphous silicon film 20 and conducting film 30. Further, since the interfaces of low-resistivity amorphous silicon film 20 or conducting film 30 and drain and source electrodes 15, 16 can be cleaned ..." '737 Patent, col. 3 line 57 – col. 4 line 2. |

1-LA/750425.1

109

JOINT CLAIM CONSTRUCTION STATEMENT – EXHIBIT D

U.S. Patent No. 4,624,737

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendants' Support |
|---|---|---|---|---|
| | | surface of the sample(g)." USPN 4,426,407 to Morin et al. issued Jan. 17, 1984, col. 3, lines 50-52 (LPL Exh. 3).<br><br>". . . wherein the conductive coating is of highly doped silicon and is obtained by reactive gaseous phase plasma." *Id.* at claims 5. *See also id.* at claims 1, 3, and 4.<br><br>Extrinsic Evidence: *1985 American Heritage Dictionary* at 307 (defining "conduct[ing]" as "serv[ing] as a medium or channel for conveying") (LPL Ex. | | *See also* '737 Patent, Figs. 1-3; col. 2 lines 54-60.<br><br>Extrinsic Evidence: "Electrically conductive materials that can be prepared by CVD comprise elemental metals, metal alloys, superconductive compounds, and films of optically transparent conductors." *Thin Film Processes* 315-317 (J.L. Vossen & W. Kern eds., Academic Press 1978, Exh. 11.<br><br>*See also 1966 Wang* |

I-LA/7504251

110

JOINT CLAIM CONSTRUCTION STATEMENT -- EXHIBIT D

U.S. Patent No. 4,624,737

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendants' Support |
|---|---|---|---|---|
| | | 6). *1988 Penguin* at 194 (defining "film" as a "coating with a minimal thickness dimension.") (LPL Exh. 5). *CRC Handbook of Chemistry and Physics* 12-96 (75th ed., 1994-1995) (discussing the resistivity of semiconducting minerals) (LPL Exh. 9). *Thin Film Processes* 316-317 (J.L. Vossen & W. Kern eds., Academic Press 1978, (noting that "[t]hin films of optically | | 129, 155, Exh. 8; *1984 Spear* 91-97, Exh. 4. *See also* support cited by LPL for the term "conducting film". |

111

1-LA/750425.1

# JOINT CLAIM CONSTRUCTION STATEMENT -- EXHIBIT D

## U.S. Patent No. 4,624,737

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendants' Support |
|---|---|---|---|---|
| | | transparent and electrically conductive materials", including $SnO_2$, are "usually classified" as semiconductors (Defendants' Exh. 11). | | |
| low-resistivity semiconductor film | A thickness of semiconductor material (such as low-resistivity amorphous silicon, hydrogenated amorphous silicon, amorphous silicon-fluorine alloy, amorphous silicon-hydrogen-fluorine alloy, or a microcrystalline amorphous silicon, which contains phosphorous or other impurities to enhance the conductivity of the | Intrinsic Evidence: "In the next step illustrated in FIG. 2b in a sectional view, a gate insulating film 3, a high-resistivity film 4, a low-resistivity a-Si:H (usually hydrogenated amorphous silicon) film 20 and a conducting film 30 made of a metal or other material are successively formed on said gate electrode 2 and substrate 1 | A thickness of semiconductor having intentionally added impurities to increase its conductivity, resulting in an electrical resistance many orders of magnitude lower than a high-resistivity semiconductor film. | Intrinsic Evidence: "[A] low-resistivity a-Si:H (usually hydrogenated amorphous silicon) film 20 … are successively formed … Such successive deposition can be accomplished, for instance, by … forming a n+ a-Si:H film 20 from a mixed gas of $PH_3$ and $SiH_4$ in the same evacuated chamber in a plasma CVD apparatus. …" |

1-LA/750425.1

112

## JOINT CLAIM CONSTRUCTION STATEMENT -- EXHIBIT D
### U.S. Patent No. 4,624,737

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendants' Support |
|---|---|---|---|---|
| | film) that has a lower resistance to current flow relative to the high-resistivity semiconductor film. | without exposing them to an oxidizing atmosphere. Such successive deposition can be accomplished, for instance, by . . . forming a $n^+$ a-Si:H film 20 from a mixed gas of $PH_3$ and $SiH_4$. . .." '737 patent at col. 2, lines 17-30.<br><br>"In place of said high-resistivity amorphous silicon film 4, there can be used a film of amorphous silicon-fluorine alloy (a-Si:F) or amorphous silicon-hydrogen-fluorine alloy (a-Si:H:F) using, for instance, $SiF_4$, or a microcrystalline amorphous silicon | | '737 Patent, col. 2 lines 17-32.<br><br>"Such alloys [a-Si:F or a-Si:H:F alloy using, for instance, $SiF_4$, or a microcrystalline amorphous silicon film] can be also used for said low-resistivity amorphous silicon film 20, and such film may contain other impurities beside phosphorous impurities." '737 Patent, col. 2 lines 38-45.<br><br>"In this example, no conducting film is formed on low-resistivity amorphous |

113

1-LA/750425.1

JOINT CLAIM CONSTRUCTION STATEMENT -- EXHIBIT D

U.S. Patent No. 4,624,737

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendants' Support |
|---|---|---|---|---|
| | | film. Such alloys can be also used for said low-resistivity amorphous silicon film 20, and such film may contain other impurities beside phosphorous impurities." '737 patent at col. 2, lines 38-50.<br><br>*See also* '737 Patent at col. 1, lines 25-29, 32-51; col. 2, lines 17-45, 54-68; col. 3, lines 1-10, 28-41, 48-62; col. 5, lines 1-23; Abstract; Figs. 1d; 2b-2e, and 3b-3d; and claims 1 and 2.<br><br><u>Extrinsic Evidence:</u><br>*1988 Penguin* at 131 | | silicon film 20, but a conducting film such as ITO film may be formed on said low-resistivity film 20 as in the example shown in FIG. 2." '737 Patent, col. 3 lines 48-52.<br><br>"The same is true with the interface of low-resistivity amorphous silicon film 20 and conducting film 30. Further, since the interfaces of low-resistivity amorphous silicon film 20 or conducting film 30 and drain and source electrodes 15, 16 can be cleaned ..." '737 Patent, col. 3 line 57 – |

I-LA/750425.1

JOINT CLAIM CONSTRUCTION STATEMENT -- EXHIBIT D
U.S. Patent No. 4,624,737

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendants' Support |
|---|---|---|---|---|
| | | (defining "doping level" as a "[t]he amount of doping necessary to achieve the desired characteristic in a semiconductor. Low doping levels . . . give a high-resistivity material; high doping levels . . . give a low-resistivity material.") (LPL Exh. 5).<br><br>*Id.* at 194 (defining "film" as a "coating with a minimal thickness dimension."). | | col. 4 line 2.<br><br>*See also* '737 Patent, Figs. 1-3; Col. 1 lines 8-11, 17-32; col. 2 lines 32-36, 46-60; col. 3 lines 4-7.<br><br>Extrinsic Evidence:<br>*1984 Spear* 91-97. Exh. 4; *1984 LeComber* 89-95, Exh. 5; *1966 Wang* 129, 155, Exh. 8; *1981 LeComber* 46-55, Exh. 9; *1983 MacKenzie* 87-88. Exh. 10.<br><br>"Layer" is defined as a "thickness, coating, or stratum spread out or covering a surface." *1985 American Heritage Dictionary* |

115

1-LA/750425.1

JOINT CLAIM CONSTRUCTION STATEMENT -- EXHIBIT D
U.S. Patent No. 4,624,737

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendants' Support |
|---|---|---|---|---|
| conducting film containing at least a low-resistivity semiconductor film | The conducting film is composed of a low-resistivity semiconductor film and possibly other conductive films. | Intrinsic Evidence: Claim 2 of the '737 patent, which recites "said conducting film is composed of at least two layers consisting of a low-resistivity semiconductor film and thereon a refractory metal film or transparent conducting film." <br><br> *Compare* '737 patent at col. 3, lines 40-41 ("exposed portion of low-resistivity amorphous silicon film 20 is removed"), Figs. 2d and 3c *with* Claim 1 ("a fifth step for selectively removing said | A conducting film with an adjoining thin layer of low-resistivity semiconductor and possibly other adjoining layers. | 719, LPL Exh. 6. <br><br> Intrinsic Evidence: "[A] low-resistivity a-Si:H (usually hydrogenated amorphous silicon) film 20 and a conducting film 30 made of a metal or other material are successively formed ...". '737 Patent, col. 2 lines 17-23. <br><br> "In this example, no conducting film is formed on low-resistivity amorphous silicon film 20, but a conducting film such as ITO film may be formed on said low-resistivity film 20 as in the example shown |

1-LA/750425.1

JOINT CLAIM CONSTRUCTION STATEMENT – EXHIBIT D

U.S. Patent No. 4,624,737

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendants' Support |
|---|---|---|---|---|
| | | conducting film exposed on said island region"). | | in FIG. 2." '737 Patent, col. 3 lines 48-52. |
| | | Claim 1 ("a third step in which said high resistivity semiconductor film and said conducting film are selectively etched . . .") (note no separate mention is made of low resistivity semiconductor film). | | "The same is true with the interface of low-resistivity amorphous silicon film 20 and conducting film 30. Further, since the interfaces of low-resistivity amorphous silicon film 20 or conducting film 30 and drain and source electrodes 15, 16 can be cleaned . . .". '737 Patent, col. 3 line 57 – col. 4 line 2. |
| | | *See also* '737 patent at col. 1, lines 18-36, 43-57; col. 3, lines 28-41, 48-62; col. 4, lines 1-12; Figs 2b-2e, 3b-3d; claim 1. | | "A gate insulating film, a high-resistivity semiconductor film, a low-resistivity |
| | | " . . . wherein the | | |

1-LA/750425.1

117

**JOINT CLAIM CONSTRUCTION STATEMENT -- EXHIBIT D**
U.S. Patent No. 4,624,737

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendants' Support |
|---|---|---|---|---|
| | | conductive coating is of highly doped silicon and is obtained by reactive gaseous phase plasma." USPN 4,426,407 to Morin et al. issued Jan. 17, 1984, claim 5 (LPL Exh. 3). *See also id.* col. 3, lines 50-52; claims 1, 3, and 4.<br><br>*Extrinsic Evidence:*<br>*1985 American Heritage Dictionary* at 315-316 (defining "contain" as "to have as component parts; comprise; include") (LPL Exh. 6).<br><br>*1988 Penguin* at 93 (defining "conductor" as a "[a] material that | | semiconductor film and if necessary a conducting film are successively deposited in lamination …".<br>'737 Patent, Abstract<br><br>*See also* '737 Patent, Figs. 2b-2e; Claim 2; Col. 2 lines 23-33, 43-54; col. 3 lines 4-7.<br><br>*Extrinsic Evidence:*<br>"Contain" is defined as "to have within," "comprise" or "include." *1981 Webster's* 242, Exh. 3.<br><br>"Include" is defined as "to take in or comprise as part of a larger aggregate or principle." *1981* |

I-LA/750425.1

118

## JOINT CLAIM CONSTRUCTION STATEMENT -- EXHIBIT D
### U.S. Patent No. 4,624,737

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendants' Support |
|---|---|---|---|---|
| | | offers a low resistance to the passage of electrical current: when a potential difference is applied across it a relatively large current flows.") (LPL Exh. 5).<br><br>*Id.* at 131 (defining "doping level" as a "[t]he amount of doping necessary to achieve the desired characteristic in a semiconductor. Low doping levels . . . give a high-resistivity material; high doping levels . . . give a low-resistivity material."). | | *Webster's 576*, Exh. 3.<br><br>"Conducting material" is defined as "a conducting medium in which the conduction is by electrons, and whose temperature coefficient of resistivity is, except for certain alloys, nonnegative at all temperatures below the melting point." *1984 IEEE* 175, Exh. 1.<br><br>"Semiconductor" is defined as "an electronic conductor with resistivity in the range between metals and insulators, in which the electric- |

119

1-LA/750425.1

# JOINT CLAIM CONSTRUCTION STATEMENT -- EXHIBIT D
## U.S. Patent No. 4,624,737

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendants' Support |
|---|---|---|---|---|
| | | | | charge-carrier concentration increases with increasing temperature over some temperature range". *1984 IEEE 815*, Exh. 1. *See also 1983 MacKenzie 87-88.* Exh. 10; Japanese patent publication JP 58-190061 to Aoki et al. published November 5, 1983, Figs 4, 5; Cols. 7-9. Exh. 12.. "Layer" is defined as a "thickness, coating, or stratum spread out or covering a surface." *1985 American Heritage Dictionary* |

1-LA/750425.1

## JOINT CLAIM CONSTRUCTION STATEMENT -- EXHIBIT D

U.S. Patent No. 4,624,737

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendants' Support |
|---|---|---|---|---|
| oxidizing atmosphere | An atmosphere that would create substantial oxidation on a film. | Intrinsic Evidence: "In the conventional process shown in FIGS. 1a to 1d, since the masking step precedes the deposition of n+ amorphous films 25, 26, natural oxide is produced on the exposed surface of amorphous silicon film 4. Although such natural oxide can be removed by an aqueous solution of hydrofluoric acid (HF) or a similar substance, the possibility is still great that oxygen and its compounds as well as other impurities can collect on the laminate | An atmosphere that would create an oxide on a film. | 719, LPL Exh. 6. *See support for claim term "without exposing them to an oxidizing atmosphere" below.* |

121

1-LA/750425.1

JOINT CLAIM CONSTRUCTION STATEMENT -- EXHIBIT D
U.S. Patent No. 4,624,737

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendants' Support |
|---|---|---|---|---|
| | | surface as it is exposed to the atmosphere. This would give rise to electrical resistance between the source and drain and between channels in the thin-film transistor thus obtained, making such transistor unable to exhibit its desired characteristics." '737 patent at col. 1, lines 32-44.<br><br>"As described above, according to the present invention, no oxides, etc., are formed at the interface of high-resistivity amorphous silicon film 4 and low- | | |

122

1-LA/750425.1

JOINT CLAIM CONSTRUCTION STATEMENT -- EXHIBIT D
U.S. Patent No. 4,624,737

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendants' Support |
|---|---|---|---|---|
| | | resistivity amorphous silicon film 20, so that a good junction can be formed. The same is true with the interface of low-resistivity amorphous silicon film 20 and conducting film 30. Further, since the interfaces of low-resistivity amorphous silicon film 20 or conducting film 30 and drain and source electrodes 15, 16 can be cleaned without damaging the high-resistivity amorphous silicon film, a good contact can be obtained without sacrificing the inherent properties of | | |

1-LA/750425.1

123

JOINT CLAIM CONSTRUCTION STATEMENT -- EXHIBIT D

U.S. Patent No. 4,624,737

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendants' Support |
|---|---|---|---|---|
| | | thin-film transistor." '737 patent at col. 3, line 53 – col. 4, line 2. *See also* '737 Patent at col. 1, lines 21-51; col. 2 lines 17-53; col. 3, lines 28-35, 53-62; col. 4, lines 1-23; Abstract; Figs 2b-2e, 3b-3d; and claims 1 and 2. | | |
| without exposing them to an oxidizing atmosphere | This phrase is a combination of previously defined or agreed constructions of "them" and "oxidizing atmosphere", namely, the gate insulating film, the high-resistivity | Intrinsic Evidence: '737 patent at col. 1, lines 32-44, 47-53; col. 2, lines 17-36; col. 3, lines 28-35, 53-62; col. 4, lines 1-12; Figs. 2b-2e, 3b-3d; claims 1 and 2. | Without permitting the gate insulating film, high-resistivity semiconductor film, low-resistivity semiconductor film, or conducting film to come into contact with an atmosphere that would create an oxide | Intrinsic Evidence: "In the conventional process shown in FIGS. 1a to 1d, since the masking step precedes the deposition of n+ amorphous films 25, 26, natural oxide is produced on the |

124

I-LA/750425.1

## JOINT CLAIM CONSTRUCTION STATEMENT -- EXHIBIT D
### U.S. Patent No. 4,624,737

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendants' Support |
|---|---|---|---|---|
| | semiconductor film, and the conducting film containing at least a low-resistivity semiconductor film are deposited without exposure to an atmosphere that would create substantial oxidation on any of these films. | | on any of these four films. | exposed surface of amorphous silicon film 4. Although such natural oxide can be removed by an aqueous solution of hydrofluoric acid (HF) or a similar substance, the possibility is still great that oxygen and its compounds as well as other impurities can collect on the laminate surface as it is exposed to the atmosphere. This would give rise to electrical resistance between the source and drain and between channels in the thin-film transistor thus obtained, making such transistor unable to |

1-LA/759425.1

**JOINT CLAIM CONSTRUCTION STATEMENT -- EXHIBIT D**
U.S. Patent No. 4,624,737

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendants' Support |
|---|---|---|---|---|
| | | | | exhibit its desired characteristics." '737 Patent, col. 1, lines 32-46. |
| | | | | "[Films 3, 4, 20 and 30] are successively formed on said gate electrode 2 and substrate 1 without exposing them to an oxidizing atmosphere. Such successive deposition can be accomplished, for instance, by forming [films 3, 4 and 20] in the same evacuated chamber in a plasma CVD apparatus. It is also possible to form said films successively in the respective chambers by using a |

1-LA/750425.1

126

JOINT CLAIM CONSTRUCTION STATEMENT -- EXHIBIT D
U.S. Patent No. 4,624,737

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendants' Support |
|---|---|---|---|---|
| | | | | plasma CVD apparatus having in-line chambers. Further, when a sputtering or metalizing chamber is additionally provided, conducting film 30 can be also deposited continuously without exposure to the atmosphere." '737 Patent, col. 2 lines 17-36. |
| | | | | "As described above, according to the present invention, no oxides, etc., are formed at the interface of high-resistivity amorphous silicon film 4 and low-resistivity amorphous |

1-LA/750425.1

127

**JOINT CLAIM CONSTRUCTION STATEMENT -- EXHIBIT D**

U.S. Patent No. 4,624,737

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendants' Support |
|---|---|---|---|---|
| | | | | silicon film 20, so that a good junction can be formed. The same is true with the interface of low-resistivity amorphous silicon film 20 and conducting film 30." '737 Patent, col. 3, line 53-59.<br><br>"A gate insulating film, a high-resistivity semiconductor film, a low-resistivity semiconductor film and if necessary a conducting film are successively deposited in lamination without exposing them to any oxidizing atmosphere including atmospheric air, ..." '737 Patent, |

128

1-LA/759425.1

## JOINT CLAIM CONSTRUCTION STATEMENT – EXHIBIT D
U.S. Patent No. 4,624,737

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendants' Support |
|---|---|---|---|---|
|  |  |  |  | Abstract.<br><br>Extrinsic Evidence: *1984 Spear* 64-68, 91-97, Exh. 4; *1984 LeComber* 89-95, Exh. 5; *1982 Kodama* 187-89. Exh. 6; Japanese patent publication JP 56-135968 to Osada et al. published October 23, 1981, Figs. 1, 2; Cols. 7-31. Exh. 7. |
| selectively etched | The removal of selected portions of a surface using etching techniques (such as wet etching, plasma etching, reactive ion etching, and ion etching) in order to produce a desired pattern on the surface. | Intrinsic Evidence: "Fig. 2c illustrates the step in which said conducting film 30, low-resistivity amorphous silicon film 20 and high-resistivity amorphous silicon film 4 are left as an island region by etching in a single | Have a selected portion of the substance of the conducting film, low-resistivity semiconductor film and high-resistivity semiconductor film removed using an etching technique. | Intrinsic Evidence: "FIG. 2c illustrates the step in which said conducting film 30, low-resistivity amorphous silicon film 20 and high-resistivity amorphous silicon film 4 are left as an island region by etching in a single |

129

I-LA/730425.1

# JOINT CLAIM CONSTRUCTION STATEMENT -- EXHIBIT D

U.S. Patent No. 4,624,737

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendants' Support |
|---|---|---|---|---|
| | | masking step. Known etching techniques such as wet etching, plasma etching, reactive ion etching, etc, can be used for this step." '737 patent at col. 2, lines 54-60.

*See also* '737 Patent at col. 1, lines 14-21, 25-29, 32-35; col. 2, lines 10-16, 54-66; col. 3, lines 7-10, 28-41, 44-48; col. 4, lines 3-9; Figs. 1a-1d; 2a-2e; 3a-3e; and claim 1.

USPN 4,331,758 to Luo issued May 25, 1982 *(compare col. 7, line 39 – col. 8, line 10 (describing a wet etch) with col. 5, lines* | | masking step. Known etching techniques such as wet etching, plasma etching, reactive ion etching, ion etching, etc, can be used for this step." '737 Patent, col. 3 lines 54-60.

*See also* '737 Patent, Figs. 1-3; Col. 1 lines 17-21, 25-29; col. 2 lines 60-66; col. 3 lines 7-10, 44-48. |

1:LA/759425.1

130

JOINT CLAIM CONSTRUCTION STATEMENT -- EXHIBIT D

U.S. Patent No. 4,624,737

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendants' Support |
|---|---|---|---|---|
| | | 1-27 (describing the use of a non-etching technique for forming a patterned surface)) (LPL Exh. 2). Extrinsic Evidence: "*etching* Chemical erosions of selected portions of a surface in order to produce a desired pattern on the surface." *1988 Penguin* 170-71 (LPL Exh. 5). *Cf. id.* at 299-300 (defining "lift off"). USPN 4,404,731 to Poleshuk issued Sep. 20, 1983 (LPL Exh. 8). | | |
| island region | A discrete portion of the high-resistivity | Intrinsic Evidence: "FIG. 2c illustrates the | Defendants contend that this phrase should | *See support for claim term "island region"* |

1-LA/750425.1

131

JOINT CLAIM CONSTRUCTION STATEMENT -- EXHIBIT D

U.S. Patent No. 4,624,737

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendants' Support |
|---|---|---|---|---|
| | semiconductor film and conducting film that is formed by selective etching. | step in which said conducting film 30, low-resistivity amorphous silicon film 20 and high-resistivity amorphous silicon film 4 are left as an island region by etching in a single masking step. Known etching techniques such as wet etching, plasma etching, reactive ion etching, ion etching, etc., can be used for this step." '737 patent at col. 2, lines 54-57.  *See also* '737 Patent at col. 2, lines 54-60; col. 3, lines 28-35; Figs. 2c-2e, 3c-3d; and claim 1. | be interpreted as part of the phrase "island region on said gate electrode." | *on said gate electrode" below.* |

I-LA/750425.1

132

JOINT CLAIM CONSTRUCTION STATEMENT – EXHIBIT D

U.S. Patent No. 4,624,737

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendants' Support |
|---|---|---|---|---|
| island region on said gate electrode | This phrase is a combination of previously defined or agreed constructions of "island region", "on", and "gate electrode", namely, a discrete portion of the high-resistivity semiconductor film and conducting film that is formed by selective etching. The discrete portion is located above and supported by or in contact with the gate electrode. | *See* definitions of "island region" and, "gate electrode", *supra*. | Portion of the conducting film, low-resistivity semiconductor film and high-resistivity semiconductor film which has been etched around its entire perimeter into a separate isolated region located over the gate electrode of a single thin-film transistor. | Intrinsic Evidence: The '737 patent drawings show an island of material with no other surrounding material. '737 Patent, Figs. 2c, 3b.

"FIG. 2c illustrates the step in which said conducting film 30, low-resistivity amorphous silicon film 20 and high-resistivity amorphous silicon film 4 are left as an island region by etching in a single masking step." '737 Patent, col. 2 lines 54-57.

*See also* '737 Patent, col. 3 lines 28-35. |

133

1-LA/750425.1

## JOINT CLAIM CONSTRUCTION STATEMENT -- EXHIBIT D
### U.S. Patent No. 4,624,737

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendants' Support |
|---|---|---|---|---|
| selectively forming | Forming a pattern of | Intrinsic Evidence: | Forming in selected | Extrinsic Evidence: "Island" is defined as "1: a tract of land surrounded by water and smaller than a continent 2: something resembling an island esp. in its isolated or surrounded position". *1981 Webster's* 608. Exh. 3.

A.J. Snell et al., *Application of Amorphous Silicon Field Effect Transistors in Addressable Liquid Crystal Display Panels*, in 24 Applied Physics at 357, 358 (April 1981), Exh. 17.

Intrinsic Evidence: |

1-LA/750425.1

134

**JOINT CLAIM CONSTRUCTION STATEMENT -- EXHIBIT D**

U.S. Patent No. 4,624,737

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendants' Support |
|---|---|---|---|---|
| | material (for example, by depositing material and selectively etching portions of the material away). | '737 Patent at col. 1, lines 14-17, 25-29; col. 2, lines 10-36, 60-68; col. 3, lines 1-10, 24-52; col. 4, lines 3-9; Abstract; Figs. 1a-1d, 2a-2e, 3a-3d; and claim 1. | regions only. | '737 Patent, Figs. 1-3; Col. 1 lines 15-17; col. 2 lines 10-14, 60-66; col. 3 lines 34-41; Abstract. |
| a fourth step for selectively forming a source electrode and drain electrode | The source electrode and drain electrode are selectively formed together. | <u>Intrinsic Evidence:</u> "In the next step illustrated in FIG. 3c, a transparent conducting film such as ITO film is deposited; then, drain electrode 15 and source electrode 16 which doubles as a picture cell electrode are selectively formed and the exposed portion of low-resistivity amorphous silicon film 20 is | Forming a source electrode and drain electrode in selected regions only by depositing a conducting film or other material such as Al. | <u>Intrinsic Evidence:</u> '737 Patent, Figs. 1-3; Col. 1 lines 15-17, col. 2 lines 10-14, 60-66; col. 3 lines 4-7, 36-44; Abstract. |

135

1-LA/750425.1

## JOINT CLAIM CONSTRUCTION STATEMENT – EXHIBIT D

U.S. Patent No. 4,624,737

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendants' Support |
|---|---|---|---|---|
| | | removed." '737 Patent at col. 3, lines 36-41. See also '737 Patent at col. 1, lines 21-29, 32-51; col. 2, lines 17-68; col. 3, lines 1-14, 28-62; col. 4, lines 1-12; Abstract; Figs. 1d, 2d-2e, 3c-3d; and claim 1. | | |
| source electrode | A patterned, electrically conductive material formed over the source region. Current flows through the channel between the source electrode and drain electrode under control of the gate electrode. | Intrinsic Evidence: "Then, as illustrated in FIG. 2d in a sectional view, drain and source electrode members 15, 16 are selectively provided, and conducting film 30 and low-resistivity amorphous silicon film 20 shown in FIG. 2c are selectively removed with said electrode members 15, | A conductive element of a single thin-film transistor formed over the source region from which charge carriers flow into the channel toward the drain. The source electrode is distinct from the source/data line and the source/data pad associated with the source electrode. | Intrinsic Evidence: "Thereafter, as illustrated in FIG. 1d, for instance n+ amorphous silicon films 25, 26 and metal (such as Al) films 15, 16 are deposited and selectively etched to form drain and source electrodes 5, 6, thereby completing a thin-film transistor unit." '737 Patent, |

1-LA/750425.1

## JOINT CLAIM CONSTRUCTION STATEMENT – EXHIBIT D
### U.S. Patent No. 4,624,737

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendants' Support |
|---|---|---|---|---|
| | | 16 serving at least as a part of the mask. . . ." '737 Patent at col. 2, lines 60-66.<br><br>"In the final step illustrated in FIG. 2e, a surface passivation film 8 is deposited, and the drain and source electrodes 15, 16 and gate electrode 2 are partly exposed (not shown)." '737 Patent at col. 3, lines 11-14.<br><br>*See also* '737 Patent at col. 1, lines 21-29, 32-51; col. 2, lines 17-68; col. 3, lines 1-14, 28-62; col. 4, lines 1-12; Abstract; Figs. 1d, 2d-2e, 3c-3d; and claim 1. | | col. 1 lines 25-29.<br><br>*See also* '737 Patent, Figs 1d, 2d-2e, 3c-3d; Col. 2 lines 60-66; col. 3 lines 36-41, 57-62.<br><br>Extrinsic Evidence:<br>"Source" is defined as a device structure which "contains the terminal from which charge carriers flow into the channel toward the drain. It has the potential which is less attractive than the drain for the carriers in the channel." *1984 IEEE* 855, Exh. 1.<br><br>"Source" is defined as "[t]he electrode in a |

137

1-LA/750425.1

# JOINT CLAIM CONSTRUCTION STATEMENT – EXHIBIT D
## U.S. Patent No. 4,624,737

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendants' Support |
|---|---|---|---|---|
| | | "[A]ll of the source electrodes 23 in any column are electrically connected together since each source electrode forms a portion of the source bus conductor. By electrically addressing any given column source bus conductor 23 and any given row gate bus conductor, a single transistor of the array can be turned on, thereby permitting current to flow from its source through the conductive channel of the semiconductive material to the corresponding drain. This then can be | | field-effect transistor that supplies charge carriers (holes or electrons) to the interelectrode space." *1998 Penguin* 532, Exh. 18. |

1-LA/750425.1

JOINT CLAIM CONSTRUCTION STATEMENT -- EXHIBIT D

U.S. Patent No. 4,624,737

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendants' Support |
|---|---|---|---|---|
| | | utilized to alter the field across an electro-optical device, such as a liquid crystal layer, thus providing an optical read-out of a bit of information." USPN 4,331,758 to Luo issued May 25, 1982 at col. 7, lines 40-58; col. 8, lines 1-10 (LPL Exh. 2). *See also id.* Figs. 8 and 8A. | | |
| drain electrode | A patterned, electrically conductive material formed over the drain region. Current flows through the channel between the source electrode and drain electrode under control of the | Intrinsic Evidence: "Then, as illustrated in FIG. 2d in a sectional view, drain and source electrode members 15, 16 are selectively provided, and conducting film 30 and low-resistivity | A conductive element of a single thin-film transistor formed over the drain region into which charge carriers flow from the source into the channel. | Intrinsic Evidence: "Thereafter, as illustrated in FIG. 1d, for instance n+ amorphous silicon films 25, 26 and metal (such as Al) films 15, 16 are deposited and selectively etched to |

1-LA/750425.1

JOINT CLAIM CONSTRUCTION STATEMENT -- EXHIBIT D

U.S. Patent No. 4,624,737

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendants' Support |
|---|---|---|---|---|
| | gate electrode. | amorphous silicon film 20 shown in FIG. 2c are selectively removed with said electrode members 15, 16 serving at least as a part of the mask. . . . " '737 Patent at col. 2, lines 60-66. *See also* '737 Patent at col. 1, lines 21-29, 32-51; col. 2, lines 17-68; col. 3, lines 1-14, 28-62; col. 4, lines 1-12; Abstract; Figs. 1d, 2d-2e, 3c-3d; and claim 1. | | form drain and source electrodes 5, 6, thereby completing a thin-film transistor unit." '737 Patent, col. 1 lines 25-29. *See also* '737 Patent, Figs 1d, 2d-2e, 3c-3d; Col. 2 lines 60-66; col. 3 lines 36-41, 57-62. Extrinsic Evidence: "Drain" is defined as a device structure which "contains the terminal into which charge carriers flow from the source into the channel. It has the potential which is more attractive than the source for the carriers in the |

1-LA/750425.1

# JOINT CLAIM CONSTRUCTION STATEMENT -- EXHIBIT D
## U.S. Patent No. 4,624,737

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendants' Support |
|---|---|---|---|---|
| | | | | channel." *1984 IEEE* 276, Exh. 1.<br><br>"Drain" is defined as "[t]he electrode of a field-effect transistor through which carriers leave the interelectrode space." *1998 Penguin* 152, Exh. 18. |
| contacting a part of the surface of said island region | Forming an electrical connection to a part of the surface of the island region. | <u>Intrinsic Evidence:</u><br>'737 Patent at col. 3, lines 53-62, col. 4, lines 1-2; Figs. 2d-2e; 3c-3d.<br><br><u>Extrinsic Evidence:</u><br>*1985 American Heritage Dictionary* at 315 (defining "contact" as a | Touching a part of the surface of the island region. | <u>Intrinsic Evidence:</u><br>'737 Patent, Figs. 1d, 2d-2e, 3c-3d; Col. 1 lines 25-29; col. 2 lines 60-66; col. 3 lines 36-41, 57-62.<br><br><u>Extrinsic Evidence:</u><br>The verb "contact" is defined as "to bring into contact with" and the noun is defined as |

1-LA/750425.1

JOINT CLAIM CONSTRUCTION STATEMENT -- EXHIBIT D

U.S. Patent No. 4,624,737

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendants' Support |
|---|---|---|---|---|
| | | connection between two conductors that permits a flow of current") (LPL Exh. 6). | | "a union or junction of surfaces," or "the junction of two electrical conductors through which a current passes." *1981 Webster's 242*, Exh. 3.<br><br>The noun "contact" is defined as "the coming together or touching of two objects or surfaces." *1985 American Heritage Dictionary* at 315, LPL Exh. 6. |
| selectively removing | The removal of selected portions of a surface using etching techniques (such as wet etching, plasma etching, reactive ion etching, and ion etching) or other | Intrinsic Evidence: "Thereafter, as illustrated in FIG. 1d, for instance n+ amorphous silicon films 25, 26 and metal (such as Al) films 15, 16 are deposited and | Removing selected regions only. | Intrinsic Evidence: '737 Patent, Figs. 1-3; Col. 1 lines 17-21, 25-29; col. 2 lines 60-66; col. 3 lines 7-10, 44-48. |

142

1-LA/750425.1

JOINT CLAIM CONSTRUCTION STATEMENT – EXHIBIT D

U.S. Patent No. 4,624,737

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendants' Support |
|---|---|---|---|---|
| | techniques in order to produce a desired pattern on the surface. | selectively etched to form drain and source electrodes 5, 6, thereby completing a thin-film transistor unit." '737 Patent, col. 1, lines 25-29.<br><br>"Then, as illustrated in FIG. 2d in a sectional view, drain and source electrode members 15, 16 are selectively provided, and conducting film 30 and low-resistivity amorphous silicon film 20 shown in FIG. 2c are selectively removed with said electrode members 15, 16 serving at least as a part of the mask to form drain electrode 5 | | |

1-LA/750425.1

143

高

JOINT CLAIM CONSTRUCTION STATEMENT -- EXHIBIT D

U.S. Patent No. 4,624,737

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendants' Support |
|---|---|---|---|---|
| | | and source electrode 6." '737 Patent at col. 2, lines 60-66.<br><br>"[D]rain electrode 15 and source electrode 16 which doubles as a picture cell electrode are selectively formed and the exposed portion of low-resistivity amorphous silicon film 20 is removed." '737 Patent at col. 3, lines 38-41.<br><br>*See also* '737 Patent at col. 1, lines 14-29; col. 2, lines 10-14, 54-68; col. 3, lines 1-16, 24-52; Abstract; Figs. 1a-1d, 2a-2e, 3a-3d; and claim 1. | | |

1-LA/750425.1

144

## JOINT CLAIM CONSTRUCTION STATEMENT -- EXHIBIT D
### U.S. Patent No. 4,624,737

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendants' Support |
|---|---|---|---|---|
| at least a part of the mask | A "mask" is a pattern above a surface from which material is to be selectively removed. The pattern is made of material that is resistive to the removal technique relative to material to be removed. | "Then, as illustrated in FIG. 2d in a sectional view, drain and source electrode members 15, 16 are selectively provided, and conducting film 30 and low-resistivity amorphous silicon film 20 shown in FIG. 2c are selectively removed with said electrode members 15, 16 serving at least as a part of the mask to form drain electrode 5 and source electrode 6." '737 Patent at col. 2, lines 60-66.

*See also* '737 Patent at col. 1, lines 14-29; col. 2, lines 10-14, 54-68; col. 3, lines 1-16, | At least a part of the layer which defines the edges of the selectively removed region. | *See support for claim term "said source and drain electrodes serving as at least a part of the mask" below.* |

145

1-LA/750425.1

# JOINT CLAIM CONSTRUCTION STATEMENT -- EXHIBIT D

U.S. Patent No. 4,624,737

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendants' Support |
|---|---|---|---|---|
| | | 24-52; Abstract; Figs. 1a-1d, 2a-2e, 3a-3d; and claim 1; USPN 4,331,758 to Luo issued May 25, 1982 at col. 5, lines 37-col. 6, line 7 (LPL Exh. 2). <br><br> Extrinsic Evidence: *1988 Penguin* at 194 (defining "mask" as "A device used to shield selected areas of a semiconductor chip during the manufacture of semiconductor components and integrated circuits.) (LPL Exh. 5). | | |
| said source and drain electrodes serving as at least a part of the mask | This phrase is a combination of previously defined constructions of | *See* definition of "source electrode", "drain electrode," and "at least a part of the | The source and drain electrodes make a significant contribution to | Intrinsic Evidence: "... [C]onducting film 30 and low-resistivity amorphous silicon |

146

1-LA/750425.1

## JOINT CLAIM CONSTRUCTION STATEMENT -- EXHIBIT D

U.S. Patent No. 4,624,737

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendants' Support |
|---|---|---|---|---|
| | "source electrode", "drain electrode," and "at least a part of the mask", namely, the source and drain electrodes serve as at least part of the pattern placed above a surface from which material is to be selectively removed, where the pattern is made up of material that is resistive to the removal technique relative to material to be removed. | "mask", *supra*. | defining the edges of the selectively removed region. | film 20 shown in FIG. 2c are selectively removed with said [drain and source] electrode members 15, 16 serving at least as a part of the mask to form drain electrode 5 and source electrode 6." '737 Patent, col. 2 lines 60-66. *See also* '737 Patent, Figs. 1d, 2d, 3c; col. 4 lines 2-6. Extrinsic Evidence: U.S. Patent No. 5,905,274 to Ahn et al., Figs. 1E, 4E; col. 2 lines 32-39; col. 6 lines 55-61. Exh. 13. U.S. Patent No. |

147

1-LA/758425.1

# JOINT CLAIM CONSTRUCTION STATEMENT -- EXHIBIT D
## U.S. Patent No. 4,624,737

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendants' Support |
|---|---|---|---|---|
| | | | | 6,025,605 to Lyu, Figs. 2D, 3I; Col. 1 lines 60-64; col. 2 lines 49-52; col. 4 lines 8-12. Exh. 14. |
| "forming . . . on" | Providing . . . above and supported by or in contact with. | Intrinsic Evidence: '737 patent at col. 1, lines 14-17; col. 2, lines 8-17; Figs. 1a, 2a, 3a. | Giving form or shape to . . . above and supported by or in contact with. | Intrinsic Evidence: '737 patent, Figs. 2a-2e, 3a-3d; col. 1 lines 14-17, 21-31; col. 2 lines 8-35, 60-66; col. 3 lines 36-57.. |
| | | | | Extrinsic Evidence: "Form" is defined as "to give form or shape to; to give a particular shape to; to serve to make up or constitute." *1981 Webster's* 447, Exh. 3. |

148

I-LA/750425.1

# EXHIBIT E

**EXHIBIT E**

**JOINT CLAIM CONSTRUCTION STATEMENT – EXHIBIT E**
U.S. Patent No. 5,825,449

| CLAIM TERMS | AGREED CONSTRUCTION |
|---|---|
| "substrate" | The material (such as glass) upon which a transistor or integrated circuit is fabricated to provide mechanical support. |
| "overlying" | Above. |
| "contact hole" | An opening formed in one or more insulative layers to expose a portion of a conductive layer for purposes of forming an electrical connection. |
| "via hole" | An opening formed in one or more insulative layers to expose a portion of a conductive layer for purposes of forming an electrical connection between two metallization patterns. |
| "liquid crystal display device" | A type of display that generates an image by directing light through an array of liquid crystal pixels, where the amount of light effused by each pixel is controlled via an electric field varying the orientation of the liquid crystal molecules contained within the pixel. |
| "material suitable for forming a pixel electrode" | A transparent, electrically conductive material that can be deposited and patterned, such as indium tin oxide (ITO). |
| "pixel electrode | A pattern of transparent electrically conductive material that stores charge to drive the liquid crystal material within an individual element of the liquid crystal display device. |
| "patterning" | The removal of selected portions of a surface using etching techniques in order to produce a pattern in the remaining material. |

I-LA/750424.1

149

**JOINT CLAIM CONSTRUCTION STATEMENT – EXHIBIT E**
U.S. Patent No. 5,825,449

| CLAIM TERMS | AGREED CONSTRUCTION |
|---|---|
| "insulative layer" and "insulating film" | A thickness of non-conductive material (such as SiNx) that has high electrical resistance. |
| "indium tin oxide layer" | A thickness of indium tin oxide (ITO). |
| "semiconductor layer" | A thickness of a semiconductor material, such as amorphous silicon. |
| "impurity-doped semiconductor layer" | A thickness of semiconductor material, such as amorphous silicon, to which impurities (such as phosphorous atoms) have been added to enhance electrical conductivity. |
| "passivation layer" | A thickness of insulative material that provides protection such as electrical stability and chemical isolation. |
| "transparent conductive layer" | A thickness of transparent electrically conductive material. |
| conductive layer | A thickness of electrically conductive material. |
| one of a plurality of terminals of a thin film transistor | One of the terminals (i.e., source, drain, or gate) of a thin film transistor. |

1-LA/750424.1

150

# EXHIBIT F

**EXHIBIT F**

# JOINT CLAIM CONSTRUCTION STATEMENT – EXHIBIT F
## U.S. Patent No. 5,825,449

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendant's Support |
|---|---|---|---|---|
| on | Touching a top or side of.<br><br>LPL believes this term has the same meaning as "formed on" and "disposed on", *infra*. | <u>Intrinsic Evidence:</u><br>'449 patent claims 1, 6, 8, 10, 11 (compare use of "on" with use of "overlying").<br><br>". . . forming a first conductive layer pattern *on* a substrate . . . forming a second insulative layer *overlying* said substrate. . . ." Claim 8 (emphasis added).<br><br>". . . a source electrode and a drain electrode *on* said semiconductor layer . . . a passivation layer *overlying* said source pad. . . ." Claim 10 (emphasis added). | Above and supported by or in contact with. | <u>Intrinsic Evidence:</u><br>"As shown in FIG. 2c, a conductive layer for forming source electrode 7 and drain electrode 8 is deposited *on* the substrate by patterning a sputtered layer of conductive material." '449 Patent, col. 3 lines 63-66 (emphasis added).<br><br>"As shown in FIG. 2d, a passivation layer 9, e.g., a nitride film, is deposited *on* the entire surface of the substrate by a CVD process." '449 Patent, col. 4 lines 6-8 (emphasis added).<br><br>"As shown in FIG. 2e, an indium tin oxide |

1-LA/750423.1

151

JOINT CLAIM CONSTRUCTION STATEMENT – EXHIBIT F
U.S. Patent No. 5,825,449

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendant's Support |
|---|---|---|---|---|
| | | "... patterning said second conductive layer to form source electrode and a drain electrode *on* said active layer, forming a passivation film *overlying* said substrate including said source pad. ..." Claim 11 (emphasis added).<br><br>"An amorphous silicon active layer 4 is formed *on* a portion of gate insulating film 3 *overlying* gate 2." '449 patent at 1:42-44 (emphasis added.)<br><br>*See also* '449 patent at 1:31-48, 56-64, 2:37-46, 3:44-62, 4:19-23, | | (ITO) layer is next deposited *on* the substrate by sputtering or a CVD process ..." '449 Patent, col. 4 lines 16-19 (emphasis added).<br><br>*See also* '449 Patent, Figs. 1-3, 5; Col. 1 lines 15-19, 34-64; col. 2 lines 5-13, 37-41, 56-67; col. 3 lines 44-66; col. 4 lines 39-41, 65-68; col. 5 lines 1-17; Claims 1, 2, 6, 8, 10, 11.<br><br>Extrinsic Evidence:<br>"On" is defined as "1.a. Used to indicate position above and supported by or in contact with: *The vase* |

1-LA/750423.1

**JOINT CLAIM CONSTRUCTION STATEMENT – EXHIBIT F**

U.S. Patent No. 5,825,449

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendant's Support |
|---|---|---|---|---|
| | | 4:39-41, 4:65-5:7; Figs. 1a-f, 2a-e, 3; Claims 1, 2, 6, 8, 10, 11; '449 patent prosecution history, including Office Action of 8/1/97 at p. 2.<br><br>Extrinsic Evidence:<br>*1997 American Heritage Dictionary* at 953 (defining "on" as "[u]sed to indicate contact with or extent over (a surface) regardless of position") (LPL Exh. 5); *id.* at 974 (defining "overlie" as "to lie over or on"); *id.* at 972 (defining "over" as "[i]n or at a position above or higher than: | | *is on the table.* b. Used to indicate contact with or extent over (a surface) regardless of position: *A picture on the wall.*"<br>*The American Heritage College Dictionary* 953 (3d ed. 1997), Exh. 8.<br><br>"On" is defined as "1. – Used to indicate: a. Position above and in contact with <The vase is *on* the bureau> b. Contact with a surface, regardless of position <a painting *on* the wall>." *Webster's II New College Dictionary* 764 (1995) ("*1995 Webster's*"), Exh. 6. |

1-LA/750423.1

# JOINT CLAIM CONSTRUCTION STATEMENT – EXHIBIT F
## U.S. Patent No. 5,825,449

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendant's Support |
|---|---|---|---|---|
| | | *a sign over the door")*. | | "Overlie" is defined as "to lie over or on" or "to lie over or upon." *The American Heritage College Dictionary* 974 (3d ed. 1997), Exh. 8; *1995 Webster's 783,* Exh. 6. |
| formed on | Touching a top or side of.<br><br>LPL believes this term has the same meaning as "on", *supra,* and "disposed on", *infra.* | *See support for claim term "on", supra.* | Formed above and supported by or in contact with. | *See support for claim term "on" above.* |
| disposed on | Touching a top or side of.<br><br>LPL believes this term has the same meaning as "on" and "formed on", *supra.* | *See support for the term "on", supra.* | Arrange above and supported by or in contact with. | *See support for claim term "on" above.*<br><br>Extrinsic Evidence: "Dispose" is defined as "to arrange in a particular order". *1995 Webster's 329,* Exh. 6.<br><br>Intrinsic Evidence: |
| contact hole is | The contact hole is | Intrinsic Evidence: | A contact hole is made | Intrinsic Evidence: |

154

1:LA/759423.1

## JOINT CLAIM CONSTRUCTION STATEMENT – EXHIBIT F
### U.S. Patent No. 5,825,449

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendant's Support |
|---|---|---|---|---|
| provided through . . . layer | formed in the layer. | Figs. 1b-1f, 2b-2e, 3-5; 1:51-2:10; 2:31-3:14; 3:50-4:41; 4:47-5:47.<br><br>*Compare* Claim 1 ("indium tin oxide layer extends through said first and second contact holes") *with* Figure 5 (showing indium tin oxide layer 6D entering one side of holes in insulative films 3 and 9 but not exiting out the opposite side). | in one side and out the opposite side. | '449 Patent, Figs. 1c-1f, 2d-2e, 3, 5 (showing contact holes made in one side and out the opposite side).<br><br>*See also* '449 Patent, col. 1 lines 52-55; col. 4 lines 6-26, 47-64; col. 5 lines 8-22, 33-38.<br><br>Extrinsic Evidence: "Through" is defined as "in one side and out the opposite or another side". *1995 Webster's* 1150 (1995), Exh. 6.<br><br>*See also* agreed construction for "contact hole." |
| provided through | *See* definition of "contact hole is | *See* definition of "contact hole is | Made in one side and out the opposite side. | Intrinsic Evidence: '449 Patent, Figs. 1c- |

1-LA/750423.1

155

**JOINT CLAIM CONSTRUCTION STATEMENT – EXHIBIT F**
U.S. Patent No. 5,825,449

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendant's Support |
|---|---|---|---|---|
| | provided through . . . layer", *supra*. | provided through . . . layer", *supra*. | | 1f, 2d-2e, 3, 5; Col. 1 lines 52-55; col. 4 lines 6-26, 47-64; col. 5 lines 8-22, 33-38.<br><br>Extrinsic Evidence: "Through" is defined as "in one side and out the opposite or another side". *Webster's II New College Extrinsic Evidence* 1150 (1995) ("*1995 Webster's*"), Exh. 6.<br><br>*See also* agreed construction for "contact hole." |

156

I-LA/780423.1

## JOINT CLAIM CONSTRUCTION STATEMENT – EXHIBIT F

U.S. Patent No. 5,825,449

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendant's Support |
|---|---|---|---|---|
| thin film transistor | A three terminal semiconductor device in which the current flow through one pair of terminals, the source and drain, is controlled or modulated by an electric field that penetrates the semiconductor; this field is introduced by a voltage applied at the third terminal, the gate, which is separated from the semiconductor by an insulating layer. The thin-film transistor is formed using thin-film techniques on an insulating substrate rather than in a single crystal silicon wafer. | Intrinsic Evidence: '449 patent at 1:22-33; Figs. 1-6. '449 patent prosecution history, including Amendment of 11/17/97 at p. 5 ("The terminals of a thin film transistor correspond to the gate, source, and drain.") See also Amendment of 11/17/97 at pp. 2-7. Extrinsic Evidence: 1998 Penguin 569 ("thin-film transistor (TFT) A MOSFET that is fabricated using thin-film techniques on an insulating substrate rather than | A semiconductor device in which the current flow between source electrode and drain electrode is controlled by an electric field that penetrates the semiconductor; this field is introduced by a voltage applied at the gate electrode, which is separated from the semiconductor by an insulating layer. The thin-film transistor is formed using thin-film techniques on an insulating substrate. | Intrinsic Evidence: '449 Patent, Figs. 1-5; Col. 1 lines 13-33. Extrinsic Evidence: "Thin film technology" for circuits and systems is defined as "a technology in which a thin film (a few hundred to a few thousand angstroms in thickness) is applied by vacuum deposition to an insulating substrate". 1984 IEEE 939, Exh. 2. Paul K. Weimer, The TFT – A New Thin-Film Transistor in 49 Proceedings of the IRE 1462-64 (1962). Exh. 7. |

1-LA/750423.1

# JOINT CLAIM CONSTRUCTION STATEMENT – EXHIBIT F

U.S. Patent No. 5,825,449

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendant's Support |
|---|---|---|---|---|
| | | on a semiconductor chip.") (LPL Exh. 6); *id.* at 205-207 ("*field-effect transistor* (FET) . . . It is a three terminal semiconductor device in which the current flow through one pair of terminals, the *source* and the *drain*, is controlled or modulated by an electric field that penetrates the semiconductor; this field is introduced by the voltage applied at the third terminal, the *gate*. . ."); *id.* at 70 ("*chip* . . . A small piece of single crystal of semiconductor material containing | | |

1-LA/750423.1

158

JOINT CLAIM CONSTRUCTION STATEMENT – EXHIBIT F
U.S. Patent No. 5,825,449

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendant's Support |
|---|---|---|---|---|
| | | either a single component or device or an integrated circuit."). | | |
| selectively etching | Removing selected portions of a surface using etching techniques (such as wet etching, plasma etching, reactive ion etching, and ion etching) in order to produce a desired | Intrinsic Evidence: '449 patent at 1:47-55, 2:8-10, 31-36. 50-51, 3:59-61, 3:67-4:1, 4:8-19, 35-39, 47-50, 5:1-15, 40-47; Figs. 1b-f, 2b-e, 3; Claims 8, 9, 11. | Having a selected portion of the substance of the first and second insulating layers removed using an etching technique. | Intrinsic Evidence: '449 Patent, Figs. 2d-2e, 3, 5; Col. 4 lines 6-26, 47-64; col. 5 lines 8-22, 33-38. |

1-LA/750423.1

159

JOINT CLAIM CONSTRUCTION STATEMENT – EXHIBIT F
U.S. Patent No. 5,825,449

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendant's Support |
|---|---|---|---|---|
| | pattern on the surface. | Extrinsic Evidence: 1998 Penguin at 190 (defining "etching" as "[c]hemical erosions of selected portions of a surface in order to produce a desired pattern on the surface.") (LPL Exh. 6). Cf. id. at 314-15 (defining "lift-off."). | | |
| gate electrode | A patterned, electrically conductive material that controls current flow through the channel between the source electrode and drain electrode. | Intrinsic Evidence: "[A] conductive layer is formed on a transparent glass substrate 1 and patterned to form gate electrode 2D, a source pad 2A and a gate pad 2B. '449 patent at 4:65-5:1.

"Referring first to | A conductive element of a single thin-film transistor that controls the current between source and drain by a voltage applied to its terminal. The gate electrode is distinct from the gate line and the gate pad associated with the gate electrode. | Intrinsic Evidence: "Referring first to FIG. 2a, a conductive layer is formed on a transparent glass substrate 1 and patterned to form a gate electrode 2, a storage capacitor electrode 2D, and a gate pad 2C, all of the same material. The gate electrode is used |

1-LA/750423.1

160

JOINT CLAIM CONSTRUCTION STATEMENT – EXHIBIT F

U.S. Patent No. 5,825,449

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendant's Support |
|---|---|---|---|---|
| | | FIG. 2a, a conductive layer is formed on a transparent glass substrate 1 and patterned to form a gate electrode 2, a storage capacitor electrode 2D, and a gate pad 2C, all of the same material. The gate electrode is used for applying a voltage in order to drive the active layer in the completed TFT device." '449 Patent, 3:44-49.<br><br>*See also* '449 patent at 1:22-38, 56-60, 2:37-44, 2:56-61, 3:44-49, 4:47-53; 5:29-38; Figs. 1a-f, 2a-e, 3-6; Claims 10-11. | | for applying a voltage in order to drive the active layer in the completed TFT device." '449 Patent, col. 3 lines 44-49.<br><br>*See also* '449 Patent, Figs. 1-3, 5; col. 4, lines 50-53.<br><br>Extrinsic Evidence: "Gate" is defined as a structural element of a TFT that "controls the current between source and drain by a voltage applied to its terminal". *1984 IEEE* 384, Exh. 2.<br><br>"Gate" is defined as "[a]n electrode or electrodes in a field- |

1-LA/750423.1

161

**JOINT CLAIM CONSTRUCTION STATEMENT – EXHIBIT F**
U.S. Patent No. 5,825,449

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendant's Support |
|---|---|---|---|---|
| | | | | effect transistor." *The Penguin Dictionary of Electronics,* 237 (2nd. ed. 1988) ("*1988 Penguin*"), Exh. 10. |
| gate pad | A portion of patterned, electrically conductive material that is provided near the periphery of the thin film transistor array to receive data from a gate driving circuit. | <u>Intrinsic Evidence:</u> "[A] conductive layer is formed on a transparent glass substrate 1 and patterned to form gate 2, a storage capacitor electrode 2D, a source pad 2A and a gate pad 2B. '449 patent at 4:65-5:1.<br><br>"[S]ource pad 2A is composed of gate | A portion of patterned electrically conductive material that is provided near the periphery of the thin film transistor array that is necessary to communicate information from an external driving circuit to a gate electrode. | <u>Intrinsic Evidence:</u> "Gate Pads 630 and Data Pads 640 are connected to the gate lines and data lines to receive datas from gate driver and data driver respectively." '449 Patent, col. 1 lines 27-30.<br><br>"Gate pad 2B is used for receiving a voltage to drive and active |

I-LA/750423.1

## JOINT CLAIM CONSTRUCTION STATEMENT – EXHIBIT F

U.S. Patent No. 5,825,449

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendant's Support |
|---|---|---|---|---|
| | | material, as in the conventional method, and is formed at the same time as gate 2, storage capacitor electrode 2D and gate pad 2B." '449 patent at 4:51-53.<br><br>*See also* '449 patent at 1:22-38, 1:52-60, 2:8-10, 2:19-26, 3:44-49, 4:6-14, 4:21-27, 4:35-41, 4:47-53, 4:65-5:1, 5:19-23; Figs. 1a-f, 3, 6; Claims 10-11.<br><br>Extrinsic Evidence:<br>*1998 Penguin* at 47 (defining "bonding pads" as "[m]etal pads arranged on a semiconductor chip (usually around the | | layer in the completed TFT device." '449 Patent, col. 1 lines 34-38.<br><br>"Since a pad wiring layer is necessary in order to communicate information from an external driving circuit to the gate and source, a gate insulating film 3 is selectively etched to expose source pad 2A and gate pad 2B (see FIG. 1c)." '449 Patent, col. 1 lines 52-55.<br><br>"Then, a predetermined portion of passivation layer 9 and gate insulating film 3 are selectively etched … thereby exposing … a |

1-LA/750423.1

163

**JOINT CLAIM CONSTRUCTION STATEMENT – EXHIBIT F**

U.S. Patent No. 5,825,449

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendant's Support |
|---|---|---|---|---|
| | | edge) to which wires may be bonded so that electrical connection can be made to the component(s) or circuit(s) on the chip.") (LPL Exh. 6). | | predetermined region of gate pad 2C. For external electrical connections It is necessary to exposed pads 7A and 2C [sic]," '449 Patent, col. 4 lines 8-15.<br><br>*See also* '449 Patent, Figs. 1-3, 5; Claims 10-11.<br><br>Extrinsic Evidence:<br>"Gate" is defined as the structural element of a thin film transistor that "controls the current between source and drain by a voltage applied to its terminal." *1984 IEEE* 384, Exh. 2. |

164

1-LA/750423.1

# JOINT CLAIM CONSTRUCTION STATEMENT – EXHIBIT F
U.S. Patent No. 5,825,449

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendant's Support |
|---|---|---|---|---|
| | | | | European Patent No. 530834 to Matsuda, Figs. 1 and 3, Col. 4 lines 14-25, Exh. 9. _See also_ support cited by LPL for the term "gad pad." |
| source pad | A portion of patterned, electrically conductive material that is provided near the periphery of the thin film transistor array to receive data from a data driving circuit. | Intrinsic Evidence: "[A] conductive layer is formed on a transparent glass substrate 1 and patterned to form gate 2, a storage capacitor electrode 2D, a source pad 2A and a gate pad 2B. '449 patent at 4:65-5:1. "[S]ource pad 2A is composed of gate material, as in the conventional method, | A portion of patterned electrically conductive material that is provided near the periphery of the thin film transistor array that is necessary to communicate information from an external driving circuit to a source electrode. | Intrinsic Evidence: "Gate Pads 630 and Data Pads 640 are connected to the gate lines and data lines to receive datas from gate driver and data driver respectively." '449 Patent, Col. 1 lines 27-30. "Since a pad wiring layer is necessary in order to communicate information from an external driving circuit |

165

I-LA/759423.1

JOINT CLAIM CONSTRUCTION STATEMENT – EXHIBIT F
U.S. Patent No. 5,825,449

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendant's Support |
|---|---|---|---|---|
| | | and is formed at the same time as gate 2, storage capacitor electrode 2D and gate pad 2B." '449 patent at 4:51-53.<br><br>*See also* '449 patent at 1:8-12, 1:22-38, 1:52-64, 2:8-10, 2:17-22, 3:66-4:5, 4:6-14, 4:24-27, 4:35-61, 4:65-5:1, 5:19-23, 5:48-51; Figs. 1a-f, 2d-e, 3, 6; Claims 10-11.<br><br>Extrinsic Evidence: *1998 Penguin* at 47 (defining "bonding pads" as "[m]etal pads arranged on a semiconductor chip (usually around the edge) to which wires | | to the gate and source, a gate insulating film 3 is selectively etched to expose source pad 2A and gate pad 2B (see FIG. 1c)." '449 Patent, col. 1 lines 52-55.<br><br>"Then, a predetermined portion of passivation layer 9 and gate insulating film 3 are selectively etched ... thereby exposing ... a predetermined region of source pad 7A .... For external electrical connections It is necessary to exposed pads 7A and 2C." '449 Patent, col. 4 lines 8-15.<br><br>*See also* '449 Patent, |

166

1-LA/750423.1

JOINT CLAIM CONSTRUCTION STATEMENT – EXHIBIT F
U.S. Patent No. 5,825,449

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendant's Support |
|---|---|---|---|---|
| | | may be bonded so that electrical connection can be made to the component(s) or circuit(s) on the chip.") (LPL Exh. 6). | | Figs. 1-3, 5; Claims 10-11.<br><br>Extrinsic Evidence: "Source" is defined as the structural element of a thin film transistor that "contains the terminal from which charge carries flow into channel toward the drain. It has the potential which is less attractive than the drain for the carriers in the channel". *1984 IEEE* 855, Exh. 2.<br><br>European Patent No. 530834 to Matsuda, Figs. 1 and 3, Col. 4 lines 14-25, Exh 9.<br><br>*See also* support cited |

167

1-LA/750423.1

# JOINT CLAIM CONSTRUCTION STATEMENT – EXHIBIT F
## U.S. Patent No. 5,825,449

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendant's Support |
|---|---|---|---|---|
| | | | | by LPL for the term "source pad." |
| gate insulating film | A thickness of non-conductive material (such as SiNx) that has high electrical resistance and insulates the transistor gate from the semiconductor. | Intrinsic Evidence: '449 patent at 1:40-44, 1:52-55, 2:11-13, 2:19-26, 2:34-36, 2:40-44, 3:50-53, 4:1-15, 4:35-39, 4:47-50, 4:65-54, 5:12-15, 5:19-23, 5:40-46; | A thickness of non-conductive material (such as SiNx) that has high electrical resistance and insulates the gate electrode from the semiconductor. | Intrinsic Evidence: '449 Patent, Figs. 1b-1f, 2b-2e, 3, 5; Col. 1 lines 39-41; col. 3 lines 50-52; col. 5 lines 1-4

Extrinsic Evidence: "Gate" is defined as the |

1-LA/750423.1

168

JOINT CLAIM CONSTRUCTION STATEMENT – EXHIBIT F
U.S. Patent No. 5,825,449

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendant's Support |
|---|---|---|---|---|
| | | Figs. 1b-f, 2b-e, 3, 5; Claim 10.<br><br>Extrinsic Evidence:<br>*1998 Penguin* at 209 (defining "film" as a "coating with a minimal thickness dimension.") (LPL Exh. 6).<br><br>*1997 American Heritage Dictionary* at 770 (defining "layer" as a "thickness of material covering a surface or forming an overlying part or segment.") (LPL Exh. 5). | | structural element of a thin film transistor that "controls the current between source and drain by a voltage applied to its terminal." *1984 IEEE* 384, Exh. 2.<br><br>"Insulating material" is defined as "a substance or body, the conductivity or which is zero or, in practice, very small." *1984 IEEE* 447, Exh. 2.<br><br>"Film" is defined as "a thin skin or membranous coating", "a thin coating". *1995 Webster's* 419, Exh. 6.<br><br>"Layer" is defined as a |

1-LA/750423.1

**JOINT CLAIM CONSTRUCTION STATEMENT – EXHIBIT F**
U.S. Patent No. 5,825,449

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendant's Support |
|---|---|---|---|---|
| | | | | "thickness of material covering a surface or forming an overlying part or segment." *1997 American Heritage Dictionary* 770, LPL Exh. 5. |
| source electrode | A patterned, electrically conductive material formed over the source region. Current flows through the channel between the source electrode and drain electrode under control of the gate electrode. | Intrinsic Evidence: "As shown in FIG. 1e, the TFT is formed on the active layer and includes a conductive layer deposited on the substrate and simultaneously patterned to form source and drain electrodes 7 and 8, respectively. Source electrode 7 is connected to source pad 2A, and drain electrode 8 is contact with impurity-doped | A conductive element of a single thin-film transistor formed over the source region from which charge carriers flow into the drain toward the drain. The source electrode is distinct from the source/data line and the source/data pad associated with the source electrode. | Intrinsic Evidence: "As shown in FIG. 1e, the TFT is formed on the active layer and includes a conductive layer deposited on the substrate and simultaneously patterned to form source and drain electrodes 7 and 8, respectively. ... In the completed device structure, source electrode 7 conducts a data signal, received from a data wiring |

170

1:-LA750423.1

## JOINT CLAIM CONSTRUCTION STATEMENT – EXHIBIT F
U.S. Patent No. 5,825,449

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendant's Support |
|---|---|---|---|---|
| | | semiconductor layer 5 and pixel electrode 6. In the completed device structure, source electrode 7 conducts a data signal, received from a data wiring layer and drain electrode 8, to pixel electrode 6. The signal is stored in the form of charge on pixel electrode 6, thereby driving the liquid crystal." '449 patent at 1:61-2:4.<br><br>"[P]ortions of the impurity-doped semiconductor layer 5 are exposed and then etched. Source electrode 7 thus forms part of a transistor | | layer and drain electrode 8, to pixel electrode 6." '449 Patent, col. 1 line 61 – col. 2 line 2.<br><br>"As shown in FIG. 2c, a conductive layer for forming source electrode 7 and drain electrode 8 is deposited on the substrate by patterning a sputtered layer of conductive material. Using the source and drain electrodes as masks, portions of the impurity-doped semiconductor layer 5 are exposed and then etched. Source electrode 7 thus forms part of a transistor |

I-LA/750423.1

## JOINT CLAIM CONSTRUCTION STATEMENT – EXHIBIT F

U.S. Patent No. 5,825,449

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendant's Support |
|---|---|---|---|---|
| | | region and serves as source pad 7A above the gate insulating film so that the same conductive layer constitutes part of the source wiring and the source electrode of the TFT." '449 patent at 3:67-4:5.<br><br>"[S]ince both the first (45) and fourth (60) contact holes are formed over source pad 2A (formed of the same material as the gate) and source electrode 7, respectively, the source electrode 7 and source pad 2A may be connected to each other in the same step | | region and serves as source pad 7A above the gate insulating film so that the same conductive layer constitutes part of the source wiring and the source electrode of the TFT." '449 Patent, col. 3 line 63 – col. 4 line 5.<br><br>"Then, a conductive layer is formed on the substrate and etched in accordance with a predetermined pattern, thereby forming a source electrode 7 and a drain electrode 8." '449 Patent, col. 5 lines 6-8.<br><br>*See also* '449 Patent, |

I-LA/750423.1

**JOINT CLAIM CONSTRUCTION STATEMENT – EXHIBIT F**
U.S. Patent No. 5,825,449

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendant's Support |
|---|---|---|---|---|
| | | that the pixel electrode is formed. Thus, after patterning, a first transparent conductive layer 6C connects source electrode 7 with source pad 2A, and a second transparent conductive layer 6 (i.e., the pixel electrode) is connected to drain electrode 8." '449 patent at 4:56-64.<br><br>*See also* '449 patent 1:8-12, 1:22-30, 1:61-2:4, 2:11-27, 2:37-3:15, 3:63-4:5, 4:47-64, 5:6-15, 5:29-39, 5:48-54; Figs. 1e-f, 2c-e, 3-6, Claims 10, 11. | | Figs. 1e-1f, 2c-2e, 3, 5; col. 1 lines 9-12; col. 2 lines 11-13.<br><br>Extrinsic Evidence:<br>"Source" is defined as a device structure which "contains the terminal from which charge carries flow into the channel toward the drain. It has the potential which is less attractive than the drain for the carriers in the channel." *1984 IEEE 855*, Exh. 2.<br><br>"Source" is defined as "[t]he electrode in a field-effect transistor that supplies charge carriers (holes or electrons) to the |

I-LA/750423.1

## JOINT CLAIM CONSTRUCTION STATEMENT – EXHIBIT F
### U.S. Patent No. 5,825,449

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendant's Support |
|---|---|---|---|---|
| | | | | interelectrode space." *1998 Penguin 532*, Exh. 10. |
| drain electrode | A patterned, electrically conductive material formed over the drain region. Current flows through the channel between the source electrode and drain electrode under control of the gate electrode. | Intrinsic Evidence: "As shown in FIG. 1e, the TFT is formed on the active layer and includes a conductive layer deposited on the substrate and simultaneously patterned to form source and drain electrodes 7 and 8, respectively. . . . In the completed device structure, source electrode 7 conducts a data signal, received from a data wiring layer and drain electrode 8, to pixel electrode 6.  The | A conductive element of a single thin-film transistor formed over the drain region into which charge carriers flow from the source into the channel. | Intrinsic Evidence: "As shown in FIG. 1e, the TFT is formed on the active layer and includes a conductive layer deposited on the substrate and simultaneously patterned to form source and drain electrodes 7 and 8, respectively. … In the completed device structure, source electrode 7 conducts a data signal, received from a data wiring layer and drain electrode 8, to pixel electrode 6." '449 |

174

H-LA/758423.1

**JOINT CLAIM CONSTRUCTION STATEMENT – EXHIBIT F**
U.S. Patent No. 5,825,449

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendant's Support |
|---|---|---|---|---|
| | | signal is stored in the form of charge on pixel electrode 6, thereby driving the liquid crystal." '449 patent at 1:61-2:4. *See also* '449 patent at 1:8-12, 1:22-30, 1:61-2:4, 2:11-27, 2:37-3:15, 3:63-4:5, 4:17-27, 4:47-64, 5:6-22; Figs. 1e-f, 2c-e, 3-6, Claims 10, 11. | | Patent, col. 1 line 61 – col. 2 line 2.<br><br>"Then, a conductive layer is formed on the substrate and etched in accordance with a predetermined pattern, thereby forming a source electrode 7 and a drain electrode 8." '449 Patent, col. 5 lines 6-8.<br><br>*See also* '449 Patent, Figs. 1e-1f, 2c-2e, 3, 5.<br><br>Extrinsic Evidence: "Drain" is defined as a device structure which "contains the terminal into which charge carriers flow from the source into the channel." |

1-LA/750423.1

# JOINT CLAIM CONSTRUCTION STATEMENT – EXHIBIT F
## U.S. Patent No. 5,825,449

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendant's Support |
|---|---|---|---|---|
| | | | | It has the potential which is more attractive than the source for the carriers in the channel." *1984 IEEE 276*, Exh. 2.<br><br>"Drain" is defined as "[t]he electrode of a field-effect transistor through which carriers leave the interelectrode space." *1998 Penguin* 152, Exh. 10. |
| active layer | A discrete portion of the semiconductor layer that is formed by patterning and located at least in part above the gate electrode. In operation, the discrete portion is penetrated, at least in part, by the | Intrinsic Evidence: '449 patent at 1:34-51, 1:61-2:4, 2:11-27, 3:44-62, 4:65-5:5, 5:39-47; Figs. 1b-f, 2b-e, 3, 5; Claim 11.<br><br>Extrinsic Evidence: *1997 American* | A thickness composed of a semiconductor material through which charge carriers flow between a source region and drain region. | Intrinsic Evidence: '449 Patent, Figs 1-3, 5; Col. 1 lines 41-50; col. 3 lines 53-62; col. 5 lines 1-5.<br><br>Extrinsic Evidence: "Layer" is defined as a "thickness of material |

176

1-LA/750423.1

## JOINT CLAIM CONSTRUCTION STATEMENT – EXHIBIT F

U.S. Patent No. 5,825,449

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendant's Support |
|---|---|---|---|---|
|  | electric field introduced by the gate electrode. | Heritage Dictionary at 770 (defining "layer" as a "thickness of material covering a surface or forming an overlying part or segment.") (LPL Exh. 5). |  | covering a surface or forming an overlying part or segment." 1997 American Heritage Dictionary 770, LPL Exh. 5. |
| common hole | A shared hole. | Intrinsic Evidence: '449 patent at 4:47-64; 5:8-22, 33-38; Figs. 3, 5; claim 4.<br><br>Extrinsic Evidence: 1997 American Heritage Dictionary at 281 (defining "common" as "[b]elonging equally to or shared equally by two or more; joint.") (LPL Exh. 5). | A single hole. | Intrinsic Evidence: '449 Patent, Figs. 3, 5; Col. 4 lines 47-64; col. 5 lines 8-22, 33-38.<br><br>Extrinsic Evidence: "Common" is defined as "belonging to, shared by, or applying equally" 1995 Webster's 226.  Exh 2. |
| aligned | Placed in line with. | Intrinsic Evidence: '449 patent at 4:47-64; | Substantially co-axial or concentric. | Intrinsic Evidence: '449 Patent, Figs. 3, 5; |

177

1-LA/750423.1

**JOINT CLAIM CONSTRUCTION STATEMENT – EXHIBIT F**
U.S. Patent No. 5,825,449

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendant's Support |
|---|---|---|---|---|
| | | 5:8–22, 33–38; claim 5. <br><br> Extrinsic Evidence: *1997 American Heritage Dictionary* at 34 (defining "align" as "[t]o arrange in a line. . . .") (LPL Exh. 5). | | Col. 4 lines 47–64; col. 5 lines 8–22, 33–38. <br><br> Extrinsic Evidence: "Align" is defined as "to place in a line." *1995 Webster's* 28. Exh. 2. |
| said second insulating layer having a second contact hole exposing a predetermined portion of said second conductive layer and said first contact hole region | The second insulating layer includes "a second contact hole" that exposes a portion of the second conductive layer. The second insulating layer also includes "said first contact hole region", i.e., it includes part of the first contact hole which exposes the predetermined portion | Intrinsic Evidence: '449 patent at 2:37–55; 3:2–14; 4:47–64; 5:8–22, 33–38; Figs. 3, 5; claims 1, 2, 5, 6, 8, 10, and 11. | The second deposited layer of insulating material has a second contact hole through it which: (a) uncovers a selected portion of the second deposited conductive layer and (b) uncovers the region in which the first contact hole is located. The first and second contact holes must overlap. | Intrinsic Evidence: '449 Patent, Figs. 3, 5; Col. 4 lines 47–64; col. 5 lines 8–22, 33–38. |

178

1-LA/750423.1

# JOINT CLAIM CONSTRUCTION STATEMENT – EXHIBIT F
## U.S. Patent No. 5,825,449

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendant's Support |
|---|---|---|---|---|
| | of the first conductive layer. | | | |
| wiring structure | A slender structure electrically connecting at least two points. | <u>Intrinsic Evidence:</u> '449 patent at 4:24-27.<br><br><u>Extrinsic Evidence:</u> *1997 American Heritage Dictionary* at 1547-1548 (defining "wire" as "resembling a wire, as in slenderness") (LPL Exh. 5). | A structure providing an electrically conductive path that connects at least two terminals. | <u>Intrinsic Evidence:</u> "The TFT of the present invention having electrical contacts or wiring structures including gate pad 2C, layer 6B and layer 6A, source pad 7A is thus completed." '449 Patent, Col. 4 lines 24-26; Figs. 1-5.<br><br>*See also* '449 Patent, Col. 1 lines 52-55; col. 2 lines 1, 16-18; col. 4 lines 1-5. |

179

1-LA/750423.1

# EXHIBIT L-4(c)

DC:50564677.1



A Merriam-Webster®

# New Collegiate Dictionary

*A Merriam-Webster*®

G. & C. MERRIAM COMPANY
Springfield, Massachusetts, U.S.A.

Copyright © 1980 by G. & C. Merriam Co.

Philippines Copyright 1980 by G. & C. Merriam Co.

Library of Congress Cataloging in Publication Data
Main entry under title:

Webster's new collegiate dictionary.

   Editions for 1898–1948 have title: Webster's collegiate dictionary.
   Includes index.
   1. English language—Dictionaries.
PE1628.W4M4    1980    423    79-24073
ISBN  0-87779-398-0
ISBN  0-87779-399-9  (indexed)
ISBN  0-87779-400-6  (deluxe)

Webster's New Collegiate Dictionary principal copyright 1973

COLLEGIATE trademark Reg. U.S. Pat. Off.

*All rights reserved. No part of this work covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, recording, taping, or information storage and retrieval systems—without written permission of the publisher.*

Made in the United States of America

3536373839RMcN80

**fore·thought·ful** \-fəl\ *adj* : full of or having forethought — **fore·thought·ful·ly** \-fə-lē\ *adv* — **fore·thought·ful·ness** *n*

**fore·time** \'fō(ə)r-,tīm, 'fȯ(ə)r-\ *n* : former or past time : the time before the present

**¹fore·to·ken** \'fō(ə)r-,tō-kən, 'fȯ(ə)r-\ *n* : a premonitory sign

**²fore·to·ken** \fō(ə)r-'tō-kən, fȯr-, *vt* **fore·to·kened; fore·to·ken·ing** \-'tōk-(ə-)niŋ\ : to indicate or warn of in advance

**fore·top** \'fō(ə)r-,täp, 'fȯ(ə)r-, *in sense 2 often* 'fȯrt-əp *or* 'fōrt-\ *n* **1** : hair on the forepart of the head; *esp* : the forelock of a horse **2** : the platform at the head of a ship's foremast

**fore·top·gal·lant** \,fōr-,täp-gal-ənt, ,fȯr-; 'fōrt-ə-,gal-, 'fȯrt-\ *adj* : being the part next above the fore-topmast

**fore·top·man** \'fōr-,täp-mən, 'fȯr-; 'fōrt-əp-, 'fȯrt-\ *n* : a sailor on duty on the foremast and above

**fore·top·mast** \'fōr-,täp-məst, 'fȯr-; 'fōrt-əp-,mast, 'fȯrt-\ *n* : a mast next above the foremast

**fore·top·sail** \'fōr-,täp-səl, 'fȯr-; 'fōrt-əp-, 'fȯrt-\ *n* : the sail above the foresail

**¹for·ev·er** \fə-'rev-ər, fȯ-\ *adv* **1** : for a limitless time (wants to live ~) **2** : at all times (is ~ jingling the change in his pocket)

**²forever** *n* : an unspecified length of time (it took her ~ to find the answer)

**for·ev·er·more** \-,rev-ə(r)-'mō(ə)r, -'mȯ(ə)r\ *adv* : FOREVER

**fore·ver·ness** \-'rev-ər-nəs\ *n* : ETERNITY

**fore·warn** \fōr-'wȯ(ə)rn, fȯr-\ *vt* : to warn in advance *syn* see WARN

**fore·wing** *n* : either of the anterior wings of a 4-winged insect

**fore·wom·an** \'fō(ə)r-,wüm-ən, 'fȯ(ə)r-\ *n* : FORELADY

**fore·word** \'fō(ə)r-,wərd, 'fȯ(ə)r-\ *n* : PREFACE

**fore·worn** *var of* FORWORN

**fore·yard** \'fō(ə)r-,yärd, 'fȯ(ə)r-\ *n* : the lowest yard on a foremast

**¹for·feit** \'fȯr-fət\ *n* [ME *forfait*, fr. MF, fr. pp. of *forfaire* to commit a crime, forfeit, prob. fr. *fors* outside (fr. L *foris*) + *faire* to do, fr. L *facere* — more at FORUM, DO] **1** : something forfeited or subject to being forfeited (as for a crime, offense, or neglect of duty) : PENALTY **2** : forfeiture esp. of civil rights **3 a** : something deposited (as for making a mistake in a game) and then redeemed on payment of a fine **b** *pl* : a game in which forfeits are exacted

**²forfeit** *vt* **1** : to lose or lose the right to by some error, offense, or crime **2** : to subject to confiscation as a forfeit — **for·feit·able** \-ə-bəl\ *adj* — **for·feit·er** *n*

**³forfeit** *adj* : forfeited or subject to forfeiture

**for·fei·ture** \'fȯr-fə-,chü(ə)r, -,chər, -,t(y)ü(ə)r\ *n* **1** : the act of forfeiting : the loss of property or money because of a breach of a legal obligation **2** : something (as money or property) that is forfeited : PENALTY

**for·fend** *also* **fore·fend** \fȯr-'fend, fōr-\ *vt* **1** *archaic* : FORBID **b** : to ward off : PREVENT **2** : PROTECT, PRESERVE

**for·gath·er** *or* **fore·gath·er** \fȯr-'gath-ər, fōr-, -'geth-\ *vi* **1** : to come together : ASSEMBLE **2** : to meet someone usu. by chance

**¹forge** \'fō(ə)rj, 'fȯ(ə)rj\ *n* [ME, fr. OF, fr. L *fabrica*, fr. *fabr-, faber* smith — more at DAFT] **1** : a furnace or a shop with its furnace where metal is heated and wrought : SMITHY **2** : a workshop where wrought iron is produced or where iron is made malleable

**²forge** *vb* **forged; forg·ing** *vt* **1 a** : to form (as metal) by heating and hammering **b** : to form (metal) by a mechanical or hydraulic press with or without heat **2** : to form or bring into being esp. by an expenditure of effort (made every effort to ~ party unity) **3** : to make or imitate falsely esp. with intent to defraud : COUNTERFEIT ~ *vi* **1** : to work at a forge **2** : to commit forgery — **forge·abil·i·ty** \,fȯr-jə-'bil-ət-ē, ,fōr-\ *n* — **forge·able** \'fȯr-jə-bəl, 'fōr-\ *adj*

**³forge** *vi* **forged; forg·ing** [origin unknown] **1** : to move forward slowly and steadily (the great ship *forged* ahead through the waves) **2** : to move with a sudden increase of speed and power (the horse *forged* into the lead in the homestretch)

**forg·er** \'fȯr-jər, 'fōr-\ *n* **1** : one that falsifies; *specif* : a creator of false tales **b** : a person guilty of forgery **2** : one that forges metals

**forg·ery** \'fȯrj-(ə-)rē, 'fōrj-\ *n, pl* **-er·ies 1** *archaic* : INVENTION **2** : an act of forging; *esp* : the crime of falsely and fraudulently making or altering a document (as a check) **3** : something forged

**for·get** \fər-'get, fȯr-\ *vb* **-got** \-'gät\, **-got·ten** \-'gät-ⁿn\ *or* **-got; -get·ting** [ME *forgeten*, fr. OE *forgietan*, fr. *for-* + *gietan* (akin to ON *geta* to get)] *vt* **1 a** : to lose the remembrance of (I ~ his name) **b** *obs* : to cease from doing **2** : to treat with inattention or disregard (*forgot* his old friends) **3** : to disregard intentionally : OVERLOOK — usu. used in the imperative (~ it) ~ *vi* **1** : to cease remembering or noticing (he forgives and ~s) **2** : to fail to become mindful at the proper time (~ about paying the bill) *syn* see NEGLECT  *ant* remember — **for·get·ter** *n* — **forget oneself** : to lose one's dignity, temper, or self-control

**for·get·ful** \-'get-fəl\ *adj* **1** : likely to forget **2** : characterized by negligent failure to remember : NEGLECTFUL **3** : inducing oblivion (~ sleep) — **for·get·ful·ly** \-fə-lē\ *adv* — **for·get·ful·ness** *n* *syn* FORGETFUL, OBLIVIOUS, UNMINDFUL *shared meaning element* : losing from one's mind something once known or learned

**for·get·ive** \'fȯr-jət-iv, 'fȯr-\ *adj* [prob. fr. ²*forge* + *-ive*, as in *inventive*] *archaic* : INVENTIVE, IMAGINATIVE

**for·get-me-not** \fər-'get-mē-,nät, fȯr-\ *n* : any of a genus (*Myosotis*) of small herbs of the borage family having bright-blue or white flowers usu. arranged in a curving spike

**for·get·ta·ble** \fər-'get-ə-bəl, fȯr-\ *adj* : fit or likely to be forgotten

**forg·ing** \'fȯr-jiŋ, 'fōr-\ *n* **1** : the art or process of forging **2** : a piece of forged work **3** : FORGERY 2

**for·give** \fər-'giv, fȯr-\ *vb* **-gave** \-'gāv\, **-giv·en** \-'giv-ən\; **-giv·ing** [ME *forgiven*, fr. OE *forgifan*, fr. *for-* + *gifan* to give] *vt* **1** : to cease to feel resentment against (an offender) : PARDON (~ one's enemies) **2 a** : to give up resentment of or claim to requital for (~ an insult) **b** : to grant relief from payment of (~ a debt) ~ *vi* : to grant forgiveness *syn* see EXCUSE — **for·giv·able** \-'giv-ə-bəl\ *adj* — **for·giv·ably** \-blē\ *adv* — **for·giv·er** *n*

**for·give·ness** \-'giv-nəs\ *n* : the act of forgiving : PARDON

**for·giv·ing** *adj* : willing or able to forgive — **for·giv·ing·ly** \-'giv-iŋ-lē\ *adv* — **for·giv·ing·ness** *n*

**for·go** *or* **fore·go** \fȯr-'gō, fōr-\ *vt* **-went\ -gone** \-'gȯn *also* -'gän\; **-go·ing** \-'gō·iŋ, -'gȯ(·)iŋ\ [ME *forgon*, fr. OE *forgān* to pass by, forgo, fr. *for-* + *gān* to go] **1** *archaic* : FORSAKE **2** : to abstain from : RENOUNCE (~ immediate gratification for the sake of future gains) — **for·go·er** \-'gō(-ə)r\ *n*

**for·got·ten man** \fər-'gät-ⁿn-, fȯr-\ *n* : a person or category of persons that receives less attention than is merited

**fo·rint** \'fȯ(ə)r-,int\ *n* [Hung] — see MONEY table

**for·judge** *var of* FOREJUDGE

**¹fork** \'fō(ə)rk\ *n* [ME *forke*, fr. OE & ONF; OE *forca & ONF forque*, fr. L *furca*] **1** : an implement with two or more prongs used esp. for taking up (as in eating), pitching, or digging **2 : a** forked part, tool, or piece of equipment **3 a** : a division into branches or the place where something divides into branches **b** : CONFLUENCE **4 a** : one of the branches into which something forks **b** : ALTERNATIVE CHOICE **5** : an attack by one chess piece (as a knight) on two pieces simultaneously — **fork·ful** \-,fu̇l\ *n*

**²fork** *vi* **1** : to divide into two or more branches (where the road ~s) **2 a** : to use or work with a fork **b** : to make a turn into or travel a fork ~ *vt* **1** : to give the form of a fork to (~ing her fingers) **2** : to raise, pitch, dig, or work with a fork (~ hay) **3** : to attack (two chessmen) simultaneously **4** : PAY, CONTRIBUTE (had to ~ out $5000 to keep the matter quiet) — **fork·er** *n*

**forked** \'fō(ə)rkt, 'fȯr-kəd\ *adj* **1** : resembling a fork esp. in having one end divided into two or more branches or points (~ lightning) **2** : shaped like a fork or having a forked part (a ~ road)

**fork·lift** \'fȯr-,klift\ *n* : a self-propelled machine for hoisting and transporting heavy objects by means of steel fingers inserted under the load

**forky** \'fȯr-kē\ *adj* — **forked** *also* **fork·i·er; -est** : FORKED (a ~ beard)

**for·lorn** \fər-'lȯrn, fōr-\ *adj* [ME *forloren*, fr. OE, pp. of *forlēosan* to lose, fr. *for-* + *lēosan* to lose] **1 a** : BEREFT, FORSAKEN (left quite ~ of hope) **b** : sad and lonely because of isolation or desertion : DESOLATE **2** : being in poor condition : MISERABLE, WRETCHED (~ tumbledown buildings) **3** : nearly hopeless (a ~ attempt) *syn* see ALONE — **for·lorn·ly** *adv* — **for·lorn·ness** \-'lȯ(ə)rn-nəs\ *n*

**forlorn hope** *n* [by folk etymology fr. D *verloren hoop*, lit., lost band] **1** : a body of men selected to perform a perilous service **2** : a desperate or extremely difficult enterprise

**¹form** \'fō(ə)rm\ *n* [ME *forme*, fr. OF, fr. L *forma*] **1 a** : the shape and structure of something as distinguished from its material **b** : a body (as of a person) esp. in its external appearance or as distinguished from the face : FIGURE **c** *archaic* : BEAUTY **2** : the essential nature of a thing as distinguished from its matter: as **a** : IDEA 1a **b** : the component of a thing that determines its kind **3 a** : established method of expression or proceeding : procedure according to rule or rote **b** : a prescribed and set order of words : FORMULA (the ~ of the marriage service) **4 a** : a printed or typed document with blank spaces for insertion of required or requested information (tax ~s) **b** (1) : conduct regulated by extraneous controls (as of custom or etiquette) : CEREMONY (2) : show without substance **b** : manner or conduct as tested by a prescribed or accepted standard (rudeness is simply bad ~) **c** : manner or style of performing or accomplishing according to recognized standards of technique (a strong swimmer but weak on ~) **6 a** : the resting place of a hare **b** : a long seat : BENCH **7 a** : a supporting frame model of the human figure or part (as the torso) of the human figure usu. used for displaying apparel **b** : a proportioned and often adjustable mold for fitting clothes **c** : a mold in which concrete is placed to set **8** : the printing type or other matter arranged and secured in a chase ready for printing **9 a** : one of the different modes of existence, action, or manifestation of a particular thing or substance : KIND (one ~ of respiratory disorder) (a ~ of art) **b** : a distinguishable group of organisms **10 a** (1) : orderly method of arrangement (as in the presentation of ideas) : manner of coordinating elements (as of an artistic production or course of reasoning) (2) : a particular kind or instance of such arrangement (the sonnet is a poetical ~) **b** : PATTERN, SCHEMA (arguments of the same logical ~) **c** : the structural element, plan, or design of a work of art — compare CONTENT **2c d** : a visible and measurable unit defined by a contour : a bounded surface or volume **11** : a grade in a British secondary school (to send an American private schools **12 a** (1) : the past performance of a race horse (2) : a table giving details (as handicaps and odds) of a horse's past performance which are used by bettors in making selections **b** : known ability for performing (a singer at the top of his ~) **c** : condition suitable for performing (as in athletic competition) **13 a** : LINGUISTIC FORM **b** : one of the different aspects a word may take as a result of inflection or change of spelling or pronunciation (verbal ~s) **14** : a mathematical expression of a particular type (an equation in parametric ~)

*syn* FORM, FIGURE, SHAPE, CONFORMATION, CONFIGURATION *shared meaning element* : outward appearance

**²form** *vt* **1** : to give form or shape to : FASHION **2 a** : to give a particular shape to : shape or mold into a certain state or after a particular model : ARRANGE (~ed the dough into various shapes) (a state ~ed along the lines of the Roman Republic) **b** : to arrange themselves in the women (~ed a line) **c** : to model by instruction and discipline (a mind ~ed by classical education) **3** : DEVELOP, ACQUIRE (~ a habit) **4** : to serve to make up or constitute : be a usu. essential or basic element of **5 a** : to assume an inflection so as to produce (as a tense) (~s the past in *-ed*) **b** : to combine to make (a compound word) **c** : to make up : CONSTI-

| ə abut | ᵊ kitten | ᵊʳ further | a back | ā bake | ä cot, cart |
|--------|----------|-----------|--------|--------|-------------|
| au̇ out | ch chin | e less | ē easy | g gift | i trip | ī life |
| j joke | ŋ sing | ō flow | ȯ flaw | ȯi coin | th thin | t͟h this |
| ü loot | u̇ foot | y yet | yü few | yu̇ furious | zh vision |

TUTE ‹~ a clause› **6** : to arrange in order : draw up ~ *vi* **1** : to become formed or shaped **2** : to take form : come into existence — ARISE **3** : to take on a definite form, shape, or arrangement *syn* see MAKE — **form-abil-i-ty** \ˌfȯr-mə-ˈbil-ət-ē\ *n* — **form-able** \ˈfȯr-mə-bəl\ *adj* — **form on** : to take up a formation next to

**form-** *or* **formo-** *comb form* [*formic*] : formic acid (*formate*)

**form** \ˈfȯrm\ *adj comb form* [MF & L; MF -*forme*, fr. L -*formis*, fr. *forma*] : in the form or shape of : resembling (*oviform*)

**¹for-mal** \ˈfȯr-məl\ *adj* **1 a** : belonging to or being the essential constitution or structure ‹~ cause› **b** : relating to, concerned with, or constituting the outward form of something as distinguished from its content **2 a** : following or according with established form, custom, or rule : CONVENTIONAL (lacked ~ qualifications for the job) **b** : done in due or lawful form (a ~ contract) **3 a** : based on conventional forms and rules **b** : characterized by punctilious respect for form : METHODICAL (very ~ in all his dealings) **c** : rigidly ceremonious : PRIM **4** : having the appearance without the substance ‹~ Christians who go to church only at Easter› *syn* see CEREMONIAL **ant** informal — **for-mal-ly** \-mə-lē\ *adv* — **for-mal-ness** *n*

**²formal** *n* : something (as a dance or a dress) formal in character

**³formal** *adj* [*formyl* + -*al*] : ³MOLAR **2**

**form-al-de-hyde** \fȯr-ˈmal-də-ˌhīd, fər-\ *n* [ISV *form-* + *aldehyde*] : a colorless pungent irritating gas $CH_2O$ used chiefly as a disinfectant and preservative and in synthesizing other compounds and resins

**for-ma-lin** \ˈfȯr-mə-lən, -ˌlēn\ *n* [fr. *Formalin*, a trademark] : a clear aqueous solution of formaldehyde containing a small amount of methanol

**for-mal-ism** \ˈfȯr-mə-ˌliz-əm\ *n* : the practice or the doctrine of strict adherence to prescribed or external forms (as in religion or art); *also* : an instance of this — FORMAL \-ˈlast\ *n or adj* — **for-mal-is-tic** \ˌfȯr-mə-ˈlis-tik\ *adj* — **for-mal-is-ti-cal-ly** \-ti-k(ə-)lē\ *adv*

**for-mal-i-ty** \fȯr-ˈmal-ət-ē, -n, *pl* -**ies 1** : the quality or state of being formal **2** : compliance with formal or conventional rules : CEREMONY **3** : an established form that is required or conventional

**for-mal-ize** \ˈfȯr-mə-ˌlīz\ *vt* -**ized**; -**iz-ing 1 a** : to give a certain or definite form to : SHAPE **2 b** : to make formal **b** : to give formal status or approval to — **for-mal-iz-able** \-ˌlī-zə-bəl\ *adj* — **for-mal-iza-tion** \ˌfȯr-mə-lə-ˈzā-shən\ *n* — **for-mal-iz-er** \ˈfȯr-mə-ˌlī-zər\ *n*

**formal logic** *n* : a system of logic (as Aristotelian logic or symbolic logic) that abstracts the forms of thought from its content to establish abstract criteria of consistency

**for-mant** \ˈfȯr-mənt, -ˌmant\ *n* : a characteristic component of the quality of a speech sound; *specif* : any of several resonance bands held to determine the phonetic quality of a vowel

**¹for-mat** \ˈfȯr-ˌmat\ *n* [F *or* G; F, fr. G, fr. L *formatus*, pp. of *formare* to form, fr. *forma*] **1** : the shape, size, and general makeup (as of something printed) **2** : general plan of organization or arrangement (as of a television show)

**²format** *vt* **for-mat-ted**; **for-mat-ting** : to produce in a specified form or style (*formatted* output of a computer)

**for-mate** \ˈfȯ(ə)r-ˌmāt\ *n* : a salt or ester of formic acid

**for-ma-tion** \fȯr-ˈmā-shən\ *n* **1** : an act of giving form or shape to something or of taking form : DEVELOPMENT **2** : something that is formed (new word ~s) **3** : the manner in which a thing is formed : STRUCTURE (the peculiar ~ of the heart) **4** : the largest unit in an ecological community comprising two or more associations and their precursors **5 a** : any igneous, sedimentary, or metamorphic rock represented as a unit **b** : any sedimentary bed or consecutive series of beds sufficiently homogeneous or distinctive to be a unit **6** : an arrangement of a body or group of persons or things in some prescribed manner or for a particular purpose — **for-ma-tion-al** \-shnəl, -shən-ᵊl\ *adj*

**¹for-ma-tive** \ˈfȯr-mət-iv\ *adj* **1 a** : giving or capable of giving form : CONSTRUCTIVE (a ~ influence) **b** : used in word formation or inflection **2** : capable of alteration by growth and development; *also* : producing new cells and tissues **3** : of, relating to, or characterized by formative effects or formation (~ years) — **for-ma-tive-ly** *adv* — **for-ma-tive-ness** *n*

**²formative** *n* **1** : the element in a word that serves to give the word appropriate form and is not part of the base **2** : the minimal syntactically functioning element in a transformational grammar

**form class** *n* : a class of linguistic forms that can be used in the same position in a construction and that have one or more morphological or syntactical features in common

**form critical** *adj* : based on or applying form criticism

**form criticism** *n* : a method of criticism for determining the sources and historicity of esp. Biblical writings through analysis of the writings in terms of traditional literary forms (as love poems, parables, and sayings) — **form critic** *n*

**formed** \ˈfȯrmd\ *adj* : organized in a way characteristic of living matter (mitochondria are ~ bodies of the cell) (red blood cells are ~ elements of the blood)

**for-mée** \fȯr-ˌmā, fȯr-ˈ\ *adj* [ME *formé*, fr. MF *formé*] of a heraldic cross : having the arms narrow at the center and expanding toward the ends — see CROSS illustration

**¹for-mer** \ˈfȯr-mər\ *adj* [ME, fr. *forme* first, fr. OE *forma* — more at FOREMOST] **1 a** : coming before in time **b** : of, relating to, or occurring in the past (~ experiences) **2** : preceding in place or arrangement : FOREGOING (~ part of the chapter) **3** : first mentioned or in order of two things mentioned or understood (of these two evils the ~ is the lesser) *syn* see PRECEDING **ant** latter

**²form-er** \ˈfȯr-mər\ *n* **1** : one that forms **2** *chiefly Brit* : a member of a school form — usu. used in combination (sixth ~)

**for-mer-ly** \ˈfȯr-mə(r)-lē\ *adv* **1** *obs* : just before **2** : at an earlier time : PREVIOUSLY

**form-fit-ting** \ˈfȯrm-ˌfit-iŋ\ *adj* : conforming to the outline of the body : fitting snugly (a ~ sweater)

**form-ful** \ˈfȯrm-fəl\ *adj* : exhibiting or notable for form (as in a sport)

**form genus** *n* : an artificial taxonomic category established for organisms (as imperfect fungi) of obscure true relationships

**for-mic** \ˈfȯr-mik\ *adj* [L *formica* ant — more at PISMIRE] : derived from formic acid

**For-mi-ca** \fȯr-ˈmī-kə, fər-\ *trademark* — used for any of various laminated plastic products used esp. for surface finish

**formic acid** *n* : a colorless pungent fuming vesicant liquid acid $CH_2O_2$ found esp. in ants and in many plants and used chiefly in dyeing and finishing textiles

**for-mi-cary** \ˈfȯr-mə-ˌker-ē\ *n, pl* -**car-ies** [ML *formicarium*, fr. L *formica*] : an ant nest

**for-mi-da-ble** \ˈfȯr-məd-ə-bəl *also* fȯr-ˈmid-*or* fər-ˈmid-\ *adj* [ME, fr. L *formidabilis*, fr. *formidare* to fear, fr. *formido* fear; akin to Gk *mormō* she-monster] **1** : causing fear, dread, or apprehension (a ~ prospect) **2** : having qualities that discourage approach or attack **3** : tending to inspire awe or wonder — **for-mi-da-bil-ty** \ˌfȯr-məd-ə-ˈbil-ət-ē; fȯr-ˌmid-, fər-\, *n* — **for-mi-da-ble-ness** \ˈfȯr-məd-ə-bəl-nəs; fȯr-ˈmid-, fər-ˈ\ *n* — **for-mi-da-bly** \-blē\ *adv*

**form-less** \ˈfȯrm-ləs\ *adj* **1** : having no regular form or shape **2** : lacking order or arrangement **3** : having no physical existence — **form-less-ly** *adv* — **form-less-ness** *n*

**form letter** *n* **1** : a letter on a subject of frequent recurrence that can be sent to different people without essential change except in the address **2** : a letter that is printed in many copies, has a very general salutation (as *Dear Friend*), and is sent to a usu. large number of people

**formo-** — see FORM.

**for-mu-la** \ˈfȯr-myə-lə\ *n, pl* -**las** *or* -**lae** \-ˌlē, -ˌlī\ [L, dim. of *forma* form] **1 a** : a set form of words for use in a ceremony or ritual **b** : a conventionalized statement intended to express some fundamental truth or principle esp. as a basis for negotiation or action **2 a** (1) : RECIPE (2) : PRESCRIPTION **b** : a milk mixture or substitute for feeding an infant **3 a** : a general fact, rule, or principle expressed in symbols **b** : a symbolic expression of the chemical composition or constitution of a substance **c** : a group of numerical symbols associated to express briefly a single concept **d** : a combination of signs in a logical calculus **4 : a** prescribed or set form or method (as of writing) : an established rule or custom — often used derogatorily (television programs that were unimaginative ~ works) — **for-mu-la-ic** \ˌfȯr-myə-ˈlā-ik\ *adj* — **for-mu-la-ical-ly** \-ˈlā-ə-k(ə-)lē\ *adv*

**²formula** *adj, of a racing car* : conforming to prescribed specifications as to size, weight, and engine displacement and usu. having a long narrow body, open wheels, a single-seat open cockpit, and the engine in the rear

**for-mu-la-riza-tion** \ˌfȯr-myə-lə-rə-ˈzā-shən\ *n* : an act or a product of formularizing

**for-mu-la-rize** \ˈfȯr-myə-lə-ˌrīz\ *vt* -**rized**; -**riz-ing** : to state in or reduce to a formula : FORMULATE — **for-mu-la-riz-er** *n*

**for-mu-lary** \ˈfȯr-myə-ˌler-ē\ *n, pl* -**lar-ies 1 a** : a book or other collection of stated and prescribed forms (as oaths or prayers) **2** : a prescribed form or model : FORMULA **3** : a book containing a list of medicinal substances and formulas — **formulary** *adj*

**for-mu-late** \ˈfȯr-myə-ˌlāt\ *vt* -**lat-ed**; -**lat-ing 1 a** : to reduce to or express in a formula **b** : to put into a systematized statement or expression **c** : DEVISE ‹~ policy› **2 a** : to develop a formula for the preparation of (as a soap or plastic) **b** : to prepare according to a formula — **for-mu-la-tor** \-ˌlāt-ər\ *n*

**for-mu-la-tion** \ˌfȯr-myə-ˈlā-shən\ *n* : an act or the product of formulating

**formula weight** *n* : MOLECULAR WEIGHT — used esp. of ionic compounds

**for-mu-liza-tion** \ˌfȯr-myə-lə-ˈzā-shən\ *n* : FORMULATION

**for-mu-lize** \ˈfȯr-myə-ˌlīz\ *vt* -**lized**; -**liz-ing** : FORMULATE **1**

**form word** *n* : FUNCTION WORD

**for-myl** \ˈfȯr-ˌmil\ *n* [ISV] : the radical HCO of formic acid that is also characteristic of aldehydes

**for-ni-cate** \ˈfȯr-nə-ˌkāt\ *vb* -**cat-ed**; -**cat-ing** [LL *fornicatus*, pp. of *fornicare*, fr. L *fornic-, fornix* arch, vault, brothel] *vi* : to commit fornication ~ *vt* : to commit fornication with — **for-ni-ca-tor** \-ˌkāt-ər\ *n*

**for-ni-ca-tion** \ˌfȯr-nə-ˈkā-shən\ *n* **1** : human sexual intercourse other than between a man and his wife : sexual intercourse between a spouse and an unmarried person : sexual intercourse between unmarried people **2** : sexual intercourse on the part of an unmarried person accomplished with consent and not deemed adultery

**for-nix** \ˈfȯr-niks\ *n, pl* **for-ni-ces** \-nə-ˌsēz\ [NL, fr. L] : an anatomical arch or fold

**for-rad-er** *also* **for-rard-er** \ˈfär-əd-ər\ *adv* [E dial., compar. of E *forward*] *chiefly Brit* : further ahead

**for-sake** \fər-ˈsāk, fȯr-\ *vt* **for-sook** \-ˈsu̇k\; **for-sak-en** \-ˈsā-kən\; **for-sak-ing** [ME *forsaken*, fr. OE *forsacan*, fr. *for-* + *sacan* to dispute; akin to OE *sacu* action at law — more at SAKE] **1** : to renounce (as something once cherished) without intent to recover or resume ‹~ a bad habit› **2** : to quit or leave entirely : withdraw from (*forsook* the theater for politics) *syn* see ABANDON **ant** return (to), revert (to)

**for-sooth** \fər-ˈsu̇th\ *adv* [ME *for soth*, fr. OE *forsōth*, fr. *for* + *sōth* sooth] : in truth : INDEED — often used to imply contempt or doubt

**for-spent** \fər-ˈspent, fȯr-\ *adj, archaic* : worn out : EXHAUSTED

**for-swear** *or* **fore-swear** \fȯr-ˈswa(ə)r, fȯr-, -ˈswe(ə)r\ *vb* -**swore** \-ˈswō(ə)r, -ˈswȯ(ə)r\; **-sworn** \-ˈswō(ə)rn, -ˈswȯ(ə)rn\; **-swear-ing** *vt* **1 a** : to reject or renounce under oath **b** : to renounce earnestly **2** : to deny under oath **3** : to make a liar of (oneself) under or as if under oath ‹~ himself› ~ *vi* : to swear falsely *syn* see ABJURE

**for-sworn** *or* **fore-sworn** \-ˈswō(ə)rn, -ˈswȯ(ə)rn\ *adj* : guilty of perjury : marked by perjury

**for-syth-ia** \fər-ˈsith-ē-ə\ *n* [NL, genus name, fr. William *Forsyth* †1804 Brit botanist] : any of a genus (*Forsythia*) of ornamental

# EXHIBIT L-5

## Ex. L-5
## LGD US Patent No. 5,825,449

### Index of Disputed Terms

| CLAIM TERMS | PAGE |
|---|---|

wiring structure ...............................................................................................................9

conductive layer ..............................................................................................................1

layer...................................................................................................................................9

formed on a first portion of said substrate ...................................................................14

formed on ........................................................................................................................14

formed on a second portion of said substrate...............................................................14

formed on a first portion of said first insulative layer ...............................................14

insulative layer.................................................................................................................9

formed on said second conductive layer and on a second portion of
said first insulative layer overlying said first conductive layer .................................14

overlying ...........................................................................................................................9

contact hole .....................................................................................................................16

provided through.............................................................................................................16

expose part of said … layer ..........................................................................................16

extends through...............................................................................................................16

one of said first and second conductive layers is connected to one of
a plurality of terminals of a thin film transistor .........................................................21

one of said first and second conductive layers...............................................................1

one.......................................................................................................................................1

connected to ......................................................................................................................1

one of a plurality of terminals of a thin film transistor..............................................21

a plurality of terminals of a thin film transistor .........................................................21

## Ex. L-5
## LGD US Patent No. 5,825,449

### Index of Disputed Terms

**Claim Terms**                                                                    **Page**

thin film transistor.................................................................................................21

liquid crystal display device................................................................................24

gate electrode .......................................................................................................32

gate pad ..................................................................................................................6

source pad ...............................................................................................................6

a gate insulating film on said surface of said substrate..................................27

gate insulating film .............................................................................................27

insulating film .....................................................................................................27

a semiconductor layer on said portion of said gate insulating film ............29

semiconductor layer ...........................................................................................29

impurity-doped semiconductor layer ..............................................................29

a source electrode and a drain electrode on said semiconductor layer ......32

source electrode ..................................................................................................32

drain electrode....................................................................................................32

passivation layer.................................................................................................24

exposing said gate pad portion........................................................................35

exposing ..............................................................................................................35

pixel electrode....................................................................................................35

transparent conductive layer ..........................................................................35

a method of manufacturing a liquid crystal display device ........................39

patterning … to form an active layer .............................................................43

patterning ...........................................................................................................43

**Ex. L-5**
**LGD US Patent No. 5,825,449**

<u>**Index of Disputed Terms**</u>

<u>**Claim Terms**</u>                                                                                    <u>**Page**</u>

active layer.............................................................................................................39

selectively etching..................................................................................................43

patterning a pixel electrode electrically connected to said drain electrode ..............................43

electrically connect/electrically connecting/electrically connected...........................................39

# EXHIBIT L-5
# U.S. PATENT NO. 5,825,449
# TERMS IN DISPUTE

| ASSERTED CLAIM 1 | LGD's Claim Construction |
|---|---|
| **1.** A wiring structure comprising:<br>a substrate;<br>a first conductive layer formed on a first portion of said substrate;<br>a first insulative layer formed on a second portion of said substrate and on said first conductive layer;<br><br>~<br><br>a second conductive layer formed on a first portion of said first insulative layer;<br>a second insulative layer formed on said second conductive layer and on a second portion of said first insulative layer overlying said first conductive layer;<br>an indium tin oxide layer formed on said second insulative layer,<br>wherein a first contact hole is provided through said first and second insulative layers to expose part of said first conductive layer and a second contact hole is provided through said second insulative layer to expose part of said second conductive layer, said indium tin oxide layer extends through said first and second contact holes to electrically connect said first conductive layer with said second conductive layer, and<br>wherein one of said first and second conductive layers is connected to one of a plurality of terminals of a thin film transistor. | **conductive layer**[1] – thickness of electrically conductive material<br><br><br>**connected to**[2] – directly connected to<br><br><br>**one of said first and second conductive layers** – one, but not both, of the first and second conductive layers<br><br><br>**one** – a single layer |

[1] Disputed Term "conductive layer" also appears in  asserted claims 10 and 11 in the same context.

[2] Disputed Term "connected to" also appears in asserted claim 11 in the same context.

## INTRINSIC EVIDENCE FOR DISPUTED TERM "CONDUCTIVE LAYER":



*FIG. 3*

deposited. As a result, since both the first (**45**) and fourth (**60**) contact holes are formed over source pad **2A** (formed of the same material as the gate) and source electrode **7**, respectively, the source electrode **7** and source pad **2A** may be connected to each other in the same step that the pixel electrode is formed. Thus, after patterning, a first transparent conductive layer **6C** connects source electrode **7** with source pad **2A**, and a second transparent conductive layer **6** (i.e., the pixel electrode) is connected to drain electrode **8**.

4:56-64

one end portion of each storage capacitor line 29, and connection land 32L is connected via a wire 32W to an external connection terminal 32X formed integrally with wire 32W at one marginal position of a base plate 10 (column 5, lines 6-20). Therefore, Kakuda et al. fails to disclose or suggest connection lands 29L or 32L being connected to a terminal of a thin film transistor. Thus, claim 11 is patentably distinguishable from Kakuda et al.

Appl. No. 08/781,188, 11/17/1997 Amendment, p. 6

## INTRINSIC EVIDENCE FOR DISPUTED TERM "CONNECTED TO":



**FIG. 3**

wherein a first contact hole is provided through said first and second insulative layers to expose part of said first conductive layer and a second contact hole is provided through said second insulative layer to expose part of said second conductive layer, said indium tin oxide layer extends through said first and second contact holes to electrically connect said first conductive layer with said second conductive layer, and wherein one of said first and second conductive layers is connected to one of a plurality of terminals of a thin film transistor.

6:8-19

wherein one of said first and second conductive layers is connected to one of a plurality of terminals of a thin film transistor.

Appl. No. 08/781,188, 11/17/1997 Amendment, p. 2

By this Amendment, Applicant has amended claim 11 essentially to include the recitations of canceled claim 12. As amended, claim 11 recites that a wiring structure includes a third conductive layer formed on a second insulating layer and electrically connected to first and second conductive layers via first and second contact holes, wherein one of the first and second conductive layers is connected to one of a plurality of terminals of a thin film transistor. The terminals of a thin film transistor correspond to the gate, source, and drain.

Appl. No. 08/781,188, 11/17/97 Amendment, p. 5

EX 5
3

# INTRINSIC EVIDENCE FOR DISPUTED TERMS "ONE OF SAID FIRST AND SECOND CONDUCTIVE LAYERS" AND "ONE":



**FIG. 3**

wherein a first contact hole is provided through said first
and second insulative layers to expose part of said first
conductive layer and a second contact hole is provided
through said second insulative layer to expose part of
said second conductive layer, said indium tin oxide
layer extends through said first and second contact
holes to electrically connect said first conductive layer
with said second conductive layer, and
wherein one of said first and second conductive layers is
connected to one of a plurality of terminals of a thin
film transistor.

6:8-19

wherein one of said first and second conductive layers is connected to one of a
plurality of terminals of a thin film transistor.

Appl. No. 08/781,188, 11/17/1997, p. 2

By this Amendment, Applicant has amended claim 11 essentially to include the
recitations of canceled claim 12. As amended, claim 11 recites that a wiring structure
includes a third conductive layer formed on a second insulating layer and electrically
connected to first and second conductive layers via first and second contact holes,
wherein one of the first and second conductive layers is connected to one of a plurality
of terminals of a thin film transistor. The terminals of a thin film transistor correspond to
the gate, source, and drain.

Appl. No. 08/781,188, 11/17/1997 Amendment, p. 5

EX 5
4

## INTRINSIC EVIDENCE FOR DISPUTED TERMS "ONE OF SAID FIRST AND SECOND CONDUCTIVE LAYERS" AND "ONE" (cont'd):

one end portion of each storage capacitor line 29, and connection land 32L is

connected via a wire 32W to an external connection terminal 32X formed integrally with

wire 32W at one marginal position of a base plate 10 (column 5, lines 6-20). Therefore,

Kakuda et al. fails to disclose or suggest connection lands 29L or 32L being connected

to a terminal of a thin film transistor. Thus, claim 11 is patentably distinguishable from

Kakuda et al.

Appl. No. 08/781,188, 11/17/1997 Amendment, p. 6

EX 5

5

**EXHIBIT 5**
**U.S. PATENT NO. 5,825,449**
**TERMS IN DISPUTE**

| **ASSERTED CLAIM 10** | **LGD's Claim Construction** |
| --- | --- |

**10.** A liquid crystal display device comprising:

a substrate;

a first conductive layer on said substrate including:
   a gate electrode,
   a gate pad, and
   a source pad;

a gate insulating film on said surface of said substrate,

a portion of said gate insulating film overlying said gate electrode;

a semiconductor layer on said portion of said gate insulating film;

an impurity-doped semiconductor layer on said semiconductor layer;

a source electrode and a drain electrode on said semiconductor layer;

a passivation layer overlying said source pad, said drain electrode, said gate pad, and said source electrode;

a first contact hole provided through said passivation layer and said gate insulating film exposing said source pad;

~

a second contact hole provided through said passivation layer exposing said drain electrode;

a third contact hole provided through said passivation layer and said gate insulating film exposing said gate pad;

a fourth contact hole provided through said passivation layer exposing said source electrode;

a pixel electrode electrically connected with said drain electrode via said second contact hole; and

a transparent conductive layer electrically connecting said source pad with said source electrode via said first contact hole and said fourth contact hole.

**gate pad[1]** – a portion of patterned electrically conductive material that is provided near the periphery of the thin film transistor array to receive a gate signal

**source pad[2]** – a portion of patterned, electrically conductive material that is provided near the periphery of the thin film transistor array to receive a data signal

[1] Disputed Term "gate pad" also appears in asserted claim 11 in the same context.

[2] Disputed Term "source pad" also appears in asserted claim 11 in the same context.

EX 5

## INTRINSIC EVIDENCE FOR DISPUTED TERMS "GATE PAD" AND "SOURCE PAD":



**FIG. 6**
**PRIOR ART**

Thin film transistors **620**, serving as active devices, are located at intersecting portions of gate lines **600** and data lines **610**. Gate lines **600** and data lines **610** are connected to the gates and sources, respectively of thin film transistors **620**. In addition, pixel electrodes **6** are connected to respective drain electrodes of thin film transistors **620**. Gate Pads **630** and Data Pads **640** are connected to the gate lines and data lines to receive datas from gate driver and data driver respectively.

1:22-30

Since a pad wiring layer is necessary in order to communicate information from an external driving circuit to the gate and source, a gate insulating film **3** is selectively etched to expose source pad **2A** and gate pad **2B** (see FIG. 1c). Next, as shown in FIG. 1d, a transparent conductive layer (ITO) is deposited on the entire surface of the substrate and patterned to form a pixel electrode **6**, which is formed on a portion of the display pixel, while ITO patterns **6A** and **6B** are formed on source pad **2A** and gate pad **2B**, respectively.

1:51-60

EX 5
7

## INTRINSIC EVIDENCE FOR DISPUTED TERMS "GATE PAD" AND "SOURCE PAD" (cont'd):

thereby exposing a predetermined region of source pad **7A** above gate insulating film **3**, a predetermined region of drain electrode **8**, and a predetermined region of gate pad **2C**. For external electrical connections It is necessary to exposed pads **7A** and **2C**.

4:11-15

# EXHIBIT 5
## U.S. PATENT NO. 5,825,449
## TERMS IN DISPUTE

### ASSERTED CLAIM 1

1. A wiring structure comprising:
a substrate;
a first conductive layer formed on a first portion of said substrate;
a first insulative layer formed on a second portion of said substrate and on said first conductive layer;

~

a second conductive layer formed on a first portion of said first insulative layer;
a second insulative layer formed on said second conductive layer and on a second portion of said first insulative layer overlying said first conductive layer;
an indium tin oxide layer formed on said second insulative layer,
wherein a first contact hole is provided through said first and second insulative layers to expose part of said first conductive layer and a second contact hole is provided through said second insulative layer to expose part of said second conductive layer, said indium tin oxide layer extends through said first and second contact holes to electrically connect said first conductive layer with said second conductive layer, and
wherein one of said first and second conductive layers is connected to one of a plurality of terminals of a thin film transistor.

### LGD's Claim Construction

**wiring structure** – a structure electrically connecting at least two points

**layer[1]** – a thickness of material

**insulative layer** – a thickness of non-conductive material (such as SiNx) that has a high electrical resistance

**overlying[2]** – above

---

[1] Disputed Term "layer" also appears in asserted claims 10 and 11 in the same context.

[2] Disputed Term "overlying" also appears in asserted claims 10 and 11 in the same context.

## INTRINSIC EVIDENCE FOR DISPUTED TERM "WIRING STRUCTURE":



**FIG. 3**

gate pad **2C**. In addition, ITO pattern **6A** is provided on source pad **2A**, which is part of a data electrode of the LCD. The TFT of the present invention having electrical contacts or wiring structures including gate pad **2C**, layer **6B** and layer **6A**, source pad **7A** is thus completed.

4:22-27

## INTRINSIC EVIDENCE FOR DISPUTED TERM "LAYER":



**FIG. 3**

deposited. As a result, since both the first (**45**) and fourth (**60**) contact holes are formed over source pad **2A** (formed of the same material as the gate) and source electrode **7**, respectively, the source electrode **7** and source pad **2A** may be connected to each other in the same step that the pixel electrode is formed. Thus, after patterning, a first transparent conductive layer **6C** connects source electrode **7** with source pad **2A**, and a second transparent conductive layer **6** (i.e., the pixel electrode) is connected to drain electrode **8**.

4:56-64

one end portion of each storage capacitor line 29, and connection land 32L is connected via a wire 32W to an external connection terminal 32X formed integrally with wire 32W at one marginal position of a base plate 10 (column 5, lines 6-20). Therefore, Kakuda et al. fails to disclose or suggest connection lands 29L or 32L being connected to a terminal of a thin film transistor. Thus, claim 11 is patentably distinguishable from Kakuda et al.

Appl. No. 08/781,188, 11/17/1997 Amendment, p. 6

# INTRINSIC EVIDENCE FOR DISPUTED TERM "INSULATIVE LAYER":

As shown in FIG. 1*b*, a gate insulating film **3**, such as a nitride film or an oxide film, is formed on the entire surface of the substrate in order to electrically insulate gate **2**. An amorphous silicon active layer **4** is formed on a portion of gate insulating film **3** overlying gate **2**. Then, in order to reduce the contact resistance between the active layer and the source/drain regions in the completed device, and appropriately doped semiconductor layer **5** is formed on amorphous silicon layer **4** as an ohmic contact layer. Doped

1:39-48

As shown in FIG. 2*b*, a gate insulating film **3** such as a nitride film or an oxide film is formed on the entire surface of the substrate in order to electrically insulate gate **2**. Semiconductor active layer **4** is then formed on insulating gate **2**. Active layer **4** is preferably made of amorphous silicon layer deposited by a chemical vapor deposition (CVD) process. Then, in order to reduce the contact resis-

3:50-56

## INTRINSIC EVIDENCE FOR DISPUTED TERM "OVERLYING":

As shown in FIG. 1b, a gate insulating film **3**, such as a nitride film or an oxide film, is formed on the entire surface of the substrate in order to electrically insulate gate **2**. An amorphous silicon active layer **4** is formed on a portion of gate insulating film **3** overlying gate **2**. Then, in order to reduce the contact resistance between the active layer and the source/drain regions in the completed device, and appropriately doped semiconductor layer **5** is formed on amorphous silicon layer **4** as an ohmic contact layer. Doped semiconductor layer **5** and amorphous silicon layer **4** are then etched in accordance with a predetermined active layer pattern.

1:39-50

# EXHIBIT 5
## U.S. PATENT NO. 5,825,449
### TERMS IN DISPUTE

| ASSERTED CLAIM 1 | LGD's Claim Construction |
|---|---|
| 1. A wiring structure comprising:<br>a substrate;<br>a first conductive layer formed on a first portion of said substrate;<br>a first insulative layer formed on a second portion of said substrate and on said first conductive layer;<br><br>a second conductive layer formed on a first portion of said first insulative layer;<br>a second insulative layer formed on said second conductive layer and on a second portion of said first insulative layer overlying said first conductive layer;<br>an indium tin oxide layer formed on said second insulative layer,<br>wherein a first contact hole is provided through said first and second insulative layers to expose part of said first conductive layer and a second contact hole is provided through said second insulative layer to expose part of said second conductive layer, said indium tin oxide layer extends through said first and second contact holes to electrically connect said first conductive layer with said second conductive layer, and<br>wherein one of said first and second conductive layers is connected to one of a plurality of terminals of a thin film transistor. | **formed on a first portion of said substrate** - above and in contact with a first part of the substrate<br><br>**formed on** – above and in contact with<br><br>**formed on a second portion of said substrate** - above and in contact with a second part of the substrate<br><br>**formed on a first portion of said first insulative layer** – above and in contact with a first part of the first insulative layer<br><br>**formed on said second conductive layer and on a second portion of said first insulative layer overlying said first conductive layer** – above and in contact with the second conductive layer and above and in contact with a second part of the first insulative layer above the first conductive layer |

## INTRINSIC EVIDENCE FOR DISPUTED TERMS PERTAINING TO "FORMED ON . . .":



**FIG. 3**

As shown in FIG. 1*a*, a conductive layer is formed on a transparent glass substrate **1** and patterned to form gate **2**, storage capacitor electrode **2D**, source pad **2A**, and gate pad **2B**. Gate pad **2B** is used for receiving a voltage to drive and active layer in the completed TFT device.

1:34-39

In other words, a conductive layer is formed on a transparent glass substrate **1** and patterned to form gate **2**, a storage capacitor electrode **2D**,. a source pad **2A** and a gate



pad **2B**. After forming a gate insulating film **3** on the entire surface of the substrate, an amorphous silicon layer **4** and an impurity-doped semiconductor layer **5** are sequentially formed therson. These layers are then etched in accordance with a predetermined active layer pattern.

4:56-5:5

a second insulative layer formed on said second conductive layer and on a second portion of said first insulative layer overlying said first conductive layer;

6:3-5

EX 5
15

**EXHIBIT 5**
**U.S. PATENT NO. 5,825,449**
**TERMS IN DISPUTE**

| **ASSERTED CLAIM 1** | **LGD's Claim Construction** |
|---|---|
| 1. A wiring structure comprising:<br>a substrate;<br>a first conductive layer formed on a first portion of said substrate;<br>a first insulative layer formed on a second portion of said substrate and on said first conductive layer;<br><br>~<br><br>a second conductive layer formed on a first portion of said first insulative layer;<br>a second insulative layer formed on said second conductive layer and on a second portion of said first insulative layer overlying said first conductive layer;<br>an indium tin oxide layer formed on said second insulative layer,<br>wherein a first contact hole is provided through said first and second insulative layers to expose part of said first conductive layer and a second contact hole is provided through said second insulative layer to expose part of said second conductive layer, said indium tin oxide layer extends through said first and second contact holes to electrically connect said first conductive layer with said second conductive layer, and<br>wherein one of said first and second conductive layers is connected to one of a plurality of terminals of a thin film transistor. | **contact hole**[1] – an opening in one or more insulative layers to expose a portion of a conductive layer for purposes of forming an electrical connection<br><br>**provided through**[2] – the contact hole is formed in the layer<br><br>**expose part of said . . . layer** – removing portions of one or more layers to uncover at least part of another layer<br><br>**extends through** – is disposed in |

[1] Disputed Term "contact hole" also appears in asserted claims 10 and 11 in the same context.

[2] Disputed Term "provided through" also appears in asserted claim 10 in the same context.

## INTRINSIC EVIDENCE FOR DISPUTED TERMS "CONTACT HOLE", "PROVIDED THROUGH" AND "EXTENDS THROUGH":



**FIG. 3**

To accomplish this objective of the present invention, there is provided a liquid crystal display device comprising a substrate; a gate electrode; a gate pad and a source pad formed on the substrate as a first conductive layer; a gate insulating film formed on the entire surface of the substrate; a semiconductor layer and an impurity-doped semiconductor layer formed on the gate insulating film above the gate electrode; a source electrode and a drain electrode formed on the semiconductor layer; a passivation layer formed on the entire surface of the substrate; a first contact hole exposing the source pad; a second contact hole exposing a portion of the drain electrode; a third contact hole exposing the gate pad portion; and a fourth contact hole exposing the source electrode, the contact holes being formed by etching the passivation layer and gate insulating film; a pixel electrode connected with the drain electrode through the second contact hole; and a transparent conductive layer connecting the source pad with the source electrode through the first contact hole and fourth contact hole.

2:37-55

source electrode and a drain electrode; forming a passivation film on the entire surface of the substrate; Selectively etching the passivation film and insulting film to respectively form a first contact hole exposing the source pad, a second contact hole exposing a portion of the drain electrode, a third contact hole exposing a gate pad portion, and a fourth contact hole exposing a portion of the source electrode; forming a transparent conductive layer on the entire surface of the substrate; and patterning a pixel electrode connected with the drain electrode through the second contact hole, a transparent conductive layer connected with the gate pad through the third contact hole, and a transparent conductive layer connecting the source pad with the source electrode through the first and fourth contact holes.

3:1-14

EX 5
17

## INTRINSIC EVIDENCE FOR DISPUTED TERMS "CONTACT HOLE", "PROVIDED THROUGH" AND "EXTENDS THROUGH" (cont'd):

As shown in FIG. 2d, a passivation layer 9, e.g., a nitride film, is deposited on the entire surface of the substrate by a CVD process. Then, a predetermined portion of passivation layer 9 and gate insulating film 3 are selectively etched to form first, second and third contact holes 20, 30 and 40, thereby exposing a predetermined region of source pad 7A above gate insulating film 3, a predetermined region of drain electrode 8, and a predetermined region of gate pad 2C. For external electrical connections It is necessary to exposed pads 7A and 2C.

4:6-15

Then, a conductive layer is formed on the substrate and etched in accordance with a predetermined pattern, thereby forming a source electrode 7 and a drain electrode 8. After forming a passivation layer 9 on the entire surface of the substrate, passivation layer 9 and gate insulating film 3 are selectively etched, thereby forming a first contact hole exposing the source pad 2A and a third contact hole exposing the gate pad 2B. Since the passivation layer 9 and gate insulating film 3 are preferably etched in a single step, the sidewalls of the first and second contact holes are planar and smooth.

5:6-15

## INTRINSIC EVIDENCE FOR DISPUTED TERM "EXPOSE PART OF SAID . . . LAYER":



**FIG. 3**

To accomplish this objective of the present invention, there is provided a liquid crystal display device comprising a substrate; a gate electrode; a gate pad and a source pad formed on the substrate as a first conductive layer; a gate insulating film formed on the entire surface of the substrate; a semiconductor layer and an impurity-doped semiconductor layer formed on the gate insulating film above the gate electrode; a source electrode and a drain electrode formed on the semiconductor layer; a passivation layer formed on the entire surface of the substrate; a first contact hole exposing the source pad; a second contact hole exposing a portion of the drain electrode; a third contact hole exposing the gate pad portion; and a fourth contact hole exposing the source electrode, the contact holes being formed by etching the passivation layer and gate insulating film; a pixel electrode connected with the drain electrode through the second contact hole; and a transparent conductive layer connecting the source pad with the source electrode through the first contact hole and fourth contact hole.

2:37-55

source electrode and a drain electrode; forming a passivation film on the entire surface of the substrate; Selectively etching the passivation film and insulting film to respectively form a first contact hole exposing the source pad, a second contact hole exposing a portion of the drain electrode, a third contact hole exposing a gate pad portion, and a fourth contact hole exposing a portion of the source electrode; forming a transparent conductive layer on the entire surface of the substrate; and patterning a pixel electrode connected with the drain electrode through the second contact hole, a transparent conductive layer connected with the gate pad through the third contact hole, and a transparent conductive layer connecting the source pad with the source electrode through the first and fourth contact holes.

3:1-14

EX 5
19

## INTRINSIC EVIDENCE FOR DISPUTED TERM "EXPOSE PART OF SAID . . . LAYER" (cont'd):

As shown in FIG. 2*d*, a passivation layer **9**, e.g., a nitride film, is deposited on the entire surface of the substrate by a CVD process. Then, a predetermined portion of passivation layer **9** and gate insulating film **3** are selectively etched to form first, second and third contact holes **20**, **30** and **40**, thereby exposing a predetermined region of source pad **7A** above gate insulating film **3**, a predetermined region of drain electrode **8**, and a predetermined region of gate pad **2C**. For external electrical connections It is necessary to exposed pads **7A** and **2C**.

4:6-15

Then, a conductive layer is formed on the substrate and etched in accordance with a predetermined pattern, thereby forming a source electrode **7** and a drain electrode **8**. After forming a passivation layer **9** on the entire surface of the substrate, passivation layer **9** and gate insulating film **3** are selectively etched, thereby forming a first contact hole exposing the source pad **2A** and a third contact hole exposing the gate pad **2B**. Since the passivation layer **9** and gate insulating film **3** are preferably etched in a single step, the sidewalls of the first and second contact holes are planar and smooth.

5:6-15

EX 5
20

# EXHIBIT 5
## U.S. PATENT NO. 5,825,449
### TERMS IN DISPUTE

**ASSERTED CLAIM 1**    **LGD's Claim Construction**

1. A wiring structure comprising:
a substrate;
a first conductive layer formed on a first portion of said
    substrate;
a first insulative layer formed on a second portion of said
    substrate and on said first conductive layer;



a second conductive layer formed on a first portion of said
    first insulative layer;
a second insulative layer formed on said second conduc-
    tive layer and on a second portion of said first insulative
    layer overlying said first conductive layer;
an indium tin oxide layer formed on said second insula-
    tive layer,
wherein a first contact hole is provided through said first
    and second insulative layers to expose part of said first
    conductive layer and a second contact hole is provided
    through said second insulative layer to expose part of
    said second conductive layer, said indium tin oxide
    layer extends through said first and second contact
    holes to electrically connect said first conductive layer
    with said second conductive layer, and
wherein one of said first and second conductive layers is
    connected to one of a plurality of terminals of a thin
    film transistor.

**one of said first and second conductive layers is connected to one of a plurality of terminals of a thin film transistor** – one, but not both, of the first and second conductive layers is directly connected to one terminal of a thin film transistor

**one of a plurality of terminals of a thin film transistor** – one of the terminals (i.e., source, drain, or gate) of a thin film transistor

**a plurality of terminals of a thin film transistor** – the terminals (i.e., source, drain, or gate) of a thin film transistor

**thin film transistor** - a three terminal device in which the current flow through one pair of terminals, the source and drain, is controlled or modulated by an electric field that penetrates the semiconductor; this field is introduced by a voltage applied at the third terminal, the gate, which is separated from the semiconductor by an insulating layer. The thin-film transistor is formed using thin-film techniques on an insulating substrate rather than in a single crystal silicon wafer

## INTRINSIC EVIDENCE FOR DISPUTED TERMS PERTAINING TO "PLURALITY OF TERMINALS AT A THIN FILM TRANSISTOR":



**FIG. 6**
PRIOR ART

Thin film transistors **620**, serving as active devices, are located at intersecting portions of gate lines **600** and data lines **610**. Gate lines **600** and data lines **610** are connected to the gates and sources, respectively of thin film transistors **620**. In addition, pixel electrodes **6** are connected to respective drain electrodes of thin film transistors **620**. Gate Pads **630** and Data Pads **640** are connected to the gate lines and data lines to receive datas from gate driver and data driver respectively.

1:22-30

As shown in FIG. **1**f, a nitride film is deposited on the entire surface of the substrate as a passivation layer **9** in order to seal the underlying device from moisture and to prevent absorption of impurities. Passivation layer **9** is selectively etched to expose source-pad **2A** and gate pad **2B**, thereby completing the TFT.

2:5-10

EX 5
22

**INTRINSIC EVIDENCE FOR DISPUTED TERMS PERTAINING TO "PLURALITY OF TERMINALS AT A THIN FILM TRANSISTOR" (cont'd):**

As shown in FIG. 2*e*, an indium tin oxide (ITO) layer is next deposited on the substrate by sputtering or a CVD process and etched according to a predetermined pattern to form a pixel electrode **6**. As further shown in FIG. 2*e*, pixel electrode **6** is connected to the upper portion of drain electrode **8** At the same time, ITO pattern **6**B is formed on gate pad **2**C. In addition, ITO pattern **6A is provided on source pad 2A, which is part of a data electrode of the LCD.** The TFT of the present invention having electrical contacts or wiring structures including gate pad **2**C, layer **6**B and layer **6**A, source pad **7**A is thus completed.

4:16-27

By this Amendment, Applicant has amended claim 11 essentially to include the recitations of canceled claim 12. As amended, claim 11 recites that a wiring structure includes a third conductive layer formed on a second insulating layer and electrically connected to first and second conductive layers via first and second contact holes, wherein one of the first and second conductive layers is connected to one of a plurality of terminals of a thin film transistor. The terminals of a thin film transistor correspond to the gate, source, and drain.

App. 08/781,188, 11/17/1997 Amendment, p. 5

**EXHIBIT 5**
**U.S. PATENT NO. 5,825,449**
**TERMS IN DISPUTE**

| ASSERTED CLAIM 10 | LGD's Claim Construction |
|---|---|

**ASSERTED CLAIM 10**

**10.** A liquid crystal display device comprising:

a substrate;

a first conductive layer on said substrate including:
    a gate electrode,
    a gate pad, and
    a source pad;

a gate insulating film on said surface of said substrate,

a portion of said gate insulating film overlying said gate electrode;

a semiconductor layer on said portion of said gate insulating film;

an impurity-doped semiconductor layer on said semiconductor layer;

a source electrode and a drain electrode on said semiconductor layer;

a passivation layer overlying said source pad, said drain electrode, said gate pad, and said source electrode;

a first contact hole provided through said passivation layer and said gate insulating film exposing said source pad;

~

a second contact hole provided through said passivation layer exposing said drain electrode;

a third contact hole provided through said passivation layer and said gate insulating film exposing said gate pad;

a fourth contact hole provided through said passivation layer exposing said source electrode;

a pixel electrode electrically connected with said drain electrode via said second contact hole; and

a transparent conductive layer electrically connecting said source pad with said source electrode via said first contact hole and said fourth contact hole.

**LGD's Claim Construction**

**liquid crystal display device[1]** - a type of display that generates an image by directing light through an array of liquid crystal pixels, where the amount of light effused by each pixel is controlled via an electric field varying the orientation of the liquid crystal molecules contained within the pixel

**passivation layer** – a thickness of insulative material that provides protection such as electrical stability and chemical isolation

[1] Disputed Term "liquid crystal display" also appears in asserted claim 11 in the same context.

## INTRINSIC EVIDENCE FOR DISPUTED TERM "LIQUID CRYSTAL DISPLAY DEVICE":

Active matrix thin film displays include thin film transistors (TFTs) for driving the liquid crystal material in individual pixels of the display. As shown in FIG. **6**, a conventional LCD includes an array of pixels each having liquid crystal material (not shown) sandwiched between a common electrode provided on a top plate (not shown) and a pixel electrode **6** disposed on a bottom plate. The bottom plate further includes a plurality of gate lines **600** intersecting a plurality of data lines **610**.

1:13-20

**7** conducts a data signal, received from a data wiring layer and drain electrode **8**, to pixel electrode **6**. The signal is stored in the form of charge on pixel electrode **6**, thereby driving the liquid crystal.

2:1-4

## INTRINSIC EVIDENCE FOR DISPUTED TERM "PASSIVATION LAYER":

As shown in FIG. 1*f*, a nitride film is deposited on the entire surface of the substrate as a passivation layer **9** in order to seal the underlying device from moisture and to prevent absorption of impurities. Passivation layer **9** is selectively etched to expose source-pad **2A** and gate pad **2B**, thereby completing the TFT.

2:5-10

As shown in FIG. 2*d*, a passivation layer **9**, e.g., a nitride film, is deposited on the entire surface of the substrate by a CVD process. Then, a predetermined portion of passivation layer **9** and gate insulating film **3** are selectively etched to form first, second and third contact holes **20**, **30** and **40**, thereby exposing a predetermined region of source pad **7A** above gate insulating film **3**, a predetermined region of drain electrode **8**, and a predetermined region of gate pad **2C**. For external electrical connections It is necessary to exposed pads **7A** and **2C**.

4:6-15

**EXHIBIT 5**
**U.S. PATENT NO. 5,825,449**
**TERMS IN DISPUTE**

| ASSERTED CLAIM 10 | LGD's Claim Construction |
|---|---|
| **10**. A liquid crystal display device comprising:<br>a substrate;<br>a first conductive layer on said substrate including:<br>    a gate electrode,<br>    a gate pad, and<br>    a source pad;<br>a gate insulating film on said surface of said substrate,<br>a portion of said gate insulating film overlying said gate electrode;<br>a semiconductor layer on said portion of said gate insulating film;<br>an impurity-doped semiconductor layer on said semiconductor layer;<br>a source electrode and a drain electrode on said semiconductor layer;<br>a passivation layer overlying said source pad, said drain electrode, said gate pad, and said source electrode;<br>a first contact hole provided through said passivation layer and said gate insulating film exposing said source pad;<br>~<br>a second contact hole provided through said passivation layer exposing said drain electrode;<br>a third contact hole provided through said passivation layer and said gate insulating film exposing said gate pad;<br>a fourth contact hole provided through said passivation layer exposing said source electrode;<br>a pixel electrode electrically connected with said drain electrode via said second contact hole; and<br>a transparent conductive layer electrically connecting said source pad with said source electrode via said first contact hole and said fourth contact hole. | **a gate insulating film on said surface of said substrate** – a thickness of non-conductive material (such as SiNx) that has high electrical resistance and insulates the transistor gate from the semiconductor above and in contact with at least part of the surface of the substrate<br><br>**gate insulating film** – a thickness of non-conductive material (such as SiNx) that has high electrical resistance and insulates the transistor gate from the semiconductor<br><br>**insulating film**[1] – a thickness of non-conductive material (such as SiNx) that has high electrical resistance |

---

[1] Disputed Term "insulating film" also appears in asserted claim 11 in the same context.

# INTRINSIC EVIDENCE FOR DISPUTED TERMS PERTAINING TO "GATE INSULATING FILM" AND "INSULATING FILM":

As shown in FIG. 1*b*, a gate insulating film **3**, such as a nitride film or an oxide film, is formed on the entire surface of the substrate in order to electrically insulate gate **2**. An amorphous silicon active layer **4** is formed on a portion of gate insulating film **3** overlying gate **2**. Then, in order to reduce the contact resistance between the active layer and the source/drain regions in the completed device, and appropriately doped semiconductor layer **5** is formed on amorphous silicon layer **4** as an ohmic contact layer. Doped

1:39-48

As shown in FIG. 2*b*, a gate insulating film **3** such as a nitride film or an oxide film is formed on the entire surface of the substrate in order to electrically insulate gate **2**. Semiconductor active layer **4** is then formed on insulating gate **2**. Active layer **4** is preferably made of amorphous silicon layer deposited by a chemical vapor deposition ( CVD) process. Then, in order to reduce the contact resis-

3:50-56

**EXHIBIT 5**
**U.S. PATENT NO. 5,825,449**
**TERMS IN DISPUTE**

| ASSERTED CLAIM 10 | LGD's Claim Construction |
|---|---|

**10.** A liquid crystal display device comprising:
a substrate;
a first conductive layer on said substrate including:
    a gate electrode,
    a gate pad, and
    a source pad;
a gate insulating film on said surface of said substrate,
a portion of said gate insulating film overlying said gate
    electrode;
a semiconductor layer on said portion of said gate insu-
    lating film;
an impurity-doped semiconductor layer on said semicon-
    ductor layer;
a source electrode and a drain electrode on said semicon-
    ductor layer;
a passivation layer overlying said source pad, said drain
    electrode, said gate pad, and said source electrode;
a first contact hole provided through said passivation layer
    and said gate insulating film exposing said source pad;

~

a second contact hole provided through said passivation
    layer exposing said drain electrode;
a third contact hole provided through said passivation
    layer and said gate insulating film exposing said gate
    pad;
a fourth contact hole provided through said passivation
    layer exposing said source electrode;
a pixel electrode electrically connected with said drain
    electrode via said second contact hole; and
a transparent conductive layer electrically connecting said
    source pad with said source electrode via said first
    contact hole and said fourth contact hole.

**a semiconductor layer on said portion of said gate insulating film** – a thickness of semiconductor material above and in contact with a part of the gate insulating film

**semiconductor layer**[1] – a thickness of semiconductor material, such as amorphous silicon

**impurity-doped semiconductor layer**[2] – a thickness of semiconductor material, such as amorphous silicon, to which impurities (such as phosphorous atoms) have been added to enhance electrical conductivity

[1] Disputed Term "semiconductor layer" also appears in asserted claim 11 in the same context.

[2] Disputed Term "impurity-doped semiconductor layer" also appears in asserted claim 11 in the same context.

## INTRINSIC EVIDENCE FOR DISPUTED TERMS PERTAINING TO "SEMICONDUCTOR LAYER":

As shown in FIG. 1*b*, a gate insulating film **3**, such as a nitride film or an oxide film, is formed on the entire surface of the substrate in order to electrically insulate gate **2**. An amorphous silicon active layer **4** is formed on a portion of gate insulating film **3** overlying gate **2**. Then, in order to reduce the contact resistance between the active layer and the source/drain regions in the completed device, and appropriately doped semiconductor layer **5** is formed on amorphous silicon layer **4** as an ohmic contact layer. Doped semiconductor layer **5** and amorphous silicon layer **4** are then etched in accordance with a predetermined active layer pattern.

1:39-50

To accomplish this objective of the present invention, there is provided a liquid crystal display device comprising a substrate; a gate electrode; a gate pad and a source pad formed on the substrate as a first conductive layer; a gate insulating film formed on the entire surface of the substrate; a semiconductor layer and an impurity-doped semiconductor layer formed on the gate insulating film above the gate electrode; a source electrode and a drain electrode formed on the semiconductor layer; a passivation layer formed on the entire surface of the substrate; a first contact hole exposing the source pad; a second contact hole exposing a portion of

2:37-47

To further accomplish the objective of the present invention, there is also provided a method of manufacturing a liquid crystal display device, comprising the steps of forming a first conductive layer on a substrate; patterning the first conductive layer to respectively form a gate electrode, a gate pad and a source pad; sequentially forming an insulating film, a semiconductor layer and an impurity-doped semiconductor layer on the entire surface of the substrate; patterning the impurity-doped semiconductor layer and semiconductor layer to an active pattern; forming a second conductive layer on the entire surface of the substrate; patterning the second conductive layer to form a

2:56-67

## INTRINSIC EVIDENCE FOR DISPUTED TERMS PERTAINING TO "SEMICONDUCTOR LAYER" (cont'd):

As shown in FIG. 2*b*, a gate insulating film **3** such as a nitride film or an oxide film is formed on the entire surface of the substrate in order to electrically insulate gate **2**. Semiconductor active layer **4** is then formed on insulating gate **2**. Active layer **4** is preferably made of amorphous silicon layer deposited by a chemical vapor deposition ( CVD) process. Then, in order to reduce the contact resistance between the active layer and the subsequently formed source and drain, an impurity-doped semiconductor layer **5** is formed on amorphous silicon layer **4**, as an ohmic contact layer. Impurity-doped semiconductor layer **5** and amorphous silicon layer **4** are etched according to a predetermined active layer pattern.

3:50-62

pad **2B**. After forming a gate insulating film **3** on the entire surface of the substrate, an amorphous silicon layer **4** and an impurity-doped semiconductor layer **5** are sequentially formed therson. These layers are then etched in accordance with a predetermined active layer pattern.

5:1-5

# EXHIBIT 5
# U.S. PATENT NO. 5,825,449
# TERMS IN DISPUTE

## ASSERTED CLAIM 10

**10.** A liquid crystal display device comprising:
a substrate;
a first conductive layer on said substrate including:
  a gate electrode,
  a gate pad, and
  a source pad;
a gate insulating film on said surface of said substrate,
a portion of said gate insulating film overlying said gate electrode;
a semiconductor layer on said portion of said gate insulating film;
an impurity-doped semiconductor layer on said semiconductor layer;
a source electrode and a drain electrode on said semiconductor layer;
a passivation layer overlying said source pad, said drain electrode, said gate pad, and said source electrode;
a first contact hole provided through said passivation layer and said gate insulating film exposing said source pad;

~

a second contact hole provided through said passivation layer exposing said drain electrode;
a third contact hole provided through said passivation layer and said gate insulating film exposing said gate pad;
a fourth contact hole provided through said passivation layer exposing said source electrode;
a pixel electrode electrically connected with said drain electrode via said second contact hole; and
a transparent conductive layer electrically connecting said source pad with said source electrode via said first contact hole and said fourth contact hole.

## LGD's Claim Construction

**gate electrode[1]** – a patterned electrically conductive material that controls current flow through the channel between the source electrode and drain electrode

**a source electrode and a drain electrode on said semiconductor layer** – a source electrode and a drain electrode above and in contact with the semiconductor layer

**source electrode[2]** - a patterned, electrically conductive material formed over the source region. Current flows through the channel between the source electrode and drain electrode under control of the gate electrode

**drain electrode[3]** – a patterned, electrically conductive material formed over the drain region. Current flows through the channel between the source and drain electrode under the control of the gate electrode

[1] Disputed Term "gate electrode" also appears in asserted claim 11 in the same context.

[2] Disputed Term "source electrode" also appears in asserted claim 11 in the same context.

[3] Disputed Term "drain electrode" also appears in asserted claim 11 in the same context.

## INTRINSIC EVIDENCE FOR DISPUTED TERMS PERTAINING TO "GATE ELECTRODE," "SOURCE ELECTRODE," AND "DRAIN ELECTRODE":

A method for fabricating a liquid crystal display is disclosed whereby a source and gate are exposed after the step of forming a passivation layer. As a result, the number of processing steps is reduced and yield is improved.

Abstract, p. 1



**FIG. 6**
**PRIOR ART**

Thin film transistors **620**, serving as active devices, are located at intersecting portions of gate lines **600** and data lines **610**. Gate lines **600** and data lines **610** are connected to the gates and sources, respectively of thin film transistors **620**. In addition, pixel electrodes **6** are connected to respective drain electrodes of thin film transistors **620**. Gate Pads **630** and Data Pads **640** are connected to the gate lines and data lines to receive datas from gate driver and data driver respectively.

A conventional method of manufacturing a liquid crystal display device including TFT driving elements will be described with reference to FIGS. 1*a*–1*f*.

1:22-33

EX 5
33

## INTRINSIC EVIDENCE FOR DISPUTED TERMS PERTAINING TO "GATE ELECTRODE," "SOURCE ELECTRODE," AND "DRAIN ELECTRODE" (cont'd):

As shown in FIG. 1*f*, a nitride film is deposited on the entire surface of the substrate as a passivation layer **9** in order to seal the underlying device from moisture and to prevent absorption of impurities. Passivation layer **9** is selectively etched to expose source-pad **2A** and gate pad **2B**, thereby completing the TFT.

2:5-10

To further accomplish the objective of the present invention, there is also provided a method of manufacturing a liquid crystal display device, comprising the steps of forming a first conductive layer on a substrate; patterning the first conductive layer to respectively form a gate electrode,

2:56-62

Referring first to FIG. 2*a*, a conductive layer is formed on a transparent glass substrate **1** and patterned to form a gate electrode **2**, a storage capacitor electrode **2D**, and a gate pad **2C**, all of the same material. The gate electrode is used for applying a voltage in order to drive the active layer in the completed TFT device.

3:44-49

As shown in FIG. 2*e*, an indium tin oxide (ITO) layer is next deposited on the substrate by sputtering or a CVD process and etched according to a predetermined pattern to form a pixel electrode **6**. As further shown in FIG. 2*e*, pixel electrode **6** is connected to the upper portion of drain electrode **8** At the same time, ITO pattern **6B** is formed on gate pad **2C**. In addition, ITO pattern **6A** is provided on source pad **2A**, which is part of a data electrode of the LCD. The TFT of the present invention having electrical contacts or wiring structures including gate pad **2C**, layer **6B** and layer **6A**, source pad **7A** is thus completed.

4:16-27

**EXHIBIT 5**
**U.S. PATENT NO. 5,825,449**
**TERMS IN DISPUTE**

| ASSERTED CLAIM 10 | LGD's Claim Construction |
|---|---|
| 10. A liquid crystal display device comprising:<br>a substrate;<br>a first conductive layer on said substrate including:<br>    a gate electrode,<br>    a gate pad, and<br>    a source pad;<br>a gate insulating film on said surface of said substrate,<br>a portion of said gate insulating film overlying said gate electrode;<br>a semiconductor layer on said portion of said gate insulating film;<br>an impurity-doped semiconductor layer on said semiconductor layer;<br>a source electrode and a drain electrode on said semiconductor layer;<br>a passivation layer overlying said source pad, said drain electrode, said gate pad, and said source electrode;<br>a first contact hole provided through said passivation layer and said gate insulating film exposing said source pad;<br><br>~<br><br>a second contact hole provided through said passivation layer exposing said drain electrode;<br>a third contact hole provided through said passivation layer and said gate insulating film exposing said gate pad;<br>a fourth contact hole provided through said passivation layer exposing said source electrode;<br>a pixel electrode electrically connected with said drain electrode via said second contact hole; and<br>a transparent conductive layer electrically connecting said source pad with said source electrode via said first contact hole and said fourth contact hole. | **exposing said gate pad [portion]**[1] – removing portions of one or more layers to uncover at least part of a gate pad [portion]<br><br>**exposing**[2] – removing portions of one or more layers to uncover at least part of another layer<br><br>**pixel electrode**[3]– a pattern of transparent electrically conductive material that stores charge to drive the liquid crystal material within an individual element of the liquid crystal display device<br><br>**transparent conductive layer**[4]– a thickness of transparent electrically conductive material |

[1] Disputed Term "exposing said gate pad portion" appears in claim 11 in the same context as "exposing said gate pad" appears in claim 10.

[2] Disputed Term "exposing" also appears in asserted claim 11 in the same context.

[3] Disputed Term "pixel electrode" also appears in asserted claim 11 in the same context.

[4] Disputed Term "transparent conductive layer" also appears in asserted claim 11 in the same context.

# INTRINSIC EVIDENCE FOR DISPUTED TERMS PERTAINING TO "EXPOSING":



**FIG. 3**

To accomplish this objective of the present invention, there is provided a liquid crystal display device comprising a substrate; a gate electrode; a gate pad and a source pad formed on the substrate as a first conductive layer; a gate insulating film formed on the entire surface of the substrate; a semiconductor layer and an impurity-doped semiconductor layer formed on the gate insulating film above the gate electrode; a source electrode and a drain electrode formed on the semiconductor layer; a passivation layer formed on the entire surface of the substrate; a first contact hole exposing the source pad; a second contact hole exposing a portion of the drain electrode; a third contact hole exposing the gate pad portion; and a fourth contact hole exposing the source electrode, the contact holes being formed by etching the passivation layer and gate insulating film; a pixel electrode connected with the drain electrode through the second contact hole; and a transparent conductive layer connecting the source pad with the source electrode through the first contact hole and fourth contact hole.

2:37-55

source electrode and a drain electrode; forming a passivation film on the entire surface of the substrate; Selectively etching the passivation film and insulting film to respectively form a first contact hole exposing the source pad, a second contact hole exposing a portion of the drain electrode, a third contact hole exposing a gate pad portion, and a fourth contact hole exposing a portion of the source electrode; forming a transparent conductive layer on the entire surface of the substrate; and patterning a pixel electrode connected with the drain electrode through the second contact hole, a transparent conductive layer connected with the gate pad through the third contact hole, and a transparent conductive layer connecting the source pad with the source electrode through the first and fourth contact holes.

3:1-14

EX 5
36

## INTRINSIC EVIDENCE FOR DISPUTED TERMS PERTAINING TO "EXPOSING" (cont'd):

As shown in FIG. 2d, a passivation layer **9**, e.g., a nitride film, is deposited on the entire surface of the substrate by a CVD process. Then, a predetermined portion of passivation layer **9** and gate insulating film **3** are selectively etched to form first, second and third contact holes **20**, **30** and **40**, thereby exposing a predetermined region of source pad **7A** above gate insulating film **3**, a predetermined region of drain electrode **8**, and a predetermined region of gate pad **2C**. For external electrical connections It is necessary to exposed pads **7A** and **2C**.

4:6-15

Then, a conductive layer is formed on the substrate and etched in accordance with a predetermined pattern, thereby forming a source electrode **7** and a drain electrode **8**. After forming a passivation layer **9** on the entire surface of the substrate, passivation layer **9** and gate insulating film **3** are selectively etched, thereby forming a first contact hole exposing the source pad **2A** and a third contact hole exposing the gate pad **2B**. Since the passivation layer **9** and gate insulating film **3** are preferably etched in a single step, the sidewalls of the first and second contact holes are planar and smooth.

5:6-15

# INTRINSIC EVIDENCE FOR DISPUTED TERMS "PIXEL ELECTRODE" AND "TRANSPARENT CONDUCTIVE LAYER":

Since a pad wiring layer is necessary in order to communicate information from an external driving circuit to the gate and source, a gate insulating film **3** is selectively etched to expose source pad **2A** and gate pad **2B** (see FIG. 1*c*). Next, as shown in FIG. 1*d*, a transparent conductive layer (ITO) is deposited on the entire surface of the substrate and patterned to form a pixel electrode **6**, which is formed on a portion of the display pixel, while ITO patterns **6A** and **6B** are formed on source pad **2A** and gate pad **2B**, respectively.

1:51-60

**7** conducts a data signal, received from a data wiring layer and drain electrode **8**, to pixel electrode **6**. The signal is stored in the form of charge on pixel electrode **6**, thereby driving the liquid crystal.

2:1-4

ITO is then deposited on the entire surface of the substrate and patterned to form a pixel electrode **6** connected to drain electrode **8** through the contact hole overlying drain electrode **8** in the pixel part. At the same time, ITO patterns **6A**, **6B** and **6C** are formed to contact source pad **2A** and gate pad **2B** through the contact holes formed at gate insulating film **3** and passivation layer **9**.

5:16-22

**EXHIBIT 5**
**U.S. PATENT NO. 5,825,449**
**TERMS IN DISPUTE**

| <u>ASSERTED CLAIM 11</u> | LGD's Claim Construction |
|---|---|

11. A method of manufacturing a liquid crystal display device, comprising the steps of:

forming a first conductive layer on a substrate;

patterning said first conductive layer to form a gate electrode, a gate pad and a source pad;

forming an insulating film on said substrate including said patterned conductive layer;

forming a semiconductor layer on said insulating film;

forming an impurity-doped semiconductor layer on said semiconductor layer;

patterning said impurity-doped semiconductor layer and said semiconductor layer to form an active layer;

forming a second conductive layer overlying said substrate including said active layer;

patterning said second conductive layer to form source electrode and a drain electrode on said active layer;

forming a passivation film overlying said substrate including said source pad, a portion of said drain electrode, said gate pad portion, and a portion of said source electrode;

selectively etching said passivation film and said insulating film to form a first contact hole exposing said source pad, a second contact hole exposing said portion of said drain electrode, a third contact hole exposing said gate pad portion, and a fourth contact hole exposing said portion of said source electrode;

patterning a pixel electrode electrically connected to said drain electrode via said second contact hole;

patterning a first transparent conductive layer electrically connected to said gate pad through said third contact hole; and

patterning second transparent conductive layer electrically connecting said source pad to said source electrode via said first and fourth contact holes.

**a method of manufacturing a liquid crystal display device** – a process for producing a liquid crystal display device

**active layer** – a discrete portion of semiconductor layer that is formed by patterning and located at least in part above the gate electrode. In operation, the discrete portion is penetrated, at least in part, by the electric field introduced by the gate electrode

**electrically connect/electrically connecting/electrically connected**[1] – provide an electrical conduction path

---

[1] Disputed Terms "electrically connect/electrically connecting/electrically connected" also appear in asserted claims 1 and 11 in the same context.

## INTRINSIC EVIDENCE FOR DISPUTED TERM "A METHOD OF MANUFACTURING A LIQUID CRYSTAL DISPLAY DEVICE":



**FIG. 1a**
PRIOR ART



**FIG. 1b**
PRIOR ART



**FIG. 1c**
PRIOR ART



**FIG. 1d**
PRIOR ART



**FIG. 1e**
PRIOR ART



**FIG. 1f**
PRIOR ART

A conventional method of manufacturing a liquid crystal display device including TFT driving elements will be described with reference to FIGS. 1a–1f.

1:31-33

## INTRINSIC EVIDENCE FOR DISPUTED TERM "ACTIVE LAYER":

As shown in FIG. 1*b*, a gate insulating film **3**, such as a nitride film or an oxide film, is formed on the entire surface of the substrate in order to electrically insulate gate **2**. An amorphous silicon active layer **4** is formed on a portion of gate insulating film **3** overlying gate **2**. Then, in order to reduce the contact resistance between the active layer and the source/drain regions in the completed device, and appropriately doped semiconductor layer **5** is formed on amorphous silicon layer **4** as an ohmic contact layer. Doped semiconductor layer **5** and amorphous silicon layer **4** are then etched in accordance with a predetermined active layer pattern.

1:40-50

To further accomplish the objective of the present invention, there is also provided a method of manufacturing a liquid crystal display device, comprising the steps of forming a first conductive layer on a substrate; patterning the first conductive layer to respectively form a gate electrode, a gate pad and a source pad; sequentially forming an insulating film, a semiconductor layer and an impurity-doped semiconductor layer on the entire surface of the substrate; patterning the impurity-doped semiconductor layer and semiconductor layer to an active pattern; forming a second conductive layer on the entire surface of the substrate; patterning the second conductive layer to form a

2:56-67

As shown in FIG. 2*b*, a gate insulating film **3** such as a nitride film or an oxide film is formed on the entire surface of the substrate in order to electrically insulate gate **2**. Semiconductor active layer **4** is then formed on insulating gate **2**. Active layer **4** is preferably made of amorphous silicon layer deposited by a chemical vapor deposition ( CVD) process. Then, in order to reduce the contact resistance between the active layer and the subsequently formed source and drain, an impurity-doped semiconductor layer **5** is formed on amorphous silicon layer **4**, as an ohmic contact layer. Impurity-doped semiconductor layer **5** and amorphous silicon layer **4** are etched according to a predetermined active layer pattern.

3:50-62

pad **2B**. After forming a gate insulating film **3** on the entire surface of the substrate, an amorphous silicon layer **4** and an impurity-doped semiconductor layer **5** are sequentially formed therson. These layers are then etched in accordance with a predetermined active layer pattern.

5:1-5

EX 5
41

## INTRINSIC EVIDENCE FOR DISPUTED TERM "ELECTRICALLY CONNECT/ELECTRICALLY CONNECTING/ELECTRICALLY CONNECTED":



FIG. 3

wherein a first contact hole is provided through said first and second insulative layers to expose part of said first conductive layer and a second contact hole is provided through said second insulative layer to expose part of said second conductive layer, said indium tin oxide layer extends through said first and second contact holes to electrically connect said first conductive layer with said second conductive layer, and

6:9-16

By this Amendment, Applicant has amended claim 11 essentially to include the recitations of canceled claim 12. As amended, claim 11 recites that a wiring structure includes a third conductive layer formed on a second insulating layer and electrically connected to first and second conductive layers via first and second contact holes, wherein one of the first and second conductive layers is connected to one of a plurality of terminals of a thin film transistor. The terminals of a thin film transistor correspond to the gate, source, and drain.

Appl. No. 08/781,188, 11/17/1997 Amendment, p. 5

# EXHIBIT 5
## U.S. PATENT NO. 5,825,449
## TERMS IN DISPUTE

| ASSERTED CLAIM 1 | LGD's Claim Construction |
|---|---|
| **11.** A method of manufacturing a liquid crystal display device, comprising the steps of:<br><br>forming a first conductive layer on a substrate;<br><br>patterning said first conductive layer to form a gate electrode, a gate pad and a source pad;<br><br>forming an insulating film on said substrate including said patterned conductive layer;<br><br>forming a semiconductor layer on said insulating film;<br><br>forming an impurity-doped semiconductor layer on said semiconductor layer;<br><br>patterning said impurity-doped semiconductor layer and said semiconductor layer to form an active layer;<br><br>forming a second conductive layer overlying said substrate including said active layer;<br><br>patterning said second conductive layer to form source electrode and a drain electrode on said active layer;<br><br>forming a passivation film overlying said substrate including said source pad, a portion of said drain electrode, said gate pad portion, and a portion of said source electrode;<br><br>selectively etching said passivation film and said insulating film to form a first contact hole exposing said source pad, a second contact hole exposing said portion of said drain electrode, a third contact hole exposing said gate pad portion, and a fourth contact hole exposing said portion of said source electrode;<br><br>patterning a pixel electrode electrically connected to said drain electrode via said second contact hole;<br><br>patterning a first transparent conductive layer electrically connected to said gate pad through said third contact hole; and<br><br>patterning second transparent conductive layer electrically connecting said source pad to said source electrode via said first and fourth contact holes. | **patterning . . . to form an active layer** – the removal of selected portions of the impurity-doped semiconductor layer and the semiconductor layer using etching techniques in order to form an active layer<br><br>**patterning** – the removal of selected portions of a surface using etching techniques in order to produce a pattern in the remaining material<br><br>**selectively etching** – the removing selected portions of a surface using etching techniques (such as wet etching, plasma etching, reactive ion etching, and ion etching) in order to produce a desired pattern on the surface<br><br>**patterning a pixel electrode electrically connected to said drain electrode** – the removal of selected portions of a pattern of transparent electrically conductive material to form a pixel electrode that has an electrical conduction path with the drain electrode |

EX 5
43

## INTRINSIC EVIDENCE FOR DISPUTED TERMS "PATTERNING . . . TO FORM AN ACTIVE LAYER" AND "PATTERNING":

To further accomplish the objective of the present invention, there is also provided a method of manufacturing a liquid crystal display device, comprising the steps of forming a first conductive layer on a substrate; patterning the first conductive layer to respectively form a gate electrode, a gate pad and a source pad; sequentially forming an insulating film, a semiconductor layer and an impurity-doped semiconductor layer on the entire surface of the substrate; patterning the impurity-doped semiconductor layer and semiconductor layer to an active pattern; forming a second conductive layer on the entire surface of the substrate; patterning the second conductive layer to form a

2:56-67

As shown in FIG. 2*b*, a gate insulating film 3 such as a nitride film or an oxide film is formed on the entire surface of the substrate in order to electrically insulate gate 2. Semiconductor active layer 4 is then formed on insulating gate 2. Active layer 4 is preferably made of amorphous silicon layer deposited by a chemical vapor deposition ( CVD) process. Then, in order to reduce the contact resistance between the active layer and the subsequently formed source and drain, an impurity-doped semiconductor layer 5 is formed on amorphous silicon layer 4, as an ohmic contact layer. Impurity-doped semiconductor layer 5 and amorphous silicon layer 4 are etched according to a predetermined active layer pattern.

3:50-62

As shown in FIG. 2*e*, an indium tin oxide (ITO) layer is next deposited on the substrate by sputtering or a CVD process and etched according to a predetermined pattern to form a pixel electrode 6. As further shown in FIG. 2*e*, pixel electrode 6 is connected to the upper portion of drain electrode 8 At the same time, ITO pattern 6B is formed on gate pad 2C. In addition, ITO pattern 6A is provided on source pad 2A, which is part of a data electrode of the LCD. The TFT of the present invention having electrical contacts or wiring structures including gate pad 2C, layer 6B and layer 6A, source pad 7A is thus completed.

4:16-27

EX 5
44

## INTRINSIC EVIDENCE FOR DISPUTED TERM "SELECTIVELY ETCHING":

source electrode and a drain electrode; forming a passivation film on the entire surface of the substrate; Selectively etching the passivation film and insulting film to respectively form a first contact hole exposing the source pad, a second contact hole exposing a portion of the drain electrode, a third contact hole exposing a gate pad portion, and a fourth contact hole exposing a portion of the source electrode; forming a transparent conductive layer on the entire surface of the substrate; and patterning a pixel electrode connected with the drain electrode through the second contact hole, a transparent conductive layer connected with the gate pad through the third contact hole, and a transparent conductive layer connecting the source pad with the source electrode through the first and fourth contact holes.

3:1-14

As shown in FIG. 2d, a passivation layer 9, e.g., a nitride film, is deposited on the entire surface of the substrate by a CVD process. Then, a predetermined portion of passivation layer 9 and gate insulating film 3 are selectively etched to form first, second and third contact holes 20, 30 and 40, thereby exposing a predetermined region of source pad 7A above gate insulating film 3, a predetermined region of drain electrode 8, and a predetermined region of gate pad 2C. For external electrical connections It is necessary to exposed pads 7A and 2C.

4:6-15

Then, a conductive layer is formed on the substrate and etched in accordance with a predetermined pattern, thereby forming a source electrode 7 and a drain electrode 8. After forming a passivation layer 9 on the entire surface of the substrate, passivation layer 9 and gate insulating film 3 are selectively etched, thereby forming a first contact hole exposing the source pad 2A and a third contact hole exposing the gate pad 2B. Since the passivation layer 9 and gate insulating film 3 are preferably etched in a single step, the sidewalls of the first and second contact holes are planar and smooth.

5:5-15

EX 5
45

# INTRINSIC EVIDENCE FOR DISPUTED TERM "PATTERNING A PIXEL ELECTRODE ELECTRICALLY CONNECTED TO SAID DRAIN ELECTRODE":

Since a pad wiring layer is necessary in order to communicate information from an external driving circuit to the gate and source, a gate insulating film 3 is selectively etched to expose source pad 2A and gate pad 2B (see FIG. 1c). Next, as shown in FIG. 1d, a transparent conductive layer (ITO) is deposited on the entire surface of the substrate and patterned to form a pixel electrode 6, which is formed on a portion of the display pixel, while ITO patterns 6A and 6B are formed on source pad 2A and gate pad 2B, respectively.

1:51-60

To further accomplish the objective of the present invention, there is also provided a method of manufacturing a liquid crystal display device, comprising the steps of forming a first conductive layer on a substrate; patterning the first conductive layer to respectively form a gate electrode, a gate pad and a source pad; sequentially forming an insulating film, a semiconductor layer and an impurity-doped semiconductor layer on the entire surface of the substrate; patterning the impurity-doped semiconductor layer and semiconductor layer to an active pattern; forming a second conductive layer on the entire surface of the substrate; patterning the second conductive layer to form a



source electrode and a drain electrode; forming a passivation film on the entire surface of the substrate; Selectively etching the passivation film and insulting film to respectively form a first contact hole exposing the source pad, a second contact hole exposing a portion of the drain electrode, a third contact hole exposing a gate pad portion, and a fourth contact hole exposing a portion of the source electrode; forming a transparent conductive layer on the entire surface of the substrate; and patterning a pixel electrode connected with the drain electrode through the second contact hole, a transparent conductive layer connected with the gate pad through the third contact hole, and a transparent conductive layer connecting the source pad with the source electrode through the first and fourth contact holes.

2:56-3:14

EX 5
46

## INTRINSIC EVIDENCE FOR DISPUTED TERM "PATTERNING A PIXEL ELECTRODE ELECTRICALLY CONNECTED TO SAID DRAIN ELECTRODE" (cont'd):

Referring first to FIG. 2a, a conductive layer is formed on a transparent glass substrate 1 and patterned to form a gate electrode 2, a storage capacitor electrode 2D, and a gate pad 2C, all of the same material. The gate electrode is used for applying a voltage in order to drive the active layer in the completed TFT device.

3:44-49

As shown in FIG. 2b, a gate insulating film 3 such as a nitride film or an oxide film is formed on the entire surface of the substrate in order to electrically insulate gate 2. Semiconductor active layer 4 is then formed on insulating gate 2. Active layer 4 is preferably made of amorphous silicon layer deposited by a chemical vapor deposition ( CVD) process. Then, in order to reduce the contact resistance between the active layer and the subsequently formed source and drain, an impurity-doped semiconductor layer 5 is formed on amorphous silicon layer 4, as an ohmic contact layer. Impurity-doped semiconductor layer 5 and amorphous silicon layer 4 are etched according to a predetermined active layer pattern.

3:50-62

As shown in FIG. 2c, a conductive layer for forming source electrode 7 and drain electrode 8 is deposited on the substrate by patterning a sputtered layer of conductive material. Using the source and drain electrodes as masks, portions of the impurity-doped semiconductor layer 5 are

3:63-67

EX 5
47

## INTRINSIC EVIDENCE FOR DISPUTED TERM "PATTERNING A PIXEL ELECTRODE ELECTRICALLY CONNECTED TO SAID DRAIN ELECTRODE" (cont'd):

> In other words, a conductive layer is formed on a transparent glass substrate **1** and patterned to form gate **2**, a storage capacitor electrode **2D**,. a source pad **2A** and a gate
>
> ~
>
> pad **2B**. After forming a gate insulating film **3** on the entire surface of the substrate, an amorphous silicon layer **4** and an impurity-doped semiconductor layer **5** are sequentially formed therson. These layers are then etched in accordance with a predetermined active layer pattern.
>
> Then, a conductive layer is formed on the substrate and etched in accordance with a predetermined pattern, thereby forming a source electrode **7** and a drain electrode **8**. After forming a passivation layer **9** on the entire surface of the substrate, passivation layer **9** and gate insulating film **3** are selectively etched, thereby forming a first contact hole exposing the source pad **2A** and a third contact hole exposing the gate pad **2B**. Since the passivation layer **9** and gate insulating film **3** are preferably etched in a single step, the sidewalls of the first and second contact holes are planar and smooth.

4:65-5:15

# EXHIBIT L-6(a)

DC:50564677.1

1

**Priority** ___
2  **Send** ___
**Enter** ___
3  **Closed** ___
**JS-5/JS-6** ___
4  **JS-2/JS-3** ___
**Scan Only** ___

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10                          WESTERN DIVISION

11

12  LG PHILIPS LCD CO., LTD.,                    ) No. CV 02-6775 CBM (JTLx)
                              Plaintiff          )
13                                               ) **ORDER RE CLAIM**
    v.                                           ) **CONSTRUCTION**
14                                               )
    TATUNG CO. OF AMERICA,                       )
15  TATUNG COMPANY and                           )
    CHUNGHWA PICTURE TUBES, LTD.,                )
16                                               )
                              Defendants.        )
17                                               )
                                                 )
18  _____    )

The matter before the Court is claim construction regarding the side-mount

19

20  patents and semiconductor patents.  The claim construction hearing occurred on

    January 13-14, 2005, the Honorable Consuelo B. Marshall presiding.

21
                              **JURISDICTION**
22
         This Court has jurisdiction pursuant to 28 U.S.C. §1331.
23
              **FACTUAL AND PROCEDURAL BACKGROUND**
24
         L.G. Philips LCD Co, Ltd. ("LPL") filed this action on August 29, 2002,
25
    alleging that Defendants Tatung Co., Tatung Co. of America, and Chunghwa
26
    Picture Tubes ("CPT") infringed on its patents.   On December 20, 2002, CPT
27
    filed an Answer and Counterclaims.  On August 31, 2004, this Court granted in
28
    part CPT's motion for leave to amend its Answer and Counterclaims and to join

1   LGE as a party. On October 12, 2004, this Court denied LPL's motion to stay

2   further proceedings pertaining to the side-mount patents and set the claim

3   construction hearing for January 7, 2005. On its own motion, the Court continued

4   the claim construction hearing to January 13, 2005.

5                               **LEGAL STANDARD**

6          In interpreting an asserted claim, the Court first looks to the intrinsic

7   evidence, i.e., the patent itself, including the claims, the specification and, if in

8   evidence, the prosecution history." *Vitronics Corp. v. Conceptronic, Inc.,* 90 F.3d

9   1576 (Fed. Cir. 1996). However, all intrinsic evidence is not equal. First, the

10  Court should focus on the claims themselves, both asserted and unasserted, to

11  define the meaning and scope of the patented invention. *Texas Digital Systems,*

12  *Inc. v. Telegenix, Inc.,* 308 F.3d 1193, 1201-02 (Fed. Cir. 2002). There is a "heavy

13  presumption" that the ordinary and accustomed meaning of a claim term, as

14  understood by one of ordinary skill in the art, is the correct construction. *CCS*

15  *Fitness, Inc. v. Brunswick Corp.,* 288 F.3d 1359, 1366 (Fed. Cir. 2002).

16  Dictionaries, encyclopedias and treatises, which are extrinsic evidence, may be

17  employed to "assist the court in determining the ordinary and customary meanings

18  of claim terms." *Texas Digital,* 308 F.3d at 1202.

19         Second, the Court should review the specification. *Vitronics,* 90 F.3d at

20  1582. A review of the specification will reveal whether or not the inventor has

21  given a term an unconventional meaning. *Id.* However, it is improper to read a

22  limitation into a claim from the specification. *Comark Communications, Inc. v.*

23  *Harris Corp.,* 156 F.3d 1182 (Fed. Cir. 1998). The inventor may act as his or her

24  own lexicographer and use terms in a manner other than their ordinary meaning,

25  so long as any such specific definition is clearly stated in the patent specification

26  or prosecution history. *Mycogen Plant Science Inc. v. Monsanto Co.,* 243 F.3d

27  1316, 1327 (Fed. Cir. 2001). Therefore, for claim construction purposes, the

28  specification is "the single best guide to the meaning of a disputed term."

- 2 -

1    *Vitronics,* 90 F.3d at 1582.

2         Third, the Court may consider the prosecution history of the patent. The

3    prosecution history is significant because it reveals "the course of dealing with the

4    Patent Office, which may show a particular meaning attached to the terms, or a

5    position taken by an applicant" to secure the patent. *Markman,* 52 F.3d at 991.  As

6    such, the prosecution history may be reviewed to assess whether a patentee

7    "relinquished [a] potential claim construction in an amendment to the claim or in

8    an argument to overcome or distinguish a [prior art] reference." *Elkay Mfg. Co. v.*

9    *Ebco Mfg. Co.,* 192 F.3d 973, 979 (Fed. Cir. 1999), *cert. denied,* 529 U.S. 1066

10   (2000).  However, for subject matter to be held relinquished, a court must find that

11   the patentee disclaimed the subject matter with "reasonable clarity and

12   deliberateness." *Northern Telecom Ltd. v. Samsung Electronics Co., Ltd.,* 215 F.3d

13   1281, 1294 (Fed. Cir. 2000).

14         Finally, if and only if a claim remains "genuinely ambiguous" despite the

15   full consideration of the intrinsic evidence, then a court may look toward extrinsic

16   evidence to interpret the claim term itself. *Bell & Howard Document Mgmt.*

17   *Prods. Co. v. Altek Sys.,* 132 F.3d 701, 706 (Fed. Cir. 1997).  The need for such a

18   departure from the intrinsic evidence "rarely, if ever, occurs." *Vitronics,* 90 F.3d

19   at 1585.

20                     **ANALYSIS**

21   **A. Side-Mounting Patents**

22         The side-mounting patents consist of U.S. Patents Nos. 6,373,537 ('537

23   patent), 6,00,457 ('457 patent), 6,020,942 ('942 patent), and 5,926,237 ('237

24   patent).

25       **1.**     **Whether the Side-Mounting Patents Are Limited to Portable**

26             **Computers**

27         The definition of the terms "liquid crystal display," "liquid crystal panel,"

28   "housing" and "outer casing" are disputed because CPT limits them to "portable

- 3 -

1  computers" whereas LPL does not so limit them. The '537 and '237 patents

2  contain claims directed to both an LCD device and to a portable computer,

3  whereas the '457 patent contains claims directed only to the LCD device and the

4  '942 patent contains claims directed only to a portable computer. Since the Court

5  must look first to the claims, the Court finds that claims that recite a "portable

6  computer" are limited to portable computers, but claims that do not recite a

7  "portable computer" are not so limited. The background of the invention also

8  indicates that the portable computer is *an example* of a device that uses an LCD.

9  *See, e.g.,* 1:50-51 ("[t]he liquid crystal display is usually combined with, *for*

10  *example,* a notebook computer for use as an output screen"; 1:59-61 ("a liquid

11  crystal display is attached to a device *such as a notebook computer*") . With

12  respect to the terms "housing" and "outer casing," the Court notes that

13  independent claims, such as Claim 37 of the '457 patent, which contain the term

14  "housing" do not contain the words "portable computer," whereas dependent claim

15  40 of the '457 patent states "the housing includes a portable computer." This

16  indicates that the definition of the terms should not be limited to a portable

17  computer.

18      Defendants look at the specification, rather than first looking to claims, in

19  arguing that the invention described in the specification is directed to an

20  improvement for a portable computer. Defendants' argument is not persuasive, as

21  the Federal Circuit has held that "[e]ven when the specification describes only a

22  single embodiment, the claims of the patent will not be read restrictively unless the

23  patentee has demonstrated a clear intention to limit the claim scope using 'words

24  or expressions of manifest exclusion or restriction.'" *Liebel-Flarsheim Co. v.*

25  *Medrad, Inc.,*358 F.3d 898, 906 (Fed. Cir. 2004); *accord Gemstar-TV Guide Int'l*

26  *Inc. v. ITC*, 383 F.3d 1352, 1366 (Fed. Cir. 2004). The specification of the side-

27  mounting patents does not contain any "clear disavowal" of products that are not

28  portable computers. In addition, this Court rejects Defendant's argument that the

- 4 -

1  sidemounting patents should be limited to portable computers because that was the

2  purported "object" of the invention. "The fact that a patent asserts that an

3  invention achieves several objectives does not require that each of the claims be

4  construed as limited to structures that are capable of achieving all of the

5  objectives." *Liebel,* 358 F.3d at 908. *See also Ex-Pass Tech, Inc. v. 3Com Corp.,*

6  343 F.3d 1364, 1370 (Fed. Cir. 2003) ("The Court's task is not to limit claim

7  language to exclude particular devices because they do not serve a perceived

8  "purpose" of the invention."). Thus, the Court adopts LPL's definitions of the

9  terms "liquid crystal display," "liquid crystal panel", "housing" and "outer

10  casing."

> 2.    **Whether Constructions Should Include the Word "Directly"**

12  The word "directly" does not appear anywhere in the claim language.

13  However, Defendants use the word "directly" in construing the terms "attachable

14  to a housing," "fixable to a housing," "joined with," "joining together,""coupled,"

15  and "fastening part." Defendants argue that the claim language, in context,

16  indicates that side-to-side direct connection must be present, as the specification

17  does not show any intervening element. The Court finds Defendants' arguments

18  unpersuasive pursuant to *Liebel,* which makes it clear that the claims of the patent

19  will not be read restrictively unless the patentee has demonstrated a clear intention

20  to limit the claim scope using words or expressions of manifest exclusion or

21  restriction. Since no such words of manifest exclusion or restriction are used here,

22  the Court adopts LPL's definitions of "attachable to a housing" or "fixable to a

23  housing," "joined," "joined together," "coupled," and "fastening part."

> 3.    **Whether the terms "through" and "passing through" should have different meanings**

26  LPL proposes that the term "through" be used in its plain and ordinary way

27  to mean "by way of," and that "passing through" means "extending into."

28  Defendants contend that "through" means "in at one end, side or surface and out

- 5 -

1  the other" and that "passing through" means "moving past or making way in one
2  side and out of the other side." Although the preferred embodiment shown in the
3  drawings uses screws engaging holes to connect the components, the patent
4  clearly contemplates other methods of attaching the components. The '457 patent
5  specification, for example, provides that "an adhesive device, such as double-sided
6  tape can be used instead of the second and third screw holes" and that "the rear
7  case 500 and the second support frame 400 are jointed to each other using hooks
8  and/or other suitable fastening devises, including adhesives." *See, e.g.,* 4:58-60,
9  4:63-67. Since LPL's definition of "through" covers both screws and adhesives,
10  the Court finds that it is the better definition.

11  　　LPL contends that the phrase "passing through," in contrast to "through," is
12  used only in reference to screws and screw holes, which extend into an object.
13  CPT, on the other hand, argues that "passing through" and "through" have the
14  same meaning. The doctrine of claim differentiation indicates that different words
15  or phrases used in different claims are presumed to indicate that the claims have
16  different meaning and scope. *Karlin Tech, Inc. v. Surgical Dynamics, Inc.,* 177
17  F.3d 968, 971 (Fed. Cir. 1999). Here, it appears that the inventors used the term
18  "through" when generally referring to a fastening part but used "passing through"
19  only when referring to a specific fastening part (i.e.. a screw). Therefore, the
20  Court adopts LPL's definitions of "through" and "passing through."

21  　　**4.    Whether the terms "frame," "first frame," and "second frame"**
22  　　　　**should be given their plain and ordinary meanings.**

23  　　LPL defines "frame" to mean "a support structure." Defendants defines
24  "Frame" as "an open structure or rim for encasing, holding or bordering that
25  encloses a substantial portion of each side edge of another structure." Defendants
26  base their argument on the theory that the meaning of the word "frame" is limited
27  to the description in the specification. Under *Liebel,* this restrictive interpretation
28  is inappropriate. Furthermore, Defendants define "first" and "second" frame to

1    mean "inner" and "outer" frame, even though the inventors did not use those

2    terms. The use of "first" and "second" follow the "common patent-law

3    convention to distinguish between repeated instances of element or limitation."

4    *3M Innovative Properties Co. v. Avery Dennison Corp.*, 350 F.3d 1365, 1371

5    (Fed. Cir. 2003). For example, Claim 31 of the '942 patent claims "[t]he portable

6    computer according to claim 13 wherein the fastening part includes first and

7    second screws passing through first and second holes at a same side edge of at

8    lease one of the first and second frames." 8:25-28. Here, the words "first" and

9    "second" are consistently used to distinguish repeated instances of element or

10   limitation. Therefore, the Court gives "frame," "first frame" and "second frame"

11   their ordinary meanings, as set forth by LPL.

12          **5. Whether "liquid crystal display model" is a typographical error**

13          The parties agree on the construction of the claim term "liquid crystal

14   display module." However in one claim, Claim 7 of the '537 patent, the term

15   appears as "liquid crystal display model." Given the context, this is clearly a

16   typographical error. Other parts of Claim 7 refer to the "liquid crystal display

17   module." The Court therefore construes "liquid crystal display model" as "liquid

18   crsytal display module."

19          **6.     Whether Definitions are Needed for "Portable Computer,"**

20                 **"Side", "Forming" and "Cover"**

21          Defendants propose cumbersome definitions for the terms "portable

22   computer," "side", "forming" and "cover." The Court finds that these definitions

23   create unnecessary confusion and adopts LPL's constructions, which give the

24   terms their plain and ordinary meaning.

25   **B. Construction of the '737 Semiconductor Patent**

26          **1. "Source Electrode," "Drain Electrode," and "Gate Electrode"**

27          While LPL construes the electrode to include the line and the pad,

28   Defendants limits the electrode to a single TFT and construes the electrodes as

1  distinct from the lines and the pads. The seventh step of claim 1 of the '737 patent

2  calls for "exposing a part of each of said source electrode, drain electrode and gate

3  electrode." LPL persuasively argues that electrodes are exposed at the pad region

4  for electrical connection, as exposing a gate pad allows electrical control of all

5  TFT gate contacts along the row. One of ordinarily skill would not control each

6  TFT gate/source independently, especially since creating a hole at each TFT to

7  expose the gate electrode would destroy the TFT. Furthermore, the specification

8  of the '737 patent describes a step in which "gate electrode 2 extending along one

9  line and gate electrodes 2' on another line are formed on a transparent insulating

10 substrate 1 such as glass substrate." 3:25-28. This indicates that a structure

11 separate from the TFT is part of the "gate electrode." In addition, the claims in the

12 application for the '449 patent include phrases such as "said pad comprising: a

13 portion of said data electrode" and "a pad including a portion of [said] data

14 electrode." Finally, U.S. Patent 4,705,358 ('358 patent), which also pertains to the

15 same technology as the '737 patent, names the same inventor as the '737 patent,

16 and was filed in the U.S. on the same day as the '737 patent, illustrates a gate

17 electrode from above (i.e. a "bird's-eye-view") and demonstrates that the "gate

18 electrode" may include the gate line. The Court therefore finds that the electrodes

19 may include the lines and pads. Furthermore, the Court is not persuaded by that

20 portion of Defendant's construction which specifies a particular direction for flow

21 of charge carriers (from the source electrode toward the drain). The embodiment

22 shown in Figure 3 of the '737 patent illustrates an arrangement where the direction

23 of flow is reversed. Accordingly, the Court adopts LPL's construction of "source

24 electrode," "gate electrode," and "drain electrode."

25      **2. "Continuously Depositing"**

26      LPL construes the term "continuously depositing" as "[t]he formation of the

27 gate insulting film, the high-resistivity semiconductor film and conducting film

28 without intervening films." Defendants offer a modified construction of this term

- 8 -

1  as meaning that "the deposition of the specified films occurs without any non-
2  deposition related steps between or during the deposition of each constituted
3  film." While LPL's definition requires the films to be only spatially continuous,
4  Defendants' definition requires continuity in space, time and sequence. The '737
5  patent shows "continuously deposited" films as being *spatially* continuous, but it
6  does not show, mention or require the deposition to be performed without an
7  interruption in time or sequence. Moreover, the plain meaning of "continuous" is
8  "uninterrupted extension in space, time *or* sequence." The Court therefore adopts
9  LPL's construction of "continuously depositing."

10  **3. "Oxidizing atmosphere"**

11  Claim 1 of the '737 patent requires "continuously depositing [the films] . . .
12  without exposing them to an oxidizing atmosphere." LPL construes "an oxidizing
13  atmosphere" as "an atmosphere that would create *substantial oxidation* on a film."
14  The Court finds that the word "substantial" in this construction is vague and
15  ambiguous. Defendants initially construed this phrase to mean that the films are
16  not permitted to be exposed to *"an oxide,"* although they acknowledged that a *de*
17  *minimus* amount of oxidation is not an "oxidation atmosphere." Defendants
18  subsequently modified their construction to be "an atmosphere that would create a
19  *detectable amount* of oxidation on a film." As "detectable" is more precise than
20  "substantial," the Court adopts Defendants' modified construction of this term.

21  **4. "Island region"/ "island region on said gate electrode"**

22  At the time the patent application was filed, there were at least two well-
23  known constructs for the semiconductor region in a TFT. In one design, separate
24  islands of semiconductor are created above each TFT's gate electrode. In the
25  other design, a single, unitary semiconductor region extends over all of the TFTs
26  in one large "continent." While LPL construes the term "island region" as used in
27  the '737 patent to include both designs, Defendants' construction limits this term
28  to the first design (i.e. a region located over the gate electrode *of a single TFT*).

1  Defendants also require the island to have been "etched around its entire
2  perimeter."
3      Defendants' argument is persuasive, as claim 1 recites a process for
4  producing *"a* thin-film transistor." 4:26. *See also* 1:5, 13, 29, 57, 65, 67; 2:9;
5  3:34-35. Furthermore, in discussing FIG. 3b, the specification provides that "said
6  low-resistivity amorphous silicon film 20 and high-resistivity amorphous silicon
7  film 4 are *left as an island region in the area where a thin-film transistor is to be*
8  *formed.*" 3:34-35. This statement indicates that the "island region" is limited to
9  the area of a single TFT and does not include multiple TFTs. Thus, the Court
10 finds that Defendants' construction more accurately reflects the language of the
11 claim and the specification. Moreover, LPL's construction appears to read the
12 term "island region" completely out of the third step, "in which said high-
13 resistivity semiconductor film and said conducting film are selectively etched so
14 that they are partly left *as an island region* on said gate electrode." The Court
15 therefore adopts Defendants' construction of the term "island region."

16      **5.    "Conducting Film Containing at Least a low-resistivity**
17          **Semiconductor Film"/ "Conducting Film"/ "High-resistivity**
18          **Semiconductor Film"/ "Low-Resistivity Semiconductor Film"**

19      The '737 patent discloses two preferred embodiments. One embodiment
20 includes four continuously deposited films: an insulating film, a high-resistivity
21 semiconductor films, a low-resistivity semiconductor film, and a conducting film.
22 *See* 2:17-21, Fig. 2a-2e. The other embodiment has three continuously deposited
23 films: an insulating film, a high-resistivity semiconductor films, and a low-
24 resistivity semiconductor film. *See* 2:24-30, Fig. 3a-3d.
25      Claim 1 of the '737 patent sets forth "a second step for continuously
26 depositing . . . a gate insulating film, a high-resistivity semiconductor film and a
27 *conducting film containing at least a low -resistivity semiconductor film.*" Claim
28 2, which is not at issue in this litigation, sets forth a second step wherein "said

- 10 -

1  conducting film is composed of *at least two layers consisting of a low-resistivity*
2  *semiconductor films and thereon a refractory metal film or transparent*
3  *conducting film*."

4      According to LPL, the italicized phrase in Claim 1 above means that the
5  conducting film may consist only of a low-resistivity semiconductor film. CPT,
6  on the other hand, construes this phrase as requiring a conducting film with
7  adjoining layer of low resistivity semiconductor and possibly other adjoining
8  layers. CPT relies on a sentence in the specification discussing Fig. 3a-3d, which
9  states that, "[i]n this example, *no conducting film is formed on low-resistivity*
10 *amorphous silicon film 20*, but a conducting film such as ITO film may be formed
11 on said low-resistivity film 20 as in the example shown in FIG. 2."[1]  While this
12 sentence does suggest that the conducting film is distinct from the low-resistivity
13 semiconductor film, CPT's interpretation would narrow the scope of Claim 1 to
14 exclude the second embodiment. A claim construction that excludes a preferred
15 embodiment is "rarely, if ever, correct." *Dow Chemical Co. v. Sumitomo*
16 *Chemical Co.,* 257 F.3d 1364, 1378 (Fed. Cir. 2001). Furthermore, the fact that
17 the conducting film is specifically described as having *two layers* in claim 2 but
18 not in claim 1 indicates that two adjoining layers are not needed for the first claim.
19 Thus, the Court adopts LPL's construction of the term "conducting film containing
20 at least a low-resistivity semiconductor film."

21      LPL's construction of "conducting film" is consistent with this Court's
22 determination that the conducting film can be the low -resistivity semiconductor
23 film. LPL construes "conducting film" according to its plain meaning, namely, a
24 thickness of electrically conductive material. Defendants' construction of
25 conducting film, on the other hand, restricts it to film "having an electrical

---

27 [1]LPL submits intrinsic evidence in the form of a scientific article describing ITO (indium tin oxide)
   as a "semiconductor." This supports LPL's position that the conducting film can be the low-
28 resistivity semiconductor.

1  resistance several order of magnitude lower than a low-resistivity semiconductor

2  film." In other words, Defendants define "conducting film" as distinct from "low-

3  resistivity semiconductor film." The Court rejects Defendants' construction and

4  adopts LPL's construction since it finds that the conducting film in claim 1 of the

5  '737 patent may consist of the low-resistivity semiconductor film, as discussed

6  above.

7      LPL's constructions of "high-resistivity semiconductor film" and "low-

8  resistivity semiconductor film" distinguishes these terms based on their relative

9  resistivity. Defendants distinguish the terms according to whether they are

10  "doped" (i.e. intentionally mixed with impurities) or "undoped." The '737 patent

11  makes no mention of the terms "doped" and "undoped." Furthermore, LPL

12  presents evidence that it is improper to equate the terms high-resistivity with

13  "undoped" and low-resistivity with "doped." The Court therefore rejects

14  Defendants' method of distinguishing these terms.  Defendants also rely solely on

15  extrinsic evidence in defining high-resistivity semiconductor film as having a

16  resistence "many orders of magnitude" greater than the low-resistivity film.  The

17  Court finds this language vague and unnecessary. The Court therefore adopts

18  LPL's constructions of the terms "high-resistivity semiconductor film" and "low-

19  resistivity semiconductor film."

20      **6.**    **"Mask"/ "At least a part of the Mask"/ "Said source and drain**

21          **electrodes serving as at least part of the mask"**

22      Claim 1 requires a step for selectively removing material "with said source

23  and drain electrodes serving as at least part of the mask." The parties dispute

24  whether an electrode covered by photoresist serves as at least part of the mask.

25  Defendants' construction may exclude such an electrode, as it requires that the

26  source and drain electrodes "make a *significant contribution* to defining the edges

27  of the selectively removed region" or alternatively "*shield at least part of the*

28  *surface* from the action of the removal technique." While the photoresist may be

1   the *outermost* layer of the mask, the electrodes are part of the mask structure, as,

2   they, too, are resistive to the removal technique and in the pattern needed to etch

3   exposed conductive film.  LPL construes "mask" as "a pattern above a surface

4   from which material is to be selectively removed.  The pattern is made of material

5   that is resistive to the removal technique relative to the material to be removed."

6   The Court finds that this definition best explains the mask, as well as how the

7   electrodes serve as "at least a part of the mask."  The Court does not need to

8   construe "said source and drain electrodes serving as at least part of the mask,"

9   since this phrase simply combines the terms "source electrode," "drain electrode"

10  and "at least a part of the mask."

11      **7. "Thin Film Transistor"**

12      LPL's and Defendants' construction of "thin film transistor" ("TFT") are

13  very similar.  They differ in one respect: LPL specifies that TFTs are not

14  constructed in a single crystal silicon wafer.  Since the single wafer is mentioned

15  in the intrinsic evidence and Defendants do not deny that TFTs are constructed in

16  a single crystal silicon wafer, the Court adopts LPL's construction.

17      **8.    "A fourth step for selectively forming a source electrode and**

18          **drain electrode"**

19      LPL's construction of "a fourth step for selectively forming a source

20  electrode and drain electrode" requires the source and drain electrodes to be

21  "formed together."  The Court finds nothing in the claim or specification that

22  supports this interpretation.  Although the formation of the source and drain

23  electrodes is listed in one step, nothing suggests that each action within each step

24  must be performed together.  LPL's argument that the objective of the invention

25  supports this interpretation is unpersuasive in light of *Liebel,* discussed above.

26  However, the Court also finds Defendants' construction problematic.  Defendants

27  construe this phrase as "forming a source electrode and drain electrode in selected

28  regions only by depositing a conducting film or other material such as Al."

- 13 -

1   Figures 1-3 and the specification do indicate that the source and drain electrode

2   are formed in selected regions. *See* 1:15-17, 2:10-14,, 3:36-44. However, the

3   specification does not support the second part of CPT's construction.  Rather, the

4   specification indicates that source and drain electrodes can be formed via

5   deposition *and subsequent etching of conductive material.*   The Court therefore

6   modifies Defendant's construction and defines the phrase as "forming a source

7   electrode and drain electrode in selected regions only," which is consistent with

8   the Court's construction of "selectively forming" below.

9       **9.     "Contacting a part of the surface of said island region"**

10      LPL construes "contacting a part of the surface of said island region" to

11  mean "[f]orming an electrical connection to a part of the surface of the island

12  region" while Defendants construe it to require "touching a part of the surface of

13  the island region." The Court finds that Defendants' construction better reflects

14  the plain meaning of the claim.

15      **10.    "Forming . . . on"**

16      The first step of claim 1 is "for forming a gate electrode on an insulating

17  substrate." LPL argues that the '737 patent uses "forming" in the sense of

18  "providing" whereas Defendants construe "forming" as to give "form or shape to."

19  The Court finds it awkward to define "forming" as "providing" in the phrase

20  "selectively forming a gate electrode 2 on an insulating substrate 1," which is

21  offered as intrinsic evidence by both parties.  Defendants' construction is more

22  meaningful in this specific context as well as in the specification and the claims as

23  a whole.  Moreover, Defendant's construction is consistent with this Court'

24  definition of "a fourth step for *selectively forming* a source electrode and drain

25  electrode." The Court therefore adopts Defendants' construction of "forming . .

26  .on."

27      **11.    "Selectively etched"/ "Selectively forming"/ "Selectively**

28          **removing"**

- 14 -

1       Claim 1 recited a third step wherein "said high-resistivity semiconductor

2 film and said conducting films are *selectively etched* so that they are partly left as

3 an island region on said gate electrode. " LPL defines "selectively etched" as the

4 "removal of selected portions of a surface using etching techniques (such as wet

5 etching, plasma etching, reactive ion etching, and ion etching) in order to produce

6 a desired pattern on the surface." Defendants object to this definition because it

7 refers to removal of portions of a *surface*, rather than the *entire film*. While the

8 claim does specifically refer to the etching of the high-resistivity semiconductor

9 film and the conducting films, the Court finds nothing in the language of the claim

10 or the specification that requires etching of the *entire* film. Furthermore,

11 Defendants' construction, which requires etching of the high-resistivity

12 semiconductor film, the conducting film, and the low-resistivity semiconductor

13 film, is inconsistent with both the language of the claim and with this Court's

14 finding that the conducting film may constitute the low-resistivity semiconductor

15 film. The Court therefore adopts LPL's definition of "selectively etched."

16       In addition, Claim 1 recites a fourth step for "selectively forming a source

17 electrode and a drain electrode," and a fifth step for "selectively removing said

18 conducting film exposed on said island region." The Court finds no substantive

19 difference between LPL's and Defendants' constructions of "selectively forming"

20 and "selectively removing." However, the Court adopts Defendants' definitions of

21 these respective terms as "forming in selected regions only" and "removing

22 selected regions only" because they convey the meaning in the simplest language.

23 **C. Construction of Disputed Terms of the '449 Patent**

24     **1. Gate Electrode/ Source Electrode**

25       Defendants construe the gate/ source/ data electrodes to exclude the lines

26 and pads. Claims 10 and 11 of the '449 patent do refer to the gate electrode, gate

27 pad, source electrode, and source pad individually. For example, claim 10 recites

28 that the liquid crystal display device is comprised of "a first conductive layer . . .

1  including: *a gate electrode, a gate pad*, and a source pad." (7:34-39). The

2  specification, however, provides additional information that helps clarify the

3  relationship between the electrodes and the pads. In Figures 2d and 2e, the source

4  pad and source electrode are shown as one connected structure, although they are

5  labeled 7 and 7A respectively. In discussing Figure 2c, the specification states

6  that "*[s]ource electrode 7* thus forms part of a transistor region *and serves as*

7  *source pad 7A* above the gate insulating film so that the same conductive layer

8  constitutes part of the source wiring and the source electrode of the TFT." (4:1-5).

9  In discussing Figure 2e, the specification states that "ITO pattern 6A is provided

10  on *source pad 2A, which is part of a data electrode of the LCD.*" In describing the

11  second embodiment depicted in Figure 3, the specification provides that "source

12  electrode 7 and source pad 2A may be connected to each other in the same step

13  that the pixel electrode is formed." Thus, while the source pads and electrodes are

14  formed separately, they are then connected and the specification's language

15  indicates that they are not necessarily distinct structures. The originally filed

16  application during the prosecution of the '449 patent also supports LPL's position

17  that the electrode should not be defined as excluding the line and pad. The first

18  claim of the original application recites "[a] pad for providing an[] electrical

19  connection to a data electrode of a switching device, said *pad comprising: a*

20  *portion fo said data electrode . . . .*"[2] The fourth claim in the original application

21  recites "a liquid crystal display device comprising: a data line; and a pad, *said pad*

22  *including: a portion of said data line. . . .*" Likewise, the intrinsic evidence does

23  not indicate that the gate electrode must exclude the gate pad. In fact, Figures 2a-

24  2e do not include a separate number identifying the "gate electrode." The Court

25  therefore rejects a construction of "electrode" that specifically excludes the line

26  and pad.

27  _____

28  [2]The word "data" corresponds to "source."

- 16 -

1    The Court also rejects Defendant's construction of these terms because it

2    specifies a particular direction for flow of charge carriers (from the source

3    electrode toward the drain).  The intrinsic evidence does not support such a

4    limitation.  Furthermore, as discussed previously with respect to the '737 patent,

5    the embodiment shown in Figure 3 of the '737 patent illustrates an arrangement

6    where the direction of flow is reversed. Accordingly, the Court adopts LPL's

7    construction of "source electrode," "gate electrode," and "drain electrode."

8    **2. "Gate pad"/ "Source pad"**

9    According to LPL's construction, pads are provided near the periphery of

10   the TFT array "to receive data from a [gate or data] driving circuit."  Defendants

11   contend that this is ambiguous because other parts of the wiring, which are not

12   pads, may also receive data from an external driving circuit.  Defendants construe

13   the pads as an element "that is necessary in order to communicate information

14   from an external driving circuit to a [gate or source] electrode."   Defendants base

15   this construction on a sentence in the specification which states that *"a pad wiring*

16   *layer* is necessary in order to communicate information from an external driving

17   circuit to the gate and source." (1:51-53).  Since the specification refers to the *pad*

18   *wiring layer* as being necessary and not the pad, the Court rejects Defendants'

19   construction and adopts LPL's constructions of "gate pad" and "source pad."

20   **3. "On"/ "formed on"/ "disposed on"**

21   LPL defines "on", "formed on" and "disposed on" as "touching a top or side

22   of." LPL contrasts these terms with "overlying," which it defines as "above"

23   something but not necessarily touching it.  This Court agrees with Defendants that

24   the specification does not support the distinction made by LPL.   For example, the

25   specification states that a "conductive layer is formed *on* the substrate and etched

26   in accordance with a predetermined pattern, thereby forming a source electrode 7

27   and a drain electrode 8." (5:6-8) (emphasis added).  Conductive layer 7 and 8 do

28   not touch the substrate (see Fig. 3), yet the specification uses the word "on." *See*

1    *also* 2:42-44; 3:50-54; 7:49-50 (all using the word "on" to describe a situation

2    where there is no "touching").  The Court therefore adopts Defendants' definition

3    of "on."

4        **4.  "Contact hole is provided through . . . layer"/ "Provided through"**

5        The phrases "contact hole is provided through" and "provided through"

6    appear only in claims 1 and 10, always in the context of a contact hole being

7    "provided through" one or more layers of materials.  Defendants construe the

8    claim terms to mean that these holes are "made in one side and out the opposite

9    side" of the layers of materials.  The Court finds that these phrases should be given

10   their ordinary meaning and therefore adopts LPL's constructions.

11       **5.  "Active layer"**

12       Defendants' construction of "active layer" limits this area to the region of

13   the semiconductor layer that forms the channel region between the source and

14   drain electrodes. Figures 2b-e, 3 and 5 of the specification show the active layer 4

15   extending only under the source 7 and drain 8.  However, as LPL points out, these

16   figures do not in any way limit the extension of active layer 4 in the dimension

17   perpendicular to the figure, or in other areas of the substrate not depicted in the

18   cross-section views.  Since nothing in the claim or specification limits the active

19   layer to the region of semiconductor layer between the source and drain electrodes,

20   the Court adopts LPL's construction of this term.

21       **6.  "Common hole"**

22       LPL construes "common hole" in accordance with its plain meaning as "[a]

23   shared hole."  Defendants construe "common hole" to mean "single hole."  The

24   court finds Defendants' construction ambiguous, since it suggests that only one

25   hole is permitted.  The Court therefore adopts LPL's construction of this term.

26       **7.  "Aligned"**

27       LPL construed "aligned" to mean "placed in line with," which is its ordinary

28   meaning.  Defendants, on the other hand, construe "aligned" to mean

- 18 -

1    "substantially co-axial or concentric." Defendants' definition would require the

2    holes to be one on top of the other, whereas LPL's construction would permit the

3    holes to be placed either side-by-side or on top of each other.  Although the

4    figures in the specification show these holes to be on top of each other as

5    described by Defendants, the plain language of the claim should not be limited by

6    the figures in the specification.  *See Dayco Products,* 258 F.3d at 1327.  The Court

7    therefore adopts LPL's construction fo this term.

8       **8.    "Said second insulating layer having a second contact hole**

9              **exposing a predetermined portion of said second conductive layer**

10             **and said first contact hole region"**

11       Defendants' construction of "said second insulating layer having a second

12   contact hole exposing a predetermined portion of said second conductive layer and

13   said first contact hole region" limits the phrase to mean that "the first and second

14   contact holes must overlap."  However, none of the embodiments disclosed in the

15   '449 patent teaches that the hole exposing the second conductive layer (i.e. the

16   "second hold") overlaps with the hole in the first insulative layer that exposes the

17   first conductive layer.  *See, e.g.,* Fig. 3 and Fig. 5.  Since a claim construction that

18   excludes from its scope a preferred embodiment is rarely, if ever, correct, the

19   Court adopts LPL's construction.

20       **9. "Wiring structure"**

21       This term "wiring structure" appears in Claims 1-5 of the '449 patent.

22   LPL's definition characterizes the term as a "slender structure" while Defendants

23   refer to the layer simply as a "structure."  Claim 1 begins with "A wiring structure

24   comprising: a substrate . . . ."  Since the substrate is typically a large slab of glass,

25   which is not "slender," the Court adopts Defendants' definition of this term.

26   **IT IS SO ORDERED**

27   **DATE:**  May 5, 2005

28                                    **CONSUELO B. MARSHALL**
                                     **UNITED STATES DISTRICT JUDGE**

- 19 -

# EXHIBIT L-6(b)

DC:50564677.1

1   Attorneys for Defendants/Counterclaimants
    CHUNGHWA PICTURE TUBES, LTD.,
2   JEAN COMPANY, LTD., LITE-ON TECHNOLOGY
    CORPORATION, LITE-ON TECHNOLOGY
3   INTERNATIONAL INCORPORATED, TPV
    TECHNOLOGY LTD. and ENVISION PERIPHERALS, INC.

4
5   SCOTT R. MILLER (SBN 112656)
    TRACY R. ROMAN (SBN 199031)
    BINGHAM McCUTCHEN LLP
6   355 South Grand Avenue, Suite 4400
    Los Angeles, CA 90071-3106
7   Tel:   (213) 680-6400
    Fax:  (213) 680-6499
8
9   Attorneys for Defendant
    VIEWSONIC CORPORATION
10
11                   UNITED STATES DISTRICT COURT

12                  CENTRAL DISTRICT OF CALIFORNIA

13
14   LG.PHILIPS LCD CO., LTD.,                Case No. CV 02-6775 CBM (JTLx)
                                              Case No. CV 03-2866 CBM (JTLx)
                    Plaintiff,                Case No. CV 03-2884 CBM (JTLx)
15                                            Case No. CV 03-2885 CBM (JTLx)
           vs.                                Case No. CV 03-2886 CBM (JTLx)
16
17   TATUNG CO. OF AMERICA,                   **SECOND REVISED JOINT CLAIM
     TATUNG COMPANY AND                       CONSTRUCTION STATEMENT**
     CHUNGHWA PICTURE TUBES,
18   LTD.,                                    DATE:    April 5, 2004
                                              TIME:    3:00 p.m.
19                  Defendants.               PLACE:   Courtroom of the Honorable
                                                       Consuelo B. Marshall
20   LG.PHILIPS LCD CO., LTD.,
21
                    Plaintiff,
22
           vs.
23
     JEAN COMPANY, LTD.,
24
                    Defendant.
25
26
27
28
     1-LA/750383.1

                                      2

1

LG.PHILIPS LCD CO., LTD.,

2                    Plaintiff,

3              vs.

4   LITE-ON TECHNOLOGY CORP.
    and LITE-ON TECHNOLOGY
5   INTERNATIONAL INC.,

6                    Defendants.

7

8   LG.PHILIPS LCD CO., LTD.,

                     Plaintiff,
9
              vs.
10
    TPV TECHNOLOGY, LTD, and
11  ENVISION PERIPHERALS, INC.,

12                   Defendants.

13

14  LG.PHILIPS LCD CO., LTD.,

                     Plaintiff,
15
              vs.
16
    VIEWSONIC CORPORATION,
17
                     Defendant.
18

19        Pursuant to the Court's October 1, 2003 Order regarding Claim Construction

20  Briefing, LG.Philips LCD Co., Ltd. ("LPL"), Tatung Co. of America and Tatung

21  Company (collectively "Tatung"), Chunghwa Picture Tubes, Ltd. ("CPT"), Jean

22  Company, Ltd. ("Jean Co."), Lite-On Technology Corporation and Lite-On

23  Technology International Incorporated (collectively "Lite-On"), TPV Technology,

24  Ltd. ("TPV"), Envision Peripherals, Inc. ("Envision") and Viewsonic Corporation

25  ("Viewsonic") submit this Second Revised Joint Claim Construction Statement

26  consisting of Exhibits A-F.

27

28

1-LA/750383.1

3

1      Exhibit A is a list of claim terms for which the parties agree on a construction

2 concerning U.S. Patent Nos. 6,373,537; 6,020,942; 6,002,457; and 5,926,237.

3 Exhibit A is submitted on behalf of all of the parties.

4      Exhibit B is a list of disputed terms from U.S. Patent Nos. 6,373,537;

5 6,020,942; 6,002,457; and 5,926,237, along with the parties' respective

6 constructions and support for those constructions. Exhibit B is submitted on behalf

7 of all of the parties.

8      Exhibit C is a list of claim terms for which the parties agree on a construction

9 concerning U.S. Patent No. 4,624,737. Exhibit C is submitted on behalf of all of

10 the parties.

11      Exhibit D is a list of disputed terms from U.S. Patent No. 4,624,737, along

12 with the parties' respective constructions and support for those constructions.

13 Exhibit D is submitted on behalf of all of the parties.

14      Exhibit E is a list of claim terms for which the parties agree on a construction

15 concerning U.S. Patent No. 5,825,449. Exhibit E is submitted on behalf of all of

16 the parties.

17      Exhibit F is a list of disputed terms from U.S. Patent No. 5,825,449, along

18 with the parties' respective constructions and support for those constructions.

19 Exhibit F is submitted on behalf of all of the parties.

20      Exhibits A-F filed herewith will supercede Exhibits A-F of the Revised Joint

21 Claim Construction Statement, filed on September 17, 2003 ("First Revised JCC").

22 In addition, all supporting exhibits filed by the parties in support of their respective

23 positions are incorporated herein.

24      Defendants' submission of these proposed claim constructions and

25 corresponding support should not be construed as an admission by any defendant

26 that any of the claims are infringed, valid or enforceable. Defendants' submissions

27 relate to those patents asserted against them in the various Complaints.

28 Furthermore, defendants' submission of these proposed claim constructions do not

1-LA/750383.1

1    affect or waive any arguments regarding the invalidity of the patents-in-suit.  The

2    parties preserve the right to amend and/or supplement the terms and/or

3    constructions in the attached claim charts as claim construction discovery continues

4    and as the parties continue

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1-LA/750383.1

1   to meet and confer to reduce the number of claims asserted and to reduce the

2   number of terms for the Court to construe.

3   Dated:  December ⅔ 2003            JEFFREY N. BROWN
                                       TERESA A. MACDONALD
4                                      ANN A. BYUN
                                       ANTHONY C. ROTH
5                                      NATHAN W. McCUTCHEON
                                       MORGAN, LEWIS & BOCKIUS LLP
6

7                                      By
8                                              Jeffrey N. Brown
                                       Attorneys for Plaintiff/Counterclaim Defendant
9                                      LG.PHILIPS LCD CO., LTD.

10  Dated:  December ___, 2003          MARK KRIETZMAN
                                       CHRISTOPHER DARROW
11                                     VALERIE W. HO
                                       GREENBERG TRAURIG LLP
12

13                                     By
                                               Mark Krietzman
14                                     Attorneys for Defendants TATUNG
                                       COMPANY and TATUNG CO. OF AMERICA

15  Dated:  December ___, 2003          TERESA M. CORBIN
                                       GLENN W. RHODES
16                                     CHRISTOPHER A. MATHEWS
                                       BRIAN S. Y. KIM
17                                     HOWREY SIMON ARNOLD & WHITE LLP

18

19                                     By
                                               Christopher A. Mathews
20                                     Attorneys for Defendants/Counterclaimants
                                       CHUNGHWA PICTURE TUBES, LTD., JEAN
21                                     COMPANY, LTD., LITE-ON TECHNOLOGY
                                       CORPORATION, LITE-ON TECHNOLOGY
22                                     INTERNATIONAL INCORPORATED, TPV
                                       TECHNOLOGY LTD. and ENVISION
23                                     PERIPHERALS, INC.

24  Dated:  December ___, 2003          SCOTT R. MILLER
                                       TRACY R. ROMAN
25                                     BINGHAM McCUTCHEN LLP

26

27                                     By
                                               Scott R. Miller
28                                     Attorneys for Defendant VIEWSONIC
                                       CORPORATION

1-LA/750383.1

6

1   to meet and confer to reduce the number of claims asserted and to reduce the

2   number of terms for the Court to construe.

3   Dated: December ___, 2003      JEFFREY N. BROWN
                             TERESA A. MACDONALD

4                              ANN A. BYUN
                             ANTHONY C. ROTH

5                             NATHAN W. McCUTCHEON
                             MORGAN, LEWIS & BOCKIUS LLP

6

7                             By_____

8                                  Jeffrey N. Brown
                             Attorneys for Plaintiff/Counterclaim Defendant

9                             LG.PHILIPS LCD CO., LTD.

10  Dated: December 23, 2003      MARK KRIETZMAN
                             CHRISTOPHER DARROW

11                            VALERIE W. HO
                            GREENBERG TRAURIG LLP

12

13                             By _____

14                                 Mark Krietzman
                           Attorneys for Defendants TATUNG
                           COMPANY and TATUNG CO. OF AMERICA

15  Dated: December ___, 2003      TERESA M. CORBIN
                             GLENN W. RHODES

16                             CHRISTOPHER A. MATHEWS

17                             BRIAN S. Y. KIM
                           HOWREY SIMON ARNOLD & WHITE LLP

18

19                             By _____
                                 Christopher A. Mathews

20                             Attorneys for Defendants/Counterclaimants
                           CHUNGHWA PICTURE TUBES, LTD., JEAN

21                             COMPANY, LTD., LITE-ON TECHNOLOGY
                           CORPORATION, LITE-ON TECHNOLOGY

22                             INTERNATIONAL INCORPORATED, TPV
                           TECHNOLOGY LTD. and ENVISION

23                             PERIPHERALS, INC.

24  Dated: December ___, 2003      SCOTT R. MILLER
                             TRACY R. ROMAN

25                             BINGHAM McCUTCHEN LLP

26                             By _____

27                                 Scott R. Miller
                           Attorneys for Defendant VIEWSONIC

28                             CORPORATION

1    to meet and confer to reduce the number of claims asserted and to reduce the

2    number of terms for the Court to construe.

3    Dated: December ___, 2003          JEFFREY N. BROWN
                                         TERESA A. MACDONALD
4                                        ANN A. BYUN
                                         ANTHONY C. ROTH
5                                        NATHAN W. McCUTCHEON
                                         MORGAN, LEWIS & BOCKIUS LLP
6

7                                        By_____
                                              Jeffrey N. Brown
8                                        Attorneys for Plaintiff/Counterclaim Defendant
                                         LG.PHILIPS LCD CO., LTD.
9

10   Dated: December ___, 2003           MARK KRIETZMAN
                                         CHRISTOPHER DARROW
11                                       VALERIE W. HO
                                         GREENBERG TRAURIG LLP
12

13                                       By _____
                                              Mark Krietzman
14                                       Attorneys for Defendants TATUNG
                                         COMPANY and TATUNG CO. OF AMERICA

15   Dated: December 23, 2003            TERESA M. CORBIN
                                         GLENN W. RHODES
16                                       CHRISTOPHER A. MATHEWS
                                         BRIAN S. Y. KIM
17                                       HOWREY SIMON ARNOLD & WHITE LLP

18
                                         By Christopher A. Mathews /BSK
19                                            Christopher A. Mathews
                                         Attorneys for Defendants/Counterclaimants
20                                       CHUNGHWA PICTURE TUBES, LTD., JEAN
                                         COMPANY, LTD. LITE-ON TECHNOLOGY
21                                       CORPORATION, LITE-ON TECHNOLOGY
                                         INTERNATIONAL INCORPORATED, TPV
22                                       TECHNOLOGY LTD. and ENVISION
                                         PERIPHERALS, INC.
23

24   Dated: December ___, 2003           SCOTT R. MILLER
                                         TRACY R. ROMAN
25                                       BINGHAM McCUTCHEN LLP

26
                                         By _____
27                                            Scott R. Miller
                                         Attorneys for Defendant VIEWSONIC
28                                       CORPORATION

1-PH/1933229 1

6

1   to meet and confer to reduce the number of claims asserted and to reduce the

2   number of terms for the Court to construe.

3   Dated: December __, 2003          JEFFREY N. BROWN
                                       TERESA A. MACDONALD
4                                      ANN A. BYUN
                                       ANTHONY C. ROTH
5                                      NATHAN W. McCUTCHEON
                                       MORGAN, LEWIS & BOCKIUS LLP
6

7                                      By_____
                                               Jeffrey N. Brown
8                                      Attorneys for Plaintiff/Counterclaim Defendant
                                       LG.PHILIPS LCD CO., LTD.
9

10  Dated: December __, 2003          MARK KRIETZMAN
                                       CHRISTOPHER DARROW
11                                     VALERIE W. HO
                                       GREENBERG TRAURIG LLP
12

13                                     By _____
                                               Mark Krietzman
14                                     Attorneys for Defendants TATUNG
                                       COMPANY and TATUNG CO. OF AMERICA

15  Dated: December __, 2003          TERESA M. CORBIN
                                       GLENN W. RHODES
16                                     CHRISTOPHER A. MATHEWS
                                       BRIAN S. Y. KIM
17                                     HOWREY SIMON ARNOLD & WHITE LLP

18

19                                     By _____
                                               Christopher A. Mathews
20                                     Attorneys for Defendants/Counterclaimants
                                       CHUNGHWA PICTURE TUBES, LTD., JEAN
21                                     COMPANY, LTD., LITE-ON TECHNOLOGY
                                       CORPORATION, LITE-ON TECHNOLOGY
22                                     INTERNATIONAL INCORPORATED, TPV
                                       TECHNOLOGY LTD. and ENVISION
23                                     PERIPHERALS, INC.

24  Dated: December 23, 2003          SCOTT R. MILLER
                                       TRACY R. ROMAN
25                                     BINGHAM McCUTCHEN LLP

26
                                       By _____
27                                              Scott R. Miller
                                       Attorneys for Defendant VIEWSONIC
28                                     CORPORATION

1-PH/1933229.1

6

**EXHIBIT C**

JOINT CLAIM CONSTRUCTION STATEMENT -- EXHIBIT C
U.S. Patent No. 4,624,737

| CLAIM TERMS | AGREED CONSTRUCTION |
|---|---|
| "surface passivation film" | A thickness of material that provides protection such as electrical stability and chemical isolation. |
| "insulating substrate" | The material (such as glass, quartz, ceramic, insulator-coated silicon or insulator-coated metal) upon which the transistor is fabricated to provide mechanical support and electrical insulation. |
| "on said gate electrode and substrate" | Above and supported by or in contact with the gate electrode and the insulating substrate. |
| "them" | The gate insulating film, the high-resistivity semiconductor film, and the conducting film containing at least the low-resistivity semiconductor film. |

1-LA/721623.1

88

# EXHIBIT D

**EXHIBIT D**

JOINT CLAIM CONSTRUCTION STATEMENT – EXHIBIT D
U.S. Patent No. 4,624,737

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendants' Support |
|---|---|---|---|---|
| thin-film transistor | A three-terminal semiconductor device in which the current flow through one pair of terminals, the source and drain, is controlled or modulated by an electric field that penetrates the semiconductor; this field is introduced by a voltage applied at the third terminal, the gate, which is separated from the semiconductor by an insulating layer. The thin-film transistor is formed using thin-film techniques on an insulating substrate rather than in a single crystal silicon wafer. | Intrinsic Evidence: '737 Patent at col. 1, lines 6-29, 56-58, 61-68; col. 2, lines 1-2, 8-68; col. 3, lines 1-62; col. 4, lines 1-23; Figs. 1a-3d; and claims 1-4. (LPL Exh. 1).<br><br>'737 patent discloses various techniques for fabricating thin films, such as chemical vapor deposition (CVD) (e.g., 2:24-33), sputtering (2:33-36), molecular beam deposition (4:19-20), ion beam deposition (4:19-20).<br><br>"Any suitable means of applying the | A semiconductor device in which the current flow between source electrode and drain electrode is controlled by an electric field that penetrates the semiconductor; this field is introduced by a voltage applied at the gate electrode, which is separated from the semiconductor by an insulating layer. The thin-film transistor is formed using thin-film techniques on an insulating substrate. | Intrinsic Evidence: '737 Patent, col. 1 lines 6-14; col. 2 line 61 – col. 2 line 2; col. 2 lines 8-10; col. 3 lines 22-24.<br><br>Extrinsic Evidence: "Thin film technology" for circuits and systems is defined as "a technology in which a thin film (a few hundred to a few thousand angstroms in thickness) is applied by vacuum deposition to an insulating substrate." *IEEE Standard Extrinsic Evidence of Electrical and Electronic Terms* 939 (3rd ed. 1984) |

I-LA/750425.1

**JOINT CLAIM CONSTRUCTION STATEMENT -- EXHIBIT D**
U.S. Patent No. 4,624,737

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendants' Support |
|---|---|---|---|---|
| | | various films throughout this procedure in the vacuum may be employed such as, for example, evaporation, sputtering, and the like." USPN 4,331,758 to Luo issued May 25, 1982, col. 4, lines 11-14 (LPL Exh. 2).<br><br>"A thin-film transistor (TFT) is an insulated grid field effect transistor. It is similar to a MOS transistor (metal-oxide semiconductor) with the difference that it is produced on an amorphous substrate and *not on a* | | ("*1984 IEEE*"), Exh. 1.<br><br>"A thin-film transistor, TFT, fabricated by evaporation of all components on to an insulating substrate has been developed" Paul K. Weimer, *The TFT – A New Thin-Film Transistor* in 49 *Proceedings of the IRE* 1462-64 (1962), Exh. 2. |

1-LA/750425.1

90

JOINT CLAIM CONSTRUCTION STATEMENT – EXHIBIT D

U.S. Patent No. 4,624,737

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendants' Support |
|---|---|---|---|---|
| | | *monocrystalline silicon wafer.* As they are not limited by the size of the crystalline substrate, TFT circuits can have very large dimensions. The TFT on an insulating substrate has been investigated in three different ways. . . ," USPN 4,426,407 to Morin et al. issued Jan. 17, 1984, col. 1, lines 13-22 (emphasis added) (LPL Exh. 3).<br><br>*Extrinsic Evidence:*<br>*The Penguin Dictionary of Electronics* 569 (3rd. ed. 1998) ("*1998 Penguin*") ("*thin-film transistor* (TFT) A | | |

91

1-LA/750425.1

**JOINT CLAIM CONSTRUCTION STATEMENT – EXHIBIT D**
U.S. Patent No. 4,624,737

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendants' Support |
|---|---|---|---|---|
| | | MOSFET that is fabricated using thin-film techniques on an insulating substrate rather than on a semiconductor chip.'") (LPL Exh. 4); *id.* at 205-207 ("*field-effect transistor* (FET) . . . It is a three terminal semiconductor device in which the current flow through one pair of terminals, the *source* and the *drain*, is controlled or modulated by an electric field that penetrates the semiconductor; this field is introduced by the voltage applied at the third terminal, the *gate*. . ."); *id.* at 70 | | |

1-LA/750425.1

JOINT CLAIM CONSTRUCTION STATEMENT -- EXHIBIT D
U.S. Patent No. 4,624,737

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendants' Support |
|---|---|---|---|---|
| | | ("*chip* . . . A small piece of single crystal of semiconductor material containing either a single component or device or an integrated circuit."). *See also The Penguin Dictionary of Electronics*, 71, 186-192, 583 (2nd. ed. 1988) ("*1988 Penguin*") (LPL Exh. 5). | | |
| gate electrode | A patterned, electrically conductive material that controls current flow through the channel between the source electrode and drain electrode. | Intrinsic Evidence: "FIG. 2a shows in a sectional view the initial step for selectively forming a gate electrode 2 on an insulating substrate 1 | A conductive element of a single thin-film transistor that controls the current between source and drain by a voltage applied to its terminal.  The gate | Intrinsic Evidence: "Metals such as Cr, Mo, W, Al, Ta, etc., and their silicides, impurity-doped polysilicon and other like materials can be |

1-LA/750425.1

93

JOINT CLAIM CONSTRUCTION STATEMENT -- EXHIBIT D

U.S. Patent No. 4,624,737

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendants' Support |
|---|---|---|---|---|
| | | … Metals such as Cr, Mo, W, Al, Ta, etc., and their silicides, impurity-doped polysilicon and other like materials can be used as said gate electrode 2." '737 Patent at col. 2, lines 7-16.<br><br>"FIG. 3a illustrates a step in which gate electrode 2 extending along one line and gate electrodes 2' on another line are formed on a transparent substrate 1 such as a glass substrate." '737 Patent at col. 3, lines 22-29. | electrode is distinct from the gate line and the gate pad associated with the gate electrode. | used as said gate electrode 2." '737 Patent, col. 2 lines 14-16.<br><br>"FIG. 3a illustrates a step in which gate electrode 2 extending along one line and gate electrodes 2' on another line are formed on a transparent insulating substrate 1 such as glass substrate." '737 Patent, col. 3 lines 26-28. *See also* Figs. 1-3; Col. 1 lines 15-17;<br><br>Extrinsic Evidence:<br>"Gate" is defined as a structural element of a TFT that "controls the current between |

1-LA/750425.1

94

**JOINT CLAIM CONSTRUCTION STATEMENT -- EXHIBIT D**

U.S. Patent No. 4,624,737

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendants' Support |
|---|---|---|---|---|
| | | *See also* Figs. 1-3; and claim 1. | | source and drain by a voltage applied to its terminal." *1984 IEEE 384*, Exh. 1.<br><br>U.S. Patent No. 4,331,758 to Luo, Figures 8 and 8A, col. 7 line 17 to col. 8 line 9, Exh. 15.<br><br>"Gate" is defined as "[a]n electrode or electrodes in a field-effect transistor." *See The Penguin Dictionary of Electronics*, 237 (2nd. ed. 1988) ("*1988 Penguin*"), Exh. 18. |
| continuously depositing | The formation of the gate insulating film, the high-resistivity | Intrinsic Evidence:<br>"[A]s shown in FIG. 1b, a gate insulating | Successively depositing each constituent film on top | Intrinsic Evidence:<br>"[A] gate insulating film 3, a high- |

I-LA/750425.1

95

## JOINT CLAIM CONSTRUCTION STATEMENT -- EXHIBIT D
U.S. Patent No. 4,624,737

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendants' Support |
|---|---|---|---|---|
| | semiconductor film and conducting film without intervening films. | film 3 (such as silicon nitride film) and an amorphous silicon film 4 are continuously deposited. . . ." '737 Patent at col. 1, lines 17-21.<br><br>"In the next step illustrated in FIG. 2b in a sectional view, a gate insulating film 3, a high-resistivity film 4, a low-resistivity a-Si:H (usually hydrogenated amorphous silicon) film 20 and a conducting film 30 made of a metal or other material are successively formed on said gate electrode | of the underlying film or structure without interruption and without performing any processing steps between the deposition of each constituent film. | resistivity film 4, a low-resistivity a-Si:H (usually hydrogenated amorphous silicon) film 20 and a conducting film 30 made of a metal or other material are successively formed on said gate electrode 2 and substrate 1 without exposing them to an oxidizing atmosphere. Such successive deposition can be accomplished, for instance, by forming [films 3, 4 and 20] in the same evacuated chamber in a plasma CVD apparatus. It is also possible to form said films successively in |

96

I-LA/750425.1

# JOINT CLAIM CONSTRUCTION STATEMENT -- EXHIBIT D

## U.S. Patent No. 4,624,737

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendants' Support |
|---|---|---|---|---|
| | | 2 and substrate 1 without exposing them to an oxidizing atmosphere. Such successive deposition can be accomplished, for instance, by forming [films 3, 4, and 20] in the same evacuated chamber in a plasma CVD apparatus. It is also possible to form said films successively in the respective chambers by using a plasma CVD apparatus having in-line chambers. Further, when a sputtering or metalizing chamber is additionally provided, conducting film 30 | | the respective chambers by using a plasma CVD apparatus having in-line chambers. Further, when a sputtering or metalizing chamber is additionally provided, conducting film 30 can be also deposited continuously without exposure to the atmosphere." '737 Patent, col. 2 lines 17-36.<br><br>*See also* '737 Patent Col. 1 lines 17-21, 32-54; col. 3 lines 28-35, 53-62; col. 4 lines 1-13; Abstract.<br><br>Extrinsic Evidence: |

97

I-LA/750425.1

**JOINT CLAIM CONSTRUCTION STATEMENT – EXHIBIT D**

U.S. Patent No. 4,624,737

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendants' Support |
|---|---|---|---|---|
| | | can be also deposited continuously without exposure to the atmosphere." '737 Patent at col 2, lines 17-37. *See also* '737 Patent at col. 3, lines 28-35, 54-62; col. 4, lines 1-13; Abstract; Figs. 2b and 3b; and claims 1 and 2.<br><br>Extrinsic Evidence: *The American Heritage College Dictionary* 1215 (2d College Ed. 1985) ("*1985 American Heritage Dictionary*") (defining "successive" as "[f]ollowing in an uninterrupted order or sequence.") (LPL Exh. 6); *id.* at 317 (defining | | "Continuous" is defined as "marked by uninterrupted extension in space, time, or sequence." *1981 Webster's* 243-44, Exh. 3.<br><br>"Continuous" is defined as "extending or prolonged without interruption or cessation; unceasing," *The American Heritage Dictionary* 317 (2d College Ed. 1985), Exh. 16.<br><br>W.E. Spear & P.G. LeComber, *Fundamental and Applied Work on Glow Discharge Material*, in *The* |

I-LA/7504251

**JOINT CLAIM CONSTRUCTION STATEMENT -- EXHIBIT D**

U.S. Patent No. 4,624,737

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendants' Support |
|---|---|---|---|---|
| | | "continuous" as "extending or prolonged without interruption or cessation; unceasing"). *The American Heritage College Dictionary* 301 (3d College Ed. 1997) (defining "continuous" as "uninterrupted in time, sequence, substance, or extent") (LPL Exh. 7). *1981 Webster's* 243-44 (defining "[c]ontinuous" as "marked by uninterrupted extension in space, time, or sequence.") | | *Physics of Hydrogenated Amorphous Silicon I, Chapter 3* 64-68 (J.D. Joannopoulos and G. Lucovsky eds., Springer-Verlag 1984) ("*1984 Spear*") (describing vacuum deposition systems), Exh. 4. P.G. LeComber & W.E. Spear, *The Development of the a-Si:H Field Effect Transistor and its Possible Applications*, in 21D *Semiconductors and Semimetals* 89-95 (1984) ("*1984 LeComber*") (describing single and |

1-LA/750425.1

99

JOINT CLAIM CONSTRUCTION STATEMENT -- EXHIBIT D
U.S. Patent No. 4,624,737

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendants' Support |
|---|---|---|---|---|
| | | (Defendant's Exh. 3.) | | multi-chamber deposition systems). Exh. 5.

T. Kodama et al., *A Self-Alignment Process for Amorphous Silicon Thin Film Transistors*, 3-7 IEEE Electron Device Letters 187–89 (Jul. 1982) ("*1982 Kodama*") (describing a continuous deposition process). Exh. 6.

Japanese patent publication JP 56-135968 to Osada et al. published October 23, 1981, Figs. 1, 2; Cols. 7-31 (describing continuous deposition |

100

1-LA/750425.1

# JOINT CLAIM CONSTRUCTION STATEMENT -- EXHIBIT D
## U.S. Patent No. 4,624,737

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendants' Support |
|---|---|---|---|---|
| | | | | of layers). Exh. 7. |
| | | | | U.S. Patent No. 4,331,758 to Luo, Col. 1, Lines 9-54, Exh. 15. |
| gate insulating film | A thickness of material (such as SiNx) that has high electrical resistance and insulates the transistor gate from at least the transistor semiconductor. | Intrinsic Evidence: "Such successive deposition can be accomplished, for instance, by forming a silicon nitride (SiNx) film as gate insulating film 3 from a mixed gas of SiH₄ and NH₃,. . .," '737 Patent at col. 2, lines 24-26.<br><br>"[A] multi-layer film . . . can be used as said gate insulating film 3." '737 Patent at col. 2, lines 36-38.<br><br>See also '737 Patent at | A thickness of material (such as SiNx) that has high electrical resistance and insulates the gate electrode from the transistor semiconductor. | Intrinsic Evidence: '737 Patent, Figs. 1-3; Col. 1 lines 17-21; col. 2 lines 17-32, 36-38; col. 3 lines 28-35.<br><br>Extrinsic Evidence: "Film" is defined as "a thin covering or coating" and "an exceedingly thin layer." *1981 Webster's 425*, Exh. 3.<br><br>"Gate" is defined as a structural element of a TFT that "controls the current between source and drain by a |

1-LA/750425.1

JOINT CLAIM CONSTRUCTION STATEMENT -- EXHIBIT D
U.S. Patent No. 4,624,737

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendants' Support |
|---|---|---|---|---|
| | | 1:12-21, 2:18-38, 3:28-35; Abstract; Figs. 1b-1d, 2b-2e, and 3b-3d; and claim 1.<br><br>Extrinsic Evidence: 1988 Penguin at 194 (defining "film" as a "coating with a minimal thickness dimension.") (LPL Exh. 5).<br><br>1985 American Heritage Dictionary at 719 (defining "layer" as a "thickness, coating, or stratum spread out or covering a surface.") (LPL Ex. 6). | | voltage applied to its terminal." 1984 IEEE 384, Exh. 1.<br><br>"Insulating material" is defined as "a substance or body, the conductivity or which is zero or, in practice, very small." 1984 IEEE 447, Exh. 1.<br><br>"Layer" is defined as a "thickness, coating, or stratum spread out or covering a surface." 1985 American Heritage Dictionary 719, LPL Exh. 6. |
| high-resistivity semiconductor film | A thickness of semiconductor | Intrinsic Evidence: "Such successive | A thickness of semiconductor with no | Intrinsic Evidence: "Such successive |

102

I-LA/758425.1

JOINT CLAIM CONSTRUCTION STATEMENT -- EXHIBIT D

U.S. Patent No. 4,624,737

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendants' Support |
|---|---|---|---|---|
| | material (such as amorphous silicon, hydrogenated amorphous silicon, amorphous silicon-fluorine alloy, amorphous silicon-hydrogen-fluorine alloy, or a microcrystalline amorphous silicon) that has a higher resistance to current flow relative to the low-resistivity semiconductor film (later recited in the claim). | deposition can be accomplished, for instance, by ... forming a high-resistivity a-Si:H film 4 by using SiH$_4$ and forming a n$^+$ a-Si:H film 20 from a mixed gas of PH3 and SiH$_4$ in the same evacuated chamber in a plasma CVD apparatus." '737 patent at col. 2, lines 23-29. "In place of said high-resistivity amorphous silicon film 4, there can be used a film of amorphous silicon-fluorine alloy (a-Si:F) or amorphous silicon-hydrogen-fluorine alloy (a-Si:H:F) using, | intentionally added impurities to increase its conductivity, resulting in an electrical resistance many orders of magnitude higher than a low-resistivity semiconductor film. | deposition can be accomplished, for instance, by ... forming a high-resistivity a-Si:H film 4 by using SiH$_4$ ... in the same evacuated chamber in a plasma CVD apparatus." '737 Patent, col. 2 lines 23-29. "In place of said high-resistivity amorphous silicon film 4, there can be used a film of amorphous silicon-fluorine alloy (a-Si:F) or amorphous silicon-hydrogen-fluorine alloy (a-Si:H:F) using, for instance, SiF$_4$, or a microcrystalline amorphous silicon |

I-LA/730425.1

JOINT CLAIM CONSTRUCTION STATEMENT -- EXHIBIT D

U.S. Patent No. 4,624,737

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendants' Support |
|---|---|---|---|---|
| | | for instance, SiF4, or a microcrystalline amorphous silicon film." '737 patent at col. 2, lines 38-43.<br><br>*See also* '737 Patent at col. 1, lines 8-29, 32-46, col. 2, lines 17-32, 38-43, 54-60; col. 3, lines 7-10, 16-21, 28-41, 48-62; col. 4, lines 1-23; Abstract; Figs. 1b-1d, 2b-2e, and 3b-3d; and claims 1 and 2.<br><br>Extrinsic Evidence: *1988 Penguin* at 131 (defining "doping level" as a "[t]he amount of doping necessary to achieve the desired | | film." '737 Patent, col. 2 lines 38-43.<br><br>*See also* '737 Patent, Figs. 1-3; col. 1 lines 8-11, 17-32; col. 2 lines 17-32; col. 3 lines 28-35.<br><br>Extrinsic Evidence: Shyh Wang, *Solid State Electronics* 129, 155 (McGraw Hill 1966) ("*1966 Wang*") (describing relative properties of conductors, semiconductors and insulators), Exh. 8<br><br>P.G. LeComber, *Doping and the Density of States of Amorphous Silicon*, in |

104

1-LA/750425.1

JOINT CLAIM CONSTRUCTION STATEMENT -- EXHIBIT D

U.S. Patent No. 4,624,737

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendants' Support |
|---|---|---|---|---|
| | | characteristic in a semiconductor. Low doping levels . . . give a high-resistivity material; high doping levels . . . give a low-resistivity material." (LPL Exh. 5).<br><br>*Id.* at 194 (defining "film" as a "coating with a minimal thickness dimension.") | | *Fundamental Physics of Amorphous Semiconductors* 46-55 (F. Yonezawa ed., Springer-Verlag 1981) ("*1981 LeComber*") (comparing doped and undoped semiconductors), Exh. 9.<br><br>*1984 Spear* 91-97 (comparing doped and undoped semiconductors), Exh. 4.<br><br>*See also 1984 LeComber* 89-95, Exh. 5; K.D. MacKenzie et al., *The Characteristics and Properties of Optimised Amorphous* |

105

1-LA/750425.1

# JOINT CLAIM CONSTRUCTION STATEMENT – EXHIBIT D

U.S. Patent No. 4,624,737

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendants' Support |
|---|---|---|---|---|
| | | | | *Silicon Field Effect Transistors, in A31 Applied Physics A, Solids and Surfaces* 87-88 (1983) ("*1983 MacKenzie*"). Exh. 10. "Layer" is defined as a "thickness, coating, or stratum spread out or covering a surface." *1985 American Heritage Dictionary* 719, LPL Exh. 6. |
| conducting film | A thickness of electrically conductive material. | Intrinsic Evidence: Claim 1 of the '737 patent, which recites "a conducting film containing at least a low-resistivity semiconductor film." Claim 2 of the '737 | A thickness which includes a material consisting of an elemental metal, metal alloy, or film of optically transparent material, and having an electrical resistance several orders of | Intrinsic Evidence: "[A] conducting film 30 made of a metal or other material..." '737 Patent, Col. 2 lines 17-23. "Further, when a sputtering or |

H-LA/750425.1

106

## JOINT CLAIM CONSTRUCTION STATEMENT -- EXHIBIT D
U.S. Patent No. 4,624,737

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendants' Support |
|---|---|---|---|---|
| | | patent, which recites "said conducting film is composed of at least two layers consisting of a low-resistivity semiconductor film and thereon a refractory metal film or transparent conducting film."<br><br>"In this example, no conducting film is formed on low-resistivity amorphous silicon film 20, but a conducting film such as ITO film may be formed on said low-resistivity film 20 as in the example shown in FIG. 2." '737 patent at col. 3, lines 48-52. | magnitude lower than a low-resistivity semiconductor film. | metalizing chamber is additionally provided, conducting film 30 can be also deposited continuously without exposure to the atmosphere." '737 Patent, col. 2 lines 32-36.<br><br>"As said conducting film 30, it is desirable to use a stable conducting film such as a transparent conducting film made of a refractory metal such as Cr, W, Mo, Ta, etc, and silicides thereof, or indium-tin-oxide (ITO), $SnO_2$ and the like. Use of a transparent conducting film has the advantage |

1-LA/7504251

107

**JOINT CLAIM CONSTRUCTION STATEMENT – EXHIBIT D**

U.S. Patent No. 4,624,737

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendants' Support |
|---|---|---|---|---|
| | | "In the next step illustrated in FIG. 2b in a sectional view, a gate insulating film 3, a high-resistivity film 4, a low-resistivity a-Si:H (usually hydrogenated amorphous silicon) film 20 and a conducting film 30 made of a metal or other material are successively formed on said gate electrode 2 and substrate 1 . . . ." '737 patent at col. 2, lines 17-23.<br><br>"As said conducting film 30, it is desirable to use a stable conducting film such | | that the process is simplified when the thin-film transistor of this invention is applied to an active matrix liquid crystal display." '737 Patent, col. 2 lines 46-53.<br><br>"The same materials as used for conducting film 30 and other materials such as Al can be used for said drain and source electrode members 15, 16." '737 Patent, col. 3 lines 4-7.<br><br>"In this example, no conducting film is formed on low-resistivity amorphous silicon film 20, but a |

1-LA/7504251

108

JOINT CLAIM CONSTRUCTION STATEMENT – EXHIBIT D

U.S. Patent No. 4,624,737

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendants' Support |
|---|---|---|---|---|
| | | as a transparent conducting film made of a refractory metal such as Cr, W, Mo, Ta, etc., and silicides thereof, or indium-tin-oxide (ITO), $SnO_2$ and the like." '737 patent at col. 2, lines 46-50.<br><br>*See also* '737 Patent at col. 1, lines 25-29, 32-51, col. 2, lines 10-36, 43-68; col. 3, lines 1-10, 28-35, 48-62; col. 4, lines 1-23; Abstract; Figs. 2b-2e and 3b-3d.<br><br>"Deposition of a metallic grid coating 24, e.g. of highly doped silicon or aluminum (by CVD-plasma) on the entire | | conducting film such as ITO film may be formed on said low-resistivity film 20 as in the example shown in FIG. 2." '737 Patent, col. 3 lines 48-52.<br><br>"The same is true with the interface of low-resistivity amorphous silicon film 20 and conducting film 30. Further, since the interfaces of low-resistivity amorphous silicon film 20 or conducting film 30 and drain and source electrodes 15, 16 can be cleaned ..." '737 Patent, col. 3 line 57 – col. 4 line 2. |

1-LA/750425.1

JOINT CLAIM CONSTRUCTION STATEMENT – EXHIBIT D
U.S. Patent No. 4,624,737

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendants' Support |
|---|---|---|---|---|
| | | surface of the sample(g)." USPN 4,426,407 to Morin et al. issued Jan. 17, 1984, col. 3, lines 50-52 (LPL Exh. 3).<br><br>". . . wherein the conductive coating is of highly doped silicon and is obtained by reactive gaseous phase plasma." *Id.* at claims 5. *See also id.* at claims 1, 3, and 4.<br><br>Extrinsic Evidence: *1985 American Heritage Dictionary* at 307 (defining "conduct[ing]" as "serv[ing] as a medium or channel for conveying") (LPL Ex. | | *See also* '737 Patent, Figs. 1-3; col. 2 lines 54-60.<br><br>Extrinsic Evidence: "Electrically conductive materials that can be prepared by CVD comprise elemental metals, metal alloys, superconductive compounds, and films of optically transparent conductors." *Thin Film Processes* 315-317 (J.L. Vossen & W. Kern eds., Academic Press 1978, Exh. 11.<br><br>*See also 1966 Wang* |

110

I-LA/7504251

**JOINT CLAIM CONSTRUCTION STATEMENT -- EXHIBIT D**
U.S. Patent No. 4,624,737

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendants' Support |
|---|---|---|---|---|
| | | 6).<br><br>*1988 Penguin* at 194 (defining "film" as a "coating with a minimal thickness dimension.") (LPL Exh. 5).<br><br>*CRC Handbook of Chemistry and Physics* 12-96 (75th ed., 1994-1995) (discussing the resistivity of semiconducting minerals) (LPL Exh. 9).<br><br>*Thin Film Processes* 316-317 (J.L. Vossen & W. Kern eds., Academic Press 1978, (noting that "[t]hin films of optically | | 129, 155, Exh. 8; *1984 Spear* 91-97, Exh. 4.<br><br>*See also* support cited by LPL for the term "conducting film". |

111

1-LA/750425.1

## JOINT CLAIM CONSTRUCTION STATEMENT – EXHIBIT D

U.S. Patent No. 4,624,737

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendants' Support |
|---|---|---|---|---|
| | | transparent and electrically conductive materials", including $SnO_2$, are "usually classified" as semiconductors) (Defendants' Exh. 11). | | |
| low-resistivity semiconductor film | A thickness of semiconductor material (such as low-resistivity amorphous silicon, hydrogenated amorphous silicon, amorphous silicon-fluorine alloy, amorphous silicon-hydrogen-fluorine alloy, or a microcrystalline amorphous silicon, which contains phosphorous or other impurities to enhance the conductivity of the | Intrinsic Evidence: "In the next step illustrated in FIG. 2b in a sectional view, a gate insulating film 3, a high-resistivity film 4, a low-resistivity a-Si:H (usually hydrogenated amorphous silicon) film 20 and a conducting film 30 made of a metal or other material are successively formed on said gate electrode 2 and substrate 1 | A thickness of semiconductor having intentionally added impurities to increase its conductivity, resulting in an electrical resistance many orders of magnitude lower than a high-resistivity semiconductor film. | Intrinsic Evidence: "[A] low-resistivity a-Si:H (usually hydrogenated amorphous silicon) film 20 … are successively formed … Such successive deposition can be accomplished, for instance, by … forming a n+ a-Si:H film 20 from a mixed gas of $PH_3$ and $SiH_4$ in the same evacuated chamber in a plasma CVD apparatus. …" |

112

1-LA/730425.1

# JOINT CLAIM CONSTRUCTION STATEMENT -- EXHIBIT D
## U.S. Patent No. 4,624,737

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendants' Support |
|---|---|---|---|---|
| | film) that has a lower resistance to current flow relative to the high-resistivity semiconductor film. | without exposing them to an oxidizing atmosphere. Such successive deposition can be accomplished, for instance, by . . . forming a $n^+$ a-Si:H film 20 from a mixed gas of $PH_3$ and $SiH_4$. . . ." '737 patent at col. 2, lines 17-30.<br><br>"In place of said high-resistivity amorphous silicon film 4, there can be used a film of amorphous silicon-fluorine alloy (a-Si:F) or amorphous silicon-hydrogen-fluorine alloy (a-Si:H:F) using, for instance, $SiF_4$, or a microcrystalline amorphous silicon | | '737 Patent, col. 2 lines 17-32.<br><br>"Such alloys [a-Si:F or a-Si:H:F alloy using, for instance, $SiF_4$, or a microcrystalline amorphous silicon film] can be also used for said low-resistivity amorphous silicon film 20, and such film may contain other impurities beside phosphorous impurities." '737 Patent, col. 2 lines 38-45.<br><br>"In this example, no conducting film is formed on low-resistivity amorphous |

1-LA/750425.1

113

JOINT CLAIM CONSTRUCTION STATEMENT -- EXHIBIT D

U.S. Patent No. 4,624,737

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendants' Support |
|---|---|---|---|---|
| | | film. Such alloys can be also used for said low-resistivity amorphous silicon film 20, and such film may contain other impurities beside phosphorous impurities." '737 patent at col. 2, lines 38-50.<br><br>See also '737 Patent at col. 1, lines 25-29, 32-51; col. 2, lines 17-45, 54-68; col. 3, lines 1-10, 28-41, 48-62; col. 5, lines 1-23; Abstract; Figs. 1d; 2b-2e, and 3b-3d; and claims 1 and 2.<br><br>Extrinsic Evidence: _1988 Penguin_ at 131 | | silicon film 20, but a conducting film such as ITO film may be formed on said low-resistivity film 20 as in the example shown in FIG. 2." '737 Patent, col. 3 lines 48-52.<br><br>"The same is true with the interface of low-resistivity amorphous silicon film 20 and conducting film 30. Further, since the interfaces of low-resistivity amorphous silicon film 20 or conducting film 30 and drain and source electrodes 15, 16 can be cleaned …" '737 Patent, col. 3 line 57 – |

I-LA/750425.1

JOINT CLAIM CONSTRUCTION STATEMENT -- EXHIBIT D

U.S. Patent No. 4,624,737

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendants' Support |
|---|---|---|---|---|
| | | (defining "doping level" as a "[t]he amount of doping necessary to achieve the desired characteristic in a semiconductor. Low doping levels . . . give a high-resistivity material; high doping levels . . . give a low-resistivity material.") (LPL Exh. 5).<br><br>*Id.* at 194 (defining "film" as a "coating with a minimal thickness dimension."). | | col. 4 line 2.<br><br>*See also* '737 Patent, Figs. 1-3; Col. 1 lines 8-11, 17-32; col. 2 lines 32-36, 46-60; col. 3 lines 4-7.<br><br>Extrinsic Evidence: *1984 Spear* 91-97. Exh. 4; *1984. LeComber* 89-95, Exh. 5; *1966 Wang* 129, 155, Exh. 8; *1981 LeComber* 46-55, Exh. 9; *1983 MacKenzie* 87-88. Exh. 10.<br><br>"Layer" is defined as a "thickness, coating, or stratum spread out or covering a surface." *1985 American Heritage Dictionary* |

1-LA/750425.1

# JOINT CLAIM CONSTRUCTION STATEMENT -- EXHIBIT D

U.S. Patent No. 4,624,737

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendants' Support |
|---|---|---|---|---|
| conducting film containing at least a low-resistivity semiconductor film | The conducting film is composed of a low-resistivity semiconductor film and possibly other conductive films. | Intrinsic Evidence: Claim 2 of the '737 patent, which recites "said conducting film is composed of at least two layers consisting of a low-resistivity semiconductor film and thereon a refractory metal film or transparent conducting film."<br><br>*Compare* '737 patent at col. 3, lines 40-41("exposed portion of low-resistivity amorphous silicon film 20 is removed"), Figs. 2d and 3c *with* Claim 1 ("a fifth step for selectively removing said | A conducting film with an adjoining thin layer of low-resistivity semiconductor and possibly other adjoining layers. | 719, LPL Exh. 6.<br><br>Intrinsic Evidence: "[A] low-resistivity a-Si:H (usually hydrogenated amorphous silicon) film 20 and a conducting film 30 made of a metal or other material are successively formed ...". '737 Patent, col. 2 lines 17-23.<br><br>"In this example, no conducting film is formed on low-resistivity amorphous silicon film 20, but a conducting film such as ITO film may be formed on said low-resistivity film 20 as in the example shown |

116

1-LA/750425.1

## JOINT CLAIM CONSTRUCTION STATEMENT – EXHIBIT D
### U.S. Patent No. 4,624,737

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendants' Support |
|---|---|---|---|---|
| | | conducting film exposed on said island region"). | | in FIG. 2." '737 Patent, col. 3 lines 48-52. |
| | | Claim 1 ("a third step in which said high resistivity semiconductor film and said conducting film are selectively etched . . .") (note no separate mention is made of low resistivity semiconductor film).<br><br>*See also* '737 patent at col. 1, lines 18-36, 43-57; col. 3, lines 28-41, 48-62; col. 4, lines 1-12; Figs 2b-2e, 3b-3d; claim 1. | | "The same is true with the interface of low-resistivity amorphous silicon film 20 and conducting film 30. Further, since the interfaces of low-resistivity amorphous silicon film 20 or conducting film 30 and drain and source electrodes 15, 16 can be cleaned . . .". '737 Patent, col. 3 line 57 – col. 4 line 2. |
| | | ". . . wherein the | | "A gate insulating film, a high-resistivity semiconductor film, a low-resistivity |

117

1-LA/750425.1

JOINT CLAIM CONSTRUCTION STATEMENT -- EXHIBIT D

U.S. Patent No. 4,624,737

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendants' Support |
|---|---|---|---|---|
| | | conductive coating is of highly doped silicon and is obtained by reactive gaseous phase plasma." USPN 4,426,407 to Morin et al. issued Jan. 17, 1984, claim 5 (LPL Exh. 3). *See also id.* col. 3, lines 50-52; claims 1, 3, and 4.<br><br>**Extrinsic Evidence:**<br>*1985 American Heritage Dictionary* at 315-316 (defining "contain" as "to have as component parts; comprise; include") (LPL Exh. 6).<br><br>*1988 Penguin* at 93 (defining "conductor" as a "[a] material that | | semiconductor film and if necessary a conducting film are successively deposited in lamination ...," '737 Patent, Abstract<br><br>*See also* '737 Patent, Figs. 2b-2e; Claim 2; Col. 2 lines 23-33, 43-54; col. 3 lines 4-7.<br><br>**Extrinsic Evidence:**<br>"Contain" is defined as "to have within," "comprise" or "include." *1981 Webster's* 242, Exh. 3.<br><br>"Include" is defined as "to take in or comprise as part of a larger aggregate or principle." *1981* |

I-LA/750425.1

118

JOINT CLAIM CONSTRUCTION STATEMENT -- EXHIBIT D

U.S. Patent No. 4,624,737

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendants' Support |
|---|---|---|---|---|
| | | offers a low resistance to the passage of electrical current: when a potential difference is applied across it a relatively large current flows.") (LPL Exh. 5).

*Id.* at 131 (defining "doping level" as a "[t]he amount of doping necessary to achieve the desired characteristic in a semiconductor. Low doping levels . . . give a high-resistivity material; high doping levels . . . give a low-resistivity material."). | | *Webster's 576*, Exh. 3.

"Conducting material" is defined as "a conducting medium in which the conduction is by electrons, and whose temperature coefficient of resistivity is, except for certain alloys, nonnegative at all temperatures below the melting point." *1984 IEEE* 175, Exh. 1.

"Semiconductor" is defined as "an electronic conductor with resistivity in the range between metals and insulators, in which the electric- |

1-LA/750425.1

## JOINT CLAIM CONSTRUCTION STATEMENT -- EXHIBIT D
### U.S. Patent No. 4,624,737

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendants' Support |
|---|---|---|---|---|
| | | | | charge-carrier concentration increases with increasing temperature over some temperature range". *1984 IEEE 815, Exh. 1.*<br><br>*See also 1983 MacKenzie 87-88.* Exh. 10; Japanese patent publication JP 58-190061 to Aoki et al. published November 5, 1983, Figs 4, 5; Cols. 7-9. Exh. 12..<br><br>"Layer" is defined as a "thickness, coating, or stratum spread out or covering a surface." *1985 American Heritage Dictionary* |

1-LA/750425.1

JOINT CLAIM CONSTRUCTION STATEMENT -- EXHIBIT D

U.S. Patent No. 4,624,737

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendants' Support |
|---|---|---|---|---|
| oxidizing atmosphere | An atmosphere that would create substantial oxidation on a film. | Intrinsic Evidence: "In the conventional process shown in FIGS. 1a to 1d, since the masking step precedes the deposition of n+ amorphous films 25, 26, natural oxide is produced on the exposed surface of amorphous silicon film 4. Although such natural oxide can be removed by an aqueous solution of hydrofluoric acid (HF) or a similar substance, the possibility is still great that oxygen and its compounds as well as other impurities can collect on the laminate | An atmosphere that would create an oxide on a film. | 719, LPL Exh. 6.

*See support for claim term "without exposing them to an oxidizing atmosphere" below.* |

1-LA/750425.1

121

JOINT CLAIM CONSTRUCTION STATEMENT -- EXHIBIT D

U.S. Patent No. 4,624,737

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendants' Support |
|---|---|---|---|---|
| | | surface as it is exposed to the atmosphere. This would give rise to electrical resistance between the source and drain and between channels in the thin-film transistor thus obtained, making such transistor unable to exhibit its desired characteristics." '737 patent at col. 1, lines 32-44.<br><br>"As described above, according to the present invention, no oxides, etc., are formed at the interface of high-resistivity amorphous silicon film 4 and low- | | |

122

1-LA750425.1

JOINT CLAIM CONSTRUCTION STATEMENT – EXHIBIT D
U.S. Patent No. 4,624,737

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendants' Support |
|---|---|---|---|---|
| | | resistivity amorphous silicon film 20, so that a good junction can be formed. The same is true with the interface of low-resistivity amorphous silicon film 20 and conducting film 30. Further, since the interfaces of low-resistivity amorphous silicon film 20 or conducting film 30 and drain and source electrodes 15, 16 can be cleaned without damaging the high-resistivity amorphous silicon film, a good contact can be obtained without sacrificing the inherent properties of | | |

1-LA/750425.1

JOINT CLAIM CONSTRUCTION STATEMENT -- EXHIBIT D

U.S. Patent No. 4,624,737

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendants' Support |
|---|---|---|---|---|
| | | thin-film transistor." '737 patent at col. 3, line 53 – col. 4, line 2. *See also* '737 Patent at col. 1, lines 21-51; col. 2 lines 17-53; col. 3, lines 28-35, 53-62; col. 4, lines 1-23; Abstract; Figs 2b-2e, 3b-3d; and claims 1 and 2. | | |
| without exposing them to an oxidizing atmosphere | This phrase is a combination of previously defined or agreed constructions of "them" and "oxidizing atmosphere", namely, the gate insulating film, the high-resistivity | Intrinsic Evidence: '737 patent at col. 1, lines 32-44, 47-53; col. 2, lines 17-36; col. 3, lines 28-35, 53-62; col. 4, lines 1-12; Figs. 2b-2e, 3b-3d; claims 1 and 2. | Without permitting the gate insulating film, high-resistivity semiconductor film, low-resistivity semiconductor film, or conducting film to come into contact with an atmosphere that would create an oxide | Intrinsic Evidence: "In the conventional process shown in FIGS. 1a to 1d, since the masking step precedes the deposition of n+ amorphous films 25, 26, natural oxide is produced on the |

124

1-LA/750425.1

JOINT CLAIM CONSTRUCTION STATEMENT -- EXHIBIT D
U.S. Patent No. 4,624,737

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendants' Support |
|---|---|---|---|---|
| | semiconductor film, and the conducting film containing at least a low-resistivity semiconductor film are deposited without exposure to an atmosphere that would create substantial oxidation on any of these films. | | on any of these four films. | exposed surface of amorphous silicon film 4. Although such natural oxide can be removed by an aqueous solution of hydrofluoric acid (HF) or a similar substance, the possibility is still great that oxygen and its compounds as well as other impurities can collect on the laminate surface as it is exposed to the atmosphere. This would give rise to electrical resistance between the source and drain and between channels in the thin-film transistor thus obtained, making such transistor unable to |

125

1-LA/750425.1

**JOINT CLAIM CONSTRUCTION STATEMENT -- EXHIBIT D**
U.S. Patent No. 4,624,737

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendants' Support |
|---|---|---|---|---|
| | | | | exhibit its desired characteristics." '737 Patent, col. 1, lines 32-46. |
| | | | | "[Films 3, 4, 20 and 30] are successively formed on said gate electrode 2 and substrate 1 without exposing them to an oxidizing atmosphere. Such successive deposition can be accomplished, for instance, by forming [films 3, 4 and 20] in the same evacuated chamber in a plasma CVD apparatus. It is also possible to form said films successively in the respective chambers by using a |

1-LA/750425.1

**JOINT CLAIM CONSTRUCTION STATEMENT -- EXHIBIT D**
U.S. Patent No. 4,624,737

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendants' Support |
|---|---|---|---|---|
| | | | | plasma CVD apparatus having in-line chambers. Further, when a sputtering or metalizing chamber is additionally provided, conducting film 30 can be also deposited continuously without exposure to the atmosphere." '737 Patent, col. 2 lines 17-36.<br><br>"As described above, according to the present invention, no oxides, etc., are formed at the interface of high-resistivity amorphous silicon film 4 and low-resistivity amorphous |

127

1-LA/750425.1

JOINT CLAIM CONSTRUCTION STATEMENT -- EXHIBIT D
U.S. Patent No. 4,624,737

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendants' Support |
|---|---|---|---|---|
| | | | | silicon film 20, so that a good junction can be formed. The same is true with the interface of low-resistivity amorphous silicon film 20 and conducting film 30." '737 Patent, col. 3, line 53-59.<br><br>"A gate insulating film, a high-resistivity semiconductor film, a low-resistivity semiconductor film and if necessary a conducting film are successively deposited in lamination without exposing them to any oxidizing atmosphere including atmospheric air, ..." '737 Patent, |

1-LA/7504254.1

**JOINT CLAIM CONSTRUCTION STATEMENT – EXHIBIT D**

U.S. Patent No. 4,624,737

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendants' Support |
|---|---|---|---|---|
| | | | | Abstract. |
| selectively etched | The removal of selected portions of a surface using etching techniques (such as wet etching, plasma etching, reactive ion etching, and ion etching) in order to produce a desired pattern on the surface. | Intrinsic Evidence: "Fig. 2c illustrates the step in which said conducting film 30, low-resistivity amorphous silicon film 20 and high-resistivity amorphous silicon film 4 are left as an island region by etching in a single | Have a selected portion of the substance of the conducting film, low-resistivity semiconductor film and high-resistivity semiconductor film removed using an etching technique. | Extrinsic Evidence: *1984 Spear* 64-68, 91-97, Exh. 4; *1984 LeComber* 89-95, Exh. 5; *1982 Kodama* 187-89. Exh. 6; Japanese patent publication JP 56-135968 to Osada et al. published October 23, 1981, Figs. 1, 2; Cols. 7-31. Exh. 7.<br><br>Intrinsic Evidence: "FIG. 2c illustrates the step in which said conducting film 30, low-resistivity amorphous silicon film 20 and high-resistivity amorphous silicon film 4 are left as an island region by etching in a single |

1-LA/730425.1

# JOINT CLAIM CONSTRUCTION STATEMENT -- EXHIBIT D

## U.S. Patent No. 4,624,737

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendants' Support |
|---|---|---|---|---|
| | | masking step. Known etching techniques such as wet etching, plasma etching, reactive ion etching, etc, can be used for this step." '737 patent at col. 2, lines 54-60.<br><br>*See also* '737 Patent at col. 1, lines 14-21, 25-29, 32-35; col. 2, lines 10-16, 54-66; col. 3, lines 7-10, 28-41, 44-48; col. 4, lines 3-9; Figs. 1a-1d; 2a-2e; 3a-3e; and claim 1.<br><br>USPN 4,331,758 to Luo issued May 25, 1982 *(compare* col. 7, line 39 – col. 8, line 10 (describing a wet etch) *with* col. 5, lines | | masking step. Known etching techniques such as wet etching, plasma etching, reactive ion etching, ion etching, etc, can be used for this step." '737 Patent, col. 3 lines 54-60.<br><br>*See also* '737 Patent, Figs. 1-3; Col. 1 lines 17-21, 25-29; col. 2 lines 60-66; col. 3 lines 7-10, 44-48. |

1-LA/759425.1

JOINT CLAIM CONSTRUCTION STATEMENT -- EXHIBIT D

U.S. Patent No. 4,624,737

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendants' Support |
|---|---|---|---|---|
| | | 1-27 (describing the use of a non-etching technique for forming a patterned surface)) (LPL Exh. 2).<br><br>Extrinsic Evidence: "*etching* Chemical erosions of selected portions of a surface in order to produce a desired pattern on the surface." *1988 Penguin* 170-71 (LPL Exh. 5). *Cf. id.* at 299-300 (defining "lift off"). | | |
| island region | A discrete portion of the high-resistivity | USPN 4,404,731 to Poleshuk issued Sep. 20, 1983 (LPL Exh. 8).<br><br>Intrinsic Evidence: "FIG. 2c illustrates the | Defendants contend that this phrase should | *See support for claim term "island region*" |

1-LA/7504251

131

JOINT CLAIM CONSTRUCTION STATEMENT -- EXHIBIT D

U.S. Patent No. 4,624,737

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendants' Support |
|---|---|---|---|---|
| | semiconductor film and conducting film that is formed by selective etching. | step in which said conducting film 30, low-resistivity amorphous silicon film 20 and high-resistivity amorphous silicon film 4 are left as an island region by etching in a single masking step. Known etching techniques such as wet etching, plasma etching, reactive ion etching, ion etching, etc., can be used for this step." '737 patent at col. 2, lines 54-57.

*See also* '737 Patent at col. 2, lines 54-60; col. 3, lines 28-35; Figs. 2c-2e, 3c-3d; and claim 1. | be interpreted as part of the phrase "island region on said gate electrode." | *on said gate electrode" below.* |

1-LA/750425.1

132

JOINT CLAIM CONSTRUCTION STATEMENT – EXHIBIT D
U.S. Patent No. 4,624,737

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendants' Support |
|---|---|---|---|---|
| island region on said gate electrode | This phrase is a combination of previously defined or agreed constructions of "island region", "on", and "gate electrode", namely, a discrete portion of the high-resistivity semiconductor film and conducting film that is formed by selective etching. The discrete portion is located above and supported by or in contact with the gate electrode. | *See* definitions of "island region" and, "gate electrode", *supra*. | Portion of the conducting film, low-resistivity semiconductor film and high-resistivity semiconductor film which has been etched around its entire perimeter into a separate isolated region located over the gate electrode of a single thin-film transistor. | Intrinsic Evidence: The '737 patent drawings show an island of material with no other surrounding material. '737 Patent, Figs. 2c, 3b.<br><br>"FIG. 2c illustrates the step in which said conducting film 30, low-resistivity amorphous silicon film 20 and high-resistivity amorphous silicon film 4 are left as an island region by etching in a single masking step." '737 Patent, col. 2 lines 54-57.<br><br>*See also* '737 Patent, col. 3 lines 28-35. |

133

1-LA/750425.1

JOINT CLAIM CONSTRUCTION STATEMENT -- EXHIBIT D
U.S. Patent No. 4,624,737

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendants' Support |
|---|---|---|---|---|
| | | | | Extrinsic Evidence: "Island" is defined as "1: a tract of land surrounded by water and smaller than a continent 2: something resembling an island esp. in its isolated or surrounded position". *1981 Webster's* 608. Exh. 3. A.J. Snell et al., *Application of Amorphous Silicon Field Effect Transistors in Addressable Liquid Crystal Display Panels,* in 24 Applied Physics at 357, 358 (April 1981), Exh. 17. |
| selectively forming | Forming a pattern of | Intrinsic Evidence: | Forming in selected | Intrinsic Evidence: |

134

1-LA/750425.1

**JOINT CLAIM CONSTRUCTION STATEMENT -- EXHIBIT D**
U.S. Patent No. 4,624,737

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendants' Support |
|---|---|---|---|---|
| | material (for example, by depositing material and selectively etching portions of the material away). | '737 Patent at col. 1, lines 14-17, 25-29; col. 2, lines 10-36, 60-68; col. 3, lines 1-10, 24-52; col. 4, lines 3-9; Abstract; Figs. 1a-1d, 2a-2e, 3a-3d; and claim 1. | regions only. | '737 Patent, Figs. 1-3; Col. 1 lines 15-17; col. 2 lines 10-14, 60-66; col. 3 lines 34-41; Abstract. |
| a fourth step for selectively forming a source electrode and drain electrode | The source electrode and drain electrode are selectively formed together. | Intrinsic Evidence: "In the next step illustrated in FIG. 3c, a transparent conducting film such as ITO film is deposited; then, drain electrode 15 and source electrode 16 which doubles as a picture cell electrode are selectively formed and the exposed portion of low-resistivity amorphous silicon film 20 is | Forming a source electrode and drain electrode in selected regions only by depositing a conducting film or other material such as Al. | Intrinsic Evidence: '737 Patent, Figs. 1-3; Col. 1 lines 15-17, col. 2 lines 10-14, 60-66; col. 3 lines 4-7, 36-44; Abstract. |

1-LA/759425.1

135

# JOINT CLAIM CONSTRUCTION STATEMENT – EXHIBIT D

## U.S. Patent No. 4,624,737

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendants' Support |
|---|---|---|---|---|
| | | removed." '737 Patent at col. 3, lines 36-41. *See also* '737 Patent at col. 1, lines 21-29, 32-51; col. 2, lines 17-68; col. 3, lines 1-14, 28-62; col. 4, lines 1-12; Abstract; Figs. 1d, 2d-2e, 3c-3d; and claim 1. | | |
| source electrode | A patterned, electrically conductive material formed over the source region. Current flows through the channel between the source electrode and drain electrode under control of the gate electrode. | Intrinsic Evidence: "Then, as illustrated in FIG. 2d in a sectional view, drain and source electrode members 15, 16 are selectively provided, and conducting film 30 and low-resistivity amorphous silicon film 20 shown in FIG. 2c are selectively removed with said electrode members 15, | A conductive element of a single thin-film transistor formed over the source region from which charge carriers flow into the channel toward the drain. The source electrode is distinct from the source/data line and the source/data pad associated with the source electrode. | Intrinsic Evidence: "Thereafter, as illustrated in FIG. 1d, for instance n+ amorphous silicon films 25, 26 and metal (such as Al) films 15, 16 are deposited and selectively etched to form drain and source electrodes 5, 6, thereby completing a thin-film transistor unit." '737 Patent, |

136

1-LA/750425.1

## JOINT CLAIM CONSTRUCTION STATEMENT – EXHIBIT D
### U.S. Patent No. 4,624,737

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendants' Support |
|---|---|---|---|---|
| | | 16 serving at least as a part of the mask. . . ." '737 Patent at col. 2, lines 60-66.<br><br>"In the final step illustrated in FIG. 2e, a surface passivation film 8 is deposited, and the drain and source electrodes 15, 16 and gate electrode 2 are partly exposed (not shown)." '737 Patent at col. 3, lines 11-14.<br><br>*See also* '737 Patent at col. 1, lines 21-29, 32-51; col. 2, lines 17-68; col. 3, lines 1-14, 28-62; col. 4, lines 1-12; Abstract; Figs. 1d, 2d-2e, 3c-3d; and claim 1. | | col. 1 lines 25-29.<br><br>*See also* '737 Patent, Figs 1d, 2d-2e, 3c-3d; Col. 2 lines 60-66; col. 3 lines 36-41, 57-62.<br><br>Extrinsic Evidence: "Source" is defined as a device structure which "contains the terminal from which charge carriers flow into the channel toward the drain. It has the potential which is less attractive than the drain for the carriers in the channel." *1984 IEEE* 855, Exh. 1.<br><br>"Source" is defined as "[t]he electrode in a |

1-LA/750425.1

JOINT CLAIM CONSTRUCTION STATEMENT -- EXHIBIT D
U.S. Patent No. 4,624,737

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendants' Support |
|---|---|---|---|---|
| | | "[A]ll of the source electrodes 23 in any column are electrically connected together since each source electrode forms a portion of the source bus conductor. By electrically addressing any given column source bus conductor 23 and any given row gate bus conductor, a single transistor of the array can be turned on, thereby permitting current to flow from its source through the conductive channel of the semiconductive material to the corresponding drain. This then can be | | field-effect transistor that supplies charge carriers (holes or electrons) to the interelectrode space." *1998 Penguin 532*, Exh. 18. |

1-LA/750425.1

# JOINT CLAIM CONSTRUCTION STATEMENT -- EXHIBIT D
## U.S. Patent No. 4,624,737

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendants' Support |
|---|---|---|---|---|
| | | utilized to alter the field across an electro-optical device, such as a liquid crystal layer, thus providing an optical read-out of a bit of information." USPN 4,331,758 to Luo issued May 25, 1982 at col. 7, lines 40-58; col. 8, lines 1-10 (LPL Exh. 2). *See also id.* Figs. 8 and 8A. | | |
| drain electrode | A patterned, electrically conductive material formed over the drain region. Current flows through the channel between the source electrode and drain electrode under control of the | Intrinsic Evidence: "Then, as illustrated in FIG. 2d in a sectional view, drain and source electrode members 15, 16 are selectively provided, and conducting film 30 and low-resistivity | A conductive element of a single thin-film transistor formed over the drain region into which charge carriers flow from the source into the channel. | Intrinsic Evidence: "Thereafter, as illustrated in FIG. 1d, for instance n+ amorphous silicon films 25, 26 and metal (such as Al) films 15, 16 are deposited and selectively etched to |

139

1-LA/750425.1

JOINT CLAIM CONSTRUCTION STATEMENT -- EXHIBIT D

U.S. Patent No. 4,624,737

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendants' Support |
|---|---|---|---|---|
| | gate electrode. | amorphous silicon film 20 shown in FIG. 2c are selectively removed with said electrode members 15, 16 serving at least as a part of the mask . . . ." '737 Patent at col. 2, lines 60-66. *See also* '737 Patent at col. 1, lines 21-29, 32-51; col. 2, lines 17-68; col. 3, lines 1-14, 28-62; col. 4, lines 1-12; Abstract; Figs. 1d, 2d-2e, 3c-3d; and claim 1. | | form drain and source electrodes 5, 6, thereby completing a thin-film transistor unit." '737 Patent, col. 1 lines 25-29.  *See also* '737 Patent, Figs 1d, 2d-2e, 3c-3d; Col. 2 lines 60-66; col. 3 lines 36-41, 57-62.  Extrinsic Evidence: "Drain" is defined as a device structure which "contains the terminal into which charge carriers flow from the source into the channel. It has the potential which is more attractive than the source for the carriers in the |

1-LA/750425.1

JOINT CLAIM CONSTRUCTION STATEMENT -- EXHIBIT D
U.S. Patent No. 4,624,737

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendants' Support |
|---|---|---|---|---|
| | | | | channel." *1984 IEEE 276*, Exh. 1.<br><br>"Drain" is defined as "[t]he electrode of a field-effect transistor through which carriers leave the interelectrode space." *1998 Penguin 152*, Exh. 18. |
| contacting a part of the surface of said island region | Forming an electrical connection to a part of the surface of the island region. | Intrinsic Evidence:<br>'737 Patent at col. 3, lines 53-62, col. 4, lines 1-2; Figs. 2d-2e; 3c-3d.<br><br>Extrinsic Evidence:<br>*1985 American Heritage Dictionary* at 315 (defining "contact" as a | Touching a part of the surface of the island region. | Intrinsic Evidence:<br>'737 Patent, Figs. 1d, 2d-2e, 3c-3d; Col. 1 lines 25-29; col. 2 lines 60-66; col. 3 lines 36-41, 57-62.<br><br>Extrinsic Evidence:<br>The verb "contact" is defined as "to bring into contact with" and the noun is defined as |

141

1-LA/750425.1

## JOINT CLAIM CONSTRUCTION STATEMENT -- EXHIBIT D
### U.S. Patent No. 4,624,737

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendants' Support |
|---|---|---|---|---|
| | | connection between two conductors that permits a flow of current") (LPL Exh. 6). | | "a union or junction of surfaces," or "the junction of two electrical conductors through which a current passes." *1981 Webster's* 242, Exh. 3.<br><br>The noun "contact" is defined as "the coming together or touching of two objects or surfaces." *1985 American Heritage Dictionary* at 315, LPL Exh. 6. |
| selectively removing | The removal of selected portions of a surface using etching techniques (such as wet etching, plasma etching, reactive ion etching, and ion etching) or other | <u>Intrinsic Evidence:</u><br>"Thereafter, as illustrated in FIG. 1d, for instance n+ amorphous silicon films 25, 26 and metal (such as Al) films 15, 16 are deposited and | Removing selected regions only. | <u>Intrinsic Evidence:</u><br>'737 Patent, Figs. 1-3; Col. 1 lines 17-21, 25-29; col. 2 lines 60-66; col. 3 lines 7-10, 44-48. |

1-LA/7504251

142

# JOINT CLAIM CONSTRUCTION STATEMENT – EXHIBIT D

U.S. Patent No. 4,624,737

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendants' Support |
|---|---|---|---|---|
| | techniques in order to produce a desired pattern on the surface. | selectively etched to form drain and source electrodes 5, 6, thereby completing a thin-film transistor unit." '737 Patent, col. 1, lines 25-29.<br><br>"Then, as illustrated in FIG. 2d in a sectional view, drain and source electrode members 15, 16 are selectively provided, and conducting film 30 and low-resistivity amorphous silicon film 20 shown in FIG. 2c are selectively removed with said electrode members 15, 16 serving at least as a part of the mask to form drain electrode 5 | | |

1-LA/750425.1

JOINT CLAIM CONSTRUCTION STATEMENT -- EXHIBIT D

U.S. Patent No. 4,624,737

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendants' Support |
|---|---|---|---|---|
| | | and source electrode 6." '737 Patent at col. 2, lines 60-66.<br><br>"[D]rain electrode 15 and source electrode 16 which doubles as a picture cell electrode are selectively formed and the exposed portion of low-resistivity amorphous silicon film 20 is removed." '737 Patent at col. 3, lines 38-41.<br><br>*See also* '737 Patent at col. 1, lines 14-29; col. 2, lines 10-14, 54-68; col. 3, lines 1-16, 24-52; Abstract; Figs. 1a-1d, 2a-2e, 3a-3d; and claim 1. | | |

1-LA/750425.1

144

JOINT CLAIM CONSTRUCTION STATEMENT -- EXHIBIT D
U.S. Patent No. 4,624,737

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendants' Support |
|---|---|---|---|---|
| at least a part of the mask | A "mask" is a pattern above a surface from which material is to be selectively removed. The pattern is made of material that is resistive to the removal technique relative to material to be removed. | "Then, as illustrated in FIG. 2d in a sectional view, drain and source electrode members 15, 16 are selectively provided, and conducting film 30 and low-resistivity amorphous silicon film 20 shown in FIG. 2c are selectively removed with said electrode members 15, 16 serving at least as a part of the mask to form drain electrode 5 and source electrode 6." '737 Patent at col. 2, lines 60-66. *See also* '737 Patent at col. 1, lines 14-29; col. 2, lines 10-14, 54-68; col. 3, lines 1-16, | At least a part of the layer which defines the edges of the selectively removed region. | *See support for claim term "said source and drain electrodes serving as at least a part of the mask" below.* |

145

1-LA/759425.1

JOINT CLAIM CONSTRUCTION STATEMENT -- EXHIBIT D
U.S. Patent No. 4,624,737

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendants' Support |
|---|---|---|---|---|
| | | 24-52; Abstract; Figs. 1a-1d, 2a-2e, 3a-3d; and claim 1; USPN 4,331,758 to Luo issued May 25, 1982 at col. 5, lines 37-col. 6, line 7 (LPL Exh. 2).<br><br>Extrinsic Evidence: *1988 Penguin* at 194 (defining "mask" as "A device used to shield selected areas of a semiconductor chip during the manufacture of semiconductor components and integrated circuits.) (LPL Exh. 5). | | |
| said source and drain electrodes serving as at least a part of the mask | This phrase is a combination of previously defined constructions of | *See* definition of "source electrode", "drain electrode," and "at least a part of the | The source and drain electrodes make a significant contribution to | Intrinsic Evidence: ". . . [C]onducting film 30 and low-resistivity amorphous silicon |

146

1:-LA/759425.1

JOINT CLAIM CONSTRUCTION STATEMENT -- EXHIBIT D

U.S. Patent No. 4,624,737

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendants' Support |
|---|---|---|---|---|
| | "source electrode", "drain electrode," and "at least a part of the mask", namely, the source and drain electrodes serve as at least part of the pattern placed above a surface from which material is to be selectively removed, where the pattern is made up of material that is resistive to the removal technique relative to material to be removed. | "mask", *supra*. | defining the edges of the selectively removed region. | film 20 shown in FIG. 2c are selectively removed with said [drain and source] electrode members 15, 16 serving at least as a part of the mask to form drain electrode 5 and source electrode 6." '737 Patent, col. 2 lines 60-66.<br><br>*See also* '737 Patent, Figs. 1d, 2d, 3c; col. 4 lines 2-6.<br><br>Extrinsic Evidence: U.S. Patent No. 5,905,274 to Ahn et al., Figs. 1E, 4E; col. 2 lines 32-39; col. 6 lines 55-61. Exh. 13.<br><br>U.S. Patent No. |

147

1-LA/758425.1

JOINT CLAIM CONSTRUCTION STATEMENT -- EXHIBIT D

U.S. Patent No. 4,624,737

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendants' Support |
|---|---|---|---|---|
| | | | | 6,025,605 to Lyu, Figs. 2D, 3I; Col. 1 lines 60-64; col. 2 lines 49-52; col. 4 lines 8-12. Exh. 14. |
| "forming . . . on" | Providing . . . above and supported by or in contact with. | Intrinsic Evidence: '737 patent at col. 1, lines 14-17; col. 2, lines 8-17; Figs. 1a, 2a, 3a. | Giving form or shape to . . . above and supported by or in contact with. | Intrinsic Evidence: '737 patent, Figs. 2a-2e, 3a-3d; col. 1 lines 14-17, 21-31; col. 2 lines 8-35, 60-66; col. 3 lines 36-57.. Extrinsic Evidence: "Form" is defined as "to give form or shape to; to give a particular shape to; to serve to make up or constitute." *1981 Webster's 447*, Exh. 3. |

148

I-LA/750425.1

# EXHIBIT E

**EXHIBIT E**

JOINT CLAIM CONSTRUCTION STATEMENT – EXHIBIT E
U.S. Patent No. 5,825,449

| CLAIM TERMS | AGREED CONSTRUCTION |
|---|---|
| "substrate" | The material (such as glass) upon which a transistor or integrated circuit is fabricated to provide mechanical support. |
| "overlying" | Above. |
| "contact hole" | An opening formed in one or more insulative layers to expose a portion of a conductive layer for purposes of forming an electrical connection. |
| "via hole" | An opening formed in one or more insulative layers to expose a portion of a conductive layer for purposes of forming an electrical connection between two metallization patterns. |
| "liquid crystal display device" | A type of display that generates an image by directing light through an array of liquid crystal pixels, where the amount of light effused by each pixel is controlled via an electric field varying the orientation of the liquid crystal molecules contained within the pixel. |
| "material suitable for forming a pixel electrode" | A transparent, electrically conductive material that can be deposited and patterned, such as indium tin oxide (ITO). |
| "pixel electrode | A pattern of transparent electrically conductive material that stores charge to drive the liquid crystal material within an individual element of the liquid crystal display device. |
| "patterning" | The removal of selected portions of a surface using etching techniques in order to produce a pattern in the remaining material. |

1-LA/750424.1

149

# JOINT CLAIM CONSTRUCTION STATEMENT -- EXHIBIT E

U.S. Patent No. 5,825,449

| CLAIM TERMS | AGREED CONSTRUCTION |
|---|---|
| "insulative layer" and "insulating film" | A thickness of non-conductive material (such as SiNx) that has high electrical resistance. |
| "indium tin oxide layer" | A thickness of indium tin oxide (ITO). |
| "semiconductor layer" | A thickness of a semiconductor material, such as amorphous silicon. |
| "impurity-doped semiconductor layer" | A thickness of semiconductor material, such as amorphous silicon, to which impurities (such as phosphorous atoms) have been added to enhance electrical conductivity. |
| "passivation layer" | A thickness of insulative material that provides protection such as electrical stability and chemical isolation. |
| "transparent conductive layer" | A thickness of transparent electrically conductive material. |
| conductive layer | A thickness of electrically conductive material. |
| one of a plurality of terminals of a thin film transistor | One of the terminals (i.e., source, drain, or gate) of a thin film transistor. |

150

1-LA/759424.1

# EXHIBIT F

**EXHIBIT F**

# JOINT CLAIM CONSTRUCTION STATEMENT – EXHIBIT F
## U.S. Patent No. 5,825,449

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendant's Support |
|---|---|---|---|---|
| on | Touching a top or side of.<br><br>LPL believes this term has the same meaning as "formed on" and "disposed on", *infra*. | Intrinsic Evidence:<br>'449 patent claims 1, 6, 8, 10, 11 (compare use of "on" with use of "overlying").<br><br>". . . forming a first conductive layer pattern *on* a substrate . . . forming a second insulative layer *overlying* said substrate. . . ." Claim 8 (emphasis added).<br><br>". . . a source electrode and a drain electrode *on* said semiconductor layer . . . a passivation layer *overlying* said source pad. . . ." Claim 10 (emphasis added). | Above and supported by or in contact with. | Intrinsic Evidence:<br>"As shown in FIG. 2c, a conductive layer for forming source electrode 7 and drain electrode 8 is deposited *on* the substrate by patterning a sputtered layer of conductive material." '449 Patent, col. 3 lines 63-66 (emphasis added).<br><br>"As shown in FIG. 2d, a passivation layer 9, e.g., a nitride film, is deposited *on* the entire surface of the substrate by a CVD process." '449 Patent, col. 4 lines 6-8 (emphasis added).<br><br>"As shown in FIG. 2e, an indium tin oxide |

1-LA/750423.1

# JOINT CLAIM CONSTRUCTION STATEMENT – EXHIBIT F
U.S. Patent No. 5,825,449

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendant's Support |
|---|---|---|---|---|
| | | ". . . patterning said second conductive layer to form source electrode and a drain electrode *on* said active layer; forming a passivation film *overlying* said substrate including said source pad. . . ." Claim 11 (emphasis added). | | (ITO) layer is next deposited *on* the substrate by sputtering or a CVD process ..." '449 Patent, col. 4 lines 16-19 (emphasis added). |
| | | "An amorphous silicon active layer 4 is formed *on* a portion of gate insulating film 3 *overlying* gate 2." '449 patent at 1:42-44 (emphasis added.)<br><br>*See also* '449 patent at 1:31-48, 56-64, 2:37-46, 3:44-62, 4:19-23, | | *See also* '449 Patent, Figs. 1-3, 5; Col. 1 lines 15-19, 34-64; col. 2 lines 5-13, 37-41, 56-67; col. 3 lines 44-66; col. 4 lines 39-41, 65-68; col. 5 lines 1-17; Claims 1, 2, 6, 8, 10, 11.<br><br>Extrinsic Evidence: "On" is defined as "1.a. Used to indicate position above and supported by or in contact with: *The vase* |

1-LA/750423.1

152

JOINT CLAIM CONSTRUCTION STATEMENT – EXHIBIT F

U.S. Patent No. 5,825,449

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendant's Support |
|---|---|---|---|---|
| | | 4:39-41, 4:65-5:7; Figs. 1a-f, 2a-e, 3; Claims 1, 2, 6, 8, 10, 11; '449 patent prosecution history, including Office Action of 8/1/97 at p. 2.<br><br>Extrinsic Evidence:<br>*1997 American Heritage Dictionary* at 953 (defining "on" as "[u]sed to indicate contact with or extent over (a surface) regardless of position") (LPL Exh. 5); *id.* at 974 (defining "overlie" as "to lie over or on"); *id.* at 972 (defining "over" as "[i]n or at a position above or higher than: | | *is on the table.* b. Used to indicate contact with or extent over (a surface) regardless of position: *A picture on the wall.*"<br>*The American Heritage College Dictionary* 953 (3d ed. 1997), Exh. 8.<br><br>"On" is defined as "1. – Used to indicate: a. Position above and in contact with <The vase is *on* the bureau> b. Contact with a surface, regardless of position <a painting *on* the wall>." *Webster's II New College Dictionary* 764 (1995) ("*1995 Webster's*"), Exh. 6. |

153

1-LA/750423.1

# JOINT CLAIM CONSTRUCTION STATEMENT – EXHIBIT F
## U.S. Patent No. 5,825,449

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendant's Support |
|---|---|---|---|---|
| | | *a sign over the door"*). | | "Overlie" is defined as "to lie over or on" or "to lie over or upon." *The American Heritage College Dictionary* 974 (3d ed. 1997), Exh. 8; *1995 Webster's 783*, Exh. 6. |
| formed on | Touching a top or side of.<br><br>LPL believes this term has the same meaning as "on", *supra*, and "disposed on", *infra*. | *See support for claim term "on", supra.* | Formed above and supported by or in contact with. | *See support for claim term "on" above.* |
| disposed on | Touching a top or side of.<br><br>LPL believes this term has the same meaning as "on" and "formed on", *supra*. | *See support for the term "on", supra.* | Arrange above and supported by or in contact with. | *See support for claim term "on" above.*<br><br>Extrinsic Evidence: "Dispose" is defined as "to arrange in a particular order". *1995 Webster's 329*, Exh. 6. |
| contact hole is | The contact hole is | Intrinsic Evidence: | A contact hole is made | Intrinsic Evidence: |

154

1-LA/750423.1

# JOINT CLAIM CONSTRUCTION STATEMENT – EXHIBIT F
## U.S. Patent No. 5,825,449

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendant's Support |
|---|---|---|---|---|
| provided through . . . layer | formed in the layer. | Figs. 1b-1f, 2b-2e, 3-5; 1:51-2:10; 2:31-3:14; 3:50-4:41; 4:47-5:47.<br><br>*Compare* Claim 1 ("indium tin oxide layer extends through said first and second contact holes") *with* Figure 5 (showing indium tin oxide layer 6D entering one side of holes in insulative films 3 and 9 but not exiting out the opposite side). | in one side and out the opposite side. | '449 Patent, Figs. 1c-1f, 2d-2e, 3, 5 (showing contact holes made in one side and out the opposite side).<br><br>*See also* '449 Patent, col. 1 lines 52-55; col. 4 lines 6-26, 47-64; col. 5 lines 8-22, 33-38.<br><br>Extrinsic Evidence: "Through" is defined as "in one side and out the opposite or another side". *1995 Webster's* 1150 (1995), Exh. 6.<br><br>*See also* agreed construction for "contact hole." |
| provided through | *See* definition of "contact hole is | *See* definition of "contact hole is | Made in one side and out the opposite side. | Intrinsic Evidence: '449 Patent, Figs. 1c- |

I-LA/750423.1

**JOINT CLAIM CONSTRUCTION STATEMENT – EXHIBIT F**
U.S. Patent No. 5,825,449

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendant's Support |
|---|---|---|---|---|
| | provided through . . . layer", *supra*. | provided through . . . layer", *supra*. | | 1f, 2d-2e, 3, 5; Col. 1 lines 52-55; col. 4 lines 6-26, 47-64; col. 5 lines 8-22, 33-38.<br><br>Extrinsic Evidence: "Through" is defined as "in one side and out the opposite or another side". *Webster's II New College Extrinsic Evidence* 1150 (1995) ("*1995 Webster's*"), Exh. 6.<br><br>*See also* agreed construction for "contact hole." |

156

1-LA/758423.1

## JOINT CLAIM CONSTRUCTION STATEMENT – EXHIBIT F
U.S. Patent No. 5,825,449

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendant's Support |
|---|---|---|---|---|
| thin film transistor | A three terminal semiconductor device in which the current flow through one pair of terminals, the source and drain, is controlled or modulated by an electric field that penetrates the semiconductor; this field is introduced by a voltage applied at the third terminal, the gate, which is separated from the semiconductor by an insulating layer. The thin-film transistor is formed using thin-film techniques on an insulating substrate rather than in a single crystal silicon wafer. | Intrinsic Evidence: '449 patent at 1:22-33; Figs. 1-6.  '449 patent prosecution history, including Amendment of 11/17/97 at p. 5 ("The terminals of a thin film transistor correspond to the gate, source, and drain.") See also Amendment of 11/17/97 at pp. 2-7.  Extrinsic Evidence: 1998 Penguin 569 ("thin-film transistor (TFT) A MOSFET that is fabricated using thin-film techniques on an insulating substrate rather than | A semiconductor device in which the current flow between source electrode and drain electrode is controlled by an electric field that penetrates the semiconductor; this field is introduced by a voltage applied at the gate electrode, which is separated from the semiconductor by an insulating layer. The thin-film transistor is formed using thin-film techniques on an insulating substrate. | Intrinsic Evidence: '449 Patent, Figs. 1-5; Col. 1 lines 13-33.  Extrinsic Evidence: "Thin film technology" for circuits and systems is defined as "a technology in which a thin film (a few hundred to a few thousand angstroms in thickness) is applied by vacuum deposition to an insulating substrate". 1984 IEEE 939, Exh. 2.  Paul K. Weimer, The TFT – A New Thin-Film Transistor in 49 Proceedings of the IRE 1462-64 (1962). Exh. 7. |

1-LA/750423.1

JOINT CLAIM CONSTRUCTION STATEMENT – EXHIBIT F
U.S. Patent No. 5,825,449

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendant's Support |
|---|---|---|---|---|
| | | on a semiconductor chip.") (LPL Exh. 6); *id.* at 205-207 ("*field-effect transistor* (FET) . . . It is a three terminal semiconductor device in which the current flow through one pair of terminals, the *source* and the *drain*, is controlled or modulated by an electric field that penetrates the semiconductor; this field is introduced by the voltage applied at the third terminal, the *gate*. . ."); *id.* at 70 ("*chip* . . . A small piece of single crystal of semiconductor material containing | | |

1-LA/759423.1

158

JOINT CLAIM CONSTRUCTION STATEMENT – EXHIBIT F
U.S. Patent No. 5,825,449

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendant's Support |
|---|---|---|---|---|
| | | either a single component or device or an integrated circuit."). | | |
| selectively etching | Removing selected portions of a surface using etching techniques (such as wet etching, plasma etching, reactive ion etching, and ion etching) in order to produce a desired | Intrinsic Evidence: '449 patent at 1:47-55, 2:8-10, 31-36. 50-51, 3:59-61, 3:67-4:1, 4:8-19, 35-39, 47-50, 5:1-15, 40-47; Figs. 1b-f, 2b-e, 3; Claims 8, 9, 11. | Having a selected portion of the substance of the first and second insulating layers removed using an etching technique. | Intrinsic Evidence: '449 Patent, Figs. 2d-2e, 3, 5; Col. 4 lines 6-26, 47-64; col. 5 lines 8-22, 33-38. |

159

1-LA/750423.1

# JOINT CLAIM CONSTRUCTION STATEMENT – EXHIBIT F
## U.S. Patent No. 5,825,449

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendant's Support |
|---|---|---|---|---|
| | pattern on the surface. | Extrinsic Evidence: *1998 Penguin* at 190 (defining "etching" as "[c]hemical erosions of selected portions of a surface in order to produce a desired pattern on the surface.") (LPL Exh. 6). *Cf. id.* at 314-15 (defining "lift-off."). | | |
| gate electrode | A patterned, electrically conductive material that controls current flow through the channel between the source electrode and drain electrode. | Intrinsic Evidence: "[A] conductive layer is formed on a transparent glass substrate 1 and patterned to form gate electrode 2D, a source pad 2A and a gate pad 2B. '449 patent at 4:65-5:1.  "Referring first to | A conductive element of a single thin-film transistor that controls the current between source and drain by a voltage applied to its terminal. The gate electrode is distinct from the gate line and the gate pad associated with the gate electrode. | Intrinsic Evidence: "Referring first to FIG. 2a, a conductive layer is formed on a transparent glass substrate 1 and patterned to form a gate electrode 2, a storage capacitor electrode 2D, and a gate pad 2C, all of the same material. The gate electrode is used |

160

1-LA/750423.1

**JOINT CLAIM CONSTRUCTION STATEMENT – EXHIBIT F**
U.S. Patent No. 5,825,449

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendant's Support |
|---|---|---|---|---|
| | | FIG. 2a, a conductive layer is formed on a transparent glass substrate 1 and patterned to form a gate electrode 2, a storage capacitor electrode 2D, and a gate pad 2C, all of the same material. The gate electrode is used for applying a voltage in order to drive the active layer in the completed TFT device." '449 Patent, 3:44-49.<br><br>*See also* '449 patent at 1:22-38, 56-60, 2:37-44, 2:56-61, 3:44-49, 4:47-53; 5:29-38; Figs. 1a-f, 2a-e, 3-6; Claims 10-11. | | for applying a voltage in order to drive the active layer in the completed TFT device." '449 Patent, col. 3 lines 44-49.<br><br>*See also* '449 Patent, Figs. 1-3, 5; col. 4, lines 50-53.<br><br>Extrinsic Evidence: "Gate" is defined as a structural element of a TFT that "controls the current between source and drain by a voltage applied to its terminal". *1984 IEEE* 384, Exh. 2.<br><br>"Gate" is defined as "[a]n electrode or electrodes in a field- |

1-LA/750423.1

JOINT CLAIM CONSTRUCTION STATEMENT – EXHIBIT F
U.S. Patent No. 5,825,449

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendant's Support |
|---|---|---|---|---|
| | | | | effect transistor." *The Penguin Dictionary of Electronics*, 237 (2nd. ed. 1988) ("*1988 Penguin*"), Exh. 10. |
| gate pad | A portion of patterned, electrically conductive material that is provided near the periphery of the thin film transistor array to receive data from a gate driving circuit. | Intrinsic Evidence: "[A] conductive layer is formed on a transparent glass substrate 1 and patterned to form gate 2, a storage capacitor electrode 2D, a source pad 2A and a gate pad 2B. '449 patent at 4:65-5:1.<br><br>"[S]ource pad 2A is composed of gate | A portion of patterned electrically conductive material that is provided near the periphery of the thin film transistor array that is necessary to communicate information from an external driving circuit to a gate electrode. | Intrinsic Evidence: "Gate Pads 630 and Data Pads 640 are connected to the gate lines and data lines to receive datas from gate driver and data driver respectively." '449 Patent, col. 1 lines 27-30.<br><br>"Gate pad 2B is used for receiving a voltage to drive and active |

I-LA/750423.1

**JOINT CLAIM CONSTRUCTION STATEMENT – EXHIBIT F**

U.S. Patent No. 5,825,449

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendant's Support |
|---|---|---|---|---|
| | | material, as in the conventional method, and is formed at the same time as gate 2, storage capacitor electrode 2D and gate pad 2B." '449 patent at 4:51-53.<br><br>*See also* '449 patent at 1:22-38, 1:52-60, 2:8-10, 2:19-26, 3:44-49, 4:6-14, 4:21-27, 4:35-41, 4:47-53, 4:65-5:1, 5:19-23; Figs. 1a–f, 3, 6; Claims 10-11.<br><br><u>Extrinsic Evidence:</u><br>*1998 Penguin* at 47 (defining "bonding pads" as "[m]etal pads arranged on a semiconductor chip (usually around the | | layer in the completed TFT device." '449 Patent, col. 1 lines 34-38.<br><br>"Since a pad wiring layer is necessary in order to communicate information from an external driving circuit to the gate and source, a gate insulating film 3 is selectively etched to expose source pad 2A and gate pad 2B (see FIG. 1c)." '449 Patent, col. 1 lines 52-55.<br><br>"Then, a predetermined portion of passivation layer 9 and gate insulating film 3 are selectively etched … thereby exposing … a |

163

1-LA/750423.1

**JOINT CLAIM CONSTRUCTION STATEMENT – EXHIBIT F**
U.S. Patent No. 5,825,449

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendant's Support |
|---|---|---|---|---|
| | | edge) to which wires may be bonded so that electrical connection can be made to the component(s) or circuit(s) on the chip.") (LPL Exh. 6). | | predetermined region of gate pad 2C. For external electrical connections It is necessary to exposed pads 7A and 2C [sic]," '449 Patent, col. 4 lines 8-15.<br><br>*See also* '449 Patent, Figs. 1-3, 5; Claims 10-11.<br><br>Extrinsic Evidence:<br>"Gate" is defined as the structural element of a thin film transistor that "controls the current between source and drain by a voltage applied to its terminal." *1984 IEEE* 384, Exh. 2. |

164

1-LA/750423.1

JOINT CLAIM CONSTRUCTION STATEMENT – EXHIBIT F
U.S. Patent No. 5,825,449

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendant's Support |
|---|---|---|---|---|
| | | | | European Patent No. 530834 to Matsuda, Figs. 1 and 3, Col. 4 lines 14-25, Exh. 9.<br><br>*See also* support cited by LPL for the term "gad pad." |
| source pad | A portion of patterned, electrically conductive material that is provided near the periphery of the thin film transistor array to receive data from a data driving circuit. | Intrinsic Evidence:<br>"[A] conductive layer is formed on a transparent glass substrate 1 and patterned to form gate 2, a storage capacitor electrode 2D, a source pad 2A and a gate pad 2B. '449 patent at 4:65-5:1.<br><br>"[S]ource pad 2A is composed of gate material, as in the conventional method, | A portion of patterned electrically conductive material that is provided near the periphery of the thin film transistor array that is necessary to communicate information from an external driving circuit to a source electrode. | Intrinsic Evidence:<br>"Gate Pads 630 and Data Pads 640 are connected to the gate lines and data lines to receive datas from gate driver and data driver respectively." '449 Patent, Col. 1 lines 27-30.<br><br>"Since a pad wiring layer is necessary in order to communicate information from an external driving circuit |

1-LA/759423.1

JOINT CLAIM CONSTRUCTION STATEMENT – EXHIBIT F
U.S. Patent No. 5,825,449

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendant's Support |
|---|---|---|---|---|
| | | and is formed at the same time as gate 2, storage capacitor electrode 2D and gate pad 2B." '449 patent at 4:51-53.<br><br>*See also* '449 patent at 1:8-12, 1:22-38, 1:52-64, 2:8-10, 2:17-22, 3:66-4:5, 4:6-14, 4:24-27, 4:35-61, 4:65-5:1, 5:19-23, 5:48-51; Figs. 1a-f, 2d-e, 3, 6; Claims 10-11.<br><br>Extrinsic Evidence: *1998 Penguin* at 47 (defining "bonding pads" as "[m]etal pads arranged on a semiconductor chip (usually around the edge) to which wires | | to the gate and source, a gate insulating film 3 is selectively etched to expose source pad 2A and gate pad 2B (see FIG. 1c)." '449 Patent, col. 1 lines 52-55.<br><br>"Then, a predetermined portion of passivation layer 9 and gate insulating film 3 are selectively etched … thereby exposing … a predetermined region of source pad 7A … For external electrical connections It is necessary to exposed pads 7A and 2C." '449 Patent, col. 4 lines 8-15.<br><br>*See also* '449 Patent, |

1-LA/750423.1

# JOINT CLAIM CONSTRUCTION STATEMENT – EXHIBIT F
## U.S. Patent No. 5,825,449

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendant's Support |
|---|---|---|---|---|
| | | may be bonded so that electrical connection can be made to the component(s) or circuit(s) on the chip.") (LPL Exh. 6). | | Figs. 1-3, 5; Claims 10-11.<br><br>Extrinsic Evidence:<br>"Source" is defined as the structural element of a thin film transistor that "contains the terminal from which charge carries flow into channel toward the drain. It has the potential which is less attractive than the drain for the carriers in the channel". *1984 IEEE* 855, Exh. 2.<br><br>European Patent No. 530834 to Matsuda, Figs. 1 and 3, Col. 4 lines 14-25, Exh 9.<br><br>*See also* support cited |

167

1-LA/750423.1

# JOINT CLAIM CONSTRUCTION STATEMENT – EXHIBIT F

U.S. Patent No. 5,825,449

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendant's Support |
|---|---|---|---|---|
| | | | | by LPL for the term "source pad." |
| gate insulating film | A thickness of non-conductive material (such as SiNx) that has high electrical resistance and insulates the transistor gate from the semiconductor. | Intrinsic Evidence: '449 patent at 1:40-44, 1:52-55, 2:11-13, 2:19-26, 2:34-36, 2:40-44, 3:50-53, 4:1-15, 4:35-39, 4:47-50, 4:65-54, 5:12-15, 5:19-23, 5:40-46; | A thickness of non-conductive material (such as SiNx) that has high electrical resistance and insulates the gate electrode from the semiconductor. | Intrinsic Evidence: '449 Patent, Figs. 1b-1f, 2b-2e, 3, 5; Col. 1 lines 39-41; col. 3 lines 50-52; col. 5 lines 1-4 Extrinsic Evidence: "Gate" is defined as the |

168

1-LA/750423.1

## JOINT CLAIM CONSTRUCTION STATEMENT – EXHIBIT F
U.S. Patent No. 5,825,449

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendant's Support |
|---|---|---|---|---|
| | | Figs. 1b-f, 2b-e, 3, 5; Claim 10.<br><br>*Extrinsic Evidence:*<br>*1998 Penguin* at 209 (defining "film" as a "coating with a minimal thickness dimension.") (LPL Exh. 6).<br><br>*1997 American Heritage Dictionary* at 770 (defining "layer" as a "thickness of material covering a surface or forming an overlying part or segment.") (LPL Exh. 5). | | structural element of a thin film transistor that "controls the current between source and drain by a voltage applied to its terminal." *1984 IEEE* 384, Exh. 2.<br><br>"Insulating material" is defined as "a substance or body, the conductivity or which is zero or, in practice, very small." *1984 IEEE* 447, Exh. 2.<br><br>"Film" is defined as "a thin skin or membranous coating", "a thin coating". *1995 Webster's* 419, Exh. 6.<br><br>"Layer" is defined as a |

1-LA/750423.1

JOINT CLAIM CONSTRUCTION STATEMENT – EXHIBIT F
U.S. Patent No. 5,825,449

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendant's Support |
|---|---|---|---|---|
| source electrode | A patterned, electrically conductive material formed over the source region. Current flows through the channel between the source electrode and drain electrode under control of the gate electrode. | Intrinsic Evidence: "As shown in FIG. 1e, the TFT is formed on the active layer and includes a conductive layer deposited on the substrate and simultaneously patterned to form source and drain electrodes 7 and 8, respectively. Source electrode 7 is connected to source pad 2A, and drain electrode 8 is contact with impurity-doped | A conductive element of a single thin-film transistor formed over the source region from which charge carriers flow into the channel toward the drain. The source electrode is distinct from the source/data line and the source/data pad associated with the source electrode. | "thickness of material covering a surface or forming an overlying part or segment." 1997 American Heritage Dictionary 770, LPL Exh. 5. Intrinsic Evidence: "As shown in FIG. 1e, the TFT is formed on the active layer and includes a conductive layer deposited on the substrate and simultaneously patterned to form source and drain electrodes 7 and 8, respectively. … In the completed device structure, source electrode 7 conducts a data signal, received from a data wiring |

170

1-LA/750423.1

## JOINT CLAIM CONSTRUCTION STATEMENT – EXHIBIT F
U.S. Patent No. 5,825,449

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendant's Support |
|---|---|---|---|---|
| | | semiconductor layer 5 and pixel electrode 6. In the completed device structure, source electrode 7 conducts a data signal, received from a data wiring layer and drain electrode 8, to pixel electrode 6. The signal is stored in the form of charge on pixel electrode 6, thereby driving the liquid crystal." '449 patent at 1:61-2:4.  "[P]ortions of the impurity-doped semiconductor layer 5 are exposed and then etched. Source electrode 7 thus forms part of a transistor | | layer and drain electrode 8, to pixel electrode 6." '449 Patent, col. 1 line 61 – col. 2 line 2.  "As shown in FIG. 2c, a conductive layer for forming source electrode 7 and drain electrode 8 is deposited on the substrate by patterning a sputtered layer of conductive material. Using the source and drain electrodes as masks, portions of the impurity-doped semiconductor layer 5 are exposed and then etched. Source electrode 7 thus forms part of a transistor |

171

I-LA/750423.1

JOINT CLAIM CONSTRUCTION STATEMENT – EXHIBIT F

U.S. Patent No. 5,825,449

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendant's Support |
|---|---|---|---|---|
| | | region and serves as source pad 7A above the gate insulating film so that the same conductive layer constitutes part of the source wiring and the source electrode of the TFT." '449 patent at 3:67-4:5.<br><br>"[S]ince both the first (45) and fourth (60) contact holes are formed over source pad 2A (formed of the same material as the gate) and source electrode 7, respectively, the source electrode 7 and source pad 2A may be connected to each other in the same step | | region and serves as source pad 7A above the gate insulating film so that the same conductive layer constitutes part of the source wiring and the source electrode of the TFT." '449 Patent, col. 3 line 63 – col. 4 line 5.<br><br>"Then, a conductive layer is formed on the substrate and etched in accordance with a predetermined pattern, thereby forming a source electrode 7 and a drain electrode 8." '449 Patent, col. 5 lines 6-8.<br><br>*See also* '449 Patent, |

1-LA/750423.1

172

**JOINT CLAIM CONSTRUCTION STATEMENT – EXHIBIT F**

U.S. Patent No. 5,825,449

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendant's Support |
|---|---|---|---|---|
| | | that the pixel electrode is formed. Thus, after patterning, a first transparent conductive layer 6C connects source electrode 7 with source pad 2A, and a second transparent conductive layer 6 (i.e., the pixel electrode) is connected to drain electrode 8." '449 patent at 4:56-64.<br><br>*See also* '449 patent 1:8-12, 1:22-30, 1:61-2:4, 2:11-27, 2:37-3:15, 3:63-4:5, 4:47-64, 5:6-15, 5:29-39, 5:48-54; Figs. 1e-f, 2c-e, 3-6, Claims 10, 11. | | Figs. 1e-1f, 2c-2e, 3, 5; col. 1 lines 9-12; col. 2 lines 11-13.<br><br>Extrinsic Evidence: "Source" is defined as a device structure which "contains the terminal from which charge carries flow into the channel toward the drain. It has the potential which is less attractive than the drain for the carriers in the channel." *1984 IEEE* 855, Exh. 2.<br><br>"Source" is defined as "[t]he electrode in a field-effect transistor that supplies charge carriers (holes or electrons) to the |

173

I-LA/750423.1

# JOINT CLAIM CONSTRUCTION STATEMENT – EXHIBIT F
## U.S. Patent No. 5,825,449

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendant's Support |
|---|---|---|---|---|
| | | | | interelectrode space." *1998 Penguin 532*, Exh. 10. |
| drain electrode | A patterned, electrically conductive material formed over the drain region. Current flows through the channel between the source electrode and drain electrode under control of the gate electrode. | Intrinsic Evidence: "As shown in FIG. 1e, the TFT is formed on the active layer and includes a conductive layer deposited on the substrate and simultaneously patterned to form source and drain electrodes 7 and 8, respectively. . . . In the completed device structure, source electrode 7 conducts a data signal, received from a data wiring layer and drain electrode 8, to pixel electrode 6.  The | A conductive element of a single thin-film transistor formed over the drain region into which charge carriers flow from the source into the channel. | Intrinsic Evidence: "As shown in FIG. 1e, the TFT is formed on the active layer and includes a conductive layer deposited on the substrate and simultaneously patterned to form source and drain electrodes 7 and 8, respectively. … In the completed device structure, source electrode 7 conducts a data signal, received from a data wiring layer and drain electrode 8, to pixel electrode 6." '449 |

H-LA759423.1

JOINT CLAIM CONSTRUCTION STATEMENT – EXHIBIT F

U.S. Patent No. 5,825,449

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendant's Support |
|---|---|---|---|---|
| | | signal is stored in the form of charge on pixel electrode 6, thereby driving the liquid crystal." '449 patent at 1:61-2:4. *See also* '449 patent at 1:8-12, 1:22-30, 1:61-2:4, 2:11-27, 2:37-3:15, 3:63-4:5, 4:17-27, 4:47-64, 5:6-22; Figs. 1e-f, 2c-e, 3-6, Claims 10, 11. | | Patent, col. 1 line 61 – col. 2 line 2.<br><br>"Then, a conductive layer is formed on the substrate and etched in accordance with a predetermined pattern, thereby forming a source electrode 7 and a drain electrode 8." '449 Patent, col. 5 lines 6-8.<br><br>*See also* '449 Patent, Figs. 1e-1f, 2c-2e, 3, 5.<br><br>Extrinsic Evidence: "Drain" is defined as a device structure which "contains the terminal into which charge carriers flow from the source into the channel. |

1-LA/750423.1

# JOINT CLAIM CONSTRUCTION STATEMENT – EXHIBIT F
## U.S. Patent No. 5,825,449

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendant's Support |
|---|---|---|---|---|
| active layer | A discrete portion of the semiconductor layer that is formed by patterning and located at least in part above the gate electrode. In operation, the discrete portion is penetrated, at least in part, by the | Intrinsic Evidence: '449 patent at 1:34-51, 1:61-2:4, 2:11-27, 3:44-62, 4:65-5:5, 5:39-47, Figs. 1b-f, 2b-e, 3, 5; Claim 11. Extrinsic Evidence: *1997 American* | A thickness composed of a semiconductor material through which charge carriers flow between a source region and drain region. | It has the potential which is more attractive than the source for the carriers in the channel." *1984 IEEE 276, Exh. 2.* "Drain" is defined as "[t]he electrode of a field-effect transistor through which carriers leave the interelectrode space." *1998 Penguin 152, Exh. 10.* Intrinsic Evidence: '449 Patent, Figs 1-3, 5; Col. 1 lines 41-50; col. 3 lines 53-62; col. 5 lines 1-5. Extrinsic Evidence: "Layer" is defined as a "thickness of material |

1-LA750423.1

## JOINT CLAIM CONSTRUCTION STATEMENT – EXHIBIT F

U.S. Patent No. 5,825,449

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendant's Support |
|---|---|---|---|---|
| | electric field introduced by the gate electrode. | *Heritage Dictionary* at 770 (defining "layer" as a "thickness of material covering a surface or forming an overlying part or segment.") (LPL Exh. 5). | | covering a surface or forming an overlying part or segment." *1997 American Heritage Dictionary* 770, LPL Exh. 5. |
| common hole | A shared hole. | Intrinsic Evidence: '449 patent at 4:47-64; 5:8-22, 33-38; Figs. 3, 5; claim 4.<br><br>Extrinsic Evidence: *1997 American Heritage Dictionary* at 281 (defining "common" as "[b]elonging equally to or shared equally by two or more; joint.") (LPL Exh. 5). | A single hole. | Intrinsic Evidence: '449 Patent, Figs. 3, 5; Col. 4 lines 47-64; col. 5 lines 8-22, 33-38.<br><br>Extrinsic Evidence: "Common" is defined as "belonging to, shared by, or applying equally" *1995 Webster's* 226. Exh 2. |
| aligned | Placed in line with. | Intrinsic Evidence: '449 patent at 4:47-64; | Substantially co-axial or concentric. | Intrinsic Evidence: '449 Patent, Figs. 3, 5; |

177

1-LA/750423.1

## JOINT CLAIM CONSTRUCTION STATEMENT – EXHIBIT F
U.S. Patent No. 5,825,449

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendant's Support |
|---|---|---|---|---|
| | | 5:8-22, 33-38; Figs. 3, 5; claim 5.<br><br>Extrinsic Evidence: *1997 American Heritage Dictionary* at 34 (defining "align" as "[t]o arrange in a line. . . .") (LPL Exh. 5). | | Col. 4 lines 47-64; col. 5 lines 8-22, 33-38.<br><br>Extrinsic Evidence: "Align" is defined as "to place in a line." *1995 Webster's* 28. Exh. 2. |
| said second insulating layer having a second contact hole exposing a predetermined portion of said second conductive layer and said first contact hole region | The second insulating layer includes "a second contact hole" that exposes a portion of the second conductive layer. The second insulating layer also includes "said first contact hole region", i.e., it includes part of the first contact hole which exposes the predetermined portion | Intrinsic Evidence: '449 patent at 2:37-55; 3:2-14; 4:47-64; 5:8-22, 33-38; Figs. 3, 5; claims 1, 2, 5, 6, 8, 10, and 11. | The second deposited layer of insulating material has a second contact hole through it which: (a) uncovers a selected portion of the second deposited conductive layer and (b) uncovers the region in which the first contact hole is located. The first and second contact holes must overlap. | Intrinsic Evidence: '449 Patent, Figs. 3, 5; Col. 4 lines 47-64; col. 5 lines 8-22, 33-38. |

178

1-LA/750423.1

JOINT CLAIM CONSTRUCTION STATEMENT – EXHIBIT F
U.S. Patent No. 5,825,449

| Claim Term | LPL's Construction | LPL's Support | Defendants' Construction | Defendant's Support |
|---|---|---|---|---|
| | of the first conductive layer. | | | |
| wiring structure | A slender structure electrically connecting at least two points. | <u>Intrinsic Evidence:</u> '449 patent at 4:24-27.<br><br><u>Extrinsic Evidence:</u> *1997 American Heritage Dictionary* at 1547-1548 (defining "wire" as "resembling a wire, as in slenderness") (LPL Exh. 5). | A structure providing an electrically conductive path that connects at least two terminals. | <u>Intrinsic Evidence:</u> "The TFT of the present invention having electrical contacts or wiring structures including gate pad 2C, layer 6B and layer 6A, source pad 7A is thus completed." '449 Patent, Col. 4 lines 24-26; Figs. 1-5.<br><br>*See also* '449 Patent, Col. 1 lines 52-55; col. 2 lines 1, 16-18; col. 4 lines 1-5. |

179

1-LA/750423.1

# EXHIBIT L-6(c)

DC:50564677.1

# Merriam Webster's Collegiate Dictionary

## TENTH EDITION



# Merriam-Webster's Collegiate® Dictionary

## TENTH EDITION

Merriam-Webster, Incorporated
Springfield, Massachusetts, U.S.A.



## A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 1994 by Merriam-Webster, Incorporated

Philippines Copyright 1994 by Merriam-Webster, Incorporated

Library of Congress Cataloging in Publication Data
Main entry under title:

Merriam-Webster's collegiate dictionary. — 10th ed.
    p.    cm.
    ISBN 0-87779-708-0 (unindexed). — ISBN 0-87779-709-9 (indexed).
  — ISBN 0-87779-710-2 (deluxe). — ISBN 0-87779-707-2 (laminated cover).
    1. English language—Dictionaries.
PE1628.M36    1994
423—dc20                                            93-32603
                                                       CIP

Merriam-Webster's Collegiate® Dictionary, Tenth Edition principal copyright 1993

COLLEGIATE is a registered trademark of Merriam-Webster, Incorporated

All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

Made in the United States of America

9101112RMcN94

out or leave unmentioned **2** : to fail to perform or make use of : FORBEAR **3** *obs* : DISREGARD **4** *obs* : GIVE UP

**om·ma·tid·i·um** \ˌäm-ə-ˈtid-ē-əm\ *n, pl* **-tid·ia** \-dē-ə\ [NL, fr. Gk *ommat-, omma* eye; akin to Gk *ōps* eye — more at EYE] (1884) : one of the elements corresponding to a small simple eye that make up the compound eye of an arthropod — **om·ma·tid·i·al** \-dē-əl\ *adj*

**omni-** *comb form* [L, fr. *omnis*] : all : universally (*omnidirectional*)

**om·ni·bus** \ˈäm-ni-(ˌ)bəs\ *n* [F, fr. L, for all, dat. pl. of *omnis*] (1829) **1** : a usu. automotive public vehicle designed to carry a large number of passengers : BUS **2** : a book containing reprints of a number of works

**omnibus** *adj* (1842) **1** : of, relating to, or providing for many things at once **2** : containing or including many items

**om·ni·com·pe·tent** \ˌäm-ni-ˈkäm-pə-tənt\ *adj* (1827) : able to handle any situation; *esp* : having the authority or legal capacity to act in all matters — **om·ni·com·pe·tence** \-tən(t)s\ *n*

**om·ni·di·rec·tion·al** \ˌäm-ni-də-ˈrek-shnəl, -nī-, -(ˌ)di-, -shə-nᵊl\ *adj* (1927) : being in or involving all directions; *esp* : receiving or sending radio waves equally well in all directions (∼ antenna)

**om·ni·far·i·ous** \ˌäm-nə-ˈfar-ē-əs, -ˈfer-\ *adj* [LL *omnifarius*, fr. L *omni-* + *-farius* (as in *multifarius* diverse) — more at MULTIFARIOUS] (1653) : of all varieties, forms, or kinds

**om·nif·i·cent** \äm-ˈnif-ə-sənt\ *adj* [L *omni-* + E *-ficent* (as in *magnificent*)] (1677) : unlimited in creative power

**om·nip·o·tence** \äm-ˈnip-ə-tən(t)s\ *n* (15c) **1** : the quality or state of being omnipotent **2** : an agency or force of unlimited power

**om·nip·o·tent** \-tənt\ *adj* [ME, fr. MF, fr. L *omnipotent-, omnipotens*, fr. *omni-* + *potent-, potens* potent] (14c) **1** *often cap* : ALMIGHTY **1 2** : having virtually unlimited authority or influence **3** *obs* : ARRANT — **om·nip·o·tent·ly** *adv*

**omnipotent** *n* (1600) **1** : one who is omnipotent **2** *cap* : GOD **1**

**om·ni·pres·ence** \ˌäm-ni-ˈpre-zᵊn(t)s\ *n* (1601) : the quality or state of being omnipresent : UBIQUITY

**om·ni·pres·ent** \-zᵊnt\ *adj* (1609) : present in all places at all times

**om·ni·range** \ˈäm-ni-ˌrānj\ *n* (1946) : a system of radio navigation in which any bearing relative to a special radio transmitter on the ground may be chosen and flown by an airplane pilot — called also *omnidirectional range*

**om·ni·science** \äm-ˈni-shən(t)s\ *n* [ML *omniscientia*, fr. L *omni-* + *scientia* knowledge — more at SCIENCE] (1612) : the quality or state of being omniscient

**om·ni·scient** \-shənt\ *adj* [NL *omniscient-, omnisciens*, back-formation fr. ML *omniscientia*] (1604) **1** : having infinite awareness, understanding, and insight **2** : possessed of universal or complete knowledge — **om·ni·scient·ly** *adv*

**om·ni·um-gath·er·um** \ˌäm-nē-əm-ˈga-thə-rəm\ *n, pl* **omnium-gatherums** [L *omnium* (gen. pl. of *omnis*) + E gather + L *-um*, noun ending] (1530) : a miscellaneous collection (as of things or persons)

**om·ni·vore** \ˈäm-ni-ˌvōr, -ˌvȯr\ *n* [NL *omnivora*, neut. pl. of *omnivorus*, fr. L] (1890) : one that is omnivorous

**om·niv·o·rous** \äm-ˈniv-rəs, -ˈni-və-\ *adj* [L *omnivorus*, fr. *omni-* + *-vorus* -vorous] (ca. 1656) **1** : feeding on both animal and vegetable substances **2** : avidly taking in everything as if devouring or consuming — **om·niv·o·rous·ly** *adv*

**om·pha·los** \ˈäm(p)-fə-ˌläs, -ləs\ *n* [Gk, navel — more at NAVEL] (1855) : a central point : HUB **2** , FOCAL POINT

**om·pha·lo·skep·sis** \ˌäm(p)-fə-lō-ˈskep-səs\ *n* [NL, fr. Gk *omphalos* + *skepsis* examination — more at SPY] (1925) : contemplation of one's navel as an aid to meditation; *also* : INERTIA **2**

**¹on** \ˈȯn, ˈän\ *prep* [ME *an, on*, prep. & adv., fr. OE; akin to OHG *an* on, Gk *ana* up, on] (bef. 12c) **1 a** — used as a function word to indicate position in contact with and supported by the top surface of (the book is lying ∼ the table)  **b** — used as a function word to indicate position in or on contact with an outer surface (the fly landed ∼ the ceiling) (I have a cut ∼ my finger) (paint ∼ the wall)  **c** — used as a function word to indicate position in close proximity with (a village ∼ the sea) (stay ∼ your opponent)  **d** — used as a function word to indicate direction or location with respect to something (∼ the south) (the garden is ∼ the side of the house)  **2 a** — used as a function word to indicate a source of attachment or support (∼ a string) (stand ∼ one foot) (hang it ∼ a nail)  **b** — used as a function word to indicate a source of dependence (you can rely ∼ me) (feeds ∼ insects) (lives ∼ a pension)  **c** — used as a function word to indicate means of conveyance (∼ the bus) or presence within the confines or in possession of (had a knife ∼ him)  **3** — used as a function word to indicate a time frame during which something takes place (a parade ∼ Sunday) or an instant, action, or occurrence when something begins or is done (∼ cue) (∼ arriving home, I found your letter) (news ∼ the hour) (cash ∼ delivery)  **4** *archaic* : OF  **5 a** — used as a function word to indicate manner of doing something; often used with *the* (∼ the sly) (keep everything ∼ the up-and-up)  **b** — used as a function word to indicate means or agency (cut myself ∼ a knife) (talk ∼ the telephone)  **c** — used as a function word to indicate a medium of expression; used orig. to refer to physical condition (best show ∼ television)  **6 a** (1) — used as a function word to indicate active involvement in a condition or status (∼ fire) (∼ the increase) (∼ the lookout)  (2) : regularly using or showing the effects of using (∼ drugs)  **b** — used as a function word to indicate involvement with the activity, work, or function of (∼ the jury) (∼ duty)  **c** — used as a function word to indicate position or status in proper relationship with a standard or objective (∼ schedule)  **7 a** — used as a function word to indicate reason, ground, or basis (as for an action, opinion, or computation) (I have it ∼ good authority) (∼ one condition) (the interest will be 10 cents ∼ the dollar)  **b** — used as a function word to indicate the cause or source (profited ∼ the sale of stock)  **c** — used as a function word to indicate the focus of obligation or responsibility (drinks are ∼ the house) (put the blame ∼ my actions)  **8** — used as a function word to indicate the object of collision, exposure, or action (bumped my head ∼ a shelf) (an attack ∼ religion) (pulled a gun ∼ me)  **b** — used as a function word to indicate the object with respect to some disadvantage, handicap, or detriment (has three inches in height ∼ me) (a 3-game lead ∼ the second-place team) (the joke's ∼ me)  **9 a** — used as a function word to indicate destination or the focus of some action, movement, or directed effort (crept up ∼ him) (feast your

eyes ∼ this) (working ∼ my skiing) (made a payment ∼ the loan)  **b** — used as a function word to indicate the focus of feelings, determination, or will (have pity ∼ me) (keen ∼ sports) (a curse ∼ you)  **c** — used as a function word to indicate the object with respect to some misfortune or disadvantageous event (the crops died ∼ them)  **d** — used as a function word to indicate the subject of study, discussion, or consideration (a book ∼ insects) (reflect ∼ that a moment) (agree ∼ price)  **10** — used as a function word to indicate reduplication or succession in a series (loss ∼ loss)

**²on** *adv* (bef. 12c) **1 a** : in or into a position of contact with an upper surface *esp.* so as to be positioned for use or operation (put the plates ∼)  **b** : in or into a position of being attached to or covering a surface; *esp* : in or into the condition of being worn (put his new shoes ∼)  **2 a** : forward or at a more advanced point in space or time (went ∼ home) (later ∼)  **b** : in continuance or succession (rambled ∼) (and so ∼)  **3** : into operation or a position permitting operation (switched the light ∼)

**³on** *adj* (ca. 1541) **1** : engaged in an activity or function (as a dramatic role)  **2 a** (1) : being in operation (the radio is ∼)  (2) : placed so as to permit operation (the switch is ∼)  **b** : taking place (the game is ∼)  **3** : aware of something — usu. used with *to* (my boss was ∼ to me)  **4** : INTENDED, PLANNED (has nothing ∼ for tonight)  **5** *Brit* : talking or harping incessantly — used with *about*  **6** *chiefly Brit* : regarded as possible or feasible — usu. used in negative constructions  **7 a** : engaged in or as if in a performance (the comedian was always ∼)  **b** : being at a high level of performance

**-on** *n suffix* [ISV, alter. of *-one*] : chemical compound not a ketone or other oxo compound (*parathion*)

**¹-on** *n suffix* [Gr. *-on* (as in *ion*)] **1** : subatomic particle (*nucleon*)  **2 a** : unit : quantum (*photon*) (*magneton*)  **b** : basic hereditary component (*cistron*) (*operon*)

**²-on** *n suffix* [NL, fr. *-on* (in *argon*)] : noble gas (*radon*)

**on-again, off-again** *adj* (1934) **1** : existing briefly and then disappearing in an intermittent unpredictable way (*on-again, off-again fads*)

**on·a·ger** \ˈä-ni-jər\ *n* [ME, wild ass, fr. L, fr. Gk *onagros*, fr. *onos* ass + *agros* field — more at ACRE] (14c) **1** : an Asian wild ass (*Equus hemionus onager* syn. *E. onager*) that usu. has a broad dorsal stripe and is related to the kiang **2** [LL, fr. L] : a heavy catapult used in ancient and medieval times

**on and off** *adv* (1555) : OFF AND ON — **on-and-off** *adj*

**onan·ism** \ˈō-nə-ˌni-zəm\ *n* [prob. fr. NL *onanismus*, fr. *Onan*, son of Judah (Gen 38:9)] (ca. 1741) **1** : MASTURBATION  **2** : COITUS INTERRUPTUS  **3** : SELF-GRATIFICATION — **onan·is·tic** \ˌō-nə-ˈnis-tik\ *adj*



onager 2

**on·board** \ˈȯn-ˈbōrd, ˈän-, -ˈbȯrd\ *adj* (1960) : carried within or occurring aboard a vehicle (as a satellite or spacecraft) (an ∼ computer)

**¹once** \ˈwən(t)s\ *adv* [ME *ones*, fr. gen. of *on* one] (12c) **1** : one time and no more  **2** : at any one time : under any circumstances : EVER  **3** : at some indefinite time in the past : FORMERLY  **4** : by one degree of relationship — **once for all** **1** : with finality : DEFINITIVELY  **2** : for the last time

**²once** *n* (13c) : one single time : one time at least — **at once 1** : at the same time : SIMULTANEOUSLY  **2** : IMMEDIATELY  **3** : ²BOTH

**³once** *adj* (1489) : FORMER

**⁴once** *conj* (1761) : at the moment when : AS SOON AS

**once-over** \ˈwən(t)s-ˌō-vər, ˈwən(t)s-\ *n* (1914) : a swift examination or survey; *esp* : a superficial comprehensive appraising glance

**once that** *conj* (1874) : ONCE

**on·cho·cer·ci·a·sis** \ˌäŋ-kō-ˌsər-ˈkī-ə-səs\ *n, pl* **-a·ses** \-ˌsēz\ [NL, fr. *Onchocerca*, genus of worms] (1911) : infestation with or disease caused by filarial worms (genus *Onchocerca*); *esp* : a human disease caused by a worm (*O. volvulus*) that is native to Africa but now present in parts of tropical America and is transmitted by several blackflies

**on·cid·i·um** \än-ˈsi-dē-əm, äŋ-ˈki-\ *n* [NL, fr. Gk *onkos* barbed hook — more at ANGLE] (ca. 1868) : any of a genus (*Oncidium*) of showy tropical American chiefly epiphytic orchids

**onco-** *comb form* [NL, fr. Gk *onkos* bulk, mass; akin to Gk *enenkein* to carry — more at ENOUGH] : tumor (*oncology*)

**on·co·gene** \ˈäŋ-kō-ˌjēn\ *n* (1969) : a gene having the potential to cause a normal cell to become cancerous

**on·co·gen·e·sis** \ˌäŋ-kō-ˈje-nə-səs\ *n* [NL] (ca. 1932) : the induction or formation of tumors

**on·co·gen·ic** \-ˈje-nik\ *adj* (1936) **1** : relating to tumor formation  **2** : tending to cause tumors

**on·co·ge·nic·i·ty** \-jə-ˈni-sə-tē\ *n* (1944) : the capacity to induce or form tumors

**on·col·o·gy** \än-ˈkä-lə-jē, äŋ-\ *n* (ca. 1857) : the study of tumors — **on·co·log·e·cal** \ˌäŋ-kə-ˈlä-ji-kəl\ *also* **on·co·log·ic** \-jik\ *adj* — **on·col·o·gist** \än-ˈkä-lə-jist, äŋ-\ *n*

**on·com·ing** \ˈȯn-ˌkə-miŋ, ˈän-\ *adj* (1844) **1 a** : coming nearer in time or space (the ∼ year) (an ∼ car)  **b** : FUTURE (looked forward to his ∼ visit)  **2** : EMERGENT, RISING (the ∼ generation)

**on·cor·na·vi·rus** \ˌäŋ-kȯr-nə-ˈvī-rəs\ *n* [*onco-* + RNA + *virus*] (1970) : any of a group of RNA-containing viruses that produce tumors

**¹one** \ˈwən\ *adj* [ME, fr. OE *ān*; akin to OHG *ein* one, L *unus* (OL *oinos*), Skt *eka*] (bef. 12c) **1** : being a single unit or thing (∼ day at a time)  **2 a** : being one in particular (early ∼ morning)  **b** : being preeminently what is indicated (∼ fine person)  **3 a** : being the same in kind or quality (both of ∼ species)  **b** (1) : constituting a unified entity of two or more components (the combined elements form ∼ substance)  (2) : being in agreement or union (am ∼ with you on this)  **4 a** : SOME I (will see you again ∼ day)  **b** : being a certain indicated

specified by name ⟨∼ John Doe made a speech⟩  **5** : ONLY 2 ⟨the ∼ person she wanted to marry⟩

**²one** *n* (bef. 12c)  **1** — see NUMBER table  **2** : the number denoting unity  **3 a** : the first in a set or series — often used with an attributive noun ⟨day ∼⟩  **b** : an article of clothing of a size designated *one* ⟨wears a ∼⟩  **4** : a single person or thing ⟨has the ∼ but needs the other⟩  **5** : a one-dollar bill — **at one** : at harmony : in a state of agreement — **for one** : as one example ⟨I *for one* disagree⟩

**³one** *pron* (13c)  **1 a** : a certain indefinitely indicated person or thing ⟨saw ∼ of his friends⟩  **2 a** : an individual of a vaguely indicated group : anyone at all ⟨∼ never knows⟩  **b** — used as a third person substitute for a first person pronoun (I'd like to read more but ∼ doesn't have the time)  **3** : a single instance of a specified action (felt like belting him ∼—John Casey)

   *usage* Sense 2a is usu. a sign of a formal style. A formal style excludes the participation of the reader or hearer; thus *one* is used where a less formal style might address the reader directly (for the consequences of such choices, *one* has only oneself to thank —Walker Gibson). This generic *one* has never been common in informal use in either British or American English, and people who start sentences with *one* often shift to another pronoun more natural to casual discourse (when *one* is learning the river, he is not allowed to do or think about anything else —Mark Twain). Use of *one* to replace a first-person pronoun—sense 2b—has occas. been criticized. It is more common in British English than in American (I'm watching this pretty carefully and I hope that the issue will come up in the Lords and *one* may be able to speak about it —Donald Coggan, Archbishop of Canterbury).

**-one** *n suffix* [ISV, alter. of *-ene*] : ketone or related or analogous compound or class of compounds (lactone) ⟨quinone⟩

**one another** *pron* (1526) : EACH OTHER   see EACH OTHER

**one-armed bandit** \ˈwən-ˈärm(d)-\ *also* **one-arm bandit** *n* (1934) : SLOT MACHINE 2

**one-bag·ger** \-ˈba-gər\ *n* (1952) : SINGLE 2

**one-di·men·sion·al** *adj* (1883)  **1** : having one dimension  **2** : lacking depth : SUPERFICIAL ⟨∼ characters⟩ — **one-di·men·sion·al·i·ty** *n*

**one·fold** \ˈwən-ˌfōld, -ˈfōld\ *adj* (bef. 12c) : constituting a single undivided whole

**one-hand·ed** \ˈ-han-dəd\ *adj* (15c)  **1** : having or using only one hand (could beat him up ∼)  **2 a** : designed for or requiring the use of only one hand  **b** : effected by the use of only one hand

**one-horse** \ˈ-ˈhòrs\ *adj* (1750)  **1** : drawn or operated by one horse  **2** : SMALL, SMALL-TIME ⟨a ∼ town⟩

**One·i·da** \ō-ˈnī-də\ *n*, *pl* **Oneida** *or* **Oneidas** [Oneida *oneyóteˀ*, lit., standing rock] (1666)  **1 a** : a member of an American Indian people orig. of New York  **2** : the Iroquoian language of the Oneida people

**onei·ric** \ō-ˈnī-rik\ *adj* [Gk *oneiros* dream; akin to Arm *anurj* dream] (1859) : of or relating to dreams : DREAMY — **onei·ri·cal·ly** \-ri-k(ə-)lē\ *adv*

**onei·ro·man·cy** \ō-ˈnī-rə-ˌman(t)-sē\ *n* [Gk *oneiros* + E *-mancy*] (1652) : divination by means of dreams

**one-line octave** *n* (1931) : the musical octave that begins on middle C — SEE PITCH illustration

**one-lin·er** \ˈwən-ˈli-nər\ *n* (1967) : a very succinct joke or witticism

**one-man** *adj* (1842)  **1** : of or relating to just one individual: as  **a** : consisting of only one individual ⟨a ∼ committee⟩  **b** (1) : done, presented, or produced by only one individual ⟨a ∼ stage play⟩ (2) : featuring the work of a single artist ⟨a ∼ painter⟩ ⟨a ∼ show of oils⟩ : designed for or limited to one individual

**one·ness** \ˈwən-nəs\ *n* (1594) : the quality or state or fact of being one: as  **a** : SINGLENESS  **b** : INTEGRITY, WHOLENESS  **c** : HARMONY  **d** : SAMENESS, IDENTITY  **e** : UNITY, UNION

**one-night·er** \ˈwən-ˈnī-tər\ *n* (ca. 1937) : ONE-NIGHT STAND

**one-night stand** *n* (1880)  **1** : a performance (as of a play or concert) given (as by a traveling group of actors or musicians) only once in each of a series of localities  **2 a** : a locality used for one-night stands  **b** : a stopover for a one-night stand  **3** : a sexual encounter limited to a single occasion; *also* : a partner in such an encounter

**one-note** \ˈwən-ˈnōt\ *adj* (1973) : unvarying in tone or emphasis : MONOTONOUS

**one-off** \ˈwən-ˈȯf\ *adj* (1934) *Brit* : limited to a single time, occasion, or instance : ONE-SHOT, UNIQUE — **one-off** *n*

**one-on-one** \ˈwən-ˌȯn-ˈwən, ˌwən-än-\ *adj* *or adv* (1967)  **1** : playing directly against a single opposing player  **2** : involving a direct encounter between one person and another

**one-piece** *adj* (1880) : consisting of or made in a single undivided piece (a ∼ bathing suit) — **one-piece·er** \ˈwən-ˈpē-sər\ *n*

**on·er·ous** \ˈä-nə-rəs, ˈō-\ *adj* (14c)  **1** : troublesome, onerous, onerous, fr. *oner-, onus* burden; akin to Skt *anas* cart] (14c)  **1** : involving, imposing, or constituting a burden : TROUBLESOME ⟨an ∼ task⟩  **2** : having legal obligations that outweigh the advantages ⟨∼ contract⟩ — **on·er·ous·ly** *adv* — **on·er·ous·ness** *n*

   *syn* ONEROUS, BURDENSOME, OPPRESSIVE, EXACTING mean imposing hardship. ONEROUS stresses being laborious and heavy esp. because distasteful (the *onerous* task of cleaning up the mess). BURDENSOME suggests causing mental as well as physical strain (*burdensome* responsibilities). OPPRESSIVE implies extreme harshness or severity in what is imposed (the *oppressive* tyranny of a police state). EXACTING implies rigor or sternness rather than tyranny or injustice in the demands made or in the one demanding (an *exacting* employer).

**one·self** \(ˌ)wən-ˈself, Southern also -ˈsef\ *also* **one's self** \(ˌ)wən-, ˌwənz-\ *pron* (1548)  **1** : a person's self : one's own self — used reflexively as object of a preposition or verb or for emphasis in various constructions  ⟨∼ one's normal, healthy, or sane condition or self — **be oneself** : to conduct oneself in a usual or fitting manner

**one-shot** \ˈwən-ˌshät\ *adj* (1927)  **1** : that is complete or effective through being done or used or applied only once (there is no easy ∼ answer to the problem)  **2** : that is not followed by something else of the same kind ⟨a ∼ tax cut⟩ — **one-shot** *n*

**one-sid·ed** \ˈwən-ˈsī-dəd\ *adj* (1813)  **1 a** (1) : having one side prominent : LOPSIDED (2) : having or occurring on one side only  **b** : limited to one side : PARTIAL ⟨a ∼ interpretation⟩  **2** : UNILATERAL ⟨∼ decision⟩ — **one-sid·ed·ly** *adv* — **one-sid·ed·ness** *n*

**ones place** *n* (1976) : UNITS PLACE

**one-step** \ˈwən-ˌstep\ *n* (1911)  **1 a** : a ballroom dance in ³⁄₄ time marked by quick walking steps backward and forward  **2** : music used for the one-step — **one-step** *vi*

**one-stop** \ˈwən-ˈstäp\ *adj* (1934) : being or relating to a business that provides a complete range of goods or services of a particular kind

**one-tailed** \ˈwən-ˈtāl(d)\ *also* **one-tail** \-ˈtāl\ *adj* (1947) : being a statistical test for which the critical region consists of all values of the test statistic greater than a given value or less than a given value but not both — compare TWO-TAILED

**one-time** \ˈwən-ˈtim\ *adj* (1840)  **1** : FORMER, SOMETIME ⟨a ∼ actor⟩  **2** : occurring only once : ONE-SHOT

**onetime** *adv* (1880) : FORMERLY

**one-to-one** \ˌwən-tə-ˈwən, -də-\ *adj* (1873)  **1** : pairing each element of a set uniquely with an element of another set  **2** : ONE-ON-ONE 2

**one-track** *adj* (1926) : marked by often narrowly restricted attention to or absorption in just one thing ⟨a ∼ mind⟩

**one-two** \ˈwən-ˈtü, -ˌtü\ *n* (1809)  **1** : a combination of two quick blows in rapid succession in boxing; *esp* : a left jab followed at once by a hard blow with the right hand  **2** *or* **one-two punch** : a combination of two forces acting against something

**one-up** \ˈwən-ˈəp, ˈwən-\ *vt* [back-formation fr. *one-upmanship*] (1963) : to practice one-upmanship on

**one-up** *adj* (1919) : being in a position of advantage — usu. used with *on*

**one-up·man·ship** \ˌwən-ˈəp-mən-ˌship\ *also* **ups-man·ship** \ˈəps-mən-\ *n* (1952) : the art or practice of outdoing or keeping one jump ahead of a friend or competitor (engaged in a round of verbal ∼)

**one-way** *adj* (1824)  **1** : that moves in or allows movement in only one direction (∼ street⟩  **2** : ONE-SIDED, UNILATERAL ⟨a ∼ conversation⟩  **3** : that functions in only one of two or more ways

**on·go·ing** \ˈȯn-ˌgō-iŋ, ˈän-, -ˌgȯ(-)iŋ\ *adj* (1877)  **1 a** : being actually in process  **b** : CONTINUING  **2** : continuously moving forward : GROWING — **on·go·ing·ness** \-nəs\ *n*

**on·ion** \ˈən-yən\ *n* [ME, fr. MF *oignon*, fr. L *union-, unio*] (14c)  **1 a** : a widely cultivated Asian herb (*Allium cepa*) of the lily family with pungent edible bulbs; *also* : its bulb  **2** : any of various plants of the same genus as the onion — **on·iony** \ˈy ə-nē\ *adj*

**onion dome** *n* (1941) : a dome (as of a church) having the general shape of an onion — **onion-domed** *adj*

**onion ring** *n* (1946) : a ring of sliced onion coated with batter or crumbs and fried

**on·ion·skin** \ˈ-ˌskin\ *n* (1879) : a thin strong translucent paper of very light weight

**oni·um** \ˈō-nē-əm\ *adj* [-onium] (1905) : being or characterized by a usu. complex cation

**-onium** *n suffix* [NL, fr. *ammonium*] : an ion having a positive charge (hydronium) — compare -IUM 1b

**on-line** *adj or adv* (1950) : connected to, served by, or available through a system and esp. a computer or telecommunications system ⟨an ∼ database⟩; *also* : done while connected to a system ⟨∼ computer storage⟩

**on-look·er** \ˈȯn-ˌlu̇-kər, ˈän-\ *n* (1606) : one that looks on; *esp* : a passive spectator — **on-look·ing** \-kiŋ\ *adj*

**¹on·ly** \ˈōn-lē\ *adj* [ME, fr. OE *ānlic*, fr. *ān* one — more at ONE] (bef. 12c)  **1** : unquestionably the best : PEERLESS  **2** : alone in its class or kind : SOLE ⟨an ∼ child⟩

**²only** *adv* (14c)  **1 a** : as a single fact or instance and nothing more or different : MERELY ⟨has ∼ lost one election —George Orwell⟩  **b** : SOLELY, EXCLUSIVELY ⟨known ∼ to him⟩  **2** : at the very least (it was ∼ too true)  **3 a** : in the final outcome (will ∼ make you sick)  **b** : with nevertheless the final result ⟨won the battles, ∼ to lose the war⟩  **4 a** : as recently as ⟨∼ last week⟩  **b** : in the immediate past ⟨∼ just talked to her⟩

   *usage* The placement of *only* in a sentence has been a source of studious commentary since the 18th century, most of it intended to prove by force of argument that prevailing standard usage is wrong. After 200 years of preachment the following observations may be made: the position of *only* in standard spoken English is not fixed, since ambiguity is avoided through sentence stress; in casual prose that keeps close to the rhythms of speech *only* is often placed where it would be in speech; and in edited and more formal prose *only* tends to be placed immediately before the word or words it modifies.

**³only** *conj* (14c)  **1** : with the restriction that : BUT ⟨you may go, ∼ come back early⟩  **b** : and yet : HOWEVER ⟨they look very nice, ∼ we can't use them⟩  **2** : were it not that : EXCEPT ⟨I'd introduce you to her, ∼ you'd win her —Jack London⟩

**on·o·mas·tic** \ˌä-nə-ˈmas-tik\ *adj* [Gk *onomastikos*, fr. *onomazein* to name, fr. *onoma* name — more at NAME] (1716) : of, relating to, or consisting of a name or names — **on·o·mas·ti·cal·ly** \-ti-k(ə-)lē\ *adv*

**on·o·mas·tics** \-tiks\ *n pl but sing or pl in constr* (1930)  **1 a** : the science or study of the origins and forms of words esp. as used in a specialized field  **b** : the science or study of the origin and forms of proper names of persons or places  **2** : the system underlying the formation and use of words esp. for proper names or of words used in a specialized field — **on·o·mas·ti·cian** \ˌä-nə-mas-ˈti-shən\ *n*

**on·o·ma·tol·o·gy** \ˌä-nə-mə-ˈtä-lə-jē\ *n* [F *onomatologie*, fr. Gk *onomat-, onoma* name + F *-logie* *-logy*] (ca. 1847) : ONOMASTICS — **on·o·ma·tol·o·gist** \-jist\ *n*

**on·o·mato·poe·ia** \ˌä-nə-ˌmä-tə-ˈpē-ə, -ˌmä-\ *n* [LL, fr. Gk *onomatopoiia*, fr. *onomat-, onoma* name + *poiein* to make — more at POET] (ca. 1577)  **1** : the naming of a thing or action by a vocal imitation of the sound associated with it (as *buzz, hiss*)  **2** : the use of words whose sound suggests the sense — **on·o·mato·poe·ic** \-ˈpē-ik\ *or* **on·o·mato·po·et·ic** \-ˌpō-ˈe-tik\ *adj* — **on·o·mato·poe·i·cal·ly** \-ˈpē-ə-k(ə-)lē\ *also* **on·o·mato·po·et·i·cal·ly** \-ˌpō-ˈe-ti-k(ə-)lē\ *adv*

**On·on·da·ga** \ˌä-nən-\ˈdȯ-gə, -ˈdä-, -ˈdä-\ *n, pl* **-ga** *or* **-gas** [Onondaga *onǫtaˀke*, the chief Onondaga town] (1684)  **1** : a member of an American Indian people of New York and Canada  **2** : the Iroquoian language of the Onondaga people

**on·ramp** \ˈȯn-ˌramp, ˈän-\ *n* (1958) : a ramp by which one enters a limited-access highway

**on-rush** \ˈȯn-ˌrəsh\ *n* (1844)  **1** : a rushing forward or onward  **2** : ONSET — **on-rush·ing** \-ˌrə-shiŋ\ *adj*

# EXHIBIT L-6(d)

DC:50564677.1

# PENGUIN

# DICTIONARY OF

# ELECTRONICS

## EDITED BY VALERIE ILLINGWORTH





## NEW EDITION

PENGUIN
REFERENCE

*The Penguin Dictionary of*
# ELECTRONICS

*Editor: Valerie Illingworth*
*for Market House Books*

**THIRD EDITION**



**PENGUIN BOOKS**

PENGUIN BOOKS

Published by the Penguin Group
Penguin Books Ltd, 27 Wrights Lane, London W8 5TZ, England
Penguin Putnam Inc., 375 Hudson Street, New York, New York 10014, USA
Penguin Books Australia Ltd, Ringwood, Victoria, Australia
Penguin Books Canada Ltd, 10 Alcorn Avenue, Toronto, Ontario, Canada M4V 3B2
Penguin Books (NZ) Ltd, Private Bag 102902, NSMC Auckland, New Zealand

Penguin Books Ltd, Registered Offices: Harmondsworth, Middlesex, England

First edition 1979
Second edition 1988
Third edition 1998
10 9 8 7 6 5 4 3 2

Copyright © Market House Books Ltd, 1979, 1988, 1998
All rights reserved

Typeset in 8.5/10.5 pt Tmes New Roman PS
Printed in England by Clays Ltd, St Ives plc

Except in the United States of America, this book is sold subject
to the condition that it shall not, by way of trade or otherwise, be lent,
re-sold, hired out, or otherwise circulated without the publisher's
prior consent in any form of binding or cover other than that in
which it is published and without a similar condition including this
condition being imposed on the subsequent purchaser

**Boltzmann distribution law** ➤Boltzmann constant.

**bonded** Denoting metal parts in a circuit that are connected together electrically so that they are at a common voltage.

**bonded silvered mica capacitor** ➤mica capacitor.

**bonding pads** (or **bond pads**) Metal pads arranged on a semiconductor chip (usually around the edge) to which wires may be bonded so that electrical connection can be made to the component(s) or circuit(s) on the chip. Bonding is usually effected by thermocompression or ultrasonic bonding. ➤tape automated bonding; wire bonding.

**Boolean algebra** An algebra introduced by George Boole in 1854 originally to provide a symbolic method for analysing human logic. Almost a century later it was also found to provide a means for analysing logical machines. An algebra is a collection of sets together with a collection of operations over those sets. A Boolean algebra may be defined as a set $K$ of *Boolean values* or constants, along with a set $P$ of three operators AND, OR, and NOT. The set $K$ contains $2^n$ elements, where $n$ is a nonzero integer, and includes two special elements denoted 0 and 1. Thus in the simplest two-valued Boolean algebra, $K = \{0,1\}$. This is the basis for all digital logic design, from the simplest logic functions to complex microprocessors and computers.

**Boolean values** ➤Boolean algebra.

**booster 1.** A generator or transformer inserted in a circuit in order to increase (*positive booster*) or decrease (*negative booster*) the magnitude or to change the phase of the voltage acting in the circuit. **2.** A repeater station that amplifies and retransmits a broadcast signal received from a main station, with or without a change of frequency.

**bootstrapping** A technique used in a variety of applications in which a capacitor – the *bootstrap capacitor* – is used to provide 100% positive ➤feedback for alternating currents across an amplifier stage of unity gain or less. Bootstrapping is used for control of the output signals by using the positive feedback to control the conditions in the input circuit in a desired manner.

Bootstrapping is commonly used in circuits that generate a linear timebase, particularly in a sawtooth generator. A simple sawtooth generator consists of a capacitor that is charged by means of an input load resistor and discharged by a periodic step voltage. As the capacitor is charged, the voltage increases exponentially and as the voltage increases, that across the input load (and hence the charging current) drops correspondingly. The output is approximately linear provided that only a small portion of the charging characteristic is used. The linearity may be improved by using a bootstrap circuit to maintain a constant charging current. A typical circuit is shown in Fig. *a*. The output is taken from an ➤emitter follower, capacitively coupled via the bootstrap capacitor $C_1$ to the input load resistor R. As the output voltage rises, the voltage at the node between R and $R_1$ also rises; the voltage across R and hence the charging current is therefore maintained substantially constant.

Bootstrapping may also be used in ➤MOS logic circuits in order to optimize the voltage swing between the high and low logic levels. A typical bootstrapped circuit is

# EXHIBIT L-6(e)

DC:50564677.1

DOCKETED ON CM

OCT 23 2006

BY _____ 053

Priority ✓
Send _____
Enter _____
Closed _____
JS-5/JS-6 _____
JS-2/JS-3 _____
Scan Only _____

SCANNED

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No. CV 02-6775 CBM (JTLx)                    Date: October 19, 2006

Title:  LG. Philips LCD Co., Ltd. v. Chunghwa Picture Tubes, Ltd., et al.

DOCKET ENTRY
ORDER CONSTRUING TERM "ONE" AS FOUND IN CLAIM ONE OF U.S. PATENT NO.
5,825,449

PRESENT:     Hon. CONSUELO B. MARSHALL, JUDGE

JOSEPH LEVARIO                           N/A
Deputy Clerk                      Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:
N/A                                      N/A

**PROCEEDINGS:**

The matter before the Court is the parties' dispute over the proper construction over the term "one" as found in Claim 1 of U.S. Patent No. 5,825,449 (the '449 Patent).

In a bench brief filed with this Court, Defendant requests that the Court construe the language of Claim 1 of the '449 Patent as open-ended, meaning that the term "reads on products that have one or more conductive layers connected to one of a plurality of terminals of a thin film transistor." Def.'s Br. 1.  The relevant claim language is:

A wiring structure comprising:
a substrate;
a first conductive layer formed on a first portion of said substrate;
a first insulative layer formed on a second portion of said substrate and on said first conductive layer;
a second conductive layer formed on a first portion of said first insulative layer;
[ . . .]
wherein a first contact hole is provided through said first and second insulative layers . . .
and
*wherein one of said first and second conductive layers is connected to one of a plurality of terminals of a thin film transistor.*

'449 Patent (emphasis added).  Defendant seeks to have this Court interpret the last phrase beginning with "wherein one of said first and second conductive layers . . . ."  Plaintiff LG.Philips argues that the phrase "one of" should be construed as "one, but not both, of the first and second conductive layers."  Pl.'s Mem. 1.

Claim construction is a matter of law, and it is the duty of this Court to construe disputed

1289

claim terms and instruct the jury as to its meaning. *See* Markman v. Westview Instruments, Inc., 517 U.S. 370 (1996).

The Federal Circuit has held that a court construing a claim must give effect to the intent of the patent applicant. *See* Lemelson v. General Mills, Inc., 968 F.2d 1202, 1206 (Fed. Cir. 1992). ("The prosecution history gives insight into what the applicant originally claimed as the invention, and often what the applicant gave up in order to meet the Examiner's objections."); *see also* Standard Oil Co. v. American Cyanamid Co., 774 F.2d 448, 452 (Fed. Cir. 1985) ("The prosecution history (or file wrapper) limits the interpretation of claims so as to exclude any interpretation that may have been disclaimed or disavowed during prosecution in order to obtain claim allowance."). In the instant case, patentee LG Electronics specifically disavowed an interpretation of the claim that provided for either, or both - in other words, "one or more" - of the conductive layers being connected to a terminal of a thin film transistor; in December 1997, in order to obviate an obviousness rejection, LGE patent applicant Woo Sup Shin specifically amended the claim to articulate the "one of said first and second layers" limitation. The Court, therefore, finds that the term "one" in Claim 1 means "a single layer."

Accordingly, the Court adopts Plaintiff LG.Philips' interpretation of the relevant language in Claim 1 of the '449 Patent:

> The phrase *"one of"* in the *"wherein one of said first and second conductive layers"* limitation means one, but not both, of the first and second conductive layers."

**IT IS SO ORDERED**.

Initials of Deputy Clerk_____

cc:     Judge Marshall

        Parties of Record

# EXHIBIT L-7

Ex. L-7
LGD US Patent No. 5,905,274

Index of Disputed Terms

Claim Terms                                                                                    Page

transistor....................................................................................................................17

gate............................................................................................................................17

a double layered structure .........................................................................................1

a second metal layer disposed on the first metal layer..............................................1

the first metal layer including aluminum .................................................................10

the second metal layer being arranged on the first metal layer to
prevent hillock at the sides of the aluminum first metal layer..................................10

at the sides of the aluminum first metal layer ..........................................................10

the first metal layer being wider than the second metal layer by about 1 to 4 μm .......................1

two side portions of the first metal layer having no second layer thereon ................................14

two side portions of the first metal layer having no second metal layer disposed thereon.........14

**EXHIBIT L-7**
**U.S. PATENT NO. 5,905,274**
**TERMS IN DISPUTE**

| ASSERTED CLAIM 1 | LGD's Claim Construction |
|---|---|
| 1. A thin film transistor comprising:<br><br>a substrate; and<br><br>a gate including a double-layered structure having a first metal layer which is a bottom layer disposed on the substrate and a second metal layer disposed on the first metal layer, the first metal layer including aluminum, the second metal layer being arranged on the first metal layer to prevent hillock at the sides of the aluminum first metal layer, the first metal layer being wider than the second metal layer by about 1 to 4 $\mu m$. | **a double-layered structure**[1] – a structure of an electrically conductive material that includes two sequentially deposited metal layers<br><br>**a second metal layer disposed on the first metal layer**[2] – sequentially depositing the second metal layer above and in contact with the first metal layer<br><br>**the first metal layer being wider than the second metal layer by about 1 to 4 $\mu m$**[3] – the width of the first metal layer, determined by the portion of the first metal layer in contact with the second metal layer together with the portions exposed to the subsequently deposited gate insulating layer, is more that 1 $\mu m$ and less than 4 $\mu m$ greater than the width of the second metal layer |

[1] Disputed Term "a double-layered structure" also appears in asserted claim 4 in the same context.

[2] Disputed Term "a second metal layer disposed on the first metal layer" also appears in asserted claim 4 in the same context.

[3] Disputed Term "the first metal layer being wider than the second metal layer by about 1 to 4 $\mu m$" also appears in asserted claim 4 in the same context.

EX 7
1

## INTRINSIC EVIDENCE FOR DISPUTED TERM "A DOUBLE-LAYERED STRUCTURE":

A thin-film transistor includes a substrate and a gate including a double-layered structure having first and second metal layers provided on the substrate, the first metal layer being wider than the second metal layer by about 1 to 4 $\mu$m. A method of making such a thin film transistor includes the steps of: depositing a first metal layer on a substrate, depositing a second metal layer directly on the first metal layer; forming a photoresist having a designated width on the second metal layer; patterning the second metal layer via isotropic etching using the photoresist as a mask; patterning the first metal layer by means of an anisotropic etching using the photoresist as a mask, the first metal layer being etched to have the designated width, thus forming a gate having a laminated structure of the first and second metal layers; and removing the photoresist.

Abstract

1. Field of the Invention
The present invention relates to a thin-film transistor of a liquid crystal display and, more particularly, to a thin-film transistor having a gate including a double-layered metal structure and a method of making such a double-layered metal gate.

1:5-10

To achieve these and other advantages and in accordance with the purpose of the preferred embodiments of the present invention, as embodied and broadly described, a thin-film transistor preferably comprises a substrate, and a gate including a double-layered structure of first and second metal layers disposed on the substrate, the first metal layer being wider than the second metal layer by about 1 to 4 $\mu$m, and a method of making such a thin-film transistor preferably comprises the steps of: depositing a first metal layer on a substrate, depositing a second metal layer directly on the first metal layer; forming a photoresist having a desired

3:41-51

EX 7
2

## INTRINSIC EVIDENCE FOR DISPUTED TERM "A SECOND METAL LAYER DISPOSED ON THE FIRST METAL LAYER":

A thin-film transistor includes a substrate and a gate including a double-layered structure having first and second metal layers provided on the substrate, the first metal layer being wider than the second metal layer by about 1 to 4 $\mu$m. A method of making such a thin film transistor includes the steps of: depositing a first metal layer on a substrate, depositing a second metal layer directly on the first metal layer; forming a photoresist having a designated width on the second metal layer; patterning the second metal layer via isotropic etching using the photoresist as a mask; patterning the first metal layer by means of an anisotropic etching using the photoresist as a mask, the first metal layer being etched to have the designated width, thus forming a gate having a laminated structure of the first and second metal layers; and removing the photoresist.

Abstract



FIG. 4A

According to the method of fabricating a thin-film transistor as described above and shown in FIGS. 1A–1F, respective first and second metal layers are formed through photolithography using different masks so as to form the gate with a double-layered metal structure, resulting in double step differences between the gate and substrate.

As a result of the double step difference between the gate 21 and the substrate 11 shown in FIG. 1C, a hillock often occurs on both side portions of the first metal layer 13 which have no portion of the second metal layer 17 deposited thereon when the first metal layer 13 is wider than the second metal layer 17 as in FIG. 1C. Another problem with this related method is that the process for forming a gate is complex and requires two photoresists 15, 19 and two steps of deposition and photolithography. As a result, the contact resistance between the first and second metal layers may be increased.

2:49-65

## INTRINSIC EVIDENCE FOR DISPUTED TERM "A SECOND METAL LAYER DISPOSED ON THE FIRST METAL LAYER" (cont'd):

> The preferred embodiments of the present invention also provide a method of fabricating a thin-film transistor that simplifies the process for forming a double metal layer gate.
> The preferred embodiments of the present invention further provide a method of fabricating a thin-film transistor that reduces the contact resistance between the first and second metal layers constituting a gate.

3:27-33

> metal layers disposed on the substrate, the first metal layer being wider than the second metal layer by about 1 to 4 μm, and a method of making such a thin-film transistor preferably comprises the steps of: depositing a first metal layer on a substrate, depositing a second metal layer directly on the first metal layer; forming a photoresist having a desired width on the second metal layer; patterning the second metal layer via an isotropic etching using the photoresist as a mask; patterning the first metal layer via an anisotropic

3:46-54

> A second metal layer **45** is formed from Mo, Ta, or Co and deposited on the first metal layer **43** without performing a masking step between the step of depositing the first metal layer and the step of depositing the second metal layer. The first and second metal layers **43** and **45** are sequentially deposited so as to preferably have a thickness as large as about 500–4000A and 500–2000A, respectively, by means of sputtering or chemical vapor deposition (hereinafter, referred to as CVD) without breaking a vacuum state. As a result, the contact resistance between the first and second metal layers **43** and **45** is reduced.

5:44-54

> As described above, in the preferred embodiments of the present invention, the first and second metal layers are sequentially deposited on the substrate without performing a masking step between the step of depositing the first metal layer and the second metal layer, followed by forming a photoresist that covers a designated portion of the second metal layer. In one preferred embodiment, the second metal

7:32-38

## INTRINSIC EVIDENCE FOR DISPUTED TERM "THE FIRST METAL LAYER BEING WIDER THAN THE SECOND METAL LAYER BY ABOUT 1 TO 4 µm":

A thin-film transistor includes a substrate and a gate including a double-layered structure having first and second metal layers provided on the substrate, the first metal layer being wider than the second metal layer by about 1 to 4 µm. A method of making such a thin film transistor includes the steps of: depositing a first metal layer on a substrate, depositing a second metal layer directly on the first metal layer; forming a photoresist having a designated width on    Abstract





Referring to FIG. 1A, aluminum is deposited on a substrate 11 to form a first metal layer 13. A first photoresist 15 is deposited on the first metal layer 13. The first photoresist 15 is exposed and developed so as to have a certain width w1 extending along the first metal layer 13.

Referring to FIG. 1B, the first metal layer 13 is patterned via wet etching using the first photoresist 15 as a mask so that the first metal layer 13 has a certain width w1. After the first photoresist 15 is removed, a second metal layer 17 is formed by depositing Mo, Ta, or Co on the substrate 11 so as to cover the first metal layer 13. A second photoresist 19    1:51-61

**INTRINSIC EVIDENCE FOR DISPUTED TERM "THE FIRST METAL LAYER BEING WIDER THAN THE SECOND METAL LAYER BY ABOUT 1 TO 4 μm" (cont'd):**

Although there is no specific information available regarding a relationship of w1 to w2 of this related method, based on their understanding of this related method resulting in the structure shown in FIG. 3, the inventors of the invention described and claimed in the present application assume that the width difference w1–w2 between the first and second metal layers 13 and 17 is larger than or equal to 4 μm, that is, w1–w2≧4 μm.

Referring to FIG. 1D, a first insulating layer 23 is formed by depositing silicon oxide $SiO_2$ or silicon nitride $Si_3N_4$ as a single-layered or double-layered structure on the gate 21 and substrate 11. Semiconductor and ohmic contact layers

2:14-26

The present inventors have discovered that a relationship between the width of the first metal layer and the width of the second metal layer of a double metal layer gate electrode is critical to preventing deterioration of step coverage of a later formed gate oxide layer in such a structure having a double step difference between the substrate and the gate. More specifically, the present inventors determined that a structure wherein the first metal layer 43 is wider than the second metal layer 45 by about 1 to 4 μm, for example, 1 μm<w1–w2<4 μm, provides maximum prevention of deterioration of step coverage of a later formed gate oxide layer in such a structure having a double step difference between the substrate and the gate.

4:40-52

In the first and second metal layers 43 and 45 constituting the gate 49, each side portion of the first metal layer 43 having no portion of the second metal layer 45 thereon has a width that is preferably larger than about 0.5 μm and less than about 2 μm. Because the first metal layer 43 is wider than the second metal layer 45 by about 1.0 μm to 4.0 μm, double step differences determined according to the relationship between the width of the first metal layer and the width of the second metal layer are formed between the gate 49 and substrate 41. The double step differences determined according to the novel features of the preferred embodiments of the present invention prevent deterioration of the coverage of the first insulating layer 51 which deterioration occurs in prior art devices. The hillock in the first metal layer 43 is also avoidable because the width difference between the first and second metal layers 43 and 45 is between about 1 μm to 4 μm.

5:21-38

**INTRINSIC EVIDENCE FOR DISPUTED TERM "THE FIRST METAL LAYER BEING WIDER THAN THE SECOND METAL LAYER BY ABOUT 1 TO 4 μm" (cont'd):**

neously. In the single photoresist step, a photoresist **47** is deposited on the second metal layer **45** and then the photoresist **47** is patterned through exposure and development to have the width w1 on a designated portion of the second metal layer **45**.

Referring to FIG. 4B, the second metal layer **45** is patterned with an etching solution preferably prepared with a mixture of phosphoric acid $H_3PO_4$, acetic acid $CH_3COOH$ and nitric acid $HNO_3$, by means of a wet etching using the photoresist **47** as a mask. Because the portion of the second

~

metal layer **45** covered with the photoresist **47**, as well as, exposed side portions of the second metal layer **45** are isotopically etched, the second metal layer **45** is preferably patterned to have the width w2 which is narrower than the width w1 of the photoresist **47** which is the same as the width w1 of the first metal layer **43**, that is, about 1 μm<w1−w2<4 μm. Each side portion of the second metal layer **45** preferably has a width larger than about 0.5 μm and less than about 2 μm. That is, the two side portions of the

5:58-6:9

Referring to FIG. 4C, the first metal layer **43** is patterned via a wet etching having anisotropic etching characteristic such as reactive ion etching (hereinafter, referred to as RIE) by using the photoresist **47** as a mask. When etching the first metal layer **43** other than the portion of the layer **43** covered with the photoresist **47**, the first metal layer **43** preferably has the same width w1 of the photoresist **47**. Thus, patterning of the first and second metal layers **43**, **45**, respectively, only requires two etching steps and does not require baking of the photoresist before each step of etching. Also, the

6:15-24

has the same width w1 of the photoresist **47**. Thus, patterning of the first and second metal layers **43**, **45**, respectively, only requires two etching steps and does not require baking of the photoresist before each step of etching. Also, the relation between the first and second metal layers **43** and **45** also may be represented by about 1 μm<w1−w2<4 μm.

6:21-26

**INTRINSIC EVIDENCE FOR DISPUTED TERM "THE FIRST METAL LAYER BEING WIDER THAN THE SECOND METAL LAYER BY ABOUT 1 TO 4 μm" (cont'd):**

> Referring to FIG. 4D, a first insulating layer **51** is formed by depositing a single layer or double layers of silicon oxide $SiO_2$ or silicon nitride $Si_3N_4$ on the gate **49** and substrate **41** by CVD. Because each side portion of the first metal layer **43** having no second metal layer **45** thereon is wider than about 0.5 μm, double step differences formed between the substrate and gate can prevent the coverage of the first insulating layer **51** from being deteriorated as in prior art devices. The hillock in the first metal layer **43** is also

6:38-46

> problem to be reduced. More specifically, Miyago teaches that in order to solve the top surface hillock problem, a first tantalum layer is put on the Al-Mo double layer structure and then a TaOx layer is put on the Ta layer. Miyago fails to recognize the side hillock problem with the aluminum bottom layer and also fails to recognize the necessity or desirability for Applicant's claimed second metal layer being arranged on the first metal layer to prevent hillock at the sides of the aluminum first metal layer and the first metal layer being wider than the second metal layer by about 1 to 4 μm.

App. 08/918,119, 11/17/1998, Amendment.

## EXTRINSIC EVIDENCE FOR DISPUTED TERM "THE FIRST METAL LAYER BEING WIDER THAN THE SECOND METAL LAYER BY ABOUT 1 TO 4 µm":

It is also the Examiner's position that it is inherent that Wei teaches a first layer with a width of about 1-4 µm greater than the width of the second metal layer. See Office Action page 5, lines 7-16. To the contrary, Wei performs an etch of the first conductor 14 until all of the exposed chromium is removed. As a result, Wei teaches etching the first conductor 14 to be the same width of the second conductor 16. Further, Wei provides no teaching or suggestion regarding the specific relationship of the widths of the first and second layers. Lastly, it is not proper to infer teachings of Wei as being inherent in a Section 103(a) rejection.

App. 09/243,556, 8/3/2001, Amendment.



GB 2253742, 09/10/1992

**EXHIBIT 7**
**U.S. PATENT NO. 5,905,274**
**TERMS IN DISPUTE**

| ASSERTED CLAIM 1 | LGD's Claim Construction |
|---|---|
| 1. A thin film transistor comprising: a substrate; and a gate including a double-layered structure having a first metal layer which is a bottom layer disposed on the substrate and a second metal layer disposed on the first metal layer, the first metal layer including aluminum, the second metal layer being arranged on the first metal layer to prevent hillock at the sides of the aluminum first metal layer, the first metal layer being wider than the second metal layer by about 1 to 4 $\mu$m. | **the first metal layer including aluminum**[1] – the first metal layer containing aluminum and possibly other materials<br><br>**the second metal layer being arranged on the first metal layer to prevent hillock at the sides of the aluminum first metal layer**[2] – the second metal layer is patterned to prevent hillock on the side surfaces of the first metal layer that are exposed to a subsequently deposited gate insulating layer<br><br>**at the sides of the aluminum first metal layer**[3] - the side surfaces of the first metal layer that are exposed to a subsequently deposited gate insulating layer |

[1] Disputed Term "the first metal layer including aluminum" also appears in asserted claim 4 in the same context.

[2] Disputed Term "the second metal layer being arranged on the first metal layer to prevent hillock at the sides of the aluminum first metal layer" also appears in asserted claim 4 in the same context.

[3] Disputed Term "at the sides of the aluminum first metal layer" also appears in asserted claim 4 in the same context.

EX 7
10

## INTRINSIC EVIDENCE FOR DISPUTED TERM "THE FIRST METAL LAYER INCLUDING ALUMINUM":

> The gate 49 has a double-layered structure including the first and second metal layers 43 and 45 disposed on the substrate 41. The first metal layer 43 is preferably formed from a conductive metal such as Al, Cu, or Au deposited to have a certain width w1. The second metal layer 45 is preferably formed from a refractory metal such as Mo, Ta, or Co deposited to have a certain width w2.

4:32-38

> Referring to FIG. 4A, metal such as Al, Cu, or Au is deposited on a substrate so as to form a first metal layer 43. A second metal layer 45 is formed from Mo, Ta, or Co and deposited on the first metal layer 43 without performing a masking step between the step of depositing the first metal layer and the step of depositing the second metal layer. The first and second metal layers 43 and 45 are sequentially deposited so as to preferably have a thickness as large as about 500–4000A and 500–2000A, respectively, by means

5:42-50

**INTRINSIC EVIDENCE FOR DISPUTED TERMS "THE SECOND METAL LAYER BEING ARRANGED ON THE FIRST METAL LAYER TO PREVENT HILLOCK AT THE SIDES OF THE ALUMINUM FIRST METAL LAYER " AND "AT THE SIDES OF THE ALUMINUM FIRST METAL LAYER":**



FIG. 4E

> To achieve the best results, the second metal layer **45** is preferably positioned substantially in the middle of the first metal layer **45**, so that both side portions of the first metal layer **43** which have no portion of the second metal layer **45** disposed thereon have substantially the same width as each other. The width of each of the side portions is preferably larger than about 0.5 $\mu$m but less than about 2 $\mu$m.
> The first insulating layer **51** is preferably formed by depositing single layer of silicon oxide $SiO_2$ or silicon nitride $Si_3N_4$ on the substrate including the gate **49**.

4:53-62

> In the first and second metal layers **43** and **45** constituting the gate **49**, each side portion of the first metal layer **43** having no portion of the second metal layer **45** thereon has a width that is preferably larger than about 0.5 $\mu$m and less than about 2 $\mu$m. Because the first metal layer **43** is wider than the second metal layer **45** by about 1.0 $\mu$m to 4.0 $\mu$m, double step differences determined according to the relationship between the width of the first metal layer and the width of the second metal layer are formed between the gate **49** and substrate **41**. The double step differences determined according to the novel features of the preferred embodiments of the present invention prevent deterioration of the coverage of the first insulating layer **51** which deterioration occurs in prior art devices. The hillock in the first metal layer **43** is also avoidable because the width difference between the first and second metal layers **43** and **45** is between about 1 $\mu$m to 4 $\mu$m.

5:21-38

**INTRINSIC EVIDENCE FOR DISPUTED TERMS "THE SECOND METAL LAYER BEING ARRANGED ON THE FIRST METAL LAYER TO PREVENT HILLOCK AT THE SIDES OF THE ALUMINUM FIRST METAL LAYER " AND "AT THE SIDES OF THE ALUMINUM FIRST METAL LAYER" (cont'd):**

> Referring to FIG. 4D, a first insulating layer 51 is formed by depositing a single layer or double layers of silicon oxide $SiO_2$ or silicon nitride $Si_3N_4$ on the gate 49 and substrate 41 by CVD. Because each side portion of the first metal layer 43 having no second metal layer 45 thereon is wider than about 0.5 $\mu m$, double step differences formed between the substrate and gate can prevent the coverage of the first insulating layer 51 from being deteriorated as in prior art devices. The hillock in the first metal layer 43 is also avoidable because a width of a portion of the first metal layer 43 which is exposed is less than about 2 $\mu m$.

6:38-48

> problem to be reduced. More specifically, Miyago teaches that in order to solve the top-surface hillock problem, a first tantalum layer is put on the Al-Mo double layer structure and then a TaOx layer is put on the Ta layer. Miyago fails to recognize the side hillock problem with the aluminum bottom layer and also fails to recognize the necessity or desirability for Applicant's claimed second metal layer being arranged on the first metal layer to prevent hillock at the sides of the aluminum first metal layer and the first metal layer being wider than the second metal layer by about 1 to 4 $\mu m$.

App. 08/918,119, 11/17/1998, Amendment.

**EXHIBIT 7**
**U.S. PATENT NO. 5,905,274**
**TERMS IN DISPUTE**

**ASSERTED CLAIM 2**                                    **LGD's Claim Construction**

> 2. The thin-film transistor as claimed in claim 1, wherein the second metal layer is located in a middle portion of the first metal layer so that two side portions of the first metal layer having no second metal layer disposed thereon have the same width as each other.

**two side portions of the first metal layer having no second metal layer disposed thereon** – the side surfaces of the first metal layer that are exposed to the subsequently deposited gate insulating layer

**ASSERTED CLAIM 5**

> 5. The thin-film transistor as claimed in claim 4, wherein the second metal layer is located in a middle portion of the first metal layer so that two side portions of the first metal layer having no second layer thereon have the same width as each other.

**two side portions of the first metal layer having no second layer thereon** – the side surfaces of the first metal layer that are exposed to the subsequently deposited gate insulating layer

EX 7
14

**INTRINSIC EVIDENCE FOR DISPUTED TERMS "TWO SIDE PORTIONS OF THE FIRST METAL LAYER HAVING NO SECOND METAL LAYER DISPOSED THEREON " AND "TWO SIDE PORTIONS OF THE FIRST METAL LAYER HAVING NO SECOND LAYER THEREON ":**



FIG. 4E

To achieve the best results, the second metal layer **45** is preferably positioned substantially in the middle of the first metal layer **45**, so that both side portions of the first metal layer **43** which have no portion of the second metal layer **45** disposed thereon have substantially the same width as each other. The width of each of the side portions is preferably larger than about 0.5 $\mu m$ but less than about 2 $\mu m$.

The first insulating layer **51** is preferably formed by depositing single layer of silicon oxide $SiO_2$ or silicon nitride $Si_3N_4$ on the substrate including the gate **49**.

4:53-62

In the first and second metal layers **43** and **45** constituting the gate **49**, each side portion of the first metal layer **43** having no portion of the second metal layer **45** thereon has a width that is preferably larger than about 0.5 $\mu m$ and less than about 2 $\mu m$. Because the first metal layer **43** is wider than the second metal layer **45** by about 1.0 $\mu m$ to 4.0 $\mu m$, double step differences determined according to the relationship between the width of the first metal layer and the width of the second metal layer are formed between the gate **49** and substrate **41**. The double step differences determined

5:21-30

**INTRINSIC EVIDENCE FOR DISPUTED TERMS "TWO SIDE PORTIONS OF THE FIRST METAL LAYER HAVING NO SECOND METAL LAYER DISPOSED THEREON " AND "TWO SIDE PORTIONS OF THE FIRST METAL LAYER HAVING NO SECOND LAYER THEREON " (cont'd):**

> The first and second metal layers **43** and **45** resulting from the single photoresist step process described above form a gate **49** having a double-layered metal structure. The gate **49** has the second metal layer **45** positioned substantially in the middle of the first metal layer **43** so that the each side portion of the first metal layer **43** having no second metal layer **45** thereon is wider than about 0.5 $\mu m$ but narrower than about 2 $\mu m$. The photoresist **47** remaining on the second metal layer **45** is removed after the two etching steps are completed.

6:28-37

> Referring to FIG. 4D, a first insulating layer **51** is formed by depositing a single layer or double layers of silicon oxide SiO$_2$ or silicon nitride Si$_3$N$_4$ on the gate **49** and substrate **41** by CVD. Because each side portion of the first metal layer **43** having no second metal layer **45** thereon is wider than about 0.5 $\mu m$, double step differences formed between the substrate and gate can prevent the coverage of the first insulating layer **51** from being deteriorated as in prior art devices. The hillock in the first metal layer **43** is also

6:38-46

> problem to be reduced.  More specifically, Miyago teaches that in order to solve the top-surface hillock problem, a first tantalum layer is put on the Al-Mo double layer structure and then a TaOx layer is put on the Ta layer.  Miyago fails to recognize the side hillock problem with the aluminum bottom layer and also fails to recognize the necessity or desirability for Applicant's claimed second metal layer being arranged on the first metal layer to prevent hillock at the sides of the aluminum first metal layer and the first metal layer being wider than the second metal layer by about 1 to 4 μm.

App. 08/918,119, 11/17/1998, Amendment.

EX 7
16

**EXHIBIT 7**
**U.S. PATENT NO. 5,905,274**
**TERMS IN DISPUTE**

<u>ASSERTED CLAIM 1</u>         <u>LGD's Claim Construction</u>

1. A thin film transistor comprising:
a substrate; and
a gate including a double-layered structure having a first metal layer which is a bottom layer disposed on the substrate and a second metal layer disposed on the first metal layer, the first metal layer including aluminum, the second metal layer being arranged on the first metal layer to prevent hillock at the sides of the aluminum first metal layer, the first metal layer being wider than the second metal layer by about 1 to 4 $\mu$m.

**transistor**[1] – a three terminal semiconductor device in which the current flow through one pair of terminals, the source and drain, is controlled or modulated by an electric field that penetrates the semiconductor; this field is introduced by a voltage applied at the third terminal, the gate, which is separated from the semiconductor by an insulating layer, and the thin film transistor is formed using thin-film techniques on a substrate

**gate**[2] – patterned electrically conductive material that includes a portion that controls current flow through the channel between the source electrode and drain electrode

---

[1] Disputed Term "transistor" also appears in asserted claim 4 in the same context.

[2] Disputed Term "gate" also appears in asserted claim 4 in the same context.

EX 7

## INTRINSIC EVIDENCE FOR DISPUTED TERM "TRANSISTOR":

> An LCD (Liquid Crystal Display) includes a switching
> device as a driving element, and a pixel-arranged matrix
> structure having transparent or light-reflecting pixel elec-
> trodes as its basic units. The switching device is a thin-film
> transistor having gate, source and drain regions.

1:12-16

> difference between the substrate and the double-layered gate
> which deteriorates the step coverage of a later formed gate
> oxide layer. The source and drain regions formed on the gate
> oxide layer may have disconnections between areas of the
> source and drain regions which are overlapped and non-
> overlapped with the gate, or electrically exhibit short circuits
> as a result of contact with the gate.

1:33-39



Fig. 2

> The thin-film transistor comprises a gate 49 having a
> double-layered structure of a first metal layer 43, a second
> metal layer 45 disposed on a substrate 41, a first insulating
> layer 51, a second insulating layer 61, a semiconductor layer
> 53, an ohmic contact layer 55, a source electrode 57, a drain
> electrode 59, and a pixel electrode 65.

4:26-31

EX 7

18

## INTRINSIC EVIDENCE FOR DISPUTED TERM "GATE":

2. Discussion of Related Art

An LCD (Liquid Crystal Display) includes a switching device as a driving element, and a pixel-arranged matrix structure having transparent or light-reflecting pixel electrodes as its basic units. The switching device is a thin-film transistor having gate, source and drain regions.

The gate of the thin-film transistor is made of aluminum to reduce its wiring resistance, but an aluminum gate may cause defects such as hillock.

A double-layered metal gate, i.e., molybdenum-coated aluminum gate is considered as a substitute for the aluminum gate to overcome the problem of the hillock.

1:9-22

# EXHIBIT L-8(a)

DC:50564677.1



RECEIVED

AUG -6 2001

TECHNOLOGY CENTER 2800

**BOX AF**
**REPLY UNDER 37 C.F.R. § 1.116**
**EXPEDITED PROCEDURE**
**EXAMINING GROUP 2823**
PATENT
1607-0230P

IN THE U.S. PATENT AND TRADEMARK OFFICE

| | | | |
|---|---|---|---|
| APPLICANT: | Byung-Chul AHN et al. | CONF: | Unknown |
| APPL. NO.: | 09/243,556 | GROUP: | 2823 |
| FILED: | February 2, 1999 | EXAMINER: | Hawranek, S. |
| FOR: | THIN-FILM TRANSISTOR AND METHOD OF MAKING SAME | | |

## **AMENDMENT UNDER 37 C.F.R. § 1.116**

Honorable Commissioner for Patents
Washington, D.C. 20231

August 3, 2001

Sir:

In response to the final supplemental Official Action dated July 13, 2001,
please amend the above-identified application as follows.  Entry of this response
under Rule 116 is believed appropriate as it places the application in condition
for  allowance,  or,  in  the  alternative,  in  better  form  for  appeal.

Appl. No. 09/243,556

**IN THE CLAIMS**

Please amend the following claim·

9. (Twice Amended) A method of making a thin-film transistor, comprising the steps of:

depositing a first metal layer on a substrate, the first metal layer including aluminum;

depositing a second metal layer on the first metal layer directly after the step of depositing the first metal layer;

forming a single photoresist having a predetermined width on the second metal layer;

patterning the second metal layer using the single photoresist as a mask;

patterning the first metal layer using the single photoresist as a mask, the first metal layer being etched to have a width greater than a width of the second metal layer by about 1 to 4 µm to prevent hillock at the sides of the aluminum first metal layer, thus forming a gate having a laminated structure of the first and second metal layers; and

removing the single photoresist; wherein. the steps of patterning the second metal layer and the first metal layer each comprise a single step.



2

Appl. No. 09/243,556

## REMARKS

Claims 9-12, 14-19, and 37-48 are pending in the present application. Claim 9 is amended.   Reconsideration of the present application is respectfully requested.

Applicants wish to thank the Examiner for the courtesy extended by the Examiner in conducting an interview regarding this application.

### Prior Art Rejections

Claims 9-12 and 14-19 stand rejected under 35 U.S.C. § 103(a) as being unpatentable over Wei (GB 2 253 742 A) in view of IBM Technical Disclosure Bulletin, Vol. 35, no. 3, August, 1992, further in view of Korea (1995-4593) and further in view of Shusuke (JP 05-315615).   This rejection is respectfully traversed.

It is the Examiner's position that Wei renders the use of conductive metals to form a gate stack of Al/Mo, AL/Ta or AL/Co obvious.  See Office Action page 3, lines 16-19.  In particular, the Examiner cited page 7, line 8+.

Contrary to the Examiners position, Wei does not render obvious "depositing a first layer on a substrate, the first metal layer including aluminum; depositing a second metal layer on the first metal layer directly after the step of depositing the first metal layer," as recited in part by claim 9.

Wei arguably teaches a semiconductor device including a gate conductor.

> This gate conductor may be an <u>individual metal</u> <u>such</u> as titanium (Ti), chromium (Cr), tungsten (W), molybdenum (Mo), aluminum (Al) and so forth <u>or may</u>

3

Appl. No. 09/243,556

be comprised of dual metal layers such as a first layer of titanium in contact with the substrate with a layer of molybdenum or aluminum (Mo/Ti or Al/Ti, respectively) disposed therover or layer of chromium disposed on a substrate with a layer of molybdenum disposed thereover (Mo/Cr).

See Wei page 7, lines 11-19.

As recited above, although Wei teaches using aluminum as a gate conductor metal, Wei teaches either a single layer gate conductor or a double layer gate conductor. In the double layer gate conductor, Wei explicitly only teaches aluminum disposed over the first layer. Based on Wei, it would not be obvious to switch the position of the layers not only because Wei provides no teaching of switching the layers, but also because one of ordinary skill in the art would not use aluminum as the first or lower layer due to the difficulties of hillock from the first layer being aluminum, which Wei does not address.

Due to Wei's lack of teachings regarding hillock, Wei also does not teach, "the first metal layer being etched to have a width greater than a width of the second metal layer by about 1 to 4 µm to prevent hillock at the sides of the aluminum first metal layer," as recited in part by claim 9, as amended.

It is the Examiner's position that both Korean Document (1995-4593) and Shusuke (JP 05-315615) make up for the deficiencies of Wei.

KR '593 arguably teaches a semiconductor device using a double-layered metal layer as a gate, and forming an additional oxide film (aluminum-tantalum oxide) through anode oxidation. KR '593 uses the additional oxide

4

Appl. No. 09/243,556

layer to prevent hillock.  Thus, even if one of ordinary skill in the art were motivated to combine the teachings of WEI and KR '593, which Applicants do not admit, KR '593 would not make up for the deficiencies of Wei because KR '593 does not teach "the first metal layer being etched to have a width greater than a width of the second metal layer by about 1 to 4 μm to prevent hillock at the sides of the aluminum first metal layer."   Rather, KR '593 uses an additional oxidation step to prevent hillock.   Thus, KR '593 does not make up for the deficiencies of Wei.

Shusuke (JP 05-315615) arguably teaches a double-layered gate semiconductor device with a aluminum layer on a substrate and a tantalum layer deposited on the aluminum layer.  However, Shusuke requires at least three different etching steps to pattern the gate.  As discussed in the Abstract of Shusuke, Shusuke arguably teaches dry etching the tantalum; wet etching the lower aluminum, etching the tantalum, performing a third etch of the sides of the tantalum, and additionally dry etching the upper layer of tantalum to decrease its width. Shusuke also includes an additional anode oxidation to prevent hillock of the insulating layer.

As recited in part by Claim 9,  the first metal layer is "etched to have a width greater than the second metal layer by about 1 to 4 μm to prevent hillock at the sides of the aluminum first metal layer ... and; ... the steps of patterning the second metal layer and the first metal layer each comprise a single step." Thus, due to the multitude of etching steps required by Shusuke and the only

5

Appl. No. 09/243,556

teaching of hillock prevention including oxidation, one of ordinary skill in the art would not be motivated to combine Shusuke and Wei to form the claimed invention. Thus, Shusuke does not make up for the deficiencies of Wei.

Additionally, even a cursory review of the IBM Technical Disclosure Bulletin ("IBM TDB") shows that this bulletin fails to make up for the deficiencies of Wei. Although the IBM TDB arguably teaches wet etching of semiconductor devices, IBM TDB does not address hillock prevention. Therefore, IBM TDB also fails to teach, the first metal layer, "etched to have a width greater than the second metal layer by about 1 to 4 µm to prevent hillock at the sides of the aluminum first metal layer," as recited in part by claim 9, as amended.

It is also the Examiner's position that it is inherent that Wei teaches a first layer with a width of about 1-4 µm greater than the width of the second metal layer. See Office Action page 5, lines 7-16. To the contrary, Wei performs an etch of the first conductor 14 until all of the exposed chromium is removed. As a result, Wei teaches etching the first conductor 14 to be the same width of the second conductor 16. Further, Wei provides no teaching or suggestion regarding the specific relationship of the widths of the first and second layers. Lastly, it is not proper to infer teachings of Wei as being inherent in a Section 103(a) rejection.

6

Appl. No. 09/243,556

Thus, Wei does not teach, "patterning the second metal layer . . . the first metal layer being etched to have a width greater than a width of the second metal layer by about 1 to 4 μm," as recited in part by claim 9.

Accordingly, claim 9 is allowable over the prior art. Regarding dependent claims, 10-12 and 14-19, these claims are allowable for at least the reasons of corresponding independent claim 1. Therefore, Applicants respectfully request withdrawal of this rejection.

## CONCLUSION

For the foregoing reasons, Applicants respectfully request the Examiner to reconsider and withdraw all of the objections and rejections of record, and an early issuance of a Notice of Allowance is earnestly solicited.

Should there be any pending matters which need to be resolved in the present application, the Examiner is respectfully requested to contact Jayne Saydah (Reg. No. P-48,796) at (703) 205-8000 in order to discuss these matters.

Attached hereto is a marked-up version of the changes made to the application by this Amendment.

If necessary, the Commissioner is hereby authorized in this, concurrent, and future replies, to charge payment or credit any overpayment to Deposit

Appl. No. 09/243,556

Account No. 02-2448 for any additional fees required under 37 C.F.R. §§ 1.16

or 1.17; particularly, extension of time fees.

Respectfully submitted,

BIRCH, STEWART, KOLASCH & BIRCH, LLP

By: _____

Gary D. Yacura    Reg. No. 35,416
P.O. Box 747
Falls Church, VA 22040-0747
(703) 205-8000

GDY/JES:ewd

Attachment

8

Appl. No. 09/243,556

**VERSION WITH MARKINGS TO SHOW CHANGES MADE**

*In the Claims*

The claims have been amended as follows:

9. (Twice Amended) A method of making a thin-film transistor, comprising the steps of:

depositing a first metal layer on a substrate, the first metal layer including aluminum;

depositing a second metal layer on the first metal layer directly after the step of depositing the first metal layer;

forming a single photoresist having a predetermined width on the second metal layer;

patterning the second metal layer using the single photoresist as a mask;

patterning the first metal layer using the single photoresist as a mask, the first metal layer being etched to have a width greater than a width of the second metal layer by about 1 to 4 μm <u>to prevent hillock at the sides of the aluminum first metal layer</u>, thus forming a gate having a laminated structure of the first and second metal layers; and

removing the single photoresist; wherein the steps of patterning the second metal layer and the first metal layer each comprise a single step.

9

# EXHIBIT L-9

**Ex. L-9**
**LGD US Patent No. 6,815,321**

**Index of Disputed Terms**

**Claim Terms**                                                                  **Page**

transistor.................................................................................................................19

Substrate................................................................................................................19

forming a second metal layer on the first metal layer..................................................8

depositing a second metal layer on the first metal layer..............................................8

a double layered metal gate.........................................................................................1

gate.........................................................................................................................22

a total width of the first metal layer is greater than a total width of
the second metal layer by about 1 to 4 μm .................................................................1

first etching layer ...................................................................................................22

waking....................................................................................................................25

forming a single photoresist having a predetermined width on the second metal layer ............11

photoresist ...............................................................................................................11

simultaneously in a single etching step using the single photoresist as a mask .......................14

simultaneously patterning/patterning . . . simultaneously...........................................14

the first metal layer being etched to have a width greater than a
width of the second metal layer by about 1 to 4 μm .................................................25

a first and a second side portion being exposed from the second metal layer ............................16

two side portions of the first metal layer having no second
metal layer deposited thereon .................................................................................16

the first metal layer including aluminum ...................................................................11

# EXHIBIT L-9
## U.S. PATENT NO. 6,815,321
## TERMS IN DISPUTE

| ASSERTED CLAIM 7 | LGD's Claim Construction |
|---|---|
| 7. A method of forming a thin film transistor comprising: forming a first metal layer on a substrate, forming a second metal layer on the first metal layer; simultaneously patterning the first and second metal layers to form a double-layered metal gate, so that a total width of the first metal layer is greater than a total width of the second metal layer by about 1 to 4 μm. | **a double layered metal gate** – a patterned structure of an electrically conductive material that includes two sequentially deposited metal layers and includes a portion that controls current flow through the channel between the source electrode and drain electrode<br><br>**a total width of the first metal layer is greater than a total width of the second metal layer by about 1 to 4 μm** – the width of the first metal layer, determined by the portion of the first metal layer in contact with the second metal layer together with the portions exposed to the subsequently deposited gate insulating layer, is more than 1 μm and less than 4 μm greater than the width of the second metal layer |

## INTRINSIC EVIDENCE FOR DISPUTED TERM "A DOUBLE-LAYERED STRUCTURE":

A thin-film transistor includes a substrate, and a gate including a double-layered structure having first and second metal layers provided on the substrate, the first metal layer being wider than the second metal layer by 1 to 4 $\mu$m. A method of making such a thin-film transistor includes the steps of: depositing a first metal layer on a substrate, depositing a second metal layers directly on the first metal layer; forming a photoresist having a designated width on the second metal layer; patterning the second metal layer via isotropic etching using the photoresist as a mask; patterning the first metal layer by means of an anisotropic etching using the photoresist as a mask, the first metal layer being etched to have the designated width, thus forming a gate having a laminated structure of the first and second metal layers; and removing the photoresist.

Abstract

1. Field of the Invention

   The present invention relates to a thin-film transistor of a liquid crystal display and, more particularly, to a thin-film transistor having a gate including a double-layered metal structure and a method of making such a double-layered metal gate.

1:21-27

   To achieve these and other advantages and in accordance with the purpose of the preferred embodiments of the present invention, as embodied and broadly described, a thin-film transistor preferably comprises a substrate, and a gate including a double-layered structure of first and second metal layers disposed on the substrate, the first metal layer being wider than the second metal layer by about 1 to 4 $\mu$m, and a method of making such a thin-film transistor preferably comprises the steps of: depositing a first metal layer on

~

a substrate, depositing a second metal layer directly on the first metal layer; forming a photoresist having a desired

3:59-4:2

   Miyago does use an aluminum layer in a double-layered gate and does recognize a hillock problem which occurs along a top surface of a bottom aluminum layer located between the aluminum layer and a top layer. Miyago provides an entirely different solution by providing a clad structure for causing the top-surface hillock

App. 08/918,119, 11/17/1998, Amendment.

EX ____
2

## INTRINSIC EVIDENCE FOR DISPUTED TERM "A TOTAL WIDTH OF THE FIRST METAL LAYER IS GREATER THAN A TOTAL WIDTH OF THE SECOND METAL LAYER BY ABOUT 1 TO 4 μM ":

A thin-film transistor includes a substrate, and a gate including a double-layered structure having first and second metal layers provided on the substrate, the first metal layer being wider than the second metal layer by 1 to 4 μm. A method of making such a thin-film transistor includes the steps of: depositing a first metal layer on a substrate, depositing a second metal layers directly on the first metal layer; forming a photoresist having a designated width on the second metal

Abstract





Referring to FIG. 1A, aluminum is deposited on a substrate **11** to form a first metal layer **13**. A first photoresist **15** is deposited on the first metal layer **13**. The first photoresist **15** is exposed and developed so as to have a certain width w1 extending along the first metal layer **13**.

Referring to FIG. 1B, the first metal layer **13** is patterned via wet etching using the first photoresist **15** as a mask so that the first metal layer **13** has a certain width w1. After the first photoresist **15** is removed, a second metal layer **17** is formed by depositing Mo, Ta, or Co on the substrate **11** so as to cover the first metal layer **13**. A second photoresist **19**

2:1-12

EX _____

3

## INTRINSIC EVIDENCE FOR DISPUTED TERM "A TOTAL WIDTH OF THE FIRST METAL LAYER IS GREATER THAN A TOTAL WIDTH OF THE SECOND METAL LAYER BY ABOUT 1 TO 4 μM " (cont'd):

Although there is no specific information available regarding a relationship of w1 to w2 of this related art method, based on their understanding of this related method resulting in the structure shown in FIG. 1C, the inventors of the invention described and claimed in the present application assume that the width difference w1–w2 between the first and second metal layers **13** and **17** is larger than or equal to 4 $\mu$m, that is, w1–w2 $\geqq$ 4 $\mu$m.

Referring to FIG. 1D, a first insulating layer **23** is formed by depositing silicon oxide $SiO_2$ or silicon nitride $Si_3N_4$ as a single-layered or double-layered structure on the gate **21** and substrate **11**. Semiconductor and ohmic contact layers

2:32-43

The present inventors have discovered that a relationship between the width of the first metal layer and the width of the second metal layer of a double metal layer gate electrode is critical to preventing deterioration of step coverage of a later formed gate oxide layer in such a structure having a double step difference between the substrate and the gate. More specifically, the present inventors determined that a structure wherein the first metal layer **43** is wider than the second metal layer **45** by about 1 to 4 $\mu$m, for example, 1 $\mu$m<w1–w2<4 $\mu$m, provides maximum prevention of deterioration of step coverage of a later formed gate oxide layer

~

in such a structure having a double step difference between the substrate and the gate.

4:57-5:2

EX ____
4

**INTRINSIC EVIDENCE FOR DISPUTED TERM "A TOTAL WIDTH OF THE FIRST METAL LAYER IS GREATER THAN A TOTAL WIDTH OF THE SECOND METAL LAYER BY ABOUT 1 TO 4 μM " (cont'd):**

In the first and second metal layers **43** and **45** constituting the gate **49**, each side portion of the first metal layer **43** having no portion of the second metal layer **45** thereon has a width that is preferably larger than about 0.5 $\mu m$ and less than about 2 $\mu$m. Because the first metal layer **43** is wider than the second metal layer **45** by about 1.0 $\mu m$ to 4.0 $\mu m$, double step differences determined according to the relationship between the width of the first metal layer and the width of the second metal layer are formed between the gate **49** and substrate **41**. The double step differences determined according to the novel features of the preferred embodiments of the present invention prevent deterioration of the coverage of the first insulating layer **51** which deterioration occurs in prior art devices. The hillock in the first metal layer **43** is also avoidable because the width difference between the first and second metal layers **43** and **45** is between about 1 $\mu m$ to 4 $\mu$m.

5:39-55

neously. In the single photoresist step, a photoresist **47** is deposited on the second metal layer **45** and then the photoresist **47** is patterned through exposure and development to have the width w1 on a designated portion of the second metal layer **45**.

Referring to FIG. 4B, the second metal layer **45** is patterned with an etching solution preferably prepared with a mixture of phosphoric acid $H_3PO_4$, acetic acid $CH_3COOH$ and nitric acid $HNO_3$, by means of a wet etching using the photoresist **47** as a mask. Because the portion of the second metal layer **45** covered with the photoresist **47**, as well as, exposed side portions of the second metal layer **45** are isotropically etched, the second metal layer **45** is preferably patterned to have the width w2 which is narrower than the width w1 of the photoresist **47** which is the same as the width w1 of the first metal layer **43**, that is, about 1 $\mu m<w1−w2<4$ $\mu m$. Each side portion of the second metal layer **45** preferably has a width larger than about 0.5 $\mu m$ and less than about 2 $\mu m$. That is, the two side portions of the

6:8-27

**INTRINSIC EVIDENCE FOR DISPUTED TERM "A TOTAL
WIDTH OF THE FIRST METAL LAYER IS GREATER THAN A
TOTAL WIDTH OF THE SECOND METAL LAYER BY ABOUT 1
TO 4 μM " (cont'd):**

> Referring to FIG. 4C, the first metal layer **43** is patterned via dry etching having anisotropic etching characteristic such as reactive ion etching (hereinafter, referred to as RIE) by using the photoresist **47** as a mask. When etching the first metal layer **43** other than the portion of the layer **43** covered with the photoresist **47**, the first metal layer **43** preferably has the same width w1 of the photoresist **47**. Thus, patterning of the first and second metal layers **43, 45**, respectively, only requires two etching steps and does not require baking of the photoresist before each step of etching. Also, the relation between the first and second metal layers **43** and **45** also may be represented by about 1 μm<w1−w2<4 μm.

6:33-44

> Referring to FIG. 4D, a first insulating layer **51** is formed by depositing a single layer or double layers of silicon oxide $SiO_2$ or silicon nitride $Si_3N_4$ on the gate **49** and substrate **41** by CVD. Because each side portion of the first metal layer **43** having no second metal layer **45** thereon is wider than 0.5 μm, double step differences formed between the substrate and gate can prevent the coverage of the first insulating layer **51** from being deteriorated as in prior art devices. The hillock in the first metal layer **43** is also avoidable because

6:55-63

> problem to be reduced. More specifically, Miyago teaches that in order to solve the top surface hillock problem, a first tantalum layer is put on the Al-Mo double layer structure and then a TaOx layer is put on the Ta layer. Miyago fails to recognize the side hillock problem with the aluminum bottom layer and also fails to recognize the necessity or desirability for Applicant's claimed second metal layer being arranged on the first metal layer to prevent hillock at the sides of the aluminum first metal layer and the first metal layer being wider than the second metal layer by about 1 to 4 μm.

App. 08/918,119, 11/17/1998, Amendment.

## INTRINSIC EVIDENCE FOR DISPUTED TERM "A TOTAL WIDTH OF THE FIRST METAL LAYER IS GREATER THAN A TOTAL WIDTH OF THE SECOND METAL LAYER BY ABOUT 1 TO 4 µM " (cont'd):

It is also the Examiner's position that it is inherent that Wei teaches a first layer with a width of about 1-4 µm greater than the width of the second metal layer.   See Office Action page 5, lines 7-16.   To the contrary, Wei performs an etch of the first conductor 14 until all of the exposed chromium is removed.   As a result, Wei teaches etching the first conductor 14 to be the same width of the second conductor 16.   Further, Wei provides no teaching or suggestion regarding the specific relationship of the widths of the first and second layers.   Lastly, it is not proper to infer teachings of Wei as being inherent in a Section 103(a) rejection.

App. 09/243,556, 8/3/2001, Amendment.



GB 2253742, 09/10/1992

**EXHIBIT ___**
**U.S. PATENT NO. 6,815,321**
**TERMS IN DISPUTE**

**ASSERTED CLAIM 7**                    **LGD's Claim Construction**

7. A method of forming a thin film transistor comprising:
forming a first metal layer on a substrate,
forming a second metal layer on the first metal layer;
simultaneously patterning the first and second metal lay-
ers to form a double-layered metal gate, so that a total
width of the first metal layer is greater than a total width
of the second metal layer by about 1 to 4 μm.

**forming a second metal layer on the first metal layer** – sequentially depositing the second metal layer above and in contact with the first metal layer

**ASSERTED CLAIM 1**

1. A method of making a thin-film transistor, comprising
the steps of:
    depositing a first metal layer on a substrate;
    depositing a second metal layer on the first metal layer
        without forming a photoresist on the first metal layer
        beforehand;
    forming a photoresist having a predetermined width on
        the second metal layer;
    anisotropically etching the first and second metal layers so
        such that the first metal layer and the second metal layer
        have the same width of the photoresist by using the
        photoresist as a mask,
    isotropically etching the second metal layer such that the
        second metal layer is narrower than the first metal layer
        by about 1 μm to about 4 μm by using the photoresist
        as a mask, thus forming a gate having a double-layered
        structure including the first and second metal layers;
        and removing the photoresist.

**depositing a second metal layer on the first metal layer**[1] – sequentially depositing the second metal layer above and in contact with the first metal layer

---

[1] Disputed Term "depositing a second metal layer on the first metal layer" also appears in asserted claim 16 in the same context.

EX ____
8

## INTRINSIC EVIDENCE FOR DISPUTED TERMS "FORMING A SECOND METAL LAYER ON THE FIRST METAL LAYER" AND "DEPOSITING A SECOND METAL LAYER ON THE FIRST METAL LAYER":

A thin-film transistor includes a substrate, and a gate including a double-layered structure having first and second metal layers provided on the substrate, the first metal layer being wider than the second metal layer by 1 to 4 μm. A method of making such a thin-film transistor includes the steps of: depositing a first metal layer on a substrate, depositing a second metal layers directly on the first metal layer; forming a photoresist having a designated width on the second metal layer; patterning the second metal layer via isotropic etching using the photoresist as a mask; patterning the first metal layer by means of an anisotropic etching using the photoresist as a mask, the first metal layer being etched to have the designated width, thus forming a gate having a laminated structure of the first and second metal layers; and removing the photoresist.

Abstract



FIG.4A

According to the method of fabricating a thin-film transistor as described above and shown in FIGS. 1A–1F, respective first and second metal layers are formed through

~

photolithography using different masks so as to form the gate with a double-layered metal structure, resulting in double step differences between the gate and substrate.

As a result of the double step difference between the gate 21 and the substrate 11 shown in FIG. 1C, a hillock often occurs on both side portions of the first metal layer 13 which have no portion of the second metal layer 17 deposited thereon when the first metal layer 13 is wider than the second metal layer 17 as in FIG. 1C. Another problem with this related art method is that the process for forming a gate is complex and requires two photoresists 15, 19 and two steps of deposition and photolithography. As a result, the contact resistance between the first and second metal layers may be increased.

2:65-3:14

## INTRINSIC EVIDENCE FOR DISPUTED TERMS "FORMING A SECOND METAL LAYER ON THE FIRST METAL LAYER" AND "DEPOSITING A SECOND METAL LAYER ON THE FIRST METAL LAYER" (cont'd):

The preferred embodiments of the present invention also provide a method of fabricating a thin-film transistor that simplifies the process for forming a double metal layer gate. The preferred embodiments of the present invention further provide a method of fabricating a thin-film transistor that reduces the contact resistance between the first and second metal layers constituting a gate.

3:44-51

metal layers disposed on the substrate, the first metal layer being wider than the second metal layer by about 1 to 4 $\mu$m, and a method of making such a thin-film transistor preferably comprises the steps of: depositing a first metal layer on

~

a substrate, depositing a second metal layer directly on the first metal layer; forming a photoresist having a desired width on the second metal layer; patterning the second metal layer via an isotropic etching using the photoresist as a mask; patterning the first metal layer via an anisotropic

3:64-4:5

Referring to FIG. 4A, metal such as Al, Cu, or Au is deposited on a substrate so as to form a first metal layer 43. A second metal layer 45 is formed from Mo, Ta, or Co and deposited on the first metal layer 43 without performing a masking step between the step of depositing the first metal layer and the step of depositing the second metal layer. The first and second metal layers 43 and 45 are sequentially deposited so as to preferably have a thickness as large as about 500–4000 Angstroms and 500–2000 Angstroms,

~

respectively, by means of sputtering or chemical vapor deposition (hereinafter, referred to as CVD) without breaking a vacuum state. As a result, the contact resistance between the first and second metal layers 43 and 45 is reduced.

5:64-6:5

As described above, in the preferred embodiments of the present invention, the first and second metal layers are sequentially deposited on the substrate without performing a masking step between the step of depositing the first metal layer and the second metal layer, followed by forming a photoresist that covers a designated portion of the second metal layer. In one preferred embodiment, the second metal

7:47-53

EX ____

10

# EXHIBIT ___
## U.S. PATENT NO. 6,815,321
## TERMS IN DISPUTE

| **ASSERTED CLAIM 16** | **LGD's Claim Construction** |
|---|---|

| | |
|---|---|
| 16. A method of waking a thin-film transistor, comprising the steps of:<br><br>depositing a first metal layer on a substrate, the first metal layer including aluminum;<br><br>depositing a second metal layer on the first metal layer without forming a photoresist on the first metal layer beforehand;<br><br>forming a single photoresist having predetermined width on the second metal layer;<br><br>patterning the first and second metal layers simultaneously in a single etching step using the single photoresist as a mask, the first metal layer being etched to have a width greater than a width of the second metal layer by about 1 to 4 μm; and<br><br>removing the photoresist. | **the first metal layer including aluminum** – the first metal layer containing aluminum and possibly other materials<br><br><br>**forming a single photoresist having a predetermined width on the second metal layer** – forming a pattern of single photosensitive material that has a specified width on the second metal layer<br><br><br>**photoresist[1]** – pattern of a photosensitive material |

## ASSERTED CLAIM 1

1. A method of making a thin-film transistor, comprising the steps of:

depositing a first metal layer on a substrate;

depositing a second metal layer on the first metal layer without forming a photoresist on the first metal layer beforehand;

forming a photoresist having a predetermined width on the second metal layer;

anisotropically etching the first and second metal layers so such that the first metal layer and the second metal layer have the same width of the photoresist by using the photoresist as a mask,

isotropically etching the second metal layer such that the second metal layer is narrower than the first metal layer by about 1 μm to about 4 μm by using the photoresist as a mask, thus forming a gate having a double-layered structure including the first and second metal layers; and removing the photoresist.

---

[1] Disputed Term "photoresist" also appears in asserted claims 15 and 16 in the same context.

# INTRINSIC EVIDENCE FOR DISPUTED TERM "THE FIRST METAL LAYER INCLUDING ALUMINUM":

The gate **49** has a double-layered structure including the first and second metal layers **43** and **45** disposed on the substrate **41**. The first metal layer **43** is preferably formed from a conductive metal such as Al, Cu, or Au deposited to have a certain width w1. The second metal layer **45** is preferably formed from a refractory metal such as Mo, Ta, or Co deposited to have a certain width w2.

4:50-56

Referring to FIG. **4A**, metal such as Al, Cu, or Au is deposited on a substrate so as to form a first metal layer **43**. A second metal layer **45** is formed from Mo, Ta, or Co and deposited on the first metal layer **43** without performing a masking step between the step of depositing the first metal layer and the step of depositing the second metal layer. The first and second metal layers **43** and **45** are sequentially deposited so as to preferably have a thickness as large as about 500–4000 Angstroms and 500–2000 Angstroms,

5:59-67

## INTRINSIC EVIDENCE FOR DISPUTED TERMS "FORMING A SINGLE PHOTORESIST HAVING A PREDETERMINED WIDTH ON THE SECOND METAL LAYER" AND "PHOTORESIST":



FIG.4A

To achieve these and other advantages and in accordance with the purpose of the preferred embodiments of the present invention, as embodied and broadly described, a thin-film transistor preferably comprises a substrate, and a gate including a double-layered structure of first and second metal layers disposed on the substrate, the first metal layer being wider than the second metal layer by about 1 to 4 $\mu m$, and a method of making such a thin-film transistor preferably comprises the steps of: depositing a first metal layer on

~

a substrate, depositing a second metal layer directly on the first metal layer; forming a photoresist having a desired width on the second metal layer; patterning the second metal layer via an isotropic etching using the photoresist as a mask; patterning the first metal layer via an anisotropic etching using the photoresist as a mask, the first metal layer being etched to have a desired width, thus forming a gate having a laminated structure of the first and second layers; and removing the photoresist.

3:59-4:9

According to the preferred embodiments of the present invention, a single photoresist step is used to pattern both the first metal layer 43 and the second metal layer 45 simultaneously. In the single photoresist step, a photoresist 47 is deposited on the second metal layer 45 and then the photoresist 47 is patterned through exposure and development to have the width w1 on a designated portion of the second metal layer 45.

6:6-13

metal layer. In one preferred embodiment, the second metal layer is wet etched by using the photoresist as a mask but the first metal layer is dry etched. As a result, the double-metal gate is formed. In another preferred embodiment, a single etching step is used to form the double-metal gate wherein both the first metal layer and the second metal layer are wet etched, but the difference in etching rates of the first and second metal layers produces different etching affects which result in the desired double-step structure.

7:53-61

EX ____
13

**EXHIBIT ___**
**U.S. PATENT NO. 6,815,321**
**TERMS IN DISPUTE**

**ASSERTED CLAIM 16**                                    LGD's Claim Construction

16. A method of waking a thin-film transistor, comprising
the steps of:
  depositing a first metal layer on a substrate, the first metal
    layer including aluminum;
  depositing a second metal layer on the first metal layer
    without forming a photoresist on the first metal layer
    beforehand;
  forming a single photoresist having predetermined width
    on the second metal layer;
  patterning the first and second metal layers simulta-
    neously in a single etching step using the single pho-
    toresist as a mask, the first metal layer being etched to
    have a width greater than a width of the second metal
    layer by about 1 to 4 μm; and
  removing the photoresist.

**simultaneously in a single
etching step using the single
photoresist as a mask** –
during a single etching process
with a common mask

**ASSERTED CLAIM 7**

7. A method of forming a thin film transistor comprising:
  forming a first metal layer on a substrate,
  forming a second metal layer on the first metal layer;
  simultaneously patterning the first and second metal lay-
    ers to form a double-layered metal gate, so that a total
    width of the first metal layer is greater than a total width
    of the second metal layer by about 1 to 4 μm.

**simultaneously
patterning/patterning…
simultaneously** – removing
part of the first and second
metal layers during a single
etching process

# INTRINSIC EVIDENCE FOR DISPUTED TERMS "SIMULTANEOUSLY IN A SINGLE ETCHING STEP USING THE SINGLE PHOTORESIST AS A MASK" AND "SIMULTANEOUSLY PATTERNING/PATTERNING…SIMULTANEOUSLY":

According to the preferred embodiments of the present invention, a single photoresist step is used to pattern both the first metal layer **43** and the second metal layer **45** simultaneously. In the single photoresist step, a photoresist **47** is deposited on the second metal layer **45** and then the photoresist **47** is patterned through exposure and development to have the width w1 on a designated portion of the second metal layer **45**.

6:6-13

In still another preferred embodiment of the present invention, the gate **49** is formed through a single etching step process for etching the first and second metal layers **43** and **45** simultaneously and via a single etching step, where the second metal layer **45** is etched more quickly than the first metal layer **43** with an etching solution prepared with a mixture of phosphoric acid $H_3PO_4$, acetic acid $CH_3COOH$ and nitric acid $HNO_3$. Because of the etching material and metals used for the first and second metal layers of the gate, only a single etching step is required. Despite the fact that

7:31-40

As described above, in the preferred embodiments of the present invention, the first and second metal layers are sequentially deposited on the substrate without performing a masking step between the step of depositing the first metal layer and the second metal layer, followed by forming a photoresist that covers a designated portion of the second metal layer. In one preferred embodiment, the second metal layer is wet etched by using the photoresist as a mask but the first metal layer is dry etched. As a result, the double-metal

7:47-55

**EXHIBIT \_\_\_**
**U.S. PATENT NO. 6,815,321**
**TERMS IN DISPUTE**

| ASSERTED CLAIM 8 | LGD's Claim Construction |
|---|---|

**ASSERTED CLAIM 8**                    **LGD's Claim Construction**

8. The method of claim **7**, wherein the first and second metal layers are patterned so that the first metal layer has a first and a second side portion being exposed from the second metal layer, each side portion being at least about 0.5 μm in width.

**a first and a second side portion being exposed from the second metal layer** – first and second side surfaces of the first metal layer that are exposed to the subsequently deposited gate insulating layer

**ASSERTED CLAIM 22**

22. The method of making a thin film transistor as claimed in claim **16**, wherein two side portions of the first metal layer having no second metal layer deposited thereon have substantially the same width as each other.

**two side portions of the first metal layer having no second metal layer deposited thereon** – the side surfaces of the first metal layer that are exposed to the subsequently deposited gate insulating layer

**INTRINSIC EVIDENCE FOR DISPUTED TERMS "A FIRST AND A SECOND SIDE PORTION BEING EXPOSED FROM THE SECOND METAL LAYER" AND "TWO SIDE PORTIONS OF THE FIRST METAL LAYER HAVING NO SECOND METAL LAYER DEPOSITED THEREON ":**



To achieve the best results, the second metal layer **45** is preferably positioned substantially in the middle of the first metal layer **45**, so that both side portions of the first metal layer **43** which have no portion of the second metal layer **45** disposed thereon have substantially the same width as each other. The width of each of the side portions is preferably larger than about 0.5 $\mu$m but less than about 2 $\mu$m.

The first insulating layer **51** is preferably formed by depositing single layer of silicon oxide $SiO_2$ or silicon nitride $Si_3N_4$ on the substrate including the gate **49**.

5:3-13

In the first and second metal layers **43** and **45** constituting the gate **49**, each side portion of the first metal layer **43** having no portion of the second metal layer **45** thereon has a width that is preferably larger than about 0.5 $\mu$m and less than about 2 $\mu$m. Because the first metal layer **43** is wider than the second metal layer **45** by about 1.0 $\mu$m to 4.0 $\mu$m, double step differences determined according to the relationship between the width of the first metal layer and the width of the second metal layer are formed between the gate **49** and substrate **41**. The double step differences determined

5:39-48

**INTRINSIC EVIDENCE FOR DISPUTED TERMS "A FIRST AND A SECOND SIDE PORTION BEING EXPOSED FROM THE SECOND METAL LAYER" AND "TWO SIDE PORTIONS OF THE FIRST METAL LAYER HAVING NO SECOND METAL LAYER DEPOSITED THEREON" (cont'd):**

> The first and second metal layers **43** and **45** resulting form the single photoresist step process described above form a gate **49** having a double-layered metal structure. The gate **49** has the second metal layer **45** positioned substantially in the middle of the first metal layer **43** so that the each side portion of the first metal layer **43** having no second metal layer **45** thereon is wider than about 0.5 $\mu$m but narrower than about 2 $\mu$m. The photoresist **47** remaining on the second metal layer **45** is removed after the two etching steps are completed.

6:45-54

> Referring to FIG. 4D, a first insulating layer **51** is formed by depositing a single layer or double layers of silicon oxide SiO$_2$ or silicon nitride Si$_3$N$_4$ on the gate **49** and substrate **41** by CVD. Because each side portion of the first metal layer **43** having no second metal layer **45** thereon is wider than 0.5 $\mu$m, double step differences formed between the substrate and gate can prevent the coverage of the first insulating layer **51** from being deteriorated as in prior art devices. The

6:55-62

> problem to be reduced. More specifically, Miyago teaches that in order to solve the top-surface hillock problem, a first tantalum layer is put on the Al-Mo double layer structure and then a TaOx layer is put on the Ta layer. Miyago fails to recognize the side hillock problem with the aluminum bottom layer and also fails to recognize the necessity or desirability for Applicant's claimed second metal layer being arranged on the first metal layer to prevent hillock at the sides of the aluminum first metal layer and the first metal layer being wider than the second metal layer by about 1 to 4 $\mu$m.

App. 08/918,119, 11/17/1998, Amendment.

**EXHIBIT ___**
**U.S. PATENT NO. 6,815,321**
**TERMS IN DISPUTE**

| ASSERTED CLAIM 1 | LGD's Claim Construction |
|---|---|
| 1. A method of making a thin-film transistor, comprising the steps of: deposiring a first metal layer on a substrate; depositing a second metal layer on the first metal layer without forming a photoresist on the first metal layer beforehand; forming a photoresist having a predetermined width on the second metal layer; anisotropically etching the first and second metal layers so such that the first metal layer and the second metal layer have the same width of the photoresist by using the photoresist as a mask, isotropically etching the second metal layer such that the second metal layer is narrower than the first metal layer by about 1 $\mu m$ to about 4 $\mu m$ by using the photoresist as a mask, thus forming a gate having a double-layered structure including the first and second metal layers; and removing the photoresist. | **transistor[1]** – a three-terminal semiconductor device in which the current flow through one pair of terminals, the source and drain, is controlled or modulated by an electric field that penetrates the semiconductor; this field is introduced by a voltage applied at the third terminal, the gate, which is separated from the semiconductor by an insulating layer. The thin-film transistor is formed using thin-film techniques on an insulating substrate rather than a single crystal silicon wafer.

**substrate[2]** – the material (such as glass) upon which a transistor or integrated circuit is fabricated to provide mechanical support |

[1] Disputed Term "transistor" also appears in asserted claims 2, 3, 4, 5, 6, 7, 16, 17, 18, 19, 20, 21, and 22 in the same context.

[2] Disputed Term "substrate" also appears in asserted claims 2, 7, 16, and 17 in the same context.

EX ____

## INTRINSIC EVIDENCE FOR DISPUTED TERM "TRANSISTOR":

An LCD (Liquid Crystal Display) includes a switching device as a driving element, and a pixel-arranged matrix structure having transparent or light-reflecting pixel electrodes as its basic units. The switching device is a thin-film transistor having gate, source and drain regions.

1:29-33

difference between the substrate and the double-layered gate which deteriorates the step coverage of a later formed gate oxide layer. The source and drain regions formed on the gate oxide layer may have disconnections between areas of the source and drain regions which are overlapped and non-overlapped with the gate, or electrically exhibit short circuits as a result of contact with the gate.

1:49-56



Fig. 2

The thin-film transistor comprises a gate 49 having a double-layered structure of a first metal layer 43, a second metal layer 45 disposed on a substrate 41, a first insulating layer 51, a second insulating layers 61, a semiconductor layer 53, an ohmic contact layer 55, a source electrode 57, a drain electrode 59, and a pixel electrode 65.

4:44-49

## INTRINSIC EVIDENCE FOR DISPUTED TERM "SUBSTRATE":



FIGS. **4**A through **4**F are diagrams illustrating the process for fabricating the thin-film transistor of the preferred embodiments of the present invention.

Referring to FIG. **4**A, metal such as Al, Cu, or Au is deposited on a substrate so as to form a first metal layer **43**. A second metal layer **45** is formed from Mo, Ta, or Co and deposited on the first metal layer **43** without performing a masking step between the step of depositing the first metal layer and the step of depositing the second metal layer. The first and second metal layers **43** and **45** are sequentially deposited so as to preferably have a thickness as large as about 500–4000 Angstroms and 500–2000 Angstroms,

5:56-67

**EXHIBIT ___**
**U.S. PATENT NO. 6,815,321**
**TERMS IN DISPUTE**

**ASSERTED CLAIM 1**

**LGD's Claim Construction**

1. A method of making a thin-film transistor, comprising the steps of:

depositing a first metal layer on a substrate;

depositing a second metal layer on the first metal layer without forming a photoresist on the first metal layer beforehand;

forming a photoresist having a predetermined width on the second metal layer;

anisotropically etching the first and second metal layers so such that the first metal layer and the second metal layer have the same width of the photoresist by using the photoresist as a mask,

isotropically etching the second metal layer such that the second metal layer is narrower than the first metal layer by about 1 $\mu$m to about 4 $\mu$m by using the photoresist as a mask, thus forming a gate having a double-layered structure including the first and second metal layers; and removing the photoresist.

gate[1] – patterned electrically conductive material that includes a portion that controls current flow through the channel between the source electrode and drain electrode

**ASSERTED CLAIM 10**

10. The method of claim **7**, wherein the patterning step is such that the second metal layer is etched faster than the first etching layer.

first etching layer – the first metal layer

[1] Disputed Term "gate" also appears in asserted claims 2, 7 and 17 in the same context.

## INTRINSIC EVIDENCE FOR DISPUTED TERM "GATE":

2. Discussion of Related Art

An LCD (Liquid Crystal Display) includes a switching device as a driving element, and a pixel-arranged matrix structure having transparent or light-reflecting pixel electrodes as its basic units. The switching device is a thin-film transistor having gate, source and drain regions.

The gate of the thin-film transistor is made of aluminum to reduce its wiring resistance, but an aluminum gate may cause defects such as hillock.

A double-layered metal gate, i.e., molybdenum-coated aluminum gate is considered as a substitute for the aluminum gate to overcome the problem of the hillock.

1:28-40

## INTRINSIC EVIDENCE FOR DISPUTED TERM "FIRST ETCHING LAYER":

The gate **49** has a double-layered structure including the first and second metal layers **43** and **45** disposed on the substrate **41**. The first metal layer **43** is preferably formed from a conductive metal such as Al, Cu, or Au deposited to have a certain width w1. The second metal layer **45** is preferably formed from a refractory metal such as Mo, Ta, or Co deposited to have a certain width w2.

4:50-56

Referring to FIG. **4A**, metal such as Al, Cu, or Au is deposited on a substrate so as to form a first metal layer **43**. A second metal layer **45** is formed from Mo, Ta, or Co and deposited on the first metal layer **43** without performing a masking step between the step of depositing the first metal layer and the step of depositing the second metal layer. The first and second metal layers **43** and **45** are sequentially deposited so as to preferably have a thickness as large as about 500–4000 Angstroms and 500–2000 Angstroms,

5:59-67

**EXHIBIT ___**
**U.S. PATENT NO. 6,815,321**
**TERMS IN DISPUTE**

| **ASSERTED CLAIM 16** | **LGD's Claim Construction** |
|---|---|
| 16. A method of <mark>waking</mark> a thin-film transistor, comprising the steps of:<br><br>depositing a first metal layer on a substrate, the first metal layer including aluminum;<br><br>depositing a second metal layer on the first metal layer without forming a photoresist on the first metal layer beforehand;<br><br>forming a single photoresist having predetermined width on the second metal layer;<br><br>patterning the first and second metal layers simultaneously in a single etching step using the single photoresist as a mask, <mark>the first metal layer being etched to have a width greater than a width of the second metal layer by about 1 to 4 $\mu$m;</mark> and<br><br>removing the photoresist. | **waking** – making<br><br>**the first metal layer being etched to have a width greater than a width of the second metal layer by about 1 to 4 $\mu$m** – the first and second metal layers are etched such that the width of the first metal layer, determined by the portion of the first metal layer in contact with the second metal layer together with the portions exposed to the subsequently deposited gate insulating layer, is more than 1 $\mu$m and less than 4 $\mu$m greater than the width of the second metal layer |

## INTRINSIC EVIDENCE FOR DISPUTED TERM "WAKING":

19.    A method of making a thin-film transistor, comprising the step of:

depositing a first metal layer on a substrate, the first metal layer including aluminum;

depositing a second metal layer on the first metal layer without forming a photoresist on the first metal layer beforehand;

forming a single photoresist having a predetermined width on the second metal layer;

patterning the first and second metal layers simultaneously in a single etching step using the single photoresist as a mask, the first metal layer being etched to have a width greater than a width of the second metal layer by about 1 to 4μm; and

removing the photoresist.

App. 10/377,732, Mar. 4, 2003, claim #16 as originally filed (renumbered at time of allowance).

# INTRINSIC EVIDENCE FOR DISPUTED TERM "THE FIRST METAL LAYER BEING ETCHED TO HAVE A WIDTH GREATER THAN A WIDTH OF THE SECOND METAL LAYER BY ABOUT 1 TO 4 µM":

A thin-film transistor includes a substrate, and a gate including a double-layered structure having first and second metal layers provided on the substrate, the first metal layer being wider than the second metal layer by 1 to 4 µm. A method of making such a thin-film transistor includes the steps of: depositing a first metal layer on a substrate, depositing a second metal layers directly on the first metal layer; forming a photoresist having a designated width on the second metal

Abstract





Referring to FIG. 1A, aluminum is deposited on a substrate 11 to form a first metal layer 13. A first photoresist 15 is deposited on the first metal layer 13. The first photoresist 15 is exposed and developed so as to have a certain width w1 extending along the first metal layer 13.

Referring to FIG. 1B, the first metal layer 13 is patterned via wet etching using the first photoresist 15 as a mask so that the first metal layer 13 has a certain width w1. After the first photoresist 15 is removed, a second metal layer 17 is formed by depositing Mo, Ta, or Co on the substrate 11 so as to cover the first metal layer 13. A second photoresist 19

2:1-12

EX ____
27

**INTRINSIC EVIDENCE FOR DISPUTED TERM "THE FIRST METAL LAYER BEING ETCHED TO HAVE A WIDTH GREATER THAN A WIDTH OF THE SECOND METAL LAYER BY ABOUT 1 TO 4 μM" (cont'd):**

Although there is no specific information available regarding a relationship of w1 to w2 of this related art method, based on their understanding of this related method resulting in the structure shown in FIG. 1C, the inventors of the invention described and claimed in the present application assume that the width difference w1−w2 between the first and second metal layers **13** and **17** is larger than or equal to 4 μm, that is, w1−w2≧4 μm.

Referring to FIG. **1D**, a first insulating layer **23** is formed by depositing silicon oxide $SiO_2$ or silicon nitride $Si_3N_4$ as a single-layered or double-layered structure on the gate **21** and substrate **11**. Semiconductor and ohmic contact layers

2:32-43

The present inventors have discovered that a relationship between the width of the first metal layer and the width of the second metal layer of a double metal layer gate electrode is critical to preventing deterioration of step coverage of a later formed gate oxide layer in such a structure having a double step difference between the substrate and the gate. More specifically, the present inventors determined that a structure wherein the first metal layer **43** is wider than the second metal layer **45** by about 1 to 4 μm, for example, 1 μm<w1−w2<4 μm, provides maximum prevention of deterioration of step coverage of a later formed gate oxide layer

$$\sim$$

in such a structure having a double step difference between the substrate and the gate.

4:57-5:2

EX ____
28

## INTRINSIC EVIDENCE FOR DISPUTED TERM "THE FIRST METAL LAYER BEING ETCHED TO HAVE A WIDTH GREATER THAN A WIDTH OF THE SECOND METAL LAYER BY ABOUT 1 TO 4 µM" (cont'd):

In the first and second metal layers **43** and **45** constituting the gate **49**, each side portion of the first metal layer **43** having no portion of the second metal layer **45** thereon has a width that is preferably larger than about 0.5 $\mu$m and less than about 2 $\mu$m. Because the first metal layer **43** is wider than the second metal layer **45** by about 1.0 $\mu$m to 4.0 $\mu$m, double step differences determined according to the relationship between the width of the first metal layer and the width of the second metal layer are formed between the gate **49** and substrate **41**. The double step differences determined according to the novel features of the preferred embodiments of the present invention prevent deterioration of the coverage of the first insulating layer **51** which deterioration occurs in prior art devices. The hillock in the first metal layer **43** is also avoidable because the width difference between the first and second metal layers **43** and **45** is between about 1 $\mu$m to 4 $\mu$m.

5:39-55

neously. In the single photoresist step, a photoresist **47** is deposited on the second metal layer **45** and then the photoresist **47** is patterned through exposure and development to have the width w1 on a designated portion of the second metal layer **45**.

Referring to FIG. 4B, the second metal layer **45** is patterned with an etching solution preferably prepared with a mixture of phosphoric acid $H_3PO_4$, acetic acid $CH_3COOH$ and nitric acid $HNO_3$, by means of a wet etching using the photoresist **47** as a mask. Because the portion of the second metal layer **45** covered with the photoresist **47**, as well as, exposed side portions of the second metal layer **45** are isotropically etched, the second metal layer **45** is preferably patterned to have the width w2 which is narrower than the width w1 of the photoresist **47** which is the same as the width w1 of the first metal layer **43**, that is, about 1 $\mu$m<w1−w2<4 $\mu$m. Each side portion of the second metal layer **45** preferably has a width larger than about 0.5 $\mu$m and less than about 2 $\mu$m. That is, the two side portions of the

6:8-27

EX ____
29

**INTRINSIC EVIDENCE FOR DISPUTED TERM "THE FIRST METAL LAYER BEING ETCHED TO HAVE A WIDTH GREATER THAN A WIDTH OF THE SECOND METAL LAYER BY ABOUT 1 TO 4 μM" (cont'd):**

> Referring to FIG. 4C, the first metal layer **43** is patterned via dry etching having anisotropic etching characteristic such as reactive ion etching (hereinafter, referred to as RIE) by using the photoresist **47** as a mask. When etching the first metal layer **43** other than the portion of the layer **43** covered with the photoresist **47**, the first metal layer **43** preferably has the same width w1 of the photoresist **47**. Thus, patterning of the first and second metal layers **43, 45**, respectively, only requires two etching steps and does not require baking of the photoresist before each step of etching. Also, the relation between the first and second metal layers **43** and **45** also may be represented by about 1 $\mu m$<w1−w2<4 $\mu m$.

6:33-44

> Referring to FIG. 4D, a first insulating layer **51** is formed by depositing a single layer or double layers of silicon oxide SiO$_2$ or silicon nitride Si$_3$N$_4$ on the gate **49** and substrate **41** by CVD. Because each side portion of the first metal layer **43** having no second metal layer **45** thereon is wider than 0.5 $\mu m$, double step differences formed between the substrate and gate can prevent the coverage of the first insulating layer **51** from being deteriorated as in prior art devices. The hillock in the first metal layer **43** is also avoidable because

6:55-63

> problem to be reduced. More specifically, Miyago teaches that in order to solve the top-surface hillock problem, a first tantalum layer is put on the Al-Mo double layer structure and then a TaOx layer is put on the Ta layer. Miyago fails to recognize the side hillock problem with the aluminum bottom layer and also fails to recognize the necessity or desirability for Applicant's claimed second metal layer being arranged on the first metal layer to prevent hillock at the sides of the aluminum first metal layer and the first metal layer being wider than the second metal layer by about 1 to 4 $\mu m$.

App. 08/918,119, 11/17/1998, Amendment.

## INTRINSIC EVIDENCE FOR DISPUTED TERM "THE FIRST METAL LAYER BEING ETCHED TO HAVE A WIDTH GREATER THAN A WIDTH OF THE SECOND METAL LAYER BY ABOUT 1 TO 4 µM" (cont'd):

It is also the Examiner's position that it is inherent that Wei teaches a first layer with a width of about 1-4 µm greater than the width of the second metal layer. See Office Action page 5, lines 7-16. To the contrary, Wei performs an etch of the first conductor 14 until all of the exposed chromium is removed. As a result, Wei teaches etching the first conductor 14 to be the same width of the second conductor 16. Further, Wei provides no teaching or suggestion regarding the specific relationship of the widths of the first and second layers. Lastly, it is not proper to infer teachings of Wei as being inherent in a Section 103(a) rejection.

App. 09/243,556, 8/3/2001, Amendment.



GB 2253742, 09/10/1992

# EXHIBIT L-10

**Ex. L-10**
**LGD US Patent No. 7,176,489**

**Index of Disputed Terms**

| Claim Terms | Page |
|---|---|
| transistor | 15 |
| substrate | 15 |
| a double layered metal gate | 1 |
| gate | 11 |
| having a first metal layer and a second metal layer thereon | 1 |
| a total width of the first metal layer being greater than a total width of the second metal layer by about 1 to 4 μm | 1 |
| a first and second side portion being exposed from the second metal layer | 11 |
| side portion of the first metal layer | 11 |

**EXHIBIT L-10**
**U.S. PATENT NO. 7,176,489**
**TERMS IN DISPUTE**

<table>
<tr><th>ASSERTED CLAIM 1</th><th>LGD's Claim Construction</th></tr>
<tr>
<td>

1. A thin film transistor comprising:
a substrate; and
a double-layered metal gate having a first metal layer and
a second metal layer thereon, a total width of the first
metal layer being greater than a total width of the
second metal layer by about 1 to 4 μm.

</td>
<td>

**a double layered metal gate** —
a patterned structure of an
electrically conductive material
that includes two sequentially
deposited metal layers and
includes a portion that controls
current flow through the
channel between the source
electrode and drain electrode

**having a first metal layer and
a second metal layer thereon**
– sequentially depositing the
second metal layer above and
in contact with the first metal
layer

**a total width of the first metal
layer being greater than a
total width of the second
metal layer by about 1 to 4
μm** – the width of the first
metal layer, determined by the
portion of the first metal layer
in contact with the second
metal layer together with the
portions exposed to the
subsequently deposited gate
insulating layer, is more than 1
μm and less than 4 μm greater
than the width of the second
metal layer

</td>
</tr>
</table>

EX ____

1

## INTRINSIC EVIDENCE FOR DISPUTED TERM "A DOUBLE LAYERED METAL GATE":

A thin-film transistor includes a substrate, and a gate including a double-layered structure having first and second metal layers provided on the substrate, the first metal layer being wider than the second metal layer by 1 to 4 μm. A method of making such a thin-film transistor includes the steps of: depositing a first metal layer on a substrate, depositing a second metal layers directly on the first metal layer; forming a photoresist having a designated width on the second metal layer; patterning the second metal layer via isotropic etching using the photoresist as a mask; patterning the first metal layer by means of an anisotropic etching using the photo-resist as a mask, the first metal layer being etched to have the designated width, thus forming a gate having a laminated structure of the first and second metal layers; and removing the photoresist.

Abstract

1. Field of the Invention
    The present invention relates to a thin-film transistor of a liquid crystal display and, more particularly, to a thin-film transistor having a gate including a double-layered metal structure and a method of making such a double-layered metal gate.

1:23-28

    To achieve these and other advantages and in accordance with the purpose of the preferred embodiments of the present invention, as embodied and broadly described, a thin-film transistor preferably comprises a substrate, and a gate including a double-layered structure of first and second metal layers disposed on the substrate, the first metal layer being wider than the second metal layer by about 1 to 4 μm, and a method of making such a thin-film transistor prefer-ably comprises the steps of: depositing a first metal layer on a substrate, depositing a second metal layer directly on the

3:58-67

    Miyago does use an aluminum layer in a double-layered gate and does recognize a hillock problem which occurs along a top surface of a bottom aluminum layer located between the aluminum layer and a top layer. Miyago provides an entirely different solution by providing a clad structure for causing the top-surface hillock

App. 08/918,119, 11/17/1998, Amendment.

EX ____
2

## INTRINSIC EVIDENCE FOR DISPUTED TERM "HAVING A FIRST METAL LAYER AND A SECOND METAL LAYER THEREON":

A thin-film transistor includes a substrate, and a gate including a double-layered structure having first and second metal layers provided on the substrate, the first metal layer being wider than the second metal layer by 1 to 4 μm. A method of making such a thin-film transistor includes the steps of: depositing a first metal layer on a substrate, depositing a second metal layers directly on the first metal layer; forming a photoresist having a designated width on the second metal layer; patterning the second metal layer via isotropic etching using the photoresist as a mask; patterning the first metal layer by means of an anisotropic etching using the photoresist as a mask, the first metal layer being etched to have the designated width, thus forming a gate having a laminated structure of the first and second metal layers; and removing the photoresist.

Abstract



According to the method of fabricating a thin-film transistor as described above and shown in FIGS 1A–1F, respective first and second metal layers are formed through photolithography using different masks so as to form the gate with a double-layered metal structure, resulting in double step differences between the gate and substrate.

As a result of the double step difference between the gate 21 and the substrate 11 shown in FIG. 1C, a hillock often occurs on both side portions of the first metal layer 13 which have no portion of the second metal layer 17 deposited thereon when the first metal layer 13 is wider than the second metal layer 17 as in FIG. 1C. Another problem with this related art method is that the process for forming a gate is complex and requires two photoresists 15, 19 and two steps of deposition and photolithography. As a result, the contact resistance between the first and second metal layers may be increased.

2:64-3:13

EX _____
3

## INTRINSIC EVIDENCE FOR DISPUTED TERM "HAVING A FIRST METAL LAYER AND A SECOND METAL LAYER THEREON" (cont'd):

> To overcome the problems discussed above, the preferred embodiments of the present invention provide a thin-film transistor which prevents a hillock and deterioration of step coverage of a later formed gate oxide layer on a double metal layer gate.
> The preferred embodiments of the present invention also provide a method of fabricating a thin-film transistor that simplifies the process for forming a double metal layer gate.

3:44-50

> metal layers disposed on the substrate, the first metal layer being wider than the second metal layer by about 1 to 4 μm, and a method of making such a thin-film transistor preferably comprises the steps of: depositing a first metal layer on a substrate, depositing a second metal layer directly on the
>
> 
>
> first metal layer; forming a photoresist having a desired width on the second metal layer; patterning the second metal layer via an isotropic etching using the photoresist as a mask; patterning the first metal layer via an anisotropic

3:63-4:4

> Referring to FIG. 4A, metal such as Al, Cu, or Au is deposited on a substrate so as to form a first metal layer **43**. A second metal layer **45** is formed from Mo, Ta, or Co and deposited on the first metal layer **43** without performing a masking step between the step of depositing the first metal layer and the step of depositing the second metal layer. The first and second metal layers **43** and **45** are sequentially deposited so as to preferably have a thickness as large as about 500–4000 Angstroms and 500–2000 Angstroms,
>
> 
>
> respectively, by means of sputtering or chemical vapor deposition (hereinafter, referred to as CVD) without breaking a vacuum state. As a result, the contact resistance between the first and second metal layers **43** and **45** is reduced.

5:61-6:5

EX _____

4

**INTRINSIC EVIDENCE FOR DISPUTED TERM "HAVING A FIRST METAL LAYER AND A SECOND METAL LAYER THEREON" (cont'd):**

> As described above, in the preferred embodiments of the present invention, the first and second metal layers are sequentially deposited on the substrate without performing a masking step between the step of depositing the first metal layer and the second metal layer, followed by forming a photoresist that covers a designated portion of the second metal layer. In one preferred embodiment, the second metal

8:6-12

EX ____

5

## INTRINSIC EVIDENCE FOR DISPUTED TERMS "A TOTAL WIDTH OF THE FIRST METAL LAYER BEING GREATER THAN A TOTAL WIDTH OF THE SECOND METAL LAYER BY ABOUT 1 TO 4 μm":

A thin-film transistor includes a substrate, and a gate including a double-layered structure having first and second metal layers provided on the substrate, the first metal layer being wider than the second metal layer by 1 to 4 μm. A method of making such a thin-film transistor includes the steps of: depositing a first metal layer on a substrate, depositing a second metal layers directly on the first metal layer; forming a photoresist having a designated width on the second metal layer; patterning the second metal layer via isotropic etching using the photoresist as a mask; patterning the first metal layer by means of an anisotropic etching using the photoresist as a mask, the first metal layer being etched to have the designated width, thus forming a gate having a laminated structure of the first and second metal layers; and removing the photoresist.

Abstract





Referring to FIG. 1A, aluminum is deposited on a substrate 11 to form a first metal layer 13. A first photoresist 15 is deposited on the first metal layer 13. The first photoresist 15 is exposed and developed so as to have a certain width w1 extending along the first metal layer 13.

Referring to FIG. 1B, the first metal layer 13 is patterned via wet etching using the first photoresist 15 as a mask so that the first metal layer 13 has a certain width w1. After the first photoresist 15 is removed, a second metal layer 17 is formed by depositing Mo, Ta, or Co on the substrate 11 so as to cover the first metal layer 13. A second photoresist 19

2:1-11

EX ____
6

**INTRINSIC EVIDENCE FOR DISPUTED TERMS "A TOTAL WIDTH OF THE FIRST METAL LAYER BEING GREATER THAN A TOTAL WIDTH OF THE SECOND METAL LAYER BY ABOUT 1 TO 4 μm" (cont'd):**

In the gate **21**, shown in FIG. 1C, the second metal layer **17** is preferably centrally located on the first metal layer **13**. Although there is no specific information available regarding a relationship of w1 to w2 of this related art method, based on their understanding of this related method resulting in the structure shown in FIG. 1C, the inventors of the invention described and claimed in the present application assume that the width difference w1−w2 between the first and second metal layers **13** and **17** is larger than or equal to 4 μm, that is, w1−w2≧4 μm.

Referring to FIG. 1D, a first insulating layer **23** is formed by depositing silicon oxide $SiO_2$ or silicon nitride $Si_3N_4$ as a single-layered or double-layered structure on the gate **21** and substrate **11**. Semiconductor and ohmic contact layers

2:31-42

The present inventors have discovered that a relationship between the width of the first metal layer and the width of the second metal layer of a double metal layer gate electrode is critical to preventing deterioration of step coverage of a later formed gate oxide layer in such a structure having a double step difference between the substrate and the gate. More specifically, the present inventors determined that a structure wherein the first metal layer **43** is wider than the second metal layer **45** by about 1 to 4 μm, for example, 1 μm<w1−w2<4 μm, provides maximum prevention of dete-



rioration of step coverage of a later formed gate oxide layer in such a structure having a double step difference between the substrate and the gate.

4:58-5:3

EX ____
7

## INTRINSIC EVIDENCE FOR DISPUTED TERMS "A TOTAL WIDTH OF THE FIRST METAL LAYER BEING GREATER THAN A TOTAL WIDTH OF THE SECOND METAL LAYER BY ABOUT 1 TO 4 μm" (cont'd):

neously. In the single photoresist step, a photoresist 47 is deposited on the second metal layer 45 and then the photoresist 47 is patterned through exposure and development to have the width w1 on a designated portion of the second metal layer 45.

Referring to FIG. 4B, the second metal layer 45 is patterned with an etching solution preferably prepared with a mixture of phosphoric acid $H_3PO_4$, acetic acid $CH_3COOH$ and nitric acid $HNO_3$, by means of a wet etching using the photoresist 47 as a mask. Because the portion of the second metal layer 45 covered with the photoresist 47, as well as, exposed side portions of the second metal layer 45 are isotropically etched, the second metal layer 45 is preferably patterned to have the width w2 which is narrower than the width w1 of the photoresist 47 which is the same as the width w1 of the first metal layer 43, that is, about 1 μm<w1-w2<4 μm. Each side portion of the second metal layer 45 preferably has a width larger than about 0.5 μm and less than about 2 μm. That is, the two side portions of the

6:9-27

Referring to FIG. 4C, the first metal layer 43 is patterned via dry etching having anisotropic etching characteristic such as reactive ion etching (hereinafter, referred to as RIE) by using the photoresist 47 as a mask. When etching the first metal layer 43 other than the portion of the layer 43 covered with the photoresist 47, the first metal layer 43 preferably has the same width w1 of the photoresist 47. Thus, patterning of the first and second metal layers 43, 45, respectively, only requires two etching steps and does not require baking of the photoresist before each step of etching. Also, the

6:33-42

has the same width w1 of the photoresist 47. Thus, patterning of the first and second metal layers 43, 45, respectively, only requires two etching steps and does not require baking of the photoresist before each step of etching. Also, the relation between the first and second metal layers 43 and 45 also may be represented by about 1 μm<w1-w2<4 μm.

6:39-44

EX ____
8

**INTRINSIC EVIDENCE FOR DISPUTED TERMS "A TOTAL WIDTH OF THE FIRST METAL LAYER BEING GREATER THAN A TOTAL WIDTH OF THE SECOND METAL LAYER BY ABOUT 1 TO 4 µm" (cont'd):**

Referring to FIG. 4D, a first insulating layer **51** is formed by depositing a single layer or double layers of silicon oxide $SiO_2$ or silicon nitride $Si_3N_4$ on the gate **49** and substrate **41** by CVD. Because each side portion of the first metal layer **43** having no second metal layer **45** thereon is wider than 0.5 µm, double step differences formed between the substrate and gate can prevent the coverage of the first insulating layer **51** from being deteriorated as in prior art devices. The hillock in the first metal layer **43** is also avoidable because

6:55-63

In the first and second metal layers **43** and **45** constituting the gate **49**, each side portion of the first metal layer **43** having no portion of the second metal layer **45** thereon has a width that is preferably larger than about 0.5 µm and less than about 2 µm. Because the first metal layer **43** is wider than the second metal layer **45** by about 1.0 µm to 4.0 µm, double step differences determined according to the relationship between the width of the first metal layer and the width of the second metal layer are formed between the gate **49** and substrate **41**. The double step differences determined according to the novel features of the present invention prevent deterioration of the coverage of the first insulating layer **51** which deterioration occurs in prior art devices. The hillock in the first metal layer **43** is also avoidable because the width difference between the first and second metal layers **43** and **45** is between about 1 µm to 4 µm.

5:39-55

problem to be reduced. More specifically, Miyago teaches that in order to solve the top-surface hillock problem, a first tantalum layer is put on the Al-Mo double layer structure and then a TaOx layer is put on the Ta layer. Miyago fails to recognize the side hillock problem with the aluminum bottom layer and also fails to recognize the necessity or desirability for Applicant's claimed second metal layer being arranged on the first metal layer to prevent hillock at the sides of the aluminum first metal layer and the first metal layer being wider than the second metal layer by about 1 to 4 µm.

App. 08/918,119, 11/17/1998, Amendment.

EX ____
9

## INTRINSIC EVIDENCE FOR DISPUTED TERM "THE FIRST METAL LAYER BEING ETCHED TO HAVE A WIDTH GREATER THAN A WIDTH OF THE SECOND METAL LAYER BY ABOUT 1 TO 4 µM" (cont'd):

It is also the Examiner's position that it is inherent that Wei teaches a first layer with a width of about 1-4 µm greater than the width of the second metal layer. See Office Action page 5, lines 7-16. To the contrary, Wei performs an etch of the first conductor 14 until all of the exposed chromium is removed. As a result, Wei teaches etching the first conductor 14 to be the same width of the second conductor 16. Further, Wei provides no teaching or suggestion regarding the specific relationship of the widths of the first and second layers. Lastly, it is not proper to infer teachings of Wei as being inherent in a Section 103(a) rejection.

App. 09/243,556, 8/3/2001, Amendment.



GB 2253742, 09/10/1992

# EXHIBIT H
## U.S. PATENT NO. 7,176,489
## TERMS IN DISPUTE

**ASSERTED CLAIM 1**

> 1. A thin film transistor comprising:
> a substrate; and
> a double-layered metal gate having a first metal layer and
> a second metal layer thereon, a total width of the first
> metal layer being greater than a total width of the
> second metal layer by about 1 to 4 μm.

**ASSERTED CLAIM 2**

> 2. The transistor of claim 1, wherein the first metal layer
> has a first and second side portion being exposed from the
> second metal layer, each side portion being at least about 0.5
> μm in width.

**ASSERTED CLAIM 3**

> 3. The transistor of claim 2, wherein each side portion of
> the first metal layer is less than about 2 μm in width.

**LGD's Claim Construction**

**gate** – patterned electrically conductive material that includes a portion that controls current flow through the channel between the source electrode and drain electrode

**a first and second side portion being exposed from the second metal layer** – first and second side surfaces of the first metal layer that are exposed to the subsequently deposited gate insulating layer

**side portion of the first metal layer** – side surface of the first metal layer exposed to the subsequently deposited gate insulating layer

EX ____
11

## INTRINSIC EVIDENCE FOR DISPUTED TERM "GATE":

2. Discussion of Related Art

An LCD (Liquid Crystal Display) includes a switching device as a driving element, and a pixel-arranged matrix structure having transparent or light-reflecting pixel electrodes as its basic units. The switching device is a thin-film transistor having gate, source and drain regions.

The gate of the thin-film transistor is made of aluminum to reduce its wiring resistance, but an aluminum gate may cause defects such as hillock.

A double-layered metal gate, i.e., molybdenum-coated aluminum gate is considered as a substitute for the aluminum gate to overcome the problem of the hillock.

1:23-40

EX ____
12

**INTRINSIC EVIDENCE FOR DISPUTED TERMS "A FIRST AND SECOND SIDE PORTION BEING EXPOSED FROM THE SECOND METAL LAYER" AND "SIDE PORTION OF THE FIRST METAL LAYER":**



> To achieve the best results, the second metal layer **45** is preferably positioned substantially in the middle of the first metal layer **45**, so that both side portions of the first metal layer **43** which have no portion of the second metal layer **45** disposed thereon have substantially the same width as each other. The width of each of the side portions is preferably larger than about 0.5 μm but less than about 2 μm.
>
> The first insulating layer **51** is preferably formed by depositing single layer of silicon oxide $SiO_2$ or silicon nitride $Si_3N_4$ on the substrate including the gate **49**.

5:4-13

> In the first and second metal layers **43** and **45** constituting the gate **49**, each side portion of the first metal layer **43** having no portion of the second metal layer **45** thereon has a width that is preferably larger than about 0.5 μm and less than about 2 μm. Because the first metal layer **43** is wider than the second metal layer **45** by about 1.0 μm to 4.0 μm, double step differences determined according to the relationship between the width of the first metal layer and the width of the second metal layer are formed between the gate **49** and substrate **41**. The double step differences determined according to the novel features of the preferred embodiments of the present invention prevent deterioration of the coverage of the first insulating layer **51** which deterioration occurs in prior art devices. The hillock in the first metal layer **43** is also avoidable because the width difference between the first and second metal layers **43** and **45** is between about 1 μm to 4 μm.

5:39-55

EX ____

13

**INTRINSIC EVIDENCE FOR DISPUTED TERMS "A FIRST AND SECOND SIDE PORTION BEING EXPOSED FROM THE SECOND METAL LAYER" AND "SIDE PORTION OF THE FIRST METAL LAYER" (cont'd):**

> Referring to FIG. 4D, a first insulating layer 51 is formed by depositing a single layer or double layers of silicon oxide $SiO_2$ or silicon nitride $Si_3N_4$ on the gate 49 and substrate 41 by CVD. Because each side portion of the first metal layer 43 having no second metal layer 45 thereon is wider than 0.5 μm, double step differences formed between the substrate and gate can prevent the coverage of the first insulating layer 51 from being deteriorated as in prior art devices. The hillock in the first metal layer 43 is also avoidable because a width of a portion of the first metal layer 43 which is exposed is less than about 2 μm.

6:55-65

> problem to be reduced. More specifically, Miyago teaches that in order to solve the top-surface hillock problem, a first tantalum layer is put on the Al-Mo double layer structure and then a TaOx layer is put on the Ta layer. Miyago fails to recognize the side hillock problem with the aluminum bottom layer and also fails to recognize the necessity or desirability for Applicant's claimed second metal layer being arranged on the first metal layer to prevent hillock at the sides of the aluminum first metal layer and the first metal layer being wider than the second metal layer by about 1 to 4 μm.

Appl. No. 08/918,119,  11/17/1998 Amendment

EX _____
14

**EXHIBIT H**
**U.S. PATENT NO. 7,176,489**
**TERMS IN DISPUTE**

| ASSERTED CLAIM 1 | LGD's Claim Construction |
|---|---|
| 1. A thin film transistor comprising: a substrate; and a double-layered metal gate having a first metal layer and a second metal layer thereon, a total width of the first metal layer being greater than a total width of the second metal layer by about 1 to 4 μm. | **transistor**[1] – a three-terminal semiconductor device in which the current flow through one pair of terminals, the source and drain, is controlled or modulated by an electric field that penetrates the semiconductor; this field is introduced by a voltage applied at the third terminal, the gate, which is separated from the semiconductor by the insulating layer. The thin-film transistor is formed using thin-film techniques on an insulating substrate rather than a single crystal silicon wafer.<br><br>**substrate** – the material (such as glass) upon which a transistor or integrated circuit is fabricated to provide mechanical support |

[1] Disputed Term "transistor" also appears in asserted claims 2 and 3 in the same context.

## INTRINSIC EVIDENCE FOR DISPUTED TERM "TRANSISTOR":

> An LCD (Liquid Crystal Display) includes a switching device as a driving element, and a pixel-arranged matrix structure having transparent or light-reflecting pixel electrodes as its basic units. The switching device is a thin-film transistor having gate, source and drain regions.

1:30-34

> difference between the substrate and the double-layered gate which deteriorates the step coverage of a later formed gate oxide layer. The source and drain regions formed on the gate oxide layer may have disconnections between areas of the source and drain regions which are overlapped and non-overlapped with the gate, or electrically exhibit short circuits as a result of contact with the gate.

1:50-56



FIG.2

> The thin-film transistor comprises a gate 49 having a double-layered structure of a first metal layer 43, a second metal layer 45 disposed on a substrate 41, a first insulating layer 51, a second insulating layers 61, a semiconductor layer 53, an ohmic contact layer 55, a source electrode 57, a drain electrode 59, and a pixel electrode 65.

4:44-49

EX ____

16

## INTRINSIC EVIDENCE FOR DISPUTED TERM "SUBSTRATE":



FIGS. 4A through 4F are diagrams illustrating the process for fabricating the thin-film transistor of the preferred embodiments of the present invention.

Referring to FIG. 4A, metal such as Al, Cu, or Au is deposited on a substrate so as to form a first metal layer 43. A second metal layer 45 is formed from Mo, Ta, or Co and deposited on the first metal layer 43 without performing a masking step between the step of depositing the first metal layer and the step of depositing the second metal layer. The first and second metal layers 43 and 45 are sequentially deposited so as to preferably have a thickness as large as about 500–4000 Angstroms and 500–2000 Angstroms,

5:56-67

EX _____
17