IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG. DISPLAY CO., LTD.<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>CHI MEI OPTOELECTRONICS<br>CORPORATION, et al.<br><br>　　　　　　　Defendants. | Civil Action No. 06-726-JJF<br>Civil Action No. 07-357-JJF<br><br>CONSOLIDATED CASES |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on August 27, 2008, copies of (1) LG DISPLAY CO., LTD.'S SUPPLEMENTAL RESPONSES TO AU OPTRONICS, CORPORATION'S FIRST OF INTERROGATORIES (NO. 4) and (2) this NOTICE OF SERVICE were served as shown:

**BY EMAIL AND BY HAND**

| | |
|---|---|
| Philip A. Rovner<br>David E. Moore<br>Potter Anderson & Corroon LLP<br>1313 North Market Street<br>Wilmington, DE 19899-0951 | Karen L. Pascale<br>John W. Shaw<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391 |

**BY EMAIL AND BY U.S. MAIL**

| | |
|---|---|
| Jonathan S. Kagan<br>Alexander C.D. Giza<br>Irell & Manella LLP<br>1800 Avenue of the Stars<br>Suite 900<br>Los Angeles, CA 90067 | Vincent K. Yip<br>Peter J. Wied<br>Jay C. Chiu<br>Paul, Hastings, Janofsky & Walker LLP<br>515 South Flower Street<br>Twenty-Fifth Floor<br>Los Angeles, CA 90071 |

{BAY:01136205v1}

| | |
|---|---|
| Ron E. Shulman<br>Julie Holloway<br>Wilson Sonsini Goodrich & Rosati<br>650 Page Mill Road<br>Palo Alto, California 94304-1050 | M. Craig Tyler<br>Brian D. Range<br>Wilson Sonsini Goodrich & Rosati<br>8911 Capital of Texas Highway North<br>Westech 360, Suite 3350<br>Austin, Texas 78759-8497 |
| | BAYARD, P.A. |
| OF COUNSEL:<br><br>Gaspare J. Bono<br>R. Tyler Goodwyn<br>Lora A. Brzezynski<br>McKenna Long & Aldridge LLP<br>1900 K Street, NW<br>Washington, DC 20006<br>202-496-7500 | /s/ Stephen B. Brauerman (sb4952)<br>Richard D. Kirk (rk0922)<br>Stephen B. Brauerman (sb4952)<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, Delaware 19899-5130<br>rkirk@bayardfirm.com<br>astitzer@bayardlaw.com<br>sbrauerman@bayardlaw.com<br>(302) 655-5000<br><br>Counsel for Plaintiff LG Display Co., Ltd. |
| August 27, 2008 | |

{BAY:01136205v1}                                  2