## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG DISPLAY CO., LTD., | |
| Plaintiff, | Civil Action No. 06-726 (JJF) |
| v. | Civil Action No. 07-357 (JJF) |
| CHI MEI OPTOELECTRONICS CORPORATION, et al. | CONSOLIDATED CASES |
| Defendants. | |

## SUPPLEMENTAL DECLARATION OF ADRIAN MOLLO, ESQ. IN SUPPORT OF CLAIM CONSTRUCTION RESPONSE BRIEFS OF PLAINTIFF LG DISPLAY CO., LTD.

I, Adrian Mollo, Esq. declare under penalty of perjury as follows:

1.      I am a partner with the McKenna Long & Aldridge LLP.  I have personal knowledge of the facts stated in this declaration, and if called as a witness, could competently testify to them.  I make this declaration in support of both the "Response Of Plaintiff LG Display Co., Ltd. to CMO's Opening Claim Construction Brief" and the "Response Of Plaintiff LG Display Co., Ltd. to AUO's Opening Claim Construction Brief," each filed concurrently herewith.

2.      Attached as Exhibit L-35 is a is a true and correct copy of the definition of "substantial," as published in the 1980 edition of Webster's New Collegiate Dictionary.

3.      Attached as Exhibit L-36 is a is a true and correct copy of the definition of "substantial," as published in the 1980 edition of The American Heritage Dictionary of the English Language, New College Edition.

4.     Attached as Exhibit L-37 is a is a true and correct copy of the definition of "overlie," as published in the 1980 edition of The American Heritage Dictionary of the English Language, New College Edition.

5.     Attached as Exhibit L-38 is a true and correct copy of the definition of "overlie," as published in the 1994 edition of the Merriam Webster's Collegiate Dictionary.

6.     Attached as Exhibit L-39 is a true and correct copy of U.S. Patent No. 5,162,933.

7.     Attached as Exhibit L-40 are true and correct copies of the definitions of "wide" and "width," as published in the 1994 edition of the Merriam Webster's Collegiate Dictionary.

8.     Attached as Exhibit L-41 is a is a true and correct copy of the definitions of "wide" and "width," as published in the 1980 edition of The American Heritage Dictionary of the English Language, New College Edition.

9.     Attached as Exhibit L-42 is a is a true and correct copy of the definitions of "wide" and "width," as published in the 1995 edition of the Riverside Webster's II New College Dictionary.

10.     Attached as Exhibit L-43 is a true and correct copy of U.S. Patent No. 5,132,745.

11.     Attached as Exhibit L-44 is a true and correct copy of U.S. Patent No. 5,156,986.

12.     Attached as Exhibit L-45 is a true and correct copy of U.S. Patent No. 6,573,127.

13.    Attached as Exhibit L-46 is a true and correct copy of the definition of "single," as published in the 1994 edition of The American Heritage Dictionary, Third Edition.

14.    Attached as Exhibit L-47 is a true and correct copy of the definition of "alternatively," as published in the 1994 edition of The American Heritage Dictionary, Third Edition.

15.    Attached as Exhibit L-48 is a true and correct copy of the definition of "extend," as published in the 1994 edition of the Merriam Webster's Collegiate Dictionary.

16.    Attached as Exhibit L-49 is a true and correct copy of U.S. Patent No. 5,285,301.

17.    Attached as Exhibit L-50 is a true and correct copy of the definition of "during," as published in the 1980 edition of The American Heritage Dictionary of the English Language, New College Edition.

18.    Attached as Exhibit L-51 are true and correct copies of the definitions of "reflective" and "surface," as published in the 1994 edition of The American Heritage Dictionary, Third Edition.

19.    Attached as Exhibit L-52 is a true and correct copy of the definition of "overlapping," as published in the 1994 edition of The American Heritage Dictionary, Third Edition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 4th day of September, 2008.

Adrian P.J. Mollo

# EXHIBIT L-35



Webster's
New
Collegiate
Dictionary

A Merriam-Webster®



# WEBSTER'S

# New Collegiate Dictionary

*A Merriam-Webster* ®

G. & C. MERRIAM COMPANY
Springfield, Massachusetts, U.S.A.

Copyright © 1980 by G. & C. Merriam Co.

Philippines Copyright 1980 by G. & C. Merriam Co.

Library of Congress Cataloging in Publication Data
Main entry under title:

Webster's new collegiate dictionary.

   Editions for 1898–1948 have title: Webster's collegiate dictionary.
   Includes index.
   1. English language—Dictionaries.
PE1628.W4M4   1980   423   79-24073
ISBN  0-87779-398-0
ISBN  0-87779-399-9  (indexed)
ISBN  0-87779-400-6  (deluxe)

Webster's New Collegiate Dictionary principal copyright 1973

COLLEGIATE trademark Reg. U.S. Pat. Off.

All rights reserved. No part of this work covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, recording, taping, or information storage and retrieval systems—without written permission of the publisher.

Made in the United States of America

3536373839RMcN80

**subsidiarily ● subterminal**

¹**sub·sid·i·ary** \səb-ˈsid-ē-ˌer-ē, -ˈsid-ə-rē\ *adj* [L *subsidiarius*, fr. *subsidium* reserve troops] **1 a** : furnishing aid or support ; : AUXILIARY ⟨~ details⟩ **b** : of secondary importance : TRIBUTARY ⟨a ~ stream⟩ **2** : of, relating to, or constituting a subsidy ⟨a ~ payment to an ally⟩ — **sub·sid·i·ar·i·ly** \-ˌsid-ē-ˈer-ə-lē\ *adv*

²**subsidiary** *n, pl* **-iar·ies** : one that is subsidiary; *esp* : a company wholly controlled by another

**sub·si·di·za·tion** \ˌsəb-səd-ə-ˈzā-shən, -zəd-\ *n* : the act of subsidizing

**sub·si·dize** \ˈsəb-sə-ˌdīz, -zə-\ *vt* **-dized; -diz·ing** : to furnish with a subsidy: as **a** : to purchase the assistance of by payment of a subsidy **b** : to aid or promote (as a private enterprise) with public money ⟨~ a steamship line⟩ — **sub·si·diz·er** *n*

**sub·si·dy** \ˈsəb-səd-ē, -ˌzəd-\ *n, pl* **-dies** [ME, fr. L *subsidium* reserve troops, support, assistance, fr. *sub-* near + *sedēre* to sit — more at SUB] : a grant or gift of money: as **a** : a sum of money formerly granted by the British Parliament to the crown and raised by special taxation **b** : money granted by one state to another **c** : a grant by a government to a private person or company to assist an enterprise deemed advantageous to the public

**sub·sist** \səb-ˈsist\ *vb* [LL *subsistere* to exist, fr. L, to come to a halt, remain, fr. *sub-* + *sistere* to come to a stand; akin to L *stare* to stand — more at STAND] *vi* **1 a** : to have existence : BE **b** : PERSIST, CONTINUE **2** : to receive maintenance (as food and clothing) : LIVE **3 a** : to hold true **b** : to be logically conceivable as the subject of true statements ~ *vt* : to support with provisions

**sub·sis·tence** \səb-ˈsis-tən(t)s\ *n* [ME, fr. LL *subsistentia*, fr. *subsistent-, subsistens*, prp. of *subsistere*] **1 a** (1) : real being : EXISTENCE (an abstraction without real ~) (2) : the condition of remaining in existence : CONTINUATION, PERSISTENCE (3) : INHERENCE ⟨~ of a quality in a body⟩ **b** : something by which an individual is what it is **c** : the character possessed by whatever is logically conceivable **2** : means of subsisting: as **a** : the minimum (as of food and shelter) necessary to support life **b** : a source or means of obtaining the necessities of life — **sub·sis·tent** \-tənt\ *adj*

**subsistence farming** *n* **1** : farming or a system of farming that provides all or almost all the goods required by the farm family usu. without any significant surplus for sale **2** : farming or a system of farming that produces a minimum and often inadequate return to the farmer — called also *subsistence agriculture*

¹**sub·soil** \ˈsəb-ˌsȯil\ *n* : the stratum of weathered material that underlies the surface soil

²**subsoil** *vt* : to turn, break, or stir the subsoil of — **sub·soil·er** *n*

**sub·so·lar point** \ˌsəb-ˌsō-lər-\ *n* : the point on the earth's surface at which the sun is at the zenith

**sub·son·ic** \ˌsəb-ˈsän-ik, ˈsəb-\ *adj* [ISV] **1** : of, relating to, or being a speed less than that of sound in air **2** : moving, capable of moving, or utilizing air currents moving at a subsonic speed **3** : INFRASONIC — **sub·son·i·cal·ly** \-i-k(ə-)lē\ *adv*

**sub·space** \ˈsəb-ˌspās\ *n* : a subset of a space; *esp* : one that has the essential properties (as those of a vector space or topological space) of the including space

**sub spe·cie ae·ter·ni·ta·tis** \ˌsüb-ˈspek-ē-ˌā-ˌi-ˌter-nə-ˈtāt-əs\ *adv* [NL, lit., under the aspect of eternity] : in its essential or universal form or nature

**sub·spe·cies** \ˈsəb-ˌspē-shēz, -sēz\ *n* [NL] : a subdivision of a species: as **a** : a taxonomic category that ranks immediately below a species and designates a morphologically or physiologically distinguishable and geographically isolated group whose members interbreed successfully with those of other subspecies of the same species where their ranges overlap **b** : a named subdivision (as of a variety) of a taxonomic species — **sub·spe·cif·ic** \ˌsəb-spi-ˈsif-ik\ *adj*

**sub·stage** \ˈsəb-ˌstāj\ *n* : an attachment to a microscope by means of which accessories (as mirrors, diaphragms, or condensers) are held in place beneath the stage of the instrument

**sub·stance** \ˈsəb-stən(t)s\ *n* [ME, fr. OF, fr. L *substantia*, fr. *substant-, substans*, prp. of *substare* to stand under, fr. *sub-* + *stare* to stand — more at STAND] **1 a** : essential nature : ESSENCE **b** : a fundamental or characteristic part or quality ⟨a *Christian Science* : SPIRIT 14 **2** : ultimate reality that underlies all outward manifestations and change **3 a** : physical material from which something is made or which has discrete existence **b** : matter of particular or definite chemical constitution **4** : material possessions : PROPERTY ⟨a man of ~⟩ — **sub·stance·less** \-ləs\ *adj* — **in sub·stance** : in respect to essentials : FUNDAMENTALLY

**sub·stan·dard** \ˌsəb-ˈstan-dərd, ˈsəb-\ *adj* : deviating from or falling short of a standard or norm: as **a** : of a quality lower than that prescribed by law **b** : conforming to a pattern of linguistic usage existing within a speech community but not that of the prestige group in that community — compare NONSTANDARD **c** : constituting a greater than normal risk to an insurer

**sub·stan·tial** \səb-ˈstan-chəl\ *adj* **1 a** : consisting of or relating to substance **b** : not imaginary or illusory : REAL, TRUE **c** : IMPORTANT, ESSENTIAL **2** : ample to satisfy and nourish : FULL ⟨a ~ meal⟩ **3 a** : possessed of means : WELL-TO-DO **b** : considerable in quantity : significantly large ⟨earned a ~ wage⟩ **4** : firmly constructed : STURDY **5** : being largely but not wholly that which is specified ⟨a ~ lie⟩ — **sub·stan·tial·i·ty** \-ˌstan-chē-ˈal-ət-ē\ *n* — **sub·stan·tial·ly** \-ˈstanch-(ə-)lē\ *adv* — **sub·stan·tial·ness** \-ˈstan-chəl-nəs\ *n*

**sub·stan·ti·ate** \səb-ˈstan-chē-ˌāt\ *vt* **-at·ed; -at·ing** **1** : to impart substance to **2** : to put into concrete form : EMBODY **3** : to establish by proof or competent evidence : VERIFY ⟨~ a charge⟩ *syn* see CONFIRM — **sub·stan·ti·a·tion** \-ˌstan-chē-ˈā-shən\ *n* —

**sub·stan·ti·val** \ˌsəb-stən-ˈtī-vəl, -ˈtī-\ *adj* : of, relating to, or serving as a substantive — **sub·stan·ti·val·ly** \-və-lē\ *adv*

¹**sub·stan·tive** \ˈsəb-stən-tiv\ *n* [ME *substantif*, fr. MF, fr. *substantif, adj.*, having or expressing substance, fr. LL *substantivus* : NOUN; *broadly* : a word or word group functioning syntactically as a noun — **sub·stan·ti·vize** \-tiv-ˌīz\ *vt* — **sub·stan·ti·val** *adj*

²**sub·stan·tive** \ˈsəb-stən-tiv; *except 2c & 3 also* səb-ˈstant-iv\ *adj* [ME, fr. LL *substantivus* having substance, fr. L *substantia*] **1**

: being a totally independent entity **2 a** : real rather than apparent : FIRM; *also* : ENDURING, PERMANENT **b** : belonging to the substance of a thing : ESSENTIAL **c** : belonging to or expressing existence (the ~ verb is the verb *to be*) **d** : requiring or involving no mordant (a ~ dyeing process) **3 a** : having the nature or function of a grammatical substantive (a ~ phrase) **b** : relating to or having the character of a noun or pronominal term in logic **4** : considerable in amount or numbers : SUBSTANTIAL **5** : creating and defining rights and duties (~ law) — **sub·stan·tive·ly** *adv* — **sub·stan·tive·ness** *n*

**substantive right** *n* : a right (as of life, liberty, property, or reputation) held to exist for its own sake and to constitute part of the normal legal order of society

**sub·sta·tion** \ˈsəb-ˌstā-shən\ *n* **1** : a subsidiary station in which electric current is transformed **2** : a branch post office

**sub·stit·u·ent** \səb-ˈstich-(ə-)wənt\ *n* [L *substituent-, substituens*, prp. of *substituere*] : an atom or group that replaces another atom or group in a molecule — **substituent** *adj*

**sub·sti·tut·able** \ˌsəb-stə-ˌt(y)üt-ə-bəl\ *adj* : capable of being substituted — **sub·sti·tut·abil·i·ty** \-ˌt(y)üt-ə-ˈbil-ət-ē\ *n*

¹**sub·sti·tute** \ˈsəb-stə-ˌt(y)üt\ *n* [ME, fr. L *substitutus*, pp. of *substituere* to put in place of, fr. *sub-* + *statuere* to set up, place — more at STATUTE] **1** : a person or thing that takes the place of another **2** : a word that replaces another word, phrase, or clause in a context — **substitute** *adj*

²**substitute** *vb* **-tut·ed; -tut·ing** *vt* **1 a** : to put in the place of another : EXCHANGE **b** : to introduce (an atom or group) as a substituent; *also* : to alter (as a compound) by introduction of a substituent ⟨a *substituted* benzene ring⟩ **2** : to take the place of : REPLACE ~ *vi* : to serve as a substitute

**sub·sti·tu·tion** \ˌsəb-stə-ˈt(y)ü-shən\ *n* **1** : the substituting of one person or thing (as a mathematical quantity) for another **2** : something that functions as a substitute or exists in a particular relation as a result of an act of substituting — **sub·sti·tu·tion·al** \-shnəl, -shən-ᵊl\ *adj* — **sub·sti·tu·tion·al·ly** \-ē\ *adv* — **sub·sti·tu·tion·ary** \-shə-ˌner-ē\ *adj*

**substitution cipher** *n* : a cipher in which the letters of the plaintext are systematically replaced by substitute letters — compare TRANSPOSITION CIPHER

**sub·sti·tu·tive** \ˈsəb-stə-ˌt(y)üt-iv\ *adj* : serving or suitable as a substitute — **sub·sti·tu·tive·ly** *adv*

**sub·strate** \ˈsəb-ˌstrāt\ *n* [NL *substratum*] **1** : SUBSTRATUM **2** : the base on which an organism lives (the soil is the ~ of most seed plants) **3** : a substance acted upon (as by an enzyme)

**sub·strato·sphere** \ˌsəb-ˈstrat-ə-ˌsfi(ə)r, ˈsəb-\ *n* [ISV] : the region of the atmosphere just below the stratosphere — **sub·strato·spher·ic** \-ˌstrat-ə-ˈsfi(ə)r-ik, -ˈsfer-\ *adj*

**sub·stra·tum** \ˈsəb-ˌstrāt-əm, -ˌstrat-, ˈsəb-\ *n, pl* **-stra·ta** \-ə\ [ML, fr. L, neut. of *substratus*, pp. of *substernere* to spread under, fr. *sub-* + *sternere* to spread — more at STREW] : an underlying support : FOUNDATION: as **a** : substance that is a permanent subject of qualities or phenomena **b** : the material in which something is made and from which it derives its special qualities **c** : a layer beneath the surface soil; *specif* : SUBSOIL **d** : SUBSTRATE 2, 3 **e** : a thin coating (as of hardened gelatin) on the support of a photographic film or plate to facilitate the adhesion of the sensitive emulsion

**sub·struc·ture** \ˈsəb-ˌstrək-chər\ *n* [*sub-* + *structure*] : FOUNDATION, GROUNDWORK — **sub·struc·tur·al** \-chə-rəl, -shrəl\ *adj*

**sub·sume** \səb-ˈsüm\ *vt* **sub·sumed; sub·sum·ing** [NL *subsumere*, fr. L *sub-* + *sumere* to take up — more at CONSUME] : to classify within a larger category or under a general principle

**sub·sump·tion** \səb-ˈsəm(p)-shən\ *n* [NL *subsumption-, subsumptio*, fr. *subsumptus*, pp. of *subsumere*] **1** : MINOR PREMISE **2** : something that is subsumed **3** : the act or process of subsuming **4** : the condition of something that is subsumed

**sub·sur·face** \ˈsəb-ˌsər-fəs\ *n* : earth material (as rock) near but not exposed at the surface of the ground — **subsurface** *adj*

**sub·sys·tem** \ˈsəb-ˌsis-təm\ *n* : a secondary or subordinate system

**sub·teen** \ˈsəb-ˈtēn\ *n* : a preadolescent child; *esp* : a girl under 13 years of age for whom clothing in sizes 8–14 is designed

**sub·tem·per·ate** \ˌsəb-ˈtem-p(ə-)rət, -rāt\ *adj* : less than typically temperate (a ~ climate); *also* : of or relating to the colder parts of the temperate zones

**sub·ten·an·cy** \ˈsəb-ˌten-ən-sē\ *n* : the state of being a subtenant

**sub·ten·ant** \ˈsəb-ˌten-ənt\ *n* : one who rents from a tenant

**sub·tend** \ˌsəb-ˈtend, ˈsəb-\ *vt* [L *subtendere* to stretch beneath, fr. *sub-* + *tendere* to stretch — more at THIN] **1 a** : to be opposite to and extend from one side to the other of (a hypotenuse ~s a right angle) **b** : to fix the angular extent of with respect to a fixed point or object taken as the vertex (the angle ~ed at the eye by an object of given width and a fixed distance away) (a central angle ~ed by an arc) **c** : to determine the measure of by marking off the endpoints of (a chord ~s an arc) **2 a** : to underlie so as to include **b** : to embrace or enclose (a bract that ~s a flower)

**sub·ter·fuge** \ˈsəb-tər-ˌfyüj\ *n* [LL *subterfugium*, fr. L *subterfugere* to escape, evade, fr. *subter-* secretly (fr. *subter* underneath) + *fugere* to flee; akin to L *sub* under — more at UP, FUGITIVE] **1** : deception by artifice or stratagem in order to conceal, escape, or evade (employing ~ to get her own way) **2** : a deceptive device or stratagem (malingering or some other ~ is resorted to in order to save face —H. G. Armstrong)

**sub·ter·mi·nal** \ˌsəb-ˈtərm-nəl, -ən-ᵊl, ˈsəb-\ *adj* : situated or occurring near but not precisely at an end (a ~ band of color on the tail feathers) (a ~ collapse)

---

| | | | | |
|---|---|---|---|---|
| **ə** abut | **ᵊ** kitten | **ər** further | **a** back | **ā** bake | **ä** cot, cart |
| **aů** out | **ch** chin | **e** less | **ē** easy | **g** gift | **i** trip | **ī** life |
| **j** joke | **ŋ** sing | **ō** flow | **ȯ** flaw | **ȯi** coin | **th** thin | **th** this |
| **ü** loot | **ů** foot | **y** yet | **yü** few | **yů** furious | **zh** vision |

# EXHIBIT L-36

# NEW COLLEGE EDITION



# THE AMERICAN HERITAGE
# DICTIONARY
## OF THE ENGLISH LANGUAGE

Words that are believed to be registered trademarks have been checked with authoritative sources. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. Words that are known to have current registrations are shown with an initial capital and are also identified as trademarks. The inclusion of any word in this Dictionary is not, however, an expression of the publishers' opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark.

© 1969, 1970, 1971, 1973, 1975, 1976, 1978, 1979, 1980 by Houghton Mifflin Company
All correspondence and inquiries should be directed to
Reference Division, Houghton Mifflin Company
Two Park Street, Boston, Massachusetts 02107

All rights reserved under Bern and Pan-American Copyright Conventions

ISBN: 0-395-20360-0 (new college edition; thumb-indexed)
0-395-20359-7 (new college edition; plain edges)
0-395-24575-3 (high-school edition)
0-395-09066-0 (larger-format edition)

Library of Congress Catalog Card Number 76-86995

Manufactured in the United States of America

Computer-composed by Inforonics, Inc.
in Maynard, Massachusetts

substantial existence. **4.** *Theology.* Hypostasis. —See Synonyms at **livelihood.** —**sub·sis'tent** *adj.*

**sub·soil** (sŭb'soil') *n.* The layer or bed of earth beneath the surface soil. —*tr.v.* **subsoiled,** **-soiling,** **-soils.** To plow or turn up the subsoil of. —**sub'soil'er** *n.*

**sub·so·lar** (sŭb'sō'lər) *adj.* **1.** Situated directly beneath the sun. **2.** Located between the tropics; equatorial.

**sub·son·ic** (sŭb'sŏn'ĭk) *adj.* **1.** Of less than audible frequency. Also "infrasonic." **2.** Having a speed less than that of sound in a designated medium.

**sub·spe·cies** (sŭb'spē'shēz, -sēz) *n., pl.* **subspecies.** A subdivision of a taxonomic species, usually based on geographical distribution. —**sub'spe·cif'ic** (-spə-sĭf'ĭk) *adj.*

**subst.** **1.** substantive. **2.** substitute.

**sub·stance** (sŭb'stəns) *n.* **1.** *Philosophy.* The essential nature of anything, as considered apart from its form or attributes; the primary or basic element that receives modifications. **2.** *Chemistry & Physics.* **a.** Matter. **b.** Material of specified, especially complex, constitution. **3.** The essence of what is said or written; gist. **4. a.** That which is solid or real; reality as opposed to appearance. **b.** A solid or substantial quality or character. **5.** Density; body: *Air has little substance.* **6.** Material possessions; goods; wealth. [Middle English, essence, from Old French, from Latin *substantia,* from *substāns,* present participle of *substāre,* to be present, stand up : *sub-,* from below, up + *stāre,* to stand (see **stā-** in Appendix*).]

**sub·stan·dard** (sŭb'stăn'dərd) *adj.* **1.** Failing to meet a standard; below standard. **2.** Considered unacceptable usage by the educated members of a speech community.

**sub·stan·tial** (səb-stăn'shəl) *adj.* **1.** Of, pertaining to, or having substance; material. **2.** Not imaginary; true; real. **3.** Solidly built; strong. **4.** Ample; sustaining: *a substantial breakfast.* **5.** Considerable in importance, value, degree, amount, or extent: *won by a substantial margin.* **6.** Possessing wealth or property; well-to-do. —*n.* **1.** *Plural.* The essentials. **2.** *Plural.* Solid things. [Middle English *substancial,* from Latin *substantiālis,* from Latin *substantia,* SUBSTANCE.] —**sub·stan'tial·ly** *adv.* —**sub·stan'tial·ness** *n.* —**sub·stan'tial·ty** *n.*

**sub·stan·ti·ate** (səb-stăn'shē-āt') *tr.v.* **-ated, -ating, -ates.** **1.** To support with proof or evidence; verify. **2. a.** To give material form to; embody. **b.** To make firm or solid. **3.** To give substance to; make real or actual. —See Synonyms at **confirm.** [New Latin *substantiāre,* from Latin *substantia,* SUBSTANCE.] —**sub·stan'ti·a'tion** *n.*

**sub·stan·ti·val** (sŭb'stən-tī'vəl) *adj.* Grammar. Of, pertaining to, or of the nature of a substantive. —**sub'stan·ti'val·ly** *adv.*

**sub·stan·tive** (sŭb'stən-tĭv) *adj.* **1.** *Grammar.* **a.** Expressing or designating existence; for example, the verb *to be.* **b.** Independent in existence or function; not subordinate. **2.** Not imaginary; actual; real. **3.** Of or pertaining to the essence or substance of something; essential. **4.** Of substantial amount; considerable. **5.** Having a solid basis; firm. **6.** Expressing or denoting existence; for example, the verb *to be.* **7.** Denoting a noun or noun equivalent. —*n. Abbr.* **s., sb., subst.** A word or group of words functioning as a noun. [Middle English *substantif,* from Old French, from Late Latin *substantīvus,* self-existent, from Latin *substantia,* "thing that exists," SUBSTANCE.] —**sub'stan·tive·ly** *adv.* —**sub'stan·tive·ness** *n.*

**sub·sta·tion** (sŭb'stā'shən) *n.* A subsidiary or branch station, as of a post office.

**sub·stit·u·ent** (səb-stĭch'ōō-ənt) *n.* An atom, radical, or group substituted for another in a compound. —*adj.* Of such an atom or group. [Latin *substituēns,* present participle of *substituere,* to SUBSTITUTE.]

**sub·sti·tute** (sŭb'stĭ-tōōt', -tyōōt') *n. Abbr.* **sub., subst.** **1.** One that takes the place of another; a replacement. **2.** *Grammar.* A word or construction used in place of another word, phrase, or clause. —*v.* **substituted, -tuting, -tutes.** —*tr.* To put or use (a person or thing) in place of another. —*intr.* To take the place of another: "*only art can substitute for nature*" (Leonard Bernstein). [Latin *substitūtus,* a replacement, from the past participle of *substituere,* to substitute : *sub-,* in place of + *statuere,* to cause to stand (see **stā-** in Appendix*).] —**sub'sti·tut'a·bil'i·ty** *n.* —**sub'sti·tut'a·ble** *adj.*

**sub·sti·tu·tion** (sŭb'stə-tōō'shən, -tyōō'shən) *n.* **1. a.** The act of substituting. **b.** The state of being substituted. **2.** That which is substituted. —**sub'sti·tu'tion·al** *adj.* —**sub'sti·tu'tion·al·ly** *adv.*

**sub·sti·tu·tive** (sŭb'stə-tōō'tĭv, -tyōō'tĭv) *adj.* Serving or capable of serving as a substitute.

**sub·strate** (sŭb'strāt') *n.* **1.** The material or substance upon which an enzyme acts. **2.** *Biology.* A surface on which a plant or animal grows or is attached. **3.** A substratum. [From SUB-STRATUM.]

**sub·stra·tum** (sŭb'strā'təm, -străt'əm) *n., pl.* **-ta** (-tə) or **-tums.** **1. a.** An underlying layer. **b.** A layer of earth beneath the surface soil; subsoil. **2.** The foundation or groundwork for something. **3.** *Philosophy.* The characterless substance that supports attributes of reality. **4.** *Biology.* A substrate. [Medieval Latin *substrātum,* from Latin, neuter past participle of *substernere,* to lie under : *sub-,* under + *sternere,* to spread out flat (see **ster-²** in Appendix*).] —**sub·stra'tive** *adj.*

**sub·struc·tion** (sŭb'strŭk'shən) *n.* A foundation; substructure. [Latin *substructiō,* from *substruere* (past participle *substructus*), to build beneath : *sub-,* beneath + *struere,* to build (see **ster-²** in Appendix*).] —**sub·struc'tion·al** *adj.*

**sub·struc·ture** (sŭb'strŭk'chər) *n.* **1.** The supporting part of a structure; a foundation. **2.** The earth bank or bed supporting railroad tracks. —**sub·struc'tur·al** *adj.*

**sub·sume** (sŭb-sōōm', -syōōm') *tr.v.* **-sumed, -suming, -sumes.** To place in a more comprehensive category or under a general principle. [New Latin *subsumere* : Latin *sub-,* under + *sūmere,* to take up (see **em-** in Appendix*).] —**sub·sum'a·ble** *adj.*

**sub·sump·tion** (sŭb-sŭmp'shən) *n.* **1. a.** The act or an instance of subsuming. **b.** Something that is subsumed. **2.** *Logic.* The minor premise of a syllogism. [New Latin *subsumptio,* from *subsumere,* SUBSUME.] —**sub·sump'tive** *adj.*

**sub·tem·per·ate** (sŭb'tĕm'pər-ĭt) *adj.* Of, pertaining to, or occurring within the colder regions of the Temperate Zones.

**sub·ten·ant** (sŭb'tĕn'ənt) *n.* One who rents land, a house, or the like from a tenant. —**sub'ten'an·cy** *n.*

**sub·tend** (səb-tĕnd') *tr.v.* **-tended, -tending, -tends.** **1.** *Geometry.* To be opposite to and delimit: *The side of a triangle subtends the opposite angle.* **2.** To underlie so as to enclose or surround: *flowers subtended by leafy bracts.* [Latin *subtendere,* to extend beneath : *sub-,* beneath + *tendere,* to extend (see **ten-** in Appendix*).]

**sub·ter·fuge** (sŭb'tər-fyōōj') *n.* An evasive tactic used to avoid censure or other awkward confrontation: "*the paltry subterfuge of an anonymous signature*" (R.S. Surtees). See Synonyms at **artifice.** [French, from Late Latin *subterfugium,* from Latin *subterfugere,* to flee secretly : *subter,* secretly (see **up** in Appendix*) + *fugere,* to flee (see **bheug-¹** in Appendix*).]

**sub·ter·ra·ne·an** (sŭb'tə-rā'nē-ən) *adj.* **1.** Situated or operating beneath the earth's surface; underground. **2.** Hidden; secret. [From Latin *subterrāneus* : *sub-,* under + *terra,* earth (see **ters-** in Appendix*).] —**sub'ter·ra'ne·an·ly** *adv.*

**sub·ter·res·tri·al** (sŭb'tə-rĕs'trē-əl) *adj.* Subterranean. —*n.* An animal that lives underground.

**sub·tile** (sŭt'l) *adj.* Subtle. —**sub'tile·ly** *adv.* —**sub·til'i·ty** (-tĭl'ə-tē), **sub'tile·ness, sub'til·ty** *n.*

**sub·til·ize** (sŭt'l-īz') *v.* **-ized, -izing, -izes.** —*tr.* To render subtle. —*intr.* To argue or discuss with subtlety; make fine distinctions. [Medieval Latin *subtilizāre,* from Latin *subtilis,* SUBTLE.] —**sub'til·i·za'tion** *n.*

**sub·ti·tle** (sŭb'tīt'l) *n.* **1.** A secondary and usually explanatory title, as of a literary work. **2. a.** A printed narration or portion of dialogue flashed on the screen between the scenes of a silent film. **b.** A printed translation of the dialogue of a foreign-language film shown at the bottom of the screen.

**sub·tle** (sŭt'l) *adj.* **-tler, -tlest.** **1. a.** So slight as to be difficult to detect or analyze; elusive. **b.** Not immediately obvious; abstruse. **2.** Able to make fine distinctions; keen. **3. a.** Characterized by skill or ingenuity; clever. **b.** Characterized by craft or slyness; devious. **c.** Operating in a hidden and usually injurious way; insidious. [Middle English *sutil, subtil,* thin, fine, clever, ingenious, from Old French, from Latin *subtilis,* thin, fine. See **teks-** in Appendix.*] —**sub'tle·ness** *n.* —**sub'tly** *adv.*

**sub·tle·ty** (sŭt'l-tē) *n., pl.* **-ties.** **1.** The quality or state of being subtle. **2.** Something subtle; especially, a nicety of thought or a fine distinction. —See Synonyms at **tact.**

**sub·ton·ic** (sŭb'tŏn'ĭk) *n. Music.* The seventh tone of a diatonic scale, immediately below the tonic.

**sub·tor·rid** (sŭb'tôr'ĭd, -tŏr'ĭd) *adj.* Subtropical.

**sub·to·tal** (sŭb'tōt'l) *adj.* Less than total; incomplete. —*n.* The total of part of a series of numbers. —*v.* **subtotaled, -taling, -tals.** —*tr.* To total part of (a series of numbers). —*intr.* To arrive at a subtotal.

**sub·tract** (səb-trăkt') *v.* **-tracted, -tracting, -tracts.** —*tr.* To take away; deduct. —*intr.* To perform the arithmetic operation of subtraction. [Latin *subtrahere* (past participle *subtractus*), to draw away : *sub-,* away + *trahere,* to draw (see **tragh-** in Appendix*).] —**sub·tract'er** *n.*

**sub·trac·tion** (səb-trăk'shən) *n.* **1.** The act or process of subtracting; deduction. **2.** The arithmetic process or operation of finding a quantity that when added to one of two quantities produces the other.

**sub·trac·tive** (səb-trăk'tĭv) *adj.* **1.** Producing or involving subtraction. **2.** *Color Technology.* Designating a color produced by light passing through more than one colorant, each of which inhibits certain wavelengths, as in mixtures of pigments. See **primary color.** Compare **additive.** **3.** Designating a photographic process that produces a positive image by superposition or mixing of substances that selectively absorb colored light.

**sub·tra·hend** (sŭb'trə-hĕnd') *n.* A quantity or number to be subtracted from another. [Latin *subtrahendum,* gerundive of *subtrahere,* SUBTRACT.]

**sub·trop·i·cal** (sŭb'trŏp'ĭ-kəl) *adj.* Of, relating to, or being the geographical areas adjacent to the tropics.

**sub·trop·ics** (sŭb'trŏp'ĭks) *pl.n.* Subtropical regions.

**su·bu·late** (sŭb'yə-lĭt) *adj.* *Biology.* Awl-shaped; tapering to a point. [New Latin *subulatus,* from Latin *subula,* awl. See **syu-** in Appendix.*]

**sub·urb** (sŭb'ûrb') *n. Abbr.* **sub.** **1.** A usually residential area or community outlying a city. **2.** *Plural.* The perimeter of country around a major city; environs. Used with *the.* [Middle English, from Old French *suburbe,* from Latin *suburbium* : *sub-,* near + *urbs,* city (see **urban**).]

**sub·ur·ban** (sə-bûr'bən) *adj. Abbr.* **sub.** **1.** Of, pertaining to, or characteristic of a suburb or life in a suburb. **2.** Located or residing in a suburb. **3.** The culture, manners, and customs typical of life in the suburbs. —*n.* A suburbanite.

**sub·ur·ban·ite** (sə-bûr'bə-nīt') *n.* One who lives in a suburb.

**sub·ur·bi·a** (sə-bûr'bē-ə) *n.* **1.** Suburbs or suburbanites collectively. **2.** Suburbanites as a cultural class.

**sub·ur·bi·car·i·an** (sə-bûr'bĭ-kâr'ē-ən) *adj.* Designating any of the six dioceses surrounding Rome of which the pope is metropolitan. [From Late Latin *suburbicārius,* situated near Rome : *sub-,* near + *urbicārius,* of the city (especially Rome), from Latin *urbicus,* from *urbs,* city (see **urban**).]

ă pat/ā pay/âr care/ä father/b bib/ch church/d deed/ĕ pet/ē be/f fife/g gag/h hat/hw which/ĭ pit/ī pie/îr pier/j judge/k kick/l lid, needle/m mum/n no, sudden/ng thing/ŏ pot/ō toe/ô paw, for/oi noise/ou out/ōō took/ōō boot/p pop/r roar/s sauce/sh ship, dish/

# EXHIBIT L-37

# NEW COLLEGE EDITION



# THE AMERICAN HERITAGE
# DICTIONARY
## OF THE ENGLISH LANGUAGE

Words that are believed to be registered trademarks have been checked with authoritative sources. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. Words that are known to have current registrations are shown with an initial capital and are also identified as trademarks. The inclusion of any word in this Dictionary is not, however, an expression of the publishers' opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark.

© 1969, 1970, 1971, 1973, 1975, 1976, 1978, 1979, 1980 by Houghton Mifflin Company
All correspondence and inquiries should be directed to
Reference Division, Houghton Mifflin Company
Two Park Street, Boston, Massachusetts 02107

All rights reserved under Bern and Pan-American Copyright Conventions

ISBN: 0-395-20360-0 (new college edition; thumb-indexed)
      0-395-20359-7 (new college edition; plain edges)
      0-395-24575-3 (high-school edition)
      0-395-09066-0 (larger-format edition)

Library of Congress Catalog Card Number 76-86995

Manufactured in the United States of America

Computer-composed by Inforonics, Inc.
in Maynard, Massachusetts

**o·ver·ex·pose** (ō'vər-ĭk-spōz') tr.v. -posed, -posing, -poses. **1.** To expose too long or too much. **2.** *Photography.* To expose (a film or plate) too long or with too much light. —**o'ver·ex·po'sure** n.

**o·ver·ex·tend** (ō'vər-ĭk-stĕnd') tr.v. -tended, -tending, -tends. To expand or disperse (one's defenses, for example) beyond a safe or reasonable limit. —**o'ver·ex·ten'sion** n.

**o·ver·flow** (ō'vər-flō') v. -flowed, -flowing, -flows. —intr. **1.** To flow or run over the top, brim, or banks. **2.** To be filled beyond capacity, as a container or waterway. **3.** To have a boundless supply; be superabundant: *overflowing with gratitude.* —tr. **1.** To flow over the top, brim, or banks of. **2.** To spread or cover over; flood. **3.** To cause to fill beyond capacity. —n. (ō'vər-flō'). **1.** The act of overflowing. **2.** That which flows over; an excess of capacity. **3.** An outlet or vent through which excess liquid may escape.

**o·ver·gar·ment** (ō'vər-gär'mənt) n. An outer garment.

**o·ver·glaze** (ō'vər-glāz') n. An outer coat of glaze on a piece of pottery. —tr.v. (ō'vər-glāz', ō'vər-glāz'), overglazed, -glazing, -glazes. To apply an overglaze to.

**o·ver·grow** (ō'vər-grō', ō'vər-grō') v. -grew (-grōō'), -grown, -growing, -grows. —tr. **1.** To spread over with growth. **2.** To grow too large for. —intr. To grow beyond normal size.

**o·ver·growth** (ō'vər-grōth') n. **1.** A growth over or upon something. **2.** Excessively abundant or luxuriant growth.

**o·ver·hand** (ō'vər-hănd') adj. Also **o·ver·hand·ed** (ō'vər-hăn'-dĭd). **1.** Thrown, struck, or executed with the hand above the level of the shoulder. **2.** Sewn with stitches drawing two edges together, with each stitch passing over the seam formed by the edges. —adv. In an overhand manner. —n. **1.** An overhand throw, stroke, or delivery. **2.** An overhand stitch or seam. —tr.v. overhanded, -handing, -hands. To sew with an overhand seam or stitches.

**overhand knot.** A knot formed by making a loop in a piece of cord and pulling the end through it. Also called "single knot."

**o·ver·hang** (ō'vər-hăng') v. -hung (-hŭng'), -hanging, -hangs. —tr. **1.** To project or extend beyond. **2.** To threaten or menace; loom over. **3.** To ornament with hangings. —intr. To hang or project over something. —n. (ō'vər-hăng'). **1.** A projecting part of something, as an architectural structure or rock formation. **2.** The amount of projection: *an overhang of six inches.*

**o·ver·haul** (ō'vər-hôl', ō'vər-hôl') tr.v. -hauled, -hauling, -hauls. **1.** a. To examine or go over carefully for needed repairs. b. To dismantle in order to make repairs. c. *Nautical.* To slacken (a line) or to release and separate the blocks of (a tackle). **2.** To make all needed repairs on; fix; renovate. **3.** To catch up with; overtake. —n. (ō'vər-hôl'). A repair job; renovation.

**o·ver·head** (ō'vər-hĕd') adj. **1.** Located or functioning above the level of the head: *an overhead light.* **2.** Of or pertaining to the operating expenses of a business concern. —n. (ō'vər-hĕd'). **1.** The operating expenses of a business, including the costs of rent, utilities, interior decoration, and taxes, and excluding labor and materials. **2.** The top surface in an enclosed space of a ship. **3.** Something located above head height, as a light fixture. —adv. (ō'vər-hĕd'). Over or above the level of the head: *look overhead.*

**o·ver·hear** (ō'vər-hîr') tr.v. -heard (-hûrd'), -hearing, -hears. To hear (something spoken or someone speaking) without being addressed by the speaker. —**o'ver·hear'er** n.

**o·ver·heat** (ō'vər-hēt') tr.v. heated, -heating, -heats. —tr. **1.** To heat too hot. **2.** To cause to become hot or excited: *overheated by a sharp exchange of insults.* —intr. To become overheated.

**O·ver·ijs·sel** (ō'vər-ī'səl). A province of the Netherlands, 1,318 square miles in area, in the northeastern part of the country. Population, 861,000. Capital, Zwolle.

**o·ver·in·dulge** (ō'vər-ĭn-dŭlj') v. -dulged, -dulging, -dulges. —tr. To indulge excessively; gratify too much or unwisely. —intr. To indulge in something to excess. —**o'ver·in·dul'gence** n. —**o'ver·in·dul'gent·ly** adv.

**o·ver·joyed** (ō'vər-joid') adj. Filled with joy; delighted.

**o·ver·kill** (ō'vər-kĭl') n. **1.** Nuclear destructive capacity exceeding the amount needed to destroy an enemy. **2.** Any greatly excessive action or response: *government overkill in dealing with dissent.* **3.** Excessive killing.

**o·ver·lad·en** (ō'vər-lād'n) adj. Overloaded; overburdened.

**o·ver·land** (ō'vər-lănd', -lənd) adv. Proceeding over or traversing land: *an overland journey.* —adv. By way of land.

**o·ver·lap** (ō'vər-lăp') v. -lapped, -lapping, -laps. —tr. **1.** To lie or extend over and cover part of. **2.** To have an area or range in common with; coincide partly with. —intr. **1.** To lie over and partly cover something. **2.** To coincide partly: *Their duties overlap.* —n. (ō'vər-lăp'). **1.** A part or portion that overlaps or is overlapped. **2.** An instance of overlapping.

**o·ver·lay** (ō'vər-lā') tr.v. -laid, -laying, -lays. **1.** To lay or spread over or upon. **2. a.** To cover or decorate the surface of. Followed by *with*: *overlay wood with silver.* b. To embellish superficially: *a simple tune overlaid with ornate harmonies.* **3.** *Printing.* To put an overlay upon. —n. (ō'vər-lā'). **1.** Something that is laid over or covers something else. **2.** A layer of decoration, such as gold leaf or wood veneer, applied to a surface. **3.** *Printing.* A piece of paper used on a press tympan to vary the pressure that produces light and dark tones. **4.** A transparent sheet containing graphic matter, such as labels or colored areas, placed on illustrative matter to be incorporated into it.

*Usage: Overlay* (verb) and *overlie* are both transitive and agree in basic sense. But *overlay* applies principally to the act of superimposing, as a carpenter *overlays* plywood with veneer, or a writer *overlays* a simple story with a cryptic style. The ply-

wood and the story are thus *overlaid.* *Overlie* pertains to the act of lying over or resting upon something, as sand *overlies* bedrock (which is thus *overlain*).

**o·ver·leap** (ō'vər-lēp') tr.v. -leaped or -leapt (-lĕpt'), -leaping, -leaps. **1.** To leap across or over. **2.** To pass over; omit; ignore: *The report overlaps all but the most essential points.* —**overleap oneself.** To miss by leaping too far.

**o·ver·lie** (ō'vər-lī') tr.v. -lay, -lain, -laying, -lies. **1.** To lie over or upon. See Usage note at **overlay.** **2.** To smother by lying upon (an infant or other newborn creature).

**o·ver·load** (ō'vər-lōd') tr.v. -loaded, -loading, -loads. To load too heavily. —n. (ō'vər-lōd'). An excessive load.

**o·ver·long** (ō'vər-lông', -lŏng') adj. Excessively long. —**o'ver·long'** adv.

**o·ver·look** (ō'vər-lŏŏk') tr.v. -looked, -looking, -looks. **1.** To look over or at from a higher place. **2.** To rise above, especially so as to afford a view over: *The tower overlooks the sea.* **3.** To fail to notice or consider; miss. **4.** To ignore deliberately or indulgently; disregard. **5.** To look over; examine. **6.** To watch over; supervise; oversee. **7.** To cast a spell with an evil eye. —n. (ō'vər-lŏŏk'). **1.** An elevated place that affords an extensive view. **2.** An act or instance of overlooking something.

**o·ver·lord** (ō'vər-lôrd') n. **1.** A lord having power or supremacy over another or other lords. **2.** One who is in a position of supremacy or domination over others. —**o'ver·lord'ship** n.

**o·ver·ly** (ō'vər-lē) adv. To an excessive degree; too: *''To my eye it seems not to be overly peopled.''* (James Fenimore Cooper).

*Usage: Overly* is acceptable in writing to 60 per cent of the Usage Panel. But its sense is expressed more concisely, and just as properly, by the many adjectives and adverbs formed with *over-*, such as *overcautious* (for *overly cautious*), *overfast.*

**o·ver·man** (ō'vər-măn, -măn' *for sense 1;* ō'vər-măn' *for sense 2*) n., pl. -men (-mĭn, -mĕn). **1.** A man having authority over others; especially, an overseer or foreman. **2.** The Nietzschean superman. —*tr.v.* (ō'vər-măn') To overpower, overman, -manning, -mans. To provide with more men than are needed.

**o·ver·mas·ter** (ō'vər-măs'tər, -mäs'tər) tr.v. -tered, -tering, -ters. To overpower; overcome.

**o·ver·match** (ō'vər-măch') tr.v. -matched, -matching, -matches. **1.** To be more than the match of; exceed. **2.** To match with a superior opponent. —n. (ō'vər-măch'). A contest in which one opponent is distinctly superior.

**o·ver·much** (ō'vər-mŭch') adj. Too much; excessive. —adv. In too great a degree. —n. (ō'vər-mŭch', ō'vər-mŭch'). An excessive amount.

**o·ver·night** (ō'vər-nīt') adj. **1.** Lasting for, extending over, or remaining during a night: *an overnight journey.* **2.** For use over a single night or for a short journey. —adv. (ō'vər-nīt'). **1.** During or for the length of the night. **2.** On the preceding night or evening. **3.** In or as if in the course of one night; suddenly: *The situation changed overnight.*

**o·ver·pass** (ō'vər-păs', -päs') n. A passage, roadway, or bridge that crosses above another roadway or thoroughfare. —tr.v. (ō'vər-păs', -päs', -päs') overpassed or -past, -passing, -passes. **1.** To pass over or across; traverse. **2.** To go beyond; exceed; surpass. **3.** To overlook; disregard.

**o·ver·pay** (ō'vər-pā') v. -paid, -paying, -pays. —tr. **1.** To pay (someone) too much. **2.** To pay an amount in excess of (a sum due). —intr. To pay too much. —**o'ver·pay'ment** n.

**o·ver·per·suade** (ō'vər-pər-swād') tr.v. -suaded, -suading, -suades. To persuade (someone) contrary to inclination. —**o'ver·per·sua'sion** n.

**o·ver·play** (ō'vər-plā') tr.v. -played, -playing, -plays. **1.** To play (a dramatic role) in an exaggerated manner; overact. **2.** To overestimate the strength of (one's holding or position) and thus contribute to one's own defeat. Used chiefly in the phrase *overplay one's hand.* **3.** To hit (a golf ball) beyond the green.

**o·ver·plus** (ō'vər-plŭs') n. An amount in excess of need.

**o·ver·pow·er** (ō'vər-pou'ər) tr.v. -ered, -ering, -ers. **1.** To overcome or vanquish by superior force; subdue. **2.** To affect so strongly as to make helpless or ineffective; overwhelm. **3.** To furnish with excessive mechanical power.

**o·ver·pow·er·ing** (ō'vər-pou'ər-ĭng) adj. So strong as to overpower; overwhelming. —**o'ver·pow'er·ing·ly** adv.

**o·ver·price** (ō'vər-prīs') tr.v. -priced, -pricing, -prices. To put too high a price on.

**o·ver·print** (ō'vər-prĭnt') tr.v. -printed, -printing, -prints. To imprint over something already printed; especially, to print over (printed images) with another color. —n. (ō'vər-prĭnt'). **1.** A mark or impression made by overprinting. **2.** a. A mark or words printed over a postage stamp to note a change in use or a special occasion. b. A stamp so marked.

**o·ver·pro·duce** (ō'vər-prə-dōōs', -dyōōs') tr.v. -duced, -ducing, -duces. To produce too much of. —**o'ver·pro·duc'tion** (ō'vər-prə-dŭk'shən) n.

**o·ver·proof** (ō'vər-prōōf') adj. Containing a greater proportion of alcohol than proof spirit; especially, containing more than 50% alcohol by volume.

**o·ver·rate** (ō'vər-rāt') tr.v. -rated, -rating, -rates. To rate too highly; overestimate the merits of.

**o·ver·reach** (ō'vər-rēch') v. -reached, -reaching, -reaches. —tr. **1.** To reach or extend over or beyond. **2.** To miss by reaching too far or attempting too much: *overreach a goal.* **3.** To defeat (oneself) by going too far, doing or trying to gain too much, or by being too cunning. **4.** To get the better of; trick; outwit. —intr. **1.** To reach or go too far. **2.** To outwit others; cheat. **3.** To strike the front part of a hind foot against the rear or side part of a forefoot or foreleg on the same side of the body. —**o'ver·reach'er** n.


overpass

# EXHIBIT L-38

Case 1:06-cv-00726-LP     Document 562-2     Filed 09/04/2008     Page 2 of 5



Merriam Webster's Collegiate Dictionary

TENTH EDITION



# Merriam-Webster's Collegiate® Dictionary

## TENTH EDITION

Merriam-Webster, Incorporated
Springfield, Massachusetts, U.S.A.



## A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 1994 by Merriam-Webster, Incorporated

Philippines Copyright 1994 by Merriam-Webster, Incorporated

Library of Congress Cataloging in Publication Data
Main entry under title:

Merriam-Webster's collegiate dictionary. — 10th ed.
     p.     cm.
   ISBN 0-87779-708-0 (unindexed). — ISBN 0-87779-709-9 (indexed).
 — ISBN 0-87779-710-2 (deluxe). — ISBN 0-87779-707-2 (laminated cover).
   1. English language—Dictionaries.
PE1628.M36     1994
423—dc20
                                        93-32603
                                         CIP

Merriam-Webster's Collegiate® Dictionary, Tenth Edition principal copyright 1993

COLLEGIATE is a registered trademark of Merriam-Webster, Incorporated

All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

Made in the United States of America

9101112RMcN94

**over·ca·pac·i·ty** \ˌō-vər-kə-'pa-sə-tē, -'pas-tē\ *n* (1928) : excessive capacity for production or services in relation to demand
**over·cap·i·tal·ize** \-'ka-pə-tᵊl-ˌīz, -'kap-tᵊl-\ *vt* (1890) **1** : to put a nominal value on the capital of (a corporation) higher than actual cost or fair market value **2** : to capitalize beyond what the business or the profit-making prospects warrant — **over·cap·i·tal·i·za·tion** \-ˌka-pə-tᵊl-ə-'zā-shən, -ˌkap-tᵊl-\ *n*
¹**over·cast** \'ō-vər-ˌkast, ˌō-vər-'\ *vb* **-cast; -cast·ing** (14c) **1** : DARKEN, OVERSHADOW **2** \'ō-vər-ˌ\ : to sew (raw edges of a seam) with long slanting widely spaced stitches to prevent raveling
²**over·cast** \'ō-vər-ˌkast, ˌō-vər-'\ *adj* (1536) : clouded over ⟨an ~ day⟩
³**over·cast** \'ō-vər-ˌkast\ *n* (1686) : COVERING; *esp* : a covering of clouds over the sky
**over·cast·ing** \'ō-vər-ˌkas-tiŋ\ *n* (1885) : the act of stitching raw edges of fabric to prevent raveling; *also* : the stitching so done
**overcast stitch** *n* (1891) : a small close embroidery stitch sometimes done over a foundation thread and used to form outlines


overcast stitch

**over·charge** \ˌō-vər-'chärj\ *vt* (14c) **1** : to charge too much or too fully **2** : to fill too full **3** : EXAGGERATE, OVERDRAW ~ *vi* : to make an excessive charge — **over·charge** \'ō-vər-ˌ\ *n*
**over·cloud** \ˌō-vər-'klaúd\ *vt* (1592) : to overspread with or as if with clouds
**over·coat** \'ō-vər-ˌkōt\ *n* (1802) **1** : a warm coat worn over indoor clothing **2** : a protective coating (as of paint)
**over·come** \ˌō-vər-'kəm\ *vb* **-came** \-'kām\; **-come; -com·ing** [ME, fr. OE *ofercuman,* fr. *ofer* over + *cuman* to come] *vt* (bef. 12c) **1** : to get the better of : SURMOUNT ⟨~ difficulties⟩ **2** : OVERWHELM ~ *vi* : to gain the superiority : WIN *syn* see CONQUER — **over·com·er** *n*
**over·com·mit** \-kə-'mit\ *vt* (1951) : to commit excessively : as **a** : to obligate (as oneself) beyond the ability for fulfillment **b** : to allocate (resources) in excess of the capacity for replenishment — **over·com·mit·ment** \-mənt\ *n*
**over·com·pen·sa·tion** \ˌō-vər-ˌkäm-pən-'sā-shən, -ˌpen-\ *n* (1912) : excessive compensation; *specif* : excessive reaction to a feeling of inferiority, guilt, or inadequacy leading to an exaggerated attempt to overcome the feeling — **over·com·pen·sate** \-'käm-pən-ˌsāt\ *vb* — **over·com·pen·sa·to·ry** \-kəm-'pen(t)-sə-ˌtōr-ē, -ˌtor-\ *adj*
**over·crowd** \ˌō-vər-'kraúd\ *vt* (1766) **1** : to cause to be too crowded ~ *vi* : to crowd together too much
**over·cut** \-'kət\ *vt* (1906) : to cut excessively; *specif* : to cut timber from (a forest) in excess of annual growth or an allotted annual amount
**over·de·ter·mined** \-di-'tər-mənd\ *adj* (1915) **1** : excessively determined **2** : having more than one determining psychological factor
**over·de·vel·op** \ˌō-vər-di-'ve-ləp\ *vt* (1869) : to develop excessively; *esp* : to subject (exposed photographic material) to a developing solution for excessive time or at excessive temperature, agitation, or concentration — **over·de·vel·op·ment** \-mənt\ *n*
**over·do** \ˌō-vər-'dü\ *vb* **-did** \-'did\; **-done** \-'dən\; **-do·ing** \-'dü-iŋ\; **-does** \-'dəz\ *vt* (bef. 12c) **1 a** : to do in excess **b** : to use to excess **2** : EXHAUST ~ *vi* : to go to extremes
**over·dog** \'ō-vər-ˌdôg\ *n* [*over* + *under*dog] (1938) : one that is dominant or victorious
**over·dom·i·nance** \ˌō-vər-'dä-mə-nən(t)s, -'däm-nən(t)s\ *n* (1947) : the condition wherein a heterozygote produces a phenotype more extreme or better adapted than that of the homozygote — **over·dom·i·nant** \-nənt\ *adj*
¹**over·dose** \ˌō-vər-'dōs\ *n* (1700) **1** : too great a dose (as of a therapeutic agent); *also* : a lethal or toxic amount (as of a drug) **2** : an excessive quantity or amount ⟨an ~ of sports⟩ — **over·dos·age** \ˌō-vər-'dō-sij\ *n*
²**over·dose** \ˌō-vər-'dōs\ *vb* (1727) **1** : to give an overdose or too many doses to ~ *vi* : to take or experience an overdose — usu. used with *on*
**over·draft** \'ō-vər-ˌdraft\ *n* (1878) **1** : an act of overdrawing at a bank : the state of being overdrawn; *also* : the sum overdrawn : LINE OF CREDIT
**over·draw** \ˌō-vər-'drô\ *vb* **-drew** \-'drü\; **-drawn** \-'drón\; **-draw·ing** *vt* (1734) **1** : to draw checks on (a bank account) for more than the balance (the account was *overdrawn*) **2** : EXAGGERATE, OVERSTATE ~ *vi* : to make an overdraft
**over·drawn** *adj* (1866) : having an overdrawn account
¹**over·dress** \ˌō-vər-'dres\ *vt* (1706) : to dress or adorn to excess ~ *vi* : to dress oneself to excess
²**over·dress** \'ō-vər-ˌdres\ *n* (1812) : a dress worn over another
**over·drive** \'ō-vər-ˌdrīv\ *n* (1926) **1** : an automotive transmission gear that transmits to the drive shaft a speed greater than engine speed **2** : a state of heightened activity ⟨going into rhetorical ~⟩
¹**over·dub** \ˌō-vər-'dəb\ *n* (ca. 1965) **1** : the act or an instance of overdubbing **2** : recorded sound that is overdubbed (vocal ~s)
²**over·dub** \ˌō-vər-'dəb\ *vt* (1967) : to transfer (recorded sound) onto a recording that bears sound recorded earlier in order to produce a combined effect
**over·due** \-'dü, -'dyü\ *adj* (1845) **1 a** : unpaid when due **b** : delayed beyond an appointed time **2** : too great : EXCESSIVE **3** : more than ready
**over·eat** \ˌō-vər-'ēt\ *vi* **over·ate** \-'āt\; **over·eat·en** \-'ē-tᵊn\; **over·eat·ing** (1591) : to eat to excess — **over·eat·er** \ˌō-vər-'ē-tər, 'ō-vər-ˌ\ *n*
**over·ex·pose** \ˌō-vər-ik-'spōz\ *vt* (1869) : to expose excessively; *esp* : to expose (as film) to excessive radiation (as light) — **over·ex·po·sure** \-'spō-zhər\ *n*
**over·ex·tend** \ˌō-vər-ik-'stend\ *vt* (1937) : to extend or expand beyond a safe or reasonable point; *esp* : to commit (oneself) financially beyond what can be paid — **over·ex·ten·sion** \-'sten(t)-shən\ *n*
**over·fa·tigue** \ˌō-vər-fə-'tēg\ *n* (1727) : excessive fatigue esp. when carried beyond the recuperative capacity of the individual — **over·fa·tigued** \-'tēgd\ *adj*
**over·feed** \ˌō-vər-'fēd\ *vb* **-fed** \-'fed\; **-feed·ing** *n* (1608) : to feed to excess ~ *vi* : to eat to excess

**over·fill** \-'fil\ *vt* (13c) : to fill to overflowing ~ *vi* : to become full to overflowing
**over·fish** \-'fish\ *vt* (1867) : to fish to the detriment of (a fishing ground) or to the depletion of (a kind of organism)
**over·flight** \'ō-vər-ˌflīt\ *n* (1950) : a passage over an area in an airplane
**over·flow** \ˌō-vər-'flō\ *vt* (bef. 12c) **1** : to cover with or as if with water : INUNDATE **2** : to flow over the brim of **3** : to cause to overflow ~ *vi* **1** : to flow over bounds **2** : to fill a space to capacity and spread beyond its limits (the crowd ~ed into the street)
²**over·flow** \'ō-vər-ˌflō\ *n* (1589) **1** : a flowing over : INUNDATION **2** : something that flows over : SURPLUS **3** : an outlet or receptacle for surplus liquid
**over·fly** \ˌō-vər-'flī\ *vt* **-flew** \-'flü\; **-flown** \-'flōn\; **-fly·ing** (14c) : to fly over; *esp* : to pass over in an airplane or spacecraft
**over·gar·ment** \'ō-vər-ˌgär-mənt\ *n* (15c) : an outer garment
**over·glaze** \'ō-vər-ˌglāz\ *adj* (1870) : applied or suitable for applying on top of a fired glaze ⟨~ enamels⟩ — **overglaze** *n*
**over·graze** \ˌō-vər-'grāz\ *vt* (1919) : to allow animals to graze (as a pasture) to the point of damaging vegetational cover
**over·grow** \ˌō-vər-'grō\ *vb* **-grew** \-'grü\; **-grown** \-'grōn\; **-grow·ing** *vt* (14c) **1** : to grow over so as to cover with herbage **2** : to grow beyond or rise above : OUTGROW ~ *vi* **1** : to grow excessively **2** : to become grown over — **over·growth** \ˌō-vər-'grōth\ *n*
**overgrown** *adj* (1604) **1** : grown abnormally or excessively large (dismissed him as an ~ adolescent)
¹**over·hand** \'ō-vər-ˌhand\ *adj* (1656) : made with the hand brought forward and down from above shoulder level — **overhand** *adv* — **over·hand·ed** \ˌō-vər-'han-dəd\ *adv or adj*
²**overhand** *n* (1871) : to sew with short vertical stitches
³**overhand** *n* (ca. 1934) : an overhand stroke (as in handball)
**overhand knot** *n* (1840) : a small knot often used to prevent the end of a cord from fraying — see KNOT illustration
¹**over·hang** \ˌō-vər-'haŋ, ˌō-vər-'\ *vb* **-hung** \-'həŋ, -'həŋ\; **-hang·ing** *vt* (1592) **1** : to project over **2** : to impend over : THREATEN ~ *vi* : to project so as to be over something
²**over·hang** \'ō-vər-ˌhaŋ\ *n* (1864) **1** : the part of the bow or stern of a ship that projects over the water above the waterline **2** : something that overhangs; *also* : the extent of the overhanging **3** : a projection of the roof or upper story of a building beyond the wall of the lower part **4** : an excess supply of a commodity that cannot be readily converted, sold, or disposed of (dollar ~s) (inventory ~s)
**over·haul** \ˌō-vər-'hôl\ *vt* (1705) **1 a** : to examine thoroughly **b** (1) : REPAIR (2) : to renovate, revise, or renew thoroughly **2** : to haul or drag over **3** : OVERTAKE — **over·haul** \'ō-vər-ˌhôl\ *n*
¹**over·head** \ˌō-vər-'hed\ *adv* (15c) : above one's head : ALOFT
²**over·head** \'ō-vər-ˌhed\ *adj* (1874) **1 a** : operating, lying, or coming from above **b** : having the driving part above the part driven (valves operated by an ~ camshaft) **2** : of or relating to overhead (~ costs)
³**over·head** \'ō-vər-ˌhed\ *n* (1914) **1** : business expenses (as rent, insurance, or heating) not chargeable to a particular part of the work or product **2** : CEILING; *esp* : the ceiling of a ship's compartment **3** : a stroke in a racket game made above head height : SMASH
**overhead projector** *n* (1951) : a projector for projecting onto a vertical screen magnified images of graphic material on a horizontal transparency illuminated from below — called also *overhead*
**over·hear** \ˌō-vər-'hir\ *vb* **-heard** \-'hərd\; **-hear·ing** \-'hir-iŋ\ *vt* (1549) : to hear without the speaker's knowledge or intention ~ *vi* : to overhear something
**over·heat** \-'hēt\ *vt* (14c) **1** : to heat to excess **2** : to stimulate or overstimulate ~ *vi* : to become heated beyond a safe or desirable point
**over·heat·ed** \-'hē-təd\ *adj* (1953) : PERFERVID
**over·is·sue** \ˌō-vər-'i-(ˌ)shü\ *n* (1803) : an issue exceeding the limit of capital, credit, or authority — **over·is·su·ance** \-'i-shə-wən(t)s\ *n* — **overissue** *vt*
**over·joyed** \-'jóid\ *adj* (1594) : feeling great joy
**over·kill** \'ō-vər-ˌkil\ *n* (1957) : to obliterate (a target) with more nuclear force than required
²**over·kill** \'ō-vər-ˌkil\ *n* (1958) **1** : a destructive capacity greatly exceeding that required for a given target **2** : an excess of something (as a quantity or an action) beyond what is required or suitable for a particular purpose ⟨a propaganda ~⟩ ⟨an ~ in weaponry⟩ **3** : killing in excess of what is intended or required
¹**over·land** \'ō-vər-ˌland, -lənd\ *adv* (12c) : by, on, or across land
²**overland** *adj* (1800) : going or accomplished over the land instead of by sea (~ emigrants) (an ~ route)
**over·lap** \ˌō-vər-'lap\ *vt* (1726) **1** : to extend over or past and cover a part of **2** : to have something in common with ~ *vi* **1** : to occupy the same area in part : lap over **2** : to have something in common — **over·lap** \'ō-vər-ˌlap\ *n*
²**over·lap** \'ō-vər-ˌlap\ *n* (1813) : an area or a part that overlaps
¹**over·lay** \ˌō-vər-'lā\ *vt* **-laid** \-'lād\; **-lay·ing** (14c) **1 a** : to lay or spread over or across : SUPERIMPOSE **b** : to prepare an overlay for **2** : OVERLIE 2
²**over·lay** \'ō-vər-ˌlā\ *n* (1794) **1** : a covering either permanent or temporary : as **a** : an ornamental veneer **b** : a decorative and contrasting design or article placed on top of a plain one **c** : a transparent sheet containing graphic matter to be superimposed on another sheet
**over·leaf** \'ō-vər-ˌlēf, -'lēf\ *adv* (1843) : on the other side of a leaf (as of a book)
**over·leap** \ˌō-vər-'lēp\ *vt* **-leaped** *or* **-leapt** \-'lept\ *also* -'lēpt\; **-leap·ing** \-'lē-piŋ\ (bef. 12c) **1** : to leap over or across **2** : to defeat (oneself) by going too far
**over·learn** \-'lərn\ *vi* (1874) : to continue to study or practice after attaining proficiency
**over·lie** \-'lī\ *vt* **-lay** \-'lā\; **-lain** \-'lān\; **-ly·ing** \-'lī-iŋ\ (13c) **1** : to lie over or upon **2** : to cause the death of by lying upon
¹**over·look** \-'lúk\ *vt* (14c) **1** : to look over : INSPECT **2 a** : to look

\a\ abut \ᵊ\ kitten, F table \ər\ further \a\ ash \ā\ ace \ä\ mop, mar \aú\ out \ch\ chin \e\ bet \ē\ easy \g\ go \i\ hit \ī\ ice \j\ job \ŋ\ sing \ō\ go \ô\ law \ói\ boy \th\ thin \t͟h\ the \ü\ loot \ú\ foot \y\ yet \zh\ vision \ȧ, k, ⁿ, œ, œ̄, ᵫ, ᵫ̄, ʏ\ *see* Guide to Pronunciation

# EXHIBIT L-39

# United States Patent [19]

**Kakuda et al.**

[11] **Patent Number:** 5,162,933

[45] **Date of Patent:** Nov. 10, 1992

[54] **ACTIVE MATRIX STRUCTURE FOR LIQUID CRYSTAL DISPLAY ELEMENTS WHEREIN EACH OF THE GATE/DATA LINES INCLUDES AT LEAST A MOLYBDENUM-BASE ALLOY LAYER CONTAINING 0.5 TO 10 WT. % OF CHROMIUM**

[75] Inventors: **Nobuhiko Kakuda; Tsutomu Wada, Fuchu; Kinya Kato, Iruma; Tadamichi Kawada, Urawa; Masamichi Okamura, Tokorozawa; Shigeo Aoki; Yasuhiro Ukai, both of Kobe; Kiyoshi Taruta, Matsubara; Tomihisa Sunata, Miki; Hiroshi Saito; Takanobu Nakagawa, both of Kobe, all of Japan**

[73] Assignees: **Nippon Telegraph and Telephone Corporation, Tokyo; Hosiden Corporation, Osaka, both of Japan**

[21] Appl. No.: **697,991**

[22] Filed: **May 10, 1991**

[30]  **Foreign Application Priority Data**

May 16, 1990 [JP]  Japan .................................. 2-124075
May 16, 1990 [JP]  Japan .................................. 2-124076
May 16, 1990 [JP]  Japan .................................. 2-124080
May 16, 1990 [JP]  Japan .................................. 2-124081

[51] Int. Cl.⁵ ......................... G02F 1/13; H01L 27/12
[52] U.S. Cl. ...................................... **359/59;** 359/67; 359/87; 257/59
[58] Field of Search ..................... 359/59, 87, 4, 23.7, 359/62

[56]  **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,770,498 | 9/1988 | Aoki et al. ............................ | 359/59 |
| 4,810,060 | 3/1989 | Ukai ..................................... | 359/59 |
| 4,821,092 | 4/1989 | Noguchi ................................ | 359/59 |
| 4,853,296 | 8/1989 | Fukuyoshi ............................ | 359/87 |
| 4,869,576 | 9/1989 | Aoki et al. ............................ | 359/59 |
| 4,906,072 | 3/1990 | Kaneko et al. ....................... | 359/87 |
| 4,948,231 | 8/1990 | Aoki et al. ............................ | 359/59 |

*Primary Examiner*—William L. Sikes
*Assistant Examiner*—Huy K. Mai
*Attorney, Agent, or Firm*—Pollock, Vande Sande and Priddy

[57]  **ABSTRACT**

In an active matrix structure for liquid crystal display elements which includes pixel electrodes arranged in a matrix form on a glass base plate, thin film transistors having their drains connected to the pixel electrodes, respectively, data lines each connected to sources of the thin film transistors of one column and gate lines connected to gates of the thin film transistors of one row, there are provided in the same plane a light blocking layer disposed opposite each of the thin film transistors across an insulating layer, a storage capacitance electrode disposed partly opposite each of the pixel electrodes across the insulating layer and storage capacitance lines for interconnecting the capacitance electrodes. The light blocking layers, the storage capacitance electrodes and the storage capacitance lines are formed of the same material and at the same time.

**20 Claims, 6 Drawing Sheets**



Case 6:07-cv-00726-JKG   Document 432-6   Filed 09/04/2008   Page 3 of 17

## FIG. 1 PRIOR ART



## FIG. 2 PRIOR ART



Case 1:05-cv-00726-NF    Document 432-6    Filed 09/04/2008    Page 24 of 17

# FIG. 3



# FIG. 4



Case 1:04-cv-00726-???    Document 432-6    Filed 09/04/2008    Page 3 of 17

# FIG. 5



Case 1:06-cv-00726-JJF Document 432-6 Filed 09/04/2008 Page 9 of 17

# FIG. 6



# FIG. 7



Case 1:06-cv-00726-JJF    Document 432-6    Filed 09/04/2008    Page 7 of 17

## FIG. 8



## FIG. 9



Case 1:cv-00726-LY   Document 432-5   Filed 09/04/2008   Page 93 of 17

## FIG. 10



## FIG. 11



## FIG. 12



## FIG. 13



5,162,933

**1**

**2**

# ACTIVE MATRIX STRUCTURE FOR LIQUID CRYSTAL DISPLAY ELEMENTS WHEREIN EACH OF THE GATE/DATA LINES INCLUDES AT LEAST A MOLYBDENUM-BASE ALLOY LAYER CONTAINING 0.5 TO 10 WT. % OF CHROMIUM

## BACKGROUND OF THE INVENTION

The present invention relates to an active matrix structure for a liquid crystal display which is employed in a flat display, for instance.

At present, display devices of the type employing liquid crystal point to a TV, a graphic display, etc. and are being developed rapidly for practical use. Above all, a liquid crystal display device of an active matrix structure having a switching element connected to each pixel is free from crosstalk and excellent in contrast, and hence is now being put into practical use as the most promising high picture quality flat display. Such a liquid crystal display device having the active matrix structure usually employs a thin film transistor as the switching element for each pixel.

FIG. 1 is a diagram showing an equivalent circuit of each pixel in a conventional liquid crystal display device having the active matrix structure. Reference numeral 11 indicates a data line, 13 a gate line, 20 a thin film transistor (TFT), and 24S the source of the thin film transistor 20, the source 24S being connected to the data line 11. Reference numeral 24D denotes the drain of the thin film transistor 20 and 13G the gate of the thin film transistor 20, the gate 13G being connected to the gate bus 13. Reference numeral 14 represents a transparent pixel electrode connected to the drain 24D, 15 a transparent common electrode formed on one of two opposed base plates (not shown) with a liquid crystal layer sandwiched therebetween, and 16 a pixel capacitance formed by the transparent pixel electrode 14 and the transparent common electrode 15.

In the liquid crystal display device of the active matrix structure, when the thin film transistor 20 is turned ON by applying a row select signal to the gate line 13, the pixel capacitance 16 is charged by a drive voltage which is applied to the data line 11 corresponding to an image signal, and the potential of the pixel capacitance 16 relative to the common electrode 15 is controlled. In other words, a voltage corresponding to the image signal is written into the pixel capacitance 16. Then, when the thin film transistor 20 is turned OFF, the voltage written in the pixel capacitance 16 is retained and stored. This mechanism is the same as that of a semiconductor memory DRAM. That is to say, the DRAM uses each capacitor as a storage element for writing therein and reading thereout information, whereas the liquid crystal display device uses the voltage of the pixel capacitance 16 to effect a molecular orientation of the liquid crystal forming a dielectric of the pixel capacitance 16 and the retention of the molecular orientation. As a result of this, the quantity of light passing through the pixel capacitance 16 is controlled, by which the function of a display element is performed.

In practice, however, the voltage written in the pixel capacitance 16 decreases owing to various leakage currents. For example, amorphous silicon used for the thin film transistor 20 is so high in photoconductivity as to be employed for a photosensor, and when the thin film transistor 20 is exposed to light, a leakage current between the source 24S and the drain 24D materially increases. On the other hand, since the conductivity of the liquid crystal itself is greatly temperature-dependent, a temperature rise significantly impairs its insulation, causing a self-discharge of the liquid crystal capacitance 16. At the same time, the leakage current of the thin film transistor 20 also increases with the temperature rise. Thus, the voltage of the pixel capacitance 16 decreases owing to such various leakage currents and the retention of the orientation of the liquid crystal becomes unstable accordingly—this is perceived as a decrease in the contrast of a display or a flicker, incurring degradation of the display quality.

To avoid this, it is a common practice to take such a measure as shown in FIG. 2. In FIG. 2, reference numeral 18 denotes a light blocking layer for blocking light incident to the thin film transistor 20. The light blocking layer 18 is formed of an opaque metal. When the thin film 20 is of an inversely staggered structure, the light blocking layer 18 is provided on the liquid crystal side, whereas when the thin film transistor 20 is of a staggered structure, the light blocking layer 18 is provided on the base plate with an insulating film sandwiched therebetween. Reference numeral 17 indicates a storage capacitance electrode disposed opposite the transparent pixel electrode 14. The storage capacitance electrode 17 is connected to a storage capacitance line dedicated thereto or to the gate line 13 of the preceding stage. Reference numeral 19 denotes a signal storage capacitance formed by the transparent pixel electrode 14 and the storage capacitance electrode 17. A dielectric of the signal storage capacitance 19 is formed by a silicon oxide film, silicon nitride film, or similar stable insulating film which has an excellent insulating property.

The liquid crystal display device of such an active matrix structure includes the light blocking layer 18 as mentioned above, and hence affords substantial reduction of the leakage current which results from the incidence of light to the thin film transistor 20. Furthermore, since the signal storage capacitance 19 is provided in parallel to the pixel capacitance 16, the amount of charge stored in the total capacitance can be greatly increased, and consequently, even if the self-discharge of the pixel capacitance 16 and the leakage current of the thin film transistor 20 increase owing to a temperature rise or the like, the voltage variation of the pixel capacitance 16 can be held within a given limit. Thus, the stability of orientation of the liquid crystal increases and a decrease in the contrast of a display can be avoided.

Since such a liquid crystal display device includes the light blocking layer 18 and the signal storage capacitance 19, however, the number of its manufacturing steps increases and the manufacturing cost rises accordingly. For instance, the formation of the light blocking layer 18 calls for the steps of depositing metal, patterning it and depositing an insulating film. When the storage capacitance electrode 17 is connected to the gate line 13 of the preceding stage, there is no need of providing a dedicated storage capacitance line, and consequently, the number of manufacturing steps does not increase, but the load on the gate line 13 increases so much that it is difficult to apply the liquid crystal display device to a large display, and at the same time, the necessity of sequential scanning imposes severe limitations on the drive system used. On the other hand, when the storage capacitance electrode 17 is connected to the

**3**

storage capacitance line, the load on the gate line 13 is so small that the liquid crystal display device can be applied to a large display, but the formation of the storage capacitance line increases the number of manufacturing steps and hence raises the manufacturing costs.

### SUMMARY OF THE INVENTION

It is therefore an object of the present invention to provide an active matrix structure which does not appreciably deteriorate the display image quality and is low in manufacturing costs.

To attain the above objective, according to the present invention, at least light blocking layers for blocking light incident to thin film transistors, and storage capacitance electrodes opposite transparent pixel electrodes and storage capacitance lines to which the storage capacitance electrodes are connected are formed by the same layer of the same material on a glass base plate, each of the thin film transistors is formed so that it overlaps the light blocking layer through an insulating film, and the transparent pixel electrode is formed in a manner to overlap the storage capacitance electrode through the insulating film.

With such an active matrix structure, the provision of the light blocking layer permits substantial reduction of the leakage current resulting from the incidence of light to the thin film transistor, and the provision of the storage capacitance electrode allows a substantial increase in the amount of charge to be stored in the pixel capacitance. Moreover, since the light blocking layers, the storage capacitance electrodes and the storage capacitance lines are formed by the same layer of the same material, an increase in the number of manufacturing steps is held minimum.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a schematic diagram for explaining a conventional active matrix structure;

FIG. 2 is a schematic diagram for explaining another conventional active matrix structure provided with a signal storage capacitance;

FIG. 3 is a plan view illustrating the vicinity of one pixel in the active matrix structure according to the present invention;

FIG. 4 is a sectional view taken on the line IV—IV in FIG. 3;

FIG. 5 is a plan view showing a portion of the peripheral terminal area of the active matrix structure according to the present invention;

FIG. 6 is a sectional view taken on the line VI—VI in FIG. 5;

FIG. 7 is a graph showing the etching rate of a molybdenum-chromium alloy film;

FIG. 8 is a sectional view showing one pixel and its vicinity in the active matrix structure employing the molybdenum-chromium alloy film for wiring;

FIG. 9 is a graph showing the relationship between the concentration of nitrogen in a sputtering gas and the etching rate of a molybdenum film formed by sputtering;

FIG. 10 is a sectional view showing an example of etching of a molybdenum-aluminum multilayer interconnection deposited by sputtering without using nitrogen;

FIG. 11 is a sectional view showing an example of etching of a molybdenum-aluminum multilayer interconnection deposited by sputtering using nitrogen;

**4**

FIG. 12 is a sectional view showing an example of etching of a molybdenum multilayer interconnection deposited by sputtering using nitrogen and without using it; and

FIG. 13 is a sectional view showing an example of etching of a molybdenum film deposited by sputtering while successively changing the concentration of nitrogen.

### DESCRIPTION OF THE PREFERRED EMBODIMENTS

FIG. 3 is a plan view showing one pixel and its vicinity in the active matrix structure according to the present invention, and FIG. 4 is a sectional view taken on the line IV—IV in FIG. 3, wherein each thin film transistor is of a staggered form. In FIGS. 3 and 4, reference numeral 10 designates a glass base plate and 29 designates a storage capacitance line to which a storage capacitance electrode 17 is connected. On the glass base plate 10 light blocking layers 18, storage capacitance electrodes 17 and storage capacitance lines 29 extending in the row direction are formed by the same layer of the same material, for example, an aluminum layer 100 nm thick. Reference numeral 12 denotes an insulating layer deposited almost all over the base plate 10, covering the light blocking layers 18, the storage capacitance electrodes 17 and the storage capacitance lines 19. The insulating layer 12 is formed by, for instance, a silicon nitride film. The storage capacitance electrodes 17 are disposed opposite the corresponding transparent pixel electrodes 14 across the insulating layer 12, forming signal storage capacitances 19. The pixel electrode 14 is formed of indium-tin-oxide (ITO). The capacitance of the signal storage capacitance 19 per unit area is determined by the material and thickness of the insulating layer 12. On the other hand, the light blocking layer 18 underlies the thin film transistor 20 and a parasitic capacitance between a source electrode 22 and a drain electrode 23, which poses a problem in terms of driving, is also determined by the material and thickness of the insulating layer 12; therefore, the thickness of the insulating layer 12 must be selected to be a suitable value. In this embodiment the insulating layer 12 is, for example, 500 nm in thickness.

In this embodiment each data line 11 comprises an ITO layer 11a formed on the insulating layer 12 and a molybdenum-base alloy layer 11b covering the ITO layer 11a, and the ITO layer 11a is formed simultaneously with the formation of the pixel electrode 14. The ITO layer 11a of the data line 11 and the pixel electrode 14 are extended toward each other and their opposed marginal portions form the source and drain electrodes 22 and 23, respectively. An amorphous silicon semiconductor layer 24 bridges across a gap between the source and drain electrodes 22 and 23. Almost all over the base plate 10 there is coated a gate insulating film 25 common to all the thin film transistors 20, covering the data lines 11, the pixel electrodes 14 and the semiconductor layers 24. The gate insulating film 25 is formed by a 300 nm thick silicon nitride film, on which there is formed a gate line 13 extending over the semiconductor layers 24 of each row, and a portion of the gate line 13 overlapping each semiconductor layer 24 constitutes a gate electrode 13G. In this embodiment, a semiconductor layer 24a is also formed over the data line 11 at each intersection of the data line 11 and the gate line 13 at the same time as the semiconductor layer 24 of the thin film transistors (hereinafter

5,162,933

**5**

referred to as the TFT) 20 are formed. The semiconductor layer 24a increases, in cooperation with the gate insulating film 25, the reliability of insulation between the data line 11 and the gate line 13 at their intersection.

FIG. 5 is a plan view showing matrix terminals at the peripheral portion of the base plate 10. FIG. 6 is a sectional view taken on the line VI—VI in FIG. 5. A line connection land 29L is formed integrally with one end portion of each of storage capacitance lines 29 extending from a display area 100. The gate insulating film 25 and the insulating layer 12 are selectively etched to form a window 28 through which each line connection land 29L is exposed. Near or over the array of such line connection lands 29L there is formed on the insulating layer 12 a capacitance connection land 32L of the same material as that of the data line 11. The capacitance connection land 32L is connected via a wire 32W to an external connection terminal 32X formed integrally with the wire 32W at one marginal portion of the base plate 10. A connection line 31, which extends on the gate insulating film 25 and joins the line connection lands 29L and the capacitance connection land 32L, is formed of the same material as that of the gate lines 13 and simultaneously therewith; all the storage capacitance lines 29 are connected at the line connection lands 29L to the connection line 31, and consequently, they are connected via the line connection lands 29L and the wire 32W to the external connection terminal 32X. The data lines 11 extended out from the display area 100 are connected to external connection terminals 11X which are arranged on the insulating layer 12 along one marginal side of the base plate 10 in side-by-side relation to one another and to the terminal 32X, the terminals 11X being formed of the same material as that of the data lines 11. The gate insulating film 25 has windows 11A and 32A through which the external connection terminals 11X and 32X are exposed. Outside of the display area 100 there are formed an array of line connection lands 33L corresponding to the gate lines 13, the line connection lands 33L being made of the same material as that of the data lines 11. The line connection lands 33L are extended to form gate line external connection terminals 33X arranged along the marginal edge of another side of the base plate 10. The gate insulating film 25 has windows 33H and 33A to expose therethrough the line connection lands 33L and the external connection terminals 33X, respectively. The gate lines 13 extended outwardly of the display area 100 have their end portions connected to the connection lands 33L through the windows 33H corresponding thereto.

As described above, the line connection lands 29L can be formed of the same material as that of the light blocking layers 18, the storage capacitance electrodes 17 and the storage capacitance lines 29 and, at the same time as the formation of them. Moreover, the external connection terminals 11X extended from the data lines 11, the line connection lands 33L connected to the gate lines 13, the external connection terminals 33X extended from the line connection lands 33L, the capacitance connection lands 32L and the external connection terminals 32X extended therefrom can be all formed on the insulating layer 12, using the same material as that of the data lines 11 and at the same time as the lines 11 are formed. They may be formed by an ITO layer or a molybdenum-base alloy layer, a lamination of each of such layers, or a combination of the laminated molybdenum-base alloy layer and an aluminum layer. The windows 27, 28, 11A, 33A and 33H can be formed

**6**

simultaneously. The connection line 31 can also be formed of the same material as that of the gate lines 13 and at the same time.

With the active matrix structure described above, it is possible to effectively prevent deterioration of the display image quality, partly because the provision of the light blocking layer 18 affords substantial reduction of the leakage current which is caused by the incidence of light to the thin film transistor 20, and partly because the provision of the storage capacitance electrode 17 allows a substantial increase in the amount of charge to be stored in the pixel electrode 14. Furthermore, since the light blocking layers 18, the storage capacitance electrodes 17 and the storage capacitance lines 29 are formed by the same layer of the same material, the number of manufacturing steps is minimized, and consequently, the manufacturing costs are low. In addition, the windows 27, 28 and 32A for the connection of the individual storage capacitance lines 29 and the windows 11A, 33A and 33H for the connection of the data lines 11 and the gate lines 13 can be simultaneously formed by a parallel plate electrode dry etching process using a gas of the carbon fluoride series; this also minimizes the number of manufacturing steps involved and hence keeps down the manufacturing costs.

While in the above embodiment the light blocking layers 18, the storage capacitance electrodes 17 and the storage capacitance lines 29 are described to be formed of aluminum, they may also be formed of chromium (Cr), tantalum (Ta), titanium (Ti), copper (Cu) or silver (Ag), or a composite metal consisting principally of each of them, or their alloy, and when aluminum (Al), copper (Cu) and silver (Ag) are used, the resistance of the storage capacitance lines 29 can be reduced. Further, in the above embodiment the insulating layer 12 is described to be formed by the silicon nitride film but it may also be formed by a silicon oxide film, tantalum oxide film, or a combination thereof, and the thickness of the insulating layer 12 may also be in the range of between 100 and 1000 nm, although it is described to be 500 nm thick in the above embodiment. Although in the above embodiment the gate insulating film 25 is described to be formed by a silicon nitride film, it may also be formed by a silicon oxide film, tantalum oxide film, or a combination thereof. Moreover, the capacitance connection land 32L, the wire 32W and the external connection terminal 32X are formed by the same layers as those of the source electrodes 22, the drain electrodes 23 and the data lines 11 in the above embodiment, but they may also be formed by the same layers as those of the gate lines 13, the gate electrodes 13G and the connection line 31 or by the same layers as those of the light blocking layers 18, the storage capacitance electrodes 17, the storage capacitance lines 29 and the line connection lands 29L. In the above embodiment, though not shown, the above-mentioned active matrix structure is entirely covered with a passivation film deposited except at the marginal portions of the base plate 10 where the windows 11A, 32A and 33A for external connection are provided.

As described above, the active matrix structure according to the present invention permits a substantial reduction of the leakage currents which result from the irradiation of the thin film transistors by light and allows a substantial increase in the amount of charge which can be stored in the pixel capacitances; hence, the display image quality will not be deteriorated. In addition, the manufacturing costs of the active matrix

5,162,933

7

structure are low, because the number of manufacturing steps involved is kept to a minimum. Moreover, simultaneous formation of the windows for the connection of the storage capacitance lines and the windows for the connection of the matrix lines of the thin film transistors minimizes the number of manufacturing steps involved, and hence keeps down the manufacturing costs.

In the embodiment shown in FIGS. 3 through 6, any of the storage capacitance electrodes 17, the storage capacitance lines 29, the light blocking layers 18, the data lines 11 and the gate lines 13 may be formed of aluminum (Al), tungsten (W), molybdenum (Mo), chromium (Cr), tantalum (Ta), titanium (Ti), etc. Aluminum (Al) is particularly suitable for the lines 11, 13 and 29 because it is low in electric resistance, and it is also suitable for the light blocking layers 18 because of its high reflectivity of light. However, an aluminum thin film is defective in that hillocks are readily formed on its film surface at a relatively low temperature, say, hundreds of degrees. In contrast thereto, molybdenum (Mo), though appreciably higher in its electric resistance than aluminum (Al), is a refractory metal and hence is excellent in heat resistance, and further, because of its higher workability by chemical wet etching than other refractory metals, it is employed widely as a material for an integrated circuit such as an LSI, as an electrode material for a thin film device using thin film transistors, and as a wiring material.

It is well-known in the art, however, that when a molybdenum film is deposited on a substrate by a sputtering process using ordinary argon gas, the film usually has a columnar texture which is formed perpendicularly to the substrate surface. This columnar texture provides etching anisotropy such that the rate of etching is high in the direction perpendicular to the film surface. Consequently, when the molybdenum film formed by sputtering is patterned by chemical wet etching, the columnar structure allows an exact pattern transfer and the dimensional accuracy is high accordingly, but the pattern edges become vertical and such vertical side walls often cause the breakage of wires in the upper layers and shorting of the wires owing to insufficient voltage endurance of insulating films.

Moreover, because of the columnar texture and because of loose coupling of texture boundaries owing to the low-temperature film formation by sputtering, the molybdenum film has a defect that in the course of photolithography or chemical wet etching the developer or etchant is liable to enter the film in the direction of its thickness, i.e. along the columnar texture, damaging the underlying materials. For example, in an active matrix LCD (liquid crystal display), it is desirable, for the purpose of reducing the resistance of matrix lines, to employ a laminated structure in which an aluminum film overlies the ITO film forming the transparent electrode, but direct lamination of the ITO and aluminum (Al) films poses a problem as the ITO is corroded by preferential dissolution resulting from galvanic action between the dissimilar metals. By interposing a molybdenum film between the ITO and aluminum (Al) films, the corrosion of the ITO can be avoided, but in the case of the sputtering-deposited molybdenum film of the columnar texture, the infiltration thereinto of the developer or aluminum etchant is likely to occur, and consequently, the ITO may sometimes be impaired and its corrosion cannot completely be prevented. When an aluminum-molybdenum laminated film is subjected to etching using an aluminum etchant consisting of phos-

8

phoric acid and a small amount of nitric acid added thereto, the underlying molybdenum film is side-etched at the pattern edge to form an overhang, because the etching rate of the molybdenum (Mo) is higher than the etching rate of the aluminum (Al).

As mentioned above, since the molybdenum film is of the columnar texture, the edge of its pattern becomes vertical, and as a result of this, an overlying interconnection layer may be broken or the overlying insulating film may be shorted because of its insufficient voltage endurance. Further, during chemical wet etching the etchant enters into the columnar texture boundaries of the molybdenum film and corrodes the underlying material, and the etching rate of the underlying molybdenum film is so high that an overhang is liable to be formed.

EXPERIMENT I

In the active matrix structure for a liquid crystal display element, shown in FIGS. 3 through 6, a molybdenum-chromium alloy film was formed as a metal thin film for use as each of the light blocking layers 18, the storage capacitance electrodes 17, the storage capacitance lines 29, the data lines 11 and the gate lines 13.

A molybdenum (Mo) target containing 0 to 10 wt% of chromium was fabricated by sintering, and then a film was deposited thereon by use of a DC magnetron sputtering device. The electric power for sputtering was 800 W and the pressure of argon of the atmosphere of sputtering was held at 3.0 mTorr. The film deposition rate was not dependent on the chromium (Cr) content but was equal to that in the case of pure molybdenum.

At first, the adhesion of the molybdenum-chromium alloy film to substrates were studied. The molybdenum-chromium (hereinafter expressed also by MoCr_x, where x indicates the composition ratio of chromium) alloy was deposited on each of glass, stainless steel and silicon (Si) substrates of 3 μm thick, without heating the substrates. The substrates were each cut by a cutter into squares and then subjected to a tape peeling test. The pure molybdenum film was easily peeled from each of the substrates, but molybdenum films containing chromium were apparently difficult to peel off. With a 0.5% chromium content, films were peeled off glass and stainless steel substrates due to poor adhesion but no peeling was observed on the silicon substrate. When the chromium content was greater than 3%, no films were peeled off any of the substrates.

Then, the patternability of the molybdenum-chromium alloy film was examined by wet etching, using an ordinary aluminum etchant containing nitric acid as in the case of pure molybdenum. Samples were formed to a thickness of 0.3 μm on substrates heated to 150° C. As a result of the observation under a scanning electron microscope (SEM), a rectangularly-sectioned pattern was formed in the case of the pure molybdenum, but etching isotropy increased with an increase in the chromium content, and with a 5% chromium content the side wall of the pattern was formed at an angle of about 45°. This configuration is disadvantageous to the fine wiring process but hardly matters in the area employing wet etching. No residues were found with respect to samples of a 10% chromium content and the etching rate remained substantially unchanged throughout this range of composition. That is, it was found that the molybdenum-chromium alloy film could be patterned by the wet etching process using the aluminum

**9**                                                              **10**

etchant, in the same manner as is the case with the pure molybdenum film.

On the other hand, in the case of dry etching, the chromium contained in the molybdenum-base alloy film markedly improves its resistance to gases of fluorine series such as CF$_4$. FIG. 7 shows an example, where the abscissa represents the chromium content (in wt%) in the molybdenum-base alloy and the ordinate represents the etching rate (in nm/min). As shown, an increase in the chromium content decreases the etching rate down to about ¼ that of the pure molybdenum film. Taking into account the selection ratio of chromium to other materials, patterning by the etching gases of this series is virtually impossible. Conversely, if the above-mentioned etching gas is used to selectively remove the insulating film to form the windows, the attack of the molybdenum wiring pattern containing chromium, by the etching gas, can be suppressed very small. On the other hand, in the case of employing a chlorine-series gas containing oxygen, the etching rate also somewhat decreases, as compared with that of the pure molybdenum film, owing to the chromium contained, but the decrease in the etching rate in this case is not marked as in the case of using the CF$_4$-series gas. Accordingly, the chlorine-series gas can be used for patterning, and in the present inventors' experiments it did not present any problem in the fine wiring process. That is, by switching between two etching gas supply systems, dry etching of the film can be performed or conversely, its etching resistance can also be improved. In etching by a simple oxygen plasma, the degree of oxidation was lower, owing to the chromium contained, than in the case of the pure molybdenum film, that is, the oxidation resistance of the molybdenum-chromium alloy film was improved.

The electric resistance of the molybdenum-chromium alloy film increases monotonously with an increase in the chromium content. The pure molybdenum film produced under the above-mentioned conditions has a resistivity of about 10 to 15 μΩ·cm, but when the chromium content is 5%, the resistivity is 30 μΩ·cm and when the chromium content is 10%, the resistivity is around 40 μΩ·cm, which is substantially equal to the resistivities of chromium and tantalum wires. This eliminates the merits of molybdenum as a wiring material and therefore the chromium content should preferably be held under 10%.

As will be appreciated from the above, the molybdenum-base alloy thin film containing 0.5 to 10 wt% of chromium is a desirable material for the lines 11, 13 and 29 or the light blocking layers 18 and the storage capacitance electrodes 17 in the liquid crystal display element. The resistance of each line 11, 13, 29 can be further reduced when it is formed by laminating such a molybdenum-base alloy layer and an ITO layer.

### EXPERIMENT II

As liquid crystal display panels become wide and high-precision, the electric resistance of matrix line wirings begins to exert a serious influence on the uniformity of display characteristics of their display screens. For example, when the matrix line wiring material has a resistivity in the range of 10 to 20 μΩ·cm, the size of a panel on which a display of satisfactory image quality can be provided is about 10 inches at the largest.

It is desirable, therefore, that aluminum of low electric resistance be used as a wiring material of the active matrix structure. However, an aluminum thin film is poor in heat resistance as referred to previously, and when it is heated at about 250° C., the aluminum surface becomes roughened and the aforementioned hillock effect is liable to occur. Accordingly, when aluminum is used as the underlayer wiring material, limitations on the manufacturing process become severe. Moreover, when the aluminum layer is formed in direct contact with the ITO layer that forms the transparent conductive film, the chemical resistance of the ITO is impaired by the electrochemical effect mentioned previously. At the same time, the electrical contact of the aluminum with the ITO is poor and the contact resistance becomes deteriorated with the lapse of time. To avoid these problems, when the aluminum layer is formed as the underlying metal layer, its surface is covered with the aforementioned MoCr$_x$ thin film, and when the ITO layer and the aluminum layer are laminated, a MoCr$_x$ layer is interposed between them.

It has been found that the above-mentioned MoCr$_x$ thin film added with 0.5 to 10 wt% of chromium exhibits excellent adhesion to a silicon nitride film and an ITO film. It has also been found that the MoCr$_x$ thin film is easy to etch with the aluminum etchant and that the laminated film patterned by etching has gently sloping side walls toward the substrate. Thus, the aforementioned disadvantages of using aluminum in the active matrix structure can be sufficiently be compensated for by laminating the MoCr$_x$ thin film and the aluminum film.

FIG. 8 illustrates in section one thin film transistor and its vicinity in an active matrix structure in which the gate line 13 and the data line 11 are formed by laminating MoCr$_x$ and aluminum layers and an inverse staggered TFT structure is employed. This active matrix structure was fabricated in the manner described below.

At first, aluminum (Al) and molybdenum (Mo) added with 1 wt% of chromium (Cr) were deposited, in succession, to thicknesses of 1 μm and 0.05 μm on a glass substrate 10, respectively. After the formation of a photoresist pattern the laminated film was selectively etched away using an ordinary aluminum etchant, i.e. a phosphoric acid solution containing nitric acid, by which the gate electrodes 13G, the gate lines 13, the storage capacitance electrodes 17 and the storage capacitance lines 29 were formed. Consequently, each gate line 13 has a structure in which a MoCr$_x$ layer 13B overlies an aluminum layer 13$a$ as depicted in FIG. 8. The gate electrodes 13G, the storage capacitance electrodes 17 and the storage capacitance lines 29 also have the same structure as that of the gate lines 13. Each gate electrode 13 functions also as a light blocking layer. The side wall of the pattern has an inclination of approximately 50 degrees and a defect in a stepped portion of a film coated on the side wall could be avoided.

Next, a silicon nitride film as the gate insulating film 25, an amorphous silicon film as a semiconductor active layer 24 and a silicon nitride film as an active layer protecting film 21 were deposited, in succession, by a plasma CVD process to form an active area. When only the aluminum layer was used, the aforementioned hillock was grown by heating of the substrate during the plasma CVD process, so that the surface of the layer was roughened, and characteristics of the thin film transistor formed on such a layer were deteriorated and the number of shorts increased remarkably. On the other hand, the above-mentioned laminated wiring layer was free from the generation of hillock and its surface remained smooth.

Next, amorphous silicon doped with phosphorus for the source 24S and the drain 24D was deposited, and after patterning of the deposited layers, ITO was deposited thereon to form the pixel electrodes 14. Further, molybdenum containing 1 wt% of chromium and aluminum were deposited to thicknesses of 0.1 μm and 0.2 μm, respectively. After the formation of a photoresist pattern, the laminated film was selectively etched away by an ordinary aluminum etchant to form a wire 34 for interconnecting the pixel electrode 14 and the drain 24D, the source and drain electrodes 22 and 23 and the data bus 11. Consequently, each data line 11 has a structure in which the aluminum layer 11a overlies the MoCrx layer 11b. The source electrode 22 formed integrally with the data line 11, the wire 35 and the drain electrode 23 formed integrally therewith also have the same structure as the data line 11. Finally, a silicon nitride film 36 was deposited as a protective film and then it was selectively removed to form windows for exposing therethrough the external connection terminals.

In the active matrix structure produced as mentioned above, the ITO layer forming the pixel electrode 14 and the drain 24D made completely ohmic contact with each other. Sheet resistances of the data line 11 and the gate line 13, calculated from their measured resistance values, were favorable, i.e. 0.4 and 0.15 Ω, respectively; in particular, the sheet resistance of the gate line 13 was one or more orders of magnitude smaller than in the cases of conventional chromium and tantalum wiring layers.

In the above experiment pure aluminum was used for the aluminum layer, but when it is required to be heat-resistant to some extent, it is also possible to use an aluminum-base alloy added with copper (Cu), titanium (Ti), silicon (Si), palladium (Pd), nickel (Ni), or magnesium (Mg) to enhance its heat resistance. While in the above experiment employed a laminated wiring structure composed of one aluminum layer and one molybdenum-chromium alloy layer, such a two-layer structure may be replaced by, for example, a three-layer structure in which an aluminum or aluminum-base alloy layer is sandwiched between molybdenum-chromium alloy layers.

Although the above experiment has been described in connection with an active matrix structure which employs the inverse staggered type thin film transistor, the invention is also applicable to an active matrix structure employing the staggered type thin film transistor. In this instance, the resistance of the underlayer data line can be decreased; namely, the data line, which is usually required to be high-speed, can be made low in resistance, and consequently, the effect by the introduction of the aluminum laminated wiring structure is especially remarkable.

## EXPERIMENT III

In this experiment a molybdenum film and an aluminum film are laminated instead of using the MoCrx film in Experiment II. In this case, however, the molybdenum film is deposited using a sputtering gas mixed with nitrogen unlike in the prior art.

In the formation of the molybdenum film, argon is usually employed as the sputtering gas, but it has been found that the etching rate of the molybdenum film decreases in the case where it is deposited using, as the sputtering gas, a mixture of argon and nitrogen. FIG. 9 shows the relationship between the nitrogen mixing ratio and the etching rate. When nitrogen is mixed 20% by volume, the etching rate of the molybdenum film by an ordinary aluminum etchant, which consists principally of phosphoric acid, is ¼ of the etching rate in the case of argon 100%.

On the other hand, the inclination of the side wall of the pattern edge, which was close to 90 degrees after etching, decreases with an increase in the nitrogen mixing ratio, and with the 20% nitrogen mixing ratio the inclination angle did not become 45 degrees obtainable with isotropic etching but became approximately 50 degrees.

The above-described phenomenon by mixing nitrogen into argon is considered to be caused by the fact that the presence of nitrogen in the sputtering gas promotes changing of the structure of the molybdenum film from the columnar to a homogeneous structure with an increase in the nitrogen mixing ratio, densifying the film structure.

## EXAMPLE 1

ITO was deposited 500 Å thick on a glass substrate (Corning #7059) by a DC magnetron sputtering method while heating the substrate at 200° C. to obtain a sample substrate. A molybdenum film was deposited 100 nm thick on the sample substrate, using as the sputtering gas argon mixed with 10% of nitrogen (N₂). The sputtering device used was of the sputter-up system in which a carrier with a sample set thereon 50 mm above the target was moved. The molybdenum target was of a size measuring 5 inches (12.7 cm) by 15 inches (38.1 cm) and its purity was 99.9 wt% or higher. The sample was heated at 100° C. and the temperature was maintained during sputtering, by heating it from behind. The sputtering gas used was a mixture of argon 27SCCM (Ncm³/min) and N₂ (3SCCM), and its pressure was 3.0 mTorr. The electric power for sputtering was 1 kW at 2.0 A and at about 500 V. Under such conditions the molybdenum film was deposited 100 nm thick when the travel speed of the substrate was 120 mm/min. Following this, aluminum was deposited 200 nm thick on the molybdenum film by use of the same sputtering device. The conditions for sputtering the aluminum film were as follows: The sputtering gas was argon 30SCCM held under a pressure of 30 mTorr, the electric power for the sputtering was 3 kW at 6.0 A, and the substrate was moved at a rate of 120 mm/min and heated at 100° C.

Under the above conditions ITO (50 nm) and molybdenum (10 nm) were deposited, in this order, on the glass wafer substrate to form a three-layer film. This structure is intended for low-resistance matrix line wiring of the liquid crystal display and is used for preventing the ITO layer from corrosion by the galvanic reaction in the case where the aluminum layer is laminated directly on the ITO layer.

To form a wiring pattern by wet etching, a positive photoresist (Shiplay, Microposite 1400-31) was coated 1.5 μm thick by use of a spinner, exposed through a mask to print thereon a predetermined wiring mask and then developed using a two-fold diluted developer (Shiplay, MF-312). This developer is an amine-series developer of appreciable alkalinity, and in the case of a molybdenum film deposited using the conventional sputtering gas composed only of argon, the underlying ITO layer is impaired by the developer. The reason for this is considered as follows: In areas where no photoresist remains, that is, in those areas except the wiring areas, the developer enters through pin holes or like defects of

5,162,933

**13**

the aluminum deposited film and through rough portions of the aluminum film at a stepped portion, passes through the molybdenum film of the columnar structure. and reaches the underlying ITO layer, thus momentarily attacking it over wide area by the galvanic reaction between the ITO and aluminum layers.

In the molybdenum film deposited using the sputtering gas mixed with nitrogen (10% in this example) according to the present invention, no corrosion of the ITO layer occurred during development. Further, even when the molybdenum film was immersed in an undiluted original developer until the aluminum film was almost dissolved, the ITO layer was not damaged at all. This indicates that the sputtering gas mixed with nitrogen densifies the molybdenum film structure, producing a remarkable effect of preventing the corrosion of the ITO layer.

After the formation of a photoresist pattern, the substrate assembly was subjected to hard baking at 120° C. for 10 minutes and then the aluminum film and the molybdenum film were successively etched with an etchant consisting of phosphoric acid, acetic acid and nitric acid in the ratio of 20 to 3 to 1. In the case of the molybdenum film deposited using the conventional sputtering gas consisting only of argon, the ITO layer was corroded frequently also in this etching process, for the same reason as mentioned above, but in this example, the ITO layer was not impaired at all.

Moreover, in the case where the molybdenum film is deposited using the conventional sputtering gas consisting only of argon, it is side etched as indicated by 43 in FIG. 10, so that the overlying aluminum film 45 overhangs the molybdenum film 43 at the marginal edge of the etched pattern as shown. In the case of the molybdenum film 44 deposited using the sputtering gas mixed with 10% of nitrogen ($N_2$) according to this example, the molybdenum film 44 and the aluminum film 45 are continuously inclined to form smoothly tapered marginal edges of the etched pattern as shown in FIG. 11. This indicates that the nitrogen-mixed sputtering gas decreases the etching rate of the molybdenum film down to the vicinity of the etching rate of the aluminum film 45 and makes the molybdenum film structure homogeneous and densified. In this example, the inclination of the pattern edge was around 90 degrees partly because the nitrogen mixing ratio was 10%, but the inclination of the underlying molybdenum film 44 could be further reduced by increasing the nitrogen mixing ratio.

## EXAMPLE 2

Molybdenum was deposited 100 nm thick on a glass substrate (Corning, #7059), using a sputtering gas having 20% of nitrogen mixed with argon. The sputtering device used was the same as that used in Example 1. The molybdenum target was also of a size measuring 5 inches by 15 inches and its purity was also 99.9% or higher as in Example 1. The sample was heated at 100° C. and its temperature was maintained during sputtering. The sputtering gas was composed of argon 24 SCCM and nitrogen ($N_2$) 6 SCCM and its pressure was 3.0 mTorr. The electric power for the sputtering was 1 kW at 2.0 A and 500 V. The carrier travel speed was 120 mm/min. After the deposition of the molybdenum film 100 nm thick on the glass substrate, the sputtering gas was switched to a sputtering gas consisting 100% of argon and the molybdenum film was deposited another 100 nm thick under the following sputtering conditions:

**14**

The sputtering gas was composed of argon 30 SCCM, its pressure was 3.0 mTorr, and the electric power was 800 W at 2.0 A and 400 V. A predetermined wiring pattern was printed on this two-layer molybdenum film by use of a positive photoresist and then subjected to etching by an etchant consisting of phosphoric acid, acetic acid and nitric acid in the ratio of 20 to 3 to 1. The sectional configuration of the wiring pattern was observed by a scanning electron microscope. As shown in FIG. 12, the underlying molybdenum film 44 had a tapered marginal portion and the overlying molybdenum film 43 had a vertical side wall. The electric resistance of this multilayer film, converted from its sheet resistance, was $2.8 \times 10^{-5}$ Ω·cm. In the case of a molybdenum single-layer film deposited using the sputtering gas containing 20% of nitrogen, the electric resistance is $7.0 \times 10^5$ Ω·cm; accordingly, the resistance of the two-layer film structure is more than one-half of the resistance of the single-layer film structure.

As will be seen from the above, it is possible to taper off the marginal edges of the wiring pattern by etching while suppressing an increase in the wiring resistance by controlling the nitrogen mixing ratio of the sputtering gas. In other words, according to the present invention, the nitrogen mixing ratio of the sputtering gas is increased early in the film deposition by sputtering and then the mixing ratio is suitably decreased in accordance with the growth of the film, by which the marginal edge can be gently sloped as depicted in FIG. 13 and an increase in the wiring resistance can be suppressed. Further, by changing the nitrogen mixing ratio in three or five stages or continuously changing the mixing ratio, as required, it is possible to obtain a wiring pattern formed by the laminated molybdenum film 44 having its marginal edges gently sloped through wet etching. This effectively prevents the generation of defects of the multilayer wiring structure such as breakage of the overlying wire and a decrease in the voltage endurance of the covered insulating film.

As described above in detail, according to the present invention, a molybdenum film is deposited by sputtering by use of a sputtering gas mixed with nitrogen, and the use of such a sputtering gas makes the film structure of the molybdenum film homogeneous and dense; so that its etching rate decreases, making it possible to provide a wiring pattern structure having tapered marginal edges with high reproducibility.

By decreasing the nitrogen gas mixing ratio in accordance with the growth of the molybdenum film it is possible to reduce the angle of inclination of the tapered marginal edges of the pattern and hence prevent defects which are caused by the overlying wiring layer and a stepped portion of the insulating film.

It will be apparent that many modifications and variations may be effected without departing from the scope of the novel concepts of the present invention.

What is claimed is:

1. An active matrix structure for a liquid crystal display element, comprising:
   a transparent base plate;
   an insulating layer formed almost all over said transparent base plate;
   transparent pixel electrodes arranged in matrix form on said insulating layer;
   thin film transistors arranged in matrix form and having semiconductor layers formed on said insulating layer and drains connected to said transparent pixel electrodes, respectively;

a plurality of data lines connected respectively to sources of said thin film transistors in corresponding columns of the matrix;

a plurality of storage capacitance electrodes formed between said insulating layer and said transparent base plate to at least partly overlap corresponding ones of said transparent pixel electrodes via said insulating layer;

a plurality of light blocking layers formed between said transparent base plate and said insulating layer in opposing relation to the semiconductor layers of corresponding ones of said thin film transistors, for preventing the incidence of light on said semiconductor layers; and

a plurality of storage capacitance connection lines formed between said transparent base plate and said insulating layer for interconnecting said storage capacitance electrodes;

each of said storage capacitance electrodes, capacitance connecting liens and light blocking layers being formed by conductive material layers of the same structure.

2. The active matrix structure of claim 1 wherein said thin film transistors are of the staggered type and have a common gate insulating film extending over said transparent base plate to cover said semiconductor layers of said thin film transistors, said data lines, and said transparent pixel electrodes; a plurality of gate lines formed on said common gate insulating film; said thin film transistors having gates formed on said common gate insulating film in opposing relation to said semiconductor layers of said thin film transistors, said gates on each row of said matrix being connected to a corresponding one of said gate lines.

3. The active matrix structure of claim 1 wherein said thin film transistors are of the inversely staggered type, said insulating layer acting as a common gate insulating film of all of said thin film transistors, said light blocking layers acting as the gates of said thin film transistors, said gates on each row of said matrix being connected to a corresponding one of a plurality of gate lines formed between said transparent base plate and said insulating layer.

4. The active matrix structure of claim 1 or 2, wherein said conductive material layers each include at least an aluminum layer.

5. The active matrix structure of claim 1 or 2, wherein said conductive material layers each include at least an aluminum layer and a molybdenum-base alloy layer covering said aluminum layer, said molybdenum-base alloy layer containing 0.5 to 10 wt% of chromium.

6. The active matrix structure of claim 1 or 2, wherein said conductive material layers each include at least a molybdenum-base alloy layer, said molybdenum-base alloy layer containing 0.5 to 10 wt% of chromium.

7. The active matrix structure of claim 1 or 2, wherein each of said data lines includes at least a molybdenum-base alloy layer, said molybdenum-base alloy layer containing 0.5 to 10 wt% of chromium.

8. The active matrix structure of claim 7, wherein said each data line includes an indium-tin-oxide layer laminated on said molybdenum-base alloy layer.

9. The active matrix structure of claim 8, wherein said each data line includes an aluminum layer laminated so that said molybdenum-base alloy layer is sandwiched between said aluminum layer and said indium-tin-oxide layer.

10. The active matrix structure of claim 2 or 3, wherein said each gate line includes an aluminum layer.

11. The active matrix structure of claim 2 or 3, wherein said each gate line includes at least a molybdenum-base alloy layer, said molybdenum-base alloy layer containing 0.5 to 10 wt% of chromium.

12. The active matrix structure of claim 10, wherein said each gate line includes a molybdenum-base alloy layer laminated on said aluminum layer in a manner to cover it, said molybdenum-base alloy layer containing 0.5 to 10 wt% of chromium.

13. The active matrix structure of claim 2 wherein a plurality of data line external terminals are connected to said data lines, at least one connection wiring external terminal for said capacitance connection lines and gate line external terminals for said gate lines are formed between said insulating layer and said common gate insulating film on a marginal portion of said transparent base plate, each of said gate lines being connected at one end thereof to the corresponding one of said gate line external terminals via a first window made in said common gate insulating film to expose therethrough a portion of said corresponding gate line external terminal; and wherein a connection wiring layer of the same material as that of said gate lines is formed on said common gate insulating film so as to connect a capacitance connection line and said connection wiring external terminal, respectively, through a second window passing through said common gate insulating film and said insulating layer to expose therethrough a portion of said capacitance connection line and a third window made in said common gate insulating film to expose therethrough a portion of said connection wiring external terminal.

14. An active matrix structure for a liquid crystal display element, comprising:

a transparent base plate;

transparent pixel electrodes arranged in a matrix form on said transparent base plate;

thin film transistors arranged in a matrix form and having their drains connected to said transparent pixel electrodes, respectively;

data lines each connected to sources of said thin film transistors of one column;

gate lines each connected to gates of said thin film transistors of one row; and

an insulating layer formed almost all over each of said transparent pixel electrodes in contact with of said transparent pixel electrodes;

each of said data lines including a molybdenum-base alloy layer containing 0.5 to 10 wt% of chromium.

15. The active matrix structure of claim 14, wherein said each data line includes an indium-tin-oxide layer laminated on said molybdenum-base alloy layer.

16. The active matrix structure of claim 15, wherein said each data line includes an aluminum layer laminated so that said molybdenum-base alloy layer is sandwiched between said aluminum layer and said indium-tin-oxide layer.

17. An active matrix structure for a liquid crystal display element, comprising:

a transparent base plate;

transparent pixel electrodes arranged in a matrix form on said transparent base plate;

thin film transistors arranged in a matrix form and having their drains connected to said transparent pixel electrodes, respectively;

5,162,932-6

**17**

a plurality of data lines connected respectively to sources of said thin film transistors of one column;

a plurality of gate lines connected respectively to gates of said thin film transistors of one row; and

an insulating layer formed almost all over each of said transparent pixel electrodes in contact with said transparent electrodes;

each of said gate lines including at least a molybdenum-based alloy layer containing 0.5 to 10 wt% of chromium.

**18**. The active matrix structure of claim 17, wherein said each gate line includes an aluminum layer laminated with said molybdenum-base alloy layer.

**19**. An active matrix structure for a liquid crystal display element, comprising:

a transparent base plate;

a plurality of transparent pixel electrodes arranged in a matrix form on said transparent base plate;

**18**

thin film transistors arranged in a matrix form and having their drains connected to said transparent pixel electrodes, respectively;

a plurality of data lines connected respectively to sources of said thin film transistors of one column;

a plurality of gate lines connected respectively to gates of said thin film transistors of one row; and

an insulating layer formed almost all over each of said transparent pixel electrodes in contact with said transparent pixel electrodes;

each of said data lines including at least a molybdenum layer having a homogeneous, densified film structure, and an aluminum layer laminated on said molybdenum layer.

**20**. The active matrix structure of claim 19, wherein said each data line includes an indium-tin-oxide layer laminated so that said molybdenum layer is sandwiched between said indium-tin-oxide layer and said aluminum layer.

\* \* \* \* \*

# EXHIBIT L-40



Merriam-Webster's Collegiate Dictionary

TENTH EDITION



# Merriam-Webster's Collegiate® Dictionary

## TENTH EDITION

Merriam-Webster, Incorporated
Springfield, Massachusetts, U.S.A.



## A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 1994 by Merriam-Webster, Incorporated

Philippines Copyright 1994 by Merriam-Webster, Incorporated

Library of Congress Cataloging in Publication Data
Main entry under title:

Merriam-Webster's collegiate dictionary. — 10th ed.
    p.    cm.
  ISBN 0-87779-708-0 (unindexed). — ISBN 0-87779-709-9 (indexed).
 — ISBN 0-87779-710-2 (deluxe). — ISBN 0-87779-707-2 (laminated cover).
   1. English language—Dictionaries.
PE1628.M36    1994
423—dc20
                      93-32603
                      CIP

Merriam-Webster's Collegiate® Dictionary, Tenth Edition principal copyright 1993

COLLEGIATE is a registered trademark of Merriam-Webster, Incorporated

All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

Made in the United States of America

9101112RMcN94

**1352   whoredom ● wieldy**

**whore-dom** \'hōr-dəm, 'hȯr-, 'hu̇r-\ *n* [ME *hordom* sexual immorality, idolatrous practices, fr. ON *hōrdōmr* adultery, fr. *hōrr*] (12c) **1** : the practice of whoring : PROSTITUTION **2** : faithless, unworthy, or idolatrous practices or pursuits

**whore-house** \-,hau̇s, -,hȯr-, 'hu̇r-\ *n* (14c) : a building in which prostitutes are available : BORDELLO

**whore-mas-ter** \-,mas-tər\ *n* : a man consorting with whores or given to lechery

**whore-mon-ger** \-,məŋ-gər, -,mäŋ-\ *n* (1526) : WHOREMASTER

**whore-son** \-sən, 'hȯr-, 'hu̇r-\ *n, often attrib* (14c) **1** : BASTARD. **2** : a coarse fellow — used as a generalized term of abuse

**Whorf-ian hypothesis** \'wȯr-fē-ən-, 'hwȯr-\ *n* [Benjamin Lee Whorf †1941 Am. anthropologist] (1954) : a theory in linguistics: one's language determines one's conception of the world

**whor-ish** \'hōr-ish, 'hȯr-, 'hu̇r-\ *adj* (1535) : of or befitting a whore

**whorl** \'hwȯr(-ə)l, 'wȯr(-ə)l, '(h)wär(-ə)l\ *n* [ME *wharle, whorle,* prob. alter. of *whirle,* fr. *whirlen* to whirl] (15c) **1** : a drum-shaped section on the lower part of a spindle in spinning or weaving machinery serving as a pulley for the tape drive that rotates the spindle **2** : an arrangement of similar anatomical parts (as leaves) in a circle around a point on an axis **3** : something that whirls, coils, or spirals or whose form suggests such movement : SWIRL ⟨~ of snow⟩ **4** : one of the turns of a univalve shell **5** : a fingerprint in which the central papillary ridges turn through at least one complete circle

**whorled** \'hwȯr(-ə)ld, 'wȯr(-ə)ld, '(h)wär(-ə)ld\ *adj* (ca. 1776) : having or arranged in whorls ⟨leaves ~ at the nodes of the stem⟩

**whor-tle-ber-ry** \'hwȯr-t̩l-,ber-ē, 'wȯr-\ *n* [alter. of earlier *hurtleberry,* fr. ME *hurtilberye,* irreg. fr. OE *horte* whortleberry – ME *berye* berry] (1578) **1** : a European blueberry (*Vaccinium myrtillus*); *also* : its glaucous blackish edible berry **2** : BLUEBERRY

**whose** \'hüz, üz\ *adj* [ME *whos,* gen. of *who, what*] (bef. 12c) : of or relating to whom or which esp. as possessor or possessors ⟨~ gorgeous vesture heaps the proud — Robert Browning⟩, agent or agents ⟨the law courts, ~ decisions were important —F. L. Mott⟩, or object or object of an action ⟨the first poem ~ publication he ever sanctioned —J. W. Krutch⟩

**whose** *pron, sing or pl in constr* (13c) : that which belongs to whom — used without a following noun as a pronoun equivalent in meaning to the adjective *whose* ⟨tell me ~ it was —Shak.⟩

**whose-so-ev-er** \,hüz-sə-'we-vər\ *adj* (1611) : of or relating to whomsoever ⟨~ sins ye remit —Jn 20:23 (A.V.)⟩

**who-so** \'hü-(,)sō\ *pron* (12c) : WHOEVER

**who-so-ev-er** \,hü-sə-'we-vər\ *pron* (13c) : WHOEVER

**who's who** \,hüz-'hü\ *n, often cap both W's* (1917) **1** : a compilation of brief biographical sketches of prominent persons in a particular field ⟨a *who's who* of sports figures⟩ **2** : the leaders of a group : ELITE *also* : a listing of such figures

**whump** \'hwəmp, 'wȯmp\ *vi* [imit.] (1897) : BANG, THUMP — **whump** *n*

**why** \'hwī, 'wī\ *adv* [ME, fr. OE *hwȳ,* instr. case of *hwæt what* — more at WHAT] (bef. 12c) **1** : for what cause, reason, or purpose ⟨~ did you do it?⟩

**why** *conj* (bef. 12c) **1** : the cause, reason, or purpose for which ⟨know ~ you did it⟩ ⟨that is ~ you did it⟩ **2** : for which : on account of which ⟨know the reason ~ you did it⟩

**why** *n, pl* **whys** (14c) **1** : REASON, CAUSE ⟨wants to know the ~s and wherefores⟩ **2** : a baffling problem : ENIGMA

**why** *interj* (1519) — used to express mild surprise, hesitation, approval, disapproval, or impatience ⟨~, here's what I was looking for⟩

**whyd-ah** \'hwī-də, 'wī-\ *n* [alter. of *widow* (bird)] (1783) : any of various mostly black and white African weaverbirds (genera *Euplectes* and *Vidua*) often kept as cage birds and distinguished in the male by long drooping tail feathers during the breeding season

**wick** \'wik\ *n* [ME *weke, wicke,* fr. OE *wēoce*; akin to OHG *wiohha* wick, MIr *figid* he weaves] (bef. 12c) : a bundle of fibers or a loosely twisted, braided, or woven cord, tape, or tube usu. of soft spun cotton threads that by capillary attraction draws up to be burned a steady supply of the oil in lamps or the melted tallow or wax in candles

**wick** *vt* (1949) : to carry (as moisture) by capillary action — often used with *away* ⟨a fabric that ~s away perspiration⟩

**wick-ed** \'wi-kəd\ *adj* [ME, alter. of *wicke* wicked] (13c) **1** : morally very bad : EVIL **2** *a* : FIERCE, VICIOUS ⟨a ~ dog⟩ *b* : disposed to or marked by mischief : ROGUISH ⟨does ~ impersonations⟩ **3** *a* : disgustingly unpleasant : VILE ⟨a ~ odor⟩ *b* : causing or likely to cause harm, distress, or trouble ⟨a ~ storm⟩ **4** : going beyond reasonable or predictable limits : of exceptional quality or degree ⟨throws a ~ fastball⟩ — **wick-ed-ly** *adv*

²**wicked** *adv* (1980) : VERY, EXTREMELY ⟨~ fast⟩

**wick-ed-ness** *n* (14c) **1** : the quality or state of being wicked **2** : something wicked

**wick-er** \'wi-kər\ *n* [ME *wiker,* of Scand origin; akin to Sw dial. *vikker* willow, ON *veikr* — more at WEAK] (14c) **1** : a small pliant twig or branch : OSIER, WITHE **2** *a* : WICKERWORK *b* : something made of wicker — **wicker** *adj*

**wick-er-work** \-,wȯrk\ *n* (1719) : work consisting of interlaced osiers, twigs, or rods (a cage of ~)

**wick-et** \'wi-kət\ *n* [ME *wiket,* fr. ONF, of Gmc origin; akin to ON *vik* corner, *vikja* to move, turn] (13c) **1** : a small gate or door; *esp* : one forming part of or placed near a larger gate or door **2** : an opening like a window; *esp* : a grilled or grated window through which business is transacted **3** *a* : either of the sets of three stumps topped by two crosspieces and set five feet apart at which the ball is bowled in cricket *b* : an area 10 feet wide bounded by these wickets *c* : one innings of a batsman; *specif* : one that is not completed or never begun ⟨win by three ~s⟩ **4** : an arch or hoop in croquet

**wick-ing** \'wi-kiŋ\ *n* (1847) : material for wicks

**wick-i-up** \'wi-kē-,əp\ *n* [Fox (Algonquian language of the Fox, Sauk, and Kickapoo Indians) *wikiyapi* house] (1852) : a hut used by the nomadic Indians of the arid regions of the western and southwestern U.S. with a usu.

oval base and a rough frame covered with reed mats, grass, or brushwood; *also* : a rude temporary shelter or hut

**wid-der-shins** \'wi-dər-shənz\ *adv* [MLG *weddersinnes,* fr. MHG *widersinnes,* fr. *widersinnen* to go against, fr. *wider* back against (fr. OHG *widar*) + *sinnen* to travel, go; akin to OHG *sendan* to send — more at WITH, SEND] (1513) : in a left-handed, wrong, or contrary direction : COUNTERCLOCKWISE — compare DEASIL

**wid-y** \'wi-dē\ *n, pl* **wid-ies** [ME *So,* fr. ME *withy*] (15c) **1** *Scot & dial Eng* : a rope of osiers **2** *Scot & dial Eng* : a hangman's noose

¹**wide** \'wīd\ *adj* **wider; wid-est** [ME, fr. OE *wīd;* akin to OHG *wīt* wide] (bef. 12c) **1** *a* : having great extent : VAST ⟨a ~ area⟩ *b* : extending over a vast area : EXTENSIVE ⟨a ~ reputation⟩ *c* : extending throughout a specified area or scope — usu. used in combination (nationwide) (industry-wide) **2** *a* : COMPREHENSIVE, INCLUSIVE ⟨a ~ assortment⟩ *b* : having a specified extension from side to side ⟨3 feet ~⟩ *c* : having much extent between the sides : BROAD ⟨a ~ doorway⟩ *d* : fully opened ⟨*wide*-eyed⟩ **3** *a* : LAX **4** : extending or fluctuating considerably beyond limits ⟨a ~ variation⟩ *b* : straying or deviating from something specified — used with *of* ⟨the accusation was ~ of the truth⟩ **4** *of an animal ration* : relatively rich in carbohydrate as compared with protein *syn* see BROAD — **wide-ness** *n*

²**wide** *adv* **wider; wid-est** (bef. 12c) **1** *a* : over a great distance or extent : WIDELY ⟨searched far and ~⟩ *b* : over a specified distance, area, or extent — usu. in combination ⟨expanded the business countrywide⟩ **2** *a* : so as to leave much space or distance between *b* : so as to pass at or clear by a considerable distance ⟨ran ~ around left end⟩ **3** : COMPLETELY, FULLY ⟨~ open⟩

**wide-an-gle** \'wīd-'aŋ-gəl, -gl\ *adj* (1878) **1** : having or covering an angle of view wider than the ordinary — used esp. of lenses of shorter than normal focal length **2** : having, involving the use of, or relating to a wide-angle lens ⟨a ~ shot⟩

**wide-awake** \,wīd-ə-'wāk\ *n* (1837) **1** : a soft felt hat with a low crown and a wide brim **2** : SOOTY TERN

**wide-awake** *adj* (1813) **1** : fully awake **2** : alertly watchful esp. for advantages or opportunities *syn* see WATCHFUL

**wide-band** \'wīd-,band\ *adj* (1935) : BROADBAND

**wide-body** \-'bä-dē\ *n* (1968) : a large jet aircraft

**wide-eyed** \'wīd-'īd, -,īd\ *adj* (1853) **1** : having the eyes wide open esp. with wonder or astonishment **2** : having or marked by unsophisticated or uncritical acceptance or admiration : NAIVE ⟨~ innocence⟩

**wide-ly** *adv* (1579) **1** : over or through a wide area ⟨has traveled ~⟩ *b* : to a great extent (departed ~ from the previous edition) **3** : by or among a large well-dispersed group of people ⟨a ~ known political figure⟩ **4** : over a broad range (persons with ~ fluctuating incomes — *Current Biog.*)

**wid-en** \'wī-d³n\ *vb* **wid-ened; wid-en-ing** (1613) *vt* : having one's mouth opened wide (as in awe) ⟨a ~ mouth⟩ ~ *vi* : having one's mouth opened wide (as in awe) ⟨a ~ mouth⟩

**wid-en** \'wī-d³n\ *vb* **wid-ened; wid-en-ing** *vt* : having one's mouth opened wide (as in awe) ⟨a ~ mouth⟩

**wide-open** \'wīd-'ō-pən, -,ō-\ *adj* (1852) : having virtually no limits or restrictions ⟨a ~ town⟩

**wid-out** \'wid-,aút, ə\ (1979) : WIDE RECEIVER

**wide-rang-ing** \'wīd-,rän-jiŋ\ *adj* (1816) : extensive in scope : COMPREHENSIVE ⟨~ views⟩

**wide receiver** *n* (1968) : a football receiver who normally lines up several yards to the side of the offensive formation

**wide-screen** *adj* (1931) : of or relating to a projected picture whose aspect ratio is substantially greater than 1.33:1

**wide-spread** \'wīd-'spred, -,spred\ *adj* (1705) **1** : widely diffused or prevalent ⟨~ public interest⟩ **2** : widely extended or spread out ⟨low, ~ hood and fenders —*Time*⟩ *a* ~ : erosion surface —C. B. Hitchcock⟩

**wide-spread-ing** \-,spre-diŋ, -,spred-iŋ\ *adj* (1591) : stretching or extending over a wide space or area ⟨a ~ thatch roofs —*Nat'l Geographic*⟩

**wid-get** \'wi-jət\ *n* [alter. of *gadget*] (1926) **1** : GADGET **2** : an unnamed article considered for purposes of hypothetical example

**wid-ish** \'wī-dish\ *adj* (1845) : somewhat wide

**wid-ow** \'wi-(,)dō\ *n* [ME *widewe,* fr. OE *wuduwe*; akin to OHG *wituwa* widow, L *vidua,* Skt *vidhavā,* L *-videre* to separate] (bef. 12c) **1** *a* : a woman who has lost her husband by death and usu. has not remarried *b* : GRASS WIDOW **2** *c* : a woman whose husband leaves her alone frequently or for long periods to engage in a usu. specified activity ⟨a golf ~⟩ **2** : an extra hand or part of a hand of cards dealt face down and usu. placed at the disposal of the highest bidder **3** : a single usu. short last line (as of a paragraph) separated from its related text and appearing at the top of a printed page or column

**widow** *vt* (14c) **1** : to cause to become a widow or widower **2** *obs* : to survive as the widow of **3** : to deprive of something greatly valued or needed

**wid-ow-er** \'wi-də-wər\ *n* [ME *widewer,* alter. of *wedow* widow, widower, fr. OE *wuduwa* widower; akin to OE *wuduwe* widow] (14c) : a man who has lost his wife by death and usu. has not remarried

**wid-ow-er-hood** \-,hu̇d\ *n* (1796) : the fact or state of being a widower **2** : the period during which a man remains a widower

**wid-ow-hood** \'wi-dō-,hu̇d, -də-\ *n* (bef. 12c) **1** : the fact or state of being a widow **2** : the period during which a woman remains a widow **3** : WIDOWERHOOD

**widow's cruse** *n* [fr. the widow's cruse of oil that miraculously supplies Elijah during a famine (1 Kings 17:8–16)] (1816) : an inexhaustible supply

**widow's peak** *n* (1849) : a point formed by the hairline in front

**widow's walk** *n* (1937) : a railed observation platform atop a usu. coastal house

**width** \'width, 'witth\ *n* [*wide*] (1627) **1** : the horizontal measurement taken at right angles to the length : BREADTH **2** : largeness of extent or scope **3** : a measured and cut piece of material ⟨a ~ of calico⟩

**wield** \'wē(ə)ld\ *vt* [ME *welden* to control, fr. OE *wieldan;* akin to OHG *waltan* to rule, L *valēre* to be strong, be worth] (bef. 12c) **1** *chiefly dial* : to deal successfully with : MANAGE **2** : to handle (as a tool) esp. effectively ⟨~ a broom⟩ **3** : to exert one's authority by means of ⟨~ influence⟩ *b* : have at one's command or disposal ⟨did not ~ appropriate credentials —G.W. Bonham⟩ — **wield-er** *n*

**wieldy** \'wē(ə)l-dē\ *adj* (14c) : capable of being wielded easily



wickiup

# EXHIBIT L-41

# NEW COLLEGE EDITION



# THE AMERICAN HERITAGE
# DICTIONARY
## OF THE ENGLISH LANGUAGE

Words that are believed to be registered trademarks have been checked with authoritative sources. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. Words that are known to have current registrations are shown with an initial capital and are also identified as trademarks. The inclusion of any word in this Dictionary is not, however, an expression of the publishers' opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark.

© 1969, 1970, 1971, 1973, 1975, 1976, 1978, 1979, 1980 by Houghton Mifflin Company
All correspondence and inquiries should be directed to
Reference Division, Houghton Mifflin Company
Two Park Street, Boston, Massachusetts 02107

All rights reserved under Bern and Pan-American Copyright Conventions

ISBN: 0-395-20360-0 (new college edition; thumb-indexed)
0-395-20359-7 (new college edition; plain edges)
0-395-24575-3 (high-school edition)
0-395-09066-0 (larger-format edition)

Library of Congress Catalog Card Number 76-86995

Manufactured in the United States of America

Computer-composed by Inforonics, Inc.
in Maynard, Massachusetts

**wicked    wild**



**wicket**
*Above:* Cricket wicket
*Below:* Croquet wicket



**wickiup**
Mat-covered Paiute wickiup



**widgeon**
*Mareca penelope*







**wigwam**
*Above:* Drawing showing
structural details

**wick·ed** (wĭk'ĭd) *adj.* **-eder, -edest. 1.** Vicious; depraved: *wicked habits.* **2.** Mischievous or playfully malicious: *a wicked joke.* **3.** Harmful; pernicious: *a wicked cough.* **4.** Obnoxious; offensive: *a wicked stench.* **5.** Formidable; excellent: *a wicked set of tennis.* —See Synonyms at **bad.** [Middle English *wicke*, *wicke*, wicked, Old English *wicca*, wizard. See **weik-²** in Appendix.*] —wick'ed·ly *adv.* —wick'ed·ness *n.*

**wick·er** (wĭk'ər) *n.* **1.** A flexible shoot, as of a willow, used in weaving baskets or certain articles of furniture. **2.** Wickerwork. —*adj.* Constructed, consisting of, or covered with wicker. [Middle English *wiker*, from Scandinavian, akin to Swedish *viker*. See **weik-⁴** in Appendix.*]

**wick·er·work** (wĭk'ər-wûrk') *n.* Woven wicker.

**wick·et** (wĭk'ĭt) *n.* **1.** A small door or gate, especially one built into or near a larger one. **2.** A small window or opening, often fitted with glass or a grating. **3.** A sluice gate for regulating the amount of water in a millrace or a canal or for emptying a lock. **4.** *Cricket.* **a.** Either of the two sets of three stumps, topped by bails, that forms the target of the bowler and is defended by the batsman. **b.** A batsman's innings, which may be terminated by the ball knocking the bails off the stumps. **c.** The termination of a batsman's innings. **d.** The period during which two batsmen are in together. **e.** The pitch, especially with respect to wetness or other conditions. **5.** *Croquet.* Any of the small arches, usually made of wire, through which one tries to direct the ball. [Middle English *wiket*, from Old North French *wiket*, from Germanic. See **weik-⁴** in Appendix.*]

**wick·et·keep·er** (wĭk'ĭt-kē'pər) *n. Cricket.* The player positioned immediately behind the wicket in play.

**wick·i·up** (wĭk'ē-ŭp') *n.* Also **wik·i·up.** A frame hut covered with matting, bark, brush, or the like, used by the nomadic Indians of North America. [Fox *wikiyapi*, "house," from Proto-Algonquian *wikiwahmi* (unattested), WIGWAM.]

**Wick·liffe, John.** See **Wycliffe.**

**Wic·lif, John.** See **Wycliffe.**

**wic·o·py** (wĭk'ə-pē) *n., pl. -pies.* Any of several North American trees, shrubs, or plants, especially the leatherwood (*see*). [Cree *wikopiy*, willow bark, from Proto-Algonquian *wikwepyi* (unattested), *wicopy* bark.]

**wid·der·shins.** Variant of **withershins.**

**wide** (wīd) *adj.* **wider, widest. 1.** Extending over a large area from side to side; broad. **2.** Having a specified extent from side to side; in width: *a ribbon two inches wide.* **3.** Having great range or scope: *a wide selection.* **4.** Full or ample, as clothing. **5.** Fully open or extended: *look with wide eyes.* **6.** Lying or located away from the desired goal or point: *wide of the mark.* **7.** Apart from the truth or pertinent issue: *"Tilley finds that Faulkner is just as wide of the legal facts"* (Cleanth Brooks). **8.** *Phonetics.* Lax. —See Usage note at **broad.** —*adv.* **1.** Over a large area; extensively: *journey far and wide.* **2.** To the full extent; completely: *the door was open wide.* **3.** So as to miss the target; astray. —*n. Cricket.* A ball bowled outside of the batsman's reach, counting as a run for the batting team. [Middle English *wide*, Old English *wīd.* See **wi-** in Appendix.*] —wide'ly *adv.* —wide'ness *n.*

**wide-an·gle lens** (wīd'ăng'gəl). A lens that has a relatively short focal length and permits an angle of view wider than approximately 70 degrees.

**wide-a·wake** (wīd'ə-wāk') *adj.* **1.** Completely awake. **2.** Alert; watchful. —*n.* A soft felt hat with a wide brim.

**wide-eyed** (wīd'īd') *adj.* **1.** With the eyes completely opened, as in wonder. **2.** Innocent; credulous.

**wid·en** (wīd'n) *v.* **-ened, -ening, -ens.** —*tr.* To make wider. —*intr.* To be or become wide or wider. —wid'en·er *n.*

**wide-o·pen** (wīd'ō'pən) *adj.* **1.** Opened completely: *a wide-open door.* **2.** Without laws or law enforcement: *a wide-open town.*

**wide·spread** (wīd'sprĕd') *adj.* Also **wide-spread, wide-spreading** (-sprĕd'ĭng). **1.** Spread or scattered over a considerable extent. **2.** Occurring or accepted widely.

**wid·geon** (wĭj'ən) *n., pl.* **widgeon** or **-geons.** Also **British wig·eon.** Either of two ducks, *Mareca americana*, of North America, or *M. penelope*, of Europe, having brownish plumage. The former species is also called "baldpate." [Origin uncertain.]

**wid·ow** (wĭd'ō) *n.* **1.** A woman whose husband has died and who has not remarried. **2.** *Card Games.* An additional hand dealt to the table. **3.** *Printing.* **a.** An incomplete line of type, as one ending a paragraph, carried over to the top of the next page or column. **b.** A short line at the bottom of a page or column. —*tr.v.* **widowed, -owing, -ows.** To make a widow of. Used chiefly in the past participle. [Middle English *wid(e)we*, Old English *widuwe.* See **weidh-** in Appendix.*]

**widow bird.** The whydah (*see*). [From its black plumage.]

**wid·ow·er** (wĭd'ō-ər) *n.* A man whose wife has died and who has not remarried. [Middle English *widewer*, from *widewe*, WIDOW.]

**wid·ow·hood** (wĭd'ō-hŏŏd') *n.* The condition or period of being a widow.

**widow's mite.** A small contribution made by one who has little. [By allusion to Mark 12:42.]

**widow's peak.** A hairline having a V-shaped point at the middle of the forehead. Also called "peak." [From the superstition that it is a sign of early widowhood.]

**widow's walk.** A railed, rooftop gallery on a dwelling, designed to observe vessels at sea.

**width** (wĭdth, wĭth) *n. Abbr.* **w. 1.** The state, quality, or fact of being wide. **2.** The measurement of the extent of something

from side to side; the size of something in terms of its wideness. **3.** Something that has a specified width; especially, in sewing, a piece of fabric measured from selvage to selvage: *a skirt having four widths.* [From WIDE.]

**width·wise** (wĭdth'wīz', wĭth'-) *adv.* From side to side; in terms of width.

**Wie·land** (vē'länt'), **Christoph Martin.** 1733–1813. German poet and translator.

**Wie·land** (vē'länt'), **Heinrich.** 1877–1957. German chemist.

**wield** (wēld) *tr.v.* **wielded, wielding, wields. 1.** To handle (a weapon or tool, for example). **2.** To exercise or exert (power or influence). —See Synonyms at **handle.** [Middle English *welden*, Old English *wealdan* and *wieldan.* See **wal-** in Appendix.*] —wield'a·ble *adj.* —wield'er *n.*

**wield·y** (wēl'dē) *adj.* **-ier, -iest.** Easily wielded or managed.

**Wien.** The German name for Vienna.

**Wien** (vēn), **Wilhelm.** 1864–1928. German physicist; studied blackbody radiation.

**wie·ner** (wē'nər) *n.* A wienerwurst (*see*). [German, short for WIENERWURST.]

**Wie·ner** (wē'nər), **Norbert.** 1894–1964. American mathematician; developed cybernetics.

**Wie·ner schnit·zel** (wē'nər shnĭt'səl). A breaded veal cutlet. [German, "Vienna cutlet."]

**wie·ner·wurst** (wē'nər-wûrst'; German vē'nər-vōōrsht') *n.* A type of smoked pork or beef sausage, similar to a frankfurter. Also called "wiener," and informally "weenie." [German, "Vienna sausage."]

**Wies·ba·den** (vēs'bäd'n). The capital of Hesse, West Germany, on the Rhine in the southwest. Population, 260,000.

**wife** (wīf) *n., pl.* **wives** (wīvz). *Abbr.* **w. 1.** A woman married to a man. **2.** *Archaic.* A woman. Now used chiefly in certain phrases: *old wives' tales.* —**take to wife.** To marry. [Middle English *wif(e)*, Old English *wīf*, from Germanic *wīf* (unattested), woman.] —wife'hood', wife'dom *n.* —wife'ly *adj.*

**wig** (wĭg) *n.* A headpiece of artificial or human hair worn as personal adornment, part of a costume, or to conceal baldness. —*tr.v.* **wigged, wigging, wigs.** *British Informal.* To scold or censure. [Shortened from PERIWIG.]

**wig·an** (wĭg'ən) *n.* A stiff fabric used for stiffening. [First made in *Wigan*, Lancashire, England.]

**wi·geon.** *British.* Variant of **widgeon.**

**wigged** (wĭgd) *adj.* Wearing a wig.

**wig·ger·y** (wĭg'ə-rē) *n., pl.* **-ies. 1.** A wig or wigs collectively. **2.** The practice of wearing wigs.

**wig·gle** (wĭg'əl) *v.* **-gled, -gling, -gles.** —*intr.* To move, twist, or proceed with short irregular motions from side to side. —*tr.* To cause to move in such a fashion: *wiggle one's toes.* —*n.* The act of wiggling; a wiggling movement or course. —**get a wiggle on.** *Slang.* To hurry or hurry up. [Middle English *wiglen*, from Middle Dutch or Middle Low German *wiggelen.* See **wegh-** in Appendix.*] —wig'gly *adj.*

**wig·gler** (wĭg'lər) *n.* **1.** One that wiggles. **2.** The larva or pupa of a mosquito.

**wight** (wīt) *n. Archaic.* A human being; creature: *"What wailing wight/Calls the watchman of the night?"* (Blake). [Middle English *wight*, Old English *wiht.* See **wekti-** in Appendix.*]

**wight** (wīt) *adj. Obsolete.* Valorous; brave. [Middle English *wiht*, from Old Norse *vigt*, neuter of *vigr*, able in battle. See **weik-⁵** in Appendix.*]

**Wight, Isle of** (wīt). An island of 147 square miles in the English Channel off south-central England, an administrative county of Hampshire. Population, 96,000. County seat, Newport.

**Wig·ner** (wĭg'nər), **Eugene Paul.** Born 1902. Hungarian-born American theoretical physicist.

**Wig·town** (wĭg'tən, -toun). **1.** Also **Wig·town·shire** (-shĭr, -shər). A county occupying 487 square miles in southwestern Scotland. Population, 29,000. **2.** The county seat of this county. Population, 1,000.

**wig·wag** (wĭg'wăg') *v.* **-wagged, -wagging, -wags.** —*tr.* **1.** To move back and forth, especially as a means of signaling. **2.** To signal by such motions. —*intr.* **1.** To move back and forth; to wag. **2.** To wave the hand or a device in signaling. —*n.* **1.** The act or practice of giving signals by wigwagging. **2.** A message so relayed. [Dialectal *wig*, perhaps from WIGGLE + WAG.] —wig'wag'ger *n.*

**wig·wam** (wĭg'wŏm') *n.* **1.** A North American Indian dwelling, commonly having an arched or conical framework overlaid with bark, hides, or mats. Compare **tepee.** **2.** *Informal.* A large building, often temporary, used for public gatherings or meetings. [Eastern Abnaki *wikawam*, from Proto-Algonquian *wikiwahmi* (unattested), perhaps from root *wik-* (unattested), to dwell.]

**wik·i·up.** Variant of **wickiup.**

**Wil·ber·force** (wĭl'bər-fôrs', -fōrs') **William.** 1759–1833. English philanthropist and abolitionist.

**wild** (wīld) *adj.* **wilder, wildest. 1.** Occurring, growing, or living in a natural state; not domesticated, cultivated, or tamed. **2.** Not inhabited; desolate. **3.** Uncivilized or barbarous; savage. **4.** Lacking discipline, restraint, or control; unruly: *"Never did I hear/Of any prince so wild a libertine."* (Shakespeare). **5.** Disorderly; disarranged. **6.** Incoherent or chaotic; frenzied: *wild talk.* **7.** Full of intense, ungovernable emotion: *wild with jealousy.* **8. a.** Eccentric; notoriously odd or amusing: *a wild character.* **b.** Extravagant; fantastic: *a wild idea.* **9.** Furiously disturbed or turbulent; stormy. **10.** Reckless; risky. **11.** Random or spontaneous; whimsical: *make a wild guess.* **12.** Deviating widely; erratic: *a wild pitch.* **13.** *Card Games.* Having an

# EXHIBIT L-42

# Riverside

# Webster's II

## New College Dictionary

# Webster's II

## *New College Dictionary*



### Houghton Mifflin Company
*Boston  •  New York*

Words are included in this Dictionary on the basis of their usage.
Words that are known to have current trademark registrations are
shown with an initial capital and are also identified as trademarks.
No investigation has been made of common-law trademark rights in
any word, because such investigation is impracticable. The inclusion
of any word in this Dictionary is not, however, an expression of the
Publisher's opinion as to whether or not it is subject to proprietary
rights. Indeed, no definition in this Dictionary is to be regarded as
affecting the validity of any trademark.

Copyright © 1995 by Houghton Mifflin Company. All rights reserved.

No part of this work may be reproduced or transmitted in any form
or by any means, electronic or mechanical, including photocopying
and recording, or by any information storage or retrieval system
without the prior written permission of Houghton Mifflin Company
unless such copying is expressly permitted by federal copyright law.
Address inquiries to Reference Permissions, Houghton Mifflin
Company, 222 Berkeley Street, Boston MA 02116.

Illustrations **azimuthal equidistant projection** and **sinusoidal
projection** © 1986 by The American Congress on Surveying and
Mapping.

*Library of Congress Cataloging-in-Publication Data*

Webster's II new college dictionary.
       p.    cm.

   ISBN 0-395-70869-9  (alk. paper)
    1. English language — Dictionaries.   I. Webster's II new
Riverside University dictionary
PE1628.W55164     1995
423 — dc20                              95-5833
                                            CIP

For information about this and other Houghton Mifflin trade
and reference books and multimedia products, visit
The Bookstore at Houghton Mifflin on the World Wide Web at
http://www.hmco.com/trade/.

Printed in the United States

for regulating the amount of water in a millrace or a canal or for emptying a lock. **4.** In cricket: **a.** Either of the two sets of three stumps, topped by bails, that forms the target of the bowler and is defended by the batsman. **b.** A batsman's innings, which may be ended by the ball knocking the bails off the stumps. **c.** Termination of a batsman's innings. **d.** The period during which two batsmen are in together. **e.** The pitch, esp. with respect to wetness or other conditions. **5.** Any of the small, usu. wire arches, through which one tries to direct a croquet ball.

**wick·et·keep·er** (wĭk′ĭt-kē′pər) *n.* The cricket player positioned directly behind the wicket in play.

**wick·i·up** *also* **wik·i·up** (wĭk′ē-ŭp′) *n.* [Fox *wikiyapi,* dwelling.] A frame hut covered with matting, as of bark or brush, used by certain nomadic North American Indians.

**wic·o·py** (wĭk′ə-pē) *n., pl.* **-pies.** [Cree *wikopiy,* willow bark.] LEATHERWOOD 1.

**Wi·dal test** (vē-däl′) *n.* [After Fernand Widal (1862–1929).] A serological test that uses an agglutination reaction to diagnose typhoid fever.

**wid·der·shins** (wĭd′ər-shĭnz′) *adv. var. of* WITHERSHINS.

**wide** (wīd) *adj.* **wid·er, wid·est.** [ME < OE *wīd.*] **1.** Extending over a large area from side to side : BROAD <a *wide* river> **2.** Having a specified extent from side to side <a belt three inches *wide*> **3.** Having great range or scope <a *wide* variety> **4.** Full or ample, as clothing. **5.** Fully open or extended, as the eyes. **6.** Apart or away from the desired goal or point <*wide* of the mark> <*wide* of the truth> **7.** LAX 4. —*adv.* **1.** Over a large area : EXTENSIVELY <traveled far and *wide*> **2.** To the full extent : COMPLETELY <opened the gate *wide*> **3.** So as to miss the target : ASTRAY. —*n.* A cricket ball bowled outside of the batsman's reach, counting as a run for the batting team. —**wide′ly** *adv.* —**wide′ness** *n.*

**-wide** *suff.* [< WIDE.] **1.** Extending over a specified area or region <city*wide*> **2.** Throughout a specified area or region <state*wide*>

**wide-an·gle lens** (wīd′ăng′gəl) *n.* A lens with a relatively short focal length that permits an angle of view wider than approx. 70°.

**wide-a·wake** (wīd′ə-wāk′) *adj.* **1.** Completely awake. **2.** Watchful : alert. —**wide′a·wake′ness** *n.*

**wide-eyed** (wīd′īd′) *adj.* **1.** With the eyes completely opened, as in wonder. **2.** Innocent : credulous.

**wide-mouthed** (wīd′mouthd′, -mouth′) *adj.* **1.** Having a wide mouth <a *wide-mouthed* jar> **2.** With the mouth completely open, as in surprise.

**wid·en** (wīd′n) *vi. & vt.* **-ened, -en·ing, -ens.** To make or become wide or wider. —**wid′en·er** *n.*

**wide-o·pen** (wīd′ō′pən) *adj.* **1.** Opened completely <a *wide-open* gate> **2.** Without laws or law enforcement <a *wide-open* town>

**wide receiver** *n. Football.* A receiver usu. positioned several yards to the side of an offensive formation.

**wide·spread** *also* **wide-spread** (wīd′sprĕd′) *or* **wide·spreading** (-sprĕd′ĭng) *adj.* **1.** Spread or scattered over a considerable extent. **2.** Occurring or accepted widely.

**wid·geon** (wĭj′ən) *n., pl.* **widgeon** *or* **-geons.** [Orig. unknown.] A duck, *Mareca americana* of North America or *M. penelope* of Europe, with brownish plumage.

**widg·et** (wĭj′ət) *n.* [Prob. alteration of GADGET.] A gadget, esp. one that is unnamed or hypothetical.

**wid·ow** (wĭd′ō) *n.* [ME *widewe* < OE *widuwe.*] **1.** A woman whose husband has died and who has not remarried. **2.** An additional hand of cards dealt to the table. **3. a.** An incomplete usu. short line of type, as one ending a paragraph, carried over to the top of the next page or column. **b.** A short line at the bottom of a page or column. —*vt.* **-owed, -ow·ing, -ows.** To make a widow of <was *widowed* a year after the marriage> —**wid′ow·hood′** *n.*

**widow bird** *n.* [From its black plumage.] The whydah.

**wid·ow·er** (wĭd′ō-ər) *n.* [ME *widewer* < *widewe,* widow.] A man whose wife has died. —**wid′ow·er·hood′** *n.*

**widow's mite** (wĭd′ōz) *n.* [From the widow who gave two small coins to the Temple treasury in the Gospel according to St. Mark.] A small contribution made by one who has little.

**widow's peak** *n.* [From the superstition that it is a sign of early widowhood.] A V-shaped point formed by the hair at the middle of the forehead.

**widow's walk** *n.* A railed rooftop gallery on a dwelling, used for observing vessels at sea.

**width** (wĭdth, wĭth) *n.* [< WIDE.] **1.** The quality, state, or fact of being wide. **2.** The measurement of the extent of something from side to side. **3.** Something that has a specified width, esp. a piece of fabric measured from selvage to selvage in sewing.

★ *syns:* WIDTH, BREADTH, BROADNESS, WIDENESS *n. core meaning :* the extent of something from side to side <the *width* of the doorway>

**width·wise** (wĭdth′wīz′, wĭth′-) *adv.* In terms of width.

**wield** (wēld) *vt.* **wield·ed, wield·ing, wields.** [ME *welden* < OE *wieldan.*] **1.** To handle (e.g., a weapon or tool). **2.** To exercise or exert (power or influence). —**wield′a·ble** *adj.* —**wield′er** *n.*

**wield·y** (wēl′dē) *adj.* **-i·er, -i·est.** Easily wielded or managed.

**wie·ner** (wē′nər) *n.* [G., short for *Wienerwurst,* wienerwurst.] A wienerwurst.

**Wie·ner schnit·zel** (vē′nər shnĭt′səl) *n.* [G., Vienna cutlet.] A breaded veal cutlet.

**wie·ner·wurst** (wē′nər-wûrst′, -wŏorst′) *n.* [G. : *Wien,* Vienna + *Wurst,* sausage.] A smoked pork or beef sausage, similar to a frankfurter.

**wife** (wīf) *n., pl.* **wives** (wīvz) [ME < OE *wīf.*] **1.** A married woman. **2.** *Archaic.* A woman. —**wife′hood′, wife′dom** *n.* —**wife′ly** *adj.*

**wig** (wĭg) *n.* [Short for PERIWIG.] A headpiece of human or artificial hair worn as personal adornment, part of a costume, or to conceal baldness. —*vt.* **wigged, wig·ging, wigs.** To scold or censure.

**wig·an** (wĭg′ən) *n.* [After *Wigan,* a textile-manufacturing town in England.] A stiff fabric used for interlining.

**wi·geon** (wĭj′ən) *n. Chiefly Brit. var. of* WIDGEON.

**wigged** (wĭgd) *adj.* Wearing a wig.

**wig·gle** (wĭg′əl) *vi. & vt.* **-gled, -gling, -gles.** [ME *wiglen,* prob. < MLG *wiggelen,* to totter.] To move or cause to move with short irregular twisting motions from side to side. —*n.* A wiggling movement or course. —**wig′gly** *adj.*

**wig·gler** (wĭg′lər) *n.* **1.** One that wiggles. **2.** The larva or pupa of a mosquito.

**wight**[1] (wīt) *n.* [ME < OE *wiht.*] A human being.

**wight**[2] (wīt) *adj.* [ME < ON *vīgt,* neuter of *vīgr,* able to fight.] *Archaic.* Brave : valiant.

**wig·wag** (wĭg′wăg′) *v.* **-wagged, -wag·ging, -wags.** [Dial. *wig,* to move + WAG.] —*vt.* **1.** To move back and forth. **2.** To signal by moving (e.g., the hand) back and forth. —*vi.* **1.** To move back and forth : WAG. **2.** To wave the hand or a device in signaling. —*n.* **1.** The act or practice of signaling by wigwagging. **2.** A message relayed by wigwagging. —**wig′wag′ger** *n.*

**wig·wam** (wĭg′wŏm′) *n.* [Abnaki *wikəwam.*] A North American Indian dwelling, usu. having an arched or conical framework overlaid with bark, hides, or mats.

**wik·i·up** (wĭk′ē-ŭp) *n. var. of* WICKIUP.

**wil·co** (wĭl′kō) *interj.* [Short for *will comply.*] —Used esp. in radio signaling to indicate cooperation.

**wild** (wīld) *adj.* **-er, -est.** [ME *wilde* < OE.] **1.** Growing, living, or found in a natural state : not domesticated, cultivated, or tamed. **2.** Not inhabited : DESOLATE. **3.** Uncivilized or barbarous : SAVAGE. **4.** Lacking discipline, restraint, or control : UNRULY <*wild* schoolchildren> **5.** Disorderly : disarranged. **6.** Incoherent or chaotic : FRENZIED <*wild* babbling> **7.** Full of intense, ungovernable emotion <*wild* with anger> **8. a.** Notoriously odd or amusing : OUTLANDISH <a *wild,* eccentric character> **b.** Extravagant : fantastic <a *wild* notion> **9.** Furiously disturbed or turbulent : STORMY. **10.** Reckless : risky. **11.** Random or spontaneous <take a *wild* guess> **12.** Deviating widely : ERRATIC <a *wild* throw> **13.** Having an arbitrary equivalence or value determined by a card holder's needs or choice <Deuces are *wild.*> —*adv.* In a wild way. —*n.* An uninhabited or uncultivated region. —**wild′ly** *adv.* —**wild′ness** *n.*

★ *syns:* WILD, BACKLAND, BUSH, WILDERNESS, WILDNESS *n. core meaning :* an uninhabited region left in its natural state <fought to keep the *wild* from developers>

**wild bergamot** *n.* An aromatic plant, *Monarda fistulosa* of eastern North America, with lilac-purple flower clusters.

**wild boar** *n.* BOAR 2.

**wild card** *n.* **1.** *Games.* A card assigned specific values that may vary during a game and acquire any value assigned by its holder. **2.** *Computer Sci.* A symbol that stands for one or more characters in a string. **3.** *Slang.* An unpredictable or unforeseeable factor.

**wild carrot** *n.* Queen Anne's lace.

**wild·cat** (wīld′kăt′) *n.* **1.** A wild feline of small to medium size, esp. one of the genus *Lynx.* **2.** One who is quick-tempered or fierce. **3.** An oil well drilled in an area not known to yield oil. —*adj.* **1. a.** Unsound or risky, esp. financially. **b.** Issued by a financially irresponsible bank <*wildcat* currency> **c.** Operating without official sanction or authority <a *wildcat* strike> —*v.* **-cat·ted, -cat·ting, -cats.** —*vi.* To prospect for (e.g., oil) in a supposedly unproductive area. —*vi.* To prospect in an untapped or questionable area. —**wild′cat′ter** *n.*

**wild celery** *n.* Tape grass.

**wil·de·beest** (wĭl′də-bēst′, vĭl′-) *n.* [Obs. Afr. : Du. *wild,* wild + Du. *beest,* beast.] The gnu.

**wil·der** (wĭl′dər) *v.* **-dered, -der·ing, -ders.** [Orig. unknown.] *Archaic.* —*vt.* **1.** To lead astray : MISLEAD. **2.** To bewilder : perplex. —*vi.* **1.** To lose one's way. **2.** To become bewildered. —**wil′der·ment** *n.*

**wil·der·ness** (wĭl′dər-nĭs) *n.* [ME < *wilddēornes < wilddēor,* wild beast.] **1.** An uninhabited region left in its natural condition, esp.: **a.** A large wild tract of land covered with dense vegetation or forests. **b.** An extensive area, as a desert or ocean, that is barren or empty : WASTE. **c.** A piece of land set aside to grow wild. **2.** Something likened to a

| ă pat | ā pay | âr care | ä father | ĕ pet | ē be | hw which | ĭ pit |
|-------|-------|---------|----------|-------|------|----------|-------|
| ī tie | îr pier | ŏ pot | ō toe | ô paw, for | oi noise | ōō took |

# EXHIBIT L-43

US005132745A

# United States Patent [19]

Kwasnick et al.

[11] **Patent Number:** **5,132,745**

[45] **Date of Patent:** **Jul. 21, 1992**

[54] **THIN FILM TRANSISTOR HAVING AN IMPROVED GATE STRUCTURE AND GATE COVERAGE BY THE GATE DIELECTRIC**

[75] Inventors: **Robert F. Kwasnick; Ching-Yeu Wei,** both of Schenectady, N.Y.

[73] Assignee: **General Electric Company,** Schenectady, N.Y.

[21] Appl. No.: **758,474**

[22] Filed: **Sep. 6, 1991**

**Related U.S. Application Data**

[63] Continuation of Ser. No. 593,421, Oct. 5, 1990, abandoned.

[51] Int. Cl.⁵ ............................................. **H01L 27/12**
[52] U.S. Cl. ........................................ **357/4; 357/23.7; 357/71**
[58] Field of Search ....................... 357/2, 4, 23.7, 68, 357/71

[56] **References Cited**

**U.S. PATENT DOCUMENTS**

| 4,651,185 | 3/1987 | Holmberg et al. | 357/23.7 |
|---|---|---|---|
| 4,700,458 | 10/1987 | Suzuki et al. | 437/83 |
| 4,736,289 | 4/1988 | Holmberg et al. | 357/23.7 |
| 4,767,723 | 8/1988 | Hinsberg, III et al. | 357/23.7 |
| 4,778,560 | 10/1988 | Takeda et al. | 357/23.7 |
| 4,975,760 | 12/1990 | Dohjo et al. | 357/67 |
| 4,984,038 | 1/1991 | Sunami et al. | 357/54 |
| 5,010,027 | 4/1991 | Possin et al. | 437/41 |
| 5,036,370 | 7/1991 | Miyago et al. | 357/4 |

**FOREIGN PATENT DOCUMENTS**

61-172370  8/1986  Japan ........................................ 357/4

**OTHER PUBLICATIONS**

B. Gorowtiz, R. J. Saia, E. W. Balch, "Methods of Metal Patterning and Etching for VLSI". General Electric Co. Technical Information Series Mar. 1987; also published in VLSI Electronics Microstructure Science (N. Einspruch, S. Cohen, G. Gildenblat Eds). vol. 15. chap. 4, p. 159 (1987).
R. J. Saia. B. Gorowitz, "The Reactive Ion Etching of Molybdenum and Bilayer Metallization Systems Containing Molybdenum", Journal of the Electrochemical Society, vol. 135, pp. 2795–2802 (1988) (See p. 2797 for discussion of one step Mo–Cr etching).

*Primary Examiner*—Andrew J. James
*Assistant Examiner*—Courtney A. Bowers
*Attorney, Agent, or Firm*—Donald S. Ingraham; James C. Davis, Jr.; Marvin Snyder

[57] **ABSTRACT**

A thin film transistor includes a two-layer gate metallization comprising a relatively thin first layer of a first conductor and a relatively thick second layer of a second conductor with the second conductor being capable of being etched with an etchant that produces substantially no etching of the first conductor layer. During device fabrication, the thick gate metallization layer (second conductor) is selectively etched until all of that material is removed in the openings in the mask. The thin lower layer (first conductor) is then etched with a minimum of etching into the substrate. The gate dielectric and subsequent layers deposited over this gate metallization have high integrity and highly reliable continuity because of the sloped nature of the gate metallization sidewalls, and because of the shallow gate metallization topography due to minimization of substrate etching during gate metallization patterning.

**5 Claims, 5 Drawing Sheets**



Case 1:04-cv-00726-JJF    Document 432-16    Filed 09/04/2008    Page 2 of 10



Case 1:06-cv-00726-JJF     Document 432-10     Filed 09/04/2008     Page 4 of 10



*FIG 3*

*FIG. 4*

Case 1:06-cv-00726-JJF    Document 432-10    Filed 09/04/2008    Page 15 of 10



FIG 5

FIG. 6

Case 1:06-cv-00726-JJF     Document 432-10     Filed 09/04/2008     Page 6 of 10



*FIG. 7*

*FIG. 8*

Case 1:04-cv-00726-JJF    Document 432-16    Filed 09/04/2008    Page 45 of 10



FIG. 9

5,132,745

1

## THIN FILM TRANSISTOR HAVING AN IMPROVED GATE STRUCTURE AND GATE COVERAGE BY THE GATE DIELECTRIC

This application is a continuation of application Ser. No. 07/593,421, filed Oct. 5, 1990 now abandoned.

### RELATED APPLICATIONS

The present application is related to application Ser. No. 07/593,419, filed Oct. 5, 1990, entitled, "Thin Film Transistor Structure With Improved Source/Drain Contacts", by R. F. Kwasnick, et al.; application Ser. No. 07/593,425, filed Oct. 5, 1990, entitled "Device Self-Alignment by Propagation of a Reference Structure's Topography", by C-Y Wei, et al.; application Ser. No. 07/593,423, filed Oct. 5, 1990, entitled, "Positive Control of the Source/Drain-Gate Overlap in Self-Aligned TFTs Via a Top Hat Gate Electrode Configuration", by C-Y Wei, et al.; application Ser. No. 07/510,767, filed Apr. 17, 1990, entitled "Method for Photolithographically Forming a Self-Aligned Mask Using Back Side Exposure and a Non-Specular Reflecting Layer", by G. E. Possin, et al.; and application Ser. No. 07/499,733, filed Mar. 21, 1990, entitled "Method for Fabricating a Self-Aligned Thin-Film Transistor Utilizing Planarization and Back-Side Photoresist Exposure", by G. E. Possin, et al., filed Mar. 21, 1990, each of which is incorporated herein by reference.

### BACKGROUND OF THE INVENTION

#### I. Field of the Invention

The present invention relates to the field of thin film transistors and more particularly to the field of thin film transistor metallizations.

#### 2. Background Information

Amorphous silicon (a-Si) thin film transistors (TFT's) are widely used in display and imager applications where arrays of small display elements or arrays of small sensor elements are densely packed utilizing the ability to fabricate thin film transistors on large area non-crystalline substrates. An inverted thin film transistor is a thin film transistor in which the gate metallization is disposed on the substrate, the gate dielectric is disposed on top of the gate metallization and adjacent portions of the substrate, the amorphous semiconductor material is disposed on top of the gate dielectric and the source/drain metallization is disposed on the amorphous semiconductor material. This structure is referred to as inverted because it is up-side-down relative to the structure of a typical field effect transistor (FET) fabricated in a body of monocrystalline semiconductor material—a structure which was also used for early thin film transistors.

Two different gate metallizations are preferred in prior art thin film transistors. These are titanium alone and a first layer of titanium with a second layer of molybdenum disposed thereon. The two layer Mo/Ti electrode structure is used in those applications where higher conductivity than that provided by titanium alone is required.

One of the reasons for the use of titanium as the gate dielectric material is that titanium provides excellent adhesion to most substrate materials. In particular, typical substrates are either glass or coated with silicon dioxide. Titanium provides excellent adherence to both these materials. In the fabrication of a typical prior art thin film transistor, the titanium of the gate electrode is

2

deposited on the substrate by sputtering or other appropriate processes. Thereafter, if molybdenum is to be included in the gate electrode, the molybdenum is deposited on the titanium, preferably without breaking vacuum in the deposition apparatus. A photoresist layer is then formed over the gate metallization, the photoresist is patterned and the gate metallization is etched down to the substrate. Either wet or dry etchants may be used.

However, we have found that where dry etching such as reactive ion etching is employed, excessive gate to gate leakage results from residual titanium which the dry etching process does not remove. A brief wet etch in dilute HF after the completion of the dry etching of the gate pattern will remove this residual titanium from the substrate surface. This wet etching step is required even if the dry etching step has included overetching which etches into the silicon dioxide or glass of the substrate. This is apparently because of the tenacious nature of titanium oxide which results in an inability of the dry etching process to remove all the titanium. Where a dry etching process is employed which provides a slope on the side walls of the gate metallization, this subsequent wet etching step converts the relatively smoothly sloped sidewall of the gate metallization into a bumpy sidewall having a bumpiness on the scale of the titanium thickness and thus in the range of 500–4000Å. As a consequence of this bumpiness, subsequently deposited dielectric layers have reduced or impaired integrity because the bumpiness of the sidewall results in uneven deposition of the dielectric layer thereover and may even result in voids, pinholes and gaps in that subsequently deposited layer. A further problem is prevention of etching of the substrate during patterning of the gate metallization. This carries with it the disadvantage that the height of the gate topography is increased as well as having the disadvantage of removing underlying silicon dioxide. Where the substrate itself is not glass, this underlying silicon dioxide is typically intentionally included in the structure to form a barrier between other portions of the substrate and the thin film transistor. Increasing the topography of the gate metallization (i.e. a greater difference between the level of the top of the gate metallization and the level of the surface on which it is disposed) increases the difficulty of producing adequate step coverage of the gate dielectric which is deposited subsequently. Even worse, the excessive removing of the underlying silicon dioxide could result in a reentry sidewall structure which is much more difficult for the subsequently deposited gate dielectric to cover adequately. Consequently, such removal of the silicon dioxide is a significant disadvantage.

An improved gate electrode structure and fabrication process is needed which results in smoothly sloping sidewalls on the gate metallization and eliminates or substantially reduces etching of the underlying substrate.

### OBJECTS OF THE INVENTION

Accordingly, a primary object of the present invention is to provide an improved thin film transistor structure whose gate metallization has smoothly sloping sidewalls for producing adequate step coverage by a high integrity gate dielectric passivation layer.

Another object of the present invention is to provide an improved method of fabricating and patterning the gate metallization of an inverted thin film transistor which results in a gate metallization having smoothly

5,132,745

3

sloped sidewalls and which substantially eliminates substrate etching which provides for improved step coverage of subsequently deposited layers over the gate metal, in particular the source/drain metallization which crosses over the gate metal in array configurations.

## SUMMARY OF THE INVENTION

The above and other objects which will become apparent from the specification as a whole, including the drawings, are obtained in accordance with the present invention by employing a two-conductor gate metallization in which an initial thin layer of a first conductor is provided and a subsequent substantially thicker layer of a second conductor is deposited on the first conductor, with the second conductor being one which can be etched by an etchant to which the second conductor is substantially immune. The second conductor is preferably etched with a sloped sidewall to facilitate the deposition of high integrity dielectric layers over the gate metallization and the exposed portion of the substrate. The first, relatively thin gate conductor, may preferably be chromium and the second, relatively thick gate conductor, may preferably be molybdenum.

In accordance with one method of fabricating such a thin film transistor, a substrate is provided, the first thin conductor layer is deposited on the substrate preferably by sputtering; the second relatively thick conductor layer is deposited on the first conductor layer, preferably by sputtering; a photoresist layer is deposited on top of the second conductor and the photoresist layer is patterned in accordance with the desired gate conductor pattern. The second conductor is then preferably dry etched using reactive ion etching with source gases which etch the second conductor at a much faster rate than they etch the first conductor (a combination of $SF_6$, $Cl_2$ and $O_2$ for Mo/Cr metallization). With use of such a etching technique, the second conductor may be overetched to ensure the complete removal of that second conductor from the surface of the first conductor in the openings in the photoresist layer. The much slower etching rate of the first conductor than the second conductor in the etching medium allows this overetching to take place without adverse affect on the final device structure since substantially none of the first conductor is etched during this overetching. Next, preferably without breaking vacuum in the dry etching apparatus, the source gases are changed to gases which etch the first conductor at a useful rate (a combination of $Cl_2$ and $O_2$ for Cr metallization). It is preferable that these source gases be ones which provide no significant etching of the substrate. However, due to the extremely thin nature of the first conductor layer, an etchant may be employed for etching the first conductor which does in fact also etch the substrate without causing substantial adverse effects so long as the etching is terminated promptly upon completion of the etching of the first conductor material.

## BRIEF DESCRIPTION OF THE DRAWINGS

The subject matter which is regarded as the invention is particularly pointed out and distinctly claimed in the concluding portion of the specification. The invention, however, both as to organization and method of practice, together with further objects and advantages thereof, may best be understood by reference to the following description taken in connection with the accompanying drawings in which:

4

FIGS. 1-9 illustrate successive stages in the fabrication of a thin film transistor in accordance with the present invention.

## DETAILED DESCRIPTION

In FIG. 1, a portion of a substrate 12 on which an array of thin film transistors is to be fabricated is illustrated in cross-section. The process of fabricating a thin film transistor in accordance with the present invention begins by depositing a first relatively thin layer 14 of a first conductor material (chromium) on the substrate 12. This is followed by the deposition of a second relatively thick layer 16 of a second conductor material (molybdenum) on top of the first conductor layer 14. The layers 14 and 16 together comprise the gate metallization 18 (FIG. 2). Thereafter, a layer of photoresist 20 is deposited on top of the second conductor layer 16 (FIG. 3). This photoresist layer is photolithographically patterned to provide an opening 22 surrounding the retained portion of the photoresist layer 20 (FIG. 4). The retained portion of the photoresist layer has a sidewall slope of about 45° and has the configuration desired for the gate metallization in the structure being fabricated. The upper surface of the second conductor 16 is exposed in the openings 22.

Next, the structure is dry etched preferably using reactive ion etching to pattern the upper conductor layer 16 in accordance with the retained photoresist pattern. To do this, the wafer is mounted in a reactive ion etching apparatus which is then purged and evacuated in accordance with normal reactive ion etching procedures. A source gas flow of preferably 37.5 sccm (standard cubic centimeters per minute) of sulphur hexafluoride ($SF_6$), 6.5 sccm of $Cl_2$ and 16 sccm of $O_2$ is established, introduced into the etching chamber at a pressure of 65 mtorr and a reactive ion etching potentials are applied to etch the molybdenum in the open regions 22. This molybdenum etching step is preferably carried out at a power of 200 watts. This etching is preferably carried out until all the molybdenum is removed in center of the openings 22 and is allowed to proceed for an addition 10% of the etch time to ensure that all of the molybdenum is removed from within the originally defined openings 22.

Following this etching step, the structure appears as illustrated in FIG. 5. It will be noted, that the second conductor (molybdenum) has been removed from the structure everywhere outside the region which was initially protected by the retained portion of the photoresist 20. The original edges of the retained photoresist are indicated by the dash lines marked 22' but the photoresist has been etched back from that original edge as the etching of the molybdenum has proceeded. This results in the substantially 45° slope to the side walls of the molybdenum as illustrated in FIG. 5.

Next, the etching gas is preferably changed to 70 sccm of $Cl_2$ and 30 sccm of $O_2$ at a pressure of 100 mtorr to remove the exposed chromium. This etching step is preferably carried out at a power of 300 watts. This etch is preferably continued until all the exposed chromium appears to have been removed and is then continued for an additional 60 seconds to ensure complete removal of the exposed chromium. The degree of overetching which should be employed depends on the substrate composition and the relative etch rates of the first conductor 14 and the substrate in the etching composition employed. Following this step, the structure appears as illustrated in FIG. 6.

5

The retained photoresist is then removed to leave the structure illustrated in FIG. 7.

Next. a gate dielectric layer 28 is deposited over the entire structure preferably by chemical vapor deposition or some other process which is known to produce a high integrity dielectric. The structure at this stage of the process is shown in FIG. 8. This gate dielectric is preferably silicon nitride but may be silicon dioxide or other dielectrics. The chromium layer 14 is sufficiently thin (10 to 1000Å) and the sidewall of the molybdenum 16 is sufficiently sloped that a high integrity conformal dielectric layer results. Once this stage is reached, the fabrication of the thin film transistor may proceed in a manner well-known in the art with the deposition of intrinsic amorphous silicon 30 followed by the deposition of n+ amorphous silicon 32 without breaking vacuum in the deposition apparatus after the dielectric deposition. We prefer to provide a ~500Å molybdenum cap on the silicon to protect its quality during the subsequent etching of the silicon. This cap may then be removed.

The amorphous silicon is then patterned to restrict it to the areas desired for the thin film transistors. This is followed by deposition of the source/drain metallization 38, patterning of the source/drain metallization and the deposition of a back channel passivation layer 48. In accordance with related application Ser. No. 07/593,419 the source/drain metallization 38 may preferably be a two-layer metallization comprising a first relatively thin layer 34 of chromium and a second relatively thick layer 36 of molybdenum as is explained in more detail in that related application. At the end of the process, the transistor 10 appears as illustrated in FIG. 9.

While the gate metallization layer combination of chromium with an overlying layer of the molybdenum is preferred, other conductor pairs may be employed so long as the first conductor can satisfactorily serve as the etch stop for the etching of the second conductor and the first conductor can be sufficiently selectively etched with respect to the underlying substrate material that adverse affects are not produced.

While the present invention has been illustrated and described in terms of inverted thin film transistors, it should be understood that the use of this technique is not limited to inverted thin film transistors, but is also applicable to non-inverted thin film transistors.

Typically, the illustrated thin film transistor is only one of many such thin film transistors which are simultaneously fabricated on the same substrate.

While the semiconductor material in the just described embodiment is amorphous silicon, since that is the material presently in typical use for thin film transistors, it should be understood that this process is equally applicable to the use of other semiconductor materials

6

or other forms of silicon. Other semiconductor materials which are presently used in an amorphous condition are germanium and cadmium selenide. This process technique is applicable to those amorphous silicon semiconductor materials and any others as well as being applicable to polycrystalline or even monocrystalline semiconductor materials where the underlying support structure supports the formation of such semiconductor layers. Further, while the gate dielectric layer has been described as being silicon nitride, it will be understood that more than one sublayer may be present in the gate dielectric layer and various sublayers may have different compositions and a single layer dielectric may be $SiO_2$ or other dielectric materials.

While the invention has been described in detail herein in accord with certain preferred embodiments thereof, many modifications and changes therein may be effected by those skilled in the art. Accordingly, it is intended by the appended claims to cover all such modifications and changes as fall within the true spirit and scope of the invention.

What is claimed is:

1. A thin film transistor comprising:

a substrate;

gate metallization disposed on said substrate, said gate metallization comprising a first relatively thin layer of a first conductor and a second relatively thick layer of a second conductor, said second conductor being etchable in an etchant to which said first conductor is substantially immune, said second conductor having sloped, dry etched sidewalls with a substantially uniform slope;

wherein said first conductor comprises chromium and said second conductor comprises molybdenum;

a gate dielectric disposed on said gate metallization, said gate dielectric forming a high integrity insulative layer over said slope of said second conductive layer gate metallization;

semiconductor material disposed on said gate dielectric; and

source and drain metallization disposed on said semiconductor material.

2. The thin film transistor recited in claim 1 wherein: said first conductor has substantially uniformly sloped, dry etched sidewalls.

3. The thin film transistor recited in claim 1 wherein: said semiconductor material is silicon.

4. The thin film transistor recited in claim 1 wherein: said semiconductor material is amorphous silicon.

5. The thin film transistor recited in claim 1 further comprising:

a layer of passivation material disposed on said source and drain metallization.

* * * * *

# EXHIBIT L-44

US005156986A

# United States Patent [19]

## Wei et al.

[11] Patent Number: 5,156,986

[45] Date of Patent: Oct. 20, 1992

[54] **POSITIVE CONTROL OF THE SOURCE/DRAIN-GATE OVERLAP IN SELF-ALIGNED TFTS VIA A TOP HAT GATE ELECTRODE CONFIGURATION**

[75] Inventors: **Ching-Yeu Wei; George E. Possin; Robert F. Kwasnick,** all of Schenectady, N.Y.

[73] Assignee: **General Electric Company,** Schenectady, N.Y.

[21] Appl. No.: **667,149**

[22] Filed: **Mar. 11, 1991**

### Related U.S. Application Data

[62] Division of Ser. No. 593,423, Oct. 5, 1990, abandoned.

[51] Int. Cl.⁵ .................... **H01L 21/336; H01L 21/28**

[52] U.S. Cl. ...................................... **437/40;** 437/44; 437/101; 437/909; 357/23.7

[58] Field of Search .................... 437/40, 41, 44, 101, 437/245, 246, 228, 909; 156/649, 656, 667; 357/4, 23.7, 2

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 4,651,185 | 3/1987 | Holmberg et al. ................. 357/23.7 |
| 4,700,458 | 10/1987 | Suzuki et al. ........................ 437/83 |
| 4,767,723 | 8/1988 | Hinsberg, III et al. ............. 437/41 |
| 4,862,234 | 8/1989 | Koden ................................ 357/23.7 |
| 4,906,589 | 3/1990 | Chao ................................... 437/233 |
| 4,963,504 | 10/1990 | Huang ................................ 437/233 |
| 4,978,626 | 12/1990 | Poon et al. ......................... 437/233 |
| 5,010,027 | 4/1991 | Possin et al. ......................... 437/41 |
| 5,015,599 | 5/1991 | Verhaar ............................... 437/233 |
| 5,032,531 | 7/1991 | Tsutsui et al. ...................... 357/23.7 |
| 5,032,536 | 7/1991 | Oritsuki et al. .................... 357/23.7 |
| 5,036,370 | 7/1991 | Miyago et al. ......................... 357/4 |
| 5,068,699 | 11/1991 | Chang ..................................... 357/4 |

#### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 0239580 | 10/1987 | Japan ........................................ 357/4 |
| 0173340 | 7/1988 | Japan ...................................... 437/44 |
| 0120068 | 5/1989 | Japan .................................... 357/23.7 |
| 0133371 | 5/1989 | Japan ...................................... 437/44 |
| 0209764 | 8/1989 | Japan .................................... 357/23.7 |

### OTHER PUBLICATIONS

Wolf et al., *Silicon Processing for the VLSI Era, vol.* 1 *Process Technology,* Lattice Press 1986, p. 558.

T. Kodama et al., A Self-Alignment Process for Amorphous Silicon Thin Film Transistors, IEEE Electron Device Letters, vol. EDL-3, No. 7, Jul. 1982.

K. Asama et al., A Self-Alignment Process a-Si TFT Matrix Circuit for LCD Panels, Fujitsu, Laboratories, Ltd., Atsugi, Japan, SID Digest, 1983.

S. Nisha et al., A New Self-Aligned A-Si TFT Using Ion Doping and Chromium Silicide Formation, #A6.1, Symposia Abstracts for Materials Research Society, 1991, Spring Meeting, p. 32.

*Primary Examiner*—Mary Wilczewski
*Attorney, Agent, or Firm*—Donald S. Ingraham; James C. Davis, Jr.; Marvin Snyder

[57] **ABSTRACT**

Positive control over the length of the overlap between the gate electrode and the source and drain electrodes in a thin film transistor is provided by a gate conductor layer comprising two different conductors having differing etching characteristics. As part of the gate conductor pattern definition process, both gate conductors are etched to expose the underlying material and the upper gate conductor layer is etched back to expose the first gate conductor layer in accordance with the desired overlap between the gate electrode and the source and drain electrodes. Thereafter, the remainder of the device is fabricated with the source and drain electrodes self-aligned with respect to the second gate conductor layer using a planarization and non-selective etch method.

**13 Claims, 15 Drawing Sheets**





*FIG. 1*



FIG. 2



*FIG. 3*

Case 1:06-cv-00726-JJF    Document 432-11    Filed 09/04/2008    Page 6 of 24



*FIG. 4*



*FIG. 5*



*FIG. 6*



*FIG. 7*



FIG. 8



FIG. 9



FIG. 10



*FIG. 11*



*FIG. 12*



FIG. 13



*FIG. 14*



*FIG. 15*

5,156,986

1

## POSITIVE CONTROL OF THE SOURCE/DRAIN-GATE OVERLAP IN SELF-ALIGNED TFTS VIA A TOP HAT GATE ELECTRODE CONFIGURATION

This application is a division of application Ser. No. 07/593,423, filed Oct. 5, 1990, now abandoned.

### RELATED APPLICATIONS

The present application is related to application Ser. No. 07/593,419, filed Oct. 5, 1990, entitled, "Thin Film Transistor Structure With Improved Source/Drain Contacts", by R. F Kwasnick, et al.; application Ser. No. 07/593,425, filed Oct. 5, 1990, entitled "Device Self-Alignment by Propagation of a Reference Structure's Topography", by C-Y Wei, et al.; application Ser. No. 07/593,421, filed Oct. 5, 1990, entitled, "Thin Film Transistor Having an Improved Gate Structure and Gate Coverage by the Gate Dielectric" by R. F. Kwasnick, et al.; application Ser. No. 07/510,767, filed Apr. 17, 1990, entitled "Method for Photolithographically Forming a Self-Aligned Mask Using Back Side Exposure and a Non-Specular Reflecting Layer", by G. E. Possin, et al.; and application Ser. No. 07/499,733, filed Mar. 21, 1990, entitled "Method for Fabricating a Self-Aligned Thin-Film Transistor Utilizing Planarization and Back-Side Photoresist Exposure", by G. E. Possin, et al., now U.S. Pat. No. 5,010,027, each of which is incorporated herein by reference.

### BACKGROUND OF THE INVENTION

#### Field of the Invention

The present invention relates to the field of fabrication techniques for thin film transistors, and more particularly to techniques for self-aligned fabrication of thin film transistors.

#### Background Information

Thin film transistors (TFTs) are employed in liquid crystal displays and imagers to control or sense the state of each pixel of the display or image. At present, such thin film transistors are typically fabricated from amorphous silicon. In such display or sensor systems, system operating characteristics are optimized by making each cell or pixel have substantially identical operating characteristics. These operating characteristics include switching speed, capacitive loading of drive and sense lines, the gain of transistors and so forth.

One of the processing problems which causes variation in the characteristics of different cells within such structures is the inability to accurately align the position of a mask which defines the source and drain electrodes of thin film transistors in a manner which ensures that the source/drain electrodes are accurately aligned with respect to the gate electrodes. Misalignment results in an increase in the overlap between the gate electrode and either the source electrode or the drain electrode with a corresponding decrease in the overlap between the gate and the other of them. Since the capacitances between the gate electrode and the source or drain electrodes are direct functions of the overlap between them, such a change in overlap produces a change in device's capacitances and consequently, switching speed and loading of other circuits. The possibility of misalignment requires that the size of the gate metal be increased to ensure that all devices have acceptable overlap between the gate and the source and drain. This

2

increases the device size and hence the total capacitance per device. The device capacitance is important because it controls the charging time of the gate electrodes, the capacitive coupling between the gate and the source and drain nodes, and the noise introduced by the defects in the amorphous silicon or at the amorphous silicon/-dielectric interface. Consequently, there is a desire to provide self-alignment between the source and drain electrodes and the gate electrode in order to maintain a fixed, predictable overlap between the gate electrode and each of the source and drain electrodes across an entire wafer.

A variety of self-alignment techniques have been proposed or developed. The above-identified related applications Ser. Nos. 07/499,733 and 07/510,767 each disclose techniques for obtaining self-alignment between the gate electrode and the source and drain electrodes through the use of through-the-substrate exposure of photoresist. Such processes result in specific gate-to-source and gate-to-drain overlaps which are peculiar to those techniques and the particular manner in which they are carried out. Those overlaps may be smaller or larger than optimum. Such a through-the-substrate exposure technique is not suitable where the semiconductor itself or another device layer would absorb the light needed to expose the photoresist. Consequently, there is a need for other self-alignment techniques for thin film transistors.

Related application Ser. No. 07/593,425 solves these problems by employing mechanical propagation of topographical features of a lower, reference layer, upward through subsequently deposited layers of the structure, including a support layer. A subordinate layer (source/drain metallization) is deposited on the support layer and may be either conformal or not conformal. If necessary, a planarization layer is formed over the subordinate layer to provide a planar upper surface for the structure. Material is then removed from the upper surface in a non-selective, uniform manner until the source/drain metallization becomes exposed in an aperture which is thereby created in the planarization layer in alignment with the underlying reference layer pattern. The exposed portion of the subordinate layer is then selectively etched to expose the support layer. Alternatively, the planarization etch could be continued until the support layer was exposed, but that would result in thinner source and drain electrodes. Other portions of the subordinate layer are then patterned, if necessary and the fabrication of the device completed. The result is a device in which the overlap of the subordinate layer over the reference pattern in the vicinity of the aperture in the subordinate layer is self-aligned with respect to the reference layer pattern.

The technique of application Ser. No. 07/593,425 can provide a very short overlap between the gate electrode and the source and drain electrodes. In particular, an overlap of less than 0.5 μm is achievable. Such a small overlap is desirable from the point of view of minimizing overlap capacitance and capacitance induced noise. Unfortunately, it is found experimentally that there is a minimum overlap between the gate and the source and drain electrodes below which the saturation drain current of a TFT degrades significantly. While the minimum length of this overlap for good device operating characteristics may vary with different semiconductor materials and other variations in the device structure, it would be desirable to have a technique for positively

5,156,986

3

controlling the amount of overlap between the gate electrode and the source and drain electrodes in a self-aligned TFT structure.

## OBJECTS OF THE INVENTION

Accordingly, a primary object of the present invention is to provide a technique for positively controlling the length of the overlap between the gate electrode and the source and drain electrodes in a self-aligned thin film transistor.

Another object of the present invention is to increase the versatility of the self-alignment technique disclosed in related application Ser. No. 07/593,425.

Another object of the present invention is to provide a self-alignment method which is applicable to opaque substrates.

## SUMMARY OF THE INVENTION

The above and other objects which will become apparent from the specification as a whole, including the drawings, are accomplished in accordance with the present invention by fabricating the gate electrode as two separate layers of different conductors; patterning the entire gate electrode to the desired gate electrode pattern and subsequently etching the second layer of the gate electrode conductor back from the edges of the first level gate electrode conductor in a self-aligned manner whereby positive control of the degree of setback of the tapered edge of the upper layer (thick) gate conductor material from the lower layer (thin) conductor material is provided while retaining self-alignment. In this manner, a self-aligned process which relies on propagation of the topography of the gate electrode through subsequently deposited layers of the structure provides gate-to-source and gate-to-drain electrode overlaps which are controlled by the setback of the second gate conductor layer with respect to the first gate electrode conductor layer in addition to the setback produced by the slope of the tapered second gate conductor layer.

In accordance with one embodiment of the invention, the first and second gate conductor layers are sequentially deposited on a substrate in the same vacuum pumpdown, the gate conductor is photomasked and etched to expose the substrate in the areas where the gate conductor is not desired. Thereafter, the second gate conductor layer is etched back from the edge of the first conductor layer using the same gate mask and an etchant to which the first gate conductor layer is substantially immune and with a technique which tapers the second gate conductor layer to provide lateral edges on that layer which are suitable for the deposition of conformal layers thereover. Thereafter, substantially conformal gate dielectric and semiconductor layers are deposited on the structure followed by patterning of the semiconductor layers and then deposition of source/drain metallization which may be conformal or nonconformal. Where the source/drain metallization does not exhibit a planar upper surface, a planarization layer is deposited on top of the source/drain metallization to provide a planar upper surface for the device structure. The device structure is then etched in a non-selective manner until the source/drain metallization is exposed in alignment with the raised (thick) portion of the gate electrode pattern. The exposed portion of the source/drain metallization is then selectively etched to expose the n+ amorphous silicon which is then removed. Thereafter, back channel passivation may be provided

4

on the upper surface of the structure to minimize the effect of external conditions on the operating characteristics of the device.

The resulting semiconductor device has a setback or top hat gate conductor configuration in which the effective electrical gate width is that of the thin, lower, wider gate conductor layer while the configuration of the thicker, upper, narrower gate conductor layer controls the self-alignment of the source and drain electrodes with respect to the gate electrode and thus the overlap between the source and drain electrodes and the gate electrode.

## BRIEF DESCRIPTION OF THE DRAWINGS

The subject matter which is regarded as the invention is particularly pointed out and distinctly claimed in the concluding portion of the specification. The invention, however, both as to organization and method of practice, together with further objects and advantages thereof, may best be understood by reference to the following description taken in connection with the accompanying drawings in which:

FIGS. 1–14 illustrate successive stages in the fabrication of a thin film transistor in accordance with the present invention;

FIG. 1 is a perspective, partially cross section view of a substrate having an unpatterned reference layer disposed thereon;

FIG. 2 is a perspective, partially cross section view of the FIG. 1 structure having a patterned layer of photoresist disposed thereon;

FIG. 3 is a perspective, partially cross section view of the FIG. 2 structure following etching of an upper gate conductor layer;

FIG. 4 is a perspective, partially cross section view of the FIG. 3 structure following etching of a lower gate conductor layer;

FIG. 5 is a perspective, partially cross section view the structure following etch back of the upper layer of the gate conductor from the edge of the lower gate conductor;

FIG. 6 is a perspective, partially cross-section view of the FIG. 5 structure following stripping of the retained photoresist;

FIG. 7 is a perspective, partially cross-section view of the FIG. 6 structure following the deposition of a gate insulator thereover;

FIG. 8 is a perspective, partially cross-section view of the structure following the deposition of two layers of semiconductor material;

FIG. 9 is a perspective, partially cross-section view of the FIG. 8 structure after patterning of the layers of semiconductor material;

FIG. 10 is a perspective, partially cross-section view of the structure following the deposition of two layers of source/drain metallization;

FIG. 11 is a perspective, partially cross-section view of the structure following completion of the structure through the formation of a substantially planar surface;

FIG. 12 is a plan view of a portion of the structure;

FIG. 13 is a perspective, partially cross-section view of the structure following uniform removal of enough material from the structure to expose the support layer within an aperture in the subordinate layer;

FIG. 14 is a perspective, partially cross-section view of the FIG. 13 structure following etching of the support layer in the self-aligned openings in the subordinate layer; and

5

FIG. 15 is a perspective, partially cross-section view of the structure following formation of a passivation layer over the structure.

## DETAILED DESCRIPTION

In accordance with one embodiment of the present invention, an amorphous silicon thin film (TFT) field effect transistor (FET) may be fabricated. Various stages in the fabrication of such a device in accordance with the present invention are illustrated in FIGS. 1–14.

In FIG. 1, a substrate 12 has a uniform reference layer 18 disposed thereon. Reference layer 18 comprises first and second sublayers 14 and 16. For fabrication of a thin film transistor, the layer 18 constitutes the gate conductor while the substrate 12 constitutes a larger structure on which the transistor is to be disposed. In many applications such as liquid crystal displays and imagers, it is desirable that the substrate 12 be transparent, however, transparency of the substrate is unimportant to the present process and thus, is a matter of design choice in accordance with the intended use of the thin film transistor to be fabricated. Typical transparent substrate materials are glass, quartz and appropriate plastics.

The gate conductor sublayers 14 and 16 are deposited on the substrate in sequence by any appropriate technique such as sputtering, chemical vapor deposition, thermal evaporation and so forth. This gate conductor is comprised of two layers of different metals such as a first layer of titanium disposed in contact with the substrate with a layer of molybdenum or aluminum (referred to as Mo/Ti and Al/Ti metallization, respectively) disposed thereover or a layer of chromium disposed on a substrate with a layer of molybdenum disposed thereover (Mo/Cr metallization). As a further alternative, the first sublayer of the gate conductor may be a transparent conductor material such as indium tin oxide or other transparent conductors. We prefer to use Mo/Cr.

The gate electrode is typically deposited to a thickness of 1,000 Å to 10,000 Å, depending on the sheet resistivity required for the gate electrode structure and the vertical height of the top hat gate required to achieve good self-alignment. With a Mo/Cr gate conductor, the Cr is preferably 100 to 500 Å thick and the Mo is preferably 1000 to 10,000 Å thick.

The FIG. 1 structure is then photomasked to provide a mask pattern corresponding to the desired gate conductor configuration as shown in FIG. 2. The upper surface of the second conductor 16 is exposed in the window 22 where the photoresist 20 has not been retained. Next, the structure is dry etched preferably using reactive ion etching to pattern the upper conductor layer 16 in accordance with the retained photoresist pattern. To do this, the wafer is mounted in a reactive ion etching apparatus which is then purged and evacuated in accordance with normal reactive ion etching procedures. A source gas flow preferably of 37.5 sccm (standard cubic centimeters per minute) of sulphur hexafluoride (SF$_6$), 6.5 sccm of Cl$_2$ and 16 sccm of O$_2$ is established, introduced into the etching chamber at a pressure of 65 mtorr and reactive ion etching potentials are applied to etch the molybdenum in the windows 22. This etching is preferably carried out until all the molybdenum is removed in center of the windows and is allowed to proceed for 40 seconds more of overetching to ensure that all of the molybdenum is removed from within the originally defined windows 22. This molyb-

6

denum etching step is preferably carried out at a power of 200 watts.

Following this etching step, the structure appears as illustrated in FIG. 3. It will be noted, that the second conductor (molybdenum) has been removed from the structure everywhere outside the region which was initially protected by the retained portion of the photoresist 20. The original edges of the retained photoresist are indicated by the dash lines marked 22', but the photoresist has been etched back from that original edge as the etching of the molybdenum has proceeded. This results in the substantially 45° slope to the side walls of the molybdenum as illustrated in FIG. 3.

A tapered gate electrode of this type may be provided in a variety of other ways well known in the art including reliance on the erosion of the photoresist during etching of the gate conductor where reactive ion etching (RIE) is employed or an isotropic wet etch may be employed which undercuts the resist during etching of the unprotected portion of the gate conductor.

Such a slope is provided in RIE, in part because when the photoresist is baked after patterning to toughen it prior to RIE etching, the photoresist slumps with the result that its thickness tapers from small or zero at the edge of a photoresist region upward to the central thickness of the photoresist over a finite distance. During reactive ion etching, the photoresist erodes as the gate conductor is etched with the result that a taper is produced on the retained portion of the gate conductor.

Next, the etching gas is preferably changed to 70 sccm of Cl$_2$ and 30 sccm of O$_2$ at a pressure of 100 mtorr to remove the exposed chromium. This etch is preferably continued until all the exposed chromium appears to have been removed and is then continued for an additional 60 seconds to ensure complete removal of the exposed chromium. The degree of overetching which should be employed depends on the substrate composition and the relative etch rates of the first conductor 14 and the substrate in the etching composition employed. This etching step is preferably carried out at a power of 300 watts. Following this step, the structure appears as illustrated in FIG. 4.

Next, the molybdenum upper layer of the gate conductor is etched back to expose a desired width of the first gate conductor layer. This may be done with the RIE using the same source gases as for the initial etching of the molybdenum, provided that that etchant does not excessively etch the now exposed portion of the substrate where the chromium has been removed. Following this step, the structure appears as illustrated in FIG. 5.

The retained photoresist is then removed to leave the structure illustrated in FIG. 6.

Next, a gate dielectric layer 28 is deposited over the entire structure preferably by chemical vapor deposition or some other process which is known to produce a high integrity dielectric. This gate dielectric is preferably be silicon nitride but may be silicon dioxide or other dielectrics and is about 1,000 to 4000 Å thick. The chromium gate conductor layer 14 is sufficiently thin (10 to 1000 Å) and the sidewall of the molybdenum gate conductor layer 16 is sufficiently vertically inwardly tapered or sloped that a high integrity conformal dielectric layer results.

This deposition of gate dielectric on the upper surface of the structure is done in a conformal manner whereby the raised configuration of the patterned gate electrode extends to the upper surface of that gate dielectric layer,

5,156,986

7

that is, the surface topography is essentially unchanged as shown in FIG. 7.

Thereafter, in the fabrication of a typical silicon thin film transistor, a layer 30 of intrinsic amorphous silicon is deposited on the gate dielectric layer in a conformal manner. This intrinsic amorphous silicon layer typically has a thickness on the order of 2,000 Å. A thinner layer 32 (about 500 Å) of doped (typically phosphorous doped, that is n+) amorphous silicon is then deposited on the intrinsic amorphous silicon in a conformal manner to provide the structure illustrated in FIG. 8.

The dielectric layer, the intrinsic amorphous silicon and the doped amorphous silicon may all be deposited in the same deposition chamber without breaking the vacuum. Where that is done, we prefer to stop the plasma discharge in the deposition chamber after the completion of the deposition of a particular layer until after the proper gas composition for the deposition the next layer has been established. We then re-establish the plasma discharge to deposit that new layer. Alternatively, the two silicon depositions may be done in different chambers.

At this stage, the silicon layers may be patterned photolithographically to restrict them to the part of the structure where the silicon is needed, as shown in FIG. 9.

Thereafter, the source/drain metallization is deposited over the structure in a conformal manner. In accordance with application Ser. No. 07/593,419, entitled, "Thin Film Transistor Structure With Improved Source/Drain Contacts", this source/drain metallization is preferably a two layer molybdenum on chromium (Mo/Cr) metallization in which the Cr is 100 to 1000 Å thick and the molybdenum is 1000 to 10,000 Å thick, as shown in FIG. 10. Alternatively, this metallization may be a single metal such as molybdenum, chromium or tungsten. Following this step, the structure appears as illustrated in FIG. 10.

A planarization layer 40 (which may be photoresist) is then formed over the entire structure to provide a substantially planar upper surface of the structure as shown in FIG. 11.

In this manner, the topology of the patterned gate conductor is propagated upward through the various layers, at least through the support layer (the n+ doped amorphous silicon in this example) on which the source/drain metallization is disposed. That propagation of topography could be terminated by the source/drain metallization itself, but is at this time preferably terminated by a separate planarization layer because common metallization deposition processes are substantially conformal in nature and making the source/drain metallization conformal enables the final source and drain electrodes to be thicker.

The entire structure is then etched back in a non-selective manner by a planarization reactive ion etch. This planarization etch is preferably stopped once the molybdenum over the gate electrode has been exposed. That exposed molybdenum is then selectively etched with the remaining portion of the planarization layer serving as the etching mask to restrict that etching to the molybdenum which is over the gate electrode. This is followed by etching the now exposed chromium. As illustrated in FIG. 12, a self-aligned overlap between the source and drain electrodes and the gate electrode is produced. Alternatively, the planarization etch may be continued until the chromium layer of the source/drain metallization has been exposed. That exposed chro-

8

mium 34 is then selectively etched to expose the doped silicon 32. As a still further alternative, the planarization etch can be continued until the doped silicon becomes exposed.

At this stage, the exposed doped silicon is removed by etching to leave only intrinsic silicon between the source and drain electrodes. This normally involves the removal of some, but not all of the intrinsic amorphous silicon in order to ensure that all of the doped amorphous silicon has been removed.

A key consideration is that the source/drain gap in the circle 60 in the top down view in FIG. 13 is disposed in proper alignment with the underlying gate electrode 18. Since the source/drain gap is defined by the self-aligned planarization method just described, control of the size of the source/drain gap and its location is independent of the alignment of the etching mask 52 which controls the pattern and location of the other portions of the boundary of the retained source/drain metallization.

If the silicon was not patterned previously it is usually necessary to remove excess silicon exposed after the removal of the source/drain metal. This etch is done with the source/drain mask still in place in order to protect the exposed silicon in the channel region.

The source and drain metallization is then patterned to provide the various desired segments of the source and drain metallization which connect to various devices and interconnect devices in a manner which is appropriate to the structure being fabricated. The etching of the pattern of the source/drain metallization may preferably be done in two stages using RIE with the appropriate source gases discussed above or it may be done by wet etching or other means. This yields the structure illustrated in FIG. 14.

Thereafter, a passivation layer 48 may be deposited on the upper surface of the structure as shown in FIG. 15. This passivation layer is known as a back channel passivation layer since its purpose is to passivate the back or the away-from-the-gate-metallization surface of the silicon to maximize the stability of the device characteristics of this thin film transistor. This passivation layer is typically about 2,000 Å thick and may be silicon dioxide, silicon nitride or other insulators such as polyimide.

Typically, the illustrated thin film transistor is only one of many such thin film transistors which are simultaneously fabricated on the same substrate.

While the semiconductor material in the just described embodiment is amorphous silicon, since that is the material presently in typical use for thin film transistors, it should be understood that this process is equally applicable to the use of other semiconductor materials or other forms of silicon. Further, while the gate dielectric layer has been described as being silicon nitride, it will be understood that more than one sublayer may be present in the gate dielectric layer and various sublayers may have different compositions and a single layer dielectric may be SiO₂ or other dielectric materials.

Other semiconductor materials which are presently used in an amorphous condition are germanium and cadmium selenide. This process technique is applicable to those amorphous silicon semiconductor materials and any others as well as being applicable to polycrystalline or even monocrystalline semiconductor materials where the underlying support structure supports the formation of such semiconductor layers.

9

It will be recognized that the distance by which the upper gate layer 16 is setback from the edge of the lower gate layer 14 is controlled by the rate at which the upper gate layer etches back and the length of time for which that etch back is allowed to proceed. By appropriate control of the etch rate and time this setback can be varied over a substantial range, from a fraction of a micron to several microns or more as may be considered desirable in a particular device.

This provides the ability to controllably increase the degree of overlap between the gate electrode and the source and drain electrodes of self-aligned device produced in accordance with application Ser. No. 07/593,425, "Device Self-Alignment by Propagation of a Reference Structure's Topography". This technique is also applicable to the methods disclosed in related applications Ser. Nos. application Ser. No. 07/510,767, entitled, "Method for Photolithographically Forming a Self-Aligned Mask Using Back Side Exposure and a Non-Specular Reflecting Layer" and application Ser. No. 07/499,733, entitled, "Method for Fabricating a Self-Aligned Thin-Film Transistor Utilizing Planarization and Back-Side Photoresist Exposure", provided that the first gate metallization layer is made of a material which is transparent or sufficiently transmissive of the actinic light employed to expose the photoresist that 50 the photoresist can be exposed through the lower, thin, gate conductor in their self-aligned processes which expose the photoresist by directing the exposing radiation through the substrate as a means of establishing the channel region gap between the source and drain electrodes in a self-aligned manner. Transmission of the exposing (UV) radiation through the first, thin gate conductor layer may be provided by use of a conductor layer which is transparent to that light frequency or alternatively, by use of gate metallization material which is opaque to that light frequency, but whose thickness is kept below about 100 Å whereby a substantial portion of the actinic radiation incident thereon passes therethrough.

In this alternative process, the gate metallization pattern is fabricated in the same manner as described above and the device fabrication carried out in the manner described above through the deposition of the layer of intrinsic amorphous silicon. Next, a layer of dielectric material is deposited on that amorphous silicon layer. Then a positive photoresist layer is disposed on that layer of dielectric material, exposed to actinic radiation through the substrate and the underlying layers of the device being fabricated and developed. This leaves a plug of photoresist in alignment with the thick, upper conductor of the gate metallization. This plug is then used as a mask for the removal of the dielectric layer where it is not protected by the photoresist. This leaves a plug of the dielectric material disposed on the intrinsic amorphous silicon in alignment with the thick, upper gate conductor material. Since this plug is set back from the edge of the gate electrode (the outer edge of the lower thin gate conductor) and will eventually space the source and drain electrodes apart, the overlap between the source and drain electrodes and the gate is substantially greater than it is in those basic processes for the same photoresist exposure and development conditions. Consequently, there will in general be no need to overexpose or overdevelop the photoresist in order to increase that overlap between the gate electrode and the source and drain electrodes.

10

Next, a layer of n+ doped amorphous silicon is deposited over the dielectric plug and the exposed portions of the intrinsic amorphous silicon. The source/drain metallization is then deposited, a planarization layer such as photoresist is formed over the upper surface of the structure and that upper surface of the structure is uniformly etched in a non-selective manner until the source/drain metallization is exposed over the dielectric plug because of its greater height there. This exposed portion of the source/drain metallization may then be selectively etched to expose the n+ doped amorphous silicon which is disposed on the dielectric plug. The now exposed portion of the n+ amorphous silicon is then removed to expose the top of the dielectric plug to isolate the source and drain electrodes from each other in this region. The source/drain metallization layer is then further patterned to remove at least those portions which connect the source and drain electrodes to each other outside this portion of the structure. Alternatively, that patterning of the source/drain metallization may be done before deposition of the planarization layer. Any other steps necessary to the fabrication of the device are then carried out.

There are a number of other variations possible. The silicon could be left unpatterned. This results in intrinsic amorphous silicon and n+ amorphous silicon being left under the source/drain metallization in all places. For applications such as imagers this is acceptable. Just the intrinsic amorphous silicon could be patterned before the n+ amorphous silicon deposition and then the source/drain metallization deposited. This would result in n+ under the source/drain metallization in all places. This could be acceptable even for displays where the contact to the transparent electrode would then be metal/n+/transparent electrode.

While the invention has been described in detail herein in accord with certain preferred embodiments thereof, many modifications and changes therein may be effected by those skilled in the art. Accordingly, it is intended by the appended claims to cover all such modifications and changes as fall within the true spirit and scope of the invention.

What is claimed is:

1. A method of fabricating a thin film transistor comprising the steps of:

depositing a first gate conductor layer on a major surface of a substrate;

depositing a second gate conductor layer over said first gate conductor layer, said second gate conductor layer being susceptible to etching under conditions under which said first gate conductor layer is substantially immune to etching;

providing a photoresist layer over said second gate conductor layer;

exposing and developing said photoresist in a pattern in accordance with a desired configuration of said first gate conductor layer;

etching said second gate conductor layer and said first gate conductor layer where they are not protected by the retained portion of said photoresist layer; then

etching back, with an etchant to which said first gate conductor layer is substantially immune, said second gate conductor layer to expose peripheral portions of said first gate conductor layer in a self aligned manner so as to form a patterned gate electrode having a gate conductor topology wherein said second gate conductor layer has sloped side-

5,156,986

11

walls set back a selected overlap distance from sidewalls of said first gate conductor layer, said selected overlap distance corresponding to the exposed peripheral portions of said first gate conductor layer;

removing any remaining photoresist;

depositing over said substrate and said first and second gate conductor layers a substantially conformal gate dielectric layer, depositing over said gate dielectric layer a substantially conformal semiconductor material layer, and depositing over said semiconductor material layer a substantially conformal source/drain metallization layer such that said gate conductor topography is propagated upward through each of said layers;

applying a planarization layer over said source/drain metallization layer;

planarizing said planarization layer to expose at least a portion of said source/drain metallization layer disposed over and corresponding to an uppermost portion of said patterned gate conductor topography; and

etching said source/drain metallization layer to form self-aligned source and drain electrodes disposed over said first gate conductor layer at least by said selected overlap distance.

2. The method recited in claim 1 wherein said first gate conductor layer is substantially transparent to at least one frequency in the infrared-to-ultraviolet portion of the electromagnetic spectrum.

3. The method recited in claim 1 wherein:
said semiconductor material is silicon.

4. The method recited in claim 1 wherein:
said semiconductor material is amorphous silicon.

5. A method of fabricating a thin film transistor comprising the steps of:

depositing a first gate conductor layer on a major surface of a substrate;

depositing a second gate conductor layer over said first gate conductor layer, said second conductor being susceptible to etching under conditions under which said first gate conductor layer is substantially immune to etching;

providing a photoresist layer over said second gate conductor layer;

exposing and developing said photoresist in a pattern in accordance with a desired configuration of said first gate conductor layer;

etching said second gate conductor layer and said first gate conductor layer where they are not protected by the retained portion of said photoresist layer; then

etching back, with an etchant to which said first gate conductor layer is substantially immune, said second gate conductor layer to expose peripheral portions of said first gate conductor layer in a self-aligned manner so as to form a patterned gate electrode having a gate conductor topology wherein said second gate conductor layer has sloped sidewalls set back a selected overlap distance from sidewalls of said first gate conductor layer, said selected overlap distance corresponding to the exposed peripheral portions of said first gate conductor layer;

depositing a substantially conformal dielectric layer over said patterned gate conductor and exposed portions of said substrate upper surface;

12

depositing a substantially conformal layer of semiconductor material over said dielectric layer;

depositing a layer of source/drain metallization over said semiconductor material layer;

forming a planarization layer of a planarization material over the source/drain metallization, said planarization layer having a substantially planar exposed surface;

uniformly removing said planarization material until said source/drain metallization is exposed in alignment with raised portions of said second gate conductor layer; and

selectively removing the exposed source/drain metallization to expose the underlying semiconductor material layer such that the remaining source/drain metallization is disposed over said patterned gate conductor by at least said selected overlap distance.

6. The method recited in claim 5 wherein:
the step of depositing the layer of semiconductor material comprises:

first depositing a layer of substantially undoped semiconductor material; and

second depositing a layer of doped semiconductor material; and

said method further comprises, after the step of selectively removing the source/drain metallization, the step of:

removing the doped semiconductor material portion of said semiconductor material layer.

7. The method recited in claim 6 wherein:
said semiconductor material is silicon.

8. The method recited in claim 7 wherein:
said semiconductor material is amorphous silicon.

9. The method recited in claim 5 wherein:
said semiconductor material is silicon.

10. The method recited in claim 9 wherein:
said semiconductor material is amorphous silicon.

11. The method recited in claim 5 further comprising the step of:

providing a back channel passivation layer over the structure.

12. The method recited in claim 5 wherein said first gate conductor layer is substantially transparent to at least one frequency in the infrared-to-ultraviolet portion of the electromagnetic spectrum.

13. A method of fabricating a thin film transistor comprising the steps of:

depositing a first gate conductor layer on a major surface of a substrate, said first gate layer being transmissive of at least one frequency of radiation capable of exposing photoresist;

depositing a second gate conductor layer over said first gate conductor layer, said second conductor layer being opaque to said at least one frequency of radiation and being susceptible to etching under conditions under which said first gate conductor layer is substantially immune to etching;

providing a photoresist layer over said second gate conductor layer;

exposing and developing said photoresist in a pattern in accordance with a desired configuration of said first gate conductor layer;

etching said second gate conductor layer and said first gate conductor layer where they are not protected by the retained portion of said photoresist layer; then

5,156,986

13

etching back, with an etchant to which said first gate conductor layer is substantially immune, said second gate conductor layer to expose peripheral portions of said first gate conductor layer in a self-aligned manner so as to form a patterned gate electrode having a gate conductor topology wherein said second gate conductor layer has sloped sidewalls set back a selected overlap distance from sidewalls of said first gate conductor layer, said selected overlap distance corresponding to the exposed peripheral portions of said first gate conductor layer;

depositing a first substantially conformal dielectric layer over said patterned gate conductor and exposed portions of said substrate upper surface;

depositing a substantially conformal layer of semiconductor material on said dielectric layer;

depositing a second layer of photoresist on the second dielectric layer;

exposing a back-side substrate surface, opposite to said major substrate surface, to UV light for a selected duration, to cause exposure of at least a portion of the second photoresist layer outside of a shadow of the opaque portion of said gate electrode;

14

removing at least the exposed second photoresist portion by selective development, to form a mask for etching the second dielectric layer;

etching said second dielectric layer to remove the portions not protected by the retained portion of said second photoresist;

depositing a layer of doped semiconductor material on the exposed semiconductor portion and over the remaining portion of the second dielectric layer;

depositing a layer of source/drain metallization over said doped semiconductor material layer;

forming a planarization layer of a planarization material over the source/drain metallization, said planarization layer having a substantially planar exposed surface;

uniformly removing said planarization material until said source/drain metallization is exposed in alignment with raised portions of said patterned gate conductor; and

selectively etching the exposed portion of the source/drain metallization and a portion of the doped semiconductor layer, to expose at least a top surface of the remaining portion of said second dielectric layer, and to form self-registered source and drain electrodes each of which overlaps the gate electrode at least by said selected overlap distance.

\* \* \* \* \*

# EXHIBIT L-45



US006573127B2

(12) **United States Patent**
Seo

(10) Patent No.: **US 6,573,127 B2**
(45) Date of Patent: **Jun. 3, 2003**

(54) **THIN-FILM TRANSISTOR AND METHOD OF MAKING SAME**

(75) Inventor: **Hyun-Sik Seo**, Anyang-shi (KR)

(73) Assignee: **LG Electronics Inc.**, Seoul (KR)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/983,629**

(22) Filed: **Oct. 25, 2001**

(65) **Prior Publication Data**

US 2002/0048861 A1 Apr. 25, 2002

**Related U.S. Application Data**

(62) Division of application No. 08/918,462, filed on Aug. 26, 1997, now Pat. No. 6,333,518.

(30) **Foreign Application Priority Data**

Aug. 26, 1997  (KR) ............................................. 97-40896

(51) **Int. Cl.**[7] .......................... H01L 21/00; H01L 21/84
(52) **U.S. Cl.** ........................................ **438/149**; 438/937
(58) **Field of Search** ............................... 438/149, 151, 438/161, 178, 184, 195, 937, 201

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,220,706 A | 9/1980 | Spak | |
| 4,980,752 A | 12/1990 | Jones | |
| 5,036,370 A | 7/1991 | Miyago et al. | |
| 5,905,274 A | 5/1999 | Ahn et al. | |
| 6,235,561 B1 | * | 5/2001 | Seiki et al. |
| 6,300,152 B1 | * | 10/2001 | Kim |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0301571 | 2/1989 |
| EP | 0602315 | 6/1994 |
| EP | 0812012 | 12/1997 |
| GB | 2253742 | 9/1992 |
| GB | 2254187 | 9/1992 |
| GB | 2307597 | 5/1997 |

(List continued on next page.)

OTHER PUBLICATIONS

"Low Cost, High Display Quality TFT–LCD Process", Society for informaiton Display, EuroDisply 96, Proceedings of the 16th International Display Research Conference, Oct. 1, 1996, 591–594.

(List continued on next page.)

*Primary Examiner*—David Nelms
*Assistant Examiner*—Phuc T. Dang
(74) *Attorney, Agent, or Firm*—Birch, Stewart, Kolasch & Birch, LLP

(57) **ABSTRACT**

A thin-film transistor includes a substrate and a gate including a double-layered structure-having first metal layer formed of a material exhibiting tensile stress and second metal layer formed of a metal exhibiting compressive stress, the first metal layer being wider than the second metal layer by about 1 to 4 $\mu$m. A method of making such a thin film transistor includes the steps of: depositing a first metal layer comprising a material exhibiting tensile stress on a substrate, depositing a second metal layer exhibiting compressive stress on the first metal layer; patterning the second metal layer and the first metal layer such that the first metal layer is wider than the second metal layer.

**16 Claims, 9 Drawing Sheets**



**US 6,573,127 B2**

Page 2

## FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| JP | 61-44468 | 3/1986 |
| JP | 01120068 | 5/1989 |
| JP | 1-222448 | 9/1989 |
| JP | 04097531 | 3/1992 |
| JP | 4-188770 | 7/1992 |
| JP | 5-315615 | 11/1993 |
| JP | 5-343683 | 12/1993 |
| JP | 6-373314 | 2/1994 |
| JP | 6-104241 | 4/1994 |
| JP | 07-077695 | 3/1995 |
| JP | 07297185 | 11/1995 |
| JP | 8-254680 | 10/1996 |
| JP | 08297299 | 11/1996 |
| KR | 1995-4593 | 2/1995 |
| KR | 10-0248123 | 12/1999 |
| WO | 92/06497 | 4/1992 |
| WO | 92/06504 | 4/1992 |

## OTHER PUBLICATIONS

"Hillock–Free Al–Gate Materials Using Stress–Absorbing Buffer Layer for Larger Area AMLCDs" Society for Information Display 96 Digest, pp. 341–344, 1996.

"Wet Etchant for Molybdenum Having Selectivity Against Aluminum" IBM Technical Disclosure Bulletin, vol. 35, No. 3, Aug. 1, 1992, pp. 205–206, XP 000326238.

Patent Abstracts of Japan, vol. 9, No. 315 [E–365] and Japan 60–149173 (Hitachi).

Patent Abstracts of Japan, vol. 5, No. 197 [E–86] and Japan 56–118370 (Cho Lsi Gijutsu).

* cited by examiner

# FIG.1

PRIOR ART



# FIG.2A
### PRIOR ART



# FIG.2B
### PRIOR ART



# FIG.2C
### PRIOR ART



## FIG.2D
### PRIOR ART



## FIG.2E
### PRIOR ART

## FIG.2F
### PRIOR ART



# FIG.3
## PRIOR ART



FIG.4



FIG.5A



FIG.5B



FIG.5C





FIG.5D

FIG.5E

FIG.5F



FIG.6A

FIG.6B



FIG.6C

155

153

151

141

143 145

149

FIG.6D

155

153

157       159       151

141

143 145

149

FIG.6E

161    W1

W2

153    155   159   163   151

157                   165

141

143 145

149

1

# THIN-FILM TRANSISTOR AND METHOD OF MAKING SAME

This application is a divisional of Application Ser. No. 08/918,462, filed on Aug. 26, 1997, U.S. Pat. No. 6,333,518 the entire contents of which are hereby incorporated by reference and for which priority is a claimed under 35 U.S.C. § 120; and this application claims priority of Application No. 1997-40896 filed in Korea on Aug. 26, 1997 under 35 U.S.C. § 119.

## FIELD OF THE INVENTION

The present invention relates to a thin-film transistor of a liquid crystal display and, more particularly, to a thin-film transistor having a gate including a double-layered metal structure and a method of making such a double-layered metal gate.

## DISCUSSION OF RELATED ART

An LCD (Liquid Crystal Display) includes a switching device as a driving element, and a pixel-arranged matrix structure having transparent or light-reflecting pixel electrodes as its basic units. The switching device is a thin-film transistor having gate, source and drain regions.

The gate of the thin-film transistor is sometimes made of aluminum to reduce its wiring resistance, but an aluminum gate may cause defects such as hillock.

One alternative to using pure aluminum to form a gate, is to use an aluminum alloy to prevent the hillock problem. However, the use of an aluminum alloy such as AlTa in which diffusion of Aluminum atoms is prevented by adding a small amount of are fractory metal such as Ta, causes the gate to be electrically and chemically unstable.

Another alternative is to form a double-layered metal gate, i.e., molybdenum-coated aluminum gate, to overcome the problem of the hillock.

One such prior art double-layered metal gate is shown in FIGS. 1 and 2A–2F. FIG. 1 is a top plan view of a prior art thin-film transistor and FIGS. 2A–2F are cross-sectional views of FIG. 1 along line X—X.

To fabricate a double-layered gate, metals such as aluminum and molybdenum are sequentially deposited, followed by a patterning process carried out via photolithography to form resulting metal films which have the same width. Although the double-layered gate is desirable to overcome the problem of hillock, the resulting deposited metal films forming the double-layered gate are so thick that a severe single step is created by a thickness difference between the metal films and a substrate, thereby causing a single step difference between the substrate and the double-layered gate which deteriorates the step coverage of a later formed gate oxide layer. The source and drain regions formed on the gate oxide layer may have disconnections between areas of the source and drain regions which are overlapped and non-overlapped with the gate, or electrically exhibit short circuits as a result of contact with the gate.

In such a method of forming the gate, each of the metal layers of Al and Mo form a clad structure as seen in FIGS. 2A–2F.

FIGS. 2A through 2F are diagrams illustrating the process for fabricating a thin-film transistor of FIG. 1. Referring to FIG. 2A, aluminum is deposited on, a substrate 11 to form a first metal layer 13. Then a second metal layer 15 is formed so as to completely cover the first metal layer 13 to define a clad structure seen in FIG. 2B. The second metal layer 15

2

is formed by depositing Mo so as to completely cover the first metal layer 13.

Thus, the first and second metal layers 13 and 15 form a gate having a double-layered metal structure in a clad arrangement. The clad structure defines a single step difference between the gate structure and the substrate 11.

A gate insulating film 17 is then formed over the gate electrode clad structure formed by the first and second metal layers 13, 15. A semiconductor layer 19 is then formed by deposition and etching on the gate electrode insulating film 17. Then a contact layer 21 is formed by deposition and etching to cover the semiconductor layer as seen in FIG. 2C.

Then an electrode layer 23 is formed on the contact layer 21 by deposition and etching. The electrode layer 23 and the contact layer 21 are further etched to form a channel region so as to separate the contact layer 21 and electrode layer 23 into two separate electrodes as seen in FIG. 2D.

An electrode insulating film 25 is then deposited on the electrode layer 23 and in the channel region located between the two separate electrodes formed by the electrode layer 23. The electrode insulating film 25 is etched to form a contact hole 27 therein as seen in FIG. 2E.

Finally, a transparent electrode such as a pixel electrode 29 is formed by deposition and etching on the electrode insulating film 25 and to fill the hole 27 in the electrode insulating film 25 such that the pixel electrode 29 is electrically connected to one of the two electrodes (source and drain) formed by the electrode layer 23.

The clad structure of the gate electrode formed by the first metal layer 13 and the second metal layer 15 experiences many problems. With the clad structure shown in FIGS. 2A–2F, hillock may be formed on either side of the single step difference between the gate electrode and substrate. In addition, the step coverage of later formed layers is decreased and the source and drain regions formed on the gate oxide layer may have disconnections between areas of the source and drain regions which are overlapped and non-overlapped with the gate or electrically exhibit short circuits as a result of contact with the gate.

In another conventional thin-film transistor shown in FIG. 3, a substrate 31 has an inner gate electrode 34 includes a first metal layer 34a consisting of Al and a second metal layer 34b consisting of a Mo layer. The first and second metal layers 34a, 34b are formed such that there is only a single step difference between the gate electrode 34 and the substrate 31 as a result of the first and second metal layers 34a, 34b having substantially the same width.

An outer gate electrode 35 is formed on the inner gate electrode 34 so as to completely cover the first and second metal layers 34a, 34b. The outer gate electrode 35 and the inner gate electrode 34 form a gate electrode 32.

The gate electrode 32 is covered by a first gate insulating film 36 to protect the gate electrode 32. Then a second gate insulating film 37 is formed to cover the first gate insulating film 36. The second gate insulating film 37 has a semiconductor layer 38 formed thereon. An insulating layer 39 is formed and etched so as to be located in a channel region between later formed source and drain electrodes consisting of a contact layer 40 and an electrode layer 41. The contact layer 40 and the electrode layer 41 are etched to form a source electrode 42 and a drain electrode 43. A pixel electrode 44 is formed on the same surface as the source and drain electrodes 42, 43 and is electrically connected to the drain electrode 43.

Similar to the conventional device shown in FIGS. 1 and 2A–2F, the conventional thin-film transistor shown in FIG.

US 6,573,127 B2

3

3 has a single step difference between the gate electrode 34 and the substrate 31 and experiences many of the same problems including hillock on both sides of the first metal layer 34a. To avoid the problem of hillock at both sides of the first metal layer 34a also experienced by the device shown in FIGS. 1–2F, the device of FIG. 3 must use a double-layered inner gate electrode 34, an outer gate electrode 35 and an oxidation film 36. Without the outer gate electrode 35 and the oxidation film 36, this structure would be similar to the structure shown in FIGS. 1–2F and experience all of the same problems experienced by the device of FIGS. 1–2F as described above.

Although such a structure shown in FIG. 3 may avoid the problem of hillock, it requires far more process steps and layers and increases the time and cost of manufacturing a thin-film transistor.

According to another method of forming the gate, each of the metal layers of Al and Mo form a double step difference with the substrate so as to improve the step coverage of the gate oxide layer.

An example of this method of forming a double metal layer gate structure is described in "Low Cost, High Quality TFT-LCD Process", SOCIETY FOR INFORMATION DISPLAY EURO DISPLAY 96, Proceedings of the 16th International Display Research Conference, Birmingham, England, Oct. 1, 1996, pages 591–594. On page 592 of this publication, a method of forming a double metal gate structure includes the process of depositing two metal layers first and then patterning the two metal layers to thereby eliminate an additional photoresist step. The first metal layer consists of an Al alloy and the second layer consists of Cr.

However, with this method, process difficulties during the one step photoresist process for forming the double metal layer gate resulted in the top layer being wider than the bottom layer causing an overhang condition in which the top layer overhangs the bottom layer. This difficulty may result in poor step coverage and disconnection. This problem was solved by using a three-step etching process in which the photoresist had to be baked before each of the three etching steps to avoid lift-off or removal of the photoresist during etching. This three-step etching process and required baking of the photoresist significantly increases the complexity and steps of the gate forming method.

These and other elements, features, and advantages of the preferred embodiments of the present invention will be apparent from the following detailed description of the preferred embodiments of the present invention, as illustrated in the accompanying drawings.

## SUMMARY OF THE INVENTION

To overcome the problems discussed above, the preferred embodiments of the present invention provide a thin-film transistor which overcomes the problems of the prior art devices described above.

More specifically, the preferred embodiments of the present invention, provide a thin-film transistor which prevents a hillock and deterioration of step coverage of a later formed gate oxide layer on a double metal layer gate.

The preferred embodiments of the present invention also provide a method of fabricating a thin-film transistor that avoids the problems of the prior art and simplifies the process for forming a double metal layer gate.

Additional features and advantages of the invention will be set forth in the description which follows, and in part will be apparent from the description, or may be learned by

4

practice of the invention. The objectives and other advantages of the invention will be realized and attained by the structure particularly pointed out in the written description and claims hereof, as well as, the appended drawings.

To achieve these and other advantages and in accordance with the purpose of the preferred embodiments of the present invention, as embodied and broadly described, a thin-film transistor preferably comprises a substrate, and a gate including a double-layered structure of first and second metal layers disposed on the substrate, the first metal layer comprising a material which exhibits a tensile stress and the second metal layer which exhibits a compressive stress, the first metal layer being wider than the second metal layer so as to form a double step difference between the gate electrode and the substrate.

In a further preferred embodiment, the first metal layer comprises Al and the second metal layer comprises Mo.

In other preferred embodiments, the second metal layer may comprise a Mo alloy, MoW, MoTa, MoNb or other suitable material.

According to another preferred embodiment of the present invention, a thin-film transistor comprises a substrate, and agate including a double-layered structure of first and second metal layers disposed on the substrate, the first metal layer comprising a material exhibiting tensile stress and the second metal layer comprising material exhibiting compressive stress, the first metal layer being wider than the second metal layer by about 1 to 4 μm.

According to yet another preferred embodiment of the present invention, a method of making such a thin-film transistor preferably comprises the steps of: depositing a first metal layer comprising a material exhibiting tensile stress on a substrate, depositing a second metal layer exhibiting compressive stress on the first metal layer; patterning the second metal layer and the first metal layer such that the first metal layer is wider than the second metal layer.

These and other elements, features, and advantages of the preferred embodiments of the present invention will be apparent from the following detailed description of the preferred embodiments of the present invention, as illustrated in the accompanying drawings.

## BRIEF DESCRIPTION OF THE DRAWINGS

The accompanying drawings, which are included to provide a in further understanding of the invention and are incorporated in and constitute a part of this specification, illustrate preferred embodiments of the invention and together with the description serve to explain the principles of the invention, in which:

FIG. 1 is a top plan view of a prior art thin-film transistor;

FIGS. 2A–2F are cross-sectional views of FIG. 1 along line X—X;

FIG. 3 is a cross-sectional view of another prior art thin-film transistor;

FIG. 4 is a top plan view of a thin-film transistor according to a preferred embodiment of the present invention;

FIGS. 5A through 5F are diagrams illustrating a process for fabricating a thin-film transistor according to one preferred embodiment of the present invention in which one masking step and two etching steps are used;

FIGS. 6A through 6E are diagrams illustrating a process for fabricating a thin-film transistor according to one preferred embodiment of the present invention in which one masking step and one etching steps are used.

## DETAILED DESCRIPTION OF PREFERRED EMBODIMENTS

Reference will now be made in detail to preferred embodiments of the present invention, examples of which are illustrated in the accompanying drawings.

5

FIG. 4 is a top plan view of a thin-film transistor according to a preferred embodiment of the present invention.

FIGS. 5A through 5F are diagrams illustrating a process for fabricating a thin-film transistor according to one preferred embodiment of the present invention in which one masking step and two etching steps are used.

The thin-film transistor as seen in FIG. 5F comprises a gate 149 having a double-layered structure of a first metal layer 143, a second metal layer 145 disposed on a substrate 141, a first insulating layer 151, a second insulating layer 161, a semiconductor layer 153, an ohmic contact layer 155, a source electrode 157, a drain electrode 159, and a pixel electrode 165.

The gate 149 has a double-layered structure including the first and second metal layers 143 and 145 disposed on the substrate 141. The first metal layer 143 is preferably formed from a conductive metal which exhibits tensile stress such as Al, Cu, or Au deposited to have a certain width w1. The second metal layer 145 is preferably formed from a metal which exhibits a compressive stress such as Mo, a Mo alloy, MoW, MoTa, MoNb, etc., and is deposited to have a certain width w2.

The present inventors have discovered that when the first conductive metal layer 143 having a tensile stress is used in combination with a second metal layer 145 having a compressive stress, the reaction between the tensile stress metal layer 143 and the compressive stress metal layer 145 causes a hillock condition to be prevented. More specifically, the compressive stress of the second metal layer 145 minimizes the effect of the tensile stress of the first metal layer 143 so as to reduce and prevent hillock which may form between the first metal layer 143 and the substrate 141.

The present inventors have further discovered that the reaction between the compressive stress layer 145 and the tensile stress layer 143 is most effective in preventing hillock when a newly discovered relationship between the width of the first metal layer and the width of the second metal layer of the double metal layer gate electrode is used. The reaction between the compressive stress second metal layer and the tensile stress first metal layer and the relationship between the widths of the first and second metal layers is critical to preventing hillock and deterioration of step coverage of a later formed gate oxide layer in such a structure having a double step difference between the substrate and the gate. More specifically, the present inventors determined that a structure wherein the first metal layer 143 is formed of a material exhibiting tensile stress and is wider than the second metal layer 145 formed of a material exhibiting compressive stress by about 1 to 4 $\mu m$, for example, 1 $\mu m<w1-w2<4$ $\mu m$, provides maximum prevention of deterioration of step coverage of a later formed gate oxide layer in such a structure having a double step difference between the substrate and the gate.

To achieve the best results, the second metal layer 145 is preferably positioned substantially in the middle of the first metal layer 143, so that both side portions of the first metal layer 143 which have no portion of the second metal layer 145 disposed thereon have substantially the same width as each other. The width of each of the side portions is preferably larger than about 0.5 $\mu m$ but less than about 2 $\mu m$.

The first insulating layer 151 is preferably formed by depositing single layer of silicon oxide $SiO_2$ or silicon nitride $Si_3N_4$ on the substrate including the gate 149.

The semiconductor and ohmic contact layers 153 and 155 are formed on the portion of the first insulating layer 151 corresponding to the gate 149 by sequentially depositing

6

undoped amorphous silicon and heavily doped amorphous silicon and patterning the two silicon layers. The semiconductor layer 153 is used as the active region of an element, thus forming a channel by means of a voltage applied to the gate 149. The ohmic contact layer 155 provides an ohmic contact between the semiconductor layer 153 and the source and drain electrodes 157 and 159. The ohmic contact layer 155 is not formed in the portion that becomes the channel of the semiconductor layer 153.

The source and drain electrodes 157 and 159 are in contact with the ohmic contact layer 155, and each electrode 157, 159 extends to a designated portion on the first insulating layer 151.

The second insulating layer 161 is formed by depositing insulating material such as silicon oxide $SiO_2$ silicon nitride $Si_3N_4$ to cover the source and drain electrodes 157 and 159 and the first insulating layer 151. The second insulating layer 161 on the drain electrode 159 is removed to form a contact hole 163.

The pixel electrode 165 is formed from transparent and conductive material such as ITO (Indium Tin Oxide) or Tin oxide $SnO_2$, so that it is connected to the drain electrode 159 through the contact hole 163.

In the first and second metal layers 143 and 145 constituting the gate 149, each side portion of the first metal layer 143 having no portion of the second metal layer 145 thereon has a width that is preferably larger than about 0.5 $\mu m$ and less than about 2 $\mu m$. Because the first metal layer 143 is wider than the second metal layer 145 by about 1.0 $\mu m$ to 4.0 $\mu m$, double step differences determined according to the relationship between the width of the first metal layer and the width of the second metal layer are formed between the gate 149 and substrate 141. The double step differences determined according to the novel features of the preferred embodiments of the present invention prevent deterioration of the coverage of the first insulating layer 151 which deterioration occurs in prior art devices. The hillock in the first metal layer 143 is also avoidable because the effect of the compressive stress of the second metal layer 145 on the tensile stress of the first metal layer 143 minimizes the effect of the tensile stress of the first metal layer 143 and the width difference between the first and second metal layers 143 and 145 is between about 1 $\mu m$ to 4 $\mu m$.

FIGS. 5A through 5F are diagrams illustrating the process for fabricating the thin-film transistor of the preferred embodiments of the present invention.

Referring to FIG. 5A, a metal exhibiting a tensile stress, such as Al, Cu, or Au, is deposited on a substrate 141 so as to form a first metal layer 143. A second metal layer 145 is formed from a material exhibiting compressive stress, such as Mo, a Mo alloy, MoW, MoTa or MoNb, and is deposited on the first metal layer 143 without performing a masking step between the step of depositing the first metal layer and the step of depositing the second metal layer. The first and second metal layers 143 and 145 are sequentially deposited so as to preferably have a thickness as large as about 500–4000A and 500–2000A, respectively, by means of sputtering or chemical vapor deposition (hereinafter, referred to as CVD) without breaking a vacuum state. As a result, the contact resistance between the first and second metal layers 143 and 145 is reduced.

According to the preferred embodiments of the present invention, a single photoresist step is used to pattern both the first metal layer 143 and the second metal layer 14 simultaneously. In the single photoresist step, a photoresist 147 is deposited on the second metal layer 145 and then the

7

photoresist 147 is patterned through exposure and development to have the width w1 on a designated portion of the second metal layer 145.

Referring to FIG. 5A, the second metal layer 145 is patterned with an etching solution preferably prepared with a mixture of phosphoric acid $H_3PO_4$, acetic acid $CH_3COOH$ and nitric acid $HNO_3$, by means of a wet etching using the photoresist 147 as a mask. Because the portion of the second metal layer 145 covered with the photoresist 147, as well as, exposed side portions of the second metal layer 145 are isotropically etched, the second metal layer 145 is preferably patterned to have the width w2 which is narrower than the width w1 of the photoresist 147 which is the same as the width w1 of the first metal layer 143, that is, about 1 $\mu m$<w1−w2<4 $\mu m$. Each side portion of the second metal layer 145 preferably has a width larger than about 0.5 $\mu m$ and less than about 2 $\mu m$. That is, the two side portions of the second metal layer 145 covered with the photoresist 147 are preferably etched to have substantially the same width as each other. The lateral surfaces of the second metal layer 145 are preferably etched to have a substantially rectangular or inclined shape.

Referring to FIG. 5B, the first metal layer 143 is patterned via a dry etching having an isotropic etching characteristic such as reactive ion etching (hereinafter, referred to as RIE) by using the photoresist 147 as a mask. When etching the first metal layer 143 other than the portion of the layer 143 covered with the photoresist 147, the first metal layer 143 preferably has the same width w1 of the photoresist 147. Thus, patterning of the first and second metal layers 143, 145, respectively, only requires two etching steps and does not require baking of the photoresist before each step of etching. Also, the relation between the first and second metal layers 143 and 145 also may be represented by about 1 $\mu m$<w1−w2<4 $\mu m$.

The first and second metal layers 143 and 145 resulting from the single photoresist step process described above form a gate 149 having a double-layered metal structure. The gate 149 has the second metal layer 145 positioned substantially in the middle of the first metal layer 143 so that the each side portion of the first metal layer 143 having no second metal layer 145 thereon is wider than about 0.5 $\mu m$ but narrower than about 2 $\mu m$. The photoresist 147 remaining on the second metal layer 145 is removed after the two etching steps are completed.

Referring to FIG. 5D, a first insulating layer 151 is formed by depositing a single layer or double layers of silicon oxide $SiO_2$ or silicon nitride $Si_3N_4$ on the gate 149 and substrate 141 by CVD. Because each side portion of the first metal layer 143 having no second metal layer 145 thereon is wider than about 0.5 $\mu m$, double step differences formed between the substrate and gate can prevent the coverage of the first insulating layer 151 from being deteriorated as in prior art devices. The hillock in the, first metal layer 143 is also avoidable because of the effect of the compressive stress of second metal layer 145 on the tensile stress exhibited by the first metal layer 143 and because a width of a portion of the first metal layer 143 which is exposed and not covered by the second metal layer 145 is less than about 2 $\mu m$.

Amorphous silicon which is undoped and heavily doped amorphous silicon are sequentially deposited on the first insulating layer 151 by CVD, thus forming semiconductor and ohmic contact layers 153 and 155. The ohmic contact and semiconductor layers 155 and 153 are patterned by means of photolithography to expose the first insulating layer 151.

8

Referring to FIG. 5E, conductive metal such as Al or Cr is laminated on the insulating and ohmic contact layers 151 and 155 and patterned by photolithography to form source and drain electrodes 157 and 159. The ohmic contact layer 155 exposed between the source and drain electrodes 157 and 159 is etched by using the source drain electrodes 157 and 159 as masks.

Referring to FIG. 5F, a second insulating layer 161 is formed by depositing insulating material such as silicon oxide or silicon nitride by CVD on the entire surface of the above structure. The second insulating layer is removed by photolithography to expose a designated portion of the drain electrode 159 and thus form a contact hole 163. Once transparent and conductive material such as ITO (Indium Tin Oxide) or Tin oxide $SnO_2$ is deposited on the second insulating layer 161 via sputtering and patterned by photolithography, a pixel electrode 165 is formed so that it is electrically connected to the drain electrode 159 through the contact hole 163.

In another preferred embodiment of the present invention, the first and second metal layers 143 and 145 are first etched by means of a dry etching having an isotropic etching characteristic such as RIE by using the photoresist 147 as a mask. The gate 149 is formed by etching the second metal layer 145 under the photoresist 147 with an etching solution prepared with a mixture of phosphoric acid $H_3PO_4$, acetic acid $CH_3COOH$ and nitric acid $HNO_3$.

In still another preferred embodiment of the present invention shown in FIGS. 6A–6E, the gate 149 is formed through a single etching step process for etching the first and second metal layers 143 and 145 simultaneously and via a single etching step, where the second metal layer 145 is etched more quickly than the first metal layer 143 with an etching solution prepared with a mixture of phosphoric acid $H_3PO_4$, acetic acid $CH_3COOH$ and nitric acid $HNO_3$. Because of the etching material and metals used for the first and second metal layers of the gate, only a single etching step is required. Despite the fact that a single etching step is used, it is still possible to obtain the relationship between the widths w1 and w2 of the first and second metal layers described above. In this process, the first and second metal layers forming the gate 149 are formed and patterned with a single photoresist step as described above and a single etching step.

As described above, in the preferred embodiments of the present invention, a first metal layer exhibiting tensile stress and a second metal layer exhibiting compressive stress are sequentially deposited on the substrate without performing a masking step between the step of depositing the first metal layer, and the second metal layer, followed by forming a photoresist that covers a designated portion of the second metal layer. In one preferred embodiment, the second metal layer is wet etched by using the photoresist as a mask but the first metal layer is dry etched. As a result, the doubled-metal gate is formed. In another preferred embodiment, a single etching step is used to form the double-metal gate wherein both the first metal layer and the second metal layer are wet etched, but the different in etching rates, of the first and second metal layers produces different etching affects which result in the desired double-step structure.

While the invention has been particularly shown and described with reference to preferred embodiments thereof, it will be understood by those skilled in the art that the foregoing and other changes in form and details may be made therein without departing from the spirit and scope of the invention.

9

10

What is claimed is:

1. A method of making a thin-film transistor, comprising the steps of:

deposiiting a first metal layer, formed of a metal exhibiting tensile stress, on a substrate;

depositing a second metal layer, formed of a material exhibiting compressive stress, on the first metal layer directly after the step of depositing the first metal layer;

forming a single photoresist having a predetermined width on the second metal layer;

patterning the second metal layer using the single photoresist as a mask;

patterning the first metal layer using the photoresist as a mask, the first metal layer being etched to have a width greater than a width of the second metal layer, wherein the second metal layer is formed only on a portion of the first metal layer, leaving two side portions on a horizontal upper surface of the first metal layer having no second metal layer formed thereon, thus forming a gate having a laminated structure of the first and second metal layers; and

removing the photoresist,

wherein the steps of patterning the second metal layer and the first metal layer each comprises a single etching step.

2. The method of making a thin-film transistor as claimed in claim 1, wherein the step of patterning the second metal layer includes the step of isotropic etching using the single photoresist and the step of patterning the first metal layer includes the step of an isotropic etching using the single photoresist as a mask, the second metal layer being etched to be wider than the photoresist by about 1 to 4 $\mu m$.

3. The method of making a thin-film transistor as claimed in claim 1, further comprising the steps of:

forming a first insulating-layer on the substrate including the gate;

forming a semiconductor layer and an ohmic contact layer on a portion of the first insulating layer at a location corresponding to the gate;

forming a source electrode and a drain electrode extending onto the first insulating layer on two sides of the ohmic contact layer, and removing a portion of the ohmic contact layer exposed between the source and drain electrodes; and

forming a second insulating layer covering the semiconductor layer, the source electrode, the drain electrode and the first insulating layer.

4. The method of making a thin-film transistor as claimed in claim 1, wherein the first and second metal layers are sequentially deposited via sputtering or chemical vapor deposition method without breaking a vacuum state.

5. The method of making a thin-film transistor as claimed in claim 1, wherein the first metal layer is formed from Al, Cu, or Au.

6. The method of making a thin-film transistor as claimed in claim 5, wherein the second metal layer is formed from Mo, an Mo alloy, MoTa, MoW or MoNb.

7. The method of making a thin-film transistor as claimed in claim 1, wherein the second metal layer is etched with an etching solution prepared with a mixture of phosphoric acid $H_3PO_4$, acetic acid $CH_3COOH$ and nitric acid $HNO_3$.

8. The method of making a thin-film transistor as claimed in claim 1, wherein the first metal layer is removed via a dry etching process.

9. The method of making a thin-film transistor as claimed in claim 1, wherein two side portions of the first metal layer having no second metal layer deposited thereon have the same width as each other.

10. A method of making a thin-film transistor, comprising the steps of:

depositing a first metal layer on a substrate, the first metal layer exhibiting tensile stress;

depositing a second metal layer on the first metal layer without forming a photoresist on the first metal layer beforehand, the second metal layer exhibiting compressive stress;

forming a photoresist having a predetermined width on the second metal layer;

etching the first and second metal layers so that the first metal layer is wider than the second metal layer, wherein the second metal layer is formed only on a portion of the first metal layer, leaving two side portions on a horizontal upper surface of the first metal layer having no second metal layer formed thereon, to form a gate electrode having a double-layered structure including the first and second metal layers;

removing the photoresist; and

forming a single gate insulating layer directly on at least one of the first and second metal layers such that the single gate insulating layer directly contacts at least one of the first and second metal layers.

11. The method of making a thin-film transistor as claimed in claim 10, further comprising the steps of:

forming a semiconductor layer and an ohmic contact layer on a portion of the single gate insulating layer at a location corresponding to the gate;

forming a source electrode and drain electrode extending onto the single gate insulating layer on two sides of the ohmic contact layer, and removing a portion of the ohmic contact layer exposed between the source and drain electrodes; and

forming an insulating layer covering the semiconductor layer, the source electrode, the drain electrode and the single gate insulating layer.

12. The method of making a thin-film transistor as claimed in claim 10, wherein the first metal layer is formed from Al, Cu, or Au.

13. The method of making a thin-film transistor as claimed in claim 10, wherein the second metal layer is formed from Mo, a Mo alloy, MoTa, MoW or MoNb.

14. The method of making a thin-film transistor as claimed in claim 10, wherein the first and second metal layers are removed via a dry etching method.

15. The method of making a thin-film transistor as claimed in claim 10, wherein the second metal layer is etched with an etching solution prepared with a mixture of phosphoric acid $H_3PO_4$, acetic acid $CH_3COOH$ and nitric acid $HNO_3$.

16. A method of making a thin-film transistor, comprising the steps of:

depositing a first metal layer on a substrate, the first metal layer being formed of a metal exhibiting tensile stress;

depositing a second metal layer on the first metal layer without forming a photoresist on the first metal layer beforehand, the second metal layer being formed of metal exhibiting compressive stress;

11

forming a single photoresist having a predetermined width on the second metal layer;

patterning the first and second metal layers simultaneously in a single etching step using the single photoresist as a mask, wherein the second metal layer is formed only on a portion of the first metal layer, leaving

12

two side portions on a horizontal upper surface of the first metal layer having no second metal layer formed thereon; and

removing the photoresist.

* * * * *

# EXHIBIT L-46

OFFICE EDITION



FIRST TIME IN PAPERBACK

*The*

# AMERICAN

# HERITAGE

## *dic•tion•ar•y*



THIRD EDITION

BASED ON THE BEST-SELLING
AMERICAN HERITAGE® DICTIONARY
OF THE ENGLISH LANGUAGE,
THIRD EDITION

• OVER 70,000 ENTRIES •
• THOUSANDS OF NEW WORDS AND MEANINGS •
• OVER 400 PHOTOGRAPHS AND ILLUSTRATIONS •
• EXPERT GUIDANCE ON CORRECT USAGE •

# THE
# AMERICAN
# HERITAGE®

*dic·tion·ar·y*

## THIRD EDITION



**A LAUREL BOOK**

Published by
Dell Publishing
a division of
Bantam Doubleday Dell Publishing Group, Inc.
1540 Broadway
New York, New York 10036

If you purchased this book without a cover you should be aware that this book is stolen property. It was reported as "unsold and destroyed" to the publisher and neither the author nor the publisher has received any payment for this "stripped book."

Words are included in this Dictionary on the basis of their usage. Words that are known to have current trademark registrations are shown with an initial capital and are also identified as trademarks. No investigation has been made of common-law trademark rights in any word because such investigation is impracticable. The inclusion of any word in this Dictionary is not, however, an expression of the Publisher's opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark.

American Heritage® and the eagle logo are registered trademarks of Forbes Inc. Their use is pursuant to a license agreement with Forbes Inc.

Copyright © 1994 by Houghton Mifflin Company

All rights reserved. No part of this book may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying, recording, or by any information storage and retrieval system, without the written permission of the Publisher, except where permitted by law. For information address: Houghton Mifflin Company, 222 Berkeley Street, Boston, Massachusetts 02116.

The trademark Laurel® is registered in the U.S. Patent and Trademark Office and in other countries.

The trademark Dell® is registered in the U.S. Patent and Trademark Office.

ISBN: 0-440-21861-6

Reprinted by arrangement with Houghton Mifflin Company

Printed in the United States of America

Published simultaneously in Canada

20  19

OPM

**Sin·ga·pore** (sĭng′gə-pôr′, -pōr′, sĭng′ə-). A country of SE Asia comprising **Singapore Island** and adjacent smaller islands. Cap. the city of Singapore. Pop. 2,529,100. —**Sin′ga·por′e·an** *adj. & n.*

**singe** (sĭnj) *v.* **singed, singe·ing. 1.** To burn superficially; scorch. **2.** To burn off the feathers or bristles of. [< OE *sengan.*] —**singe** *n.*

**Sing·er** (sĭng′ər), Isaac Bashevis. 1904–91. Polish-born Amer. Yiddish writer; 1978 Nobel.

**Sin·gha·lese** (sĭng′gə-lēz′, -lēs′) or **Sin·ha·lese** (sĭn′hə-) *n., pl.* **-lese. 1.** A member of the people constituting the majority of the population of Sri Lanka. **2.** The Indic language of the Singhalese. —**Sin′gha·lese′** *adj.*

**sin·gle** (sĭng′gəl) *adj.* **1.** Not accompanied by another or others; solitary. **2.** Consisting of one part or section. **3.** Separate; individual: *Every single one of you.* **4.** Designed to accommodate one person: *a single bed.* **5.** Unmarried. —*n.* **1.** One that is separate and individual. **2.** An accommodation for one person, as in a hotel. **3.** An unmarried person. **4.** A one-dollar bill. **5.** *Baseball.* A one-base hit. **6. singles.** *Sports.* A match between two players in tennis and other games. —*v.* **-gled, -gling. 1.** To choose or distinguish from others: *singled her out for praise.* **2.** *Baseball.* To make a one-base hit. [< Lat. *singulus.*] —**sin′gle·ness** *n.*

**sin·gle-breast·ed** (sĭng′gəl-brĕs′tĭd) *adj.* Closing with a narrow overlap and fastened with a single row of buttons.

**single file** *n.* A line of people or things standing or moving one behind the other.

**sin·gle-hand·ed** (sĭng′gəl-hăn′dĭd) *adj.* **1.** Working or done without help; unassisted. **2.** Using only one hand. —**sin′gle-hand′ed·ly** *adv.* —**sin′gle-hand′ed·ness** *n.*

**sin·gle-mind·ed** (sĭng′gəl-mīn′dĭd) *adj.* **1.** Having one overriding purpose or goal. **2.** Steadfast. —**sin′gle-mind′ed·ly** *adv.* —**sin′gle-mind′ed·ness** *n.*

**sin·gles bar** (sĭng′gəlz) *n.* A bar patronized esp. by unmarried men and women.

**sin·gly** (sĭng′glē) *adv.* **1.** Alone. **2.** One by one; individually.

**sing·song** (sĭng′sông′, -sŏng′) *n.* A monotonous rising and falling of the voice. —**sing′song′** *adj.*

**sin·gu·lar** (sĭng′gyə-lər) *adj.* **1.** Being only one; individual. **2.** Unique. **3.** Being beyond what is usual; remarkable. **4.** Deviating from the expected; odd. **5.** *Gram.* Of or being a single person or thing or several entities considered as a unit. —*n. Gram.* The singular number or a form designating it. [< Lat. *singulāris.*] —**sin′gu·lar′i·ty** (-lăr′ĭ-tē), **sin′gu·lar·ness** *n.* —**sin′gu·lar·ly** *adv.*

**Sin·ha·lese** (sĭn′hə-lēz′, -lēs′) *n. & adj.* Var. of Singhalese.

**sin·is·ter** (sĭn′ĭ-stər) *adj.* **1.** Suggesting or threatening evil. **2.** Presaging trouble; ominous. [< Lat., on the left.]

**sink** (sĭngk) *v.* **sank** (săngk) or **sunk** (sŭngk), **sunk, sink·ing. 1.a.** To descend to the bottom. **b.** To cause to descend beneath a surface. **2.** To fall or drop to a lower level. **3.** To force into or penetrate a substance. **4.** To dig or drill (e.g., a well) in the earth. **5.** To pass into a specified condition: *sank into a deep sleep.* **6.** To deteriorate in quality or condition. **7.** To diminish or decline. **8.** To become weaker, quieter, or less forceful. **9.** To become felt or understood: *The lesson sank in.* **10.** To invest. **11.** *Sports.* To get (a ball) into a hole or basket. —*n.* **1.** A basin fixed to a wall or floor and having a drainpipe and a piped water supply. **2.** A sinkhole. [< OE *sincan.*] —**sink′a·ble** *adj.*

**sink·er** (sĭng′kər) *n.* A weight used for sinking fishing lines or nets.

**sink·hole** (sĭngk′hōl′) *n.* A natural depression in a land surface, usu. occurring in limestone regions and formed by solution or collapse of a cavern roof.

**sink·ing fund** (sĭng′kĭng) *n.* A fund accumulated to pay off a corporate or public debt.

**Sino-** *pref.* Chinese: *Sinology.* [< Ar. *Sīn,* China.]

**Si·nol·o·gy** (sī-nŏl′ə-jē, sĭ-) *n.* The study of Chinese language, literature, or civilization. —**Si′no·log′i·cal** (sī′nə-lŏj′ĭ-kəl, sĭn′ə-) *adj.* —**Si·nol′o·gist** *n.*

**Si·no-Ti·bet·an** (sī′nō-tĭ-bĕt′n, sĭn′ō-) *n.* A language family that includes Chinese and Tibeto-Burman. —**Si′no-Ti·bet′an** *adj.*

**sin·u·ous** (sĭn′yōō-əs) *adj.* **1.** Twisting; winding. **2.** Supple and lithe: *the sinuous grace of a dancer.* **3.** Not direct; devious. [< Lat. *sinus,* curve.] —**sin′u·os′i·ty** (-ŏs′ĭ-tē), **sin′u·ous·ness** *n.* —**sin′u·ous·ly** *adv.*

**si·nus** (sī′nəs) *n.* **1.** Any of various air-filled cavities in the bones of the skull, esp. one communicating with the nostrils. **2.** A bodily channel containing chiefly venous blood. [< Lat., curve, hollow.]

**si·nus·i·tis** (sī′nə-sī′tĭs) *n.* Inflammation of a sinus, esp. in the nasal region.

**Si·on** (sī′ən) *n.* Var. of Zion.

**Siou·an** (sōō′ən) *n.* A large North American Indian language family spoken from Lake Michigan to the Rocky Mountains.

**Sioux** (sōō) *n., pl.* **Sioux** (sōō, sōōz). **1.** A member of a group of Native American peoples of the N Great Plains, now mainly in North and South Dakota. **2.** Any of their Siouan languages. —**Sioux** *adj.*

**Sioux Falls.** A city of SE SD near the MN border. Pop. 100,814.

**sip** (sĭp) *v.* **sipped, sip·ping.** To drink in small quantities. —*n.* **1.** The act of sipping. **2.** A small quantity of liquid sipped. [ME *sippen.*] —**sip′per** *n.*

**si·phon** also **sy·phon** (sī′fən) *n.* A bent tube through which a fluid can be drawn over the edge of one container into a lower container by means of air pressure. —*v.* To draw off or drain with or as if with a siphon. [< Gk. *siphōn.*]

**sir** (sûr) *n.* **1.** *Sir.* Used as an honorific title for baronets and knights. **2.** Used as a form of polite address for a man. **3.** Used as a salutation in a letter: *Dear Sir.* [< SIRE.]

**sire** (sīr) *n.* **1.** A father. **2.** *Archaic.* Used as a form of address for a male superior, esp. a king. —*v.* **sired, sir·ing.** To beget. [< Lat. *senior,* older.]

**si·ren** (sī′rən) *n.* A device for making a loud, usu. wailing sound as a signal or warning. [< OFr. *sereine,* SIREN.]

**Si·ren** (sī′rən) *n.* **1.** *Gk. Myth.* One of a group of sea nymphs whose singing lured mariners to destruction. **2. siren.** A beautiful or alluring woman. [< Gk. *seirēn.*]

# EXHIBIT L-47

OFFICE EDITION


FIRST TIME IN PAPERBACK

*The*

# AMERICAN

# HERITAGE

## *dic•tion•ar•y*



THIRD EDITION

BASED ON THE BEST-SELLING
AMERICAN HERITAGE® DICTIONARY
OF THE ENGLISH LANGUAGE,
THIRD EDITION

- OVER 70,000 ENTRIES -
- THOUSANDS OF NEW WORDS AND MEANINGS -
- OVER 400 PHOTOGRAPHS AND ILLUSTRATIONS -
- EXPERT GUIDANCE ON CORRECT USAGE -

# THE
# AMERICAN
# HERITAGE®

*dic·tion·ary*

## THIRD EDITION



**A LAUREL BOOK**

Published by
Dell Publishing
a division of
Bantam Doubleday Dell Publishing Group, Inc.
1540 Broadway
New York, New York 10036

If you purchased this book without a cover you should be aware that this book is stolen property. It was reported as "unsold and destroyed" to the publisher and neither the author nor the publisher has received any payment for this "stripped book."

Words are included in this Dictionary on the basis of their usage. Words that are known to have current trademark registrations are shown with an initial capital and are also identified as trademarks. No investigation has been made of common-law trademark rights in any word because such investigation is impracticable. The inclusion of any word in this Dictionary is not, however, an expression of the Publisher's opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark.

American Heritage* and the eagle logo are registered trademarks of Forbes Inc. Their use is pursuant to a license agreement with Forbes Inc.

Copyright © 1994 by Houghton Mifflin Company

All rights reserved. No part of this book may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying, recording, or by any information storage and retrieval system, without the written permission of the Publisher, except where permitted by law. For information address: Houghton Mifflin Company, 222 Berkeley Street, Boston, Massachusetts 02116.

The trademark Laurel® is registered in the U.S. Patent and Trademark Office and in other countries.

The trademark Dell® is registered in the U.S. Patent and Trademark Office.

ISBN: 0-440-21861-6

Reprinted by arrangement with Houghton Mifflin Company

Printed in the United States of America

Published simultaneously in Canada

20  19

OPM

guage. **2.** Relating to or expressed by an alphabet. —**al′pha·bet′i·cal·ly** *adv.*

**al·pha·bet·ize** (ăl′fə-bī-tīz′) *v.* **-ized, -iz·ing.** To arrange in alphabetical order. —**al′pha·bet′i·za′tion** *n.* —**al′pha·bet·iz′er** *n.*

**alpha helix** *n.* A protein structure characterized by a single, spiral chain of amino acids stabilized by hydrogen bonds.

**al·pha·nu·mer·ic** (ăl′fə-nōō-mĕr′ĭk, -nyōō-) also **al·pha·mer·ic** (-fə-mĕr′ĭk) *adj.* Consisting of both letters and numbers.

**alpha particle** *n.* A positively charged particle, indistinguishable from a helium atom nucleus, consisting of two protons and two neutrons.

**alpha ray** *n.* A stream of alpha particles.

**alpha rhythm** also **alpha wave** *n.* A pattern of regular electrical oscillations occurring in the brain at a frequency of 8 to 13 hertz when a person is awake and relaxed.

**al·pine** (ăl′pīn′) *adj.* **1. Alpine.** Relating to the Alps or their inhabitants. **2.** Of or relating to high mountains.

**Alps** (ălps). A mountain system of S-central Europe.

**al·read·y** (ôl-rĕd′ē) *adv.* **1.** By this or a specified time; before: *It was already dark at 5:00.* **2.** So soon: *Are you going already?* [ME *alredi* : *all,* ALL + *redi,* READY.]

**al·right** (ôl-rīt′) *adv. Non-Standard.* All right.

**Al·sace** (ăl-săs′, -sās′). A region and former province of E France between the Rhine R. and the Vosges Mts.

**Al·sa·tian** (ăl-sā′shən) *adj.* Of Alsace. —*n.* **1.** A native or inhabitant of Alsace. **2.** *Chiefly Brit.* A German shepherd.

**al·so** (ôl′sō) *adv.* **1.** In addition; besides. **2.** Likewise; too. —*conj.* And in addition. [< OE *ealswā.*]

**al·so-ran** (ôl′sō-răn′) *n.* **1.** A horse that does not win, place, or show in a race. **2.** A loser in a competition.

**alt.** *abbr.* **1.** Alternate. **2.** Altitude.

**Alta.** *abbr.* Alberta.

**Al·ta Cal·i·for·nia** (ăl′tə kăl′ĭ-fôr′nyə, -fôr′nē-ə). Also **Upper California.** The Spanish possessions along the Pacific coast N of the peninsula of Baja California.

**Al·ta·ic** (ăl-tā′ĭk) *n.* A language family of Europe and Asia that includes the Turkic, Tungusic, and Mongolian subfamilies. —*adj.* **1.** Of or relating to the Altai Mountains. **2.** Of or relating to Altaic.

**Al·tai Mountains** or (ăl′tī′). A mountain system of central Asia.

**al·tar** (ôl′tər) *n.* An elevated place or structure before or upon which religious ceremonies may be performed. [< Lat. *altāre.*]

**al·tar·piece** (ôl′tər-pēs′) *n.* A piece of artwork, such as a painting or carving, that is placed above and behind an altar.

**al·ter** (ôl′tər) *v.* **1.** To change; modify. **2.** To adjust (a garment) for a better fit. **3.** To castrate or spay (an animal). [< Med.Lat. *alterāre,* make other.] —**al′ter·a·ble** *adj.* —**al′ter·a′tion** *n.*

**al·ter·cate** (ôl′tər-kāt′) *v.* **-cat·ed, -cat·ing.** To argue or dispute vehemently. [Lat. *altercārī < alter,* another.] —**al′ter·ca′tion** *n.*

**alter ego** *n.* **1.** Another side of oneself. **2.** An intimate friend. [Lat., *other I.*]

**al·ter·nate** (ôl′tər-nāt′, ăl′-) *v.* **-nat·ed,**

**-nat·ing. 1.** To perform or occur in successive turns. **2.** To pass back and forth from one state, action, or place to another. —*adj.* (-nĭt). **1.** Happening or following in turns. **2.** Designating or relating to every other one of a series. **3.** Substitute: *an alternate plan.* —*n.* (-nĭt). **1.** A substitute. **2.** An alternative. [< Lat. *alternus,* by turns.] —**al′ter·nate·ly** *adv.* —**al′ter·na′tion** *n.*

**al·ter·nat·ing current** (ôl′tər-nā′tĭng, ăl′-) *n.* An electric current that reverses direction at regular intervals.

**al·ter·na·tive** (ôl-tûr′nə-tĭv, ăl-) *n.* **1.** The choice between two or more exclusive possibilities. **2.** One of these possibilities. —*adj.* **1.** Allowing or necessitating a choice between two or more things. **2.** Existing outside convention: *an alternative lifestyle.* —**al·ter′na·tive·ly** *adv.*

**alternative school** *n.* A school that is non-traditional, esp. in ideals or curriculum.

**al·ter·na·tor** (ôl′tər-nā′tər, ăl′-) *n.* An electric generator that produces alternating current.

**al·though** also **al·tho** (ôl-thō′) *conj.* Regardless of the fact that; even though. [ME.]
  *Usage: Although* is usually placed at the beginning of its clause, whereas *though* may occur there or elsewhere and is more commonly used to link words or phrases, as in *wiser though poorer.*

**al·tim·e·ter** (ăl-tĭm′ĭ-tər) *n.* An instrument for determining elevation. [Lat. *altus,* high + -METER.] —**al·tim′e·try** *n.*

**al·ti·pla·no** (ăl′tĭ-plä′nō) *n., pl.* **-nos.** A high mountain plateau, as in Bolivia and Peru. [< Lat. *altus,* high + *planum,* plain.]

**al·ti·tude** (ăl′tĭ-tōōd′, -tyōōd′) *n.* **1.** The height of a thing above a reference level, esp. above sea level. See Syns at **elevation. 2.** A high region. **3.** The angular height of a celestial object above the horizon. **4.** The perpendicular distance from the base of a geometric figure to the opposite vertex, parallel side, or parallel surface. [< Lat. *altus,* high.] —**al′ti·tu′di·nal** *adj.*

**al·to** (ăl′tō) *n., pl.* **-tos.** *Mus.* **1.** A low female singing voice; contralto. **2.** The range between soprano and tenor. **3.** A voice or instrument having this range. **4.** A part written for an alto. [< Lat. *altus,* high.]

**al·to·geth·er** (ôl′tə-gĕth′ər) *adv.* **1.** Entirely. **2.** With all included or counted: *Altogether the bill came to $30.* **3.** On the whole. [ME *al togeder.*]

**al·tru·ism** (ăl′trōō-ĭz′əm) *n.* Unselfish concern for the welfare of others; selflessness. [Fr. *altruisme,* ult. < Lat. *alter,* other.] —**al′tru·ist** *n.* —**al′tru·is′tic** *adj.* —**al′tru·is′ti·cal·ly** *adv.*

**al·um** (ăl′əm) *n.* Any of various double sulfates of a trivalent metal and a univalent metal, esp. aluminum potassium sulfate, used as hardeners and purifiers. [< Lat. *alūmen.*]

**a·lu·mi·na** (ə-lōō′mə-nə) *n.* Any of several forms of aluminum oxide, $Al_2O_3$, occurring naturally as corundum, in bauxite, and with various impurities as ruby, sapphire, and emery. [< Lat. *alūmen,* alum.]

**al·u·min·i·um** (ăl′yə-mĭn′ē-əm) *n. Chiefly Brit.* Var. of **aluminum.**

**a·lu·mi·nize** (ə-lōō′mə-nīz′) *v.* **-nized, -niz·ing.** To coat or cover with aluminum.

# EXHIBIT L-48





# Merriam-Webster's Collegiate® Dictionary

## TENTH EDITION

Merriam-Webster, Incorporated
Springfield, Massachusetts, U.S.A.

**A GENUINE MERRIAM-WEBSTER**

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 1994 by Merriam-Webster, Incorporated

Philippines Copyright 1994 by Merriam-Webster, Incorporated

Library of Congress Cataloging in Publication Data
Main entry under title:

Merriam-Webster's collegiate dictionary. — 10th ed.

p. cm.

ISBN 0-87779-708-0 (unindexed). — ISBN 0-87779-709-9 (indexed).
— ISBN 0-87779-710-2 (deluxe). — ISBN 0-87779-707-2 (laminated cover).

1. English language—Dictionaries.

PE1628.M36 1994
423—dc20 93-32603
CIP

Merriam-Webster's Collegiate® Dictionary, Tenth Edition principal copyright 1993

COLLEGIATE is a registered trademark of Merriam-Webster, Incorporated

All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

Made in the United States of America

9101112RMcN94

Case 1:06-cv-00726-JJF   Document 432-15   Filed 09/04/2008   Page 5 of 5

**Express Mail** *service mark* — used for overnight delivery of mail the express business

**ex·press-man** \ik-ˈspres-ˌman, -mən\ *n* (1839) : a person employed in the express business

**ex·press·way** \ik-ˈspres-ˌwā\ *n* (1944) : a high-speed divided highway for through traffic with access partially or fully controlled

**ex·pro·pri·ate** \ek-ˈsprō-prē-ˌāt\ *vt* **-at·ed; -at·ing** [ML *expropriatus,* pp. of *expropriare,* fr. L *ex-* + *proprius* own] (1611)  **1** : to deprive of possession or proprietary rights  **2** : to transfer (the property of another) to one's own possession — **ex·pro·pri·a·tor** \-ˌā-tər\ *n*

**ex·pro·pri·a·tion** \(ˌ)ek-ˌsprō-prē-ˈā-shən\ *n* (15c) : the act of expropriating or the state of being expropriated; *specif* : the action of the state in taking or modifying the property rights of an individual in the exercise of its sovereignty

**ex·pulse** \ik-ˈspəls\ *vt* **ex·pulsed; ex·puls·ing** (15c) : EXPEL

**ex·pul·sion** \ik-ˈspəl-shən\ *n* [ME, fr. L *expulsion-, expulsio,* fr. *expellere* to expel] (15c) : the act of expelling : the state of being expelled — **ex·pul·sive** \-ˈspəl-siv\ *adj*

**ex·punge** \ik-ˈspənj\ *vt* **ex·punged; ex·pung·ing** [L *expungere* (1606) : the act of expunging : the state of being expunged : ERASURE

**ex·punge** \ik-ˈspənj\ *vt* **ex·punged; ex·pung·ing** [L *expungere* to mark for deletion by dots, fr. *ex-* + *pungere* to prick — more at PUNCTURE] (1602)  **1** : to strike out, obliterate, or mark for deletion  **2** : to efface completely : DESTROY — **ex·pung·er** *n*

**ex·pur·gate** \ˈek-spər-ˌgāt\ *vt* **-gat·ed; -gat·ing** [L *expurgatus,* pp. of *expurgare,* fr. *ex-* + *purgare* to purge] (1678) : to cleanse of something morally harmful, offensive, or erroneous; *esp* : to expunge objectionable parts from before publication or presentation (an *expurgated* edition of the letters) — **ex·pur·ga·tion** \ˌek-spər-ˈgā-shən\ *n* — **ex·pur·ga·tor** \ˈek-spər-ˌgāt-ər\ *n*

**ex·pur·ga·to·ri·al** \(ˌ)ek-ˌspər-gə-ˈtōr-ē-əl, -ˈtȯr-\ *adj* (1807) : relating to expurgation or an expurgator : EXPURGATORY

**ex·pur·ga·to·ry** \ek-ˈspər-gə-ˌtōr-ē, -ˌtȯr-\ *adj* (1625) : serving to purify from something morally harmful, offensive, or erroneous

**ex·qui·site** \ek-ˈskwi-zət, ˈek-(ˌ)\ *adj* [ME *exquisit,* fr. L *exquisitus,* pp. of *exquirere* to search out, fr. *ex-* + *quaerere* to seek] (15c)  **1** : carefully selected : CHOICE  **2** *archaic* : ACCURATE  **3 a** : marked by flawless craftsmanship or by beautiful, ingenious, delicate, or elaborate execution  **b** : marked by nice discrimination, deep sensitivity, or subtle understanding (~ taste)  **c** : ACCOMPLISHED, PERFECTED (an ~ gentleman)  **4 a** : pleasing through beauty, fitness, or perfection (an ~ white blossom)  **b** : ACUTE, INTENSE (~ pain)  **c** : having uncommon or esoteric appeal  *syn* see CHOICE — **ex·qui·site·ly** *adv* — **ex·qui·site·ness** *n*

**ex·qui·site** *n* (1819) : one who is overly fastidious in dress or ornament

**ex·san·gui·na·tion** \(ˌ)ek(s)-ˌsaŋ-gwə-ˈnā-shən\ *n* [L *exsanguinatus* drained of blood, fr. *ex-* + *sanguin-, sanguis* blood] (ca. 1909) : the action or process of draining or losing blood — **ex·san·gui·nate** \ek(s)-ˈsaŋ-gwə-ˌnāt\ *vt*

**ex·scind** \ek-ˈsind\ *vt* [L *exscindere,* fr. *ex-* + *scindere* to cut, tear — more at SHED] (1662) : to cut off or out : EXCISE

**ex·sert** \ek-ˈsərt\ *vt* [L *exsertus,* pp. of *exserere* — more at EXERT] (1836) : to thrust out — **ex·ser·tile** \-ˈsər-tᵊl, -ˌtīl\ *adj* — **ex·ser·tion** \-ˈsər-shən\ *n*

**ex·sert·ed** *adj* (1816) : projecting beyond an enclosing organ or part

**ex·sic·cate** \ˈek-si-ˌkāt\ *vt* **-cat·ed; -cat·ing** [ME, fr. L *exsiccatus,* pp. of *exsiccare,* fr. *ex-* + *siccare* to dry, fr. *siccus* dry — more at SACK] (15c) : to remove moisture from : DRY — **ex·sic·ca·tion** \ˌek-si-ˈkā-shən\ *n*

**ex·so·lu·tion** \ˌek-sə-ˈlü-shən\ *n* (1929) : the process of separating or precipitating from a solid crystalline phase

**ex·tant** \ˈek-stənt, ek-ˈstant, ˈek-ˌ\ *adj* [L *exstant-, exstans,* prp. of *exstare* to stand out, be in existence, fr. *ex-* + *stare* to stand — more at STAND] (1545)  **1** *archaic* : standing out or above  **2** : currently or actually existing (the most charming writer — G. W. Johnson)  **b** : not destroyed or lost (~ manuscripts)

**ex·tem·po·ral** \ek-ˈstem-p(ə-)rəl\ *adj* [L *extemporalis,* fr. *ex tempore*] (1570) *archaic* : EXTEMPORANEOUS — **ex·tem·po·ral·ly** \-ē\ *adv*

**ex·tem·po·ra·ne·i·ty** \(ˌ)ek-ˌstem-pə-rə-ˈnē-ə-tē, -ˈnā-\ *n* (1937) : the quality or state of being extemporaneous

**ex·tem·po·ra·ne·ous** \(ˌ)ek-ˌstem-pə-ˈrā-nē-əs\ *adj* [LL *extemporaneus,* fr. L *ex tempore*] (1673)  **1 a** (1) : composed, performed, or uttered on the spur of the moment : IMPROMPTU  (2) : carefully prepared but delivered without notes or text  **b** : skilled at or given to extemporaneous utterance  **c** : happening suddenly and often unexpectedly and usu without clearly known causes or relationships (a great deal of criminal and delinquent behavior is . . . ~ —W. C. Reckless)  **2** : provided, made, or put to use as an expedient : MAKESHIFT — **ex·tem·po·ra·ne·ous·ly** *adv* — **ex·tem·po·ra·ne·ous·ness** *n*

**ex·tem·po·rary** \ik-ˈstem-pə-ˌrer-ē\ *adj* (1596) : EXTEMPORANEOUS

**ex·tem·po·re** \ik-ˈstem-pə-(ˌ)rē\ *adv or adj* [L *ex tempore,* fr. *ex* + *tempore, abl. of tempus* time] (1553) : in an extemporaneous manner (speaking ~)

**ex·tem·po·ri·sa·tion, ex·tem·po·rise** *Brit var of* EXTEMPORIZATION, EXTEMPORIZE

**ex·tem·po·ri·za·tion** \ik-ˌstem-pə-rə-ˈzā-shən\ *n* (ca. 1860)  **1** : the act of extemporizing  **2** : something extemporized

**ex·tem·po·rize** \ik-ˈstem-pə-ˌrīz\ *vb* **-rized; -riz·ing** *vi* (1644)  **1** : to do something extemporaneously : IMPROVISE; *esp* : to speak extemporaneously  **2** : to get along in a makeshift manner ~ *vt* : to compose, perform, or utter extemporaneously : IMPROVISE — **ex·tem·po·riz·er** *n*

**ex·tend** \ik-ˈstend\ *vb* [ME, fr. MF or L; MF *estendre,* fr. L *extendere,* fr. *ex-* + *tendere* to stretch — more at THIN] *vt* (14c)  **1** : to spread or stretch forth : UNBEND (~ed both her arms)  **2 a** : to stretch out to fullest length  **b** : to cause (as a horse) to move at full stride  **c** : to exert (oneself) to full capacity (could work long and hard without seeming to ~ himself)  **d** (1) : to increase the bulk of (as by adding a cheaper substance or a modifier)  (2) : ADULTERATE  **3** [ME, fr. ML *extendere* (fr. L) *or* AF *estendre,* fr. OFF) *a* *Brit* : to take possession of (as lands) by a writ of extent  **b** *obs* : to take by force  **4** : to make the offer of : PROFFER (~*ing* aid to the needy)  **b** : to make available (~*ing* credit to customers)  **5** : to cause to reach (as in distance or scope) (national authority was ~*ed* over new territories)  **b** : to cause

to be longer : PROLONG (~ the side of a triangle) (~*ed* their visit another day); *also* : to prolong the time of payment of ~ : ADVANCE. FURTHER (~*ing* her potential through job training)  **6 a** : to cause to be of greater area or volume : ENLARGE  **b** : to increase the scope, meaning, or application of : BROADEN (beauty, I suppose, opens the heart, ~s the consciousness —Algernon Blackwood)  **c** *archaic* : EXAGGERATE ~ *vi*  **1** : to stretch out in distance, space, or time : REACH (their jurisdiction ~*ed* over the whole area)  **2** : to reach in scope or application (his concern ~*s* beyond mere business to real service to his customers) — **ex·tend·abil·i·ty** \-ˌsten-də-ˈbi-lə-tē\ *n* — **ex·tend·able** *also* **ex·tend·ible** \-ˈsten-də-bəl\ *adj*

*syn* EXTEND, LENGTHEN, PROLONG, PROTRACT mean to draw out or add to so as to increase in length. EXTEND and LENGTHEN imply a drawing out in space or time but EXTEND may also imply increase in width, scope, area, or range (*extend* a vacation) (*extend* welfare services) (*lengthen* a skirt) (*lengthen* the workweek). PROLONG suggests chiefly increase in duration esp. beyond usual limits (*prolonged* illness). PROTRACT adds to PROLONG implications of needlessness, vexation, or indefiniteness (*protracted* litigation).

**ex·tend·ed** *adj* (15c)  **1** : drawn out in length esp. of time (an ~ visit)  **2 a** : fully stretched out (an ~ battle line) (a of horse's gait : performed with a greatly lengthened stride but without a break — compare COLLECTED)  **c** : INTENSIVE (~ efforts)  **3** : having spatial magnitude : being larger than a point (an ~ source of light)  **4** : EXTENSIVE (made available ~ information —Ruth G. Strickland)  **5** : DERIVATIVE 1, SECONDARY 2a (an ~ sense of a word)  **6** *of a typeface* : having a wider face than that of a standard typeface — **ex·tend·ed·ly** *adv* — **ex·tend·ed·ness** *n*

**extended family** *n* (ca. 1935) : a family that includes in one household near relatives in addition to a nuclear family

**ex·tend·er** \ik-ˈsten-dər\ *n* (1611) : one that extends: as  **a** : a substance added to a product esp. in the capacity of a diluent, adulterant, or modifier  **b** : an added ingredient used to increase the bulk of a food (as soup or meat)

**ex·ten·si·ble** \ik-ˈsten(t)-sə-bəl\ *adj* (1611) : capable of being extended — **ex·ten·si·bil·i·ty** \-ˌsten(t)-sə-ˈbi-lə-tē\ *n*

**ex·ten·sile** \ik-ˈsten(t)-sᵊl, -ˌsten-ˌsīl\ *adj* (1744) : EXTENSIBLE

**ex·ten·sion** \ik-ˈsten(t)-shən\ *n* [ME, fr. MF or L; MF, fr. LL *extension-, extensio,* fr. L *extendere*] (15c)  **1 a** : the action of extending : state of being extended  **b** : an enlargement in scope or operation (tools are ~*s* of human hands)  **2 a** : the total range over which something extends : COMPASS  **b** : DENOTATION 4  **3 a** : the stretching of a fractured or dislocated limb so as to restore it to its natural position  **b** : an unbending movement around a joint in a limb (as the knee or elbow) that increases the angle between the bones of the limb at the joint — compare FLEXION 4a  **4 a** : a property whereby something occupies space  **5** : an increase in length of time; *specif* : an increase in time allowed under agreement or concession (was granted an ~)  **6** : a program that geographically extends the educational resources of an institution by special arrangements (as correspondence courses) to persons otherwise unable to take advantage of such resources  **7 a** : a part constituting an addition  **b** : a section or line segment forming an additional length  **c** : an extra telephone connected to the principal line  **8** : a mathematical set (as a field or group) that includes a given and similar set as a subset

**extension agent** *n* (1949) : COUNTY AGENT

**ex·ten·sion·al** \ik-ˈstench-nəl, -ˈsten(t)-shə-nᵊl\ *adj* (1647)  **1** : of, relating to, or marked by extension; *specif* : DENOTATIVE  **2** : concerned with objective reality — **ex·ten·sion·al·i·ty** \-ˌsten(t)-shə-ˈna-lə-tē\ *n* — **ex·ten·sion·al·ly** \-ˈstench-nə-lē, -ˈsten(t)-shə-nᵊl-ē\ *adv*

**extension cord** *n* (1946) : an electric cord fitted with a plug at one end and a receptacle at the other

**ex·ten·si·ty** \ik-ˈsten(t)-sə-tē\ *n, pl* **-ties** (ca. 1834)  **1 a** : the quality of having extension  **b** : degree of extension : RANGE  **2** : an attribute of sensation whereby space or size is perceived

**ex·ten·sive** \ik-ˈsten(t)-siv\ *adj* (1605)  **1** : having wide or considerable extent (~ reading)  **2** : EXTENSIONAL 3 : of, relating to, or constituting farming in which large areas of land are utilized with minimum outlay and labor — **ex·ten·sive·ly** *adv* — **ex·ten·sive·ness** *n*

**ex·ten·som·e·ter** \ˌek-ˌsten-ˈsä-mə-tər\ *n* [*extension* + *-o-* + *-meter*] (1887) : an instrument for measuring minute deformations of test specimens caused by tension, compression, bending, or twisting

**ex·ten·sor** \ik-ˈsten(t)-sər\ *n* (1713)  **1** : a muscle serving to extend a bodily part (as a limb)

**ex·tent** \ik-ˈstent\ *n* [ME, fr. AF & MF; AF *extente* land valuation, fr. MF, area, surveying of land, fr. *extendre, estendre* to extend] (14c)  **1** *archaic* : valuation (as of land) in Great Britain esp. for taxation  **2 a** : seizure (as of land) in execution of a writ of extent in Great Britain  **b** : the condition of being so seized  **3** : a writ giving to a creditor temporary possession of his debtor's property  **3 a** : the range over which something extends : SCOPE (the ~ of her jurisdiction)  **b** : the point, degree, or limit to which something extends (using talents to the greatest ~)  **c** : the amount of space or surface that something occupies or the distance over which it extends : MAGNITUDE (the ~ of the forest)

**ex·ten·u·ate** \ik-ˈsten-yə-ˌwāt\ *vt* **-at·ed; -at·ing** [L *extenuatus,* pp. of *extenuare,* fr. *ex-* + *tenuis* thin — more at THIN] (1529)  **1** *archaic* : to make light of  **b** : to lessen or to try to lessen the seriousness or extent of by making partial excuses : MITIGATE  **c** *obs* : DISPARAGE  **2** *archaic* : to make thin or emaciated  **b** : to lessen the strength or effect of — **ex·ten·u·a·tor** \-ˌwāt-ər\ *n* — **ex·ten·u·a·to·ry** \-wə-ˌtōr-ē, -ˌtȯr-\ *adj*

**ex·ten·u·a·tion** \ik-ˌsten-yə-ˈwā-shən\ *n* (ca. 1543)  **1** : the act of extenuating or state of being extenuated; *esp* : partial justification  **2** : something extenuating; *esp* : a partial excuse

**¹ex·te·ri·or** \ek-ˈstir-ē-ər\ *adj* [L, compar. of *exter, exterus* being on the outside, foreign, fr. *ex*] (1528)  **1** : being on an outside surface : situ-

\ə\ abut  \ᵊ\ kitten, F table  \ər\ further  \a\ ash  \ā\ ace  \ä\ mop, mar  \aù\ out  \ch\ chin  \e\ bet  \ē\ easy  \g\ go  \i\ hit  \ī\ ice  \j\ job  \ŋ\ sing  \ō\ go  \ȯ\ law  \ȯi\ boy  \th\ thin  \t̶h̶\ the  \ü\ loot  \ü\ foot  \y\ yet  \zh\ vision  \ä, ḵ, ⁿ, œ, œ̄, ue, ᵫ, ᵑ\ *see* Guide to Pronunciation

# EXHIBIT L-49

# United States Patent [19]

**Shirahashi et al.**

[11] **Patent Number:** 5,285,301

[45] **Date of Patent:** Feb. 8, 1994

[54] **LIQUID CRYSTAL DISPLAY DEVICE HAVING PERIPHERAL DUMMY LINES**

[75] Inventors: **Kazuo Shirahashi; Yuka Matsukawa,** both of Mobara; **Akira Sasano,** Tokyo; **Hideaki Taniguchi,** Mobara; **Hideaki Yamamoto,** Tokorozawa; **Haruo Matsumaru,** Tokyo, all of Japan

[73] Assignee: **Hitachi, Ltd.,** Tokyo, Japan

[21] Appl. No.: **851,925**

[22] Filed: **Mar. 16, 1992**

[30] **Foreign Application Priority Data**

Mar. 15, 1991 [JP] Japan ................................... 3-051619

[51] Int. Cl.⁵ ............................................. G02F 1/133
[52] U.S. Cl. ....................................... 359/59; 359/54; 359/55; 359/87
[58] Field of Search ....................... 359/59, 54, 87, 88, 359/57, 67, 55; 340/719, 784

[56] **References Cited**

**U.S. PATENT DOCUMENTS**

| | | | |
|---|---|---|---|
| 5,028,122 | 7/1991 | Hamada et al. ....................... | 359/59 |
| 5,132,820 | 7/1992 | Someya et al. ....................... | 359/54 |

**FOREIGN PATENT DOCUMENTS**

1-197722  8/1989  Japan ..................................... 359/59

*Primary Examiner*—William L. Sikes
*Assistant Examiner*—Huy Mai
*Attorney, Agent, or Firm*—Antonelli, Terry, Stout & Kraus

[57] **ABSTRACT**

An active matrix liquid crystal display device with a plurality of thin-film transistors each including a gate electrode, preferably made of an aluminum film formed over a glass substrate, and a gate insulator preferably made of an upper silicon nitride film and a lower anodized oxide film of the aluminum film. Dummy gate lines DGL are disposed outside the outermost scanning signal line GL, and dummy data lines DDL are disposed outside the outermost video signal line DL so as to prevent breakage of outermost signal lines.

**22 Claims, 13 Drawing Sheets**



Case 1:06-cv-00726-JJF   Document 432-16   Filed 09/04/2008   Page 5 of 23

# FIG. 1



Case 1:06-cv-00726-JJF   Document 432-16   Filed 09/04/2008   Page 4 of 23

# FIG. 2





FIG. 3

Case 1:06-cv-00726-JJF   Document 432-16   Filed 09/04/2008   Page 6 of 23

# FIG. 4



Case 1:06-cv-00726-JJF   Document 432-16   Filed 09/04/2008   Page 7 of 23

# FIG. 5



# FIG. 6



Case 1:06-cv-00726-JJF   Document 432-16   Filed 09/04/2008   Page 9 of 23

# F I G. 7



Case 1:06-cv-00726-JJF    Document 432-16    Filed 09/04/2008    Page 9 of 23

# FIG. 8



AS

Cadd

g2

GT, g2

AS

TFT1

TFT2

g2, GL

Case 1:06-cv-00726-JJF    Document 432-16    Filed 09/04/2008    Page 46 of 23

# FIG. 9



Case 1:06-cv-00726-JJF    Document 432-16    Filed 09/04/2008    Page 11 of 23

## FIG. 10



d1, d3

Cadd

BM

IT01, d3

d3

d3

TFT1

TFT2

FIL

Case 1:06-cv-00726-JJF   Document 432-16   Filed 09/04/2008   Page 12 of 23

## FIG. 11



Case 1:06-cv-00726-JJF    Document 432-16    Filed 09/04/2008    Page 15 of 23



*FIG. 13*

*FIG. 12*

Case 1:06-cv-00726-JJF   Document 432-10   Filed 09/04/2008   Page 14 of 23

# FIG. 14



# FIG. 15



## LIQUID CRYSTAL DISPLAY DEVICE HAVING PERIPHERAL DUMMY LINES

### BACKGROUND OF THE INVENTION

This invention relates to a liquid crystal display device, particularly a liquid crystal display device of an active matrix type using thin film transistors, or the like.

In a liquid crystal display device of an active matrix type, non-linear devices (switching devices) are disposed in such a manner as to correspond to a plurality of pixel electrodes arranged in matrix, respectively. The liquid crystal in each pixel is always driven, in principle, (a duty ratio of 1.0). In comparison with a so-called "simple matrix type" which employs a time division driving system, therefore, the active matrix system has better contrast and has become an indispensable technique particularly in a color liquid crystal display device. A typical example of the switching devices is a thin film transistor (TFT).

In a conventional active matrix type liquid crystal display device, signals are applied to the outermost scanning signal line and to the outermost video signal line.

The liquid crystal display device of the active matrix type using the thin film transistors is known, for example, from "12.5 Type Active Matrix System Color Liquid Crystal Display Employing Redundancy Structure", Nikkei Electronics, pp. 193–210, Dec. 15, 1986, published by Nikkei-McGraw Hill.

### SUMMARY OF THE INVENTION

In such a liquid crystal display device, however, scanning signal lines and video signal lines exist on both sides of each scanning signal line and each video signal line other than the outermost scanning signal line and the outermost video signal line, whereas the scanning signal line and the video signal line exist only on one of the sides of the outermost scanning signal line and the outermost video signal line, respectively. Therefore, formation conditions of a photoresist and etching condition for the outermost scanning signal line and for the outermost video signal line are different from those of other scanning signal lines and video signal lines. Because of these differences and the outermost scanning signal line and video signal line are more likely to break. When an anodic oxide film of aluminum is disposed on a scanning signal line made of aluminum or a material consisting of aluminum as its principal component, as disclosed in U.S. application Ser. No. 07/674,328 which is incorporated by reference herein, the electric field in the outermost scanning signal line portion becomes heterogeneous at the time of anodic oxidization. Furthermore, since the outermost scanning signal line is close to the end portion of a photoresist used for masking of anodic oxidization, dirt is likely to adhere to the outermost scanning signal line when the photoresist is formed. Accordingly, the outermost scanning signal line is sometimes broken when the anodic oxide film is disposed on the scanning signal line.

The present invention was developed in order to solve the problems described above, and is directed to provide a liquid crystal display device wherein the likelihood of breakage of the the outermost signal line is greatly reduced.

In order to accomplish the object described above, in an active matrix type liquid crystal display device using a thin film transistor and a pixel electrode as a constitu-

ent element of a pixel, the present invention disposes a dummy line outside the outermost signal line.

In this case, the signal line described above may be a scanning signal line, and an anodic oxide film may be disposed on the scanning signal line.

The signal line described above may be a video signal line.

A dummy pixel may be disposed outside the outermost pixel and the dummy pixel may be masked by a light blocking film.

In this liquid crystal display layer, lines exist on both sides of the outermost signal line in the same way as other signal lines. Therefore, when the signal lines are formed,, the formation condition of a photoresist and the etching condition are the same for the outermost signal line and for other signal lines.

When the signal line is the scanning signal line and the anodic oxide film is disposed on the scanning signal line, the electric field in the outermost scanning signal line portion does not become heterogeneous during anodic oxidation, and dirt does not easily adhere to the outermost signal line during the photoresist formation.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a partly schematic sectional view of the liquid crystal display device shown in FIG. 2.

FIG. 2 is a plan view of principal portions and shows one pixel of a liquid crystal display portion of an active matrix type color liquid crystal display device to which the present invention is applied.

FIG. 3 is a sectional view of the portion taken along a line 3—3 of FIG. 2 and the peripheral portion of a seal portion.

FIG. 4 is a sectional view taken along a line 4—4 of FIG. 2.

FIG. 5 is a sectional view showing a gate terminal portion of the liquid crystal display device shown in FIG. 2.

FIG. 6 is a sectional view showing a drain terminal portion of the liquid crystal display device shown in FIG. 2.

FIG. 7 is a plan view of the principal portions of a liquid crystal display portion obtained by disposing a plurality of pixels shown in FIG. 2.

FIG. 8 is a plan view depicting only a predetermined layer of the pixel shown in FIG. 2.

FIG. 9 is a plan view depicting only a predetermined layer of the pixel shown in FIG. 2.

FIG. 10 is a plan view depicting only a predetermined layer of the pixel shown in FIG. 2.

FIG. 11 is a plan view of the principal portions and depicts only the pixel electrode layer, light blocking film and color filter layer shown in FIG. 7.

FIG. 12 is an equivalent circuit diagram showing the liquid crystal display portion of the active matrix type color liquid crystal display device.

FIG. 13 is an equivalent circuit diagram of the pixel shown in FIG. 2.

FIG. 14 is an explanatory view of a production method of the liquid crystal display device shown in FIG. 2.

FIG. 15 is a schematic view showing the four corners of the pixel portion of another active matrix type color liquid crystal display device according to the present invention

5,285,301

## EMBODIMENTS

A description will now be provided of a color liquid crystal display circuit of active matrix type, to which the present invention is to be applied.

Incidentally, the parts having identical functions are designated at identical reference characters throughout all the Figures for describing the liquid crystal display circuit, and their repeated descriptions will be omitted.

FIG. 2 is a top plan view showing one embodiment of one pixel and its peripheral portion of the active matrix type color liquid crystal display circuit to which the present invention is to be applied. FIG. 3 is a section taken along line 3—3 of FIG. 2 and shows the embodiment and the vicinity of the sealing portion of the display panel. FIG. 4 is a section taken along 4—4 of FIG. 2 and shows the embodiment. On the other hand, FIG. 7 (showing an essential portion is a top plan view) is a top plan view showing one embodiment in case a number of pixels shown in FIG. 2 are arranged.

### Pixel Arrangement

As shown in FIG. 2, each pixel is arranged in a cross region (defined by four signal lines) between two adjacent operation signal lines (e.g., gate signal lines or horizontal signal lines) GL and two video signal lines (e.g., drain signal lines or vertical signal lines) DL. Each pixel includes a thin film transistor TFT, a pixel electrode ITO1 and an additional capacitor Cadd. The scanning signal lines GL are extended in the column direction and arranged in plurality in the row direction. The video signal lines DL are extended in the row direction and arranged in plurality in the column direction.

### Overall structure of Panel Section

As shown in FIG. 3, the thin film transistor TFT and the transparent pixel electrode ITO1 are formed at the side of a lower transparent glass substrate SUB1 across a liquid crystal layer LC, and a color filter FIL and a black matrix pattern BM for light shielding are formed at the side of an upper transparent glass substrate SUB2. The side of the lower transparent glass substrate SUB1 is made to have a thickness of about 1.1 (mm), for example.

On the both surfaces of each of transparent glass substrate SUB1 and SUB2 are formed silicon oxide layers SIO deposited by dip treatment. Accordingly, even if there exist sharp defects at the surfaces of the transparent glass substrates SUB1 and SUB2, the scanning signal lines GL as well as the color filter FIL are protected from defects since the defects are covered by the silicon oxide layer SIO.

FIG. 3 presents a section of one pixel portion at its center and a section of the portion, i.e., the lefthand side edges of the transparent glass substrates SUB1 and SUB2, in which the external leading-out wires are present, at its lefthand side. The righthand side presents a section of a portion, i.e., the righthand side edges of the transparent glass substrates SUB1 and SUB2, in which the leading-out wires are absent.

Sealing members SL, as indicated at the lefthand and righthand sides of FIG. 3, are made to seal up the liquid crystal LC and are formed along the whole edges of the transparent glass substrates SUB1 and SUB2 excepting the liquid crystal sealing port (although not shown). The sealing members SL are made of an epoxy resin, for example.

A common transparent pixel electrode ITO2 at the side of the aforementioned upper transparent glass substrate SUB2 has its at least one portion connected with the external leading-out wire, which is formed at the side of the lower transparent glass substrate SUB1, by means of silver paste SIL. This leading-out wire is formed at the fabrication step shared with the aforementioned gate electrode GT, source electrode SD1 and drain electrode SD2.

The individual layers of alignment films ORI1 and ORI2, transparent pixel electrode ITO1, common transparent pixel electrode ITO2, passivation films PSV1 and PSV2 and insulating film GI are formed inside of the sealing member SL. Polarizers POL1 and POL2 are formed on the individual outer surfaces of the lower transparent glass substrate SUB1 and the upper transparent glass substrate SUB2.

A liquid crystal LC is filled between the lower alignment film ORI1 and upper alignment film ORI2 for setting the orientations of the liquid crystal molecules and is sealed with the sealing member SL.

The lower alignment film ORI1 is formed over the passivation film PSV1 at the side of the lower transparent glass substrate SUB1.

On the surface of the inside (at the liquid crystal side) of the upper transparent glass substrate SUB2, there are sequentially laminated a shielding film BM, a color filter FIL, a passivation film PSV2, a common transparent pixel electrode (COM) ITO2 and an upper alignment film ORI2.

This liquid crystal display circuit is assembled by forming the individual layers at the sides of the lower transparent glass substrate SUB1 and the upper transparent glass substrate SUB2, by subsequently superposing the upper and lower transparent glass substrates SUB1 and SUB2, and by filling the liquid crystal LC between the two.

### Thin Film Transistor TFT

If a positive bias is applied to the gate electrode GT, the thin film transistor TFT has its channel resistance reduced between its source and drain. If the bias is reduced to zero, the thin film transistor TFT operates to have its channel resistance increased.

The thin film transistor TFT of each pixel is divided into two (or plurality) in the pixel so that it is composed of thin film transistors (or divided thin film transistors) TFT1 and TFT2. These thin film transistors TFT1 and TFT2 are individually made to have a substantially equal size (in the channel length and width). Each of these divided thin film transistors TFT1 and TFT2 is composed mainly of a gate electrode GT, a gate insulating film GI, an i-type (i.e., intrinsic type not doped with a conductivity type determining impurity) amorphous Si semiconductor layer AS, and a pair of source electrode SD1 and drain electrode SD2. Incidentally, the source and drain are intrinsically determined in dependence upon the bias polarity inbetween, and this polarity is inverted during the operation in the circuit of the present display circuit. Thus, it should be understood that the source and drain are interchanged during the operation. In the following description, however, one is fixed as the source whereas the other is fixed as the drain, for conveniences only.

### Gate Electrode GT

The gate electrode GT is formed to project perpendicularly (i.e., upward, as viewed in FIGS. 2 and 8)

5,285,301

from the scanning signal lines GL (or branched in the "T-shape"), as shown in detail in FIG. 8 (presenting a top plan view showing the second conductive layer g2 and i-type semiconductor layer AS of FIG. 2 only). The gate electrode GT is extended to the regions to be individually formed with the thin film transistors TFT1 and TFT2. These thin film transistors TFT1 and TFT2 have their individual gate electrodes GT integrated (as their common gate electrode) to merge into the scanning signal line GL. The gate electrode GT is constituted by the second single level conductive layer g2. The conductive layer g2 is formed by, for example, by sputtering aluminum in the thickness of about 1,000 to 5,500 angstroms. On the gate electrode GT an anodized oxide film of aluminum AOF is provided.

This gate electrode GT is made so slightly large as to cover the semiconductor layer AS completely (as viewed upward), as shown in FIGS. 2 and 3 and FIG. 8. In case, therefore, a back light BL such as a fluorescent lamp is attached to the bottom of the substrate SUb1, this opaque aluminum gate electrode GT establishes a shadow to shield the semiconductor layer AS from the back light, thus substantially eliminating the conducting phenomenon due to the optical irradiation, i.e., the deterioration of the OF characteristics of the TFTS. Here, the intrinsic size of the gate electrode GT is (given the least necessary width (including the positioning allowance of the gate electrode GT of the source/drain electrodes SD1 and SD2) for extending between the source/drain electrodes SD1 and SD2. The depth for determining that channel width W is determined in dependence upon the factor W/L determining the mutual conductance gm, i.e., the ratio to the distance ( i.e. , the channel length) L between the source/drain electrodes SD1 and SD2.

The size of the gate electrode in the present embodiment is naturally made larger than the aforementioned intrinsic size.

### Scanning Signal Line GL

The aforementioned scanning signal line GL is constituted by the second-level conductive film g2. The second-level conductive film g2 of the scanning signal line GL is formed at the same step and integrally with the second-level conductive film g2 of the aforementioned gate electrode GT. On the scanning signal lines GL there is provided an anodized oxide film of aluminum AOF.

### Dummy lines DGL, DDL

As shown in FIG. 1, a dummy line DGL is disposed outside the outermost scanning signal line GL, and a dummy line DDL is disposed outside the outermost video signal line DL.

Since the dummy lines DGL and DDL are disposed outside the outermost scanning signal line GL and video signal line DL, respectively, as described above, lines GL, DGL and lines DL, DDL exist on both sides of these outermost scanning signal line GL and video signal line DL in the same way as other scanning signal line GL and video signal line DL. For this reason, the formation condition of the photoresist and the etching condition become the same for the outermost scanning signal line GL and video signal line DL and for other scanning signal line DL and video signal line DL when the scanning signal line GL and the video signal line DL are formed, so that the outermost scanning signal line GL and video signal line DL are not broken. The elec-

tric field in the outermost scanning signal line GL does not become heterogeneous during anodic oxidation for disposing the anodic oxide film AOF on the scanning signal line GL, and dirt does not easily adhere to the outermost scanning signal line GL when the photoresist used for masking anodic oxidation. Therefore, the outermost scanning signal line GL is not broken when the anodic oxide film AOF is disposed on the scanning signal line GL.

Incidentally, the dummy lines are sometimes broken when the anodic oxide film AOF is disposed on the scanning signal line GL to form the scanning signal line GL and the video signal line DL. Even when the dummy lines DGL, DDL are broken, however, the breakage does not affect display quality of the liquid crystal display device. The dummy lines DGL, DDL are masked by a panel frame or by a light blocking film BM.

### Gate Insulating Film GI

The insulating film GI is used as the individual gate insulating films of the thin film transistors TFT1 and TFT2. The insulating film GI is formed over the gate electrode GT and the scanning signal line GL. The insulating film GI is formed of a silicon nitride film prepared by the plasma CVD, for example, to have a thickness of about 3,000 angstroms.

### i-Type Semiconductor Layer AS

The i-type semiconductor layer AS is used as the individual channel forming regions of the thin film transistors TFT1 and TFT2 divided into a plurality of parts, as shown in FIG. 8. The i-type semiconductor layer AS is formed of an amorphous silicon film or polycrystalline silicon film to have a thickness of about 1,800 angstroms.

This i-type semiconductor layer AS is formed subsequent to the formation of the $Si_3N_4$ gate insulating film GI by changing the components of supply gases but by using the common plasma CVD system such that it is not exposed from the system to the outside. On the other hand, an N+- type layer dO (shown in FIG. 3) doped with P for the ohmic contact is likewise formed subsequently to have a thickness of about 400 angstroms. After this, the lower substrate SUB1 is taken out of the CVD system, and the N+-type layer dO and the i-type AS are patterned into independent islands by the photographic technology, as shown in FIGS. 2 and 3 and FIG. 8.

The i-type semiconductor layer AS is also formed between the intersecting portions (or crossover portions) of the scanning signal line GL and the video signal line DL, as shown in detail in FIG. 2 and FIG. 8. This cross over i-type semiconductor layer AS is formed to reduce the short-circuiting between the scanning signal line GL and the video signal line DL at the intersecting portion.

### Source/Drain Electrodes SD1 and SD2

The individual source electrodes SD1 and drain electrodes SD2 of the divided thin film transistors TFT1 and TFT2 are formed over the semiconductor layer AS and separately from each other, as shown in detail in FIGS. 2 and 3 and in FIG. 9 (presenting a top plan view showing the first through third conductive layers d1 to d3 of FIG. 2 only).

Each of the source electrode SD1 and the drain electrode SD2 is formed by overlaying a first conductive

5,285,301

8

film d1, a second conductive film d2 and a third conductive film d3 sequentially from the lower side contacting with the N+-type semiconductor layer dO. These first conductive film d1, second conductive film d2 and third conductive film d3 of the source electrode SD1 are formed at the same fabrication step as those of the drain electrode SD2.

The first conductive film d1 is formed of a sputtered chromium film to have a thickness of 500 to 1,000 angstroms [e.g., about 600 angstroms in the present embodiment]. The chromium film is formed to have a thickness no more than 2,000 angstroms because it establishes a high stress if it is made excessively thick. The chromium film has an excellent contact with the N -type semiconductor layer dO. The chromium film forms a barrier to prevent the diffusion of aluminum from a second conductive film d2 (described later) into the N+-type semiconductor layer dO. The first conductive film d1 may be made of not only the aforementioned chromium film but also a refractory metal (e.g., Mo, Ti, Ta or W) film or its silicide (e.g., MOSi₂, TiSi₂, TaSi₂ or WSi₂).

After the first conductive film d1 has been patterned with the photography, the N+-type layer dO is removed by using the same photographic mask or the first conductive film d1. Specifically, the N+-type layer dO left on the i-th layer AS is removed in self-alignment while leaving the first conductive film d1 as it is. Since, at this time, the N+-type layer dO is etched to remove its whole thickness, the i-th layer AS is slightly etched off at its surface portion, but this removal may be controlled by the etching period.

After this, the second conductive film d2 is formed of sputtered aluminum to have a thickness of 3,000 to 5,500 angstroms (e.g., about 3,500 angstroms in the present embodiment) . The aluminum layer is less stressed than the chromium layer so that it can be formed to have larger thickness thereby to reduce the resistances of the source electrode SD1, the drain electrode SD2 and the video signal line DL. The second conductive film d2 may be formed of not only the aluminum film but also an aluminum film containing silicon (Si) or copper (Cu) as an additive.

After the second conductive film d2 has been patterned by the photographic technology, the third conductive film d3 is formed. This third conductive film d3 is formed of a sputtered transparent conductive film (e.g., ITO, i.e., Indium-Tin-Oxide: NESA film) to have a thickness of 1,000 to 2,000 angstroms (about 1,200 angstroms in the present embodiment). This third conductive film d3 constitutes not only the source electrode SD1, the drain electrode SD2 and the video signal line DL but also the transparent pixel electrode ITO1.

Each of the first conductive film d1 of the sources electrode SD1 and the first conductive film d1 of the drain electrode SD2 is internally (i.e., into the channel region) turned more deeply than the upper lying second conductive film d2 and third conductive film d3. In other words, the first conductive films d1 in those portions is enabled to regulate (or define) the channel length L of the thin film transistor TFT independently of the layers d2 and d3.

The source electrode SD1 is connected with the transparent pixel electrode ITO1. The source electrode SD1 is formed along the stepped shape (i.e., the step corresponding to the sum of the thicknesses of the first conductive film d1, the N+-type layer dO and the i-type semiconductor layer AS) of the i-type semiconductor layer AS.

More specifically, the source electrode SD1 is composed of: the first conductive film d1 formed along the stepped shape of the i-type semiconductor layer AS, the second conductive film d2 formed over the first conductive film d1 but sized smaller than the first conductive film d1 at its side to be connected with the transparent pixel electrode ITO1, and the third conductive film d3 connected with the portion of the first conductive film d1 exposed to the outside from the second conductive film d2.

This second conductive film d2 of the source electrode SD1 is formed to ride over the i-type semiconductor layer AS because the chromium film of the first conductive film d1 cannot made so thick because of the increase in the stress as to ride over the stepped shape of the i-type semiconductor layer AS. In short, the second conductive film d2 is made thick to improve the step coverage. The second conductive film d2 can be made thick so that it can highly contribute to the reduction of the resistance of the source electrode SD1 (as well as those of the drain electrode SD2 and the video signal line DL).

The third conductive film d3 is connected with the first conductive film d1, which is exposed to the outside by reducing the size of the second conductive film d2, because it cannot ride over the stepped shape made by the i-type semiconductor layer AS of the second conductive film d2. The first conductive film d1 and the third conductive film d3 can not only have an excellent adherence but also ensure the connections between the source electrode SD1 and the transparent pixel electrode ITO1 because their connected portions have a small step.

### Transparent pixel electrodes ITO1

The transparent pixel electrode ITO1 constitutes one of the parts of a pixel electrode of a liquid crystal display portion.

The transparent pixel electrode ITO1 is connected to the source electrode SD1 of the thin film transistor TFT1 and to the source electrode SD1 of the thin film transistor TFT2. If any defect occurs in one of the transistors TFT1 and TFT2, for example, the thin film transistor TFT1 is disconnected from the video signal line DL and the pixel electrode ITO1 by a laser beam, etc, during the manufacturing process. Accordingly, neither dot defect nor line defect occur and moreover, since the defect hardly occurs simultaneously in both of the two thin film transistors TFT1 and TFT2, the probability of the occurrence of the dot defect can be extremely reduced.

### Passivation Film PSV1

Over the thin film transistor TFT and the transparent pixel electrode ITO1, there is formed the passivation film PSV1, which is provided mainly for protecting the thin film transistor TFT against humidity or the like. Thus, the passivation film PSV1 to be used is highly transparent and humidity resistant. The passivation film PSV1 is formed of a silicon oxide film or silicon nitride film prepared by, for example, the plasma CVD, to have a thickness of about 8,000 angstroms.

### Gate terminal GTM, drain terminal DTM

The gate terminal GTM is constituted by the first and third conductive layers g1 and d3 as shown in FIG. 5.

5,285,301

The drain terminal DTM is constituted by the first and third conductive layers g1 and d3 as shown in FIG. 6.

The first-level conductive layer g1 is formed by, for example, sputtering chromium (Cr) in the thickness of about 1,000 angstroms.

### Shielding Film BM

At the side of the upper substrate SUB2, there is disposed the shielding film BM for shielding any external light (i.e., the light coming from the top of FIG. 3) from entering the i-type semiconductor layer AS to be used as the channel forming region, as hatched to have the pattern shown in FIG. 10. Here, FIG. 10 is a top plan view showing only the ITO film, the third conductive layer d3, the color filter FIL and the shielding film BM of FIG. 2. The shielding film BM is formed of a film having a high shielding property to the light, e.g., an aluminum film or chromium film. In the present embodiment, the shielding film BM is formed of a chromium film by the sputtering, to have a thickness of about 1,300 angstroms.

As a result, the common i-type semiconductor layer AS shared by the TFT1 and TFT2 is sandwiched between the upper shielding film BM and the lower but larger gate electrode GT so that it is shielded from the outside natural light or the back light. The shielding film BM is formed around the pixel, as hatched in FIG. 10. Specifically, the shielding film BM is formed in a lattice (of black matrix) shape, which defines the effective display region of one pixel. As a result, the contour of each pixel is clarified to improve the contrast by the shielding film BM. In other words, this shielding film BM has two functions, i.e., the shielding for the semiconductor layer AS and black matrix functions.

Further, since the portion of the transparent pixel electrode ITO1 (at the lower right hand portion in FIG. 2) opposite to the foot of the rubbing direction is shielded from light by the shielding film BM, even if domain is induced at the above portion, the display characteristics is hardly deteriorated because the domain is shaded.

Incidentally, the back light may be attached to the side of SUB2, whereas the SUB1 may be disposed at the observation side (exposed to the outside).

### Common Electrode ITO2

The common transparent pixel electrode ITO2 is opposed to the transparent pixel electrode ITO1, which is provided for each pixel at the side of the lower transparent glass substrate SUB1, so that the liquid crystal has its optical state varied in response to the potential difference (or electric field) between each pixel electrode ITO1 and the common pixel electrode ITO2. This common transparent pixel electrode ITO2 is fed with the common voltage Vcom. This common voltage Vcom is at an intermediate potential between a driving voltage Vdmin at the low level and a driving voltage Vdmax at the high level, both of which are applied to the video signal line DL.

### Color Filter FIL

The color filter FIL is prepared by cooling a dyeing base, which is made of a resin material such as an acrylic resin, with a dye. The color filter FIL is formed (as shown in FIG. 11) in the shape of stripe and in a position to face the pixel (FIG. 11 shows the third conductive film d3, the black matrix layer BM and the color filter

layer FIL of FIG. 7 only, and the B, G and R filters FIL are hatched at 45 degrees and 135 degrees and in a cloth, respectively.)

The color filter FIL is made slightly large to cover the pixel electrode ITO1 in its entirety, as shown in FIG. 10. The shielding film BM is so formed inside of the peripheral edge of the pixel electrode ITO1 as to overlap the color filter FIL and the pixel electrode ITO1.

The color filter FIL can be formed in the following manner. First of all, the dyeing base in formed on the surface of the upper transparent glass substrate SUB2, and the dyeing base other than that in the red color filter forming region is removed by the photolithographic technology. After this, the dyeing base is dyed with the red dye and fixed to form the red filter R. Next, the green filter G and blue filter B are sequentially formed by the similar steps.

### Passivation Film PSV2

The passivation film PSV2 is provided for preventing the dyes for the different colors of the aforementioned color filter FIL from leaking into the liquid crystal LC. The passivation film PSV2 is made of a transparent resin material such as an acrylic resin or epoxy resin.

### Equivalent Circuit of Whole Display Circuit

FIG. 12 shows an equivalent circuit diagram of the display matrix portion and a wiring diagram of its peripheral circuits. Though this drawing is a circuit diagram, it is depicted in such a manner as to correspond to a practical geometric disposition. Symbol AR represents a matrix array formed by disposing two-dimensionally a plurality of pixels.

In the drawing, symbol X represents the video signal line DL, and suffixes G, B and R are corresponding to green, blue and red pixels, respectively. Symbol Y represents the scanning signal line GL and suffixes 1, 2, 3, . . . , end are put in accordance with the sequence of scanning timing.

The video signal line X (whose suffix is omitted) is alternately connected to the upper (or odd-numbered) video signal driving circuit He and to the lower (or even-numbered) video signal driving circuit Ho.

Symbol SUP represents a circuit which includes a power supply circuit for obtaining a plurality of divided and stabilized voltage sources from one voltage source and a circuit for converting data for CRT (cathode-ray tube) from a host (higher order operational processor) to data for the TFT liquid crystal display device.

### Structure of Additional Capacitor Cadd

The transparent pixel electrodes ITO1 is formed to overlap the adjoining scanning signal line GL at the end opposite to the end to be connected with the thin film transistor TFT. This superposition constitutes a latching capacity element (or electrostatic capacity element) Cadd which uses the transparent pixel electrode ITO1 as its one electrode PL2 and the adjoining scanning signal line GL as its other electrode PL1, as is apparent from FIG. 4. This latching capacity element Cadd has its dielectric films formed of the same layer as that of the insulating film GI and the anodized oxide film AOF to be used as the gate insulating film of the thin film TFT.

The latching capacitor Cadd is formed in the widened portion of the second-level conductive layer g2 of the gate line GL, as is apparent from FIG. 8. Here, the

layer g2 at the portion intersecting the drain line DL is thinned to reduce the probability of the short-circuiting with the drain line.

A portion between the transparent pixel electrode ITO1 and the electrode PL1 to be superposed to constitute the latching capacity Cadd is partially formed like the aforementioned source electrode SD1 with the island region, in which the first conductive film d1 and the second conductive film d2 is formed, so that the transparent pixel electrode ITO1 may not be broken when it rides over the stepped shape. The island region is made as small as possible so that the area (or opening percentage) of the transparent pixel electrode ITO1 may not drop.

### Equivalent Circuit of Additional Capacitor Cadd and its Operations

The equivalent circuit of the pixel shown in FIG. 2 is shown in FIG. 13. In FIG. 13, letters Cgs designate a parasitic capacitor to be formed between the gate electrode GT and the source electrode SD1 of the thin film transistor TFT. The parasitic capacitor Cgs has its dielectric film made of the insulating film GI. Letters Cpix designate a liquid crystal capacitor to be formed between the transparent pixel electrode ITO1 (or PIX) and the common transparent pixel electrode ITO2 (or COM). The dielectric film of the liquid capacitor Cpix is formed of the liquid crystal LC, the passivation film PSV1 and the alignment films ORI1 and ORI2. Letters Vlc designate a mid point potential.

The aforementioned latching capacity element Cadd functions to reduce the influences of the gate potential variation "delta" Vg upon the center potential (e.g., the pixel electrode potential) Vlc when the TFT switches, as expressed by the following formula:

$$\text{"delta" } Vlc = \{Cgs/(Cgs + Cadd + Cpix)\} \times \text{"delta" } Vg.$$

wherein "delta" Vlc designates the variation of the central potential due to "delta" Vg.

This variation "delta" Vlc causes the DC component to be added to the liquid crystal and can be reduced the more for the higher latching capacitor Cadd.

Moreover, the latching capacitor Cadd functions to elongate the discharge time and stores the video information for a long time after the TFT is turned off. The DC component to be applied to the liquid crystal LC can improve the lifetime of the liquid crystal LC, if reduced, to reduce the so-called "printing", by which the preceding image is left at the time of switching the liquid crystal display frame.

Since the gate electrode GT is enlarged to such an extent as to cover the i-type semiconductor layer AS completely, as has been described hereinbefore, the overlapped area with the source/drain electrodes SD1 and SD2 is increased to cause an adverse effect that the parasitic capacity Cgs is increased to make the center potential Vlc liable to be influenced by the gate (scanning) signal Vg. However, this demerit can be eliminated by providing the latching capacitor Cadd.

The latching capacity of the aforementioned latching capacity element Cadd is set from the pixel writing characteristics to a level four to eight times as large as that of the liquid crystal capacity Cpix (4Cpix<Cadd<8Cpix) and eight to thirty two times as large as that of the capacity Cgs (8Cgs<Cadd<32Cgs).

### Method of Connecting Electrode Line of Additional Capacitor Cadd

The initial stage scanning signal line GL (i.e., Yo) to be used only as the capacity electrode line is connected with the common transparent pixel electrode (Vcom) ITO2, as shown in FIG. 12. The common transparent pixel electrode ITO2 is connected with a leading-out line in the peripheral edge of the liquid crystal display circuit by means of a silver paste SL, as shown in FIG. 3. Moreover, this leading-out line has its partial conductive layer (g1 or g2) prepared at the same step as that of the scanning signal line GL. As a result, the final stage capacity electrode line GL can be easily connected with the common transparent pixel electrode ITO2.

The first stage capacity electrode line Yo may be connected either the final stage scanning line Y$_{end}$, a D.C. voltage potential (A.C. common potential) other than V$_{com}$ or the vertical scanning circuit V to receive an additional or redundant scanning pulse Yo.

Next, the method of producing the liquid crystal display device according to the present invention will be explained. First of all, a silicon dioxide film SiO$_2$ is disposed on both surfaces of a lower transparent glass substrate SUB1 made of 7059 glass (a trade name) by dip treatment, and baking is then effected at 500° C. for 60 minutes. Next, a first conductor film g1 consisting of a 1,100 angstroms—thick chromium is disposed by sputtering on the lower transparent glass substrate SUB1. The first conductor film g1 is then etched selectively by photolithography using a cerium (II) ammonium nitrate solution as an etching solution so as to form a gate terminal GTM and a drain terminal DTM and at the same time, to form an anodic oxide bus line AOB for connecting the gate terminal GTM and an anodic oxide pad AOP connected to the anodic oxide bus line AOB as shown in FIG. 14. After the resist is removed by a peeling solution S502 (trade name), O$_2$ asher is effected for one minute. Next, a 2,600 angstroms-thick second conductor film g2 made of aluminum-palladium, aluminum-silicon, aluminum-silicon-titanium, aluminum-silicon-copper, etc, is deposited by sputtering. This second conductor film g2 is then etched selectively by photolithography using a mixed acid of phosphoric acid, nitric acid and acetic acid as an etching solution so as to form the scanning signal line GL, the dummy line DGL, the gate electrode GT and the electrode PL1 of the latching capacitance element Cadd. Next, an SF6 gas is introduced into a dry etching apparatus to remove residues such as silicon, and then the resist is removed. Next, a photoresist RST for anodic oxidation is disposed. The portion of the lower transparent glass substrate SUB1, which is to be anodically oxidized, is dipped into an anodic oxidation solution prepared by adjusting a pH of a 3% tartaric acid solution to pH 7.0±0.5 by ammonia and the diluting this solution to 1:9 by an ethylene glycol solution. An anodic oxidation voltage is applied to the anodic oxide pad AOP to anodically oxidize the second conductor film g2 and in this way, the anodic oxide film AOF is formed on the scanning signal line GL, the dummy line DGL and the gate electrode GT. Next, an ammonia gas, a silane gas and a nitrogen gas are introduced into a plasma CVD apparatus to deposite a 3,500 angstroms-thick silicon nitride film, and the silane gas and a hydrogen gas are introduced into the plasma CVD apparatus so as to deposite a 2,100 angstroms-thick i-type amorphous silicon film. Then, hydrogen and phosphine are introduced into the plasma

CVD apparatus to deposit a 300 angstroms-thick N(+) type amorphous silicon film. The N(+) type amorphous silicon film and the i-type amorphous silicon film are selectively etched by photolithography using SF₆ and CCl₄ as a dry etching gas so as to form an i-type semiconductor layer AS. After the resist is removed, the silicon nitride film is selectively etched by photo-etching using SF₆ as a dry etching gas to form an insulating film GI. After the resist is removed, a 600 angstroms thick first conductor film d1 made of chromium is disposed by sputtering. This first conductor film d1 is selectively etched by photolithography so as to form the video signal line DL, the dummy line DDL, the source electrode SD1 and the first layer of the drain electrode SD2. Before the resist is removed, the N(+) is selectively etched to form an N(+) type semiconductor layer dO. Next, the second conductor film d2 and third conductor film d3 are formed and selectively etched so as to form the video signal line DL, the dummy line DDL, the source electrode SD1, the drain electrode SD2, the gate terminal GTM, the uppermost layer of the drain terminal DTM and the transparent pixel electrode ITO1, which elements are shown in FIGS. 1, 2 and 3. After this, a protective film PSV1 shown in FIG. 3 is formed to protect the above-noted elements.

FIG. 15 is a schematic view showing the four corners of a pixel portion of another active matrix type color liquid crystal display device according to the present invention. In this liquid crystal display device, the potential of the dummy terminal DGTM of the dummy line disposed outside the outermost scanning signal line GL is a ground potential and the dummy terminal DDTM of the dummy line DDL disposed outside the outermost video signal line DL is connected to a common voltage Vcom. A dummy pixel having a dummy transparent pixel electrode DITO, a dummy thin film transistor DTFT, etc., is formed outside the pixel and the gate electrode of the dummy thin film transistor of the dummy pixel and its drain electrode are connected to the scanning signal line GL, the video signal line DL and the dummy lines DGL, DDL. The light blocking layer BM (applied with hatching in FIG. 15) masks the dummy pixel.

In this way, since the potential of the dummy line DGL is the ground potential, the dummy thin film transistor DTFT is not turned ON. Therefore, even when the video signal is applied tot he video signal line DL, no voltage is applied to the liquid crystal LC of the dummy transparent pixel electrode DITO1. Since the dummy line DDL is connected to the common voltage Ccom, no voltage is applied to the liquid crystal LC of the dummy transparent pixel electrode DITO1 portion even when the scanning signal is applied to the scanning signal line GL and the dummy thin film transistor DTFT is turned ON. Since the light blocking film BM masks the dummy pixel, light of the dummy pixel, even when the dummy pixel is lit, if the video signal were applied to the dummy transparent pixel electrode DITO1, that light is blocked by the light blocking film BM.

Though the present invention has been definitely described with the embodiment given above, the present invention is not limited thereto but can, of course, be changed or modified in various ways without departing from the scope thereof.

For example, the embodiment given above illustrates the reverse stagger structure for forming the gate electrode →gate insulating film→semiconductor layer→ source and drain electrodes, but the present invention is effective even in a stagger structure wherein the upper and lower relate is opposite or the sequence of formation is opposite.

In the embodiment described above, one dummy line DGL, DDL is disposed but two or more dummy lines DGL, DDL may be disposed. In the embodiment described above, the case where the anodic oxide film AOF of aluminum is disposed on the scanning signal line has been explained. However, this invention can also be applied to the case where an anodic oxide film of tantalum, titanium, etc, is disposed on the scanning signal line.

As described above, in the liquid crystal display device according to the present invention, the formation condition of the outermost signal line and other signal lines and their etching condition become the same when these signal lines are formed. Accordingly, the outermost signal line is not broken.

When the signal line is the scanning signal line and the anodic oxide film is disposed on the scanning signal line, the electric field in the outermost scanning signal line does not become heterogeneous during anodic oxidation. Since dirt cannot easily adhere to the outermost scanning signal line during the formation of the photoresist, the outermost scanning signal line is not broken.

What is claimed is:

1. A liquid crystal display device comprising:
a first substrate and a second substrate;
a liquid crystal layer formed between said first and second substrates;
a plurality of thin-film transistors formed between said first substrate and said liquid crystal layer, each including a gate electrode, a semiconductor film, a gate insulating film formed between said semiconductor film and said gate electrode and a pair of source/drain electrodes formed apart from each other;
a plurality of pixel electrodes each electrically connected with one of said pair of source/drain electrodes of an associated one of said transistors;
a plurality of row conducting lines each electrically connected with gate electrodes of associated transistors;
a plurality of column conducting lines each electrically connected with the other of said pair of source/drain electrodes of associated transistors; and
a dummy line disposed outside of an outermost one of said column conducting lines.

2. A liquid crystal display device according to claim 1, wherein another dummy line is disposed outside of an outermost one of said row conducting lines, and an anodic oxide film is disposed on said outermost one of said row conducting lines.

3. A liquid crystal display device according to claim 2, wherein said other dummy line is electrically coupled to ground potential.

4. A liquid crystal display device according to claim 1, wherein a plurality of dummy pixels are disposed outside of an outermost pixel, and said dummy pixels are masked by a light blocking film.

5. A liquid crystal display device according to claim 1, wherein said semiconductor film is an amorphous silicon.

6. A liquid crystal display device according to claim 1, wherein said gate electrode includes aluminum.

7. A liquid crystal display device according to claim 1, wherein said dummy line is electrically coupled to common voltage.

8. A liquid crystal display device comprising:

a first substrate and a second substrate;

a liquid crystal layer formed between said first and second substrates;

a plurality of thin-film transistors formed between said first substrate and said liquid crystal layer, each including a gate electrode, a semiconductor film, a gate insulating film formed between said semiconductor film and said gate electrode and a pair of source/drain electrodes formed apart from each other;

a plurality of pixel electrodes each electrically connected with one of said pair of source/drain electrodes of one of said transistors;

a plurality of row conducting lines each electrically connected with gate electrodes of associated transistors;

a plurality of column conducting lines each electrically connected with the other of said pair of source/drain electrodes of associated transistors;

dummy row conducting lines disposed outside of outermost ones of said row conducting lines; and dummy column conducting lines disposed outside of outermost ones of said column conducting lines.

9. A liquid crystal display device according to claim 8, wherein said row conducting lines are covered by anodic oxide film.

10. A liquid crystal display device according to claim 8, wherein said semiconductor film is an amorphous silicon.

11. A liquid crystal display device according to claim 8, wherein said gate electrode includes aluminum.

12. A liquid crystal display device according to claim 8, wherein a plurality of dummy pixels are disposed outside of a outermost pixel, and said dummy pixels are masked by a light blocking film.

13. A liquid crystal display device according to claim 8, wherein said dummy row conducting lines are electrically coupled to ground potential.

14. A liquid crystal display device according to claim 8, wherein said dummy column conducting lines are electrically coupled to common voltage.

15. A liquid crystal display device comprising:

a first substrate and a second substrate;

a liquid crystal layer formed between said first and second substrates;

a plurality of thin-film transistors formed between said first substrate and said liquid crystal layer, each including a gate electrode, a semiconductor film, a gate insulating film formed between said semiconductor film and said gate electrode and a pair of source/drain electrodes formed apart from each other;

a plurality of pixel electrodes each electrically connected with one of said pair of source/drain electrodes of one of said transistors;

a plurality of row conducting lines each electrically connected with gate electrodes of associated transistors;

a plurality of column conducting lines each electrically connected with the other of said pair of source/drain electrodes of associated transistors;

a plurality of dummy pixels being disposed outside of outermost pixels, and said dummy pixels are masked by a light blocking film.

16. A liquid crystal display device according to claim 15, wherein said row conducting lines are covered by anodic oxide film.

17. A liquid crystal display device according to claim 15, wherein said semiconductor film is a amorphous silicon.

18. A liquid crystal display device according to claim 15, wherein said gate electrode includes aluminum.

19. A liquid crystal display device according to claim 15, wherein said dummy pixels include dummy row conducting lines disposed each outside of outermost row conducting lines.

20. A liquid crystal display device according to claim 19, wherein said dummy row conducting lines are electrically coupled to ground potential.

21. A liquid crystal display device according to claim 15, wherein said dummy pixels include dummy column conducting lines disposed each outside of outermost column conducting lines.

22. A liquid crystal display device according to claim 21, wherein said dummy column conducting lines are electrically coupled to common voltage.

* * * * *

# EXHIBIT L-50

Case 1:06-cv-00726-JJF    Document 430-17    Filed 09/04/2008    Page 2 of 4

# NEW COLLEGE EDITION



# THE AMERICAN HERITAGE

# DICTIONARY

## OF THE ENGLISH LANGUAGE

Words that are believed to be registered trademarks have been checked with authoritative sources. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. Words that are known to have current registrations are shown with an initial capital and are also identified as trademarks. The inclusion of any word in this Dictionary is not, however, an expression of the publishers' opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark.

© 1969, 1970, 1971, 1973, 1975, 1976, 1978, 1979, 1980 by Houghton Mifflin Company
All correspondence and inquiries should be directed to
Reference Division, Houghton Mifflin Company
Two Park Street, Boston, Massachusetts 02107

All rights reserved under Bern and Pan-American Copyright Conventions

ISBN: 0-395-20360-0 (new college edition; thumb-indexed)
0-395-20359-7 (new college edition; plain edges)
0-395-24575-3 (high-school edition)
0-395-09066-0 (larger-format edition)

Library of Congress Catalog Card Number 76-86995

Manufactured in the United States of America

Computer-composed by Inforonics, Inc.
in Maynard, Massachusetts

**Du·nois** (dü-nwä′), **Jean**. Comte de Dunois. Called "the Bastard of Orleans." 1402?–1468. Capetian prince; companion of Joan of Arc.

**Duns** (dŭnz). The county seat of Berwick, in southeastern Scotland. Population, 2,000.

**Duns·sa·ny** (dŭn-sā′nē), **18th Baron**. Title of Edward John Moreton Drax Plunkett. 1878–1957. Irish poet, playwright, and writer of short stories.

**Duns Sco·tus** (dŭnz skō′təs), **John**. Called "Doctor Subtilis." 1265?–1308. Scottish philosopher and theologian.

**Dun·sta·ble** (dŭn′stə-bəl), **John**. 1370?–1453. English composer, astronomer, and mathematician.

**Dun·stan** (dŭn′stən), **Saint**. A.D. 925?–988. English prelate; archbishop of Canterbury (959–78).

**du·o** (dōō′ō, dyōō′ō) n., pl. **-os** (-ōz) or **dui** (dōō′ē, dyōō′ē) (for senses 1, 2). **1.** Music. A duet. **2.** Music. Two performers singing or playing together. **3.** Two people in close association; a pair. —See Synonyms at **couple**. [Italian, "two," from Latin. See **dwó** in Appendix.*]

**duo–**. Indicates two; for example, duopsony. [Latin, from duo, two. See **dwó** in Appendix.*]

**du·o·dec·i·mal** (dōō′ō-dĕs′ə-məl, dyōō′-) adj. **1.** Of, pertaining to, or based on the number 12: the duodecimal system. **2.** Of or pertaining to twelfths. —n. A twelfth. [From Latin duodecimus, twelfth, from duodecim, twelve : **duo–** + decem, ten (see **dekm** in Appendix*).]

**du·o·dec·i·mo** (dōō′ō-dĕs′ə-mō′, dyōō′-) n., pl. **-mos**. **1.** The page size (5 by 7¾ inches) of a book, formed by folding a single printer's sheet into 12 leaves. **2.** A book composed of pages of this size. Also called "twelvemo." Also written 12mo., 12°. —adj. Having pages of this size. [Latin, ablative of duodecimus, twelfth, from duodecim, twelve. See **duodecimal**.]

**du·o·de·ni·tis** (dōō′ō-də-nī′tis, dyōō′-) n. Inflammation of the duodenum. [New Latin : DUODEN(UM) + -ITIS.]

**du·o·de·num** (dōō′ō-dē′nəm, dyōō′-, dōō-ŏd′n-əm, dyōō-) n., pl. **-odena** (-ŏd′n-ə). The beginning portion of the small intestine, starting at the lower end of the stomach and extending to the jejunum. [Middle English, from Medieval Latin, short for intestinum duodenum digitorum, "intestine of twelve digits" (translation of the Greek dodekadaktulon, "twelve fingers long," the duodenum), from Latin duodēni, twelve each, from duodecim, twelve. See **duodecimal**.] —du′o·de′nal (dōō′ō-dē′nəl, dyōō′-, dōō-ŏd′n-əl, dyōō-) adj.

**du·op·so·ny** (dōō-ŏp′sə-nē, dyōō-) n., pl. **-nies**. Economics. A stock-market condition wherein two rival buyers exert a controlling influence on numerous sellers. [DUO– + Greek opsōnia, purchasing of victuals, catering, from opsōnes, victualer, caterer : opson, food, relish, delicacy (see **opsonin**) + ōné, buying (see **wes–**[1] in Appendix*).]

**du·o·tone** (dōō′ō-tōn′, dyōō′-) n. Printing. **1.** A process for printing halftone illustrations in two tones of the same color or black and one color. **2.** A picture in duotone. —adj. Printing. Having a two-toned effect or appearance.

**dup.** duplicate.

**dupe** (dōōp, dyōōp) n. **1.** A person who is easily deceived or used. **2.** A person who is the tool of another person or a power: a dupe of Communism. —tr.v. **duped, duping, dupes**. To make a dupe of. See Synonyms at **deceive**. [French, from Old French dupe, dupe, probably jocular use of dupe, the hoopoe (from the supposed stupid appearance of the bird), contraction of de huppe : de, of + huppe, HOOPOE.] —dup′a·bil′i·ty n. —dup′-a·ble adj. —dup′er n.

**dup·er·y** (dōō′pə-rē, dyōō′-) n., pl. **-ies**. **1.** The action of duping. **2.** The state of being duped: 'we must think so as to avoid dupery' (William James). [French duperie, from dupe, DUPE.]

**du·ple** (dōō′pəl, dyōō′-) adj. Double; consisting of two. [Latin duplus, twofold, double. See **dwó** in Appendix.*]

**du·plex** (dōō′plĕks′, dyōō′-) adj. **1.** Twofold. **2.** Machinery. Having two identical units operating in a single frame, each capable of operating independently. **3.** Electronics. Able to transmit two messages simultaneously in the same or opposite directions over a single wire. —n. A duplex apartment or house. [Latin, twofold, double. See **dwó** in Appendix.*] —du·plex′i·ty n.

**duplex apartment.** An apartment having rooms on two adjoining floors connected by an inner staircase.

**duplex house.** A house divided into two living units.

**du·pli·cate** (dōō′plĭ-kĭt, dyōō′-) adj. Abbr. **dup. 1.** Identically copied from an original. **2.** Existing or growing in two corresponding parts; double. **3.** Card Games. Designating a manner of play in which all partnerships play the same hands and compare scores at the end. —n. Abbr. **dup. 1.** An identical copy; facsimile. **2.** Anything that corresponds exactly to something else, especially an original; a double. **3.** A duplicate card game. —tr.v. (dōō′plĭ-kāt′, dyōō′-) **duplicated, -cating, -cates. 1.** To make an identical copy of; reproduce; imitate. **2.** To double; make twofold. **3.** To make or perform again; repeat. [Middle English, from Latin duplicātus, past participle of duplicāre, to make twofold, from duplex, twofold, DUPLEX.] —du′-pli·cate·ly adv.

**du·pli·ca·tion** (dōō′plĭ-kā′shən, dyōō′-) n. **1.** The act or procedure of duplicating. **b.** The condition of being duplicated. **2.** A duplicate; replica. —du′pli·ca′tive adj.

**du·pli·ca·tor** (dōō′plĭ-kā′tər, dyōō′-) n. A machine that reproduces printed or written material, especially one designed for large-quantity reproduction using ink and a master plate.

**du·plic·i·ty** (dōō-plĭs′ə-tē, dyōō-) n., pl. **-ties**. Deliberate deceptiveness in behavior or speech; double-dealing. [Middle English duplicite, from Old French, from Late Latin duplicitās, from Latin duplex (stem duplic-), twofold, DUPLEX.]

**Du Pont de Ne·mours** (dōō pŏnt′ də nə-mōōr′), **Éleuthère Irénée**. 1771–1834. French-born American industrialist; son of Pierre Samuel Du Pont de Nemours.

**Du Pont de Ne·mours** (dōō pŏnt′ də nə-mōōr′), **Pierre Samuel**. 1739–1817. French economist, and political leader; advisor to President Jefferson (1799–1802); father of Éleuthère Irénée Du Pont.

**Du·que de Ca·xi·as** (dōō′kĕ dĕ kä-shē′äs). A city of southeastern Brazil, a suburb of Rio de Janeiro. Population, 170,000.

**Dur.** Durham.

**du·ra·ble** (dōōr′ə-bəl, dyōōr′-) adj. Able to withstand wear and tear or decay; lasting. [Middle English, from Old French, from Latin dūrābilis, from dūrāre, to last, endure. See **deu–**[1] in Appendix.*] —du′ra·bil′i·ty, du′ra·ble·ness n.

**durable goods.** Manufactured products capable of long utility, as refrigerators and automobiles; hard goods.

**du·ral** (dōōr′əl, dyōōr′-) adj. Pertaining to the dura mater.

**Du·ral·u·min** (dōō-răl′yə-mĭn, dyōō-) n. A trademark for an alloy of aluminum containing copper, manganese, magnesium, iron, and silicon. It is resistant to corrosion by acids and sea water. [First-made at Düren, Germany (1910).]

**du·ra ma·ter** (dōōr′ə mā′tər, dyōōr′-). A tough fibrous membrane, lying over the arachnoid and the pia mater, that covers the brain and the spinal cord. Also called "endocranium." [Middle English, from Medieval Latin dūra mater (cerebri), "hard mother (of the brain)" (translation from Arabic umm al-dimāgh aṣ-ṣafīqah) : Latin dūra, feminine of dūrus, hard (see **duramen**) + mater, mother (see **mater**).]

**du·ra·men** (dōō-rā′mən, dyōō-) n. Botany. Heartwood (see). [New Latin, from Latin, hardness, from dūrāre, to harden, from dūrus, hard. See **deu–** in Appendix.*]

**dur·ance** (dōōr′əns, dyōōr′-) n. Forced confinement; imprisonment. [Middle English durance, duration, "prison term," from Old French durance, from durer, to last, from Latin dūrāre. See **deu–**[1] in Appendix.*]

**Du·rand** (dyōō-rănd′), **Asher Brown**. 1796–1886. American painter and engraver.

**Du·ran·go** (dōō-răng′gō). **1.** A landlocked state of Mexico, occupying 47,641 square miles in the northwest. Population, 919,000. **2.** Officially, Victoria de Durango. The capital of this state, in the central southern region. Population, 193,000.

**Du·rant** (dōō-rănt′), **Will(iam James)**. Born 1885. American educator and, with his wife, Ariel (born 1898), author of works popularizing history and philosophy.

**du·ra·tion** (dōō-rā′shən, dyōō-) n. **1.** Continuance or persistence in time. **2.** The period of time during which something exists or persists. [Medieval Latin dūrātiō, from Latin dūrāre, to last. See **deu–**[1] in Appendix.*]

**Dur·ban** (dûr′bən). A port city on the east coast of the Republic of South Africa. Population, 560,000.

**dur·bar** (dûr′bär′) n. **1.** A state reception given formerly by an Indian prince or by a British governor in India. **2.** The reception hall. **3.** The court of an Indian prince. [Hindi darbār, from Persian, "court" : dar, door (see **dhwer–** in Appendix*) + bār, admission, audience, time (see **wel–**[3] in Appendix*).]

**Dü·rer** (dü′rər), **Albrecht**. 1471–1528. German painter and engraver; regarded as inventor of etching.

**du·ress** (dōō-rĕs′, dyōō-, dōōr′ĭs, dyōōr′-) n. **1.** Constraint by threat; coercion: confessed under duress. **2.** Law. **a.** Coercion illegally applied. **b.** Forcible confinement; durance. [Middle English duresse, hardness, restraint, confinement, from Old French dur(e)sce, hardness, from Latin dūritia, from dūrus, hard. See **deu–** in Appendix.*]

**Dur·ham**[1] (dûr′əm). **1.** Abbr. Dur. A county occupying 1,015 square miles in northeastern England. Population, 1,434,000. **2.** The county seat of this county. Population, 26,000. **3.** A city of north-central North Carolina. Population, 95,000.

**Dur·ham**[2] (dûr′əm) n. One of a breed of beef cattle, a shorthorn (see). [Originally bred in DURHAM (county).]

**du·ri·an** (dōōr′ē-ən) n. **1.** A tree, Durio zibethinus, of southeastern Asia, bearing edible fruit. **2.** The fruit of this tree, having a hard, prickly rind and soft pulp with an offensive odor but a pleasant taste. [Malay.]

**dur·ing** (dōōr′ĭng, dyōōr′-) prep. **1.** Throughout the course or duration of. **2.** Within the time of; at some time in. [Middle English (after Old French durant, "lasting"), from duren, to last, from Old French durer, from Latin dūrāre. See **deu–** in Appendix.*]

**dur·mast** (dûr′măst′, -mäst′) n. A European oak, Quercus petraea, having tough, elastic wood. [Probably alteration of dun mast : DUN (grayish brown) + MAST (nut, acorn).]

**du·ro** (dōō′rō) n., pl. **-ros**. The silver dollar of Spain and Spanish America. [Spanish (peso) duro, "hard (peso)," from Latin dūrus, hard. See **deu–** in Appendix.*]

**du·roc** (dōō-rŏk′, dyōō-) n. Also **duroc**. A large red hog of a breed developed during the 19th century in the United States. [After Duroc, a horse owned by the developer of the breed.]

**dur·ra** (dōōr′ə) n. Also **dou·ra, dou·rah**. A cereal grain, Sorghum vulgare durra, of Asia and northern Africa, much cultivated in dry regions. Also called "Egyptian corn." [Arabic dhurah, "grain."]

**Dur·rell** (dûr′əl), **Lawrence (George)**. Born 1912. English novelist and poet.

**Dür·ren·matt** (dü′rən-mät′), **Friedrich**. Born 1921. Swiss dramatist and novelist.

**durst.** Archaic. Past tense of **dare**.



**Éleuthère Irénée Du Pont**
Contemporary portrait
by Rembrandt Peale



**Dürer**
A self-portrait

ă pat/ā pay/âr care/ä father/b bib/ch church/d deed/ĕ pet/ē be/f fife/g gag/h hat/hw which/ĭ pit/ī pie/îr pier/j judge/k kick/l lid, needle/m mum/n no, sudden/ng thing/ŏ pot/ō toe/ô paw, for/oi noise/ou out/ŏŏ took/ōō boot/p pop/r roar/s sauce/sh ship, dish/t tight/th thin, path/th this, bathe/ŭ cut/ûr urge/v valve/w with/y yes/z zebra, size/zh vision/ə about, item, edible, gallop, circus/âr Fr. ami/œ Fr. feu, Ger. schön/ü Fr. tu, Ger. über/кн Ger. ich, Scot. loch/N Fr. bon. *Follows main vocabulary. †Of obscure origin.

# EXHIBIT L-51

OFFICE EDITION



*The*

# AMERICAN

# HERITAGE

## *dic•tion•ar•y*



THIRD EDITION

BASED ON THE BEST-SELLING
AMERICAN HERITAGE® DICTIONARY
OF THE ENGLISH LANGUAGE,
THIRD EDITION

• OVER 70,000 ENTRIES •
• THOUSANDS OF NEW WORDS AND MEANINGS •
• OVER 400 PHOTOGRAPHS AND ILLUSTRATIONS •
• EXPERT GUIDANCE ON CORRECT USAGE •

# THE
# AMERICAN
# HERITAGE®

*dic·tion·ary*

## THIRD EDITION



**A LAUREL BOOK**

Published by
Dell Publishing
a division of
Bantam Doubleday Dell Publishing Group, Inc.
1540 Broadway
New York, New York 10036

If you purchased this book without a cover you should be aware that this book is stolen property. It was reported as "unsold and destroyed" to the publisher and neither the author nor the publisher has received any payment for this "stripped book."

Words are included in this Dictionary on the basis of their usage. Words that are known to have current trademark registrations are shown with an initial capital and are also identified as trademarks. No investigation has been made of common-law trademark rights in any word because such investigation is impracticable. The inclusion of any word in this Dictionary is not, however, an expression of the Publisher's opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark.

American Heritage® and the eagle logo are registered trademarks of Forbes Inc. Their use is pursuant to a license agreement with Forbes Inc.

Copyright © 1994 by Houghton Mifflin Company

All rights reserved. No part of this book may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying, recording, or by any information storage and retrieval system, without the written permission of the Publisher, except where permitted by law. For information address: Houghton Mifflin Company, 222 Berkeley Street, Boston, Massachusetts 02116.

The trademark Laurel® is registered in the U.S. Patent and Trademark Office and in other countries.

The trademark Dell® is registered in the U.S. Patent and Trademark Office.

ISBN: 0-440-21861-6

Reprinted by arrangement with Houghton Mifflin Company

Printed in the United States of America

Published simultaneously in Canada

20  19

OPM

[Lat., thing to be referred.]

**re·fill** (rē-fĭl′) v. To fill again. —n. (rē′fĭl′). 1. A replacement for the used contents of a container. 2. An additional filling.

**re·fine** (rĭ-fīn′) v. **-fined, -fin·ing. 1.** To reduce to a pure state; purify. **2.** To free from coarse characteristics: *refined his manners.* —**re·fin′er** n.

**re·fined** (rĭ-fīnd′) adj. **1.** Free from coarseness or vulgarity. **2.** Free of impurities. **3.** Precise to a fine degree.

**re·fine·ment** (rĭ-fīn′mənt) n. **1.** The act of refining or the condition of being refined. **2.** An improvement. **3.** Fineness, as of expression or taste. **4.** A subtle distinction.

**re·fin·er·y** (rĭ-fī′nə-rē) n., pl. **-ies.** An industrial plant for purifying a crude substance, such as petroleum or sugar.

**re·flect** (rĭ-flĕkt′) v. **1.** To throw or bend back (e.g., light) from a surface. See Syns at **echo. 2.** To form an image of; mirror. **3.** To manifest; show: *Her work reflects intelligence.* **4.** To think seriously. [< Lat. *reflectere,* bend back.] —**re·flec′tion** n. —**re·flec′tive** adj. —**re·flec′tive·ly** adv.

**re·flec·tor** (rĭ-flĕk′tər) n. Something, such as a surface, that reflects.

**re·flex** (rē′flĕks′) adj. **1.** Bent, turned, or thrown back. **2.** Involuntary or automatic: *a reflex response.* —n. **1.a.** Something reflected. **b.** An image produced by reflection. **2.** An involuntary, unlearned, or instinctive response to a stimulus. [< Lat. *reflexus,* p.part. of *reflectere,* bend back.]

**re·flex·ive** (rĭ-flĕk′sĭv) adj. **1.** Directed back on itself. **2.** *Gram.* **a.** Of or being a verb having an identical subject and direct object, as *dressed* in the sentence *She dressed herself.* **b.** Of or being the pronoun used as the direct object of a reflexive verb, as *herself* in *She dressed herself.* **3.** Of or relating to a reflex. **4.** Elicited automatically; spontaneous. —**re·flex′ive** n. —**re·flex′ive·ly** adv. —**re·flex′ive·ness, re′flex·iv′i·ty** (rē′flĕk-sĭv′ĭ-tē) n.

**re·for·est** (rē-fôr′ĭst, -fŏr′ĭst) v. To replant (an area) with trees. —**re′for·es·ta′tion** n.

**re·form** (rĭ-fôrm′) v. **1.** To improve by correcting errors, or removing defects. **2.** To abolish abuse or malpractice in. **3.** To give up harmful or immoral practices. —n. **1.** A change for the better; an improvement. **2.** Action to improve social or economic conditions. [< Lat. *reformare.*] —**re·form′a·ble** adj. —**re·for′ma·tive** adj. —**re·formed′** adj. —**re·form′er** n.

**ref·or·ma·tion** (rĕf′ər-mā′shən) n. **1.** The act of reforming or the state of being reformed. **2. Reformation.** A 16th-cent. movement in Western Europe for the reform of the Roman Catholic Church that resulted in the establishment of the Protestant and other churches. —**ref′or·ma′tion·al** adj.

**re·for·ma·to·ry** (rĭ-fôr′mə-tôr′ē, -tōr′ē) n., pl. **-ies.** A penal institution for young offenders.

**re·fract** (rĭ-frăkt′) v. To deflect from a straight path by refraction. [Lat. *refringere, refract-,* break up.]

**re·frac·tion** (rĭ-frăk′shən) n. The turning or bending of wave when it passes from one medium into another of different density. —**re·frac′tion·al, re·frac′tive** adj. —**re·frac′tive·ly** adv. —**re·frac′tive·ness, re′-**

**frac·tiv′i·ty** (rē′frăk-tĭv′ĭ-tē) n.

**re·frac·to·ry** (rĭ-frăk′tə-rē) adj. **1.** Resistant to authority or control; obstinate. **2.** Difficult to melt or work. —n., pl. **-ies.** A material that has a high melting point. —**re·frac′to·ri·ly** adv. —**re·frac′to·ri·ness** n.

**re·frain¹** (rĭ-frān′) v. To hold oneself back; forbear: *refrained from swearing.* [< Lat. *refrēnāre,* restrain.]

    **Syns: refrain, abstain, forbear** v.

**re·frain²** (rĭ-frān′) n. A phrase or verse repeated at intervals throughout a song or poem. [< OFr. *refraindre,* repeat.]

**re·fresh** (rĭ-frĕsh′) v. **1.** To revive with or as if with rest or food. **2.** To make cool, clean, or moist; freshen up. **3.** To renew by stimulation: *refresh one's memory.* **4.** To replenish: *refresh a drink.* —**re·fresh′er** n. —**re·fresh′ing** adj.

**re·fresh·ment** (rĭ-frĕsh′mənt) n. **1.** The act of refreshing or the state of being refreshed. **2.** Something that refreshes. **3. refreshments.** A snack or light meal.

**re·frig·er·ant** (rĭ-frĭj′ər-ənt) n. A substance, such as air, ammonia, water, or carbon dioxide, used to provide cooling.

**re·frig·er·ate** (rĭ-frĭj′ə-rāt′) v. **-at·ed, -at·ing. 1.** To cool or chill (a substance). **2.** To preserve (food) by chilling. [Lat. *refrigerāre.*] —**re·frig′er·a′tion** n.

**re·frig·er·a·tor** (rĭ-frĭj′ə-rā′tər) n. A cabinet for storing food or other substances at a low temperature.

**ref·uge** (rĕf′yōōj) n. **1.** Protection or shelter, as from danger or hardship. **2.** A place providing protection or shelter; sanctuary. [< Lat. *refugere,* flee.]

**ref·u·gee** (rĕf′yōō-jē′) n. One who flees in search of refuge, as from war or political oppression.

**re·ful·gent** (rĭ-fōōl′jənt, -fŭl′-) adj. Shining radiantly; resplendent. [< Lat. *refulgēre,* flash back.] —**re·ful′gence** n.

**re·fund** (rĭ-fŭnd′, rē′fŭnd′) v. To give back, (esp. money); repay. —n. (rē′fŭnd′). **1.** A repayment of funds. **2.** An amount repaid. [< Lat. *refundere,* pour back.] —**re·fund′a·ble** adj.

**re·fur·bish** (rē-fûr′bĭsh) v. To make clean, bright, or fresh again; restore. —**re·fur′bish·ment** n.

**re·fuse¹** (rĭ-fyōōz′) v. **-fused, -fus·ing.** To decline to do, accept, give, or allow. [< VLat. *\*refūsāre.*] —**re·fus′al** n.

**ref·use²** (rĕf′yōōs) n. Anything discarded or rejected as useless or worthless; trash. [< OFr. *refus.*]

**re·fute** (rĭ-fyōōt′) v. **-fut·ed, -fut·ing.** To prove to be false or erroneous. [Lat. *refūtāre.*] —**re·fut′a·ble** (rĭ-fyōō′tə-bəl, rĕf′yə-tə-) adj. —**re·fut′a·bly** adv. —**ref′u·ta′tion** n. —**re·fut′er** n.

**reg.** abbr. 1. Regent. 2. Regiment. 3. Region. 4. Register. 5. Registrar. 6. Registry. 7. Regular. 8. Regulation. 9. Regulator.

**re·gain** (rē-gān′) v. **1.** To recover possession of. **2.** To reach again.

**re·gal** (rē′gəl) adj. Of a monarch; royal. [< Lat. *rēgālis.*] —**re′gal·ly** adv.

**re·gale** (rĭ-gāl′) v. **-galed, -gal·ing. 1.** To delight or entertain. **2.** To entertain sumptuously. [< OFr. *regal,* feast.]

**re·ga·lia** (rĭ-gāl′yə, -gā′lē-ə) pl.n. (takes sing. or pl. v.) **1.** The emblems and symbols

foot'ĭd) adj. Not liable to stumble or fall. —sure'-foot'ed·ly adv.

sure·ly (shŏŏr'lē) adv. **1.** With confidence; unhesitatingly. **2.** Undoubtedly; certainly.

sur·e·ty (shŏŏr'ĭ-tē) n., pl. -ties. **1.** The condition of being sure. **2.** Something beyond doubt. **3.** A guarantee or security. **4.** One who has contracted to be responsible for another. —sur'e·ty·ship' n.

surf (sûrf) n. The waves of the sea as they break upon a shore or reef. —v. To engage in surfing. [?] —surf'er n.

sur·face (sûr'fəs) n. **1.** The outer or the topmost boundary of an object. **2.** The superficial or external aspect. —adj. **1.** Of or on the surface. **2.** Superficial. —v. -faced, -facing. **1.** To form the surface of. **2.** To rise or come to the surface. **3.** To emerge from concealment. [Fr.]

surf·board (sûrf'bôrd', -bŏrd') n. A narrow, somewhat rounded board used for surfing.

sur·feit (sûr'fĭt) v. To feed or supply to excess; satiate. —n. **1.a.** Overindulgence in food or drink. **b.** The result of such overindulgence; satiety or disgust. **2.** An excessive amount. [< OFr. surfaire, overdo.]

surf·ing (sûr'fĭng) n. The sport of riding on the crest or along the tunnel of a wave, esp. while on a surfboard.

surge (sûrj) v. surged, surg·ing. **1.** To move in a billowing or swelling manner. **2.** To increase suddenly. —n. **1.** A swelling motion like that of great waves. **2.** A sudden onrush: a surge of joy. **3.** Elect. A sudden increase in current or voltage. [< Lat. surgere, rise.]

sur·geon (sûr'jən) n. A physician specializing in surgery. [< OFr. cirurgie, SURGERY.]

sur·ger·y (sûr'jə-rē) n., pl. -ies. **1.** The diagnosis and treatment of injury, deformity, and disease by manual and instrumental means. **2.** A surgical procedure, esp. the removal of a diseased part. **3.** A surgical operating room or laboratory. [< Gk. kheirourgos, working by hand : kheir, hand + ergon, work; see werg-*.] —sur'gi·cal adj. —sur'gi·cal·ly adv.

Su·ri·na·me (sŏŏ'rē-nä'mə) also Su·ri·nam (sŏŏr'ə-năm', -näm'). A country of NE South America on the Atlantic. Cap. Paramaribo. Pop. 354,860. —Su'ri·na·mese' (-nä-mēz', -mēs') adj. & n.

Suriname River also Surinam River. A river of Suriname flowing c. 644 km (400 mi) to the Atlantic.

sur·ly (sûr'lē) adj. -li·er, -li·est. Sullenly ill-humored; gruff. [ME sirly, lordly < sir, SIR.] —sur'li·ly adv. —sur'li·ness n.

sur·mise (sər-mīz') v. -mised, -mis·ing. To infer with little evidence; guess. —n. An idea or opinion based on little evidence; conjecture. [< OFr. surmettre, surmis-.]

sur·mount (sər-mount') v. **1.** To overcome; conquer; surmount an obstacle. **2.** To ascend to the top of. **3.** To be above or on top of. [< OFr. surmonter.] —sur'mount'a·ble adj. —sur·mount'er n.

sur·name (sûr'nām') n. A name shared in common to identify the members of a family; last name.

sur·pass (sər-păs') v. **1.** To be beyond the limit, powers, or capacity of; transcend: surpass comprehension. **2.** To be greater or better than; exceed.

sur·pass·ing (sər-păs'ĭng) adj. Exceptional; exceeding. —sur·pass'ing·ly adv.

sur·plice (sûr'plĭs) n. A loose-fitting white ecclesiastical gown worn over a cassock. [< Med.Lat. superpellīcium : SUPER- + Lat. pellis, skin.]

sur·plus (sûr'pləs, -plŭs') adj. Being in excess of what is needed. See Syns at superfluous. —n. A surplus amount or quantity. [< Med.Lat. superplūs : SUPER- + Lat. plūs, more.]

sur·prise (sər-prīz') v. -prised, -pris·ing. **1.** To encounter suddenly or unexpectedly. **2.** To attack or capture suddenly and without warning. **3.** To astonish by the unanticipated. —n. **1.** The act of surprising or the condition of being surprised. **2.** Something that surprises. [< OFr. surprendre, overcome.] —sur·pris'ing adj. —sur·pris'ing·ly adv.

sur·re·al·ism (sə-rē'ə-lĭz'əm) n. A 20th-cent. literary and artistic movement that attempts to express the workings of the subconscious by fantastic imagery and incongruous juxtaposition of subject matter. —sur·re'al, sur·re'al·is'tic adj. —sur·re'al·ist n. —sur·re'al·is'ti·cal·ly adv.

sur·ren·der (sə-rĕn'dər) v. **1.** To relinquish possession or control of to another because of demand or compulsion. **2.** To give (oneself) up, as to an emotion: surrendered himself to grief. **3.** To give oneself up to another. —n. The act of surrendering. [< OFr. surrendre.]

sur·rep·ti·tious (sûr'əp-tĭsh'əs) adj. Secret and stealthy. [< Lat. surripere, take away secretly.] —sur'rep·ti'tious·ly adv.

sur·rey (sûr'ē, sûr'ē) n., pl. -reys. A four-wheeled horse-drawn carriage having two or four seats. [After Surrey, England.]

Sur·rey (sûr'ē, sûr'ē), Earl of. See Henry Howard.

sur·ro·gate (sûr'ə-gĭt, -gāt', sûr'-) n. **1.** A substitute. **2.** Law. A judge in some U.S. states having jurisdiction over the settlement of estates. [< Lat. surrogāre, substitute.] —sur'ro·gate (-gĭt, gāt') adj.

sur·round (sə-round') v. **1.** To extend on all sides of simultaneously; encircle. **2.** To enclose or confine on all sides. [< LLat. superundāre, inundate : SUPER- + unda, wave; see wed-*.]

**Syns:** surround, circle, compass, encircle, encompass, gird, girdle, ring v.

sur·round·ings (sə-roun'dĭngz) pl.n. The external circumstances, conditions, and objects that surround one.

sur·tax (sûr'tăks') n. **1.** An additional tax. **2.** A tax levied after net income has exceeded a certain level.

sur·veil·lance (sər-vā'ləns) n. Close observation of a person or group, esp. one under suspicion. [< OFr. surveiller, watch over.]

sur·vey (sər-vā', sûr'vā') v. **1.** To examine or look at comprehensively. **2.** To determine the boundaries, area, or elevations of (part of the earth's surface) by means of measuring angles and distances. —n. (sûr'vā), pl. -veys. **1.** A detailed inspection or investigation. **2.** A comprehensive view. **3.a.** The process of surveying. **b.** A report on or map of what has been surveyed. [< Med.Lat. supervidēre : SUPER- + Lat. vidēre, look; see weid-*.] —sur·vey'or n.

sur·vey·ing (sər-vā'ĭng) n. The act, prac-

# EXHIBIT L-52

OFFICE EDITION


FIRST TIME IN PAPERBACK

*The*

# AMERICAN

# HERITAGE

## *dic•tion•ar•y*



THIRD EDITION

BASED ON THE BEST-SELLING
AMERICAN HERITAGE® DICTIONARY
OF THE ENGLISH LANGUAGE,
THIRD EDITION

• OVER 70,000 ENTRIES •
• THOUSANDS OF NEW WORDS AND MEANINGS •
• OVER 400 PHOTOGRAPHS AND ILLUSTRATIONS •
• EXPERT GUIDANCE ON CORRECT USAGE •

# THE
# AMERICAN
# HERITAGE®

*dic·tion·ar·y*

## THIRD EDITION



**A LAUREL BOOK**

Published by
Dell Publishing
a division of
Bantam Doubleday Dell Publishing Group, Inc.
1540 Broadway
New York, New York 10036

If you purchased this book without a cover you should be aware that this book is stolen property. It was reported as "unsold and destroyed" to the publisher and neither the author nor the publisher has received any payment for this "stripped book."

Words are included in this Dictionary on the basis of their usage. Words that are known to have current trademark registrations are shown with an initial capital and are also identified as trademarks. No investigation has been made of common-law trademark rights in any word because such investigation is impracticable. The inclusion of any word in this Dictionary is not, however, an expression of the Publisher's opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark.

American Heritage® and the eagle logo are registered trademarks of Forbes Inc. Their use is pursuant to a license agreement with Forbes Inc.

Copyright © 1994 by Houghton Mifflin Company

All rights reserved. No part of this book may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying, recording, or by any information storage and retrieval system, without the written permission of the Publisher, except where permitted by law. For information address: Houghton Mifflin Company, 222 Berkeley Street, Boston, Massachusetts 02116.

The trademark Laurel® is registered in the U.S. Patent and Trademark Office and in other countries.

The trademark Dell® is registered in the U.S. Patent and Trademark Office.

ISBN: 0-440-21861-6

Reprinted by arrangement with Houghton Mifflin Company

Printed in the United States of America

Published simultaneously in Canada

20 19

OPM

**o·ver·draw** (ō'vər-drô') v. 1. To draw against (a bank account) in excess of credit. 2. To exaggerate or overstate.

**o·ver·drive** (ō'vər-drīv') n. An automotive transmission gear that transmits to the drive shaft a speed greater than engine speed.

**o·ver·due** (ō'vər-dōō', -dyōō) adj. 1. Being unpaid when due. 2. Past due; late. See Syns at **tardy.**

**o·ver·ex·pose** (ō'vər-ĭk-spōz') v. -posed, -pos·ing. To expose too long or too much. —**o'ver·ex·po'sure** n.

**o·ver·flow** (ō'vər-flō') v. 1. To flow over the top, brim, or banks (of). 2. To spread or cover over. 3. To teem; abound. See Syns at **teem.** —n. (ō'vər-flō'). 1. A flood. 2. An excess; surplus. 3. An outlet through which excess liquid may escape.

**o·ver·grow** (ō'vər-grō', ō'vər-grō') v. 1. To grow over with foliage. 2. To grow too large for. 3. To grow beyond normal size. —**o'ver·grown'** adj. —**o'ver·growth'** n.

**o·ver·hand** (ō'vər-hănd') also **o·ver·hand·ed** (ō'vər-hăn'dĭd) adj. Executed with the hand above the level of the shoulder. —**o'ver·hand'** adv. & n.

**o·ver·hang** (ō'vər-hăng') v. 1. To project or extend beyond. See Syns at **bulge.** 2. To loom over. —**o'ver·hang'** n.

**o·ver·haul** (ō'vər-hôl', ō'vər-hôl') v. 1.a. To examine carefully. b. To repair thoroughly. 2. To overtake. —**o'ver·haul'** n.

**o·ver·head** (ō'vər-hĕd') adj. 1. Located or functioning from above. 2. Of or relating to the operating expenses of a business. —n. The operating expenses of a business, including rent, utilities, and taxes. —**o'ver·head'** adv.

**o·ver·hear** (ō'vər-hîr') v. To hear without the speaker's awareness or intent.

**o·ver·joy** (ō'vər-joi') v. To fill with joy; delight. —**o'ver·joyed'** (-joid') adj.

**o·ver·kill** (ō'vər-kĭl') n. 1. Destructive nuclear capacity exceeding the amount needed to destroy an enemy. 2. An excess action or response.

**o·ver·land** (ō'vər-lănd', -lənd) adj. Over or across land. —**o'ver·land'** adv.

**o·ver·lap** (ō'vər-lăp') v. 1. To extend over and cover part of. 2. To have something in common with. —**o'ver·lap'** n.

**o·ver·lay** (ō'vər-lā') v. To lay or spread over or on. —**o'ver·lay'** n.

**o·ver·look** (ō'vər-lŏŏk') v. 1. To look over from above. 2. To afford a view over. 3. To fail to notice or consider. 4. To ignore deliberately or indulgently; disregard. 5. To look over; examine. 6. To oversee. See Syns at **supervise.** —n. (ō'vər-lŏŏk'). An elevated spot that affords a broad view.

**o·ver·lord** (ō'vər-lôrd') n. A lord having supremacy over other lords.

**o·ver·ly** (ō'vər-lē) adv. Excessively.

**o·ver·mas·ter** (ō'vər-măs'tər) v. To overcome.

**o·ver·match** (ō'vər-măch') v. 1. To be more than a match for. 2. To match with a superior opponent.

**o·ver·much** (ō'vər-mŭch') adj. Too much. —adv. In excess.

**o·ver·night** (ō'vər-nīt') adj. 1. Lasting for or remaining during a night. 2. Sudden: an overnight success. —adv. (ō'vər-nīt'). 1. During or for the length of the night. 2. Suddenly. —**o'ver·night'** n.

**o·ver·pass** (ō'vər-păs') n. A roadway or bridge that crosses above another.

**o·ver·play** (ō'vər-plā') v. 1. To overact. 2. To overestimate the strength of (one's position).

**o·ver·pow·er** (ō'vər-pou'ər) v. 1. To overcome by superior force. 2. To overwhelm.

**o·ver·qual·i·fied** (ō'vər-kwŏl'ə-fīd') adj. Educated or skilled beyond what is necessary for a particular job.

**o·ver·rate** (ō'vər-rāt') v. To overestimate the merits of.

**o·ver·reach** (ō'vər-rēch') v. 1. To reach or extend over or beyond. 2. To miss by reaching too far or attempting too much. 3. To defeat (oneself) by going too far. —**o'ver·reach'** n. —**o'ver·reach'er** n.

**o·ver·ride** (ō'vər-rīd') v. 1. To ride across. 2. To trample on. 3. To prevail over. 4. To declare null and void; set aside.

**o·ver·rid·ing** (ō'vər-rī'dĭng) adj. More im-

---

o'ver·pay'ment n.
o'ver·pop'u·late' v.
o'ver·pop'u·lat'ed adj.
o'ver·pop'u·la'tion n.
o'ver·pow'er·ful adj.
o'ver·praise' v.
o'ver·pre·scribe' v.
o'ver·pre·scrip'tion n.
o'ver·price' v.
o'ver·priv'i·leged adj. & n.
o'ver·prize' v.
o'ver·pro·duce' v.
o'ver·pro·duc'er n.
o'ver·pro·duc'tion n.
o'ver·pro·duc'tive adj.
o'ver·pro·tect' v.
o'ver·pro·tec'tion n.
o'ver·pro·tec'tive adj.
o'ver·pro·tec'tive·ness n.
o'ver·rate' v.
o'ver·re·act' v.
o'ver·re·ac'tion n.

o'ver·re·fine' v.
o'ver·re·fined' adj.
o'ver·re·fine'ment n.
o'ver·reg'u·late v.
o'ver·reg'u·la'tion n.
o'ver·rep're·sent'ed adj.
o'ver·ripe' adj.
o'ver·rip'en v.
o'ver·sell' v.
o'ver·sen'si·tive adj.
o'ver·sen'si·tive·ness n.
o'ver·sen'si·tiv'i·ty n.
o'ver·si'lent adj.
o'ver·sim'ple adj.
o'ver·sim'pli·fi·ca'tion n.
o'ver·sim'pli·fi'er n.
o'ver·sim'pli·fy' v.
o'ver·sim'ply adv.
o'ver·size' adj.
o'ver·sized' adj.
o'ver·spe'cial·i·za'tion n.
o'ver·spe'cial·ize' v.
o'ver·spe'cial·ized' adj.
o'ver·spend' v.

o'ver·staff' v.
o'ver·stock' v.
o'ver·strain' v.
o'ver·stress' v.
o'ver·stretch' v.
o'ver·sup·ply' n.
o'ver·sup·ply' v.
o'ver·tax' v.
o'ver·tax·a'tion n.
o'ver·trade' v.
o'ver·use' v. & n.
o'ver·val'u·a·ble adj.
o'ver·val'u·a'tion n.
o'ver·val'ue v.
o'ver·wear' v.
o'ver·wea'ry adj. & v.
o'ver·weight' adj.
o'ver·wind' v.
o'ver·work' v.
o'ver·write' v.
o'ver·writ'ten adj.
o'ver·zeal'ous adj.
o'ver·zeal'ous·ly adv.
o'ver·zeal'ous·ness n.

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on September 4, 2008, he served the foregoing documents by email and by hand upon the following counsel:

Philip A. Rovner
David E. Moore
POTTER ANDERSON & CORROON LLP
1313 North Market Street
Wilmington, DE  19899-0951

Karen L. Pascale
John W. Shaw
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19899-0391

The undersigned counsel further certifies that, on September 4, 2008, he served the foregoing documents by email and by U.S. Mail upon the following counsel:

Jonathan S. Kagan
Alexander Giza
IRELL & MANELLA LLP
1800 Avenue of the Stars
Suite 900
Los Angeles, CA  90067

Vincent K. Yip
Peter J. Wied
PAUL, HASTINGS, JANOFSKY & WALKER LLP
515 South Flower Street, 25th Floor
Los Angeles, CA  90071

Ron E. Shulman, Esquire
Julie Holloway, Esquire
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, California 94304-1050

M. Craig Tyler, Esquire
Brian D. Range, Esquire
WILSON SONSINI GOODRICH & ROSATI
8911 Capital of Texas Highway North
Westech 360, Suite 3350
Austin, Texas 78759-8497

/s/ Stephen B. Brauerman (sb4952)
Stephen B. Brauerman