# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

LG DISPLAY CO., LTD.,

                Plaintiff,

      v.

CHI MEI OPTOELECTRONICS
CORPORATION, et al.

                Defendants.

Civil Action No.  06-726 (JJF)
Civil Action No.  07-357 (JJF)

**CONSOLIDATED CASES**

## DECLARATION OF DAVID ECCLES

I, David Eccles, hereby declare as follows:

1.     I am a citizen of the United States, and reside at 12604 Lonesome Oak Way, Valley Center, California 92082. I have been retained as an expert in this matter by McKenna Long & Aldridge LLP on behalf of LG Display Co., Ltd.

2.     I obtained a Bachelor of Science degree in Electrical Enginnering from the University of California at Irvine and did postgraduate work at Purdue University.  I have more than 30 years of experience in display systems including liquid crystal displays and various electronics.  I was a former Society for Information Display (SID) Americas Regional Vice President and have served on the SID Board of Directors and Executive Committee.  I have authored papers for SID and other industry publications, and have presented at display conferences and taught seminars on display product design, LCD display design, HDTV, projector systems, and wireless networking.  Further details regarding my background and experience are included in my curriculum vitae attached as Exhibit A.

3.      I have reviewed United States Patent No. 6,778,160 ("the '160 patent") and the opening claim construction briefs filed by LG Display and AUO relating to this patent.

4.      It is my understanding that claim 1 of the '160 patent requires that the time integration quantity of a brightness change be substantially equal to an ideal quantity of light in a stationary state for a given liquid crystal cell. In order to obtain such a result, it is necessary to predetermine both ideal and actual response characteristics of the liquid crystal cell.

5.      The table in Figure 7 has offset values predetermined and stored in a memory according to an embodiment of the '160 patent. The offset values in the first and last rows are predetermined based on a difference between ideal and actual response characteristics of the liquid crystal cell. The remaining offset values are predetermined by a mathematical extrapolation method based on the offset values in the first and last rows. 9:40-10:14. Because the determination of the remaining offset values is based on the offset values that are predetermined based on a difference between ideal and actual response characteristics of the liquid crystal cell, all the offset values in the table are predetermined based on a difference between ideal and actual response characteristics of the liquid crystal cell.

6.      The '160 patent defines "time integration quantity" as a change in brightness in the moving-state video signal and defines "moving state brightness" as the brightness when the particular pixel changes back to the off state one frame after it is driven from the off state to the on state during the passage of the wire-frame model over the particular pixel. 5:16-22 and 5:66-6:03. The '160 patent is unclear on how to determine a time integration quantity when the particular pixel changes from a first gray scale level to a second gray scale level. In particular, it is unclear whether a voltage corresponding to the first gray scale level or the off-state voltage

should be applied to the particular pixel one frame after it is driven from the first gray scale level to the second gray scale level.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 4, 2008.

David Eccles

# EXHIBIT A

# Resume
# David A Eccles

# Program Management, Product Development, Display System Design

| | |
|---|---|
| **Professional Summary** | • **Program manager with extensive background in displays. Experience with the full product development life-cycle for commercial and military markets.** |

- Strengths in project management, product design for manufacturability, display systems engineering.

- Expertise in displays and video products, commercialization of prototypes, and engineering processes for product design and manufacturing.

- Experience with the entire product life cycle process from business plan, product plan, budget, design, manufacturing, and service in commercial, industrial, and military markets.

- Expert witness, patent investigations, and due diligence evaluations for investors.

- 4 years consulting on product design and engineering for projects from product concept through manufacturing for DOD (Department of Defense), industrial, and consumer applications. Work includes program management, product concept, design, test and evaluation, technical market analysis, risk assessment, prototyping, and manufacturing.

- 17 years experience with Sony as VP of engineering in product design and manufacturing of consumer electronics TV and computer display products. Recruited and developed U. S. based engineering teams to develop technology and design products such as TV, HDTV, flat panels, digital satellite receiver, computer displays, and wireless home networking. Member of management team responsible for TV business in America.

- 11 years in government electronics at Hughes Aircraft Co. designing display systems including high resolution liquid crystal light valve projector for military applications. Held secret clearance.

- Experience with improving engineering organizations and processes to achieve high performance and profitability.

- Up to date on latest technical developments through consulting work, industry contacts, and SID program committee work.

- Seminar speaker on product design, display systems, LCD display product design, projectors, and video processing.

| | |
|---|---|
| **Work Details** | May 2004 - Present    **Consultant in Program Management and Product Development** |

- Product director and programs manager for helmet mounted displays for simulation and virtual reality systems. Overseeing the entire business cycle from R&D, market development, product design, manufacturing, integration, and customer service.

- Program manager for the product design of a tablet PC for rugged military applications with the Crane Corporation. Was brought in to rescue a project and the contract. By working with engineering teams from 3 companies, suppliers, sales, support functions, and the customer we delivered spec compliant prototypes so the customer could meet their milestones. Prepared proposals.

