## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

LG DISPLAY CO., LTD.,

                Plaintiff,

       v.

CHI MEI OPTOELECTRONICS
CORPORATION, et al.

                Defendants.

Civil Action No. 06-726 (JJF)
Civil Action No. 07-357 (JJF)

**CONSOLIDATED CASES**

## DECLARATION OF DR. ALLAN R. KMETZ

I, Allan R. Kmetz, hereby declare as follows:

1.      I am a citizen of the United States, and reside at 50 Edgewood Road, Chatham, NJ 07928. I have been retained as an expert in this matter by McKenna Long & Aldridge LLP on behalf of LG Display Co., LTD.

2.      In 1961, I received a Bachelor's degree in Electrical Engineering from Yale University. In 1963 and 1969, I received a Master's degree and a Doctoral degree, respectively, in Engineering from Yale University. Since 1970, I have worked in the field of Liquid Crystal Display technology. Most recently, I was employed for approximately twenty years at Bell Laboratories in Murray Hill, New Jersey. My curriculum vitae is attached as Exhibit A.

3.      I have reviewed U.S. Patent No. 5,619,352 ("the '352 patent") and the opening claim construction briefs filed by LGD and CMO relating to this patent.

4.      The '352 patent describes at 3:18-20 that liquid crystal in a TN-LCD device exhibits positive birefringence, and Figure 8 and disclosures at 7:51-59 of the '352 patent define the positive and negative vertical viewing angle directions relative to a TN-LCD device. The

compensation principle of an O-plate for a partially turned-on TN-LCD device in the negative

vertical viewing angle direction described at 8:27-42 indicates that both the O-plate and A-plate

are positive birefringent. Also, the compensation principle of the O-plate in the positive vertical

viewing angle direction described at 8:16-26 agrees that the O-plate is positive.

     5.     Those skilled in the art recognize the cylinders in Figures 12, 13 and 14 of the

'352 patent as representing the local refractive index indicatrix of materials with positive optical

anisotropy. In contrast, materials with negative optical anisotropy are recognized to have disk-

like indicatrix.

     6.     The '352 patent at 7:41-61 describes two publications to explain existing biaxial

inorganic O-plate compensators with an obliquely deposited thin film: Motohiro and Taga, Thin

Film Retardation Plate by Oblique Deposition, Appl. Opt., vol. 28, No. 13, Pages 2466-2482,

1989; and Macleod, Structure-related Optical Properties of Thin Films, J. Vac. Sci. Technol. A,

Volume 4, No. 3, Pages 418-422, 1986. The inorganic compensators described in these two

publications are positive birefringent, which indicates that the 352 patent is directed to a positive

O-plate, because the purpose of the '352 patent is to duplicate the performance of existing biaxial

inorganic O-plate compensators (10:55-59).

I declare under penalty of perjury under the laws of the United States America that the foregoing is true and correct.

Executed on September 4, 2008.

_____
Allan R. Kmetz

# EXHIBIT A

# ALLAN R. KMETZ

### (pronounced Mets)

50 Edgewood Road                                          US citizen
Chatham, NJ 07928
(973)635-1907

## EMPLOYMENT

| | |
|---|---|
| 5/2003-present | Independent consultant for display technology and intellectual property |

2001-5/2003 (retired)  Agere Systems (Lucent spinoff)          Manager, Intellectual
                       Berkeley Heights, NJ                     Property Division

1999-2001              Lucent Technologies                      Manager, Intellectual
                       Liberty Corner, NJ                       Property Business
Technical support for patent assertion: evaluation of patent portfolios with reference to industry practice to assess licensing potential; reverse engineering to find infringement, especially in optoelectronics and display technology.

1996-1998              Bell Labs Lucent Technologies            Distinguished Member
                       Murray Hill, NJ                          of Technical Staff
Qualified vendors and advised product designers on display requirements and capabilities, trouble-shooting LCD problems in cellular phones, electronic price labels, screen phones while tracking/assessing display R&D worldwide.

1993-1995              AT&T Bell Laboratories                   Distinguished Member
                       Murray Hill, NJ                          of Technical Staff
Joined the newly created Display Research Department, with responsibility for LCD design, analytical simulation and electrooptical characterization of AMLCD performance, research on new display effects. Project manager for development of novel integrated touch screen. (A major reorganization of AT&T created Lucent Technologies, which took Bell Labs, and divested NCR. Separated from its laptop market, the AMLCD program was terminated at the end of 1995.)

