IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG DISPLAY CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> CHI MEI OPTOELECTRONICS CORPORATION, et al. <br><br> Defendants. | Civil Action No. 06-726 (JJF) <br> Civil Action No. 07-357 (JJF) <br><br> CONSOLIDATED CASES |

### DECLARATION OF DR. POCHI YEH IN SUPPORT OF RESPONSIVE BRIEF

OF COUNSEL:

Morgan Chu
Jonathan S. Kagan
Alexander C. D. Giza
Adam Hoffman
Thomas C. Werner
Irell & Manella LLP
1800 Avenue of the Stars
Los Angeles, CA 90067
(310) 277-1010

Dated: September 4, 2008

Philip A. Rovner (#3215)
POTTER ANDERSON & CORROON LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com

*Attorneys for Defendant*
*Chi Mei Optoelectronics Corporation*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG DISPLAY CO., LTD., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CHI MEI OPTOELECTRONICS ) <br> CORPORATION, et al. ) <br> ) <br> Defendants. ) <br> ) <br> ) | Civil Action No. 06-726 (JJF) <br> Civil Action No. 07-357 (JJF) <br><br> CONSOLIDATED CASES |

### DECLARATION OF DR. POCHI YEH IN SUPPORT OF RESPONSIVE BRIEF

I, Pochi Yeh, Ph.D. do hereby declare and state:

1. I am a citizen of the United States, and reside at 405 Camino De Celeste, Thousand Oaks, CA 91360.

2. My background and experience in the art, and compensation for this matter, are stated in my previous declaration executed on August 10, 2008 filed in support of CMO's opening claim construction brief.

3. In order to prepare for this declaration, I have thoroughly reviewed the specifications, drawings and claims of U.S. Patent No. 6,134,092 ("the '092 patent") and U.S. Pat. No. 5,619,352 ("the '352 patent"). In addition, I have also relied on my general knowledge of LCD design acquired through my years of experience as a researcher and practitioner in the field of optical physics and liquid crystal displays.

4. I have reviewed the use of the term diffusive reflective surfaces in the claims and specification of the '092 patent. The word diffusive is well known to those skilled in

the art. Diffuse means to scatter light in a plurality of directions. Likewise, a reflective surface is a surface which causes light to redirect in a backward direction.

5. A surface can be diffusively reflective without being non-transparent. For example, there are materials that are both diffusively reflective and diffusively transmissive and thus are at least partially transparent (e.g., ground glass).

6. The '352 patent discusses using compensators with complimentary optical symmetries to the liquid crystal layers they are intended to compensate. 10:17-20. Thus if a liquid crystal cell has positive birefringence it is common practice in the art to use a compensator with a negative birefringence. Likewise, if the liquid crystal cell has negative birefringence it is common practice in the art to use a compensator with positive birefringence.

* * * * * * * * * *

I declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code.

_____
Dr. Pochi Yeh                                             Date : September 4, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Philip A. Rovner, hereby certify that on September 4, 2008, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

| BY CM/ECF, HAND DELIVERY AND E-MAIL | BY CM/ECF, HAND DELIVERY AND E-MAIL |
|---|---|
| Richard E. Kirk, Esq.<br>Ashley Blake Stitzer, Esq.<br>The Bayard Firm<br>222 Delaware Avenue<br>Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19899<br>rkirk@bayardfirm.com<br>astitzer@bayardfirm.com | John W. Shaw, Esq.<br>Karen L. Pascale, Esq.<br>Young Conaway Stargatt & Taylor LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801<br>jshaw@ycst.com<br>kpascale@ycst.com |

I hereby certify that on September 4, 2008 I have sent by E-mail the foregoing document to the following non-registered participants:

| | |
|---|---|
| Gaspare J. Bono, Esq.<br>Matthew T. Bailey, Esq.<br>Lora A. Brzezynski, Esq.<br>Cass W. Christenson, Esq.<br>R. Tyler Goodwyn, IV, Esq.<br>McKenna Long & Aldridge LLP<br>1900 K Street, NW<br>Washington, DC 20006<br>gbono@mckennalong.com<br>mbailey@mckennalong.com<br>lbrzezynski@mckennalong.com<br>cchristenson@mckennalong.com<br>tgoodwyn@mckennalong.com | Vincent K. Yip, Esq.<br>Peter J. Wied, Esq.<br>Jay C. Chiu, Esq.<br>Katherine F. Murray, Esq.<br>Ms. Denise Esparza<br>Paul Hastings Janofsky & Walker LLP<br>515 South Flower Street<br>Los Angeles, CA 90071<br>vincentyip@paulhastings.com<br>peterwied@paulhastings.com<br>jaychiu@paulhastings.com<br>katherinemurray@paulhastings.com<br>deniseesparza@paulhastings.com |

| | |
|---|---|
| Ron E. Shulman, Esq.<br>Julie M. Holloway, Esq.<br>Wilson Sonsini Goodrich & Rosati<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>rshulman@wsgr.com<br>jholloway@wsgr.com | M. Craig Tyler, Esq.<br>Brian D. Range, Esq.<br>Wilson Sonsini Goodrich & Rosati<br>8911 Capital of Texas Highway North<br>Westech 360, Suite 3350<br>Austin, TX 78759<br>ctyler@wsgr.com<br>brange@wsgr.com |

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com

846666

2