IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG DISPLAY CO., LTD., | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-726-JJF |
| AU OPTRONICS CORPORATION; AU OPTRONICS CORPORATION AMERICA; CHI MEI OPTOELECTRONICS CORPORATION; and CHI MEI OPTOELECTRONICS USA, INC., | : |
| Defendants. | : |
| AU OPTRONICS CORPORATION, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 07-357-JJF |
| LG DISPLAY CO., LTD. and LG DISPLAY AMERICA, INC., | : |

### MEMORANDUM ORDER

Pending before the Court is an evidentiary objection by LGD concerning the anticipation opinion of Professor King Liu regarding the '449 patent. The Court refrained ruling on this objection at the time it issued its evidentiary opinion concerning Phase II of the trial, because Professor King Liu's expert report had not been included in the record. The parties have since agreed to the admission of Professor King Liu's report.

LGD contends that Professor King Liu's opinion that the '449 patent was anticipated by the Fulks reference should be excluded, because her expert report did not include an opinion based on

anticipation. Rather, LGD contends that Professor Liu's expert report was limited to obviousness in light of Fulks and Yao. In response, AUO contends that Professor Liu's opinion is consistent with her expert report.

In her expert report, Professor King Liu stated:

> Further it is my opinion that claims 10 and 11 of the '449 patent were anticipated or rendered obvious by U.S. Patent No. 5,621,556 [the Fulks reference], especially in light of U.S. Patent No. 5,867,242.

D.I. 1500, Exh. 1 (King Liu Expert Report) at 4. Professor King Liu's expert report also indicates that Fulks discloses each of the claim limitations. Accordingly, the Court finds Professor Liu's testimony regarding anticipation to be consistent with and/or a permissible elaboration of her expert report.

NOW THEREFORE, IT IS HEREBY ORDERED that LGD's objection to Professor King Liu's testimony concerning anticipation is **OVERRULED**.

_____July 9, 2010_____         _____
        DATE                    UNITED STATES DISTRICT JUDGE