- Consulting with companies on product design and engineering processes to develop high resolution digital projector products. Assisting on business plan development, technical

market study, competitive evaluation, and commercialization.

- Performed evaluation and feasibility study for projection HDTV and higher resolution products for fabless LCOS (liquid crystal on silicon) company. Evaluated performance capabilities of technology, engineering readiness, and mapped out engineering strategy to commercialize.

- System engineering and new business development with DOD customers using day/night vision, large area surveillance, and smart object detection for Sony surveillance camera systems.

- New product development for consumer and medical imaging markets. Developed video enhancement cable which is being sold by Belkin as RazorVision. Assisted with new business development, product planning, design, and contract manufacturing for video enhancement products for medical, dental, and surveillance.

- Ruben H. Fleet Museum, San Diego. Digital Dome Theater task force. Display system engineering for new 4k x 4k pixels dome theater system.

- Market evaluation of display photometric equipment for Gamma Scientific. Evaluated product features and performance, compared to competition, and recommended product features, lineup and roadmap to increase market share.

- Seminar speaker product design, display systems, How to design an LCD display, video processing, HDTV, and home video networking.

2000 – May 2004        Sony Engineering Center

**VP Engineering - Development**

- Developed technology for digital TV related products including digital audio/video processing, home networking, and wireless audio/video.

- Display device R&D -- find emerging technology including Grating Light Valve projector for electronic cinema, Field Emission Display flat CRT, and new displays.

- Created engineering services division including electrical and mechanical CAD software and simulation, web databases, and software configuration management.

1994 - 2000        Sony Television of America

**VP Engineering – TV Product Design**

- Established engineering team of 170 to design Sony TV's for North and South America. Develop product design procedures including CAD simulation to reduce design lead time. Introduced over 100 new models on time each year.

- Member of management team for Billion $ TV business achieving record profits and #1 position in U.S. TV market.

- Products: HDTV, Wega TV, digital satellite set-top-box

- Six Sigma Champion, was first engineering group in Sony to qualify ISO-9001

- Introduced program management processes to Sony TV engineering

1993 -1994        Sony Display Manufacturing of America

**Director of Manufacturing – Computer Display Monitors**

- Introduced computer controlled adjustments of computer monitors and increased daily production output over 4 times. Qualified ISO-9000.

1987 - 1993        Sony Display Systems

**Director of Engineering – Computer Display**

- Display monitor R&D and customer support engineering. Project manager for Sony's first software controlled computer monitor which revolutionized PC display market. Group jointly developed world's first high resolution 2k x 2k monitor for air traffic control and display controllers.

1976 - 1987          Hughes Aircraft Company          Fullerton, CA

**Engineer, Supervisor**
- Design and R&D for CRT and high resolution liquid crystal projection displays for air defense, air traffic control, and shipboard systems.

**Professional Societies and Boards**
- Society for Information Display (SID) -- former Americas Region Vice President, board of directors, various positions locally and internationally, conference organizer, program committee chair over papers for conferences, and strategic planning.
- University of California San Diego School of Engineering  - Corporate Affiliates Board
- VESA (Video Electronics Standards Association) -- Board
- Science and Technology commissioner for City of San Diego
- IEEE - member
- Past President of Boy Scouts of America, San Diego Council
- Founded annual Sony Technology Symposium for U.S. Engineers

**Education**
- BSEE University of California Irvine
- Post graduate work Purdue University

**Languages**

Fluent Spanish, traveler's Japanese

**Contact**

Dave Eccles

760-519-7474 cell

12604 Lonesome Oak Way, Valley Center, CA 92082 (San Diego County)

davidecc@sbcglobal.net

www.displaysystems.us

http://www.linkedin.com/in/davidecclessandiego

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on September 4, 2008, he served the foregoing documents by email and by hand upon the following counsel:

Philip A. Rovner
David E. Moore
POTTER ANDERSON & CORROON LLP
1313 North Market Street
Wilmington, DE 19899-0951

Karen L. Pascale
John W. Shaw
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391

The undersigned counsel further certifies that, on September 4, 2008, he served the foregoing documents by email and by U.S. Mail upon the following counsel:

Jonathan S. Kagan
Alexander Giza
IRELL & MANELLA LLP
1800 Avenue of the Stars
Suite 900
Los Angeles, CA 90067

Vincent K. Yip
Peter J. Wied
PAUL, HASTINGS, JANOFSKY & WALKER LLP
515 South Flower Street, 25th Floor
Los Angeles, CA 90071

Ron E. Shulman, Esquire
Julie Holloway, Esquire
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, California 94304-1050

M. Craig Tyler, Esquire
Brian D. Range, Esquire
WILSON SONSINI GOODRICH & ROSATI
8911 Capital of Texas Highway North
Westech 360, Suite 3350
Austin, Texas 78759-8497

/s/ Stephen B. Brauerman (sb4952)
Stephen B. Brauerman