1980-1993              AT&T Bell Laboratories                   Supervisor/Technical Manager
                       Murray Hill, NJ

1987-93
Supervised design, fabrication and characterization of monolithic InP LED arrays for OPTOPAK, a parallel synchronous data link incorporating optical fiber ribbon. Managed development of assembly and testing processes for the low-cost manufacture of uncooled laser capsules for fiber-optic data links, including reliability assurance and ISO9001 certification. Responsible for delivery commitments until process transferred to Reading factory by year-end 1991. Project manager for establishment in Reading of what was probably the world's first 2-inch wafer processing facility for InP lasers.

1980-86
Managed the Liquid Crystal Display Development Group with three principal areas of activity: 1) demonstrated active-matrix LCDs addressed by two-terminal MIM devices with good performance and few defects, using a simplified two-mask process with liftoff for low parasitic capacitance; 2) explored unconventional liquid-crystal effects to advance the state of the art, initially with guest-host displays and later with frequently cited contributions to alignment and switching of ferroelectric LCDs; 3) supported the use of LCDs by

1

AT&T product designers, building prototypes such as electronically labeled pushbuttons for the Universal Operator Console and coordinating specifications and volume sourcing to put LCDs in repertory dialer phones.

| 1978-1980 | Bell Laboratories | Member Technical Staff |

Murray Hill, NJ

Established LCD capability in Bell Labs. Invented addressing/ interconnection scheme for pseudoanalog LCDs.

| 1974-1978 | Brown Boveri Research Center | Member of Research Staff |

Baden, Switzerland

Analyzed and improved matrix addressing techniques and developed fabrication technology for multiplexed LCDs. Key papers on LCD thickness measurement (widely used wedge method), generalized matrix addressing (basis of Scheffer's 1992 "active addressing" breakthrough). Products include BBC process controller with LCD bargraph, Metrawatt flat-panel oscilloscope.

| 1969-1974 | Texas Instruments | Member Technical Staff |
| | Dallas, TX | Central Research Laboratories |

Explored liquid crystals for displays, especially dynamic scattering and ECB, publishing the first analysis of matrix addressing with RMS response and seminal model of surface alignment mechanism. Also investigated application of gadolinium molybdate to ferroelectric memory and spatial light modulators for holographic memory; developed CCD imagers, memories.

## EDUCATION

BEE 1961                                    Yale University
MEng 1963                                   New Haven, CT
DEng 1969                                   Thesis advisor: R C Barker

## PUBLICATIONS AND PATENTS

Author of numerous technical papers in various reviewed journals, dealing with displays, especially liquid-crystal displays, as well as magnetics, ferroelectrics and charge-coupled devices. Editor with F. K. von Willisen of **Nonemissive Electrooptic Displays**, Plenum 1976. Sixteen issued US patents and 47 foreign patents.

## MEMBERSHIPS AND DISTINCTIONS

President of the Society for Information Display 2002-2004, SID Fellow, associate editor *JSID*, member Honors and Awards Committee, Long-range Planning Committee, SID International Symposium seminars chair 1981, program chair 1986, executive committee 1994-6, Mid-Atlantic Chapter officer 1982-5 and 1994-6; IEEE Senior Member; Biennial Display Research Conference (IDRC) program chairman 1980, general chairman 1982; member APS, OSA, Tau Beta Pi, Sigma Xi; advisory editor of British journal *Displays* 1980-7; keynote speaker Japan Display 1983; plenary speaker IEDM 1986; co-chairman Optoelectronics Industry Development Association Display Technology Workshop, March 2-3,1993.

2

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on September 4, 2008, he served the foregoing documents by email and by hand upon the following counsel:

Philip A. Rovner
David E. Moore
POTTER ANDERSON & CORROON LLP
1313 North Market Street
Wilmington, DE 19899-0951

Karen L. Pascale
John W. Shaw
YOUNG CONAWAY STARGATT &
TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391

The undersigned counsel further certifies that, on September 4, 2008, he served the foregoing documents by email and by U.S. Mail upon the following counsel:

Jonathan S. Kagan
Alexander Giza
IRELL & MANELLA LLP
1800 Avenue of the Stars
Suite 900
Los Angeles, CA 90067

Vincent K. Yip
Peter J. Wied
PAUL, HASTINGS, JANOFSKY &
WALKER LLP
515 South Flower Street, 25th Floor
Los Angeles, CA 90071

Ron E. Shulman, Esquire
Julie Holloway, Esquire
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, California 94304-1050

M. Craig Tyler, Esquire
Brian D. Range, Esquire
WILSON SONSINI GOODRICH & ROSATI
8911 Capital of Texas Highway North
Westech 360, Suite 3350
Austin, Texas 78759-8497

/s/ Stephen B. Brauerman (sb4952)
Stephen B. Brauerman